IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants | Case No. 10-1823<br><br>MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Microsoft Corporation, certifies that Microsoft, as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

//
//
//
//
//

MICROSOFT'S CORPORATE DISCLOSURE STATEMENT - 1

Case No. 10-1823

1  DATED this 9th day of November, 2010.

2          DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

3

4
        By    /s/ Shane P. Cramer
5               Arthur W. Harrigan, Jr., WSBA #1751
              Christopher Wion, WSBA #33207
6               Shane P. Cramer, WSBA #35099

7     T. Andrew Culbert
    David E. Killough
8     MICROSOFT CORPORATION
    1 Microsoft Way
9     Redmond, WA 98052
10    Phone: 425-882-8080
    Fax: 425-869-1327
11
    John W. McBride, of Counsel
12    David T. Pritikin, of Counsel
    Richard A. Cederoth, of Counsel
13    Douglas I. Lewis, of Counsel
    SIDLEY AUSTIN LLP
14    One South Dearborn
    Chicago, IL 60603
15    Phone: 312-853-7000
    Fax: 312-853-7036
16

17    Brian R. Nester, of Counsel
    Kevin C. Wheeler, of Counsel
18    SIDLEY AUSTIN LLP
    1501 K Street NW
19    Washington, DC 20005
    Telephone: 202-736-8000
20    Fax: 202-736-8711

21    Counsel for Plaintiff Microsoft Corp.

22

23

24

25

MICROSOFT'S CORPORATE DISCLOSURE    Case No. 10-
STATEMENT - 2                                  1823