IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                   Plaintiff,<br><br>   vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>                   Defendants | Case No. 10-1823<br><br>PRAECIPE TO ISSUE SUMMONS |

TO THE CLERK OF THE COURT:

Please issue the attached Summons in this matter to:

Motorola, Inc.
Motorola Mobility, Inc.

DATED this 10th day of November, 2010.

                   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


                   By    /s/ Shane P. Cramer
                         Arthur W. Harrigan, Jr., WSBA #1751
                         Christopher Wion, WSBA #33207
                         Shane P. Cramer, WSBA #35099

PRAECIPE - 1

| | |
|---|---|
| 1 | |
| 2 | T. Andrew Culbert |
| | David E. Killough |
| 3 | MICROSOFT CORPORATION |
| | 1 Microsoft Way |
| 4 | Redmond, WA  98052 |
| | Phone:  425-882-8080 |
| 5 | Fax:  425-869-1327 |

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

John W. McBride, of Counsel
David T. Pritikin, of Counsel
Richard A. Cederoth, of Counsel
Douglas I. Lewis, of Counsel
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Brian R. Nester, of Counsel
Kevin C. Wheeler, of Counsel
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Plaintiff Microsoft Corp.

PRAECIPE - 2