UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

William M. McCool                                                                                          700 STEWART STREET
CLERK                                                                                                  SEATTLE, WASHINGTON 98101

November 12, 2010

Brian R. Nester
Kevin C. Wheeler
SIDLEY AUSTIN
1501 K STREET NW
WASHINGTON DC 20005


RE     Microsoft Corporation v. Motorola, Inc., et al
       C10-1823 JCC


Dear Counsel:

The above case was filed on November 9, 2010 in the U.S. District Court for the Western District of Washington. Upon reviewing the case, I noticed you were not admitted to practice in this district. Should you wish to participate in this action and be placed on the court docket, please have local counsel submit an application on your behalf for pro hac vice and electronic court filing (ECF). This form can be found on our website www.wawd.uscourts.gov.  The application fee per attorney per case is $150.00. You should receive your login and password within 24-48 hours after the application is posted in our ECF system.

E-filing procedures are available on our website as well. If you have any questions about the process or e-filing, please call the ECF Help Desk at 1-866-323-9293.

Thank you.


    s/ Paula McNabb
Paula McNabb
Clerk's Office, Intake
Paula_McNabb@wawd.uscourts.gov