The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TILDEN-COIL CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Case No. C10-1823-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case has been REASSIGNED to the Honorable James L. Robart. All future pleadings filed in this case should reflect the change in the case number as follows: C10-1823-JLR.

DATED this 15th day of November, 2010.

WILLIAM M. McCOOL, Clerk of Court

By   /s/ *C. Ledesma*
     Deputy Clerk

MINUTE ORDER
PAGE - 1