The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.,<br><br>                Defendants. | Case No. C10-1823-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case has been REASSIGNED to the Honorable <u>James L. Robart</u>. All future pleadings filed in this case should reflect the change in the case number as follows: <u>C10-1823-JLR</u>.

DATED this 15th day of November, 2010.

WILLIAM M. McCOOL, Clerk of Court

By    <u>/s/ *C. Ledesma*</u>
        Deputy Clerk

MINUTE ORDER
PAGE - 1