The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.,<br><br>Defendants. | Case No. C10-1823-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case has been REASSIGNED to the Honorable James L. Robart. All future pleadings filed in this case should reflect the change in the case number as follows: C10-1823-JLR.

DATED this 15th day of November, 2010.

WILLIAM M. McCOOL, Clerk of Court

By    /s/ *C. Ledesma*
        Deputy Clerk

MINUTE ORDER
PAGE - 1