```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

        NOV 17 2010

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF WASHINGTON

**MICROSOFT CORPORATION**

      Plaintiff(s),

vs.

**MOTOROLA, INC. and MOTOROLA MOBILITY, INC**

      Defendant(s).

Case No.: 10–1823 JCC

**DECLARATION OF SERVICE**



STATE OF WASHINGTON
COUNTY OF KING    ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **11/10/2010** at **2:35 PM**, at the address of **1801 West Bay Dr NW Suite 206, Olympia**, within **THURSTON** County, WA, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION; COMPLAINT; MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P 7.1** in the above entitled action upon **MOTOROLA, INC.**, by then and there personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **Michele Rowe, Corporation Operations Manager** who is authorized to accept service on behalf of the above.
**Desc:** Sex: **Female** – Skin/Race: **Caucasian** – Hair: **Black** – Age: **30s** – Height: **5'6"** – Weight: **200**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 11/11/10

X _____
Charles Bradley
Process Server
Pacific Coast Attorney Services LLC
16256 Military Rd S, Suite 207
Seatac, WA 98188
206.652.2692

**TOTAL:**      $95.00

**09-CV-01823-APPR**