The Honorable James L. Robart

1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>NOTICE OF APPEARANCE |

TO:   Clerk of the Court; and,

TO:   All Counsel of Record.

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Motorola, Inc., and Motorola Mobility, Inc., the defendants above-named, by their attorneys, the undersigned, hereby make and enter their appearance in the above-entitled action, without waiving objections to lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process, and any other defenses to plaintiff's Complaint available under Fed. R. Civ. P. 12, or otherwise. You are respectfully directed to serve all future papers or pleadings in this cause upon defendants' attorneys at the addresses stated below.

NOTICE OF APPEARANCE - 1
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 | DATED this 30th day of November, 2010.

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

And by

   Steven Pepe (*pro hac vice pending*)
   Jesse J. Jenner (*pro hac vice pending*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY 10036-8704
   (212) 596-9046
   *steven.pepe@ropesgray.com*

   Norman H. Beamer (*pro hac vice pending*)
   Ropes & Gray LLP
   1900 University Avenue, 6th Floor
   East Palo Alto, CA 94303-2284
   (650) 617-4030
   *norman.beamer@ropesgray.com*

   Paul M. Schoenhard (*pro hac vice pending*)
   Ropes & Gray LLP
   One Metro Center
   700 12th Street NW, Suite 900
   Washington, DC 20005-3948
   (202) 508-4693
   *paul.schoenhard.@ropesgray.com*

**Attorneys for Defendants Motorola, Inc., and Motorola Mobility, Inc.**

NOTICE OF APPEARANCE - 2
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson Harrigan Leyh & Tollefson
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Kevin C. Wheeler, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 30th day of November, 2010.

_____
Marcia A. Ripley

NOTICE OF APPEARANCE - 3
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001