1

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                              Plaintiff,<br><br>       v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>                              Defendants. | CASE NO. C10-1823-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS MOTOROLA, INC., AND MOTOROLA MOBILITY, INC., TO ANSWER COMPLAINT<br><br>**Note on Motion Calendar:<br>November 30, 2010** |

## STIPULATION

Plaintiff Microsoft Corporation filed its Complaint ("Complaint") on November 9, 2010. ECF No. 1.  Defendants Motorola, Inc., and Motorola Mobility, Inc. ("Defendants") were served on November 10, 2010.  ECF Nos. 14 and 15, respectively.  Because of the complexity of this matter, and the consequent need for additional time to answer or otherwise move the Court for relief, the parties, by and through their respective counsel of record, hereby stipulate and agree to modify the otherwise applicable date a responsive pleading is due, as follows:

| | **From** | **To** |
|---|---|---|
| Defendants' deadline to answer, or otherwise move the Court for relief, on or before: | December 1, 2010 | December 15, 2010 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR DEFENDANTS MOTOROLA, INC., AND MOTOROLA
MOBILITY, INC., TO ANSWER COMPLAINT - 1
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this _____ day of November, 2010.

| SUMMIT LAW GROUP PLLC | DANIELSON HARRIGAN LEYH & TOLLEFSON LLP |
|---|---|
| By /s/ Philip S. McCune<br>    Philip S. McCune, WSBA #21081<br>    Lynn M. Engel, WSBA #21934<br>    *philm@summitlaw.com*<br>    *lynne@summitlaw.com*<br><br>And by<br><br>    Steven Pepe (*pro hac vice*)<br>    Jesse J. Jenner (*pro hac vice*)<br>    Ropes & Gray LLP<br>    1211 Avenue of the Americas<br>    New York, NY  10036-8704<br>    (212) 596-9046<br>    *steven.pepe@ropesgray.com*<br>    *jesse.jenner@ropesgray.com*<br><br>    Norman H. Beamer (*pro hac vice*)<br>    Ropes & Gray LLP<br>    1900 University Avenue, 6th Floor<br>    East Palo Alto, CA  94303-2284<br>    (650) 617-4030<br>    *norman.beamer@ropesgray.com*<br><br>    Paul M. Schoenhard (*pro hac vice*)<br>    Ropes & Gray LLP<br>    One Metro Center<br>    700 12th Street NW, Suite 900<br>    Washington, DC  20005-3948<br>    (202) 508-4693<br>    *paul.schoenhard.@ropesgray.com*<br><br>***Attorneys for Defendants Motorola, Inc., and Motorola Mobility, Inc.*** | By /s/ Christopher T. Wion<br>    Arthur W. Harrigan, Jr., WSBA #1751<br>    Christopher T. Wion, WSBA #33207<br>    Shane P. Cramer, WSBA #35099<br>    *arthurh@dhlt.com*<br>    *chrisw@dhlt.com*<br>    *shanec@dhlt.com*<br><br>    T. Andrew Culbert, WSBA #35925<br>    David E. Killough, WSBA #40185<br>    Microsoft Corporation<br>    One Microsoft Way<br>    Redmond, WA  98052<br>    (425) 882-8080<br>    *andycu@microsoft.com*<br>    *davkill@microsoft.com*<br><br>Of Counsel:<br><br>    John W. McBride (*pro hac vice pending*)<br>    David T. Pritikin (*pro hac vice pending*)<br>    Richard A. Cederoth (*pro hac vice pending*)<br>    Douglas I. Lewis (*pro hac vice pending*)<br>    Sidley Austin LLP<br>    One South Dearborn<br>    Chicago, IL  60603<br>    (312) 853-7000<br>    *jwmcbride@sidley.com*<br>    *dpritikin@sidley.com*<br>    *rcederoth@sidley.com*<br>    *dilewis@sidley.com*<br><br>    Brian R. Nester (*pro hac vice*)<br>    Kevin C. Wheeler (*pro hac vice*)<br>    Sidley Austin LLP<br>    1501 K Street NW<br>    Washington, DC  20005<br>    (202) 736-8000<br>    *bnester@sidley.com*<br>    *kwheeler@sidley.com*<br><br>***Attorneys for Plaintiff Microsoft Corporation*** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS MOTOROLA, INC., AND MOTOROLA MOBILITY, INC., TO ANSWER COMPLAINT - 2
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of _____, 2010.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

| | |
|---|---|
| SUMMIT LAW GROUP PLLC | DANIELSON HARRIGAN LEYH & TOLLEFSON LLP |
| By /s/ Philip S. McCune | By /s/ Christopher T. Wion |
|    Philip S. McCune, WSBA #21081 |    Arthur W. Harrigan, Jr., WSBA #1751 |
|    Lynn M. Engel, WSBA #21934 |    Christopher T. Wion, WSBA #33207 |
|    *philm@summitlaw.com* |    Shane P. Cramer, WSBA #35099 |
|    *lynne@summitlaw.com* |    *arthurh@dhlt.com* |
| |    *chrisw@dhlt.com* |
| And by |    *shanec@dhlt.com* |
|    Steven Pepe (*pro hac vice*) |    T. Andrew Culbert, WSBA #35925 |
|    Jesse J. Jenner (*pro hac vice*) |    David E. Killough, WSBA #40185 |
|    Ropes & Gray LLP |    Microsoft Corporation |
|    1211 Avenue of the Americas |    One Microsoft Way |
|    New York, NY  10036-8704 |    Redmond, WA  98052 |
|    (212) 596-9046 |    (425) 882-8080 |
|    *steven.pepe@ropesgray.com* |    *andycu@microsoft.com* |
|    *jesse.jenner@ropesgray.com* |    *davkill@microsoft.com* |
|    Norman H. Beamer (*pro hac vice*) | Of Counsel: |
|    Ropes & Gray LLP | |
|    1900 University Avenue, 6th Floor |    John W. McBride (*pro hac vice pending*) |
|    East Palo Alto, CA  94303-2284 |    David T. Pritikin (*pro hac vice pending*) |
|    (650) 617-4030 |    Richard A. Cederoth (*pro hac vice pending*) |
|    *norman.beamer@ropesgray.com* |    Douglas I. Lewis (*pro hac vice pending*) |
| |    Sidley Austin LLP |
|    Paul M. Schoenhard (*pro hac vice*) |    One South Dearborn |
|    Ropes & Gray LLP |    Chicago, IL  60603 |
|    One Metro Center |    (312) 853-7000 |
|    700 12th Street NW, Suite 900 |    *dpritikin@sidley.com* |
|    Washington, DC  20005-3948 |    *rcederoth@sidley.com* |
|    (202) 508-4693 |    *dilewis@sidley.com* |
|    *paul.schoenhard.@ropesgray.com* |    *jwmcbride@sidley.com* |

*Attorneys for Defendants Motorola, Inc., and Motorola Mobility, Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR DEFENDANTS MOTOROLA, INC., AND MOTOROLA
MOBILITY, INC., TO ANSWER COMPLAINT - 3
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Brian R. Nester (*pro hac vice*)
Kevin C. Wheeler (*pro hac vice*)
Sidley Austin LLP
1501 K Street NW
Washington, DC  20005
(202) 736-8000
*bnester@sidley.com*
*kwheeler@sidley.com*

**Attorneys for Plaintiff Microsoft Corporation**

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR DEFENDANTS MOTOROLA, INC., AND MOTOROLA
MOBILITY, INC., TO ANSWER COMPLAINT - 4
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001