The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA, INC. AND MOTOROLA MOBILITY, INC.'S MOTION TO DISMISS<br><br>**NOTED ON MOTION CALENDAR:<br>Friday, January 7, 2011** |

THIS MATTER having come before the Court on Motorola, Inc., and Motorola Mobility, Inc.'s Motion to Dismiss and the Court having heard oral argument from the parties' counsel, having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Motorola, Inc., and Motorola Mobility, Inc.'s Motion to Dismiss is hereby GRANTED. The claims against Motorola, Inc., and Motorola Mobility, Inc., are dismissed, with prejudice.

ORDER GRANTING MOTOROLA, INC. AND MOTOROLA MOBILITY, INC.'S MOTION TO DISMISS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    IT IS SO ORDERED.

2    DATED this _____ day of _____, 2010.

3

4                                          _____
                                           THE HONORABLE JAMES L. ROBART
                                           UNITED STATES DISTRICT COURT JUDGE
5

6   *Presented by:*

7   SUMMIT LAW GROUP PLLC

8

9   By /s/ Philip S. McCune
        Philip S. McCune, WSBA #21081
10      Lynn M. Engel, WSBA #21934

11  And by

12      Steven Pepe (*pro hac vice*)
        Jesse J. Jenner (*pro hac vice*)
13      Ropes & Gray LLP
        1211 Avenue of the Americas
14      New York, NY  10036-8704
        (212) 596-9046
15      *steven.pepe@ropesgray.com*

16      Norman H. Beamer (*pro hac vice*)
        Ropes & Gray LLP
17      1900 University Avenue, 6th Floor
        East Palo Alto, CA  94303-2284
18      (650) 617-4030
        *norman.beamer@ropesgray.com*
19
        Paul M. Schoenhard (*pro hac vice*)
20      Ropes & Gray LLP
        One Metro Center
21      700 12th Street NW, Suite 900
        Washington, DC  20005-3948
22      (202) 508-4693
        *Paul.schoenhard.@ropesgray.com*
23
    *Attorneys for Defendants Motorola, Inc., and Motorola Mobility, Inc.*
24

25

26

ORDER GRANTING MOTOROLA, INC. AND MOTOROLA                    SUMMIT LAW GROUP PLLC
MOBILITY, INC.'S MOTION TO DISMISS - 2                        315 FIFTH AVENUE SOUTH, SUITE 1000
CASE NO. C10-1823-JLR                                         SEATTLE, WASHINGTON 98104-2682
                                                              Telephone:  (206) 676-7000
                                                              Fax:  (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson Harrigan Leyh & Tollefson
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*
>
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Kevin C. Wheeler, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*kwheeler@sidley.com*
>*rcederoth@sidley.com*
>
>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 15th day of December, 2010.



Marcia A. Ripley

ORDER GRANTING MOTOROLA, INC. AND MOTOROLA MOBILITY, INC.'S MOTION TO DISMISS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001