HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants. | Case No. C10-1823<br><br>**[PROPOSED] ORDER DENYING MOTOROLA AND MOTOROLA MOBILITY'S MOTION TO DISMISS**<br><br>Noted: Friday, January 7, 2011 |

This matter came before the Court on Defendants Motorola and Motorola Mobility's Motion to Dismiss. The Court has considered the pleadings filed in support and against the motion and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED that Defendants' motion is DENIED in its entirety.

DATED this _____ day of January, 2011.

_____
JUDGE JAMES L. ROBART

[PROPOSED] ORDER DENYING MOTOROLA AND MOTOROLA MOBILITY'S MOTION TO DISMISS - 1

Cause No.: C10-1823

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE. SUITE 4400
SEATTLE. WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP

By_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP

Counsel for Plaintiff Microsoft Corp.

[PROPOSED] ORDER DENYING MOTOROLA
AND MOTOROLA MOBILITY'S MOTION TO
DISMISS - 2

Cause No.: C10-1823

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.

_____
Linda Bledsoe

[PROPOSED] ORDER DENYING MOTOROLA
AND MOTOROLA MOBILITY'S MOTION TO
DISMISS - 3

Cause No.: C10-1823

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717