HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants | Case No. 10-1823<br><br>DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA AND MOTOROLA MOBILITY'S MOTION TO DISMISS<br><br>Noted: Friday, January 7, 2011 |

I, Shane P. Cramer, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Francois Leveque and Yann Ménière, *Vagueness in RAND Licensing Obligations is Unreasonable for Patent Owners*, CERNA Working paper (2009) (available as of January 3, 2011 at http://ssrn.com/abstract=1030520).

DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA AND MOTOROLA MOBILITY'S MOTION TO DISMISS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of Daniel Swanson and William Baumol, *Reasonable and Nondiscriminatory (RAND) Royalties, Standards Selection, And Control of Market Power*, 73 Antitrust L.J. 1, 21 (2005).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 3rd day of January, 2011, at Seattle, Washington.

_____
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA AND MOTOROLA MOBILITY'S
MOTION TO DISMISS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700 FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.

Linda Bledsoe

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA AND MOTOROLA MOBILITY'S
MOTION TO DISMISS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717