1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,

Defendants.

CASE NO. C10-1823-JLR

SUPPLEMENTAL DECLARATION OF NORMAN H. BEAMER IN SUPPORT OF MOTOROLA, INC. AND MOTOROLA MOBILITY, INC.'S REPLY TO MICROSOFT'S OPPOSITION TO MOTION TO DISMISS

**NOTED ON MOTION CALENDAR:
Friday, January 7, 2011**

I, NORMAN H. BEAMER, hereby declare as follows:

1.      I am one of the attorneys for Motorola, Inc. and Motorola Mobility, Inc. in this lawsuit.  I am competent to testify, and make this declaration based on my own personal knowledge.

2.      I submit this declaration in support of Motorola, Inc. and Motorola Mobility, Inc.'s Reply to Microsoft's Opposition to Motion to Dismiss.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the product information website for Microsoft Corporation's Xbox 360 4GB Console (the "Console"), including the "Overview" and "What You Get" portions of the website describing the product.  The page is publicly available at http://www.xbox.com/en-US/Xbox360/Consoles/Systems/Xbox3604gb (last visited Jan. 6, 2011).  Upon information and belief, this product information website lists the

SUPPLEMENTAL DECLARATION OF NORMAN H.
BEAMER IN SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S REPLY TO MICROSOFT'S
OPPOSITION TO MOTION TO DISMISS - 1
CASE NO. C10-1823-JLR

25913232_1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1   Console's retail price at $199.99.  Upon information and belief, the Console includes "[b]uilt in

2   Wi-Fi" technology that is "[c]ompatible with b/g/n networks."

3         4.      Attached hereto as Exhibit 2 is a true and correct copy of the product information

4   website for Microsoft Corporation's Xbox 360 Wireless N Networking Adapter (the "Adapter").

5   The page is publicly available at http://www.xbox.com/en-US/Xbox360/Accessories/

6   CablesNetworking/Xbox360WirelessNNetworkingAdapter  (last visited Jan. 6, 2011).  Upon

7   information and belief, this product information website lists the Adapter's retail price at $99.99.

8   Upon information and belief, the Adapter incorporates the "Highest Wireless N technology

9   standard" and "[w]orks great with existing 802.11g and 802.11b wireless routers and access

10  points."

11        5.      Attached hereto as Exhibit 3 is a true and correct copy of Research in Motion

12  Limited and Research in Motion Corporation's Complaint in *Research in Motion Ltd. v. Motorola,*

13  *Inc.*, Docket Entry 1, No. 08-cv-00284K (N.D. Tex. Feb. 16, 2008).

14        6.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Brian

15  Blasius, *Research in Motion Ltd. v. Motorola, Inc.*, No. 08-cv-0284K, Docket Entry 33-3 (N.D.

16  Tex. Apr. 10, 2008).

17        7.      Attached hereto as Exhibit 5 is a true and correct copy of Dr. Herbert R. Putz and

18  Panonia Realty Corporation's Complaint in *Putz v. Golden*, No. 10-cv-00741JLR, Docket Entry 1

19  (W.D. Wash. Apr. 30, 2010).

20        8.      Attached hereto as Exhibit 6 is a true and correct copy of Michael H. Golden and

21  Suzanne C. Golden's Motion to Dismiss Plaintiffs' Complaint in *Putz v. Golden*, No. 10-cv-

22  00741JLR, Docket Entry 10 (W.D. Wash. July 15, 2010).

23        9.      Attached hereto as Exhibit 7 is a true and correct copy of Michael H. Golden and

24  Suzanne C. Golden's Reply to the Plaintiffs' Opposition to the Motion to Dismiss Plaintiffs'

25  Complaint in *Putz v. Golden*, No. 10-cv-00741JLR, Docket Entry 22 (W.D. Wash. Sept. 3, 2010).

26

SUPPLEMENTAL DECLARATION OF NORMAN H.
BEAMER IN SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S REPLY TO MICROSOFT'S
OPPOSITION TO MOTION TO DISMISS - 2
CASE NO. C10-1823-JLR
25913232_1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

10.     Attached hereto as Exhibit 8 is a true and correct copy of Broadcom Corporation's Second Amended Complaint in *Broadcom Corp. v. Qualcomm Inc.*, Docket Entry 106, No. 05-cv-3350MLC (D.N.J. Nov. 2, 2007).

I declare under penalty of the laws of perjury that the foregoing is true and correct.

DATED this 7th day of January, 2011, at East Palo Alto, California.

_____
Norman H. Beamer

SUPPLEMENTAL DECLARATION OF NORMAN H.
BEAMER IN SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S REPLY TO MICROSOFT'S
OPPOSITION TO MOTION TO DISMISS - 3
CASE NO. C10-1823-JLR
25913232_1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax:  (206) 676-7001

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on this day I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system which will send notification of such filing to the following:

3

4    Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.

5    Shane P. Cramer, Esq.
Danielson Harrigan Leyh & Tollefson

6    *arthurh@dhlt.com*
*chrisw@dhlt.com*

7    *shanec@dhlt.com*

8    Brian R. Nester, Esq.
David T. Pritikin, Esq.

9    Douglas I. Lewis, Esq.

10   John W. McBride, Esq.
Kevin C. Wheeler, Esq.

11   Richard A. Cederoth, Esq.
Sidley Austin LLP

12   *bnester@sidley.com*
*dpritikin@sidley.com*

13   *dilewis@sidley.com*

14   *jwmcbride@sidley.com*
*kwheeler@sidley.com*

15   *rcederoth@sidley.com*

16   T. Andrew Culbert, Esq.
David E. Killough, Esq.

17   Microsoft Corp.
*andycu@microsoft.com*

18   *davkill@microsoft.com*

19

20   DATED this 7th day of January, 2011.

21

22   _____
Marcia A. Ripley

23

24

25

26

SUPPLEMENTAL DECLARATION OF NORMAN H.
BEAMER IN SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S REPLY TO MICROSOFT'S
OPPOSITION TO MOTION TO DISMISS - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001