# Exhibit 1

5

United States • Support                                                    Search Site

**Xbox 360 + Accessories**      Xbox LIVE        Games + Marketplace       Community        My Xbo

Home > Xbox 360 + Accessories > Xbox 360 4GB Console



# Xbox 360 4GB Console

The new Xbox 360 4GB consol
a standard definition composite
Xbox LIVE Gold Membership.

**Price: $199.99**

Overview                        What You Get                       Related Accessories

## What You Get

- **Built-in Wi-Fi:** The new Xbox 360 is the only console with 802.11n Wi-Fi built-in for a faster and easi movies and TV or download games from Xbox LIVE in 1080p and 5.1 surround sound from anywhere networks.
- **Xbox LIVE:** Xbox LIVE brings a world of entertainment to you. Instantly stream movies and TV from game add-ons like new levels, characters, maps, and songs. Easily jump right into online multiplayer world. Plus, get your favorite music from Last.fm, connect with friends on Facebook® and post tweets to more games, entertainment, and fun.*
- **Kinect ready:** Kinect brings games and entertainment to life in extraordinary new ways—no controlle Kinect gets everyone off the couch moving, laughing, and cheering. See a ball? Kick it. Want to join a control an HD movie with a wave of your hand. Featuring a dedicated, specialized port, the Xbox 360 the Kinect Sensor.
- **Xbox 360 wireless controller (black):** This award-winning high performance wireless controller feat life of 30 hours on two AA batteries.

6

United States • Support

Search Site

**Free.**

Join Now   Sign In

| Xbox 360 + Accessories | Xbox LIVE | Games + Marketplace | Community | My Xbox | KINECT |

Home > Xbox 360 + Accessories > Xbox 360 4GB Console



## Xbox 360 4GB Console

The new Xbox 360 4GB console has built-in wi-fi, a black wireless controller, a standard definition composite A/V cable, and comes with a free one-month Xbox LIVE Gold Membership.

**Price: $199.99**

Find a Retailer

| Overview | What You Get | Related Accessories |

## Overview

The new Xbox 360® 4GB Console. Here today, ready for tomorrow with a brand new, leaner machine. Wi-Fi is built in for easier connection to the world of entertainment on Xbox LIVE, where HD movies and TV stream in an instant. It's ready for the controller-free experiences of Kinect—you don't just play the game, you are the game. Xbox 360 is more games, entertainment, and fun.



### Move content from one console to another

Easily transfer all your data from your original Xbox 360 hard drive to the next. Sold separately.

Learn more



Support   Press   For Developers   Games for Windows   Jobs   Feedback

Privacy Statement   Xbox.com Terms of Use   Code of Conduct   About Our Ads

© 2010 Microsoft

7

# Exhibit 2

United States • Support     Search Site

**Free.**
Join Now    Sign In

Xbox 360 + Accessories    Xbox LIVE    Games + Marketplace    Community    My Xbox    KINECT

Home > Xbox 360 + Accessories > Accessories > Xbox 360 Wireless N Networking Adapter



## Xbox 360® Wireless N Networking Adapter

**Price: $99.99**

Find a Retailer

Overview

With no cords to tie you down, the Xbox 360 Wireless N Networking Adapter is your connection to the fun of Xbox LIVE. Quickly download or stream HD movies, TV episodes, game demos, game add-ons, and more. The dual band adapter offers fast speed and great range* and contains an extension cable for off-board placement.

*Range up to 2x that of a/b/g networks

- Connect to Xbox LIVE wirelessly with ease.
- Highest Wireless N technology standard and dual band for maximum speed, coverage and reliability
- The best solution for streaming and downloading HD movies
- Works great with existing 802.11g and 802.11b wireless routers and access points



Support    Press    For Developers    Games for Windows    Jobs    Feedback

Privacy Statement    Xbox.com Terms of Use    Code of Conduct    About Our Ads

© 2010 Microsoft