HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants | Case No. 10-1823<br><br>PLAINTIFF MICROSOFT'S NOTICE OF INTENT TO FILE A SURREPLY<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, January 7, 2011** |

Pursuant to CR 7(g)(1), Local Rules W.D.Wash., Plaintiff Microsoft Corporation hereby gives notice of its intent to file a surreply to Defendants Motorola, Inc. and Motorola Mobility, Inc.'s Reply to Microsoft's Opposition to Motion to Dismiss, which Motorola filed on January 7, 2011.

//

//

//

//

PLAINTIFF MICROSOFT'S NOTICE OF
INTENT TO FILE A SURREPLY - 1

DATED this 12th day of January, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    /s/ Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

John W. McBride, of Counsel
David T. Pritikin, of Counsel
Richard A. Cederoth, of Counsel
Douglas I. Lewis, of Counsel
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Brian R. Nester, of Counsel
Kevin C. Wheeler, of Counsel
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Plaintiff Microsoft Corp.

PLAINTIFF MICROSOFT'S NOTICE OF
INTENT TO FILE A SURREPLY - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.

   /s/ Linda Bledsoe
Linda Bledsoe

PLAINTIFF MICROSOFT'S NOTICE OF
INTENT TO FILE A SURREPLY - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717