HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                              Plaintiff,<br><br>       vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>                              Defendants | Case No. 10-1823<br><br>PLAINTIFF MICROSOFT'S SURREPLY TO STRIKE PORTIONS OF THE SUPPLEMENTAL DECLARATION OF NORMAN H. BEAMER IN SUPPORT OF MOTOROLA, INC. AND MOTOROLA MOBILITY, INC.'S MOTION TO DISMISS<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, January 7, 2011** |

## ARGUMENT

Pursuant to Local Rule CR 7(g), Plaintiff Microsoft Corporation submits this surreply to strike Paragraphs 3 and 4, and Exhibits 1 and 2 to the Supplemental Declaration of Norman H. Beamer in Support of Motorola, Inc. and Motorola Mobility, Inc.'s Reply to Microsoft's Opposition to Motion to Dismiss ("Beamer Supplemental Declaration") (Dkt. No. 41), and those portions of Defendants' Motorola, Inc. and Motorola Mobility, Inc.'s ("Motorola's") Reply relying on those paragraphs and exhibits.

PLAINTIFF MICROSOFT'S SURREPLY TO
STRIKE PORTIONS OF THE SUPPLEMENTAL
DECLARATION OF NORMAN H. BEAMER IN
SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S MOTION TO
DISMISS - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1        "In ruling on a 12(b)(6) motion, a court may generally consider only allegations

2 contained in the pleadings, exhibits attached to the complaint, and matters properly subject to

3 judicial notice." *Walters v. Seattle Sch. Dist. No. 1*, No. C08-264JLR, 2008 U.S. Dist. LEXIS

4 84958, at *8-9 (W.D. Wash. Sept. 15, 2008) (J. Robart), *citing Swartz v. KPMG LLP*, 476 F.3d

5 756, 763 (9th Cir. 2007); *see also Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d

6 1542, 1555 n.19 (9th Cir. 1989).  A party may file a surreply requesting to "strike material

7 contained in or attached to a reply brief."  Local Rules W.D.Wash. 7(g); *Hutt v. Pierce County*,

8 No. 09-5271BHS, 2009 WL 4066839 (W.D. Wash., November 20, 2009).

9        Microsoft requests that the Court strike Paragraphs 3 and 4, and Exhibits 1 and 2 to the

10 Beamer Supplemental Declaration because they refer to or contain information that may not be

11 properly considered on a motion to dismiss.  The information includes purported print-outs

12 from the Microsoft Xbox website describing the cost of one version of the Xbox 360 and an

13 Xbox 360 WiFi adapter.  Neither the exhibits nor the paragraphs contained in the declaration

14 purportedly authenticating them are the proper subjects for judicial notice.  The exhibits were

15 not attached to Microsoft's Complaint.  They are laden with extraneous facts that are not

16 referred to in Microsoft's Complaint.  And none of the exhibits or the disputed facts set forth in

17 paragraphs 3 and 4 is integral to Microsoft's complaint.

18        Under Fed. R. Civ. P. 12(d), when matters outside the pleadings are presented and not

19 excluded, a motion to dismiss must be treated as a motion for summary judgment, and

20 Microsoft must be given the opportunity to present all materials pertinent to the motion.  In this

21 instance, the materials selected by Motorola are incomplete.  Microsoft would demonstrate that

22 the materials are consistent with the allegations in the pleadings and that Motorola's insistence

23 on seeking a fixed royalty rate on products having widely varying prices is itself evidence of its

24 failure to comply with its RAND obligations.  Microsoft has alleged exactly that (*see*

25 Complaint, ¶¶ 6, 65), and this allegation must be accepted as true by the Court, *see NL*

PLAINTIFF MICROSOFT'S SURREPLY TO
STRIKE PORTIONS OF THE SUPPLEMENTAL
DECLARATION OF NORMAN H. BEAMER IN
SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S MOTION TO
DISMISS - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700    FAX, (206) 623-8717

1  *Industries v. Kaplan*, 792 F.2d 896, 898 (9th Cir. 1986).  In any event, those are issues of fact

2  for ultimate resolution in the case.

3       As the court in *Research in Motion v. Motorola* held in denying Motorola's motion to

4  dismiss Research in Motion's RAND claim:

> RIM's complaint alleges that Motorola 'has refused to extend FRAND
> …licensing terms to RIM for any of Motorola's purported essential
> patents…and has instead demanded of RIM terms that are unfair, unreasonable,
> and on information and belief, discriminatory.'  Motorola's argument merely
> contradicts the factual accuracy of this statement.  At this stage of the case, the
> court takes RIM's pleadings as true.  RIM has adequately pled that Motorola did
> not honor its promise to license on FRAND terms.  Motorola's contention
> otherwise is entitled to no weight on a Rule 12(b)(6) motion.

644 F. Supp. 2d 788, 797 (N.D. Tex. 2008) (internal citations omitted).  That is all Motorola

has done here as well.

## CONCLUSION

     For these reasons, Microsoft respectfully requests that this Court strike Exhibits 1 and

2, and Paragraphs 3 and 4 of the Beamer Supplemental Declaration, along with those portions

of Motorola's Reply (*see* Reply at 5) relying on these portions of the Beamer Supplemental

Declaration.

     DATED this 12th day of January, 2011.

               DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


               By ____/s/ Arthur W. Harrigan, Jr._____
                    Arthur W. Harrigan, Jr., WSBA #1751
                    Christopher Wion, WSBA #33207
                    Shane P. Cramer, WSBA #35099

PLAINTIFF MICROSOFT'S SURREPLY TO
STRIKE PORTIONS OF THE SUPPLEMENTAL
DECLARATION OF NORMAN H. BEAMER IN
SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S MOTION TO
DISMISS - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax: 425-869-1327

John W. McBride, of Counsel
David T. Pritikin, of Counsel
Richard A. Cederoth, of Counsel
Douglas I. Lewis, of Counsel
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Brian R. Nester, of Counsel
Kevin C. Wheeler, of Counsel
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Plaintiff Microsoft Corp.

PLAINTIFF MICROSOFT'S SURREPLY TO
STRIKE PORTIONS OF THE SUPPLEMENTAL
DECLARATION OF NORMAN H. BEAMER IN
SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S MOTION TO
DISMISS - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2011, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:  Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.


    /s/ Linda Bledsoe
Linda Bledsoe

PLAINTIFF MICROSOFT'S SURREPLY TO
STRIKE PORTIONS OF THE SUPPLEMENTAL
DECLARATION OF NORMAN H. BEAMER IN
SUPPORT OF MOTOROLA, INC. AND
MOTOROLA MOBILITY, INC.'S MOTION TO
DISMISS - 5