HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>　　　　　　　Defendants | Case No. 10-1823<br><br>(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT<br><br>**Noted: Friday, February 25, 2011** |

This matter came before the Court on the motion of Microsoft for an Order Granting Leave to File Amended and Supplemental Complaint. The Court has considered the following pleadings:

1. Microsoft's Motion for Leave to File Amended and Supplemental Complaint;

2. Declaration of Shane Cramer in Support of Microsoft's Motion for Leave to File Amended and Supplemental Complaint;

3. Proposed Order Granting Microsoft's Motion for Leave to File Amended and Supplemental Complaint;

(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

4.

5.

6.

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that Microsoft's Motion for Leave to File Amended and Supplemental Complaint is GRANTED. The Clerk is directed to file with the Court Microsoft's Amended and Supplemental Complaint, attached to Microsoft's Motion as Exhibit A.

DATED this ____ day of February, 2011.

_____
HONORABLE JAMES L. ROBART
US DISTRICT COURT JUDGE

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    /s/ Shane P. Cramer
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #21119
    MICROSOFT CORPORATION

    John W. McBride, *(pro hac vice)*
    David T. Pritikin, *(pro hac vice)*
    Richard A. Cederoth, *(pro hac vice)*
    Douglas I. Lewis, *(pro hac vice)*
    SIDLEY AUSTIN LLP

    Brian R. Nester, *(pro hac vice)*
    Kevin C. Wheeler, *(pro hac vice)*
    SIDLEY AUSTIN LLP

**Counsel for Plaintiff Microsoft Corp.**

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR LEAVE TO FILE
AMENDED AND SUPPLEMENTAL
COMPLAINT - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717