HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants | Case No. 10-1823<br><br>DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT<br><br>Noted: Friday, February 25, 2011 |

I, Shane P. Cramer, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange dated January 28, 2011, between my colleague, Chris Wion, and Phil McCune, a partner at Summit Law Group, counsel for defendant Motorola, Inc., *et al.*, memorializing Defendants' refusal to stipulate to Microsoft's filing of an amended and supplemental complaint.

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S MOTION FOR
LEAVE TO FILE AMENDED AND
SUPPLEMENTAL COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint for Patent Infringement (without exhibits) filed on November 10, 2010, in the matter of *Motorola Mobility, Inc. and General Instrument Corporation v. Microsoft Corporation*, United States District Court for the Western District of Wisconsin, Case No. 3:10-cv-00699.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint for Patent Infringement (without exhibits) filed on November 10, 2010, in the matter of *Motorola Mobility, Inc. and General Instrument Corporation v. Microsoft Corporation*, United States District Court for the Western District of Wisconsin, Case No. 3:10-cv-00700.

5. Attached hereto as Exhibit 4 is a true and correct copy of the publicly-available version of the Verified Complaint Under Section 337 of the Tariff Act of 1930, As Amended, (without exhibits) filed on November 22, 2010 in the matter of *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, United States International Trade Commission, Washington, D.C., Investigation No. 337-TA-752.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 7th day of February, 2011, at Seattle, Washington.

*/s/ Shane P. Cramer*
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S MOTION FOR
LEAVE TO FILE AMENDED AND
SUPPLEMENTAL COMPLAINT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.

Linda Bledsoe

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S MOTION FOR
LEAVE TO FILE AMENDED AND
SUPPLEMENTAL COMPLAINT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717