The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>    Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

On January 4, 2011, Motorola Solutions, Inc. (formerly Motorola, Inc.), completed its previously announced separation of Motorola Mobility Holdings, Inc. Pursuant to Fed. R. Civ. P. 7.1, Defendant Motorola Solutions, Inc. ("Motorola Solutions"), by counsel, certifies that it is a publicly traded company (NYSE: MSI) that has no parent corporation. No publicly held corporation owns 10% or more of the stock of Motorola Solutions. Motorola Solutions notes that a privately held entity, Icahn Associates Corporation, currently holds more than 10% of its stock

MOTOROLA SOLUTIONS, INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 | DATED this 7th day of February, 2011.

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
  Philip S. McCune, WSBA #21081
  Lynn M. Engel, WSBA #21934
  *philm@summitlaw.com*
  *lynne@summitlaw.com*

And by

  Steven Pepe (*pro hac vice*)
  Jesse J. Jenner (*pro hac vice*)
  Ropes & Gray LLP
  1211 Avenue of the Americas
  New York, NY 10036-8704
  (212) 596-9046
  *steven.pepe@ropesgray.com*

  Norman H. Beamer (*pro hac vice*)
  Ropes & Gray LLP
  1900 University Avenue, 6th Floor
  East Palo Alto, CA 94303-2284
  (650) 617-4030
  *norman.beamer@ropesgray.com*

  Paul M. Schoenhard (*pro hac vice*)
  Ropes & Gray LLP
  One Metro Center
  700 12th Street NW, Suite 900
  Washington, DC 20005-3948
  (202) 508-4693
  *Paul.schoenhard.@ropesgray.com*

  **Attorneys for Defendant Motorola Solutions, Inc.**

MOTOROLA SOLUTIONS, INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson Harrigan Leyh & Tollefson
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Kevin C. Wheeler, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*kwheeler@sidley.com*
>*rcederoth@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 7th day of February, 2011.



_____
Marcia A. Ripley

MOTOROLA SOLUTIONS, INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001