The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>                    Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA MOBILITY, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Motorola Mobility, Inc. ("Motorola Mobility"), by counsel, certifies that it is a wholly owned subsidiary of Motorola Mobility Holdings, Inc., a publicly traded company (NYSE: MMI). No publicly held corporation owns 10% or more of the stock of Motorola Mobility Holdings, Inc. Motorola Mobility notes that a privately held entity, Icahn Associates Corporation, currently holds more than 10% of the stock of Motorola Mobility Holdings, Inc.

MOTOROLA MOBILITY, INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   DATED this 7th day of February, 2011.

2                                                           SUMMIT LAW GROUP PLLC

3

4                                                           By /s/ Philip S. McCune
                                                               Philip S. McCune, WSBA #21081
5                                                              Lynn M. Engel, WSBA #21934
                                                               *philm@summitlaw.com*
6                                                              *lynne@summitlaw.com*

7                                                           And by

8                                                               Steven Pepe (*pro hac vice*)
                                                                Jesse J. Jenner (*pro hac vice*)
9                                                               Ropes & Gray LLP
                                                                1211 Avenue of the Americas
10                                                              New York, NY  10036-8704
                                                                (212) 596-9046
11                                                              *steven.pepe@ropesgray.com*

12                                                              Norman H. Beamer (*pro hac vice*)
                                                                Ropes & Gray LLP
13                                                              1900 University Avenue, 6th Floor
                                                                East Palo Alto, CA  94303-2284
14                                                              (650) 617-4030
                                                                *norman.beamer@ropesgray.com*
15
                                                                Paul M. Schoenhard (*pro hac vice*)
16                                                              Ropes & Gray LLP
                                                                One Metro Center
17                                                              700 12th Street NW, Suite 900
                                                                Washington, DC  20005-3948
18                                                              (202) 508-4693
                                                                *Paul.schoenhard.@ropesgray.com*
19
                                                           ***Attorneys for Defendant Motorola Mobility, Inc.***
20

21

22

23

24

25

26

MOTOROLA MOBILITY, INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson Harrigan Leyh & Tollefson
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Kevin C. Wheeler, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*kwheeler@sidley.com*
>*rcederoth@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 7th day of February, 2011.



_____
Marcia A. Ripley

---

MOTOROLA MOBILITY, INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001