The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>**DEFENDANTS' NONOPPOSITION TO PLAINTIFF MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, February 25, 2011** |

Defendants Motorola Solutions, Inc., and Motorola Mobility, Inc., do not oppose Plaintiff Microsoft's Motion for Leave to File Amended and Supplemental Complaint.

DATED this 22nd day of February, 2011.

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
　　Philip S. McCune, WSBA #21081
　　Lynn M. Engel, WSBA #21934
　　*philm@summitlaw.com*
　　*lynne@summitlaw.com*

---

DEFENDANTS' NONOPPOSITION TO PLAINTIFF
MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

|   |   |
|---|---|
| 1 | And by |
| 2 | Steven Pepe (*pro hac vice*) |
|   | Jesse J. Jenner (*pro hac vice*) |
| 3 | Ropes & Gray LLP |
|   | 1211 Avenue of the Americas |
| 4 | New York, NY 10036-8704 |
|   | (212) 596-9046 |
| 5 | steven.pepe@ropesgray.com |
| 6 | Norman H. Beamer (*pro hac vice*) |
|   | Ropes & Gray LLP |
| 7 | 1900 University Avenue, 6th Floor |
|   | East Palo Alto, CA 94303-2284 |
| 8 | (650) 617-4030 |
|   | norman.beamer@ropesgray.com |
| 9 |   |
|   | Paul M. Schoenhard (*pro hac vice*) |
| 10 | Ropes & Gray LLP |
|   | One Metro Center |
| 11 | 700 12th Street NW, Suite 900 |
|   | Washington, DC 20005-3948 |
| 12 | (202) 508-4693 |
|   | Paul.schoenhard.@ropesgray.com |

***Attorneys for Defendants Motorola Solutions, Inc., and Motorola Mobility, Inc.***

DEFENDANTS' NONOPPOSITION TO PLAINTIFF
MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Kevin C. Wheeler, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 22nd day of February, 2011.



_____
Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO PLAINTIFF
MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001