HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants | Case No. 10-1823<br><br>PLAINTIFF MICROSOFT CORPORATION'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT<br><br>Motion for Leave to File Amended Complaint Noted:<br>Friday February 25, 2011 |

Plaintiff Microsoft Corporation ("Microsoft") hereby withdraws its Motion for Leave to File Amended and Supplemental Complaint (Dkt. 45). Microsoft also hereby provides notice that it will be filing its Amended and Supplemental Complaint in accordance with Federal Rule of Civil Procedure 15(a)(2), in light of Defendants' Non-Opposition to Plaintiff Microsoft's Motion for Leave (Dkt. 50), and by agreement of Defendants' counsel.

//

//

//

MICROSOFT'S NOTICE OF WITHDRAWAL OF
ITS MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   DATED this 23rd day of February, 2011.

2   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

4   By      /s/ Christopher Wion
5   Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
6   Shane P. Cramer, WSBA #35099

7   T. Andrew Culbert
    David E. Killough
8   MICROSOFT CORPORATION
    1 Microsoft Way
9   Redmond, WA  98052
    Phone: 425-882-8080
10  Fax: 425-869-1327

11  John W. McBride, of Counsel
12  David T. Pritikin, of Counsel
    Richard A. Cederoth, of Counsel
13  Douglas I. Lewis, of Counsel
    SIDLEY AUSTIN LLP
14  One South Dearborn
    Chicago, IL  60603
15  Phone: 312-853-7000
16  Fax: 312-853-7036

17  Brian R. Nester, of Counsel
    Kevin C. Wheeler, of Counsel
18  SIDLEY AUSTIN LLP
    1501 K Street NW
19  Washington, DC  20005
    Telephone: 202-736-8000
20  Fax: 202-736-8711

21  Counsel for Plaintiff Microsoft Corp.

MICROSOFT'S NOTICE OF WITHDRAWAL OF
ITS MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.

/s/ Linda Bledsoe
Linda Bledsoe

MICROSOFT'S NOTICE OF WITHDRAWAL OF
ITS MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717