The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' CLARIFICATION REGARDING MICROSOFT'S NOTICE OF ENTRY OF ORDER IN RELATED CASE |

Defendants Motorola Mobility, Inc., and Motorola Solutions, Inc. ("Motorola"), in response to Microsoft's Notice of Entry of Order in Related Case (ECF No. 49) ("Notice"), respectfully submit that the transferred patent infringement claims referred to in Microsoft's Notice are not "compulsory counterclaims" to Microsoft's complaint in this action. Although Microsoft had moved the Court in the transferred action for dismissal of the patent infringement claims on the ground that they were compulsory counterclaims, the Court did not grant that motion, and did not rule that the claims were compulsory.

DEFENDANTS' CLARIFICATION REGARDING
MICROSOFT'S NOTICE OF ENTRY OF ORDER IN
RELATED CASE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 23rd day of February, 2011.

SUMMIT LAW GROUP PLLC


By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA 94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*

    Paul M. Schoenhard (*pro hac vice*)
    Ropes & Gray LLP
    One Metro Center
    700 12th Street NW, Suite 900
    Washington, DC 20005-3948
    (202) 508-4693
    *Paul.schoenhard.@ropesgray.com*

**Attorneys for Defendants Motorola Solutions, Inc., and Motorola Mobility, Inc.**

DEFENDANTS' CLARIFICATION REGARDING
MICROSOFT'S NOTICE OF ENTRY OF ORDER IN
RELATED CASE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Kevin C. Wheeler, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 23rd day of February, 2011.

_____
Marcia A. Ripley

DEFENDANTS' CLARIFICATION REGARDING
MICROSOFT'S NOTICE OF ENTRY OF ORDER IN
RELATED CASE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001