The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' RENEWED MOTION TO DISMISS<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, April 1, 2011** |

THIS MATTER having come before the Court on Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation's Renewed Motion to Dismiss and the Court having heard oral argument from the parties' counsel, having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation's Renewed Motion to Dismiss is hereby GRANTED. Microsoft's complaint against Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation is dismissed, with prejudice.

ORDER GRANTING DEFENDANTS' RENEWED MOTION
TO DISMISS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  IT IS SO ORDERED.

2  DATED this _____ day of _____, 2011.

3

4                                                          _____
                                                           THE HONORABLE JAMES L. ROBART
5                                                          UNITED STATES DISTRICT COURT JUDGE

6  *Presented by:*

7  SUMMIT LAW GROUP PLLC

8

9  By /s/ Philip S. McCune
       Philip S. McCune, WSBA #21081
10     Lynn M. Engel, WSBA #21934

11 And by

12    Steven Pepe (*pro hac vice*)
      Jesse J. Jenner (*pro hac vice*)
13    Ropes & Gray LLP
      1211 Avenue of the Americas
14    New York, NY  10036-8704
      (212) 596-9046
15    *steven.pepe@ropesgray.com*
      *jesse.jenner@ropesgray.com*
16
      Norman H. Beamer (*pro hac vice*)
17    Ropes & Gray LLP
      1900 University Avenue, 6th Floor
18    East Palo Alto, CA  94303-2284
      (650) 617-4030
19    *norman.beamer@ropesgray.com*

20    Paul M. Schoenhard (*pro hac vice*)
      Ropes & Gray LLP
21    One Metro Center
      700 12th Street NW, Suite 900
22    Washington, DC  20005-3948
      (202) 508-4693
23    *Paul.schoenhard.@ropesgray.com*

24 *Attorneys for Defendants Motorola Solutions, Inc.,
   Motorola Mobility, Inc., and General Instrument*
25 *Corporation*

26

ORDER GRANTING DEFENDANTS' RENEWED MOTION                  SUMMIT LAW GROUP PLLC
TO DISMISS - 2                                             315 FIFTH AVENUE SOUTH, SUITE 1000
CASE NO. C10-1823-JLR                                      SEATTLE, WASHINGTON 98104-2682
                                                           Telephone:  (206) 676-7000
                                                           Fax:  (206) 676-7001

<mark>
<mark>

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson Harrigan Leyh & Tollefson
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Kevin C. Wheeler, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*kwheeler@sidley.com*
>*rcederoth@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 9th day of March, 2011.

_____
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' RENEWED MOTION
TO DISMISS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001