HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants | Case No. 10-1823<br><br>(PROPOSED) ORDER DENYING DEFENDANTS' RENEWED MOTION TO DISMISS<br><br>**NOTED: APRIL 1, 2011** |

This matter came before the Court on Defendants' Renewed Motion to Dismiss. The Court has considered the following pleadings:

1. Defendants' Renewed Motion to Dismiss;

2. Third Declaration of Norman Beamer in Support of Motorola's Motion to Dismiss and Stay Answer;

3. Defendants' Proposed Order Granting Defendants' Renewed Motion to Dismiss;

4. Microsoft's Opposition to Defendants' Renewed Motion to Dismiss;

(PROPOSED) ORDER DENYING DEFENDANTS' RENEWED MOTION TO DISMISS - 1

Case No. 10-1823

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

5. Declaration of Shane Cramer in Support of Microsoft's Opposition to Defendants' Renewed Motion to Dismiss;

6. Microsoft's Proposed Order Denying Defendants' Renewed Motion to Dismiss;

7.

8.

Based on the pleadings submitted and, being otherwise fully advised,

IT IS ORDERED that Defendants' Renewed Motion to Dismiss is DENIED.

DATED this _____ day of April, 2011.

_____
JUDGE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP

By _/s/ Shane Cramer_____
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP

Counsel for Defendant/Counter Claimant Microsoft Corp.

(PROPOSED) ORDER DENYING DEFENDANTS' RENEWED MOTION TO DISMISS - 2

Case No. 10-1823

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717