HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 10-1823 |
| Plaintiff, | DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS |
| vs. | |
| MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, | Noted: Friday, April 1, 2011 |
| Defendants | |

I, Shane P. Cramer, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Francois Leveque and Yann Ménière, *Vagueness in RAND Licensing Obligations is Unreasonable for Patent Owners*, CERNA Working paper (2009) (available as of January 3, 2011 at http://ssrn.com/abstract=1030520).

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' RENEWED MOTION TO
DISMISS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of Daniel Swanson and William Baumol, *Reasonable and Nondiscriminatory (RAND) Royalties, Standards Selection, And Control of Market Power*, 73 Antitrust L.J. 1, 21 (2005).

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Motorola, Inc.'s Answer, Affirmative Defenses, and Counterclaims to Wi-Lan, Inc.'s Third Amended Complaint dated September 18, 2009 (Dkt. No. 63), in the matter of *Wi-Lan v. Research in Motion Corp.*, et al., United States District Court for the Eastern District of Texas, Case No. 2:08-CV-247-TJW.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 28th day of March, 2011, at Seattle, Washington.

_____
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' RENEWED MOTION TO
DISMISS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip S. McCune and Lynn M. Engel at Summit Law Group, PLLC.

*Linda Bledsoe*

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' RENEWED MOTION TO
DISMISS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717