

Michael Best & Friedrich LLP
Attorneys at Law
One South Pinckney Street
Suite 700
Madison, WI 53703

P.O. Box 1806
Madison, WI 53701-1806

Phone 608.257.3501
Fax 608.283.2275



FILED
LODGED
RECEIVED

JUN 27 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

J. Donald Best
Direct 608.283.2272
Email jdbest@michaelbest.com

June 23, 2011

Clerk of Court
Clerk's Office, US District Court
Attn: Mary Duett
US Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re:  *Microsoft Corporation v. Motorola, Inc., et al.*
     Case No. 2:10-cv-01823-JLR

Dear Ms. Duett:

This letter is to inform you that Michael Best & Friedrich does not represent Microsoft Corporation in the above-reference case. This firm only represented Microsoft when the case was pending in the Western District of Wisconsin. As a result, please remove J. Donald Best, Charles J. Crueger and Christopher C. Davis from the list of attorneys in the case.

Thank you for your assistance in this matter.

Very truly yours,

MICHAEL BEST & FRIEDRICH LLP

J. Donald Best

JDB:pmc

10-CV-01823-NTC