HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENTS, INC.,<br><br>Defendants | Case No. 10-1823<br><br>(PROPOSED) ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S MOTION TO DISMISS MOTOROLA'S "RAND"-BASED COUNTERCLAIMS<br><br>DATED: Friday, July 29, 2011 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

This matter came before the Court on the motion of Plaintiff Microsoft Corporation, for an order granting its Motion to Dismiss Motorola's "RAND"-Based Counterclaims. The Court has considered the following pleadings:

(PROPOSED) ORDER GRANTING PLAINTIFF
MICROSOFT CORPORATION'S MOTION TO
DISMISS MOTOROLA'S "RAND"-BASED
COUNTERCLAIMS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

1. Plaintiff Microsoft Corporation's Motion to Dismiss Motorola's "RAND"-Based Counterclaims;

2. Proposed Order;

3.

4.

5.

6.

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that, Plaintiff Microsoft Corporation's Motion to Dismiss Motorola's "RAND"-Based Counterclaims is GRANTED.


DATED this _____ day of _____, 2011.


_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP



By ___/s/ Christopher Wion_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

(PROPOSED) ORDER GRANTING PLAINTIFF
MICROSOFT CORPORATION'S MOTION TO
DISMISS MOTOROLA'S "RAND"-BASED
COUNTERCLAIMS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | David T. Pritikin, of Counsel |
|   | Richard A. Cederoth, of Counsel |
| 2 | Douglas I. Lewis, of Counsel |
|   | John W. McBride, of Counsel |
| 3 | SIDLEY AUSTIN LLP |
|   | One South Dearborn |
| 4 | Chicago, IL  60603 |
|   | Phone:  312-853-7000 |
| 5 | Fax:  312-853-7036 |
| 6 | Brian R. Nester, of Counsel |
|   | Kevin C. Wheeler, of Counsel |
| 7 | SIDLEY AUSTIN LLP |
|   | 1501 K Street NW |
| 8 | Washington, DC  20005 |
|   | Telephone:  202-736-8000 |
| 9 | Fax:  202-736-8711 |
| 10 | |
|   | Counsel for Plaintiff Microsoft Corp. |

(PROPOSED) ORDER GRANTING PLAINTIFF
MICROSOFT CORPORATION'S MOTION TO
DISMISS MOTOROLA'S "RAND"-BASED
COUNTERCLAIMS - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed the foregoing document with the Clerk of the Curt using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

*/s/ Linda Bledsoe*
LINDA BLEDSOE

(PROPOSED) ORDER GRANTING PLAINTIFF
MICROSOFT CORPORATION'S MOTION TO
DISMISS MOTOROLA'S "RAND"-BASED
COUNTERCLAIMS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717