The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants.<br><hr>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION TO DISMISS MOTOROLA'S "RAND"-BASED COUNTERCLAIMS<br><br>**Noted on Motion Calendar:**<br>**Friday, July 29, 2011** |

ORDER DENYING MICROSOFT'S MOTION TO DISMISS
MOTOROLA'S "RAND"-BASED COUNTERCLAIMS
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER having come before the Court on Microsoft's Motion to Dismiss
2   Motorola's "Rand"-Based Counterclaims and the Court having reviewed the pleadings and
3   evidence presented and on file in this case, and being otherwise fully advised as to the issues
4   presented, the Court hereby

5   ORDERS, ADJUDGES AND DECREES that Microsoft's Motion to Dismiss Motorola's
6   "Rand"-Based Counterclaims is hereby DENIED.

7   IT IS SO ORDERED.

8   DATED this _____ day of _____, 2011.

    THE HONORABLE JAMES L. ROBART
    UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC


By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*
    *jesse.jenner@ropesgray.com*

ORDER DENYING MICROSOFT'S MOTION TO DISMISS
MOTOROLA'S "RAND"-BASED COUNTERCLAIMS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1   Norman H. Beamer (*pro hac vice*)
    Ropes & Gray LLP
2   1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
3   (650) 617-4030
    *norman.beamer@ropesgray.com*
4
    Paul M. Schoenhard (*pro hac vice*)
5   Ropes & Gray LLP
    One Metro Center
6   700 12th Street NW, Suite 900
    Washington, DC  20005-3948
7   (202) 508-4693
    *Paul.schoenhard.@ropesgray.com*
8
    ***Attorneys for Defendants Motorola Solutions, Inc.,***
9   ***Motorola Mobility, Inc., and General Instrument***
    ***Corporation***
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING MICROSOFT'S MOTION TO DISMISS
MOTOROLA'S "RAND"-BASED COUNTERCLAIMS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Kevin C. Wheeler, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

J. Donald Best, Esq.
Michael Best & Friedrich LLP
*jdbest@michaelbest.com*

DATED this 25th day of July, 2011.

/s/    *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION TO DISMISS
MOTOROLA'S "RAND"-BASED COUNTERCLAIMS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001