UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendant(s). | Case No. 2:10−cv−01823−JLR<br><br>MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES |

| | |
|---|---|
| **TRIAL DATE** | **NOVEMBER 26, 2012** |
| Preliminary infringement contentions and disclosure of asserted claims | September 2, 2011 |
| Disclosure of preliminary invalidity contentions | September 23, 2011 |
| Reports from expert witnesses regarding Markman issues due | October 21, 2011 |
| Rebuttal expert reports regarding Markman issues due | November 17, 2011 |
| Preliminary Claim Chart | December 2, 2011 |
| Joint claim chart and Prehearing Statement | December 28, 2011 |
| Opening claim construction briefs due (24 pages per side) | January 20, 2012 |
| Responsive claim construction briefs due (24 pages per side) | February 3, 2012 |
| Markman hearing at 09:00 AM on | March 9, 2012 |

Minute Order Setting Trial and Related Dates – Page 1

| | | |
|---|---|---|
| 1 | Reports from expert witnesses under FRCP 26(a)(2) due | April 27, 2012 |
| 2 | Rebuttal expert reports due | May 25, 2012 |
| 3, 4 | All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(d)(3) or CR37(a)(2)(B) | |
| 5 | Discovery completed by | June 15, 2012 |
| 6, 7 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | July 24, 2012 |
| 8, 9 | Settlement conference per CR 39.1(c)(2) held no later than | August 24, 2012 |
| 10 | Mediation per CR 39.1(c)(3) held no later than | September 14, 2012 |
| 10, 11 | All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | October 22, 2012 |
| 12 | Agreed pretrial order due | November 8, 2012 |
| 13 | Trial briefs, proposed voir dire questions and jury instructions | November 19, 2012 |
| 14 | Pretrial conference to be held at **02:00 PM** on | November 13, 2012 |
| 15 | Length of Jury Trial:    5 days | |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Rules. If any of the dates identified in this order or the Local Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or the parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the Markman hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Ms. Casey Condon, Deputy Clerk, at (206) 370–8520 within 10 days of the date of this order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

The parties shall comply with the procedures outlined in the court's

**Standing Order** as to all patent claim construction issues. PLEASE NOTE: The court will <u>not</u> rule on dispositive motions that raise issues of claim construction prior to the hearing, unless special circumstances warrant and leave of court is obtained in advance of filing.

As required by Local Rules W.D. Wash CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the Joint Claim Chart and final pretrial order in the format required by CR 16.1, except as ordered below.

The original and one copy of any exhibits to be used at the <u>Markman</u> hearing and/or trial are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available at the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered beginning with 1; Defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ms. Casey Condon, deputy clerk, at 206−370−8520, as soon as possible. Pursuant to GR 3(b), an attorney who fails to give the deputy clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

August 5, 2011

                                                  s/ Casey Condon

                                          Honorable James L. Robart
                                          United States District Judge