HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>   v.<br><br>MOTOROLA, INC., et al.,<br><br>               Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED:  Friday, September 9, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | |

This matter came before the Court on the Motion of Microsoft Corporation for Partial Summary Judgment against Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") that:

1. Motorola entered into binding contractual commitments with the Institute of Electrical and Electronics Engineers ("IEEE") and the International Telecommunications Union ("ITU"), committing to license its declared-essential patents on reasonable and nondiscriminatory ("RAND") terms and conditions;

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Microsoft is a third-party beneficiary of Motorola's contracts with the IEEE and ITU;

3. When offering a license to a third-party beneficiary of Motorola's commitments to the IEEE and ITU such as Microsoft, Motorola must offer RAND terms and conditions; and

4. Motorola's offers to Microsoft to license Motorola's H.264 and 802.11 declared-essential patents breached Motorola's contractual commitments to the IEEE, ITU, and Microsoft because no reasonable trier of fact could conclude that Motorola's offers were on RAND terms and conditions.

The Court heard the oral argument of counsel and considered the following pleadings filed in support of and in opposition to the Motion:

1. Microsoft's Motion for Partial Summary Judgment;

2. Declaration of Christopher T. Wion in Support of Microsoft's Motion for Partial Summary Judgment and exhibits attached thereto;

3. Declaration of Roy Harlin in Support of Microsoft's Motion for Partial Summary Judgment;

4.

5.

6.

7.

8.

Having considered the above pleadings and materials, the argument of counsel, and being otherwise fully advised,

IT IS ORDERED that Microsoft's Motion for Partial Summary Judgment is GRANTED in its entirety.

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   DONE IN OPEN COURT this __ day of _____, 2011.

2

3   _____
    HONORABLE JAMES L. ROBART

4

5   Presented by:

6   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

7

8   By    /s/ Arthur W. Harrigan, Jr.
         Arthur W. Harrigan, Jr., WSBA #1751
         Christopher Wion, WSBA #33207
9        Shane P. Cramer, WSBA #35099

10
         T. Andrew Culbert, WSBA #35925
11       David E. Killough, WSBA #40185
         MICROSOFT CORPORATION
12       1 Microsoft Way
         Redmond, WA  98052
13       Phone:  425-882-8080
         Fax:  425-869-1327
14
         David T. Pritikin, *Pro Hac Vice*
15       Richard A. Cederoth, *Pro Hac Vice*
         Douglas I. Lewis, *Pro Hac Vice*
16       John W. McBride, *Pro Hac Vice*
         SIDLEY AUSTIN LLP
17       One South Dearborn
         Chicago, IL  60603
18       Phone:  312-853-7000
         Fax:  312-853-7036
19

20       Brian R. Nester, *Pro Hac Vice*
         Kevin C. Wheeler, *Pro Hac Vice*
21       SIDLEY AUSTIN LLP
         1501 K Street NW
22       Washington, DC  20005
         Telephone:  202-736-8000
23       Fax:  202-736-8711

24
         Counsel for Microsoft Corporation
25

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on August 18th 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

    /s/ Linda Bledsoe_____
Linda Bledsoe

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717