HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br>MOTOROLA, INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER T. WION IN SUPPORT OF MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>NOTED: Friday, September 9, 2011 |
| MOTOROLA MOBILITY, INC., et al..<br><br>                Plaintiffs,<br>v.<br>MICROSOFT CORPORATION.<br><br>                Defendant. | |

I, Christopher T. Wion, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, counsel for Microsoft Corporation in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the IEEE-SA Standards Board Bylaws, approved by the IEEE-SA Board of Governors December 2009, and

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1 previously submitted by Motorola as Ex. 5 to the December 15, 2010 Declaration of Norman H. Beamer.

3. Attached hereto as Exhibit 2 are true and correct copies of Letters of Assurances Motorola and its affiliates submitted to the IEEE relating to the 802.11 standard, produced by Motorola in the above-captioned matter.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Guidelines for Implementation of the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, dated March 1, 2007, that was downloaded from the ITU website (http://www.itu.int) at my direction.

5. Attached hereto as Exhibit 4 are true and correct copies of various Patent Statements and Licensing Declarations submitted by Motorola to the ITU relating to the H.264 standard, produced by Motorola in the above-captioned matter.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter with enclosure from Kirk Dailey, Corporate Vice President of Intellectual Property for Motorola, to Horacio E. Gutierrez, Corporate Vice President and Deputy General Counsel for Microsoft, dated October 21, 2010, previously submitted by Motorola as Ex. 1 to the December 15, 2010 Declaration of Norman H. Beamer.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter with enclosure from Kirk Dailey, Corporate Vice President of Intellectual Property for Motorola, to Horacio E. Gutierrez, Corporate Vice President and Deputy General Counsel for Microsoft, dated October 29, 2010, previously submitted by Motorola as Ex. 2 to the December 15, 2010 Declaration of Norman H. Beamer

8. Attached hereto as Exhibit 7 are true and correct copies of webpages downloaded on August 15, 2011 from the on-line store of Best Buy (http://www.bestbuy.com), identifying 194 laptops being offered for sale with the Microsoft Windows 7 Home Premium operating system installed.

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

9. Attached hereto as Exhibit 8 is a true and correct copy of Motorola Mobility, Inc.'s Memorandum of Points and Authorities In Support of Motion for Restraining Order, dated July 29, 2011, (Dkt. No. 27), submitted in the matter of *Motorola Mobility, Inc. v. Microsoft Corporation*, United States District Court for the Northern District of California, San Jose Division, Case No. 11-cv-3136, obtained from the Public Access to Court Electronic Records (PACER) Electronic Court Filing (ECF) website.

10. Attached hereto as Exhibit 9 is a true and correct copy of Defendant Motorola, Inc.'s Answer, Affirmative Defenses, and Counterclaims to Wi-LAN, Inc.'s Third Amended Complaint dated September 18, 2009 (Dkt. No. 63), in the matter of *Wi-LAN v. Research in Motion Corp.*, et al., United States District Court for the Eastern District of Texas, Case No. 2:08-CV-247-TJW, obtained from the PACER ECF website.

11. Attached hereto as Exhibit 10 is a true and correct copy of the April 9, 2008 Declaration of Brian Blasius, Director of Intellectual Property Outbound Licensing for Motorola Inc.'s Mobile Devices business, filed in the matter of *Research in Motion Limited v. Motorola, Inc.*, United States District Court for the Northern District of Texas, Case No. 3:08-cv-0284-G, obtained from the PACER ECF website.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Notice of Removal and Counterclaims, dated June 22, 2011 (Dkt. No. 1), in the matter of *Motorola Mobility, Inc. v. Microsoft Corporation*, United States District Court for the Northern District of California, San Jose Division, Case No. 11-cv-3136, obtained from the PACER ECF website.

13. Attached hereto as Exhibit 12 is a true and correct copy of the IEEE-SA guide titled "Understanding Patent Issues During IEEE Standards Development," downloaded from the IEEE Standards Association website at http://standards.ieee.org.

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

14. Attached hereto as Exhibit 13 are true and correct copies of pages from the American Bar Association, Section on Science and Tech. Law, Committee on Technical Standardization, Standards Development Patent Policy Manual (2007).

15. Attached hereto as Exhibit 14 is a true and correct copy of the Amended & Restated Bylaws of Blu-Ray Disc Association (Version 1.5 rev., updated as of July 10, 2008) that was submitted as Ex. A with the Declaration of Eric B. Evans in the matter of *Zoran Corporation v. DTS., Inc.*, U.S. District Court for the Northern District of California, San Jose Division, Case No. 08-cv-4665 JF, obtained from the PACER ECF website.

16. Attached hereto as Exhibit 15 are true and correct copies of webpages downloaded from the website of MPEG LA, LLC (http://www.mpegla.com) on August 11, 2011.

17. Attached hereto as Exhibit 16 is a true and correct copy of MPEG LA's Summary of AVC/H.264 License Terms, obtained from the MPEG LA, LCC website at http://www.mpegla.com/main/programs/avc/Documents/AVC_TermsSummary.pdf.

18. Attached hereto as Exhibit 17 are true and correct copies of webpages downloaded from the Via Licensing Corporation website (http://www.vialicensing.com) on August 2, 2011.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 18th day of August, 2011, at Seattle, Washington.

_____
CHRISTOPHER T. WION

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

_____
LINDA BLEDSOE

DECLARATION OF CHRISTOPHER T. WION
IN SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 5

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717