# EXHIBIT 2

# IEEE 802.11
## Intellectual Property Statement

**Title:**      Motorola Inc. Intellectual Property Statement on the
               Motorola Proposals

**Date:**       March 1, 1994

**Author:**     Val Jean F. Hillman
               Motorola, Inc
               Intellectual Property Department
               Corporate Offices
               1303 East Algonquin Road
               Schaumburg, IL 60196-1065
               Tel:    1-708 576-6364
               Fax:    1-708 576-3750

MOTOROLA INC. owns patents and has filed patent applications in the area of wireless data communications. In the event the proposed standard is adopted and the standard cannot be practiced without the use of one or more issued patents which are now or hereafter owned, controlled or assigned to Motorola, Motorola agrees to license those patents on a non-discriminatory basis offering fair and commercially reasonable terms.

MOTOROLA otherwise reserves all rights under its patents and does not by this statement agree to license any patents where the standard may be followed without necessarily infringing such patents.

MOTM_WASH1823_ 0000004



April 23, 1996

Mr. Victor Hayes
Chair IEEE P802.11
AT&T WCND Utrecht
Zadelstede 1-10
3431 JZ Nieuwegein
The Netherlands

Dear Mr. Hayes:

    This letter is written in response to your letter of September 27, 1995, which requested that Symbol Technologies, Inc. ("Symbol") confirm to the IEEE that it will provide worldwide licenses under certain of its patents related to the proposed IEEE 802.11 standard.  In this regard:

    In the event the proposed IEEE 802.11 standard is adopted, and the standard cannot be practiced without the use of one or more patents which are now or hereafter owned by Symbol, Symbol would upon request be willing to negotiate a non-exclusive, worldwide license, under the relevant claims of such patent or patents, on a nondiscriminatory basis and on reasonable terms and conditions including its then current royalty rates.

    This letter does not grant to the IEEE or any other party any right with respect to Symbol's copyrights or other intellectual property rights (whether now or hereafter in existence) that relate to the proposed standard.

Very truly yours,

Richard Bravman
Senior Vice President

MOTM_WASH1823_0000005

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:  Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08855  USA
FAX (+1 732-875-0524)

> No license is implied by submission of this Letter of Assurance

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  ___MOTOROLA, INC___

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  ___LATANIA GORDON, INTELLECTUAL PROPERTY LICENSING___
Address:  ___1303 E. ALGONQUIN RD. SCHAUMBURG IL  60196___
Telephone: ___847-576-3055___  Fax: ~~847-576~~ ___847-538-3668___  E-mail: ___LATANIA.GORDAN@MOTOROLA.COM___

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  ___IEEE 802.11n___
Title:  ___802.11 PHY & MAC ENHANCEMENTS FOR HIGHER THROUGHPUT___

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

If the Patent Holder owns or controls granted patent(s) and/or pending applications that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

Patent Number(s) (if known): _____

Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows *(check one box only)*:

☐ 1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the [Proposed] Standard.

## E. SIGNATURE:

Print name of authorized person:  ___JOHN MOTSINGER___
Title of authorized person: ___CORP VP LAW___  INTELLECTUAL PROPERTY LICENSING
Signature of authorized person:  _____  Date: ___Jan 12, 2005___

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2002 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2002

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:    Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524)

> **No license is implied by submission of this Letter of Assurance**

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: ___ Motorola, Inc _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: ___ Latonia Gordon _____ Intellectual Property and Licensing Dept. _____
Address: _____ 1303 E. Algonquin Road, Schaumburg, IL 60196 _____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 ___ E-mail: ___ Latonia.Gordon@Motorola.com ___
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802.11s _____
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Extended Service Set (ESS) Mesh Networking _____

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

Patent/Application Number: ........................................................................................
Title: .............................    ........    ...............................................    .    .    ..........................

Patent/Application Number: ........................................................................................
Title: ...........................................    .......................................    ..    ....    ...    ....

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: .............    Jonathan  P.  Meyer    ..........

Title of authorized person: ...............    Sr.  V.P.    ..............................

Signature of authorized person: _____    Date:    4/21/05    ..........

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:    Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524)

| *No license is implied by submission of this Letter of Assurance* |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:___ Motorola, Inc

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    Latonia Gordon _____ Intellectual Property and Licensing Dept.
Address:    1303 E. Algonquin Road, Schaumburg, Il. 60196
Telephone: __ 847-576-3055 _____ Fax: __ 847-538-3666 _____ E-mail: __ Latonia.Gordon@Motorola.com __
URL:

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants  To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802.11k
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Radio Resource Measurement of Wireless LANs

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

[*Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.*]

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee -- 24 January 2005

MOTM_WASH1823_ 0000016

Patent/Application Number: ................................................................................
Title: ................................................................................

Patent/Application Number: ................................................................................
Title: ................................................................................

