# EXHIBIT 5



October 21, 2010

Horacio E. Gutierrez
Corporate Vice President and Deputy General Counsel
Microsoft Corporation
1 Microsoft Way
Redmond, Washington  98052

      RE:   802.11 Patent License

Dear Mr. Gutierrez:

This letter is to confirm Motorola's offer to grant Microsoft a worldwide non-exclusive license under Motorola's portfolio of patents and pending applications having claims that may be or become Essential Patent Claims (as defined in section 6.1 of the IEEE bylaws) for a compliant implementation of the IEEE 802.11 Standards.  Enclosed is Motorola's 802.11 Annex which includes a non-exhaustive list of patents included in the license.  Motorola offers to license the patents under reasonable and non-discriminatory terms and conditions ("RAND"), including a reasonable royalty of 2.25% per unit for each 802.11 compliant product, subject to a grant back license under the 802.11 essential patents of Microsoft.  As per Motorola's standard terms, the royalty is calculated based on the price of the end product (e.g., each Xbox 360 product) and not on component software (e.g., Windows Mobile software).

As a convenience to its licensees, Motorola includes all the patents listed on its 802.11 Annex in the license, without regard to further proof of technical essentiality to the 802.11 standards.  If Microsoft is only interested in licensing some portion of this portfolio, Motorola is willing to enter into such a license, also on RAND terms.

Motorola will leave this offer open for 20 days.  Please confirm whether Microsoft accepts the offer.

                      Regards,

                      Kirk Dailey
                      Corporate Vice President
                      Intellectual Property

Enclosures

Motorola Mobility
Mobile Devices and Home
600 North U.S. Highway 45
Libertyville, Illinois 60048-1286
Telephone: 847.523-3029
Facsimile:  847.523-0314

