Español | My Account | Order Status | Customer Service   Welcome. Please create an account or Sign in.    🛒 CART  **0 Items**



🔍    Store Locator    Weekly Ad    Credit Cards    Reward Zone

**PRODUCTS ⌄**   **SERVICES ⌄**   **SHOPS & DEALS ⌄**   **GIFTS ⌄**

 chrome   **Samsung Chromebooks now available.** A simple, safe and speedy Web experience is here.   Shop ›

Best Buy > Computers & Tablets > Laptop & Netbook Computers > Windows > **Windows 7 Home Premium**

**SHOP LAPTOP & NETBOOK COMPUTERS**




PC Laptops (165)
Refurbished Laptops (26)
All Laptops (3)

**YOU'VE SELECTED**

Operating Platform: Windows
[Remove]
Operating System: Windows 7 Home Premium
[Remove]
Clear All Selections

**NARROW YOUR RESULTS**

**Current Offers**
Package Deals (6)
Outlet Center (34)
Special Offers (194)
Financing Offers (188)

**Availability**
In Store & Online (67)
Online Only (125)

**Brand**
HP (55)
Toshiba (33)
Dell (24)
Acer (16)
Sony (15)
Samsung (15)
ASUS (15)
Lenovo (8)
See all...

**Price Range**
$200 - $299.99 (4)
$300 - $399.99 (28)
$400 - $499.99 (37)
$500 - $599.99 (32)

1 - 50 of 194          1 2 **3** 4 ❯          View:  50 per page

Compare  □ □ □ □  **COMPARE**    up to 4 items                                    Sort by:  Price High to Low

---


Compare

**Samsung - Laptop / Intel® Core™ i7 Processor / 13.3" Display / 6GB Memory**
Model: NP900X3A-A05US | SKU: 3006306

- Windows 7 Home Premium 64-bit
- Special features: Bluetooth; only 2.9 lbs.
- Note: DVD/CD drive not included

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability ›

**$2,049.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How

**ADD TO CART**

---


Compare

**HP - ENVY Laptop with Intel® Core™ i7 Processor - Brushed Aluminum**
Model: ENVY 15-1050NR | SKU: 9556394

**ENERGY STAR Qualified**

Intel® Core™ i7-720QM processor; 6-cell and 9-cell lithium-ion polymer batteries; 6GB DDR3 memory; external DL DVD±RW/CD-RW drive; 15.6" widescreen; 500GB hard drive; built-in webcam; Windows 7 Home Premium 64-bit

★★★☆☆  3.1 of 5  (20 reviews)

Check Shipping & Availability ›

**OUTLET CENTER ITEM**
**$1,899.99**
Original Price: $1,999.99
**You Save: $100.00**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How

**ADD TO CART**

---

 
Compare

**Toshiba - Qosmio Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 500GB and 750GB Hard Drives - Red Horizon**
Model: PSBY5U-00X | SKU: 2850829

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Bluetooth

☆☆☆☆☆  Be the first to write a review.

Available online or order in store

**$1,899.99**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How

**ADD TO CART**




$600 - $699.99 (21)
$700 - $799.99 (18)
$800 - $899.99 (11)
$900 and Up (43)

**Status**
New Arrivals (22)

**Screen Size**
17" and Up (37)
15" - 16" (94)
14" and Under (63)

**Laptop Features**
3D-Ready (5)
Backlit Keyboard (18)
Best Buy PC App (31)
Blu-ray (31)
Built-in Webcam (190)
ENERGY STAR Qualified (126)
HDMI Output (171)
Ultraportable (89)
Wireless Capability (45)
Wireless Display (58)

**Wireless Capability** ?
4G WiMAX (40)
Wi-Fi (6)

**Laptop Weight**
Standard (more than 5.5 lbs.) (104)
Ultraportable (5.5 lbs. or less) (89)

**System Memory RAM** ?
2GB (4)
3GB (20)
4GB (109)
6GB (43)
8GB (18)

**Processor Brand**
AMD (39)
Intel® (155)

**Hard Drive Size**
100GB - 299GB (9)
300GB - 499GB (34)
500GB - 699GB (111)
700GB - 899GB (32)

**Graphics**
Intel (85)
ATI (30)
NVIDIA (25)

**Collection**
Best Buy Exclusive (2)
Blue Label (2)
FIRST SPARK Kids PC (1)

---


Compare

**HP - ENVY Laptop with Intel® Core™2 Duo Processor - Brushed Aluminum**
Model: ENVY 13-1030NR | SKU: 9556376

ENERGY STAR Qualified

Intel® Core™2 Duo processor SL9400; 4-cell and 6-cell lithium-ion polymer batteries; 3GB DDR3 memory; external DL DVD±RW/CD-RW drive; 13.1" widescreen; 250GB hard drive; built-in webcam; Windows 7 Home Premium 64-bit

★★★☆☆ 3.2 of 5 (5 reviews)

Check Shipping & Availability >

OUTLET CENTER ITEM
**$1,800.99**
Original Price: $1,899.99
You Save: $99.00

• 1-Year Antivirus for $19.99: See How
• Free 8x8 Photo Book: Find Out How

ADD TO CART

---


Compare

**New! Toshiba - Qosmio Laptop / Intel® Core™ i7 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Brilliant Red**
Model: PQF75U-02 | SKU: 2850865

ENERGY STAR Qualified

• Windows 7 Home Premium 64-bit
• Blu-ray-enabled DL DVD±RW/CD-RW drive
• Special features: HDMI output; Bluetooth

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,699.99**

• 1-Year Antivirus for $19.99: See How
• Save $40-$60 on Select Printers: See How
• 1-Year Tech Support for $99.99: See How

SOLD OUT ONLINE

---


Compare

**Alienware - M17X Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 750GB Hard Drive - Stealth Black**
Model: AM17XR3-5542STB | SKU: 2817361

• Windows 7 Home Premium 64-bit
• DL DVD±RW/CD-RW drive
• Special features: HDMI output; Bluetooth; backlit keyboard

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,699.99**

• $20 Off Microsoft Office 2010: See How
• 1-Year Antivirus for $19.99: See How
• Save $40-$60 on Select Printers: See How

ADD TO CART

---


Compare

**HP - ENVY Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 1.5TB Hard Drive - Carbon Relic**
Model: 17-2090nr | SKU: 2520085

• Windows 7 Home Premium 64-bit
• Blu-ray-enabled DVD±RW/CD-RW drive
• Special features: 3D capable; HDMI output; Bluetooth

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,649.99**

• Save $40-$60 on Select Printers: See How
• $20 Off Microsoft Office 2010: See How
• Free 8x8 Photo Book: Find Out How

ADD TO CART

---


Compare

**Toshiba - Qosmio Laptop / Intel® Core™ i7 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Brilliant Red**
Model: F755-S5219 | SKU: 2838285

ENERGY STAR Qualified

• Windows 7 Home Premium 64-bit

**$1,499.99**

• 1-Year Tech Support for $99.99: See How
• Free 8x8 Photo Book: Find Out How

Next Class (2)
Refurbished (26)
Small Business (37)

- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; 3D capable; HDMI output

★★★★★ 4 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

$20 Off Microsoft Office 2010: See How



---



Compare

### Dell - XPS Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 1TB Hard Drive - Silver
Model: X17L-2777ELS | SKU: 2817264

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: 3D capable; HDMI output; backlit keyboard

★★★★★ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,499.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How



---



Compare

### HP - ENVY Laptop / Intel® Core™ i7 Processor / 17.3" Display / 6GB Memory / 1TB Hard Drive - Carbon Relic
Model: 17-2070nr | SKU: 2520067

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,499.99**

- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How



---



Compare

### Alienware - M14X Laptop / Intel® Core™ i7 Processor / 14" Display / 8GB Memory / 750GB Hard Drive - Stealth Black
Model: AM14X-5305SBK | SKU: 2817352

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth; backlit keyboard

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,449.99**

- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

SOLD OUT ONLINE

---



Compare

### Dell - XPS 15Z Laptop / Intel® Core™ i7 Processor / 15.6" Display / 8GB Memory / 750GB Hard Drive - Elemental Silver
Model: X15Z-6734ELS | SKU: 2936073

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

★★★★★ 3 of 5 (2 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,399.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How



---

### Alienware - M14X Laptop / Intel® Core™ i5




Compare

**Processor / 14" Display / 8GB Memory / 750GB Hard Drive - Stealth Black**
Model: AM14X-5116SBK | SKU: 2817246

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth; backlit keyboard

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,399.99**

- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How

[ADD TO CART]

---


Compare

**New! Samsung - Laptop / Intel® Core™ i5 Processor / 13.3" Display / 4GB Memory / 128GB Solid State Drive**
Model: NP900X3A-B01US | SKU: 2948031

- Windows 7 Home Premium 64-bit
- Special features: Micro HDMI output; Bluetooth; backlit keyboard; only 2.9 lbs.
- Note: DVD/CD drive not included

⭐⭐⭐⭐½ 4.5 of 5 (2 reviews)

Check Shipping & Availability >

**$1,299.99**

- Save $40-$60 on Select Printers: See How
- Great Financing Offer
- Great Financing Offer

[ADD TO CART]

---


Compare

**Sony - VAIO Laptop / Intel® Core™ i7 Processor / 16.4" Display / 8GB Memory / 750GB Hard Drive - Black**
Model: VPCF226FM/B | SKU: 2794192

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; Bluetooth; backlit keyboard

⭐⭐⭐⭐⭐ 4.6 of 5 (19 reviews)

Check Shipping & Availability >

**$1,249.99**

- $20 Off Microsoft Office 2010: See How
- Save $200 on Computer and PS3: See How
- 1-Year Antivirus for $19.99: See How

[ADD TO CART]

---



**HP ENVY 14-1260se Laptop & Beats By Dr. Dre Black Headphones Package**
SKU: 9999159900050004

Hear what you've been missing! This show-stopping HP ENVY laptop boasts Beats audio to enrich your digital music, while the deep black Beats By Dr. Dre Monster Pro headphones let you immerse yourself in the sound. Plus, you **save $200** when you buy them both together!

**Package Savings Available Online Only**

Available online or order in store
Check Shipping & Availability >

**$1,249.98**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How

[ADD TO CART]

---



**HP ENVY 14-1260se Laptop & Beats By Dr. Dre White Headphones Package**
SKU: 9999159900050003

Hear what you've been missing! This show-stopping HP ENVY laptop boasts Beats audio to enrich your digital music, while the sleek white Beats By Dr. Dre Monster Pro headphones let you immerse yourself in the sound. Plus, you **save $200** when you buy them both together!

