# EXHIBIT 15



Home | About | Media | Contact | Go to WebLA | E



**Current Pools**   **Pools in Formation**   **Want to Form a Pool?**   **Request a Licen**

# AVC/H.264 Licensors

Intro | Patent List | Essentiality | Licensors | Licensees | Agreement | FAQ

Following is a list of licensors of patents included in the AVC Patent Portfolio License. Any party that believes it has patents which are essential to the AVC/H.264 Standard, and wishes to participate in the AVC/H.264 Patent Portfolio License upon successful evaluation, is invited to submit them for evaluation and inclusion. Click here to obtain terms and procedures governing the patent submission process.

**Apple Inc.**

**Cisco Systems Canada IP Holdings Company**

**DAEWOO Electronics Corporation**

**Dolby Laboratories Licensing Corporation**

**Electronics and Telecommunications Research Institute**

**France Télécom, société anonyme\***

**Fraunhofer-Gesellschaft zur Foerderung der angewandten Forschung e.V.**

**Fujitsu Limited**

**Hewlett-Packard Company**

**Hitachi, Ltd.**

**Koninklijke Philips Electronics N.V.**

**LG Electronics Inc.**

**Microsoft Corporation**

**Mitsubishi Electric Corporation**

**NTT DOCOMO, INC.**

Nippon Telegraph and Telephone Corporation

Panasonic Corporation

Polycom, Inc.

Robert Bosch GmbH

Samsung Electronics Co., Ltd.

Sedna Patent Services, LLC

Sharp Corporation

Siemens AG

Sony Corporation

Tandberg Telecom AS

Telefonaktiebolaget LM Ericsson

The Trustees of Columbia University in the City of New York

Toshiba Corporation

Victor Company of Japan, Limited

*Up to and through date of last patent expiration

Home | About | Media | Contact | Sitemap | Go to WebLA 

© 2009 MPEG LA, LLC
Brand Iron consulted on site design



Home | About | Media | Contact | Go to WebLA | E



**Current Pools**          **Pools in Formation**          **Want to Form a Pool?**          **Request a Licen**

## AVC/H.264 Introduction

Intro | Patent List | Essentiality | Licensors | Licensees | Agreement | FAQ

MPEG LA's AVC/H.264 Patent Portfolio License provides access to essential patent rights for the AVC/H.264 (MPEG-4 Part 10) digital video coding standard used in set-top boxes, media player and other personal computer software, mobile devices including telephones and mobile television receivers, Blu-ray Disc™ players and recorders, Blu-ray video optical discs, game machines, personal media player devices, still and video cameras, subscription and pay-per view or title video services, free broadcast television services and other products. To align with the real-world flow of AVC/H.264 commerce, reasonable royalties are apportioned throughout the AVC/H.264 value chain. The License employs annual limitations to provide cost predictability, threshold levels below which certain royalties will not be charged in order to encourage early-stage adopters and minimize the impact on lower volume users or demo products, and certain licensing options that require no royalty reports.

**Home** | **About** | **Media** | **Contact** | **Sitemap** | **Go to WebLA**

© 2009 MPEG LA, LLC
Brand Iron consulted on site design



Home | About | Media | Contact | Go to WebLA | E



Current Pools        Pools in Formation        Want to Form a Pool?        Request a Licen

## AVC/H.264 Patent List

Intro | Patent List | Essentiality | Licensors | Licensees | Agreement | FAQ

This is the list of patents (Attachment 1) covered by the AVC Patent Portfolio License as of August 1, 2011.

AVC Attachment 1

Home | About | Media | Contact | Sitemap | Go to WebLA

© 2009 MPEG LA, LLC
Brand Iron consulted on site design

August 1, 2011                  AVC Attachment 1                  Page 1 of 88

Apple Inc.
US 7,292,636
US 7,548,584
US 7,551,674

US 7,339,991

Cisco Systems Canada IP Holdings Company†
US 6,646,578

US 7,050,504

US 7,227,901

US 7,400,681

The Trustees of Columbia University in the City of New York
US Re. 35,093[1]
CA 2,096,431
DE 69129595
DE 69130329
FR 564,597
FR 630,157
GB 564,597
GB 630,157
JP 2,746,749

DAEWOO Electronics Corporation
KR 174,441

KR 229,783

---

† Ownership of each of the patents  listed under Cisco Systems Canada IP Holdings Company was acquired
as of July 31, 2010.
[1] Expired December 2, 1010

Dolby Laboratories Licensing Corporation
US 6,728,317
CA 2,406,459

US 6,816,552
AU 2002316666
SG 102730
US 7,266,150
AU 2003247759
CA 2,490,378
KR 748,194
IN 243845
MX 252716
MY 142934
SG 108,377
TW I231,711
US 7,894,524

Electronics and Telecommunications Research Institute
US 7,388,916
US 7,881,388

KR 353,851
CN 200410089708.5
CN 01814313.X

France Télécom, société anonyme
US 4,796,087[2]
DE 3767919[†]
FI 86,241[3]
FR 2,599,577[4]
GB 248,711[†]
IT 248,711[†]
SE 248,711[†]

---

[2] Expired May 31, 2007
[3] Expired May 28, 2007
[4] Expired May 29, 2006
[†] Expired May 26, 2007

Fraunhofer-Gesellschaft zur Foerderung der angewandten Forschung e.V.

US 6,894,628

US 6,900,748

US 7,088,271
US 6,943,710
JP 3,989,485

US 7,286,710

US 7,379,608

US 7,496,143
US 7,702,013

US 7,586,924

US 7,599,435
US 7,684,484
US 7,684,488
US 7,760,806

AT 352,826
BE 1,467,491
BG 1,467,491
CH 1,467,491
CZ 1,467,491
DE 50306371.1
DK 1,467,491
ES 1,467,491
FI 1,467,491
FR 1,467,491
GB 1,467,491
GR 3,060,957
HK 1,070,480
HU 1,467,491
IE 1,467,491
IT 1,467,491

LI 1,467,491
NL 1,467,491
PT 1,467,491
RO 1,467,491
SE 1,467,491
TR 1,467,491

AT 343,302
BE 1,487,113
CH 1,487,113
CZ 1,487,113
DE 50305419
DK 1,487,113
ES 1,487,113
FI 1,487,113
FR 1,487,113
GB 1,487,113
GR 1,487,113
HK 1,070,992
HU 1,487,113
IE 1,487,113
IT 1,487,113
LI 1,487,113
NL 1,487,113
PT 1,487,113
RO 1,487,113
SE 1,487,113

AT 1,550,219
BE 1,550,219
BG 1,550,219
CH 1,550,219
CZ 1,550,219
DE 50311129.5
DK 1,550,219
ES 1,550,219
FI 1,550,219
FR 1,550,219
GB 1,550,219

HU 1,550,219
IE 1,550,219
IT 1,550,219
LI 1,550,219
LU 1,550,219
NL 1,550,219
PT 1,550,219
RO 1,550,219
SE 1,550,219
SK 1,550,219
SI 1,550,219
TR 1,550,219

