# EXHIBIT 17

Via Licensing - FAQs



Licensing Programs   Patent Calls   News and Events   Partners   About Via   Contact Us                                                                                                      Login to ViaSecure

## Via Licensing - FAQs

Via Licensing | Patent Pools



**Frequently Asked Questions About Via Licensing**

1  Who is Via Licensing?
2  What does Via Licensing do?
3  What do I do to submit a patent to join a joint licensing program?
4  How do I obtain a license from a joint licensing program that is offering licenses?
5  How can I get a list of the patents available in a particular program?
6  What about patents that aren't on the list?
7  Why do new programs have few patents listed in the license agreement?
8  Does it cost me any more as a licensee if new Essential Patents or new licensors are added to the program?
9  Do companies that are licensors get a special deal that the rest of us don't get?
10  I'm special because (fill in the blank), can I get a special deal on license rates?

No. The licenses available under the program are intended to be offered to the entire market on Reasonable And Non-Discriminatory (RAND) terms. As such, the license fees and other similar terms are consistent amongst licensees. However, if there is something about the sample license that is impossible for you to comply with, Via Licensing would be happy to discuss the matter with you further.



Licensing Programs | Patent Calls | News and Events | Partners | About Via | Contact Us | Login to ViaSecure

## Via Licensing - IEEE 802.11

Overview | License Fees | Licensors | Request a License

| Units/Years | License Fee per Licensed Product |
| --- | --- |
| 1 to 500,000 | $0.55 |
| 500,001 to 1,000,000 | $0.50 |
| 1,000,001 to 5,000,000 | $0.45 |
| 5,000,001 to 10,000,000 | $0.30 |
| 10,000,001 to 20,000,000 | $0.20 |
| 20,000,001 to 40,000,000 | $0.10 |
| 40,000,001 or more | $0.05 |

