HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants. | No. C10-1823-JLR<br><br>STIPULATION AND (PROPOSED) ORDER RE-NOTING MICROSOFT'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | **Noted for:  Friday, September 2, 2011** |

## **STIPULATION**

Microsoft Corporation ("Microsoft") and Motorola, Inc. (nka Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") hereby stipulate as follows:

On August 18, 2011, Microsoft filed its pending Motion for Partial Summary Judgment (Dkt. No. 77) (the "Motion").  The Motion is currently noted for Friday, September 9, 2011.

STIPULATION AND (PROPOSED) ORDER RE-NOTING MICROSOFT'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    In order to provide Motorola additional time to respond to the Motion, the Parties have agreed

2    that the Motion should be re-noted for Friday, September 30, 2011, and that the following

3    deadlines should apply:

4       • Deadline for Motorola's Response........................ Friday, September 23, 2011

5       • Deadline for Microsoft's Reply............................ Friday, September 30, 2011

6       • Noting Date.......................................................... Friday, September 30, 2011

7

8                                **(PROPOSED) ORDER**

9        It is SO ORDERED.

10       DONE IN OPEN COURT this __ day of _____, 2011.

11

12                          _____
                            HONORABLE JAMES L. ROBART

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND (PROPOSED) ORDER RE-
NOTING MICROSOFT'S PENDING MOTION
FOR PARTIAL SUMMARY JUDGMENT AND
SETTING BRIEFING SCHEDULE - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    **AGREED AND STIPULATED TO:**

2    DANIELSON HARRIGAN LEYH &                    SUMMIT LAW GROUP PLLC
3    TOLLEFSON LLP

4    By ____/s/ Christopher Wion_____       By ____/s/ Philip S. McCune_____
          Arthur W. Harrigan, Jr., WSBA #1751          Philip S. McCune, WSBA #21081
5         Christopher Wion, WSBA #33207               Lynn M. Engel, WSBA #21934
          Shane P. Cramer, WSBA #35099                *philm@summitlaw.com*
6                                                      *lynne@summitlaw.com*
     T. Andrew Culbert, WSBA #35925
7    David E. Killough, WSBA #21119                Steven Pepe (*pro hac vice*)
     MICROSOFT CORPORATION                         Jesse J. Jenner (*pro hac vice*)
8    1 Microsoft Way                               Ropes & Gray LLP
9    Redmond, WA  98052                            1211 Avenue of the Americas
     Phone:  425-882-8080                          New York, NY  10036-8704
10   Fax:  425-869-1327                            (212) 596-9046
                                                   *steven.pepe@ropesgray.com*
11   John W. McBride, *(pro hac vice)*             *jesse.jenner@ropesgray.com*
     David T. Pritikin, *(pro hac vice)*
12   Richard A. Cederoth, *(pro hac vice)*         Norman H. Beamer (*pro hac vice*)
     Douglas I. Lewis, *(pro hac vice)*            Ropes & Gray LLP
13   SIDLEY AUSTIN LLP                             1900 University Avenue, 6th Floor
     One South Dearborn                            East Palo Alto, CA  94303-2284
14   Chicago, IL  60603                            (650) 617-4030
     Phone:  312-853-7000                          *norman.beamer@ropesgray.com*
15   Fax:  312-853-7036
                                                   Paul M. Schoenhard (*pro hac vice*)
16   Brian R. Nester, *(pro hac vice)*             Ropes & Gray LLP
17   Kevin C. Wheeler, *(pro hac vice)*            One Metro Center
     SIDLEY AUSTIN LLP                             700 12th Street NW, Suite 900
18   1501 K Street NW                              Washington, DC  20005-3948
     Washington, DC  20005                         (202) 508-4693
19   Telephone:  202-736-8000                      *Paul.schoenhard.@ropesgray.com*
     Fax:  202-736-8711
20                                                 **Counsel for Motorola Solutions, Inc.,**
     **Counsel for Microsoft Corp.**              **Motorola Mobility, Inc., and General**
21                                                 **Instrument, Corp.**

22

23

24

25

STIPULATION AND (PROPOSED) ORDER RE-
NOTING MICROSOFT'S PENDING MOTION
FOR PARTIAL SUMMARY JUDGMENT AND
SETTING BRIEFING SCHEDULE - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717