HONORABLE JAMES L. ROBART

FILED LODGED ENTERED RECEIVED
SEP - 2 2011
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY



10-CV-01823-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br>MOTOROLA, INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br>STIPULATION AND <s>(PROPOSED)</s> ORDER RE-NOTING MICROSOFT'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br><br>                Defendant. | Noted for: Friday, September 2, 2011 |

### STIPULATION

Microsoft Corporation ("Microsoft") and Motorola, Inc. (nka Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") hereby stipulate as follows:

On August 18, 2011, Microsoft filed its pending Motion for Partial Summary Judgment (Dkt. No. 77) (the "Motion"). The Motion is currently noted for Friday, September 9, 2011.

STIPULATION AND (PROPOSED) ORDER RE-NOTING MICROSOFT'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

In order to provide Motorola additional time to respond to the Motion, the Parties have agreed that the Motion should be re-noted for Friday, September 30, 2011, and that the following deadlines should apply:

- Deadline for Motorola's Response.......................... Friday, September 23, 2011
- Deadline for Microsoft's Reply.............................. Friday, September 30, 2011
- Noting Date............................................................ Friday, September 30, 2011

(~~PROPOSED~~) ORDER

It is SO ORDERED.

DONE IN OPEN COURT this 2ⁿᵈ day of Sept., 2011.

_____
HONORABLE JAMES L. ROBART

STIPULATION AND (PROPOSED) ORDER RE-NOTING MICROSOFT'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  **AGREED AND STIPULATED TO:**

2  DANIELSON HARRIGAN LEYH &    SUMMIT LAW GROUP PLLC
   TOLLEFSON LLP
3

4  By ___/s/ Christopher Wion___    By ___/s/ Philip S. McCune___
       Arthur W. Harrigan, Jr., WSBA #1751       Philip S. McCune, WSBA #21081
5      Christopher Wion, WSBA #33207             Lynn M. Engel, WSBA #21934
       Shane P. Cramer, WSBA #35099              philm@summitlaw.com
6                                                lynne@summitlaw.com
   T. Andrew Culbert, WSBA #35925
7  David E. Killough, WSBA #21119    Steven Pepe (pro hac vice)
   MICROSOFT CORPORATION            Jesse J. Jenner (pro hac vice)
8  1 Microsoft Way                  Ropes & Gray LLP
   Redmond, WA  98052               1211 Avenue of the Americas
9  Phone:  425-882-8080             New York, NY  10036-8704
   Fax:  425-869-1327               (212) 596-9046
10                                  steven.pepe@ropesgray.com
11 John W. McBride, (pro hac vice)  jesse.jenner@ropesgray.com
   David T. Pritikin, (pro hac vice)
12 Richard A. Cederoth, (pro hac vice)  Norman H. Beamer (pro hac vice)
   Douglas I. Lewis, (pro hac vice)     Ropes & Gray LLP
13 SIDLEY AUSTIN LLP                    1900 University Avenue, 6th Floor
   One South Dearborn                   East Palo Alto, CA  94303-2284
14 Chicago, IL  60603                   (650) 617-4030
   Phone:  312-853-7000                 norman.beamer@ropesgray.com
15 Fax:  312-853-7036
16                                      Paul M. Schoenhard (pro hac vice)
   Brian R. Nester, (pro hac vice)      Ropes & Gray LLP
17 Kevin C. Wheeler, (pro hac vice)     One Metro Center
   SIDLEY AUSTIN LLP                    700 12th Street NW, Suite 900
18 1501 K Street NW                     Washington, DC  20005-3948
   Washington, DC  20005                (202) 508-4693
19 Telephone:  202-736-8000             Paul.schoenhard.@ropesgray.com
   Fax:  202-736-8711
20                                      **Counsel for Motorola Solutions, Inc.,**
21 **Counsel for Microsoft Corp.**      **Motorola Mobility, Inc., and General**
                                        **Instrument, Corp.**
22

23

24

25

STIPULATION AND (PROPOSED) ORDER RE-
NOTING MICROSOFT'S PENDING MOTION
FOR PARTIAL SUMMARY JUDGMENT AND
SETTING BRIEFING SCHEDULE - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717