The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>      Defendants. | CASE NO. C10-1823-JLR<br><br>[MOTOROLA'S PROPOSED]<br>AMENDED ORDER SETTING TRIAL<br>DATES AND RELATED DATES |
| MOTOROLA MOBILITY, INC., et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | |

This matter comes before the Court on the parties' Joint Motion (1) for an order granting an amended scheduling order and (2) for clarification regarding the exchange of noninfringement contentions. Having considered the Motion, the Court deems itself fully advised.

Now, therefore,

[MOTOROLA'S PROPOSED] AMENDED ORDER SETTING
TRIAL DATES AND RELATED DATES - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    IT IS ORDERED that, good cause having been shown, the parties' joint request to modify the deadlines set forth in the Court's Minute Order Setting Trial Dates and Related Dates, issued on August 5, 2011 (Dkt. No. 76), is GRANTED.

IT IS FURTHER ORDERED that the parties will exchange noninfringement contentions on December 2, 2011.

Accordingly, the Court hereby adopts the following amended case schedule:

| Event | Date |
|---|---|
| Preliminary infringement contentions and disclosure of asserted claims | September 2, 2011 |
| Disclosure of preliminary invalidity contentions | September 30, 2011 |
| Exchange noninfringement contentions | December 2, 2011 |
| Exchange proposed claim terms for construction | December 9, 2011 |
| Preliminary Claim Chart | December 23, 2011 |
| Joint Claim Chart and Prehearing Statement | January 13, 2012 |
| Opening claim construction briefs (24 pages per side) | January 27, 2012 |
| Responsive claim construction briefs (24 pages per side) | February 10, 2012 |
| <u>Markman</u> hearing at **09:00** AM | **March 9, 2012** |
| Reports from expert witnesses under FRCP 26(a)(2) due | April 27, 2012 |
| Rebuttal expert reports due | May 25, 2012 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d)(3) or CR 37(a)(2)(B) | June 8, 2012 (*"noted by" date*) |
| Discovery completed by | June 15, 2012 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | July 24, 2012 (*"filed by" date*) August 17, 2012 (*"noted by" date*) |
| Settlement conference per CR 39.1(c)(2) held no later than | August 24, 2012 |
| Mediation per CR 39.1(c)(3) held no later than | September 14, 2012 |

[MOTOROLA'S PROPOSED] AMENDED ORDER SETTING
TRIAL DATES AND RELATED DATES - 2
CASE NO. C10-1823-JLR

| | |
|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | October 22, 2012 (*"filed by" date*)<br>November 2, 1012 (*"noted by" date*) |
| Agreed pretrial order | November 8, 2012 |
| Pretrial conference to be held at **02:00** PM on | November 13, 2012 |
| Trial briefs, proposed *voir dire* questions and jury instructions | November 19, 2012 |
| **Jury Trial**<br>(5 days) | **November 26, 2012** |

IT IS SO ORDERED.

DATED this _____ day of _____, 2011.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC


By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

   Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *steven.pepe@ropesgray.com*
   *jesse.jenner@ropesgray.com*

[MOTOROLA'S PROPOSED] AMENDED ORDER SETTING TRIAL DATES AND RELATED DATES - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  Norman H. Beamer (*pro hac vice*)
   Ropes & Gray LLP
2  1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
3  (650) 617-4030
   *norman.beamer@ropesgray.com*
4
   Paul M. Schoenhard (*pro hac vice*)
5  Ropes & Gray LLP
   One Metro Center
6  700 12th Street NW, Suite 900
   Washington, DC  20005-3948
7  (202) 508-4693
   *Paul.schoenhard.@ropesgray.com*
8
   ***Attorneys for Defendants Motorola Solutions, Inc.,***
9  ***Motorola Mobility, Inc., and General Instrument***
   ***Corporation***
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[MOTOROLA'S PROPOSED] AMENDED ORDER SETTING
TRIAL DATES AND RELATED DATES - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001