The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:<br>Friday, October 7, 2011** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL RE: OPPOSITION TO
MICROSOFT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

THIS MATTER having come before the Court on Defendants' Motion to File Documents Under Seal re: Opposition to Microsoft's Motion for Partial Summary Judgment and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby.

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Limited portions of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment;

2. Exhibits 8 and 15 to the Declaration of Kevin J. Post; and

3. Exhibit A to the Declaration of David J. Teece.

IT IS SO ORDERED.

DATED this _____ day of _____, 2011.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  And by

2  Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
3  Ropes & Gray LLP
   1211 Avenue of the Americas
4  New York, NY  10036-8704
   (212) 596-9046
5  *steven.pepe@ropesgray.com*
   *jesse.jenner@ropesgray.com*
6
   Norman H. Beamer (*pro hac vice*)
7  Ropes & Gray LLP
   1900 University Avenue, 6th Floor
8  East Palo Alto, CA  94303-2284
   (650) 617-4030
9  *norman.beamer@ropesgray.com*

10 Paul M. Schoenhard (*pro hac vice*)
   Ropes & Gray LLP
11 One Metro Center
   700 12th Street NW, Suite 900
12 Washington, DC  20005-3948
   (202) 508-4693
13 *paul.schoenhard.@ropesgray.com*

14 ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation***
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Kevin C. Wheeler, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

J. Donald Best, Esq.
Michael Best & Friedrich LLP
*jdbest@michaelbest.com*

DATED this 23rd day of September, 2011.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001