The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br>[PROPOSED]<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, September 30, 2011** |

This matter came before the Court on the Motion of Microsoft Corporation for Partial Summary Judgment against Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola").

The Court heard the oral argument of counsel and considered the following pleadings filed in support of and in opposition to the Motion:

1. Microsoft's Motion for Partial Summary Judgment;

2. Declaration of Christopher T. Wion in Support of Microsoft's Motion for Partial Summary Judgment and exhibits attached thereto;

3. Declaration of Roy Harlin in Support of Microsoft's Motion for Partial Summary Judgment;

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4. Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment;

5. Declaration of Kevin J. Post and exhibits 1-21 attached thereto;

6. Declaration of Richard J. Holleman and Exhibit A attached thereto;

7. Declaration of David J. Teece and Exhibit A attached thereto;

8.

9.

10.

Having considered the above pleadings and materials, the argument of counsel, and being otherwise fully advised,

IT IS ORDERED that Microsoft's Motion for Partial Summary Judgment is DENIED.

DATED this _____ day of _____, 2011.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 And by

2     Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
3     Ropes & Gray LLP
    1211 Avenue of the Americas
4     New York, NY  10036-8704
    (212) 596-9046
5     *jesse.jenner@ropesgray.com*
    *steven.pepe@ropesgray.com*
6

7     Norman H. Beamer (*pro hac vice*)
    Ropes & Gray LLP
8     1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
9     (650) 617-4030
    *norman.beamer@ropesgray.com*
10

    Paul M. Schoenhard (*pro hac vice*)
11     Kevin J. Post (*pro hac vice pending*)
    Ropes & Gray LLP
12     One Metro Center
    700 12th Street NW, Suite 900
13     Washington, DC  20005-3948
    (202) 508-4693
14     *paul.schoenhard@ropesgray.com*
    *kevin.post@ropesgray.com*
15

***Attorneys for Defendants Motorola, Inc., Motorola***
16 ***Mobility, Inc., and General Instrument Corp.***

17

18

19

20

21

22

23

24

25

26

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson Harrigan Leyh & Tollefson
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*rcederoth@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 23rd day of September, 2011.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001