**FILED UNDER SEAL:
OUTSIDE ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 8**