**FILED UNDER SEAL:**
**OUTSIDE ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 15**