The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>Declaration of Richard J. Holleman |

I, Richard J. Holleman, hereby declare and state as follows:

1. I am generally familiar with the facts in this matter, and this declaration is based on my personal knowledge and information known to me.

2. I submit this declaration in support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment.

3. My qualifications and background are set forth in my July 15, 2011 Rebuttal Expert Report submitted in *In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Investigation No. 337-TA-752, before the United States International Trade Commission (ITC Inv. No. 337-TA-752), attached hereto as Exhibit A.

4. The statements and opinions set forth in my July 15, 2011 Rebuttal Expert Report in ITC Inv. No. 337-TA-752 are true and accurate based on my personal knowledge and professional experience.

DECLARATION OF RICHARD J. HOLLEMAN
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  I declare under penalty of perjury of the laws of the United States and the State of
2  Washington that the foregoing is true and correct.

3  DATED this 20th day of September, 2011.

_____
Richard J. Holleman

DECLARATION OF RICHARD J. HOLLEMAN
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Danielson, Harrigan, Leyh & Tollefson LLP
> *arthurh@dhlt.com*
> *chrisw@dhlt.com*
> *shanec@dhlt.com*
>
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> Kevin C. Wheeler, Esq.
> Richard A. Cederoth, Esq.
> Sidley Austin LLP
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *kwheeler@sidley.com*
> *rcederoth@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 23rd day of September, 2011.

/s/   *Marcia A. Ripley*
     Marcia A. Ripley

DECLARATION OF RICHARD J. HOLLEMAN
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001