UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC, et al.,<br><br>Defendants. | CASE NO. C10-1823JLR<br><br>ORDER |

This matter comes before the court on the parties' Joint Motion for Amended Scheduling Order ("Joint Motion") (Dkt. # 84) requesting (1) adjustments to the court's Minute Order Setting Trial Dates and Related Dates (the "Scheduling Order") (Dkt. # 76), and (2) clarification as to whether non-infringement contentions must be exchanged. The Joint Motion also indicates that the parties have agreed not to rely on expert reports during the claim construction phase of this matter. For the reasons stated below, the court GRANTS in part and DENIES in part the Joint Motion.

ORDER- 1

1    Regarding adjustments to the court's schedule, the Federal Rules of Civil

2 Procedure provide that a schedule may be modified only for good cause and with the

3 court's consent.  Fed. R. Civ. P. 16(b)(4).  Here, the parties seek various adjustments to

4 the Scheduling Order, including an extension for the completion of claim construction

5 briefs, while holding constant the March 9, 2011 date for the following *Markman*

6 hearing.  The court issues scheduling orders setting trial dates and related dates to provide

7 a reasonable schedule for the resolution of disputes.  In its Scheduling Order, the court

8 provided for 35 days between the deadline for completing claim construction briefing and

9 the *Markman* hearing to allow the court adequate time to prepare for the hearing.

10 Decreasing this time period will impact the court's schedule in preparing for the

11 *Markman* hearing.  Additionally, the court finds no cause for extending the date for the

12 completion of claim construction briefing because the parties, having agreed to forgo the

13 use of expert reports in the claim construction phase, no longer must take the time to

14 exchange such reports.  Accordingly, as set forth below, the court adopts much of the

15 parties' proposed schedule, but shifts several of the proposed dates earlier in time by one

16 week so that claim construction briefing concludes on February 3, 2012, the date set forth

17 in the Scheduling Order.

18    With respect to the parties' disagreement over the need to exchange non-

19 infringement contentions, the court makes clear that it expects the parties to follow the

20 Local Patent Rules unless directed otherwise.  Due to the parties' disagreement on this

21 issue, the court adds a **December 2, 2011** date to the schedule by which the parties shall

22

ORDER- 2

1  exchange non-infringement contentions in accordance with Local Patent Rule 121.[1]

2  Thus, the court sets the following revised schedule[2]:

3      Disclosure of preliminary invalidity contentions    September 30, 2011

4      Exchange proposed claim terms for construction    December 2, 2011

5      Preliminary Claim Chart    December 16, 2011

6      Joint claim chart and Prehearing Statement    January 6, 2012

7      Opening claim construction briefs due
    (24 pages per side)    January 20, 2012
8

    Responsive claim construction briefs due
9      (24 pages per side)    February 3, 2012

10      *Markman* hearing at 09:00 AM on    March 9, 2012

11      Reports from expert witnesses under FRCP 26(a)(2) due    April 27, 2012

12      Rebuttal expert reports due    May 25, 2012

13      All motions related to discovery must be noted
    on the motion calendar no later than the Friday
14      before discovery closes pursuant to
    CR7(d)(d)(3) or CR37(a)(2)(B)
15
    Discovery completed by    June 15, 2012
16

17

18

---

19
[1] The parties also brought to the court's attention a discovery dispute relating to an
20  interrogatory request from Motorola, Inc. (Dkt. # 84, Ex. A at 15-16).  Neither party, however, requests relief from the court with respect to this dispute, and the court therefore does not
21  address this dispute in this order.

[2] The court assumes the parties exchanged preliminary infringement contentions and
22  disclosure of asserted claims on September 2, 2011, as required by the Scheduling Order.

ORDER- 3

| | | |
|---|---|---|
| 1 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | July 24, 2012 |
| 4 | Settlement conference per CR 39.1(c)(2) held no later than | August 24, 2012 |
| 5 | Mediation per CR 39.1(c)(3) held no later than | September 14, 2012 |
| 6 | All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | October 22, 2012 |
| 8 | Agreed pretrial order due | November 8, 2012 |
| 9 | Trial briefs, proposed voir dire questions and jury instructions | November 19, 2012 |
| | Pretrial conference to be held at **02:00 PM** on | November 13, 2012 |
| | Length of Jury Trial: 5 days | |
| | **TRIAL DATE** | **November 26, 2012** |

The court therefore GRANTS in part and DENIES in part the Joint Motion. The parties may contact chambers if they would like to set up a telephone conference with the court to discuss the case schedule.

Dated this 29th day of September, 2011.

The Honorable James L. Robart
U.S. District Court Judge

ORDER- 4