HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7       IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9   MICROSOFT CORPORATION,

                           Plaintiff,          No. C10-1823-JLR
10
            v.                                 MICROSOFT'S MOTION TO FILE
11                                             DOCUMENTS UNDER SEAL
    MOTOROLA, INC., et al.,
12                                             NOTED FOR:
                           Defendants.         Friday, October 14, 2011
13
    MOTOROLA MOBILITY, INC., et al.,
14
                           Plaintiffs,
15
            v.
16
    MICROSOFT CORPORATION,
17
                           Defendant.
18
## I.      RELIEF REQUESTED
19
       Microsoft Corporation moves for leave to file certain portions of its Reply in Support of
20
its Motion for Partial Summary Judgment (the "Reply Brief") under seal pursuant to Local
21
Civil Rule 5(g) and paragraphs 2(a) and 8 of the Protective Order entered in this case.
22
## II.     FACTS & AUTHORITY
23
       Microsoft's Reply Brief refers to certain information and documents designated by
24
Motorola as Confidential Business Information and filed by Motorola under seal with its
25
Opposition to Microsoft's Motion for Partial Summary Judgment.  Under the terms of the

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   Protective Order  entered on July 21, 2011(ECF No. 72), Microsoft is required to file its Reply

2   Brief under seal in order to maintain the confidentiality of material that Motorola has identified

3   as Confidential Business Information.

4        Paragraphs 2(a) and 8 of the Protective Order govern the filing of documents under

5   seal.  Paragraph 2(a) provides:

> Any information submitted in pre-trial discovery or in a pleading, motion, or
> response to a motion in this action…and which is asserted by a supplier to
> contain or constitute Confidential Business Information shall be so designated
> by such supplier in writing…and shall be segregated from other information
> being submitted.  Documents shall be clearly and prominently marked on their
> face with the legend: "[SUPPLIER'S NAME] CONFIDENTIAL BUSINESS
> INFORMATION, SUBJECT TO PROTECTIVE ORDER" or a comparable
> notice.  During the pre-trial phase of this action, such information, whether
> submitted in writing or in oral testimony, shall be disclosed only *in camera*
> before the Court and shall be filed only under seal, pursuant to Rule 5(g) of the
> Local Civil Rules of the United States District Court for the Western District of
> Washington.

13   Paragraph 8 likewise provides that:

> Any Confidential Business Information submitted to the Court in connection
> with a motion or other proceeding within the purview of this action shall be
> submitted under seal pursuant to paragraph 2 above.

16   *Id.*, at ¶ 8.

17        Under these provisions of the Protective Order, Microsoft is required to file certain

18   limited portions of its Reply Brief under seal because those portions refer to information that

19   Motorola has designated as Confidential Business Information under the Protective Order.  For

20   purposes of this Motion, Microsoft is not opposing Motorola's relevant confidentiality

21   designations.  However, nothing in this Motion is intended as a waiver of Microsoft's right to

22   contest these or any other of Motorola's designations of material to be protected under the

23   terms of the Protective Order.  Microsoft expressly reserves the right to do so as the

24   circumstances warrant.

25

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

1    Microsoft is filing a public version of its Reply Brief in which references to material

2  designated by Motorola as Confidential Business Information have been redacted.

### III.    CONCLUSION

4    For the foregoing reasons, Microsoft respectfully requests that this Court permit

5  Microsoft to file its Reply Brief under seal, with a redacted copy being filed in the public

6  record.  A [Proposed] Order Granting Microsoft's Motion to File Documents Under Seal has

7  been submitted herewith.

8    DATED this 30th day of September, 2011.

9                          DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
                           By     /s/ Arthur W. Harrigan, Jr.
10                                Arthur W. Harrigan, Jr., WSBA #1751
                                  Christopher Wion, WSBA #33207
11                                Shane P. Cramer, WSBA #35099

12
                                  T. Andrew Culbert, WSBA #35925
13                                David E. Killough, WSBA #40185
                                  MICROSOFT CORPORATION
14                                1 Microsoft Way
                                  Redmond, WA  98052
15                                Phone:  425-882-8080; Fax:  425-869-1327

16
                                  David T. Pritikin, *Pro Hac Vice*
17                                Richard A. Cederoth, *Pro Hac Vice*
                                  Douglas I. Lewis, *Pro Hac Vice*
18                                John W. McBride, *Pro Hac Vice*
                                  SIDLEY AUSTIN LLP
19                                One South Dearborn
                                  Chicago, IL  60603
20                                Phone:  312-853-7000; Fax:  312-853-7036

21
                                  Brian R. Nester, *Pro Hac Vice*
22                                Kevin C. Wheeler, *Pro Hac Vice*
                                  SIDLEY AUSTIN LLP
23                                1501 K Street NW
                                  Washington, DC  20005
24                                Telephone:  202-736-8000; Fax:  202-736-8711

25                                Counsel for Microsoft Corporation

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

1

## <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on September 30, 2011, I electronically filed the foregoing

3   document with the Clerk of the Court using the CM/ECF system, which will send notification

4   of such filing to the following:

5          **<u>Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and</u>**
**<u>General Instrument Corporation</u>**
6

7          Philip S. McCune
           Lynn M. Engle
8          Summit Law Group

9          Steven Pepe
           Jesse J. Jenner
10         Norman Beamer
           Paul M. Schoenhard
11         Ropes & Gray

12

13                                          _____/s/ Susie Clifford_____

14

15

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 4