HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>       Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>       Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, October 14, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | |

THIS MATTER comes before the Court on Microsoft's Motion to File Documents under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED:

Microsoft's Motion to File Documents Under Seal is GRANTED.

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

1   DONE IN OPEN COURT this ___ day of _____, 2011.

2

3                                           _____
4                                           HONORABLE JAMES L. ROBART

5   Presented by:

6   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
7

8   By    /s/ Arthur W. Harrigan, Jr.
         Arthur W. Harrigan, Jr., WSBA #1751
9        Christopher Wion, WSBA #33207
         Shane P. Cramer, WSBA #35099
10

11       T. Andrew Culbert, WSBA #35925
         David E. Killough, WSBA #40185
12       MICROSOFT CORPORATION
         1 Microsoft Way
13       Redmond, WA  98052
         Phone:  425-882-8080
14       Fax:  425-869-1327

15
         David T. Pritikin, *Pro Hac Vice*
16       Richard A. Cederoth, *Pro Hac Vice*
         Douglas I. Lewis, *Pro Hac Vice*
17       John W. McBride, *Pro Hac Vice*
         SIDLEY AUSTIN LLP
18       One South Dearborn
         Chicago, IL  60603
19       Phone:  312-853-7000
         Fax:  312-853-7036
20
         Brian R. Nester, *Pro Hac Vice*
21       Kevin C. Wheeler, *Pro Hac Vice*
         SIDLEY AUSTIN LLP
22       1501 K Street NW
         Washington, DC  20005
23       Telephone:  202-736-8000
24       Fax:  202-736-8711

25       Counsel for Microsoft Corporation

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Susie Clifford

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717