HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>      Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED: Friday, September 30, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | |

This matter came before the Court on the Motion of Microsoft Corporation for Partial Summary Judgment against Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") that:

1. Motorola entered into binding contractual commitments with the Institute of Electrical and Electronics Engineers ("IEEE") and the International Telecommunications Union ("ITU"), committing to license its declared-essential patents on reasonable and nondiscriminatory ("RAND") terms and conditions;

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Microsoft is a third-party beneficiary of Motorola's contracts with the IEEE and ITU;

3. When offering a license to a third-party beneficiary of Motorola's commitments to the IEEE and ITU such as Microsoft, Motorola must offer RAND terms and conditions;

4. Motorola's offers to Microsoft to license Motorola's H.264 and 802.11 declared-essential patents breached Motorola's contractual commitments to the IEEE, ITU, and Microsoft because no reasonable trier of fact could conclude that Motorola's offers were on RAND terms and conditions; and

5. Microsoft is entitled to a license to Motorola's H.264 and 802.11 declared-essential patents on RAND terms and conditions, with the specific terms of such license to be resolved at a later time.

The Court heard the oral argument of counsel and considered the following pleadings filed in support of and in opposition to the Motion:

1. Microsoft's Motion for Partial Summary Judgment;

2. Declaration of Christopher T. Wion in Support of Microsoft's Motion for Partial Summary Judgment and exhibits attached thereto;

3. Declaration of Roy Harlin in Support of Microsoft's Motion for Partial Summary Judgment;

4. Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment;

5. Declaration of Richard J. Holleman and exhibits attached thereto;

6. Declaration of Kevin J. Post and exhibits attached thereto;

7. Declaration of David J. Teece and exhibits attached thereto;

8. Microsoft's Reply in Support of Motion for Partial Summary Judgment; and

9. Declaration of Shane P. Cramer in Support of Microsoft's Motion for Partial Summary Judgment and exhibits attached thereto.

Having considered the above pleadings and materials, the argument of counsel, and being otherwise fully advised,

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

IT IS ORDERED that Microsoft's Motion for Partial Summary Judgment is GRANTED in its entirety.

DONE IN OPEN COURT this __ day of _____, 2011.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   /s/ Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA  98052
     Phone:  425-882-8080; Fax:  425-869-1327

     David T. Pritikin, *Pro Hac Vice*
     Richard A. Cederoth, *Pro Hac Vice*
     Douglas I. Lewis, *Pro Hac Vice*
     John W. McBride, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL  60603
     Phone:  312-853-7000; Fax:  312-853-7036

     Brian R. Nester, *Pro Hac Vice*
     Kevin C. Wheeler, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC  20005
     Telephone:  202-736-8000; Fax:  202-736-8711

     Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on August 18th 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                      /s/ Linda Bledsoe
                                      Linda Bledsoe

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717