HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>MOTOROLA, INC., et al.,<br><br>              Defendants. | No. C10-1823-JLR<br><br>DECLARATION OF SHANE CRAMER IN SUPPORT OF MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED FOR:**<br>**FRIDAY, SEPTEMBER 30, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | |

10

11

12

13

14

15

16

17

18

19

20     I, Shane Cramer, hereby declare as follows:

21          1.     I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP,

22     counsel for Microsoft Corporation in the above-captioned matter, and have personal

23     knowledge of the facts stated herein.

24          2.     Attached hereto as Exhibit 1 is a true and correct copy of a document titled

25     "ANSI Response to Request for Information Re: Federal Agencies' Participation in Standards

DECLARATION OF SHANE CRAMER IN
SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

1  and Conformity Assessment Issues," which was downloaded from the Federal Trade

2  Commission website and is available as of today's date at http://www.ftc.gov/os/comments/

3  patentstandardsworkshop/00006-60456.pdf.

4          3.       Attached hereto as Exhibit 2 are true and correct copies of selected pages from a

5  document titled "Accredited Standards Developers" dated Wednesday, September 28, 2011,

6  which was downloaded from the American National Standards Institute website and which is

7  available as of today's date at: http://publicaa.ansi.org/sites/apdl/Documents/Standards%20Act

8  ivities/American%20National%20Standards/ANSI%20Accredited%20Standards%20Develope

9  rs/SEPT11ASD-basic.pdf.

10         4.       Attached hereto as Exhibit 3 is a true and correct copy of the ANSI patent

11  policy, which was downloaded from the ANSI website and is available as of today's date at:

12  http://publicaa.ansi.org/sites/apdl/Reference%20Documents%20Regarding%20ANSI%20Pat

13  ent%20Policy/ANSI%20Patent%20Policy%20-%20Revised%202008.pdf.

14         I declare under penalty of perjury under the laws of the State of Washington that the

15  foregoing is true and correct.

16         DATED this 30th day of September, 2011, at Seattle, Washington.

17

18

19                                      Shane P. Cramer, WSBA #35099

20

21

22

23

24

25

DECLARATION OF SHANE CRAMER IN
SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

1

## CERTIFICATE OF SERVICE

2

 I hereby certify that on September 30, 2011, I electronically filed the foregoing

3

document with the Clerk of the Court using the CM/ECF system, which will send notification

4

of such filing to the following:

5

6
 **Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

7

8
 Philip S. McCune
Lynn M. Engle
Summit Law Group

9

10
 Steven Pepe
Jesse J. Jenner
Norman Beamer
11
Paul M. Schoenhard
Ropes & Gray

12

13
     _____
     LINDA BLEDSOE

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF SHANE CRAMER IN
SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3