HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                         Plaintiff,<br>  v.<br><br>MOTOROLA, INC., et al.,<br><br>                         Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S NON OPPOSITION TO DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED FOR:**<br>**Friday, October 7, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                         Plaintiffs,<br>  v.<br><br>MICROSOFT CORPORATION,<br><br>                         Defendant. | |

     Microsoft does not oppose Motorola's Motion to File Documents Under Seal Re Opposition to Microsoft's Motion for Partial Summary Judgment [Docket No. 85].

     Nothing herein is intended as a waiver of Microsoft's right to contest Motorola's designation of material as Confidential Business Information in accordance with the terms

MICROSOFT'S NON OPPOSITION TO DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

of the Protective Order entered on July 21, 2011 [Docket No. 72]. Microsoft expressly reserves the right to do so as the circumstances warrant.

DATED this 5th day of October, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   /s/ Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA 98052
     Phone: 425-882-8080
     Fax: 425-869-1327

     David T. Pritikin, *Pro Hac Vice*
     Richard A. Cederoth, *Pro Hac Vice*
     Douglas I. Lewis, *Pro Hac Vice*
     John W. McBride, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL 60603
     Phone: 312-853-7000
     Fax: 312-853-7036

     Brian R. Nester, *Pro Hac Vice*
     Kevin C. Wheeler, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC 20005
     Telephone: 202-736-8000
     Fax: 202-736-8711

     Counsel for Microsoft Corporation

MICROSOFT'S NON OPPOSITION TO DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Susie Clifford
Susie Clifford

MICROSOFT'S NON OPPOSITION TO DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717