The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 7, 2011** |

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Because Motorola meets the standards for sealing as discussed in its moving brief and

2  because Microsoft does not oppose Motorola's motion to seal (ECF No. 85), Motorola respectfully

3  requests that the Court grant its motion to seal.

4  DATED this 7th day of October, 2011.

5  SUMMIT LAW GROUP PLLC

6

7  By /s/ Philip S. McCune
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
8  *philm@summitlaw.com*
   *lynne@summitlaw.com*

9

10 And by

11 Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
12 Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
13 1211 Avenue of the Americas
   New York, NY  10036-8704
14 (212) 596-9046
   *steven.pepe@ropesgray.com*
15 *jesse.jenner@ropesgray.com*
   *stuart.yothers@ropesgray.com*

16 Norman H. Beamer (*pro hac vice*)
   Gabrielle E. Higgins (*pro hac vice*)
17 Ropes & Gray LLP
   1900 University Avenue, 6th Floor
18 East Palo Alto, CA  94303-2284
   (650) 617-4030
19 *norman.beamer@ropesgray.com*
   *gabrielle.higgins@ropesgray.com*

20

21

22

23

24

25

26

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on this day I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system which will send notification of such filing to the following:

3

4              Arthur W. Harrigan, Jr., Esq.
               Christopher T. Wion, Esq.
5              Shane P. Cramer, Esq.
               Danielson, Harrigan, Leyh & Tollefson LLP
6              *arthurh@dhlt.com*
               *chrisw@dhlt.com*
7              *shanec@dhlt.com*

8
               Brian R. Nester, Esq.
9              David T. Pritikin, Esq.
               Douglas I. Lewis, Esq.
10             John W. McBride, Esq.
               Kevin C. Wheeler, Esq.
11             Richard A. Cederoth, Esq.
               Sidley Austin LLP
12             *bnester@sidley.com*
               *dpritikin@sidley.com*
13             *dilewis@sidley.com*
               *jwmcbride@sidley.com*
14             *kwheeler@sidley.com*
               *rcederoth@sidley.com*
15

16
               T. Andrew Culbert, Esq.
17             David E. Killough, Esq.
               Microsoft Corp.
18             *andycu@microsoft.com*
               *davkill@microsoft.com*
19

20     DATED this 7th day of October, 2011.

21

22                                                  /s/          *Marcia A. Ripley*
                                                           Marcia A. Ripley
23

24

25

26

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE        SUMMIT LAW GROUP PLLC
DOCUMENTS UNDER SEAL RE: OPPOSITION TO                315 FIFTH AVENUE SOUTH, SUITE 1000
MICROSOFT'S MOTION FOR PARTIAL SUMMARY                SEATTLE, WASHINGTON 98104-2682
JUDGMENT - 3                                          Telephone: (206) 676-7000
CASE NO. C10-1823-JLR                                 Fax: (206) 676-7001