The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>        Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' NONOPPOSITION TO MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 14, 2011** |

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    Defendants do not oppose Microsoft's Motion to File Documents Under Seal re Reply in
2    Support of Its Motion for Partial Summary Judgment (ECF No. 94).
3    Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's
4    designation of material as Confidential Business Information in accordance with the terms of the
5    Protective Order entered on July 21, 2011 (ECF No. 72).  Defendants expressly reserve the right to
6    do so as the circumstances warrant.
7    DATED this 12th day of October, 2011.

SUMMIT LAW GROUP PLLC


By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*
    *jesse.jenner@ropesgray.com*
    *stuart.yothers@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  
2  
3  
4  
5  

Paul M. Schoenhard (*pro hac vice*)  
Kevin J. Post (*pro hac vice*)  
Ropes & Gray LLP  
One Metro Center  
700 12th Street NW, Suite 900  
Washington, DC  20005-3948  
(202) 508-4693  
*paul.schoenhard.@ropesgray.com*  
*kevin.post@ropesgray.com*  

6  
7  

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S  
MOTION TO FILE DOCUMENTS UNDER SEAL - 2  
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC  
315 FIFTH AVENUE SOUTH, SUITE 1000  
SEATTLE, WASHINGTON 98104-2682  
Telephone:  (206) 676-7000  
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Arthur W. Harrigan, Jr., Esq.
    Christopher T. Wion, Esq.
    Shane P. Cramer, Esq.
    Danielson, Harrigan, Leyh & Tollefson LLP
    *arthurh@dhlt.com*
    *chrisw@dhlt.com*
    *shanec@dhlt.com*

    Brian R. Nester, Esq.
    David T. Pritikin, Esq.
    Douglas I. Lewis, Esq.
    John W. McBride, Esq.
    Kevin C. Wheeler, Esq.
    Richard A. Cederoth, Esq.
    Sidley Austin LLP
    *bnester@sidley.com*
    *dpritikin@sidley.com*
    *dilewis@sidley.com*
    *jwmcbride@sidley.com*
    *kwheeler@sidley.com*
    *rcederoth@sidley.com*

    T. Andrew Culbert, Esq.
    David E. Killough, Esq.
    Microsoft Corp.
    *andycu@microsoft.com*
    *davkill@microsoft.com*

DATED this 12th day of October, 2011.

      /s/      *Marcia A. Ripley*
      Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001