HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                       Plaintiff,<br><br>   v.<br><br>MOTOROLA, INC., et al.,<br><br>                       Defendants. | No. C10-1823-JLR<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                       Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                       Defendant. | |

NOTICE IS HEREBY GIVEN that Kevin C. Wheeler is no longer affiliated with Sidley Austin LLP, and as such, his appearance is hereby withdrawn in the above-captioned matter. He may be removed from any applicable service lists. All remaining Sidley Austin LLP attorneys who have appeared herein remain counsel of record and should continue to receive notices.

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 13th day of October, 2011.

                DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   /s/ Shane P. Cramer
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

      T. Andrew Culbert, WSBA #35925
      David E. Killough, WSBA #40185
      MICROSOFT CORPORATION
      1 Microsoft Way
      Redmond, WA  98052
      Phone:  425-882-8080
      Fax:  425-869-1327

      David T. Pritikin, *Pro Hac Vice*
      Richard A. Cederoth, *Pro Hac Vice*
      Douglas I. Lewis, *Pro Hac Vice*
      John W. McBride, *Pro Hac Vice*
      SIDLEY AUSTIN LLP
      One South Dearborn
      Chicago, IL  60603
      Phone:  312-853-7000
      Fax:  312-853-7036

      Brian R. Nester, *Pro Hac Vice*
      SIDLEY AUSTIN LLP
      1501 K Street NW
      Washington, DC  20005
      Telephone:  202-736-8000
      Fax:  202-736-8711

      Counsel for Microsoft Corporation

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

　　　　　　　　　　　　　　/s/ Susie Clifford
　　　　　　　　　　　　　Susie Clifford

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717