HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>      Defendants. | No. C10-1823-JLR<br><br>**MICROSOFT'S REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Noted:  Friday, October 14, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | |

**MICROSOFT'S REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL**

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  For the reasons set forth in Microsoft's Motion to File Documents Under Seal (ECF
2  No. 94), and because Motorola does not oppose Microsoft's motion (s*ee* ECF No. 100),
3  Microsoft respectfully requests that the Court grant its motion to seal.
4  DATED this 14th day of October, 2011.

5                               DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

7                               By __/s/ Christopher Wion._____
                                    Arthur W. Harrigan, Jr., WSBA #1751
8                                   Christopher Wion, WSBA #33207
                                    Shane P. Cramer, WSBA #35099

                                    T. Andrew Culbert, WSBA #35925
10                                  David E. Killough, WSBA #40185
                                    MICROSOFT CORPORATION
11                                  1 Microsoft Way
                                    Redmond, WA  98052
12                                  Phone:  425-882-8080
                                    Fax:  425-869-1327
13

14                                  David T. Pritikin, *Pro Hac Vice*
                                    Richard A. Cederoth, *Pro Hac Vice*
15                                  Douglas I. Lewis, *Pro Hac Vice*
                                    John W. McBride, *Pro Hac Vice*
16                                  SIDLEY AUSTIN LLP
                                    One South Dearborn
17                                  Chicago, IL  60603
                                    Phone:  312-853-7000
18                                  Fax:  312-853-7036

19
                                    Brian R. Nester, *Pro Hac Vice*
20                                  Kevin C. Wheeler, *Pro Hac Vice*
                                    SIDLEY AUSTIN LLP
21                                  1501 K Street NW
                                    Washington, DC  20005
22                                  Telephone:  202-736-8000
                                    Fax:  202-736-8711
23

24                                  Counsel for Microsoft Corporation

25

**MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL** - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

    /s/ Linda Bledsoe
LINDA BLEDSOE

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717