The Honorable James L. Robart

1

2

3

4

5

6               UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
7                       AT SEATTLE

8  MICROSOFT CORPORATION, a Washington
   corporation,                                   CASE NO. C10-1823-JLR
9
                                                  NOTICE OF WITHDRAWAL OF
10                          Plaintiff,            INDIVIDUAL ATTORNEY

11            v.

12 MOTOROLA, INC., and MOTOROLA
   MOBILITY, INC., and GENERAL
13 INSTRUMENT CORPORATION,

14                          Defendants.

15

16 MOTOROLA MOBILITY, INC., and
   GENERAL INSTRUMENT CORPORATION,
17
         Plaintiffs/Counterclaim Defendant,
18
              v.
19
20 MICROSOFT CORPORATION,

21        Defendant/Counterclaim Plaintiff.

22

23

24

25

26

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    NOTICE IS HEREBY GIVEN that Anthony Pastor is no longer affiliated with Ripes &

2  Gray LLP and, as such, his appearance is hereby withdrawn in the above-captioned matter.  He

3  may be removed from any applicable service list.  All remaining Ropes & Gray LLP attorneys

4  who have appeared herein remain counsel of record and should continue to receive notices.

5    DATED this 25th day of October, 2011.

6                                         SUMMIT LAW GROUP PLLC

7

8                                         By /s/ Philip S. McCune
                                              Philip S. McCune, WSBA #21081
                                              Lynn M. Engel, WSBA #21934
9                                             *philm@summitlaw.com*
                                              *lynne@summitlaw.com*
10

11                                        And by

12                                            Steven Pepe (*pro hac vice*)
                                              Jesse J. Jenner (*pro hac vice*)
13                                            Stuart W. Yothers (*pro hac vice*)
                                              Ropes & Gray LLP
14                                            1211 Avenue of the Americas
                                              New York, NY  10036-8704
15                                            (212) 596-9046
                                              *steven.pepe@ropesgray.com*
16                                            *jesse.jenner@ropesgray.com*
                                              *stuart.yothers@ropesgray.com*
17
                                              Norman H. Beamer (*pro hac vice*)
18                                            Gabrielle E. Higgins (*pro hac vice*)
                                              Ropes & Gray LLP
19                                            1900 University Avenue, 6th Floor
                                              East Palo Alto, CA  94303-2284
20                                            (650) 617-4030
                                              *norman.beamer@ropesgray.com*
21                                            *gabrielle.higgins@ropesgray.com*

22

23

24

25

26

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1
CASE NO. C10-1823-JLR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Defendants Motorola Solutions,
Inc., Motorola Mobility, Inc., and General
Instrument Corporation***

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 25th day of October, 2011.


/s/            *Marcia A. Ripley*
Marcia A. Ripley

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001