HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　Defendants. | No. C10-1823-JLR<br><br>**MICROSOFT'S (UNOPPOSED) MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Noted: Thursday, October 27, 2011 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | |

MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Microsoft Corporation ("Microsoft") hereby moves, unopposed, for an Order permitting Microsoft to amend its Asserted Claims and Preliminary Infringement Contentions ("Infringement Contentions").

On September 2, 2011, Microsoft served its original Asserted Claims and Infringement Contentions on Motorola Mobility, Inc. ("Motorola Mobility"), Motorola Inc., (n/k/a "Motorola Solutions") and General Instrument Corporation ("General Instrument") (collectively, "Motorola") pursuant to the Court's Standing Order for Patent Cases and the Court's August 5, 2011 Minute Order Setting Trial Dates and Related Dates. In those original Infringement Contentions, Microsoft accused 24 of Motorola's smartphone and tablet devices of infringing U.S. Patents No. 6,339,780 and No. 7,411,582 (the "Microsoft Patents").

Microsoft now moves for leave to amend its Infringement Contentions to include the Motorola Droid Bionic XT875 ("Bionic"). In a September 7, 2011 press release (attached as Exhibit A), Motorola announced its plans to release the Bionic to the market the next day. The Bionic runs the Android operating system, and consequently, Microsoft believes that the Bionic also infringes the Microsoft Patents. Microsoft intends to include contentions relating to the Bionic in its amended Infringement Contentions.

Microsoft has good cause to amend its Infringement Contentions. The Bionic was not on the market when Microsoft filed its original Infringement Contentions on September 2, 2011. Microsoft learned of the Bionic's market availability through Motorola's public press announcement, several days after the parties exchanged infringement contentions. Furthermore, the Bionic shares strong similarities with the other 24 accused Motorola smartphone and tablet devices. Like the other accused devices, the Bionic runs the Android operating system, which forms a substantial basis for Microsoft's Infringement Contentions. Given these strong similarities, the Bionic is a natural addition to this matter. Moreover, due to such similarities, Motorola will not be prejudiced by the addition of the Bionic to the case

MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX, (206) 623-8717

because the addition should not substantially affect any of Motorola's arguments or defenses. Indeed, Motorola does not oppose Microsoft's motion to amend its Infringement Contentions.

Finally, this motion to amend is timely. It comes shortly after Motorola announced the Bionic's market availability (September 7, 2011), well in advance of the deadline for exchange of Non-Infringement Contentions (December 2, 2011), several months before the <u>Markman</u> hearing (March 9, 2012), and more than a year before trial (November 26, 2012).

Counsel for Motorola has advised that Motorola does not intend to oppose this Motion. In light of Motorola's non-opposition and the above-described circumstances establishing good cause, the Court should permit Microsoft to amend its Infringement Contentions in order to include Motorola's Bionic smartphone as an additional accused product. Microsoft has included the Bionic in its First Amended Asserted Claims and Preliminary Infringement Contentions, pursuant to the Court's Standing Order for Patent Cases. A copy of the cover sheet for the amended Infringement Contentions is attached hereto as Exhibit B.

## CONCLUSION

Microsoft respectfully requests that the Court grant this motion, and enter an Order allowing Microsoft to serve its First Amended Asserted Claims and Preliminary Infringement Contentions, which include the Bionic as an additional accused product.

DATED this 27th day of October, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By   /s/ Christopher Wion
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corporation

**MICROSOFT'S (UNOPPOSED) MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS - 3**

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                       /s/ Linda Bledsoe
                                       LINDA BLEDSOE

MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# EXHIBIT A

Downloaded on 30/09/2011
Released on 07/09/2011 08:30

07/09/2011 08:30

## Verizon Wireless and Motorola Raise the Bar with DROID BIONIC™ by Motorola

### Unsurpassed power, speed and entertainment on the fastest, most advanced 4G LTE network in America

BASKING RIDGE, N.J. and LIBERTYVILLE, Ill. - Sept. 7, 2011 - Verizon Wireless and Motorola Mobility, Inc. (NYSE: MMI), today announced DROID BIONIC™ by Motorola will be exclusively available beginning Sept. 8.

DROID BIONIC is the first Verizon Wireless smartphone to combine 4G LTE with the power of dual-core 1 GHz processors, 1 GB of RAM and a stunning 4.3-inch qHD display – all in a sleek form factor that makes it the thinnest 4G LTE smartphone from Verizon Wireless. Customers can expect to fly across the Web on the Verizon Wireless 4G LTE network with download speeds of 5 to 12 Mbps and upload speeds of 2 to 5 Mbps in 4G LTE mobile broadband coverage areas.

DROID BIONIC introduces a host of groundbreaking applications and accessories that turn the device into a multimedia hub, a ruler of remote access and a purveyor of virtuality. DROID BIONIC introduces ZumoCast™ by Motorola, an application that lets customers bring their digital world of videos, music, pictures and documents stored on their computers to their handset via remote access. With its revolutionary Webtop application, DROID BIONIC can beam a full-featured Firefox® Web browser 4.0, email or documents to a TV or monitor, like the separately purchased Lapdock™ with a 11.6" screen, keyboard and integrated trackpad.

