THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

      Plaintiff,

vs.

MOTOROLA, INC., et al.,

      Defendants.

---

MOTOROLA MOBILITY, INC., et al.,

      Plaintiffs,

vs.

MICROSOFT CORPORATION,

      Defendants.

Case No. C10-1823-JLR

**(PROPOSED) ORDER GRANTING MICROSOFT'S (UNOPPOSED) MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS**

 This matter came before the Court on Microsoft's (Unopposed) Motion for Leave to Amend Preliminary Infringement Contentions (the "Motion").

 The Court has considered the Motion, and being otherwise fully advised,

(PROPOSED) ORDER GRANTING MICROSOFT'S (UNOPPOSED) MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

1  IT IS ORDERED that Microsoft's (Unopposed) Motion For Leave to Amend

2  preliminary Infringement Contentions is GRANTED.  Microsoft may serve its First Amended

3  Asserted Claims and Preliminary Infringement Contentions, which include the Bionic as an

4  additional accused product.

5  DONE IN OPEN COURT this __ day of _____, 2011.

6

7  _____
   HONORABLE JAMES L. ROBART
   Presented by:

8  DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

9  By   /s/ Christopher Wion
10       Arthur W. Harrigan, Jr., WSBA #1751
         Christopher Wion, WSBA #33207
11       Shane P. Cramer, WSBA #35099

12       T. Andrew Culbert, WSBA #35925
13       David E. Killough, WSBA #40185
         MICROSOFT CORPORATION
14       1 Microsoft Way
         Redmond, WA  98052
15       Phone:  425-882-8080; Fax:  425-869-1327

16       David T. Pritikin, *Pro Hac Vice*
         Richard A. Cederoth, *Pro Hac Vice*
17       Douglas I. Lewis, *Pro Hac Vice*
         John W. McBride, *Pro Hac Vice*
18       SIDLEY AUSTIN LLP
         One South Dearborn
19       Chicago, IL  60603
20       Phone:  312-853-7000; Fax:  312-853-7036

21       Brian R. Nester, *Pro Hac Vice*
         Kevin C. Wheeler, *Pro Hac Vice*
22       SIDLEY AUSTIN LLP
         1501 K Street NW
23       Washington, DC  20005
         Telephone:  202-736-8000; Fax:  202-736-8711
24

25       Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Linda Bledsoe
Linda Bledsoe

(PROPOSED) ORDER GRANTING
MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717