Case 2:10-cv-01823-JLR   Document 106-1   Filed 10/27/11   Page 1 of 3

THE HONORABLE JAMES L. ROBART



10-CV-01823-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING MICROSOFT'S (UNOPPOSED) MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS |

This matter came before the Court on Microsoft's (Unopposed) Motion for Leave to Amend Preliminary Infringement Contentions (the "Motion").

The Court has considered the Motion, and being otherwise fully advised,

---

(PROPOSED) ORDER GRANTING
MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    IT IS ORDERED that Microsoft's (Unopposed) Motion For Leave to Amend
2  preliminary Infringement Contentions is GRANTED. Microsoft may serve its First Amended
3  Asserted Claims and Preliminary Infringement Contentions, which include the Bionic as an
4  additional accused product.
5    DONE IN OPEN COURT this 31ST day of October, 2011.

   HONORABLE JAMES L. ROBART

7  Presented by:

8  DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

9  By   /s/ Christopher Wion
10     Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
11     Shane P. Cramer, WSBA #35099

12     T. Andrew Culbert, WSBA #35925
       David E. Killough, WSBA #40185
13     MICROSOFT CORPORATION
14     1 Microsoft Way
       Redmond, WA 98052
15     Phone: 425-882-8080; Fax: 425-869-1327

16     David T. Pritikin, *Pro Hac Vice*
       Richard A. Cederoth, *Pro Hac Vice*
17     Douglas I. Lewis, *Pro Hac Vice*
       John W. McBride, *Pro Hac Vice*
18     SIDLEY AUSTIN LLP
       One South Dearborn
19     Chicago, IL 60603
20     Phone: 312-853-7000; Fax: 312-853-7036

21     Brian R. Nester, *Pro Hac Vice*
       Kevin C. Wheeler, *Pro Hac Vice*
22     SIDLEY AUSTIN LLP
       1501 K Street NW
23     Washington, DC 20005
       Telephone: 202-736-8000; Fax: 202-736-8711
24
25     Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

　　　　　　　　　　　　　/s/ Linda Bledsoe
　　　　　　　　　　　　　Linda Bledsoe

(PROPOSED) ORDER GRANTING
MICROSOFT'S (UNOPPOSED) MOTION FOR
LEAVE TO AMEND PRELIMINARY
INFRINGEMENT CONTENTIONS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717