THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br>      v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION<br><br>              Defendants.<br><hr>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>     Plaintiffs/Counterclaim Defendant,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>     Defendant/Counterclaim Plaintiff | CASE NO. C10-1823-JLR<br><br>DECLARATION OF STUART W. YOTHERS IN SUPPORT OF MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, November 18, 2011** |

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR

1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1        1.        I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc.

2    (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation

3    (collectively "Motorola"), Defendants in this action, and am a member in good standing of the

4    bars of the State of New York and the Commonwealth of Massachusetts.

5        2.        I submit this declaration in support of Motorola's Motion for Leave to Amend Its

6    Invalidity Contentions, submitted concurrently herewith.

7        3.        On January 26, 2011, the day after Microsoft brought suit for infringement of U.S.

8    Patent No. 6,339,780 ("the '780 patent") and U.S. Patent No. 7,411,582 ("the '582 patent"),

9    Motorola engaged two separate prior art firms to conduct searches related to the subject matter of

10   the '780 and '582 patents.

11       4.        On February 7, 2011, Motorola began to receive and review results from its prior

12   art searches.  These searches provided results on a rolling basis through February 22.  From

13   February 7 through at least late April, Motorola's attorneys actively analyzed the results of these

14   prior art searches and developed Motorola's preliminary invalidity contentions.

15       5.        On March 30, 2011, Motorola served its Responses to Microsoft Corporation's

16   First Set of Interrogatories.  Motorola's response to Microsoft's Interrogatory No. 11 identified

17   references that Motorola may rely on to show that the asserted claims of the '780 patent and the

18   '582 patent are invalid.  Attached as Exhibit 1 is a true and correct copy of Plaintiff Motorola

19   Mobility, Inc. and General Instrument Corporation's Response to Defendant Microsoft

20   Corporation's Interrogatory No. 11.

21       6.        Attached as Exhibit 2 is a true and correct copy of Defendant and Cross-Plaintiff

22   Microsoft Corporation's September 2, 2011 Asserted Claims and Preliminary Infringement

23   Contentions (without exhibits).

24       7.        On September 11, 2011, Motorola commissioned one of its previous prior art

25   searchers to renew its search and focus on the additional features of the newly asserted claims.

26

DECLARATION OF STUART W. YOTHERS                    2        SUMMIT LAW GROUP PLLC
CASE NO. C10-1823-JLR                                        315 FIFTH AVENUE SOUTH, SUITE 1000
                                                            SEATTLE, WASHINGTON 98104-2682
                                                            Telephone:  (206) 676-7000
                                                            Fax:   (206) 676-7001

1    Additionally, on September 14, 2011, Motorola commissioned a new search for prior art related to

2    the asserted claims of the '780 patent and the '582 patent.

3        8.      On September 30, 2011, Motorola served its Preliminary Invalidity Contentions by

4    way of a Supplemental Response to Microsoft Corporation's Interrogatory No. 11.  Motorola's

5    response to Microsoft's Interrogatory No. 11 identified additional references that Motorola may

6    rely on to show that the asserted claims of the '780 patent and the '582 patent are invalid.

7    Attached as Exhibit 3 is a true and correct copy of Plaintiffs Motorola Mobility, Inc. and General

8    Instrument Corporation's Supplemental Response to Defendant Microsoft Corporation's

9    Interrogatory No. 11.

10       9.      On October 1, 2011, a consultant to Motorola identified a television program that,

11   on information and belief, was aired on KCSM TV in San Mateo, CA on August 1, 1990.  The

12   program, titled "The Computer Chronicles", included a "HyperCard Update" that demonstrates the

13   use of a HyperCard-based program called Culture 1.0.  Motorola produced this video and several

14   screen shots to Microsoft on October 3, 2011.

15       10.     Attached as Exhibit 4 is a true and correct copy of Barnes & Noble's October 7,

16   2011 Notice of Prior Art filed in *In the Matter of Certain Handheld Electronic Computing*

17   *Devices, Related Software, and Components Thereof*, Investigation No. 337-TA-769, pending

18   before the United States International Trade Commission ("USITC").  On October 19, 2011,

19   Motorola's attorneys retrieved Barnes & Noble's Notice of Prior Art from the USITC's Electronic

20   Document Information System ("EDIS").  On October 19, 2011, Motorola also began collecting

21   the references identified on the Notice of Prior Art.  Motorola produced to Microsoft on

22   November 2, 2011 a majority of the 89 references identified in Barnes & Noble's Notice of Prior

23   Art that had not been previously identified and produced by Motorola.  Motorola is working to

24   obtain the few remaining references and will produce the remaining references as soon as they are

25   located.

