HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                         Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., et al.,<br><br>                         Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO FILE DOCUMENT UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, December 2, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                         Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                         Defendant. | |

THIS MATTER comes before the Court on Microsoft's Motion to File Document under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED:

Microsoft's Motion to File Document Under Seal is GRANTED.

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO FILE DOCUMENT
UNDER SEAL - 1

1   DONE IN OPEN COURT this ___ day of _____, 2011.

2

3   _____
    HONORABLE JAMES L. ROBART

4   Presented by:

5   DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

6
    By   /s/ Shane P. Cramer
7        Arthur W. Harrigan, Jr., WSBA #1751
         Christopher Wion, WSBA #33207
8        Shane P. Cramer, WSBA #35099

9
         T. Andrew Culbert, WSBA #35925
10       David E. Killough, WSBA #40185
         MICROSOFT CORPORATION
11       1 Microsoft Way
         Redmond, WA  98052
12       Phone:  425-882-8080; Fax:  425-869-1327

13       David T. Pritikin, *Pro Hac Vice*
         Richard A. Cederoth, *Pro Hac Vice*
14       Douglas I. Lewis, *Pro Hac Vice*
         John W. McBride, *Pro Hac Vice*
15       SIDLEY AUSTIN LLP
         One South Dearborn
16       Chicago, IL  60603
17       Phone:  312-853-7000; Fax:  312-853-7036

18       Brian R. Nester, *Pro Hac Vice*
         Kevin C. Wheeler, *Pro Hac Vice*
19       SIDLEY AUSTIN LLP
         1501 K Street NW
20       Washington, DC  20005
         Telephone:  202-736-8000; Fax:  202-736-8711
21
22       Counsel for Microsoft Corporation

23

24

25

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO FILE DOCUMENT
UNDER SEAL - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/Susie Clifford

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO FILE DOCUMENT
UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717