HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>               Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | No. C10-1823-JLR<br><br>DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, December 2, 2011** |

I, Shane P. Cramer, declare as follows:

1. I am one of the attorneys for Microsoft Corporation ("Microsoft") in the above captioned action, am over age 18, and competent to be a witness. I am making this declaration based on facts within my own personal knowledge.

2. The Declaration of Jennifer Ochs on Behalf of Microsoft Corporation was filed in a pending International Trade Commission action involving these same parties (*In the*

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  *Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components*
2  *Thereof,* Inv. No. 337-TA-752) (the "ITC Action") on November 11, 2011. It was designated
3  as "Confidential Business Information, Subject to [the] Protective Order" entered by the
4  Administrative Law Judge in the ITC Action.

5        3.      The Ochs Declaration contains non-public, commercially sensitive information
6  relating to Marvell's business and licensing dealings with the parties to this Action.
7  Disclosure of this information to non-parties or party employees who are not covered by the
8  Protective Order has the potential to negatively affect one or more of these entities' positions
9  in the marketplace, and could potentially lead to competitive harm.

10        I declare under penalty of perjury under the laws of the State of Washington that the
11  foregoing is true and correct.

12        DATED this 14th day of November, 2011, in Seattle, Washington.

                                            *[signature]*
                                        SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Susie Clifford

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717