HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>MOTOROLA, INC., et al.,<br><br>              Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT<br>**REDACTED**<br><br>**NOTED FOR:**<br>**Friday, December 2, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | |

Microsoft Corporation respectfully requests leave to file the Supplemental Declaration of Christopher Wion in Support of Microsoft's Motion for Partial Summary Judgment, a copy of which is attached hereto as Exhibit A.

The Supplemental Declaration attaches, as its sole exhibit, the Declaration of Jennifer Ochs, Director of IP Litigation at Marvell Semiconductor, Inc. (the "Ochs Declaration"). The

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION IN
SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Ochs Declaration was filed in an International Trade Commission action involving the parties (*In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752) on November 11, 2011. The Ochs Declaration bears on the arguments Microsoft advanced at pages 13 through 20 of its Motion for Partial Summary Judgment (ECF No. 77), and reflects events that had not fully transpired as of the date briefing on Microsoft's motion closed (September 30, 2011).

DATED this 14th day of November, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Christopher Wion
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Fax: 425-869-1327

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Fax: 312-853-7036

Brian R. Nester, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corporation

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION IN
SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Linda Bledsoe
LINDA BLEDSOE

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION IN
SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

# EXHIBIT A

THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

---

MOTOROLA MOBILITY, INC., et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendants.

Case No. C10-1823-JLR

SUPPLEMENTAL DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Christopher Wion, hereby declare under penalty of perjury under the laws of the State of Washington as follows:

SUPPLEMENTAL DECLARATION OF
CHRISTOPHER WION IN SUPPORT OF
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, counsel for Microsoft Corporation in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Jennifer Ochs, Director of IP Litigation at Marvell Semiconductor, Inc. (the "Ochs Declaration"). The Ochs Declaration was filed in an International Trade Commission action involving the parties (*In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752) on November 11, 2011.

DATED this 14th day of November, 2011 in Seattle, Washington.

By _____
Christopher Wion

SUPPLEMENTAL DECLARATION OF
CHRISTOPHER WION IN SUPPORT OF
MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# EXHIBIT 1 FILED UNDER SEAL