HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED FOR:**<br>**Friday, December 2, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

This matter came before the Court on Microsoft's Motion for Leave to File Supplemental Declaration in Support of Motion for Partial Summary Judgment (the "Motion").

The Court has considered the following pleadings:

---

(Proposed) ORDER GRANTING MOTION FOR
LEAVE TO FILE SUPPLEMENTAL
DECLARATION IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

1.    1.    Plaintiff Microsoft Corporation's Motion for Leave to File Supplemental Declaration in Support of Motion for Partial Summary Judgment (with Exhibit A – Supplemental Declaration of Christopher Wion);

2.    Proposed Order;

3.

4.

5.

6.

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that, Plaintiff Microsoft Corporation's Motion for Leave to File Supplemental Declaration in Support of Motion for Partial Summary Judgment is GRANTED. Microsoft may file the Supplemental Declaration of Christopher Wion with the Court.

DONE IN OPEN COURT this __ day of _____, 2011.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   /s/ Christopher Wion
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

      T. Andrew Culbert, WSBA #35925
      David E. Killough, WSBA #40185
      MICROSOFT CORPORATION
      1 Microsoft Way
      Redmond, WA  98052
      Phone: 425-882-8080; Fax: 425-869-1327

(Proposed) ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000; Fax: 312-853-7036

Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000; Fax: 202-736-8711

Counsel for Microsoft Corporation

(Proposed) ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717