The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS<br><br>**Renote on Motion Calendar:<br>Friday, December 2, 2011** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS
INVALIDITY CONTENTIONS
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Please take notice that Motorola's Motion for Leave to Amend Its Invalidity Contentions
2  originally noted for Friday, November 18, 2011 is being renoted to Friday, December 2, 2011.
3  DATED this 15th day of November, 2011.

4  SUMMIT LAW GROUP PLLC

6  By /s/ Philip S. McCune
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

And by

   Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
   Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *steven.pepe@ropesgray.com*
   *jesse.jenner@ropesgray.com*
   *stuart.yothers@ropesgray.com*

   Norman H. Beamer (*pro hac vice*)
   Gabrielle E. Higgins (*pro hac vice*)
   Ropes & Gray LLP
   1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
   (650) 617-4030
   *norman.beamer@ropesgray.com*
   *gabrielle.higgins@ropesgray.com*

   Paul M. Schoenhard (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
   Ropes & Gray LLP
   One Metro Center
   700 12th Street NW, Suite 900
   Washington, DC  20005-3948
   (202) 508-4693
   *paul.schoenhard.@ropesgray.com*
   *kevin.post@ropesgray.com*

***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS
INVALIDITY CONTENTIONS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 15th day of November, 2011.

   /s/          *Marcia A. Ripley*
                Marcia A. Ripley

MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS
INVALIDITY CONTENTIONS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001