HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                          Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., et al.,<br><br>                          Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S MOTION TO FILE<br>DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, December 9, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                          Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                          Defendant. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

1

## I.      RELIEF REQUESTED

Microsoft Corporation moves for leave to file under seal Exhibit B to the Declaration of

Christopher Wion in Support of Microsoft's Opposition to Motorola's Motion for Leave to

Amend Its Invalidity Contentions (the "Wion Declaration") pursuant to Local Civil Rule 5(g)

and paragraphs 2(a) and 8 of the Protective Order entered in this case.

## II.      FACTS & AUTHORITY

The Wion Declaration attaches, as Exhibit B, certain information designated by

Motorola as Confidential -- Outside Attorneys' Eyes Only.  Exhibit B to the Wion Declaration

is a copy of Plaintiffs Motorola Mobility, Inc. and General Instrument Corporation's Responses

to Defendant Microsoft Corporation's First Set of Interrogatories served on March 30, 2011, in

Case No. C11-00343-JLR (consolidated with the above-captioned action).  Under the terms of

the Protective Order entered on July 21, 2011(ECF No. 72), Microsoft is required to file

Exhibit B to the Wion Declaration under seal in order to maintain the confidentiality of

material that Motorola has identified as Confidential.

Paragraphs 2(a) and 8 of the Protective Order govern the filing of documents under

seal.  Paragraph 2(a) provides:

> Any information submitted in pre-trial discovery or in a pleading, motion, or
> response to a motion in this action…and which is asserted by a supplier to
> contain or constitute Confidential Business Information shall be so designated
> by such supplier in writing…and shall be segregated from other information
> being submitted.  Documents shall be clearly and prominently marked on their
> face with the legend: "[SUPPLIER'S NAME] CONFIDENTIAL BUSINESS
> INFORMATION, SUBJECT TO PROTECTIVE ORDER" or a comparable
> notice.  During the pre-trial phase of this action, such information, whether
> submitted in writing or in oral testimony, shall be disclosed only *in camera*
> before the Court and shall be filed only under seal, pursuant to Rule 5(g) of the
> Local Civil Rules of the United States District Court for the Western District of
> Washington.

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Paragraph 8 likewise provides that:

> Any Confidential Business Information submitted to the Court in connection with a motion or other proceeding within the purview of this action shall be submitted under seal pursuant to paragraph 2 above.

*Id.*, at ¶ 8.

Under these provisions of the Protective Order, Microsoft is required to file Exhibit B to the Wion Declaration under seal because that exhibit includes information that Motorola has designated as Confidential - Outside Attorneys Eyes Only under the Protective Order.  For purposes of this Motion, Microsoft is not opposing Motorola's relevant confidentiality designations.  However, nothing in this Motion is intended as a waiver of Microsoft's right to contest these or any other of Motorola's designations of material to be protected under the terms of the Protective Order.  Microsoft expressly reserves the right to do so as the circumstances warrant.

Microsoft is filing a public version of the Wion Declaration in which Exhibit B has been redacted.

### III.    CONCLUSION

For the foregoing reasons, Microsoft respectfully requests that this Court permit Microsoft to file Exhibit B to the Wion Declaration under seal, with a redacted copy of the Wion Declaration filed in the public record.  A [Proposed] Order Granting Microsoft's Motion to File Documents Under Seal has been submitted herewith.

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    DATED this 28th day of November, 2011.

2                              DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

3

4                    By ____/s/ Christopher Wion_____
                           Arthur W. Harrigan, Jr., WSBA #1751
5                          Christopher Wion, WSBA #33207
                           Shane P. Cramer, WSBA #35099
6
                           T. Andrew Culbert, WSBA #35925
7                          David E. Killough, WSBA #40185
                           MICROSOFT CORPORATION
8                          1 Microsoft Way
                           Redmond, WA  98052
9                          Phone:  425-882-8080; Fax:  425-869-1327

10
                           David T. Pritikin, *Pro Hac Vice*
11                         Richard A. Cederoth, *Pro Hac Vice*
                           Douglas I. Lewis, *Pro Hac Vice*
12                         John W. McBride, *Pro Hac Vice*
                           SIDLEY AUSTIN LLP
13                         One South Dearborn
                           Chicago, IL  60603
14                         Phone:  312-853-7000; Fax:  312-853-7036

15
                           Brian R. Nester, *Pro Hac Vice*
16                         Kevin C. Wheeler, *Pro Hac Vice*
                           SIDLEY AUSTIN LLP
17                         1501 K Street NW
                           Washington, DC  20005
18                         Telephone:  202-736-8000; Fax:  202-736-8711

19                         Counsel for Microsoft Corporation

20

21

22

23

24

25

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on November 28, 2011, I electronically filed the foregoing

3   document with the Clerk of the Court using the CM/ECF system, which will send notification

4   of such filing to the following:

5      **Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and**
       **General Instrument Corporation**
6

7      Philip S. McCune
       Lynn M. Engle
8      Summit Law Group

9      Steven Pepe
       Jesse J. Jenner
10     Norman Beamer
       Paul M. Schoenhard
11     Ropes & Gray

12

13                              /s/ Linda Bledsoe

14

15

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 5

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717