HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, December 9, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | |

THIS MATTER comes before the Court on Microsoft's Motion to File Documents under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED:

Microsoft's Motion to File Documents Under Seal is GRANTED.

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   DONE IN OPEN COURT this __ day of _____, 2011.

2

3
                                        _____
4                                       HONORABLE JAMES L. ROBART

5
Presented by:
6
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
7

8
By ____/s/ Christopher Wion_____
9       Arthur W. Harrigan, Jr., WSBA #1751
        Christopher Wion, WSBA #33207
10      Shane P. Cramer, WSBA #35099

11      T. Andrew Culbert, WSBA #35925
        David E. Killough, WSBA #40185
12      MICROSOFT CORPORATION
        1 Microsoft Way
13      Redmond, WA  98052
        Phone:  425-882-8080
14      Fax:  425-869-1327

15
        David T. Pritikin, *Pro Hac Vice*
16      Richard A. Cederoth, *Pro Hac Vice*
        Douglas I. Lewis, *Pro Hac Vice*
17      John W. McBride, *Pro Hac Vice*
        SIDLEY AUSTIN LLP
18      One South Dearborn
        Chicago, IL  60603
19      Phone:  312-853-7000
        Fax:  312-853-7036
20
        Brian R. Nester, *Pro Hac Vice*
21      Kevin C. Wheeler, *Pro Hac Vice*
        SIDLEY AUSTIN LLP
22      1501 K Street NW
        Washington, DC  20005
23      Telephone:  202-736-8000
        Fax:  202-736-8711
24

25      Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Linda Bledsoe

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717