# EXHIBIT F

**Chris Wion**

| | |
|---|---|
| From: | Phil McCune <philm@SummitLaw.com> |
| Sent: | Monday, October 17, 2011 6:07 PM |
| To: | Chris Wion |
| Cc: | 'Yothers, Stuart'; Marcia Ripley |
| Subject: | Msft's proposed Motion for Leave to Amend Infringement Contentions |
| Attachments: | Active_28366853_2_Stipulation and Joint Motion to Amend Prelim Infringement and Invalidity Contentions.DOCX; Active_28367169_1_Redline of Motion to Amend Contentions.DOCX |

Chris:

Attached is a draft stipulation and joint motion to amend. We also include a proposed order and a redline against Microsoft's original proposal. Please let me know if Microsoft agrees to this proposal. You and I spoke about doing this as a pure stipulation and order. If the substance of these documents are approved, I recommend we do another revision to accomplish that.

Please note that Motorola dropped Microsoft's Exhibit B and instead inserted a statement that Microsoft provided Motorola with a copy of Microsoft's proposed amended Contentions, and that Motorola does not oppose.

Also, your October 7 email provides a link to Microsoft's amended materials. Unfortunately, I did not download those documents, which later became inaccessible from the link. Would you please repost those documents for Motorola's review prior to any filing? Thank you.

Finally, as noted in its preliminary infringement contentions, Motorola intends to supplement its infringement claim charts with citations to source code after Microsoft has produced for inspection the source code for the Accused Products. We expect that Microsoft will not oppose a motion to supplement with respect to source code at that time.

Best regards,

Phil

**Phil McCune, Member / Summit Law Group PLLC**
315 Fifth Avenue South, Suite 1000 | Seattle, Washington 98104-2682
T 206.676.7038 | F 206.676.7039 | philm@summitlaw.com | www.summitlaw.com
Benchmark Litigation Guide / Super Lawyer / Martindale-Hubbell

--------------- Summit Law Group ---------------
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above e-mail address.

Circular 230 Notice: To comply with IRS regulations, please note that any discussion of Federal tax issues in this email (and in any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (a) avoiding any penalties imposed under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.