THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants.<br>―――――――――――――――――<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>**REDACTED**<br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS<br><br>**Noted: Friday, December 2, 2011** |

　　I, Christopher Wion, hereby declare under penalty of perjury under the laws of the State of Washington as follows:

REDACTED - DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1.     I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, counsel for Microsoft Corporation in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.     Attached hereto as Exhibit A is a true and correct copy of Microsoft's Answer and Counterclaims to Plaintiffs' First Amended Complaint for Patent Infringement filed in the Western District of Wisconsin, Case No. 3:10-cv-00699, on January 25, 2011.

3.     Attached hereto as Exhibit B is a true and correct copy of Plaintiffs Motorola Mobility, Inc. and General Instrument Corporation's Responses to Defendant Microsoft Corporation's First Set of Interrogatories in Case No. C11-00343-JLR, dated March 30, 2011.

4.     Attached hereto as Exhibit C is a true and correct copy of Microsoft Corporation's First Amended Asserted Claims and Preliminary Infringement Contentions in the above-captioned action, dated September 2, 2011.

5.     Attached hereto as Exhibit D is a true and correct copy of an article by E. Morgan, titled "Implementing TCP/IP communications with HyperCard," which was cited by Motorola in its original Invalidity Contentions, dated September 30, 2011.

6.     Attached hereto as Exhibit G is a true and correct copy of a slip opinion issued in *Broadcom Corp. v. Emulex Corp.*, Central District of California, Case No. 09-01058, dated April 11, 2011.

DATED this 28th day of November, 2011 in Seattle, Washington.

By _____
Christopher Wion

REDACTED - DECLARATION OF
CHRISTOPHER WION IN SUPPORT OF
MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR LEAVE TO
AMEND ITS INVALIDITY CONTENTIONS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Linda Bledsoe
LINDA BLEDSOE

REDACTED - DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717