# EXHIBIT C

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br>**MICROSOFT CORPORATION'S FIRST AMENDED ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | |

MICROSOFT CORPORATION'S FIRST AMENDED ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Microsoft Corporation ("Microsoft") provides to Motorola Mobility, Inc. ("Motorola Mobility"), Motorola Inc., (n/k/a "Motorola Solutions") and General Instrument Corporation ("General Instrument") (collectively, "Motorola") the following First Amended Asserted Claims and Preliminary Infringement Contentions in compliance with the Court's Standing Order for Patent Cases, the Minute Order Setting Trial Dates and Related Dates dated August 5, 2011, and Order Granting Microsoft's (Unopposed) Motion for Leave to Amend Preliminary Infringement Contentions dated November 1, 2011.  Microsoft reserves the right to amend this disclosure to conform to the results of ongoing discovery.

**(1)     The identity of each claim alleged to be infringed**

U.S. Patent No. 6,339,780 ("the '780 Patent"): Claims 1-6, 9-14, 17, 18, 20, 21, and 32-42.

U.S. Patent No. 7,411,582 ("the '582 Patent"): Claims 1-4, 6, 8-11, 13-23, 25-31.

These claims will be hereinafter referred to as the "Microsoft Asserted Claims." Microsoft's investigation as to Motorola's infringement is ongoing.  Accordingly, Microsoft reserves the right to assert more or fewer claims based on further information that may become available during ongoing discovery.

**(2)     The identity of Motorola's accused devices by specific name and model number for each asserted claim**

Motorola Mobility is currently accused of infringing some or all of the Microsoft Asserted Claims by making, using, selling, offering to sell, and/or importing the following products, hereinafter referred to as the Accused Motorola Devices:

MICROSOFT CORPORATION'S FIRST
AMENDED ASSERTED CLAIMS AND
PRELIMINARY INFRINGEMENT
CONTENTIONS - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| The '780 Patent | The '582 Patent |
|---|---|
| Atrix ME860, MB861 | Atrix ME860, MB861 |
| Bravo MB520 | Bravo MB520 |
| Charm MB502, ME502 | |
| | Citrus WX445 |
| | Cliq XT MB501 |
| Cliq 2 MB611 | Cliq 2 MB611 |
| Defy MB525 | Defy MB525 |
| Devour A555 | |
| Droid A855 | Droid A855 |
| Droid 2 A955 | Droid 2 A955 |
| Droid 2 Global A956 | Droid 2 Global A956 |
| Droid 3 XT862 | Droid 3 XT862 |
| Droid Bionic XT875 | Droid Bionic XT875 |
| Droid Pro XT610 | Droid Pro XT610 |
| Droid X MB810 | Droid X MB810 |
| Droid X2 MB870 | Droid X2 MB870 |
| Flipout MB511 | Flipout MB511 |
| Flipside MB508 | Flipside MB508 |
| | i1 |
| Photon 4G MB855 | Photon 4G MB855 |

MICROSOFT CORPORATION'S FIRST
AMENDED ASSERTED CLAIMS AND
PRELIMINARY INFRINGEMENT
CONTENTIONS - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| The '780 Patent | The '582 Patent |
|---|---|
| Spice XT300 | |
| Titanium | Titanium |
| Triumph WX435 | Triumph WX435 |
| XPRT MB612 | |
| Xoom MZ600, MZ601, MZ603, MZ604, MZ605, MZ606 (except as to Claims 6, 33, and 39). | |

Microsoft's investigation as to Motorola's infringement is ongoing. Accordingly, Microsoft reserves the right to amend the list of Accused Motorola Devices based on further information that may become available during ongoing discovery.

**(3)    A chart that identifies specifically where each element of each asserted claim is found within each accused device/method/etc.**

Microsoft accuses Motorola Mobility of having infringed, induced the infringement of and/or contributorily infringed, and continuing to infringe, induce infringement of and/or contributorily infringe the Microsoft Asserted Claims pursuant to 35 U.S.C. § 271 (a), (b) and/or (c), literally or under the doctrine of equivalents, in the United States, by making, using, selling, offering to sell and/or importing the Accused Motorola Devices. Infringement charts for the '780 patent, containing evidence of direct and indirect infringement, are attached as Exhibit A to Microsoft's original Preliminary Infringement Contentions (served Sep. 2, 2011). Infringement charts for the '582 patent, containing evidence of direct and indirect

MICROSOFT CORPORATION'S FIRST
AMENDED ASSERTED CLAIMS AND
PRELIMINARY INFRINGEMENT
CONTENTIONS - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  infringement, are attached as Exhibit B to Microsoft's original Preliminary Infringement
2  Contentions (served Sep. 2, 2011).[1]

### (4) Whether each asserted claim is literally or equivalently infringed

Microsoft reserves the right to assert infringement under the doctrine of equivalents for any limitation of the '780 or '582 patents that Motorola contends is not literally present in its Accused Devices. Microsoft further reserves the right to assert infringement under the doctrine of equivalents based on a claim construction ruling on any disputed claim terms and/or based on further information that may become available during ongoing discovery.

### (5) The priority date to which each asserted claim allegedly is entitled

The '780 Patent: The priority date for each claim of the '780 patent asserted in Section (2) above is the earliest effective filing date on the face of the patent: May 6, 1997.

The '582 Patent: The priority date for each claim of the '582 patent asserted in Section (2) above is the priority date of U.S. Patent Application Ser. No 08/991,277, to which the patent claims priority ('582 patent, 1:6-8): December 16, 1997.

Microsoft's investigation as to conception of the inventions disclosed in both the '582 and '780 patents is ongoing. Accordingly, Microsoft reserves the right to amend this priority date based on further information that may become available during ongoing discovery.

DATED this 1st day of November, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By ____/s/ Christopher Wion_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

---

[1] Exhibit A and Exhibit B are not amended. Instead, certain appendices to Exhibits A and B are amended to included the Droid Bionic. These include Appendices 1-1, 1-4, 1-5, 1-6, 1-9, 1-10, 2-1, 2-2, 6 and 10-3 to Exhibit A, and Appendices D1 and F to Exhibit B. Furthermore, Appendix C19 is newly added appendix to Exhibit B.

MICROSOFT CORPORATION'S FIRST AMENDED ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

5
6
7
8
9

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

10
11
12
13

Brian R. Nester, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

14

Counsel for Microsoft Corporation

15
16
17
18
19
20
21
22
23
24
25

MICROSOFT CORPORATION'S FIRST AMENDED ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS - 5

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I served a true and correct copy of Defendant and Cross-Plaintiff Microsoft Corporation's Asserted Claims and Preliminary Infringement Contentions via electronic mail on the counsel of record below.

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

LINDA BLEDSOE

MICROSOFT CORPORATION'S FIRST AMENDED ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS - 6

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717