The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [PROPOSED]<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, December 9, 2011** |

THIS MATTER, having come before the Court on Defendants' Motion to File Documents Under Seal re: Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that the following documents are to be filed under seal:

1. Limited portions of Defendants' Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (D.I. 112); and

2. Exhibit A to the Declaration of Kevin J. Post.

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1     IT IS SO ORDERED.

2     DATED this \_\_\_\_ day of _____, 2011.

3

4

                                      THE HONORABLE JAMES L. ROBART

5                                       UNITED STATES DISTRICT COURT JUDGE

6 *Presented by:*

7 SUMMIT LAW GROUP PLLC

8

9 By */s/ Philip S. McCune*
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
10    *philm@summitlaw.com*
11    *lynne@summitlaw.com*

12 And by

13    Jesse J. Jenner (*pro hac vice*)
   Steven Pepe (*pro hac vice*)
14    Ropes & Gray LLP
   1211 Avenue of the Americas
15    New York, NY  10036-8704
   (212) 596-9046
16    *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
17
   Norman H. Beamer (*pro hac vice*)
18    Ropes & Gray LLP
   1900 University Avenue, 6th Floor
19    East Palo Alto, CA  94303-2284
   (650) 617-4030
20    *norman.beamer@ropesgray.com*

21    Paul M. Schoenhard (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
22    Ropes & Gray LLP
   One Metro Center
23    700 12th Street NW, Suite 900
   Washington, DC  20005-3948
24    (202) 508-4693
   *paul.schoenhard@ropesgray.com*
25    *kevin.post@ropesgray.com*

26 *Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corp.*

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Danielson, Harrigan, Leyh & Tollefson LLP
> *arthurh@dhlt.com*
> *chrisw@dhlt.com*
> *shanec@dhlt.com*
>
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> Richard A. Cederoth, Esq.
> David Greenfield
> Sidley Austin LLP
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *rcederoth@sidley.com*
> *david.greenfield@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 28th day of November, 2011.

_____
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL RE: OPPOSITION TO
MICROSOFT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001