The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION – **REDACTED**<br><br>**NOTED ON MOTION CALENDAR:**<br>Friday, December 2, 2011 |

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola") respectfully submit their Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (D.I. 112). Because this declaration is irrelevant, untimely and is ultimately incomplete, the Court should deny Microsoft's request.

If the Court grants Microsoft's motion and considers the Wion Declaration (along with its sole exhibit, ███████████████████████████████████████████, Defendants request that in the interests of fairness this relief be contingent on the Court allowing Motorola to file the

DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION – REDACTED - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Supplemental Declaration of Kevin J. Post ("the Supplemental Post Declaration") in support of
2  Motorola's opposition to Microsoft's motion for summary judgment. This supplemental
3  declaration attaches, as its sole exhibit, the Declaration of Timothy Kowalski ("the Kowalski
4  Declaration"). The Kowalski Declaration provides necessary context for the statements made in
5  ▓▓▓▓▓▓▓▓▓▓ and will allow the Court to consider the complete record ▓▓▓▓▓▓
6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I.  THE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ IS UNTIMELY, IRRELEVANT AND INCOMPLETE

Microsoft's supplemental declaration is untimely. To the extent Microsoft believes the information contained in ▓▓▓▓▓▓▓▓ is relevant at all to its Motion for Partial Summary Judgment (which Motorola disputes), that declaration could have – and, indeed, should have – been submitted with its motion. *See* Fed. R. Civ. Proc. 6(c)(2) ("Any affidavit supporting a motion must be served with the motion."). As ▓▓▓▓▓▓▓▓ itself makes clear, ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – well before Microsoft filed its motion.[1] In fact, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Now, after briefing has been closed for over six weeks, Microsoft moves for leave to file ▓▓▓▓▓▓▓▓ with the Court. As discussed below, there is no reason to do so.

---

[1] *See* Declaration of Jennifer Ochs on Behalf of Microsoft Corporation, at ¶ 6, *In re Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inc. No. 337-TA-752 (Nov. 11, 2011) ("Ochs Decl."), Exhibit A to Wion Decl.

DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION – REDACTED - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1     In addition to being untimely, the evidence Microsoft believes is contained in its
2 declaration is irrelevant to this Court's consideration of its motion for summary judgment.
3 Specifically, Microsoft's Amended Complaint seeks relief for Motorola's alleged refusal to offer
4 *Microsoft* reasonable and nondiscriminatory ("RAND") licensing terms for, *inter alia*, Motorola's
5 802.11 essential patent portfolio. Similarly, in its Motion for Partial Summary Judgment ("MSJ"),
6 Microsoft asks "for partial summary judgment that Motorola has breached its contractual
7 commitments to make available *to Microsoft* on [RAND] terms licenses to patents Motorola has
8 declared essential" to the 802.11 standard (MSJ 1 (emphasis added)). Simply put, neither of
9 Microsoft's claims has anything to do with █████
10 █████████████████████████████████ does not to support any
11 elements of Microsoft's claims for breach of contract, promissory estoppel or waiver, each of
12 which relates to Microsoft's allegations that Motorola did not offer *Microsoft* a RAND license for
13 Motorola's 802.11 essential patents. Nor does ███████████ support Microsoft's
14 request for judgment that Motorola breached any "contractual commitments" "*to Microsoft*."
15 (MSJ 1) (emphasis added).
16     If anything, Microsoft's belated submission of ███████████ underscores that
17 Microsoft's motion for partial summary judgment is premature and that Motorola's request for a
18 continuance under Rule 56(d), Fed. R. Civ. P., should be granted.

## II. IF THIS COURT GRANTS MICROSOFT'S MOTION, IT SHOULD DO SO CONTINGENT ON MOTOROLA FILING THE SUPPLEMENTAL POST DECLARATION

21     In addition to being irrelevant, ███████████ is incomplete and sets forth
22 information for which Motorola has not had an opportunity to respond. Accordingly, if this Court
23 grants Microsoft's Motion for Leave, Motorola respectfully requests that it do so contingent upon
24 the admission of the attached Supplemental Post Declaration. This Declaration fills in missing
25 information from ███████████████████████████ *See, e.g.*,
26 *Guy Mitchell & Betty J. Mitchell Family Trust v. Artists Rights Enforcement Corp.*, 2011 WL

DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION -- REDACTED - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1900136, 7 (E.D.Wash. 2011) ("Plaintiff seeks leave to file a supplemental declaration from Stanzak and the court will grant such leave since Mr. Rubin's version of events was presented in conjunction with Defendant's reply and makes assertions to which Stanzak previously did not have an opportunity to respond"); *Block v. Solis,* 2010 WL 2079688, 9 (W.D.Wash. 2010) (considering supplemental declaration in order to have a complete record).

[REDACTED]

DATED this 28th day of November, 2011.

SUMMIT LAW GROUP PLLC

By */s/ Philip S. McCune*
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION – REDACTED - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| 1 | And by |
| 2 | Jesse J. Jenner (*pro hac vice*) |
| | Steven Pepe (*pro hac vice*) |
| 3 | Ropes & Gray LLP |
| | 1211 Avenue of the Americas |
| 4 | New York, NY  10036-8704 |
| | (212) 596-9046 |
| 5 | *jesse.jenner@ropesgray.com* |
| | *steven.pepe@ropesgray.com* |
| 6 | |
| | Norman H. Beamer (*pro hac vice*) |
| 7 | Ropes & Gray LLP |
| | 1900 University Avenue, 6th Floor |
| 8 | East Palo Alto, CA  94303-2284 |
| | (650) 617-4030 |
| 9 | *norman.beamer@ropesgray.com* |
| 10 | Paul M. Schoenhard (*pro hac vice*) |
| | Kevin J. Post (*pro hac vice*) |
| 11 | Ropes & Gray LLP |
| | One Metro Center |
| 12 | 700 12th Street NW, Suite 900 |
| | Washington, DC  20005-3948 |
| 13 | (202) 508-4693 |
| | *paul.schoenhard@ropesgray.com* |
| 14 | *kevin.post@ropesgray.com* |
| 15 | ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corp.*** |

DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION – REDACTED - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson Harrigan Leyh & Tollefson
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 28th day of November, 2011.

_____
Marcia A. Ripley

DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION – REDACTED - 6
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001