The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>       Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, December 2, 2011** |

THIS MATTER having come before the Court on Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment and the Court having reviewed the papers and evidence submitted, and being otherwise fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment is hereby DENIED.

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

IT IS SO ORDERED.

DATED this _____ day of _____, 2011.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Philip S. McCune*
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  And by

2  Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
3  Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
4  1211 Avenue of the Americas
   New York, NY  10036-8704
5  (212) 596-9046
   *steven.pepe@ropesgray.com*
6  *jesse.jenner@ropesgray.com*
   *stuart.yothers@ropesgray.com*
7
   Norman H. Beamer (*pro hac vice*)
8  Gabrielle E. Higgins (*pro hac vice*)
   Ropes & Gray LLP
9  1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
10 (650) 617-4030
   *norman.beamer@ropesgray.com*
11 *gabrielle.higgins@ropesgray.com*

12 Paul M. Schoenhard (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
13 Ropes & Gray LLP
   One Metro Center
14 700 12th Street NW, Suite 900
   Washington, DC  20005-3948
15 (202) 508-4693
   *paul.schoenhard.@ropesgray.com*
16 *kevin.post@ropesgray.com*

17 ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation***
18

19

20

21

22

23

24

25

26

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Danielson Harrigan Leyh & Tollefson
> *arthurh@dhlt.com*
> *chrisw@dhlt.com*
> *shanec@dhlt.com*
>
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> Richard A. Cederoth, Esq.
> Sidley Austin LLP
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *kwheeler@sidley.com*
> *rcederoth@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 28th day of November, 2011.

_____
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001