The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. C10-1823-JLR |
| Plaintiff, | DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION., | |
| Defendants. | **NOTED ON MOTION CALENDAR: Friday, December 2, 2011** |
| | Friday, December 9, 2011 |

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1.      I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the State of New York and the District of Columbia.

2.      I submit this declaration in support of Defendants' Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (D.I. 112) and Defendant's Motion to file Documents Under Seal, submitted concurrently herewith.

3.      Attached as Exhibit A is a true and correct copy of the Declaration of Timothy Kowalski in Support of Complainants Opposition to Respondent's Motion to Terminate the Investigation with Respect to U.S. Patent No. 5,319,712 and 5,357,571 ("the Kowalski Declaration"), which describes licensing information and negotiations between Motorola and a certain third party.

4.      The Kowalski Declaration contains highly confidential and commercially sensitive proprietary business information protected by paragraph 6 of the Protective Order.  ECF No. 72 at 4.  Disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm.

5.      The redacted licensing information contained in Defendants' Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment is highly confidential and commercially sensitive proprietary business information protected by paragraph 6 of the Protective Order.  ECF No. 72 at

DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION AND DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL - 2
CASE NO. C10-1823-JLR

Summit Law Group pllc
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    4.  Disclosure of this information to third parties and other party employees not covered by the

2    protective order would have the potential to lead to competitive harm.

3           I declare under penalty of perjury of the laws of the United States and the State of

4    Washington that the foregoing is true and correct.

5

6           DATED this 28th day of November, 2011.

7

8

9

10                                                    _____
                                                               Kevin J. Post

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION AND DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson Harrigan Leyh & Tollefson
arthurh@dhlt.com
chrisw@dhlt.com
shanec@dhlt.com

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
bnester@sidley.com
dpritikin@sidley.com
dilewis@sidley.com
jwmcbride@sidley.com
rcederoth@sidley.com

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
andycu@microsoft.com
davkill@microsoft.com

DATED this 28th day of November, 2011.

_____
Marcia A. Ripley

DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATION AND DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# EXHIBIT A
# FILED
# UNDER SEAL