THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>MICROSOFT CORPORATION'S RESPONSE TO MOTOROLA'S NOVEMBER 28, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE<br><br>**NOTED FOR:**<br>**Friday, December 9, 2011** |

I. **Microsoft Does Not Oppose Motorola's Motion to Seal.**

Microsoft does not oppose Motorola's November 28, 2011 Motion to File Documents Under Seal Re Opposition to Microsoft's Motion for Leave to File Supplemental Declaration (Dkt. No. 122). Additionally, for the same reasons as set forth in Motorola's Motion to Seal, Microsoft is required to file certain documents under seal.

MICROSOFT CORPORATION'S RESPONSE TO MOTOROLA'S NOVEMBER 28, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## II. On the Basis of Motorola's Motion to Seal, Microsoft Is Required To File Certain Related Documents Under Seal.

To the extent that Motorola establishes a proper basis for sealing the documents that are the subject of its Motion to Seal, Microsoft is required to file certain related materials under seal. Specifically, Microsoft is obligated to file the following items under seal, for the reasons detailed below:

1. Limited portions of Microsoft's Reply in Support of Its Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (the "Reply in Support of Motion for Leave");

2. Limited portions of the December 2, 2011 Declaration of Christopher Wion In Support of Motion for Leave to File Supplemental Declaration (the "12/2/11 Wion Declaration");

3. Limited portions of Exhibit 2 to the Wion Declaration; and

4. The entirety of Exhibit 1 to the Wion Declaration.

### A. Items 1, 2 and 3 Reference Documents that Motorola Is Seeking to Seal.

Microsoft's (1) Reply in Support of Motion for Leave, (2) the Wion Declaration and (3) Exhibit 2 to the Wion Declaration each refer to and describe documents that are the subject of Motorola's Motion to Seal.[1] Motorola has described the relevant documents it is seeking to seal as containing confidential licensing communications between Motorola and a certain third party, which information is "highly confidential and proprietary business information." Motion to Seal, pp. 4-5.

In light of Motorola's pending request that the Court seal certain of the documents referenced in Microsoft's various submissions, Microsoft is required to file Items 1, 2 and 3 under seal. Microsoft has endeavored to redact the minimum amount of material from the publicly filed versions of these documents, consistent with Motorola's pending Motion to

---

[1] Item 1 also refers to and describes documents that are the subject of Microsoft's November 14, 2011 Motion to Seal (Dkt. No. 110), specifically the November 10, 2011 Declaration of Jennifer Ochs.

MICROSOFT CORPORATION'S RESPONSE TO
MOTOROLA'S NOVEMBER 28, 2011 MOTION
TO FILE DOCUMENTS UNDER SEAL RE:
OPPOSITION TO MICROSOFT'S MOTION FOR
LEAVE - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Seal and Microsoft's obligations under the stipulated Protective Order approved by the Court on July 21, 2011 (Dkt. No. 72).

### B. Item 4 Consists of a Licensing Document that Motorola Is Seeking to Seal and Has Designated As Confidential.

Exhibit 1 to the Wion Declaration consists of certain email correspondence that Motorola is seeking to seal[2] as well as a licensing document referenced in that email, which Motorola has produced to Microsoft with the designation "Contains Motorola Mobility, Inc. and/or Third Party Confidential Business Information, Subject to Protective Order -- Attorneys' Eyes Only." For the reasons set forth in Motorola's Motion to Seal, and under the terms of the governing Protective Order, Microsoft is required to file the entirety of Exhibit 1 to the Wion Declaration under seal.

Nothing herein is intended as a waiver of Microsoft's right to contest Motorola's designation of material as Confidential in accordance with the terms of the Protective Order. Microsoft expressly reserves the right to do so as the circumstances warrant.

DATED this 2nd day of December, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By __/s/ Christopher Wion_____ _____
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080
    Fax: 425-869-1327

---

[2] Exhibit 11 to the Declaration of Timothy Kowalski (attached as Exhibit A to the Declaration of Kevin Post (Dkt. No. 124)).

MICROSOFT CORPORATION'S RESPONSE TO MOTOROLA'S NOVEMBER 28, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE - 3

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corporation

MICROSOFT CORPORATION'S RESPONSE TO MOTOROLA'S NOVEMBER 28, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

        /s/ Susie Clifford
SUSIE CLIFFORD

MICROSOFT CORPORATION'S RESPONSE TO MOTOROLA'S NOVEMBER 28, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE - 5

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717