HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS NOVEMBER 14, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, December 2, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

MICROSOFT'S REPLY IN SUPPORT OF ITS
NOV. 14, 2011 MOTION TO FILE DOCUMENTS
UNDER SEAL

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

For the reasons set forth in Microsoft's November 14, 2011 Motion to File Documents Under Seal (ECF No. 110), and in the absence of any opposition by Motorola, Microsoft respectfully requests that the Court grant its Motion.

DATED this 2nd day of December, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By  /s/ Christopher Wion
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711
Counsel for Microsoft Corporation

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

        /s/ Susie Clifford
SUSIE CLIFFORD

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717