THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF STUART W. YOTHERS IN SUPPORT OF MOTOROLA'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, December 2, 2011** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff | |

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR                                             1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1.    I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts.

2.    I submit this declaration in support of Motorola's Reply in Support of Its Motion for Leave to Amend Its Invalidity Contentions, submitted concurrently herewith.

3.    Attached as Exhibit 14 is a true and correct copy of the Response of Barnes & Noble, Inc. and Barnesandnoble.com LLC to the Amended Verified Complaint of Microsoft Corporation Under Section 337 of the Tariff Act of 1930, as Amended, And Notice of Investigation, No. 337-TA-769 (U.S.I.T.C.), dated May 10, 2011.

4.    Attached as Exhibit 15 is a true and correct copy of Plaintiffs' First Set of Requests for Production (Nos. 1-199) to Defendant Microsoft Corporation, dated February 7, 2011.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 2nd day of December, 2011.

_____
Stuart W. Yothers

DECLARATION OF STUART W. YOTHERS  
CASE NO. C10-1823-JLR  
2  
SUMMIT LAW GROUP PLLC  
315 FIFTH AVENUE SOUTH, SUITE 1000  
SEATTLE, WASHINGTON 98104-2682  
Telephone: (206) 676-7000  
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Danielson, Harrigan, Leyh & Tollefson LLP
> *arthurh@dhlt.com*
> *chrisw@dhlt.com*
> *shanec@dhlt.com*
>
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> Richard A. Cederoth, Esq.
> David Greenfield
> Sidley Austin LLP
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *rcederoth@sidley.com*
> *david.greenfield@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 2nd day of December, 2011.

_____
Marcia A. Ripley

---

DECLARATION OF STUART W. YOTHERS IN SUPPORT OF
MOTOROLA'S REPLY IN SUPPORT OF ITS MOTION FOR
LEAVE TO AMEND ITS INVALIDITY CONTENTIONS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001