The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' NONOPPOSITION TO MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, December 9, 2011** |

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   Defendants do not oppose Microsoft's Motion to File Documents Under Seal re Exhibit B
2   to the Declaration of Christopher Wion in Support of Microsoft's Opposition to Motorola's
3   Motion for Leave to Amend Its Invalidity Contentions (ECF No. 117).
4   Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's
5   designation of material as Confidential Business Information in accordance with the terms of the
6   Protective Order entered on July 21, 2011 (ECF No. 72).  Defendants expressly reserve the right to
7   do so as the circumstances warrant.
8   DATED this 7th day of December, 2011.

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*
    *jesse.jenner@ropesgray.com*
    *stuart.yothers@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

6
7

***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson, Harrigan, Leyh & Tollefson LLP
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*rcederoth@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 7th day of December, 2011.

/s/    *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001