HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　　Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION<br><br>**NOTED FOR:**<br>**Friday, December 9, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　Defendant. | |

THIS MATTER, having come before the Court on Defendants' Motion to File Documents Under Seal Re: Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (Dkt No. 122), and the Court having reviewed Microsoft Corporation's Response to Motorola's November 28, 2011 Motion to File Documents Under Seal Re: Opposition to Microsoft's

MICROSOFT'S [PROPOSED] ORDER
GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL RE: OPPOSITION
TO MICROSOFT'S MOTION FOR LEAVE - 1

Motion for Leave (Dkt No. 127) and the evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that the following documents are to be filed under seal:

1. Limited portions of Defendants' Opposition to Microsoft's Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (Dkt. No. 123);

2. Exhibit A to the Declaration of Kevin J. Post (Dkt. No. 124);

3. Limited portions of Microsoft's Reply in Support of Its Motion for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment (Dkt. No. 128);

4. Limited portions of the December 2, 2011 Declaration of Christopher Wion In Support of Motion for Leave to File Supplemental Declaration (the "12/2/11 Wion Declaration") (Dkt No. 129);

5. The entirety of Exhibit 1 to the 12/2/11 Wion Declaration; and

6. Limited portions of Exhibit 2 to the 12/2/11 Wion Declaration.

IT IS SO ORDERED.

DONE IN OPEN COURT this __ day of _____, 2011.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    /s/ Christopher Wion
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

MICROSOFT'S [PROPOSED] ORDER
GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL RE: OPPOSITION
TO MICROSOFT'S MOTION FOR LEAVE - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | T. Andrew Culbert, WSBA #35925 |
| 2 | David E. Killough, WSBA #40185 |
|   | MICROSOFT CORPORATION |
| 3 | 1 Microsoft Way |
|   | Redmond, WA  98052 |
| 4 | Phone:  425-882-8080 |
|   | Fax:  425-869-1327 |
| 5 | |
|   | David T. Pritikin, *Pro Hac Vice* |
| 6 | Richard A. Cederoth, *Pro Hac Vice* |
|   | Douglas I. Lewis, *Pro Hac Vice* |
| 7 | John W. McBride, *Pro Hac Vice* |
|   | SIDLEY AUSTIN LLP |
| 8 | One South Dearborn |
|   | Chicago, IL  60603 |
| 9 | Phone:  312-853-7000 |
|   | Fax:  312-853-7036 |
| 10 | |
|    | Brian R. Nester, *Pro Hac Vice* |
| 11 | Kevin C. Wheeler, *Pro Hac Vice* |
|    | SIDLEY AUSTIN LLP |
| 12 | 1501 K Street NW |
|    | Washington, DC  20005 |
| 13 | Telephone:  202-736-8000 |
|    | Fax:  202-736-8711 |
| 14 | |
|    | Counsel for Microsoft Corporation |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

MICROSOFT'S [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

s/Susie Clifford

MICROSOFT'S [PROPOSED] ORDER
GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL RE: OPPOSITION
TO MICROSOFT'S MOTION FOR LEAVE - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717