HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                      Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>                      Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS NOVEMBER 28, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, December 9, 2011** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                      Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>                      Defendant. | |

MICROSOFT'S REPLY IN SUPPORT OF ITS
11/28/11 MOTION TO FILE DOCUMENTS
UNDER SEAL

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    For the reasons set forth in Microsoft's November 28, 2011 Motion to File Documents
2 Under Seal (ECF No. 117), and because Motorola does not oppose Microsoft's Motion (s*ee*
3 ECF No. 135), Microsoft respectfully requests that the Court grant its Motion.
4    DATED this 9th day of December, 2011.

5                    DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

7              By __s/ Christopher Wion._____
                   Arthur W. Harrigan, Jr., WSBA #1751
8                  Christopher Wion, WSBA #33207
                   Shane P. Cramer, WSBA #35099

10                 T. Andrew Culbert, WSBA #35925
                   David E. Killough, WSBA #40185
11                 MICROSOFT CORPORATION
                   1 Microsoft Way
12                 Redmond, WA  98052
                   Phone:  425-882-8080
13                 Fax:  425-869-1327

14                 David T. Pritikin, *Pro Hac Vice*
                   Richard A. Cederoth, *Pro Hac Vice*
15                 Douglas I. Lewis, *Pro Hac Vice*
                   John W. McBride, *Pro Hac Vice*
16                 SIDLEY AUSTIN LLP
                   One South Dearborn
17                 Chicago, IL  60603
                   Phone:  312-853-7000
18                 Fax:  312-853-7036

19                 Brian R. Nester, *Pro Hac Vice*
20                 Kevin C. Wheeler, *Pro Hac Vice*
                   SIDLEY AUSTIN LLP
21                 1501 K Street NW
                   Washington, DC  20005
22                 Telephone:  202-736-8000
                   Fax:  202-736-8711
23
24                 Counsel for Microsoft Corporation

25

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                        s/Susie Clifford
                                        SUSIE CLIFFORD

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717