HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 12/15/11 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, January 6, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | |

THIS MATTER comes before the Court on Microsoft's 12/15/11 Motion to File Documents under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED:

Microsoft's 12/15/11 Motion to File Documents Under Seal is GRANTED. The following materials may remain filed under seal:

(PROPOSED) ORDER GRANTING
MICROSOFT'S 12/15/11 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1) Limited portions of Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief ("Microsoft's 12/15/11 Motion for Partial Summary Judgment");

(2) Limited portions of the Declaration of Christopher Wion in Support of Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (the "12/15/11 Wion Declaration");

(3) Exhibit 5 to the 12/15/11 Wion Declaration; and

(4) Exhibit 6 to the 12/15/11 Wion Declaration.

DONE IN OPEN COURT this ___ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By   /s/ Christopher Wion
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA  98052
    Phone:  425-882-8080
    Fax: 425-869-1327

    David T. Pritikin, *Pro Hac Vice*
    Richard A. Cederoth, *Pro Hac Vice*
    Douglas I. Lewis, *Pro Hac Vice*
    John W. McBride, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL  60603
    Phone:  312-853-7000
    Fax: 312-853-7036

(PROPOSED) ORDER GRANTING
MICROSOFT'S 12/15/11 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Brian R. Nester, *Pro Hac Vice*
2  Kevin C. Wheeler, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
   1501 K Street NW
3  Washington, DC  20005
   Telephone:  202-736-8000
4  Fax:  202-736-8711

5  Counsel for Microsoft Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING
MICROSOFT'S 12/15/11 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

        /s/ Linda Bledsoe
LINDA BLEDSOE

(PROPOSED) ORDER GRANTING
MICROSOFT'S 12/15/11 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717