THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  MICROSOFT CORPORATION,                     Case No. C10-1823-JLR

                       Plaintiff,

10      vs.

11 MOTOROLA, INC.,  et al.,                    (PROPOSED) ORDER GRANTING
                                                MICROSOFT'S MOTION FOR
                                                PARTIAL SUMMARY JUDGMENT

12                     Defendants.       DISMISSING MOTOROLA'S CLAIM
                                                FOR INJUNCTIVE RELIEF

13 _____
  MOTOROLA MOBILITY, INC., et al.,

14                         Plaintiffs,       **NOTED FOR:**
                                              **Friday, January 6, 2012**

15      vs.

16 MICROSOFT CORPORATION,

17                     Defendants.

18

19      This matter came before the Court on Microsoft's Motion for Partial Summary

20 Judgment Dismissing Motorola's Claim for Injunctive Relief (the "Motion").

21      The Court has considered the following pleadings:

22      1.     Plaintiff Microsoft Corporation's Motion for Partial Summary Judgment

23 Dismissing Motorola's Claim for Injunctive Relief;

24

25

(Proposed) ORDER GRANTING MICROSOFT'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT DISMISSING MOTOROLA'S
CLAIM FOR INJUNCTIVE RELIEF - i

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1      2.      Declaration of Christopher Wion in Support of Plaintiff Microsoft

2 Corporation's Motion for Partial Summary Judgment Dismissing Motorola's Claim for

3 Injunctive Relief, with Exhibits 1-6;

4      3.

5      4.

6      5.

7      6.

8      The Court therefore deems itself fully advised.  Now, therefore,

9      IT IS ORDERED that, Plaintiff Microsoft Corporation's Motion for Partial Summary

10 Judgment Dismissing Motorola's Claim for Injunctive Relief is GRANTED.

11      DONE IN OPEN COURT this __ day of _____, 2012.

12

13

                  _____

                  HONORABLE JAMES L. ROBART

14 Presented by:

15 DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

16 By    /s/ Christopher Wion_____
       Arthur W. Harrigan, Jr., WSBA #1751

17      Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

18

19      T. Andrew Culbert, WSBA #35925
       David E. Killough, WSBA #40185

20      MICROSOFT CORPORATION
       1 Microsoft Way

21      Redmond, WA  98052
       Phone:  425-882-8080; Fax:  425-869-1327

22

23

24

25

(Proposed) ORDER GRANTING MICROSOFT'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT DISMISSING MOTOROLA'S
CLAIM FOR INJUNCTIVE RELIEF - ii

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000; Fax:  312-853-7036

Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000; Fax:  202-736-8711

Counsel for Microsoft Corporation

(Proposed) ORDER GRANTING MICROSOFT'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT DISMISSING MOTOROLA'S
CLAIM FOR INJUNCTIVE RELIEF - iii

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717