The Honorable James L. Robart

1

2

3

4

5

6            UNITED STATES DISTRICT COURT
7     FOR THE WESTERN DISTRICT OF WASHINGTON
               AT SEATTLE

8  MICROSOFT CORPORATION, a Washington
9  corporation,                                    CASE NO. C10-1823-JLR

10                         Plaintiff,              DECLARATION OF KEVIN J. POST IN
                                                   SUPPORT OF DEFENDANTS'
11           v.                                    OPPOSITION TO MICROSOFT'S
                                                   MOTION FOR PARTIAL SUMMARY
12  MOTOROLA, INC., MOTOROLA                        JUDGMENT DISMISSING
    MOBILITY, INC., and GENERAL                    MOTOROLA'S CLAIM FOR
13  INSTRUMENT CORPORATION,                         INJUNCTIVE RELIEF
14                         Defendants.             **NOTED ON MOTION CALENDAR:**
15                                                 **Friday, January 6, 2012**

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT DISMISSING
MOTOROLA'S CLAIM FOR INJUNCTIVE RELIEF
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    1.    I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc.

2  (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation

3  (collectively "Motorola"), Defendants in this action, and am a member in good standing of the

4  bars of the State of New York and the District of Columbia.

5    2.    I submit this declaration in support of Defendants' Opposition to Microsoft's

6  Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief,

7  submitted concurrently herewith.

8    3.    Attached as Exhibit 1 is a true and correct copy of Defendants' Opposition to

9  Microsoft's Motion for Partial Summary Judgment (Dkt. 86) *Microsoft Corp. v. Motorola, Inc.*,

10  No C10-1823-JLR (Sept. 23, 2011).

11    4.    The licensing and negotiation information contained in Defendants' Opposition to

12  Microsoft's Motion for Partial Summary Judgment (Dkt. 86), which was filed with this court

13  under seal, is highly confidential and commercially sensitive proprietary business information

14  protected by paragraph 6 of the Protective Order. Dkt. 72 at 4. Disclosure of this information to

15  third parties and other party employees not covered by the protective order would have the

16  potential to lead to competitive harm.

17    5.    Attached as Exhibit 2 is a true and correct copy of Microsoft's Amended and

18  Supplemental Complaint (Dkt. 53) *Microsoft Corp. v. Motorola, Inc.*, No C10-1823-JLR (Feb. 23,

19  2011).

20    6.    Attached as Exhibit 3 is a true and correct copy of a June 14, 2011 letter sent from

21  David Heiner, Microsoft's Vice President and Deputy General Counsel, and Amy Marasco

22  Microsoft's General Manager, Standards Strategy and Policy, to the Federal Trade Commission's

23  Office of the Secretary regarding Patent Standards Workshop, Project No. P11-1204, which is

24  available at http://www.ftc.gov/os/comments/patentstandardsworkshop/00009-60523.pdf.

25

26

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT DISMISSING
MOTOROLA'S CLAIM FOR INJUNCTIVE RELIEF - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1      7.     Attached as Exhibit 4 is a true and correct copy of selected pages from the

2  American Bar Association, Section of Science & Technology Law, Committee on Technical

3  Standardization, *Standard Development Patent Policy Manual* (2007).

4      8.     Attached as Exhibit 5 is a true and correct copy of the Common Patent Policy for

5  the ITU-T/ITU-R/ISO/IEC, Int'l. Telecommunication Union (last updated June 3, 2010), which is

6  available at http://www.itu.int/en/ITU-T/ipr/Pages/policy.aspx.

7      9.     Attached as Exhibit 6 is a true and correct copy of Motorola's Memorandum in

8  Opposition to Microsoft's Motion to Terminate with Respect to U.S. Patent Nos. 5,319,712 and

9  5,357,571, ITC Inv. No. 337-TA-752 (U.S.I.T.C. Nov. 28, 2011).

10      10.    The licensing and negotiation information contained in Motorola's Memorandum

11  in Opposition to Microsoft's Motion to Terminate with Respect to U.S. Patent Nos. 5,319,712 and

12  5,357,571, which was marked "CONTAINS CONFIDENTIAL BUSINESS INFORMATION,

13  SUBJECT TO PROTECTIVE ORDER" in ITC Inv. No 337-TA-752, is highly confidential and

14  commercially sensitive proprietary business information protected by paragraph 6 of the

15  Protective Order. Dkt. 72 at 4. Disclosure of this information to third parties and other party

16  employees not covered by the protective order would have the potential to lead to competitive

17  harm.

