# EXHIBIT 10

Case 2:10-cv-01823-JLR   Document 144-11   Filed 01/03/12   Page 2 of 3

12/23/11                          Motorola XOOM™ Fact Sheet - Fact Sheets - Motorola Mobility, Inc.

Sign Up for Email Updates    Cart (0) - CheckoutYour Cart is Empty
Need help with your order?
800-520-6412
M-F 9:00AM-8:00PM ET



Search

# MEDIA CENTER

Motorola Home > About Motorola > Media Center > Fact Sheets    Like    87 likes. Sign Up to see what your friends like.    Media Ce

ABOUT MOTOROLA
CAREERS
CORPORATE RESPONSIBILITY
ENVIRONMENT
HISTORY
INVESTOR RELATIONS
MEDIA CENTER
   EVENT CALENDAR
   EXECUTIVE TEAM
   FACT SHEETS
   IMAGE GALLERY
   INDUSTRY ANALYSTS
   MEDIA CONTACTS
   NEWS BYTES
   PRESS KITS
   PRESS RELEASES
   SOCIAL MEDIA
MOTOROLA MOBILITY VENTURES
TECHNOLOGY







## FACT SHEETS

### Motorola XOOM™ Fact Sheet

Jan. 05, 2011

**Motorola XOOM™: Redefining the Tablet Experience**

Motorola XOOM is redefining what a tablet experience can be as the world's first device to run Android 3.0 Honeycomb, Google's powerful operating system designed specifically for tablets and featuring the latest Google Mobile Innovations. Motorola XOOM also comes with support for Adobe® Flash® Player, allowing you to browse the web with full access to Flash sites, videos and games. Enjoy all of this on the Motorola XOOM's 10.1" HD widescreen display, enabling HD video content that's richer and clearer than ever before.

**Beyond the Next Generation**

Motorola XOOM is uniquely equipped to support an always evolving tablet experience. Offering 3G wireless access that can be upgraded to super-fast 4G LTE (for tablets on Verizon Wireless), and powered by a dual core processor with each core running at 1 GHz, delivering up to two GHz of processing power, Motorola XOOM delivers performance that's twice as fast at web browsing as the leading competitor on the market today. Thin, light and powerful, it's easy to hold, easy on the eyes and goes anywhere you do with the connectivity and performance to support the latest features, software and functions as soon as they're released.

**Surf. Watch. Play. Connect.**

Motorola XOOM is the first tablet to feature the latest Google Mobile innovations, including Google Maps 5.0 with 3D interaction, access to over 3 million Google eBooks and Google Talk with video and voice chat. And as a gamer, you can experience Motorola XOOM's rich graphics at lightning-fast speeds with games that leverage the built-in gyroscope and accelerometer.

**Work with Ease**

Motorola XOOM lets you stay connected to work from anywhere through the country's largest 3G network from Verizon Wireless. You can check personal or Exchange corporate email, view calendars and even send meeting notices. Not to mention that information is brought straight to your home screen with live, scrollable widgets. Open documents, spreadsheets and presentations, edit them on a virtual QWERTY or the Motorola Bluetooth® Wireless keyboard, and send them back lightning fast.

**Power Accessories beyond the Charger**

Motorola XOOM has a wide range of accessories to expand its power and capabilities. The "smart docks" are no longer just a place to charge your device; they make Motorola XOOM a portable play and work station that fits your lifestyle. The Standard Dock can be used for watching video content or listening to music through external speakers as the device charges. The Speaker HD Dock allows you to send HD content directly to your TV or blast your tunes without attaching external speakers.

**Create and Share**

Motorola XOOM is ready to document your adventures. It includes a rear-facing 5 megapixel camera with flash that captures video in 720p HD. View and edit your photos and video immediately, then display them on the 10.1" HD screen or on any HDTV with HDMI connectivity. Post your creations straight to YouTube, Picasa, and Facebook® or engage with friends and family through Motorola XOOM's front-facing 2 megapixel camera designed for video calling.

Learn more about Motorola XOOM

PRESS RELEASE
Download all as a


Motorola XOOM™ H
View | Download


Motorola XOOM™ F
View | Download


Motorola XOOM™ F
View | Download


Motorola XOOM™ D
View | Download

12/23/11

Motorola XOOM™ Fact Sheet - Fact Sheets - Motorola Mobility, Inc.

**Motorola XOOM Tablet**

| | |
|---|---|
| OS | Android 3.0 Honeycomb |
| Differentiation | Larger display in smaller form-factor, 1080p HD support, first tablet with Honeycomb software, dual-core 1GHz processor, and a wide range of docking options |
| Dimensions | 249.1mm (h) x 167.8mm (w) x 12.9mm (d) |
| Display | 10.1" 1280x800 resolution |
| Weight | 730 g |
| Processor | NVIDIA® Tegra™ 2: 1GHz dual-core processor |
| Battery | Up to 10 hour video playback |
| Connectivity | 3.5mm, micro USB 2.0 HS, Corporate Sync, Wi-Fi 2.4GHz & 5GHz 802.11b/g/n, Bluetooth 2.1 + EDR + HID |
| Network | 3G, 4G LTE upgradeable (for tablets on Verizon Wireless), 802.11n w/Personal Hotspot |
| Messaging/Web/Apps | Email (Corporate Sync, Google Mail, POP3/IMAP embedded, Push Email, Yahoo Mail), WebKit w/ Flash |
| Audio | AAC, AAC+, AMR NB, AMR WB, MP3, XMF |
| Video | 720p capture/1080p playback/streaming, H.263, H.264, MPEG4 |
| Camera | 5 MP rear-facing camera with dual LED flash/2MP front-facing camera |
| Memory | 32GB on board user memory, microSD card support for up to 32GB additional memory, 1GB DDR2 RAM |

**Media Contacts** (for media and analysts only):

Juli Burda
+1 847-523-5035
Juli.Burda@motorola.com
Motorola Mobility, Inc.

▶ SEARCH THE MED

**PRESS RELEASE**

Sign up to receive N
releases by email.

▶ SIGN UP

Manage my subsc

**RELATED LINKS**

Corporate Overvi
Corporate Respor
Media Experience

Motorola Home > About Motorola > Media Center > Fact Sheets

ABOUT US   MEDIA   INVESTORS   LEGAL   CAREERS        Questions? Call 800-520-6412        CONTACT US     US