# EXHIBIT 11



Seattle Traffic | Seattle Weather | Mobile |

File online for less. And by "less," we mean "NOTHING."
Free to prepare. Free to print. Free to e-file.

H&R BLOCK At Home
NEVER SETTLE FOR LESS℠
START NOW

seattlepi

Q Search   ● seattlepi.com   ○ Web Search by YAHOO!   ○ Businesses

Home  Local  U.S./World  Business  Sports  A&E  Life  Comics  Photos  Blogs  Forums

Weather  Transportation  Politics  Joel Connelly  Neighborhoods  Around the Sound  Environment  Obituaries  Opinion  David Horsey  Forums

Win Two Tickets to WEST SIDE STORY at The Paramount Theatre
Click HERE to get this Deal

DAILY DEAL

## The Microsoft Blog
Microsoft news and other technology news, photos, charts and data from seattlepi.com.

### PC sales slow while tablet sales skyrocket, firm says

Tweet  21   Share   3



PC shipments in the second quarter of this year grew by 2.6 percent worldwide, missing IDC's modest forecast of 2.9 percent, the research firm said this week. Meanwhile, worldwide shipments of tablets skyrocketed 303.8 percent year over year, IDC said.

The trends show just how much the technology world is shifting toward devices like the Apple iPad, which is driving tablet sales. IDC said Apple's market share grew from 65.7 percent in the first quarter to 68.3 percent in the second quarter of this year.

"While consumers have pulled back in part due to economic circumstances,



consumer PCs have also suffered due to a relative lack of compelling offerings," IDC analyst Jay Chou said in a news release. "With the excitement of mini notebooks (netbooks) largely past, the PC industry has struggled to come up with compelling features to keep buyer interest, and has subsequently suffered some budget-competition from smart phones as well as media tablets."

The research firm now expects PC sales to grow by just 2.8 percent this year, down from its previous growth forecast of 4.2 percent. In mature markets such as the United States, PC shipments aren't expected to reach 2010 levels until 2013, IDC said.

Worldwide, total PC shipments are expected to hit 356.9 million this year, IDC said. Meanwhile, the firm now expects 62.5 million tablets to be shipped worldwide this year, up from a previous 2011 forecast of 53.5 million.

But while the iPad has a strong lead in the tablet market, the field of alternatives appears to be fickle. Google's market share with its Android operating system fell from 34 percent in the first quarter to 26.8 percent, largely due to the release of Research in Motion's PlayBook, IDC said. Android will drop again in the third quarter to 23 percent, IDC expects, as consumers scoop up Hewlett-Packard's TouchPad, which has been discounted to $99 as HP figures out the future of its PC business.

"Apple's iOS share will continue to lead by more than 40 percentage points over Google's Android for the remainder of the year, but we expect Apple's share to fall closer to 50 percent by the end of the forecast period as manufacturers bring new tablets to market," IDC analyst Jennifer Song said in a news release.

As such, it looks as though there is still room for formidable iPad competitors in the tablet market. Microsoft is looking to make a big splash with Windows 8, but the new operating system isn't expected to launch for another year. Will it be too late?

*Visit the Microsoft Blog index for more Microsoft news and technology news, and seattlepi.com for more Seattle news.*

1/2/12
PC sales slow while tablet sales skyrocket, firm says | The Microsoft Blog - seattlepi.com
Case 2:10-cv-01823-JLR Document 144-12 Filed 01/03/12 Page 4 of 5

Tweet 21   Share   3

Posted by Nick Eaton on September 15, 2011 at 9:57 am | Permalink | Leave a comment

Categories: Smartphones and Tablets, Windows



### Nick Eaton

Nick Eaton is a reporter, producer and editor at seattlepi.com. He previously covered Micr.... More

CONTACT:   FOLLOW:

### WE RECOMMEND

Gates on Jobs: 'He was the good guy, we were the bad guys'

Best Buy and new computers: How Microsoft will really sell Office 2010 to consumers

Microsoft goes to court over mouse patents

Bing has fewest ads (not a bad thing) — and look who's advertising

Play 'Halo' for the Atari 2600

Apple ready to pass Microsoft in market cap ... again

### FROM AROUND THE WEB

**Unthinkable Poised to Happen on Wall Street. See Disturbing Charts.**
(*Moneynews*)

[Sponsored links]

## Comments (0)

### Add Your Comment

New to the site?   Already a member?

To use commenting, you   Please log in.   (Forgot Password?)
need to sign up.
                        Email

Register

1/2/12 PC sales slow while tablet sales skyrocket, firm says | The Microsoft Blog - seattlepi.com

Password

☐ Remember Me

Sign In

**Newspaper Advertising**
Save money on newspaper ads. Buy ads instantly and save.
http://www.mediabids.com

**AARP® 50+ Auto Insurance**
Over 50? Save an Avg $357*. 4 out of 5 AARP®
AARP.TheHartford.com

**OnDemand Call Center 24/7**
ISO Secure US Based Agents English/Spanish Lead Transfers
www.TeleDirect.com

Home Decorating Tips — Click Here

Home Heating Save Money | Surviving the Storm | New Ways to Wash | Keeping Your Home Clean | Prevent Power Outages | Cool Weather Healthy Air | Setting Baits for Rodents | Protective Caulking

NAPS

**Reader Services:** My account | Mobile | RSS feeds | Follow us on Twitter | Facebook | E-mail newsletters | Corrections | E-mail newsletters
**Company Info:** Advertise online | Contact us | Send us tips | Job openings | About the P-I | Hearst Corp. | Terms of use | Privacy policy | About our ads
**Advertising Services:** SEO by LocalEdge | PPC Management by Metrix4Media

Send comments to newmedia@seattlepi.com
©1996-2011 Hearst Seattle Media, LLC
HEARST newspapers