# EXHIBIT 13

 

Subscribe  /  Give a Gift  /  Customer Service  /  Promotions  /  Blogs  /  Video  /  iPad App Edition  /  Digital Edition

# Popular Mechanics

TRY: Lawn Care / Tool Reviews / DIY Car Repair

Homepage / Technology / Gadgets / Home Theater / Will Xbox 360 Replace Your Cable Box—Or Will a TV Replace Your Xbox?

CONNECT WITH POPUL

# Will Xbox 360 Replace Your Cable Box—Or Will a TV Replace Your Xbox?

Microsoft just announced plans to incorporate cable TV in the Xbox 360, an early step in game consoles' attempt to replace our set-top boxes. But TVs themselves are starting to do everything, threatening to do away with all connected boxes. What's going on? Nothing but good things for us, PM contributor Mark Wilson argues.

By Mark Wilson

Like  50     Tweet  1     Comments  2   Email   Print



Microsoft



December 7, 2011 3:00 PM          TEXT SIZE: A . A . A

**A TV used to simply display images.** A game console used to just play games. But we're reaching a point—a critical intersection of low-cost processors and streaming digital media—that is transforming the home theater into something more than a collection of discrete components, each doing a specific job: a collection of discrete components that each do every single job.

The typical Blu-ray player isn't limited to playing discs. It connects to a home network, upscales standard definition content to HD, and streams Netflix. So does the contemporary smart TV, or any game console on the market. In the near future, simply, everything will do everything.

I used to find this premise annoying. Why would I need my TV to stream Hulu if my PS3 can already handle the job? But now, I'm starting to see the light. We're entering a time of incredible competition in a very insecure industry. The Xbox could take over the DirecTV box. The TV could take over the Xbox.

Once upon a time, we upgraded our home entertainment systems piece by piece. But in a



FEATURED VIDEO



world where every component does almost everything, upgrading one piece carries the potential to upgrade your entire home entertainment rig. And it's all thanks to two really big developments.

## Every Component Will Stream All Media

Netflix and Hulu are standards on new home theater equipment, not luxuries as they were just a year or two ago. But what's the next step?

One, clearly, is the unification of TV and gaming. Microsoft, with its latest Xbox 360 update, just made a major move in this direction by announcing that the console would incorporate Verizon FiOS, Comcast's Xfinity, and HBO, adding these three to the 360's existing partnership with ESPN.

It's a baby step. Verizon FiOS, for instance, will carry only 26 channels on the Xbox 360, and Comcast and HBO will offer on-demand content only. ESPN's integration is impressive if you are a college football fan, but its general scope still misses the most popular pro sports. Microsoft's first big partnerships definitely look better on paper than they will in practice. However, these are the first stages of true set top box competition.

And Microsoft isn't alone in this quest. Mike Abary, head of Sony Home Entertainment of America, told me last week that he thinks consumers are tired of the slow-moving innovation and general limitations of set-top providers like Comcast and DirecTV. He made it no secret that Sony was interested in (and most likely pursuing) Internet-streaming cable packages and similar solutions for the U.S.

This could mean that Sony would like to see the PS3 provide real-time entertainment that competes with cable. It also means that one day a Sony TV could do the same thing—no cable box required.

## Every Component Will Offer Video Games—And Not Just Lousy Ones

If the latest trick in the console market is for systems like the Xbox 360 and PS3 to become your cable box, are they set to dominate? Not necessarily.

Televisions, with no extra boxes attached, are already becoming app-heavy; we've seen this with Skype and Netflix. And if TVs become app havens, then they could come to dominate the casual gaming market that's been so successful on iOS and Facebook (see Farmville and Birds, Angry). The much-rumored AppleTV will bundle iPhone apps inside the television set itself. GoogleTV's strategy is not much different, meaning every other TV manufacturer could incorporate Android games.

Still, that leaves the serious gaming market to consoles. But here, there's a total wild card that's not getting much press, which could challenge console dominance. Vizio, the most popular LCD HDTV manufacturer in the U.S., has signed a deal to incorporate OnLive streaming games into its TVs. OnLive isn't some casual gaming system that can't appeal to gamers looking for deep, involving experiences. Rather, the service renders the most technically advanced games in the cloud at high resolutions, then streams them as pre-rendered video. It's not so different from YouTube clips, other than the fact that you can play them in real time.

Right now, it'll cost you $200 or more to buy a high-end console. But OnLive can render games that look better than current-generation consoles (and has no cap on how good it could become) freely through a TV. Vizio announced this partnership about a year ago, and declined to comment further on when we could expect OnLive-capable devices to come out.

Suddenly, Microsoft and Sony must innovate even harder—or go the path of OnLive and integrate their gaming across platforms.

## Every Component Will Offer a Competitive Experience

In a home theater where everything can do everything, upgrading any one component will give you the latest and greatest of everything, and every brand will want to be the brand you choose to do that everything. Companies will become incredibly competitive, and thereby innovative, to grab your attention with more diverse content, new interfaces, and cross-platform connectivity. And even if



Year-End
Thousands of item
FREE S
Saver Shi
Restrictions apply ▶ See a

Privacy

MORE FROM POPULAR

Confessions of a Car Salesman
11 Cars That Beat High Gas Pri
Top 10 Must-Have Cars of 2011
12 New Cars That Are Worth W
The 13 Most Dangerous Car Int

FROM OUR PARTNERS

Purolator AutoFilers: Be Car Ca
Timberland PRO® Helix: Anti-F
Science & Tech on Film at the N
Sciences

most of the stuff out there totally sucks, most of it is sure to get cheaper as desperate manufacturers attempt to differentiate themselves with the bottom line.

