The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,

Defendants.

CASE NO. C10-1823-JLR

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING MOTOROLA'S CLAIMS FOR INJUNCTIVE RELIEF [PROPOSED]

**NOTED ON MOTION CALENDAR: Friday, January 6, 2012**

THIS MATTER having come before the Court on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claims for Injunctive Relief and the Court having reviewed the papers and evidence submitted, and being otherwise fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claims for Injunctive Relief is hereby DENIED.

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1     IT IS SO ORDERED.

2     DATED this _____ day of _____, 2012.

3

4                                                          _____
                                                          THE HONORABLE JAMES L. ROBART
5                                                          UNITED STATES DISTRICT COURT JUDGE

6     *Presented by:*

7     SUMMIT LAW GROUP PLLC

8

9     By */s/ Philip S. McCune*_____
          Philip S. McCune, WSBA #21081
10        Lynn M. Engel, WSBA #21934
          *philm@summitlaw.com*
11        *lynne@summitlaw.com*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL          Summit Law Group pllc
SUMMARY JUDGMENT DISMISSING MOTOROLA'S               315 Fifth Avenue South, Suite 1000
CLAIMS FOR INJUNCTIVE RELIEF - 2                      Seattle, Washington 98104-2682
CASE NO. C10-1823-JLR                                 Telephone:  (206) 676-7000
                                                     Fax:   (206) 676-7001

1   And by

2       Steven Pepe (*pro hac vice*)
        Jesse J. Jenner (*pro hac vice*)
3       Stuart W. Yothers (*pro hac vice*)
        Ropes & Gray LLP
4       1211 Avenue of the Americas
        New York, NY  10036-8704
5       (212) 596-9046
        *steven.pepe@ropesgray.com*
6       *jesse.jenner@ropesgray.com*
        *stuart.yothers@ropesgray.com*
7
        Norman H. Beamer (*pro hac vice*)
8       Gabrielle E. Higgins (*pro hac vice*)
        Ropes & Gray LLP
9       1900 University Avenue, 6th Floor
        East Palo Alto, CA  94303-2284
10      (650) 617-4030
        *norman.beamer@ropesgray.com*
11      *gabrielle.higgins@ropesgray.com*

12      Paul M. Schoenhard (*pro hac vice*)
        Kevin J. Post (*pro hac vice*)
13      Ropes & Gray LLP
        One Metro Center
14      700 12th Street NW, Suite 900
        Washington, DC  20005-3948
15      (202) 508-4693
        *paul.schoenhard.@ropesgray.com*
16      *kevin.post@ropesgray.com*

17  ***Attorneys for Defendants Motorola, Inc., Motorola
    Mobility, Inc., and General Instrument Corporation***
18

19

20

21

22

23

24

25

26

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT DISMISSING MOTOROLA'S
CLAIMS FOR INJUNCTIVE RELIEF - 3
CASE NO. C10-1823-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson Harrigan Leyh & Tollefson
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 4th day of January, 2012.

/s/          *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT DISMISSING MOTOROLA'S
CLAIMS FOR INJUNCTIVE RELIEF - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001