HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS DECEMBER 15, 2011 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>Friday, January 6, 2012 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

MICROSOFT'S REPLY IN SUPPORT OF ITS
12/15/11 MOTION TO FILE DOCUMENTS
UNDER SEAL

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

For the reasons set forth in Microsoft's December 15, 2011 Motion to File Documents Under Seal (ECF No. 138), and because Motorola does not oppose Microsoft's Motion (*see* ECF No. 149), Microsoft respectfully requests that the Court grant its Motion.

DATED this 6th day of January, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/ Christopher Wion.
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Brian R. Nester, *Pro Hac Vice*
Kevin C. Wheeler, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corporation

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

          s/Linda Bledsoe
          LINDA BLEDSOE

MICROSOFT'S REPLY IN SUPPORT OF
MOTION TO FILE DOCUMENTS UNDER
SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717