THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION<br><br>Defendants.| CASE NO. C10-1823-JLR<br><br>DECLARATION OF STUART W. YOTHERS IN SUPPORT OF MOTOROLA'S PREHEARING STATEMENT |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff | |

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR

1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1.    I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts.

2.    I submit this declaration in support of Motorola's Prehearing Statement, submitted concurrently herewith.

3.    Attached hereto as Exhibit A is a true and correct copy of Motorola's Preliminary Identification Of Claim Terms To Be Construed, dated December 2, 2011.

4.    Attached hereto as Exhibit B is a true and correct copy of Plaintiff And Cross-Defendant Microsoft Corporation's Proposed Claim Terms And Elements For Construction, dated December 2, 2011.

5.    Attached hereto as Exhibit C is a true and correct copy of Motorola's Preliminary Proposed Constructions.

6.    Attached hereto as Exhibit D is a true and correct copy of Plaintiff And Cross-Defendant Microsoft Corporation's Preliminary Claim Constructions and Supporting Extrinsic Evidence.

7.    Attached hereto as Exhibit E is a true and correct copy of an email from Douglas Lewis, Esq. dated December 31, 2011 at 12:07pm EST.

8.    Attached hereto as Exhibit F is a true and correct copy of an email (without attachments) from Stuart Yothers, Esq. dated January 5, 2012 at 12:27pm EST.

9.    Attached hereto as Exhibit G is a true and correct copy of an email (without attachments) from Alison Potter, Esq. dated January 5, 2012 at 6:51pm EST.

10.    Attached hereto as Exhibit H is a true and correct copy of an email from Stuart Yothers, Esq. dated January 5, 2012 at 9:23pm EST.

11.    Attached hereto as Exhibit I is a true and correct copy of an email from Stuart Yothers, Esq. dated January 6, 2012 at 2:39pm EST.

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR

2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

12. Attached hereto as Exhibit J is a true and correct copy of an email (without attachments) from Alison Potter, Esq. dated January 6, 2012 at 2:42pm EST.

13. Attached hereto as Exhibit K is a true and correct copy of an email from Stuart Yothers, Esq. dated January 6, 2012 at 4:29pm EST.

14. Attached hereto as Exhibit L is a true and correct copy of and email from David Greenfield, Esq. dated January 6, 2012 at 5:55pm EST.

15. I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 7th day of January, 2012.

_____
Stuart W. Yothers

DECLARATION OF STUART W. YOTHERS
CASE NO. C10-1823-JLR

3

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 7th day of January, 2012.

*/s/ Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF STUART W. YOTHERS IN SUPPORT OF MOTOROLA'S PREHEARING STATEMENT - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001