HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S EXHIBITS TO THE JOINT CLAIM CONSTRUCTION CHART AND MICROSOFT'S PREHEARING STATEMENT |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | |

Pursuant to the Court's Standing Order for Patent Cases, Local Patent Rule 132 and the Court's September 29, 2011 Order (ECF No. 93), Microsoft Corporation ("Microsoft") submits the following exhibits in support of the Joint Claim Construction Chart and Microsoft's Prehearing Statement regarding U.S. Patent Nos. 7,310,374 (the "'374 Patent"); 7,310,375 (the "'375 Patent"); and 7,310,376 (the "'376 Patent") (collectively, "the Motorola Asserted Patents"); and U.S. Patent Nos. 7,411,582 ("the '582 patent") and 6,339,780 ("the '780 patent") (collectively, the "Microsoft Counterclaim Patents"):

MICROSOFT'S EXHIBITS TO THE JOINT
CLAIM CONSTRUCTION CHART AND
MICROSOFT'S PREHEARING STATEMENT - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**INDEX OF EXHIBITS**

Exhibit A-1:   United States Patent No. 7,310,374

Exhibit A-2:   United States Patent No. 7,310,375

Exhibit A-3:   United States Patent No. 7,310,376

Exhibit A-4:   '374 Patent File History, Notice of Allowability, June 23, 2007

Exhibit A-5:   United States Patent No. 5,504,530

Exhibit A-6:   '375 Patent File History, Notice of Allowability, July 17, 2007

Exhibit A-7:   '376 Patent File History, Reasons for Allowance, May 24, 2007

Exhibit A-8:   United States Patent No. 7,411,582

Exhibit A-9    '582 Patent File History, Reply to Non-Final Office Action Dated June 13, 2007

Exhibit A-10: '582 Patent File History, Amendment and Response to Office Action Dated July 30, 2002

Exhibit A-11: United States Patent No. 6,339,780

Exhibit A-12: '780 Patent File History, Response to Office Action Dated November 26, 1999

Exhibit A-13: '780 Patent File History, Response to Office Action Dated September 11, 2000

Exhibit A-14: '780 Patent File History, Response to Final Office Action Dated February 27, 2001

Exhibit A-15: '780 Patent File History, Notice of Allowability, September 9, 2001

//

//

//

//

//

//

MICROSOFT'S EXHIBITS TO THE JOINT
CLAIM CONSTRUCTION CHART AND
MICROSOFT'S PREHEARING STATEMENT - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 6th day of January, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By  /s/ Shane P. Cramer
   Arthur W. Harrigan, Jr., WSBA #1751
   Christopher Wion, WSBA #33207
   Shane P. Cramer, WSBA #35099

   T. Andrew Culbert, WSBA #35925
   David E. Killough, WSBA #40185
   MICROSOFT CORPORATION
   1 Microsoft Way
   Redmond, WA  98052
   Fax:  425-869-1327

   David T. Pritikin, *Pro Hac Vice*
   Richard A. Cederoth, *Pro Hac Vice*
   Douglas I. Lewis, *Pro Hac Vice*
   John W. McBride, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
   One South Dearborn
   Chicago, IL  60603
   Fax:  312-853-7036

   Brian R. Nester, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
   1501 K Street NW
   Washington, DC  20005
   Telephone:  202-736-8000
   Fax:  202-736-8711

   Counsel for Microsoft Corporation

MICROSOFT'S EXHIBITS TO THE JOINT
CLAIM CONSTRUCTION CHART AND
MICROSOFT'S PREHEARING STATEMENT - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

     ___/s/ Linda Bledsoe_____
       LINDA BLEDSOE

MICROSOFT'S EXHIBITS TO THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717