# Exhibit
# A-9

**PATENT**

First Named Inventor:  Toepke, Michael G.       Attorney Docket No.:  91998.10
Application No.:  10/989,877                     Group Art Unit:  2629
Filed:  November 15, 2004                        Examiner:  Nguyen, Kimnhung T.
Customer No.:     22971                          Confirmation Number:  4247
Title: SOFT INPUT PANEL SYSTEM AND METHOD

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450


### REPLY TO NON-FINAL OFFICE ACTION UNDER 37 C.F.R. 1.111


In response to the Non-Final Office Action mailed June 13, 2007, please consider the following:

**Amendments to the Claims** are reflected in the listing of claims that begins on page 2 of this amendment.

**Remarks** begin on page 11 of this amendment.

**PATENT**

AMENDMENTS TO THE CLAIMS

Please amend claims 1, 2, 4, 11, 15, 19, 21, 26, and 29 as follows.

Please add new claim 32 as follows.


1.      (Currently Amended) In a computing environment, a computer-implemented method comprising:

displaying an actuatable icon representative of an input method list that includes one or more selectable input methods for one or more computer programs, wherein each input method is a computer-executable software component distinct from the computer programs;

in response to actuation of the actuatable icon, displaying the input method list;

receiving a selection of an input method from the input method list;

installing an input method component that corresponds to the selected input method, the input method component causing an interactive input panel to be displayed; and

receiving input via the interactive input panel; and

providing the input to a computer program of the one or more computer programs as if the information was received via user input received from a hardware input device.


Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

2.    (Currently Amended) The method of claim 1 <u>wherein providing the input to the computer program comprises</u> ~~further comprising,~~ communicating information representative of the input to a graphical windowing environment.

3.    (Original) The method of claim 2 wherein communicating the information comprises passing the information to an interface.

4.    (Currently Amended) The method of claim 2 further comprising, communicating the information from the graphical windowing environment to an application program<u>, wherein the computer program includes the application program, wherein the information is provided to the application program in a same manner as if the input was received via a hardware keyboard</u>.

5.    (Previously Presented) The method of claim 1 wherein the selected input method corresponds to a displayed keyboard, and wherein receiving input via the interactive input panel that corresponds to the selected input method comprises receiving information corresponding to a keyboard character entered via the displayed keyboard.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

6.      (Previously Presented) The method of claim 1 wherein the selected input method corresponds to a handwriting input area, and wherein receiving input via the interactive input panel that corresponds to the selected input method comprises receiving information corresponding to handwritten data.

7.      Canceled

8.      (Original) The method of claim 1 further comprising, hiding the input panel.

9.      (Original) The method of claim 1 further comprising, docking the input panel.

10.      (Original) At least one computer–readable medium having computer–executable instructions, which when executed perform the method of claim 1.

11.      (Currently Amended) At least one computer–readable medium having computer–executable instructions stored thereon, which when executed <u>by a computer system</u> perform steps, comprising:

**PATENT**

selecting one of a plurality of executable input methods for supplying user input to the computer system, <u>wherein</u> each executable input method ~~comprising~~ <u>is</u> an interchangeable software component <u>distinct from one or more application programs,</u> <u>each executable input method</u> ~~and~~ having a defined interface set such that the executable input method is connectable to <u>the application programs</u> ~~other executable~~ ~~software~~;

opening an input window on a display of the computer system independent of a window of an active application program; and

displaying an interactive input panel in the input window, the interactive input panel corresponding to the selected executable input method such that information corresponding to user input received <u>by the selected executable input method</u> via the interactive input panel is provided to the active application program <u>as if the</u> <u>information was received via user input at a hardware input device</u>.

12.    (Original) The computer-readable medium of claim 11 further comprising, providing an input panel button on the display of the computer system, the input panel button being responsive to open and to close the input window.

13.    (Previously Presented) The computer-readable medium of claim 11 further comprising, providing a Software Input Panel (SIP) menu button on the display of

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

the computer system, the SIP menu button being actuatable to display a selectable list

of the plurality of executable input methods.


14.    (Previously Presented) The computer-readable medium of claim 13

further comprising, receiving a selection of one of the plurality of executable input

methods displayed in the list as a selected executable input method, and in response,

closing any open input window, and opening a new input window corresponding to the

selected executable input method.


15.    (Currently Amended) At least one computer-readable medium having

computer-executable instructions, which when executed perform steps, comprising:

presenting ~~data~~ <u>icons</u> corresponding to a plurality of input methods available for

a computer application, <u>wherein each input method is a computer-executable software</u>

<u>component distinct from the computer application</u>;

invoking a selected input method <u>in response to a user selecting an icon</u>

<u>corresponding to the selected input method</u>, including presenting an input panel

window; and

accepting user data entered in the input panel window for the computer

application<u>, wherein the user data is provided to the computer application as if the user</u>

<u>data was received from a hardware input device</u>.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

16.     (Original) The computer–readable medium of claim 15 wherein accepting

user data includes detecting user interaction with a touch–sensitive display.

