The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF MOTOROLA'S AND MICROSOFT'S JOINT CLAIM CHART |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF
MOTOROLA'S AND MICROSOFT'S JOINT CLAIM CHART
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, PHILIP S. MCCUNE, hereby declare as follows:

1. I am one of the attorneys for Defendants Motorola Solutions, Inc. (formerly Motorola, Inc.), Motorola Mobility, Ind., and General Instrument Corporation in this lawsuit. I make this declaration based on my own personal knowledge.

2. I submit this declaration in support of the parties' Joint Claim Chart.

3. Attached as Exhibit A to the Joint Claim Chart is a true and correct copy of United States Patent No. 7, 310,374 B2, dated December 18, 2007 (bates numbered MOTM_WASH1823_0027872 – 0027891).

4. Attached as Exhibit B to the Joint Claim Chart is a true and correct copy of United States Patent No. US 7,310,375 B2, dated December 18, 2007 (bates numbered MOTM_WASH1823_0027892 –0027911).

5. Attached as Exhibit C to the Joint Claim Chart is a true and correct copy of United States Patent No. US 7,310,376 B2, dated December 18, 2007 (bates numbered MOTM_WASH1823_0027912 –0027931).

6. Attached as Exhibit D to the Joint Claim Chart is a true and correct copy of United States Patent No. US 6,339,780 B1, dated January 15, 2002 (bates numbered MOTM_WASH1823_0050283 –0050292).

7. Attached as Exhibit E to the Joint Claim Chart is a true and correct copy of United States Patent No. US 7,411,582 B2, dated August 12, 2008 (bates numbered MOTM_WASH1823_0051268 –0051286).

8. Attached as Exhibit F to the Joint Claim Chart is a true and correct copy of Response to Office Action Dated November 26, 1999, regarding Application Serial No. 08/851,877 (bates numbered MOTM_WASH1823_0050368 – 0050385, 0050401 – 0050413, 0050424 – 0050448, 0050459 – 0050488, 0050506 – 0050536, 0050549 – 0050556).

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF MOTOROLA'S AND MICROSOFT'S JOINT CLAIM CHART - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

9. Attached as Exhibit G to the Joint Claim Chart is a true and correct copy of Amendment and Response to Office Action Dated May 3, 2006, regarding Application Number 10/989,877 (bates numbered MOTM_WASH1823_0051077 – 0051093, 0050991 – 0051006).

10. Attached as Exhibit H to the Joint Claim Chart is a true and correct copy of Amendment and Response to Office Action dated July 30, 2002, regarding Serial No. 10/072,111 (bates numbered MOTM_WASH1823_0050803 – 0050819, 0050831 – 0050862).

11. Attached as Exhibit I to the Joint Claim Chart is a true and correct copy of Amendment and Response to Office Action dated May 9, 2000, regarding Serial No. 08/991,277 (bates numbered MOTM_WASH1823_0050101 – 0050114, 0049955 – 0050007).

12. Attached as Exhibit J to the Joint Claim Chart is a true and correct copy of Amendment to Office Action dated September 6, 2006, regarding Serial No. 11/026,394 (bates numbered MOTM_WASH1823_0047407 – 0047420, 0047431 – 0047440).

13. Attached as Exhibit K to the Joint Claim Chart is a true and correct copy of the File History for 60/333,921 (bates numbered MOTM_WASH1823_0336272 – 0336312).

14. Attached as Exhibit L to the Joint Claim Chart is a true and correct copy of the File History for 60/395,734 (bates numbered MOTM_WASH1823_0336313 – 0336324).

15. Attached as Exhibit M to the Joint Claim Chart is a true and correct copy of the File History for 60/398,161 (bates numbered MOTM_WASH1823_0336325 – 0336334).

16. Attached as Exhibit N to the Joint Claim Chart is a true and correct copy of Joint Final Committee Draft (JFCD) of Joint Video Specification ISO/IEC 14496-10 AVC (bates numbered MS-MOTO_1823_00001461755 – 00001461972).

