HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, <br><br> Defendants. | No. C10-1823-JLR <br><br> **MOTOROLA'S EXHIBITS TO THE PARTIES' JOINT CLAIM CONSTRUCTION CHART** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, <br><br> Plaintiffs/Counterclaim Defendant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | |