# Exhibit I

# To

# Joint Claim Chart

08/99/277

## ABSTRACT

A method and system for receiving user input data into
a computer system having a graphical windowing environment.
A touch-sensitive display screen for displaying images and
detecting user activity is provided. A management
component connects to the graphical windowing environment
to create an input panel window for display on the screen.
An input method which may be a COM object is selected from
multiple input methods available, and installed such that
the input method can call functions of the management
component. Each input method includes a corresponding
input panel, such as a keyboard, which it draws in the
input panel window. When the user taps the screen at the
input panel, the input method calls a function of the
management component to pass corresponding input
information appropriate information such as a keystroke or
character to the management component. In response, the
management component communicates the user data to the
graphical windowing environment as a message, whereby an
application program receives the message as if the message
was generated on a hardware input device.

- 52 -

308

MOTM_WASH1823_0049955

S P E C I F I C A T I O N

TO ALL WHOM IT MAY CONCERN:

Be it known that we, Michael G. Toepke, a citizen of the
United States, residing at 14707 NE 36th #A7, Bellevue,
Washington 98007, Jeffrey R. Blum, a citizen of the United
States, residing at 231 Belmont Ave. E. #203 Seattle,
Washington 98102, and Kathryn L. Parker, a citizen of the
United States, residing at 35539 SE 41st Street, Fall City,
Washington 98024, have invented a certain new and useful
SOFT INPUT PANEL SYSTEM AND METHOD of which the following is
a specification.

089951277.121697

MOTM_WASH1823_0049956

## SOFT INPUT PANEL SYSTEM AND METHOD

### FIELD OF THE INVENTION

The invention relates generally to computer systems, and
5  more particularly to the input of data into a computer system.

### BACKGROUND OF THE INVENTION

Small, mobile computing devices such as personal desktop
assistants including hand-held and palm-top computers and the
10  like are becoming important and popular user tools. In
general, they are becoming small enough to be extremely
convenient while consuming less and less battery power, and at
the same time becoming capable of running more and more
powerful applications.

15  Although such devices continue to shrink in size, size
limitations are being reached as a result of human
limitations. For example, a full character keyboard that
enables user data input cannot be so small that human fingers
cannot depress the individual keys thereon. As a result, the
20  size of such devices (e.g., palm-top computers) has become
limited to that which can accommodate a full character
keyboard for an average user.

One solution to reducing the size of the portion of the
device that receives user input is to provide a touch-
25  sensitive display, and thereby substantially eliminate the

- 1 -

MOTM_WASH1823_0049957

310

need for a physical keyboard.  To this end, an application
program such as a word processor displays a keyboard, whereby
the user enters characters by touching the screen at locations
corresponding to the displayed keys.  Of course, touch screen

5    devices can also be used simultaneously with devices having a
physical keyboard, whereby characters can also be entered by
manually pressing the keys of the physical keyboard.

While a touch-screen device serves to provide a suitable
means of user data entry, the data entry panel is typically

10   part of the application program, i.e., each application needs
to develop its own touch-sensitive interface.  As a result, a
substantial amount of duplication takes place.  For example,
both the word processor and a spreadsheet program require
alphanumeric keyboard input, whereby each provides its own

15   touch-screen keyboard interface.  Other types of programs,
such as a calculator program, need a numeric keypad with
additional keys representing mathematical operations.  This
makes each program larger, more complex and consumes computer
system resources.

20   Alternatively, the operating system can supply all the
virtual keyboards and thus eliminate the redundancy, however
this limits applications to using only those virtual keyboards
supplied by the operating system.  Newer applications (e.g.,
those added by plug-in modules) are unable to provide an input

-  2  -

MOTM_WASH1823_0049958

mechanism that is more tailored to its particular needs.   For

example, a new paintbrush program may need its own graphical

input screen.   In sum, there is a tradeoff between flexibility

and efficiency that is inherent with present user data input

5   mechanisms.


### OBJECTS AND SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to

provide an improved method system for entering user data into

10   a computer system.

Another object of the present invention is to provide the

method and system for user data entry that is both efficient

and flexible.

In accomplishing those objects, it is a related object to

15   provide a method and system of the above kind that functions

with touch-sensitive input mechanisms.

Yet another object is to provide a method and system as

characterized above that enables a plurality of applications

to receive user input from a common input method.

20   A related object is to provide a method and system that

enables selection of one or more input methods for each

application from among a set of interchangeable input methods.


- 3 -

MOTM_WASH1823_0049959

312

Yet another object is to provide such a method and system that is cost-effective, reliable, extensible and simple to implement.

Briefly, the present invention provides a method and

5  system for receiving user data input into a computer system, such as a computer system having a graphical windowing environment.  The invention may utilize a touch-sensitive display screen for displaying images and detecting user contact therewith (or proximity thereto).  A management

10  component operatively connected to the graphical windowing environment creates an input panel window for display on the screen.  An input method is selected from among a plurality of such input methods and installed, whereby the input method can call functions of the management component.  Each input method

15  includes a corresponding input panel, such as a keyboard, which it draws in the input panel window.  When user data is received via the input panel, the input method calls a function of the management component to pass the user data thereto, and in response, the management component

20  communicates the user data to the graphical windowing environment such as in a windows message.  An application program receives the message, such as corresponding to a keystroke, as if the message was generated on a hardware keyboard.

- 4 -

MOTM_WASH1823_0049960

Other objects and advantages will become apparent from
the following detailed description when taken in conjunction
with the drawings, in which:

5              BRIEF DESCRIPTION OF THE DRAWINGS

FIGURE 1 is a block diagram representing a computer
system into which the present invention may be incorporated;

FIG. 2 is a block diagram representing various components
and connections therebetween for implementing interchangeable
10   input panels according to an aspect of the present invention;

FIG. 3 is a flow diagram generally representing a process
for getting user input from a selected input method to a
selected application in accordance with one aspect of the
present invention;

15   FIG. 4 is a state diagram generally representing SIP
selection states;

FIG. 5 represents a display on a touch-sensitive display
screen on an exemplary computing device;

FIG. 6 represents a display on a touch-sensitive display
20   screen on an exemplary computing device providing the ability
to select from among interchangeable input panels in
accordance with the present invention;

–  5  –

314

MOTM_WASH1823_0049961

FIG. 7 represents a display on a touch-sensitive display screen wherein a keyboard has been selected as an input panel in accordance with the present invention; and

FIG. 8 is a flow diagram representing the general steps

5    taken in response to a change in SIP status.


### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

*Exemplary Operating Environment*

Figure 1 and the following discussion are intended to

10   provide a brief, general description of a suitable computing environment in which the invention may be implemented. Although not required, the invention will be described in the general context of computer-executable instructions, such as program modules, being executed by a hand-held computing

15   device such as a personal desktop assistant. Generally, program modules include routines, programs, objects, components, data structures and the like that perform particular tasks or implement particular abstract data types.

Moreover, those skilled in the art will appreciate that

20   the invention may be practiced with other computer system configurations; including palm-top, desktop or laptop personal computers, mobile devices such as pagers and telephones, multi-processor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe

- 6 -

MOTM_WASH1823_0049962

computers and the like.  The invention may also be practiced in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network.  In a distributed computing

5  environment, program modules may be located in both local and remote memory storage devices.

With reference to FIG. 1, an exemplary system for implementing the invention includes a general purpose computing device in the form of a hand-held personal computing

10  device 20 or the like, including a processing unit 21, a system memory 22, and a system bus 23 that couples various system components including the system memory to the processing unit 21.  The system bus 23 may be any of several types of bus structures including a memory bus or memory

15  controller, a peripheral bus, and a local bus using any of a variety of bus architectures.  The system memory includes read-only memory (ROM) 24 and random access memory (RAM) 25.  A basic input/output system 26 (BIOS), containing the basic routines that help to transfer information between elements

20  within the hand-held computer 20, such as during start-up, is stored in the ROM 24.

A number of program modules are stored in the ROM 24 and/or RAM 25, including an operating system 28 (preferably Windows CE), one or more application programs 29, other

– 7 –

316

MOTM_WASH1823_0049963

program modules 30 and program data 31.  A user may enter
commands and information into the hand-held computer 20
through input devices such as a touch-sensitive display screen
32 with suitable input detection circuitry 33.  Other input
5   devices may include a microphone 34 connected through a
suitable audio interface 35 and a physical (hardware) keyboard
36 (FIG. 2).  The output circuitry of the touch-sensitive
display 32 is also connected to the system bus 23 via video
driving circuitry 37.  In addition to the display 32, the
10  device may include other peripheral output devices, such as at
least one speaker 38 and printers (not shown).

   Other external input or output devices 39 such as a
joystick, game pad, satellite dish, scanner or the like may be
connected to the processing unit 21 through an RS-232 or the
15  like serial port 40 and serial port interface 41 that is
coupled to the system bus 23, but may be connected by other
interfaces, such as a parallel port, game port or universal
serial bus (USB).  The hand-held device 20 may further include
or be capable of connecting to a flash card memory (not shown)
20  through an appropriate connection port (e.g., slot) 42 and
interface 43.  A number of hardware buttons 44 such as
switches, buttons (e.g., for switching application) and the
like may be further provided to facilitate user operation of
the device 20, and are also connected to the system via a

- 8 -

MOTM_WASH1823_0049964

suitable interface 45.  An infrared port 46 and corresponding

interface/driver 47 are provided to facilitate communication

with other peripheral devices, including other computers,

printers, and so on (not shown).  It will be appreciated that

5   the various components and connections shown are exemplary and

other components and means of establishing communications

links may be used.


### SOFT INPUT PANEL

10      The soft input panel architecture is primarily designed

to enable character, key-based and other user data input via

the touch screen 32 of the device 20 rather than a physical

keyboard 36.  However, as can be appreciated, a given computer

system 20 may optionally and additionally include a physical

15  keyboard, as represented by the dashed box 36 of FIG. 2.

Moreover, as will become apparent, the "soft input panel" need

not be an actual touch-sensitive panel arranged for directly

receiving input, but may alternatively operate via another

input device such as the microphone 34.  For example, spoken

20  words may be received at the microphone 34, recognized, and

displayed as text in an on-screen window, i.e., a soft input

panel.

        FIG. 2 shows a block diagram implementing the SIP

architecture in accordance with one aspect of the present

- 9 -

MOTM_WASH1823_0049965

invention.  The computer system 20 includes an operating

system (OS) 28 such as the graphical windowing environment 60.

Such a graphical windowing environment 60 is generally

operational to receive user input through a variety of devices

5    including the keyboard 36, a mouse (not shown), a digitizer

(not shown) and so on.  In turn, the graphical windowing

environment 60 may provide such user input to an application

having "input focus," typically in the form of a keyboard

character event.  Note that a number of applications 29 may be

10   executable by the computer system, however one application

that is currently running is said to have "input focus" and

receive the input.

In accordance with one aspect of the present invention,

the present architecture employs a SIP manager 58 to provide a

15   single and flexible interface for a plurality of different

input methods 64.  In general, the SIP manager 58 provides

keystrokes from a selected input method 64 to the graphical

windowing environment 60 (e.g., the Windows CE operating

system 28).  Once received, the graphical windowing

20   environment 60 sends information corresponding to the user

input data to an application 29 (i.e., the application whose

window currently has input focus) in the form of that

keystroke, mouse or other message placed in the message queue

of the application's window.  The passing of such messages is

-  10  -

MOTM_WASH1823_0049966

319

well known in Windows programming and is described in
*Programming Windows 95,"* Charles Petzold, Microsoft Press
(1996), hereby incorporated by reference.  As a result, any
application capable of handling keyboard input may be used

5  with any appropriately-configured input method 64.  Indeed, if
an optional keyboard 36 is present, keystrokes are directly
provided by a keyboard driver 62 to the graphical windowing
environment 60, whereby appropriate keystrokes are likewise
placed in the message queue of the active application's window

10  without the application being provided with information as to
the source.

