HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　Defendants. | No. C10-1823-JLR<br><br>[PROPOSED]<br>ORDER GRANTING AGREED MOTION FOR LEAVE TO ENLARGE THE CLAIM CONSTRUCTION BRIEFING AND NUMBER OF TERMS TO BE CONSTRUED |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　Plaintiffs/Counterclaim Defendant,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　Defendant/Counterclaim Plaintiff. | |

Having considered the parties' Agreed Motion For Leave To Enlarge The Claim Construction Briefing And Number Of Terms To Be Construed (the "Agreed Motion"), the Court finds that addressing the agreed upon 31 most important disputed claim terms during the

[PROPOSED] ORDER GRANTING AGREED MOTION FOR LEAVE TO ENLARGE THE CLAIM CONSTRUCTION BRIEFING AND NUMBER OF TERMS TO BE CONSTRUED - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

March 9, 2012 *Markman* hearing will advance the goals of the Local Patent Rules in narrowing the issues for trial and laying a foundation for further settlement discussions.

Based on the foregoing, it is hereby ORDERED THAT:

(1) On January 20, 2012, each party shall submit two opening claim construction briefs addressing the disputed claim terms reflected in Appendix A to the parties' Agreed Motion. Specifically, each party shall submit:

    a. one opening claim construction brief (not to exceed 24 pages) addressing the disputed claim terms in the Motorola Asserted Patents; and

    b. one opening claim construction brief (not to exceed 24 pages) addressing the disputed claim terms in the Microsoft Counterclaim Patents.

(2) On February 3, 2012, each party will submit two responsive claim construction briefs addressing the disputed claim terms reflected in Appendix A to the parties' Agreed Motion. Specifically, each party shall submit:

    a. one responsive claim construction brief (not to exceed 12 pages) addressing the disputed claim terms in the Motorola Asserted Patents; and

    b. one responsive claim construction brief (not to exceed 12 pages) addressing the disputed claim.

DONE IN OPEN COURT this ___ day of January, 2012.

 

_____
HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING AGREED
MOTION FOR LEAVE TO ENLARGE THE
CLAIM CONSTRUCTION BRIEFING AND
NUMBER OF TERMS TO BE CONSTRUED - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Presented by:

| | |
|---|---|
| DANIELSON HARRIGAN LEYH & TOLLEFSON LLP | SUMMIT LAW GROUP PLLC |
| By   /s/ Christopher Wion<br>      Arthur W. Harrigan, Jr., WSBA #1751<br>      Christopher Wion, WSBA #33207<br>      Shane P. Cramer, WSBA #35099 | By   /s/ Philip S. McCune<br>      Philip S. McCune, WSBA #21081<br>      Lynn M. Engel, WSBA #21934<br>      *philm@summitlaw.com*<br>      *lynne@summitlaw.com* |
| T. Andrew Culbert, WSBA #35925<br>David E. Killough, WSBA #21119<br>MICROSOFT CORPORATION<br>1 Microsoft Way<br>Redmond, WA  98052<br>Phone:  425-882-8080<br>Fax:  425-869-1327 | Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Stuart W. Yothers (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>(212) 596-9046 |
| John W. McBride, *(pro hac vice)*<br>David T. Pritikin, *(pro hac vice)*<br>Richard A. Cederoth, *(pro hac vice)*<br>Douglas I. Lewis, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Phone:  312-853-7000<br>Fax:  312-853-7036 | *steven.pepe@ropesgray.com*<br>*jesse.jenner@ropesgray.com*<br>*stuart.yothers@ropesgray.com*<br><br>Norman H. Beamer (*pro hac vice*)<br>Gabrielle E. Higgins (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>(650) 617-4030 |
| Brian R. Nester, *(pro hac vice)*<br>Kevin C. Wheeler, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC  20005<br>Telephone:  202-736-8000<br>Fax:  202-736-8711 | *norman.beamer@ropesgray.com*<br>*gabrielle.higgins@ropesgray.com*<br><br>Paul M. Schoenhard (*pro hac vice*)<br>Kevin J. Post (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>(202) 508-4693 |
| **Counsel for Microsoft Corp.** | *paul.schoenhard.@ropesgray.com*<br>*kevin.post@ropesgray.com*<br><br>**Counsel for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument, Corp.** |

[PROPOSED] ORDER GRANTING AGREED MOTION FOR LEAVE TO ENLARGE THE CLAIM CONSTRUCTION BRIEFING AND NUMBER OF TERMS TO BE CONSTRUED - 3

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Microsoft Corporation**

Arthur W. Harrigan, Jr.
Christopher Wion
Shane P. Cramer

T. Andrew Culbert
David E. Killough

John W. McBride
David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis

Brian R. Nester
Kevin C. Wheeler

Susie Clifford

[PROPOSED] ORDER GRANTING AGREED
MOTION FOR LEAVE TO ENLARGE THE
CLAIM CONSTRUCTION BRIEFING AND
NUMBER OF TERMS TO BE CONSTRUED - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717