UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC, et al.,<br><br>Defendant. | CASE NO. C10-1823JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' Agreed Motion for Leave to Enlarge the Claim Construction Briefing and Number of Terms to be Construed (the "Motion") (Dkt. # 165) which seeks to (1) increase the number of terms construed at the upcoming March 9, 2012, Markman Hearing to thirty-one (31) (*id.* at 5-6); and (2) enlarge the allotted page limit for claim construction briefs from one set of briefs per party (including a 24-page

MINUTE ORDER - 1

opening brief and a 12-page responsive brief) to two sets of briefs per party (*id.* at 6).[1]

To address the issues set forth in the Motion, the court orders a telephonic status conference on Tuesday, January 24, 2012 at 10:00 a.m. The court will provide a dial-in number to local counsel for the status conference no later than Monday, January 23, 2012.

The current case schedule sets the date for opening claim construction briefs on January 20, 2012 (Dkt. # 93 at 3). The court, however, STAYS claim construction briefing pending the status conference. The court will issue a modified schedule for claim construction briefing at the status conference.

Filed and entered this 20th day of January, 2012.

WILLIAM M. McCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

---

[1] The court's Local Patent Rules set the maximum number of terms to be construed at a Markman Hearing at ten (10), unless determined otherwise by the court. Local Patent Rule 132(c). The Local Patent Rules also set the page limits for opening claim construction briefs at twenty-four (24) and for responsive claim construction briefs at twelve (12). Local Patent Rule 134(d).

MINUTE ORDER - 2