The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                            Plaintiff,<br><br>      v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                            Defendants. | CASE NO. C10-1823-JLR<br><br>NOTICE OF ASSOCIATION OF COUNSEL |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs/Counterclaim Defendant,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant/Counterclaim Plaintiff. | |

NOTICE OF ASSOCIATION OF COUNSEL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  TO:     The Clerk of the Court; and,

2  TO:     All Counsel of Record.

3      YOU AND EACH OF YOU, will please take notice that Ralph H. Palumbo of Summit Law Group PLLC, 315 Fifth Avenue South, Suite 1000, Seattle, Washington 98104-2682, hereby associates with Philip S. McCune and Lynn M. Engel, also of Summit Law Group PLLC, on behalf of Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation.

    DATED this 27th day of January, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphh@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*
    *jesse.jenner@ropesgray.com*
    *stuart.yothers@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*

NOTICE OF ASSOCIATION OF COUNSEL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

NOTICE OF ASSOCIATION OF COUNSEL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

  I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Arthur W. Harrigan, Jr., Esq.
    Christopher T. Wion, Esq.
    Shane P. Cramer, Esq.
    Danielson, Harrigan, Leyh & Tollefson LLP
    *arthurh@dhlt.com*
    *chrisw@dhlt.com*
    *shanec@dhlt.com*

    Brian R. Nester, Esq.
    David T. Pritikin, Esq.
    Douglas I. Lewis, Esq.
    John W. McBride, Esq.
    Richard A. Cederoth, Esq.
    David Greenfield
    Sidley Austin LLP
    *bnester@sidley.com*
    *dpritikin@sidley.com*
    *dilewis@sidley.com*
    *jwmcbride@sidley.com*
    *rcederoth@sidley.com*
    *david.greenfield@sidley.com*

    T. Andrew Culbert, Esq.
    David E. Killough, Esq.
    Microsoft Corp.
    *andycu@microsoft.com*
    *davkill@microsoft.com*

  DATED this 27th day of January, 2012.

              /s/ *Marcia A. Ripley*
              Marcia A. Ripley

NOTICE OF ASSOCIATION OF COUNSEL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001