THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

MOTOROLA MOBILITY, INC., et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendants.

Case No. C10-1823-JLR

MICROSOFT'S NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS

NOTED: February 2, 2012

NOTICE IS HEREBY GIVEN that Microsoft withdraws its Opposition (Dkt. 118) to Motorola's Motion for Leave to Amend its Invalidity Contentions (Dkt 108). Motorola does not oppose withdrawal of Microsoft's Opposition.

MICROSOFT'S NOTICE OF WITHDRAWAL
OF OPPOSITION TO MOTOROLA'S MOTION
FOR LEAVE TO AMEND - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

DATED this 2nd day of February, 2012.

        DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By  /s/ Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099


By  /s/ T. Andrew Culbert
     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA 98052
     Phone: 425-882-8080
     Fax: 425-869-1327

     David T. Pritikin, *Pro Hac Vice*
     Richard A. Cederoth, *Pro Hac Vice*
     Douglas I. Lewis, *Pro Hac Vice*
     John W. McBride, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL 60603
     Phone: 312-853-7000
     Fax: 312-853-7036

     Brian R. Nester, *Pro Hac Vice*
     Kevin C. Wheeler, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC 20005
     Telephone: 202-736-8000
     Fax: 202-736-8711

     Counsel for Microsoft Corporation

MICROSOFT'S NOTICE OF WITHDRAWAL
OF OPPOSITION TO MOTOROLA'S MOTION
FOR LEAVE TO AMEND - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s/ Linda Bledsoe
LINDA BLEDSOE

MICROSOFT'S NOTICE OF WITHDRAWAL
OF OPPOSITION TO MOTOROLA'S MOTION
FOR LEAVE TO AMEND - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717