```
B[0] = 0;
T = R_pic / NUM_SLICE x 0.5;
for(slice = 1; slice < NUM_SLICE; slice++) {
   /* Coding one slice */
   B[slice] = B[slice - 1] + G[slice] - R[slice];
   if( B[slice] > T && B[slice] > B[slice - 1] && Qs < 31) Qs += 1;
   else if(B[slice] < -T && B[slice] < B[slice - 1] && Qs > 1) Qs -= 1;
}
```

In addition, if the number of generated bits in an I-picture exceeds 40% of $C_{GOP}$, or the content of the output data buffer exceeds 98% of its size, all coefficients will be set to 0 so that no codes will be generated.

### 2.10.4.2  Rate control in P0-picture

A hypothetical buffer is also used in coding a P0-picture. However, its purpose is to limit the maximum number of generated bits, so that the sum of generated bits in I and P0-pictures does not exceed 50% of $C_{GOP}$. Therefore, the number of taken bits from the buffer at each slice is set to be one NUM_SLICE-th of the usable number of bits for the P0-picture. If the buffer content exceeds a threshold T, which is equal to the number of taken bits from the buffer, the quantizer scale is increased by one. These are summarized as follows:

```
B[0] = 0;
T = (C_GOP x 0.49 - GI') / NUM_SLICE;
for(slice = 1; slice < NUM_SLICE; slice++) {
   /* Coding one slice */
   B[slice] = B[slice - 1] + G[slice] - T;
   if(B[slice] > T && Qs < 31) Qs += 1;
}
```

In addition, if the sum of generated bits in I and P0-pictures exceeds 49% of $C_{GOP}$, or the content of the output data buffer exceed 98% of its size, then the mode of all Macroblocks will be set to the "skipped" mode so that no codes will be generated.

### 2.10.4.3  Rate control in B-picture

The same control rule as that in P1 and P2-pictures is applied except for the following two points.
1) The quantizer scale is updated every 10 slices.
2) The quantizer scale is updated whenever the buffer content is larger (smaller) than the threshold T (-T) even if the buffer content is smaller (larger) than that at the previous slice.
These are summarized as follows:

MS-MOTO_752_0001230316

MS-MOTO_1823_00000720836

```
B[0] = 0;
T = R_pic / NUM_SLICE × 1.5;
for( slice = 1; slice < NUM_SLICE; slice++) {
  /* Coding one slice */
  B[slice] = B[slice - 1] + G[slice] - R[slice];
  if(slice % 10 == 0)
    if(B[slice] > T && Qs < 31) Qs += 1;
    else if(B[slice] < -T && Qs > 1) Qs -= 1;
}
```

In addition, if the content of the output data buffer exceeds 98% of its size, then the mode of all Macroblocks will be set to the "skipped" mode so that no codes will be generated.

### 2.10.5  Rate control after scene change

The number of generated bits in a P-picture after scene change is much larger than those in other P-pictures. Therefore, the following rules are exceptionally applied to rate control when a scene change occurs.

It is determined that a scene change has occurred if more than 50 % of the Macroblocks in the first four slices in a P1-picture are coded by the Intra mode. The quantizer scale in a P1-picture where a scene change has been detected is limited to the quantizer scale at the first slice in the P1-picture + 3, and the quantizer scale in the next P2-picture is fixed to its initial value defined in Table 2-5. The numbers of allocated bits for remaining P1, P2, and B-pictures within a GOP are determined as follows, so that the part of bits for the next GOP can be used for them:

$$R_{P1} = ( R_{GOP} - G_C + C_{GOP} - G_I' \times A_{P1\_scene\_change} / A_I' - G_{P0}' \times A_{P2\_scene\_change} / A_{P0}' )$$
$$/ ( (N_{P1} + 3) + K_{P1\_P2} \times (N_{P2} + 3) + K_{P1\_B} \times (N_B + 16) )$$
$$R_{P2} = K_{P1\_P2} \times R_{P1}$$
$$R_B = K_{P1\_B} \times R_{P1}$$

where $G_I'$ and $G_{P0}'$ are the number of generated bits in the most recently coded I and P0-pictures, respectively.

MS-MOTO_752_0001230317
MS-MOTO_1823_00000720837

# 3. Specification for coded bit stream

## 3.1 Bit stream syntax specification

### 3.1.1 Start codes

| name | hexadecimal value |
|---|---|
| picture_start_code | 00000100 |
| slice_start_codes (including slice_vertical_positions) | 00000101 through 000001AF |
| reserved | 000001B0 |
| reserved | 000001B1 |
| user_data_start_code | 000001B2 |
| sequence_header_code | 000001B3 |
| sequence_error_code | 000001B4 |
| extension_start_code | 000001B5 |
| reserved | 000001B6 |
| sequence_end_code | 000001B7 |
| group_start_code | 000001B8 |
| system start codes | 000001B9 through 000001FF |

### 3.1.2 Definition of next_start_code function

```
next_start_code() {
  while ( !bytealigned() )
    zero_bit                                                    1    "0"
  while ( nextbits() != '0000 0000 0000 0000
                        0000 0001' )
    zero_byte                                                   8    "00000000"
}
```

