## Table Tennis : 5.0000 Mbits/sec : Results averaged over sequence

Total : 300 pictures
SNR for luminance 34.36 dB
SNR for chrominance (Cb) 40.63 dB
SNR for chrominance (Cr) 41.97 dB
Number of bits

I-picture : 13 pictures
SNR for luminance 36.75 dB
SNR for chrominance (Cb) 41.00 dB
SNR for chrominance (Cr) 41.98 dB

B-picture : 198 pictures
SNR for luminance 33.97 dB
SNR for chrominance (Cb) 40.88 dB
SNR for chrominance (Cr) 41.94 dB

P3-picture : 13 pictures
SNR for luminance 35.81 dB
SNR for chrominance (Cb) 40.95 dB
SNR for chrominance (Cr) 41.97 dB

P1-picture : 38 pictures
SNR for luminance 34.90 dB
SNR for chrominance (Cb) 40.58 dB
SNR for chrominance (Cr) 41.74 dB

P1-picture : 38 pictures
SNR for luminance 34.42 dB
SNR for chrominance (Cb) 40.59 dB
SNR for chrominance (Cr) 41.57 dB

## Table Tennis : 9.0000 Mbits/sec : Statistics of each field and frame

MS-MOTO_752_0001230373
MS-MOTO_1823_00000720893

Mobile and Calender : 9.0000 Mbits/sec : Results averaged over sequence

```
Total : 300 pictures
             SNR for luminance                 32.42 dB
             SNR for chrominance (Cb)           36.29 dB
             SNR for chrominance (Cr)           36.86 dB
             Number of bits
                     Coefficients     Y     31231546 bits
                                      Cb     4104003 bits
                                      Cr     4070088 bits
                                   total     39595705 bits
             Motion vectors                   2834311 bits
             Overhead                         2535896 bits
             TOTAL                           44975912 bits
             Mean value of Q scale               5.59
```

```
I-picture : 13 pictures
             SNR for luminance                 36.42 dB
             SNR for chrominance (Cb)           34.04 dB
             SNR for chrominance (Cr)           34.53 dB
             Number of bits
                     Coefficients     Y      6550006 bits
                                      Cb     1437127 bits
                                      Cr     1430696 bits
                                   total     9403929 bits
             Motion vectors                         0 bits
             Overhead                          531399 bits
             TOTAL                            9515568 bits
             Mean value of Q scale               1.94
```

```
P-picture : 193 pictures
             SNR for luminance                 31.69 dB
             SNR for chrominance (Cb)           36.11 dB
             SNR for chrominance (Cr)           36.67 dB
             Number of bits
                     Coefficients     Y      7150123 bits
                                      Cb      593143 bits
                                      Cr      413176 bits
                                   total     8156441 bits
             Motion vectors                   2003384 bits
             Overhead                         1558105 bits
             TOTAL                           11709320 bits
             Mean value of Q scale               7.19
```

```
P0-picture : 13 pictures
             SNR for luminance                 37.49 dB
             SNR for chrominance (Cb)           37.75 dB
             SNR for chrominance (Cr)           38.36 dB
             Number of bits
                     Coefficients     Y      5091524 bits
                                      Cb      779068 bits
                                      Cr      923139 bits
                                   total     7591471 bits
             Motion vectors                   569439 bits
             Overhead                         336043 bits
             TOTAL                            7901976 bits
             Mean value of Q scale               2.01
```

```
P1-picture : 38 pictures
             SNR for luminance                 33.77 dB
             SNR for chrominance (Cb)           36.46 dB
             SNR for chrominance (Cr)           37.05 dB
```

```
                     Number of bits
                     Coefficients     Y      6329587 bits
                                      Cb      766056 bits
                                      Cr      790519 bits
                                   total      7790103 bits
             Motion vectors                    385183 bits
             Overhead                          314151 bits
             TOTAL                            8415496 bits
             Mean value of Q scale               3.79
```

```
P1-picture : 38 pictures
             SNR for luminance                 33.59 dB
             SNR for chrominance (Cb)           36.23 dB
             SNR for chrominance (Cr)           36.82 dB
             Number of bits
                     Coefficients     Y      5395307 bits
                                      Cb      553959 bits
                                      Cr      539536 bits
                                   total      6488802 bits
             Motion vectors                    397782 bits
             Overhead                          454400 bits
             TOTAL                            7340992 bits
             Mean value of Q scale               4.01
```

102

103

Mobile and Calender : 9.0000 Mbits/sec : Statistics of each field and frame



MS-MOTO_752_0001230375

MS-MOTO_1823_00000720895

People : 9.0000 Kbits/sec : Results averaged over sequence

Total : 300 pictures
  SNR for luminance        34.49 dB
  SNR for chrominance (Cb) 37.89 dB
  SNR for chrominance (Cr) 39.16 dB
  Number of bits
  Coefficients    Y
                  Cb
                  Cr
                  total
  Motion vectors
  Overhead
  TOTAL
  Mean value of Q scale

I-picture : 13 pictures
  SNR for luminance        34.46 dB
  SNR for chrominance (Cb) 36.71 dB
  SNR for chrominance (Cr) 38.54 dB
  Number of bits
  Coefficients    Y
                  Cb
                  Cr
                  total
  Motion vectors
  Overhead
  TOTAL
  Mean value of Q scale

B-picture : 108 pictures
  SNR for luminance        34.34 dB
  SNR for chrominance (Cb) 38.58 dB
  SNR for chrominance (Cr) 39.66 dB
  Number of bits
  Coefficients    Y
                  Cb
                  Cr
                  total
  Motion vectors
  Overhead
  TOTAL
  Mean value of Q scale

PG-picture : 13 pictures
  SNR for luminance        35.76 dB
  SNR for chrominance (Cb) 36.31 dB
  SNR for chrominance (Cr) 40.05 dB
  Number of bits
  Coefficients    Y
                  Cb
                  Cr
                  total
  Motion vectors
  Overhead
  TOTAL
  Mean value of Q scale

PI-picture : 38 pictures
  SNR for luminance        35.51 dB
  SNR for chrominance (Cb) 36.69 dB
  SNR for chrominance (Cr) 39.74 dB

MS-MOTO_752_0001230376

MS-MOTO_1823_00000720896

Number of bits
Coefficients
| | |
|---|---|
| Y | 4651069 bits |
| Cb | 1179136 bits |
| Cr | 1338422 bits |
| total | 7169063 bits |
| Motion vectors | 549485 bits |
| Overhead | 395844 bits |
| TOTAL | 8114998 bits |

Mean value of Q scale    3.84

P2-picture : 38 pictures
| | |
|---|---|
| SNR for luminance | 35.90 dB |
| SNR for chrominance (Cb) | 39.12 dB |
| SNR for chrominance (Cr) | 38.20 dB |

Number of bits
Coefficients
| | |
|---|---|
| Y | 3087491 bits |
| Cb | 723515 bits |
| Cr | 854268 bits |
| total | 4665374 bits |
| Motion vectors | 1002806 bits |
| Overhead | 431116 bits |
| TOTAL | 6079270 bits |

Mean value of Q scale    4.41

People : 9.0000 Kbits/sec : Statistics of each field and frame

[Dense numerical statistics tables with columns: GRO IMP T Qsc, field statistics (SN-Y SN-Cb SN-Cr bits), frame statistics (SN-Y SN-Cb SN-Cr bits), cumulative bit count — data not legibly transcribable]

MS-MOTO_752_0001230377

MS-MOTO_1823_00000720897

## 7.  Variable length code tables

This section contains the variable length code tables for macroblock addressing, macroblock type, macroblock pattern, motion vectors, and DCT coefficients.

