# EXHIBIT B

AVC-158

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION
ORGANISATION INTERNATIONALE DE NORMALISATION
ISO/IEC JTC1/SC2/WG11
CODING OF MOVING PICTURES AND ASSOCIATED AUDIO

ISO/IEC JTC1/SC2/WG11
MPEG91/ 221
November 1991

Source:   NHK(Japan Broadcasting Corporation)
Title:    Proposal for MPEG2 Video Coding Algorithm (#26)
Purpose:  Proposal

## 1.  INTRODUCTION

This document provides a description of the video coding algorithm we propose
for the Kurihama tests. The proposal is submitted by a group composed of NHK,
NEC, Sharp, Toppan, GCT, and Waseda Univ. in the framework of a subgroup of
Japanese collaboration. The preregistration number is 26.

This scheme is based on hybrid DCT coding with motion compensated prediction.
The coding is carried out on a field basis with interlaced scanning. Both
interfield and interframe motion compensated prediction are adopted. There are
two fundamental modes; one is intra-mode applying two-dimensional DCT to the
intrafield blocks, and the other is inter-mode applying horizontal one-
dimensional DCT to the interfield or interframe blocks in consideration of
statistical characteristics of each signal. B-Code is adopted for variable
length coding to obtain better word synchronism recovery properties.

## 2.  GENERAL CODEC OUTLINE

Block diagrams of the encoder and the decoder are shown in Figures 2.1 and
2.2. The coding is carried out on a field basis with interlaced scanning.

The input and output signal format meets CCIR Rec. 601. Preprocessing is done
using a two-dimensional low-pass filter which eliminates the spatial diagonal
higher frequency region.

Forward motion estimated prediction is performed for both interfield and
interframe. Neither backward prediction nor temporal interpolation technique
is applied.

Depending on the prediction mode, signals to be coded have distinctive charac-
teristics. Different transform coding, quantization, and variable length
coding suitable for each prediction mode should be employed to achieve both
higher coding efficiency and higher picture quality, accordingly.

Intra-pictures and inter-pictures are transformed by two-dimensional DCT and
horizontal one-dimensional DCT respectively.

1

MS-MOTO_752_0001230193
MS-MOTO_1823_00000720713



Figure 2.1 Block diagram of the encoder



Figure 2.2 Block diagram of the decoder

2

MS-MOTO_752_0001230194

MS-MOTO_1823_00000720714

The quantization characteristics to be used are coarser for higher frequency coefficients of intra-picture, and coarser for luminance than for chrominance. On the other hand, flat characteristics are used for inter-picture. The quantization parameter controls bit rate.

B-Code is employed for the variable length coding.
As for the DCT coefficients, combinations of zero-run length and the following nonzero value are encoded with different code assignments depending on the prediction mode, luminance or chrominance, and the target bit rate.

As for motion vectors, the differential vectors between the global motion vector of a field and the local motion vector of each macroblock are encoded.

A periodic structure of inserted intra-pictures ensures random access and fast search functions, etc.

## 3. SOURCE FORMAT

### 3.1 Input and Output Signals

The input and output picture format is the 525-line version of the 4:2:2 level of CCIR Rec. 601.
The coded region is 704 pixels x 240 lines for the luminance signal and 352 pixels x 240 lines for the chrominance signal, respectively, by cropping the left and right edges of input signals. The field rate is 59.94 Hz.
For processing purposes an offset of -128 is added to each video signal. Thus, the range of the video signal level is -128 to 127.

### 3.2 Pre- and Postprocessing

Two-dimensional low-pass filter eliminates the spatial diagonal higher frequency region of the input signal for both luminance and chrominance. This is based on the human visual property which has lower resolution in diagonal directions. Using this preprocessing, higher coding efficiency can be obtained while degradation of picture quality remains minimal.
Filtering is performed on a field signal. The filter coefficients are shown in Table 3.1.
Although postprocessing is also possible in the same manner, it is not done in this simulation.

Table 3.1 Filter coefficients of the two-dimensional low-pass filter

```
0    2    0    2    0    2    0
3    0   -8    0   -8    0    3        +----->Horizontal
0  -11   -2   40   -2  -11    0        |
3    0   47  136   47    0    3        |
0  -11   -2   40   -2  -11    0        v
3    0   -8    0   -8    0    3         Vertical
0    2    0    2    0    2    0   //256
```

## 4. LAYERED STRUCTURE OF VIDEO DATA

### 4.1 BLOCK

A block consists of an array of 8 pixels x 8 lines of either luminance or one

3

MS-MOTO_752_0001230195
MS-MOTO_1823_00000720715

of the color difference signals. Each block is field-based. Transformation and quantization are performed at the block level.

## 4.2 MACROBLOCK (MB)

A macroblock consists of 2 horizontally adjacent luminance blocks (16 pixels x 8 lines) and the co-sited single 8 x 8 Cb block and single 8 x 8 Cr block. The MB type (intra or inter) is determined on the MB level. Motion compensation is also performed at the MB level.

## 4.3 SLICE

A slice consists of a row of 44 MBs across the complete width of the picture field (704 pixels x 8 lines for luminance and 352 x 8 for chrominance). Adjustment of quantization is also done on the slice level to control bit rate.

## 4.4 PICTURE

A picture consists of 30 slices (704 pixels x 240 lines for luminance and 352 x 240 for chrominance).
The picture type (intra or predicted) is determined on the picture level.

## 4.5 GROUP OF PICTURES (GOP)

A GOP consists of 24 fields. The first field is intra-coded, the second predicted from the previous field, and the following 22 predicted from the previous field and frame within a GOP. This facilitates random access and fast forward/reverse. Also, it assures a total renewal of data every GOP to prevent errors from spreading.

## 5.   MOTION ESTIMATION AND COMPENSATION

Forward motion compensated prediction technique is employed on both interfield and interframe to exploit temporal redundancy. Neither backward prediction nor temporal interpolation is used. This helps reduce processing delay, hardware complexity and memory cost.

Motion estimation is performed on a 16-pixel x 8-line area of luminance signals of each macroblock by means of block matching method. Motion vectors are calculated on comparison between the decoded picture and the original picture. The range of motion vectors are +/- 15.5 pixels and +/- 6.5 lines (field lines) in half pel and line accuracy.

Motion estimation  is carried out in two steps. At the first stage, one candidate motion vector is obtained by an integer pel and line search in the range of +/- 15 pixels and +/- 6 lines. At the second stage, a final motion vector is obtained by searching half pel and line displaced positions around the candidate vector.
The picture values at picture edges are interpolated outward when  searching motion vectors.

The interpolation filter to provide half pel accuracy is a bilinear filter in both directions.
The matching criteria are based on the sum of the 16 x 8 absolute differences of luminance samples in a macroblock. The motion vector which gives the mini-

4

mum value is chosen. If two or more positions have the same total value, the shortest vector is chosen.

Motion compensation is performed on both the luminance and chrominance signals within each macroblock. The horizontal component of the motion vector for the chrominance signal is derived by halving that of the luminance signal in the same macroblock. The vertical component is identical to that of the luminance.

## 6. MODES AND MODE SELECTION

### 6.1 Picture Types

There are three types of picture field:

(1) Intra: All the macroblocks are coded intrafield.

(2) Predicted-1: Macroblocks may be coded intrafield or motion compensated interfield.

(3) Predicted-2: Macroblocks may be coded intrafield or motion compensated interfield or motion compensated interframe.

Three types of picture are used periodically. The first field of a GOP is coded as "Intra", the second one is coded as "Predicted-1", and the remaining 22 in a GOP are coded as "Predicted-2".

### 6.2 Macroblock Types in Predicted-picture

Macroblock selection in a predicted-picture is done in the following order:
(1) MC/No MC: The decision whether to make use of the motion compensation is based on the comparison between the sum of absolute field (frame) differences and that of displaced field (frame) differences of all the luminance pels in a macroblock. The selection is to minimize the value. If the both have the equal value, the motion compensation is not used.

(2) Interfield/Interframe: Selection is based on the smallest sum of absolute prediction errors in a macroblock. If both values are equal, the interfield-mode has priority.

(3) Intra/Inter: Decision is based on the comparison between the sum of absolute values subtracted by the mean value of a macroblock of the intra-signal and that of absolute prediction errors multiplied by 134/128 of the inter-signal in a macroblock. If both values are equal, intra-mode is selected.

## 7. TRANSFORMATION

For each component (Y, Cb, or Cr), discrete cosine transform (DCT) is applied to each block.
Two-dimensional (8 pixels x 8 lines) DCT is applied for intra-mode blocks, and horizontal one-dimensional (8 pixels x 1 line) DCT is applied for those of inter-mode depending on macroblock types.

Because of the well-known fact that interlaced images produce aliasing components in the vertical higher frequency region, motion compensated prediction errors to be coded have little correlation in the vertical direction. Thus,

MS-MOTO_752_0001230197

MS-MOTO_1823_00000720717

applying DCT in the vertical direction is not efficient for inter-mode signals in interlaced images. Moreover, the mosquitoes caused by edges in a DCT block do not spread vertically in the case of horizontal one-dimensional DCT, where picture quality will be improved.

## 8. QUANTIZATION

The DCT coefficients are quantized based on blocks of 8 pixels x 8 lines. Transform coefficients are first weighted with individual weighting factors which is function of the coefficient order, and then divided linearly by the quantization parameter which is the quantizer's rate control parameter, and last quantized by the nearly linear characteristic. These processes are described by the formula:

$$i[u,v] = f( c[u,v] \times 8 / w[u,v] / QP )    (8.1)$$

where $c[u,v]$ is the DCT coefficient, $w[u,v]$ is the corresponding element of the weighting matrix, QP is the quantization parameter, $f(.)$ is the nearly linear function, and $i[u,v]$ is the resultant index.

