Sequence : popple               Institute : NHK
Bit rate : 9Mbps              Date :   /  /91

| Field | Bits | SNR(dB) Y | Cb | Cr | Field | Bits | SNR(dB) Y | Cb | Cr |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 888048 | 35.36 | 45.91 | 45.96 | 50 | 88512 | 32.45 | 37.62 | 37.87 |
| 1 | 221152 | 33.95 | 39.45 | 39.78 | 51 | 97344 | 32.52 | 36.86 | 37.20 |
| 2 | 94896 | 32.43 | 37.70 | 38.13 | 52 | 115664 | 32.71 | 37.74 | 38.01 |
| 3 | 107120 | 32.60 | 37.00 | 37.46 | 53 | 117888 | 32.74 | 37.16 | 37.45 |
| 4 | 115744 | 32.63 | 37.53 | 37.79 | 54 | 113984 | 32.65 | 37.39 | 37.64 |
| 5 | 123184 | 32.59 | 37.03 | 37.38 | 55 | 116112 | 32.58 | 37.09 | 37.33 |
| 6 | 119584 | 32.58 | 37.20 | 37.55 | 56 | 114496 | 32.49 | 37.01 | 37.35 |
| 7 | 115504 | 32.32 | 36.54 | 36.90 | 57 | 114800 | 32.33 | 36.56 | 36.91 |
| 8 | 107808 | 32.09 | 36.36 | 36.80 | 58 | 108512 | 32.12 | 36.40 | 36.81 |
| 9 | 106368 | 31.83 | 35.68 | 36.12 | 59 | 103424 | 31.94 | 35.98 | 36.30 |
| 10 | 110208 | 31.86 | 35.97 | 36.34 | 60 | 110192 | 31.97 | 36.10 | 36.57 |
| 11 | 106688 | 31.90 | 35.80 | 36.23 | 61 | 109568 | 31.92 | 35.88 | 36.35 |
| 12 | 110704 | 31.89 | 36.09 | 36.42 | 62 | 110736 | 31.92 | 35.90 | 36.38 |
| 13 | 107936 | 31.83 | 35.73 | 36.21 | 63 | 111616 | 31.89 | 35.70 | 36.29 |
| 14 | 108544 | 31.98 | 35.81 | 36.29 | 64 | 110784 | 31.93 | 35.85 | 36.39 |
| 15 | 110544 | 31.94 | 35.79 | 35.97 | 65 | 113600 | 31.80 | 35.70 | 36.19 |
| 16 | 111664 | 31.81 | 35.79 | 36.07 | 66 | 107440 | 31.81 | 35.68 | 36.19 |
| 17 | 110288 | 31.80 | 35.62 | 35.97 | 67 | 113424 | 31.82 | 35.53 | 35.97 |
| 18 | 113984 | 31.78 | 35.67 | 36.08 | 68 | 111136 | 31.73 | 35.53 | 36.10 |
| 19 | 111360 | 31.66 | 35.32 | 35.81 | 69 | 106336 | 31.53 | 35.25 | 35.70 |
| 20 | 111568 | 31.57 | 35.34 | 35.74 | 70 | 107184 | 31.60 | 35.38 | 35.85 |
| 21 | 106608 | 31.36 | 35.00 | 35.38 | 71 | 108368 | 31.58 | 35.18 | 35.69 |
| 22 | 108336 | 31.37 | 35.08 | 35.50 | 72 | 920608 | 35.45 | 45.93 | 46.17 |
| 23 | 110928 | 31.33 | 34.92 | 35.50 | 73 | 206480 | 33.93 | 39.58 | 39.81 |
| 24 | 919472 | 34.92 | 45.52 | 45.73 | 74 | 87280 | 32.22 | 37.43 | 37.84 |
| 25 | 211216 | 33.51 | 39.14 | 39.43 | 75 | 95280 | 32.32 | 36.80 | 37.18 |
| 26 | 87856 | 31.95 | 37.00 | 37.22 | 76 | 104272 | 32.43 | 37.29 | 37.81 |
| 27 | 88368 | 31.93 | 36.27 | 36.70 | 77 | 114320 | 32.56 | 37.05 | 37.48 |
| 28 | 101680 | 32.11 | 36.68 | 37.20 | 78 | 117776 | 32.71 | 37.45 | 37.93 |
| 29 | 113872 | 32.25 | 36.55 | 36.99 | 79 | 130032 | 32.80 | 37.25 | 37.73 |
| 30 | 123472 | 32.50 | 37.21 | 37.58 | 80 | 121232 | 32.62 | 37.11 | 37.67 |
| 31 | 128320 | 32.68 | 36.94 | 37.39 | 81 | 113664 | 32.46 | 36.55 | 37.13 |
| 32 | 121808 | 32.60 | 37.07 | 37.40 | 82 | 111856 | 32.38 | 36.46 | 37.10 |
| 33 | 114208 | 32.36 | 36.52 | 36.96 | 83 | 112832 | 32.24 | 36.17 | 36.73 |
| 34 | 105968 | 32.08 | 36.40 | 36.73 | 84 | 111232 | 32.12 | 36.29 | 36.84 |
| 35 | 108384 | 31.94 | 35.79 | 36.38 | 85 | 106944 | 31.90 | 35.77 | 36.34 |
| 36 | 101376 | 31.76 | 35.59 | 36.14 | 86 | 103920 | 31.75 | 35.70 | 36.41 |
| 37 | 109328 | 31.92 | 35.67 | 35.17 | 87 | 102304 | 31.69 | 35.38 | 36.09 |
| 38 | 110736 | 31.93 | 35.79 | 36.22 | 88 | 108720 | 31.70 | 35.68 | 36.26 |
| 39 | 109088 | 31.92 | 35.60 | 36.04 | 89 | 110900 | 31.67 | 35.46 | 36.11 |
| 40 | 114160 | 31.84 | 35.75 | 36.19 | 90 | 111872 | 31.70 | 35.52 | 36.15 |
| 41 | 108480 | 31.82 | 35.40 | 35.85 | 91 | 108192 | 31.69 | 35.32 | 35.96 |
| 42 | 110096 | 31.82 | 35.58 | 36.01 | 92 | 107392 | 31.73 | 35.44 | 36.18 |
| 43 | 112880 | 31.79 | 35.55 | 35.95 | 93 | 109072 | 31.78 | 35.40 | 36.01 |
| 44 | 107872 | 31.82 | 35.49 | 36.03 | 94 | 107056 | 31.89 | 35.56 | 36.01 |
| 45 | 110256 | 31.81 | 35.44 | 35.87 | 95 | 109824 | 31.88 | 35.44 | 35.94 |
| 46 | 112816 | 31.87 | 35.47 | 36.08 | 96 | 923008 | 35.01 | 45.63 | 45.83 |
| 47 | 111136 | 31.87 | 35.38 | 35.84 | 97 | 211424 | 33.93 | 39.50 | 39.79 |
| 48 | 916848 | 35.54 | 45.92 | 46.03 | 98 | 86384 | 32.24 | 37.77 | 38.15 |
| 49 | 207712 | 33.94 | 39.36 | 39.63 | 99 | 95296 | 32.43 | 36.96 | 37.46 |

