# EXHIBIT D

Application/Control Number: 11/027,265 Page 5
Art Unit: 2621

## Reasons for Allowance

1.   Claims 1-19 are allowed after entering the Examiner's Amendment as discussed in the <u>EXAMINER'S AMENDMENT</u> section.

2.   **Claims 1-7** are allowed as having incorporated novel features comprising an apparatus/method/computer process for encoding a picture in an image sequence comprising:

　　means for dividing said picture into a plurality of smaller portions, wherein each of said smaller portions has a size that is larger than one macroblock;

　　means for selectively encoding at least one of said plurality of smaller portions *at a time* in frame coding mode and at least one of said plurality of smaller portions *at a time* in field coding mode; and

　　means for selectively encoding at least one block within at least one of said plurality of smaller portions *at a time* in inter coding mode.

　　**Claims 8-18** are allowed as having incorporated novel features comprising an apparatus/method for decoding an encoded picture comprising:

　　means for decoding at least one of said plurality of smaller portions *at a time* of the encoded picture that is encoded in frame coding mode and at least one of said plurality of smaller portions *at a time* of the encoded picture in field coding mode, wherein each of said smaller portions has a size that is larger than one macroblock, wherein at least one block within at least one of said plurality of smaller portions *at a time* is encoded in inter coding mode; and

　　means for using said plurality of decoded smaller portions to construct a decoded picture.

　　**Claim 19** is allowed as having incorporated novel features comprising a bitstream comprising:

　　a picture that has been divided into a plurality of smaller portions, wherein at least one of said plurality of smaller portions *at a time* is encoded in frame coding mode

Application/Control Number: 11/027,265 Page 6
Art Unit: 2621

and at least one of said plurality of smaller portions *at a time* is encoded in field coding mode, wherein each of said smaller portions has a size that is larger than one macroblock, and wherein at least one block within at least one of said plurality of smaller portions *at a time* is encoded in inter coding mode.

The prior art of record fails to anticipate or make obvious the novel features (emphasis added on *underlined claim(s) limitations*) as specified above.

Any comments considered necessary by Applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

3. The prior art made of record is considered pertinent to Applicant's disclosure.

   A. Obikane et al (5,504,530) Apparatus and method for coding and decoding image signals.

4. Any inquiry concerning this communication or earlier communications from the Examiner should be directed to *Shawn S. An* whose telephone number is 571-272-7324.

5. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

6. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

SHAWN AN 6/23/07
PRIMARY EXAMINER