# EXHIBIT E

Application/Control Number: 11/027,265 Page 2
Art Unit: 2621

## EXAMINER'S AMENDMENT

I.  An Examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to Applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

**IN THE CLAIMS:**

**A)**  Please amend claims 1, 4, 7-8, 14, and 19 as follows:

1.  (Currently Amended) A method of encoding a picture in an image sequence, comprising:
    dividing said picture into a plurality of smaller portions, wherein each of said smaller portions has a size that is larger than one macroblock;
    selectively encoding at least one of said plurality of smaller portions <u>at a time</u> in frame coding mode and at least one of said plurality of ~~small~~ <u>smaller</u> portions <u>at a time</u> in field coding mode; and
    selectively encoding at least one block within at least one of said plurality of smaller portions <u>at a time</u> in inter coding mode.

4.  (Currently Amended) An apparatus for encoding a picture in an image sequence, comprising:
    means for dividing said picture into a plurality of smaller portions, wherein each of said smaller portions has a size that is larger than one macroblock;
    means for selectively encoding at least one of said plurality of smaller portions <u>at a time</u> in frame coding mode and at least one of said plurality of ~~small~~ <u>smaller</u> portions <u>at a time</u> in field coding mode; and

Application/Control Number: 11/027,265 Page 3
Art Unit: 2621

    means for selectively encoding at least one block within at least one of said plurality of smaller portions at a time in inter coding mode.

7. (Currently Amended) A computer-readable medium encoded with computer executable instructions having stored thereon a plurality of instructions, the plurality of computer executable instructions including instructions which, when executed by a processor, cause the processor to perform the steps of a method for encoding a picture in an image sequence, comprising the steps of:

    dividing said picture into a plurality of smaller portions, wherein each of said smaller portions has a size that is larger than one macroblock;

    selectively encoding at least one of said plurality of smaller portions at a time in frame coding mode and at least one of said plurality of small smaller portions at a time in field coding mode; and

    selectively encoding at least one block within at least one of said plurality of smaller portions at a time in inter coding mode.

8. (Currently Amended) A method of decoding an encoded picture having a plurality of smaller portions from a bitstream, comprising:

    decoding at least one of said plurality of smaller portions at a time in frame coding mode and at least one of said plurality of smaller portions at a time in field coding mode, wherein each of said smaller portions has a size that is larger than one macroblock, wherein at least one block within said at least one of said plurality of smaller portions at a time is encoded in inter coding mode; and
using said plurality of decoded smaller portions to construct a decoded picture.

14. (Currently Amended) An apparatus for decoding an encoded picture from a bitstream, comprising:

    means for decoding at least one of said plurality of smaller portions at a time of the encoded picture that is encoded in frame coding mode and at least one of said plurality of smaller portions at a time of the encoded picture in field coding mode,

Application/Control Number: 11/027,265                                    Page 4
Art Unit: 2621

wherein each of said smaller portions has a size that is larger than one macroblock, wherein at least one block within at least one of said plurality of smaller portions <u>at a time</u> is encoded in inter coding mode; and

means for using said plurality of decoded smaller portions to construct a decoded picture.

19.     (Currently Amended) A bitstream comprising:

a picture that has been divided into a plurality of smaller portions, wherein at least one of said plurality of smaller portions <u>at a time</u> is encoded in frame coding mode and at least one of said plurality of smaller portions <u>at a time</u> is encoded in field coding mode, wherein each of said smaller portions has a size that is larger than one macroblock, and wherein at least one block within at least one of said plurality of smaller portions <u>at a time</u> is encoded in inter coding mode.

**REMARKS:**

Claims 1, 4, 7-8, 14, and 19 have been amended as discussed above, as authorized by Applicant's attorney, Larry T. Cullen (44,489) on June 21, 2007.

II.     Any inquiry concerning this communication or earlier communications from the Examiner should be directed to *Shawn S. An* whose telephone number is 571-272-7324.

SHAWN AN
PRIMARY EXAMINER

6/23/07