# EXHIBIT G

**Exhibit G:**
**Microsoft's Proposed Corresponding Structure for Disputed "Means for [Selectively] Decoding" Elements**

| Microsoft's Proposed Corresponding Structure For Disputed "Means for [Selectively] Decoding" Elements | Intrinsic Evidence Supporting Microsoft's Proposed Corresponding Structure[11] |
|---|---|
| **(a)** a processor, application specific integrated circuit (ASIC), field programmable gate array (FPGA), coder/decoder (CODEC), or digital signal processor (DSP) performing the algorithm of: | '374 Patent, at 4:58-5:3 ("the decoder decodes the pictures. The… decoder can be a processor, application specific integrated circuit (ASIC), field programmable gate array (FPGA), coder/decoder (CODEC), digital signal processor (DSP), or some other electronic device that is capable of encoding the stream of pictures…. The term "decoder" will be used to refer expansively to all electronic devices that decode digital video content comprising a stream of pictures.").[12] |
| **(b)** *in field mode*, creating in memory one or more macroblocks each containing one field and one or more macroblocks each containing the other field and processing each such macroblock together with the other macroblocks to create in memory at least two macroblocks containing lines from both fields | *See, e.g.,* '374 Patent, at Fig. 8:<br><br>'374 Patent, at 3:50-52 ("FIG. 8 shows that a pair of macroblocks that is to be encoded in field mode is first split into one top field 16 by 16 pixel block and one bottom field 16 by 16 pixel block.")<br><br>'374 Patent, at 4:17-34 (". . . The present invention extends the |

---

[11] Microsoft identifies additional evidence supporting its identified structure for the disputed means elements in The Parties' Joint Cl. Chart, filed on Jan. 6, 2012, at 74-89.

[12] MMI cites the same intrinsic evidence in The Parties' Joint Cl. Chart, filed on Jan. 6, 2012, at 17-20, as is shown here.

MICROSOFT CORPORATION'S OPENING
CLAIM CONSTRUCTION BRIEF - 1
Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Microsoft's Proposed Corresponding Structure For Disputed "Means for [Selectively] Decoding" Elements | Intrinsic Evidence Supporting Microsoft's Proposed Corresponding Structure[11] |
|---|---|
| | concept of picture level AFF to macroblocks. In AFF coding at a picture level, each picture in a stream of pictures that is to be encoded is encoded in either frame mode or in field mode, regardless of the frame or field coding mode of other pictures that are to be coded. . . . Conversely, if a picture is encoded in field mode, the two fields that make up an interlaced frame are coded separately. . . .")<br><br>'374 Patent, at 7:26 – 8:65 (". . . However, if the pair of macroblocks (700) is to be encoded in field mode, it is first split into one top field 16 by 16 pixel block (800) and one bottom field 16 by 16 pixel block (801), as shown in FIG. 8. The two fields are then coded separately. In FIG. 8, each macroblock in the pair of macroblocks (700) has N=16 columns of pixels and M=16 rows of pixels. Thus, the dimensions of the pair of macroblocks (700) is 16 by 32 pixels. As shown in FIG. 8, every other row of pixels is shaded. The shaded areas represent the rows of pixels in the top field of the macroblocks and the unshaded areas represent the rows of pixels in the bottom field of the macroblocks. The top field block (800) and the bottom field block (801) can now be divided into one of the possible block sizes of FIGS. 3a-f. . . . However, if a group of four macroblocks (902), for example, is to be encoded in field mode, it is first split into one top field 32 by 16 pixel block and one bottom field 32 by 16 pixel block. The two fields are then coded separately. The top field block and the bottom field block can now be divided into macroblocks. Each macroblock is further divided into one of the possible block sizes of FIGS. 3a-f. Because this process is similar to that of FIG. 8, a separate figure is not provided to illustrate this embodiment. . . .") |
| **(c)** and *in frame mode*, creating in memory one or more macroblocks each containing lines from both fields and processing each such macroblock together to create in memory at least two macroblocks containing lines from both fields | *See, e.g.,* '374 Patent, at 4:17-34 ("The present invention extends the concept of picture level AFF to macroblocks. In AFF coding at a picture level, each picture in a stream of pictures that is to be encoded is encoded in either frame mode or in field mode, regardless of the frame or field coding mode of other pictures that are to be coded. If a picture is encoded in frame mode, the two fields that make up an interlaced frame are coded jointly. . . .")<br><br>'374 Patent, at 7:26 – 8:65 (". . . FIG. 7 illustrates an exemplary pair of macroblocks (700) that can be used in AFF coding on a |

MICROSOFT CORPORATION'S OPENING
CLAIM CONSTRUCTION BRIEF - 2
Case No. C10-1823-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Microsoft's Proposed Corresponding Structure For Disputed "Means for [Selectively] Decoding" Elements | Intrinsic Evidence Supporting Microsoft's Proposed Corresponding Structure[11] |
|---|---|
|  | pair of macroblocks according to an embodiment of the present invention. If the pair of macroblocks (700) is to be encoded in frame mode, the pair is coded as two frame-based macroblocks. In each macroblock, the two fields in each of the macroblocks are encoded jointly. Once encoded as frames, the macroblocks can be further divided into the smaller blocks of FIGS. 3a-f for use in the temporal prediction with motion compensation algorithm. . . .  If the group of macroblocks (902) is to be encoded in frame mode, the group coded as four frame-based macroblocks. In each macroblock, the two fields in each of the macroblocks are encoded jointly. Once encoded as frames, the macroblocks can be further divided into the smaller blocks of FIGS. 3a-f for use in the temporal prediction with motion compensation algorithm. . . . .") |

MICROSOFT CORPORATION'S OPENING
CLAIM CONSTRUCTION BRIEF - 3
Case No. C10-1823-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717