# EXHIBIT H

# Webster's
# NewWorld
# Dictionary

## SECOND COLLEGE EDITION

MS-MOTO_752_0005134368
MS-MOTO_1823_00005194927

SECOND COLLEGE EDITIC

# WEBSTER'S
# NEW WORLD
# DICTIONARY

## OF THE AMERICAN LANGUAGE

DAVID B. GURALNIK, *Editor in Chief*

**SIMON AND SCHUSTER**

MS-MOTO_752_0005134369
MS-MOTO_1823_00005194928



Copyright © 1982 and 1970, 1972, 1974, 1976, 1978, 1979, 1980 by Simon & Schuster, a Division of
Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON and SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, and colophons
are trademarks of Simon & Schuster.
Manufactured in the United States of America
   4  5  6  7  8  9  10

Library of Congress Cataloging in Publication Data

CATALOG CARD NO.: 81-85763
   Webster's New World Dictionary.

   New York: Simon & Schuster
   1728 p. College ed.
   8201          811119

0-671-41809-2 cl., indexed
0-671-41807-6 cl., plain edge
0-671-41811-4 Pbk.

Case 2:10-cv-01823-JLR Document 173-14 Filed 02/03/12 Page 5 of 5 RX-0229.0005

**Sejm** (sām) *n.* [Pol., assembly] the Polish Parliament
**sel.** 1. selected 2. selection(s)
**se·la·chi·an** (si lā'kē ən) *n.* [< ModL. *Selachii*, name of the order (< Gr. *selachos*, cartilaginous fish, akin to *selas*, light, gleam: from its phosphorescent appearance, prob. < IE. base **swel-*, to burn, smolder, whence SWELTER) + -AN] any of an order (Selachii) of cartilaginous fishes including the sharks and rays —*adj.* of the selachians
**sel·a·gi·nel·la** (sel'ə ji nel'ə) *n.* [ModL., dim. < L. *selago* (gen. *selaginis*), kind of plant] any of a genus (*Selaginella*) of small-leaved, mosslike, vascular plants, having two kinds of spores borne in cones at the tips of the branches
**se·lah** (sē'lə, sē lä') *n.* [Heb. *selāh*] a Hebrew word of unknown meaning at the end of verses in the Psalms: perhaps a musical direction, but traditionally interpreted as a blessing meaning "forever"
**Se·lan·gor** (se läŋ'gôr) W state of the Federation of Malaya: 3,167 sq. mi.; pop. 1,317,000
**Selassie** *see* HAILE SELASSIE
**Sel·den** (sel'dən), **John** 1584–1654; Eng. politician & legal historian
**sel·dom** (sel'dəm) *adv.* [ME. *selden* < OE. *seldan*, strange, rare, akin to G. *selten* < Gmc. base **selda-* < ? IE. **selo-*: see SELF] not often; rarely; infrequently —*adj.* rare; infrequent —**sel'dom·ness** *n.*
**se·lect** (sə lekt') *adj.* [L. *selectus*, pp. of *seligere*, to choose, pick out < *se-*, apart + *legere*, to choose: see LOGIC] 1. chosen in preference to another or others; picked out, esp. for excellence or some special quality; picked 2. choice; excellent; outstanding 3. careful in choosing or selecting; fastidious 4. limited to certain people or groups; exclusive —*vt.* to choose or pick out from among others, as for excellence, desirability, etc. —*vi.* to make a selection; choose —*SYN.* see CHOOSE —**se·lect'ness** *n.*
☆**se·lect·ee** (sə lek'tē') *n.* a person inducted into the armed forces under selective service
**se·lec·tion** (sə lek'shən) *n.* [L. *selectio*] 1. a selecting or being selected 2. *a)* a person or thing chosen *b)* a group or collection of these *c)* a variety from which to choose [a *selection* of colors] 3. *Biol.* any process, natural or artificial, by which certain organisms or characters are favored or perpetuated in, or as if in, preference to others: cf. NATURAL SELECTION —*SYN.* see CHOICE
**se·lec·tive** (-tiv) *adj.* 1. of or characterized by selection 2. having the power of selecting; tending to select 3. *Radio* excluding oscillations on all frequencies except the one desired —**se·lec'tive·ly** *adv.* —**se·lec'tive·ness** *n.*
☆**selective service** compulsory military training and service according to age, physical fitness, etc.
