# EXHIBIT I

**Exhibit I:**
**Microsoft's Proposed Corresponding Structure for Disputed**
**"Means for Using" Elements**

| Microsoft's Proposed Corresponding Structure For Disputed "Means for Using" Elements | Intrinsic Evidence Supporting Microsoft's Proposed Corresponding Structure[13] |
|---|---|
| **(a)** a processor, application specific integrated circuit (ASIC), field programmable gate array (FPGA), coder/decoder (CODEC), or digital signal processor (DSP) performing the algorithm of | '374 Patent, at 4:58-5:3 ("the decoder decodes the pictures. The… decoder can be a processor, application specific integrated circuit (ASIC), field programmable gate array (FPGA), coder/decoder (CODEC), digital signal processor (DSP), or some other electronic device that is capable of encoding the stream of pictures…. The term "decoder" will be used to refer expansively to all electronic devices that decode digital video content comprising a stream of pictures.").[14] |
| **(b)** assembling a decoded picture using the decoded [smaller portions/processing blocks] like bricks in a wall | '374 Patent, at Fig. 8:<br><br>*[Figure 8: diagram showing N columns with 2*M rows being split into two blocks of M rows each, labeled 800 and 801, with bracket 700, captioned FIG. 8]*<br><br>'374 Patent, at 7:43 – 8:45 (". . .  However, if the pair of macroblocks (700) is to be encoded in field mode, it is first split into one top field 16 by 16 pixel block (800) and one bottom field 16 by 16 pixel block (801), as shown in FIG. 8. The two fields are then coded separately. In FIG. 8, each macroblock in the pair of macroblocks (700) has N=16 columns of pixels and M=16 rows of pixels. |

---

[13] Microsoft identifies additional evidence supporting its identified structure for the disputed means elements in The Parties' Joint Cl. Chart, filed on Jan. 6, 2012, at 89-94.

[14] MMI cites the same intrinsic evidence in The Parties' Joint Cl. Chart, filed on Jan. 6, 2012, at 20-21, as is shown here.

MICROSOFT CORPORATION'S OPENING
CLAIM CONSTRUCTION BRIEF - 1
Case No. C10-1823-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Microsoft's Proposed Corresponding Structure For Disputed "Means for Using" Elements | Intrinsic Evidence Supporting Microsoft's Proposed Corresponding Structure[13] |
|---|---|
| | Thus, the dimensions of the pair of macroblocks (700) is 16 by 32 pixels. As shown in FIG. 8, every other row of pixels is shaded. The shaded areas represent the rows of pixels in the top field of the macroblocks and the unshaded areas represent the rows of pixels in the bottom field of the macroblocks. The top field block (800) and the bottom field block (801) can now be divided into one of the possible block sizes of FIGS. 3a-f. . . ." |

MICROSOFT CORPORATION'S OPENING
CLAIM CONSTRUCTION BRIEF - 2
Case No. C10-1823-JLR

CH1 6474738v.1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717