1
2
3
4
5

FILED —— ENTERED
LODGED —— RECEIVED

FEB 10 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                  DEPUTY

The Honorable James L. Robart

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, November 18, 2011** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |



**10-CV-01823-ORD**

ORDER GRANTING MOTOROLA'S MOTION FOR LEAVE
TO AMEND ITS INVALIDITY CONTENTIONS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Motorola's Motion for Leave to Amend
2  Its Invalidity Contentions and the Court having reviewed the papers and evidence submitted, and
3  being otherwise fully advised as to the issues presented, for good cause shown, the Court hereby
4  ORDERS, ADJUDGES AND DECREES that Motorola's Motion for Leave to Amend Its
5  Invalidity Contentions is hereby GRANTED. The supplemental Invalidity Contentions provided
6  to Microsoft by Motorola on November 8, 2011 are hereby allowed.
7  IT IS SO ORDERED.
8  DATED this 10th day of February, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   philm@summitlaw.com
   lynne@summitlaw.com

ORDER GRANTING MOTOROLA'S MOTION FOR LEAVE
TO AMEND ITS INVALIDITY CONTENTIONS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 | And by

2 |     Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
3 |     Stuart W. Yothers (*pro hac vice*)
    Ropes & Gray LLP
4 |     1211 Avenue of the Americas
    New York, NY 10036-8704
5 |     (212) 596-9046
    *steven.pepe@ropesgray.com*
6 |     *jesse.jenner@ropesgray.com*
    *stuart.yothers@ropesgray.com*
7 |

8 |     Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
9 |     Ropes & Gray LLP
    1900 University Avenue, 6th Floor
10 |     East Palo Alto, CA 94303-2284
    (650) 617-4030
11 |     *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*

12 |     Paul M. Schoenhard (*pro hac vice*)
    Kevin J. Post (*pro hac vice*)
13 |     Ropes & Gray LLP
    One Metro Center
14 |     700 12th Street NW, Suite 900
    Washington, DC 20005-3948
15 |     (202) 508-4693
    *paul.schoenhard.@ropesgray.com*
16 |     *kevin.post@ropesgray.com*

17 | *Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation*
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

ORDER GRANTING MOTOROLA'S MOTION FOR LEAVE
TO AMEND ITS INVALIDITY CONTENTIONS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson Harrigan Leyh & Tollefson
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*kwheeler@sidley.com*
*rcederoth@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 10th day of November, 2011.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA'S MOTION FOR LEAVE
TO AMEND ITS INVALIDITY CONTENTIONS - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001