The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 77)<br>[PROPOSED]<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, March 2, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 77)
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER, having come before the Court on Defendants' Motion for Leave to File

2   Document Under Seal re: Opposition to Microsoft's Motion for Summary Judgment (ECF No. 77)

3   and the Court having reviewed the pleadings and evidence presented and on file in this case, and

4   being otherwise fully advised as to the issues presented, the Court hereby:

5   ORDERS, ADJUDGES AND DECREES that the Motorola Mobility-VTech license

6   agreement (MOTM_WASH1823_0394368-4401), attached to the Declaration of Philip S.

7   McCune in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary

8   Judgment, will be filed under seal.

9   IT IS SO ORDERED.

10   DATED this ____ day of _____, 2012.

11

12
_____
THE HONORABLE JAMES L. ROBART
13   UNITED STATES DISTRICT COURT JUDGE

14   *Presented by:*

15   SUMMIT LAW GROUP PLLC

16

17   By */s/ Ralph H. Palumbo*_____
Ralph H. Palumbo, WSBA #04751
18   Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
19   *ralphp@summitlaw.com*
*philm@summitlaw.com*
20   *lynne@summitlaw.com*

21   By */s/ K. McNeill Taylor, Jr.*_____
K. McNeill Taylor, Jr.
22   MOTOROLA MOBILITY, INC.
MD W4-150
23   600 North U.S. Highway 45
Libertyville, IL  60048-1286
24   Phone:  858-404-3580
Fax:  847-523-0727
25

26

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL RE: OPPOSITION TO
MICROSOFT'S MOTION FOR SUMMARY JUDGMENT (ECF
NO. 77) - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

And by

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*steven.pepe@ropesgray.com*
*jesse.jenner@ropesgray.com*
*stuart.yothers@ropesgray.com*

Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

**Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 77) - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson, Harrigan, Leyh & Tollefson LLP
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>David Greenfield
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*rcederoth@sidley.com*
>*david.greenfield@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 17th day of February, 2012.

>/s/ *Marcia A. Ripley*
>Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL RE: OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 77) - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001