The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington
corporation,

                        Plaintiff,

        v.

MOTOROLA, INC., and MOTOROLA
MOBILITY, INC., and GENERAL
INSTRUMENT CORPORATION,

                        Defendants.

CASE NO. C10-1823-JLR

DECLARATION OF PHILIP S.
McCUNE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO
MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

**NOTE ON MOTION CALENDAR:**
**Friday, March 2, 2012**

MOTOROLA MOBILITY, INC., and
GENERAL INSTRUMENT CORPORATION,

        Plaintiffs/Counterclaim Defendant,

        v.

MICROSOFT CORPORATION,

        Defendant/Counterclaim Plaintiff.

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    I, PHILIP S. McCUNE, hereby declare as follows:

2    1.    I am one of the attorneys for Defendants Motorola, Inc. (now Motorola Solutions,

3 Inc.), Motorola Mobility, Inc. and General Instrument Corporation in this lawsuit.  I am competent

4 to testify, and make this declaration based on my own personal knowledge.

5    2.    Attached hereto as Exhibit A is a true and correct copy of the Motorola Mobility-

6 VTech license agreement (MOTM_WASH1823_0394368-4401), submitted herewith under seal.

7    I declare under penalty of the laws of perjury that, to the best of my knowledge,

8 information and belief, the foregoing is true and correct.

9    EXECUTED this 17th day of February, 2012, at Seattle, Washington.

10

11
　　　　　　　　　　　　　　　　　　　　*/s/ Philip S. McCune*
　　　　　　　　　　　　　　　　　　　　　Philip S. McCune

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

**CERTIFICATE OF SERVICE**

1

2    I hereby certify that on this day I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system which will send notification of such filing to the following:

3

4    Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.

5    Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP

6    *arthurh@dhlt.com*
*chrisw@dhlt.com*

7    *shanec@dhlt.com*

8    Brian R. Nester, Esq.
David T. Pritikin, Esq.

9    Douglas I. Lewis, Esq.
John W. McBride, Esq.

10   Richard A. Cederoth, Esq.
David Greenfield

11   Sidley Austin LLP
*bnester@sidley.com*

12   *dpritikin@sidley.com*

13   *dilewis@sidley.com*
*jwmcbride@sidley.com*

14   *rcederoth@sidley.com*
*david.greenfield@sidley.com*

15

16   T. Andrew Culbert, Esq.
David E. Killough, Esq.

17   Microsoft Corp.
*andycu@microsoft.com*

18   *davkill@microsoft.com*

19

20   DATED this 17th day of February, 2012.

21

22                                                        /s/ *Marcia A. Ripley*
                                                         Marcia A. Ripley

23

24

25

26

DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# MOTM_WASH1823_0394368
## (PATENT LICENSE AGREEMENT)

# FILED UNDER SEAL

## DECLARATION OF PHILIP S. MCCUNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A