

HONORABLE JAMES L. ROBART



10-CV-01823-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | No. C10-1823-JLR<br><br>**STIPULATION AND (PROPOSED) ORDER REGARDING (1) AMENDMENT OF MOTOROLA'S INFRINGEMENT CONTENTIONS AND (2) MICROSOFT'S ANSWERS TO COUNTERCLAIMS**<br><br>Noted: Monday, March 5, 2012 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

STIPULATION AND (PROPOSED) ORDER RE
(1) MOTOROLA'S AMENDED INFRINGEMENT
CONTENTIONS AND (2) MICROSOFT'S
ANSWERS TO COUNTERCLAIMS

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717

## STIPULATION

Microsoft Corporation ("Microsoft") and Motorola Solutions, Inc. (formerly, Motorola, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively, "Motorola") stipulate as follows:

### I. Motorola's Amendment of Infringement Contentions and Microsoft's Amendment of Non-Infringement Contentions

On September 2, 2011, Motorola served Microsoft with its original Asserted Claims and Infringement Contentions ("Infringement Contentions") pursuant to the Court's Standing Order for Patent Cases and the Court's August 5, 2011 Minute Order Setting Trial Dates and Related Dates. Microsoft's nonpublic code was produced after the date to provide the Infringement Contentions. After reviewing the code, Motorola on December 23, 2011, served Microsoft with Motorola's Second Amended Disclosure of Asserted Claims and Infringement Contentions. Based on these circumstance and subject to Court approval, the parties agree that Motorola may formally amend its Infringement Contentions and serve Microsoft with such Amended Infringement Contentions by no later than March 9, 2012.

Subject to Court approval, the parties further agree that Microsoft shall serve Motorola with its Amended Non-Infringement Contentions by no later than May 7, 2012.

### II. Microsoft's Answer to Motorola's Counterclaims

On June 15, 2011, Motorola filed its Answer, Defenses, and Counterclaims to Microsoft Corporation's Counterclaims Originally Filed in 3:10-CV-699 (W.D.Wis.) (Dkt. 67)[1] and its Answer, Defenses, and Counterclaims to Plaintiff's Amended and Supplemental Complaint (Dkt. 68).[2]

---

[1] Upon transfer to the Western District of Washington, this action was assigned Case No. C11-00343-JLR before being consolidated with Case No. C10-1823-JLR.

[2] Filed in Case No. C10-1823-JLR.

STIPULATION AND (PROPOSED) ORDER RE (1) MOTOROLA'S AMENDED INFRINGEMENT CONTENTIONS AND (2) MICROSOFT'S ANSWERS TO COUNTERCLAIMS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

1     On July 5, 2011, Microsoft filed its Motion to Dismiss Motorola's "RAND"-Based Counterclaims (Dkt. 71). On August 18, 2011, Microsoft filed its first Motion for Partial Summary Judgment, raising issues potentially dispositive of Motorola's RAND-based counterclaims (Dkt. 77).

    By Order dated February 6, 2012, the Court granted in part, and denied in part, Microsoft's Motion to Dismiss (Dkt. 175). By Order dated February 27, 2012, the Court granted in part, and denied in part, Microsoft's first Motion for Summary Judgment (Dkt. 188).

    Subject to Court approval, the parties agree that Microsoft shall answer Motorola's counterclaims by no later than <u>March 9, 2012</u>.

    DATED this 5th day of March, 2012.

**AGREED AND STIPULATED TO:**

| DANIELSON HARRIGAN LEYH & TOLLEFSON LLP | SUMMIT LAW GROUP PLLC |
|---|---|
| By   /s/ Arthur W. Harrigan, Jr.<br>    Arthur W. Harrigan, Jr., WSBA #1751<br>    Christopher Wion, WSBA #33207<br>    Shane P. Cramer, WSBA #35099<br><br>By   /s/ T. Andrew Culbert<br>    T. Andrew Culbert, WSBA #35925<br>    David E. Killough, WSBA #21119<br>    MICROSOFT CORPORATION<br>    1 Microsoft Way<br>    Redmond, WA 98052<br>    Phone: 425-882-8080<br>    Fax: 425-869-1327 | By   /s/ Ralph H. Palumbo<br>    Ralph H. Palumbo, WSBA #04751<br>    Philip S. McCune, WSBA #21081<br>    Lynn M. Engel, WSBA #21934<br>    philm@summitlaw.com<br>    lynne@summitlaw.com<br><br>By /s/ K. McNeill Taylor, Jr.<br>    K. McNeill Taylor, Jr.<br>    MOTOROLA MOBILITY, INC.<br>    MD W4-150<br>    600 North U.S. Highway 45<br>    Libertyville, IL 60048-1286<br>    Phone: 858-404-3580<br>    Fax: 847-523-0727 |

