HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., et al.,<br><br>  Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 3/22/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, March 30, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | |

THIS MATTER comes before the Court on Microsoft's 3/22/12 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 3/22/12 Motion to Seal is GRANTED. Exhibit 3 to the Declaration of Douglas I. Lewis shall be maintained under seal.

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/22/12 MOTION SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DONE IN OPEN COURT this ___ day of March, 2011.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080
    Fax: 425-869-1327

    David T. Pritikin, *Pro Hac Vice*
    Richard A. Cederoth, *Pro Hac Vice*
    Constantine L. Trela, Jr., *Pro Hac Vice*
    Douglas I. Lewis, *Pro Hac Vice*
    John W. McBride, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Phone: 312-853-7000
    Fax: 312-853-7036

    Carter G. Phillips, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Phone: 202-736-8000
    Fax: 202-736-8711

    Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/22/12 MOTION SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                         s/ Linda Bledsoe
                         LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/22/12 MOTION SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717