THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　Defendants.<br>―――――――――――――――――<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>(Proposed) ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY<br><br>NOTED: Friday, April 13, 2012 |

　　　This matter came before the Court on Microsoft's Motion for Summary Judgment of Invalidity.

　　　The Court has considered the following pleadings:

　　　1.　　Plaintiff Microsoft Corporation's Motion for Summary Judgment of Invalidity;

　　　2.　　Declaration of Douglas I. Lewis in Support of Microsoft Corporation's Motion for Summary Judgment of Invalidity and the exhibits thereto;

(Proposed) ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY - 1

Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. (Proposed) Order Granting Microsoft Corporation's Motion for Summary Judgment of Invalidity;

4.

5.

6.

The Court therefore deems itself fully advised.  Now, therefore,

IT IS ORDERED that Plaintiff Microsoft Corporation's Motion for Summary Judgment of Invalidity is GRANTED.

The Court finds that the Motorola patents in suit, U.S. Patents 7,310,374, 7,310,375, and 7,310,376 (the '374, '375, and '376 patents, respectively), describe only general purpose devices for implementing the "decoding" and "using" functions in the means plus function claim elements in independent apparatus claims 14 of the '374 patent, 13 of the '375 patent, and 22 of the '376 patent (and apparatus claims 15-18 of the '374 patent, 14 and 16 of the '375 patent, and 23, 26-28 of the '376 patent, which are dependent on those claims) ("the Asserted Apparatus Claims").  These means elements therefore require disclosure of an algorithm for performing these functions.  The patents disclose no algorithm for the decoding or using functions and are therefore invalid.

For these reasons, the Asserted Apparatus Claims are invalid under 35 U.S.C. § 112, ¶ 2 for indefiniteness.

DONE IN OPEN COURT this __ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

(Proposed) ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY - 2

Case No. C10-1823-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    /s/ Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA  98052
     Phone:  425-882-8080
     Fax:  425-869-1327

     David T. Pritikin, *Pro Hac Vice*
     Richard A. Cederoth, *Pro Hac Vice*
     Douglas I. Lewis, *Pro Hac Vice*
     John W. McBride, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL  60603

     Brian R. Nester, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC  20005
     Telephone:  202-736-8000
     Fax:  202-736-8711

     Counsel for Microsoft Corporation

(Proposed) ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY - 3

Case No. C10-1823-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

_s/ Linda Bledsoe_____
LINDA BLEDSOE

(Proposed) ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY - 4

Case No. C10-1823-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717