THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

| MICROSOFT CORPORATION, | |
|---|---|
| Plaintiff, | Case No. C10-1823-JLR |
| vs. | **REDACTED** |
| MOTOROLA, INC., et al., | DECLARATION OF DOUGLAS I. LEWIS IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| vs. | |
| MICROSOFT CORPORATION, | |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION OF DOUGLAS I. LEWIS IN
SUPPORT OF MICROSOFT CORPORATION'S
MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY
Case No. C10-1823-JLRC10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

I, Douglas I. Lewis, hereby declare as follows:

1. I am an attorney at the law firm of Sidley Austin LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the cover and title pages, and pages 37, 106, 159, 223, and 232 of the 5th edition of *Microsoft Computer Dictionary* published in 2002, bearing Bates numbers MS-MOTO_1823_00005196248 to MS-MOTO_1823_00005196255.

3. Attached hereto as Exhibit 2 is a true and correct copy of the cover and title pages, and page 31 of the 8th edition *Dictionary of Computer and Internet Terms* published in 2003, bearing Bates numbers MS-MOTO_1823_00005196242 to MS-MOTO_1823_00005196247.

4. Attached hereto as Exhibit 3 is a true and correct copy of Motorola Mobility, Inc.'s and General Instrument Corp.'s ("MMI") Second Amended Disclosure of Asserted Claims and Infringement Contentions, served by MMI on Microsoft on March 9, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of MMI's March 9, 2012 *Markman* tutorial slides as provided to Microsoft by MMI at the March 9, 2012 *Markman* hearing.

DATED this 22nd day of March, 2012.

Douglas I. Lewis

DECLARATION OF DOUGLAS I. LEWIS IN
SUPPORT OF MICROSOFT CORPORATION'S
MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY
Case No. C10-1823-JLRC10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

          s/ Linda Bledsoe
          LINDA BLEDSOE

DECLARATION OF DOUGLAS I. LEWIS IN
SUPPORT OF MICROSOFT CORPORATION'S
MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY – 2
Case No. C10-1823-JLRC10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717