# EXHIBIT 2



BARRON'S
BUSINESS
GUIDES

# Dictionary of Computer and Internet Terms

### Eighth Edition

- More than 2500 key terms defined and explained, many with helpful illustrations and tables
- A major revision covering the latest developments and systems, including Windows 2000, XP, .NET, MacOS, Linux, and much more
- Programming examples in Java, C, Pascal, HTML, JavaScript, and other languages
- Includes new media, digital photography and audio, Internet culture and humor

Douglas Downing, Ph.D., Michael Covington, Ph.D., and Melody Mauldin Covington

MS-MOTO_1823_00005196242

BARRON'S



Dictionary of Computer and
Internet Terms



Eighth
Edition

ISBN
0-7641-2166-9

MS-MOTO_1823_00005196243

# Dictionary of Computer and Internet Terms

Eighth Edition

### Douglas A. Downing, Ph.D.
*School of Business and Economics*
*Seattle Pacific University*

### Michael A. Covington, Ph.D.
*Artificial Intelligence Center*
*The University of Georgia*

### Melody Mauldin Covington
*Covington Innovations*
*Athens, Georgia*

*With the assistance of*
Catherine Anne Covington



**BARRON'S**

MS-MOTO_1823_00005196244

# ABOUT THE AUTHORS

Douglas Downing teaches economics and quantitative methods and is undergraduate program director for the School of Business and Economics at Seattle Pacific University. He is the author of several books in both Barron's Easy Way and Business Review series. He is also the author of *Java Programming the Easy Way* and *Dictionary of Mathematics Terms*, published by Barron's Educational Series, Inc. He holds the Ph.D. degree in economics from Yale University.

Michael Covington is Associate Director of the Artificial Intelligence Center at the University of Georgia. He is the author of several books and over 250 magazine articles. He holds the Ph.D. degree in linguistics from Yale University.

Melody Mauldin Covington is a graphic designer living in Athens, Georgia. She is the author of *Dictionary of Desktop Publishing* (published by Barron's).

Catherine Anne Covington is a student and web designer in Athens, Georgia.

© Copyright 2003, 2000, 1998, 1996, 1995, 1992, 1989, and 1986
by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced in any form, by photostat, microfilm,
xerography, or any other means, or incorporated into any information
retrieval system, electronic or mechanical, without the written permission
of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788
**http://www.barronseduc.com**

*Library of Congress Catalog Card No. 2002033231*

International Standard Book No. 0-7641-2166-9

**Library of Congress Cataloging-in-Publication Data**

Downing, Douglas.
    Dictionary of computer and Internet terms / Douglas A. Downing,
Michael A. Covington, Melody Mauldin Covington.—8th ed.
        p.      cm.
    First-4th eds. published under title: Dictionary of computer terms.
    ISBN 0-7641-2166-9
    1. Computers—Dictionaries.   2. Internet Dictionaries.   I. Covington,
Michael A., 1957–   II. Covington, Melody Mauldin.   III. Downing, Douglas.
Dictionary of computer terms.   IV. Title.

    QA76.15 .D667 2002
    004′.03—dc21                                       2002033231

PRINTED IN THE UNITED STATES OF AMERICA

98765432

MS-MOTO_1823_00005196245

## TABLE 2
### ASCII CHARACTER CODES (DECIMAL)

| 0 | Ctrl-@ | 32 | Space | 64 | @ | 96 | ' |
|---|--------|----|-------|----|---|----|---|
| 1 | Ctrl-A | 33 | ! | 65 | A | 97 | a |
| 2 | Ctrl-B | 34 | " | 66 | B | 98 | b |
| 3 | Ctrl-C | 35 | # | 67 | C | 99 | c |
| 4 | Ctrl-D | 36 | $ | 68 | D | 100 | d |
| 5 | Ctrl-E | 37 | % | 69 | E | 101 | e |
| 6 | Ctrl-F | 38 | & | 70 | F | 102 | f |
| 7 | Ctrl-G | 39 | ' | 71 | G | 103 | g |
| 8 | Backspace | 40 | ( | 72 | H | 104 | h |
| 9 | Tab | 41 | ) | 73 | I | 105 | i |
| 10 | Ctrl-J | 42 | * | 74 | J | 106 | j |
| 11 | Ctrl-K | 43 | + | 75 | K | 107 | k |
| 12 | Ctrl-L | 44 | , | 76 | L | 108 | l |
| 13 | Return | 45 | − | 77 | M | 109 | m |
| 14 | Ctrl-N | 46 | . | 78 | N | 110 | n |
| 15 | Ctrl-O | 47 | / | 79 | O | 111 | o |
| 16 | Ctrl-P | 48 | 0 | 80 | P | 112 | p |
| 17 | Ctrl-Q | 49 | 1 | 81 | Q | 113 | q |
| 18 | Ctrl-R | 50 | 2 | 82 | R | 114 | r |
| 19 | Ctrl-S | 51 | 3 | 83 | S | 115 | s |
| 20 | Ctrl-T | 52 | 4 | 84 | T | 116 | t |
| 21 | Ctrl-U | 53 | 5 | 85 | U | 117 | u |
| 22 | Ctrl-V | 54 | 6 | 86 | V | 118 | v |
| 23 | Ctrl-W | 55 | 7 | 87 | W | 119 | w |
| 24 | Ctrl-X | 56 | 8 | 88 | X | 120 | x |
| 25 | Ctrl-Y | 57 | 9 | 89 | Y | 121 | y |
| 26 | Ctrl-Z | 58 | : | 90 | Z | 122 | z |
| 27 | Escape | 59 | ; | 91 | [ | 123 | { |
| 28 | Ctrl-\ | 60 | < | 92 | \ | 124 | | |
| 29 | Ctrl-] | 61 | = | 93 | ] | 125 | } |
| 30 | Ctrl-^ | 62 | > | 94 | ^ | 126 | ~ |
| 31 | Ctrl-_ | 63 | ? | 95 | _ | 127 | Delete |

of the intrinsic shapes of the characters, or of their relative densities, the artist can render surprisingly realistic graphics. These pictures are best when designed and displayed in a fixed-pitch font. (*See* FIXED-PITCH TYPE.) Because ASCII graphics uses only standard characters, these pictures can easily be transmitted by e-mail or in newsgroup postings and are popular in SIGNATURE FILES.

**ASIC** (Application Specific Integrated Circuit) an integrated circuit (silicon chip) specifically made for a particular complete piece of electronic equipment. For example, the video controller in a typical PC is an ASIC designed specifically for use on that particular make and model of video card, whereas the memory chips are standard ICs also used in other types of computers.

**ASP**
  **1.** (Active Server Pages) on Windows web servers, a system for generating web pages partly or completely by computation, not by launch-

