# EXHIBIT 4





The '374, '375 and '376 Patents

U.S. Patent 7,310,374        U.S. Patent 7,310,375        U.S. Patent 7,310,376

*The specifications for each of these patents is identical.
Unless otherwise indicated, citations are to the '374 Patent.

-2-



# H.264 Standard



The present invention relates to encoding and decoding of digital video content. More specifically, the present invention relates to frame mode and field mode encoding of digital video content at a macroblock level as used in the MPEG-4 Part 10 AVC/H.264 standard video coding standard.

'374 Patent, 1:16-21











Pictures Are Divided Into Units Called "Macroblocks"

16 PIXELS 201

16 PIXELS

202

200

FIG. 2

Pictures Are Divided Into Units Called "Macroblocks"



A Macroblock Can Be Divided Into Smaller Sized Blocks

FIGS. 3a-f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a-f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64

# A Macroblock Can Be Divided Into Smaller Sized Blocks

FIGS. 3a–f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a–f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64



-13-

# A Macroblock Can Be Divided Into Smaller Sized Blocks



FIGS. 3a-f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a-f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64

-14-

# A Macroblock Can Be Divided Into Smaller Sized Blocks

FIGS. 3a-f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a-f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64



-15-

## A Macroblock Can Be Divided Into Smaller Sized Blocks



FIGS. 3a–f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a–f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64

# A Macroblock Can Be Divided Into Smaller Sized Blocks

FIGS. 3a-f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a-f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64



# A Macroblock Can Be Divided Into Smaller Sized Blocks



FIGS. 3a–f show that a macroblock can be further divided into smaller sized blocks. For example, as shown in FIGS. 3a–f, a macroblock can be further divided into block sizes of 16 by 8 pixels (FIG. 3a; 300), 8 by 16 pixels (FIG. 3b; 301), 8 by 8 pixels (FIG. 3c; 302), 8 by 4 pixels (FIG. 3d; 303), 4 by 8 pixels (FIG. 3e; 304), or 4 by 4 pixels (FIG. 3f; 305).

'374 Patent, 5:59-64

-18-

A Macroblock contains Luma And Chroma Samples

Luma

Chroma

A Macroblock contains Luma And Chroma Samples

Luma

Chroma

-20-

Encoding

Monitor

Decoder

Storage or Transport

Encoder



# Encoding

Video coding transforms the digital video content into a compressed form that can be stored using less space and transmitted using less bandwidth than uncompressed digital video content. It does so by taking advantage of temporal and spatial redundancies in the pictures of the video content.

'374 Patent, 2:1-5

## Encoder

PREDICTION → TRANSFORM → QUANTIZATION → FREQUENCY COEFFICIENT SCAN → ENTROPY CODING

-22-



PREDICTION:
Eliminates redundancy from picture to picture

-23-





QUANTIZATION:
Adjusts coding precision

-25-



-26-







## Decoding

After the compressed video data has been transmitted, it must be decoded, or decompressed. In this process, the transmitted video data is processed to generate approximation data that is substituted into the video data to replace the "non-essential" data that was removed in the coding process.

'374 Patent, 1:62-67

### Decoder

ENTROPY DECODING → INVERSE FREQUENCY COEFFICIENT SCAN → DE-QUANTIZATION → INVERSE TRANSFORM → INVERSE PREDICTION

-29-



-30-





# DE-QUANTIZATION:
## Rescales frequency coefficients to approximation of original values

-32-



INVERSE TRANSFORM:
Converts frequency coefficients to residual values

INVERSE
TRANSFORM

| 0 | 30 | 0 | 0 |
| 0 | 0 | 30 | 0 |
| 0 | 0 | 0 | 0 |
| 100 | 0 | 50 | 0 |

Decoder

INVERSE
PREDICTION

INVERSE
TRANSFORM

DE-
QUANTIZATION

INVERSE
FREQUENCY
COEFFICIENT
SCAN

ENTROPY
DECODING

Index

FRAME 213

SLIDE 5

-33-



INVERSE PREDICTION:
Restore pixel values from residual values







An Interlaced Camera Captures Half A Frame
Every 1/60 Of A Second (Twice As Often)

An Interlaced Camera captures the odd lines of
a frame first, then captures the even lines of a
frame 1/60th of a second later.

The odd lines are referred to as the "odd field"
or "top field" and the even lines are referred to
as the "even field" or "bottom field."

even field    odd field

-37-



Lines From Top And Bottom Fields Can Be Merged To Form A Frame

