HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MOTOROLA INC., et al.,<br><br>　　　　　　　Defendant. | No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>**Noted: Friday, April 20, 2012**<br><br>**ORAL ARGUMENT REQUESTED** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | |

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

This matter came before the Court on Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion").

The Court has considered the following pleadings:

1. Plaintiff Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction;

2. Declaration of Christopher Wion in Support of Plaintiff Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction, with Exhibits 1-4;

3. Declaration of Josh Hutto in support of Plaintiff Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction;

4. Declaration of Marcelo Prieto in support of Plaintiff Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction;

5. Declaration of Peter Chrocziel in support of Plaintiff Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction, with Exhibit 1;

6. (Proposed) Order Granting Plaintiff Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction;

7.

8.

9.

10.

11.

The Court therefore deems itself fully advised.  Now, therefore,

IT IS ORDERED that Microsoft Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction is GRANTED.  Microsoft has shown that it is likely to prevail on the merits of its RAND-based claims, that it will suffer irreparable harm if Motorola

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION  - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation are not enjoined from taking any additional steps to exclude Microsoft products from the German market while Microsoft's RAND-based claims remain pending before this Court, that the balance of equities weighs strongly in Microsoft's favor, and that injunctive relief is in the public interest.

IT IS FURTHER ORDERED that Motorola Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation are hereby barred and enjoined from taking any additional steps to exclude Microsoft products in Germany while Microsoft's RAND-based claims remain pending before this Court.

IT IS FURTHER ORDERED that Microsoft post security in the amount of $_____.

DONE IN OPEN COURT this \_\_ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   /s/ Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA  98052
     Phone:  425-882-8080; Fax:  425-869-1327

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION  - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Constantine L. Trela, Jr., *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603

Brian R. Nester, *Pro Hac Vice*
Carter G. Phillips, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000; Fax:  202-736-8711

Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION  - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

       /s Linda Bledsoe_____
      LINDA BLEDSOE

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION  - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717