THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>               Defendants.<br><hr>MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>               Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR TRO AND PRELIMINARY INJUNCTION<br><br>**NOTED:** Friday, April 20, 2012 |

I, Christopher T. Wion, hereby declare as follows:

1.    I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, counsel for Microsoft Corporation in the above-captioned matter, and have personal knowledge of the facts stated herein.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTION FOR
TRO AND PRELIMINARY INJUNCTION - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the official
2    transcript from the Markman Hearing conducted on March 9, 2012 in the above-referenced
3    matter, consisting of the cover page and pages 89-91.
4    3.    Attached hereto as Exhibit 2 is a true and correct copy of a March 14, 2012
5    letter from Arthur W. Harrigan, Jr. to Ralph Palumbo and Jesse J. Jenner.
6    3.    Attached hereto as Exhibit 3 is a true and correct copy of a March 19, 2012
7    letter from Jesse J. Jenner to Arthur W. Harrigan, Jr.
8    4.    Attached hereto as Exhibit 4 is a true and correct copy of the September 9, 2010
9    Order Granting Plaintiffs' Motion for Anti-Suit Injunction in *Strategic Intent LLC v.*
10   *Strangford Lough Brewing Company*, USDC Eastern District of Washington, Case No. 09-309.
11   I declare under penalty of perjury under the laws of the United States of America that
12   the foregoing is true and correct.
13   DATED this 28th day of March, 2012 in Seattle, Washington.

    *[signature]*
    CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTION FOR
TRO AND PRELIMINARY INJUNCTION - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                s/ Linda Bledsoe
                                LINDA BLEDSOE

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTION FOR
TRO AND PRELIMINARY INJUNCTION - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717