HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　　Defendants. | No. C10-1823-JLR<br><br>**REDACTED**<br><br>DECLARATION OF MARCELO PRIETO<br><br>NOTED: Friday, April 20, 2012 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　Defendant. | |

I, Marcelo Prieto, hereby declare as follows:

1. I am over the age of 21 and make this declaration based on facts within my own personal knowledge. I make this declaration based on facts within my own personal knowledge and, if called upon to do so, I could and would testify competently to these facts.

2. For approximately the past 18 months, I have held the position of Senior Director, Volume Licensing Programs at Microsoft. Prior to that, I held the position of Director, Volume Licensing Programs for more than four years. In my current capacity, I am

DECLARATION OF MARCELO PRIETO - 1

responsible for the definition and management of Microsoft's global portfolio of volume licensing agreements.

3.  I understand that Microsoft and Motorola, and/or their affiliates, are engaged in patent infringement litigation in Mannheim, Germany and that, on or about April 17, 2012, the court in Mannheim may issue an order that will permit Motorola, upon posting an appropriate bond, to preclude Microsoft and its affiliates from (a) offering, distributing, using or importing the Xbox 360 game console in Germany and (b) offering or supplying its software products that support the H.264 standard in Germany (the "German order").

4.  My statements in this declaration regarding the impact of the referenced potential German order are based on my understanding set forth above in paragraph 3 and my understanding that Microsoft intends to take all appropriate steps to ensure compliance with such German order if and when it becomes effective.

### Microsoft's Volume Licensing Programs

5.  In general, a volume license allows a business or public sector customer to license large numbers of Microsoft software products, quickly, efficiently, and at a volume discount. Additional copies of the relevant products can be added by the customer as needed and orders for new software products may be fulfilled online.

6.  Microsoft offers a variety of volume licensing arrangements. Which arrangement is most appropriate for a given customer depends on a variety of factors.

7.  Specifically with respect to those Microsoft software products that support the H.264 video compression standard, there are three primary types of volume licensing agreement: (1) Enterprise Agreements, (2) Select Agreements, and (3) Open Agreements.

**REDACTED**

8.  Microsoft offers its business and public sector customers the option of entering into an Enterprise Agreement, which can provide substantial savings and efficiencies over

DECLARATION OF MARCELO PRIETO - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

other software licensing arrangements. The typical Enterprise Agreement ("EA") has an enrollment with a three-year term. During that term, the customer commits to deploy, across its entire business, at least one "Enterprise Product". These products include an upgrade to the latest volume licensing version of Windows (currently, Windows 7), Office, and key client access licenses (CALs) that allow individual computers/devices to connect to a server (*e.g.*, Enterprise CAL or Core CAL).

9. EA customers are entitled to volume pricing on other, non-Enterprise, software products. These non-Enterprise Products need not be deployed across the entire business; the EA customer can license as few or as many copies as needed.

10. Upon making an initial order of a given Microsoft software product, the EA customer is licensed to deploy that software product on an unlimited number of computers/devices. In the case of Enterprise Products, when the EA customer purchases new qualifying computers or other qualifying devices, those computers or devices are automatically licensed for the Enterprise Products, subject to annual reporting and payment requirements.

11. Every license acquired through an Enterprise Agreement includes Software Assurance -- Microsoft's annuity program that entitles customers to new versions of the software and other benefits. Customers can obtain access to and deploy those newer versions of software products previously licensed under the Enterprise Agreement as long as the newer version is released during the term of the enrollment.

12. On each anniversary of the agreement, the EA customer reports the number of additional copies deployed for each software product, with payment dependent on the numbers reported for each software product.

13. **REDACTED**

DECLARATION OF MARCELO PRIETO - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

14. Enterprise Agreements are structured to allow the EA customer to deploy Microsoft software products on computers/devices located anywhere in the world. **REDACTED**

15. **REDACTED**

DECLARATION OF MARCELO PRIETO - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

16. Another common volume licensing approach is for business customers to enter into a "Select Agreement." Like Enterprise Agreement enrollments, Select Agreement enrollments typically have a three-year term. Like EA customers, Select Agreement customers obtain volume pricing on ordered Microsoft software product licenses. In addition, there also is a "Select Plus" option, a newer version of the Select Agreement that has no expiration but whose individual purchase orders have a limit of three years.

17. Unlike EA customers, Select Agreement or Select Plus customers need not deploy any Microsoft software product across their entire enterprise. Thus, while new qualifying computers and devices are automatically licensed for the EA customer, the same is not true for the Select Agreement or Select Plus customer. Each new deployment of any Microsoft software product must be licensed. Select Agreement and Select Plus customers report the number of such deployments on a monthly basis, and pay accordingly.

18. While Microsoft typically contracts directly with its EA customers, the relationship with Select Agreement and Select Plus customers is more commonly indirect, as those customers primarily deal with Large Account Resellers ("LARs"), such as Dell, HP, and a handful of other Microsoft partners. These LARs handle customer billing and other administrative functions.

19. **REDACTED**

DECLARATION OF MARCELO PRIETO - 5

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

20. **REDACTED**

**REDACTED**

21. "Open Agreements" are another category of common volume licensing arrangement, traditionally used by smaller organizations/customers. There are a number of different types of Open Agreement, including agreements that can be roughly analogized to the EA and Select Agreements.

22. The Open Agreement customer does not contract directly with Microsoft or one of Microsoft's LAR partners. Instead, the Open Agreement arrangement most often consists of a two-tiered distribution structure, where the Open Agreement customer deals with a Value Added Reseller ("VAR"), who, in turn works with one of Microsoft's volume licensing distributors.

**REDACTED**

DECLARATION OF MARCELO PRIETO - 6

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 22 day of March, 2012, at London, England.

_____
MARCELO PRIETO

DECLARATION OF MARCELO PRIETO - 7

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206)623-1700 FAX (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                              s/ Linda Bledsoe
                              LINDA BLEDSOE

DECLARATION OF MARCELO PRIETO - 8

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717