HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                         Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>                        Defendants. | No. C10-1823-JLR<br><br>**REDACTED**<br><br>DECLARATION OF JOSH HUTTO<br><br>**Noted:  Friday, April 20, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                        Defendant. | |

I, Josh Hutto, hereby declare as follows:

1.      I am over the age of 21 and make this declaration based on facts within my own

personal knowledge.  I make this declaration based on facts within my own personal

knowledge and, if called upon to do so, I could and would testify competently to these facts.

2.      I am currently employed with Microsoft Corporation as the Director of Platform

Marketing, IEB Global Marketing, a position I have held for approximately four years.  In that

capacity, I am responsible for Microsoft's global marketing strategy for the Xbox 360

platform, as well as Xbox 360 game consoles and accessories.

DECLARATION OF JOSH HUTTO - 1

LAW OFFICES<br>DANIELSON HARRIGAN LEYH & TOLLEFSON LLP<br>999 THIRD AVENUE, SUITE 4400<br>SEATTLE, WASHINGTON 98104<br>TEL. (206) 623-1700   FAX, (206) 623-8717

3.      I understand that Microsoft and Motorola, and/or their affiliates, are engaged in patent infringement litigation in Mannheim, Germany and that, on or about April 17, 2012, the court in Mannheim may issue an order that will permit Motorola, upon posting an appropriate bond, to preclude Microsoft and its affiliates from (a) offering, distributing, using or importing the Xbox 360 game console in Germany and (b) offering or supplying its software products that support the H.264 standard in Germany (the "German order").

4.      My statements in this declaration regarding the impact of the referenced potential German order are based on my understanding set forth above in paragraph 3 and my understanding that Microsoft intends to take all appropriate steps to ensure compliance with such an exclusion order if and when it becomes effective.

5.      In my capacity as Director of Platform Marketing, I am familiar with the various impacts that even a temporary exclusion of the Xbox 360 game console from the German market is likely to have on Microsoft and its partners.

6.      There are several significant ways in which Microsoft would be harmed if and when the German order becomes effective as to Microsoft's Xbox 360 game console.

7.      Microsoft's Xbox 360 faces intense competition in the game console market from Sony's PlayStation 3 and Nintendo's Wii.

**REDACTED**

DECLARATION OF JOSH HUTTO - 2

1        8.      **REDACTED**

2

3

4

5

6

7

8

9

10

11

12

13

14

15        9.      **REDACTED**

16

17

18

19

20

21

22

23        10.     **REDACTED**

24

25

DECLARATION OF JOSH HUTTO - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1

2

3

4

5

6          11.      **REDACTED**

7

8

9

10

11

12

13

14

15         12.      **REDACTED**

16

17         13.      **REDACTED**

18

19

20

21

22

23

24

25

DECLARATION OF JOSH HUTTO - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

14.

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __21__ day of March, 2012, at __5:00 PM__    In Palm Springs, CA

_Josh Hutto_
JOSH HUTTO

DECLARATION OF JOSH HUTTO - 5

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                    s/ Linda Bledsoe
                                    LINDA BLEDSOE

DECLARATION OF JOSH HUTTO - 6

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717