The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>        Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' NONOPPOSITION TO MICROSOFT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED ON MOTION CALENDAR:<br>Friday, March 30, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>  Plaintiffs/Counterclaim Defendant,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant/Counterclaim Plaintiff. | |

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   Defendants do not oppose Microsoft's 03/22/12 Motion to Seal re the following documents

2   in support of Microsoft's Motion for Summary Judgment of Invalidity (ECF No. 205):

3
- Exhibit 3 to the Declaration of Douglas I. Lewis in Support of Microsoft Corporation's Motion for Summary Judgment of Invalidity (ECF
4       No. 206).

5   Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's

6   designation of material as Confidential Business Information in accordance with the terms of the

7   Protective Order entered on July 21, 2011 (ECF No. 72).  Defendants expressly reserve the right to

8   do so as the circumstances warrant.

9   DATED this 28th day of March, 2012.

10                                      SUMMIT LAW GROUP PLLC

11

12                                      By */s/ Ralph H. Palumbo*
                                            Ralph H. Palumbo, WSBA #04751
13                                          Philip S. McCune, WSBA #21081
                                            Lynn M. Engel, WSBA #21934
14                                          *ralphp@summitlaw.com*
                                            *philm@summitlaw.com*
15                                          *lynne@summitlaw.com*

16                                      By */s/ K. McNeill Taylor, Jr.*
                                            K. McNeill Taylor, Jr.
17                                          MOTOROLA MOBILITY, INC.
                                            MD W4-150
18                                          600 North U.S. Highway 45
                                            Libertyville, IL  60048-1286
19                                          Phone:  858-404-3580
                                            Fax:  847-523-0727
20

21

22

23

24

25

26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1  And by

2  Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
3  Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
4  1211 Avenue of the Americas
   New York, NY  10036-8704
5  (212) 596-9046
   *steven.pepe@ropesgray.com*
6  *jesse.jenner@ropesgray.com*
   *stuart.yothers@ropesgray.com*

7
   Norman H. Beamer (*pro hac vice*)
8  Gabrielle E. Higgins (*pro hac vice*)
   Ropes & Gray LLP
9  1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
10 (650) 617-4030
   *norman.beamer@ropesgray.com*
11 *gabrielle.higgins@ropesgray.com*

12 Paul M. Schoenhard (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
13 Ropes & Gray LLP
   One Metro Center
14 700 12th Street NW, Suite 900
   Washington, DC  20005-3948
15 (202) 508-4693
   *paul.schoenhard.@ropesgray.com*
16 *kevin.post@ropesgray.com*

17 ***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument***
18 ***Corporation***

19

20

21

22

23

24

25

26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 28th day of March, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001