THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>              Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>              Defendants. | Case No. C10-1823-JLR<br><br>MICROSOFT CORPORATION'S REPLY IN SUPPORT OF ITS 3/22/12 MOTION TO SEAL |

      For the reasons set forth in Microsoft's Motion to File Documents Under Seal (ECF No. 204), and because Motorola does not oppose Microsoft's motion (*see* ECF No. 218), Microsoft respectfully requests that the Court grant its motion to seal.

---

MICROSOFT CORPORATION'S REPLY IN
SUPPORT OF ITS 3/22/12 MOTION TO SEAL - 1

DATED this 30TH day of March, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/ Arthur W. Harrigan, Jr.
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

By   T. Andrew Culbert
T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
John W. McBride
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Brian R. Nester
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT CORPORATION'S REPLY IN
SUPPORT OF ITS 3/22/12 MOTION TO SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                                    s/ Linda Bledsoe
                                                    LINDA BLEDSOE

MICROSOFT CORPORATION'S REPLY IN
SUPPORT OF ITS 3/22/12 MOTION TO SEAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717