THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>               Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>               Defendants. | Case No. C10-1823-JLR<br><br>**NOTICE OF FILING PAPER MATERIALS WITH THE CLERK** |

EXHIBIT J (Video DVD) to the Declaration of Chris Wilson in Support of Microsoft Corporation's Opening Claim Construction Brief on its '780 and '582 Counterclaim Patents is being filed in paper form with the Clerk's office for the Western District of Washington. The document (DVD) will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PAPER MATERIALS WITH
THE CLERK  - 1

DATED this 30th day of March, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    s/ Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

By    s/ T. Andrew Culbert
     T. Andrew Culbert
     David E. Killough
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA  98052
     Phone:  425-882-8080
     Fax:  425-869-1327

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
John W. McBride
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone: 312-853-7000
Fax:  312-853-7036

Brian R. Nester
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

NOTICE OF FILING PAPER MATERIALS WITH
THE CLERK  - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

    /s Linda Bledsoe_____
LINDA BLEDSOE

NOTICE OF FILING PAPER MATERIALS WITH THE CLERK - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717