# Exhibit A

## '780 PATENT ASSERTED CLAIM LANGUAGE

1.  A hypermedia browser embodied on a computer-readable medium for execution on an information processing device having a limited display area, wherein the hypermedia browser has a content viewing area for viewing content and is configured to display a temporary *graphic element* over the content viewing area during times when the browser is loading content, wherein the temporary *graphic element* is positioned over the content viewing area to obstruct only part of the content in the content viewing area, wherein the temporary *graphic element* is not content and wherein content comprises data for presentation which is from a source external to the browser.

2. A hypermedia browser as recited in claim 1, wherein the browser is configured to display the temporary *graphic element* over the content viewing area only during times when the browser is *loading visible content*.

3. A hypermedia browser as recited in claim 1, wherein the temporary *graphic clement* indicates to a user that the browser is *loading content*.

4. A hypermedia browser as recited in claim 1, wherein the temporary *graphic element* disappears when the browser's loading of content is complete to indicate to a user that such loading of content is complete.

5. A hypermedia browser as recited in claim 1, wherein the temporary *graphic element* is animated.

6. A hypermedia browser as recited in claim 1, wherein the hypermedia browser displays the temporary *graphic element* in a corner of the content viewing area.

9. A hypermedia browser as recited in claim 1, wherein the temporary *graphic element* conveys load information of the browser.

10. A hypermedia browser of claim 1, wherein content is data formatted for presentation which is selected from a group consisting of visible effects of a markup language, visible text of such a markup language, and visible results of a scripting language.

11. A hypermedia browser of claim 1, wherein content is data formatted for presentation which is selected from a group consisting of HTML, text, SGML, XML, java, XHTML, JavaScript, streaming video, VRML, Active X, Flash. scripting language for the world wide web.

12. An information processing device comprising:

a processor;

a display;

a hypermedia browser executing on the processor to load and display content in a content viewing area on the display;

wherein the hypermedia browser displays a temporary **graphic element** over the content viewing area during times when the browser is **loading visible content**;

wherein the temporary **graphic element** is positioned only over a portion of the content viewing area and **obstructs** only part of the visible content in the content viewing area; and

wherein the temporary **graphic element** indicates to a user that the browser is **loading content** and content comprises data for presentation which is from a source external to the browser.

13. An information processing device as recited in claim 12, wherein the temporary **graphic element** is animated.

14. An information processing device as recited in claim 12, wherein the hypermedia browser displays the temporary **graphic element** in a corner of the content viewing area.

17. A hypermedia browser of claim 12, wherein content is data formatted for presentation which is selected from a group consisting of visible effects of a markup language, visible text of such a markup language, and visible results of a scripting language.

18. A hypermedia browser of claim 12, wherein content is data formatted for presentation which is selected from a group consisting of HTML, text, SGML, XML, java, XHTML, JavaScript, streaming video, VRML, Active X, Flash. scripting language for the world wide web.

20. An information processing device as recited in claim 12, wherein the temporary **graphic element** is not content.

21. An information processing device as recited in claim 12, wherein the temporary **graphic element** disappears when the browser's loading of content is complete to indicate to a user that such loading of content is complete.

32. A method of indicating a content "load status" of a hypermedia browser having a content viewing area for viewing content, the method comprising:

displaying loaded content within the content viewing area of a screen of a hypermedia browser, the screen being without a "load status" ***graphic element***, wherein a "load status" ***graphic element*** indicates a current content load status of the hypermedia browser;

receiving an instruction to load new content into the content viewing area;

loading such new content into the content viewing area; and

while loading, displaying a "load status" ***graphic element*** over the content viewing area so that the ***graphic element obstructs*** only part of the content in such content viewing area; and

wherein content comprises data for presentation which is from a source external to the browser.

33. A method as recited in claim 32 further comprising, upon completion of the loading, removing the "load status" ***graphic element*** to reveal the part of the content in the content viewing area that the ***graphic element*** obstructed when the element was displayed.

34. A hypermedia browser of claim 32, wherein content is data formatted for presentation which is selected from a group consisting of visible effects of a markup language, visible text of such a markup language, and visible results of a scripting language.

35. A hypermedia browser of claim 32, wherein content is data formatted for presentation which is selected from a group consisting of HTML, text, SGML, XML, java, XHTML, JavaScript, streaming video, VRML, Active X, Flash. scripting language for the world wide web.

36. A computer-readable medium having computer-executable instructions that, when executed by a computer, perform a method of indicating a content "load status" of a hypermedia browser having a content viewing area for viewing content, the method comprising:

displaying loaded content within the content viewing area of a screen of a hypermedia browser, the screen is without a "load status" ***graphic element***, wherein a "load status" ***graphic element*** indicates a current content load status of the hypermedia browser;

receiving an instruction to load new content into the content viewing area;

loading such new content into the content viewing area; and

while loading, displaying a "load status" ***graphic element*** over the content viewing area so that the ***graphic element obstructs*** only part of the content in such content viewing area; and

wherein content comprises data for presentation which is from a source external to the browser.

37. A hypermedia browser of claim 36, wherein content is data formatted for presentation which is selected from a group consisting of visible effects of a markup language, visible text of such a markup language, and visible results of a scripting language.

38. A hypermedia browser of claim 36, wherein content is data formatted for presentation which is selected from a group consisting of HTML, text, SGML, XML, java, XHTML, JavaScript, streaming video, VRML, Active X, Flash. scripting language for the world wide web.

39. A computer-readable medium as recited in claim 36 further having additional computer-executable instructions that perform a method comprising, upon completion of the loading, removing the "load status *graphic element* to reveal the part of the content in the content viewing area that the *graphic element* obstructed when the element was displayed.

40. An information processing device comprising:

a processor;

a display;

a hypermedia browser executing on the processor to load and display content in a content viewing area on the display;

wherein the hypermedia browser is configured to operate in a content-loading mode and a content-loaded mode;

in the content-loaded mode, the hypermedia browser displays loaded content in the content viewing area and no "load status" *graphic element* is displayed, wherein absence of such "load status" *graphic element* indicates that the browser is in the content-loaded mode;

in the content-loading mode, the hypermedia browser loads content, displays such content in the content viewing area as it loads, and displays a "load status" *graphic element* over the content view area *obstructing* part of the content displayed in the content viewing area, wherein presence of such "load status" *graphic element* indicates that the browser is in the content-loading mode; and

wherein content comprises data for presentation which is from a source external to the browser.

41. A hypermedia browser of claim 40, wherein content is data formatted for presentation which is selected from a group consisting of visible effects of a markup language, visible text of such a markup language, and visible results of a scripting language.

42. A hypermedia browser of claim 40, wherein content is data formatted for presentation which is selected from a group consisting of HTML, text, SGML, XML, java, XHTML, JavaScript, streaming video, VRML, Active X, Flash. scripting language for the world wide web.