# Exhibit J:

## CD-ROM with video of Internet Explorer browser (see accompanying disk)