# Exhibit K

## **'582 PATENT ASSERTED CLAIM LANGUAGE**

| |
|---|
| 1. In a computing environment, a computer-implemented method comprising:<br><br>displaying an actuatable *icon* representative of an input method list that includes one or more selectable input methods for one or more computer programs, wherein each input method is a computer-executable software component *distinct from the computer programs*;<br><br>in response to actuation of the actuatable *icon*, displaying the input method list;<br><br>receiving a selection of an input method from the input method list;<br><br>installing an input method component that corresponds to the selected input method, the input method component causing an interactive input panel to be displayed;<br><br>receiving input via the interactive input panel; and<br><br>providing the input to a computer program of the one or more computer programs *as if the information was received via user input received from a hardware input device*. |
| 2. The method of claim 1 wherein providing the input to the computer program comprises communicating information representative of the input to a graphical windowing environment. |
| 3. The method of claim 2 wherein communicating the information comprises passing the information to an *interface*. |
| 4. The method of claim 2 further comprising, communicating the information from the graphical windowing environment to an application program, wherein the computer program includes the application program, wherein the information is provided to the application program in a same manner *as if the input was received via a hardware keyboard*. |
| 6. The method of claim 1 wherein the selected input method corresponds to a displayed keyboard, and wherein receiving input via the interactive input panel that corresponds to the selected input method comprises receiving information corresponding to a keyboard character entered via the displayed keyboard. |
| 8. The method of claim 1 further comprising, hiding the input panel. |
| 9. The method of claim 1 further comprising, docking the input panel. |
| 10. At least one computer-readable medium having computer-executable instructions, which when executed perform the method of claim 1. |

11. At least one computer-readable medium having computer-executable instructions stored thereon, which when executed by a computer system perform steps, comprising:

selecting one of a plurality of executable input methods for supplying user input to the computer system, wherein each executable input method is an interchangeable software component *distinct from one or more application programs*, each executable input method having a defined *interface* set such that the executable input method is connectable to the application programs;

opening an input *window* on a display of the computer system independent of a *window* of an active application program; and

displaying an interactive input panel in the input *window*, the interactive input panel corresponding to the selected executable input method such that information corresponding to user input received by the selected executable input method via the interactive input panel is provided to the active application program *as if the information was received via user input at a hardware input device*.

13. The computer-readable medium of claim 11 further comprising, providing a Software Input Panel (SIP) menu button on the display of the computer system, the SIP menu button being actuatable to display a selectable list of the plurality of executable input methods.

14. The computer-readable medium of claim 13 further comprising, receiving a selection of one of the plurality of executable input methods displayed in the list as a selected executable input method, and in response, closing any open input *window*, and opening a new input *window* corresponding to the selected executable input method.

15. At least one computer-readable medium having computer-executable instructions, which when executed perform steps, comprising:

presenting *icons* corresponding to a plurality of input methods available for a computer application, wherein each input method is a computer-executable software component *distinct from the computer application*;

*invoking a selected input method* in response to a user selecting an *icon* corresponding to the selected input method, including presenting an input panel *window*; and

accepting user data entered in the input panel *window* for the computer application, wherein the user data is provided to the computer application *as if the user data was received from a hardware input device*.

16. The computer-readable medium of claim 15 wherein accepting user data includes detecting user interaction with a touch-sensitive display.

17. The computer-readable medium of claim 15 wherein each input method comprises a component object model (COM) object, and wherein the step of *invoking the selected input method* includes the step of instantiating the COM object.

18. The computer-readable medium of claim 15 further comprising converting the user data to a Unicode character value.

19. In a computing environment, a system comprising, a manager component stored on one or more computer-readable media and configured:

to manage selection of a selected input method from one or more available stored input methods, wherein each input method is a computer-executable software component *distinct from one or more computer programs*, and to send input data corresponding to a user input received at the selected input method to a graphical windowing environment; and

the graphical windowing environment to receive the input data and to send the input data to a computer program of the one or more computer programs, wherein the input data is sent to the computer program as if the input data was received via user input received from a hardware input device.

20. The system of claim 19 wherein the computer program comprises an application program having focus.

21. The system of claim 19 further comprising an input panel *window* corresponding to the selected input method.

22. The system of claim 21 wherein the selected input method presents an image representing a keyboard on the input panel *window*.

23. The system of claim 21 wherein the manager component selectively displays and hides the input panel *window*.

25. The system of claim 19 where the input method is displayed on a touch-sensitive display screen.

26. The system of claim 19 wherein the manager component transfers information from the computer program to the selected input method.

27. The system of claim 19 wherein the selected input method calls functions in the manager component via a defined *interface* set.

28. The system of claim 19 wherein the selected input method comprises an object.

29. The system of claim 19 wherein the selected input method draws an input panel in an input panel *window* displayed in the graphical windowing environment.

30. The system of claim 29 wherein the manager component selectively displays and hides the display of the input panel *window*.

31. The system of claim 29 wherein the manager component docks the input panel *window*.