# Exhibit M

PATENT

First Named Inventor: Toepke, Michael G.    Attorney Docket No.: 91998.10
Application No.: 10/989,877          Group Art Unit: 2677
Filed: November 15, 2004           Examiner: Nguyen, Kimnhung T.
Customer No.:   22971             Confirmation Number: 4247
Title: SOFT INPUT PANEL SYSTEM AND METHOD

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

### AMENDMENT AND RESPONSE TO OFFICE ACTION DATED MAY 3, 2006

Sir:

In response to the Notice of Non-Compliant Amendment mailed on 05/03/2006, please substitute the present Amendment for the previous Amendment filed in this matter.

Claims 1, 2, 5, 6, 11, 13-15 and 17-19 are amended.

No claims are canceled or added.

**Claim Listings** begin on page 2 of this response.

**Remarks** begin on page 11 of this response.

## Claims:

This listing of claims will replace prior versions, and listings of claims in the application.

1.      (Currently Amended) In a computing environment, a computer-implemented method comprising:

displaying an <u>actuatable</u> icon representative of ~~a menu of~~ <u>an input method list that includes one or more</u> selectable ~~software~~ input methods;

~~receiving a request via the icon, and~~ in response <u>to actuation of the actuatable icon</u>, displaying <u>the input method list;</u> ~~a plurality of selectable input methods on a displayed menu;~~

receiving a ~~request to select~~ <u>selection of</u> an input method from the <u>input method list;</u> ~~menu, and in response, installing a software~~ <u>an</u> input method ~~as a selected input method; and~~

<u>installing an input method component that corresponds to the selected input method, the input method component causing an interactive input panel to be displayed; and</u>

receiving input via [[an]] <u>the interactive</u> input panel ~~that corresponds to the selected input method~~.

Application Number: 10/989,877
Attorney Docket Number: 91998.10

2.      (Currently Amended) The method of claim 1 further comprising,
communicating information representative of the input [[data]] to a graphical windowing
environment.

3.      (Original) The method of claim 2 wherein communicating the information
comprises passing the information to an interface.

4.      (Original) The method of claim 2 further comprising, communicating the
information from the graphical windowing environment to an application program.

5.      (Currently Amended) The method of claim 1 wherein the selected input
method corresponds to a displayed keyboard, and wherein receiving input via the
selected input method the interactive input panel that corresponds to the selected input
method comprises receiving information corresponding to a keyboard character entered
via the displayed keyboard.

6.      (Currently Amended) The method of claim 1 wherein the selected input
method corresponds to a handwriting input area, and wherein receiving input via the
selected input method the interactive input panel that corresponds to the selected input
method comprises receiving information corresponding to handwritten data.

Application Number: 10/989,877
Attorney Docket Number: 91998.10

    7.        Canceled

    8.        (Original) The method of claim 1 further comprising, hiding the input panel.

    9.        (Original) The method of claim 1 further comprising, docking the input panel.

    10.      (Original) At least one computer-readable medium having computer-executable instructions, which when executed perform the method of claim 1.

    11.      (Currently Amended) At least one computer-readable medium having computer-executable instructions stored thereon, which when executed perform steps, comprising:

    selecting one of a plurality of executable input methods for supplying user input to the computer system, each executable input method comprising an interchangeable software component and having a defined interface set such that the executable input method is connectable to other executable software;

opening an input window on a display of the computer system independent of a

window of an active application program; and

displaying an <u>interactive</u> input panel in the input window, the <u>interactive</u> input

panel corresponding to the selected executable input method such that user input may

be received via the ~~executable input method~~ <u>interactive input</u> panel and information

corresponding thereto provided to the active application ~~program~~ <u>program.</u>

12.     (Original) The computer-readable medium of claim 11 further

comprising, providing an input panel button on the display of the computer system, the

input panel button being responsive to open and to close the input window.

13.     (Currently Amended) The computer-readable medium of claim 11 further

comprising, providing <u>a Software Input Panel (SIP) menu button</u> ~~an input method button~~

on the display of the computer system, the ~~input method~~ <u>SIP menu</u> button being

~~responsive~~ <u>actuatable</u> to display a selectable list of the plurality of executable input

methods.

14.     (Currently Amended) The computer-readable medium of claim [[11]] <u>13</u>

further comprising, receiving a selection of one of the plurality of executable input

methods displayed in the list as a selected executable input method, and in response,

PATENT

closing any open input window, and opening a new input window corresponding to the selected executable input method.

15.    (Currently Amended) At least one computer-readable medium having computer-executable instructions, which when executed perform steps, comprising:

presenting data corresponding to a plurality of ~~available~~ input methods available for a computer application;

invoking a selected input method, including presenting an input panel window; and

accepting user data entered in the input panel window for the computer application.

16.    (Original) The computer-readable medium of claim 15 wherein accepting user data includes detecting user interaction with a touch-sensitive display.

