# Exhibit O

# que's
# Computer & Internet Dictionary

Contains the Most Complete and Up-to-Date Definitions Including:

- Windows® 95
- Windows NT™
- The Internet
- Mac®/PowerMac™

Bryan Pfaffenberger          que®

# que's
# COMPUTER & INTERNET DICTIONARY

6th Edition

By Bryan Pfaffenberger, Ph.D.
with David Wall

que

Que's Computer & Internet Dictionary, 6th Edition

Copyright © 1995 by Que® Corporation

All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any form or by any means, or stored in a database or retrieval system, without prior written permission of the publisher except in the case of brief quotations embodied in critical articles and reviews. Making copies of any part of this book for any purpose other than your own personal use is a violation of United States copyright laws. For information, address Que Corporation, 201 W. 103rd St., Indianapolis, IN 46290. You may reach Que's direct sales line by calling 1-800-428-5331.

Library of Congress Catalog No.: 95-078878

ISBN: 0-7897-0356-4

This book is sold *as is*, without warranty of any kind, either express or implied, respecting the contents of this book, including but not limited to implied warranties for the book's quality, performance, merchantability, or fitness for any particular purpose. Neither Que Corporation nor its dealers or distributors shall be liable to the purchaser or any other person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by this book.

98  97  96  95      4  3  2  1

Interpretation of the printing code: the rightmost double-digit number is the year of the book's printing; the rightmost single-digit number, the number of the book's printing. For example, a printing code of 95-1 shows that the first printing of the book occurred in 1995.

*President:* Roland Elgey

*Publisher:* Stacy Hiquet

*Editorial Services Director:* Elizabeth Keaffaber

*Publishing Director:* Brad R. Koch

*Managing Editor:* Sandy Doell

*Director of Marketing:* Lynn E. Zingraf

*Senior Series Editor:* Chris Nelson

**252** icon

**icon** In a graphical user interface (GUI), an on-screen symbol that represents a *program*, data *file*, or some other computer entity or function (see fig. I.1).

Several icons might appear together on an icon bar, an on-screen row of *buttons*, usually placed just above the *document window*, that allows the user to choose frequently accessed menu options without having to use the *menus*. On each button is a icon that shows the button's function. For example, the Print button might display a tiny picture of a printer.



**Fig. I.1** *On-screen icons representing shortcuts to Microsoft Windows 95 accessory programs.*

**IDE**   See *Integrated Drive Electronics (IDE)*.

**IDE drive**   On 80286 and more recent computers, a hard disk that contains most of the control circuitry within the drive itself. Synonymous with AT Attachment drives, IDE drives combine the speed of *Enhanced System Device Interface (ESDI)* drives with the integration of the *Small Computer System Interface (SCSI)* hard drive interface. This performance is offered at a price lower than most ESDI and SCSI drives. See *Integrated Drive Electronics (IDE)*.

**identifier**   In *database management*, a *descriptor* used to specify the uniqueness of the information contained in the data record. For example, the descriptor Norway appears in the data record of the only travel films that depict scenery from that country.