# Exhibit Q




THE ULTIMATE COMPUTER REFERENCE

Microsoft® Press










# Microsoft® Computer Dictionary

## Fourth Edition

- ***Three new appendixes, including Y2K, file extensions, and Internet domains***
- ***Searchable text on CD-ROM***
- ***Extensive coverage of hardware, software, the Internet, and more!***
- ***Detailed illustrations and diagrams for easy reference***

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
p. cm.
Previous eds. published under title: Microsoft Press computer dictionary
ISBN 0-7356-0615-3
1. Computers Dictionaries. 2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538 1999
004'.03--dc21 99-20168
CIP

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9 MLML 4 3 2 1 0 9

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

n. See IRGB.

zed by conversational ex-
it, as when a user enters a
the system immediately
of microcomputers is one
them approachable and

e of computer game in
in a story by giving com-
ommands given by the user
the events that occur during
y involves a goal that must
is to determine the correct
ll lead to the accomplish-
adventure game.

rm of user interface in
and control graphic dis-
f a pointing device such
teractive graphics inter-
mputer products from
sign (CAD) systems.

ocessing that involves
participation of the
onse mode is character-
mpare batch processing

ogram that exchanges
er, who typically views a
s an input device, such
stick, to provide re-
mputer game is an inter-
ch program.

SDN.

ssing session in which
tinuously intervene and
mputer. *Compare* batch

eo technology in which
evision programming.
evision include Internet
video conferencing.

computer-controlled
M or videodisc, for
inment. *See also* CD-
elevision, videodisc.

**interactive voice response** *n.* A computer that operates through the telephone system, in which input commands and data are transmitted to the computer as spoken words and numbers, or tones and dial pulses generated by a telephone instrument; and output instructions and data are received from the computer as prerecorded or synthesized speech. For example, a dial-in service that provides airline flight schedules when you press certain key codes on your telephone is an interactive voice response system. *Also called* IVR.

**interactive voice system** *n. See* interactive voice response.

**interapplication communication** *n.* The process of one program sending messages to another program. For example, some e-mail programs allow users to click on a URL within the message. After the user clicks on the URL, browser software will automatically launch and access the URL.

**interblock gap** *n. See* inter-record gap.

**Interchange File Format** *n. See* .iff.

**Interchange Format** *n. See* Rich Text Format.

**interconnect** *n. See* System Area Network.

**interface** *n.* **1.** The point at which a connection is made between two elements so that they can work with each other or exchange information. **2.** Software that enables a program to work with the user (the user interface, which can be a command-line interface, menu-driven, or a graphical user interface), with another program such as the operating system, or with the computer's hardware. *See also* application programming interface, graphical user interface. **3.** A card, plug, or other device that connects pieces of hardware with the computer so that information can be moved from place to place. For example, standardized interfaces such as RS-232-C standard and SCSI enable communications between computers and printers or disks. *See also* RS-232-C standard, SCSI.

**interface adapter** *n. See* network adapter.

**interface card** *n. See* adapter.

**interference** *n.* **1.** Noise or other external signals that affect the performance of a communications channel. **2.** Electromagnetic signals that can disturb radio or television reception. The signals can be generated naturally, as in lightning, or by electronic devices, such as computers.

**Interior Gateway Protocol** *n. See* IGP.

**Interior Gateway Routing Protocol** *n. See* IGRP.

**interlace scanning** *n.* A display technique designed to reduce flicker and distortions in television transmissions; also used with some PC monitors. In interlace scanning the electron beam in the television or monitor refreshes alternate sets of scan lines in successive top-to-bottom sweeps, refreshing all even lines on one pass, and all odd lines on the other. Interlaced images are not as clear as those produced by the progressive scanning typical of newer computer monitors. Interlace scanning is, however, the standard method of displaying analog broadcast television images. *Also called* interlacing. *Compare* progressive scanning.

**interlacing** *n.* A technique used in some raster-scan video displays in which the electron beam refreshes (updates) all odd-numbered scan lines in one vertical sweep of the screen and all even-numbered scan lines in the next sweep. Because of the screen phosphor's ability to maintain an image for a short time before fading and the tendency of the human eye to average or blend subtle differences in light intensity, the human viewer sees a complete display, but the amount of information carried by the display signal and the number of lines that must be displayed per sweep are halved. *Compare* noninterlaced.

**interleave** *vb.* To arrange the sectors on a hard disk in such a way that after one sector is read, the next sector in numeric sequence will arrive at the head when the computer is ready to accept it rather than before, which would make the computer wait a whole revolution of the platter for the sector to come back. Interleaving is set by the format utility that initializes a disk for use with a given computer.

**interleaved memory** *n.* A method of organizing the addresses in RAM memory in order to reduce wait states. In interleaved memory, adjacent locations are stored in different rows of chips so that after accessing a byte, the processor does not have to wait an entire memory cycle before accessing the next byte. *See also* access time (definition 1), wait state.

**interlock** *vb.* To prevent a device from acting while the current operation is in progress.

**intermediate language** *n.* A computer language used as an intermediate step between the original source language, usually a high-level language, and the target language, usually machine code. Some high-level compilers use assembly language as an intermediate language. *See also* compiler (definition 2), object code.

I