The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                      Plaintiff,<br><br>      v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>                      Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, April 13, 2012** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

THIS MATTER having come before the Court on Defendants' Motion to File Documents Under Seal in Support of its Motion for Partial Summary Judgment and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby.

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Limited portions of Defendants' Motion for Partial Summary Judgment;

2. Exhibits 1-6, 10, 11, and 26 to the Declaration of Kevin J. Post; and

3. Limited portions of the Declaration of K. McNeill Taylor, Jr.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Philip S. McCune*
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    Phone: 858-404-3580
    Fax: 847-523-0727

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

And by

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*steven.pepe@ropesgray.com*
*jesse.jenner@ropesgray.com*
*stuart.yothers@ropesgray.com*

Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 30th day of March, 2012.

          /s/ *Marcia A. Ripley*
          Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001