The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, May 7, 2012** |

This matter came before the Court on the Motion of Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") Motion Partial Summary Judgment against Microsoft Corporation ("Microsoft").

The Court heard the oral argument of counsel and considered the following pleadings filed in support of and in opposition to the Motion:

    1.    Defendants' Motion for Partial Summary Judgment;

    2.    Declaration of Kevin J. Post and exhibits attached thereto;

    3.    Declaration of K. McNeill Taylor, Jr.;

    4.

    5.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  6.

2  7.

3  8.

4  9.

5  10.

6  Having considered the above pleadings and materials, the argument of counsel, and being

7  otherwise fully advised,

8  IT IS ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED.

10  DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By _____
Ralph H. Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
*philm@summitlaw.com*
*lynne@summitlaw.com*
*ralphp@summitlaw.com*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1
2   By _____
       K. McNeill Taylor, Jr.
3      MOTOROLA MOBILITY, INC.
       MD W4-150
4      600 North U.S. Highway 45
       Libertyville, IL  60048-1286
5      Phone:  858-404-3580
       Fax:  847-523-0727
6
7   *And by*
8      Jesse J. Jenner (*pro hac vice*)
       Steven Pepe (*pro hac vice*)
9      Stuart W. Yothers (*pro hac vice*)
       Ropes & Gray LLP
10     1211 Avenue of the Americas
       New York, NY  10036-8704
11     (212) 596-9046
       *jesse.jenner@ropesgray.com*
12     *steven.pepe@ropesgray.com*
       *stuart.yothers@ropesgray.com*
13
       Norman H. Beamer (*pro hac vice*)
14     Gabrielle E. Higgins (*pro hac vice*)
       Ropes & Gray LLP
15     1900 University Avenue, 6th Floor
       East Palo Alto, CA  94303-2284
16     (650) 617-4030
       *norman.beamer@ropesgray.com*
17     *gabrielle.higgins@ropesgray.com*

18     Paul M. Schoenhard (*pro hac vice*)
       Kevin J. Post (*pro hac vice*)
19     Ropes & Gray LLP
       One Metro Center
20     700 12th Street NW, Suite 900
       Washington, DC  20005-3948
21     (202) 508-4693
       *paul.schoenhard@ropesgray.com*
22     *kevin.post@ropesgray.com*

23  ***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corp.***

24
25
26

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 30th day of March, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001