The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, May 7, 2012** |

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, KEVIN J. POST, declare as follows:

1. I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the State of New York and the District of Columbia.

2. I submit this declaration in support of Defendants' Motion for Partial Summary Judgment, submitted concurrently herewith.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the deposition of K. McNeill Taylor, Jr., which was designated Highly Confidential and taken under oath in New York, NY, on March 20, 2012 (filed under seal).

4. Attached as Exhibit 2 is a true and correct copy of selected pages from the transcript of the January 20, 2012 hearing held in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, which reproduces the confidential sworn testimony given by Kirk W. Dailey and bears non-consecutive production numbers MOTM_WASH1823_0401216-427 (filed under seal).

5. Attached as Exhibit 3 is a true and correct copy of the Direct Testimony of Kirk W. Dailey, marked as Hearing Exhibit CX-715C and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0398478-502 (filed under seal).

6. Attached as Exhibit 4 is a true and correct copy of the Rebuttal Testimony of Kirk Dailey, marked as Hearing Exhibit CX-778C and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0398598-625 (filed under seal).

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

7. Attached as Exhibit 5 is a true and correct copy of the June 1, 2010 Patent Cross License Agreement entered into between Motorola, Inc. and Research In Motion Ltd., marked as Hearing Exhibit CX-93C and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0397002-96 (filed under seal).

8. Attached as Exhibit 6 is a true and correct copy of the Rebuttal Expert Testimony of Dr. David J. Teece, marked as Hearing Exhibit CX-759C and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0400260-86 (filed under seal).

9. Attached as Exhibit 7 is a true and correct copy of the article titled "Ballmer Aims to Overcome Mobile Missteps," which was printed from http://online.wsj.com/article/SB10001424052748703466104575529861668829040.html on September 22, 2011, bearing production numbers MOTM_WASH1823_0402080-82.

3. Attached as Exhibit 8 is a true and correct copy of an October 21, 2010 letter sent by Kirk Dailey, Motorola's Corporate Vice President of Intellectual Property to Horatio E. Gutierrez, Microsoft Corporation's ("Microsoft") Corporate Vice President and Deputy General Counsel, marked as Hearing Exhibit CX-597 and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0398180-201. Attached to the letter is a list of "Motorola Essential Properties, WLAN Annex." The Annex lists 52 United States and 205 foreign patents and patent applications.

10. Attached as Exhibit 9 is a true and correct copy of an October 29, 2010 letter sent by Kirk W. Dailey, Motorola's Corporate Vice President of Intellectual Property, to Horatio E.

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Gutierrez, Microsoft's Corporate Vice President and Deputy General Counsel, marked as Hearing Exhibit CX-598 and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0398202-25. Attached to the letter is a list of "Motorola Essential Properties, ITU-T-H.264." The Annex lists 26 United States and 151 foreign patents and patent applications.

11. Attached as Exhibit 10 is a true and correct copy of the Rebuttal Expert Witness Testimony of Richard J. Holleman, marked as Hearing Exhibit CX-758C and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0400192-207 (filed under seal).

12. Attached as Exhibit 11 is a true and correct copy of selected pages from the transcript of the January 20, 2012 hearing held in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, which reproduces the confidential sworn testimony given by Dr. David J. Teece and bears non-consecutive production numbers MOTM_WASH1823_0401216-496 (filed under seal).

13. Attached as Exhibit 12 is a true and correct copy of the IEEE-SA Standards Board Bylaws, which were approved by the IEEE-SA Board of Governors in December 2009, bearing production numbers MOTM_WASH1823_0054722-41.

14. Attached as Exhibit 13 is a true and correct copy of the Guidelines for Implementation of the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, dated March 1, 2007, bearing production numbers MOTM_WASH1823_0092826-39.

15. Attached as Exhibit 14 is a document titled "Understanding Patent Issues During IEEE Standards Development," by the IEEE-SA Standards Board Patent Committee, Copyright © 2012, bearing production numbers MOTM_WASH1823_0402083-101.

