HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>      Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 3/30/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, April 20, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | |

THIS MATTER comes before the Court on Microsoft's 3/30/12 Motion to File Documents Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 3/30/12 Motion to File Documents Under Seal is GRANTED. The Clerk is hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/30/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1) Exhibits 12 and 15-19 to the Declaration of Christopher Wion in Support of Microsoft's Motion for Summary Judgment of Breach of Contract; and

(2) The unredacted version of Microsoft's Motion for Summary Judgment of Breach of Contract.

DONE IN OPEN COURT this _____ day of April, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

      T. Andrew Culbert, WSBA #35925
      David E. Killough, WSBA #40185
      MICROSOFT CORPORATION
      1 Microsoft Way
      Redmond, WA 98052
      Phone: 425-882-8080
      Fax: 425-869-1327

      David T. Pritikin, *Pro Hac Vice*
      Richard A. Cederoth, *Pro Hac Vice*
      Constantine L. Trela, Jr., *Pro Hac Vice*
      Douglas I. Lewis, *Pro Hac Vice*
      John W. McBride, *Pro Hac Vice*
      Ellen S. Robbins, *Pro Hac Vice*
      SIDLEY AUSTIN LLP
      One South Dearborn
      Chicago, IL 60603
      Phone: 312-853-7000
      Fax: 312-853-7036

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/30/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Brian Nester, *Pro Hac Vice*
2  Carter G. Phillips, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
3  1501 K Street, N.W.
   Washington, D.C. 20005
4  Phone: 202-736-8000
   Fax: 202-736-8711
5
   Counsel for Microsoft Corporation
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/30/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

          s/ Linda Bledsoe
          LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/30/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717