HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>MOTOROLA INC., et al.,<br><br>      Defendant. | No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT<br><br>**Noted: Friday, April 20, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | |

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT

This matter came before the Court on Microsoft's Motion for Summary Judgment of Breach of Contract (the "Motion").

The Court has considered the following pleadings:

1. Plaintiff Microsoft Corporation's Motion for Summary Judgment of Breach of Contract;

2. Declaration of Christopher Wion in Support of Plaintiff Microsoft Corporation's Motion for Summary Judgment of Breach of Contract, and the exhibits thereto;

3. Plaintiff Microsoft Corporation's Proposed Order Granting Motion for Summary Judgment of Breach of Contract;

4.

5.

6.

7.

8.

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that Microsoft Corporation's Motion for Summary Judgment of Breach of Contract is GRANTED.

DONE IN OPEN COURT this __ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT- 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    /s/ Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

      T. Andrew Culbert, WSBA #35925
      David E. Killough, WSBA #40185
      MICROSOFT CORPORATION
      1 Microsoft Way
      Redmond, WA  98052
      Phone:  425-882-8080; Fax:  425-869-1327

      David T. Pritikin, *Pro Hac Vice*
      Richard A. Cederoth, *Pro Hac Vice*
      Constantine L. Trela, Jr., *Pro Hac Vice*
      Douglas I. Lewis, *Pro Hac Vice*
      John W. McBride, *Pro Hac Vice*
      Ellen S.Robbins, *Pro Hac Vice*
      SIDLEY AUSTIN LLP
      One South Dearborn
      Chicago, IL  60603

      Brian R. Nester, *Pro Hac Vice*
      Carter G. Phillips, *Pro Hac Vice*
      SIDLEY AUSTIN LLP
      1501 K Street NW
      Washington, DC  20005
      Telephone:  202-736-8000; Fax:  202-736-8711

      Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT- 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

        /s Linda Bledsoe_____
        LINDA BLEDSOE

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT- 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717