# Exhibit 4

# IEEE 802.11
## Intellectual Property Statement

**Title:** Motorola Inc. Intellectual Property Statement on the Motorola Proposals

**Date:** March 1, 1994

**Author:** Val Jean F. Hillman
Motorola, Inc
Intellectual Property Department
Corporate Offices
1303 East Algonquin Road
Schaumburg, IL 60196-1065
Tel: 1-708 576-6364
Fax: 1-708 576-3750

MOTOROLA INC. owns patents and has filed patent applications in the area of wireless data communications. In the event the proposed standard is adopted and the standard cannot be practiced without the use of one or more issued patents which are now or hereafter owned, controlled or assigned to Motorola, Motorola agrees to license those patents on a non-discriminatory basis offering fair and commercially reasonable terms.

MOTOROLA otherwise reserves all rights under its patents and does not by this statement agree to license any patents where the standard may be followed without necessarily infringing such patents.

MOTM_WASH1823_ 0000004