# Exhibit 9

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf) or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854   USA
FAX (+1 732-875-0524)   e-mail: ppatcom@ieee.org

*No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:___ Motorola, Inc _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:     __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____
Address:               __ 1303 E. Algonquin Road, Schaumburg, IL 60196__ _____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: __ Latonia.Gordon@Motorola.com ___
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ____ IEEE 802.11u __ _____
Title: _____Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Wireless Interworking with External Networks__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title:                     _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

### E. SIGNATURE:

Print name of authorized person: ___Jonathan P. Meyer___

Title of authorized person: ___Senior Vice President___

Signature of authorized person: ___[signature]___    Date: ___August 11, 2006___

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000030