# Exhibit 10

**BSR-9 (Effective Date: 4/1/03)**                                           **DATE: 21 December 2004**
<u>American National Standard (ANS) Formal Submittal Checklist</u>

PLEASE NOTE: This document is used to transmit the final submittal of a candidate American National Standard to ANSI. A standard should only be submitted to ANSI for approval if all of the appropriate evidence of consensus accompanies it in accordance with the *ANSI Essential Requirements: Due process requirements for American National Standards (ANSI Essential Requirements.)*
*NOTE: Adoptions of international standards require compliance with ANSI's Sales & Exploitation Policy.

Please direct questions to: psa@ansi.org or by fax to the PSA Department at (212) 840-2298.

1. Designation of Standard: **BSR/IEEE 802.11i-2004**

   *Year that should be included in the designation, if other than the year of approval as an ANS:* _____

2. Title of Standard: **Amendment to Standard [for] Information Technology - Telecommunications and Information Exchange Between Systems - Local and Metropolitan Area Networks - Specific Requirements - Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications: Medium Access Control (MAC) Security Enhancements**

3. Project Intent (relates to the status of the standard in terms of ANSI only, e.g., any standard that is not an approved ANS, is a new standard):

   ☐ Create new standard

   ☐ *Adopt identical international standard (see ANSI Procedures for the National Adoption of ISO and IEC Standards as ANS)
   ☐ *Adopt modified international standard (see ANSI Procedures for the National Adoption of ISO and IEC Standards as ANS)
   ☐ ***AND** this adoption revises this current ANS
   ☐ Revise current standard

   ☐ Revise and Redesignate current standard

   ☐ Revise, Redesignate and Consolidate current standard
   ☐ Revise and Partition current standard
   ☐ Reaffirm current standard

   ☐ Reaffirm and Redesignate current standard

   **X** Supplement to a current standard  **ANSI/IEEE 802.11-1999 (R2003)**

   ☐ Withdraw current standard

4. Attach consensus body roster including interest category of each member and vote. *(See ANSI Essential Requirements 4.2.1.1.)* Identify the group that is considered to be the consensus body and whose vote is included in item 10 below: **C/LM**

   **IEEE Computer Society/Local and Metropolitan Area Networks**

5. Indicate the total number of unresolved objections to the proposed action on the standard resulting from all public review period(s) only, including ANSI Standards Action  **0**.  Attach evidence of attempted resolution. *(See ANSI Essential Requirements 2.5.)* (Note: do not include unresolved votes of consensus body members here; see item 10 for an accounting of such votes.)

6. Date(s) on which unresolved objections (public review/consensus body) were provided to the consensus body for consideration. Attach evidence of compliance with this requirement (also referred to as "recirculation" or "reconsideration".)  *(See ANSI Essential Requirements 2.5.)*

   Date(s): **12-Mar-2004, 10-Apr-2004, 8-May-2004**_____Not applicable: _____

IEEE-MI-MO-005940

7.  Were all unresolved objectors informed of their right to appeal to the standards developer?
    Yes **X** No___ *(See ANSI Essential Requirements 2.5.)* _ Not Applicable, because: _____

    Attach documentation of written notification of the right to appeal to standards developer.

8.  Did any unresolved objectors complete the appeals process available through the standards developer? *(See ANSI Essential Requirements 2.7.)*

    ____ Yes (Name and contact information for each is attached) **X** No   ___ Not Applicable

9.  Date of Final Consensus Body Vote (i.e., date the vote was closed): **8-May-2004**

10. Evidence of Consensus, i.e., the FINAL consensus body vote tally (See ANSI Essential Requirements 2.6.)

**SUMMARY OF CONSENSUS BODY VOTE BY INTEREST CATEGORY**

| Interest Category | Affirmative(s) | Negative(s) | Negative(s) without comment | Abstention(s) | Not Returned | Total |
|---|---|---|---|---|---|---|
| User | 43 | 0 | 0 | 1 | 13 | 57 |
| Producer | 42 | 2 | 0 | 3 | 3 | 50 |
| General Interest | 42 | 1 | 0 | 3 | 5 | 51 |
| Government | 3 | 0 | 0 | 1 | 1 | 5 |
|  |  |  |  |  |  |  |
| **TOTALS** | **130** | **3** | **0** | **8** | **22** | **163** |

11. State the applicable numerical requirements for consensus as established in your ANSI-accredited procedures:

    **75% return; 75% affirmative; <30% abstention**

    **X** Check here to certify that these requirements have been satisfied.

12. Publication: Publication of an ANS is required within 6 months of the date of its approval as such. To request ANSI to provide publication services, please contact the ANSI Publications Department.

13. **X** Check here if there are statements from patent holders (patent letters of assurance) that have been received regarding the proposed ANS. Please attach a copy of all such statements.
    **LoAs received. Notification posted to http://standards.ieee.org/db/patents/pat802_11.html**

    **Certification Statement**
14. *Please read and confirm compliance before signing and submitting to ANSI.*

I hereby declare the ANSI criteria for approval/withdrawal have been met and that the draft standard was acted on in accordance with section 4.2, Criteria for Approval and Withdrawal of American National Standards of the *ANSI Essential Requirements* and the following criteria and that evidence to this effect is enclosed or otherwise available for inspection:

- That due process requirements were met.
- That the standard is within the scope previously registered with ANSI.

- That any identified significant conflict with another American National Standard was addressed in accordance with the requirements set-forth in the *ANSI Essential Requirements*.
- That other known national standards were examined with regard to harmonization and duplication of content; if duplication exists, there is a compelling need for the standard.
- That objectors have been notified in writing of their right to appeal to the standards developer and that all appeals to the standards developer were completed.
- That any known unresolved objection as defined in the *ANSI Essential Requirements* to the approval/withdrawal of this standard as an American National Standard is documented herein.
- That no substantive changes have been made in the draft standard as listed in *Standards Action*.
- That we agree to comply fully with the *ANSI Patent Policy*.

I agree that the evidence supporting any statement in this submittal or its attachments may be verified at any time through inspection or audit by the American National Standards Institute, either on its own initiative or upon appeal or request by any substantially concerned party. Reasonable requests for specific information that we receive directly from substantially concerned parties will be honored.

If it develops that misstatements of fact have been made in connection with this submittal, I understand that the standard in question is subject to withdrawal with appropriate public notice with reasons therefor. Furthermore, I understand that our organization may be subject to disqualification for a period of time or withdrawal of accreditation for improper submission of a standard to the Board of Standards Review.

Our organization agrees to maintain the American National Standard by reaffirmation, revision, or withdrawal within five years of the date of ANSI approval.

Submitter's Name: **David Ringle**  Title: **Program Manager, IEEE-SA Governance, Policy & Procedures**

Accredited Standards Developer: **IEEE**

Address: **445 Hoes Lane**  City: **Piscataway**  State: **NJ**  Zip: **08854**

E-mail: **d.ringle@ieee.org**  Fax: **+1-732-875-0524**

Signature: _____

IEEE-MI-MO-005942