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: _____Jonathan P. Meyer_____

Title of authorized person: _____Sr. V.P._____

Signature of authorized person: _____ Date: __4/21/05__

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

MOTM_WASH1823_0000017

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

| | |
|---|---|
| Please return via mail, e-mail (.pdf), or FAX to: | Secretary, IEEE-SA Standards Board Patent Committee Institute of Electrical and Electronics Engineers, Inc. 445 Hoes Lane Piscataway, NJ 08854 USA FAX (+1 732-875-0524) e-mail: patcom@ieee.org |

| *No license is implied by submission of this Letter of Assurance* |
|---|

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6. Holtsville, NY 11742-1300
Telephone: 631.738.4055          Fax: 631.738.4110     E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11a
Title:  High Speed Physical Layer in the 5GHz band

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐  1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑  2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: _____ 11 July 06 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000007

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,            Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf), or FAX to:          Institute of Electrical and Electronics Engineers, Inc.
                                   445 Hoes Lane
                                   Piscataway, NJ   08854   USA
                                   FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

*No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:   Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    Aaron Bernstein, Legal Department
Address:              One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055      Fax: 631.738.4110     E-mail: aaron.bernstein@symbol.com
URL:    www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11b
Title:  Higher Speed Physical Layer (PHY) extension in the 2.4 GHz band

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws,* the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: 11Apr06 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

---

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000009

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: __Aaron Bernstein, Legal Department__
Address: __One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300__
Telephone: __631.738.4055__ Fax: __631.738.4110__ E-mail: __aaron.bernstein@symbol.com__
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11b__
Title: __Higher Speed Physical Layer (PHY) extension in the 2.4 GHz band__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel _____

Signature of authorized person: _~~~~~~~~~_ Date: _11 Apr 06_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000009

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

> *No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055        Fax: 631.738.4110      E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11e
Title:  Medium Access Control (MAC) Quality of Service Enhancements

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

- [ ] 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

- [✔] 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

- [ ] 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

- [ ] 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

- [ ] 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ___ Vice President & Deputy General Counsel ___

Signature of authorized person: _____ Date: _11 Apr 06_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000011

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

*No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: Aaron Bernstein, Legal Department
Address: One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055    Fax: 631.738.4110    E-mail: aaron.bernstein@symbol.com
URL: www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11e
Title: Medium Access Control (MAC) Quality of Service Enhancements

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: _11 Apr 06_____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000011

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: __Aaron Bernstein, Legal Department__
Address: __One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300__
Telephone: __631.738.4055__ Fax: __631.738.4110__ E-mail: __aaron.bernstein@symbol.com__
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11i__
Title: __Medium Access Control (MAC) Security Enhancement__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000014

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: _4 Apr06_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

---

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000015

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

**_No license is implied by submission of this Letter of Assurance_**

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055  Fax: 631.738.4110  E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11k
Title:  Radio Resource Measurement Enhancements

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000018

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ____ Vice President & Deputy General Counsel ____

Signature of authorized person: _____ Date: 11Apr06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000019

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: Aaron Bernstein, Legal Department
Address: One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055 Fax: 631.738.4110 E-mail: aaron.bernstein@symbol.com
URL: www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the content nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11n
Title: Standard for Enhancements for Higher Throughput

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: 11 Apr 06 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000022

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,          Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf), or FAX to:        Institute of Electrical and Electronics Engineers, Inc.
                                 445 Hoes Lane
                                 Piscataway, NJ  08854  USA
                                 FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

> *No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    Aaron Bernstein, Legal Department
Address:              One Symbol Plaza, MS: A-6. Holtsville, NY  11742-1300
Telephone: 631.738.4055        Fax: 631.738.4110      E-mail: aaron.bernstein@symbol.com
URL:    www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11r
Title:  Fast Roaming/Fast BSS Transition

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:  _____
Title:  _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title:                      _____

Patent/Application Number: _____
Title:                      _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person:  Aaron Bernstein _____

Title of authorized person:  _____ Vice President & Deputy General Counsel _____

Signature of authorized person:  _____  Date:  _11 Apr 06_____

*Nota: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055       Fax: 631.738.4110     E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11s
Title:  ESS Mesh Networking

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000027

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: __11 Apr 06__

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000028

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,                 Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf), or FAX to:               Institute of Electrical and Electronics Engineers, Inc.
                                        445 Hoes Lane
                                        Piscataway, NJ   08854   USA
                                        FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:   Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055        Fax: 631.738.4110    E-mail: aaron.bernstein@symbol.com
URL:   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11v
Title:  Wireless Network Management

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ____ Vice President & Deputy General Counsel ____

Signature of authorized person: _____ Date: 11/20/06 ____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000034

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf) or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524) e-mail: ppatcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:___ Motorola, Inc _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____
Address:            __ 1303 E. Algonquin Road, Schaumburg, IL 60196_____ ____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: __ Latonia.Gordon@Motorola.com ____
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ____ IEEE 802.11u _____
Title: _____Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer
(PHY) specifications: Wireless Interworking with External Networks__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐  1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒  2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:    _____
Title:                 _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: _Jonathan P Meyer_____

Title of authorized person: _Senior Vice President_____

Signature of authorized person: _____ Date: _August 11, 2006_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

┌─────────────────────────────────────────────────────────────────┐
│ *The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws* │
│ *and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These* │
│ *documents must be read and understood before completing and submitting this form.* │
└─────────────────────────────────────────────────────────────────┘

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,                  Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf) or FAX to:                 Institute of Electrical and Electronics Engineers, Inc.
                                         445 Hoes Lane
                                         Piscataway, NJ   08854   USA
                                         FAX (+1 732-875-0524)  e-mail: ppatcom@ieee.org

---
*No license is implied by submission of this Letter of Assurance*
---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:___ Motorola, Inc _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____ _____
Address:              __ 1303 E. Algonquin Road, Schaumburg, IL 60196_____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: __ Latonia.Gordon@Motorola.com ___
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ____ IEEE 802.11v ___. _____
Title: _____Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer
(PHY) specifications: Wireless Network Management__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐    1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a
       worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed]
       IEEE Standard.

☒    2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a
       worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed]
       IEEE Standard.

☐    3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐    4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s)
       against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐    5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that
       would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:    _____ __ _____
Title:                _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: Jonathan P. Meyer

Title of authorized person: Senior Vice President

Signature of authorized person: _Jonathan P. Meyer_    Date: August 11, 2006

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006