2

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

802.11

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 1 | 4860003 | DELUCA | COMMUNICATION SYSTEM HAVING A PACKET STRUCTURE FIELD | | | | | | |
| | | Republic of Korea | Granted | 90-700135 | 1989-5-4 | 95466 | 1996-2-7 | 95-13159 | 1995-10-25 |
| 2 | 5142533 | CRISLER | METHOD FOR CONTROLLING THE SCHEDULING OF MULTIPLE ACCESS TO COMMUNICATION RESOURCES | | | | | | |
| | | United States | Granted | 676653 | 1991-3-28 | 5142533 | 1992-8-25 | | |
| 3 | 5164986 | BRIGHT | FORMATION OF REKEY MESSAGES IN A COMMUNICATION SYSTEM | | | | | | |
| | | United States | Granted | 662582 | 1991-2-27 | 5164986 | 1992-11-17 | | |
| 4a | 5239294 | FLANDERS | METHOD FOR AUTHENTICATION AND PROTECTION OF SUBSCRIBERS IN TELECOMMUNICATION SYSTEMS | | | | | | |
| | | Canada | Granted | 2087433 | 1991-7-15 | 2087433 | 1998-11-17 | | |
| | | Japan | Granted | 3-512685 | 1991-7-15 | 2750638 | 1998-2-27 | 5-508274 | 1993-11-18 |
| | | Mexico | Granted | 9402259 | 1994-3-28 | 230119 | 2005-8-22 | | |
| | | Mexico | Granted | 9100231 | 1991-7-16 | 174912 | 1994-6-22 | | |
| | | United States | Granted | 08/285173 | 1994-8-22 | 5572193 | 1996-11-5 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 4b | 5572193 | FLANDERS | METHOD FOR AUTHENTICATION AND PROTECTION OF SUBSCRIBERS IN TELECOMMUNICATION SYSTEMS | | | | | | |
| | | Canada | Granted | 2087433 | 1991-7-15 | 2087433 | 1998-11-17 | | |
| | | Japan | Granted | 3-512685 | 1991-7-15 | 2750638 | 1998-2-27 | 5-508274 | 1993-11-18 |
| | | Mexico | Granted | 9402259 | 1994-3-28 | 230119 | 2005-8-22 | | |
| | | Mexico | Granted | 9100231 | 1991-7-16 | 174912 | 1994-6-22 | | |
| | | United States | Granted | 08/295173 | 1994-8-22 | 5572193 | 1996-11-5 | | |
| 5 | 5272724 | SOLOMON | WIDEBAND SIGNAL SYNCHRONIZATION | | | | | | |
| | | United States | Granted | 07/695125 | 1991-5-3 | 5272724 | 1993-12-21 | | |
| 6 | 5319712 | FINKELSTEIN | METHOD AND APPARATUS FOR PROVIDING CRYPTOGRAPHIC PROTECTION OF A DATA STREAM IN A COMMUNICATION SYSTEM | | | | | | |
| | | Argentina | Granted | 329225 | 1994-8-26 | AR256050V1 | 2004-7-26 | | |
| | | Canada | Granted | 2146024 | 1994-7-11 | 2146024 | 1998-9-22 | | |
| | | Finland | Granted | 951945 | 1994-7-11 | 115016 | 2005-2-15 | | |
| | | France | Granted | 94922507.2 | 1994-7-11 | EP0671092 | 2000-9-27 | | |
| | | Great Britain | Granted | 94922507.2 | 1994-7-11 | EP0671092 | 2000-9-27 | | 1995-8-13 |
| | | Japan | Granted | 7-507561 | 1994-7-11 | 3983281 | 2007-7-13 | 3983281 | 2007-7-13 |
| | | Republic of Korea | Granted | 701584/1995 | 1994-7-11 | 145494 | 1998-4-30 | 95-704882 | 1995-11-20 |
| | | Sweden | Granted | 94922507.2 | 1994-7-11 | EP0671092 | 2000-9-27 | | |
| | | United States | Granted | 08/112780 | 1993-8-26 | 5319712 | 1994-6-7 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 7 | 5329547 | LING . | METHOD AND APPARATUS FOR COHERENT COMMUNICATION IN A SPREAD-SPECTRUM COMMUNICATION SYSTEM | | | | | | |
| | | Argentina | Granted | 327618 | 1994-3-11 | AR256002V1 | 2004-2-17 | | |
| | | Canada | Granted | 2134230 | 1994-2-16 | 2134230 | 1999-9-21 | | |
| | | China P.R. | Granted | 94190121.1 | 1994-2-16 | ZL94190121.1 | 1999-10-23 | CN1105510A | 1995-7-19 |
| | | Finland | Granted | 945336 | 1994-2-16 | 112010 | 2003-10-15 | | |
| | | France | Granted | 94913263.3 | 1994-2-16 | EP0643889 | 2002-6-5 | | |
| | | Georgia | Granted | 2061 | 1994-2-16 | 1765 | 1999-6-10 | | |
| | | Germany | Granted | 94913263.3 | 1994-2-16 | 69430720.3 | 2002-6-5 | | 1995-3-22 |
| | | Great Britain | Granted | 94913263.3 | 1994-2-16 | EP0643889 | 2002-6-5 | | 1995-3-22 |
| | | Italy | Granted | 94913263.3 | 1994-2-16 | EP0643889 | 2002-6-5 | | |
| | | Japan | Granted | 520006/1994 | 1994-2-16 | 3464002 | 2003-8-22 | 7-506713 | 1995-7-20 |
| | | Malaysia | Granted | PI94000441 | 1994-2-25 | MY-125586-A | 2006-8-30 | | |
| | | Mexico | Granted | 9401801 | 1994-3-11 | 185865 | 1997-9-8 | | |
| | | Poland | Granted | P-306002 | 1994-2-16 | 174713 | 1998-1-29 | | |
| | | Singapore | Granted | 9602270-2 | 1994-2-16 | 46295 | 1998-7-20 | 46295 | 1998-2-20 |
| | | Sweden | Granted | SE9403860-1 | 1994-2-16 | 520542 | 2003-7-22 | | |
| | | United States | Granted | 08/031258 | 1993-3-11 | 5329547 | 1994-7-12 | | |
| 8 | 5467398 | PIERCE | A METHOD OF MESSAGING IN A COMMUNICATION SYSTEM | | | | | | |
| | | France | Granted | 95925488.9 | 1995-7-5 | EP0717898 | 2002-3-20 | | |
| | | Germany | Granted | 95925488.9 | 1995-7-5 | 69525912.1 | 2002-3-20 | | 1996-6-26 |
| | | Great Britain | Granted | 9604489.6 | 1995-7-5 | 2296413 | 1999-4-28 | | 1996-6-26 |
| | | Netherlands | Granted | 95925488.9 | 1995-7-5 | EP0717898 | 2002-3-20 | | |
| | | Sweden | Granted | 95925488.9 | 1995-7-5 | EP0717898 | 2002-3-20 | | |
| | | United States | Granted | 08/270564 | 1994-7-5 | 5467398 | 1995-11-14 | | |

.

802.11   3

.