**Package Savings Available Online Only**

Available online or order in store

**$1,249.98**

- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

[ADD TO CART]

Check Shipping & Availability >



Compare

**Samsung - Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory - Black Radial**
Model: NP-RF711-S03US | SKU: 3006333

- Windows 7 Home Premium 64-bit
- Blu-ray/DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,199.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How


ADD TO CART

---



Compare

**HP - Pavilion Envy Laptop / Intel® Core™ i5 Processor / 14.5" Display / 6GB Memory / 160GB Hard Drive - Carbon Relic**
Model: 14-2070nr | SKU: 2883156

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth; backlit keyboard

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,199.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How


ADD TO CART

---



Compare

**Toshiba - Satellite Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Platinum**
Model: P755-3DV20 | SKU: 2883068

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled/DL DVD±RW/CD-RW drive
- Special features: 3D capable; HDMI output; Bluetooth

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,199.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How


ADD TO CART

---



Compare

**Toshiba - Qosmio Laptop / Intel® Core™ i5 Processor / 17.3" Display / 6GB Memory / 640GB Hard Drive - Red Horizon**
Model: PSBY5U-01K | SKU: 2850801

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; backlit keyboard

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,199.99**

- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How


ADD TO CART

---



Compare

**HP - Pavilion Laptop / Intel® Core™ i7 Processor / 15.6" Display / 8GB Memory / 750GB Hard Drive - Steel Gray**
Model: dv6-6190us | SKU: 2821764

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit

**$1,199.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How

- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★★★½ **4.3 of 5** (3 reviews)

Available online or order in store
Check Shipping & Availability >

 **ADD TO CART**

---


Compare

### Acer - Iconia Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive
Model: ICONIA 6120 | SKU: 2750602

- Windows 7 Home Premium
- Special features: HDMI output; touch screen
- Note: DVD/CD drive not included

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,199.99**

- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How

 **ADD TO CART**

---


Compare

### Asus - Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 1TB Hard Drive - Black
Model: G74SX-BBK7 | SKU: 2712579

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output; backlit keyboard

★★★★★ **4.6 of 5** (48 reviews)

Check Shipping & Availability >

**$1,199.99**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How

 **ADD TO CART**

---


Compare

### Toshiba - Satellite Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Slate
Model: A665-3DV10x | SKU: 1854928

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; NVIDIA GeForce GT 540M GPU with NVIDIA 3D Vision Technology; HDMI output

★★★★☆ **4 of 5** (4 reviews)

Check Shipping & Availability >

**$1,199.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

 **ADD TO CART**

---


Compare

### Dell - XPS Laptop / Intel® Core™ i7 Processor / 15.6" Display / 8GB Memory / 750GB Hard Drive - Silver
Model: X15L-2368ELS | SKU: 2817255

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: HDMI output; backlit keyboard

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,149.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How

 **ADD TO CART**

---

### Dell - XPS Laptop / Intel® Core™ i7 Processor / 17.3" Display / 6GB Memory / 640GB Hard Drive - Silver Anodized Aluminum

**$1,149.99**

- Free 8x8 Photo Book: Find



Compare

Model: X17-2178AAL | SKU: 1997251

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: HDMI output

 5 of 5  (2 reviews)

Available online or order in store
Check Shipping & Availability >

- Out How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How

 ADD TO CART

---



Compare

**HP - Pavilion Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 1TB Hard Drive - Steel Gray**
Model: dv7-6195us | SKU: 2821755

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

 3.7 of 5  (9 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,099.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How

 ADD TO CART

---



Compare

**Samsung - Laptop / Intel® Core™ i7 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Black/Graphite**
Model: RC512-S02 | SKU: 2235132

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; NVIDIA GeForce GT 525M GPU with NVIDIA Optimus Technology

 4.1 of 5  (47 reviews)

Check Shipping & Availability >

**$1,099.99**

- 1-Year Antivirus for $19.99: See How
- $100 Gift Card with Activation: See How
- Free 8x8 Photo Book: Find Out How

 ADD TO CART

---



Compare

**ASUS - Laptop / Intel® Core™ i5 Processor / 15.6" Display / 4GB Memory / 750GB Hard Drive - Black**
Model: G53SW-BST6 | SKU: 2043071

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output; backlit keyboard

 3.5 of 5  (2 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,099.99**

- $20 Off Microsoft Office 2010: See How
- $100 Gift Card with Activation: See How
- 1-Year Antivirus for $19.99: See How

 ADD TO CART

---



Compare

**Samsung - Laptop / Intel® Core™ i3 Processor / 11.6" Display / 2GB Memory**
Model: NP900X1B-A02US | SKU: 3006272

- Windows 7 Home Premium 64-bit
- Special features: Bluetooth; only 2.3 lbs.
- Note: DVD/CD drive not included

 Be the first to write a review.

**$1,049.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How

 ADD TO CART

Available online or order in store
Check Shipping & Availability >



Compare

### HP - Pavilion Envy Laptop / Intel® Core™ i5 Processor / 14.5" Display / 6GB Memory / 750GB Hard Drive - Black
Model: 14-2050se | SKU: 2883095

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth; backlit keyboard

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$1,049.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How


ADD TO CART

---



Compare

### Dell - XPS Laptop / Intel® Core™ i7 Processor / 17.3" Display / 8GB Memory / 1TB Hard Drive - Silver
Model: X17L-781ELS | SKU: 2817237

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; backlit keyboard

★★★★★ 5 of 5 (2 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,049.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How


ADD TO CART

---



Compare

### HP - ENVY Laptop / Intel® Core™ i5 Processor / 14.5" Display / 6GB Memory / 750GB Hard Drive - Black
Model: 14-1260se | SKU: 1805687

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,049.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How


ADD TO CART

---



Compare

### HP - Pavilion Laptop / Intel® Core™ i7 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Steel Gray
Model: dv6-6170us | SKU: 2821558

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★★★☆ 4 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$1,029.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How


ADD TO CART

---



### Sony - VAIO Laptop / Intel® Core™ i5 Processor / 13.3" Display / 4GB Memory - VPCS111FM/S
SKU: 9999158000050001

Light, durable and powerful, this laptop from our Blue Label™ series

**$999.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How

boasts high-performance features — an Intel® Core™ i5 processor with Turbo Boost Technology, Intel® HD Graphics for outstanding visuals, a backlit keyboard and Intel® Wireless Display technology, which allows you to wirelessly stream online media, videos, photos and more from the laptop to your HDTV. Wireless HDTV adapter and one year of security software included.

Check Shipping & Availability >

- Save $40-$60 on Select Printers: See How

**[ ADD TO CART ]**



### Sony - VAIO Laptop / Intel® Core™ i5 Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - VPCSC1AFM/S
**SKU:** 9999154000050000

This Blue Label™ laptop features a Blu-ray drive for watching high-def movies and Seagate solid-state hybrid drive technology to get you up and running up to 50% faster* than conventional hard disk drives. Wireless LAN, WiMAX mobile broadband technology and Intel® Wireless Display technology allow you to connect to the Internet and your compatible HDTV without cables. Wireless TV adapter, one year of security software and one year of tech support included.

Check Shipping & Availability >

**$999.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How

**[ ADD TO CART ]**



Compare

### Samsung - Laptop / Intel® Core™ i7 Processor / 15.6" Display / 8GB Memory
**Model:** NP-RF511-S04US | **SKU:** 3006324

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$999.99**

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How

**[ ADD TO CART ]**



Compare

### HP - Pavilion Envy Laptop / Intel® Core™ i5 Processor / 14.5" Display / 4GB Memory / 750GB Hard Drive - Carbon Relic
**Model:** 14-2020nr | **SKU:** 2883129

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth; backlit keyboard

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$999.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How


**[ ADD TO CART ]**



Compare

### HP - Pavilion Laptop / Intel® Core™ i7 Processor / 17.3" Display / 6GB Memory / 750GB Hard Drive - Dark Umber
**Model:** dv7-6185us | **SKU:** 2821791

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★★★★  **5 of 5** (3 reviews)

Available online or order in store
Check Shipping & Availability >

**$999.99**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How


**[ ADD TO CART ]**

### Dell - XPS Laptop / Intel® Core™ i5 Processor



**Compare**

**/ 15.6" Display / 6GB Memory / 500GB Hard Drive - Elemental Silver**
Model: XPS15Z-71ELS | SKU: 2635138

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

⭐⭐⭐⭐⭐ 5 of 5 (2 reviews)

Not Available for Shipping
Check Shipping & Availability >

**$999.99**

- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How

SOLD OUT ONLINE

---



**Compare**

**Dell - Inspiron Laptop / Intel® Core™ i5 Processor / 17.3" Display / 6GB Memory / 640GB Hard Drive - Mars Black**
Model: I17R-2587MRB | SKU: 1805086

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ 4.8 of 5 (4 reviews)

Available online or order in store
Check Shipping & Availability >

**$999.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

ADD TO CART

---



**Compare**

**Lenovo - Laptop / Intel® Core™ i7 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Black**
Model: 08622KU | SKU: 2817149

- Windows 7 Home Premium 64-bit
- DVD-RW/CD-RW drive
- Special features: Bluetooth

⭐⭐⭐⭐⭐ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$949.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How

ADD TO CART

---



**Toshiba - Satellite Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory - Champagne - E305-S1990X**
SKU: 9999153600050029

Enjoy high-def movies with this Blue Label™ laptop's Blu-ray Disc drive, and get up and running up to 50% faster* than conventional hard disk drives thanks to its Seagate solid-state hybrid drive technology. The 14" HD widescreen features TruBrite technology for crisp images, and Intel® Wireless Display technology that allows you to wirelessly connect the laptop to your HDTV to enjoy online media, videos, photos and more on the big screen. Wireless TV adapter, one year of security software and one year of tech support included.

Check Shipping & Availability >

**$899.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How

ADD TO CART

---



**Compare**

**New! Samsung - Factory-Refurbished Laptop / Intel® Core™ i7 Processor / 15.6" Display - Black/Graphite**
Model: NP-RC512-SO2US | SKU: 3086698

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

OUTLET CENTER ITEM

**$899.99**
List Price $1,099.99 ▶
You Save: $200.00

- Great Financing Offer
- Great Financing Offer

ADD TO CART

Be the first to write a review.