AT 2,123,052
BE 2,123,052
BG 2,123,052
CH 2,123,052
CY 2,123,052
CZ 2,123,052
DE 602007010835.7
DK 2,123,052
EE 2,123,052
ES 2,123,052
FI 2,123,052
FR 2,123,052
GB 2,123,052
GR 2,123,052
HU 2,123,052
IE 2,123,052
IS 2,123,052
IT 2,123,052
LI 2,123,052
LU 2,123,052
LV 2,123,052
MC 2,123,052
MT 2,123,052
NL 2,123,052
PL 2,123,052
PT 2,123,052

RO 2,123,052
SE 2,123,052
SI 2,123,052
SK 2,123,052
TR 2,123,052

JP 4,054,345

JP 4,057,595

JP 4,295,356

JP 4,313,757

JP 4,313,771

JP 4,709,821

KR 729,270

KR 733,795

CN 200580035323.3

CN 200680008132.2

Fujitsu Limited
US 5,235,618[5]

US 7,272,182
US 7,310,372

JP 3,791,922
CA 2,439,886
CN 03156610.3

---

[5] Expired November 5, 2010

JP 3,946,721
CN 200510130221.1

US 7,809,062
US 7,826,532
JP 3,946,758
CN 200710103417.0
JP 3,946,759
CN 200710103418.5

JP 4,142,180

JP 4,184,388

JP 4,184,389

KR 788,567
KR 788,569
KR 788,570

KR 908,955

CN 200510130222.6

Hewlett-Packard Company
US 6,741,746

Hitachi, Ltd.
JP 3,191,935[†]

JP 3,303,869[†]

---

[†] Expired November 30, 2010

US 7,936,822
US 7,936,823
JP 4,363,326
JP 4,363,484
CN 03805041.2
CN 200710092132.1
CN 200710092133.6

Koninklijke Philips Electronics N.V.

US 4,849,812[6]

US 5,021,879[7]

US 5,128,758[8]
CA 2,018,031[‡]
US 5,179,442[9]
CA 2,304,917[‡]
JP 2,791,822[10]

US 5,606,539
US 5,608,697[*]
US 5,844,867[*]
AT 157,830[**]
BE 0460751[**]
DE 69127504[**]
DK 0460751[**]
FR 0460751[**]
GB 0460751[**]
IT 52497 BE/97[**]
JP 3,162,110[*]
JP 3,280,999[*]
NL 0460751[**]
SE 0460751[**]

---

[6] Expired February 23, 2008
[7] Expired June 3, 2008
[8] Expired July 6, 2009
[‡] Expired June 1, 2010
[9] Expired January 11, 2010
[10] Expired June 2, 2010
[*] Expired June 4, 2011
[**] Expired June 3, 2011

US 5,699,476[11]
CA 2,036,585[†]
DE 69109346.6[‡]
DK 0443676[‡]
FI 101,442[†]
FR 0443676[‡]
GB 0443676[‡]
IT 0443676[‡]
JP 3,174,586[§]
NL 0443676[‡]
SE 0443676[‡]
AU 641,726[§]
HK 96-615[‡]
SG 9690467.7[‡]

US 5,740,310
CA 2,043,670[12]

US 6,909,450
CN 100375520

KR 114,697

KR 239,837[13]

CN 100380983

---

[11] Expired October 18, 2010
[†] Expired February 19, 2011
[‡] Expired February 18, 2011
[§] Expired February 20, 2011
[12] Expired May 31, 2011
[13] Expired June 4, 2011

LG Electronics Inc.

US Re. 40,177[14]

US Re. 40,178

US Re. 40,179

US Re. 40,180

US Re. 41,385

US Re. 41,386

US Re. 41,387

US Re. 41,403

US Re. 41,405

US Re. 41,406

US Re. 41,419

US Re. 41,420

US Re. 41,421

US Re. 41,422

US Re. 41,423

US Re. 41,436

US Re. 41,446

US Re. 41,459

US Re. 41,089

US Re. 41,400

US Re. 41,907

US Re. 42,045

---

[14] Replaced US 6,594,400 of which it is a reissue.

August 1, 2011                    AVC Attachment 1                    Page 12 of 88

US 6,912,351
US 7,403,663
US 7,424,159
US 7,433,525
US 7,440,627
US 7,447,367
US 7,463,776
US 7,486,832
US 7,577,303
US 7,577,304
US 7,580,583
US 7,587,090
US 7,680,347

US 7,233,621
US 7,558,321
US 7,570,691
US 7,606,307
US 7,627,035
US 7,634,007
US 7,643,556
US 7,643,557

AVC Attachment 1

US 7,262,886
US 7,277,593
US 7,289,682
US 7,359,569
US 7,391,921
US 7,391,922
US 7,394,945
US 7,397,965
US 7,403,667
US 7,437,015
US 7,463,786
US 7,492,959
US 7,492,960
US 7,492,961
US 7,496,239
US 7,499,598
US 7,599,571
US 7,616,831
US 7,616,832
US 7,616,833
US 7,620,262

US 7,613,241
US 7,620,110
US 7,706,451
US 7,711,053
US 7,711,054

US 7,634,010
US 7,835,442
US 7,835,443
US 7,835,444
US 7,835,445
US 7,835,446
US 7,835,447
US 7,835,448
US 7,835,449
US 7,835,450
US 7,835,451
US 7,839,934
US 7,839,935
US 7,843,999
US 7,899,116
US 7,916,786
US 7,916,787
US 7,920,625

DE 10300528.5

DE 10300529.3

DE 10300692.3

DE 10362309.4
DE 10362310.8

FI 1,359,769
FR 1,359,769
IT 1,359,769
RU 2,338,332
SE 1,359,769

FR 1,383,338

AT 354,259
BE 1,406,453
BG 1,406,453
CH 1,406,453
CY 1,406,453
CZ 1,406,453
DE 60311720.1
DK 1,406,453
EE E001131
ES 1,406,453
FI 1,406,453
FR 1,406,453
GR 3,060,991
HU 1,406,453
IE 1,406,453
IT 1,406,453
LI 1,406,453
LU 1,406,453
MC 1,406,453
NL 1,406,453
PT 1,406,453
SE 1,406,453
SI 1,406,453
SK 1,406,453
TR 1,406,453

AT 1,603,344
BE 1,603,344
BG 1,603,344
CH 1,603,344
CY 1,603,344
CZ 1,603,344
DE 1,603,344
DK 1,603,344
EE 1,603,344
ES 1,603,344
FI 1,603,344

August 1, 2011                    AVC Attachment 1                    Page 16 of 88

FR 1,603,344
GR 1,603,344
HU 1,603,344
IE 1,603,344
IT 1,603,344
LI 1,603,344
LU 1,603,344
MC 1,603,344
NL 1,603,344
PT 1,603,344
SE 1,603,344
SI 1,603,344
SK 1,603,344
TR 1,603,344