Accessories such as the HD Station let DROID BIONIC users turn the phone into an entertainment center or home office. Customers can view pictures, video, and content from the DROID BIONIC on any HDTV or monitor by connecting a separately sold HDMI cable. They can also take a conference call while editing documents and surfing the Web. And, of course, the DROID BIONIC lets customers share their 4G LTE signal with up to five Wi-Fi-enabled devices when they activate the Verizon Wireless Mobile Hotspot. The device of the future today, the DROID BIONIC also includes the following features:

- Powered by Android™ 2.3.4 Gingerbread
- Dual-core 1 GHz processor and 1 GB of RAM
- 4.3-inch qHD screen using scratch-resistant Corning® Gorilla® Glass with dual-layer anti-reflective coating
- 8-megapixel autofocus camera with flash and 1080p HD video capture
- Front-facing camera for video chat over 4G LTE, 3G or Wi-Fi
- MOTOPRINT app to print via Wi-Fi-enabled printers
- Mirror Mode with HDMI out (HDMI cable required) supporting 1080p HD video playback
- Multi-window options for multitasking with ease when using the Webtop application
- Business Ready with advanced security policies; resizable and scrollable email, calendar and task widgets; device and SD card encryption; and Citrix® GoToMeeting® and Citrix Receiver™ for Android
- Adobe® Flash® pre-loaded
- HTML 5 capable
- 32 GB memory: 16 GB on board and 16 GB microSD™ card pre-installed (actual formatted capacity is less)
- Support for up to 32 GB microSD cards
- Supports wireless charger

### Pricing and availability:

- DROID BIONIC by Motorola will be available in Verizon Wireless Communication Stores and online at www.verizonwireless.com on Sept. 8 for $299.99 with a new two-year customer agreement.
- Customers will need to subscribe to a Verizon Wireless Nationwide Talk plan beginning at $39.99 for 450 minutes per month and a smartphone data package starting at $30 monthly access for 2 GB of data.
- Verizon Wireless Mobile Hotspot data plans are available beginning at $30 for 2 GB.
- For a limited time, customers who purchase a Lapdock with the DROID BIONIC can receive a $100 mail-in rebate when subscribing to a $50, 5 GB data plan or higher.

### Available accessories:

- The Lapdock will be available for $299.97, the HD Station will be available for $99.99 and the Adapter for Webtop Application will be available for $29.99.
- Vehicle Navigation Dock delivers easy access to maps, favorite contacts, hands-free calling, music, navigation and more and supports streaming of audio and music via the 3.5 mm audio jack, if available, to play through vehicle speakers. The Vehicle Navigation Dock will be available for $39.99.
- The Battery Dock with standard battery is a pocket-sized accessory with an extra battery included to charge both DROID BIONIC and an extra battery at the same speed as a wall charger. The Battery Dock will be available for $49.99.

For more information on Verizon Wireless products and services, visit a Verizon Wireless Communications Store, call 1-800-2 JOIN IN or go to www.verizonwireless.com. For more information on accessories, visit www.verizonwireless.com/accessories.

### About Motorola Mobility
Motorola Mobility, Inc. (NYSE:MMI) fuses innovative technology with human insights to create experiences that simplify, connect and enrich people's lives. Our portfolio includes converged mobile devices such as smartphones and tablets; wireless accessories; end-to-end video and data delivery; and management solutions, including set-tops and data-access devices. For more information, visit motorola.com/mobility.

### Media Contacts:

Kira Golin
kira@motorola.com
Motorola Mobility, Inc.

### About Verizon Wireless

Verizon Wireless operates the nation's fastest, most advanced 4G network and largest, most reliable 3G network. The company serves 106.3 million total wireless connections, including 90.7 million retail customers. Headquartered in Basking Ridge, N.J., with 83,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE, NASDAQ: VZ) and Vodafone (LSE, NASDAQ: VOD). For more information, visit www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

### Media Contacts

Albert Aydin
Verizon Wireless
908-559-7513
Albert.Aydin@verizonwireless.com

MOTOROLA and the Stylized M Logo are registered trademarks of Motorola Trademark Holdings, LLC. Android is a trademark of Google, Inc. Adobe and Adobe Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Citrix is a trademark of Citrix Systems, Inc. and/or one or more of its subsidiaries, and may be registered in the U.S. Patent and Trademark Office and in other countries. All other trademarks are the property of their respective owners. © 2011 Motorola Mobility, Inc. All rights reserved.

MOTOROLA and the Stylized M Logo are registered trademarks of Motorola Trademark Holdings, LLC. Android is a trademark of Google, Inc. Adobe and Adobe Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Citrix is a trademark of Citrix Systems, Inc. and/or one or more of its subsidiaries, and may be registered in the U.S. Patent and Trademark Office and in other countries. All other trademarks are the property of their respective owners. © 2011 Motorola Mobility, Inc. All rights reserved.

# EXHIBIT B

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | No. C10-1823-JLR<br><br>DEFENDANT AND CROSS-PLAINTIFF MICROSOFT CORPORATION'S FIRST AMENDED ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

Defendant Microsoft Corporation ("Microsoft") provides to Plaintiffs Motorola Mobility, Inc. ("Motorola Mobility"), Motorola Inc., (n/k/a "Motorola Solutions") and General Instrument Corporation ("General Instrument") (collectively, "Motorola") the following First Amended Asserted Claims and Preliminary Infringement Contentions in compliance with the Court's Standing Order for Patent Cases and with the Minute Order Setting Trial Dates and

DEFENDANT AND CROSS-PLAINTIFF
MICROSOFT CORPORATION'S FIRST
AMENDED ASSERTED CLAIMS AND
PRELIMINARY INFRINGEMENT
CONTENTIONS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717