26

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR

3

1    11.    On October 24, 2011, a consultant to Motorola identified to Motorola's counsel

2  U.S. Patent No. 5,946,499 and other references related to the '582 patent.

3    12.    Attached as Exhibit 5 is a true and correct copy of Plaintiffs Motorola Mobility,

4  Inc. and General Instrument Corporation's Second Supplemental Response to Defendant

5  Microsoft Corporation's Interrogatory No. 11, which was served on November 8, 2011.

6    13.    Attached as Exhibit 6 is a true and correct copy of

7  http://www.engadget.com/2011/08/28/droid-bionic-pops-up-on-motorola-site-looks-set-for-

8  september-8/.

9    14.    Attached as Exhibit 7 is a true and correct copy of

10  http://www.electronista.com/articles/11/08/28/droid.bionic.confirmed.shipping.september.8/.

11    15.    Attached as Exhibit 8 is a true and correct copy of an October 7, 2011 e-mail from

12  Chris Wion (counsel to Microsoft) to Philip McCune (counsel to Motorola).

13    16.    Attached as Exhibit 9 is a true and correct copy of an October 26, 2011 e-mail from

14  Philip McCune (counsel to Motorola) to Chris Wion (counsel to Microsoft).

15    17.    Attached as Exhibit 10 is a true and correct copy of an October 17, 2011 e-mail

16  from Philip McCune (counsel to Motorola) to Chris Wion (counsel to Microsoft).

17    18.    Attached as Exhibit 11 is a true and correct copy of an October 26, 2011 e-mail

18  from Chris Wion (counsel to Microsoft) to Philip McCune (counsel to Motorola).

19    19.    Attached as Exhibit 12 is a true and correct copy of Order Granting Motion To

20  Amend Preliminary Invalidity Contentions in *Play Visions, Inc. v. Dollar Tree Stores, Inc.*,

21  No. 09-1769, 2 (W.D. Wash. Nov. 30, 2010).

22    20.    Attached as Exhibit 13 is a true and correct copy of Order No. 4:  Setting the

23  Procedural Schedule in *In the Matter of Certain Handheld Electronic Computing Devices, Related*

24  *Software, and Components Thereof*, Investigation No. 337-TA-769, pending before the United

25  States International Trade Commission.

26

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR

4

1   I declare under penalty of perjury of the laws of the United States and the State of

2   Washington that the foregoing is true and correct.

3           DATED this 10th day of November, 2011.

4

5                                                   Stuart W. Yothers

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF STUART W. YOTHERS             5        SUMMIT LAW GROUP PLLC
CASE NO. C10-1823-JLR                                 315 FIFTH AVENUE SOUTH, SUITE 1000
                                                     SEATTLE, WASHINGTON 98104-2682
                                                     Telephone: (206) 676-7000
                                                     Fax: (206) 676-7001

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3    Court using the CM/ECF system which will send notification of such filing to the following:

4                              Arthur W. Harrigan, Jr., Esq.
                               Christopher T. Wion, Esq.
5                              Shane P. Cramer, Esq.
                               Danielson, Harrigan, Leyh & Tollefson LLP
6                              *arthurh@dhlt.com*
                               *chrisw@dhlt.com*
7                              *shanec@dhlt.com*

8                              Brian R. Nester, Esq.
                               David T. Pritikin, Esq.
9                              Douglas I. Lewis, Esq.
                               John W. McBride, Esq.
10                             Richard A. Cederoth, Esq.
                               Sidley Austin LLP
11                             *bnester@sidley.com*
                               *dpritikin@sidley.com*
12                             *dilewis@sidley.com*
                               *jwmcbride@sidley.com*
13                             *kwheeler@sidley.com*
                               *rcederoth@sidley.com*
14

15

16                             T. Andrew Culbert, Esq.
                               David E. Killough, Esq.
17                             Microsoft Corp.
                               *andycu@microsoft.com*
18                             *davkill@microsoft.com*

19          DATED this 10th day of November, 2011.

20

21                                                              /s/          *Marcia A. Ripley*
                                                                     Marcia A. Ripley
22

23

24

25

26

DECLARATION OF STUART W. YOTHERS IN SUPPORT OF
MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS
INVALIDITY CONTENTIONS - 6
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001