18      11.    Attached as Exhibit 7 is a true and correct copy of Motorola's Memorandum in

19  Opposition to Microsoft's Motion to Terminate the Investigation with Respect to U.S. Patent Nos.

20  6,980,596 and 7,162,094, ITC Inv. No 337-TA-752 (U.S.I.T.C. Nov. 28, 2011).

21      12.    The licensing and negotiation information contained in Motorola's Memorandum

22  in Opposition to Microsoft's Motion to Terminate the Investigation with Respect to U.S. Patent

23  Nos. 6,980,596 and 7,162,094, which was marked "CONTAINS CONFIDENTIAL BUSINESS

24  INFORMATION, SUBJECT TO PROTECTIVE ORDER" in ITC Inv. No 337-TA-752, is highly

25  confidential and commercially sensitive proprietary business information protected by paragraph 6

26  of the Protective Order. Dkt. 72 at 4. Disclosure of this information to third parties and other

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT DISMISSING
MOTOROLA'S CLAIM FOR INJUNCTIVE RELIEF - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  party employees not covered by the protective order would have the potential to lead to

2  competitive harm.

3        13.     Attached as Exhibit 8 is a true and correct copy of Defendant Microsoft

4  Corporation's Answer and Counterclaims to Plaintiffs' First Amended Complaint for Patent

5  Infringement in the case *Motorola Mobility, Inc. v. Microsoft Corp.*, No. 10-699, which was filed

6  in the Western District of Wisconsin on Jan. 25, 2011.

7        14.     Attached as Exhibit 9 is a true and correct copy of Microsoft Corporation's Form

8  10-K for the Fiscal Year Ended June 30, 2011.

9        15.     Attached as Exhibit 10 is a true and correct copy of Motorola's XOOM Fact Sheet,

10 from the Motorola Media Center, which is available at http://mediacenter.motorola.com/Fact-

11 Sheets/Motorola-XOOM-Fact-Sheet-3537.aspx (last visited Dec. 28, 2011).

12       16.     Attached as Exhibit 11 is a true and correct copy of an article by Nick Eaton, titled

13 "PC Sales Slow While Tablet Sales Skyrocket, Firm Says," which was published in Seattle PI on

14 Sept. 15, 2011, and is available at http://blog.seattlepi.com/microsoft/2011/09/15/pc-sales-slow-

15 while-tablet-sales-skyrocket-firm-says/.

16       17.     Attached as Exhibit 12 is a true and correct copy of an article by David Murphy,

17 titled "Tablet Sales to Take Off, PC Sales Suffer," which was published in PC Magazine on Sep.

18 11, 2011 and is available at http://www.pcmag.com/article/print/287567.

19       18.     Attached as Exhibit 13 is a true and correct copy of an article by Mark Wilson,

20 titled, "Will Xbox 360 Replace Your Cable Box—Or Will a TV Replace Your Xbox?" which was

21 published in Popular Mechanics on Dec. 7, 2011, and is available at

22 http://www.popularmechanics.com/technology/gadgets/home-theater/will-xbox-360-replace-your-

23 cable-box-or-will-a-tv-replace-your-xbox-6612417.

24

25

26

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    I declare under penalty of perjury of the laws of the United States and the State of

2 Washington that the foregoing is true and correct.

3    DATED this 3rd day of January, 2012.

4

5

6                                                                    Kevin J. Post

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT DISMISSING
MOTOROLA'S CLAIM FOR INJUNCTIVE RELIEF - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system which will send notification of such filing to the following:

4                    Arthur W. Harrigan, Jr., Esq.
                     Christopher T. Wion, Esq.
5                    Shane P. Cramer, Esq.
                     Danielson Harrigan Leyh & Tollefson
6                    arthurh@dhlt.com
                     chrisw@dhlt.com
7                    shanec@dhlt.com

8                    Brian R. Nester, Esq.
9                    David T. Pritikin, Esq.
                     Douglas I. Lewis, Esq.
10                   John W. McBride, Esq.
                     Richard A. Cederoth, Esq.
11                   Sidley Austin LLP
12                   bnester@sidley.com
                     dpritikin@sidley.com
13                   dilewis@sidley.com
                     jwmcbride@sidley.com
14                   rcederoth@sidley.com

15                   T. Andrew Culbert, Esq.
                     David E. Killough, Esq.
16                   Microsoft Corp.
17                   andycu@microsoft.com
                     davkill@microsoft.com

18

19      DATED this 3rd day of January, 2012.

20
                                         /s/ Deanna L. Schow
21                                       Deanna L. Schow

22

23

24

25

26

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT DISMISSING
MOTOROLA'S CLAIM FOR INJUNCTIVE RELIEF - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001