The future of electronics isn't hardware. It's content. Whoever can bring the best content together cheaply—and then get out of the way—will win.

**TAGS:** hulu, tvs, cable, home entertainment, video games, home theater, tv, consoles, Netflix, xbox 360, microsoft, xbox

## Related Stories
Will Xbox 360 Replace Your Cable Box—Or Will a TV Replace Your Xbox ?
How to Get a More Connected, Intelligent Home Theater
Why You Shouldn't Buy A Used Xbox 360 : Digital Clinic
Big Winners in Vegas are Netflix and Yahoo: CES 2009 Analysis
How to Ditch Your Cable Provider Without Giving Up on TV
The DIY Home Theater Quiz

ADVERTISEMENT

**Get DIRECTV® For 2012**
Last Chance to Lock In 2011 Prices!
$29.99/mo(1yr). Get DIRECTV® Now.
www.DIRECTV.com

**Comcast® Business TV**
Keep Your Business Connected With
Comcast. TV Starting at $4.95/Mo!
Business.Comcast.com/TV

**Sony BRAVIA® LCD TV Sale**
Sony 3D LCD HDTVs Just got Smarter!
Stunning HD Picture Quality LCD TVs
store.sony.com/Buy-Now

AdChoices ▷

**Post a comment**



**Lynn Vander Meer** · Top Commenter · Berkley, Michigan
Just when you think electronics can't possibly become even more amazing, they do.....
Reply · Like · December 10, 2011 at 10:17am



**David Abraham** · Top Commenter · Temple University
If you try Airplay Mirroring with iPad and Apple TV there will be a perceptible lag even on the same WiFi network...Onlive will never be able to overcome this.
http://www.youtube.com/watch?v=c5bAGbgfbSc
Reply · Like · December 7, 2011 at 6:41pm



**Charlay Wong** · Missionary at Chuck Norris Institute of Manliness and Ass-Kickery
david you'd be pretty suprised at what onlive is capable of
Reply · Like · December 7, 2011 at 9:36pm



**Michael Gregor** · LM waste of U
Agreed with Charlay...

Though Onlive needs a huge customer base to truly succeed and it is not clear that anyone can scale an a solution like this successfully...

We have 2 OnLives, 3 controllers, and know that Perlman and his team might just be the team to do it...
Reply · Like · December 8, 2011 at 9:09am

Facebook social plugin

## More From Popular Mechanics

### AUTOMOTIVE
Using Nitrogen in Car Tires
Is Synthetic Oil Better?
New Electric Cars
Best Tire Brand Comparison

More

### TECHNOLOGY
Best iPod FM Transmitter
How to Make a Speaker
Hard Drive Data Recovery
Underwater Digital Cameras

More

### SCIENCE
UFO Movies
Survival Kit Checklist
Bomb Shelters
Wind Turbine Design

More

### OUTDOORS
DIY Solar Pane
Powerful Hand
Wesson
Barefoot Runni
Green Design

More

### HOME HOW TO
How to Build a Smoker
How to Build a Shed
How to Install Drywall
How to Build a Fence

More

### DIY CENTRAL
Plans for Building a Pergola
Bookshelf Plans
How to Make Beer
Suspended Ceiling

More

### MOST POPULAR
Tennis Serve
World's Largest Cruise Ship
Winterize Your Boat
How to Hang a Picture Frame
Ab Machines That Work

### FEATURES
Apple TV Revie
Painting Tips
Raised Garden
Home Inspectic
Automotive Ne




**SIGN UP**
FOR POPULAR MECH,
NEWSLETTER

**POPULAR MECHANICS**
Don't miss out...Get our h
delivered right to your inb
free!

You'll get the news on the
in tech, autos, home, scie

Your email address



**TRY:** Lawn Care / Tool Reviews / DIY Car Repair

| ABOUT POPULAR MECHANICS | POPULARMECHANICS.COM | STUFF MEN LIKE | REVIEWS | HOW TO | T |
|---|---|---|---|---|---|
| iPad App Edition | Automotive | How to Build a Car | Mens Shoes | How to Tie a Tie | C |
| Digital Edition | Technology | Home Inspection Checklist | Best Restaurants in NYC | Refinish Floors | 2 |
| About Us | Science | Diesel Truck Reviews | Tuxedo Styles and Reviews | How to Grow a Beard | A |
| Press Room | Home How-To | DIY Solar Panels | Upcoming Movies 2011 | Pro Painting Tips | T |
| Privacy & Terms of Use | Outdoors | Science Fiction Movies | Zero Turn Mowers | How to Videos | N |
| Site Map | DIY Central | Fuel Injector Cleaner | Raised Garden Beds | How to Build a Shed | J |
| Contact Us | | Hard Drive Data Recovery | Vizio TV Reviews | How to Make a Speaker | E |
| Community Guidelines | | Synthetic Oil Review | Foods with Iron | Painting Kitchen Cabinets | L |
| Advertise Online | | Most Fuel Efficient Cars | Mens Hairstyles | How to Make Beer | G |
| About Our Ads | | Best Men's Watches | Microsoft Surface | How to Install Drywall | S |
| | | How to Make Pancakes from Scratch | Organic Foods | How to Iron | S |
| | | | | | N |
| | | | | | S |

Connect with Us     |  More Options

©2012 Hearst Communication, Inc. All Rights Reserved. **Being Green** / **Why did I get this ad?**

**HEARST** *men's network*
A Part of Hearst Digital Media