17.     (Previously Presented) The computer–readable medium of claim 15

wherein each input method comprises a component object model (COM) object, and

wherein the step of invoking the selected input method includes the step of

instantiating the COM object.

18.     (Previously Presented) The computer–readable medium of claim 15

further comprising converting the user data to a Unicode character value.

19.     (Currently Amended) In a computing environment, a system comprising,

a manager component stored on one or more computer–readable media and

configured:

to manage selection of a selected input method from one or more

available stored input methods, wherein each input method is a

computer–executable software component distinct from one or more

computer programs, and

Reply to Non–Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

<u>to send input data corresponding to a user input received at the</u>

<u>selected input method to a graphical windowing environment; and</u>

<u>the graphical windowing environment to receive the input data and to send the</u>

<u>input data to a computer program of the one or more computer programs, wherein the</u>

<u>input data is sent to the computer program as if the input data was received via user</u>

<u>input received from a hardware input device</u>.

~~each input method comprising software configured to accept user input;~~

~~a computer program stored on one or more computer-readable media and~~

~~comprising software that is an independent program with respect to the selected input~~

~~method; and~~

~~the selected stored input method configured to transmit data corresponding to~~

~~the user input received at the selected input method to the computer program.~~

20.     (Original) The system of claim 19 wherein the computer program

comprises an application program having focus.

21.     (Currently Amended) The system of claim 19 further comprising an input

panel window corresponding to the <u>selected</u> input method.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

22.      (Original) The system of claim 21 wherein the selected input method

presents an image representing a keyboard on the input panel window.

23.      (Original) The system of claim 21 wherein the manager component

selectively displays and hides the input panel window.

24.      (Original) The system of claim 21 wherein interaction with the input panel

does not cause the input panel window to receive focus.

25.      (Original) The system of claim 19 where the input method is displayed on

a touch-sensitive display screen.

26.      (Currently Amended) The system of claim 19 wherein the manager

component transfers information from the ~~active application~~ computer program to the

selected input method.

27.      (Original) The system of claim 19 wherein the selected input method calls

functions in the manager component via a defined interface set.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

28.     (Original) The system of claim 19 wherein the selected input method comprises an object.

29.     (Currently Amended) The system of claim 19 wherein the selected input method draws an input panel in an input panel window displayed in [[a]] the graphical windowing environment.

30.     (Original) The system of claim 29 wherein the manager component selectively displays and hides the display of the input panel window.

31.     (Original) The system of claim 29 wherein the manager component docks the input panel window.

32.     (New) The method of claim 2 wherein providing the input to the computer program comprises placing the information, by the graphical windowing environment, in a message in a message queue of the computer program, wherein the message queue capable to receive messages corresponding to input from the selected input method and messages corresponding to input from a hardware input device.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

**REMARKS**

Claims 1–6 and 8–31 are pending in the application.  Claims 1–6 and 8–31 are rejected.  Amendments to the application are shown above.  The Applicant respectfully requests reconsideration of the application in view of the amendments and the following remarks.

SUMMARY OF EXAMINER INTERVIEW

A telephonic Examiner Interview was conducted on August 21, 2007, between Examiner Kimnhung Nguyen and the Applicant's representative, Anthony Azure, Reg. No. 52,580.  The Examiner agreed that amendments to claim 1 as shown above overcome the instant § 102 and § 103 rejections.  No agreement was reached as to allowability of the application.  The Applicant's representative thanks the Examiner for her time and attention in this matter.

REQUEST CLARIFICATION TO REJECTION OF CLAIM 6

The Applicant respectfully requests clarification as to the rejection of claim 6 on page 3 of the instant Office Action.  The rejection of claim 6 cites reference Berman, but Berman is not listed in the rejection on page 2 of the Office Action.

REJECTIONS UNDER 35 U.S.C. § 102

Claims 1–7, 9–10, and 15–31 are rejected under 35 U.S.C. § 102(e) as being anticipated by Stucka (U.S. 5,596,702). The Applicant notes that claim 7 has been previously canceled and assumes Examiner intended rejections of claims 1–6 and 8–10. The Applicant respectfully traverses the rejections.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

11/16

**PATENT**

Claim 1 as presently amended expressly recites in pertinent part (emphasis added):

"displaying an actuatable icon representative of an input method list that includes one or more selectable input methods for one or more computer programs, wherein each input method is a computer-executable software component distinct from the computer programs."

Stucka is directed to a system for dynamically sharing user interface displays. Stucka discloses input devices such as keyboard 26 and mouse 34 (col. 7, lines 37-38). However, Stucka fails to disclose an "*input method that is a computer-executable software component*" as expressly claimed by the Applicant. It is also noted that on page 7 of the instant Office Action, the Examiner acknowledges that Stucka does not disclose an input method comprising an interchangeable software component as claimed by the Applicant.

Thus, Stucka fails to disclose at least one of the expressly recited limitations of claim 1. Accordingly, claim 1 is not anticipated by Stucka. Independent claims 15 and 19 distinguish from Stucka for at least the same reasons as claim 1. Claims 2-6, 8-10, 16-18, and 20-31 are dependent claims and distinguish for at least the same reasons as their independent base claims in addition to adding further limitations of their own. Therefore, the Applicant respectfully requests that the instant § 102 rejections be withdrawn.