17. Attached as Exhibit O to the Joint Claim Chart is a true and correct copy of United States Patent No. 5,504,530, dated April 2, 1996 (bates numbered MS-MOTO_1823_00005194957 – 00005195000).

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF MOTOROLA'S AND MICROSOFT'S JOINT CLAIM CHART - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    18.     Attached as Exhibit P to the Joint Claim Chart is a true and correct copy of excerpts
2  from Webster's II New College Dictionary (bates numbered MOTM_WASH1823_0336213 –
3  0336215).

4    19.     Attached as Exhibit Q to the Joint Claim Chart is a true and correct copy of
5  excerpts from the American Heritage College Dictionary, Third Edition (bates numbered
6  MOTM_WASH1823_0336187 – 0336189).

7    20.     Attached as Exhibit R to the Joint Claim Chart is a true and correct copy of
8  excerpts from Microsoft Press Computer Dictionary, Third Edition (bates numbered
9  MOTM_WASH1823_0336190 –0336199), and Trinity System Thermal Design Change Summary
10 Status as of 5/22/09 (bates numbered MS-MOTO_1823_00000336229 – 00000336238).

11   21.     Attached as Exhibit S to the Joint Claim Chart is a true and correct copy of excerpts
12 from Random House Webster's Computer & Internet Dictionary, Third Edition (bates numbered
13 MOTM_WASH1823_0336200 – 0336207).

14   22.     Attached as Exhibit T to the Joint Claim Chart is a true and correct copy of
15 excerpts from Webster's New World Dictionary of Computer Terms, Seventh Edition (bates
16 numbered MOTM_WASH1823_0336216 – 0336224).

17   23.     Attached as Exhibit U to the Joint Claim Chart is a true and correct copy of
18 excerpts from Microsoft Press Inside Ole, Second Edition, by Kraig Brockschmidt (bates
19 numbered MOTM_WASH1823_0337263 – 0337304, 0337305 – 0337325, 0337372 – 0337374,
20 0337479).

21   24.     Attached as Exhibit V to the Joint Claim Chart is a true and correct copy of
22 excerpts from The Windows Interface Guidelines for Software Design (bates numbered
23 MOTM_WASH1823_0336268 – 0336271).

24   25.     Attached as Exhibit W to the Joint Claim Chart is a true and correct copy of United
25 States Patent No. 5,670,773, dated June 2, 1998.

26

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF
MOTOROLA'S AND MICROSOFT'S JOINT CLAIM
CHART - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

26. Attached as Exhibit X to the Joint Claim Chart is a true and correct copy of Recommendation ITU-T H.264, Advanced video coding for generic audiovisual services (bates numbered MOTM_WASH1823_0055376 – 0055380, 0055402 – 0055405).

27. Attached as Exhibit Y to the Joint Claim Chart is a true and correct copy of *Overview of the H.264/AVC Video Coding Standard*, IEEE Transactions on Circuits and Systems for Video Technology, July 2003 (bates numbered MOTM_WASH1823_0336706 – 0336722).

28. Attached as Exhibit Z to the Joint Claim Chart is a true and correct copy of *Rate-Distortion Optimization for Video Compression*, IEEE Signal Processing Magazine, November 1998 (bates numbered MOTM_WASH1823_0336346 – 0336362).

29. Attached as Exhibit AA to the Joint Claim Chart is a true and correct copy of *Removal of Motion Uncertainty and Quantization Noise in Motion Compensation*, IEEE Transactions on Circuits and Systems for Video Technology, January 2001 (bates numbered MOTM_WASH1823_0336335 – 0336345).

I declare under penalty of the laws of perjury that the foregoing is true and correct.

Executed this 6th day of January, 2012, at Seattle, Washington.

*/s/ Philip S. McCune*
Philip S. McCune

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF MOTOROLA'S AND MICROSOFT'S JOINT CLAIM CHART - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 6th day of January, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF MOTOROLA'S AND MICROSOFT'S JOINT CLAIM CHART - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001