Input methods 64 may include, for example, various
different displayable keyboards, (soft keyboards), a
calculator, a formula and/or equation editor, chemical symbol

15  template, voice recognition, handwriting recognition,
shorthand symbol recognition (such as "Graffiti"), or other
application-optimized input methods (e.g. a barcode reader).
The SIP manager 58 provides a user interface for permitting a
user to toggle a SIP window (panel) 50 (FIG. 7) between an

20  opened and closed state, as described in more detail below.
The SIP manager 58 also provides a user interface enabling
user selection from a displayable list of available input
methods.  A user interacting with the user interface may
select an input method 64, and in response, the SIP manager 58

- 11 -

MOTM_WASH1823_0049967

loads and calls the selected input method 64.  In a preferred

embodiment, each of the input methods communicates with the

SIP manager 58 through a COM (Component Object Model)

interface shown as IIMCallback 61 and IInputmethod 63.  A COM

5      object comprises a data structure having encapsulated methods

and data that are accessible through specifically defined

interfaces.  A detailed description of COM objects is provided

in the reference entitled "Inside OLE," second edition, Kraig

Brockschmidt (Microsoft Press), hereby incorporated by

10     reference.

Generally, when the SIP window 50 is toggled between

on/off by a user, as will be described in more detail below,

the SIP manager 58 informs the selected input method 64 to

correspondingly open/close the SIP window 50 through the

15     IInputmethod mechanism 63.  When a new input method is

selected, the SIP manager 58, through the mechanism 63,

informs any of the previously selected input methods to exit,

and loads the newly selected input method.  The ~~interface~~ *mechanism* 63

α      may also be utilized by the SIP manager 58 to obtain

20     information specific to a selected input method, as also

described in detail below.

The selected input method 64 may also communicate

information to the SIP manager 58 via the IIMCallback

mechanism 61, such as which character or characters were

- 12 -

MOTM_WASH1823_0049968

entered by a user, irrespective of whether the character or
characters are generated through keyboard selection,
handwriting recognition, voice recognition, a formula editor,
calculator or the like.  Such character input is generally

5  passed to the SIP manager 58, preferably received as (or
converted to) a Unicode character (for Windows CE) by the SIP
manager 58 and output to the graphical windowing environment
60.  Command key information, such as "Ctrl" on a keyboard,
may also be provided by the input method 64 to the SIP manager

10  58 via interface 61.

SIP and input method-specific information may also be
communicated through the SIP manager 58, and ultimately to the
focused application 29, when the application is optimized for
operating with a SIP (i.e., is "SIP-aware") as described in

15  more detail below.

The system operates as generally represented in the steps
of FIG. 3.  Once an application is selected and has focus
(steps 300 - 302), an input method 64 is selected therefor at
step 304.  Note that the input method 64 may be selected by

20  the user, or a default input method may be selected for use
with a particular application.  Additionally, the input method
64 may be one that remains after having been selected for a
previous application, i.e., a particular input method stays
the same as the user switches between various applications.

- 13 -

MOTM_WASH1823_0049969

In any event, the input method 64 displays a SIP window 50
when selected.

As the user inputs data at step 306, appropriate data is
passed to the SIP manager 58 via the IIMCallback mechanism 61,
5   described below.  Note that the input method 64 may first
process the received data at step 306.  By way of example, one
particular input method 64 may convert barcode symbols to
Unicode characters representing digits, another input method
may convert mathematical entries into a Unicode result (e.g.,
10  an entry of '3+6=' sends a '9' to the SIP manager 58), while
yet another may be an equation editor (e.g., the characters
"Sqrt" are converted into a single Unicode value representing
a square root symbol).  After any such processing, the input
method 64 passes those digits to the SIP manager 58, which in
15  turn passes those digits to the graphical windowing
environment 60.  The application receives the character data
from the graphical windowing environment 60 as if the user had
entered those digits on a physical keyboard, regardless of the
input method used.

20      As shown in FIGS. 5-7, the soft input panel (SIP)
functionality of the system collectively includes the visible
window 50 (FIG. 7), a visible SIP button 52, and various
methods and functions (described below).  As shown in FIG. 7,
the SIP window 50 is a rectangular area provided by the input

- 14 -

MOTM_WASH1823_0049970

method 64 that can be hidden or shown at the user's (or an application program's) request.  The visible SIP button 52 is located on a taskbar 56 or the like, and provides a touch-sensitive interface by which the user displays or hides the

5   SIP window 50.  Thus, as represented in the state diagram of FIG. 4, the window 50 toggles between an open, visible state (FIG. 7) and a closed, hidden state (FIG. 5) as the user taps the SIP button 52.  A present design implements a 240 pixel wide by 80 pixel high SIP window 50 that is fixed (docked) on

10  the display 32 at a position just above the taskbar 56.  As will become apparent below, the soft input panel design supports other SIP window 50 sizes or positions.·

To this end, the operating system 28 creates a dedicated thread (the SIP manager 58) that registers itself as a SIP

15  thread with the Windows CE system.  The thread creates the SIP window 50, performs other SIP initialization, and then enters a message loop to respond to messages and user interface activity in the SIP window 50.  The thread also serves to dispatch messages to an Input Method's window, and calls into

20  the Input Method 64 to permit the Input Method 64 to create windows that will respond as special SIP windows.

The SIP manager thread 58 is given special status by the system.  For example, windows created by the SIP manager 58 thread are topmost windows, and ordinarily will not be

- 15 -

MOTM_WASH1823_0049971

324

obscured by other windows, except, e.g., when the taskbar 56

is activated in an auto-hide mode while the SIP window 50 is

displayed.  In this case, the SIP window 50 remains displayed

in its current location and the taskbar 56 is displayed on top

5  of the SIP window 50.  More generally, any user interface

element for controlling the SIP may (and should) be placed on

top of (rather than underneath) the SIP window 50, whenever

the controlling user interface element and the SIP window 50

overlap.

10       Moreover, when tapped on, the SIP window 50 (and any

child windows thereof such as pushbuttons, text entry fields,

scrollbars and the like) will not receive the input focus as

would conventional program windows.  In this manner, the user

may interact with the SIP window 50 without changing the

15  system focus.  As can be appreciated, changing the system

focus each time the user inputs data into the SIP window 50

would be undesirable.  The SIP button 52 will also not cause a

change of focus for the same reason, i.e., it is undesirable

to cause the window with focus to lose focus by tapping on the

20  SIP button 52 to bring out the SIP window 50.

In accordance with one aspect of the present invention,

the SIP system enables the selective installation of a

specified Input Method 64.  As generally described above, each

Input Method 64 is an interchangeable component by which the

- 16 -

MOTM_WASH1823_0049972

user provides character, text or other user data via the
touch-screen display (or some other input device).  More
particularly, the SIP manager 58 preferably exposes a COM
interface that enables the selective installation of Input
5   Methods 64.  The Input Method 64 occupies space inside a SIP
window 50 created by the system.

Preferably, the Input Method 64 comprises a Component
Object Model (COM) object that implements the IInputMethod
interface.  Notwithstanding, the Input Method 64 and SIP
10   manager 58 can comprise virtually any components capable of
communicating with one other through some mechanism, such as
by receiving, responding to, and making function calls.

The Input Method 64 is responsible for drawing in the SIP
window 50 and responding to user input in the SIP window 50.
15   Typically, the Input Method 64 will respond to user input and
convert that input into characters which are then sent to the
SIP manager 58 via exposed SIP functions.  By way of example,
one Input Method 64 includes a default QWERTY (alpha) keyboard
66 shown in FIG. 7.  More particularly, this Input Method 64
20   displays an image of the keyboard 66 on the screen 32, and
converts taps on that keyboard 66 (detected as screen
coordinates) into characters which are sent to the SIP manager
58 and thereby to the system.  Input Methods may be written by

- 17 -

326

MOTM_WASH1823_0049973

application vendors, and are added to the system using COM
component installation procedures.

The user interacts with the Input Method 64 manifested in
the visible SIP window 50 to create system input. As best
5 represented by the state diagram of FIG. 4 and as shown in
FIG. 6, the user can select a different Input Method by
tapping a SIP menu button 70 on the taskbar 56 that provides a
pop-up input method list 72 into the SIP window 50. The user
can also select among available Input Methods via a control
10 panel applet (not shown) or the like. The SIP control panel
applets communicate with the operating system 28 using the
registry and the exposed SIP-aware functionality described
below.

As will be described in detail below, the various
15 components cooperate to expose functions, structures, and
window messages that enable system applications 29 to respond
to changes in the SIP state. An application 29 that uses this
functionality to adjust itself appropriately to SIP changes is
considered "SIP-aware." Other applications may be SIP-aware
20 yet choose to retain their original size (and thus be
partially obscured by the SIP window 50) when appropriate.
Moreover, and as also described below, there are exposed
functions that enable applications to programmatically alter
the SIP state.

- 18 -

MOTM_WASH1823_0049974

327

Notwithstanding, applications 29 need not be aware of the SIP system in order to benefit from the present invention. Indeed, one aspect of the present invention is that applications do not ordinarily recognize whether data received

5   thereby originated at a hardware input device such as the keyboard 36 or via user activity (e.g., contact or proximity detected by the screen 32 and detection circuitry 33) within the soft input panel window 50.  This enables applications to operate with virtually any appropriate input method,

10  irrespective of whether that application is SIP-aware.

Turning to an explanation of the mechanism that facilitates the operation of an Input Method 64 installed by the SIP manager 58, a SIP-aware application 29 is notified when the SIP window 50 changes state and what the new, current

15  state of the SIP window 50 is.  The state includes whether the status of the SIP window 50 is visible or hidden, whether the SIP window 50 is docked or in a floating condition, and the size and position of the SIP window 50.  As shown in the table below, a data structure (SIPINFO) contains this SIP

20  information:

- 19 -

MOTM_WASH1823_0049975

328

```
Typedef struct {
       DWORD   cbSize
       DWORD   fdwFlags
       RECT    rcVisibleDesktop
       RECT.   rcSipRect
       DWORD   dwImDataSize
       Void *pvImData
} SIPINFO;
```

The cbSize field may be filled in by the application

program 29 and indicates the size of the SIPINFO structure.

This field allows for future enhancements while still

5    maintaining backward compatibility, and indeed, the size of

the SIPINFO structure may be used to indicate the version to

the components of the system.  The fdwFlags field represents

the state information of the SIP window 50, and can be a

combination of three flags.  A SIPF_ON flag that is set

10   indicates that the SIP window 50 is visible (i.e., not

hidden), while a set SIPF_DOC flag indicates the SIP window 50

is docked (i.e. not floating).  A set SIPF_LOCKED flag

indicates that the SIP window 50 is locked, i.e., the user

cannot change its visible or hidden status.  Note that a given

15   implementation may not allow floating or locked SIP windows,

however the capability is present within the system.

The rcVisibleDesktop field contains a rectangle, in

screen coordinates, representing the area of the screen

desktop 68 not obscured by the SIP window 50.  If the SIP

- 20 -

329

window 50 is floating (not docked), this rectangle is equivalent to the user-working area. Full-screen applications wishing to respond to SIP window 50 size changes can generally set their window rectangle data structure ("rect") values to

5 this RECT data structure's values. If the SIP window 50 is docked and does not occupy an entire edge (top, bottom, left or right), then this rectangle represents the largest rectangle not obscured by the SIP window 50. However, the system may provide available desktop space 68 not included in

10 the RECT data structure.