### 3.1.3 Video sequence layer

```
video_sequence() {
 next_start_code()
 do {
   sequence_header()
   do {
     group_of_pictures()
   } while ( nextbits() == group_start_code )
 } while ( nextbits() == sequence_header_code )
 sequence_end_code                                              32   bslbf
```

26

MS-MOTO_752_0001230318

MS-MOTO_1823_00000720838

}

### 3.1.4 Sequence header

```
sequence_header() {
    sequence_header_code                              32           bslbf
    horizontal_size                                   12           uimsbf
    vertical_size                                     12           uimsbf
    pel_aspect_ratio                                  4            uimsbf
    picture_rate                                      4            uimsbf
    bit_rate                                          18           uimsbf
    marker_bit                                        1            "1"
    vbv_buffer_size                                   10           uimsbf
    constrained_parameter_flag                        1
    load_intra_quantizer_matrix                       1
    if ( load_intra_quantizer_matrix )
        intra_quantizer_matrix[64]                    8*64         uimsbf
    load_non_intra_quantizer_matrix                   1
    if ( load_non_intra_quantizer_matrix )
        non_intra_quantizer_matrix[64]                8*64         uimsbf
    next_start_code()
    if (nextbits() == extension_start_code ) {
        extension_start_code                          32           bslbf
        while ( nextbits () != '0000 0000 0000 0000 0000
                                                0001' ) {
            sequence_extension_data                   8
        }
        next_start_code()
    }
    if (nextbits() == user_data_start_code ) {
        user_data_start_code                          32           bslbf
        while ( nextbits() != '0000 0000 0000 0000 0000
                                                0001' ) {
            user_data                                 8
        }
        next_start_code()
    }
}
```

### 3.1.5 Group of pictures layer

```
group_of_pictures() {
    group_start_code                                  32 bits      bslbf
    time_code                                         25
    closed_gop                                        1
    broken_link                                       1
    next_start_code()
```

27

```
    if ( nextbits() == extension_start_code ) {
       extension_start_code                              32          bslbf
       while ( nextbits() != '0000 0000 0000 0000
                                       0000 0001' ) {
          group_extension_data                            8
       }
       next_start_code()
    }
    if ( nextbits() == user_data_start_code ) {
       user_data_start_code                              32          bslbf
       while ( nextbits() != '0000 0000 0000 0000
                                       0000 0001' ) {
          user_data                                       8
       }
       next_start_code()
    }
    do {
       picture()
    } while ( nextbits() == picture_start_code )
}
```

### 3.1.6  Picture layer

```
picture() {
   picture_start_code
   temporal_reference                              32 bits       bslbf
   picture_coding_type                             10            uimsbf
   vbv_delay                                       3             uimsbf
     if ( picture_coding_type >= 5 ||              16            uimsbf
          picture_coding_type == 3 ) {
       full_pel_forward_vector
       forward_f                                   1
     }                                             3             uimsbf
     if ( picture_coding_type == 3 ||
          picture_coding_type == 7 ) {
       full_pel_backward_vector
       backward_f                                  1
     }                                             3
   while ( nextbits() == '1' ) {
       extra_bit_picture
       extra_information_picture                   1             "1"
   }                                               8
   extra_bit_picture
   next_start_code()                               1             "0"

   if (nextbits() == extension_start_code ) {
       extension_start_code
       while ( nextbits() != '0000 0000 0000 0000  32            bslbf
```

MS-MOTO_752_0001230320

MS-MOTO_1823_00000720840

```
                                    0000 0001' ) {
        picture_extension_data                            8
      }
    next_start_code()
  }
  if ( nextbits() == user_data_start_code ) {
      user_data_start_code                              32          bslbf
      while ( nextbits() != '0000 0000 0000 0000
                                    0000 0001' ) {
        user_data                                        8
      }
    next_start_code()
  }
  do {
    slice()
  } while ( nextbits() == slice_start_code )
}
```

### 3.1.7 Slice layer

```
slice() {                                              32 bit       bslbf
    slice_start_code                                    5           uimsbf
    quantizer_scale
    while ( nextbits() == '1' ) {
        extra_bit_slice                                 1           "1"
        extra_information_slice                         8
    }
    extra_bit_slice                                     1           "0"
    do {
      macroblock()
    } while ( nextbits() != '000 0000 0000 0000
                                    0000 0000' )
    next_start_code()
}
```

### 3.1.8 Macroblock layer

```
macroblock() {
    while ( nextbits() == '0000 0001 111' )            11 bits      vlclbf
        macroblock_stuffing
    while ( nextbits() == '0000 0001 000' )            11           vlclbf
        macroblock_escape                              1-11         vlclbf
        macroblock_address_increment                   1-6          vlclbf
        macroblock_type
    if ( macroblock_quant )
        quantizer_scale                                 5           uimsbf
    if ( macroblock_motion_forward ) {
```