### 7.1  Macroblock addressing

Table 7-1.  Variable length codes for macroblock_address_increment.

| macroblock_address_ increment VLC code | increment value | macroblock_address_ increment VLC code | increment value |
|---|---|---|---|
| 1 | 1 | 0000 0101 10 | 17 |
| 011 | 2 | 0000 0101 01 | 18 |
| 010 | 3 | 0000 0101 00 | 19 |
| 0011 | 4 | 0000 0100 11 | 20 |
| 0010 | 5 | 0000 0100 10 | 21 |
| 0001 1 | 6 | 0000 0100 011 | 22 |
| 0001 0 | 7 | 0000 0100 010 | 23 |
| 0000 111 | 8 | 0000 0100 001 | 24 |
| 0000 110 | 9 | 0000 0100 000 | 25 |
| 0000 101 | 10 | 0000 0011 111 | 26 |
| 0000 1010 | 11 | 0000 0011 110 | 27 |
| 0000 1001 | 12 | 0000 0011 101 | 28 |
| 0000 1000 | 13 | 0000 0011 100 | 29 |
| 0000 0111 | 14 | 0000 0011 011 | 30 |
| 0000 0110 | 15 | 0000 0011 010 | 31 |
| 0000 0101 11 | 16 | 0000 0011 001 | 32 |
| | | 0000 0011 000 | macroblock_stuffing |
| | | 0000 0001 000 | macroblock_escape |

### 7.2  Macroblock type

Table 7-2a.  Variable length codes for macroblock_type in intra-coded pictures (I-pictures).

| VLC code | macroblock_quant |
|---|---|
| 1 | 0 |
| 01 | 1 |

NOTE - macroblock_intra = 1, macroblock_pattern = 0, macroblock_motion_forward = 0, macroblock_motion_backward = 0

Table 7-2b.  Variable length codes for macroblock_type in predictive-coded pictures (P0- and P1-pictures).

| VLC code | macroblock_ quant | macroblock_ motion_forward | macroblock_ pattern | macroblock_ intra |
|---|---|---|---|---|
| 1 | 0 | 1 | 1 | 0 |
| 01 | 0 | 0 | 1 | 0 |
| 001 | 0 | 1 | 0 | 0 |
| 0001 1 | 0 | 0 | 0 | 1 |
| 0001 0 | 1 | 1 | 1 | 0 |
| 0000 1 | 1 | 0 | 1 | 0 |
| 0000 01 | 1 | 0 | 0 | 1 |

NOTE - macroblock_motion_backward = 0

Table 7-2c.  Variable length codes for macroblock_type in bi-directionally predictive-coded pictures (P2- and B-pictures).

| VLC code | macroblock_ quant | macroblock_ motion_ forward | macroblock_ motion_ backward | macroblock_ pattern | macroblock_ intra |
|---|---|---|---|---|---|
| 10 | 0 | 1 | 0 | 0 | 0 |
| 11 | 0 | 1 | 0 | 1 | 0 |
| 010 | 0 | 0 | 1 | 0 | 0 |
| 011 | 0 | 0 | 1 | 1 | 0 |
| 0010 | 0 | 1 | 1 | 0 | 0 |
| 0011 | 0 | 1 | 1 | 1 | 0 |
| 0001 1 | 0 | 0 | 0 | 0 | 1 |
| 0001 0 | 1 | 1 | 1 | 1 | 0 |
| 0000 11 | 1 | 1 | 0 | 1 | 0 |
| 0000 10 | 1 | 0 | 1 | 1 | 0 |
| 0000 011 | 1 | 0 | 0 | 0 | 1 |
| 0000 010 | 1 | 0 | 1 | 0 | 0 |
| 0000 001 | 1 | 1 | 0 | 0 | 0 |

Table 7-2d.  Variable length codes for macroblock_type in dc intra-coded pictures (D-pictures).

MS-MOTO_752_0001230378

MS-MOTO_1823_00000720898

| VLC code | macroblock_quant |
|---|---|
| 1 | 0 |

NOTE - macroblock_intra = 1, macroblock_pattern = 0, macroblock_motion_forward = 0, macroblock_motion_backward = 0

## 7.3 Macroblock pattern

Table 7-3. Variable length codes for coded_block_pattern.

| coded_block_pattern VLC code | cbp | coded_block_pattern VLC code | cbp |
|---|---|---|---|
| 111 | 8 | 000100 | 6 |
| 10 | 12 | 000011 | 9 |
| 011 | 4 | 000010 | 10 |
| 0101 | 14 | 0000011 | 3 |
| 0011 | 13 | 0000010 | 5 |
| 0010 | 15 | 0000001 | 7 |
| 00011 | 2 | 00000001 | 11 |
| 000101 | 1 | | |

## 7.4 Motion vectors

Table 7-4a. Variable length codes for motion_horizontal_forward, motion_vertical_forward, motion_horizontal_backward, and motion_vertical_backward when forward_f or backward_f is 1.

| motion VLC code | little | big |
|---|---|---|
| 0000 0011 001 | -16 | 16 |
| 0000 0011 011 | -15 | 17 |
| 0000 0011 101 | -14 | 18 |
| 0000 0011 11 | -13 | 19 |
| 0000 0100 000 | -12 | 20 |
| 0000 0100 011 | -11 | 21 |
| 0000 0100 1 | -10 | 22 |
| 0000 0101 0 | -9 | 23 |
| 0000 0101 1 | -8 | 24 |
| 0000 0111 | -7 | 25 |
| 0000 1000 | -6 | 26 |
| 0000 1001 | -5 | 27 |
| 0000 111 | -4 | 28 |
| 0001 1 | -3 | 29 |
| 0011 | -2 | 30 |
| 011 | -1 | 31 |
| 1 | 0 | |
| 010 | 1 | -31 |
| 0010 | 2 | -30 |
| 0001 0 | 3 | -29 |
| 0000 110 | 4 | -28 |
| 0000 1010 | 5 | -27 |
| 0000 1000 | 6 | -26 |
| 0000 0110 | 7 | -25 |
| 0000 0101 10 | 8 | -24 |
| 0000 0101 10 | 9 | -23 |
| 0000 0100 10 | 10 | -22 |
| 0000 0100 010 | 11 | -21 |
| 0000 0100 000 | 12 | -20 |
| 0000 0011 110 | 13 | -19 |
| 0000 0011 100 | 14 | -18 |
| 0000 0011 010 | 15 | -17 |
| 0000 0011 000 | N/A | N/A |

N/A - These table entries are not used and should not be generated by an encoder.