The weighting factors are different according to the macroblock type. As for intra-blocks, the factors vary two-dimensionally so as to provide coarser quantization for spatial diagonal higher frequency coefficients and differ from each other for luminance and chrominance signals. These characteristics are based on CCIR Rec. 723. On the other hand, for inter-blocks, 8 horizontal DCT blocks are combined vertically to make 8 x 8 blocks. The weighting factors have a flat characteristic for both luminance and chrominance signals. The weighting factors are shown in Figures 8.1 and 8.2.

| 8 | 8 | 10 | 16 | 22 | 38 | 54 | 64 |
|---|---|----|----|----|----|----|----|
| 8 | 13 | 13 | 19 | 32 | 38 | 54 | 64 |
| 8 | 13 | 19 | 27 | 38 | 45 | 64 | 64 |
| 10 | 13 | 22 | 32 | 38 | 45 | 64 | 64 |
| 13 | 22 | 27 | 32 | 45 | 54 | 64 | 64 |
| 19 | 27 | 27 | 38 | 54 | 64 | 64 | 64 |
| 27 | 32 | 32 | 38 | 54 | 64 | 64 | 64 |
| 27 | 38 | 38 | 45 | 64 | 64 | 64 | 64 |

| 8 | 8 | 10 | 10 | 13 | 16 | 16 | 17 |
|---|---|----|----|----|----|----|----|
| 8 | 9 | 10 | 11 | 13 | 16 | 17 | 17 |
| 10 | 10 | 10 | 11 | 15 | 17 | 17 | 17 |
| 10 | 11 | 12 | 12 | 16 | 17 | 17 | 17 |
| 12 | 13 | 13 | 15 | 17 | 17 | 17 | 17 |
| 15 | 16 | 17 | 17 | 17 | 17 | 17 | 17 |
| 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |

Luminance                                    Chrominance

Figure 8.1 Weighting matrices for intra-block

| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
|----|----|----|----|----|----|----|----|
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |

Figure 8.2 Weighting matrix for inter-block

The quantization parameter varies from 1 to 255 according to rate control.

The nearly linear quantizer has characteristics which are linear within the

6

MS-MOTO_752_0001230198
MS-MOTO_1823_00000720718

range of +/-255 with step 1, from +/-256 to +/-511 with step 2, from +/-512 to +/-1024 with step 4, and from +/-1025 to +/-2047 with step 8.

The arithmetic operation of integer division for intra-block DC coefficients rounds up or down to the nearest integer, and that for other coefficients truncates towards zero.

For inter-blocks, the same variable thresholding as SM3 is performed before quantization, and isolated value removal, which replaces +/-1 between zero-runs along the scanning order with 0, is performed after quantization. These operations occur only at the encoder. The scanning orders are described in 9.5 (Figures 9.1 and 9.2).

## 9.  CODING

### 9.1 B-Code

For variable length coding (VLC), we adopted B-Code which is one of the candidates in CCIR Rec. 723. In B-Code, a word consists of an even number of bits, organized as follows: bits holding odd positions called "continuation bits" are all set to 1 with the exception of the last one in each word, while even ones called "information bits" are freely encoded by information. The words expressed in B-Code have the following structure where X denotes the information bit;

Table 9.1 B-Code structure

| word length (bits) | number of words | word structure |
| --- | --- | --- |
| 2 | 2 | 0X |
| 4 | 4 | 1X0X |
| 6 | 8 | 1X1X0X |
| 8 | 16 | 1X1X1X0X |
| : | : | : |
| : | : | : |

Word synchronism information can be easily obtained from the odd bits, thus B-Code has the desirable features of better word synchronism recovery properties.

### 9.2 Picture Type

Three kinds of picture types are coded with a 2-bit word.

Table 9.2 Code for picture types

| Picture Types | Code |
| --- | --- |
| Intra | 00 |
| Predicted-1 | 01 |
| Predicted-2 | 10 |

### 9.3 Macroblock Type

Each picture field has one of the three modes, intra, predicted-1, or predict-

7

MS-MOTO_752_0001230199

MS-MOTO_1823_00000720719

ed-2. According to these three modes, different VLC tables are used for each macroblock type.

Since intra-fields have only the intra-MB type, no code for MB type is assigned for them.

Predicted-1-fields have the following MB types, with their respective codes.

Table 9.3 Code for macroblock types for predicted-1-fields

| Macroblock Types | Code |
| --- | --- |
| Intra | 00 |
| MC Interfield | 01 |
| No MC Interfield | 1000 |

Predicted-2-fields have the following MB types, with their respective codes.

Table 9.4 Code for macroblock types for predicted-2-fields

| Macroblock Types | Code |
| --- | --- |
| Intra | 1000 |
| MC Interfield | 01 |
| No MC Interfield | 1001 |
| MC Interframe | 00 |
| No MC Interframe | 1100 |

9.4 Motion Vector

Motion vectors are coded by means of both global motion vector and local motion vector.
The global motion vector represents the motion as a full picture, while the local motion vector does that of each macroblock. In this simulation, the global motion vector is obtained by the motion vectors of macroblocks having the same macroblock types (MC interfield or MC interframe) averaged over a picture.
It is preferable that the global motion vector be derived by a global motion estimation.

The global motion vectors are coded with a 6-bit word per picture for each horizontal and vertical component.

The local motion vectors are represented as differential motion vectors between the global motion vector and the local motion vector in each macroblock, and then coded according to the B-Code principle.
A 1-bit flag for each horizontal and vertical component is assigned to inform whether the vector is zero or not, and only if it is not zero, the vector is coded using the following VLC table. Even though this table shows only the word length, code words are easily obtained according to the B-Code principle. Both horizontal and vertical components are coded with the same VLC table.

8

MS-MOTO_752_0001230200

MS-MOTO_1823_00000720720

Table 9.5 Number of bits used for the VLC for motion vectors

| Motion Vector | word length(bits) |
|---|---|
| +/- 0.5 | 2 |
| +/- 1.0 .. 1.5 | 4 |
| +/- 2.0 .. 3.5 | 6 |
| +/- 4.0 .. 7.5 | 8 |
| +/- 8.0 .. 15.5 | 10 |
| +/-16.0 .. 31.0 | 12 |

## 9.5 Transform Coefficient

After the DCT coefficients have been quantized, they are coded in different manners for intra-picture and predicted-picture.

The suitable VLC tables depend on the target bit rate. In this simulation, two kinds of tables are available for each target bit rate (4M and 9M) at the encoder and the decoder, and the table to be used is identified by the sequence header.

## 9.5.1 Intra-picture

The DC coefficients are coded without loss by DPCM technique from left to right in a slice. At the left edge of the slice, the value itself is coded. The VLC table for these DC coefficients are shown in Table 9.6.

Table 9.6 Number of bits used for the VLC for DC coefficients
        of intra-picture.

| | LEVEL | | | word length(bits) |
|---|---|---|---|---|
| | 0, | -1 | | 2 |
| +1 .. | +2, | -2 .. | -3 | 4 |
| +3 .. | +6, | -4 .. | -7 | 6 |
| +7 .. | +14, | -8 .. | -15 | 8 |
| +15 .. | +30, | -16 .. | -31 | 10 |
| +31 .. | +62, | -32 .. | -63 | 12 |
| +63 .. | +126, | -64 .. | -127 | 14 |
| +127 .. | +254, | -128 .. | -255 | 16 |
| +255 .. | +510, | -256 .. | -511 | 18 |
| +511 .. | +1022, | -512 .. | -1023 | 20 |
| +1023 .. | +1278, | -1024 .. | -1278 | 22 |

The AC coefficients are sequentially transmitted according to the zigzag scanned orders shown in Figure 9.1 in a 8 x 8 block. These scanned orders differ between luminance and chrominance signals. The combinations of zero-run length (RUN) and the following nonzero value (LEVEL) are coded. EOB (End of block) is appended to the last coded data in a block. When the last data in a block is zero-run, the zero-run is replaced by EOB.

9

MS-MOTO_752_0001230201

MS-MOTO_1823_00000720721

```
 0   2   6  12  20  28  36  44       0   2   3   9  10  20  21  35
 1   5  11  19  27  35  43  51       1   4   8  11  19  22  34  36
 3   7  13  21  29  37  45  52       5   7  12  18  23  33  37  48
 4  10  18  26  34  42  50  57       6  13  17  24  32  38  47  49
 8  14  22  30  38  46  53  58      14  16  25  31  39  46  50  57
 9  17  25  33  41  49  56  61      15  26  30  40  45  51  56  58
15  23  31  39  47  54  59  62      27  29  41  44  52  55  59  62
16  24  32  40  48  55  60  63      28  42  43  53  54  60  61  63
```

              Luminance                        Chrominance

           Figure 9.1 Zigzag scanned orders for intra-block

The most commonly occurring combinations of successive zeros and following
value are encoded with two-dimensional (RUN,LEVEL) VLC tables as listed in
Tables 9.7 to 9.10.

Other combinations are encoded by the ESC-sequence with a word consisting of
12-bit ESCAPE, RUN and LEVEL as listed in Tables 9.11 and 9.12. The excuse is
that these tables contain only word lengths. Although duplicate code words are
assigned to both RUN and LEVEL, it is able to distinguish between RUN and
LEVEL according to its order in sequences.
Different VLC tables are used for luminance and chrominance.
The EOB word length for intra-pictures is 4 bits.