50

MS-MOTO_752_0001230242
MS-MOTO_1823_00000720762

| Field | Bits | SNR(dB) Y | Cb | Cr | Field | Bits | SNR(dB) Y | Cb | Cr |
|---|---|---|---|---|---|---|---|---|---|
| 100 | 107840 | 32.43 | 37.17 | 37.75 | 150 | 114304 | 34.36 | 37.71 | 37.94 |
| 101 | 117040 | 32.72 | 37.10 | 37.63 | 151 | 105600 | 34.16 | 37.24 | 37.48 |
| 102 | 125936 | 32.83 | 37.60 | 38.10 | 152 | 104656 | 34.06 | 37.04 | 37.19 |
| 103 | 117440 | 32.60 | 36.77 | 37.24 | 153 | 108400 | 34.28 | 37.18 | 37.26 |
| 104 | 116064 | 32.44 | 36.64 | 37.32 | 154 | 107792 | 34.34 | 37.10 | 37.25 |
| 105 | 115536 | 32.25 | 36.29 | 36.74 | 155 | 111744 | 34.36 | 37.06 | 37.08 |
| 106 | 108272 | 32.05 | 36.04 | 36.55 | 156 | 113088 | 34.35 | 36.75 | 36.89 |
| 107 | 106400 | 31.68 | 35.61 | 36.15 | 157 | 109952 | 34.44 | 36.80 | 36.83 |
| 108 | 109168 | 31.72 | 35.68 | 36.20 | 158 | 110992 | 34.40 | 36.80 | 36.79 |
| 109 | 115376 | 31.75 | 35.47 | 36.03 | 159 | 113504 | 34.38 | 36.69 | 36.73 |
| 110 | 110640 | 31.68 | 35.51 | 36.04 | 160 | 112000 | 34.20 | 36.40 | 36.40 |
| 111 | 105440 | 31.36 | 35.08 | 35.68 | 161 | 109968 | 34.06 | 36.05 | 36.02 |
| 112 | 110352 | 31.45 | 35.20 | 35.66 | 162 | 106272 | 34.03 | 35.74 | 35.70 |
| 113 | 112000 | 31.45 | 35.22 | 35.59 | 163 | 104064 | 33.91 | 35.43 | 35.55 |
| 114 | 111216 | 31.48 | 35.05 | 35.49 | 164 | 108640 | 33.99 | 35.58 | 35.68 |
| 115 | 106800 | 31.34 | 34.92 | 35.40 | 165 | 109712 | 33.96 | 35.39 | 35.61 |
| 116 | 106240 | 31.36 | 35.08 | 35.44 | 166 | 111488 | 33.94 | 35.42 | 35.50 |
| 117 | 106896 | 31.34 | 35.02 | 35.57 | 167 | 112832 | 34.06 | 35.50 | 35.56 |
| 118 | 103568 | 31.59 | 35.20 | 35.56 | 168 | 882944 | 39.57 | 48.70 | 48.02 |
| 119 | 107504 | 31.79 | 35.15 | 35.62 | 169 | 225536 | 36.65 | 41.61 | 41.36 |
| 120 | 931264 | 35.98 | 46.36 | 46.41 | 170 | 100848 | 34.73 | 37.18 | 37.34 |
| 121 | 214720 | 34.26 | 39.91 | 40.13 | 171 | 116928 | 34.70 | 36.91 | 36.99 |
| 122 | 87888 | 32.19 | 37.17 | 37.38 | 172 | 117120 | 34.57 | 36.55 | 36.58 |
| 123 | 98880 | 32.24 | 36.72 | 37.17 | 173 | 110080 | 34.50 | 36.11 | 36.23 |
| 124 | 107728 | 32.36 | 36.94 | 37.32 | 174 | 110304 | 34.29 | 35.55 | 35.68 |
| 125 | 119392 | 32.45 | 36.77 | 37.24 | 175 | 118192 | 34.35 | 35.74 | 35.89 |
| 126 | 124048 | 32.31 | 36.64 | 37.19 | 176 | 110240 | 34.18 | 35.34 | 35.43 |
| 127 | 121680 | 32.23 | 36.45 | 36.93 | 177 | 114048 | 34.00 | 35.01 | 35.19 |
| 128 | 118384 | 32.20 | 36.25 | 36.74 | 178 | 118864 | 33.80 | 34.78 | 34.84 |
| 129 | 111936 | 32.10 | 36.03 | 36.56 | 179 | 114160 | 33.64 | 34.32 | 34.45 |
| 130 | 106768 | 31.93 | 35.55 | 36.31 | 180 | 113136 | 33.35 | 33.90 | 33.97 |
| 131 | 104672 | 31.78 | 35.25 | 35.92 | 181 | 103952 | 33.15 | 33.54 | 33.72 |
| 132 | 102304 | 31.68 | 35.28 | 35.97 | 182 | 102224 | 32.92 | 33.30 | 33.54 |
| 133 | 102976 | 31.61 | 35.05 | 35.80 | 183 | 106384 | 32.75 | 33.19 | 33.28 |
| 134 | 101040 | 31.84 | 35.16 | 35.84 | 184 | 111920 | 32.66 | 32.98 | 33.10 |
| 135 | 106320 | 31.98 | 35.27 | 35.93 | 185 | 109008 | 32.52 | 32.55 | 32.80 |
| 136 | 103184 | 32.25 | 35.30 | 35.97 | 186 | 111088 | 32.52 | 32.57 | 32.86 |
| 137 | 108096 | 32.39 | 35.54 | 36.20 | 187 | 107840 | 32.12 | 32.27 | 32.52 |
| 138 | 116272 | 32.59 | 35.78 | 36.37 | 188 | 110432 | 31.84 | 32.21 | 32.44 |
| 139 | 117712 | 32.77 | 35.94 | 36.46 | 189 | 114272 | 31.81 | 32.20 | 32.37 |
| 140 | 117136 | 32.89 | 36.02 | 36.50 | 190 | 116288 | 31.53 | 31.94 | 31.98 |
| 141 | 110192 | 33.02 | 35.92 | 36.45 | 191 | 113584 | 31.51 | 31.72 | 31.81 |
| 142 | 108704 | 33.05 | 35.91 | 36.33 | 192 | 883104 | 38.48 | 47.48 | 47.76 |
| 143 | 110656 | 33.07 | 35.86 | 36.37 | 193 | 253152 | 35.05 | 38.56 | 38.59 |
| 144 | 907952 | 37.71 | 47.30 | 47.31 | 194 | 83680 | 31.64 | 32.75 | 32.96 |
| 145 | 191072 | 35.90 | 41.14 | 41.25 | 195 | 104640 | 31.23 | 32.01 | 32.14 |
| 146 | 102736 | 34.40 | 38.50 | 38.78 | 196 | 102480 | 31.02 | 31.74 | 31.96 |
| 147 | 119408 | 34.54 | 38.55 | 38.83 | 197 | 107424 | 31.28 | 32.02 | 32.25 |
| 148 | 118928 | 34.58 | 38.39 | 38.66 | 198 | 108768 | 31.41 | 32.18 | 32.55 |
| 149 | 119456 | 34.56 | 38.09 | 38.41 | 199 | 111856 | 31.14 | 32.06 | 32.28 |