**se·lec·tiv·i·ty** (sə lek'tiv'ə tē) *n.* 1. the state or quality of being selective 2. the degree to which a radio receiver will reproduce the signals of a given transmitter while rejecting the signals of the others
☆**se·lect·man** (sə lekt'mən; *locally, also* sē'lekt man') *n.*, *pl.* **-men** (-mən, -men') [SELECT + MAN] any of a board of officers elected in most New England towns to manage municipal affairs
**se·lec·tor** (sə lek'tər) *n.* [LL.] a person or thing that selects
**sel·e·nate** (sel'ə nāt') *n.* [Sw. *selenat* < *selen*, selenic + *-at*, -ATE²] a salt or ester of selenic acid
**Se·le·ne** (si lē'nē) [Gr. *Selēnē* < *selēnē*, the moon] the Greek goddess of the moon: cf. LUNA, ARTEMIS, HECATE
**se·le·nic** (sə lē'nik, -len'ik) *adj.* [cf. SELENIUM & -IC] designating or of compounds in which selenium has a higher valence than in corresponding selenious compounds
**selenic acid** a colorless, crystalline acid, $H_2SeO_4$, resembling sulfuric acid in its action
**se·le·ni·ous** (sə lē'nē əs) *adj.* designating or of compounds in which selenium has a lower valence than in corresponding selenic compounds
**selenious acid** a colorless, transparent, crystalline powder, $H_2SeO_3$, soluble in water and used as a reagent
**sel·e·nite** (sel'ə nīt') *n.* [L. *selenites* < Gr. *selēnitēs* (*lithos*), lit., moon (stone) < *selēnē*, the moon: once thought to wax and wane with the moon] 1. a kind of gypsum found in transparent crystals 2. a salt of selenious acid
**se·le·ni·um** (sə lē'nē əm) *n.* [ModL. < Gr. *selēnē*, the moon (akin to *selas*, light: see SELACHIAN): so named by its discoverer, Berzelius, by analogy with tellurium < L. *tellus*, the earth] a gray, nonmetallic chemical element of the sulfur group, existing in many allotropic forms: used in photoelectric devices because its electrical conductivity varies with the intensity of light: also used in making red glass, in certain electrostatic copying processes, etc.: symbol, Se; at. wt., 78.96; at. no., 34; sp. gr., 4.81; melt. pt., 217°C; boil. pt., 684.8°C
**selenium cell** a photoelectric cell using selenium as the photoconductive element
**sel·e·no-** (sel'ə nō) [< Gr. *selēnē*, the moon (see SELENIUM)] *a combining form meaning* moon [*selenography*]
**sel·e·nod·e·sy** (sel'ə näd'ə sē) *n.* [< SELENO- + *-desy*, after GEODESY] the branch of astronomy concerned with measuring, or determining the shape of, the moon or its surface features, locating exactly points on its surface, etc. —**sel'e·nod'e·sist** *n.*
**sel·e·nog·ra·phy** (-näg'rə fē) *n.* [ModL. *selenographia*: see SELENO- & -GRAPHY] the study of the surface and physical features of the moon —**sel'e·nog'ra·pher** *n.* —**se·le·no·graph·ic** (sə lē'nə graf'ik) *adj.*
**sel·e·nol·o·gy** (-näl'ə jē) *n.* [SELENO- + -LOGY] the branch of astronomy dealing with the moon —**se·le·no·log·i·cal** (sə lē'nə läj'i k'l) *adj.* —**sel'e·nol'o·gist** *n.*
**Se·leu·ci·a** (sə lo͞o'shē ə, -shə) any of several ancient cities of SW Asia, founded by Seleucus I; esp., the chief city of the Seleucid Empire, on the Tigris
**Se·leu·cid** (sə lo͞o'sid) *n.*, *pl.* **-cids, -ci·dae'** (-si dē') [< L. *Seleucides* < Gr. *Seleukidēs*] a member of a dynasty founded by Seleucus I and ruling (312–64? B.C.) over S Asia Minor & the region between the Mediterranean Sea & the Indus River —*adj.* of the Seleucids: also **Se·leu'ci·dan**
**Se·leu·cus I** (sə lo͞o'kəs) (*Seleucus Nicator*) ?–280 B.C.; Macedonian general & founder of the Seleucid dynasty
**self** (self) *n.*, *pl.* **selves** [ME. < OE., prob. < IE. **selo-* < base **se-*, reflexive pronoun, orig., separate, apart (whence L. *sibi*, *se*) + **(o)lo-*, pron. suffix: basic sense "itself, by itself"] 1. the identity, character, or essential qualities of any person or thing 2. one's own person as distinct from all others 3. one's own welfare, interest, or advantage; selfishness [obsessed with *self*] —*pron.* [Colloq.] myself, himself, herself, or yourself [tickets for *self* and wife] —*adj.