STIPULATION AND (PROPOSED) ORDER RE (1) MOTOROLA'S AMENDED INFRINGEMENT CONTENTIONS AND (2) MICROSOFT'S ANSWERS TO COUNTERCLAIMS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | |
|---|---|
| John W. McBride, *(pro hac vice)*<br>David T. Pritikin, *(pro hac vice)*<br>Richard A. Cederoth, *(pro hac vice)*<br>Douglas I. Lewis, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Phone:  312-853-7000<br>Fax:  312-853-7036<br><br>Brian R. Nester, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC  20005<br>Telephone:  202-736-8000<br>Fax:  202-736-8711<br><br>**Counsel for Microsoft Corp.** | Steven Pepe *(pro hac vice)*<br>Jesse J. Jenner *(pro hac vice)*<br>Stuart W. Yothers *(pro hac vice)*<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>(212) 596-9046<br>*steven.pepe@ropesgray.com*<br>*jesse.jenner@ropesgray.com*<br>*stuart.yothers@ropesgray.com*<br><br>Norman H. Beamer *(pro hac vice)*<br>Gabrielle E. Higgins *(pro hac vice)*<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>(650) 617-4030<br>*norman.beamer@ropesgray.com*<br>*gabrielle.higgins@ropesgray.com*<br><br>Paul M. Schoenhard *(pro hac vice)*<br>Kevin J. Post *(pro hac vice)*<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>(202) 508-4693<br>*paul.schoenhard.@ropesgray.com*<br>*kevin.post@ropesgray.com*<br><br>**Counsel for Motorola Solutions, Inc.,<br>Motorola Mobility, Inc., and General<br>Instrument, Corp.** |

### (PROPOSED) ORDER

It is so ordered:

1. Motorola may amend its Infringement Contentions and serve Microsoft with such Amended Infringement Contentions by no later than **March 9, 2012.**

STIPULATION AND (PROPOSED) ORDER RE (1)
MOTOROLA'S AMENDED INFRINGEMENT
CONTENTIONS AND (2) MICROSOFT'S
ANSWERS TO COUNTERCLAIMS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Microsoft shall serve Motorola with its Amended Non-Infringement Contentions by no later than **May 7, 2012**.

3. Microsoft shall answer Motorola's counterclaims by no later than **March 9, 2012**.

DATED this 7th day of March, 2012.

_____
HONORABLE JAMES L. ROBART
US DISTRICT COURT JUDGE

Presented by:

DANIELSON HARRIGAN LEYH &
TOLLEFSON LLP

By /s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

By /s/ T. Andrew Culbert
    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #21119
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080
    Fax: 425-869-1327

SUMMIT LAW GROUP PLLC

By /s/ Ralph H. Palumbo
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    philm@summitlaw.com
    lynne@summitlaw.com

By /s/ K. McNeill Taylor, Jr.
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    Phone: 858-404-3580
    Fax: 847-523-0727

STIPULATION AND (PROPOSED) ORDER RE (1)
MOTOROLA'S AMENDED INFRINGEMENT
CONTENTIONS AND (2) MICROSOFT'S
ANSWERS TO COUNTERCLAIMS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | |
|---|---|
| John W. McBride, *(pro hac vice)* <br> David T. Pritikin, *(pro hac vice)* <br> Richard A. Cederoth, *(pro hac vice)* <br> Douglas I. Lewis, *(pro hac vice)* <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL  60603 <br> Phone:  312-853-7000 <br> Fax:  312-853-7036 <br><br> Brian R. Nester, *(pro hac vice)* <br> SIDLEY AUSTIN LLP <br> 1501 K Street NW <br> Washington, DC  20005 <br> Telephone:  202-736-8000 <br> Fax:  202-736-8711 <br><br> **Counsel for Microsoft Corp.** | Steven Pepe *(pro hac vice)* <br> Jesse J. Jenner *(pro hac vice)* <br> Stuart W. Yothers *(pro hac vice)* <br> Ropes & Gray LLP <br> 1211 Avenue of the Americas <br> New York, NY  10036-8704 <br> (212) 596-9046 <br> *steven.pepe@ropesgray.com* <br> *jesse.jenner@ropesgray.com* <br> *stuart.yothers@ropesgray.com* <br><br> Norman H. Beamer *(pro hac vice)* <br> Gabrielle E. Higgins *(pro hac vice)* <br> Ropes & Gray LLP <br> 1900 University Avenue, 6th Floor <br> East Palo Alto, CA  94303-2284 <br> (650) 617-4030 <br> *norman.beamer@ropesgray.com* <br> *gabrielle.higgins@ropesgray.com* <br><br> Paul M. Schoenhard *(pro hac vice)* <br> Kevin J. Post *(pro hac vice)* <br> Ropes & Gray LLP <br> One Metro Center <br> 700 12th Street NW, Suite 900 <br> Washington, DC  20005-3948 <br> (202) 508-4693 <br> *paul.schoenhard.@ropesgray.com* <br> *kevin.post@ropesgray.com* <br><br> **Counsel for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument, Corp.** |

**STIPULATION AND (PROPOSED) ORDER RE (1) MOTOROLA'S AMENDED INFRINGEMENT CONTENTIONS AND (2) MICROSOFT'S ANSWERS TO COUNTERCLAIMS - 5**