17.    (Currently Amended) The computer-readable medium of claim 15 wherein each input method comprises a component object model (COM) object, and wherein the step of invoking the selected input method includes the step of instantiating the COM object. ~~input method.~~

Application Number: 10/989,877
Attorney Docket Number: 91998.10

18.     (Currently Amended) The computer-readable medium of claim 15 further comprising converting the ~~input~~ user data to a Unicode character value.

19.     (Currently Amended) In a computing environment, a system comprising,

a manager component that manages selection of a selected input method from ~~among a plurality of~~ one or more available input methods, each input method comprising software ~~that accepts~~ configured to accept user input;

a computer program comprising software that is an independent program with respect to the selected input method; and

the selected input method coupled to the computer program to pass data corresponding to the user input received at the selected input method to the computer program.

20.     (Original) The system of claim 19 wherein the computer program comprises an application program having focus.

21.     (Original) The system of claim 19 further comprising an input panel window corresponding to the input method.

22.     (Original) The system of claim 21 wherein the selected input method presents an image representing a keyboard on the input panel window.

23.    (Original) The system of claim 21 wherein the manager component selectively displays and hides the input panel window.

24.    (Original) The system of claim 21 wherein interaction with the input panel does not cause the input panel window to receive focus.

25.    (Original) The system of claim 19 where the input method is displayed on a touch-sensitive display screen.

26.    (Original) The system of claim 19 wherein the manager component transfers information from the active application program to the selected input method.

27.    (Original) The system of claim 19 wherein the selected input method calls functions in the manager component via a defined interface set.

28.    (Original) The system of claim 19 wherein the selected input method comprises an object.

Application Number: 10/989,877
Attorney Docket Number: 91998.10

29.    (Original) The system of claim 19 wherein the selected input method draws an input panel in an input panel window displayed in a graphical windowing environment.

30.    (Original) The system of claim 29 wherein the manager component selectively displays and hides the display of the input panel window.

31.    (Original) The system of claim 29 wherein the manager component docks the input panel window.

PATENT

## REMARKS

Claims 1–7 and 9–31 are pending in the present application.  Claims 1, 2, 5, 6, 11, 13–15 and 17–19 have been amended.  No claims have been added or canceled. Applicant respectfully requests reconsideration and allowance of the application.

35 U.S.C. § 102(b) Rejections

Claims 1–7, 9, 10 and 15–31 stand rejected under 35 U.S.C. 102(b) as being anticipated by U.S. Patent Number 5,760,773 issued to Berman et al. (hereinafter "Berman").  Applicant respectfully traverses the rejection.

Berman describes methods and systems for interacting with data objects using action handles.  An action handle is an icon displayed in proximity to a data object and is associated therewith.  An action handle provides a way to perform actions or display context menus related to the data object associated with the action handle.  The action handles receive event messages indicative of a tapping or dragging action with a stylus or other pointing device.  In response, a context menu displaying commands available for the object is displayed.  In further response to selection of a command in the context menu, the system carries out the appropriate selected command.

Claim 1 has been amended and now recites a method including steps of (1) "displaying an actuatable icon representative of an input method list that includes one or more selectable input methods;" (2) "in response to actuation of the actuatable icon, displaying the input method list;" (3) "receiving a selection of an input method from the

Application Number: 10/989,877
Attorney Docket Number: 91998.10

input method list;" (4) "installing an input method component that corresponds to the selected input method, the input method component causing an interactive input panel to be displayed; and (5) "receiving input via the interactive input.

The Office claims that elements 40a and 40b shown in one or more figures of Berman stand for element (1), above.  Applicant disagrees.  While elements 40a and 40b from Berman may represent icons and may be actuatable, Applicant contends that Berman elements 40a and 40b are not "representative of an input method list that includes one or more selectable input methods" as required by claim 1.

Berman element 40a is an icon appearing as a depiction of a Rolodex card that, when actuated, displays contact information associated with a record corresponding to element 40a.  Berman element 40b depicts a stack of sheets of paper that represents multiple items.  Performing an action on element 40b causes that action to be performed on each item represented by element 40b, e.g., copy, paste, delete, move, etc.

In addition, elements 40a and 40b of Berman do not display an input method list in response to actuation thereof.  This, too, is required according to claim 1.

Furthermore, the Office claims that Fig. 14 of Berman stands for elements (3) (receiving a selection of an input method from the input method list) and (4) (installing an input method component that corresponds to the selected input method, the input

method component causing an interactive input panel to be displayed), above. Applicant disagrees.

Fig. 14 of Berman depicts a hierarchical chart that shows components of an operating system software component 120. The operating system components include an event handler 125, an application 130 and a window object 135 that handles display of data in one or more windows. The window object 135 includes an HHPANE object 138 that displays a subset of data in a smaller window pane. The HHPANE object 138 includes an edit component and an ink component that are not described. The HHPANE object 138 also includes an HHBUTTON object 140 (a user control object) and an HHLISTBOX object 150 (displayed list of data items).

Applicant contends that Fig. 14 of Berman does not disclose or anticipate receiving selection of an input method from an input method list, or installing the selected input method that causes an input panel to be displayed. These steps are required to be present in any reference claiming to anticipate the elements of claim 1.