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

16. Attached as Exhibit 15 is a true and correct copy of a compilation of Patent Statements and Licensing Declarations submitted by Motorola Mobility, Inc., Motorola, Inc. and General Instrument Corp. to the ITU, bearing consecutive production numbers MOTM_WASH1823_0000035-67, 74-77.

17. Attached as Exhibit 16 is a true and correct copy of a compilation of Letters of Assurance submitted by Motorola, Inc. and Symbol Technologies, Inc. to the IEEE, bearing consecutive production numbers MOTM_WASH1823_0000001-34.

18. Attached as Exhibit 17 is a true and correct copy of selected pages from American Bar Association, Section of Science & Technology Law, Committee on Technical Standardization, *Standard Development Patent Policy Manual* (2007), bearing production numbers MOTM_WASH1823_0054693-99.

19. Attached as Exhibit 18 is a true and correct copy of a document titled "Considerations for Developing or Revising PSO IPR Policies," GSC-13, IPR WG, Agenda Item 9, TIA, identified as Document # GSC13-IPR-14r1, dated July 16, 2008, and listing Contact(s) as Kent Baker, Dan Bart and Amy Marasco, which bears production numbers MOTM_WASH1823_0402454-70.

20. Attached as Exhibit 19 is a true and correct copy of a document titled "Standards-Setting, IPR Policies and Stakeholder Considerations," by Amy Marasco, General Manger, Standards Strategy, Microsoft Corporation, bearing production numbers MOTM_WASH1823_0054850-64.

21. Attached as Exhibit 20 is a true and correct copy of a June 14, 2011 letter sent by David Heiner, Microsoft's Vice President and Deputy General Counsel, and Amy Marasco, Microsoft's General Manager, Standards Strategy and Policy, to the Federal Trade Commission's Office of the Secretary regarding Patent Standards Workshop, Project No. P11-1204, bearing production numbers MOTM_WASH1823_0053365-81.

DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

22. Attached as Exhibit 21 is a true and correct copy of selected pages of the transcript of the testimony given in an FTC Workshop titled "Tools to Prevent Patent Hold-Up," taken on Tuesday, June 21, 2011, at the Federal Trade Commission Conference Center, 601 New Jersey Avenue, NW, Washington D.C. 20001, bearing non-consecutive production numbers MOTM_WASH1823_0402102-348.

23. Attached as Exhibit 22 is a true and correct copy of a document titled "Negotiating Standards-Related Patent Licenses: How the Deal Is Done part I," by Michele K. Herman, published in Landslide® magazine, Volume 3, Number 1, September/October 2010, bearing production numbers MOTM_WASH1823_0402425-31.

24. Attached as Exhibit 23 is a true and correct copy of a document titled "Negotiating Standards-Related Patent Licenses: How the Deal Is Done part II," by Michele K. Herman, published in Landslide® magazine, Volume 3, Number 2, November/December 2010, bearing production numbers MOTM_WASH1823_0402432-36.

25. Attached as Exhibit 24 is a true and correct copy of a document titled "Can Standard-Setting lead to Exploitative Abuse?  A Dissonant View of Patent Hold-Up, Royalty Stacking and the Meaning of FRAND," by Damien Geradin and Miguel Rato, bearing production numbers MOTM_WASH1823_0402369-424.

26. Attached as Exhibit 25 is a true and correct copy of a document titled "Standardization and technological innovation: Some reflections on ex-ante licensing, FRAND, and the proper means to reward innovators," presented to the Conference "Intellectual Property and Competition Law," Brussels, June 8, 2006, by Damien Geradin, bearing production numbers MOTM_WASH1823_0402437-53.

27. Attached as Exhibit 26 is a true and correct copy of a document bearing production number MS-MOTO_1823_00002288984 (filed under seal).

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1  I declare under penalty of perjury of the laws of the United States and the State of
2  Washington that the foregoing is true and correct.

3

4  DATED this 30th day of March, 2012.

5

6

7  _____
   Kevin J. Post

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 6
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 30th day of March, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 7
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001