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 9 | 5560021 | VOOK | A POWER MANAGEMENT AND PACKET DELIVERY METHOD FOR USE IN A WIRELESS LOCAL AREA | | | | | | |
| | | United States | Granted | 08/223497 | 1994-4-4 | 5560021 | 1996-9-24 | | |
| 10 | 5636223 | REARDON | METHODS OF ADAPTIVE CHANNEL ACCESS ATTEMPTS | | | | | | |
| | | United States | Granted | 08/495276 | 1995-6-27 | 5636223 | 1997-6-3 | | |
| | | United States | Filed | 90/010802 | 2009-12-28 | | | | |
| 11 | 5689563 | BROWN | METHOD AND APPARATUS FOR EFFICIENT REAL-TIME AUTHENTICATION AND ENCRYPTION IN A COMMUNICATION SYSTEM | | | | | | |
| | | United States | Granted | 08/457212 | 1995-6-1 | 5689563 | 1997-11-18 | | |
| 12 | 5822359 | BRUCKERT | A COHERENT RANDOM ACCESS CHANN EL INA SPREAD-SPECTRUM COMMUNI CATION SSYTEM AND METHOD | | | | | | |
| | | United States | Granted | 08/323944 | 1994-10-17 | 5822359 | 1998-10-13 | | |

802.11   4

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

13  5311516 KUZNICKI  PAGING SYSTEM USING MESSAGE FR AGMENTATION TO REDISTRIBUTE TR AFFIC

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | Australia | Granted | 55504/94 | 1993-11-8 | 668037 | 1996-9-10 | | |
| | Brazil | Granted | PI9307693-2 | 1993-11-8 | PI9307693-2 | 2003-8-5 | | |
| | Canada | Granted | 2149879 | 1993-11-8 | 2149879 | 1999-4-13 | | |
| | China P.R. | Granted | 93114975.4 | 1993-11-23 | 93114975.4 | 1999-8-21 | CN1109668A | 1995-10-4 |
| | Czech Republic | Granted | PV1323-95 | 1993-11-8 | 284895 | 1999-2-1 | | |
| | France | Granted | 93914116.4 | 1993-5-25 | EP0597085 | 2001-9-26 | | |
| | Germany | Granted | 93914116.4 | 1993-5-25 | 69330816.8 | 2001-9-26 | 597085 | 1994-5-18 |
| | Great Britain | Granted | 93914116.4 | 1993-5-25 | EP0597085 | 2001-9-26 | | 1994-5-18 |
| | Hungary | Granted | P9501525 | 1993-11-8 | 215.879 | 1993-11-8 | P9501525 | 1996-4-29 |
| | India | Granted | 1267/DEL/93 | 1993-11-11 | 188578 | 2003-7-25 | | |
| | Japan | Granted | 6-500697 | 1993-5-25 | 2715664 | 1997-11-7 | | 1995-1-19 |
| | Mexico | Granted | 93 7212 | 1993-11-18 | 186521 | 1997-10-20 | | |
| | New Zealand | Granted | 258023 | 1993-11-8 | 258023 | 1996-9-4 | | |
| | Poland | Granted | P-309244 | 1993-11-8 | 175118 | 1998-5-5 | | |
| | Republic of Korea | Granted | 702138/1995 | 1993-11-8 | 156303 | 1998-7-21 | | |
| | Russian Federation | Granted | 95113712 | 1993-11-8 | 2121239 | 1998-10-27 | | |
| | Singapore | Granted | 9606823-4 | 1993-5-25 | 46625 | 1998-11-16 | 46625 | 1998-2-20 |
| | Singapore | Granted | 9604727-9 | 1993-11-8 | 46443 | 1998-11-16 | 46443 | 1998-2-20 |
| | Sweden | Granted | 93914116.4 | 1993-5-25 | EP0597085 | 2001-9-26 | | |
| | Taiwan | Granted | 82109863 | 1993-11-23 | NI-68587 | 1995-3-13 | 21/34 | 1994-12-1 |
| | United States | Granted | 891503 | 1992-5-29 | 5282205 | 1994-1-25 | | |
| | United States | Granted | 980084 | 1992-11-23 | 5311516 | 1994-5-10 | | |
| | Vietnam | Granted | S-1196/95 | 1993-11-8 | 521 | 1998-5-11 | | |