Available online or order in store

Check Shipping & Availability >

---



Compare

### Acer - Aspire Laptop / Intel® Core™ i7 Processor / 17.3" Display / 6GB Memory - Black

**Model:** AS7750G-9657 | **SKU:** 3055434

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store

Check Shipping & Availability >

**$899.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How



---



Compare

### Samsung - Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory - Gunmetal

**Model:** NP-SF511-A03US | **SKU:** 3006342

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store

Check Shipping & Availability >

**$849.99**

- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How



---



Compare

### HP - Pavilion Laptop / Intel® Core™ i5 Processor / 17.3" Display / 6GB Memory / 750GB Hard Drive - Dark Umber

**Model:** dv7-6175us | **SKU:** 2821737

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★★★½ **4.3 of 5** (3 reviews)

Available online or order in store

Check Shipping & Availability >

**$849.99**

- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

SOLD OUT ONLINE

---

Compare

### Dell - Studio XPS Laptop with Intel® Core™2 Duo Processor - Obsidian Black

**Model:** X1340-1769OBK | **SKU:** 9536451

**ENERGY STAR Qualified**

Intel® Core™2 Duo processor P8700; 4GB DDR3 memory; 6-cell lithium-ion battery; DVD±RW/CD-RW drive; 13.3" widescreen; 500GB hard drive; built-in webcam; facial recognition; Windows 7 Home Premium 64-bit

★★★☆ **3.2 of 5** (35 reviews)

Check Shipping & Availability >

OUTLET CENTER ITEM

**$829.99**
Original Price:
$929.99 ›
You Save: $100.00

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How



---



Compare

### Acer - Aspire Laptop / Intel® Core™ i7 Processor / 15.6" Display / 4GB Memory / 640GB Hard Drive - Black

**Model:** AS5750-9851 | **SKU:** 2882484

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ **5 of 5** (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$829.99**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How

🛒 **ADD TO CART**

---

1 - 50 of 194                1 2 3 4 ❯                View: 50 per page

**Compare** up to 4 items    ☐ ☐ ☐ ☐   **COMPARE**    Sort by: Price High to Low

---

**Ads by Google**  What's this?

**Windows® 7 PC Offer**
Get a Free Xbox 360 when you Buy a New **Windows**® 7 PC. Share this Deal.
www.facebook.com/**Windows**

**Buy a Laptop, Get an Xbox**
Get an Xbox 360 w/**Laptop** Purchase for College. Edu Email Required.
www.microsoftstore.com/PC_Xbox_Offer

**Top 10 Laptops**
Bestselling **Laptops** at Low Prices Great **Laptop** Deals - Save Big!
**laptops**.priceseekers.net

---

**ORDER SUPPORT**
Order Status
Shipping & Store Pickup
International Orders
Store Pickup
Returns & Refunds
Customer Service

**PRODUCT SUPPORT**
Installation & Delivery
Warranties & PSPs
Check Gift Card Balance
Product Recalls
Buy Back Program
Trade-in Center
Recycling
PartStore

**CREDIT CARDS**
Apply Now
Make a Payment
Financing Offers

**REWARD ZONE® PROGRAM**
Learn More
Check Your Points

**LEGAL**
Conditions of Use
Legal Notices
Privacy Policy
California Privacy Rights
Price Match Guarantee

Class Action Settlement:
Holloway et al. v. Best Buy

**CORPORATE INFO**
About Best Buy
News – The BBY
Careers
For Our Investors
Developers
Sustainability
Community Relations
Affiliate Program
Contact Us
Site Map

**More Best Buy Sites**

**GET CONNECTED**
Ask Twelpforce
Join us on Facebook
Share your ideas
Community Forums
Best Buy on your Phone
More Ways to Connect ›

---

**Need help?** We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. ©2003-2011 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.

  

ADVERTISEMENT

IM AD FEEDBACK

Español | My Account | Order Status | Customer Service | Welcome. Please create an account or Sign in.

🛒 CART **0 Items**

 BEST BUY

🔍

Store Locator   Weekly Ad   Credit Cards   Reward Zone

**PRODUCTS** ⌄   **SERVICES** ⌄   **SHOPS & DEALS** ⌄   **GIFTS** ⌄

 chrome   **Samsung Chromebooks now available.** A simple, safe and speedy Web experience is here.   Shop ›

Best Buy > Computers & Tablets > Laptop & Netbook Computers > Windows > **Windows 7 Home Premium**

**SHOP LAPTOP & NETBOOK COMPUTERS**

PC Laptops (165)
Refurbished Laptops (26)
All Laptops (3)

**YOU'VE SELECTED**

Operating Platform: Windows
[Remove]
Operating System: Windows 7
Home Premium
[Remove]
Clear All Selections

**NARROW YOUR RESULTS**

**Current Offers**
Package Deals (6)
Outlet Center (34)
Special Offers (194)
Financing Offers (188)

**Availability**
In Store & Online (67)
Online Only (125)

**Brand**
HP (55)
Toshiba (33)
Dell (24)
Acer (16)
Sony (15)
Samsung (15)
ASUS (15)
Lenovo (8)
See all...

**Price Range**
$200 - $299.99 (4)
$300 - $399.99 (28)
$400 - $499.99 (37)
$500 - $599.99 (32)

---

51 - 100 of 194   ‹ 1 2 3 4 › 

View: 50 per page

Compare up to 4 items [ ] [ ] [ ] [ ]   **COMPARE**

Sort by: Price High to Low

---


Compare

**Toshiba - Satellite Laptop / Intel® Core™ i7 Processor / 17.3" Display / 6GB Memory / 750GB Hard Drive - Platinum**
Model: P775-S7215 / SKU: 2808132

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

⭐⭐⭐⭐⯨ 4.5 of 5 (55 reviews)

Check Shipping & Availability ›

**$829.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

🛒 **ADD TO CART**

---


Compare

**HP - Pavilion Laptop / Intel® Core™ i5 Processor / 17.3" Display / 8GB Memory / 750GB Hard Drive - Dark Umber**
Model: dv7-6135dx / SKU: 2678499

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; fingerprint reader; HDMI output

⭐⭐⭐⭐⯨ 4.5 of 5 (63 reviews)

Check Shipping & Availability ›

**$829.99**

- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

**SOLD OUT ONLINE**

---

Compare

**HP - Pavilion Laptop / AMD Phenom™ II Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Brushed Aluminum**
Model: dv6-3145dx / SKU: 1272614

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output; backlit keyboard

⭐⭐⭐⭐☆ 4 of 5 (5 reviews)

Available online or order in store
Check Shipping & Availability ›

**$829.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How

🛒 **ADD TO CART**

Windows 7 Home Premium|Windows : Laptop & Netbook Computers - BestBuy

$600 - $699.99 (21)
$700 - $799.99 (18)
$800 - $899.99 (11)
$900 and Up (43)

**Status**
New Arrivals (22)

**Screen Size**
17" and Up (37)
15" - 16" (94)
14" and Under (63)

**Laptop Features**
3D-Ready (5)
Backlit Keyboard (18)
Best Buy PC App (31)
Blu-ray (31)
Built-in Webcam (190)
ENERGY STAR Qualified (126)
HDMI Output (171)
Ultraportable (89)
Wireless Capability (45)
Wireless Display (58)

**Wireless Capability** ?
4G WiMAX (40)
Wi-Fi (6)

**Laptop Weight**
Standard (more than 5.5 lbs.) (104)
Ultraportable (5.5 lbs. or less) (89)

**System Memory RAM** ?
2GB (4)
3GB (20)
4GB (109)
6GB (43)
8GB (18)

**Processor Brand**
AMD (39)
Intel® (155)

**Hard Drive Size**
100GB - 299GB (9)
300GB - 499GB (34)
500GB - 699GB (111)
700GB - 899GB (32)

**Graphics**
Intel (85)
ATI (30)
NVIDIA (25)

**Collection**
Best Buy Exclusive (2)
Blue Label (2)
FIRST SPARK Kids PC (1)


Compare

**Samsung - Laptop / Intel® Core™ i7 Processor / 15.6" Display / 4GB Memory - Black**
Model: NP300V5A-A05US / SKU: 3006281

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$819.99**
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

SOLD OUT ONLINE

---


Compare

**Acer - Aspire TimelineX Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Cobalt Blue**
Model: AS5830TG-6402 / SKU: 2882402

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$799.99**
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How

SOLD OUT ONLINE

---


Compare

**Toshiba - Satellite Laptop / Intel® Core™ i5 Processor / 17.3" Display / 6GB Memory / 640GB Hard Drive - Platinum**
Model: PSBY1U-00F / SKU: 2850874

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$799.99**
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How

ADD TO CART

---


Compare

**Sony - VAIO E-Series Laptop / Intel® Core™ i3 Processor / 17.3" Display / 4GB Memory / 640GB Hard Drive**
Model: VPCEJ16FX/B / SKU: 2822363

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray/DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$799.99**
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

SOLD OUT ONLINE

---


Compare

**HP - Pavilion Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 750GB Hard Drive - Steel Gray**
Model: dv6-6150us / SKU: 2821585

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★★★★  5 of 5 (1 reviews)

**$799.99**
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

SOLD OUT ONLINE



Next Class (2)
Refurbished (26)
Small Business (37)

Available online or order in store
Check Shipping & Availability >



Compare

**HP - Pavilion Laptop / Intel® Core™ i5 Processor / 14" Display / 6GB Memory / 640GB Hard Drive - Steel Gray**
Model: dm4-2070us | SKU: 2821782

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

★★★☆☆ **3 of 5** (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$789.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How



---



Image Coming Soon

Compare

**New! HP - Pavilion Laptop / AMD A-Series Processor / 17.3" Display / 6GB Memory - Steel Gray**
Model: dv7-6165us | SKU: 3061339

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$779.99**

- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How



---



Compare

**Toshiba - Portege Laptop / Intel® Core™ i5 Processor / 13.3" Display / 4GB Memory / 640GB Hard Drive - Blue**
Model: R835-P70 | SKU: 2836126

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; spill-resistant, raised-tile keyboard; only 3.2 lbs.

★★★★★ **4.6 of 5** (25 reviews)

Backordered
Check Shipping & Availability >

**$779.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How



---



Compare

**Sony - VAIO E-Series Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Black**
Model: VPCEG15FX/B | SKU: 2822309

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$759.99**

- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How



---



**Samsung - Laptop / Intel® Core™ i5 Processor / 14" Display / 6GB Memory / 750GB Hard Drive**
Model: QX411-W01 | SKU: 2776251

- Windows 7 Home Premium 64-bit

**$749.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for

DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

⭐⭐⭐⭐ 4.1 of 5  (34 reviews)

- $19.99: See How
- Free 8x8 Photo Book: Find Out How



Check Shipping & Availability >

---



Compare

**Dell - Inspiron Laptop / Intel® Core™ i5 Processor / 17.3" Display / 8GB Memory / 750GB Hard Drive - Diamond Black**
Model: I17R-6434DBK | SKU: 2629094

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; Bluetooth

⭐⭐⭐⭐½ 4.4 of 5  (20 reviews)

Check Shipping & Availability >

**$749.99**

- $100 Gift Card with Activation: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How



---



Compare

**Lenovo - IdeaPad Laptop / Intel® Core™ i3 Processor / 12.5" Display / 4GB Memory / 320GB Hard Drive - Mocha Brown**
Model: U260-08763CU | SKU: 2236735

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- Special features: HDMI output; Bluetooth; only 3 lbs.
- Note: DVD/CD drive not included

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$749.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- Great Financing Offer



---



Compare

**Lenovo - IdeaPad Laptop / Intel® Core™ i3 Processor / 12.5" Display / 4GB Memory / 320GB Hard Drive - Clementine Orange**
Model: U260-08763AU | SKU: 2236726

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- Special features: HDMI output; Bluetooth; only 3 lbs.
- Note: DVD/CD drive not included

⭐⭐⭐ 3 of 5  (2 reviews)

Available online or order in store
Check Shipping & Availability >

**$749.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- Great Financing Offer



---



Compare

**ASUS - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 640GB Hard Drive - Burgundy**
Model: U52JC-BBG6 | SKU: 2043053

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output

⭐⭐⭐⭐⭐ 5 of 5  (3 reviews)

Available online or order in store
Check Shipping & Availability >

**$749.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How



---

**Toshiba - Satellite Laptop / Intel® Core™ i5 Processor / 14" Display / 6GB Memory / 640GB**

**$729.99**



Compare

### Hard Drive - Platinum
**Model:** P745-S4217 | **SKU:** 2809404

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

⭐⭐⭐⭐ 4.3 of 5 (18 reviews)

Check Shipping & Availability >

- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How



---



Compare

### Sony - VAIO Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Pink
**Model:** VPCEG16FM/P | **SKU:** 2802517

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

☆☆☆☆☆ Be the first to write a review.