AT 1,796,396
BE 1,796,396
BG 1,796,396
CH 1,796,396
CY 1,796,396
CZ 1,796,396
DE 1,796,396
DK 1,796,396
EE 1,796,396
ES 1,796,396
FI 1,796,396
FR 1,796,396
GR 1,796,396
HU 1,796,396
IE 1,796,396
IT 1,796,396
LI 1,796,396
LU 1,796,396
MC 1,796,396
NL 1,796,396
PT 1,796,396
SE 1,796,396
SI 1,796,396
SK 1,796,396
TR 1,796,396

AT 1,809,048
BE 1,809,048
BG 1,809,048
CH 1,809,048
CY 1,809,048
CZ 1,809,048
DE 60334330
DK 1,809,048
EE 1,809,048
ES 1,809,048
FI 1,809,048
FR 1,809,048
GR 1,809,048

HU 1,809,048
IE 1,809,048
IT 1,809,048
LI 1,809,048
LU 1,809,048
MC 1,809,048
NL 1,809,048
PT 1,809,048
SE 1,809,048
SI 1,809,048
SK 1,809,048
TR 1,809,048

AT 1,821,547
BE 1,821,547
BG 1,821,547
CH 1,821,547
CY 1,821,547
CZ 1,821,547
DE 1,821,547
DK 1,821,547
EE 1,821,547
ES 1,821,547
FI 1,821,547
FR 1,821,547
GR 1,821,547
HU 1,821,547
IE 1,821,547
IT 1,821,547
LI 1,821,547
LU 1,821,547
MC 1,821,547
NL 1,821,547
PT 1,821,547
SE 1,821,547
SI 1,821,547
SK 1,821,547
TR 1,821,547

FI 1,876,831
FR 1,876,831
IT 1,876,831
SE 1,876,831

FI 1,876,833
FR 1,876,833
IT 1,876,833
SE 1,876,833

FI 1,876,837
FR 1,876,837
IT 1,876,837
SE 1,876,837

FI 1,876,838
FR 1,876,838
IT 1,876,838
SE 1,876,838

AT 2,003,899
BE 2,003,899
BG 2,003,899
CH 2,003,899
CY 2,003,899
CZ 2,003,899
DE 60334336
DK 2,003,899
EE 2,003,899
ES 2,003,899
FI 2,003,899
FR 2,003,899
GB 2,003,899
GR 2,003,899
HU 2,003,899
IE 2,003,899
IT 2,003,899
LI 2,003,899
LU 2,003,899

MC 2,003,899
NL 2,003,899
PT 2,003,899
SE 2,003,899
SI 2,003,899
SK 2,003,899
TR 2,003,899

AT 2,003,900
BE 2,003,900
BG 2,003,900
CH 2,003,900
CY 2,003,900
CZ 2,003,900
DE 60334337
DK 2,003,900
EE 2,003,900
ES 2,003,900
FI 2,003,900
FR 2,003,900
GB 2,003,900
GR 2,003,900
HU 2,003,900
IE 2,003,900
IT 2,003,900
LI 2,003,900
LU 2,003,900
MC 2,003,900
NL 2,003,900
PT 2,003,900
SE 2,003,900
SI 2,003,900
SK 2,003,900
TR 2,003,900

AT 2,009,927
BE 2,009,927
BG 2,009,927
CH 2,009,927

CY 2,009,927
CZ 2,009,927
DE 60334338
DK 2,009,927
EE 2,009,927
ES 2,009,927
FI 2,009,927
FR 2,009,927
GB 2,009,927
GR 2,009,927
HU 2,009,927
IE 2,009,927
IT 2,009,927
LI 2,009,927
LU 2,009,927
MC 2,009,927
NL 2,009,927
PT 2,009,927
SE 2,009,927
SI 2,009,927
SK 2,009,927
TR 2,009,927

AT 2,009,928
BE 2,009,928
BG 2,009,928
CH 2,009,928
CY 2,009,928
CZ 2,009,928
DE 60334339
DK 2,009,928
EE 2,009,928
ES 2,009,928
FI 2,009,928
FR 2,009,928
GB 2,009,928
GR 2,009,928
HU 2,009,928
IE 2,009,928

AVC Attachment 1

IT 2,009,928
LI 2,009,928
LU 2,009,928
MC 2,009,928
NL 2,009,928
PT 2,009,928
SE 2,009,928
SI 2,009,928
SK 2,009,928
TR 2,009,928

AT 2,015,585
BE 2,015,585
BG 2,015,585
CH 2,015,585
CY 2,015,585
CZ 2,015,585
DE 60334505
DK 2,015,585
EE 2,015,585
ES 2,015,585
FI 2,015,585
FR 2,015,585
GB 2,015,585
GR 2,015,585
HU 2,015,585
IE 2,015,585
IT 2,015,585
LI 2,015,585
LU 2,015,585
MC 2,015,585
NL 2,015,585
PT 2,015,585
SE 2,015,585
SI 2,015,585
SK 2,015,585
TR 2,015,585

GB 2,387,498
CN 200410104547.2
RU 2,297,109
TW I 259,412
TW I 280,806
GB 2,408,889
HK 1,073,043
RU 2,333,616

GB 2,388,267
CN 03101444.5
CN 200510055870.X
CN 200510055871.4
NL 1,022,331
RU 2,282,948
TW 221,076
GB 2,405,549
HK 1,073,557
RU 2,335,861
GB 2,416,455
HK 1,079,647
HK 1,091,634
GB 2,422,263

GB 2,393,873
CN 03101623.5
DE 10300533
GB 2,406,459
GB 2,406,460
RU 2,287,908
RU 2,319,317
RU 2,319,318

GB 2,412,032
GB 2,436,981
AU 2005203096
CA 2,512,671
CA 2,522,835
MX 262,980
RU 2,326,506
RU 2,328,090
SG 113,888
VN 6,782
VN 6,783

GB 2,430,325

NL 1029057

JP 3,958,690
CN 200510116129.X
ES 1,359,767
FR 1,359,767
HU E002547
IT 1,359,767

JP 4,020,789

JP 4,216,852

JP 4,435,480

JP 4,495,087

JP 4,567,551
JP 4,567,669

JP 4,625,100

JP 4,625,101

JP 4,625,102

JP 4,625,103

JP 4,625,104

JP 4,625,131

JP 4,625,132

JP 4,709,241

JP 4,709,242

JP 4,709,291

JP 4,709,292

JP 4,763,739

KR 237,636

KR 251,549

KR 491,530

KR 494,828
HK 1,073,555

KR 494,829
HK 1,073,556

KR 494,830
RU 2,273,113

KR 494,831

KR 505,319

KR 505,320

KR 506,864
RU 2,264,049
TW 229,825

KR 506,865

KR 506,866

KR 507,917

KR 508,798
CN 03101657.X

KR 508,799

KR 508,800

KR 523,551

KR 525,785

KR 602,149

KR 617,598

KR 619,716

KR 626,234

KR 626,235

KR 640,937

KR 655,546
RU 2,282,947

KR 674,027

KR 687,845

KR 693,669

KR 693,670

KR 693,671

KR 721,022

KR 748,512

KR 757,829

KR 757,830

KR 757,831

KR 757,832

KR 850,947

KR 857,383

KR 857,384

KR 857,385
AU 2004217197

KR 864,790

KR 864,791

KR 865,034
CN 03101620.0

KR 865,039

KR 881,554

KR 881,555

KR 881,556

KR 881,557

KR 881,558

KR 881,565

KR 881,566

KR 881,567

KR 881,568

KR 881,569

KR 881,570

KR 881,571

KR 883,025

KR 886,192

KR 890,504

KR 890,505

KR 890,506

KR 890,509

KR 890,510

KR 890,513

KR 890,514

KR 901,642

KR 901,643

KR 907,173

KR 985,240

KR 985,263

KR 985,268

KR 985,340

KR 985,379

NL 1,022,332

NL 1,022,333

NL 1,029,485

NL 1,029,486

August 1, 2011                   AVC Attachment 1                   Page 30 of 88