REJECTIONS UNDER 35 U.S.C. § 103

Claims 11-14 are rejected under 35 U.S.C. § 103(a) as being unpatentable over Stucka in view of Kono (U.S. 5,914,707). The Applicant respectfully traverses the rejections.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

Claim 11 as presently amended expressly recites (emphasis added):

At least one computer-readable medium having computer-executable instructions stored thereon, which when executed by a computer system perform steps, comprising:

selecting one of a plurality of executable input methods for supplying user input to the computer system, wherein each executable input method is an interchangeable software component distinct from one or more application programs, each executable input method having a defined interface set such that the executable input method is connectable to the application programs;

opening an input window on a display of the computer system independent of a window of an active application program; and

displaying an interactive input panel in the input window, the interactive input panel corresponding to the selected executable input method such that information corresponding to user input received by the selected executable input method via the interactive input panel is provided to the active application program as if the information was received via user input at a hardware input device.

No new matter has been added; the Examiner's attention is directed to at least page 4, lines 15-24, and page 10, line 13, to page 11, line 11, of the Applicant's specification as originally filed.  It is also noted that independent claims 1, 15 and 19 have been amended to include similar claim limitations as added to claim 11.

On page 7 of the instant Office Action, the Examiner acknowledges that Stucka does not disclose an input method comprising an interchangeable software component. Since Stucka, by the Examiner's own statement, does not disclose a software input method, then clearly Stucka does not disclose a software input method that provides user input to an application program.  Thus, Stucka does not disclose "*information corresponding to user input received by the selected executable input method via the interactive input panel is provided to the active application program as if the*

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

*information was received via user input at a hardware input device*" as expressly claimed by the Applicant.

Kono is directed to a compact portable audio/display electronic apparatus.  On page 7 of the instant Office Action, the Examiner references interchangeable hardware component 21A (Fig. 7) of Kono.  Kono discloses that a RAM IC card 40 in Fig. 11 (21A in Fig. 7) may include a software program for operation relative to system controller 49. The program may be transferred to RAM system memory 68 for execution under the control of system controller 49 (col. 9, lines 37–45).  However, Kono fails to disclose that the software program on card 40 is for "*supplying user input*" as claimed by the Applicant.  Further, Kono fails to disclose that the software program on card 40 is used to provide user input information to an "*active application program as if the information was received via user input at a hardware input device*" as expressly claimed by the Applicant.

Kono also discloses user interactive input to system 12 by one or more input devices, such as a touch panel, keyboard, mouse, or joystick (col. 9, lines 65–67). However, Kono only discloses <u>hardware</u> user input devices and Kono fails to disclose a user input method that is "*an interchangeable software component distinct from one or more application programs.*"   Further, Kono does not disclose that user input information is provided to an "*active application program as if the information was received via user input at a hardware input device*" as expressly claimed by the Applicant.

Thus, Stucka and Kono, whether taken singularly or in combination, fail to disclose or suggest at least one of the expressly recited limitations of claim 11.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

Accordingly, claim 11 is not rendered obvious by the cited references.  Claims 12-14 are dependent claims and distinguish for at least the same reasons as independent claim 11 in addition to adding further limitations of their own.  Therefore, the Applicant respectfully requests that the instant § 103 rejections be withdrawn.

NEW CLAIM 32

Dependent claim 32 has been added.  No new matter has been added; the Examiner's attention is directed to at least page 10, line 13, to page 11, line 11, of the Applicant's specification as originally filed.  Claim 32 is allowable based on its dependency from allowable independent claim 1.

CONCLUSION

Accordingly, in view of the above, it is submitted that all rejections and/or objections to the application have been overcome.  Based on the foregoing, Applicant respectfully requests that the application be allowed, and that a timely Notice of Allowance be issued in this case.  If the Examiner believes that the application is not in condition for allowance, the Examiner is invited to call the Applicant's representative at the telephone number listed below.

Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10

**PATENT**

If this response is not considered timely filed and if a request for an extension of time is otherwise absent, Applicant hereby requests any necessary extension of time.  If there is a fee occasioned by this response, including an extension of time fee that is not covered by an enclosed payment, please charge any deficiency to Deposit Account No. 50-0463.  Any overpayment may be credited to the same account.


Respectfully submitted,

Microsoft Corporation


Date:  September 13, 2007                              /A. H. Azure/

Anthony H. Azure, Reg. No.: 52,580
Attorney for Applicant
Direct telephone (425) 707-0399
Microsoft Corporation
One Microsoft Way
Redmond WA  98052-6399


**CERTIFICATE OF MAILING OR TRANSMISSION**
**(Under 37 CFR § 1.8(a)) or ELECTRONIC FILING**

I hereby certify that this correspondence is being electronically deposited with the USPTO via EFS-Web on the date shown below:

September 13, 2007                    /SriRam/
Date                                  Signature

                                      SriRam
                                      Printed Name


Reply to Non-Final Office Action of June 13, 2007
Application Number: 10/989,877
Attorney Docket Number: 91998.10