Next, the rcSipRect field contains the rectangle, in screen coordinates, representing the size and location of the SIP Window 50. Applications 29 will generally not use this information, unless an application 29 wants to wrap around a

15 floating SIP window 50 or a docked SIP window 50 that is not occupying an entire edge.

The dwImDataSize field contains the size of the data pointed to by the PvImData member, which is the next field, i.e., a pointer to the Input Method-specific data. The data

20 are defined by the Input Method 64.

Whenever the state of the SIP window 50 changes, i.e., a new Input Method has been selected and/or a visibility, docking or size change has occurred, a message, WM_SETTINGCHANGE, is sent to all top-level windows, as

- 21 -

MOTM_WASH1823_0049977

generally represented at step 800 of FIG. 8.  In this manner,
an application 29 can adjust itself to the new state of the
SIP window 50, such as by adjusting its size in response to
this message.  To this end, a flag, SPI_SETSIPINFO, is sent

5   with this message to indicate when SIP information has
changed, and another flag, SPI_SETCURRENTIM, when the current
Input Method has changed.  As shown at step 802 of FIG. 8, the
flag is tested to determine if the message is SIP-related or
another type of setting change message (whereby it is handled

10  at step 804).  If SIP-related, for performance reasons, the
applications that are not currently active in the foreground
cache these SIP changes (steps 806 - 808).  If the
application's window is active, the application can adjust its
size and/or window (steps 810 - 812).  For example, as shown

15  in FIGS. 5 and 6, when the SIP window 50 of FIG. 7 is hidden
and an active application 29 notified, the application 29 may
use the additional desktop space 68 to display more
information such as the analog clock faces.  Note that an
application 29 that has cached a SIP change when inactive can

20  query the current SIP state when activated to subsequently
adjust itself in an appropriate manner in accordance with the
information that is returned.

     To query the SIP manager 58, another function, SHSipInfo,
is provided so that applications 29 can determine information

- 22 -

MOTM_WASH1823_0049978

about the SIP window 50 and Input Method 64.  In general, if
this function succeeds, the return value will be nonzero,
while if this function fails, the return value will equal zero
and extended error information will be available via a
5   GetLastError() call.

The following table sets forth the structure of this
call:

```
SHSipInfo(
     UINT uiAction
     UINT uiParam
     PVOID pvParam
     UINT fwinIni
);
```

10      The uiAction parameter can include the values
SIP_SETSIPINFO, SPI_GETSIPINFO, SPI_SETCURRENTIM and
SPI_GETCURRENTIM.  SIP_SETSIPINFO indicates that pvParam
points to a SIPINFO structure (described above).  The cbSize,
dwImDataSize and pvImDataSize are filled in before calling the
15   SHSipInfo function.  In response to this call, the SIPINFO
structure is filled in with the current SIP size, state, and
visible desktop rectangle.  If both dWImDataSize and pvImData
are nonzero, the data size and pointer are sent to the Input
20   Method 64.  If the Input Method 64 is called but does not
provide Input Method-specific data, or the format or size of

- 23 -

MOTM_WASH1823_0049979

332

the data passed in is not in a format recognized by the Input
Method 64, then the SHSipInfo function call fails (returns
zero). If the size and format are supported by the Input
Method 64, the Input Method 64 fills in the buffer that is
5  pointed to by pvImData with the Input Method-specific data.
Typically, an application 29 will set the pvImDataSize to zero
and pvImData to NULL.

A uiAction of SPI_SETSIPINFO indicates that pvParam
points to a SIPINFO structure. The SIP window 50 size and
10  state are set to the values specified in the SIPINFO
structure. Before changing a SIP value, the application 29
should first obtain the current SIP state by calling SHSipInfo
with SPI_GETSIPINFO, then change whatever specific SIP state
values it wishes to change before making the SPI_SETSIPINFO
15  call. The cbSize field is set to the size of the SIP in the
structure, and if both pvImDataSize and pvImData are not zero,
the data size and pointer are sent to the Input Method 64.
The SHSipInfo call fails if the Input Method 64 is called and
does not allow setting Input Method-specific data, or if the
20  format or size of the passed data is not in a format
recognized thereby. If a size and format are supported by the
Input Method 64, the Input Method 64 uses the data to set
Input Method-specific information. Typically, an application
will set the pvImDataSize to zero and pvImData to NULL.

- 24 -

MOTM_WASH1823_0049980

SPI_SETCURRENTIM indicates that pvParam points to a CLSID
structure which specifies the CLSID of the Input Method 64 to
which the SIP will switch.  If the CLSID is not valid, or if
the specified Input Method 64 cannot be loaded, the call fails

5    (return value equals zero) and a default Input Method 64
(e.g., the QWERTY-like keyboard 66) is loaded.

Lastly, a uiAction of SPI_GETCURRENTIM indicates that
pvParam points to a CLSID structure that receives the CLSID of
the currently selected Input Method 64.

10

*The IInputMethod Interface*

IInputMethod is the interface implemented by the Input
Method 64 components.  The SIP manager 58 calls the methods of
this interface to notify the Input Method 64 of state changes,

15   and request action and information from the Input Method 64.
In general, if the called method succeeds, a success is
returned, and conversely, if the method fails, a failure
result is returned.  The following table sets forth the method
calls available in this IInputMethod interface:

20

— 25 —

334

MOTM_WASH1823_0049981

```
Interface IinputMethod : Iunknown
{
    HRESULT Select( [in] HWND hwndSip );
    HRESULT Deselect( void );
    HRESULT Showing ( void );
    HRESULT Hiding ( void );
    HRESULT GetInfo ( [out] IMINFO *pimi );
    HRESULT ReceiveSipInfo ( [in] SIPINFO *psi );
    HRESULT RegisterCallback ( [in] IIMCallback* pIMCallback );
    HRESULT GetImData ( [in] DWORD dwSize, [out] LPVOID pvImData );
    HRESULT SetImData ( [in] DWORD dwSize, [in] LPVOID pvImData );
    HRESULT UserOptionsDlg ( [in]  HWND hwndParent );
}
```

An Input Method 64 will ordinarily receive a Select(),
GetInfo(), ReceiveSipInfo() and Register Callback() method

5    call, in sequence, before rendering the SIP window 50 space or
responding to user actions.  When the SIP window 50 is
displayed (i.e., turned on), Showing() will be called by the
SIP manager 58, after which the Input Method 64 issues a
WM_PAINT message to render the SIP window 50.

10   The Select() method is called when the Input Method 64
has been selected into the SIP.  The Input Method 64 generally
performs any desired initialization in response to this call.
The Input Method is responsible for drawing the entire client
area of the SIP window 50, and thus ordinarily creates its

15   windows and imagelists (collections of displayable bitmaps
such as customized icons) in response to this call.  For
example, the window handle of the SIP window 50 is provided to

- 26 -
```

MOTM_WASH1823_0049982

the Input Method 64 as a parameter accompanying this Select()
method call, and the Input Method normally creates a child
window of this SIP window 50. The Input Method 64 is also
provided with a pointer to a value, which is set to nonzero by
5  the Input Method 64 if the method call is successful or zero
if not successful.

The Deselect() method is called when the Input Method 64
has been selected out of the SIP. The Input Method's window
should be destroyed in response to this call, and the Input
10  Method 64 will typically perform any other cleanup at this
time.

The Showing() method will cause the SIP window 50 to be
shown upon return from the call. Note that the SIP window 50
is not visible prior to this call, and that once the SIP
15  window 50 is shown, this window and its children will receive
paint messages. Conversely, the Hiding() method hides the SIP
window 50 upon return from the call. Accordingly, the
Showing() and Hiding() methods are used to toggle the SIP
window 50 between its open and closed states.

20  The GetInfo() method is called when the system is
requesting information about the Input Method 64. The
information requested includes flags indicating any special
properties of the Input Method 64, the handles of two
imagelists which contain masked bitmaps that are to be

- 27 -

MOTM_WASH1823_0049983

displayed on the SIP button 52 when that Input Method 64 is active, indices into the specified imagelists, and a rectangle indicating the preferred size and placement of the Input Method 64. The call includes a parameter, pimi, which is a

5  pointer to a data structure (IMINFO) that the Input Method 64 should fill in with appropriate data. The call also provides a pointer to a value that the Input Method should set to nonzero to indicate success and zero to indicate failure. More particularly, the IMINFO data structure is represented in

10  the following table:

```
Typedef struct {
    DWORD cbSize;
    HIMAGELIST hImageNarrow;
    HIMAGELIST hImageWide;
    Int iNarrow;
    Int iWide;
    DWORD fdwFlags;
    Rect rcSipRect;
} IMINFO;
```

The cbSize field contains the size of the IMINFO structure, and is filled in by the SIP manager 58 prior to calling calling GetInfo(). The hImageNarrow field is a handle

15  to an imagelist containing narrow (16 x 16) masked bitmaps for the Input Method 64. Similarly, hImageWide is a handle to the imagelist containing wide (32 x 16) masked bitmaps. The SIP manager 58 displays one of the bitmaps (e.g., on the taskbar 56) to indicate the Input Method 64 that is currently

- 28 -

MOTM_WASH1823_0049984

selected. Note that the SIP manager 58 may use the 16 x 16 or
32 x 16 bitmaps at various times depending on how it wishes to
display the bitmap.

The iNarrow field is an index into the hImageNarrow
5   imagelist indicating which bitmap of several possible from
that (narrow) imagelist should currently be displayed.
Similarly, the iWide field is an index into the hImageWide
imagelist indicating which bitmap from that (wide) image list
should currently be displayed. Note that the Input Method 64
10  can initiate a change of the bitmap displayed in the SIP
taskbar button 52 by calling IIMCallback::SetImages (described
below).

The fdwFlags field indicates the visible, docked and
locked states (SIPF_ON SIPF_DOCKED and SIPF_LOCKED) of the
15  Input Method 64, as well as any special Input Method flags
that may be defined in the future. Note that the SIP state
flags are ignored for the GetInfo() method, but are used in
the SetImInfo callback method as described below.

Lastly, the rcSipRect field describes the size and
20  placement of the SIP rectangle. The sizing and placement
information returned from GetInfo() may be used by the SIP
when determining an initial default size and placement. When
used, the SetImInfo callback method (described below)
specifies the new size and placement of the SIP window 50.

- 29 -

338

MOTM_WASH1823_0049985

The ReceiveSipInfo() method provides information to the Input Method 64 about the SIP window, including the current size, placement and docked status thereof. This call is made whenever the user, an application 29 or the Input Method 64

5 changes the SIP state. When the SIP manager 58 sends this information during Input Method initialization, the SIP manger 58 is informing the Input Method 64 of the default SIP settings. The Input Method 64 can choose to ignore these defaults, however the values given are ones that either the

10 user has selected or values that have been recommended as expected or accepted SIP values for that platform. A pointer to the SIPINFO structure that includes this information is passed with this call.

The RegisterCallback method is provided by the SIP

15 manager 58 to pass a callback interface pointer to the Input Method 64. In other words, the RegisterCallback method call passes an IIMCallback interface pointer as a parameter to the Input Method 64, whereby the Input Method 64 can call methods on this interface to send information back to the SIP manager

20 58 as described below. The Input Method 64 uses the callback interface pointer to send keystrokes to applications 29 via the SIP manager 58 and to change its SIP taskbar button icons 52.

- 30 -

MOTM_WASH1823_0049986

The GetImData() method is called when an application program 29 has asked the SIP for the SIPINFOdata structure and has provided a non-NULL pointer for the pvImData member of the SIPINFO structure.  The application 29 will ordinarily cause

5   this call to be made when requesting some special information from the Input Method 64.  Two parameters are passed with this call, dwsize, the size of the buffer pointed to by pvImData, and pvImData, a void pointer to a block of data in the application 29.

10   With this call, the application 29 is essentially requesting that the Input Method 64 fill the block with information, wherein the size and format of the data are defined by the Input Method 64.  This call is designed for Input Methods 64 that wish to provide enhanced functionality

15   or information to applications.  By way of example, a SIP-aware application may wish to know whether a character was entered by way of the SIP or by some other means.  An input method 64 can thus respond to the application's request by filling the block.

20   The SetImData() method is called when an application 29 has set the SIPINFO data structure and has provided a non-NULL pointer for the pvImData member of the SIPINFO structure.  The application 29 will ordinarily cause this call to be made when requesting that the Input Method 64 set some data therein.

.- 31 -

MOTM_WASH1823_0049987

The parameters passed with this call include dwsize, the size

of the buffer pointed to by pvImData, and pvImData, a void

pointer to a block of data in the application 64.

5    *The IIMCallback Interface*

The Input Method 64 uses the IIMCallback interface to

call methods in the SIP manager 58, primarily to send

keystrokes to the current application or to change the icon

that the taskbar 56 is displaying in the SIP button 52.  The

10   Input Method 64 ordinarily calls the IIMCallback methods only

in response to a call thereto which was received through an

IInputMethod method call.  In general, if the function

succeeds, the return value will be a success HRESULT, while

conversely, if the function fails, the return value is a

15   failure HRESULT.

The following table represents the IIMCallback Interface:

```
Interface IIMCallback :
Iunknown
{
      Hresult SetImInfo(
                  IMINFO *pimi );

      Hresult SendVirtualKey (
                  BYTE bVk,
                  DWORD dwFlags );

      Hresult SendCharEvents(
                  UINT uVk,
                  UINT uKeyFlags,
                  UINT uChars,
                  UINT *puShift,
```

- 32 -

MOTM_WASH1823_0049988

```
                    UINT *puChars );

        Hresult SendString(
                BSTR ptrzStr,
                DWORD dwChars );
}
```

The first callback, SetImInfo() is called by the Input

Method 64 to change the bitmaps shown on the SIP taskbar

button 52 representing the current SIP, or to change the

5   visible/hidden state of the SIP window 50. It is also sent by

the Input Method 64 to the SIP manager 58 as a notification

when the Input Method 64 has changed the size, placement or

docked status of the SIP window 50. By this mechanism, the

various Input Methods 64 are able to alert the SIP manager 58

10  to these types of changes so that the two remain synchronized.

By way of example, an Input Method 64 may wish to have a user

interface element which allows the user to toggle between a

docked state and a floating state, or between one or more

subpanels (e.g. keyboard with buttons to switch to a number

15  and/or symbol panel or international symbol panel). The Input

Method 64 uses this call to inform the SIP manager 58 of each

change in state.

Although not necessary to the invention, all values

passed in the IMINFO structure are used by the SIP manager 58.

20  Consequently, the Input Method 64 should first determine the

- 33 -

MOTM_WASH1823_0049989

342

current state of the SIP window 50 as provided by the SIP manager 58 in the SIPINFO structure received via a prior ReceiveSipInfo() method call, described above.  Then, the Input Method 64 should make changes to only those settings in
5   which a change is desired, and pass a full set of values back in the IMINFO structure.  The pimi parameter is sent as a pointer to an IMINFO structure representing the new Input Method 64 settings, including the size, placement and state of the SIP window 50 as well as the desired Input Method 64
10  images.

In response to the SetImInfo() call, the SIP manager 58 will show or hide the SIP window 50 as specified in the fdwFlags of the IMINFO structure.  However, the SIP manager 58 will not resize or move the SIP window 50 if requested, but
15  will instead update the size and placement information returned to applications 29 when queried.  If the specified values represent a change from the current SIP state, the SIP manager 58 will notify applications 29 that the SIP state has changed via a WM_SETTINGCHANGE message, described above.

20   The SendVirtualKey() callback is used by an Input Method 64 to simulate a keystroke for a virtual key, e.g., a character or the like entered via the touch screen display 32 or some other Input Method 64.  The key event will be sent to the window which currently has focus (i.e., the window which

- 34 -

MOTM_WASH1823_0049990

would have received keyboard input had a key been pressed on

an external keyboard). The SendVirtualKey callback modifies

the global key state for the virtual key sent, whereby, for

example, an Input Method 64 can use this function to send

5   SHIFT, CONTROL, and ALT key-up and key-down events, which will

be retrieved correctly when the application 29 calls the

GetKeyState() API.  The SendVirtualKey callback should be used

to send virtual key events that do not have associated

characters (i.e., keys that do not cause a WM_CHAR sent as a

10   result of TranslateMessage.  Note that WM_CHAR,

TranslateMessage and other key-related messages are described

in the reference "Programming Windows 95", Charles Petzold,

supra).  If character-producing virtual keys are sent via this

function, they will be modified by the global key state.  For

15   example, a virtual key of VK_5 that is sent when the shift

state is down will result in a '%' WM_CHAR message for certain

keyboard layouts.

Parameters sent with this callback include bVk, which is

the virtual keycode of the key to simulate, and dwFlags.  The

20   dwFlags may be a combination of a SIPKEY_KEYUP flag, (used to

generate either a WM_KEYUP or WM_KEYDOWN), a SIPKEY_SILENT

flag, (the key press will not make a keyboard click even if

clicks are enabled on the device), or zero.

- 35 -

MOTM_WASH1823_0049991

The SendCharEvent callback allows an Input Method 64 to send Unicode characters to the window having focus, while also determining what WM_KEYDOWN and WM_KEYUP messages the application 29 should receive.  This allows the Input Method

5   64 to determine its own keyboard layout, as it can associate any virtual key with any characters and key state.  In keeping with one aspect of the invention, applications 29 thus see keys as if they were sent from a keyboard (i.e., they get WM_KEYDOWN, WM_CHAR, and WM_KEYUP messages).  Thus, unlike the

10  SendVirtualKey() function, this function does not affect the global key state.  By way of example, with the SendCharEvent callback, the Input Method 64 can determine that the shifted (virtual key) VK_C actually sent the Unicode character 0x5564. The shift state flag (specified in the puShift parameter,

15  described below) that is associated with the first character to be sent determines whether a WM_KEYDOWN or WM_KEYUP is generated.

Parameters include uVk, the virtual keycode sent in the WM_KEYUP or WM_KEYDOWN message generated as a result of this

20  function, and a uKeyFlags parameter, a set of KEY state flags that are translated into the lKEYData parameter received in the WM_CHAR, WM_KEYUP or WM_KEYDOWN messages received by the application 29 as a result of this call.  Only the KeyStateDownFlag, KeyStatePrevDownFlag, and KeyStateAnyAltFlag

- 36 -

MOTM_WASH1823_0049992

key state flags are translated into the resulting lKeyData
parameter.  The uChars parameter represents the number of
characters corresponding to this key event, while the puShift
parameter is a pointer to a buffer containing the

5    corresponding KEY_STATE_FLAGS for each character to be sent.
If the KeyStateDownFlag bit is sent, this function generates a
WM_KEYDOWN message, otherwise it generates a WM_KEYUP message.
Lastly, the puChars parameter is a pointer to a buffer
containing the characters to be sent.

10    An Input Method 64 may use the SendString callback to
send an entire string to the window which currently has the
focus, whereby a series of WM_CHAR messages are posted to the
application 29.  An Input Method 64 would typically use this
callback after it has determined an entire word or sentence

15    has been entered.  For example, a handwriting recognizer or
speech recognizer Input Method 64 will use the SendString
callback after it has determined that a full word or sentence
has been entered.

Parameters of the SendString callback include ptszStr, a
20    pointer to a string buffer containing the string to send, and
dwSize, the number of characters to send.  This number does
not include the null-terminator, which will not be sent.

As can be seen from the foregoing detailed description,
there is provided an improved method system for entering user

- 37 -

MOTM_WASH1823_0049993

data into a computer system. The method and system are both
efficient and flexible, and function with touch-sensitive
input mechanisms. With the system and method, a plurality of
applications can receive user input from a common input

5 method, while interchangeable input methods may be selected
from among a set thereof for each application. The method and
system are cost-effective, reliable, extensible and simple to
implement.

While the invention is susceptible to various

10 modifications and alternative constructions, a certain
illustrated embodiment thereof is shown in the drawings and
has been described above in detail. It should be understood,
however, that there is no intention to limit the invention to
the specific form disclosed, but on the contrary, the

15 intention is to cover all modifications, alternative
constructions, and equivalents falling within the spirit and
scope of the invention.

- 38 -

347

MOTM_WASH1823_0049994

WHAT IS CLAIMED IS:

*Sub al*

1.    A system for receiving user data input into a computer system, comprising, an operating system, an interface for passing user input data to the operating system, a plurality of input methods, means for selecting one of the input methods as a selected input method, means for receiving user data input via the selected input method, and a communication mechanism for passing information about the received user data to the interface, the interface passing the information to the operating system.

2.    The system of claim 1 wherein the operating system comprises a graphical windowing environment, further comprising an input panel window on a touch-sensitive display screen, and wherein the input method includes an input panel and means for drawing the input panel in the input panel window.

3.    The system of claim 2 wherein the input panel includes an image representing a keyboard having a plurality of keys thereon, and the means for receiving user data input via the selected input panel includes means for

- 39 -

MOTM_WASH1823_0049995

detecting user activity at screen locations corresponding
to the keys of the keyboard.

4.    The system of claim 2 further comprising means
for selectively displaying and hiding the display of the
input panel window.

5.    The system of claim 2 wherein interaction with
the input panel does not cause the input panel window to
receive focus.

6.    The system of claim 1 further comprising a touch-
sensitive display screen, wherein the means for selecting
the selected input method includes means for detecting user
interaction with the touch-sensitive display screen.

7.    The system of claim 1 further comprising an
application program running under the operating system, and
wherein the means for selecting the input method includes
means for transferring information from the application
program to the interface.

8.    The system of claim 1 wherein the communication
mechanism includes means in the input method for calling

- 40 -

MOTM_WASH1823_0049996

functions to be carried out by the interface, and means in the interface for calling functions to be carried out by the input method.

9.  The system of claim 1 wherein the input method comprises a COM object, and the communication mechanism includes means for calling methods in the interface.

10.  The system of claim 1 wherein the operating system comprises a graphical windowing environment, further comprising an input panel window on a touch-sensitive display screen, wherein the input method includes an input panel and means for drawing the input panel in the input panel window, and wherein the interface includes means for passing state information corresponding to the state of the input panel window through the communication mechanism to the input method.

11.  The system of claim 10 further comprising means for selectively displaying and hiding the display of the input panel window, and wherein the state information includes a flag indicative of the displayed or hidden status of the window.

- 41 -

350                                                                                                     MOTM_WASH1823_0049997

12.  The system of claim 10 wherein the state
information includes a flag indicative of the docked or
floating status of the window.

13.  The system of claim 10 wherein the state
information includes the size or position of the window.

14.  The system of claim 10 wherein the input method
includes a plurality of bitmaps, and wherein the input
method includes means for passing information corresponding
to a selected one of the bitmaps through the communication
mechanism to the interface.

15.  The system of claim 14 wherein the interface
includes means for displaying the bitmap as an icon on the
display screen.

16.  In a computer system having a graphical windowing
environment for running windows-based applications, a
method of receiving user input into the system, comprising
the steps of, providing an interface for passing user input
to the graphical windowing environment, selecting an input
method from a plurality of available input methods,
installing the selected input method by connecting the
input method to the interface for communication therewith,

- 42 -

MOTM_WASH1823_0049998

receiving user input data via the input method,
communicating information representative of the user input
data to the interface, and passing the information from the
interface to the graphical windowing environment.

17. The system of claim 16 further comprising the
steps of providing an input panel window on a display
screen and drawing an input panel in the input panel
window.

18. The method of claim 17 wherein the display screen
is a touch-sensitive input device, and wherein the step of
selecting the selected input method includes the steps of
displaying an icon at a screen location, and detecting a
user event at the icon location.

19. The method of claim 17 further comprising the
step of toggling between a displayed and hidden state of
the input panel window.

20. The method of claim 19 further comprising the
step of passing state information corresponding to the
displayed or hidden state of the input panel window to the
input method.

- 43 -

352

MOTM_WASH1823_0049999

21.   The method of claim 17 further comprising the steps of adjusting the size or position of the input panel window, and passing state information corresponding to the size or position of the input panel window to the input method.

22.   The method of claim 17 further comprising the step of toggling between a docked and floating state of the input panel window, and further comprising the step of passing state information corresponding to the docked or floating state of the input panel window to the input method.