MS-MOTO_752_0001230321
MS-MOTO_1823_00000720841

```
        if ( picture_coding_type != 5 )
            field_or_frame_forwad                       1
        if ( picture_coding_type == 6 ||
            picture_coding_type == 7 ||
            ( picture_coding_type == 3 &&
              field_or_frame_forward == 0 ) )
            select_mv_forward                           1
        motion_horizontal_forward                     1-14        vlclbf
        motion_vertical_forward                       1-14        vlclbf
        if ( field_or_frame_forward == 1 ) {
            dmv_horizontal_forward                    1-2         vlclbf
            dmv_vertical_forward                      1-2         vlclbf
        }
    }
    if ( macroblock_motion_backward ) {
        if ( picture_coding_type == 3 )
            field_or_frame_backward                     1
        if ( picture_coding_type == 3 &&
            field_or_frame_backward == 0 )
            select_mv_backward                          1
        motion_horizontal_backward                    1-14        vlclbf
        motion_vertical_backward                      1-14        vlclbf
        if ( field_or_frame_backward == 1 ) {
            dmv_horizontal_backward                   1-2         vlclbf
            dmv_vertical_backward                     1-2         vlclbf
        }
    }
    if ( macroblock_pattern)
        coded_block_pattern                           1-8         vlclbf
    for ( i=0; i<4; i++ )
        block( i )
    if ( picture_coding_type == 4 )
        end_of_macroblock                               1          "1"
}
```

## 3.1.9  Block layer

```
block( i ) {
    if ( pattern_code[i] ) {
        if ( macroblock_intra ) {
            if ( i<2 ) {
                dct_dc_size_luminance               2-7          vlclbf
                if(dct_dc_size_luminance != 0)
                    dct_dc_differential             1-8          uimsbf
            }
            else {
                dct_dc_size_chrominance             2-8          vlclbf
                if(dct_dc_size_chrominance !=0)
```

MS-MOTO_752_0001230322
MS-MOTO_1823_00000720842

```
            dct_dc_differential                    1-8        uimsbf
        }
    }
    else {
        dct_coeff_first                            2-28       vlclbf
    }
    if ( picture_coding_type != 4 ) {
        while ( nextbits() != '010')
            dct_coeff_next                         3-28       vlclbf
        end_of_block                               3          "010"
        }
    }
}
```

MS-MOTO_752_0001230323
MS-MOTO_1823_00000720843

## 3.2 Semantic meaning and use of retrieved data elements

### 3.2.1 Video sequence layer

The meaning of the following data element is the same as in MPEG1 C.D. on 5/31/91.

sequence_end_code

### 3.2.2 Sequence header

**load_intra_quantizer_matrix** -- This is a one-bit flag which is set to "1" if intra_quantizer_matrix follows. If it is set to "0" then the default values defined below are used until the next occurrence of the sequence header.

|   |    |    |    |    |    |    |    |
|---|----|----|----|----|----|----|----|
| 0 | 8  | 11 | 14 | 18 | 19 | 21 | 26 |
| 8 | 8  | 14 | 16 | 19 | 21 | 26 | 29 |
| 11| 14 | 18 | 19 | 21 | 26 | 26 | 30 |
| 14| 14 | 18 | 19 | 21 | 26 | 29 | 32 |
| 14| 18 | 19 | 21 | 24 | 27 | 32 | 40 |
| 18| 19 | 21 | 24 | 27 | 32 | 40 | 50 |
| 18| 19 | 21 | 26 | 30 | 38 | 48 | 61 |
| 19| 21 | 27 | 30 | 38 | 48 | 61 | 75 |

**intra_quantizer_matrix** -- This is a list of 64 8-bit unsigned integers. The new values, stored in the zigzag scanning order same as that in MPEG1 C.D., replace the default values. The value for intra_quant[0][0] shall always be 0. The new values shall be in effect until the next occurrence of a sequence header.

**load_non_intra_quantizer_matrix** -- This is a one-bit flag which is set to "1" if non_intra_quantizer_matrix follows. If it is set to "0" then the default values defined below are used until the next occurrence of the sequence header.

|    |    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|----|
| 8  | 10 | 12 | 14 | 16 | 18 | 20 | 22 |
| 9  | 11 | 13 | 15 | 17 | 19 | 21 | 23 |
| 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 |
| 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 |
| 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 |
| 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 |
| 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 |
| 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 |

**non_intra_quantizer_matrix** -- This is a list of 64 8-bit unsigned integers. The new values, stored in the zigzag scanning order same as that in MPEG1 C.D., replace the default values. The new values shall be in effect until the next occurrence of a sequence header.

The meaning of the following data elements is the same as the MPEG1 C.D. on 5/31/91.

MS-MOTO_752_0001230324
MS-MOTO_1823_00000720844

```
sequence_header_code              horizontal_size
vertical_size                     pel_aspect_ratio
picture_rate                      bit_rate
marker_bit                        vbv_buffer_size
constrained_parameters_flag       extension_start_code
sequence_extension_data           user_data_start_code
user_data
```

In our simulation, the data elements mentioned above are set as follows :

horizontal_size -- 720.
vertical_size -- 240.
pel_aspect_ratio -- '1100', for CCIR601, 525 lines.
picture_rate -- '1000', for 60 pictures/second.
bit_rate -- either 10000 ( for 4 Mbits/sec. ) or 22500 ( for 9 Mbits/sec. ).
vbv_buffer_size -- unused.
constrained_parameters_flag -- unused.