Table 7-4b.   Variable length codes for motion_horizontal_forward, motion_vertical_forward, motion_horizontal_backward, and motion_vertical_backward when forward_f or backward_f is 2.

| motion VLC code (NOTE) | little b = 0 | little b = 1 | big b = 1 | big b = 0 |
|---|---|---|---|---|
| 0000 0011 001 b | -31 | -32 | 32 | 33 |
| 0000 0011 011 b | -29 | -30 | 34 | 35 |
| 0000 0011 101 b | -27 | -28 | 36 | 37 |
| 0000 0011 11 b | -25 | -26 | 38 | 39 |
| 0000 0100 001 b | -23 | -24 | 40 | 41 |
| 0000 0100 011 b | -21 | -22 | 42 | 43 |
| 0000 0100 1 b | -19 | -20 | 44 | 45 |
| 0000 0101 01 b | -17 | -18 | 46 | 47 |
| 0000 0101 11 b | -15 | -16 | 48 | 49 |
| 0000 0111 b | -13 | -14 | 50 | 51 |
| 0000 1000 1 b | -11 | -12 | 52 | 53 |
| 0000 1001 b | -9 | -10 | 54 | 55 |
| 0000 111 b | -7 | -8 | 56 | 57 |
| 0001 1 b | -5 | -6 | 58 | 59 |
| 0011 b | -3 | -4 | 60 | 61 |
| 011 b | -1 | -2 | 62 | 63 |
| 1 | 0 | | | |
| 010 b | 1 | 2 | -62 | -63 |
| 0010 b | 3 | 4 | -60 | -61 |
| 0001 0 b | 5 | 6 | -58 | -59 |
| 0000 110 b | 7 | 8 | -56 | -57 |
| 0000 1010 b | 9 | 10 | -54 | -55 |
| 0000 1000 b | 11 | 12 | -52 | -53 |
| 0000 0110 b | 13 | 14 | -50 | -51 |
| 0000 0101 10 b | 15 | 16 | -48 | -49 |
| 0000 0101 00 b | 17 | 18 | -46 | -47 |
| 0000 0100 10 b | 19 | 20 | -44 | -45 |
| 0000 0100 010 b | 21 | 22 | -42 | -43 |
| 0000 0100 000 b | 23 | 24 | -40 | -41 |
| 0000 0011 110 b | 25 | 26 | -38 | -39 |
| 0000 0011 100 b | 27 | 28 | -36 | -37 |
| 0000 0011 010 b | 29 | 30 | -34 | -35 |
| 0000 0011 000 b | 31 | N/A | N/A | |

N/A - These table entries are not used and should not be generated by an encoder.
NOTE- For VLC code 1, no b extension bit follows.

Table 7-4c.   Variable length codes for motion_horizontal_forward, motion_vertical_forward, motion_horizontal_backward, and motion_vertical_backward when forward_f or backward_f is 3.

| motion VLC code (NOTE) | little bb = 00 | little bb = 10 | little bb = 11 | big bb = 11 | big bb = 10 | big bb = 00 |
|---|---|---|---|---|---|---|
| 0000 0011 001 bb | -46 | -47 | -48 | 48 | 49 | 50 |
| 0000 0011 011 bb | -43 | -44 | -45 | 51 | 52 | 53 |
| 0000 0011 101 bb | -40 | -41 | -42 | 54 | 55 | 56 |
| 0000 0011 111 bb | -37 | -38 | -39 | 57 | 58 | 59 |
| 0000 0100 001 bb | -34 | -35 | -36 | 60 | 61 | 62 |
| 0000 0100 011 bb | -31 | -32 | -33 | 63 | 64 | 65 |
| 0000 0100 11 bb | -28 | -29 | -30 | 66 | 67 | 68 |
| 0000 0101 01 bb | -25 | -26 | -27 | 69 | 70 | 71 |
| 0000 0101 11 bb | -22 | -23 | -24 | 72 | 73 | 74 |
| 0000 0111 bb | -19 | -20 | -21 | 75 | 76 | 77 |
| 0000 1001 bb | -16 | -17 | -18 | 78 | 79 | 80 |
| 0000 1011 bb | -13 | -14 | -15 | 81 | 82 | 83 |
| 0000 111 bb | -10 | -11 | -12 | 84 | 85 | 86 |
| 0001 1 bb | -7 | -8 | -9 | 87 | 88 | 89 |
| 0011 bb | -4 | -5 | -6 | 90 | 91 | 92 |
| 011 bb | -1 | -2 | -3 | 93 | 94 | 95 |
| 1 | 0 | | | | | |
| 010 bb | 1 | 2 | 3 | -93 | -94 | -95 |
| 0010 bb | 4 | 5 | 6 | -90 | -91 | -92 |
| 0001 0 bb | 7 | 8 | 9 | -87 | -88 | -89 |
| 0000 110 bb | 10 | 11 | 12 | -84 | -85 | -86 |
| 0000 1010 bb | 13 | 14 | 15 | -81 | -82 | -83 |
| 0000 1000 bb | 16 | 17 | 18 | -78 | -79 | -80 |
| 0000 0110 bb | 19 | 20 | 21 | -75 | -76 | -77 |
| 0000 0101 10 bb | 22 | 23 | 24 | -72 | -73 | -74 |
| 0000 0101 00 bb | 25 | 26 | 27 | -69 | -70 | -71 |
| 0000 0100 10 bb | 28 | 29 | 30 | -66 | -67 | -68 |
| 0000 0100 010 bb | 31 | 32 | 33 | -63 | -64 | -65 |
| 0000 0100 000 bb | 34 | 35 | 36 | -60 | -61 | -62 |
| 0000 0011 110 bb | 37 | 38 | 39 | -57 | -58 | -59 |
| 0000 0011 100 bb | 40 | 41 | 42 | -54 | -55 | -56 |
| 0000 0011 010 bb | 43 | 44 | 45 | -51 | -52 | -53 |
| 0000 0011 000 bb | 46 | 47 | N/A | N/A | -49 | -50 |

N/A - These table entries are not used and should not be generated by an encoder.
NOTE- For VLC code 1, no b extension bit follows. One or two extension bits follows the VLC as indicated in the heading.