Table 9.11 Number of bits used for one-dimensional VLC for RUN
           of intra-picture

| RUN | VLC Length(bits) |
|---|---|
| 0 .. 1 | 2 |
| 2 .. 4, EOB | 4 |
| 5 .. 12 | 6 |
| 13 .. 28 | 8 |
| 29 .. 60 | 10 |
| 61 .. 63, ESC | 12 |

Table 9.12 Number of bits used for one-dimensional VLC for LEVEL
           of intra-picture

| LEVEL | | | VLC Length(bits) |
|---|---|---|---|
| | +9, | -9 | 2 |
| +10 .. | +11, | -10, | EOB | 4 |
| +12 .. | +15, | -11 .. -14 | 6 |
| +16 .. | +23, | -15 .. -22 | 8 |
| +24 .. | +39, | -23 .. -38 | 10 |
| +40 .. | +70, | -39 .. -70, ESC | 12 |
| +71 .. | +134, | -71 .. -134 | 14 |
| +135 .. | +262, | -135 .. -262 | 16 |
| +263 .. | +518, | -263 .. -518 | 18 |
| +519 .. | +639, | -519 .. -639 | 20 |

10

MS-MOTO_752_0001230202

MS-MOTO_1823_00000720722

Table 9.7 Number of bits used for two-dimensional VLC
for luminance of intra-picture at 4Mbps

| LEVEL \ RUN | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10··15 | 16 | 17··21 | 22··31 | 32··61 | 62··63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 6 | 6+ | 8 | 8+ | 10 | 10 | 10 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 18 |
| 2 | 4 | 8 | 10 | 10 | 12 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 15 | 16 | 18 | 18 |
| 3 | 4+ | 8 | 10 | 12 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 |
| 4 | 6 | 10 | 12 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 |
| 5 | 6 | 10 | 12 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 8 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 8 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 |
| 8 | 8 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 | 8 | 12 | 14 | 14 | | | | | | | | | | | | |
| 10 ⋮ 11 | 10 | 12 | 14 | 16 | | | | | | | | | | | | |
| 12 | 10 | 14 | 14 | 16 | | | | | | | | | | | | |
| 13 ⋮ 16 | 10 | 14 | 16 | 16 | | | | | | | | | | | | |
| 17 | 10+ | 14 | | | | | | | | | | | | | | |
| 18 ⋮ 24 | 12 | 14 | | | | | | | | | | | | | | |
| 25 ⋮ 32 | 12 | 16 | | | | | | | ESCAPE + RUN + LEVEL | | | | | | | |
| 33 ⋮ 54 | 14 | 20 | | | | | | | | | | | | | | |
| 55 ⋮ 64 | 16 | 20 | | | | | | | | | | | | | | |
| 65 ⋮ 128 | 20 | 20 | | | | | | | | | | | | | | |
| 129 ⋮ 639 | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

11

MS-MOTO_752_0001230203
MS-MOTO_1823_00000720723

Table 9.8 Number of bits used for two-dimensional VLC
for chrominance of intra-picture at 4Mbps

| LEVEL \ RUN | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8··9 | 10 | 11··15 | 16··17 | 18··21 | 22··25 | 26··31 | 32··63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 4+ | 6 | 8 | 8 | 8 | 8 | 10 | 10 | 10 | 12 | 12 | 14 | 14 | 16 | 16 |
| 2 | 4 | 8 | 10 | 10 | 12 | 12 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 16 | 18 |
| 3 | 6 | 8+ | 10+ | 12 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 |
| 4 | 6 | 10 | 12 | 12 | 14 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 |
| 5 | 6+ | 10 | 12 | 14 | 14 | 14 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 8 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 8 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 |
| 8 | 10 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 | 10 | 14 | 14 | 14 | | | | | | | | | | | | |
| 10 ⋮ 13 | 10 | 14 | 14 | 16 | | | | | | | | | | | | |
| 14 | 12 | 14 | 14 | 16 | | | | | | | | | | | | |
| 15 ⋮ 16 | 12 | 14 | 16 | 16 | | | | | | | | | | | | |
| 17 ⋮ 19 | 12 | 14 | | | | | | | | | | | | | | |
| 20 ⋮ 23 | 12 | 16 | | | | | | | | | | | | | | |
| 24 ⋮ 32 | 14 | 16 | | | | | EACAPE + RUN + LEVEL | | | | | | | | | |
| 33 ⋮ 38 | 14 | 20 | | | | | | | | | | | | | | |
| 39 ⋮ 62 | 16 | 20 | | | | | | | | | | | | | | |
| 63 ⋮ 64 | 18 | 20 | | | | | | | | | | | | | | |
| 65 ⋮ 128 | 20 | 20 | | | | | | | | | | | | | | |
| 129 ⋮ 639 | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

12

MS-MOTO_752_0001230204

MS-MOTO_1823_00000720724

Table 9.9 Number of bits used for two-dimensional VLC
for luminance of intra-picture at 9Mbps

| RUN / LEVEL | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9··14 | 15 | 16··21 | 22··29 | 30··63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 6 | 8 | 8 | 10 | 10 | 10 | 12 | 12 | 14 | 16 | 16 | 16 | 16 |
| 2 | 4 | 8 | 10 | 12 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 16 | 18 |
| 3 | 4+ | 10 | 12 | 12 | 14 | 14 | 14 | 16 | 15 | 16 | 16 | 18 | 18 | 18 |
| 4 | 6 | 10 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 |
| 5 | 6 | 10 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 6+ | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 8 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 20 | 20 |
| 8 | 8 | 12 | 14 | 16 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 : 10 | 8 | 12 | 14 | 16 | | | | | | | | | | |
| 11 | 8+ | 14 | 16 | 16 | | | | | | | | | | |
| 12 : 16 | 10 | 14 | 16 | 16 | | | | | | | | | | |
| 17 : 19 | 10 | 14 | | | | | | | | | | | | |
| 20 | 10+ | 14 | | | | | | | | | | | | |
| 21 : 24 | 12 | 14 | | | | | | | | | | | | |
| 25 : 32 | 12 | 16 | | | | | | | EACAPE + RUN + LEVEL | | | | | |
| 33 : 38 | 12 | 20 | | | | | | | | | | | | |
| 39 : 64 | 14 | 20 | | | | | | | | | | | | |
| 65 : 128 | 20 | 20 | | | | | | | | | | | | |
| 129 : 639 | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

13

MS-MOTO_752_0001230205

MS-MOTO_1823_00000720725

Table 9.10 Number of bits used for two-dimensional VLC
for chrominance of intra-picture at 9Mbps

| LEVEL \ RUN | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8··10 | 11··12 | 13··14 | 15 | 16··17 | 18··21 | 22··31 | 32··62 | 63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 4+ | 6+ | 8 | 8 | 10 | 10 | 10 | 10 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 18 |
| 2 | 4 | 8 | 10 | 10 | 12 | 12 | 12 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 16 | 18 | 18 |
| 3 | 6 | 8+ | 12 | 12 | 14 | 14 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 |
| 4 | 6 | 10 | 12 | 14 | 14 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| 5 | 6 | 10+ | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 8 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 8 | 12 | 14 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 |
| 8 | 8 | 12 | 14 | 16 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 | 8 | 12 | 14 | 16 | | | | | | | | | | | | | |
| 10 | 10 | 14 | 16 | 16 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | |
| 16 | 12 | 14 | 16 | 16 | | | | | | | | | | | | | |
| 17 | 12 | 14 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | |
| 19 | 12 | 16 | | | | | | | | | | | | | | | |
| : | | | | | ESCAPE + RUN + LEVEL | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | |
| 32 | 14 | 16 | | | | | | | | | | | | | | | |
| 33 | 14 | 20 | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | | | |
| 63 | 16 | 20 | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | | |
| 65 | 20 | 20 | | | | | | | | | | | | | | | |
| 128 | | | | | | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | | | | | | |
| 639 | | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

14

MS-MOTO_752_0001230206
MS-MOTO_1823_00000720726

## 9.5.2 Predicted-picture

The DCT coefficients of intra-blocks in predicted-pictures are scanned according to the same zigzag scanned orders as shown in Figure 9.1. On the other hand, the coefficients of inter-blocks are scanned according to the vertical scanned order shown in Figure 9.2, common to both luminance and chrominance signals.

```
0  15  16  31  32  47  48  63
1  14  17  30  33  46  49  62
2  13  18  29  34  45  50  61
3  12  19  28  35  44  51  60
4  11  20  27  36  43  52  59
5  10  21  26  37  42  53  58
6   9  22  25  38  41  54  57
7   8  23  24  39  40  55  56
```

Figure 9.2 Vertical scanned order for inter-block

The combinations of zero-run length and the following nonzero value are encoded in the same manner as intra-picture AC coefficients. The two-dimensional VLC tables for predicted-pictures are listed in Tables 9.13 to 9.16. The remaining combinations are coded by the same ESC-sequence as intra-picture with VLC tables listed in Tables 9.17 and 9.18.
The EOB word length for predicted-pictures is 2 bits.

Table 9.17 Number of bits used for one-dimensional VLC for RUN
of predicted-picture

| RUN | VLC Length(bits) |
|---|---|
| 0,      EOB | 2 |
| 1 ..  4 | 4 |
| 5 .. 12 | 6 |
| 13 .. 28 | 8 |
| 29 .. 60 | 10 |
| 61 .. 63,  ESC | 12 |

Table 9.18 Number of bits used for one-dimensional VLC for LEVEL
of predicted-picture

| LEVEL | | VLC Length(bits) |
|---|---|---|
| +9, | EOB | 2 |
| +10 ..  +11,   -9 ..  -10 | | 4 |
| +12 ..  +15,  -11 ..  -14 | | 6 |
| +16 ..  +23,  -15 ..  -22 | | 8 |
| +24 ..  +39,  -23 ..  -38 | | 10 |
| +40 ..  +70,  -39 ..  -70,  ESC | | 12 |
| +71 .. +134,  -71 .. -134 | | 14 |
| +135 .. +262, -135 .. -262 | | 16 |
| +263 .. +518, -263 .. -518 | | 18 |
| +519 .. +639, -519 .. -639 | | 20 |