51

MS-MOTO_752_0001230243

MS-MOTO_1823_00000720763

| Field | Bits | SNR(dB) | | | Field | Bits | SNR(dB) | | |
| | | Y | Cb | Cr | | | Y | Cb | Cr |
|---|---|---|---|---|---|---|---|---|---|
| 200 | 113104 | 30.99 | 32.12 | 32.10 | 250 | 111312 | 29.52 | 30.06 | 30.40 |
| 201 | 116656 | 30.78 | 31.92 | 32.00 | 251 | 112784 | 29.50 | 30.00 | 30.28 |
| 202 | 113664 | 30.86 | 31.69 | 31.76 | 252 | 103120 | 29.28 | 29.79 | 29.94 |
| 203 | 112352 | 30.88 | 31.50 | 31.70 | 253 | 101616 | 29.09 | 29.75 | 29.97 |
| 204 | 111040 | 30.79 | 31.53 | 31.71 | 254 | 104752 | 29.19 | 29.86 | 30.20 |
| 205 | 107008 | 30.27 | 31.17 | 31.34 | 255 | 108064 | 29.32 | 30.13 | 30.34 |
| 206 | 109280 | 30.00 | 31.04 | 31.14 | 256 | 111072 | 29.53 | 30.05 | 30.34 |
| 207 | 101568 | 29.99 | 30.58 | 30.69 | 257 | 112704 | 29.65 | 30.12 | 30.37 |
| 208 | 112496 | 30.12 | 30.80 | 30.77 | 258 | 113920 | 29.56 | 30.05 | 30.22 |
| 209 | 111664 | 30.21 | 30.61 | 30.74 | 259 | 119392 | 29.41 | 30.11 | 30.22 |
| 210 | 106000 | 30.24 | 30.78 | 30.85 | 260 | 110624 | 29.41 | 30.13 | 30.19 |
| 211 | 106784 | 30.22 | 30.93 | 31.05 | 261 | 109392 | 29.46 | 30.04 | 30.20 |
| 212 | 112304 | 30.30 | 31.02 | 30.97 | 262 | 117136 | 29.48 | 29.82 | 30.05 |
| 213 | 114624 | 30.34 | 30.94 | 31.00 | 263 | 105120 | 29.54 | 29.62 | 29.93 |
| 214 | 120352 | 30.43 | 30.79 | 30.94 | 264 | 902624 | 37.28 | 46.16 | 46.97 |
| 215 | 119360 | 30.38 | 30.75 | 30.90 | 265 | 225456 | 32.77 | 35.71 | 35.95 |
| 216 | 880080 | 37.52 | 46.42 | 47.11 | 266 | 89216 | 29.71 | 31.08 | 31.33 |
| 217 | 232960 | 34.04 | 37.19 | 37.37 | 267 | 106720 | 29.69 | 30.92 | 31.07 |
| 218 | 100944 | 30.77 | 31.87 | 32.13 | 268 | 106672 | 29.43 | 30.52 | 30.61 |
| 219 | 113104 | 30.50 | 31.23 | 31.43 | 269 | 115144 | 29.69 | 30.32 | 30.57 |
| 220 | 103840 | 30.42 | 30.78 | 31.09 | 270 | 118560 | 29.52 | 30.39 | 30.71 |
| 221 | 105488 | 30.44 | 30.67 | 30.93 | 271 | 113472 | 29.16 | 30.34 | 30.56 |
| 222 | 105168 | 30.42 | 30.78 | 31.12 | 272 | 109600 | 29.23 | 30.30 | 30.45 |
| 223 | 102288 | 30.35 | 30.95 | 31.02 | 273 | 112688 | 29.11 | 30.15 | 30.31 |
| 224 | 113120 | 30.34 | 30.72 | 30.99 | 274 | 111136 | 29.25 | 30.10 | 30.16 |
| 225 | 115104 | 30.46 | 30.50 | 30.90 | 275 | 108976 | 29.25 | 29.89 | 30.07 |
| 226 | 117824 | 30.65 | 30.58 | 30.87 | 276 | 110560 | 28.96 | 29.93 | 30.03 |
| 227 | 112688 | 30.76 | 30.57 | 30.89 | 277 | 103600 | 28.72 | 29.60 | 29.83 |
| 228 | 106736 | 30.61 | 30.73 | 30.92 | 278 | 104912 | 28.86 | 29.76 | 30.03 |
| 229 | 105424 | 30.61 | 30.83 | 31.05 | 279 | 111184 | 29.09 | 29.71 | 30.08 |
| 230 | 109808 | 30.56 | 30.79 | 30.94 | 280 | 106640 | 29.56 | 30.15 | 30.35 |
| 231 | 117472 | 30.53 | 30.45 | 30.71 | 281 | 109824 | 29.79 | 29.97 | 30.27 |
| 232 | 116864 | 30.53 | 30.46 | 30.71 | 282 | 122592 | 29.65 | 30.05 | 30.48 |
| 233 | 103040 | 30.49 | 30.20 | 30.38 | 283 | 121488 | 29.19 | 30.11 | 30.43 |
| 234 | 101696 | 30.30 | 30.28 | 30.47 | 284 | 110112 | 29.06 | 30.09 | 30.36 |
| 235 | 99888 | 30.19 | 30.37 | 30.59 | 285 | 106672 | 29.07 | 29.76 | 30.16 |
| 236 | 108320 | 30.10 | 30.47 | 30.59 | 286 | 108240 | 29.33 | 30.00 | 30.31 |
| 237 | 117600 | 30.26 | 30.41 | 30.61 | 287 | 105760 | 29.29 | 29.87 | 30.14 |
| 238 | 122016 | 30.22 | 30.32 | 30.54 | 288 | 888416 | 37.14 | 45.96 | 46.81 |
| 239 | 114944 | 30.18 | 30.25 | 30.45 | 289 | 235056 | 32.75 | 35.93 | 36.17 |
| 240 | 886896 | 37.48 | 46.35 | 47.22 | 290 | 96624 | 29.56 | 31.13 | 31.37 |
| 241 | 232944 | 33.63 | 36.59 | 36.71 | 291 | 108880 | 29.51 | 31.07 | 31.13 |
| 242 | 97280 | 29.99 | 31.22 | 31.43 | 292 | 108592 | 29.58 | 30.82 | 30.96 |
| 243 | 115840 | 29.83 | 30.91 | 31.00 | 293 | 105488 | 29.87 | 30.83 | 30.92 |
| 244 | 109792 | 29.85 | 30.59 | 30.82 | 294 | 121712 | 29.79 | 30.76 | 31.03 |
| 245 | 110736 | 29.85 | 30.50 | 30.73 | 295 | 119152 | 29.42 | 30.61 | 30.78 |
| 246 | 108512 | 29.70 | 30.45 | 30.60 | 296 | 112832 | 29.12 | 30.48 | 30.59 |
| 247 | 112368 | 29.53 | 30.46 | 30.54 | 297 | 112160 | 29.07 | 30.28 | 30.52 |
| 248 | 109728 | 29.39 | 30.37 | 30.39 | 298 | 110096 | 29.13 | 30.09 | 30.32 |
| 249 | 111680 | 29.43 | 30.19 | 30.39 | 299 | 104656 | 29.08 | 29.97 | 30.13 |

52

MS-MOTO_752_0001230244

MS-MOTO_1823_00000720764

Sequence : football          Institute : NHK
Bit rate : 4Mbps             Date :  /  /91

| Field | Bits | Y | Cb | Cr | Field | Bits | Y | Cb | Cr |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 423504 | 37.27 | 42.91 | 43.85 | 50 | 39136 | 30.51 | 36.27 | 38.32 |
| 1 | 67728 | 33.54 | 39.75 | 40.82 | 51 | 46288 | 29.81 | 35.60 | 37.66 |
| 2 | 54224 | 32.70 | 38.47 | 39.72 | 52 | 45312 | 29.78 | 35.15 | 37.42 |
| 3 | 73200 | 33.10 | 38.25 | 39.40 | 53 | 46672 | 29.60 | 34.95 | 37.02 |
| 4 | 82496 | 32.69 | 37.98 | 39.07 | 54 | 48976 | 29.87 | 34.78 | 36.69 |
| 5 | 73104 | 32.70 | 37.80 | 38.87 | 55 | 47136 | 29.42 | 34.50 | 36.32 |
| 6 | 71936 | 32.34 | 37.40 | 38.67 | 56 | 45056 | 29.37 | 34.34 | 36.16 |
| 7 | 64064 | 31.67 | 36.81 | 38.17 | 57 | 45856 | 29.40 | 34.33 | 36.06 |
| 8 | 55712 | 31.27 | 36.30 | 37.74 | 58 | 43344 | 29.48 | 34.38 | 36.12 |
| 9 | 49936 | 30.80 | 35.76 | 37.30 | 59 | 43248 | 29.52 | 34.39 | 36.12 |
| 10 | 45104 | 30.38 | 35.38 | 37.10 | 60 | 43088 | 29.56 | 34.32 | 36.02 |
| 11 | 44400 | 30.04 | 35.20 | 36.87 | 61 | 44176 | 29.40 | 34.40 | 36.08 |
| 12 | 42160 | 29.93 | 35.08 | 36.87 | 62 | 43024 | 29.60 | 34.35 | 36.05 |
| 13 | 41856 | 29.68 | 34.73 | 36.64 | 63 | 44368 | 29.49 | 34.23 | 36.06 |
| 14 | 40016 | 29.01 | 34.25 | 36.05 | 64 | 44064 | 29.60 | 34.21 | 35.90 |
| 15 | 38800 | 28.81 | 34.02 | 35.75 | 65 | 47104 | 29.70 | 34.27 | 35.91 |
| 16 | 38272 | 28.81 | 33.76 | 35.68 | 66 | 48448 | 29.61 | 34.26 | 35.89 |
| 17 | 38384 | 28.68 | 33.61 | 35.68 | 67 | 46896 | 29.87 | 34.21 | 35.92 |
| 18 | 39184 | 28.24 | 33.46 | 35.70 | 68 | 46656 | 29.72 | 34.09 | 35.81 |
| 19 | 37312 | 28.23 | 33.26 | 35.56 | 69 | 43872 | 29.86 | 33.95 | 35.79 |
| 20 | 36608 | 28.23 | 33.22 | 35.47 | 70 | 44816 | 29.60 | 33.85 | 35.72 |
| 21 | 38608 | 28.27 | 33.32 | 35.39 | 71 | 43440 | 29.68 | 33.80 | 35.72 |
| 22 | 38256 | 28.37 | 33.35 | 35.46 | 72 | 495056 | 35.76 | 41.51 | 42.10 |
| 23 | 38144 | 28.28 | 33.37 | 35.48 | 73 | 87952 | 33.53 | 39.02 | 40.08 |
| 24 | 506800 | 36.76 | 42.42 | 43.12 | 74 | 37600 | 31.64 | 37.68 | 39.26 |
| 25 | 92800 | 33.35 | 38.86 | 40.09 | 75 | 45728 | 31.11 | 36.89 | 38.61 |
| 26 | 34544 | 29.97 | 36.40 | 38.33 | 76 | 48080 | 31.50 | 36.57 | 38.41 |
| 27 | 39008 | 29.64 | 35.39 | 37.66 | 77 | 50432 | 31.03 | 36.08 | 37.84 |
| 28 | 39664 | 29.53 | 34.89 | 37.42 | 78 | 52080 | 31.11 | 35.81 | 37.73 |
| 29 | 41760 | 29.56 | 34.62 | 35.92 | 79 | 55504 | 30.88 | 35.66 | 37.36 |
| 30 | 43488 | 29.79 | 34.48 | 36.69 | 80 | 53872 | 30.40 | 35.40 | 37.08 |
| 31 | 46096 | 29.85 | 34.46 | 36.44 | 81 | 48224 | 30.76 | 35.32 | 37.05 |
| 32 | 48192 | 29.87 | 34.44 | 36.40 | 82 | 48208 | 30.33 | 35.18 | 36.88 |
| 33 | 49824 | 30.09 | 34.40 | 36.16 | 83 | 44992 | 30.31 | 35.05 | 36.73 |
| 34 | 53840 | 29.93 | 34.28 | 35.92 | 84 | 42832 | 29.98 | 34.87 | 36.48 |
| 35 | 54960 | 30.21 | 34.31 | 35.91 | 85 | 43712 | 29.65 | 34.69 | 36.43 |
| 36 | 56400 | 29.91 | 34.21 | 35.73 | 86 | 41648 | 29.71 | 34.53 | 36.33 |
| 37 | 54016 | 30.06 | 34.26 | 35.77 | 87 | 40832 | 29.78 | 34.47 | 36.31 |
| 38 | 50400 | 29.74 | 34.09 | 35.83 | 88 | 41344 | 29.50 | 34.24 | 36.15 |
| 39 | 47728 | 29.70 | 33.99 | 35.72 | 89 | 42480 | 29.77 | 34.36 | 36.07 |
| 40 | 49056 | 29.45 | 33.95 | 35.53 | 90 | 43120 | 29.35 | 34.07 | 35.84 |
| 41 | 46944 | 29.37 | 33.78 | 35.40 | 91 | 44304 | 29.54 | 34.10 | 35.75 |
| 42 | 46720 | 29.11 | 33.62 | 35.33 | 92 | 46832 | 29.27 | 34.01 | 35.57 |
| 43 | 44176 | 29.11 | 33.60 | 35.34 | 93 | 46096 | 29.43 | 34.11 | 35.63 |
| 44 | 44832 | 28.95 | 33.56 | 35.37 | 94 | 44848 | 29.26 | 33.94 | 35.44 |
| 45 | 45568 | 28.86 | 33.40 | 35.19 | 95 | 43952 | 29.43 | 33.84 | 35.35 |
| 46 | 45648 | 28.56 | 33.12 | 34.93 | 96 | 494208 | 35.63 | 41.24 | 41.86 |
| 47 | 43008 | 28.48 | 32.88 | 34.86 | 97 | 95136 | 33.83 | 38.67 | 39.84 |
| 48 | 484576 | 35.92 | 41.51 | 42.22 | 98 | 43536 | 30.55 | 36.69 | 38.40 |
| 49 | 95136 | 33.12 | 38.48 | 39.83 | 99 | 45424 | 30.74 | 36.11 | 37.83 |