* 1. being uniform or the same throughout 2. of the same kind, nature, color, material, etc. as the rest [a *self* lining, *self* trim]
**self-** (self) [ME. < OE. < *self*: see prec.] *a prefix used in hyphenated compounds, meaning:* 1. of oneself or itself: the object of the action [*self*-appraisal; *self*-restraint] 2. by oneself or itself: the subject of the action [*self*-appointed, *self*-starting] 3. in oneself or itself [*self*-centered] 4. to or with oneself or itself [*self*-addressed]
**self-a·base·ment** (self'ə bās'mənt) *n.* abasement or humiliation of oneself
**self-ab·ne·ga·tion** (-ab'nə gā'shən) *n.* lack of consideration for oneself or one's own interest; self-denial
**self-ab·sorp·tion** (-əb sôrp'shən, -zôrp'-) *n.* 1. absorption in one's own interests, affairs, etc. 2. *Physics* the absorption of radiation by the substance emitting the radiation —**self'-ab·sorbed'** *adj.*
**self-a·buse** (-ə byo͞os') *n.* 1. misuse of one's own abilities, talents, etc. 2. accusation, blame, or revilement of oneself 3. *a euphemism for* MASTURBATION
**self-act·ing** (-ak'tiŋ) *adj.* acting without outside influence or stimulus; working by itself; automatic
**self-ac·tu·al·i·za·tion** (-ak'cho͞o wə li zā'shən) *n.* full development of one's abilities, ambitions, etc.
**self-ad·dressed** (-ə drest') *adj.* addressed to oneself [a *self-addressed* envelope]
**self-ad·vance·ment** (-əd vans'mənt, -väns'-) *n.* the act of advancing or promoting one's own interests
**self-ag·gran·dize·ment** (-ə gran'diz mənt) *n.* the act of making oneself more powerful, wealthy, etc., esp. in a ruthless way —**self'-ag·gran'diz'ing** (-dīz'iŋ) *adj.*
**self-a·nal·y·sis** (-ə nal'ə sis) *n.* analysis of one's own personality without the help of another
**self-an·ni·hi·la·tion** (-ə nī'ə lā'shən) *n.* 1. *same as* SELF-DESTRUCTION 2. loss of awareness of self, as in a mystical union with God
**self-ap·point·ed** (-ə poin'tid) *adj.* declared to be so by oneself, but not so appointed by others [a *self-appointed* censor]
**self-as·ser·tion** (-ə sur'shən) *n.* the act of demanding recognition for oneself or of insisting upon one's rights, claims, etc. —**self'-as·ser'tive, self'-as·sert'ing** *adj.*
**self-as·sur·ance** (-ə sho͞or'əns) *n.* confidence in oneself, or in one's own ability, talent, etc. —**self'-as·sured'** *adj.*
**self-cen·tered** (-sen'tərd) *adj.* occupied or concerned only with one's own affairs; egocentric; selfish
**self-clos·ing** (-klōz'iŋ) *adj.* closing automatically
**self-col·lect·ed** (-kə lek'tid) *adj. same as* SELF-POSSESSED
**self-col·ored** (-kul'ərd) *adj.* 1. of only one color 2. of the natural or original color, as a fabric
**self-com·mand** (-kə mand') *n. same as* SELF-CONTROL
**self-com·pla·cent** (-kəm plā's'nt) *adj.* self-satisfied, esp. in a smug way —**self'-com·pla'cen·cy** *n.*
**self-com·posed** (-kəm pōzd') *adj.* having or showing composure; calm; cool
**self-con·ceit** (-kən sēt') *n.* too high an opinion of oneself; conceit; vanity —**self'-con·ceit'ed** *adj.*
**self-con·cept** (-kän'sept) *n. same as* SELF-IMAGE
**self-con·fessed** (-kən fest') *adj.* being such by one's own admission [a *self-confessed* thief]
**self-con·fi·dence** (-kän'fə dəns) *n.* confidence in oneself, one's own abilities, etc. —*SYN.* see CONFIDENCE —**self'-con'fi·dent** *adj.* —**self'-con'fi·dent·ly** *adv.*
**self-con·scious** (-kän'shəs) *adj.* 1. *a)* unduly conscious of oneself as an object of notice; awkward or embarrassed in the presence of others; ill at ease *b)* showing embarrassment, etc. [a *self-conscious* cough] 2. *Philos., Psychol.* having or showing awareness of one's own existence, actions, etc.; conscious of oneself or one's ego —**self'-con'scious·ly** *adv.* —**self'-con'scious·ness** *n.*

MS-MOTO 752 0005134371
MS-MOTO_1823_00005194930