For at least these reasons, claim 1 is allowable over Berman. Accordingly, the rejection of claim 1 should be withdrawn.

**Claims 2-6 and 8-10** depend from claim 1 and are allowable at least by virtue of that dependency. Therefore, the rejection of these claims should also be withdrawn.

**Claim 15** has been amended to recite at least one computer-readable medium having executable instructions that, when executed, perform steps including: (1)

"presenting data corresponding to a plurality of input methods available for a computer application"; (2) "invoking a selected input method, including presenting an input panel window"; and (3) "accepting user data entered in the input panel window for the computer application."

Element (1), above, requires that data corresponding to multiple input methods available for a computer application be presented.  Specifically, claim 15 requires that multiple input methods be available for a single computer application that uses a selected one of the multiple input methods.  This element is not disclosed or anticipated by Berman, especially by Figures 1 (40a, 40b) and 2 as recited in the Office Action.

Accordingly, claim 15 is allowable over Berman and the rejection of claim 15 should be withdrawn.

**Claims 16-18** depend from claim 15 and are allowable at least by virtue of that dependency.  Accordingly, the rejection of these claims should be withdrawn.

**Claim 19** has been amended to recite a system having a manager component, a computer program and a selected input method that receives user input and passes it to the computer program.

More specifically, the manager component "manages selection of a selected input method from one or more available input methods, each input method comprising software configured to accept user input."

Application Number: 10/989,877
Attorney Docket Number: 91998.10

The computer program comprises "software that is an independent program with respect to the selected input method" and the selected input method is "coupled to the computer program to pass data corresponding to the user input received at the selected input method to the computer program."

Again – and similar to claims 1 and 15 – one or more input methods are presented to a user for a selection. This concept is simply not shown in the cited reference. The additional excerpts regarding object oriented programming classes and subclasses and notion of notifications to a calling object do not overcome the deficiency pointed out thus far.

Accordingly, claim 19 is allowable over the cited references. Therefore, the rejection of claim 19 should be withdrawn.

**Claims 20-31** depend from claim 19 and are allowable at least by virtue of that dependency. Accordingly, the rejection of these claims should be withdrawn.

35 U.S.C. § 103(a) Rejections

Claims 11–14 stand rejected under 35 U.S.C. 103(a) as being unpatentable over Berman in view of U.S. Patent Number 5,914,707 issued to Kono (hereinafter "Kono"). Applicant respectfully traverses the rejection.

Claim 11 has been amended and now recites at least one computer-readable medium having computer-executable instructions stored thereon.  When executed, the instructions perform steps including: (1) "selecting one of a plurality of executable input methods for supplying user input to the computer system, each executable input method comprising an interchangeable software component and having a defined interface set such that the executable input method is connectable to other executable software;" (2) "opening an input window on a display of the computer system independent of a window of an active application program;" and (3) "displaying an interactive input panel in the input window, the interactive input panel corresponding to the selected executable input method such that user input may be received via the interactive input panel and information corresponding thereto provided to the active application program."

As previously discussed, Berman does not disclose selecting one of a plurality of executable input methods that correspond to displayed input panels through which a user can enter data into an application.

The Kono reference was added to stand for an interchangeable software component.  Whether or not Kono is appropriately cited to teach an interchangeable software component is not discussed here.  It only matters that Kono does not teach or suggest the elements shown to be lacking in Berman.

As a result, the combination of the cited references does not teach or suggest the elements recited in claim 11.  Accordingly, claim 11 is allowable over the cited references and the rejection should be withdrawn.

Claims 12-14 depend from claim 11 and are allowable at least by virtue of that dependency.  Therefore, the rejection of these claims should also be withdrawn.

Application Number: 10/989,877
Attorney Docket Number: 91998.10

PATENT

CONCLUSION

Accordingly, in view of the above amendment and remarks it is submitted that the claims are patentably distinct over the cited references and that all the rejections to the claims have been overcome. Reconsideration of the above Application is requested. Based on the foregoing, Applicants respectfully requests that the pending claims be allowed, and that a timely Notice of Allowance be issued in this case. If the Examiner believes, after this response, that the application is not in condition for allowance, the Examiner is requested to call the Applicant's attorney at the telephone number listed below.

If this response is not considered timely filed and if a request for an extension of time is otherwise absent, Applicants hereby request any necessary extension of time. If there is a fee occasioned by this response, including an extension fee that is not covered by an enclosed check please charge any deficiency to Deposit Account No. 50-0463.

Respectfully submitted,
Microsoft Corporation

Date: September 5, 2006

By: _____

Microsoft Corporation
One Microsoft Way
Redmond WA 98052

James R. Banowsky, Reg. No.: 37,773
Attorney for Applicant
Direct telephone (425) 705-3539

CERTIFICATE OF MAILING OR TRANSMISSION
(Under 37 CFR § 1.8(a)) or ELECTRONIC FILING

I hereby certify that this correspondence is being electronically deposited with the USPTO via EFS-Web on the date shown below:

September 5, 2006
Date

Noemi Tovar

Application Number: 10/989,877
Attorney Docket Number: 91998.10

17/17