802.11   5

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR<br>COUNTRY | TITLE<br>STATUS | Application Num | Application<br>Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| 14 6069896 | BORGSTAHL | CAPABILITY ADDRESSABLE NETWORK AND METHOD THEREFOR | | | | | | |
| | China P.R. | Granted | 97199757.8 | 1997-9-16 | ZL97199757.8 | 2003-1-10 | CN1238088A | 1999-12-8 |
| | European<br>Patent<br>Convention | Filed | 97941075 | 1997-9-16 | | | EP0932960 | 1999-8-4 |
| | Hong Kong | Granted | 103084.1 | 1997-9-16 | HK1024123 | 2004-1-16 | NA | 2004-1-16 |
| | Japan | Granted | 10-518346 | 1997-9-16 | 4070818 | 2008-1-25 | | |
| | United States | Granted | 09/104631 | 1998-6-25 | 6421347 | 2002-7-16 | | |
| | United States | Granted | 09/443855 | 1999-11-19 | 6434159 | 2002-8-13 | | |
| | United States | Granted | 09/432942 | 1999-11-3 | 6487180 | 2002-11-26 | | |
| | United States | Granted | 09/432941 | 1999-11-3 | 6434158 | 2002-8-13 | | |
| | United States | Granted | 09/454846 | 1999-12-7 | 6424623 | 2002-7-23 | | |
| | United States | Granted | 08/729207 | 1996-10-15 | 6069896 | 2000-5-30 | | |
| 15 6331972 | HARRIS | PERSONAL DATA STORAGE AND TRANSACTION DEVICE SYSTEM AND<br>METHOD | | | | | | |
| | United States | Granted | 08/794312 | 1997-2-3 | 6331972 | 2001-12-18 | | |
| 16 5495482 | WHITE | VOICE AND DATA PACKET COMMUNICATION METHOD AND APPARATUS | | | | | | |
| | United States | Granted | 07/719212 | 1991-6-21 | 5495482 | 1996-2-27 | | |
| 17 5357571 | BANWART | A METHOD FOR POINT-TO-POINT COMMUNICATIONS WITHIN SECURE<br>COMMUNICATION SYSTEMS | | | | | | |
| | China P.R. | Granted | 94107263 | 1994-6-30 | 94107263 | 2001-4-19 | 1105168A | 1995-7-12 |
| | France | Granted | 9407921 | 1994-6-28 | 9407921 | 1997-1-24 | | |
| | Great Britain | Granted | 9412846.9 | 1994-6-27 | 2279537 | 1997-9-10 | | 1995-1-4 |
| | United States | Granted | 08/084119 | 1993-7-1 | 5357571 | 1994-10-18 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

**18 5412722** SHERLY ENCRYPTION KEY MANAGEMENT

| | United States | Granted | 08/114528 | 1993-8-31 | 5412722 | 1995-5-2 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 19  5029183 | TYMES | PACKET DATA COMMUNICATION SYSTEM | | | | | | |
| | Australia | Granted | 59319/94 | 1994-4-6 | 667264 | 1996-7-23 | | |
| | Australia | Granted | 20899/92 | 1992-8-7 | 657149 | 1995-7-11 | | |
| | Australia | Granted | 59212/94 | 1994-3-30 | 671716 | 1996-12-24 | | |
| | Australia | Granted | 65305/99 | 1999-12-16 | 767841 | 2004-4-1 | | |
| | Austria | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Austria | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Austria | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Austria | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Austria | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Belgium | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Canada | Granted | 2355192 | 1991-9-12 | 2355192 | 2004-11-23 | | |
| | Canada | Granted | 2119334 | 1994-3-17 | 2119334 | 2006-11-7 | | |
| | Canada | Granted | 2218268 | 1997-10-15 | 2218268 | 2007-1-16 | | |
| | Canada | Granted | 2051212 | 1991-9-12 | 2051212 | 2002-1-15 | | |
| | Canada | Granted | 2186923 | 1996-10-1 | 2186923 | 1996-10-1 | | |
| | Canada | Granted | 2119335 | 1994-3-17 | 2119335 | 2002-3-5 | | |
| | Canada | Granted | 2506121 | 1996-10-1 | 2506121 | 2010-9-21 | | |
| | Canada · | Filed | 2564287 | 1997-10-15 | | | | |
| | Canada | Granted | 2072345 | 1992-6-23 | 2072345 | 2004-5-4 | | |
| | China P.R. | Granted | 92102112.7 | 1992-4-1 | 92102112.7 | 1995-7-15 | | |
| | China P.R. | Granted | 92111155.X | 1992-9-30 | ZL92111155X | 2000-10-4 | | |
| | China P.R. | Granted | 99127543.8 | 1999-12-29 | 99127543.8 | 2004-3-31 | | |
| | Denmark | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | European Patent Convention | Filed | 4018229.7 | 1991-12-11 | | | EP1478116 | 2004-11-17 |
| | France | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | France | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |

802.11  8

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | France | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | France | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | France | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| | France | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | France | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | France | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | France | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Germany | Granted | 99125057.2 | 1999-12-15 | 69925703.4 | 2005-6-8 | EP1017197 | |
| | Germany | Granted | 91119559.2 | 1991-11-15 | 69122214.2 | 1996-9-18 | | |
| | Germany | Granted | 91119370.4 | 1991-11-13 | 69118485.2 | 1996-4-3 | | |
| | Germany | Granted | 6007713.8 | 1991-12-11 | 69133592.3-08 | 2008-2-13 | | |
| | Germany | Granted | 91121301.5 | 1991-12-11 | 69129838.6 | 1998-7-22 | 496986 | |
| | Germany | Granted | 96117282.2 | 1996-10-28 | 69637751.9-08 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | Germany | Granted | 92120347.7 | 1992-11-27 | 69228856.2 | 1999-4-7 | 544337 | |
| | Germany | Granted | 69431690.3 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Germany | Granted | 69433231.3 | 1994-3-30 | 69433231.3 | 2003-10-15 | 619662 | |
| | Great Britain | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Great Britain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | 485996 | |
| | Great Britain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Great Britain | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| | Great Britain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Great Britain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Great Britain | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | Great Britain | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | Great Britain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Ireland | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | Italy | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Italy | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | Italy | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Italy | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Italy | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Italy | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Japan | Granted | 4-232534 | 1992-9-1 | 3583446 | 2004-8-6 | | |
| | Japan | Granted | 6-68847 | 1994-4-7 | 3515605 | 2004-1-23 | | 2004-1-23 |
| | Japan | Filed | 6-68846 | 1994-4-7 | | | | |
| | Japan | Granted | 8-284008 | 1996-10-25 | 4418537 | 2009-12-4 | | |
| | Japan | Granted | 03-346136 | 1991-12-27 | 3429782 | 2003-5-16 | | |
| | Netherlands | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Republic of Korea | Granted | 0006993/1994 | 1994-4-2 | 290435 | 2001-3-2 | | |
| | Republic of Korea | Granted | 6992/94 | 1994-4-4 | 328796 | 2002-3-5 | | |
| | Spain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Spain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Spain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Spain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Spain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Sweden | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Sweden | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Switzerland | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Taiwan | Granted | 83104968 | 1994-5-31 | 69060 | 1995-4-11 | | 1994-12-21 |
| | Taiwan | Granted | 80109543 | 1991-12-5 | NI-56950 | 1992-10-12 | | 1992-6-1 |
| | United States | Granted | 08/183069 | 1994-1-18 | 5479441 | 1995-12-26 | | |
| | United States | Granted | 08/661731 | 1996-6-12 | 5646389 | 1997-7-8 | | |
| | United States | Granted | 90/007742 | 2005-9-30 | 5479441C1 | 2008-6-24 | | |
| | United States | Granted | 09/338744 | 1999-6-23 | 7358857 | 2008-4-15 | | |
| | United States | Granted | 09/222126 | 1998-12-29 | 6580700 | 2003-6-17 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 07/923771 | 1992-8-3 | 5401944 | 1995-3-28 | | |
| | United States | Granted | 07/799172 | 1991-11-27 | 5280498 | 1994-1-18 | | |
| | United States | Granted | 08/549051 | 1995-10-27 | 5815811 | 1998-9-29 | | |
| | United States | Granted | 07/923776 | 1992-8-3 | 5393965 | 1995-2-28 | | |
| | United States | Granted | 08/344737 | 1994-11-23 | 5668803 | 1997-9-16 | | |
| | United States | Granted | 08/747034 | 1996-11-8 | 6002918 | 1999-12-14 | | |
| | United States | Granted | 08/411289 | 1995-3-27 | 5866888 | 1999-2-2 | | |
| | United States | Granted | 08/044648 | 1993-4-8 | 5528621 | 1996-6-18 | | |

802.11   11

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

20  5479441

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | KRAMER | PACKET DATA COMMUNICATION SYSTEM | | | | | | |
| | Australia | Granted | 59319/94 | 1994-4-6 | 667264 | 1996-7-23 | | |
| | Australia | Granted | 20899/92 | 1992-8-7 | 657149 | 1995-7-11 | | |
| | Australia | Granted | 59212/94 | 1994-3-30 | 671716 | 1996-12-24 | | |
| | Australia | Granted | 65305/99 | 1999-12-16 | 767841 | 2004-4-1 | | |
| | Austria | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Austria | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Austria | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Austria | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Austria | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Belgium | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Canada | Granted | 2355192 | 1991-9-12 | 2355192 | 2004-11-23 | | |
| | Canada | Granted | 2119334 | 1994-3-17 | 2119334 | 2008-11-7 | | |
| | Canada | Granted | 2218268 | 1997-10-15 | 2218268 | 2007-1-16 | | |
| | Canada | Granted | 2051212 | 1991-9-12 | 2051212 | 2002-1-15 | | |
| | Canada | Granted | 2186923 | 1996-10-1 | 2186923 | 1996-10-1 | | |
| | Canada | Granted | 2119335 | 1994-3-17 | 2119335 | 2002-3-5 | | |
| | Canada | Granted | 2506121 | 1996-10-1 | 2506121 | 2010-9-21 | | |
| | Canada | Filed | 2564287 | 1997-10-15 | | | | |
| | Canada | Granted | 2072345 | 1992-6-23 | 2072345 | 2004-5-4 | | |
| | China P.R. | Granted | 92102112.7 | 1992-4-1 | 92102112.7 | 1995-7-15 | | |
| | China P.R. | Granted | 92111155.X | 1992-9-30 | ZL92111155X | 2000-10-4 | | |
| | China P.R. | Granted | 99127543.8 | 1999-12-29 | 99127543.8 | 2004-3-31 | | |
| | Denmark | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | European Patent Convention | Filed | 4018229.7 | 1991-12-11 | | | EP1478116 | 2004-11-17 |
| | France | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | France | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |

802.11   12

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | France | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1986-9-18 | | |
| | France | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | France | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | France | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| | France | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | France | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | France | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Germany | Granted | 99125057.2 | 1999-12-15 | 69925703.4 | 2005-6-8 | EP1017197 | |
| | Germany | Granted | 91119559.2 | 1991-11-15 | 69122214.2 | 1986-9-18 | | |
| | Germany | Granted | 91119370.4 | 1991-11-13 | 69118485.2 | 1996-4-3 | | |
| | Germany | Granted | 6007713.8 | 1991-12-11 | 69133592.3-08 | 2008-2-13 | | |
| | Germany | Granted | 91121301.5 | 1991-12-11 | 69129838.6 | 1998-7-22 | 496986 | |
| | Germany | Granted | 96117282.2 | 1996-10-28 | 69637751.9-08 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | Germany | Granted | 92120347.7 | 1992-11-27 | 69228856.2 | 1999-4-7 | 544337 | |
| | Germany | Granted | 69431690.3 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Germany | Granted | 69433231.3 | 1994-3-30 | 69433231.3 | 2003-10-15 | 619662 | |
| | Great Britain | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Great Britain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | 485996 | |
| | Great Britain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Great Britain | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| | Great Britain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Great Britain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Great Britain | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | Great Britain | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | Great Britain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Ireland | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | Italy | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Italy | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |

802.11    13

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | Italy | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Italy | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Italy | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Italy | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Japan | Granted | 4-232534 | 1992-9-1 | 3583446 | 2004-8-6 | | |
| | Japan | Granted | 6-68847 | 1994-4-7 | 3515605 | 2004-1-23 | | 2004-1-23 |
| | Japan | Filed | 6-68846 | 1994-4-7 | | | | |
| | Japan | Granted | 8-284008 | 1996-10-25 | 4418537 | 2009-12-4 | | |
| | Japan | Granted | 03-346136 | 1991-12-27 | 3429782 | 2003-5-16 | | |
| | Netherlands | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Republic of Korea | Granted | 0006993/1994 | 1994-4-2 | 290435 | 2001-3-2 | | |
| | Republic of Korea | Granted | 6992/94 | 1994-4-4 | 328796 | 2002-3-5 | | |
| | Spain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Spain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Spain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Spain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Spain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Sweden | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Sweden | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Switzerland | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Taiwan | Granted | 83104968 | 1994-5-31 | 69060 | 1995-4-11 | | 1994-12-21 |
| | Taiwan | Granted | 80109543 | 1991-12-5 | NI-56950 | 1992-10-12 | | 1992-6-1 |
| | United States | Granted | 08/183069 | 1994-1-18 | 5479441 | 1995-12-26 | | |
| | United States | Granted | 08/661731 | 1996-6-12 | 5646389 | 1997-7-8 | | |
| | United States | Granted | 90/007742 | 2005-9-30 | 5479441C1 | 2008-6-24 | | |
| | United States | Granted | 09/338744 | 1999-6-23 | 7358857 | 2008-4-15 | | |
| | United States | Granted | 09/222126 | 1998-12-29 | 6580700 | 2003-6-17 | | |

802.11   14

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 07/923771 | 1992-8-3 | 5401944 | 1995-3-28 | | |
| | United States | Granted | 08/549051 | 1995-10-27 | 5815811 | 1998-9-29 | | |
| | United States | Granted | 07/799172 | 1991-11-27 | 5280498 | 1994-1-18 | | |
| | United States | Granted | 07/923776 | 1992-8-3 | 5393965 | 1995-2-28 | | |
| | United States | Granted | 08/344737 | 1994-11-23 | 5668803 | 1997-9-16 | | |
| | United States | Granted | 08/747034 | 1996-11-8 | 6002918 | 1999-12-14 | | |
| | United States | Granted | 08/411289 | 1995-3-27 | 5866888 | 1999-2-2 | | |
| | United States | Granted | 08/044648 | 1993-4-8 | 5528621 | 1996-6-18 | | |
| 21   5519730 | JASPER | COMMUNICATION SIGNAL HAVING A TIME DOMAIN PILOT COMPONENT | | | | | | |
| | Australia | Granted | 24677/92 | 1992-8-14 | 663109 | 1996-1-16 | | |
| | Brazil | Granted | PI9105788-4 | 1991-5-17 | PI9105788-4 | 1999-7-17 | 1131 | 1992-8-4 |
| | Brazil | Granted | PI9205509-5 | 1992-8-14 | PI9205509-5 | 1999-8-25 | 1218 | 1994-4-5 |
| | Canada | Granted | 2064758-2 | 1991-5-17 | 2064758 | 1996-11-12 | | |
| | Canada | Granted | 2098011 | 1992-8-14 | 2098011 | 1999-6-22 | | |
| | China P.R. | Granted | 92110850.8 | 1992-9-24 | 44525 | 1998-10-24 | CN1072048A | 1993-5-12 |
| | Georgia | Granted | 2152 | 1992-8-14 | 1766 | 1999-6-6 | | |
| | Great Britain | Granted | 9312028.5 | 1992-8-14 | 2266645 | 1996-5-8 | | 1993-11-3 |
| | Hong Kong | Granted | 97102445.1 | 1997-12-16 | HK1000870 | 1998-5-1 | | |
| | India | Granted | 417/DEL/91 | 1991-5-14 | 180400 | 1998-12-18 | | |
| | Japan | Granted | 5-508377 | 1992-8-14 | 3455537 | 2003-7-25 | | |
| | Mexico | Granted | 9206164 | 1992-10-26 | 180732 | 1996-1-31 | | 1993-4-1 |
| | Republic of Korea | Granted | 92-700313 | 1991-5-17 | 137129 | 1998-2-3 | | |
| | Republic of Korea | Granted | 93-701966 | 1992-8-14 | 109964 | 1996-12-30 | 96-12169 | 1996-9-16 |
| | United States | Granted | 07/783289 | 1991-10-28 | 5519730 | 1996-5-21 | | |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE | |

22  6236674 | MORELLI | TRANSCEIVER CONTROL WITH SLEEP MODE OPERATION

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date |
|---|---|---|---|---|---|---|
| | United States | Granted | 08/619797 | 1996-3-20 | 6236674 | 2001-5-22 |
| | United States | Granted | 08/605914 | 1996-2-23 | 5838720 | 1998-11-17 |
| | United States | Granted | 09/728564 | 2000-6-15 | 6978149 | 2005-12-20 |

802.11    16

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 23  6404772 | BEACH | VOICE AND DATA WIRELESS COMMUNICATIONS NETWORK AND METHOD | | | | | | |
| | Australia | Granted | 2008207663 | 2008-9-1 | 2008207663 | 2009-6-25 | | |
| | Australia | Filed | 2008203424 | 2008-7-31 | | | | |
| | Australia | Granted | 45860/02 | 2001-7-27 | 781434 | 2005-9-8 | | |
| | Australia | Granted | 2008203425 | 2008-7-31 | 2008203425 | 2009-9-17 | | |
| | Brazil | Filed | PI0117231-0 | 2001-7-27 | | | | |
| | Brazil | Filed | PI0117232-8 | 2004-7-27 | | | | |
| | Brazil | Filed | PI0107091-6 | 2001-7-27 | | | | |
| | Brazil | Filed | PI0117230-1 | 2001-7-27 | | | | |
| | Canada | Filed | 2517821 | 2001-7-27 | | | | |
| | Canada | Filed | 2517832 | 2001-7-27 | | | | |
| | Canada | Granted | 2517825 | 2001-7-27 | 2517825 | 2009-12-1 | | |
| | Canada | Filed | 2389109 | 2001-7-27 | | | | |
| | European Patent Convention | Filed | 5018176.7 | 2001-7-27 | | | 1605635 | 2005-12-14 |
| | European Patent Convention | Filed | 5018175.9 | 2001-7-27 | | | EP1603279 | 2006-1-4 |
| | European Patent Convention | Filed | 5018174.2 | 2001-7-27 | | | 1605634 | 2005-12-14 |
| | Finland | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | France | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | Germany | Granted | 1955073 | 2001-7-27 | 60117800.9-08 | 2006-3-8 | | |
| | Great Britain | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | Italy | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | WO02/11476 | |
| | Japan | Granted | 2005320965 | 2005-11-4 | 4177842 | 2008-8-29 | 2006054928 | 2006-2-23 |
| | Japan | Granted | 2005320966 | 2005-11-4 | 4209418 | 2009-1-14 | 2006087140 | 2006-2-23 |
| | Japan | Granted | 2002-515867 | 2001-7-27 | 4128445 | 2008-5-23 | 2004-505573 | 2004-2-19 |

802.11  17

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | Republic of Korea | Granted | 10-2005-7023389 | 2005-12-6 | 799392 | 2008-1-23 | | |
| | Republic of Korea | Granted | 10-2002-7003594 | 2001-7-27 | 796846 | 2008-1-15 | | |
| | Republic of Korea | Granted | 10-2005-7023390 | 2005-12-6 | 754350 | 2007-8-27 | | |
| | Republic of Korea | Granted | 10-2005-7023391 | 2005-12-6 | 754859 | 2007-8-28 | | |
| | Sweden | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | United States | Filed | 10/033861 | 2001-12-27 | | | US20020054574A1 | 2002-5-9 |
| | United States | Filed | 11/193521 | 2005-7-29 | | | US20050281235A1 | 2005-12-22 |
| | United States | Filed | 11/192574 | 2005-7-29 | | | US20050281252A1 | 2005-12-22 |
| | United States | Granted | 09/627092 | 2000-7-27 | 6404772 | 2002-6-11 | | |
| | United States | Filed | 11/193772 | 2005-7-29 | | | US20060002378A1 | 2006-1-5 |