Backordered, Available online or order in store
Check Shipping & Availability >

**$729.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How



---



Compare

### Sony - VAIO Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Black
**Model:** VPCEG16FM/B | **SKU:** 2802456

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

⭐⭐⭐ 3.5 of 5 (2 reviews)

Backordered, Available online or order in store
Check Shipping & Availability >

**$729.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How



---

Compare

### Sony - VAIO Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - White
**Model:** VPCEG16FM/W | **SKU:** 2794138

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

⭐⭐⭐⭐⭐ 4.6 of 5 (8 reviews)

Check Shipping & Availability >

**$729.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

---



Compare

### Asus - Laptop / Intel® Core™ i5 Processor / 14" Display / 8GB Memory / 750GB Hard Drive - Platinum
**Model:** U46E-BAL5 | **SKU:** 2712515

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output

⭐⭐⭐⭐ 4 of 5 (32 reviews)

**$729.99**

- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How



Check Shipping & Availability >


Compare

**Samsung - Laptop / Intel® Core™ i5 Processor / 15.6" Display / 4GB Memory - Black**
Model: NP300V5A-A04US | SKU: 3006315

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$699.99**

- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How

SOLD OUT ONLINE

---


Compare

**HP - Pavilion Laptop / AMD A-Series Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Dark Umber**
Model: dv6-6135dx | SKU: 2738329

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

 4.5 of 5 (46 reviews)

Check Shipping & Availability >

**$699.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

ADD TO CART

---


Compare

**Toshiba - Satellite Laptop / Intel® Core™ i3 Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - Luxe Brown**
Model: U505-S2008 | SKU: 9705249

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output
- Note: Only available in stores in select areas

 3.8 of 5 (4 reviews)

Check Shipping & Availability >

OUTLET CENTER ITEM
**$689.99**
Original Price:
**$749.99** ›
You Save: $60.00

- Great Financing Offer
- Great Financing Offer

IN STORE ONLY

---


Compare

**Acer - Aspire Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Cobalt Blue**
Model: AS4830T-6642 | SKU: 2882509

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$679.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How

ADD TO CART

---


Compare

**Lenovo - IdeaPad Laptop / Intel® Core™ i5 Processor / 15.6" Display / 4GB Memory / 750GB Hard Drive - Gunmetal Gray Metal**
Model: 10243WU | SKU: 2817194

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output; Bluetooth

**$679.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**SOLD OUT ONLINE**

---



Compare

**Dell - Inspiron Laptop / AMD Phenom™ II Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Mars Black**
Model: M501R-1748MRB | SKU: 1697102

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★☆ 3.7 of 5 (28 reviews)

Check Shipping & Availability >

**$679.99**
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How

 **ADD TO CART**

---



Compare

**New! Dell - Inspiron R Laptop / Intel® Core™ i5 Processor / 17.3" Display - Diamond Black**
Model: I17RN-7060DBK | SKU: 3146056

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded mobile broadband; HDMI output; Bluetooth

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$659.99**
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

 **ADD TO CART**

---



Compare

**Sony - VAIO E-Series Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive**
Model: VPCEG11FX/L | SKU: 2822293

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$659.99**
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How

 **ADD TO CART**

---



Compare

**HP - Pavilion Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Steel Gray**
Model: dm4-2050us | SKU: 2821719

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$659.99**
- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

**SOLD OUT ONLINE**

---



**Asus - Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - K50IJ-BNC5**
SKU: 9999141200050001

**$649.99**
- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select

The 15.6" LED-backlit widescreen on this laptop features a glare screen design that ensures a crisp and clear display. An Intel® Pentium® processor elevates multitasking capabilities, boosts productivity and enhances your entertainment and Internet browsing experiences. One year of security software included.

Printers: See How
• Free 8x8 Photo Book: Find Out How



Check Shipping & Availability >

---



Compare

### Acer - Aspire Laptop / Intel® Core™ i3 Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - Cobalt Blue
Model: AS3830T-6417 | SKU: 2882466

- Windows 7 Home Premium 64-bit
- Special features: HDMI output; Bluetooth

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$649.99**

- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How



---



Compare

### Acer - Aspire Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Black
Model: AS5750-6634 | SKU: 2882448

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$649.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How





---



Compare

### HP - Pavilion Laptop / AMD A6 Processor / 15.6" Display / 4GB Memory / 640GB Hard Drive - Espresso Black
Model: dv6-6110us | SKU: 2821567

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$649.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How



---



Compare

### New! Samsung - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Black
Model: RC512-W01 | SKU: 2775473

- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband

Be the first to write a review.

Check Shipping & Availability >

**$649.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How



---

### Lenovo - IdeaPad V570 Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory /

**$649.99**



**Compare**

### 640GB Hard Drive - Silver Gray
**Model:** 1066A9U | **SKU:** 2731265

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

 **4.4 of 5** (44 reviews)

Check Shipping & Availability >

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How

**SOLD OUT ONLINE**

---



**Compare**

### Dell - Inspiron Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Diamond Black
**Model:** I15RN5110-5816DBK | **SKU:** 2562035

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; Bluetooth

 **4.5 of 5** (16 reviews)

Check Shipping & Availability >

**$649.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- $100 Gift Card with Activation: See How

 **ADD TO CART**

---



**Compare**

### HP - Pavilion Laptop / Intel® Core™ i3 Processor / 17.3" Display / 4GB Memory / 640GB Hard Drive - Charcoal Gray
**Model:** g7-1150us | **SKU:** 2821746

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$639.99**

- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How

**SOLD OUT ONLINE**

---



**Compare**

### New! Dell - Inspiron R Laptop / Intel® Core™ i3 Processor / 17.3" Display - Diamond Black
**Model:** I17RN-7059DBK | **SKU:** 3146065

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded mobile broadband; HDMI output; Bluetooth

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$629.99**

- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

 **ADD TO CART**

---



**Compare**

### Sony - VAIO E-Series Laptop / Intel® Core™ i3 Processor / 15.5" Display / 4GB Memory / 500GB Hard Drive
**Model:** VPCEH12FX/B | **SKU:** 2822266

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

 **5 of 5** (1 reviews)

Available online or order in store

**$629.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How

 **ADD TO CART**

Check Shipping & Availability >


Compare

**Toshiba - Satellite Laptop / Intel® Core™ i3 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Platinum**
Model: P755-S5215 | SKU: 2809538

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

★★★★★ 4.1 of 5  (23 reviews)

Check Shipping & Availability >

**$629.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How



---


Compare

**New!** Dell - Inspiron R Laptop / Intel® Core™ i3 Processor / 15.6" Display - Diamond Black
Model: I15RN-6824DBK | SKU: 3146074

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$619.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How



---


Compare

**Acer - Aspire Laptop / Intel® Core™ i5 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Black**
Model: AS5750-6438 | SKU: 2882545

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$599.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How



---


Compare

**HP - Pavilion Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 640GB Hard Drive - Steel Gray**
Model: dv6-6120us | SKU: 2821549

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$599.99**

- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How



---


Compare

**HP - Pavilion Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Charcoal Gray**
Model: g6-1b70us | SKU: 2821521

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive

**$599.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for

- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

$99.99: See How


🛒 **ADD TO CART**

---


Compare

**Sony - VAIO Laptop / Intel® Core™ i3 Processor / 15.5" Display / 4GB Memory / 640GB Hard Drive - Pink**
Model: VPCEH14FM/P | SKU: 2802474

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

 **5 of 5** (4 reviews)

Available online or order in store
Check Shipping & Availability >

**$599.99**

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How

**SOLD OUT ONLINE**

---


Compare

**Sony - VAIO Laptop / Intel® Core™ i3 Processor / 15.5" Display / 4GB Memory / 640GB Hard Drive - White**
Model: VPCEH14FM/W | SKU: 2795668

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

 **4 of 5** (1 reviews)

Backordered, Available online or order in store
Check Shipping & Availability >

**$599.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How


🛒 **ADD TO CART**

---


Compare

**Sony - VAIO Laptop / Intel® Core™ i3 Processor / 15.5" Display / 4GB Memory / 640GB Hard Drive - Black**
Model: VPCEH14FM/B | SKU: 2794165

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

 **4.4 of 5** (15 reviews)

Check Shipping & Availability >

**$599.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How


🛒 **ADD TO CART**

---


Compare

**HP - Pavilion Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Brushed Aluminum in Dark Umber**
Model: dm4-2015dx | SKU: 2754104

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; fingerprint reader; HDMI output

 **3.9 of 5** (15 reviews)

Check Shipping & Availability >

**$599.99**

- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How


🛒 **ADD TO CART**

---

**Compare**
up to 4 items

COMPARE

Sort by: Price High to Low

**Ads by Google**  What's this?

**Laptop Computers -Staples®**
Buy a **Laptop** for School at Staples. Get a $100 Visa® Prepaid Card.
www.staples.com/VisaCard

**ORDER SUPPORT**
Order Status
Shipping & Store Pickup
International Orders
Store Pickup
Returns & Refunds
Customer Service

**PRODUCT SUPPORT**
Installation & Delivery
Warranties & PSPs
Check Gift Card Balance
Product Recalls
Buy Back Program
Trade-in Center
Recycling
PartStore

**CREDIT CARDS**
Apply Now
Make a Payment
Financing Offers

**REWARD ZONE® PROGRAM**
Learn More
Check Your Points

**LEGAL**
Conditions of Use
Legal Notices
Privacy Policy
California Privacy Rights
Price Match Guarantee

Class Action Settlement:
Holloway et al. v. Best Buy

**CORPORATE INFO**
About Best Buy
News – The BBY
Careers
For Our Investors
Developers
Sustainability
Community Relations
Affiliate Program
Contact Us
Site Map

More Best Buy Sites

**GET CONNECTED**
Ask Twelpforce
Join us on Facebook
Share your ideas
Community Forums
Best Buy on your Phone
More Ways to Connect ›

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**
Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. ©2003-2011 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.