Microsoft Corporation
US 6,563,953
US 6,735,345
US 7,289,673
AT 1,135,934
BE 1,135,934
CH 1,135,934
DE 69937462.6
DK 1,135,934
ES 1,135,934
FI 1,135,934
FR 1,135,934
GB 1,135,934
IT 1,135,934
JP 4,625,411
LI 1,135,934
NL 1,135,934
PT 1,135,934
SE 1,135,934
AT 1,853,069
BE 1,853,069
CH 1,853,069
DE 69941964.6
DK 1,853,069
ES 1,853,069
FI 1,853,069
FR 1,853,069
GB 1,853,069
HK 1115256
IT 1,853,069
JP 4,558,827
LI 1,853,069
NL 1,853,069
PT 1,853,069
SE 1,853,069

US 6,882,685
US 7,106,797
CN 02143205.8
CN 100463522
US 7,839,928
JP 3,964,765
JP 3,964,925
TW I 221,388
US 7,881,371

US 6,912,584

US 7,024,097
US 7,142,775

US 7,116,830
US 7,120,197
US 7,263,232
US 7,266,149
US 7,379,607
CN 02825191.1
US 7,577,305

US 7,149,247

US 7,155,055

US 7,162,091

US 7,167,633
US 7,171,107
US 7,248,779
JP 4,690,635

US 7,181,072

US 7,242,437
US 7,633,551

US 7,248,740
CN 03811662.6
TW I310137

US 7,271,849
US 7,274,407
US 7,286,189

US 7,280,700
CN 100394447

US 7,505,485
US 7,839,895
DE 60311231.5
DE 60310368.5
FR 1,468,566
FR 1,468,567
GB 1,468,566
GB 1,468,567
HK 1,069,700
HK 1,069,701
IT 1,468,566
IT 1,468,567
JP 4,503,294
JP 4,703,114
AT 1,753,244
BE 1,753,244
CH 1,753,244
DE 60332175.5
DK 1,753,244
ES 1,753,244
FI 1,753,244
FR 1,753,244
GB 1,753,244
GR 1,753,244
HK 1,103,199
IE 1,753,244
IT 1,753,244
LI 1,753,244

NL 1,753,244
PT 1,753,244
SE 1,753,244
TR 1,753,244

US 7,593,466
US 7,646,816

US 7,609,767

US 7,646,810
JP 4,522,658

JP 4,102,841
CN 200610141384.4

JP 4,159,400

JP 4,199,973
CN 100461858

JP 4,448,334

JP 4,489,794

JP 4,560,028
JP 4,560,033

JP 4,610,195

JP 4,662,697

KR 578,432
CN 03124169.7

KR 839,308

KR 839,309
CN 100459712

KR 839,311

KR 884,134

KR 925,968

Mitsubishi Electric Corporation
US 5,926,225

US 6,097,759
CA 2,327,489
NO 310,850

US Re. 41,729
US 7,095,344
SG 101,613
TW I 222,834
US 7,388,526
CA 2,554,143
SG 147,308
US 7,408,488
SG 158,846
US 7,518,537
CN 03800516.6
SG 158847
US 7,859,438

JP 1,869,940[15]

JP 3,347,954
JP 4,571,173

JP 3,807,342

JP 4,211,780

JP 4,211,873

---

[15] Expired March 8, 2005

JP 4,260,786
CN 200610101834.7
HK 1109001

JP 4,326,758

JP 4,388,771

JP 4,441,182

JP 4,514,818
JP 4,514,819

KR 740,381

CN 200610099715.2

Nippon Telegraph and Telephone Corporation
JP 2,938,412

JP 3,866,628

NTT DOCOMO, INC.
US 7,190,289

US 7,346,216

JP 3,491,001
TW I 232,682

JP 3,513,148
CN 200310100660.9
TW I 244,856
KR 583,552

JP 3,534,742
CN 200310100758.4
TW I 225,360

JP 3,679,083
CN 200310100762.0

KR 603,175

KR 701,810

Panasonic Corporation†
US Re. 35,910[16]

US 5,223,949

US 6,608,939
US 6,658,152
US 6,681,048
CN 97191584.9
JP 3,208,101
JP 3,222,876
CN 200610099763.1
JP 3,527,454
CN 200410063261.4
KR 354,799
KR 425,613
SG 54,716

US 6,373,856
DE 69822751.4
FR 0909099
GB 0909099
IT 2004B69800

---

† Name change from Matsushita Electric Industrial Co., Ltd., effective October 1, 2008.
[16] Expired May 10, 2010

US 6,445,739
CN 98800434.8
ID 10,293
IN 213,894
MX 220,076
SG 56,895
TH 25,132
US 6,501,793
CN 01118860.X
US 7,010,035
CN 01118861.8

US 6,954,156
CN 03800330.9
MX 239385

US 6,954,157
AU 2002357584
CA 2,450,360
ID 18,606
IN 239550
MX 245,670
MX 259,376
US 6,967,600
US 7,312,731
AU 2007202520
CN 200610143687.X
ID 21759

US 6,992,605
CN 02813282.3
US 7,109,898
ID 21057

US 7,088,269
AU 2003221378
ID 19,093

US 7,095,896
ID 21611
US 7,305,134
AT 1,753,246
BE 1,753,246
CH 1,753,246
CN 200610168486.5
DE 60328838
ES 1,753,246
FR 1,753,246
GB 1,753,246
IT 1,753,246
LI 1,753,246
NL 1,753,246
US 7,308,143
MY 140969
US 7,308,144
US 7,308,149
AT 1,744,562
BE 1,744,562
CH 1,744,562
CN 200610168489.9
CN 200610126659.7
CZ 1,744,562
DE 60328836
DK 1,744,562
ES 1,744,562
FI 1,744,562
FR 1,744,562
GB 1,744,562
GR 1,744,562
ID 25766
IE 1,744,562
IT 1,744,562
LI 1,744,562
NL 1,744,562
PT 1,744,562
SE 1,744,562
TR 1,744,562

AT 1,746,841
BE 1,746,841
CH 1,746,841
CZ 1,746,841
DE 60329639
DK 1,746,841
ES 1,746,841
FI 1,746,841
FR 1,746,841
GB 1,746,841
GR 1,746,841
IE 1,746,841
IT 1,746,841
LI 1,746,841
NL 1,746,841
PT 1,746,841
SE 1,746,841
TR 1,746,841