23.   The method of claim 16 further comprising the step of processing data input to the input method to convert the data to keystroke information.

24.   The method of claim 16 wherein the step of communicating information representative of the user input data to the interface includes the step of calling at least one method of the interface.

- 44 -

353                                                        MOTM_WASH1823_0050000

25.   The method of claim 16 wherein the input method
includes a plurality of bitmaps, and further comprising the
step of passing information corresponding to a selected one
of the bitmaps from the input method to the interface.

26.   The method of claim 25 further comprising the
step of displaying the selected bitmap as an icon on the
display screen.

27.   A system for receiving user input/data into a
computer system having a graphical windowing environment,
comprising, a touch sensitive display screen for displaying
images and detecting user contact or proximity thereto, a
management component operatively connected to the graphical
windowing environment and including means for creating an
input panel window for display thereof by the graphical
windowing environment on the screen, a plurality of input
methods, each input method including a communication means
for calling functions of the management component and
further including an input panel corresponding thereto,
means for selecting one of the input methods as a selected
input method, the selected input method drawing the input
panel corresponding thereto in the input panel window,
means for receiving user data input via the input panel,

- 45 -

MOTM_WASH1823_0050001

354

the communication means calling a function of the
management component to pass the user data thereto and the
management component communicating the user data to the
graphical windowing environment.

28.  ~~A system for receiving user data input into at~~
least one of a plurality of applications of a computer
system, comprising, a management component, a plurality of
input methods, each input method for receiving user data
when active, wherein one of the plurality of input methods
is active and is operatively connected to the management
component for passing user data thereto, the management
component passing the data to at least one of the
~~applications independent of the input method used~~.

29.  The system of claim 28 further comprising an
operating system, wherein the management component passes
the data to the application program via the operating
system.

30.  The system of claim 28 wherein the operating
system comprises a graphical windowing environment, and
further comprising an input panel window on a touch-
sensitive display screen.

- 46 -

MOTM_WASH1823_0050002

31.   The system of claim 28 wherein the input method converts user input to Unicode characters for passing to the application.

32.   The system of claim 28 wherein the management component converts user input to Unicode characters for passing to the application.

33.   The system of claim 28 including a mechanism for passing information from the application program to the management component.

34.   The system of claim 28 wherein the input method comprises a ~~COM~~ object.

*Component Object Model*

35.   The system of claim 30 wherein the input method includes a plurality of bitmaps, and wherein the input method communicates bitmap information to the management component.

36.   The system of claim 35 wherein the management component communicates with an operating system to display the bitmap as an icon on the display screen.

- 47 -

MOTM_WASH1823_0050003

37. A method of inputting user data into a mobile computing device to be used by an application, comprising the steps of:

selecting one input method from a plurality of input methods installed on the mobile computing device;

invoking the selected input method within a input panel window displayed by the mobile computing device; and

accepting user data entered in the input panel window in accordance with the selected input method, wherein the entered user data is supplied to the application irrespective of the input method selected.

38. The method of claim 37 wherein the mobile computing device includes a touch-sensitive display, and wherein the step of accepting user data includes the step of detecting user interaction with the touch-sensitive display.

39. The method of claim 37 wherein the input method comprises a COM object, and wherein the step of invoking the selected input method includes the step of instantiating the input method.

- 48 -

MOTM_WASH1823_0050004

40.   The method of claim 37 further comprising the step of converting the input data to a Unicode character value.

41.   A system for receiving user input into a computer system for use with at least one executable application of the computer system, comprising, a plurality of input methods, each input method for accepting input from a user of the computer system, at least one application having current focus on the computer system, a computer operating system designed to accept user input from at least one standard input device and for supplying said user input to the at least one application having focus, and an interface manager operably interfaced with at least one of the plurality of input methods for transforming the input from the user via the at least one input method to correspond to input from said at least one standard input device and operably interfaced with the computer operating system so that the at least one input method is not constrained by the at least one application having focus.

42.   The system of claim 41, further comprising a plurality of applications executable on the computer system such that when any one of the applications is focused, said

- 49 -

358

MOTM_WASH1823_0050005

~~application that is focused is operable to receive input~~
from a user through the operating system from any of the
plurality of input methods without modification to said
application.

43.   The system of claim 41, wherein the standard
input device comprises a hardware keyboard.

44.   A method of providing a user interface in a
computer system for receiving user input for use by an
application running on the computer system, comprising the
steps of, opening a input panel window on a display of the
computer system, selecting one of a plurality of input
methods for supplying user input to the computer system,
and opening an input method window corresponding to the
selected input method within the input panel window wherein
a user provides input within the input method window in
~~accordance with the selected input method.~~

45.   The method of claim 44 further comprising the
step of providing an input panel button on the display of
the computer system, the input panel button being
responsive to open and to close the input panel window.

- 50 -

089844977.11111657

MOTM_WASH1823_0050006

46.  The method of claim 44, further comprising the steps of, providing an input method button on the display of the computer system, the input method button being responsive to display a selectable list of the plurality of input methods, receiving a selection of one of the plurality of input methods, and in response, closing an input method window corresponding to an input method other than a selected input method, and opening an input method window corresponding to the selected input method.

Add
a6

Add
C8

360

MOTM_WASH1823_0050007

PATENT

Attorney Docket No. 1260

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
TOEPKE et al.                     Group Art Unit: 2774

Serial No.: 08/991,277            Examiner: NGUYEN, K

Filed:  December 16, 1997

For:   SOFT INPUT PANEL SYSTEM AND METHOD

          AMENDMENT AND RESPONSE UNDER 37 CFR 1.116

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:


     This communication is a response to the final Office
action mailed May 9, 2000 (the "Office Action").  Entry of
the following amendment under the provisions of 37 C.F.R. §
1.116 is respectfully solicited.


     In The Claims:

          Please amend the claims as follows:

          1.   (Twice Amended)     A system for receiving user
data input into a computer system having an application
program, comprising:


                           - 1 -

MOTM_WASH1823_0050101

In re Application of Toepke et al.
Serial No. 08/991,277

a plurality of input methods, each input method being an
interchangeable software component configured to accept the
user data input from an input device associated with the
computer system,

means for receiving the user data input via a selected
input method, and

a management component configured to identify one of the
input methods as the selected input method, to load the
selected input method into memory, to communicate with the
selected input method to identify information about the
received user data, and to pass the information about the
received user data to the application program.

In claim 9, please replace "COM" with –Component Object
Model-- in both places.

In claim 34, please replace "COM" with –Component Object
Model--.

In claim 39, please replace "COM" with –Component Object
Model--.

– 2 –

MOTM_WASH1823_0050102

In re Application of Toepke et al.
Serial No. 08/991,277


## REMARKS

Claims 1-50 are now pending in the application.  By this
paper, claims 1, 9, 34 and 39 have been amended to more
particularly point out and distinctly claim the subject
matter of the invention, and/or to present the rejected
claims in better form for consideration on appeal.
Applicants submit that the amendments to the claims are
unnecessary to distinguish the claimed subject matter from
the prior art, and maintain that the claims recited
patentable subject matter as-filed and as amended prior to
this amendment.  The rejections are traversed as explained in
the following remarks.


Rejections under Section 112

In the Office Action, claims 9, 34, and 39 were rejected
under 35 U.S.C. § 112, second paragraph, as being indefinite
for failing to particularly point out and distinctly claim
the subject matter of the invention.  In particular, the
Office Action requested clarification of the acronym "COM."
Applicants have amended those claims to specify that COM

- 3 -

MOTM_WASH1823_0050103

In re Application of Toepke et al.
Serial No. 08/991,277


means Component Object Model as defined in the specification
at page 12, line 3.


Rejections under Section 103(a)

Claims 1-50 were rejected under 35 U.S.C. § 103(a) as
being unpatentable in view of the teachings of U.S. Patent
No. 5,644,339 to Mori et al. (hereafter "Mori et al.") in
combination with the teachings of U.S. Patent No. 5,818,425
to Want et al. (hereafter "Want et al."). Applicants submit
that the rejections are improper because the cited art simply
does not teach "input methods" within the meaning of the
present invention or a management component within the
meaning of the present invention. Applicants incorporate by
reference the Amendment filed on February 1, 2000.

For the sake of clarity, the independent claims of the
application are discussed first in this response. Applicants
submit that the independent claims are allowable, and
therefore the dependent claims are allowable because they are
dependent upon allowable claims. Nevertheless, applicants
submit that the dependent claims further define additional
subject matter not shown or described in the prior art.

- 4 -

MOTM_WASH1823_0050104

In re Application of Toepke et al.
Serial No. 08/991,277

The present invention provides a mechanism by which applications on a computer may make use of common software input methods.  The input methods of the present invention are interchangeable software components by which the user provides character, text, or other user data via an input device, such as a touch-screen display, a microphone, or the like.  User data input to the computer is received by a selected input method and passes information related to the received user data to a management component.  The management component passes the information to an application having input focus.  In essence, the input method and management component simulate a standard hardware input device on a portable computer.  The invention overcomes limitations in the prior art by allowing multiple applications to share from among the same set of software input methods, thereby eliminating the duplication of similar input methods in each application.  Moreover, applications may still provide tailored input methods without the need to incorporate the input method directly in the application.

- 5 -

MOTM_WASH1823_0050105

In re Application of Toepke et al.
Serial No. 08/991,277


<u>The Cited References Do Not Describe a Management Component</u>

    Claim 1 recites "a management component configured to
identify one of the input methods as the selected input
method, to load the selected input method into memory, to
communicate with the selected input method to identify
information about the received user data, and to pass the
information about the received user data to the application
program." Nowhere is such a component configured in that
manner taught or suggested by the cited references.

    The Office Action contends that Mori et al. discloses,
in Figure 3, a management component configured as described
in the claimed invention. Figure 3 of Mori et al. is a flow
chart describing the selection and filing of information
input as memo information. Mori et al., column 3, lines 44-
45. In particular, the flow chart describes a process for
identifying a type of character or symbol data being
displayed, and appropriately formatting a buffer based on the
data type. Applicants are unable to identify <u>anything</u> in
Figure 3 that even remotely describes the management
component recited in the claims. Management components
related to the one recited in claim 1 are also found in

- 6 -

MOTM_WASH1823_0050106

In re Application of Toepke et al.
Serial No. 08/991,277