### 3.2.3  Group of pictures layer

The meaning of the following data elements is the same as in MPEG1 C.D. on 5/31/91.

```
group_start_code                  time_code
closed_gop                        broken_link
extension_start_code              group_extension_data
user_data_start_code              user_data
```

### 3.2.4  Picture layer

picture_coding_type -- The picture_coding_type identifies whether a picture is an intra-coded picture(I), predictive-coded picture(P0, P1, or P2), bidirectionally predictive-coded picture(B), or intra-coded with only dc coefficients (D) according to the following table. D-pictures shall never be included in the same video sequence as other picture coding types.

| picture_coding_type | coding method |
|---|---|
| 000 | forbidden |
| 001 | intra-coded (I) |
| 010 | reserved |
| 011 | bidirectionally-predictive (B) |
| 100 | dc intra-coded (D) |
| 101 | predictive-coded (P0) |
| 110 | predictive-coded (P1) |
| 111 | predictive-coded (P2) |

The meaning of the following data elements is the same as in MPEG1 C.D. on 5/31/91.

33

MS-MOTO_752_0001230325

MS-MOTO_1823_00000720845

| | |
|---|---|
| picture_start_code | temporal_reference |
| vbv_delay | full_pel_forward_vector |
| full_pel_backward_vector | extra_bit_picture |
| extra_information_picture | extension_start_code |
| picture_extension_data | user_data_start_code |
| user_data | |

The meaning of the following data elements is the same as in MPEG1 C.D. on 12/18/90.

forward_f                              backward_f

In our simulation, the data elements mentioned above are set as follows :

vbv_delay -- unused.
full_pel_forward_vector -- 0.
full_pel_backward_vector -- 0.

### 3.2.5   Slice layer

**quantizer_scale** -- An unsigned integer in the range 1 to 31 is used to scale the reconstruction level of the retrieved DCT coefficient levels. The decoder shall use this value in the slice if another quantizer_scale is not encountered at the macroblock layer.

The meaning of the following data elements is the same as in MPEG1 C.D. on 5/31/91.

| | |
|---|---|
| slice_start_code | slice_vertical_position |
| extra_bit_slice | extra_information_slice |

### 3.2.6   Macroblock layer

**quantizer_scale** -- An unsigned integer in the range 1 to 31 is used to scale the reconstruction level of the retrieved DCT coefficient levels. The decoder shall use this value only one macroblock. The presence of a quantizer_scale is determined from the macroblock_type.

**field_or_frame_forward** -- This is a one-bit flag for selecting the interpolation mode for a forward reference picture. This flag is set to 0 if the picture being decoded shall be reconstructed by referencing the picture interpolated by the field mode. This flag is set to 1 if the picture being decoded shall be reconstructed by referencing a picture interpolated by the frame mode. If the picture_coding_type is a P0-picture, this flag is absent and shall be set to 0.

**select_mv_forward** -- This is a one-bit flag for selecting a forward reference picture. This flag is set to 0 if the reference picture reconstructed by forward motion vector is an even field picture. This flag is set to 1 if the reference picture reconstructed by the forward motion vector is an odd field picture. If the picture_coding_type is a P0-picture, this flag is absent and shall be set to 0. If the picure_coding_type is a B-picture and the

34

MS-MOTO_752_0001230326

MS-MOTO_1823_00000720846

field_or_frame_forward is 1, this flag is absent and shall be set so that the picture selected by this flag has the same interlacing phase.

**motion_horizontal_forward** -- Forward horizontal motion vector for a selected field picture coded in half pel units according to Table 7-4 in Section 7.

**motion_vertical_forward** -- Forward vertical motion vector for a selected field picture coded in half pel units according to Table 7-4 in Section 7.

**dmv_horizontal_forward** -- Difference between a horizontal motion vector reconstructed from a forward horizontal motion vector for the selected field picture and a forward horizontal motion vector for the not selected field picture coded in one pel units according to Table 7-4g in Section 7. This element is present only if the field_or_frame_forward flag is set to 1.

**dmv_vertical_forward** -- Difference between a vertical motion vector reconstructed from a forward vertical motion vector for the selected field picture and a forward vertical motion vector for the not selected field picture coded in one pel units according to Table 7-4g in Section 7. This element is present only if the field_or_frame_forward flag is set to 1.

**field_or_frame_backward** -- This is a one-bit flag for selecting the interpolation mode for a backward reference picture. This flag is set to 0 if the picture being decoded shall be reconstructed by referencing a picture interpolated by the field mode. This flag is set to 1 if the picture being decoded shall be reconstructed by referencing a picture interpolated by the frame mode. If the picture_coding_type is a P2-picture, this flag is absent and shall be set to 0.