MS-MOTO_752_0001230379
MS-MOTO_1823_00000720899

Table 7-4d. Variable length codes for motion_horizontal_forward, motion_vertical_forward, motion_horizontal_backward, and motion_vertical_backward when forward_f or backward_f is 4.

| motion VLC code (NOTE) | little bb=00 | bb=01 | bb=10 | bb=11 | big bb=11 | bb=10 | bb=01 | bb=00 |
|---|---|---|---|---|---|---|---|---|
| 0000 0011 001 bb | -61 | -62 | -63 | -64 | 64 | 65 | 66 | 67 |
| 0000 0011 011 bb | -57 | -58 | -59 | -60 | 68 | 69 | 70 | 71 |
| 0000 0011 101 bb | -53 | -54 | -55 | -56 | 72 | 73 | 74 | 75 |
| 0000 0011 111 bb | -49 | -50 | -51 | -52 | 76 | 77 | 78 | 79 |
| 0000 0100 001 bb | -45 | -46 | -47 | -48 | 80 | 81 | 82 | 83 |
| 0000 0100 011 bb | -41 | -42 | -43 | -44 | 84 | 85 | 86 | 87 |
| 0000 0100 11 bb | -37 | -38 | -39 | -40 | 88 | 89 | 90 | 91 |
| 0000 0100 01 bb | -33 | -34 | -35 | -36 | 92 | 93 | 94 | 95 |
| 0000 0101 11 bb | -29 | -30 | -31 | -32 | 96 | 97 | 98 | 99 |
| 0000 0101 bb | -25 | -26 | -27 | -28 | 100 | 101 | 102 | 103 |
| 0000 0111 bb | -21 | -22 | -23 | -24 | 104 | 105 | 106 | 107 |
| 0001 001 bb | -17 | -18 | -19 | -20 | 108 | 109 | 110 | 111 |
| 0000 101 bb | -13 | -14 | -15 | -16 | 112 | 113 | 114 | 115 |
| 0000 111 bb | -9 | -10 | -11 | -12 | 116 | 117 | 118 | 119 |
| 0001 11 bb | -5 | -6 | -7 | -8 | 120 | 121 | 122 | 123 |
| 0001 1 bb | -1 | -2 | -3 | -4 | 124 | 125 | 126 | 127 |
| 1 | 0 | | | | | | | |
| 010 bb | 1 | 2 | 3 | 4 | -124 | -125 | -126 | -127 |
| 0010 bb | 5 | 6 | 7 | 8 | -120 | -121 | -122 | -123 |
| 0000 110 bb | 9 | 10 | 11 | 12 | -116 | -117 | -118 | -119 |
| 0000 1010 bb | 13 | 14 | 15 | 16 | -112 | -113 | -114 | -115 |
| 0000 1000 bb | 17 | 18 | 19 | 20 | -108 | -109 | -110 | -111 |
| 0000 0110 bb | 21 | 22 | 23 | 24 | -104 | -105 | -106 | -107 |
| 0000 0101 10 bb | 25 | 26 | 27 | 28 | -100 | -101 | -102 | -103 |
| 0000 0100 10 bb | 29 | 30 | 31 | 32 | -96 | -97 | -98 | -99 |
| 0000 0100 00 bb | 33 | 34 | 35 | 36 | -92 | -93 | -94 | -95 |
| 0000 0100 010 bb | 37 | 38 | 39 | 40 | -88 | -89 | -90 | -91 |
| 0000 0100 000 bb | 41 | 42 | 43 | 44 | -84 | -85 | -86 | -87 |
| 0000 0011 110 bb | 45 | 46 | 47 | 48 | -80 | -81 | -82 | -83 |
| 0000 0011 100 bb | 49 | 50 | 51 | 52 | -76 | -77 | -78 | -79 |
| 0000 0011 010 bb | 53 | 54 | 55 | 56 | -72 | -73 | -74 | -75 |
| 0000 0011 000 bb | 57 | 58 | 59 | 60 | -68 | -69 | -70 | -71 |
| 0000 0011 011 bb | 61 | 62 | 63 | N/A | N/A | -65 | -66 | -67 |

N/A - These table entries are not used and should not be generated by an encoder.
NOTE- For VLC code 1, no bb extension bit follows.

Table 7-4e. Variable length codes for motion_horizontal_forward, motion_vertical_forward, motion_horizontal_backward, and motion_vertical_backward when forward_f or backward_f is 5.

| motion VLC code (NOTE) | little bbb=000 | 001 | 010 | 011 | 111 | big bbb=111 | 110 | 101 | 100 | 000 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000 0011 001 bbb | -76 | -77 | -78 | -79 | -80 | 80 | 81 | 82 | 83 | 84 |
| 0000 0011 011 bbb | -71 | -72 | -73 | -74 | -75 | 85 | 86 | 87 | 88 | 89 |
| 0000 0011 101 bbb | -66 | -67 | -68 | -69 | -70 | 90 | 91 | 92 | 93 | 94 |
| 0000 0011 111 bbb | -61 | -62 | -63 | -64 | -65 | 95 | 96 | 97 | 98 | 99 |
| 0000 0100 001 bbb | -56 | -57 | -58 | -59 | -60 | 100 | 101 | 102 | 103 | 104 |
| 0000 0100 011 bbb | -51 | -52 | -53 | -54 | -55 | 105 | 106 | 107 | 108 | 109 |
| 0000 0100 11 bbb | -46 | -47 | -48 | -49 | -50 | 110 | 111 | 112 | 113 | 114 |
| 0000 0100 01 bbb | -41 | -42 | -43 | -44 | -45 | 115 | 116 | 117 | 118 | 119 |
| 0000 0101 11 bbb | -36 | -37 | -38 | -39 | -40 | 120 | 121 | 122 | 123 | 124 |
| 0000 0101 bbb | -31 | -32 | -33 | -34 | -35 | 125 | 126 | 127 | 128 | 129 |
| 0000 0111 bbb | -26 | -27 | -28 | -29 | -30 | 130 | 131 | 132 | 133 | 134 |
| 0001 001 bbb | -21 | -22 | -23 | -24 | -25 | 135 | 136 | 137 | 138 | 139 |
| 0000 101 bbb | -16 | -17 | -18 | -19 | -20 | 140 | 141 | 142 | 143 | 144 |
| 0000 111 bbb | -11 | -12 | -13 | -14 | -15 | 145 | 146 | 147 | 148 | 149 |
| 0001 11 bbb | -6 | -7 | -8 | -9 | -10 | 150 | 151 | 152 | 153 | 154 |
| 0001 1 bbb | -1 | -2 | -3 | -4 | -5 | 155 | 156 | 157 | 158 | 159 |
| 1 | 0 | | | | | | | | | |
| 010 bbb | 1 | 2 | 3 | 4 | 5 | -155 | -156 | -157 | -158 | -159 |
| 0010 bbb | 6 | 7 | 8 | 9 | 10 | -150 | -151 | -152 | -153 | -154 |
| 0000 110 bbb | 11 | 12 | 13 | 14 | 15 | -145 | -146 | -147 | -148 | -149 |
| 0000 1010 bbb | 16 | 17 | 18 | 19 | 20 | -140 | -141 | -142 | -143 | -144 |
| 0000 1000 bbb | 21 | 22 | 23 | 24 | 25 | -135 | -136 | -137 | -138 | -139 |
| 0000 0110 bbb | 26 | 27 | 28 | 29 | 30 | -130 | -131 | -132 | -133 | -134 |
| 0000 0101 10 bbb | 31 | 32 | 33 | 34 | 35 | -125 | -126 | -127 | -128 | -129 |
| 0000 0100 10 bbb | 36 | 37 | 38 | 39 | 40 | -120 | -121 | -122 | -123 | -124 |
| 0000 0100 00 bbb | 41 | 42 | 43 | 44 | 45 | -115 | -116 | -117 | -118 | -119 |
| 0000 0100 010 bbb | 46 | 47 | 48 | 49 | 50 | -110 | -111 | -112 | -113 | -114 |
| 0000 0100 000 bbb | 51 | 52 | 53 | 54 | 55 | -105 | -106 | -107 | -108 | -109 |
| 0000 0011 110 bbb | 56 | 57 | 58 | 59 | 60 | -100 | -101 | -102 | -103 | -104 |
| 0000 0011 100 bbb | 61 | 62 | 63 | 64 | 65 | -95 | -96 | -97 | -98 | -99 |
| 0000 0011 010 bbb | 66 | 67 | 68 | 69 | 70 | -90 | -91 | -92 | -93 | -94 |
| 0000 0011 000 bbb | 71 | 72 | 73 | 74 | 75 | -85 | -86 | -87 | -88 | -89 |
| 0000 0011 011 bbb | 76 | 77 | 78 | 79 | N/A | N/A | -80 | -81 | -82 | -83 |