15

MS-MOTO_752_0001230207

MS-MOTO_1823_00000720727

Table 9.13 Number of bits used for two-dimensional VLC
for luminance of predicted-picture at 4Mbps

| LEVEL \ RUN | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8··10 | 11 | 12··15 | 16··17 | 18··21 | 22··31 | 32··52 | 53··63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2+ | 4+ | 6 | 6+ | 8 | 8 | 8 | 8 | 10 | 10 | 10 | 12 | 12 | 12 | 14 | 16 |
| 2 | 4 | 6 | 8 | 8 | 8 | 10 | 10 | 10 | 10 | 10+ | 12 | 12 | 14 | 14 | 18 | 18 |
| 3 | 6 | 10 | 12 | 12 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 18 | 18 | 18 | 18 | 18 |
| 4 | 8+ | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 16 | 18 | 18 | 18 | 18 | 18 |
| 5 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 12 | 14 | 16 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 14 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 |
| 8 | 14 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 : 10 | 14 | 16 | 16 | 16 | | | | | | | | | | | | |
| 11 : 16 | 16 | 16 | 16 | 16 | | | | | | | | | | | | |
| 17 : 32 | 16 | 16 | | | | | | | | | | | | | | |
| 33 : 62 | 16 | 20 | | | | ESCAPE + RUN + LEVEL | | | | | | | | | | |
| 63 : 64 | 18 | 20 | | | | | | | | | | | | | | |
| 65 : 128 | 20 | 20 | | | | | | | | | | | | | | |
| 129 : 639 | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

16

MS-MOTO_752_0001230208
MS-MOTO_1823_00000720728

Table 9.14 Number of bits used for two-dimensional VLC
for chrominance of predicted-picture at 4Mbps

| LEVEL \ RUN | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8··10 | 11 | 12 | 13 | 14 | 16··17 | 18 | 19··21 | 22··31 | 32··59 | 60··63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2+ | 4+ | 6 | 6 | 6 | 6+ | 8 | 8 | 8 | 8 | 8+ | 10 | 10 | 10 | 10+ | 12 | 12 | 14 | 16 |
| 2 | 4 | 10 | 10 | 10 | 10 | 10 | 10 | 12 | 12 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 14 | 18 | 18 |
| 3 | 8 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| 4 | 10 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| 5 | 10 | 14 | 14 | 14 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 10 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 12 | 16 | 16 | 16 | 15 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 |
| 8 | 12 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 | 12 | 16 | 16 | 16 | | | | | | | | | | | | | | | |
| 10 | 14 | 16 | 16 | 16 | | | | | | | | | | | | | | | |
| 11 : 16 | 16 | 16 | 16 | 16 | | | | | | | | | | | | | | | |
| 17 : 32 | 16 | 16 | | | | | | | | | ESCAPE + RUN + LEVEL | | | | | | | | |
| 33 : 62 | 16 | 20 | | | | | | | | | | | | | | | | | |
| 63 : 64 | 18 | 20 | | | | | | | | | | | | | | | | | |
| 65 : 128 | 20 | 20 | | | | | | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | | | | | | | | |
| 639 | | | | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

1 7

MS-MOTO_752_0001230209

MS-MOTO_1823_00000720729

Table 9.15 Number of bits used for two-dimensional VLC
for luminance of predicted-picture at 9Mbps

| LEVEL \ RUN | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9..13 | 14 | 15 | 16 | 17..21 | 22..23 | 24..31 | 32..41 | 42..63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2+ | 6 | 6+ | 8 | 8 | 8 | 8+ | 10 | 10 | 10 | 10+ | 12 | 12 | 12 | 12 | 14 | 14 | 16 |
| 2 | 4 | 6 | 8 | 8 | 10 | 10 | 10 | 10 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 18 | 18 | 18 |
| 3 | 4+ | 8 | 10 | 12 | 12 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 18 | 18 | 18 | 18 | 18 | 18 |
| 4 | 6 | 10 | 12 | 12 | 12 | 14 | 14 | 14 | 14 | 14 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| 5 | 8 | 12 | 14 | 14 | 14 | 14 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 10 | 12 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 12 | 14 | 14 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 | 20 |
| 8 | 12 | 14 | 16 | 16 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 9 | 12 | 16 | 16 | 16 | | | | | | | | | | | | | | |
| 10<br>:<br>13 | 14 | 16 | 16 | 16 | | | | | | | | | | | | | | |
| 14<br>:<br>16 | 16 | 16 | 16 | 16 | | | | | | | | | | | | | | |
| 17<br>:<br>32 | 16 | 16 | | | | | | | | | | | | | | | | |
| 33<br>:<br>52 | 16 | 20 | | | | ESCAPE + RUN + LEVEL | | | | | | | | | | | | |
| 53<br>:<br>64 | 18 | 20 | | | | | | | | | | | | | | | | |
| 65<br>:<br>128 | 20 | 20 | | | | | | | | | | | | | | | | |
| 129<br>:<br>639 | | | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

18

MS-MOTO_752_0001230210
MS-MOTO_1823_00000720730

Table 9.16 Number of bits used for two-dimensional VLC
for chrominance of predicted-picture at 9Mbps

| RUN / LEVEL | 0 | 1 | 2 | 3 | 4 | 5 | 6··7 | 8 | 9 | 10 | 11··15 | 16 | 17 | 18 | 19··21 | 22··30 | 31 | 32··50 | 51··63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2+ | 4+ | 6 | 6 | 6 | 6+ | 8 | 8 | 8 | 8 | 10 | 10 | 10+ | 12 | 12 | 12 | 14 | 14 | 16 |
| 2 | 4 | 8 | 8+ | 10 | 10 | 10 | 10 | 10 | 12 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 18 | 18 | 18 |
| 3 | 8 | 12 | 12 | 12 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 4 | 10 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 5 | 10 | 14 | 14 | 14 | 14 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 6 | 12 | 14 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 7 | 12 | 16 | 16 | 16 | 16 | 16 | 16 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 20 | 20 | 20 | 20 |
| 8 : 10 | 12 | 16 | 16 | 16 | 16 | 16 | 16 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 11 : 16 | 14 | 16 | 16 | 16 | | | | | | | | | | | | | | | |
| 17 | 14 | 15 | | | | | | | | | | | | | | | | | |
| 18 : 32 | 16 | 16 | | | | | | | | ESCAPE + RUN + LEVEL | | | | | | | | | |
| 33 : 62 | 16 | 20 | | | | | | | | | | | | | | | | | |
| 63 : 64 | 18 | 20 | | | | | | | | | | | | | | | | | |
| 65 : 128 | 20 | 20 | | | | | | | | | | | | | | | | | |
| 129 : 639 | | | | | | | | | | | | | | | | | | | |

Note : "+" means that additional 2 bits are required for negative LEVEL.

19

MS-MOTO_752_0001230211

MS-MOTO_1823_00000720731

## 10. VIDEO MULTIPLEX CODER

The video multiplex is arranged in a hierarchical structure with six layers. A
syntax diagram of the video multiplex coder is shown in Figure 10.1.

Sequence Layer

```
--SEQSC--HSIZE--VSIZE--ASRAT--FRATE--VLC--UD-+-GOP Data-+-SEQEC
                                             +----<-----+
```

Group of Picture Layer

```
-+-GOPSC -+-Picture Data-++
 |        +------<------+|
 +-----------<------------+
```

Picture Layer

```
                 +--- TIMECODE ---+
-+-PSC--TR--PTYPE-+-GLMVD1--GLMVD2-++-Slice Data-++
 |                      +------<-----+|
 +------------------------------<-----------------+
```

Slice Layer

```
-+-SSC--SVP--SQUANT-+-MB data-+-STUFF-+
 |                  +----<----+       |
 +----------------<--------------------+
```

Macroblock Layer

```
    +---------->-------------+
    |        +--->--+ +--->--+ |
-+-+-MTYPE-+-MVD1-+-+-MVD2-+-++-Block Data-++
 |                      +------<-----+|
 +---------------------<----------------+
```

Block Layer

```
    +---->----+
-+-+-TCOEFF-+++-EOB-+
 | +----<----+     |
 +--------<---------+
```

Figure 10.1 Syntax diagram of the video multiplex coder

Each layer consists of the following data.

10.1 Sequence Layer

Data for the Sequence Layer consists of:
- Sequence start code (SEQSC) [32 bits]
     0000 0000 0000 0000 0000 0001 1011 0011
- Horizontal picture size (HSIZE) [12 bits]
     0010 1100 0000
- Vertical picture size (VSIZE) [12 bits]
     0000 1111 0000

20

MS-MOTO_752_0001230212

MS-MOTO_1823_00000720732

- Pixel aspect ratio (ASRAT) [4 bits]
    1100
- Picture rate (FRATE) [4 bits]
    0100
- VLC indicator (VLC) [2 bits]
    01 for 4M, 10 for 9M
- User data (UD) [30 bits]
- Data for Group of Pictures
- Sequence end code (SEQEC) [32 bits]
    0000 0000 0000 0000 0000 0001 1011 0111

## 10.2 Group of Picture Layer

Data for the Group of Pictures Layer consists of:
- Group of Pictures start code (GOPSC) [32 bits]
    0000 0000 0000 0000 0000 0001 1011 1000
- Data for Pictures

## 10.3 Picture Layer

Data for the Picture Layer consists of:
- Picture start code (PSC) [32 bits]
    0000 0000 0000 0000 0000 0001 0000 0000
- Temporal reference (TR) [6 bits]
- Picture type information (PTYPE) [2 bits]
- Global motion vector data for MC Interfield(GLMVD1) [6+6 bits]
- Global motion vector data for MC Interframe(GLMVD2) [6+6 bits]
- Timecode for Intra picture (TIMECODE) [24 bits]
- Data for Slices

## 10.4 Slice Layer

Data for the Slice Layer consists of:
- Slice start code (SSC) [16 bits]
    0000 0001 0000 0001
- Slice vertical position (SVP) [8 bits]
- Quantization parameter(SQUANT) [8 bits]
- Data for Macroblocks
- Stuffing bits (STUFF) [0-15 bits]

## 10.5 Macroblock Layer

Data for the Macroblock Layer consists of:
- Macroblock type (MTYPE) [VLC]
- Differential motion vector data for MC Inter field (MVD1) [VLC]
- Differential motion vector data for MC Inter frame (MVD2) [VLC]
- Data for Blocks

## 10.6 Block Layer

Data for the Block Layer consists of:
- Transform coefficients (TCOEFF) [VLC]
- End of block (EOB) [VLC]

21

MS-MOTO_752_0001230213

MS-MOTO_1823_00000720733

## 11. RATE CONTROL

Rate control is achieved by variation of quantization.
The target number of bits and initial value of the corresponding quantization parameter for each picture type are determined in advance.