53

MS-MOTO_752_0001230245

MS-MOTO_1823_00000720765

| Field | Bits | SNR (dB) | | | Field | Bits | SNR (dB) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Y | Cb | Cr | | | Y | Cb | Cr |
| 100 | 45856 | 30.08 | 35.69 | 37.29 | 150 | 50240 | 30.41 | 35.49 | 37.47 |
| 101 | 45680 | 30.33 | 35.45 | 37.02 | 151 | 48096 | 30.34 | 35.22 | 37.26 |
| 102 | 45424 | 30.00 | 35.05 | 36.75 | 152 | 49056 | 30.19 | 35.04 | 36.98 |
| 103 | 45328 | 29.89 | 34.92 | 36.64 | 153 | 47360 | 30.13 | 34.87 | 36.79 |
| 104 | 47200 | 29.57 | 34.68 | 36.38 | 154 | 44832 | 29.87 | 34.49 | 36.43 |
| 105 | 45696 | 30.03 | 34.70 | 36.28 | 155 | 45296 | 29.60 | 34.36 | 36.34 |
| 106 | 49632 | 29.77 | 34.61 | 36.04 | 156 | 44880 | 29.51 | 34.03 | 36.11 |
| 107 | 47840 | 29.85 | 34.57 | 36.05 | 157 | 43600 | 29.36 | 33.91 | 35.97 |
| 108 | 45968 | 29.83 | 34.49 | 35.98 | 158 | 44384 | 29.24 | 33.81 | 35.77 |
| 109 | 47456 | 29.99 | 34.41 | 35.93 | 159 | 45152 | 29.21 | 33.70 | 35.67 |
| 110 | 46624 | 29.49 | 34.21 | 35.77 | 160 | 47280 | 29.15 | 33.66 | 35.44 |
| 111 | 42768 | 29.56 | 34.05 | 35.75 | 161 | 44448 | 28.99 | 33.46 | 35.21 |
| 112 | 43888 | 29.09 | 33.89 | 35.37 | 162 | 44400 | 28.84 | 33.33 | 35.13 |
| 113 | 43680 | 29.31 | 33.78 | 35.32 | 163 | 44000 | 28.66 | 33.16 | 34.93 |
| 114 | 44656 | 29.06 | 33.69 | 35.17 | 164 | 43344 | 28.49 | 32.95 | 34.81 |
| 115 | 41696 | 29.32 | 33.62 | 35.11 | 165 | 43584 | 28.43 | 32.83 | 34.72 |
| 116 | 41168 | 29.10 | 33.57 | 35.11 | 166 | 45072 | 28.46 | 32.80 | 34.60 |
| 117 | 42608 | 29.50 | 33.67 | 35.27 | 167 | 43856 | 28.41 | 32.80 | 34.52 |
| 118 | 44784 | 29.31 | 33.63 | 35.21 | 168 | 494720 | 35.14 | 40.85 | 41.63 |
| 119 | 44944 | 29.67 | 33.75 | 35.30 | 169 | 101552 | 33.53 | 38.31 | 39.78 |
| 120 | 503152 | 35.33 | 41.09 | 41.85 | 170 | 36800 | 30.11 | 36.64 | 38.57 |
| 121 | 95552 | 33.43 | 38.56 | 39.77 | 171 | 40672 | 29.75 | 35.91 | 37.84 |
| 122 | 39184 | 30.80 | 37.28 | 38.85 | 172 | 41776 | 29.51 | 35.32 | 37.31 |
| 123 | 41424 | 30.93 | 36.88 | 38.34 | 173 | 44000 | 29.41 | 34.90 | 36.97 |
| 124 | 44544 | 30.71 | 36.47 | 37.91 | 174 | 47552 | 29.37 | 34.63 | 36.60 |
| 125 | 47376 | 30.89 | 36.19 | 37.63 | 175 | 46592 | 29.41 | 34.46 | 36.34 |
| 126 | 50512 | 30.75 | 35.94 | 37.40 | 176 | 49440 | 29.45 | 34.32 | 36.10 |
| 127 | 48464 | 30.69 | 35.69 | 37.16 | 177 | 47408 | 29.30 | 34.21 | 36.02 |
| 128 | 51200 | 30.52 | 35.52 | 36.99 | 178 | 47024 | 29.24 | 34.15 | 35.84 |
| 129 | 49232 | 30.62 | 35.33 | 36.97 | 179 | 47056 | 29.27 | 34.14 | 35.84 |
| 130 | 50112 | 30.37 | 35.12 | 36.82 | 180 | 48016 | 29.27 | 34.10 | 35.71 |
| 131 | 45760 | 30.44 | 35.05 | 36.74 | 181 | 46576 | 29.24 | 34.05 | 35.70 |
| 132 | 43264 | 30.08 | 34.83 | 36.48 | 182 | 46640 | 29.25 | 33.84 | 35.54 |
| 133 | 42272 | 30.04 | 34.71 | 36.34 | 183 | 45232 | 29.22 | 33.84 | 35.57 |
| 134 | 42720 | 29.74 | 34.49 | 36.09 | 184 | 46032 | 29.33 | 33.78 | 35.47 |
| 135 | 44848 | 29.87 | 34.47 | 35.99 | 185 | 43840 | 29.30 | 33.72 | 35.37 |
| 136 | 44816 | 29.56 | 34.32 | 35.85 | 186 | 44880 | 29.40 | 33.64 | 35.30 |
| 137 | 42880 | 29.72 | 34.33 | 35.91 | 187 | 43104 | 29.35 | 33.60 | 35.22 |
| 138 | 42912 | 29.61 | 34.20 | 35.76 | 188 | 45712 | 29.34 | 33.52 | 35.07 |
| 139 | 44576 | 29.66 | 34.10 | 35.77 | 189 | 45088 | 29.29 | 33.53 | 35.03 |
| 140 | 43136 | 29.63 | 33.96 | 35.71 | 190 | 48288 | 29.20 | 33.47 | 34.93 |
| 141 | 43904 | 29.46 | 33.91 | 35.64 | 191 | 46800 | 29.17 | 33.51 | 34.84 |
| 142 | 44496 | 29.60 | 33.87 | 35.60 | 192 | 479600 | 35.10 | 40.89 | 41.49 |
| 143 | 46240 | 29.71 | 34.03 | 35.60 | 193 | 101152 | 34.19 | 38.97 | 39.91 |
| 144 | 499824 | 35.40 | 41.23 | 41.94 | 194 | 39888 | 30.88 | 37.33 | 38.72 |
| 145 | 90896 | 33.74 | 38.88 | 40.20 | 195 | 46448 | 30.55 | 36.50 | 38.00 |
| 146 | 39824 | 31.15 | 37.34 | 39.25 | 196 | 50192 | 30.16 | 35.97 | 37.34 |
| 147 | 47024 | 30.94 | 36.79 | 38.67 | 197 | 48368 | 29.97 | 35.50 | 37.00 |
| 148 | 49600 | 30.92 | 36.25 | 38.22 | 198 | 48720 | 29.74 | 35.29 | 36.56 |
| 149 | 49184 | 30.66 | 35.88 | 37.81 | 199 | 51296 | 29.66 | 35.14 | 36.25 |