802.11   18

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 24 | 6473449 | CAFARELLA | HIGH-DATA-RATE WIRELESS LOCAL AREA NETWORK | | | | | | |
| | | Canada | Granted | 2176401 | 1995-2-3 | 2176401 | 2003-7-8 | | |
| | | China P.R. | Granted | 95191641.6 | 1995-2-3 | ZL95191641.6 | 2002-4-24 | | |
| | | China P.R. | Granted | 1136147.6 | 1996-8-15 | ZL01136147.6 | 2009-4-29 | | |
| | | India | Granted | 114/MAS/95 | 1995-1-31 | 188220 | 1995-1-31 | | |
| | | Indonesia | Granted | P-950270 | 1995-3-17 | ID0008776 | 2002-9-10 | | |
| | | Japan | Granted | 2002-329562 | 1995-2-3 | 3532556 | 2004-3-12 | 2003-168999 | 2003-6-13 |
| | | Japan | Granted | 521825/1995 | 1995-2-3 | 3406319 | 2003-3-7 | | |
| | | Malaysia | Granted | PI 95000226 | 1995-1-27 | MY-114861-A | 2003-2-28 | | |
| | | Malaysia | Granted | PI20014245 | 1995-1-27 | MY-127750-A | 2006-12-29 | | |
| | | Taiwan | Granted | 84100724 | 1995-1-27 | NI-073357 | 1996-1-10 | 84100724 | 1995-9-1 |
| | | United States | Granted | 09/487395 | 2000-1-18 | 6473449 | 2002-10-29 | | |
| | | United States | Granted | 08/369778 | 1994-12-30 | 5809060 | 1998-9-15 | | |
| | | United States | Granted | 09/048651 | 1998-3-26 | 6075812 | 2000-6-13 | | |

802.11   19

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX
802.11n

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

**25   7143333** BLANKENSHIP METHOD AND APPARATUS FOR ENCODING AND DECODING DATA

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | Brazil | Filed | 0514179-6 | 2005-8-3 | | | 1952 | 2008-6-3 |
| | China P.R. | Granted | 200580026914.4 | 2005-8-3 | ZL200580026914.4 2010-9-15 | | CN101032082A 2007-9-5 | |
| | European Patent Convention | Filed | 5778444.9 | 2005-8-3 | | | 1790081 | 2007-5-30 |
| | India | Filed | 410/KOLNP/2007 | 2005-8-3 | | | | |
| | Japan | Granted | 2007-525672 | 2005-8-3 | 4516602 | 2010-5-21 | 4516602 | 2010-8-4 |
| | Republic of Korea | Granted | 10-2007-7003244 | 2005-8-3 | 10-884698 | 2009-2-13 | | |
| | Russian Federation | Granted | 2007107953 | 2005-8-3 | 2370886 | 2009-10-20 | | |
| | United States | Granted | 11/004359 | 2004-12-3 | 7143333 | 2006-11-28 | US-2006-0031744-A1 | 2006-2-9 |

**26   7493548** NIMBALKER METHOD AND APPARATUS FOR ENCODING AND DECODING DATA

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | United States | Granted | 11/275937 | 2006-2-6 | 7493548 | 2009-2-17 | US2007022039 5A1 | 2007-9-20 |

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

**27  7165205   BLANKENSHIP  METHOD AND APPARATUS FOR ENCODING AND DECODING DATA**

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | Canada | Granted | 2564395 | 2005-5-11 | 2564395 | 2009-7-7 | | |
| | China P.R. | Filed | 200580008388.9 | 2005-5-11 | | | CN1934789A | 2007-3-21 |
| | European Patent Convention | Filed | 5747940.4 | 2005-5-11 | | | 1747613 | 2007-1-31 |
| | India | Filed | 2310/KOLNP/2006 | 2005-5-11 | | | | |
| | Israel | Filed | 177439 | 2005-5-11 | | | | |
| | Japan | Granted | 2007-502126 | 2005-5-11 | 4558037 | 2010-7-30 | 2007-529531 | 2007-9-6 |
| | Republic of Korea | Granted | 10-2006-7023750 | 2005-5-11 | 10-861893 | 2008-9-30 | | |
| | Taiwan | Filed | 94115484 | 2005-5-13 | | | 200611497 | 2006-4-1 |
| | United States | Granted | 10/874611 | 2004-6-23 | 7165205 | 2007-1-16 | US-2005-0257119-A1 | 2005-11-17 |

802.11n   21