  

ADVERTISEMENT

AD FEEDBACK

Español | My Account | Order Status | Customer Service | Welcome. Please create an account or Sign in.

CART 0 Items

 BEST BUY

Store Locator    Weekly Ad    Credit Cards    Reward Zone

**PRODUCTS** ⌄  **SERVICES** ⌄  **SHOPS & DEALS** ⌄  **GIFTS** ⌄

 chrome — **Samsung Chromebooks now available.** A simple, safe and speedy Web experience is here.  Shop ›

Best Buy > Computers & Tablets > Laptop & Netbook Computers > Windows > **Windows 7 Home Premium**

### SHOP LAPTOP & NETBOOK COMPUTERS

PC Laptops (165)
Refurbished Laptops (26)
All Laptops (3)

### YOU'VE SELECTED

Operating Platform: Windows
[Remove]
Operating System: Windows 7
Home Premium
[Remove]
Clear All Selections

### NARROW YOUR RESULTS

**Current Offers**
Package Deals (6)
Outlet Center (34)
Special Offers (194)
Financing Offers (188)

**Availability**
In Store & Online (67)
Online Only (125)

**Brand**
HP (55)
Toshiba (33)
Dell (24)
Acer (16)
Sony (15)
Samsung (15)
ASUS (15)
Lenovo (8)
See all...

**Price Range**
$200 - $299.99 (4)
$300 - $399.99 (28)
$400 - $499.99 (37)
$500 - $599.99 (32)

---

**101 - 150 of 194**    ‹ 1 2 3 4 ›    View: 50 per page

Compare up to 4 items    ☐ ☐ ☐ ☐    **COMPARE**    Sort by: Price High to Low

---



Compare

**ASUS - Laptop / Intel® Core™ i5 Processor / 15.6" Display / 6GB Memory / 640GB Hard Drive - Lake Blue**
Model: U56E-BBL5 | SKU: 2712418

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output

★★★★☆ 4.2 of 5 (29 reviews)

Backordered
Check Shipping & Availability >

**Sale: $599.99**
Reg. Price: $649.99
You Save: $50.00

- On Sale
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How

[ 🛒 ADD TO CART ]

---



Compare

**Lenovo - IdeaPad Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 750GB Hard Drive - Gunmetal Gray**
Model: 102495U | SKU: 2817185

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$599.00**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

[ 🛒 ADD TO CART ]

---



Compare

**Toshiba - Satellite Laptop / AMD A-Series Processor / 17.3" Display / 4GB Memory / 640GB Hard Drive - Matrix Silver**
Model: PSK40U-00R | SKU: 2850792

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$579.99**

- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

[ 🛒 ADD TO CART ]

$600 - $699.99 (21)
$700 - $799.99 (18)
$800 - $899.99 (11)
$900 and Up (43)

**Status**

New Arrivals (22)

**Screen Size**

17" and Up (37)
15" - 16" (94)
14" and Under (63)

**Laptop Features**

3D-Ready (5)
Backlit Keyboard (18)
Best Buy PC App (31)
Blu-ray (31)
Built-in Webcam (190)
ENERGY STAR Qualified (126)
HDMI Output (171)
Ultraportable (89)
Wireless Capability (45)
Wireless Display (58)

**Wireless Capability** ⃝

4G WiMAX (40)
Wi-Fi (6)

**Laptop Weight**

Standard (more than 5.5 lbs.) (104)
Ultraportable (5.5 lbs. or less) (89)

**System Memory RAM** ⃝

2GB (4)
3GB (20)
4GB (109)
6GB (43)
8GB (20)

**Processor Brand**

AMD (39)
Intel® (155)

**Hard Drive Size**

100GB - 299GB (9)
300GB - 499GB (34)
500GB - 699GB (111)
700GB - 899GB (32)

**Graphics**

Intel (85)
ATI (30)
NVIDIA (25)

**Collection**

Best Buy Exclusive (2)
Blue Label (2)
FIRST SPARK Kids PC (1)

---



Compare

**Toshiba - Satellite Laptop / AMD A6 Processor / 17.3" Display / 4GB Memory / 640GB Hard Drive - Brushed Aluminum Blue**
Model: L775D-S7210 | SKU: 2805001

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★★ 5 of 5 (2 reviews)

Backordered, Available online or order in store
Check Shipping & Availability ›

**$579.99**
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How

[ADD TO CART]

---



Compare

**ASUS - Laptop / AMD Turion™ II Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Mood Indigo**
Model: K52DR-BIN6 | SKU: 2042036

**ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

★★★★★ 5 of 5 (3 reviews)

Available online or order in store
Check Shipping & Availability ›

**$579.99**
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How



[ADD TO CART]

---



Compare

**HP - Refurbished Pavilion Laptop / Intel® Core™ i5 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Aluminum**
Model: dm4-1265dx | SKU: 2603184

**Refurbished**
**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; fingerprint reader; HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability ›


**OUTLET CENTER ITEM**
**$569.99**
List Price $649.99 ›
You Save: $80.00
- Great Financing Offer
- Great Financing Offer

[ADD TO CART]

---



Compare

**HP - Factory-Refurbished Pavilion Laptop / AMD Phenom™ II Processor / 17.3" Display / 4GB Memory / 640GB Hard Drive - Argento**
Model: dv7-4165dx | SKU: 2339164

**Factory Refurbished**
**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DL DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★☆☆☆ 2 of 5 (3 reviews)

Available online or order in store
Check Shipping & Availability ›

**Sale: $569.99**
Reg. Price: $599.99
You Save: $30.00
- On Sale
- Outlet Center
- Great Financing Offer

[ADD TO CART]

---

**ASUS - Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive**
Model: K50IJ-BNC5 | SKU: 9964479

- Next Class
- Windows 7 Home Premium 64-bit

**OUTLET CENTER ITEM**
**$549.99**
Original Price: $699.99 ›
You Save: $150.00


Compare

Next Class (2)
Refurbished (26)
Small Business (37)

- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; backlit keyboard; Microsoft Office Home and Student 2010 (full version)

4.4 of 5  (28 reviews)

Check Shipping & Availability >

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How

**ADD TO CART**

---


Compare

**HP - Factory-Refurbished Pavilion Laptop / AMD Phenom™ II Processor / 17.3" Display / 6GB Memory / 640GB Hard Drive - Argento**
Model: dv7-4263cl | SKU: 2992332

**Factory Refurbished**
**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$549.99**
- Outlet Center
- Great Financing Offer
- Great Financing Offer

**ADD TO CART**

---


Compare

**HP - Pavilion Laptop / AMD A4 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Charcoal Gray**
Model: g6-1b60us | SKU: 2821576

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

3 of 5  (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$549.99**
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How

**ADD TO CART**

---


Compare

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Fire Red**
Model: I14RN4110-7616FIR | SKU: 2628438

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; Bluetooth

Be the first to write a review.

Check Shipping & Availability >

**$549.99**
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How

**ADD TO CART**

---


Compare

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Peacock Blue**
Model: I14RN4110-7616PBL | SKU: 2628138

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; Bluetooth

**$549.99**
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How



⭐⭐⭐⭐⭐ 3.3 of 5 (3 reviews)

Check Shipping & Availability >

---



Compare

**Sony - VAIO Laptop / AMD E-Series Processor / 11.6" Display / 4GB Memory / 500GB Hard Drive - Silver**
Model: VPCYB15KX/S | SKU: 2181322

- Windows 7 Home Premium
- Special features: HDMI output
- Note: DVD/CD drive not included

⭐⭐⭐⭐⭐ 3 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$549.99**

- Save $40-$60 on Select Printers: See How
- Great Financing Offer
- Great Financing Offer

SOLD OUT ONLINE

---



Compare

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Lotus Pink**
Model: I14R-1296LPK | SKU: 1648231

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output

⭐⭐⭐⭐⭐ 3.7 of 5 (18 reviews)

Check Shipping & Availability >

**$549.99**

- $20 Off Microsoft Office 2010: See How
- $100 Gift Card with Activation: See How
- 1-Year Tech Support for $99.99: See How

 ADD TO CART

---



Compare

**HP - Laptop / AMD Turion™ II Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Biscotti**
Model: G62-435DX | SKU: 1636167

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ 4.3 of 5 (100 reviews)

Check Shipping & Availability >

**$549.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How

 ADD TO CART

---



Compare

**ASUS - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Brown**
Model: K52F-BBR9 | SKU: 1257181

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output

⭐⭐⭐⭐⭐ 4.1 of 5 (110 reviews)

Check Shipping & Availability >

**$549.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- $100 Gift Card with Activation: See How

 ADD TO CART

---



Compare

**New! HP - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 17.3" Display - Charcoal Gray**
Model: g7-1033cl | SKU: 3131286

- Factory Refurbished
- ENERGY STAR Qualified

OUTLET CENTER ITEM
**$529.99**
List Price $799.99
You Save: $270.00

- Great Financing Offer

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**Great Financing Offer**

 ADD TO CART

---


Compare

**Acer - Aspire Laptop / AMD Phenom™ II X4 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Black**
**Model:** AS5552-7650 | **SKU:** 3005264

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$529.99**

- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How

 ADD TO CART

---


Compare

**Toshiba - Satellite Laptop / AMD A-Series Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Aluminum Blue**
**Model:** L745D-S4214 | **SKU:** 2845099

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$529.99**

- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

 ADD TO CART

---


Compare

**New! Lenovo - Ideapad Laptop / AMD A-Series Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Gun Metal Gray**
**Model:** 129922U | **SKU:** 2817228

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

 Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$529.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How

 ADD TO CART

---


Compare

**Samsung - =Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 640GB Hard Drive**
**Model:** RV520-W01US | **SKU:** 2775225

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband

 3.6 of 5 (25 reviews)

Check Shipping & Availability >

**$529.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How

 ADD TO CART

---

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory /**

**$529.99**



Compare

**500GB Hard Drive - Mars Black**
Model: I15R-1161MRB | SKU: 2670837

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

⭐⭐⭐⭐☆ **4 of 5** (10 reviews)

Not Available for Shipping
Check Shipping & Availability >

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How

ADD TO CART

---



Compare

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Diamond Black**
Model: I14RN4110-7616DBK | SKU: 2628077

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output; Bluetooth

⭐⭐⭐⭐⭐ **4.7 of 5** (3 reviews)

Check Shipping & Availability >

**$529.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How

ADD TO CART

---



Compare

**HP - Factory-Refurbished Pavilion Laptop / AMD Phenom™ II Processor / 14.5" Display / 4GB Memory / 500GB Hard Drive - Sonoma Red**
Model: dv5-2077cl | SKU: 1492163