US 7,126,989
US 7,583,731

US 7,167,591
AU 2003236032
CN 03800235.3
ID 19,906
IN 247939
MX 249,459
US 7,218,787
CN 200810170028.4
TW I 262,024

August 1, 2011                    AVC Attachment 1                    Page 40 of 88

US 7,184,598
AT 1,750,451
AU 2006203176
BE 1,750,451
CH 1,750,451
CN 200610126660.x
DE 60328837
ES 1,750,451
FR 1,750,451
GB 1,750,451
ID 25885
IT 1,750,451
LI 1,750,451
MY 141699
NL 1,750,451

US 7,206,347
CN 3801021.6
ID 21,001

US 7,209,520
ID 21,430
US 7,526,026
US 7,580,459
JP 4,615,604
JP 4,615,622
JP 4,615,623

US 7,283,071

US 7,305,035
DE 60312620.0
AU 2003235172
CN 03800518.2
ES 1,401,213
FR 1,401,213
GB 1,401,213
ID 23898
IN 246412
IT 1,401,213
JP 4,368,575
MX 241,604
NL 1,401,213
DE 60317585.6
ES 2294768
FR 1,742,482
GB 1,742,482
IT 1,742,482
NL 1,742,482
BE 1,742,483
CN 200710097057.8
CN 200710097058.2
CZ 1,742,483
DE 60318918.0
DK 1,742,483
ES 1,742,483
FI 1,742,483
FR 1,742,483
GB 1,742,483
HU 1,742,483
IE 1,742,483
IT 1,742,483
MX 275326
NL 1,742,483
SE 1,742,483
SI 1,742,483
AU 2008201315
BE 1,742,484

CZ 1,742,484
DE 60321406.1
DK 1,742,484
ES 1,742,484
FI 1,742,484
FR 1,742,484
GB 1,742,484
HU 1,742,484
IE 1,742,484
IT 1,742,484
NL 1,742,484
PT 1,742,484
RO 1,742,484
SE 1,742,484
SI 1,742,484
TR 1,742,484
AT 1,965,590
BE 1,965,590
CH 1,965,590
DE 60329873
ES 1,965,590
FI 1,965,590
FR 1,965,590
GB 1,965,590
GR 1,965,590
IT 1,965,590
LI 1,965,590
NL 1,965,590
PT 1,965,590
SE 1,965,590

US 7,327,788
MY 139995
US 7,649,944

US 7,362,807
AU 2003201906
CN 03800055.5
ID 20,478
MX 258,980
AT 1,439,713
BE 1,439,713
BG 1,439,713
CH 1,439,713
CZ 1,439,713
DE 60335516.1
DK 1,439,713
ES 1,439,713
FI 1,439,713
FR 1,439,713
GB 1,439,713
GR 1,439,713
HU 1,439,713
IE 1,439,713
IT 1,439,713
LI 1,439,713
NL 1,439,713
PT 1,439,713
SE 1,439,713
SK 1,439,713
TR 1,439,713

US 7,394,853
AU 2003236034

US 7,411,526
ID 24490
MX 272075

US 7,492,952
US 7,813,568
CN 03801256.1
US 7,817,868

US 7,505,518

US 7,515,635

US 7,542,510
US 7,848,411
TW 328969

US 7,630,435
CN 200580003035.X

US 7,664,179
US 7,715,478

US 7,664,180
US 7,742,526
TW 324889

US 7,664,182

US 7,693,340

US 7,697,770

US 7,733,960
CN 200610121284.5
CN 200610125676.9

US 7,742,528

US 7,756,204
US 7,782,936

US 7,760,803

US 7,782,962
CN 200610090883.5
US 7,792,195

DE 69813635.7
ES 2195965
FR 1,113,673
GB 1,113,673
IT 1,113,673
TW 136,357

BE 1,387,585
CA 2,428,081
CZ 1,387,585
DE 60203492.2
DK 1,387,585
ES 2,238,593
FI 1,387,585
FR 1,387,585
GB 1,387,585
ID 22337
IE 1,387,585
IN 244365
IT TO2005B070288
MX 239,386
NL 1,387,585
SE 1,387,585
TR 200502315T4

AT 1,406,451
AU 2003281129
CZ 1,406,451
DE 60310842.3
DK 1,406,451
ES 1,406,451
FI 1,406,451
FR 1,406,451
GB 1,406,451
HU 1,406,451
ID 20,309
IE 1,406,451
IT 1,406,451

MX 246,993
MY 135,048
NL 1,406,451
RO 1,406,451
SE 1,406,451
SI 1,406,451
TR 1,406,451
TW 280,058

DE 60234196
ES 1,422,944
FR 1,422,944
GB 1,422,944
IT 1,422,944
NL 1,422,944

AU 2003235171
CN 3800594.8
CN 200710097056.3
DE 60311734.1
ES 1,424,856
FR 1,424,856
GB 1,424,856
ID 23470
IT 1,424,856
MX 252,184
NL 1,424,856

CN 200710097061.4
DE 60325691.0
ES 1,450,565
FR 1,450,565
GB 1,450,565
IT 1,450,565
NL 1,450,565

CH 1,452,039
DE 60230666.3
ES 2,318,055
FR 1,452,039
GB 1,452,039
IT TO2009B068457
LI 1,452,039
MX 264205
NL 1,452,039

AU 2003227248
CN 03801158.1
CZ 1,478,188
DE 60302652.4
DK 1,478,188
ES 2,252,666
FI 1,478,188
FR 1,478,188
GB 1,478,188
HU E000227
IE 1,478,188
IN 246677
IT TO200668156
MX 238,917
MY 135,378
NL 1,478,188
PT 1,478,188
RO 1,478,188
SE 1,478,188
SI 1,478,188
TR 200600624T4
TW I 281,352

AT 382242
AU 2003236033
DE 60318307.7
ES 2297187
FR 1,496,706
GB 1,496,706

ID 023559
IT 1,496,706
MX 254614
MY 135697
NL 1,496,706
SE 1,496,706
TR 200800451
TW I 276,359

CN 03800519.0
DE 60320243.8
ES 1,499,133
FI 1,499,133
FR 1,499,133
GB 1,499,133
ID 20546
IT 1,499,133
MX 239456
MY 136,457
NL 1,499,133
TR 1,499,133

DE 60214248.2
ES 1,515,567
FR 1,515,567
GB 1,515,567
GR 20060403642
ID 24650
IT TO2006B073836
MX 269,288
NL 1,515,567
SE 1,515,567
TR 2006 06449 T4

AU 2008230068
CH 1,596,608
CN 200610168488.4
DE 60311530.6
DK 1,596,608
ES 1,596,608
FI 1,596,608
FR 1,596,608
GB 1,596,608
HU 1,596,608
IT 1,596,608
LI 1,596,608
MX 261423
NL 1,596,608
RO 1,596,608
SE 1,596,608
TW 330986