claims 27 and 28. Applicants submit that the rejections of

claims 1, 27 and 28 are improper at least because the cited

art simply does not disclose, suggest or provide any

motivation for a management component as recited in the

claims.

The Cited References Do Not Describe Input Methods

Independent claims 1, 16, 27, 28, 37, 41, and 44 include

recitations directed at input methods. In the context of the

description of the invention, the input methods claimed are

interchangeable software components by which the user

provides character, text, or other user data via an input

device. The Office Action cites Mori et al. (Figures 1-4;

column 4, lines 1-47; and column 5, lines 1-38) as disclosing

input methods within the context of the claimed invention.

The Office Action does not specify what components or

teachings of Mori et al. disclose the input methods, and

applicants are unable to locate any.

Generally, Mori et al. describe an electronic

information apparatus for receiving information input in one

format associated with one operating mode (such as a memo

mode) and for transforming the information into another

- 7 -

MOTM_WASH1823_0050107

In re Application of Toepke et al.
Serial No. 08/991,277

format associated with another operating mode (such as an

address note mode). The electronic input apparatus of Mori

et al., as described, receives input from a digitizer

(element 10 of Figure 1). The input is recognized as

characters or symbols and then stored in a video buffer to be

displayed. Mori et al. describe a conventional system for

recognizing handwriting input and displaying characters based

on that input. Nothing in Mori et al. discloses, suggests or

provides any motivation for a plurality of input methods as

claimed. Thus, applicants submit that each of the

independent claims is allowable over the art of record for at

least this additional reason.

Independent Patentability of the Dependent Claims

Applicants submit that the dependent claims are

allowable for at least the reasons set forth above regarding

the independent claims. However, applicants submit that each

dependent claim also includes additional patentable

distinctions as set forth in part below.

Regarding claim 4, applicants could find nothing in the

cited references related to selectively displaying and hiding

the display of the input panel window. This aspect of the

- 8 -

368

MOTM_WASH1823_0050108

In re Application of Toepke et al.
Serial No. 08/991,277

invention is important because it allows an increased amount
of display screen to be dedicated to display information
related to an application when user input is not appropriate.
Nowhere do the cited references describe, teach or suggest
such an aspect.

Regarding claims 5 and 42, applicants could find nothing
in the cited references remotely related to causing an input
panel window to receive focus. The concept of input focus is
completely absent from the cited references. Nor does the
Office Action state its grounds for rejecting claim 5. If
the rejection of claim 5 is maintained, applicants
respectfully request a clarification of the Office action's
allegations.

Regarding claims 8 and 24, nowhere do the cited
references describe, teach or suggest a mechanism in an input
method for calling functions or methods to be carried out by
an interface. As mentioned above, the cited references
describe no structure that is equivalent (or even analogous)
to the input method of the claimed invention. Likewise, the
cited references describe nothing related to a management

- 9 -

MOTM_WASH1823_0050109

In re Application of Toepke et al.
Serial No. 08/991,277

component that is capable of carrying out functions called by
an input method.

Regarding claims 11, 12, 19, and 20 the Office action
contends that Figure 5 of Mori et al. describes state
information including "a flag indicative of the docked
[state] of the window." Applicants respectfully submit that
Figure 5 of Mori et al. is a simulated screen display showing
nothing but text. There is nothing in Figure 5 even remotely
related to the claimed elements. In addition, the Office
Action appears to have withdrawn the previous position that
the cited references disclose "a flag indicative of the
displayed or hidden status of the window." Applicants
respectfully request, if the Office action maintains the
assertions, that a specific disclosure of those flags be
identified.

Regarding claim 21, applicants could not find, nor does
the Office action designate, anything in the cited references
related to passing state information associated with an input
panel window to an input method. If the rejection of claim
21 is maintained, applicants respectfully request a
clarification of the Office action's allegations.

- 10 -

MOTM_WASH1823_0050110

In re Application of Toepke et al.
Serial No. 08/991,277

Regarding claim 22, the Office Action appears to have withdrawn the previous contention that Want et al. describe toggling between a docked and floating state of an input panel window.  The Office Action now appears to completely overlook this aspect of the claimed invention.  Nowhere is there any discussion, mention, or hint that an input panel window may be toggled between a docked and a floating state, as defined in the specification and recited in this claim.

Impermissible Combination of References

Claims 1-50 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Mori et al. in view of Want et al. In making the rejection, the Office action states that "it would have been obvious to one of ordinary skill in the art at the time the invention was made to add an input device hardware keyboard was [sic] disclosed by Want et al. because this arrangement would help to operate of the input device." To the extent understood, applicants strongly disagree with this unsupported, broad conclusory statement, as among other reasons, a hardware keyboard is not an input method as defined in the specification and recited in the claims.

- 11 -

371

MOTM_WASH1823_0050111

In re Application of Toepke et al.
Serial No. 08/991,277

Accordingly, applicants respectfully request withdrawal of
the § 103(a) rejections of claims 1-50 based on this
unsupported and irrelevant contention in the Office action.

Moreover, in order to support an obviousness rejection,
by law there must be some teaching, suggestion, or motivation
for combining cited references to achieve the claimed
invention. See, e.g., *In re Dembiczak*, 175 F.3d 994, 50
U.S.P.Q.2d 1614 (Fed. Cir. 1999) citing *C.R. Bard, Inc. v. M3
Sys., Inc.*, 157 F.3d 1340, 1352, 48 USPQ2d 1225, 1232 (Fed.
Cir. 1998) (describing "teaching or suggestion or motivation
[to combine]" as an "essential evidentiary component of an
obviousness holding"); see also *Id.* citing *In re Fritch*, 972
F.2d 1260, 1265, 23 USPQ2d 1780, 1783 (Fed. Cir. 1992)
(examiner can satisfy burden of obviousness in light of
combination "only by showing some objective teaching [leading
to the combination]"); *In re Fine*, 837 F.2d 1071, 5 USPQ2d
1596 (Fed. Cir. 1988); *In re Jones*, 958 F.2d 347, 21 USPQ2d
1941 (Fed. Cir. 1992); *In re Geiger*, 815 F.2d 686, 688, 2
USPQ2d 1276, 1278 (Fed. Cir. 1987).

The Office action does not indicate any suggestion or
motivation in the prior art of record, either explicit or

- 12 -

MOTM_WASH1823_0050112

In re Application of Toepke et al.
Serial No. 08/991,277

otherwise, for combining the references in a manner that
would achieve the claimed invention, and has failed to meet
the requirement of establishing a case of *prima facie*
obviousness.  Instead, the Office action provides a broad,
conclusory statement that is unsupported by the prior art of
record and substantially unrelated to the present invention.
However, such a broad conclusory statement regarding the
teaching of multiple references, standing alone, is not
evidence of obviousness.  *In re Dembiczak*, 175 F.3d 994, 50
U.S.P.Q.2d 1614 (Fed. Cir. 1999).

Instead, it appears as if the Office action located
references that are substantially unrelated to the present
invention, in an attempt to piece together applicants'
invention using applicants' own teachings.  However, (in
addition to failing to reach the claims even when
impermissibly combined), such a hindsight reconstruction
based on applicant's teachings is clearly impermissible by
law.  For at least these additional reasons, applicants
submit that the claims of the present invention are
patentable over the prior art of record including Mori et al.

- 13 -

MOTM_WASH1823_0050113

In re Application of Toepke et al.
Serial No. 08/991,277

and Want et al., and respectfully requests withdrawal of the
§103(a) rejections of the claims based thereon.

### CONCLUSION

In view of the foregoing remarks, it is respectfully
submitted that claims 1-50 are in good and proper condition
for allowance.  Entry of the foregoing Amendment and
withdrawal of the pending rejections are respectfully
solicited under the provisions of 37 C.F.R. § 1.116.  If in
the opinion of the Examiner a telephone conference would
expedite the prosecution of this application, the Examiner is
invited to call the undersigned attorney at (425) 653-3520.

Signed at Bellevue, in the County of King, and State of
Washington, July 20, 2000.

Respectfully submitted,

Albert S. Michalik, Reg. No. 37,395
Attorney for Applicants
Michalik & Wylie, PLLC
14645 Bel-Red Road
Suite 103
Bellevue, Washington 98007
(425) 653-3520 (telephone)
(425) 653-3603 (facsimile)

- 14 -

MOTM_WASH1823_0050114

# Exhibit J

# To

# Joint Claim Chart

Attorney Docket No.: D3001.04

PATENT

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Inventor: Limin Wang, et al.                    )        Confirmation No.: 6466
                                                )
                                                )        Customer No.: 000043471
U.S. Serial No.: 11/026,394                     )
                                                )
Filed: December 30, 2004                        )
                                                )
     Con. of U.S. Ser. No. 10/301,290           )
     Filed: November 20, 2002                    )        Art Unit: 2613
                                                )
                                                )        Examiner: Shawn S. An
                                                )
Title:   MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL
         VIDEO CONTENT

**<u>AMENDMENT</u>**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

        In response to the Office action mailed on September 6, 2006, having a shortened

statutory period of response set to expire on December 6, 2006, a petition for a three month

extension of time up to March 7, 2007 being submitted herewith, please amend the above

application as follows:

376

MOTM_WASH1823_0047407

U.S. Serial No.: 11/026,394

**Amendment To The Claims:**

  1.  (Currently amended) A method of encoding a picture in an image sequence, comprising:

  dividing said picture into a plurality of <u>macroblocks, each macroblock containing a plurality of blocks</u> smaller portions;

  <u>generating a plurality of processing blocks, each processing block being generated by grouping said plurality of macroblocks as a processing block, said plurality of macroblocks including a pair of macroblocks or a group of macroblocks;</u> and

  selectively encoding at least one of said <u>processing blocks</u> plurality of smaller portions in frame coding mode and at least one of said <u>processing blocks</u> plurality of smaller portions in field coding mode, wherein said encoding is applied to a pair of blocks or a group of blocks,

  wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.

  2.  (Currently amended) The method of claim 1, wherein said <u>processing block</u> includes pair of blocks is a pair of macroblocks.

  3.  (Currently amended) An apparatus for encoding a picture in an image sequence, comprising:

  means for dividing said picture into a plurality of <u>macroblocks, each macroblock containing a plurality of blocks</u> smaller portions; and

377

MOTM_WASH1823_0047408

means for generating a plurality of processing blocks, each processing block being generated by grouping said plurality of macroblocks as a processing block, said plurality of macroblocks including a pair of macroblocks or a group of macroblocks;

means for selectively encoding at least one of said processing blocks ~~plurality of smaller portions~~ in frame coding mode and at least one of said processing blocks ~~plurality of smaller portions~~ in field coding mode, ~~wherein said encoding is applied to a pair of blocks, or a group of blocks,~~

wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.


4.      (Currently amended)  The apparatus of claim 3 wherein said processing block includes ~~pair of blocks is~~ a pair of macroblocks.


5.      (Currently amended)  A computer-readable medium having stored thereon a plurality of instructions, the plurality of instructions including instructions which, when executed by a processor, cause the processor to perform the steps of a method for encoding a picture in an image sequence, comprising of:

dividing said picture into a plurality of macroblocks, each macroblock containing a plurality of blocks;

generating a plurality of processing blocks, each processing block being generated by grouping said plurality of macroblocks as a processing block, said plurality of macroblocks including a pair of macroblocks or a group of macroblocks; and


3

MOTM_WASH1823_0047409

U.S. Serial No.: 11/026,394

selectively encoding at least one of said processing blocks ~~plurality of smaller portions~~ in frame coding mode and at least one of said processing blocks ~~plurality of smaller portions~~ in field coding mode, ~~wherein said encoding is applied to a pair of blocks or a group of blocks~~,

wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.