**select_mv_backward** -- This is a one-bit flag for selecting a backward reference picture. This flag is set to 0 if a reference picture reconstructed by a backward motion vector is an even field picture. This flag is set to 1 if the reference picture reconstructed by a backward motion vector is an odd filed picture. If the picture_coding_type is a P2-picture, this flag is absent and shall be set to 0. If the picture_coding_type is a B-picture and field_or_frame_backward is 1, this flag is absent and shall be set so that the picture selected by this flag has the same interlacing phase.

**motion_horizontal_backward** -- Backward horizontal motion vector for a selected field picture coded in half pel units according to Table 7-4 Section 7.

**motion_vertical_backward** -- Backward vertical motion vector for a selected field picture coded in half pel units according to Table 7-4 in Section 7.

**dmv_horizontal_backward** -- Difference between a horizontal motion vector reconstructed from a backward vertical motion vector for the selected field picture and a backward horizontal motion vector for the not selected field picture coded in one pel units according to Table 7-4g in Section 7. This element is present only if the field_or_frame_backward flag is set to 1.

**dmv_vertical_backward** -- Difference between a vertical motion vector reconstructed from a backward vertical motion vector for the selected field picture and a backward

35

vertical motion vector for the not selected field picture coded in one pel units according to Table 7-4g in Section 7. This element is present only if the field_or_frame_backward flag is set to 1.

coded_block_pattern -- The variable cbp is derived from the coded_block_pattern using the variable length code Table 7-3 in Section 7. Then, the pattern_code[i] for i=0 to 3 is derived from cbp using the following:

```
pattern_code[i] = 0;
if ( cbp & (1<<(3-i)) ) pattern_code[i] = 1;
if ( macroblock_intra ) pattern_code[i] = 1 ;
```

pattern_code[0] -- If 1, then the left luminance block is to be received in this macroblock.

pattern_code[1] -- If 1, then the right luminance block is to be received in this macroblock.

pattern_code[2] -- If 1, then the chrominance difference block Cb is to be received in this macroblock.

pattern_code[3] -- If 1, then the chrominance difference block Cr is to be received in this macroblock.

The meaning of the following data elements is the same as in MPEG1 C.D. on 5/31/91.

macroblock_stuffing           macroblock_escape
macroblock_address_increment  macroblock_type
end_of_macroblock

The meaning of the following data elements is the same as in MPEG1 C.D. on 12/18/90.

motion_horizontal_forward    motion_vertical_forward
motion_horizontal_backward   motion_vertical_backward

### 3.2.7 Block layer

dct_coeff_first -- A variable length code according to Tables 7-5c through 7-5g in Section 7 for the first coefficient. The zigzag-scanned quantized dct coefficient list is updated as follows.

```
i = run ;
if ( s == 0 )   dct_zz[i] = level ;
if ( s == 1 )   dct_zz[i] = -level ;
```

The terms dct_coeff_first and dct_coeff_next are the run-length encoded and dct_zz[i], i>0 shall be set to zero initially. A variable length code according to Tables 7-5c through 7-5g and 7-5m is used to represent the run and level of the DCT coefficients.

36

MS-MOTO_752_0001230328

MS-MOTO_1823_00000720848

**dct_coeff_next** -- A variable length code according to Tables 7-5h through 7-5m in Section 7 for coefficients following the first retrieved. The zig-zag scanned quantized dct coefficient list is updated as follows.

```
i = i + run + 1 ;
if ( s == 0 )   dct_zz[i] = level ;
if ( s == 1 )   dct_zz[i] = -level;
```

If macroblock_intra == 1, then the term i shall be set to zero before the first dct_coeff_next of the block.

The meaning of the following data elements is the same as in MPEG1 C.D. on 5/31/91.

**dct_dc_size_luminance**          **dct_dc_size_chrominance**
**dct_dc_differential**            **end_of_block**

MS-MOTO_752_0001230329

MS-MOTO_1823_00000720849

## 3.3. The decoding process

### 3.3.1 Intra-coded macroblocks

All blocks are intra-coded and transmitted in the I-pictures. Some macroblocks may be intra-coded as identified by macroblock_type in the P0-pictures, P1-pictures, P2-pictures and B-pictures. Thus, macroblock_intra identifies the intra-coded macroblocks.

The discussion of semantics has defined mb_row and mb_column, which locate the macroblock in the picture. The definitions of dct_dc_differential and dct_coeff_next have also defined the zigzag-scanned quantized dct coefficient list, dct_zz[]. Each dct_zz[] is located in the macroblock as defined by pattern_code[].

Let us define dct_recon[8][8] to be the matrix of the reconstructed dct coefficients, where the first index identifies the row and the second the column of the matrix. Define dct_dc_y_past, dct_dc_cb_past, and dct_dc_cr_past to be the dct_recon[0][0] of the most recently decoded intra-coded Y, Cb, and Cr blocks respectively. The predictors dct_dc_y_past, dct_dc_cb_past, and dct_dc_cr_past are all reset at the start of a slice and at non-intra-coded macroblocks (including skipped macroblocks) to the value 128.

Define intra_quant[8][8] to be the intra quantizer matrix specified in the sequence header. Note - intra_quant[0][0] is used in the inverse quantizer calculations for simplicity of description, but the result is overwritten by the subsequent calculation for the dc coefficient.