N/A - These table entries are not used and should not be generated by an encoder.
NOTE- For VLC code 1, no bbb extension bit follows. Two or three extension bits follows the VLC as indicated in the heading.

Table 7-4f. Variable length codes for motion_horizontal_forward, motion_vertical_forward, motion_horizontal_backward, and motion_vertical_backward when forward_f or backward_f is 6.

| motion VLC code (NOTE) | little bbb=00 | 01 | 100 | 101 | 110 | 111 | big bbb=111 | 110 | 101 | 100 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 0011 001 bbb | -91 | -92 | -93 | -94 | -95 | -96 | 96 | 97 | 98 | 99 | 100 | 101 |
| 0000 0011 011 bbb | -85 | -86 | -87 | -88 | -89 | -90 | 102 | 103 | 104 | 105 | 106 | 107 |
| 0000 0011 101 bbb | -79 | -80 | -81 | -82 | -83 | -84 | 108 | 109 | 110 | 111 | 112 | 113 |
| 0000 0011 111 bbb | -73 | -74 | -75 | -76 | -77 | -78 | 114 | 115 | 116 | 117 | 118 | 119 |
| 0000 0100 001 bbb | -67 | -68 | -69 | -70 | -71 | -72 | 120 | 121 | 122 | 123 | 124 | 125 |
| 0000 0100 011 bbb | -61 | -62 | -63 | -64 | -65 | -66 | 126 | 127 | 128 | 129 | 130 | 131 |
| 0000 0100 11 bbb | -55 | -56 | -57 | -58 | -59 | -60 | 132 | 133 | 134 | 135 | 136 | 137 |
| 0000 0100 01 bbb | -49 | -50 | -51 | -52 | -53 | -54 | 138 | 139 | 140 | 141 | 142 | 143 |
| 0000 0101 11 bbb | -43 | -44 | -45 | -46 | -47 | -48 | 144 | 145 | 146 | 147 | 148 | 149 |
| 0000 0101 bbb | -37 | -38 | -39 | -40 | -41 | -42 | 150 | 151 | 152 | 153 | 154 | 155 |
| 0000 0111 bbb | -31 | -32 | -33 | -34 | -35 | -36 | 156 | 157 | 158 | 159 | 160 | 161 |
| 0001 001 bbb | -25 | -26 | -27 | -28 | -29 | -30 | 162 | 163 | 164 | 165 | 166 | 167 |
| 0000 101 bbb | -19 | -20 | -21 | -22 | -23 | -24 | 168 | 169 | 170 | 171 | 172 | 173 |
| 0000 111 bbb | -13 | -14 | -15 | -16 | -17 | -18 | 174 | 175 | 176 | 177 | 178 | 179 |
| 0001 1 bbb | -7 | -8 | -9 | -10 | -11 | -12 | 180 | 181 | 182 | 183 | 184 | 185 |
| 011 bbb | -1 | -2 | -3 | -4 | -5 | -6 | 186 | 187 | 188 | 189 | 190 | 191 |
| 1 | 0 | | | | | | | | | | | |
| 010 bbb | 1 | 2 | 3 | 4 | 5 | 6 | -186 | -187 | -188 | -189 | -190 | -191 |
| 0010 bbb | 7 | 8 | 9 | 10 | 11 | 12 | -180 | -181 | -182 | -183 | -184 | -185 |
| 0000 110 bbb | 13 | 14 | 15 | 16 | 17 | 18 | -174 | -175 | -176 | -177 | -178 | -179 |
| 0000 1010 bbb | 19 | 20 | 21 | 22 | 23 | 24 | -168 | -169 | -170 | -171 | -172 | -173 |
| 0000 1000 bbb | 25 | 26 | 27 | 28 | 29 | 30 | -162 | -163 | -164 | -165 | -166 | -167 |
| 0000 0110 bbb | 31 | 32 | 33 | 34 | 35 | 36 | -156 | -157 | -158 | -159 | -160 | -161 |
| 0000 0101 10 bbb | 37 | 38 | 39 | 40 | 41 | 42 | -150 | -151 | -152 | -153 | -154 | -155 |
| 0000 0100 10 bbb | 43 | 44 | 45 | 46 | 47 | 48 | -144 | -145 | -146 | -147 | -148 | -149 |
| 0000 0100 00 bbb | 49 | 50 | 51 | 52 | 53 | 54 | -138 | -139 | -140 | -141 | -142 | -143 |
| 0000 0100 010 bbb | 55 | 56 | 57 | 58 | 59 | 60 | -132 | -133 | -134 | -135 | -136 | -137 |
| 0000 0100 000 bbb | 61 | 62 | 63 | 64 | 65 | 66 | -126 | -127 | -128 | -129 | -130 | -131 |
| 0000 0011 110 bbb | 67 | 68 | 69 | 70 | 71 | 72 | -120 | -121 | -122 | -123 | -124 | -125 |
| 0000 0011 100 bbb | 73 | 74 | 75 | 76 | 77 | 78 | -114 | -115 | -116 | -117 | -118 | -119 |
| 0000 0011 010 bbb | 79 | 80 | 81 | 82 | 83 | 84 | -108 | -109 | -110 | -111 | -112 | -113 |
| 0000 0011 100 bbb | 85 | 86 | 87 | 88 | 89 | 90 | -102 | -103 | -104 | -105 | -106 | -107 |
| 0000 0011 000 bbb | 91 | 92 | 93 | 94 | 95 | N/A | N/A | -97 | -98 | -99 | -100 | -101 |

N/A - These table entries are not used and should not be generated by an encoder.
NOTE- For VLC code 1, no bbb extension bit follows. Two or three extension bits follows the VLC as indicated in the heading.