The reference buffer occupancy (REFB) is calculated at each slice from the target number of bits, the initial buffer occupancy, and the target bit rate. Meanwhile, the current buffer occupancy (CURB) is observed at each slice. The difference value (DIF) between the reference value and the current value is used to control the quantization parameter (QP). If the current value is smaller than the reference value, the quantization parameter should be made smaller than the initial quantization parameter (QP0). These operations are described as follows;

$$\text{DIF[kbits]} = \text{CURB[kbits]} - \text{REFB[kbits]} \qquad (11.1)$$
$$\text{QP} = \text{DIF} / 10 + \text{QP0} \qquad (11.2)$$

The averaged value of the quantization parameters in the current field is used to update the initial quantization parameter for the next same picture type.

## 12. IMPLEMENTATION ANALYSIS

### 12.1 Encoder

#### 12.1.1 Buffer

There are two kinds of buffer, one is a picture buffer for motion estimation and motion compensation, the other is a coded data buffer.

- Picture buffer: 2 Fields x 8 bits
    = 338k x 8 bits, 13.5MHz,
      for motion estimation.

    1 Frame x 8 bits
    = 338k x 8 bits, 13.5MHz,
      for motion compensation of chrominance.

- Coded data buffer: 2048k bits

#### 12.1.2 Prefilter

- 7 x 7 two-dimensional low-pass filter (symmetrical filter)

    Memory: 2(Y/C) x 6 H x 8 bits
        = 8k x 8 bits, 13.5MHz
          H: Horizontal scanning line

    Adder: 2(Y/C) x 48, 16bits, 13.5MHz

    Multiplier: 2(Y/C) x 16, 9bits, 13.5MHz

    Delay time: 3 H/13.5MHz

22

MS-MOTO_752_0001230214
MS-MOTO_1823_00000720734

## 12.1.3 LS/BS

A scan conversion from line scanning (LS) to block scanning (BS) is performed after the preprocessing. This process is illustrated in Figure 12.1.



Figure 12.1 Scan conversion

- Line/Block scan conversion

      Memory: 2(Y/C) x 16 H x 8 bits
             = 22.5k x 8 bits, 13.5MHz

      Delay time: 8 H/13.5MHz

## 12.1.4 Mode Decision

- Intra/Inter mode decision

Multiplication factor 134/128 equals 1 + 1/32 + 1/64.

      Memory: 2 MB x 8 bits = 256 x 8 bits, 13.5MHz
             MB: Macroblock size = 128 samples

      Adder: 3, 15 bits, 13.5MHz, for integration.
             2,  8 bits, 13.5MHz, for subtraction and comparison.
             2, 15 bits, 13.5MHz, as a multiplier.

      Absoluter: 2, 9 bits, 13.5MHz

      Delay time: 2 MB/13.5MHz

## 12.1.5 DCT

- 8 x 1 one-dimensional DCT

   Scan conversion
      Memory: 2(Y/C) x 1 MB x 8 bits, 13.5MHz

   DCT processor (e.g. Fujitsu MB630603)
      2(Y/C) x 1, 13.5MHz

23

MS-MOTO_752_0001230215
MS-MOTO_1823_00000720735

```
    (on chip)
      Tables: 64 x 14 bits, 13.5MHz, fixed

      Adder:  8, 26 bits, 13.5MHz

      Multiplier: 8, 14 bits, 13.5MHz
```

- 8 x 8 two-dimensional DCT

    Two-dimensional DCT can be performed by double one-dimensional DCT.

```
    DCT processor (e.g. Inmos IMS A121)
      2(Y/C) x 1, 13.5MHz
      (on chip)
        Tables: 64 x  14 bits, 13.5MHz, fixed

        Adder:  8, 26 bits, 13.5MHz, for 1st 1-D DCT.
                8, 33 bits, 13.5MHz, for 2nd 1-D DCT.

        Multiplier: 8, 14 bits, 13.5MHz, for 1st 1-D DCT.
                    8, 16 bits, 13.5MHz, for 2nd 1-D DCT.

        Memory: 128 x 16 bits, 13.5MHz, for results of 1st DCT.

        Delay time: 128/13.5MHz
```

## 12.1.6 Quantizer

- Variable thresholding

```
      Table: 2(Y/C) x 64 x 6 bits
           = 128 x 6 bits, 13.5MHz, fixed,  for scanned orders.

      Memory: 2(Y/C) x 128 x 12 bits
            = 256 x 12 bits, 13.5MHz

      Adder: 2(Y/C), 8 bits, 13.5MHz
```

- Quantizer

```
      Table: 2(Y/C) x 2(Intra/Inter) x 64 x 7 bits
           = 256 x 7 bits, 13.5MHz, fixed, for weighting factors.

             2(Y/C) x 2(Intra/Inter) x 2048 x 11 bits
           = 8k x 11 bits, 13.5 MHz, fixed, for nearly linear quantizer.

      Multiplier: 2(Y/C) x 2(Intra/Inter) x 2, 15 bits, 13.5 MHz
```

- Isolated value removal

```
      Adder: 2(Y/C) x 2, 11 bits, 13.5 MHz
```

24

MS-MOTO_752_0001230216

MS-MOTO_1823_00000720736

12.1.7 Inverse Quantizer

> Table: 2(Y/C) x 2(Intra/Inter) x 64 x 7 bits
> = 256 x 7 bits, 13.5MHz, fixed, for weighting factors.
>
> 2(Y/C) x 2(Intra/Inter) x 640 x 12 bits
> = 2.6k x 12 bits, 13.5 MHz, fixed, for nearly linear quantizer.
>
> Multiplier: 2(Y/C) x 2(Intra/Inter) x 2, 15 bits, 13.5 MHz

12.1.8 Inverse DCT

- 8 x 1 one-dimensional DCT

  Scan conversion
  Memory: 2(Y/C) x 1 MB x 8 bits, 13.5MHz

  DCT processor x 2(Y/C)   (e.g. Fujitsu MB630603)
  (on chip)
  Tables: 64 x 14 bits, 13.5MHz, fixed

  Adder:  8, 29 bits, 13.5MHz

  Multiplier: 8, 14 bits, 13.5MHz

- 8 x 8 two-dimensional DCT

  Two-dimensional DCT can be performed by double one-dimensional DCT.

  DCT processor x 2(Y/C)   (e.g. Inmos IMS A121)
  (on chip)
  Tables: 64 x 14 bits, 13.5MHz, fixed

  Adder:  8, 29 bits, 13.5MHz, for 1st 1-D DCT.
          8, 33 bits, 13.5MHz, for 2nd 1-D DCT.

  Multiplier: 8, 14 bits, 13.5MHz, for 1st 1-D DCT.
              8, 16 bits, 13.5MHz, for 2nd 1-D DCT.

  Memory: 128 x 16 bits, 13.5MHz, for results of 1st DCT.

  Delay time: 128/13.5MHz

12.1.9 Motion Estimation

- The 1st search (integer accuracy)

  Motion estimation processor(e.g. Thomson STI3220)
  2(Field/Frame) x 2, 13.5 MHz
  (on chip)
  Adder: 384, 9bits, 13.5MHz

25

MS-MOTO_752_0001230217

MS-MOTO_1823_00000720737

```
      (off chip)
        Memory: 2(Field/Frame) x 2 x 16 H x 8 bits
                = 45k x 8 bits, 13.5MHz

      Adder:  2, 8bits, 13.5MHz
```

- The 2nd search (half pel accuracy):

```
    Interpolation filter
        Memory: 2(Field/Frame) x 1k x 8 bits
              = 2k x 8 bits, 54MHz

        Adder: 2(Field/Frame) x 1, 8bits, 13.5MHz
               2(Field/Frame) x 1, 8bits, 27MHz

    Motion estimation processor
        2(Field/Frame) x 1, 13.5MHz
        (on chip)
            Adder: 384, 9bits, 13.5MHz

        (off chip)
            Memory: 16 H x  8 bits
                  = 11k x 8 bits, 13.5MHz, for MC by 1st vector.

                   2(Field/Frame) x 2 x 16H x 8 bits
                 = 45k x 8 bits, 13.5MHz

        Adder:  2, 8bits, 13.5MHz
```

12.1.10 Motion Compensation (MC) and Prediction

- Interpolation filter for chrominance

```
    Memory: 2(Field/Frame) x 1k x 8 bits
          = 2k x 8 bits, 54MHz

    Adder: 2(Field/Frame) x 1, 8 bits, 13.5MHz
           2(Field/Frame) x 1, 8 bits, 27MHz
```
- Compensation

```
    Memory: 16 H x 8 bits
          = 11k x 8 bits, 13.5MHz, for luminance.

          For chrominance, mentioned above (12.1.1).
```

- Prediction

```
    Adder: 2(Y/C), 8 bits, 13.5MHz

    Memory: 2(Y/C) x 14 H x 8 bits
          = 20k x 8 bits, 13.5MHz,
            for the timing adjustment between input and prediction signal.

    Delay time: 14 H/13.5MHz
```

MS-MOTO_752_0001230218
MS-MOTO_1823_00000720738

12.1.11 VLC

- DCT coefficients

  - Scanned order
    Table: 2(Y/C) x 64 x 6 bits
        = 128 x 6 bits, 13.5MHz, fixed, for scanned orders of intra-field.

        64  x  6 bits, 13.5MHz, fixed,
        for scanned orders of predicted-field.

    Memory: 2(Y/C) x 2(Intra/Inter) x 128 x 11bits
        = 512 x 11 bits, 13.5MHz

  - VLC
    Table: 2(Y/C) x 2(Intra/Inter) x 256 x  10 bits
        = 1024 x 10 bits, 13.5MHz, downloaded, for 2-D table-1.

        512 x 10 bits, 13.5MHz, downloaded, for 2-D table-2.

        1024 x 10 bits, 13.5 MHz, downloaded, for 2-D table-3.