MS-MOTO_752_0001230246

MS-MOTO_1823_00000720766

| Field | Bits | SNR(dB) Y | Cb | Cr | Field | Bits | SNR(dB) Y | Cb | Cr |
|---|---|---|---|---|---|---|---|---|---|
| 200 | 48672 | 29.74 | 34.93 | 35.93 | 250 | 44960 | 28.23 | 32.64 | 34.03 |
| 201 | 44848 | 29.41 | 34.72 | 35.84 | 251 | 44992 | 28.10 | 32.54 | 33.91 |
| 202 | 44192 | 29.36 | 34.51 | 35.67 | 252 | 44032 | 28.00 | 32.31 | 33.78 |
| 203 | 42896 | 29.17 | 34.42 | 35.63 | 253 | 43888 | 27.81 | 32.11 | 33.65 |
| 204 | 44208 | 29.20 | 34.27 | 35.51 | 254 | 43872 | 27.70 | 31.90 | 33.46 |
| 205 | 42960 | 29.07 | 34.19 | 35.32 | 255 | 42992 | 27.50 | 31.83 | 33.28 |
| 206 | 44736 | 29.16 | 34.03 | 35.06 | 256 | 41696 | 27.24 | 31.53 | 33.14 |
| 207 | 44592 | 29.05 | 33.99 | 34.95 | 257 | 40368 | 27.20 | 31.45 | 33.22 |
| 208 | 44960 | 29.08 | 33.88 | 34.93 | 258 | 39824 | 27.08 | 31.35 | 33.05 |
| 209 | 45616 | 29.07 | 33.77 | 34.83 | 259 | 39728 | 27.14 | 31.24 | 32.93 |
| 210 | 44576 | 29.04 | 33.70 | 34.76 | 260 | 40176 | 27.06 | 31.20 | 32.77 |
| 211 | 43728 | 29.03 | 33.66 | 34.71 | 261 | 38432 | 27.13 | 31.20 | 32.72 |
| 212 | 43264 | 29.10 | 33.57 | 34.68 | 262 | 38912 | 27.26 | 31.30 | 32.87 |
| 213 | 44880 | 29.06 | 33.57 | 34.70 | 263 | 40096 | 27.50 | 31.41 | 33.03 |
| 214 | 46480 | 29.08 | 33.43 | 34.73 | 264 | 517920 | 34.59 | 40.20 | 40.84 |
| 215 | 44064 | 28.95 | 33.38 | 34.61 | 265 | 113200 | 33.18 | 37.60 | 38.60 |
| 216 | 490240 | 34.81 | 40.56 | 41.12 | 266 | 31584 | 29.27 | 35.78 | 37.10 |
| 217 | 117296 | 33.82 | 38.45 | 39.24 | 267 | 36016 | 29.07 | 35.01 | 36.37 |
| 218 | 35568 | 31.02 | 36.70 | 38.00 | 268 | 36864 | 28.77 | 34.42 | 36.05 |
| 219 | 42128 | 30.46 | 35.79 | 37.20 | 269 | 38624 | 28.84 | 34.13 | 35.82 |
| 220 | 46480 | 30.14 | 35.31 | 36.72 | 270 | 38560 | 28.95 | 33.82 | 35.56 |
| 221 | 47056 | 30.11 | 34.85 | 36.34 | 271 | 40848 | 29.25 | 33.66 | 35.41 |
| 222 | 46784 | 29.98 | 34.56 | 36.09 | 272 | 43344 | 29.46 | 33.64 | 35.36 |
| 223 | 47312 | 29.79 | 34.31 | 35.73 | 273 | 48736 | 29.63 | 33.66 | 35.27 |
| 224 | 46032 | 29.77 | 34.09 | 35.63 | 274 | 55200 | 30.19 | 33.73 | 35.20 |
| 225 | 46384 | 29.64 | 33.89 | 35.38 | 275 | 54640 | 30.37 | 33.86 | 35.19 |
| 226 | 45328 | 29.60 | 33.73 | 35.22 | 276 | 57120 | 30.51 | 33.82 | 35.17 |
| 227 | 45216 | 29.39 | 33.70 | 35.06 | 277 | 53872 | 30.62 | 33.87 | 35.16 |
| 228 | 45792 | 29.30 | 33.59 | 34.94 | 278 | 54384 | 30.54 | 33.74 | 35.00 |
| 229 | 45232 | 29.36 | 33.59 | 34.90 | 279 | 50960 | 30.49 | 33.56 | 34.84 |
| 230 | 44400 | 29.24 | 33.39 | 34.68 | 280 | 48704 | 30.09 | 33.33 | 34.63 |
| 231 | 45344 | 29.28 | 33.29 | 34.58 | 281 | 45232 | 29.69 | 33.18 | 34.45 |
| 232 | 46192 | 29.18 | 33.14 | 34.44 | 282 | 44272 | 29.32 | 32.98 | 34.27 |
| 233 | 44192 | 29.07 | 33.06 | 34.41 | 283 | 38400 | 29.12 | 32.93 | 34.21 |
| 234 | 43600 | 28.97 | 32.94 | 34.35 | 284 | 41616 | 28.93 | 32.79 | 34.12 |
| 235 | 44560 | 29.11 | 32.98 | 34.42 | 285 | 44272 | 28.66 | 32.67 | 33.96 |
| 236 | 45312 | 28.98 | 32.87 | 34.30 | 286 | 45104 | 28.64 | 32.51 | 33.81 |
| 237 | 46256 | 28.94 | 32.84 | 34.26 | 287 | 43984 | 28.68 | 32.51 | 33.72 |
| 238 | 44520 | 28.83 | 32.73 | 34.14 | 288 | 484864 | 33.90 | 39.57 | 40.20 |
| 239 | 45168 | 28.80 | 32.72 | 34.06 | 289 | 104880 | 32.88 | 37.30 | 38.29 |
| 240 | 481696 | 34.64 | 40.24 | 40.79 | 290 | 35136 | 30.68 | 36.18 | 37.57 |
| 241 | 127008 | 33.67 | 37.84 | 38.75 | 291 | 41408 | 30.45 | 35.53 | 36.87 |
| 242 | 37808 | 30.61 | 36.10 | 37.59 | 292 | 47936 | 30.12 | 35.18 | 36.39 |
| 243 | 42944 | 29.92 | 35.21 | 36.63 | 293 | 48336 | 30.28 | 34.89 | 36.07 |
| 244 | 44368 | 29.49 | 34.61 | 36.08 | 294 | 47920 | 29.97 | 34.62 | 35.83 |
| 245 | 45856 | 29.20 | 34.16 | 35.51 | 295 | 47696 | 29.89 | 34.36 | 35.56 |
| 246 | 49072 | 29.09 | 33.77 | 35.08 | 296 | 48352 | 29.71 | 34.08 | 35.41 |
| 247 | 48624 | 28.70 | 33.27 | 34.72 | 297 | 49104 | 29.48 | 33.84 | 35.22 |
| 248 | 48528 | 28.44 | 33.02 | 34.39 | 298 | 50096 | 29.61 | 33.65 | 35.06 |
| 249 | 45344 | 28.31 | 32.80 | 34.24 | 299 | 47696 | 29.31 | 33.52 | 34.93 |

55

MS-MOTO_752_0001230247

MS-MOTO_1823_00000720767

# Annex II

## Cumulative bit count once every 0.4 second

Institute : NHK
Date :   /  /91

Sequence : flower garden
Bit rate : 4Mbps

| GOP No. | BITS |
|---------|---------|
| 1 | 1601296 |
| 2 | 1572304 |
| 3 | 1630624 |
| 4 | 1552432 |
| 5 | 1585424 |
| 6 | 1627648 |
| 7 | 1574576 |
| 8 | 1567440 |
| 9 | 1592704 |
| 10 | 1583872 |
| 11 | 1603488 |
| 12 | 1578944 |
| AVE | 1589229 (3.973 Mbps) |

Sequence : table tennis
Bit rate : 4Mbps

| GOP No. | BITS |
|---------|---------|
| 1 | 1594304 |
| 2 | 1597584 |
| 3 | 1562400 |
| 4 | 1607072 |
| 5 | 1570896 |
| 6 | 1625824 |
| 7 | 1565712 |
| 8 | 1594992 |
| 9 | 1398032 |
| 10 | 1783296 |
| 11 | 1576864 |
| 12 | 1606960 |
| AVE | 1590328 (3.976 Mbps) |