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ **5 of 5** (2 reviews)

Available online or order in store
Check Shipping & Availability >

**$529.99**

- Free 8x8 Photo Book: Find Out How
- Outlet Center
- $20 Off Microsoft Office 2010: See How

ADD TO CART

---



Compare

**HP - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 17.3" Display / 4GB Memory / 500GB Hard Drive - Biscotti**
Model: g72-b66us | SKU: 2170253

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**Sale: $509.99**
Reg. Price: $539.99
You Save: $30.00

- On Sale
- Outlet Center
- Great Financing Offer

ADD TO CART

---



Compare

**Toshiba - Satellite Laptop / Intel® Pentium® Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - Matrix Brown**
Model: PSK08U-02V | SKU: 2850856

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

**$499.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How


Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**ADD TO CART**

---


Compare

**Toshiba - Satellite Laptop / Intel® Pentium® Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - Matrix Red**
Model: PSK08U-02U | SKU: 2850847

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$499.99**
- Save $40-$60 on Select Printers: See How
- Great Financing Offer
- Great Financing Offer

**ADD TO CART**

---


Compare

**Toshiba - Satellite Laptop / AMD E-Series Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Matrix Silver**
Model: PSK4GU-009 | SKU: 2850838

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$499.99**
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How

**ADD TO CART**

---


Compare

**Toshiba - Satellite Laptop / Intel® Pentium® Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - Matrix White**
Model: PSK08U-02W | SKU: 2850783

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$499.99**
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How

**SOLD OUT ONLINE**

---


Compare

**Toshiba - Satellite Laptop / Intel® Pentium® Processor / 13.3" Display / 4GB Memory / 500GB Hard Drive - Matrix Graphite**
Model: PSK08U-02T | SKU: 2850774

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$499.99**
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How

**ADD TO CART**

---

**HP - Pavilion Laptop / Intel® Pentium® Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Espresso Black**
Model: dv4-4030us | SKU: 2821728

**$499.99**
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office



Compare

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ **5 of 5** (1 reviews)

Available online or order in store
Check Shipping & Availability >

2010: See How
- Free 8x8 Photo Book: Find Out How

**ADD TO CART**

---



Compare

**Toshiba - Satellite Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 640GB Hard Drive - Blue**
Model: L745-S4210 | SKU: 2809477

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐☆ **4.2 of 5** (14 reviews)

Check Shipping & Availability >

**$499.99**

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How

**ADD TO CART**

---



Compare

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Mars Black**
Model: I15R-1009MRB | SKU: 2670819

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

⭐⭐⭐☆☆ **3.5 of 5** (2 reviews)

Available online or order in store
Check Shipping & Availability >

**$499.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How

**ADD TO CART**

---



Compare

**HP - Factory-Refurbished Pavilion Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory - Argento**
Model: dv6-3225dx | SKU: 2339252

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; fingerprint reader; HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**Sale: $499.99**
Reg. Price: $529.99
You Save: $30.00

- On Sale
- Outlet Center
- Great Financing Offer

**ADD TO CART**

---



Compare

**Toshiba - Satellite Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Helios Gray**
Model: L655-S5150 | SKU: 1830082

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐☆ **4.1 of 5** (102 reviews)

**$499.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How

**ADD TO CART**

Not Available for Shipping
Check Shipping & Availability >



Compare

**HP - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 17.3" Display / 4GB Memory / 320GB Hard Drive - Biscotti**
Model: g72-260us | SKU: 1775015

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★☆ 3.8 of 5 (4 reviews)

Available online or order in store
Check Shipping & Availability >

**Sale: $499.99**
Reg. Price: $519.99
You Save: $20.00

- On Sale
- $20 Off Microsoft Office 2010: See How
- Outlet Center

 ADD TO CART

---



Compare

**Gateway - Laptop / AMD A-Series Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Ebony Black**
Model: NV55S04U | SKU: 3005237

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$479.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How

 SOLD OUT ONLINE

---



Compare

**New! Gateway - Laptop / Intel® Core™ i5 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Ebony Black**
Model: NV57H26U | SKU: 2930088

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★★ 5 of 5 (2 reviews)

Check Shipping & Availability >

**$479.99**

- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How

  ADD TO CART

---



Compare

**Acer - Aspire Laptop / Intel® Pentium® Processor / 17.3" Display / 4GB Memory / 320GB Hard Drive - Gray**
Model: AS7739Z-4469 | SKU: 2882397

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$479.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How

 ADD TO CART

---



Compare

**HP - Pavilion Laptop / AMD E-Series Processor / 11.6" Display / 3GB Memory / 320GB Hard Drive - Black**
Model: dm1-3210us | SKU: 2821773

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit

**$479.99**

- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for

- Special features: HDMI output; Bluetooth; only 3.5 lbs.
- Note: DVD/CD drive not included

⭐⭐⭐⭐⭐ **4.7 of 5** (3 reviews)

Available online or order in store
Check Shipping & Availability >

$99.99: See How



---



Compare

### ASUS - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Black Aluminum
Model: UL80JRF-BBK5 | SKU: 2344138

- **Factory Refurbished**
- Windows 7 Home Premium 64-bit
- Special features: Facial recognition; HDMI output

⭐⭐⭐⭐ **3.5 of 5** (2 reviews)

Available online or order in store
Check Shipping & Availability >

**Sale: $479.99**
Reg. Price: $499.99
You Save: $20.00

- On Sale
- Outlet Center
- Great Financing Offer



---



Compare

### ASUS - Laptop / AMD Athlon™ II Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Mood Indigo
Model: K52N-BIN6 | SKU: 2043044

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

⭐⭐⭐⭐ **3.7 of 5** (3 reviews)

Available online or order in store
Check Shipping & Availability >

**$479.99**

- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How



---



Compare

### Gateway - Laptop / AMD Turion™ II X2 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Velvet Blue
Model: NV53A52u | SKU: 1250655

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI port

⭐⭐⭐⭐ **4.1 of 5** (124 reviews)

Check Shipping & Availability >

**OUTLET CENTER ITEM**
**$474.99**
**Original Price: $499.99** ▸
You Save: $25.00

- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How



---



Compare

### Samsung - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Silver
Model: RV511A01 | SKU: 2480462

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Embedded 4G WiMAX mobile broadband; HDMI output
207

⭐⭐⭐⭐⭐ **5 of 5** (4 reviews)

Available online or order in store

**OUTLET CENTER ITEM**
**Sale: $459.99**
**List Price $599.99** ▸
You Save: $140.00

- On Sale
- Great Financing Offer

Check Shipping & Availability >



Compare

**New!** Sony - VAIO E Series Laptop / Intel® Pentium® Processor / 15.5" Display / 4GB Memory / 500GB Hard Drive - Black
Model: VPCEH11FX/B | SKU: 2925714

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐ 4.3 of 5 (3 reviews)

Check Shipping & Availability >

**$449.99**

- Save $40-$60 on Select Printers: See How
- Great Financing Offer
- Great Financing Offer

[ADD TO CART]

---



Compare

Acer - Aspire Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Black
Model: AS5750Z-4877 | SKU: 2882439

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$449.99**

- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How


[ADD TO CART]

---

Compare

HP - Pavilion Laptop / AMD Phenom™ II Processor / 17.3" Display / 4GB Memory / 500GB Hard Drive - Pewter
Model: g7-1167dx | SKU: 2881467

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ 4.4 of 5 (30 reviews)

Check Shipping & Availability >

**$449.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How


[ADD TO CART]

---



Compare

**New!** ASUS - Laptop / AMD A-Series Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Brown Suit
Model: K53TA-BBR6 | SKU: 2881042

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

⭐⭐⭐⭐⭐ 4.5 of 5 (17 reviews)

Check Shipping & Availability >

**$449.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How


[ADD TO CART]

---



Compare

Toshiba - Satellite Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Matrix Silver
Model: L755-S5214 | SKU: 2833814

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ 4.4 of 5 (25 reviews)

**$449.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How


[ADD TO CART]

Check Shipping & Availability >



Compare

**New!** Asus - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 640GB Hard Drive - Brown Suit
Model: K53E-EBBR7 | SKU: 2712297

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

★★★★★ 4.2 of 5 (18 reviews)

Check Shipping & Availability >

**$449.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How

[ADD TO CART]

101 - 150 of 194    ‹ 1 2 **3** 4 ›    View: 50 per page

Compare up to 4 items    [COMPARE]    Sort by: Price High to Low

**Ads by Google** What's this?

**Windows® 7 PC Offer**
Get a Free Xbox 360 when you buy a New **Windows**® 7 PC. Share this Deal.
www.facebook.com/**Windows**

**Official Toshiba Laptops**
**Laptops** with new Intel® Core™ i5 Processors. Buy Direct and Save.
www.toshibadirect.com

**Buy a Laptop, Get an Xbox**
Get an Xbox 360 w/**Laptop** Purchase for College. Edu Email Required.
www.microsoftstore.com/PC_Xbox_Offer

**Top 10 Laptops**
Bestselling **Laptops** at Low Prices Great **Laptop** Deals - Save Big!
laptops.priceseekers.net

| ORDER SUPPORT | PRODUCT SUPPORT | CREDIT CARDS | LEGAL | CORPORATE INFO | GET CONNECTED |
|---|---|---|---|---|---|
| Order Status | Installation & Delivery | Apply Now | Conditions of Use | About Best Buy | Ask Twelpforce |
| Shipping & Store Pickup | Warranties & PSPs | Make a Payment | Legal Notices | News – The BBY | Join us on Facebook |
| International Orders | Check Gift Card Balance | Financing Offers | Privacy Policy | For Our Investors | Share your ideas |
| Store Pickup | Product Recalls | | California Privacy Rights | Developers | Community Forums |
| Returns & Refunds | Buy Back Program | **REWARD ZONE® PROGRAM** | Price Match Guarantee | Sustainability | Best Buy on your Phone |
| Customer Service | Trade-in Center | Learn More | | Community Relations | More Ways to Connect › |
| | Recycling | Check Your Points | Class Action Settlement: | Affiliate Program | |
| | PartStore | | Holloway et al. v. Best Buy | Contact Us | |
| | | | | Site Map | |

More Best Buy Sites

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**
Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. ©2003-2011 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.

  

ADVERTISEMENT

AD FEEDBACK

Español | My Account | Order Status | Customer Service   Welcome. Please create an account or Sign in.