AT 1,739,972
BE 1,739,972
CH 1,739,972
CN 03800473.9
CZ 1,739,972
DE 60322276.5
ES 1,739,972
FR 1,739,972
GB 1,739,972
HU 1,739,972
IT 1,739,972
LI 1,739,972
NL 1,739,972
RO 1,739,972
SE 1,739,972

DE 60322277.3
ES 1,739,973
FR 1,739,973
GB 1,739,973
IT 1,739,973
NL 1,739,973
CN 200710097059.7

BE 1,742,479
CH 1,742,479
DE 60329427.8
DK 1,742,479
ES 1,742,479
FR 1,742,479
GB 1,742,479
IT 1,742,479
LI 1,742,479
MX 273027
NL 1,742,479
PT 1,742,479
SI 1,742,479
TW 320664

AT 413,067
BE 1,742,480
CH 1,742,480
CZ 1,742,480
DE 60324480.7
ES 2,317,444
FI 1,742,480
FR 1,742,480
GB 1,742,480
GR 3,067,753
HU 1,742,480
IT MI2009B019817
LI 1,742,480
MX 271,966
NL 1,742,480
RO 1,742,480
SE 1,742,480
TR 200808725

CN 200710097060.X
DE 60329239
ES 1,742,481
FR 1,742,481
GB 1,742,481
IT 1,742,481
NL 1,742,481

CN 200610107553.2
DE 60318757.9
ES 2299170
FR 1,765,018
GB 1,765,018
HK 1110729
IT 1,765,018
MX 277886
NL 1,765,018

CN 200610107554.7
DE 60318758
ES 1,765,019
FR 1,765,019
GB 1,765,019
IT 1,765,019
MX 263,777
NL 1,765,019

CN 200610095862.2
DE 60332974
ES 1,773,067
FR 1,773,067
GB 1,773,067
IT 1,773,067
NL 1,773,067
TW 323,614

AT 2,131,593
BE 2,131,593
BG 2,131,593
CH 2,131,593
CY 2,131,593
CZ 2,131,593
DE 60334341
DK 2,131,593
EE 2,131,593
ES 2,131,593
FI 2,131,593
FR 2,131,593
GB 2,131,593
GR 2,131,593
HK 1136730
IE 2,131,593
IT 2,131,593
LI 2,131,593
NL 2,131,593
PT 2,131,593
SE 2,131,593
SK 2,131,593
TR 2,131,593

JP 2,794,899[17]

JP 3,234,807

JP 3,735,244
MY 124,128

JP 3,756,475
CN 200510113597.1
ID 24705
MX 269,429

---

[17] Expired May 8, 2010

JP 3,769,534
CN 02804269.7
ID 18,408
ID 21,414

JP 3,824,268
AU 2003234762
CN 3800792.4
ID 23245
MX 243,908
TW I 272,013

JP 3,878,591
AU 2003268763
MX 257,815
MY 135,215
TW 280,781

JP 3,884,472

JP 4,009,650
AU 2002347635
ID 22105
IN 236816

JP 4,090,862
JP 4,091,074
JP 4,091,107
JP 4,091,108
JP 4,515,994

JP 4,100,552

JP 4,114,859

JP 4,119,269

JP 4,125,739

JP 4,130,780
TW 314837
JP 4,130,783
CN 200610095863.7
MX 264923
TW 281353

JP 4,142,929
IN 245493

JP 4,150,742
MX 240027

JP 4,158,985

JP 4,158,986

JP 4,158,993

JP 4,158,994
AU 2007202509

JP 4,158,996

JP 4,158,998

JP 4,178,088
AU 2003261923
CN 03802113.7
MX 263771
MY 139,301
TW 283134

JP 4,185,106
TW 314,838

JP 4,185,560
AU 2008230069

JP 4,185,561

JP 4,185,563

JP 4,185,564

JP 4,197,262

JP 4,197,345

JP 4,215,197

JP 4,275,719
CN 200810169237.7

JP 4,355,156

JP 4,382,864

JP 4,406,239
CN 03802728.3
CN 200710154282.0
CN 200710154283.5
TW 283,534
TW 331,877

JP 4,456,087

JP 4,465,026

JP 4,481,612

JP 4,560,134

JP 4,562,785
CN 200610090880.1

JP 4,562,999

Case 2:10-cv-01823-JLR   Document 79-15   Filed 08/18/11   Page 62 of 95

JP 4,580,626
JP 4,580,903

JP 4,585,047
JP 4,594,448
JP 4,594,449
JP 4,598,160

KR 656,296

KR 736,503
AU 2005204229
CA 2,426,780
CN 200510097710.1
ID 19,695
IN 227014
MX 256,733

KR 766,657
CN 200810169238.1

KR 796,107

KR 799,412

KR 801,385

KR 804,902

KR 913,633

KR 917,521
AU 2002344460
AU 2008203058
CN 200610107548.1
IN 239883
MX 256,226

KR 921,030

KR 921,031

KR 921,034

KR 923,379

KR 923,380
CN 03805346.2
MY 139,955
TW 325,281

KR 926,845

KR 926,850
IN 241,349

KR 929,078
CN 200610153402.0

KR 931,746
TW 259,726

KR 931,750

KR 942,344

KR 944,552

KR 944,851

KR 944,852

KR 946,845

KR 946,846

KR 946,848

KR 947,399

KR 950,388

KR 954,244

KR 956,920

KR 956,926

KR 956,927

KR 958,982

KR 959,969

KR 961,036

KR 961,037

KR 975,486

KR 975,487

KR 985,634

KR 987,541

KR 987,548

KR 1,001,097

KR 1,001,411

KR 1,001,478

Polycom, Inc.

US 5,367,385

US 7,239,662
AU 2002326713
CA 2457882
CN 02816465.2
ID 100020475
IL 160476
KR 691,307
MX 251254
NZ 531863
PH 1-2004-500254
RU 2291586
SG 102893
SZ RP/4/2006
VN 5559
ZA 2004/01377

Robert Bosch GmbH
DE 3769306[†]
FR 0279053[†]
GB 0279053[†]
IT 0279053[†]
NL 0279053[†]

---

[†] Expired December 11, 2007

AT 324012
BE 1,457,055
CH 1,457,055
DE 50206504
DK 1,457,055
ES 2262847
FI 1,457,055
FR 1,457,055
GB 1,457,055
IT 1,457,055
LI 1,457,055
NL 1,457,055
SE 1,457,055
TR 200602991

Samsung Electronics Co., Ltd.
US 5,384,849
CN 93106014.1
JP 2,728,619
KR 148,130
RU 2,072,562