6.      (Currently amended)   A method of decoding an encoded picture having a plurality of processing blocks, each processing block containing macroblocks, each macroblock containing a plurality of blocks, ~~smaller portions~~ from a bitstream, comprising:

decoding at least one of said plurality of processing blocks ~~smaller portions~~ in frame coding mode and at least one of said plurality of processing blocks ~~smaller portions~~ in field coding mode, ~~wherein said decoding is applied to a pair of blocks, or a group of blocks~~,

wherein said decoding is performed in a horizontal scanning path or a vertical scanning path; and using said plurality of decoded processing blocks ~~smaller portions~~ to construct a decoded picture.

7.      (Currently amended)   The method of claim 6, wherein said processing blocks include ~~pair of blocks is~~ a pair of macroblocks.

8.      (Currently amended)   The method of claim 6, wherein said decoding is applied to a group of at least four macroblocks ~~blocks~~.

4

MOTM_WASH1823_0047410

U.S. Serial No.: 11/026,394

9.      (Currently amended)  The method of claim 8, further comprising: joining said group of at least four macroblocks ~~blocks~~ into a top field block and a bottom field block when said group of at least four macroblocks ~~blocks~~ is decoded in said field coding mode.

10.      (Currently amended) An apparatus for decoding an encoded picture from a bitstream, comprising:

means for decoding at least one of a plurality of processing blocks, each processing block containing macroblocks, each macroblock containing a plurality of blocks, ~~smaller portions~~ from said encoded picture that is encoded in frame coding mode and at least one of said plurality of processing blocks ~~smaller portions~~ that is encoded in field coding mode, ~~wherein said decoding is applied to a pair of blocks, or a group of blocks,~~

wherein said decoding is performed in a horizontal scanning path or a vertical scanning path; and

means for using said plurality of decoded processing blocks ~~smaller portions~~ to construct a decoded picture.

11.      (Currently amended)  The apparatus of claim 10, wherein said processing blocks include ~~pair of blocks is~~ a pair of macroblocks.

12.      (Currently amended)  The apparatus of claim 10, wherein said decoding is applied to a group of at least four macroblocks ~~blocks~~.

5

MOTM_WASH1823_0047411

U.S. Serial No.: 11/026,394

13.    (Currently amended)  The apparatus of claim 12, further comprising: means for joining said group of at least four macroblocks ~~blocks~~ into a top field block and a bottom field block when said group of at least four macroblocks ~~blocks~~ is decoded in said field coding mode.

14.    (Currently amended)  A computer-readable medium having stored thereon a plurality of instructions, the plurality of instructions including instructions which, when executed by a processor, cause the processor to perform the steps of a method for decoding an encoded picture from a bitstream, comprising of:

decoding at least one of a plurality of processing blocks, each processing block containing macroblocks, each macroblock containing a plurality of blocks, ~~smaller portions~~ from said encoded picture that is encoded in frame coding mode and at least one of said plurality of processing blocks ~~smaller portions~~ that is encoded in field coding mode, ~~wherein said decoding is applied to a pair of blocks, or a group of blocks,~~

wherein said decoding is performed in a horizontal scanning path or a vertical scanning path; and

using said plurality of decoded smaller portions to construct a decoded picture.

15.    (Currently amended)  A bitstream comprising: a picture that has been divided into a plurality of processing blocks, each processing block containing macroblocks, each macroblock containing a plurality of blocks, wherein at least one of said plurality of processing blocks ~~smaller portions~~ from said picture is encoded in frame coding mode and at least one of said plurality of processing blocks ~~smaller portions~~ is encoded in field coding mode, wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.

6

MOTM_WASH1823_0047412

U.S. Serial No.: 11/026,394

16.     (New)  The method of claim 1, wherein each pair of blocks of said image is coded from left to right and from top to bottom if said encoding is performed in said horizontal scanning path, and

wherein each pair of blocks of said image is coded from top to bottom and from left to right if said encoding is performed in said vertical scanning path.

17.     (New)  The method of claim 1, wherein said pair of macroblocks comprises a top block and a bottom block, where said top block is encoded prior to said bottom block in said frame coding mode.

18.     (New) The method of claim 1, further comprising:

splitting said pair of macroblocks into a top field block and a bottom field block when said pair of blocks are encoded in said field coding mode, and where said top field block is encoded prior to said bottom field block.

19.     (New)  The method of claim 1, wherein said processing block includes a group of at least four macroblocks blocks.

20     (New)  The apparatus of claim 3, wherein each pair of blocks of said image is coded from left to right and from top to bottom if said encoding is performed in said horizontal scanning path, and

7

MOTM_WASH1823_0047413

U.S. Serial No.: 11/026,394

wherein each pair of blocks of said image is coded from top to bottom and from left to right if said encoding is performed in said vertical scanning path.

21.    (New)  The apparatus of claim 3, wherein said pair of macroblocks comprises a top block and a bottom block, where said top block is encoded prior to said bottom block in said frame coding mode.

22.    (New) The apparatus of claim 3, wherein said pair of macroblocks are split into a top field block and a bottom field block when said pair of blocks are encoded in said field coding mode, and where said top field block is encoded prior to said bottom field block.

23.    (New)  The apparatus of claim 3, wherein said processing block includes a group of at least four macroblocks blocks.

24.    (New)  The method of claim 6, wherein each pair of blocks of said image is coded from left to right and from top to bottom if said encoding is performed in said horizontal scanning path, and

wherein each pair of blocks of said image is coded from top to bottom and from left to right if said encoding is performed in said vertical scanning path.

25.    (New)  The method of claim 6, wherein said pair of macroblocks comprises a top block and a bottom block, where said top block is encoded prior to said bottom block in said frame coding mode.

8

383

MOTM_WASH1823_0047414

U.S. Serial No.: 11/026,394

26.     (New) The method of claim 6, further comprising:

splitting said pair of macroblocks into a top field block and a bottom field block when said pair of blocks are encoded in said field coding mode, and where said top field block is encoded prior to said bottom field block.

27.     (New)  The method of claim 6, wherein said processing block includes a group of at least four macroblocks blocks.

28.     (New)  The apparatus of claim 10, wherein each pair of blocks of said image is coded from left to right and from top to bottom if said encoding is performed in said horizontal scanning path, and

wherein each pair of blocks of said image is coded from top to bottom and from left to right if said encoding is performed in said vertical scanning path.

29.     (New)  The apparatus of claim 10, wherein said pair of macroblocks comprises a top block and a bottom block, where said top block is encoded prior to said bottom block in said frame coding mode.

30.     (New) The apparatus of claim 10, wherein said pair of macroblocks are split into a top field block and a bottom field block when said pair of blocks are encoded in said field coding mode, and where said top field block is encoded prior to said bottom field block.

384

MOTM_WASH1823_0047415

U.S. Serial No.: 11/026,394

31.   (New)  The apparatus of claim 10, wherein said processing block includes a group of at least four macroblocks blocks.

385

MOTM_WASH1823_0047416

U.S. Serial No.: 11/026,394

REMARKS

I.    Introduction

Claims 1-31 are pending in the above application.

Claims 1-5 and 15 stand rejected under 35 U.S.C. § 102.

Claims 5-14 stand rejected under 35 U.S.C. § 103.


II.    Amendments

Claims 1-15 have been amended to more particularly point out what Applicant regards as the inventions therein.  Support for the amendments may be found at least in paragraphs 64 and 65 of applicant's disclosure.

Claim 16-31 are newly added.

No new matter has been added.


III.    Prior Art Rejections

A.    Claims 1-4 and 15 stand rejected under 35 U.S.C. § 102 as being anticipated by Obikane et al. (U.S. Pat. No. 5,504,530).

Anticipation under 35 U.S.C. § 102 requires that each and every element of the claim be disclosed in a prior art reference as arranged in the claim.  See, *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1380 (Fed. Cir. June 2006) ("a claim is anticipated under 35 U.S.C. § 102 'if each and every limitation is found either expressly or inherently in a single prior art reference'" citing, *Bristol-Myers Squibb Co. v. Ben Venue Labs, Inc.*, 246 F.3d 1368, 1374 (Fed. Cir. 2001).  See also, *Akzo N.V. v. U.S. Int'l Trade Commission*, 808 F.2d 1471 (Fed. Cir. 1986); *Connell v. Sears, Roebuck & Co.*, 220 USPQ 193, 198 (Fed. Cir. 1983).

11

MOTM_WASH1823_0047417

U.S. Serial No.: 11/026,394

Obikane does not disclose dividing a picture into a plurality of macroblocks, each macroblock containing a plurality of blocks; generating a plurality of processing blocks, each processing block including a plurality of macroblocks including a pair of macroblocks or a group of macroblocks; and selectively encoding at least one of said processing blocks in frame coding mode and at least one of said processing blocks in field coding mode, wherein said encoding is performed in a horizontal scanning path or a vertical scanning path, as substantially recited by the above claims. Obikane discloses an MPEG-2 approach in which encoding and decoding are performed on a macroblock basis. The citations indicated by the Examiner (col. 3: 10-30) merely discuss the formation of a macroblock as having a plurality of smaller blocks. Obikane does not disclose to encoding and decoding processes involving more than one macroblock and does not disclose a scanning path to encode or decode plural macroblocks.

Hence, Obikane does not disclose each and every limitation of amended claims 1, 3 or 15, nor claims 2 and 4 which depend on claims 1 and 3, respectively.

B.      Claims 5-8, 10-12 and 14 stand rejected under 35 U.S.C. § 103 as being unpatentable over Obikane.

Obviousness can only be established by combining or modifying the teachings of the prior art to produce the claimed invention where there is some teaching, suggestion, or motivation to do so found either in the references themselves or in the knowledge generally available to one of ordinary skill in the art. *Ecolochem Inc. v. Southern California Edison Co.*, 227 F.3rd 1361, 56 U.S.P.Q.2d (BNA) 1065 (Fed. Cir. 2000); *In re Dembiczak*, 175 F.3d 994, 999, 50 U.S.P.Q.2D (BNA) 1614, 1617 (Fed. Cir. 1999); *In re Jones*, 958 F.2d 347, 21

12

MOTM_WASH1823_0047418

U.S. Serial No.: 11/026,394

U.S.P.Q.2d 1941 (Fed. Cir. 1992); and *In re Fine*, 837 F.2d 1071, 5 U.S.P.Q.2d 1596 (Fed. Cir. 1988). See also MPEP 2143.01.

As discussed above Obikane does not disclose or suggest encoding and decoding processes involving more than one macroblock and does not disclose a scanning path to encode or decode plural macroblocks. Hence, Obikane does not disclose all of the claimed limitation of amended claims 5, 6, 10 or 14, nor claims 7-8 and 11-12 which depend on claims 6 and 10, respectively.

C.     Claims 9 and 13 stand rejected under 35 U.S.C. § 103 as being unpatentable over Obikane in view of Mishima et al. (U.S. Pat. No. 5,825,419).

Neither Obikane nor Mishima, taken alone or in combination, disclose or suggest encoding and decoding processes involving more than one macroblock and does not disclose or suggest a scanning path to encode or decode plural macroblocks. Obikane does not disclose such as discussed above. Mishima also does not disclose such and the Examiner does not appear to rely on Mishima as disclosing such.

Hence, neither Obikane nor Mishima, taken alone or in combination disclose or suggest all of the claimed limitation of amended claims 5 or 10 from which claims 9 and 13 depend, respectively.

IV.    New Claims

The newly added claims depend on the previously examined independent claims and are believed to be allowable at least for the same reason as their respective base independent claims.

13

MOTM_WASH1823_0047419

U.S. Serial No.: 11/026,394

V.      Conclusion

Having fully responded to the Office action, the above application is believed to be in condition for allowance.  Should any issues arise that prevent early allowance of the above application, the examiner is invited contact the undersigned to resolve such issues.

To the extent an extension of time is needed for consideration of this paper, Applicant hereby request such extension and, the Commissioner is hereby authorized to charge deposit account number 502117 for any fees associated therewith.

Respectfully submitted,

By:   //Larry T. Cullen//
      Larry T. Cullen
      Reg. No.: 44,489

Motorola Connected Home Solutions
101 Tournament Drive
Horsham, PA 19044
(215) 323-1797

14

389

MOTM_WASH1823_0047420

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 11/026,394 | WANG ET AL. | |
| | **Examiner** | **Art Unit** | |
| | Shawn S. An | 2621 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEPE 1308.

1. ☒ This communication is responsive to *3/6/07.*

2. ☒ The allowed claim(s) is/are *1-31.*

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .
7. ☒ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-06)               **Notice of Allowability**           Part of Paper No./Mail Date 20070524