Define non_intra_quant[8][8] to be the non-intra quantizer matrix specified in the sequence header.

Define scan[4][8][8] to be the matrix defining the zigzag scanning sequence.

The first 8x8 elements of the matrix ( scan[0][][] ) are used for the intra-coded luminance block and are defined as follows:

$$\begin{vmatrix} 0 & 2 & 6 & 12 & 20 & 28 & 34 & 50 \\ 1 & 4 & 11 & 19 & 27 & 33 & 35 & 51 \\ 3 & 8 & 17 & 25 & 31 & 36 & 49 & 52 \\ 5 & 10 & 18 & 26 & 32 & 37 & 48 & 53 \\ 7 & 15 & 23 & 30 & 39 & 38 & 47 & 54 \\ 9 & 16 & 24 & 40 & 45 & 46 & 55 & 60 \\ 13 & 21 & 29 & 41 & 44 & 56 & 59 & 61 \\ 14 & 22 & 42 & 43 & 57 & 58 & 62 & 63 \end{vmatrix}$$

The second 8x8 elements of the matrix ( scan[1][][] ) are used for the intra-coded chrominance block and are defined as follows:

$$\begin{vmatrix} 0 & 1 & 5 & 6 & 14 & 15 & 27 & 28 \\ 2 & 4 & 7 & 13 & 16 & 26 & 29 & 42 \\ 3 & 8 & 12 & 17 & 25 & 30 & 41 & 43 \\ 9 & 11 & 18 & 24 & 31 & 40 & 44 & 53 \end{vmatrix}$$

MS-MOTO_752_0001230330
MS-MOTO_1823_00000720850

$$\begin{vmatrix} 10 & 19 & 23 & 32 & 39 & 45 & 52 & 54 \\ 20 & 22 & 33 & 38 & 46 & 51 & 55 & 60 \\ 21 & 34 & 37 & 47 & 50 & 56 & 59 & 61 \\ 35 & 36 & 48 & 49 & 57 & 58 & 62 & 63 \end{vmatrix}$$

The third 8x8 elements of the matrix ( scan[2][][] ) are used for the non-intra-coded luminance block and are defined as follows :

$$\begin{vmatrix} 0 & 8 & 16 & 24 & 32 & 40 & 48 & 56 \\ 1 & 9 & 17 & 25 & 33 & 41 & 49 & 57 \\ 2 & 10 & 18 & 26 & 34 & 42 & 50 & 58 \\ 3 & 11 & 19 & 27 & 35 & 43 & 51 & 59 \\ 4 & 12 & 20 & 28 & 36 & 44 & 52 & 60 \\ 5 & 13 & 21 & 29 & 37 & 45 & 53 & 61 \\ 6 & 14 & 22 & 30 & 38 & 46 & 54 & 62 \\ 7 & 15 & 23 & 31 & 39 & 47 & 55 & 63 \end{vmatrix}$$

The fourth 8x8 elements of the matrix ( scan[3][][] ) are used for the non-intra-coded chrominance block and are defined as follows :

$$\begin{vmatrix} 0 & 1 & 2 & 3 & 4 & 7 & 15 & 34 \\ 5 & 6 & 8 & 10 & 14 & 26 & 35 & 56 \\ 9 & 11 & 13 & 16 & 25 & 36 & 43 & 58 \\ 12 & 18 & 17 & 24 & 30 & 42 & 50 & 59 \\ 19 & 23 & 27 & 29 & 41 & 48 & 52 & 60 \\ 20 & 28 & 31 & 37 & 44 & 49 & 54 & 61 \\ 21 & 32 & 38 & 40 & 46 & 51 & 55 & 62 \\ 22 & 33 & 39 & 45 & 47 & 53 & 57 & 63 \end{vmatrix}$$

Define past_intra_address as the macroblock_address of the most recently retrieved intra-coded macroblock within the slice. It is reset to -2 at the beginning of each slice.

Then dct_recon[8][8] is computed by any means equivalent to the following procedure for the first luminance block:

```
for (m=0; m<8; m++) {
        for (n=0; n<8; n++) {
                i = scan[0][m][n] ;
                dct_recon[m][n] = ( 2 * dct_zz[i] * ( 64 + quantizer_scale
                                                   * intra_quant[m][n] ) )/ 16 ;
                if ( ( dct_recon[m][n] & 1 ) == 0 )
                        dct_recon[m][n] = dct_recon[m][n] - Sign(dct_recon[m][n])
;
                if (dct_recon[m][n] > 2047) dct_recon[m][n] = 2047 ;
                if (dct_recon[m][n] < -2048) dct_recon[m][n] = -2048 ;
        }
}
dct_recon[0][0] = dct_zz[0] * 8 ;
if ( ( macroblock_address - past_intra_address > 1 ) )
        dct_recon[0][0] = 128 * 8 + dct_recon[0][0] ;
```

39

MS-MOTO_752_0001230331

MS-MOTO_1823_00000720851

```
        else
                dct_recon[0][0] = dct_dc_y_past + dct_recon[0][0] ;
        dct_dc_y_past = dct_recon[0][0] ;
```