Table 7-4g. Variable length codes for dmv_horizontal_forward, dmv_vertical_forward, dmv_horizontal_backward and dmv_vertical_backward.

| dmv_horizontal/vertical_forward/backward VLC code | dmv value |
|---|---|
| 0 | 0 |
| 10 | 1 |
| 11 | -1 |

## 7.5 DCT coefficients

Table 7-5a. Variable length codes for dct_dc_size_luminance.

| VLC code | dct_dc_size_luminance |
|---|---|
| 100 | 0 |
| 00 | 1 |
| 01 | 2 |
| 101 | 3 |
| 110 | 4 |
| 1110 | 5 |
| 11110 | 6 |
| 111110 | 7 |
| 1111110 | 8 |

Table 7-5b. Variable length codes for dct_dc_size_chrominance.

| VLC code | dct_dc_size_chrominance |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 2 |
| 110 | 3 |
| 1110 | 4 |
| 11110 | 5 |
| 111110 | 6 |
| 1111110 | 7 |
| 11111110 | 8 |

MS-MOTO_752_0001230380

MS-MOTO_1823_00000720900

114

Table 7-5c. Variable length codes for dct_coeff_first.

| dct_coeff_first variable length code (NOTE) | run | level |
|---|---|---|
| 1s | 0 | 1 |
| 011s | 0 | 2 |
| 0101s | 0 | 3 |
| 01001s | 0 | 1 |
| 01000s | 2 | 1 |
| 00111s | 0 | 4 |
| 001101s | 1 | 2 |
| 001100s | 4 | 1 |
| 00101s | 5 | 1 |
| 001010s | 6 | 1 |
| 001001s | 0 | 5 |
| 0010010s | 2 | 2 |
| 0010000s | 0 | 1 |
| 0011111s | 7 | 1 |
| 0001110s | 8 | 1 |
| 001101s | 1 | 1 |
| 001100s | 0 | 6 |
| 001101s | 0 | 7 |
| 0010010s | 3 | 2 |
| 0010101s | 4 | 2 |
| 00010100s | 2 | 2 |
| 0010001s | 16 | 1 |
| 0010010s | 0 | 3 |
| 00010010s | 0 | 9 |
| 000100010s | 1 | 4 |
| 000100100s | 6 | 2 |
| 0001000s | 7 | 2 |
| 000011111s | 8 | 2 |
| 000011101s | 9 | 2 |
| 000011101s | 10 | 1 |
| 000011001s | 11 | 1 |
| 000011010s | 13 | 1 |
| 000011001s | 14 | 1 |
| 000011000s | 17 | 1 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

Table 7-5d. Variable length codes for dct_coeff_first.

| dct_coeff_first variable length code (NOTE) | run | level |
|---|---|---|
| 000010111s | 18 | 1 |
| 000010110s | 19 | 1 |
| 000010101s | 24 | 1 |
| 000010100s | 32 | 1 |
| 0000100111s | 0 | 10 |
| 0000100110s | 0 | 11 |
| 0000100101s | 0 | 12 |
| 0000100100s | 1 | 5 |
| 0000100011s | 2 | 3 |
| 0000100010s | 15 | 1 |
| 0000100001s | 16 | 2 |
| 0000100000s | 20 | 1 |
| 000001111s | 21 | 1 |
| 000001110s | 22 | 1 |
| 0000011101s | 25 | 1 |
| 000001110s | 33 | 1 |
| 000001011s | 35 | 1 |
| 000001010s | 40 | 1 |
| 0000010011s | 41 | 1 |
| 0000010000s | 43 | 1 |
| 0000010011s | 44 | 1 |
| 0000:0110 | escape | |
| 0000010010s | 0 | 13 |
| 0000010010s | 0 | 14 |
| 0000010010s | 0 | 15 |
| 0000011000s | 1 | 6 |
| 0000001111s | 2 | 4 |
| 0000010110s | 3 | 3 |
| 0000010101s | 4 | 3 |
| 0000010100s | 5 | 3 |
| 0000000011s | 10 | 2 |
| 0000000010s | 11 | 2 |
| 0000011001s | 12 | 2 |
| 0000011000s | 23 | 1 |
| 0000011111s | 24 | 2 |
| 0000011110s | 26 | 1 |
| 0000011101s | 27 | 1 |
| 0000011100s | 28 | 1 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

115

Table 7-5e. Variable length codes for dct_coeff_first.

| dct_coeff_first variable length code (NOTE) | run | level |
|---|---|---|
| 0000011101s | 32 | 2 |
| 0000011010s | 34 | 1 |
| 0000011000s | 36 | 1 |
| 0000011000s | 40 | 2 |
| 0000010111s | 42 | 1 |
| 0000010110s | 48 | 1 |
| 0000010101s | 0 | 16 |
| 0000010100s | 0 | 17 |
| 0000101001s | 0 | 18 |
| 0000100001s | 1 | 7 |
| 0000100111s | 6 | 3 |
| 0000100110s | 8 | 3 |
| 0000100101s | 13 | 2 |
| 0000100100s | 14 | 2 |
| 0000100011s | 15 | 2 |
| 0000100010s | 17 | 2 |
| 0000100001s | 18 | 2 |
| 0000100000s | 19 | 2 |
| 0000011111s | 20 | 2 |
| 0000011110s | 29 | 1 |
| 0000011101s | 30 | 1 |
| 0000011100s | 31 | 1 |
| 0000011011s | 37 | 1 |
| 0000011010s | 39 | 1 |
| 0000011001s | 43 | 2 |
| 0000011000s | 44 | 1 |
| 0000010111s | 49 | 1 |
| 0000010110s | 50 | 1 |
| 0000010101s | 51 | 1 |
| 0000010101000s | 0 | 19 |
| 0000010101000s | 0 | 20 |
| 0000010010s | 0 | 21 |
| 0000010010s | 0 | 22 |
| 0000010101s | 0 | 23 |
| 0000010001s | 2 | 5 |
| 0000010001s | 2 | 4 |
| 0000010000s | 4 | 4 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

Table 7-5f. Variable length codes for dct_coeff_first.