- Motion vectors

    Memory: 2(Field/Frame) x 1320 x 5 bits
        = 2.6k x 5 bits, 13.5MHz/128

    Adder: 2(Field/Frame) x 1, 16 bits, 13.5MHz/128
           2(Field/Frame) x 1,  5 bits, 13.5MHz/128

    Multiplier: 2(Field/Frame) x 1, 16 bits, 13.5MHz/128

    Delay time: 1 Field

12.1.12 Rate Control

- Current parameter
    Adder: 1, 8 bits, 1.8kHz, for difference.
           1, 8 bits, 1.8kHz, for reference buffer.
           1, 8 bits, 13.5MHz, for current buffer.
    table: 1 x 8 x 8 bits, -, for initial value.
           1.8kHz = 60Hz x number of slices = 60Hz x 30

- Initial parameter
    Adder: 1, 8 bits, 1.8kHz, for averaging parameters.
    Multiplier: 1 x 13 bits, 1.8kHz

27

MS-MOTO_752_0001230219
MS-MOTO_1823_00000720739

## 12.2 Decoder

### 12.2.1 Buffer

- Coded data buffer: 2048k bits

- Picture buffer: 2(Y/C) x 1 Frame x 8 bits
                = 676k x 8 bits, for motion compensation.

              1 Frame x 8 bits
            = 338k x 8 bits, for display buffer.

### 12.2.2 Inverse VLC

- DCT coefficients

    Inverse VLC
      Table: 2(Y/C) x 2(Intra/Inter) x 1024 x 6 bits
           = 4k x 6 bits, 13.5MHz, downloaded, for RUN.

             2(Y/C) x 2(Intra/Inter) x 1024 x 11 bits
           = 4k x 11 bits, 13.5MHz, downloaded, for LEVEL.

    Scanned order
      Table: 2(Y/C) x 64 x 6 bits
           = 128 x 6 bits, 13.5MHz, fixed, for scanned orders of intra-field.

             64  x  6 bits, 13.5MHz, fixed,
             for scanned orders of predicted-field.

      Memory: 2(Y/C) x 2(Intra/Inter) x 128 x 11bits
            = 512 x 11 bits, 13.5MHz

- Motion vectors

      Adder: 2(Field/Frame) x 1, 6 bits, 13.5MHz/128

### 12.2.3 Inverse Quantizer

    This is the same processing as that of the encoder.

### 12.2.4 Inverse DCT

    This is the same processing as that of the encoder.

### 12.2.5 Motion Compensation

- Interpolation filter
      Memory: 2(Y/C) x 2(Field/Frame) x 1k x 8 bits
            = 4k x 8 bits, 54MHz

      Adder: 2(Y/C) x 2(Field/Frame) x 1, 8 bits, 13.5MHz
             2(Y/C) x 2(Field/Frame) x 1, 8 bits, 27MHz

28

MS-MOTO_752_0001230220

MS-MOTO_1823_00000720740

- Compensation
    Memory: mentioned above (12.2.1).

- Prediction
    Adder: 2(Y/C), 8 bits, 13.5MHz

12.2.6 BS/LS

A scan conversion from block scanning to line scanning is performed after decoding. This process is illustrated in Figure 12.1.

- Block/Line scan conversion

    Memory: 2(Y/C) x 16 H x 8 bits
          = 22.5k x 8 bits, 13.5MHz

    Delay time: 8 H/13.5MHz

12.3 Global

VLC tables for DCT coefficients are loaded on RAM look-up-tables in both the encoder and the decoder according to coding conditions.

It is preferable that mode decision may be done after VLC coding by comparing the number of bits of both intra-mode and inter-mode. This will improve the hardware complexity and coding efficiency.

There is no non-automatic adjustment of coding parameters.
The target number of bits and initial value of the corresponding quantization parameter for each picture type are determined in advance. They are independent of picture sequences.

13.  FUNCTIONALITY

13.1 Compatibility

This coding scheme has "switchable" compatibility. It has neither forward/backward nor upward/downward compatibility by itself. To achieve such compatibility, it needs another standard's encoder and decoder to be embedded.

13.2 Random Access

To achieve random access, a periodic structure of picture types is introduced. In a GOP, every first field is coded intra and the following fields are coded predicted. Every intra-picture has TIMECODE in each picture header. Thus random access to an arbitrary point can be used to search TIMECODE and start intra picture decoding.

13.3 Coding/Decoding Delay

The coding or decoding delay in each module is listed in Table 13.1 based on the implementation analysis.
According to the simulation results, 1.2M bits at 4Mbps and 1.5M bits at 9Mbps are enough size of the coded data buffer with the initial buffer occupancy of 512k bits. Delay time at the coded data buffer was calculated by these values.

29

MS-MOTO_752_0001230221
MS-MOTO_1823_00000720741

Table 13.1 Coding/Decoding delay

| Module | Delay(msec) | |
|---|---|---|
| Encoder Prefilter | 0.2 | |
| LS/BS | 0.4 | |
| Prediction(MC) | 0.7 | |
| Mode decision | negligible | |
| DCT | negligible | |
| VLC | 17 | |
| Data Buffer | 300(4Mbps) | 167(9Mbps) |
| Decoder MC | 0.3 | |
| Inverse VLC | negligible | |
| Inverse DCT | negligible | |
| BS/LS | 0.4 | |
| Total | 319(4Mbps) | 186(9Mbps) |

## 14. CODING PARAMETER

The following parameters have been used throughout the simulation.
No manual adjustment has been used to adapt each picture sequence.
The other parameters have been stated above.

- Buffer size : 2048k bits

- Initial buffer occupancy : 512k bits

- Target number of bits per field:

Table 14.1 Target number of bits per field for each picture type

| Picture Type | 4M | 9M |
|---|---|---|
| Intra | 490k | 900k |
| Predicted-1 | 110k | 220k |
| Predicted-2 | 45k | 110k |

- Target number of bits per second : 3975k bits for 4M
8850k bits for 9M

- Initial quantization parameter

Table 14.2 Initial quantization parameter for each picture type

| Picture Type | 4M | 9M |
|---|---|---|
| Intra | 11 | 5 |
| Predicted-1 | 22 | 10 |
| Predicted-2 | 27 | 15 |

30

MS-MOTO_752_0001230222

MS-MOTO_1823_00000720742

## 15.  STATISTICS

15.1 Number of bits and SNR for each field

   (Annex I)

15.2 Cumulative bit count once every 0.4 second

   (Annex II)

15.3 Other Statistics

   (Annex III)

15.4 Paper listing of coded bit stream file

Table 15.1 Coded bit stream file

```
-rw-rw-r--  1 ynishida  2519446 Oct 16 20:47 flw4.bit
-rw-rw-r--  1 ynishida  5569438 Oct 17 10:24 flw9.bit
-rw-rw-r--  1 ynishida  2516566 Oct 17 10:37 fot4.bit
-rw-rw-r--  1 ynishida  2515734 Oct 16 21:01 mob4.bit
-rw-rw-r--  1 ynishida  5585136 Oct 17 10:32 mob9.bit
-rw-rw-r--  1 ynishida  5588154 Oct 17 10:42 pop9.bit
-rw-rw-r--  1 ynishida  2517404 Oct 16 20:55 tbl4.bit
-rw-rw-r--  1 ynishida  5582850 Oct 17 10:17 tbl9.bit
```

## 16.  CONCLUSION

The main features of this coding scheme are as follows:

(1) Forward motion estimated prediction is performed on a field basis for both interfield and interframe.  Neither backward prediction nor temporal interpolation technique is applied. This helps reduce processing delay and hardware complexity.

(2) Horizontal one-dimensional DCT is introduced for inter-blocks as well as two-dimensional DCT for intra-blocks. For the inter-mode signals it prevents mosquitoes from spreading vertically without deterioration in the coding efficiency.

(3) B-Code which has better word synchronism recovery properties is adopted for variable length coding.

## 17.  REFERENCES

(1) MPEG Video Simulation Model Three (SM3).

(2) CCIR Recommendation 723, "Transmission of component-coded digital television signals for contribution-quality applications at the third hierarchical level of CCITT Recommendation G.702".

(3) H.Meyer, et.al., "Optimum Run Length Codes", IEEE Trans. Communications, Vol.COM-22, No.6, June 1974.