Sequence : mobile & calendar
Bit rate : 4Mbps

| GOP No. | BITS |
|---------|---------|
| 1 | 1574960 |
| 2 | 1605296 |
| 3 | 1587744 |
| 4 | 1591984 |
| 5 | 1592848 |
| 6 | 1592592 |
| 7 | 1588512 |
| 8 | 1591728 |
| 9 | 1583808 |
| 10 | 1595520 |
| 11 | 1585312 |
| 12 | 1611728 |
| AVE | 1591836 (3.980 Mbps) |

Sequence : football
Bit rate : 4Mbps

| GOP No. | BITS |
|---------|---------|
| 1 | 1573008 |
| 2 | 1625472 |
| 3 | 1570688 |
| 4 | 1589728 |
| 5 | 1581200 |
| 6 | 1592576 |
| 7 | 1595232 |
| 8 | 1594800 |
| 9 | 1580336 |
| 10 | 1597392 |
| 11 | 1555216 |
| 12 | 1623456 |
| AVE | 1589925 (3.975 Mbps) |

56

MS-MOTO_752_0001230248
MS-MOTO_1823_00000720768

Sequence : flower garden
Bit rate : 9Mbps

| GOP No. | BITS |
|---------|------|
| 1 | 3601584 |
| 2 | 3493600 |
| 3 | 3514400 |
| 4 | 3559152 |
| 5 | 3537008 |
| 6 | 3537158 |
| 7 | 3564112 |
| 8 | 3507776 |
| 9 | 3554336 |
| 10 | 3523360 |
| 11 | 3560720 |
| 12 | 3538832 |
| AVE | 3541004 (8.853 Mbps) |

Sequence : table tennis
Bit rate : 9Mbps

| GOP No. | BITS |
|---------|------|
| 1 | 3530448 |
| 2 | 3559296 |
| 3 | 3513664 |
| 4 | 3539712 |
| 5 | 3539424 |
| 6 | 3520464 |
| 7 | 3556400 |
| 8 | 3540944 |
| 9 | 3539248 |
| 10 | 3542016 |
| 11 | 3530080 |
| 12 | 3537520 |
| AVE | 3537494 (8.844 Mbps) |

Sequence : popple
Bit rate : 9Mbps

| GOP No. | BITS |
|---------|------|
| 1 | 3538768 |
| 2 | 3542848 |
| 3 | 3535680 |
| 4 | 3533120 |
| 5 | 3535840 |
| 6 | 3551952 |
| 7 | 3534560 |
| 8 | 3559392 |
| 9 | 3543360 |
| 10 | 3526416 |
| 11 | 3536784 |
| 12 | 3542848 |
| AVE | 3540130 (8.850 Mbps) |

Sequence : mobile & calendar
Bit rate : 9Mbps

| GOP No. | BITS |
|---------|------|
| 1 | 3517456 |
| 2 | 3549344 |
| 3 | 3551456 |
| 4 | 3541376 |
| 5 | 3531840 |
| 6 | 3545648 |
| 7 | 3521664 |
| 8 | 3559648 |
| 9 | 3538112 |
| 10 | 3532992 |
| 11 | 3546704 |
| 12 | 3526192 |
| AVE | 3538536 (8.846 Mbps) |

57

MS-MOTO_752_0001230249

MS-MOTO_1823_00000720769

## Annex III

## Other statistics

Sequence : flower garden                    Institute : NHK
Bit rate : 4Mbps                            Date :   /  /91

|  | ALL | Intra | P1 | P2 |
|---|---|---|---|---|
| **MSE** | | | | |
| Y | 134.73 | 56.20 | 148.52 | 137.80 |
| Cb | 42.39 | 14.57 | 29.04 | 44.34 |
| Cr | 32.10 | 13.80 | 24.40 | 33.34 |
| **RMS** | | | | |
| Y | 11.61 | 7.50 | 12.19 | 11.74 |
| Cb | 6.51 | 3.82 | 5.39 | 6.66 |
| Cr | 5.67 | 3.72 | 4.94 | 5.77 |
| **SNR** | | | | |
| Y | 26.84 | 30.63 | 26.41 | 26.74 |
| Cb | 31.86 | 36.50 | 33.50 | 31.66 |
| Cr | 33.07 | 36.73 | 34.26 | 32.90 |
| **QP** | 28.41 | 8.35 | 33.85 | 29.10 |
| **SC** | 4.05 | 14.90 | 4.64 | 3.50 |
| **ZC** | 8.33 | 11.60 | 7.19 | 8.23 |
| **NZB** | 1252.96 | 5279.92 | 1253.31 | 1061.88 |
| **Macroblock type** | | | | |
| Intra | 69.25 | 1320.00 | 19.85 | 12.25 |
| Interfield | 6.81 | 0.00 | 8.38 | 7.05 |
| MC Interfield | 413.24 | 0.00 | 1291.77 | 391.16 |
| Interframe | 6.73 | 0.00 | 0.00 | 7.37 |
| MC Interframe | 823.97 | 0.00 | 0.00 | 902.16 |
| **Number of bits** | | | | |
| MBT | 2575.06 | 0.00 | 2656.77 | 2693.36 |
| MCV | 8909.75 | 0.00 | 8486.00 | 9352.58 |
| EOB | 11017.60 | 21120.00 | 10560.00 | 10560.00 |
| Y | 34008.02 | 327617.08 | 32138.92 | 20166.34 |
| Cb | 5138.23 | 97708.00 | 586.62 | 962.19 |
| Cr | 4300.69 | 91792.00 | 346.00 | 337.27 |
| OVH+STUFF | 1235.87 | 1236.15 | 1228.15 | 1236.23 |
| TOTAL | 67185.23 | 539473.23 | 56002.46 | 45307.97 |

QP  : Mean value of quantization parameter
SC  : Mean value of the number of coded nonzero coefficients
ZC  : Mean value of the number of coded zero coefficients
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Moton vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits

58

MS-MOTO_752_0001230250
MS-MOTO_1823_00000720770

Sequence : flower garden        Institute : NHK
Bit rate : 9Mbps               Date :    /  /91

|        | ALL       | Intra     | P1        | P2        |
|--------|-----------|-----------|-----------|-----------|
| **MSE** |          |           |           |           |
| Y      | 52.17     | 30.15     | 38.78     | 53.85     |
| Cb     | 24.93     | 7.27      | 17.41     | 26.13     |
| Cr     | 24.30     | 7.15      | 17.43     | 25.44     |
| **RMS** |          |           |           |           |
| Y      | 7.22      | 5.49      | 6.23      | 7.34      |
| Cb     | 4.99      | 2.70      | 4.17      | 5.11      |
| Cr     | 4.93      | 2.67      | 4.18      | 5.04      |
| **SNR** |          |           |           |           |
| Y      | 30.96     | 33.34     | 32.24     | 30.82     |
| Cb     | 34.16     | 39.51     | 35.72     | 33.96     |
| Cr     | 34.27     | 39.59     | 35.72     | 34.08     |
| **QP** | 12.04     | 3.87      | 9.14      | 12.55     |
| **SC** | 7.72      | 23.84     | 12.33     | 6.74      |
| **ZC** | 13.17     | 15.23     | 12.88     | 13.09     |
| **NZB** | 2408.54  | 5280.00   | 2716.46   | 2257.69   |
| **Macroblock type** | | | | |
| Intra  | 66.45     | 1320.00   | 15.46     | 9.39      |
| Interfield | 5.81  | 0.00      | 6.69      | 6.04      |
| MC Interfield | 364.01 | 0.00  | 1297.85   | 336.98    |
| Interframe | 6.58  | 0.00      | 0.00      | 7.20      |
| MC Interframe | 877.15 | 0.00  | 0.00      | 960.39    |
| **Number of bits** | | | | |
| MBT    | 2567.53   | 0.00      | 2653.38   | 2685.27   |
| MCV    | 8701.32   | 0.00      | 8337.08   | 9131.44   |
| EOB    | 11017.60  | 21120.00  | 10560.00  | 10560.00  |
| Y      | 100055.05 | 511986.15 | 182668.15 | 76591.28  |
| Cb     | 14269.34  | 186567.85 | 9661.69   | 6313.20   |
| Cr     | 11205.37  | 188667.54 | 7467.54   | 2962.97   |
| OVH+STUFF | 1235.47 | 1225.23  | 1245.38   | 1235.49   |
| TOTAL  | 149051.68 | 909566.77 | 222593.23 | 109479.65 |

QP  : Mean value of quantization parameter
SC  : Mean value of the number of coded nonzero coefficients
ZC  : Mean value of the number of coded zero coefficients
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Moton vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits

MS-MOTO_752_0001230251
MS-MOTO_1823_00000720771

Sequence : mobile & calendar          Institute : NHK
Bit rate : 4Mbps                      Date :   /  /91

|            | ALL      | Intra     | P1        | P2       |
|------------|----------|-----------|-----------|----------|
| MSE        |          |           |           |          |
| Y          | 189.61   | 153.97    | 138.04    | 193.75   |
| Cb         | 41.00    | 20.19     | 31.04     | 42.46    |
| Cr         | 38.49    | 17.14     | 26.60     | 40.07    |
|            |          |           |           |          |
| RMS        |          |           |           |          |
| Y          | 13.77    | 12.41     | 11.75     | 13.92    |
| Cb         | 6.40     | 4.49      | 5.57      | 6.52     |
| Cr         | 6.20     | 4.14      | 5.16      | 6.33     |
|            |          |           |           |          |
| SNR        |          |           |           |          |
| Y          | 25.35    | 26.26     | 26.73     | 25.26    |
| Cb         | 32.00    | 35.08     | 33.21     | 31.85    |
| Cr         | 32.28    | 35.79     | 33.88     | 32.10    |
|            |          |           |           |          |
| QP         | 26.11    | 12.73     | 18.61     | 27.10    |
| SC         | 4.53     | 12.92     | 8.06      | 3.97     |
| ZC         | 17.07    | 10.13     | 17.81     | 17.37    |
| NZB        | 1245.37  | 5259.38   | 2350.08   | 1002.51  |
|            |          |           |           |          |
| Macroblock type |     |           |           |          |
| Intra      | 79.29    | 1320.00   | 35.00     | 22.52    |
| Interfield | 11.03    | 0.00      | 12.31     | 11.49    |
| MC Interfield | 268.22 | 0.00     | 1272.69   | 233.29   |
| Interframe | 9.86     | 0.00      | 0.00      | 10.80    |
| MC Interframe | 951.60 | 0.00     | 0.00      | 1041.89  |
|            |          |           |           |          |
| Number of bits |      |           |           |          |
| MBT        | 2608.53  | 0.00      | 2664.62   | 2729.63  |
| MCV        | 5329.57  | 0.00      | 6264.46   | 5538.07  |
| EOB        | 11017.60 | 21120.00  | 10560.00  | 10560.00 |
| Y          | 37703.53 | 279558.77 | 107989.69 | 22893.90 |
| Cb         | 4367.50  | 80663.38  | 2306.00   | 845.43   |
| Cr         | 4827.97  | 81421.85  | 2583.38   | 1300.45  |
| OVH+STUFF  | 1231.55  | 1232.31   | 1236.77   | 1231.26  |
| TOTAL      | 67086.24 | 463996.31 | 133604.92 | 45098.74 |

QP       : Mean value of quantization parameter
SC       : Mean value of the number of coded nonzero coefficients
ZC       : Mean value of the number of coded zero coefficients
NZB      : Mean value of the number of nonzero blocks
MBT      : Macroblock types
MCV      : Moton vectors
EOB      : End of block
OVH+STUFF ; Headers and stuffing bits

60

MS-MOTO_752_0001230252
MS-MOTO_1823_00000720772

Sequence : mobile & calendar        Institute : NHK
Bit rate : 9Mbps                    Date :   /  /91

|       | ALL | Intra | P1 | P2 |
|-------|-----|-------|-----|-----|
| **MSE** | | | | |
| Y | 87.58 | 70.82 | 72.92 | 89.07 |
| Cb | 26.49 | 7.99 | 20.73 | 27.64 |
| Cr | 23.37 | 6.65 | 16.85 | 24.47 |
| **RMS** | | | | |
| Y | 9.36 | 8.42 | 8.54 | 9.44 |
| Cb | 5.15 | 2.83 | 4.55 | 5.26 |
| Cr | 4.83 | 2.58 | 4.11 | 4.95 |
| **SNR** | | | | |
| Y | 28.71 | 29.63 | 29.50 | 28.63 |
| Cb | 33.90 | 39.10 | 34.96 | 33.72 |
| Cr | 34.44 | 39.90 | 35.86 | 34.24 |
| QP | 12.46 | 4.79 | 10.63 | 12.91 |
| SC | 8.30 | 23.41 | 12.14 | 7.40 |
| ZC | 22.42 | 14.92 | 18.51 | 22.96 |
| NZB | 2231.44 | 5277.69 | 3005.38 | 2050.19 |
| **Macroblock type** | | | | |
| Intra | 72.75 | 1320.00 | 17.46 | 16.20 |
| Interfield | 7.21 | 0.00 | 10.38 | 7.40 |
| MC Interfield | 223.63 | 0.00 | 1292.15 | 183.54 |
| Interframe | 8.52 | 0.00 | 0.00 | 9.33 |
| MC Interframe | 1007.89 | 0.00 | 0.00 | 1103.53 |
| **Number of bits** | | | | |
| MBT | 2586.65 | 0.00 | 2660.77 | 2705.86 |
| MCV | 5076.67 | 0.00 | 6157.69 | 5266.25 |
| EOB | 11017.60 | 21120.00 | 10560.00 | 10560.00 |
| Y | 104671.60 | 499649.23 | 201302.62 | 81347.10 |
| Cb | 11886.09 | 183885.38 | 8355.69 | 3893.04 |
| Cr | 12462.96 | 175637.69 | 8057.23 | 4930.12 |
| OVH+STUFF | 1235.39 | 1226.46 | 1238.31 | 1235.67 |
| TOTAL | 148936.96 | 881518.77 | 238332.31 | 109938.04 |

QP  : Mean value of quantization parameter
SC  : Mean value of the number of coded nonzero coefficients
ZC  : Mean value of the number of coded zero coefficients
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Moton vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits

61

MS-MOTO_752_0001230253
MS-MOTO_1823_00000720773

Sequence : Table tennis      Institute : NHK
Bit rate : 4Mbps          Date :   /  /91

|  | ALL | Intra | P1 | P2 |
|---|---|---|---|---|
| **MSE** | | | | |
| Y | 96.96 | 65.05 | 75.54 | 99.49 |
| Cb | 8.17 | 3.75 | 6.48 | 8.46 |
| Cr | 8.33 | 2.79 | 5.18 | 8.74 |
| **RMS** | | | | |
| Y | 9.85 | 8.07 | 8.69 | 9.97 |
| Cb | 2.86 | 1.94 | 2.55 | 2.91 |
| Cr | 2.89 | 1.67 | 2.28 | 2.96 |
| **SNR** | | | | |
| Y | 28.26 | 30.00 | 29.35 | 28.15 |
| Cb | 39.01 | 42.39 | 40.01 | 38.86 |
| Cr | 38.92 | 43.67 | 40.99 | 38.71 |
| **QP** | 21.78 | 5.07 | 11.16 | 23.07 |
| **SC** | 4.98 | 13.51 | 9.60 | 4.36 |
| **ZC** | 17.74 | 13.04 | 20.43 | 17.83 |
| **NZB** | 997.86 | 5279.38 | 1624.15 | 765.00 |
| **Macroblock type** | | | | |
| Intra | 90.33 | 1320.00 | 36.31 | 34.55 |
| Interfield | 26.72 | 0.00 | 27.62 | 27.94 |
| MC Interfield | 465.32 | 0.00 | 1256.08 | 449.88 |
| Interframe | 313.99 | 0.00 | 0.00 | 343.78 |
| MC Interframe | 423.64 | 0.00 | 0.00 | 463.84 |
| **Number of bits** | | | | |
| MBT | 3270.13 | 0.00 | 2695.23 | 3452.56 |
| MCV | 6725.31 | 0.00 | 9046.77 | 6934.26 |
| EOB | 11017.60 | 21120.00 | 10560.00 | 10560.00 |
| Y | 36702.91 | 323231.69 | 90210.77 | 20569.79 |
| Cb | 3963.57 | 68064.00 | 2837.69 | 975.73 |
| Cr | 4217.85 | 66265.23 | 3196.77 | 1322.44 |
| OVH+STUFF | 1233.39 | 1239.08 | 1218.92 | 1233.81 |
| TOTAL | 67130.77 | 479920.00 | 119766.15 | 45048.58 |

QP  : Mean value of quantization parameter
SC  : Mean value of the number of coded nonzero coefficients
ZC  : Mean value of the number of coded zero coefficients
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Motion vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits

MS-MOTO_752_0001230254
MS-MOTO_1823_00000720774

```
Sequence : table tennis              Institute : NHK
Bit rate : 9Mbps                     Date :   /  /91

                ALL      Intra      P1        P2
MSE
    Y           50.49    37.31      50.02     51.14
    Cb          5.75     1.91       5.16      5.96
    Cr          4.76     1.37       3.84      4.97

RMS
    Y           7.11     6.11       7.07      7.15
    Cb          2.40     1.38       2.27      2.44
    Cr          2.18     1.17       1.96      2.23

SNR
    Y           31.10    32.41      31.14     31.04
    Cb          40.54    45.32      41.01     40.38
    Cr          41.35    46.76      42.28     41.17

QP              7.59     2.13       6.74      7.89
SC              8.69     24.61      12.63     7.75
ZC              25.22    18.39      22.46     25.67
NZB             2110.51  5280.00    2542.54   1939.64

Macroblock type
    Intra         81.32    1320.00    47.38     24.16
    Interfield    14.82    0.00       17.85     15.38
    MC Interfield 430.95   0.00       1254.77   412.31
    Interframe    376.89   0.00       0.00      412.65
    MC Interframe 416.03   0.00       0.00      455.50

Number of bits
    MBT         3353.13     0.00       2675.69    3544.36
    MCV         6130.46     0.00       8809.23    6294.23
    EOB         11017.60    21120.00   10560.00   10560.00
    Y           106483.61   563978.46  182189.85  81185.75
    Cb          10088.58    160772.77  8899.38    2995.75
    Cr          10570.03    146641.54  9153.38    4181.30
    OVH+STUFF   1232.58     1239.85    1222.62    1232.71
    TOTAL       148876.00   893752.62  223510.15  109994.10
```

QP : Mean value of quantization parameter
SC : Mean value of the number of coded nonzero coefficients
ZC : Mean value of the number of coded zero coefficents
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Moton vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits

63

MS-MOTO_752_0001230255
MS-MOTO_1823_00000720775

```
Sequence : popple                    Institute : NHK
Bit rate : 9Mbps                     Date :   /  /91

                 ALL      Intra      P1        P2
MSE
    Y          45.58     14.52     25.57     48.00
    Cb         29.39      1.50      9.48     31.66
    Cr         27.68      1.40      9.07     29.81

RMS
    Y           6.75      3.81      5.06      6.93
    Cb          5.42      1.23      3.08      5.63
    Cr          5.26      1.18      3.01      5.46

SNR
    Y          31.54     36.51     34.05     31.32
    Cb         33.45     46.36     38.36     33.13
    Cr         33.71     46.66     38.55     33.39

QP             15.04      1.82      8.20     17.09
SC              6.37     23.18      9.02      5.45
ZC              9.34     20.98     10.15      8.75
NZB          2559.57   5280.00   3406.85   2390.30

Macroblock type
    Intra       320.78   1320.00    377.23    270.69
    Interfield    6.64      0.00      7.00      6.94
    MC Interfield 601.85    0.00    935.77    614.56
    Interframe   38.02      0.00      0.00     41.63
    MC Interframe 352.72    0.00      0.00    386.19

Number of bits
    MBT         3109.38       0.00    2654.00    3278.51
    MCV        11097.35       0.00    9312.46   11708.55
    EOB        11017.60   21120.00   10560.00   10560.00
    Y          66308.11  459597.54  118567.54   45168.93
    Cb         29875.99  209865.23   42505.23   20737.15
    Cr         26378.62  210593.69   35857.69   17188.75
    OVH+STUFF   1230.39    1228.46    1226.15    1230.69
    TOTAL     149017.44  902404.92  220683.08  109872.58


QP  : Mean value of quantization parameter
SC  : Mean value of the number of coded nonzero coefficients
ZC  : Mean value of the number of coded zero coefficients
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Moton vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits
```

64

MS-MOTO_752_0001230256

MS-MOTO_1823_00000720776

```
Sequence : football              Institute : NHK
Bit rate : 4Mbps                 Date :   /  /91
```

|               | ALL      | Intra     | P1       | P2       |
|---------------|----------|-----------|----------|----------|
| **MSE**       |          |           |          |          |
| Y             | 68.85    | 19.11     | 28.92    | 73.11    |
| Cb            | 23.53    | 5.15      | 9.25     | 25.08    |
| Cr            | 16.38    | 4.42      | 7.17     | 17.39    |
| **RMS**       |          |           |          |          |
| Y             | 8.30     | 4.37      | 5.38     | 8.55     |
| Cb            | 4.85     | 2.27      | 3.04     | 5.01     |
| Cr            | 4.05     | 2.10      | 2.68     | 4.17     |
| **SNR**       |          |           |          |          |
| Y             | 29.75    | 35.32     | 33.52    | 29.49    |
| Cb            | 34.41    | 41.01     | 38.47    | 34.14    |
| Cr            | 35.99    | 41.67     | 39.57    | 35.73    |
| **QP**        | 24.35    | 5.55      | 10.84    | 25.88    |
| **SC**        | 4.58     | 13.55     | 6.55     | 4.07     |
| **ZC**        | 7.92     | 11.44     | 9.33     | 7.68     |
| **NZB**       | 1173.40  | 5279.69   | 1985.92  | 940.03   |
| **Macroblock type** |    |           |          |          |
| Intra         | 80.77    | 1320.00   | 17.00    | 25.00    |
| Interfield    | 56.11    | 0.00      | 79.15    | 57.68    |
| MC Interfield | 702.44   | 0.00      | 1223.85  | 711.03   |
| Interframe    | 95.34    | 0.00      | 0.00     | 104.38   |
| MC Interframe | 385.34   | 0.00      | 0.00     | 421.91   |
| **Number of bits** |     |           |          |          |
| MBT           | 2874.16  | 0.00      | 2798.31  | 3014.12  |
| MCV           | 8793.27  | 0.00      | 8545.08  | 9222.24  |
| EOB           | 11017.60 | 21120.00  | 10560.00 | 10560.00 |
| Y             | 33805.02 | 304719.54 | 70874.15 | 19192.66 |
| Cb            | 5407.07  | 87797.69  | 3593.54  | 1584.07  |
| Cr            | 3974.73  | 74062.31  | 1648.92  | 759.75   |
| OVH+STUFF     | 1236.58  | 1235.85   | 1232.92  | 1236.79  |
| TOTAL         | 67108.43 | 488935.38 | 99252.92 | 45569.64 |

```
QP  : Mean value of quantization parameter
SC  : Mean value of the number of coded nonzero coefficients
ZC  : Mean value of the number of coded zero coefficients
NZB : Mean value of the number of nonzero blocks
MBT : Macroblock types
MCV : Motion vectors
EOB : End of block
OVH+STUFF : Headers and stuffing bits
```

MS-MOTO_752_0001230257
MS-MOTO_1823_00000720777

CONTENTS

1. INTRODUCTION                                                      1
2. GENERAL CODEC OUTLINE                                             1
3. SOURCE FORMAT                                                     3
   3.1 Input and Output Signals                                     3
   3.2 Pre- and Postprocessing                                      3
4. LAYERED STRUCTURE OF VIDEO DATA                                   3
   4.1 BLOCK                                                        3
   4.2 MACROBLOCK (MB)                                              4
   4.3 SLICE                                                        4
   4.4 PICTURE                                                      4
   4.5 GROUP OF PICTURES (GOP)                                      4
5. MOTION ESTIMATION AND COMPENSATION                               4
6. MODES AND MODE SELECTION                                         5
   6.1 Picture Types                                                5
   6.2 Macroblock Types in Predicted-picture                        5
7. TRANSFORMATION                                                    5
8. QUANTIZATION                                                      6
9. CODING                                                            7
   9.1 B-Code                                                       7
   9.2 Picture Type                                                 7
   9.3 Macroblock Type                                              7
   9.4 Motion Vector                                                8
   9.5 Transform Coefficient                                        9
      9.5.1 Intra-picture                                           9
      9.5.2 Predicted-picture                                      15
10. VIDEO MULTIPLEX CODER                                           20
   10.1 Sequence Layer                                             20
   10.2 Group of Picture Layer                                     21
   10.3 Picture Layer                                              21
   10.4 Slice Layer                                                21
   10.5 Macroblock Layer                                           21
   10.6 Block Layer                                                21
11. RATE CONTROL                                                    22
12. IMPLEMENTATION ANALYSIS                                         22
   12.1 Encoder                                                    22
      12.1.1 Buffer                                                22
      12.1.2 Prefilter                                             22
      12.1.3 LS/BS                                                 23
      12.1.4 Mode Decision                                         23
      12.1.5 DCT                                                   23
      12.1.6 Quantizer                                             24
      12.1.7 Inverse Quantizer                                     25
      12.1.8 Inverse DCT                                           25
      12.1.9 Motion Estimation                                     25
      12.1.10 Motion Estimation (MC) and Prediction                26
      12.1.11 VLC                                                  27
      12.1.12 Rate Control                                         27
   12.2 Decoder                                                    28
      12.2.1 Buffer                                                28
      12.2.2 Inverse VLC                                           28
      12.2.3 Inverse Quantizer                                     28
      12.2.4 Inverse DCT                                           28
      12.2.5 Motion Compensation                                   28

**MS-MOTO_752_0001230258**

**MS-MOTO_1823_00000720778**