CART 0 Items



[Search]   Store Locator   Weekly Ad   Credit Cards   Reward Zone

PRODUCTS ⌄   SERVICES ⌄   SHOPS & DEALS ⌄   GIFTS ⌄

 chrome      **Samsung Chromebooks now available.**  A simple, safe and speedy Web experience is here.   Shop ›

Best Buy > Computers & Tablets > Laptop & Netbook Computers > Windows > **Windows 7 Home Premium**

**SHOP LAPTOP & NETBOOK COMPUTERS**

PC Laptops (165)
Refurbished Laptops (26)
All Laptops (3)

**YOU'VE SELECTED**

Operating Platform: Windows
[Remove]
Operating System: Windows 7
Home Premium
[Remove]
Clear All Selections

**NARROW YOUR RESULTS**

**Current Offers**
Package Deals (6)
Outlet Center (34)
Special Offers (194)
Financing Offers (188)

**Availability**
In Store & Online (67)
Online Only (125)

**Brand**
HP (55)
Toshiba (33)
Dell (24)
Acer (16)
Sony (15)
Samsung (15)
ASUS (15)
Lenovo (8)
See all...

**Price Range**
$200 - $299.99 (4)
$300 - $399.99 (28)
$400 - $499.99 (37)
$500 - $599.99 (32)

151 - 194 of 194      ‹ 1 2 3 4      View: 50 per page

Compare
up to 4 items      [ ] [ ] [ ] [ ]   **COMPARE**      Sort by: Price High to Low



Compare

**Gateway - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Silver**
Model: L-LX.WM902.006 | SKU: 2355037

**Factory Refurbished**

• **ENERGY STAR Qualified**
• Windows 7 Home Premium 64-bit
• DL DVD±RW/CD-RW drive
• Special features: HDMI output

★★★☆☆ 3 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability ›

**Sale: $449.99**
Reg. Price: $479.99
You Save: $30.00

• On Sale
• Outlet Center
• Great Financing Offer

**ADD TO CART**

---



Compare

**Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Tomato Red**
Model: I14R-1296TMR | SKU: 1648082

• **ENERGY STAR Qualified**
• Windows 7 Home Premium 64-bit
• DVD±RW/CD-RW drive
• Special features: Embedded 4G WiMAX mobile broadband; HDMI output

★★★★★ 4.6 of 5 (18 reviews)

Check Shipping & Availability ›

**$449.99**

• Free 8x8 Photo Book: Find Out How
• Save $40-$60 on Select Printers: See How
• 1-Year Antivirus for $19.99: See How

**ADD TO CART**

---



**ASUS - Factory-Refurbished Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Brown**
Model: K52FRF-BBR9 | SKU: 2070175

**Factory Refurbished**
• **ENERGY STAR Qualified**
• Windows 7 Home Premium 64-bit
• DL DVD±RW/CD-RW drive
• Special features: Embedded 4G WiMAX mobile broadband; facial recognition; HDMI output

★★★★★ 5 of 5 (2 reviews)

Available online or order in store

**$439.99**

• Free 8x8 Photo Book: Find Out How
• Outlet Center
• $20 Off Microsoft Office 2010: See How

**ADD TO CART**

Compare

$600 - $699.99 (21)
$700 - $799.99 (18)
$800 - $899.99 (11)
$900 and Up (43)

**Status**

New Arrivals (22)

**Screen Size**

17" and Up (37)
15" - 16" (94)
14" and Under (63)

**Laptop Features**

3D-Ready (5)
Backlit Keyboard (18)
Best Buy PC App (31)
Blu-ray (31)
Built-in Webcam (190)
ENERGY STAR Qualified (126)
HDMI Output (171)
Ultraportable (89)
Wireless Capability (45)
Wireless Display (58)

**Wireless Capability** ?

4G WiMAX (40)
Wi-Fi (6)

**Laptop Weight**

Standard (more than 5.5 lbs.) (104)
Ultraportable (5.5 lbs. or less) (89)

**System Memory RAM** ?

2GB (4)
3GB (20)
4GB (109)
6GB (43)
8GB (20)

**Processor Brand**

AMD (39)
Intel® (155)

**Hard Drive Size**

100GB - 299GB (9)
300GB - 499GB (34)
500GB - 699GB (111)
700GB - 899GB (32)

**Graphics**

Intel (85)
ATI (30)
NVIDIA (25)

**Collection**

Best Buy Exclusive (2)
Blue Label (2)
FIRST SPARK Kids PC (1)

Check Shipping & Availability ▶


Compare

**New!** HP - Factory-Refurbished Laptop / Intel® Pentium® Processor / 17.3" Display - Biscotti
Model: g72-261us | SKU: 3131268

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability ▶


**OUTLET CENTER ITEM**
**$429.99**
List Price $699.99 ▶
You Save: $270.00

- Great Financing Offer
- Great Financing Offer

[ADD TO CART]

---


Compare

HP - Factory-Refurbished Pavilion Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory - Pewter
Model: g6-1a75dx | SKU: 2992429

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability ▶


**$429.99**

- Outlet Center
- Great Financing Offer
- Great Financing Offer

[ADD TO CART]

---


Compare

HP - Factory-Refurbished Pavilion Laptop / Intel® Pentium® Processor / 17.3" Display / 4GB Memory - Butter Gold
Model: g7-1019wm | SKU: 2992217

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability ▶


**$429.99**

- Outlet Center
- Great Financing Offer
- Great Financing Offer

[ADD TO CART]

---


Compare

Toshiba - Satellite Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Matrix Silver
Model: L755-S5213 | SKU: 2834886

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★☆ 4.5 of 5 (2 reviews)

Available online or order in store
Check Shipping & Availability ▶


**$429.99**

- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How

[ADD TO CART]

---

Compare

HP - Pavilion Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Pewter
Model: g6-1b79dx | SKU: 2686552

- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit


**$429.99**

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How

Next Class (2)
Refurbished (26)
Small Business (37)

Ads by Google    What's this?

**Netbooks at Kmart®**
Save on **Netbook Computers** at Kmart. Official Site. Shop Now!
kmart.com

**7 Netbook Computers**
Explore 100+ Hardware Choices. Deals on 7 **Netbook Computers**!
bizrate.com

**Windows 7 Netbook**
Find **Windows 7 Netbook** up to 80% Off. Top Styles, Brands.
beso.com

- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★ 4 of 5 (64 reviews)

Check Shipping & Availability >

1-Year Antivirus for $19.99: See How

ADD TO CART

---


Compare

**Samsung - Factory-Refurbished Laptop / Intel® Pentium® Processor / 14" Display - Red**
Model: NP-R480-JAB2US | SKU: 2372452

Factory Refurbished
- Windows 7 Home Premium 64-bit
- Blu-ray-enabled DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★★ 4.5 of 5 (2 reviews)

Available online or order in store
Check Shipping & Availability >

**Sale: $429.99**
Reg. Price: $449.99
You Save: $20.00

- On Sale
- Outlet Center
- Great Financing Offer

ADD TO CART

---


Compare

**HP - Factory-Refurbished Pavilion Laptop / AMD Phenom™ II Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Argento**
Model: dv6-3025dx | SKU: 2170271

Factory Refurbished
ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**Sale: $429.99**
Reg. Price: $459.99
You Save: $30.00

- On Sale
- Outlet Center
- Great Financing Offer

ADD TO CART

---


Compare

**Toshiba - Satellite Laptop / Intel® Core™ i3 Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Black**
Model: C655-S5128 | SKU: 1974715

ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

★★★★ 4 of 5 (105 reviews)

Check Shipping & Availability >

**$429.99**

- 1-Year Antivirus for $19.99: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How

ADD TO CART

---


Compare

**ASUS - Laptop / Intel® Pentium® Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Brown**
Model: K52F-BBR5 | SKU: 1257145

ENERGY STAR Qualified
- Windows 7 Home Premium
- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

★★★★★ 4.3 of 5 (170 reviews)

Available online or order in store
Check Shipping & Availability >

OUTLET CENTER ITEM
**$427.99**
Original Price: $499.99
You Save: $72.00

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How

ADD TO CART

---

**New! Dell - Inspiron Laptop / Intel® Core™ i3**

**$399.99**



Compare

**Processor / 15.6" Display - Mars Black**
Model: I15R-789MRB | SKU: 3048064

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

⭐⭐⭐⭐⭐ 4.3 of 5  (12 reviews)

Backordered, Available online or order in store
Check Shipping & Availability >

- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How



---



Compare

**Acer - Aspire Laptop / Intel® Pentium® Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Black**
Model: AS5733Z-4445 | SKU: 3005246

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐⭐ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$399.99**
- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How



---



Compare

**New! HP - Pavilion Laptop / AMD Phenom™ II Processor / 14" Display / 4GB Memory / 500GB Hard Drive - Pewter**
Model: g4-1125dx | SKU: 2971078

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ Be the first to write a review.

Check Shipping & Availability >

**$399.99**
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How



---



Compare

**Gateway - Factory-Refurbished Laptop / AMD Athlon™ II Processor / 17.3" Display / 4GB Memory / 640GB Hard Drive - Silk Silver**
Model: L-LX.WLW02.005 | SKU: 2816034

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ 5 of 5  (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$399.99**
- Outlet Center
- Great Financing Offer

SOLD OUT ONLINE

---



Compare

**HP - Laptop / AMD Athlon™ II Processor / 14" Display / 3GB Memory / 320GB Hard Drive - Pewter**
Model: G4-1015DX | SKU: 2284864

- **ENERGY STAR Qualified**
- Windows 7 Home Premium
- DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ 4.5 of 5  (51 reviews)

**$399.99**
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How



Check Shipping & Availability >



Compare

**HP - Factory-Refurbished Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Silver/Black**
Model: g62-228cl | SKU: 1535105

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**Sale: $399.99**
Reg. Price: $499.99
You Save: $100.00

- On Sale
- Free 8x8 Photo Book: Find Out How
- Outlet Center

 ADD TO CART

---



Compare

**Acer - Factory-Refurbished Aspire Laptop / Intel® Pentium® Processor / 17.3" Display / 4GB Memory - Black**
Model: L-LX.PY902.071 | SKU: 3011201

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**OUTLET CENTER ITEM**
**$389.99**
List Price $498 ▸
You Save: $108.01

- Great Financing Offer

 ADD TO CART

---



Compare

**ASUS - Factory-Refurbished Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 500GB Hard Drive - Dark Brown**
Model: K50IJRF-BNC5 | SKU: 2344086

- Factory Refurbished
- ENERGY STAR Qualified
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Facial recognition

Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**Sale: $389.99**
Reg. Price: $429.99
You Save: $40.00

- On Sale
- Outlet Center
- Great Financing Offer

 ADD TO CART

---



Compare

**New! Dell - Inspiron Laptop / Intel® Core™ i3 Processor / 15.6" Display - Mars Black**
Model: I15R-526MRB | SKU: 3047444

- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output; Bluetooth

★★★★★ 5 of 5 (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$379.99**

- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Tech Support for $99.99: See How

 ADD TO CART

---



Compare

**New! ASUS - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Brown Suit**
Model: K53E-BBR5 | SKU: 2907044

- Windows 7 Home Premium 64-bit

**$379.99**

- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How



- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

☆☆☆☆☆  Be the first to write a review.