US 5,467,086
JP 2,665,127

US 5,654,706
DE 69321781
FR 580,454
GB 580,454
HK 1,008,711
JP 3,369,422
JP 3,442,028

US 6,680,975

US 7,292,657

US 7,561,623
US 7,630,437

KR 103,834

KR 132,895

KR 147,549

KR 148,226

KR 152,017

KR 162,196

KR 166,716

KR 178,711

KR 205,293

KR 301,013
AU 717,480
RU 2,154,918
SG 70679

KR 304,660

JP 3,579,013
KR 313,870
CN 98122956.5
CN 03107665.3
CN 03107666.1
CN 03107667.X
HK 1,056,286
HK 1,056,287
HK 1,059,699

KR 335,622

KR 359,093
CN 200410054953.2

KR 375,345

KR 460,970

KR 584,549
KR 605,290

KR 584,552
CN 200410033037.0

KR 584,622

KR 612,849

KR 622,305

KR 622,306

KR 708,202

KR 813,989

KR 846,778
CN 03801207.3
IN 203,511

CN 200410005357.5

Sedna Patent Services, LLC
US 6,510,554

Sharp Corporation
US 6,681,050
US 6,687,409
US 7,194,136
US 7,340,102

US 7,106,795
US 7,123,655
JP 4,030,558

US 7,130,348

US 7,170,942

US 7,352,812

US 7,386,048

US 7,613,240
US 7,787,542
JP 4,372,197
CA 2,454,867
CA 2,616,751

DE 60215241.0
FR 1,246,131
GB 1,246,131

AT 434,288
BE 1,459,449
DE 60232681.8
DK 1,459,449
ES 2328118
FI 1,459,449
FR 1,459,449
GB 1,459,449
IE 1,459,449
IT 1,459,449
NL 1,459,449
SE 1,459,449

DE 60313454.8
ES 1,510,078
FR 1,510,078
GB 1,510,078
IT 1,510,078
NL 1,510,078

DE 60220106.3
FR 1,596,604
GB 1,596,604
DE 60234875
FR 1,727,373
GB 1,727,373

DE 602004027847
ES 2348075
FR 1,791,369
GB 1,791,369
IT 1,791,369
NL 1,791,369
PT 1,791,369

JP 2,951,861[18]

---

[18] Expired March 10, 2009

JP 3,078,692

JP 3,277,116

JP 3,654,664

JP 3,664,626

JP 3,678,365
CA 2,454,626
CN 02819594.9
HK 1070479

JP 3,688,248
JP 3,714,944
JP 4,120,989
JP 4,666,411
JP 4,666,414

JP 3,688,283
JP 3,688,288
JP 4,672,065
JP 4,672,074
JP 4,672,077
JP 4,672,078

JP 3,702,178

JP 3,710,464

JP 3,734,492
CN 03812403.3
CN 200710127110.4
HK 1111547
JP 3,734,494
TW 241,532

JP 3,862,725
CN 200710127006.5
HK 1108785

JP 4,067,558

JP 4,245,587

JP 4,357,427
JP 4,357,543
JP 4,357,590

JP 4,372,019

JP 4,454,678

JP 4,462,914

JP 4,508,627

KR 591,653

KR 612,785
CN 02817995.1
HK 1,070,223

KR 685,264

KR 751,670

KR 754,972

KR 785,588

KR 785,589

KR 811,986

KR 820,132
CN 200710127107.2
HK 1111549

KR 880,305

CN 200480007527.1

CN 200510116499.3

Siemens AG
US 5,933,541

US 6,115,503

DE 50103996.1
FR 1,279,291
GB 1,279,291

DE 50105422
FR 1,285,537
GB 1,285,537

Sony Corporation
US Re. 37,222[19]
AU 669983[20]

US 4,864,393[21]

US 5,510,840

US 5,539,466
CA 2,092,295
HK 1,032,871
HK 1,033,059

---

[19] Expired October 11, 2010
[20] Expired October 12, 2010
[21] Expired May 30, 2008

Case 2:10-cv-01823-JLR   Document 79-15   Filed 08/18/11   Page 74 of 95

US 5,774,594

US 6,160,849

US 7,639,742
JP 3,797,209
CN 1,225,919

AT 171,831
DE 69227185
FR 573,665
GB 573,665
IT RM1998B052096
NL 573,665

AT 180,374
DE 69229229
FR 598,904
GB 598,904
IT RM1999B050448

AT 224,627
DE 69232784
FR 898,426
IT RM2002B052345

AT 209,422
DE 69232357
FR 907,289
IT RM2002B048140

JP 4,240,283

JP 4,348,899

KR 260,475

KR 945,826

KR 969,345

Tandberg Telecom AS
US 7,684,489

Telefonaktiebolaget LM Ericsson
US 6,907,071
IN 231,901

DE 10296787.3
GB 2,392,042

AT 1,449,383
AU 2002353749
BE 1,449,383
BG 1,449,383
CH 1,449,383
CN 02823496.0
CY 1,449,383
CZ 1,449,383
DE 60236886
DK 1,449,383
EE 1,449,383
ES 1,449,383
FI 1,449,383
FR 1,449,383
GB 1,449,383
GR 1,449,383
IE 1,449,383
IN 218194
IT 1,449,383
JP 4,440,640
LI 1,449,383
LU 1,449,383
MC 1,449,383
NL 1,449,383
PT 1,449,383
RU 2,307,478
SE 1,449,383
SK 1,449,383
TR 1,449,383

JP 4,133,346

Toshiba Corporation
US 5,930,395
US 6,408,098
US 6,621,931

US 6,353,681

US 6,571,361
CA 2,249,540
MX 252,913
US 7,321,995
US 7,454,669

US 7,464,305
US 7,472,317
US 7,475,298
US 7,487,410
JP 3,631,488
JP 3,657,954
CN 97193909.8
JP 3,657,955
JP 3,657,956
JP 3,657,957
JP 3,657,965
JP 3,657,967
JP 3,657,968
JP 3,657,969
JP 3,657,970
JP 3,657,978

US 7,599,437
US 7,616,691

US 7,649,941
US 7,649,942
US 7,672,375
US 7,675,973
US 7,675,975
US 7,680,184
US 7,684,485
US 7,738,557
US 7,702,018

JP 4,015,934
MX 256,545
JP 4,127,713
JP 4,127,714
JP 4,127,715
JP 4,127,716
JP 4,127,717
JP 4,127,718

JP 4,208,913

JP 4,208,945

JP 4,208,946

JP 4,208,947

JP 4,208,952

JP 4,208,953

JP 4,208,954

JP 4,208,955

JP 4,213,766

JP 4,227,162

AVC Attachment 1

JP 4,227,163

JP 4,227,164

JP 4,227,165

JP 4,227,166

JP 4,227,167

JP 4,227,168

JP 4,227,188

JP 4,234,780

JP 4,234,781

JP 4,234,782

JP 4,234,783

JP 4,234,784

JP 4,247,304

JP 4,247,305

JP 4,247,306

JP 4,256,455

JP 4,256,456

JP 4,256,457

JP 4,256,458

JP 4,256,459

JP 4,256,460

JP 4,256,461

JP 4,256,462

JP 4,256,465

JP 4,282,752

JP 4,282,753

JP 4,282,754

JP 4,282,755

JP 4,282,756

JP 4,282,757

JP 4,282,758

JP 4,307,522

JP 4,307,523

JP 4,307,524

JP 4,307,525

JP 4,307,526

JP 4,307,527

JP 4,307,528

JP 4,307,529

August 1, 2011                     AVC Attachment 1                     Page 76 of 88