MOTM_WASH1823_0047431

Application/Control Number: 11/026,394                                Page 2
Art Unit: 2621

## EXAMINER'S AMENDMENT

1.      An Examiner's amendment to the record appears below.  Should the changes
and/or additions be unacceptable to Applicant, an amendment may be filed as provided
by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be
submitted no later than the payment of the issue fee.

**IN THE CLAIMS:**

A)      Please amend claims 1, 3, 5-6, 10, 14-18, 20-22, 24-26, and 28-30 as follows:

1.      (Currently Amended) A method of encoding a picture in an image sequence,
comprising:

        dividing said picture into a plurality of macroblocks, each macroblock containing
a plurality of blocks;

        generating a plurality of processing blocks, each processing block being
generated by grouping said plurality of macroblocks as a processing block, said plurality
of macroblocks including a pair of macroblocks or a group of macroblocks; and

        selectively encoding at least one of said processing blocks at a time in frame
coding mode and at least one of said processing blocks at a time in field coding mode,

        wherein said encoding is performed in a horizontal scanning path or a vertical
scanning path.

3.      (Currently Amended) An apparatus for encoding a picture in an image sequence,
comprising:

        means for dividing said picture into a plurality of macroblocks, each macroblock
containing a plurality of blocks; and

MOTM_WASH1823_0047432

Application/Control Number: 11/026,394                                         Page 3
Art Unit: 2621

means for generating a plurality of processing blocks, each processing block being generated by grouping said plurality of macroblocks as a processing block, said plurality of macroblocks including a pair of macroblocks or a group of macroblocks;

means for selectively encoding at least one of said processing blocks at a time in frame coding mode and at least one of said processing blocks at a time in field coding mode,

wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.

5.     (Currently Amended) A computer-readable medium encoded with computer executable instructions having stored thereon a plurality of instructions, the plurality of computer executable instructions including instructions which, when executed by a processor, cause the processor to perform the steps of a method for encoding a picture in an image sequence, comprising the steps of:

dividing said picture into a plurality of macroblocks, each macroblock containing a plurality of blocks;

generating a plurality of processing blocks, each processing block being generated by grouping said plurality of macroblocks as a processing block, said plurality of macroblocks including a pair of macroblocks or a group of macroblocks; and

selectively encoding at least one of said processing blocks at a time in frame coding mode and at least one of said processing blocks at a time in field coding mode, wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.

6.     (Currently Amended) A method of decoding an encoded picture having a plurality of processing blocks, each processing block containing macroblocks, each macroblock containing a plurality of blocks, from a bitstream, comprising:

decoding at least one of said a plurality of processing blocks at a time, wherein each of said plurality of processing blocks includes a pair of macroblocks or a group of macroblocks, in frame coding mode and at least one of said plurality of processing

MOTM_WASH1823_0047433

Application/Control Number: 11/026,394

Art Unit: 2621

Page 4

blocks <u>at a time</u> in field coding mode, wherein said decoding is applied to a pair of blocks, or a group of blocks,

wherein said decoding is performed in a horizontal scanning path or a vertical scanning path; and

using said plurality of decoded processing blocks to construct a decoded picture.

10.     (Currently Amended) An apparatus for decoding an encoded picture from a bitstream, comprising:

means for decoding at least one of ~~said~~ <u>a</u> plurality of processing blocks <u>at a time</u>, each processing block containing <u>a pair of macroblocks or a group of</u> macroblocks, each macroblock containing a plurality of blocks, from said encoded picture that is encoded in frame coding mode and at least one of said plurality of processing blocks <u>at a time</u> that is encoded in field coding mode,

wherein said decoding is performed in a horizontal scanning path or a vertical scanning path; and

means for using said plurality of decoded processing blocks to construct a decoded picture.

14.     (Currently Amended) A computer-readable medium <u>encoded with computer executable instructions</u> ~~having stored thereon a plurality of instructions~~, the ~~plurality of computer executable~~ instructions including instructions which, when executed by a processor, cause the processor to perform the steps of a method for encoding a picture in an image sequence, comprising <u>the steps</u> of:

decoding at least one of a plurality of processing blocks <u>at a time</u>, each processing block containing <u>a pair of macroblocks or a group of</u> macroblocks, each macroblock containing a plurality of blocks, from said encoded picture that is encoded in frame coding mode and at least one of said plurality of processing blocks <u>at a time</u> that is encoded in field coding mode,

wherein said decoding is performed in a horizontal scanning path or a vertical scanning path; and

MOTM_WASH1823_0047434

Application/Control Number: 11/026,394                                   Page 5
Art Unit: 2621

using said plurality of decoded processing blocks to construct a decoded picture.

15.    (Currently Amended) A bitstream comprising:

a picture that has been divided into a plurality of processing blocks, each processing block containing a pair of macroblocks or a group of macroblocks, each macroblock containing a plurality of blocks,

wherein at least one of said plurality of processing blocks from said picture is encoded in frame coding mode at a time and at least one of said plurality of processing blocks is encoded in field coding mode at a time,

wherein said encoding is performed in a horizontal scanning path or a vertical scanning path.

16.    (Currently Amended) The method of claim 2 4, wherein each pair of macroblocks blocks of said image is encoded coded from left to right and from top to bottom if said encoding is performed in said horizontal scanning path, and

wherein each pair of macroblocks blocks of said image is encoded coded from top to bottom and from left to right if said encoding is performed in said vertical scanning path.

17.    (Currently Amended) The method of claim 2 4, wherein said pair of macroblocks comprises a top block and a bottom block, where said top block is encoded prior to said bottom block in said frame coding mode.

18.    (Currently Amended) The method of claim 2 4, further comprising:

splitting said pair of macroblocks into a top field block and a bottom field block when said pair of macroblocks blocks are encoded in said field coding mode, and where said top field block is encoded prior to said bottom field block.

MOTM_WASH1823_0047435

Application/Control Number: 11/026,394                                      Page 6
Art Unit: 2621

20.     (Currently Amended) The apparatus of claim 4 3, wherein each pair of
macroblocks blocks of said image is encoded coded from left to right and from top to
bottom if said encoding is performed in said horizontal scanning path, and
        wherein each pair of macroblocks blocks of said image is encoded coded from
top to bottom and from left to right if said encoding is performed in said vertical scanning
path.

21.     (Currently Amended) The apparatus of claim 4 3, wherein said pair of
macroblocks comprises a top block and a bottom block, where said top block is
encoded prior to said bottom block in said frame coding mode.

22.     (Currently Amended) The appartus of claim 4 3, wherein said pair of macroblocks
are split into a top field block and a bottom field block when said pair of macroblocks
blocks are encoded in said field coding mode, and where said top field block is
encoded prior to said bottom field block.

24.     (Currently Amended) The method of claim 7 6, wherein each pair of macroblocks
blocks of said image is decoded coded from left to right and from top to bottom if said
decoding encoding is performed in said horizontal scanning path, and
        wherein each pair of macroblocks blocks of said image is decoded coded from
top to bottom and from left to right if said decoding encoding is performed in said
vertical scanning path.

25.     (Currently Amended) The method of claim 7 6, wherein said pair of macroblocks
comprises a top block and a bottom block, where said top block is decoded encoded
prior to said bottom block in said frame coding mode.

26.     (Currently Amended) The method of claim 7 6, wherein said pair of macroblocks
is represented by a top field block and a bottom field block in said field coding mode, the
method further comprising:

MOTM_WASH1823_0047436

Application/Control Number: 11/026,394                                    Page 7
Art Unit: 2621

> decoding said top field block and said bottom field block, and
> joining said top field block and said bottom field block into said pair of
macroblocks
> ~~splitting said pair of macroblocks into a top field block and a bottom field block~~
~~when said pair of blocks are encoded in said field coding mode, and where said top field~~
~~block is encoded prior to said bottom field block~~.


28.    (Currently Amended) The apparatus of claim 11 ~~10~~, wherein each pair of
macroblocks ~~blocks~~ of said image is decoded ~~coded~~ from left to right and from top to
bottom if said decoding ~~encoding~~ is performed in said horizontal scanning path, and
>    wherein each pair of macroblocks ~~blocks~~ of said image is decoded ~~coded~~ from
top to bottom and from left to right if said decoding ~~encoding~~ is performed in said
vertical scanning path.


29.    (Currently Amended) The apparatus of claim 11 ~~10~~, wherein said pair of
macroblocks comprises a top block and a bottom block, where said top block is
decoded ~~encoded~~ prior to said bottom block in said frame coding mode.


30.    (Currently Amended) The apparatus of claim 11 ~~10~~, wherein said pair of
macroblocks is represented by a top field block and a bottom field block in said field
coding mode, the method further comprising:
>    decoding said top field block and said bottom field block, and
>    joining said top field block and said bottom field block into said pair of
macroblocks
>    ~~wherein said pair of macroblocks are split into a top field block and a bottom field~~
~~block when said pair of blocks are encoded in said field coding mode, and where said~~
~~top field block is encoded prior to said bottom field block~~.

MOTM_WASH1823_0047437

Application/Control Number: 11/026,394                                    Page 8
Art Unit: 2621

**REMARKS:**

Claims 1, 3, 5-6, 10, 14-18, 20-22, 24-26, and 28-30 have been amended as discussed above, as authorized by Applicant's attorney, Larry T. Cullen (44,489) on May 24, 2007.

2.     Any inquiry concerning this communication or earlier communications from the Examiner should be directed to *Shawn S. An* whose telephone number is 571-272-7324.

SHAWN AN
PRIMARY EXAMINER

5/24/07

397

MOTM_WASH1823_0047438

Application/Control Number: 11/026,394                                          Page 9
Art Unit: 2621

## Reasons for Allowance

1.      As per Applicant's instructions as filed on 3/06/07, claims 1-15 have been
amended, and claims 16-31 have been newly added.

2.      Claims 1-31 are allowed.

3.      Claims 1-31 are allowed after entering the Examiner's Amendment as discussed
in the EXAMINER'S AMENDMENT section.

4.      Claims 1-31 as amended are allowed as having incorporated novel features of an
encoder/decoder comprising:

       means/steps for dividing said picture into a plurality of macroblocks, each
macroblock containing a plurality of blocks; and

       means/steps for generating a plurality of processing blocks, each processing
block being generated by grouping said plurality of macroblocks as a processing block,
the plurality of macroblocks including a pair of macroblocks or a group of macroblocks;

       means/steps for selectively encoding at least one of said processing blocks *at a
time in frame coding mode* and at least one of said processing blocks *at a time* in field
coding mode,

       wherein the encoding is performed in a horizontal scanning path or a vertical
scanning path.

       The prior art of record fails to anticipate or make obvious the novel features
(emphasis added on *underlined claim(s) limitations*) as above.

       Any comments considered necessary by Applicant must be submitted no later
than the payment of the issue fee and, to avoid processing delays, should preferably
accompany the issue fee.  Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."

MOTM_WASH1823_0047439

Application/Control Number: 11/026,394                                         Page 10
Art Unit: 2621

### *Conclusion*

5.      Any inquiry concerning this communication or earlier communications from the
Examiner should be directed to *Shawn S. An* whose telephone number is 571-272-7324.

6.      The fax phone number for the organization where this application or proceeding
is assigned is 571-273-8300.

7.      Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.  Status information for
published applications may be obtained from either Private PAIR or Public PAIR.
Status information for unpublished applications is available through Private PAIR only.
For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic
Business Center (EBC) at 866-217-9197 (toll-free).

SHAWN AN
PRIMARY EXAMINER

5/24/07

399

MOTM_WASH1823_0047440