For the second luminance block in the macroblock, in the order of the pattern_code list:

```
        for (m=0; m<8; m++) {
                for (n=0; n<8; n++) {
                        i = scan[0][m][n] ;
                        dct_recon[m][n] = ( 2 * dct_zz[i] * ( 64 + quantizer_scale
                                                        * intra_quant[m][n] ) ) / 16 ;
                        if ( ( dct_recon[m][n] & 1 ) == 0 )
                                dct_recon[m][n] = dct_recon[m][n] - Sign(dct_recon[m][n])
 ;
                        if (dct_recon[m][n] > 2047) dct_recon[m][n] = 2047 ;
                        if (dct_recon[m][n] < -2048) dct_recon[m][n] = -2048 ;
                }
        }
        dct_recon[0][0] = dct_dc_y_past + dct_zz[0] * 8 ;
        dct_dc_y_past = dct_recon[0][0] ;
```

For the chrominance Cb block,:

```
    for (m=0; m<8; m++) {
            for (n=0; n<8; n++) {
                    i = scan[1][m][n] ;
                    dct_recon[m][n] = ( 2 * dct_zz[i] * ( 64 + quantizer_scale
                                                    * intra_quant[m][n] ) ) / 16 ;
                    if ( ( dct_recon[m][n] & 1 ) == 0 )
                            dct_recon[m][n] = dct_recon[m][n]-Sign(dct_recon[m][n]) ;
                    if (dct_recon[m][n] > 2047) dct_recon[m][n] = 2047 ;
                    if (dct_recon[m][n] < -2048) dct_recon[m][n] = -2048 ;
            }
    }
    dct_recon[0][0] = dct_zz[0] * 8 ;
    if ( ( macroblock_address - past_intra_address > 1 ) )
            dct_recon[0][0] = 128 * 8 + dct_recon[0][0] ;
    else
            dct_recon[0][0] = dct_dc_cb_past + dct_recon[0][0] ;
    dct_dc_cb_past = dct_recon[0][0] ;
```

For the chrominance Cr block, :
```
    for (m=0; m<8; m++) {
            for (n=0; n<8; n++) {
                    i = scan[1][m][n] ;
                    dct_recon[m][n] = ( 2 * dct_zz[i] * ( 64 + quantizer_scale
                                                    * intra_quant[m][n] ) ) / 16 ;
                    if ( ( dct_recon[m][n] & 1 ) == 0 )
                            dct_recon[m][n] = dct_recon[m][n]-Sign(dct_recon[m][n]) ;
                    if (dct_recon[m][n] > 2047) dct_recon[m][n] = 2047 ;
```

40

MS-MOTO_752_0001230332

MS-MOTO_1823_00000720852

```
                    if (dct_recon[m][n] < -2048) dct_recon[m][n] = -2048 ;
            }
    }
    dct_recon[0][0] = dct_zz[0] * 8 ;
    if ( ( macroblock_address - past_intra_address > 1 ) )
            dct_recon[0][0] = 128 * 8 + dct_recon[0][0] ;
    else
            dct_recon[0][0] = dct_dc_cr_past + dct_recon[0][0] ;
    dct_dc_cr_past = dct_recon[0][0] ;
```

After all the blocks in the macroblock are processed:

    past_intra_address = macroblock_address ;


Once the dct coefficients are reconstructed, the inverse DCT transform is applied to obtain the inverse transformed pel values in the range [-256, 255]. These pel values must be clipped to the range [0, 255] and are placed in the luminance and chrominance matrices in the positions defined by mb_row, mb_column, and the pattern_code list.

### 3.3.2  Predictive-coded macroblocks in P0- and P1-pictures

Predictive-coded macroblocks in P0- and P1-pictures are decoded in two steps. First, the value of the forward motion vector for the macroblock is reconstructed and a prediction macroblock is formed, as detailed below. Second, the DCT coefficient information stored for some or all of the blocks is decoded, inverse DCT transformed, and added to the prediction macroblock.

Let recon_right_for[] and recon_down_for[] be the reconstructed horizontal and vertical components of the motion vector for the current macroblock, and recon_right_for_prev[] and recon_down_for_prev[] be the reconstructed motion vector for the previous predictive-coded macroblock. The index of the matrix may be either 0 or 1. If the index equals 0, the motion vectors are used for reconstructing the even field reference picture. If the index equals 1, the motion vectors are used for reconstructing an odd field reference picture. If this is the first macroblock in the slice, or if the last macroblock contained no motion vector information (either because it was skipped or macroblock_motion_forward was zero), then recon_right_for_prev[] and recon_down_for_prev[] shall be set to zero.

If no forward motion vector data exists for the current macroblock (either because it was skipped or macroblock_motion_forward == 0), the motion vectors shall be set to zero.

If forward motion vector data exist for the current macroblock, the following procedure is used to reconstruct the motion vector horizontal and vertical components. Decoded values right_little, right_big, down_little and down_big are found from an appropriate Table 7-4a through 7-4f in Section 7.