| dct_coeff_first variable length code (NOTE) | run | level |
|---|---|---|
| 0000000100000s | 5 | 4 |
| 0000000011111s | 7 | 3 |
| 0000000011101s | 21 | 2 |
| 0000000011101s | 22 | 2 |
| 0000000011011s | 25 | 2 |
| 0000000011001s | 26 | 2 |
| 0000000011010s | 33 | 2 |
| 0000000011001s | 35 | 2 |
| 0000000011000s | 36 | 2 |
| 0000000011111s | 38 | 1 |
| 0000000011110s | 41 | 1 |
| 0000000010101s | 42 | 2 |
| 0000000010100s | 45 | 1 |
| 0000000010011s | 48 | 2 |
| 0000000010010s | 52 | 1 |
| 0000000010001s | 0 | 23 |
| 000000000011s | 0 | 24 |
| 0000000010010s | 0 | 25 |
| 0000000010001s | 0 | 26 |
| 0000000010000s | 0 | 27 |
| 0000000011111s | 0 | 28 |
| 0000000011110s | 1 | 9 |
| 0000000011101s | 1 | 10 |
| 0000000011011s | 5 | 5 |
| 0000000011010s | 6 | 4 |
| 0000000011001s | 8 | 4 |
| 0000000011000s | 9 | 3 |
| 0000000010111s | 16 | 3 |
| 0000000010110s | 23 | 2 |
| 0000000010101s | 24 | 3 |
| 0000000010100s | 27 | 2 |
| 0000000010011s | 28 | 2 |
| 0000000010010s | 34 | 2 |
| 0000000010001s | 46 | 1 |
| 0000000010000s | 47 | 1 |
| 0000000001111s | 49 | 2 |
| 0000000001110s | 0 | 29 |
| 0000000001101s | 0 | 30 |
| 0000000001100s | 0 | 31 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

MS-MOTO_752_0001230381

MS-MOTO_1823_00000720901

Table 7-5j. Variable length codes for dct_coeff_first.

| dct_coeff_first variable length code (NOTE) | run | level |
|---|---|---|
| 0000000000 1010s | 0 | 32 |
| 0000000000 1001s | 0 | 33 |
| 0000000000 1000s | 1 | 11 |
| 0000000001 0111s | 2 | 7 |
| 0000000001 0110s | 4 | 5 |
| 0000000001 0101s | 10 | 3 |
| 0000000001 0100s | 29 | 2 |
| 0000000001 0011s | 30 | 2 |
| 0000000001 0010s | 32 | 3 |
| 0000000001 0001s | 53 | 1 |
| 0000000001 0000s | 54 | 1 |
| 0000000000 1111s | 56 | 1 |
| 0000000000 1110s | 0 | 34 |
| 0000000000 1101s | 0 | 35 |
| 0000000000 1011s | 0 | 36 |
| 0000000000 10101s | 0 | 37 |
| 0000000000 10011s | 0 | 38 |
| 0000000000 10001s | 0 | 39 |
| 0000000000 10111s | 0 | 42 |
| 0000000000 10101s | 1 | 12 |
| 0000000000 10011s | 1 | 13 |
| 0000000000 10001s | 1 | 14 |
| 0000000000 10011s | 3 | 6 |
| 0000000000 10010s | 5 | 5 |
| 0000000000 10001s | 7 | 4 |
| 0000000000 10000s | 8 | 5 |
| 0000000000 01111s | 9 | 4 |
| 0000000000 01110s | 11 | 3 |
| 0000000000 01101s | 12 | 3 |
| 0000000000 01100s | 15 | 3 |
| 0000000000 01011s | 31 | 2 |
| 0000000000 01010s | 37 | 2 |
| 0000000000 01001s | 38 | 2 |
| 0000000000 01000s | 39 | 2 |
| 0000000000 00111s | 40 | 3 |
| 0000000000 00101s | 43 | 3 |
| 0000000000 00101s | 45 | 2 |
| 0000000000 00100s | 50 | 2 |
| 0000000000 0011s | 55 | 1 |
| 0000000000 0010s | 57 | 1 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

Table 7-5k. Variable length codes for dct_coeff_next.

| dct_coeff_next variable length code (NOTE) | run | level |
|---|---|---|
| 01s | 0 | 1 |
| 001s | 0 | 2 |
| 100s | 1 | 1 |
| 1010s | 2 | 1 |
| 10110s | 0 | 3 |
| 10111s | 0 | 4 |
| 1000s | 1 | 2 |
| 11001s | 3 | 1 |
| 110100s | 0 | 5 |
| 110101s | 4 | 1 |
| 110110s | 5 | 1 |
| 110111s | 6 | 1 |
| 1110000s | 0 | 6 |
| 1110001s | 1 | 3 |
| 1110010s | 2 | 2 |
| 1110011s | 7 | 1 |
| 1101000s | 0 | 7 |
| 1101010s | 0 | 8 |
| 1101100s | 1 | 4 |
| 1101010s | 4 | 2 |
| 1101110s | 5 | 2 |
| 1101111s | 6 | 2 |
| 1111000s | 8 | 1 |
| 1111001s | 9 | 1 |
| 1111010s | 10 | 1 |
| 11110011s | 0 | 9 |
| 11111111s | 0 | 10 |
| 111101000s | 0 | 11 |
| 111101001s | 1 | 5 |
| 111101010s | 2 | 5 |
| 111101011s | 3 | 3 |
| 111101100s | 7 | 2 |
| 111101101s | 11 | 1 |
| 111101110s | 12 | 1 |
| 111101111s | 13 | 1 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

Table 7-5l. Variable length codes for dct_coeff_next.

| dct_coeff_next variable length code (NOTE) | run | level |
|---|---|---|
| 111111000s | 15 | 1 |
| 111111001s | 0 | 12 |
| 1111110010s | 0 | 13 |
| 1111110011s | 0 | 14 |
| 111110101s | 1 | 6 |
| 111110110s | 2 | 4 |
| 111110111s | 4 | 3 |
| 111110000s | 14 | 1 |
| 111110010s | 16 | 1 |
| 1112100011 | escape | |
| 111101001s | 0 | 15 |
| 111101001s | 0 | 16 |
| 1111101010s | 0 | 17 |
| 1111101100s | 1 | 7 |
| 1111101100s | 1 | 8 |
| 1111101101s | 5 | 5 |
| 1111101110s | 3 | 4 |
| 1111101111s | 6 | 3 |
| 1111110000s | 7 | 3 |
| 1111110010s | 9 | 2 |
| 1111110011s | 10 | 2 |
| 1111100100s | 15 | 2 |
| 1111100110s | 17 | 1 |
| 1111100110s | 18 | 1 |
| 1111100111s | 19 | 1 |
| 1111100000s | 20 | 1 |
| 1111100001s | 23 | 1 |
| 1111101000s | 0 | 18 |
| 1111101001s | 0 | 19 |
| 11111101010s | 0 | 20 |
| 11111101011s | 1 | 9 |
| 11111101100s | 2 | 10 |
| 11111101101s | 6 | 6 |
| 11111101010s | 3 | 5 |
| 11111101101s | 4 | 4 |
| 11111101100s | 4 | 4 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

Table 7-5l. Variable length codes for dct_coeff_next.