31

MS-MOTO_752_0001230223
MS-MOTO_1823_00000720743

## Annex I

## Number of bits and SNR for each field

Sequence : flower garden  Institute : NHK
Bit rate : 4Mbps   Date :   /  /91

|       |        | SNR(dB) |       |       |       |        | SNR(dB) |       |       |
| Field | Bits   | Y       | Cb    | Cr    | Field | Bits   | Y       | Cb    | Cr    |
|-------|--------|---------|-------|-------|-------|--------|---------|-------|-------|
| 0     | 502048 | 32.22   | 37.89 | 38.41 | 50    | 36272  | 28.02   | 34.86 | 35.66 |
| 1     | 80736  | 29.49   | 34.56 | 35.56 | 51    | 34880  | 27.41   | 33.37 | 34.21 |
| 2     | 38560  | 29.79   | 35.64 | 36.41 | 52    | 34464  | 28.38   | 34.44 | 35.19 |
| 3     | 42960  | 28.91   | 33.74 | 34.81 | 53    | 39088  | 27.72   | 33.30 | 34.13 |
| 4     | 48448  | 29.53   | 34.66 | 35.46 | 54    | 39184  | 28.78   | 34.26 | 35.00 |
| 5     | 53152  | 29.20   | 33.51 | 34.57 | 55    | 50048  | 28.15   | 33.16 | 34.00 |
| 6     | 50528  | 29.64   | 34.44 | 35.23 | 56    | 52592  | 28.69   | 33.84 | 34.73 |
| 7     | 53536  | 29.52   | 33.53 | 34.41 | 57    | 63456  | 28.29   | 32.89 | 33.85 |
| 8     | 53456  | 29.84   | 34.17 | 34.94 | 58    | 56416  | 28.50   | 33.32 | 34.11 |
| 9     | 53088  | 29.32   | 33.19 | 34.10 | 59    | 49344  | 28.24   | 32.65 | 33.54 |
| 10    | 56480  | 29.05   | 33.45 | 34.40 | 60    | 48288  | 28.56   | 33.09 | 33.86 |
| 11    | 57328  | 28.50   | 32.59 | 33.69 | 61    | 46592  | 28.66   | 32.74 | 33.47 |
| 12    | 53088  | 28.12   | 32.68 | 33.78 | 62    | 46656  | 28.69   | 32.97 | 33.75 |
| 13    | 42848  | 27.69   | 32.08 | 33.27 | 63    | 46480  | 28.44   | 32.56 | 33.28 |
| 14    | 37856  | 27.59   | 32.13 | 33.28 | 64    | 44928  | 28.37   | 32.69 | 33.44 |
| 15    | 37280  | 27.30   | 31.69 | 32.96 | 65    | 47152  | 28.18   | 32.32 | 33.07 |
| 16    | 39120  | 27.10   | 31.70 | 33.06 | 66    | 51696  | 27.91   | 32.26 | 33.17 |
| 17    | 37552  | 26.95   | 31.31 | 32.73 | 67    | 55968  | 27.54   | 31.97 | 33.02 |
| 18    | 35776  | 26.94   | 31.46 | 32.80 | 68    | 56304  | 27.12   | 31.80 | 32.92 |
| 19    | 36080  | 26.77   | 31.18 | 32.53 | 69    | 46400  | 26.78   | 31.50 | 32.79 |
| 20    | 38896  | 26.68   | 31.14 | 32.46 | 70    | 38496  | 26.68   | 31.41 | 32.66 |
| 21    | 47424  | 26.48   | 30.92 | 32.29 | 71    | 34624  | 26.60   | 31.18 | 32.46 |
| 22    | 52880  | 26.54   | 30.97 | 32.29 | 72    | 501624 | 31.19   | 37.18 | 37.23 |
| 23    | 52176  | 26.57   | 30.89 | 32.28 | 73    | 66736  | 27.77   | 34.03 | 34.81 |
| 24    | 522688 | 31.66   | 37.56 | 37.86 | 74    | 29920  | 29.26   | 35.63 | 36.33 |
| 25    | 74336  | 28.72   | 34.28 | 35.14 | 75    | 33040  | 27.36   | 33.44 | 34.42 |
| 26    | 43504  | 28.16   | 34.82 | 35.74 | 76    | 37728  | 28.22   | 34.40 | 35.32 |
| 27    | 38448  | 27.97   | 33.61 | 34.81 | 77    | 42384  | 27.36   | 32.95 | 34.04 |
| 28    | 39200  | 27.80   | 33.98 | 34.76 | 78    | 44848  | 28.03   | 33.76 | 34.80 |
| 29    | 36224  | 27.86   | 33.17 | 34.26 | 79    | 55088  | 27.83   | 32.78 | 34.02 |
| 30    | 37808  | 27.77   | 33.53 | 34.38 | 80    | 60864  | 28.13   | 33.19 | 34.49 |
| 31    | 43456  | 27.83   | 32.83 | 34.04 | 81    | 62208  | 28.18   | 32.61 | 33.86 |
| 32    | 55920  | 27.77   | 32.89 | 33.93 | 82    | 54128  | 27.96   | 32.63 | 33.96 |
| 33    | 53472  | 27.87   | 32.50 | 33.80 | 83    | 48256  | 27.85   | 32.24 | 33.52 |
| 34    | 54400  | 27.70   | 32.36 | 33.50 | 84    | 45360  | 27.46   | 32.17 | 33.48 |
| 35    | 58368  | 27.64   | 32.29 | 33.63 | 85    | 44768  | 27.25   | 31.78 | 33.20 |
| 36    | 58112  | 27.26   | 31.99 | 33.30 | 86    | 48944  | 26.92   | 31.58 | 33.15 |
| 37    | 55312  | 26.97   | 31.64 | 33.01 | 87    | 53456  | 26.77   | 31.48 | 32.98 |
| 38    | 46592  | 26.83   | 31.60 | 32.95 | 88    | 52912  | 26.53   | 31.15 | 32.77 |
| 39    | 41072  | 26.42   | 31.19 | 32.58 | 89    | 43648  | 26.30   | 30.96 | 32.62 |
| 40    | 37024  | 26.38   | 31.26 | 32.65 | 90    | 41760  | 26.02   | 30.74 | 32.34 |
| 41    | 37136  | 26.26   | 30.96 | 32.34 | 91    | 39136  | 25.87   | 30.58 | 32.21 |
| 42    | 35888  | 25.15   | 31.05 | 32.36 | 92    | 37952  | 25.82   | 30.48 | 32.06 |
| 43    | 36176  | 26.04   | 30.76 | 32.13 | 93    | 35744  | 25.75   | 30.37 | 31.97 |
| 44    | 37232  | 25.99   | 30.82 | 32.13 | 94    | 36000  | 25.75   | 30.31 | 31.93 |
| 45    | 40112  | 26.05   | 30.62 | 32.02 | 95    | 35728  | 25.67   | 30.20 | 31.85 |
| 46    | 43632  | 26.19   | 30.74 | 32.13 | 96    | 542160 | 30.77   | 36.65 | 36.88 |
| 47    | 46192  | 26.34   | 30.67 | 31.96 | 97    | 63744  | 27.24   | 33.60 | 34.38 |
| 48    | 541648 | 31.51   | 37.45 | 37.64 | 98    | 36736  | 27.03   | 34.21 | 35.19 |
| 49    | 69648  | 28.13   | 34.29 | 34.87 | 99    | 35904  | 26.94   | 33.29 | 34.51 |

MS-MOTO_752_0001230224
MS-MOTO_1823_00000720744

| Field | Bits | SNR(dB) Y | Cb | Cr | Field | Bits | SNR(dB) Y | Cb | Cr |
|-------|------|-----|-----|-----|-------|------|-----|-----|-----|
| 100 | 44928 | 26.32 | 32.83 | 33.85 | 150 | 59216 | 27.21 | 32.99 | 34.12 |
| 101 | 33888 | 26.99 | 32.85 | 34.04 | 151 | 55224 | 27.18 | 32.31 | 33.62 |
| 102 | 36256 | 26.56 | 32.60 | 33.56 | 152 | 44208 | 27.05 | 32.41 | 33.53 |
| 103 | 35616 | 27.16 | 32.58 | 33.84 | 153 | 37312 | 27.24 | 31.99 | 33.26 |
| 104 | 48416 | 27.08 | 32.24 | 33.46 | 154 | 38528 | 27.37 | 32.22 | 33.41 |
| 105 | 60992 | 27.65 | 32.39 | 33.85 | 155 | 45984 | 27.47 | 31.90 | 33.21 |
| 106 | 71648 | 27.40 | 31.93 | 33.41 | 156 | 57936 | 27.28 | 31.82 | 33.07 |
| 107 | 69632 | 27.33 | 31.73 | 33.16 | 157 | 55232 | 27.08 | 31.48 | 32.75 |
| 108 | 54992 | 27.23 | 31.67 | 33.27 | 158 | 48096 | 26.94 | 31.43 | 32.65 |
| 109 | 44832 | 26.74 | 31.35 | 32.85 | 159 | 42400 | 26.87 | 31.25 | 32.53 |
| 110 | 41920 | 26.74 | 31.29 | 32.80 | 160 | 41280 | 26.91 | 31.28 | 32.53 |
| 111 | 38896 | 26.62 | 31.09 | 32.54 | 161 | 41616 | 27.00 | 31.22 | 32.41 |
| 112 | 41136 | 26.50 | 31.05 | 32.63 | 162 | 38000 | 27.24 | 31.35 | 32.50 |
| 113 | 45360 | 26.31 | 30.89 | 32.51 | 163 | 37936 | 27.05 | 31.20 | 32.30 |
| 114 | 48016 | 25.99 | 30.78 | 32.40 | 164 | 40768 | 27.01 | 31.18 | 32.35 |
| 115 | 41584 | 26.02 | 30.60 | 32.24 | 165 | 47872 | 26.87 | 30.98 | 32.09 |
| 116 | 35264 | 26.03 | 30.59 | 32.11 | 166 | 53552 | 26.85 | 30.97 | 32.10 |
| 117 | 35904 | 26.13 | 30.48 | 32.13 | 167 | 54384 | 26.83 | 30.80 | 31.90 |
| 118 | 36688 | 26.03 | 30.46 | 32.05 | 168 | 528064 | 30.52 | 36.35 | 36.58 |
| 119 | 40912 | 26.03 | 30.31 | 31.99 | 169 | 49776 | 26.21 | 33.57 | 34.22 |
| 120 | 556688 | 31.04 | 36.73 | 37.18 | 170 | 33408 | 29.44 | 35.44 | 35.72 |
| 121 | 55248 | 26.91 | 33.67 | 34.48 | 171 | 55424 | 27.64 | 33.26 | 33.98 |
| 122 | 30368 | 28.15 | 35.10 | 35.76 | 172 | 51520 | 28.51 | 34.24 | 34.83 |
| 123 | 37856 | 26.78 | 33.10 | 34.32 | 173 | 55744 | 27.86 | 32.82 | 33.52 |
| 124 | 48304 | 26.57 | 33.04 | 34.18 | 174 | 51536 | 27.93 | 33.33 | 34.11 |
| 125 | 44160 | 26.88 | 32.66 | 34.12 | 175 | 46752 | 27.74 | 32.48 | 33.36 |
| 126 | 43280 | 26.61 | 32.45 | 33.65 | 176 | 44640 | 27.90 | 32.99 | 33.80 |
| 127 | 43680 | 27.00 | 32.29 | 33.78 | 177 | 43872 | 27.80 | 32.27 | 33.20 |
| 128 | 49472 | 26.87 | 32.10 | 33.39 | 178 | 47344 | 27.72 | 32.51 | 33.48 |
| 129 | 52048 | 27.05 | 32.01 | 33.46 | 179 | 47392 | 27.48 | 31.88 | 32.87 |
| 130 | 56768 | 27.01 | 31.76 | 33.05 | 180 | 44528 | 27.31 | 32.01 | 33.05 |
| 131 | 53200 | 26.96 | 31.54 | 32.95 | 181 | 45728 | 27.14 | 31.53 | 32.63 |
| 132 | 47456 | 26.99 | 31.50 | 32.70 | 182 | 48352 | 26.82 | 31.44 | 32.71 |
| 133 | 44608 | 26.98 | 31.38 | 32.63 | 183 | 48656 | 26.59 | 31.10 | 32.44 |
| 134 | 42528 | 27.04 | 31.45 | 32.53 | 184 | 43936 | 26.32 | 31.00 | 32.27 |
| 135 | 40560 | 27.08 | 31.35 | 32.49 | 185 | 38928 | 26.29 | 30.80 | 32.10 |
| 136 | 38688 | 27.16 | 31.39 | 32.51 | 186 | 40960 | 26.18 | 30.73 | 32.06 |
| 137 | 41888 | 27.10 | 31.27 | 32.46 | 187 | 40080 | 26.14 | 30.60 | 32.00 |
| 138 | 49920 | 27.08 | 31.21 | 32.36 | 188 | 42544 | 26.12 | 30.58 | 32.01 |
| 139 | 54832 | 27.02 | 31.04 | 32.28 | 189 | 40272 | 26.12 | 30.50 | 31.97 |
| 140 | 56384 | 26.93 | 30.97 | 32.15 | 190 | 38528 | 26.31 | 30.63 | 31.94 |
| 141 | 52240 | 26.71 | 30.75 | 31.95 | 191 | 39456 | 26.31 | 30.51 | 31.85 |
| 142 | 46800 | 26.52 | 30.67 | 31.87 | 192 | 551920 | 30.65 | 36.38 | 36.67 |
| 143 | 40672 | 26.34 | 30.47 | 31.69 | 193 | 48048 | 25.99 | 33.37 | 34.29 |
| 144 | 524416 | 30.13 | 36.06 | 36.27 | 194 | 41600 | 27.95 | 34.53 | 35.32 |
| 145 | 52224 | 26.24 | 33.31 | 33.97 | 195 | 50464 | 27.14 | 33.20 | 34.43 |
| 146 | 27968 | 28.85 | 35.21 | 35.71 | 196 | 60608 | 26.79 | 32.79 | 33.78 |
| 147 | 41120 | 26.84 | 33.05 | 33.90 | 197 | 49376 | 27.08 | 32.63 | 33.94 |
| 148 | 37376 | 27.86 | 34.25 | 35.04 | 198 | 47280 | 26.40 | 32.15 | 33.13 |
| 149 | 50928 | 27.04 | 32.56 | 33.78 | 199 | 46816 | 26.45 | 31.89 | 33.31 |