Check Shipping & Availability >

Save $40-$60 on Select Printers: See How



---



Compare

### Toshiba - Satellite Laptop / Intel® Pentium® Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Black
Model: C655-S5211 | SKU: 2834868

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

☆☆☆☆☆  Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**$379.99**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How



---



Compare

### Toshiba - Satellite Laptop / Intel® Core™ i3 Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Black
Model: C655-S5212 | SKU: 2833077

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

★★★★☆ 4.3 of 5 (64 reviews)

Check Shipping & Availability >

**$379.99**

- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How



---



Compare

### Gateway - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Satin Black
Model: NV55C49U | SKU: 2804985

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★☆ 4.3 of 5 (20 reviews)

Check Shipping & Availability >

**$379.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How



---



Compare

### HP - Laptop / Intel® Core™ i3 Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Biscotti
Model: G62-373DX | SKU: 1623867

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

★★★★☆ 4.1 of 5 (46 reviews)

Available online or order in store
Check Shipping & Availability >

**$379.99**

- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How
- 1-Year Antivirus for $19.99: See How



---



### HP - Factory-Refurbished Laptop / AMD Athlon™ II Processor / 14" Display / 3GB Memory / 320GB Hard Drive - Biscotti
Model: g42-415dx | SKU: 2406059

**Sale: $359.99**

Reg. Price: $379.99
You Save: $20.00

Compare

- **Factory Refurbished**
- **ENERGY STAR Qualified**

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ **3 of 5** (2 reviews)

Available online or order in store
Check Shipping & Availability >

- On Sale
- Outlet Center
- Great Financing Offer



---



Compare

**New! Toshiba - Satellite Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Black**
Model: C655-S5225 | SKU: 2969477

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐⭐ **4.8 of 5** (6 reviews)

Check Shipping & Availability >

**$349.99**

- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How
- $20 Off Microsoft Office 2010: See How



---



Compare

**Toshiba - Satellite Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Matrix Silver**
Model: L755-S5216 | SKU: 2833778

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ **4.4 of 5** (86 reviews)

Check Shipping & Availability >

**$349.99**

- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How



---



Compare

**HP - Pavilion Laptop / Intel® Pentium® Processor / 14" Display / 4GB Memory / 320GB Memory - Pewter**
Model: g4-1104dx | SKU: 2753496

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐⭐ **4.7 of 5** (55 reviews)

Not Available for Shipping
Check Shipping & Availability >

**$349.99**

- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How



---



Compare

**ASUS - Laptop / Intel® Pentium® Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Brown Suit**
Model: K53E-BBR3 | SKU: 2701449

- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: Facial recognition; HDMI output

⭐⭐⭐⭐⭐ **3.9 of 5** (20 reviews)

Check Shipping & Availability >

**$349.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How





Compare

**Toshiba - Satellite Laptop / Intel® Celeron® Processor / 15.6" Display / 3GB Memory / 250GB Hard Drive - Black**
Model: C655-S5132 | SKU: 1846161

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐☆ 3.9 of 5  (121 reviews)

Check Shipping & Availability >

**$349.99**
- 1-Year Antivirus for $19.99: See How
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How

[ADD TO CART]

---



Compare

**Toshiba - Satellite Laptop / Intel® Celeron® Processor / 13.3" Display / 2GB Memory / 250GB Hard Drive - Gray**
Model: L635-S3030 | SKU: 1284849

**ENERGY STAR Qualified**
- FIRST SPARK™ kids PC
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐☆ 3.9 of 5  (28 reviews)

Check Shipping & Availability >

**$349.99**
- $20 Off Microsoft Office 2010: See How
- 1-Year Antivirus for $19.99: See How
- 1-Year Tech Support for $99.99: See How

[ADD TO CART]

---



Compare

**HP - Factory-Refurbished Laptop / AMD Athlon™ II Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Charcoal**
Model: G62-339WM | SKU: 2077071

**Factory Refurbished**
**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐☆ 4.2 of 5  (5 reviews)

Available online or order in store
Check Shipping & Availability >

**Sale: $339.99**
Reg. Price: $389.99
You Save: $50.00
- On Sale
- $20 Off Microsoft Office 2010: See How
- Outlet Center

[ADD TO CART]

---



Compare

**HP - Factory-Refurbished Pavilion Laptop / AMD Athlon™ II Processor / 14" Display / 3GB Memory / 320GB Hard Drive - Pewter**
Model: g4-1015dx | SKU: 2992369

**Factory Refurbished**
**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐☆ 4 of 5  (1 reviews)

Available online or order in store
Check Shipping & Availability >

**$329.99**
- Outlet Center
- Great Financing Offer

[ADD TO CART]

---



Compare

**New!** Gateway - Laptop / AMD E-Series Processor / 15.6" Display / 4GB Memory / 250GB Hard Drive - Satin Black
Model: NV51B15U | SKU: 2845044

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐☆ 4 of 5  (11 reviews)

**$329.99**
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- Save $40-$60 on Select Printers: See How

[ADD TO CART]

Check Shipping & Availability >


Compare

**Toshiba - Satellite Laptop / AMD E-Series Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Black**
**Model:** C655D-S5210 | **SKU:** 2805092

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐ 3.5 of 5 (11 reviews)

Check Shipping & Availability >

**$329.99**

- $20 Off Microsoft Office 2010: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Tech Support for $99.99: See How

[ADD TO CART]

---


Compare

**Dell - Inspiron Laptop / AMD Athlon™ II X2 Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Obsidian Black**
**Model:** IM5030-1719OBK | **SKU:** 2560082

- **ENERGY STAR Qualified**
- Windows 7 Home Premium
- DL DVD±RW/CD-RW drive

⭐⭐⭐⭐ 4 of 5 (48 reviews)

Check Shipping & Availability >

**$329.99**

- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How

[ADD TO CART]

---


Compare

**HP - Laptop / AMD Turion™ II Processor / 14" Display / 3GB Memory / 320GB Hard Drive - Biscotti**
**Model:** G42-303DX | **SKU:** 1623912

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

⭐⭐⭐⭐ 3.8 of 5 (31 reviews)

Available online or order in store
Check Shipping & Availability >

**$329.99**

- 1-Year Tech Support for $99.99: See How
- Save $40-$60 on Select Printers: See How
- $20 Off Microsoft Office 2010: See How

[ADD TO CART]

---


Compare

**New!** **Acer - Factory-Refurbished Aspire Laptop / AMD E-Series Processor / 15.6" Display**
**Model:** L-LX.RD502.030 | **SKU:** 3072073

- **Factory Refurbished**
- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive
- Special features: HDMI output

☆☆☆☆☆ Be the first to write a review.

Available online or order in store
Check Shipping & Availability >

**OUTLET CENTER ITEM**
**$319.99**
**List Price $469.99** ▸
You Save: $150.00

- Great Financing Offer

[ADD TO CART]

---


Compare

**Acer - Aspire Laptop / AMD C-Series Processor / 14" Display / 2GB Memory / 250GB Hard Drive**
**Model:** AS4250-BZ637 | **SKU:** 2842569

- **ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

⭐⭐⭐ 3.3 of 5 (7 reviews)

**$299.99**

- $20 Off Microsoft Office 2010: See How
- Save $40-$60 on Select Printers: See How
- 1-Year Tech Support for $99.99: See How



Available online or order in store
Check Shipping & Availability >



Compare

**Lenovo - Laptop / AMD E-Series Processor / 15.6" Display / 4GB Memory / 320GB Hard Drive - Black**
Model: B575-1450A5U | SKU: 2731052

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive
- Special features: Fingerprint reader; HDMI output

★★★★☆ 3.9 of 5 (38 reviews)

Not Available for Shipping
Check Shipping & Availability >

**$299.99**
- 1-Year Tech Support for $99.99: See How
- Free 8x8 Photo Book: Find Out How
- 1-Year Antivirus for $19.99: See How



ADD TO CART

---



Compare

**HP - Laptop / AMD E-Series Processor / 15.6" Display / 3GB Memory / 320GB Hard Drive - Charcoal Gray**
Model: 2000-219DX | SKU: 2660188

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DVD±RW/CD-RW drive

★★★★☆ 4.4 of 5 (47 reviews)

Check Shipping & Availability >

**$299.99**
- 1-Year Tech Support for $99.99: See How
- 1-Year Antivirus for $19.99: See How
- $20 Off Microsoft Office 2010: See How



ADD TO CART

---



Compare

**Acer - Aspire Laptop / Intel® Celeron® Processor / 14" Display / 2GB Memory / 250GB Hard Drive**
Model: AS4339-2618 | SKU: 2845071

**ENERGY STAR Qualified**
- Windows 7 Home Premium 64-bit
- DL DVD±RW/CD-RW drive

★★★★☆ 4.3 of 5 (28 reviews)

Check Shipping & Availability >

**$279.99**
- Save $40-$60 on Select Printers: See How
- Free 8x8 Photo Book: Find Out How
- $20 Off Microsoft Office 2010: See How



ADD TO CART

---

151 - 194 of 194     ‹ 1 2 3 4     View: 50 per page

Compare up to 4 items      [ ] [ ] [ ] [ ]  COMPARE      Sort by: Price High to Low

**Ads by Google**   What's this?

**Laptop Computers -Staples®**
Buy a **Laptop** for School at Staples. Get a $100 Visa® Prepaid Card.
www.staples.com/VisaCard

**Laptops with Windows 7**
**Laptops, Netbooks** & Notebooks with **Windows** 7 Installed! Shop HSN Today
www.hsn.com

**Laptop . - Cheap Prices**
We Have 2,600+ Notebook **Computers**. **Laptop**. on Sale. Read Reviews!
www.nextag.com/Notebook-**Computers**

**$94 Mini Netbook Sale**
Don't buy used for $79 Buy New Free Shipping | USA Company
www.prosourcewireless.com/**Netbooks**

**ORDER SUPPORT**

Order Status

Shipping & Store Pickup

International Orders

Store Pickup

Returns & Refunds

Customer Service

**PRODUCT SUPPORT**

Installation & Delivery

Warranties & PSPs

Check Gift Card Balance

Product Recalls

Buy Back Program

Trade-in Center

Recycling

PartStore

**CREDIT CARDS**

Apply Now

Make a Payment

Financing Offers

**REWARD ZONE® PROGRAM**

Learn More

Check Your Points

**LEGAL**

Conditions of Use

Legal Notices

Privacy Policy

California Privacy Rights

Price Match Guarantee

Class Action Settlement:

Holloway et al. v. Best Buy

**CORPORATE INFO**

About Best Buy

News – The BBY

For Our Investors

Developers

Sustainability

Community Relations

Affiliate Program

Contact Us

Site Map

More Best Buy Sites

**GET CONNECTED**

Ask Twelpforce

Join us on Facebook

Share your ideas

Community Forums

Best Buy on your Phone

More Ways to Connect ›

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. ©2003-2011 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.