JP 4,307,530

JP 4,307,531

JP 4,307,532

JP 4,307,534

JP 4,307,535

JP 4,307,536

JP 4,307,537

JP 4,307,538

JP 4,307,539

JP 4,309,469

JP 4,320,366

JP 4,320,367

JP 4,320,368

JP 4,320,369

JP 4,320,370

JP 4,320,371

JP 4,331,259

JP 4,338,771

JP 4,338,772

JP 4,338,773

JP 4,338,774

JP 4,338,775

JP 4,338,776

JP 4,338,777

JP 4,338,778

JP 4,355,755

JP 4,355,756

JP 4,355,757

JP 4,355,758

JP 4,355,759

JP 4,355,760

JP 4,355,761

JP 4,355,762

JP 4,355,763

JP 4,355,764

JP 4,355,765

JP 4,355,766

JP 4,355,767

JP 4,355,768

August 1, 2011                    AVC Attachment 1                    Page 78 of 88

JP 4,355,769

JP 4,355,770

JP 4,355,771

JP 4,376,301

JP 4,376,302

JP 4,376,303

JP 4,376,304

JP 4,376,305

JP 4,376,306

JP 4,376,307

JP 4,376,308

JP 4,376,309

JP 4,376,310

JP 4,376,311

JP 4,376,312

JP 4,376,313

JP 4,376,314

JP 4,376,315

JP 4,405,584

JP 4,406,047

JP 4,406,048

JP 4,406,049

JP 4,406,050

JP 4,406,051

JP 4,406,052

JP 4,406,053

JP 4,406,054

JP 4,406,055

JP 4,406,056

JP 4,406,057

JP 4,406,058

JP 4,406,059

JP 4,406,060

JP 4,406,061

JP 4,406,062

JP 4,406,063

JP 4,406,064

JP 4,406,065

JP 4,406,066

JP 4,406,067

JP 4,406,068

JP 4,406,069

JP 4,406,070

JP 4,406,071

JP 4,406,072

JP 4,406,073

JP 4,406,074

JP 4,406,075

JP 4,406,076

JP 4,406,077

JP 4,406,078

JP 4,406,079

JP 4,406,080

JP 4,406,081

JP 4,406,082

JP 4,406,083

JP 4,406,084

JP 4,406,085

JP 4,406,086

JP 4,406,087

JP 4,406,088

JP 4,406,089

JP 4,427,608

JP 4,427,609

JP 4,427,610

JP 4,427,611

JP 4,427,612

JP 4,427,613

JP 4,427,614

JP 4,427,615

JP 4,427,616

JP 4,427,617

JP 4,427,618

JP 4,427,619

JP 4,427,620

JP 4,427,621

JP 4,427,622

JP 4,427,623

JP 4,427,624

JP 4,427,625

JP 4,427,626

JP 4,427,627

JP 4,438,897

JP 4,438,898

JP 4,438,899

JP 4,438,900

JP 4,438,901

JP 4,438,902

JP 4,438,903

JP 4,438,904

JP 4,460,630

JP 4,460,631

JP 4,460,632

JP 4,460,633

JP 4,460,634

JP 4,460,635

JP 4,460,636

JP 4,460,637

JP 4,460,638

JP 4,460,639

JP 4,460,640

JP 4,460,641

JP 4,478,733

JP 4,478,734

JP 4,478,735

JP 4,478,736

JP 4,478,737

JP 4,478,738

JP 4,478,739

JP 4,478,740

JP 4,478,741

JP 4,478,742

JP 4,478,743

JP 4,478,744

JP 4,478,745

JP 4,478,746

JP 4,478,747

JP 4,478,748

JP 4,478,749

JP 4,478,750

JP 4,478,751

JP 4,478,752

JP 4,496,300

JP 4,496,301

JP 4,496,302

JP 4,496,303

JP 4,496,304

JP 4,496,305

JP 4,496,306

JP 4,496,307

JP 4,496,308

JP 4,496,309

JP 4,496,310

JP 4,496,311

JP 4,496,312

JP 4,496,313

JP 4,496,314

JP 4,496,315

JP 4,517,011

JP 4,517,012

JP 4,517,013

JP 4,517,014

JP 4,517,015

JP 4,517,016

JP 4,517,017

JP 4,517,018

JP 4,517,019

JP 4,517,020

JP 4,517,021

JP 4,517,022

JP 4,517,023

JP 4,517,024

JP 4,517,025

JP 4,517,026

JP 4,517,027

JP 4,517,028

JP 4,517,029

JP 4,517,030

JP 4,517,031

JP 4,517,032

JP 4,517,033

JP 4,517,034

JP 4,517,035

JP 4,517,036

JP 4,517,037

JP 4,517,038

JP 4,517,039

JP 4,517,040

JP 4,517,041

JP 4,538,539

JP 4,538,540

JP 4,538,541

JP 4,538,542

JP 4,538,543

JP 4,538,544

JP 4,538,545

JP 4,538,546

JP 4,538,547

August 1, 2011                    **AVC Attachment 1**                    **Page 87 of 88**

JP 4,538,548

JP 4,538,549

JP 4,538,550

JP 4,538,551

JP 4,538,552

JP 4,538,553

JP 4,538,554

JP 4,538,555

JP 4,538,556

JP 4,538,557

JP 4,538,558

JP 4,538,559

JP 4,538,560

JP 4,538,561

JP 4,538,562

JP 4,538,563

JP 4,538,564

JP 4,538,565

JP 4,538,566

JP 4,538,567

August 1, 2011        **AVC Attachment 1**        **Page 88 of 88**

JP 4,538,568

JP 4,538,569

JP 4,538,570

JP 4,538,571

JP 4,560,136

JP 4,560,137

JP 4,560,138

JP 4,560,139

JP 4,560,140

KR 685,771

KR 685,772

Victor Company of Japan, Limited
US Re. 34,965[†]

US Re. 35,158[†]

US 5,103,307[22]

JP 2,962,012

JP 3,060,376[23]

---

[†] Expired January 17, 2010
[22] Expired January 17, 2011
[23] Expires August 30, 2011

August 1, 2011                    AVC Attachment 1                    Page 1 of 1

## Addendum of Patents of Withdrawn Licensors

Each patent listed below was contributed to the AVC Patent Licensing Program by an entity that has withdrawn as a licensor from the AVC Patent Licensing Program effective as of the date listed next to that entity's name.  Those licensees with an AVC Patent Portfolio License in effect *prior to* the date of withdrawal indicated next to each patent retain their license under the respective withdrawn patent *on and after* the indicated withdrawal date.

LSI Corporation (formerly LSI Logic Corporation) (withdrawn July 15, 2007)

US 7,020,200 (withdrawn July 15, 2007)

## Addendum of Patents Removed from AVC Attachment 1

Each patent listed below was previously found essential for part of the AVC Standard that has now been deleted from the AVC Standard effective as of the date listed next to the removed patent. Those licensees with an AVC Patent Portfolio License in effect *prior to* the date of removal indicated next to each patent retain their license under the respective removed patent *on and after* the indicated removal date.

LG Electronics Inc.

US 6,862,043   removed effective December 5, 2008