41

MS-MOTO_752_0001230333
MS-MOTO_1823_00000720853

Let **fi_or_fr_for_prev** be the flag of the interpolation mode a the previous-coded macroblock. If this is the first macroblock in the slice, or if the last macroblock decoded contained no motion vector information, then fi_or_fr_for_prev shall be set to zero.

Let **sel_mv_for_prev** be the flag of select_mv_forward for a previous predictive-coded macroblock. If this is the first macroblock in the slice, or if the last macroblock decoded contained no motion vector information, then sel_mv_for_prev shall be set to zero.

Let dist[0] be the distance between an even field reference picture and a current decoding picture. Let dist[1] be the distance between an odd field reference picture and a current decoding picture.

Then the motion vector in half-pel units is reconstructed as follows:

```
max = ( 16 * forward_f ) - 1 ;
min = ( -16 * forward_f ) ;

if ( fi_or_fr_for_prev == 0 ) {
        new_vector = recon_right_for_prev[sel_mv_for_prev] + right_little ;
        if ( new_vector <= max && new_vector >= min )
                recon_right_for[select_mv_forward]
                        = recon_right_for_prev[sel_mv_for_prev] + right_little ;
        else
                recon_right_for[select_mv_forward]
                        = recon_right_for_prev[sel_mv_for_prev] + right_big ;
        recon_right_for_prev[select_mv_forward]
                = recon_right_for[select_mv_forward] ;

        new_vector = recon_down_for_prev[sel_mv_for_prev] + down_little ;
        if ( new_vector <= max && new_vector >= min )
                recon_down_for[select_mv_forward]
                        = recon_down_for_prev[sel_mv_for_prev] + down_little ;
        else
                recon_down_for[select_mv_forward]
                        = recon_down_for_prev[sel_mv_for_prev] + down_big ;
        recon_down_for_prev[select_mv_forward]
                = recon_down_for[select_mv_forward] ;
}
else {
        new_vector = recon_right_for_prev[select_mv_forward] + right_little ;
        if ( new_vector <= max && new_vector >= min )
                recon_right_for[select_mv_forward]
                        = recon_right_for_prev[select_mv_forward] + right_little ;
        else
                recon_right_for[select_mv_forward]
                        = recon_right_for_prev[select_mv_forward] + right_big ;
        recon_right_for_prev[select_mv_forward]
                = recon_right_for[select_mv_forward] ;

        new_vector = recon_down_for_prev[select_mv_forward] + down_little ;
```

MS-MOTO_752_0001230334

MS-MOTO_1823_00000720854

```
            if ( new_vector <= max && new_vector >= min )
                    recon_down_for[select_mv_forward]
                            = recon_down_for_prev[select_mv_forward] + down_little
;
            else
                    recon_down_for[select_mv_forward]
                            = recon_down_for_prev[select_mv_forward] + down_big ;
            recon_down_for_prev[select_mv_forward]
                    = recon_down_for[select_mv_forward] ;
    }

    if ( field_or_frame_forward == 1 ) {
            recon_right_for[!select_mv_forward]
                    = 2 * ( ( (double) recon_right_for[select_mv_forward] / 2.0 *
                            dist[!select_mv_forward] / dist[select_mv_forward] ) / 1
                                    - dmv_horizontal_forward ) ;
            recon_down_for[!select_mv_forward]
                    = 2 * ( ( (double) recon_down_for[select_mv_forward] / 2.0 *
                            dist[!select_mv_forward] / dist[select_mv_forward] ) / 1
                                    - dmv_vertical_forward ) ;
            recon_right_for_prev[!select_mv_forward]
                    = recon_right_for[!select_mv_forward] ;
            recon_down_for_prev[!select_mv_forward]
                    = recon_down_for[!select_mv_forward] ;
    }

    if ( select_mv_forward == 0 && ( dist[0] % 2 == 1 ) )
            recon_down_for[select_mv_forward] ++ ;
    if ( select_mv_forward == 1 && ( dist[0] % 2 == 0 ) )
            recon_down_for[select_mv_forward] -- ;
    fi_or_fr_for_prev = field_or_frame_forward ;
    sel_mv_for_prev = select_mv_forward ;
```

The motion vectors in integer pel units for the macroblock, right_for[] and down_for[], and the half pel unit flags, right_half_for[] and down_half_for[], are computed as follows:

| for luminance | for chrominance |
|---|---|
| right_for[]<br>  = recon_right_for[] >> 1 ;<br>down_for[]<br>  = recon_down_for[] >> 1 ;<br>right_half_for[]<br>  = recon_right_for[] - 2*right_for[] ;<br>down_half_for[]<br>  = recon_down_for[] - 2*down_for[] ; | right_for[]<br>  = ( recon_right_for[] / 2 ) >> 1 ;<br>down_for[]<br>  = ( recon_down_for[] / 2 ) >> 1 ;<br>right_half_for[]<br>  = recon_right_for[]/2 - 2*right_for[] ;<br>down_half_for[]<br>  = recon_down_for[]/2 - 2*down_for[]; |

43

MS-MOTO_752_0001230335

MS-MOTO_1823_00000720855