| dct_coeff_next variable length code (NOTE) | run | level |
|---|---|---|
| 11111011110s | 12 | 2 |
| 11111011111s | 13 | 2 |
| 11111100000s | 14 | 2 |
| 111111000001s | 21 | 1 |
| 111111000010s | 22 | 1 |
| 111111000011s | 24 | 1 |
| 111111100100s | 25 | 1 |
| 111111100101s | 26 | 1 |
| 111111100110s | 31 | 1 |
| 1111110011101s | 0 | 21 |
| 1111110011111s | 0 | 22 |
| 1111110100000s | 0 | 23 |
| 1111110100001s | 0 | 24 |
| 1111110100010s | 0 | 25 |
| 111111010100s | 1 | 11 |
| 111111010100s | 1 | 12 |
| 111111010101s | 2 | 7 |
| 111111010110s | 3 | 6 |
| 111111010111s | 4 | 5 |
| 111111101000s | 5 | 5 |
| 111111101001s | 6 | 4 |
| 1111110101001s | 7 | 4 |
| 1111110101010s | 8 | 3 |
| 111111101011s | 16 | 2 |
| 111111101101s | 17 | 2 |
| 1111110101110s | 18 | 2 |
| 111111101111s | 23 | 2 |
| 111111110000s | 27 | 1 |
| 111111110001s | 28 | 1 |
| 111111110010s | 29 | 1 |
| 111111110011s | 30 | 1 |
| 111111110100s | 32 | 1 |
| 111111110101s | 33 | 1 |
| 111111110110s | 34 | 1 |
| 111111110111s | 39 | 1 |
| 1111110110001s | 0 | 26 |
| 1111110110010s | 0 | 27 |
| 1111110110011s | 0 | 28 |
| 1111110110100s | 0 | 29 |
| 1111110110100s | 0 | 13 |

NOTE - The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

116

117

MS-MOTO_752_0001230382

MS-MOTO_1823_00000720902

Table 7-5k. Variable length codes for dct_coeff_next.

| dct_coeff_next variable length code (NOTE) | run | level |
|---|---|---|
| 1111111101010s | 1 | 14 |
| 1111111101001s | 1 | 8 |
| 1111111010011s | 2 | 9 |
| 1111111010010s | 3 | 7 |
| 1111111011001s | 3 | 8 |
| 1111111010010s | 4 | 6 |
| 1111111101011s | 6 | 6 |
| 1111111011100s | 6 | 5 |
| 1111111011101s | 15 | 3 |
| 1111111011110s | 19 | 2 |
| 1111111011111s | 20 | 2 |
| 1111111100000s | 21 | 2 |
| 1111111100001s | 22 | 2 |
| 1111111100010s | 24 | 2 |
| 1111111100011s | 31 | 2 |
| 1111111100100s | 35 | 1 |
| 1111111100101s | 36 | 1 |
| 1111111100110s | 37 | 1 |
| 1111111100111s | 38 | 1 |
| 1111111101000s | 40 | 1 |
| 1111111101001s | 41 | 1 |
| 11111111010000s | 0 | 30 |
| 11111111010001s | 0 | 31 |
| 11111111010010s | 0 | 32 |
| 11111111010011s | 0 | 33 |
| 11111111011000s | 1 | 15 |
| 11111111011001s | 1 | 16 |
| 11111111011010s | 1 | 17 |
| 11111111011011s | 2 | 10 |
| 11111111011100s | 3 | 9 |
| 11111111011101s | 4 | 7 |
| 11111111011110s | 5 | 7 |
| 11111111011111s | 6 | 6 |
| 11111111100000s | 7 | 5 |
| 11111111100001s | 9 | 3 |
| 11111111100010s | 10 | 3 |
| 11111111100011s | 11 | 3 |
| 11111111100100s | 12 | 3 |
| 11111111100101s | 13 | 3 |
| 11111111100110s | 14 | 3 |

Table 7-5l. Variable length codes for dct_coeff_next.

| dct_coeff_next variable length code (NOTE) | run | level |
|---|---|---|
| 11111111100111s | 25 | 2 |
| 11111111101000s | 26 | 2 |
| 11111111101001s | 27 | 2 |
| 11111111101010s | 28 | 2 |
| 11111111101011s | 29 | 2 |
| 11111111101100s | 30 | 2 |
| 11111111101101s | 32 | 2 |
| 11111111101110s | 39 | 2 |
| 11111111101111s | 42 | 1 |
| 11111111110000s | 43 | 1 |
| 11111111110001s | 47 | 1 |
| 111111111001000s | 0 | 34 |
| 111111111001001s | 0 | 35 |
| 111111111001010s | 0 | 36 |
| 111111111001011s | 1 | 18 |
| 111111111001100s | 1 | 19 |
| 111111111010001s | 1 | 20 |
| 111111111010010s | 1 | 21 |
| 111111111010011s | 2 | 11 |
| 111111111010100s | 2 | 12 |
| 111111111011000s | 2 | 10 |
| 111111111011001s | 3 | 11 |
| 111111111011010s | 4 | 8 |
| 111111111011011s | 4 | 9 |
| 111111111011100s | 5 | 8 |
| 111111111011101s | 6 | 7 |
| 111111111011110s | 7 | 6 |
| 111111111011111s | 8 | 4 |
| 111111111010101s | 33 | 2 |
| 111111111010110s | 34 | 2 |
| 111111111010111s | 35 | 2 |
| 111111111011000s | 36 | 2 |
| 111111111011001s | 37 | 2 |
| 111111111011010s | 38 | 2 |
| 111111111011011s | 40 | 2 |
| 111111111011100s | 44 | 1 |
| 111111111011101s | 45 | 1 |
| 111111111011110s | 46 | 1 |
| 111111111011111s | 48 | 1 |

NOTE – The last bit 's' denotes the sign of the level, '0' for positive, '1' for negative.

Table 7-5n. Encoding of run and level following escape codes as a 20-bit fixed length code (-127 <= level <= 127) or as a 28-bit fixed length code (-255 <= level <= -128, 128 <= level <= 255).

| fixed length code | run |
|---|---|
| 0000 00 | 0 |
| 0000 01 | 1 |
| 0000 10 | 2 |
| ... | ... |
| ... | ... |
| ... | ... |
| ... | ... |
| ... | ... |
| 1111 11 | 63 |

| fixed length code | level |
|---|---|
| forbidden | -256 |
| 1000 0000 0000 0001 | -255 |
| 1000 0000 0000 0010 | -254 |
| ... | ... |
| 1000 0000 0111 1111 | -129 |
| 1000 0000 1000 0000 | -128 |
| 1000 0001 | -127 |
| 1000 0010 | -126 |
| ... | ... |
| 1111 1110 | -2 |
| 1111 1111 | -1 |
| forbidden | 0 |
| 0000 0001 | 1 |
| ... | ... |
| 0111 1111 | 127 |
| 0000 0000 1000 0000 | 128 |
| 0000 0000 1000 0001 | 129 |
| ... | ... |
| 0000 0000 1111 1111 | 255 |

118

119

MS-MOTO_752_0001230383

MS-MOTO_1823_00000720903