MS-MOTO_752_0001230225

MS-MOTO_1823_00000720745

| Field | Bits | SNR(dB) Y | Cb | Cr | Field | Bits | SNR(dB) Y | Cb | Cr |
|---|---|---|---|---|---|---|---|---|---|
| 200 | 51024 | 26.13 | 31.60 | 32.92 | 250 | 42160 | 26.75 | 31.58 | 32.65 |
| 201 | 49232 | 25.98 | 31.28 | 32.76 | 251 | 37248 | 26.86 | 31.50 | 32.74 |
| 202 | 45184 | 25.96 | 31.28 | 32.77 | 252 | 40464 | 26.74 | 31.43 | 32.50 |
| 203 | 43360 | 25.55 | 30.97 | 32.45 | 253 | 46096 | 26.61 | 31.20 | 32.46 |
| 204 | 44848 | 25.51 | 30.86 | 32.47 | 254 | 60016 | 26.46 | 30.94 | 32.10 |
| 205 | 43712 | 25.11 | 30.52 | 32.12 | 255 | 64768 | 26.41 | 30.88 | 32.20 |
| 206 | 42400 | 24.97 | 30.30 | 31.93 | 256 | 60912 | 26.05 | 30.68 | 31.95 |
| 207 | 38144 | 24.81 | 30.11 | 31.72 | 257 | 48096 | 25.86 | 30.47 | 31.89 |
| 208 | 39168 | 24.68 | 29.99 | 31.51 | 258 | 38016 | 25.65 | 30.35 | 31.69 |
| 209 | 41952 | 24.71 | 29.93 | 31.54 | 259 | 36544 | 25.43 | 30.15 | 31.58 |
| 210 | 43280 | 24.54 | 29.91 | 31.45 | 260 | 34464 | 25.39 | 30.10 | 31.48 |
| 211 | 44048 | 24.52 | 29.73 | 31.37 | 261 | 34928 | 25.11 | 29.83 | 31.36 |
| 212 | 42704 | 24.63 | 29.76 | 31.33 | 262 | 36592 | 24.92 | 29.75 | 31.31 |
| 213 | 42512 | 24.50 | 29.57 | 31.15 | 263 | 40304 | 24.79 | 29.61 | 31.14 |
| 214 | 42160 | 24.57 | 29.53 | 31.14 | 264 | 552912 | 29.56 | 35.51 | 35.72 |
| 215 | 42864 | 24.60 | 29.46 | 31.04 | 265 | 41840 | 24.73 | 32.71 | 33.36 |
| 216 | 563888 | 30.09 | 35.96 | 36.16 | 266 | 26304 | 28.49 | 34.63 | 35.02 |
| 217 | 44480 | 25.37 | 33.10 | 33.73 | 267 | 40960 | 25.61 | 32.41 | 33.10 |
| 218 | 30448 | 27.20 | 34.39 | 34.91 | 268 | 34864 | 27.17 | 33.38 | 34.16 |
| 219 | 36912 | 25.87 | 32.79 | 33.63 | 269 | 49696 | 25.99 | 31.90 | 32.94 |
| 220 | 45520 | 25.81 | 32.71 | 33.53 | 270 | 47008 | 26.77 | 32.71 | 33.50 |
| 221 | 41184 | 26.28 | 32.59 | 33.65 | 271 | 50240 | 26.47 | 31.60 | 32.70 |
| 222 | 45936 | 25.66 | 31.97 | 32.96 | 272 | 46112 | 27.01 | 32.27 | 33.25 |
| 223 | 41408 | 26.34 | 32.14 | 33.34 | 273 | 49872 | 27.00 | 31.70 | 32.66 |
| 224 | 54912 | 26.00 | 31.51 | 32.59 | 274 | 47936 | 27.46 | 32.24 | 33.29 |
| 225 | 58752 | 26.31 | 31.66 | 32.86 | 275 | 54224 | 27.17 | 31.60 | 32.45 |
| 226 | 63872 | 26.23 | 31.45 | 32.64 | 276 | 54272 | 27.63 | 32.02 | 32.94 |
| 227 | 60752 | 25.93 | 31.11 | 32.28 | 277 | 56752 | 27.46 | 31.49 | 32.25 |
| 228 | 41264 | 26.19 | 31.23 | 32.41 | 278 | 62384 | 27.51 | 31.61 | 32.48 |
| 229 | 36992 | 25.78 | 30.87 | 32.13 | 279 | 58992 | 27.23 | 31.16 | 32.08 |
| 230 | 43696 | 25.86 | 30.93 | 32.24 | 280 | 48720 | 26.95 | 31.25 | 32.15 |
| 231 | 49872 | 25.43 | 30.47 | 31.88 | 281 | 37296 | 27.07 | 31.07 | 31.91 |
| 232 | 47840 | 25.31 | 30.43 | 31.90 | 282 | 35248 | 27.00 | 31.17 | 32.05 |
| 233 | 45248 | 25.15 | 30.15 | 31.75 | 283 | 34576 | 26.89 | 30.92 | 31.79 |
| 234 | 42496 | 25.03 | 30.10 | 31.72 | 284 | 35104 | 26.81 | 31.08 | 31.98 |
| 235 | 38272 | 24.96 | 29.90 | 31.60 | 285 | 36160 | 26.65 | 30.78 | 31.75 |
| 236 | 37520 | 24.84 | 29.81 | 31.43 | 286 | 37344 | 26.39 | 30.76 | 31.79 |
| 237 | 38992 | 24.97 | 29.76 | 31.40 | 287 | 40128 | 26.30 | 30.42 | 31.39 |
| 238 | 36896 | 24.94 | 29.77 | 31.40 | 288 | 564576 | 29.65 | 35.51 | 35.68 |
| 239 | 36720 | 25.11 | 29.74 | 31.37 | 289 | 38256 | 24.47 | 32.52 | 33.32 |
| 240 | 560320 | 30.11 | 36.03 | 35.17 | 290 | 30592 | 28.12 | 34.29 | 34.70 |
| 241 | 42960 | 25.28 | 33.06 | 33.83 | 291 | 64864 | 26.44 | 32.19 | 32.96 |
| 242 | 27232 | 28.40 | 34.90 | 35.40 | 292 | 55616 | 27.13 | 32.84 | 33.69 |
| 243 | 39968 | 26.07 | 32.67 | 33.67 | 293 | 57808 | 26.59 | 31.74 | 32.71 |
| 244 | 46528 | 26.81 | 33.17 | 34.37 | 294 | 60656 | 26.25 | 31.63 | 32.69 |
| 245 | 50656 | 26.56 | 32.39 | 33.64 | 295 | 45376 | 26.19 | 31.22 | 32.40 |
| 246 | 55488 | 26.48 | 32.17 | 33.51 | 296 | 37936 | 25.82 | 31.13 | 32.29 |
| 247 | 49936 | 26.72 | 31.95 | 33.34 | 297 | 42000 | 25.79 | 30.75 | 32.18 |
| 248 | 58432 | 26.51 | 31.65 | 32.90 | 298 | 46496 | 25.30 | 30.55 | 31.82 |
| 249 | 51360 | 26.77 | 31.60 | 33.06 | 299 | 40640 | 25.42 | 30.32 | 31.90 |

MS-MOTO_752_0001230226

MS-MOTO_1823_00000720746