# Exhibit 14

 **MOTOROLA**

October 29, 2010

<u>VIA FEDERAL EXPRESS</u>

Horacio E. Gutierrez
Corporate Vice President and Deputy General Counsel
Microsoft Corporation
1 Microsoft Way
Redmond, Washington  98052

      RE:    H.264 Patent License

Dear Mr. Gutierrez,

     This letter is to confirm Motorola's offer to grant Microsoft a worldwide nonexclusive license under Motorola's portfolio of patents and pending applications covering the subject matter of ITU-T Recommendation H.264 ("H.264").  Enclosed is Motorola's H.264 Annex which includes a non-exhaustive list of patents included in the license.

     Motorola offers to license the patents on a non-discriminatory basis on reasonable terms and conditions ("RAND"), including a reasonable royalty of 2.25% per unit for each H.264 compliant product, subject to a grant back license under the H.264 patents of Microsoft, and subject to any Motorola commitments made to JVT in connection with an approved H.264 recommendation.  As per Motorola's standard terms, the royalty is calculated based on the price of the end product (e.g., each Xbox 360 product, each PC/laptop, each smartphone, etc.) and not on component software (e.g., Xbox 360 system software, Windows 7 software, Windows Phone 7 software, etc.).

     As a convenience to its licensees, Motorola includes all the patents listed on its H.264 Annex in the license, without regard to further proof of whether the patents cover the subject matter of H.264.  If Microsoft is only interested in licensing some portion of this portfolio, Motorola is willing to enter into such a license, also on RAND terms.

     Motorola will leave this offer open for 20 days. Please confirm whether Microsoft accepts the offer.

                         Regards,

                         Kirk W. Dailey
                         Corporate V.P. Intellectual Property

Motorola, Mobility, Inc.
600 North US Highway 45, Libertyville, Illinois 60048
Telephone:  847-523-3029 Facsimile:  847-523-0314

25

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

**ITU-T - H.264**

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 1a  6005980 | EIFRIG | MOTION ESTIMATION AND COMPENSATION OF VIDEO OBJECT PLANES FOR INTERLACED DIGITAL VIDEO | | | | | | |
| | Canada· | Granted | 2230567 | 1998-2-25 | 2230567 | 2010-7-6 | | 1998-9-7 |
| | Canada | Filed | 2702769 | 2010-4-30 | | | | |
| | Mexico | Granted | 2009417 | 2002-9-26 | 245861 | 2007-5-16 | | |
| | United States | Granted | 08/897847 | 1997-7-21 | 6005980 | 1999-12-21 | | |
| | United States | Granted | 10/028007 | 2001-12-20 | RE38564 | 2004-8-10 | | |
| 1b  Re38564 | EIFRIG | MOTION ESTIMATION AND COMPENSATION OF VIDEO OBJECT PLANES FOR INTERLACED DIGITAL VIDEO | | | | | | |
| | Canada· | Granted | 2230567 | 1998-2-25 | 2230567 | 2010-7-6 | | 1998-9-7 |
| | Canada | Filed | 2702769 | 2010-4-30 | | | | |
| | Mexico | Granted | 2009417 | 2002-9-26 | 245861 | 2007-5-16 | | |
| | United States | Granted | 08/897847 | 1997-7-21 | 6005980 | 1999-12-21 | | |
| | United States | Granted | 10/028007 | 2001-12-20 | RE38564 | 2004-8-10 | | |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 2a | 6980596 | WANG | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
| | | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182686.5 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US20030099292A1 | 2003-5-29 |
| | | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US20050123043A1 | 2005-6-9 |
| | | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US20050117650A1 | 2005-6-2 |
| | | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US20050123054A1 | 2005-8-9 |
| | | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US20050129113A1 | 2005-6-16 |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US20050147169A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US20050123051A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US20050111550A1 | 2005-5-26 |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 2b | 7421025 | WANG | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
| | | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182688.5 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US20030099292A1 | 2003-5-29 |
| | | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US20050123043A1 | 2005-6-9 |
| | | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US20050117650A1 | 2005-6-2 |
| | | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US20050123054A1 | 2005-6-9 |
| | | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US20050129113A1 | 2005-6-16 |

ITU-T - H.264   4

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

ITU-T - H.264   5

30

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 2c | 7310375 | WANG | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
| | | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182686.5 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US2003009929 2A1 | 2003-5-29 |
| | | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US2005012304 3A1 | 2005-6-9 |
| | | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US2005011765 0A1 | 2005-6-2 |
| | | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US2005012305 4A1 | 2005-6-9 |
| | | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US2005012911 3A1 | 2005-6-16 |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

ITU-T - H.264    7

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

**2d  7310374  WANG  MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT**

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182686.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US20030099292A1 | 2003-5-29 |
| | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US20050123043A1 | 2005-6-9 |
| | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US20050117650A1 | 2005-6-2 |
| | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US20050123054A1 | 2005-6-9 |
| | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US20050129113A1 | 2005-6-16 |

ITU-T - H.264   8

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

ITU-T - H.264   9

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| 2e 7310376 | WANG | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182686.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US20030099292A1 | 2003-5-29 |
| | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US20050123043A1 | 2005-6-9 |
| | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US20050117650A1 | 2005-6-2 |
| | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US20050123054A1 | 2005-6-9 |
| | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US20050129113A1 | 2005-6-16 |

ITU-T - H.264   10

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

ITU-T - H.264    11

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 2f 7310377 | WANG | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
| | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182686.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US20030099292A1 | 2003-5-29 |
| | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US20050123043A1 | 2005-6-9 |
| | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US20050117650A1 | 2005-6-2 |
| | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US20050123054A1 | 2005-6-9 |
| | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US20050129113A1 | 2005-6-16 |

ITU-T - H.264   12

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM INVENTOR | TITLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

ITU-T - H.264   13

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2g  7477690 | WANG | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
| | Canada | Filed | 2468087 | 2002-11-21 | | | | |
| | European Patent Convention | Filed | 10182726.9 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182629.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182686.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182624.6 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182654.3 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| | Japan | Filed | 2009-244955 | 2009-10-23 | | | | |
| | Japan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| | Mexico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| | Norway | Filed | 20042544 | 2002-11-21 | | | | |
| | Republic of Korea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| | United States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US20030099292A1 | 2003-5-29 |
| | United States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US20050123043A1 | 2005-6-9 |
| | United States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US20050117650A1 | 2005-6-2 |
| | United States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US20050123054A1 | 2005-6-9 |
| | United States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US20050129113A1 | 2005-6-16 |

ITU-T - H.264   14

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

ITU-T - H.264    15

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| NVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|
| OUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

ANG    MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL
VIDEO CONTENT

| Country | Status | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|
| anada | Filed | 2468087 | 2002-11-21 | | | | |
| uropean atent onvention | Filed | 10182726.9 | 2010-9-29 | | | | |
| uropean atent onvention | Filed | 10182629.5 | 2010-9-29 | | | | |
| uropean atent onvention | Filed | 10182686.5 | 2010-9-29 | | | | |
| uropean atent onvention | Filed | 10182624.6 | 2010-9-29 | | | | |
| uropean atent onvention | Filed | 10182654.3 | 2010-9-29 | | | | |
| uropean atent onvention | Filed | 2804054.1 | 2002-11-21 | | | 1449385 | 2004-8-25 |
| pan | Filed | 2009-244955 | 2009-10-23 | | | | |
| pan | Filed | 2008-234061 | 2008-9-11 | | | 2008-295111 | 2008-12-4 |
| exico | Granted | PA/a/2004/004724 | 2002-11-21 | 244982 | 2007-4-13 | | |
| rway | Filed | 20042544 | 2002-11-21 | | | | |
| public of rea | Filed | 10-2004-7007762 | 2002-11-21 | | | | |
| ited States | Granted | 10/301290 | 2002-11-20 | 6980596 | 2005-12-27 | US2003009929 2A1 | 2003-5-29 |
| ited States | Granted | 11/026394 | 2004-12-30 | 7310376 | 2007-12-18 | US2005012304 3A1 | 2005-6-9 |
| ted States | Granted | 11/027265 | 2004-12-30 | 7310374 | 2007-12-18 | US2005011765 0A1 | 2005-6-2 |
| ted States | Granted | 11/026395 | 2004-12-30 | 7421025 | 2008-9-2 | US2005012305 4A1 | 2005-6-9 |
| ted States | Granted | 11/027656 | 2004-12-30 | 7310377 | 2007-12-18 | US2005012911 3A1 | 2005-6-16 |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027869 | 2004-12-30 | 7817718 | 2010-10-19 | US2005014716 9A1 | 2005-7-7 |
| | United States | Granted | 11/027098 | 2004-12-30 | 7477690 | 2009-1-13 | US2005012305 1A1 | 2005-6-9 |
| | United States | Granted | 11/027626 | 2004-12-30 | 7310375 | 2007-12-18 | US2005011155 0A1 | 2005-5-26 |

3   5235419   KRAUSE   ADAPTIVE MOTION COMPENSATION USING A PLURALITY OF MOTION COMPENSATORS

| | Canada | Granted | 2079862 | 1992-10-5 | 2079862 | 1998-4-7 | | 1993-4-25 |
|---|---|---|---|---|---|---|---|---|
| | France | Granted | 92117001.5 | 1992-10-6 | EP0538667 | 2001-9-19 | 538667 | 1993-4-28 |
| | Germany | Granted | 69232063.6-08 | 1992-10-6 | EP0538667 | 2001-9-19 | | |
| | Great Britain | Granted | 92117001.5 | 1992-10-6 | EP0538667 | 2001-9-19 | 538667 | 1993-4-28 |
| | Japan | Granted | 4-308068 | 1992-10-22 | 2875117 | 1999-1-14 | | 1999-3-24 |
| | Republic of Korea | Granted | 92-19684 | 1992-10-24 | 264507 | 2000-6-1 | | 2000-6-1 |
| | United States | Granted | 784474 | 1991-10-24 | 5235419 | 1993-8-10 | | |

4   6807317   MATHEW   METHOD AND DECODER SYSTEM FOR REDUCING QUANTIZATION EFECTS OF A DECODED IMAGE

| | United States | Granted | 10/280903 | 2002-10-25 | 6807317 | 2004-10-19 | US-2004-0081368-A1 | 2004-4-29 |
|---|---|---|---|---|---|---|---|---|
| | United States | Filed | 90/010798 | 2009-12-23 | | | | |

5   6836514   GANDHI   METHOD FOR THE DETECTION AND RECOVERY OF ERRORS IN THE FRAME OVERHEAD OF DIGITAL VIDEO DECODING SYSTEMS

| | United States | Granted | 09/901809 | 2001-7-10 | 6836514 | 2004-12-28 | US-2003-0053546-A1 | 2003-3-20 |
|---|---|---|---|---|---|---|---|---|

ITU-T - H.264   17

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

**6a  7162094**  WANG   FREQUENCY COEFFICIENT SCANNING PATHS FOR CODING DIGITAL VIDEO CONTENT

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | United States | Granted | 10/902330 | 2004-7-29 | 7088867 | 2006-8-8 | US-2005-0008239-A1 | 2005-1-13 |
| | United States | Granted | 10/902392 | 2004-7-29 | 6987888 | 2006-1-17 | US-2005-0002582-A1 | 2005-1-6 |
| | United States | Granted | 11/472035 | 2006-6-21 | 7177475 | 2007-2-13 | US20060262978A1 | 2006-11-23 |
| | United States | Granted | 10/902329 | 2004-7-29 | 7206454 | 2007-4-17 | US-2005-0008241-A1 | 2005-1-13 |
| | United States | Granted | 10/301076 | 2002-11-20 | 7162094 | 2007-1-9 | US-2004-0096109-A1 | 2004-5-20 |

**6b  6987888**  WANG   FREQUENCY COEFFICIENT SCANNING PATHS FOR CODING DIGITAL VIDEO CONTENT

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | United States | Granted | 10/902330 | 2004-7-29 | 7088867 | 2006-8-8 | US-2005-0008239-A1 | 2005-1-13 |
| | United States | Granted | 10/902392 | 2004-7-29 | 6987888 | 2006-1-17 | US-2005-0002582-A1 | 2005-1-6 |
| | United States | Granted | 11/472035 | 2006-6-21 | 7177475 | 2007-2-13 | US20060262978A1 | 2006-11-23 |
| | United States | Granted | 10/902329 | 2004-7-29 | 7206454 | 2007-4-17 | US-2005-0008241-A1 | 2005-1-13 |
| | United States | Granted | 10/301076 | 2002-11-20 | 7162094 | 2007-1-9 | US-2004-0096109-A1 | 2004-5-20 |

ITU-T - H.264   18

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 5376968 | KRAUSE | ADAPTIVE COMPRESSION OF DIGITAL VIDEO DATA USING DIFFERENTIAL MODES SUCCH AS PCM AND DPCM | | | | | | |
| | Australia | Granted | 57708/94 | 1994-3-9 | 663671 | 1996-2-20 | | 1995-10-12 |
| | Canada | Granted | 2118668 | 1994-3-9 | 2118668 | 1998-12-22 | | 1994-9-12 |
| | France | Granted | 94103640.2 | 1994-3-10 | EP0615384 | 2000-9-20 | 615384 | 2000-9-20 |
| | Germany | Granted | 69425919.5 | 1994-3-10 | EP0615384 | 2000-9-20 | DE69425919T2 | 2000-9-20 |
| | Great Britain | Granted | 94103640.2 | 1994-3-10 | EP0615384 | 2000-9-20 | 615384 | 2000-9-20 |
| | Ireland | Granted | 94103640.2 | 1994-3-10 | EP0615384 | 2000-9-20 | 615384 | 2000-9-20 |
| | Japan | Granted | 6-66545 | 1994-3-11 | 2945268 | 1999-6-25 | | |
| | Mexico | Granted | 9401802 | 1994-3-11 | 187606 | 1998-1-7 | | |
| | Netherlands | Granted | 94103640.2 | 1994-3-10 | EP0615384 | 2000-9-20 | 615384 | 2000-9-20 |
| | Norway | Granted | P940858 | 1994-3-10 | 311960 | 2002-2-18 | | |
| | Republic of Korea | Granted | 94-4658 | 1994-3-10 | 244827 | 1999-11-24 | | 1999-11-24 |
| | Spain | Granted | 94103640.2 | 1994-3-10 | EP0615384 | 2000-9-20 | 2152270 | 2001-2-1 |
| | Sweden | Granted | 94103640.2 | 1994-3-10 | EP0615384 | 2000-9-20 | 615384 | 2000-9-20 |
| | Taiwan | Granted | 82102154 | 1993-3-23 | NI-084114 | 1997-2-11 | | 1997-2-11 |
| | United States | Granted | 23251 | 1993-3-11 | 5376968 | 1994-12-27 | | |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9a  7769087 | WANG .| | PICTURE LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | |
| | Canada | Filed | 2468086 | 2002-11-21 | | | | |
| | China P.R. | Filed | 200910254137.9 | 2009-12-3 | | | 101715138 | 2010-5-26 |
| | China P.R. | Filed | 200910254136.4 | 2009-12-3 | | | 101715128 | 2010-5-26 |
| | China P.R. | Filed | 200910254135.X | 2009-12-3 | | | 101715137 | 2010-5-26 |
| | China P.R. | Granted | 2827402.4 | 2002-11-21 | ZL02827402.4 | 2010-1-20 | 1615656 | 2005-5-11 |
| | China P.R. | Filed | 200910254134.5 | 2009-12-3 | | | 101715136 | 2010-5-26 |
| | European Patent Convention | Filed | 10182595.8 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182605.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182643.6 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10183042 | 2010-9-30 | | | | |
| | European Patent Convention | Filed | 2804044.2 | 2002-11-21 | | | 1459562 | 2004-9-22 |
| | Japan | Filed | 2003-548552 | 2002-11-21 | | | 2005-510984 | 2005-4-21 |
| | Mexico | Filed | MX/a/2008/001309 | 2008-1-28 | | | | |
| | Mexico | Filed | MX/a/2008/001308 | 2008-1-28 | | | | |
| | Mexico | Filed | MX/a/2008/001311 | 2008-1-28 | | | | |
| | Mexico | Filed | MX/a/2008/001312 | 2008-1-28 | | | | |
| | Mexico | Granted | PA/a/2004/004723 | 2002-11-21 | 253886 | 2008-1-28 | | |
| | Norway · | Filed | 20042543 | 2002-11-21 | | | | |
| | Republic of Korea | Filed | 10-2010-7008173 | 2010-3-19 | | | 10-2010-0047321 | 2010-5-7 |
| | Republic of Korea | Filed | 10-2004-7007734 | 2002-11-21 | | | | |

ITU-T - H.264   20

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027888 | 2004-12-30 | 7660353 | 2010-2-9 | US2005011765 1A1 | 2005-6-2 |
| | United States | Filed | 11/558207 | 2006-11-9 | | | US2007006480 1A1 | 2007-3-22 |
| | United States | Granted | 11/027110 | 2004-12-30 | 7769087 | 2010-8-3 | US2005011764 9A1 | 2005-6-2 |
| | United States | Filed | 11/027625 | 2004-12-30 | | | US2005015245 4A1 | 2005-7-14 |

ITU-T - H.264 21

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 9b 7660353 | WANG | PICTURE LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | | | | | | |
| | Canada | Filed | 2468086 | 2002-11-21 | | | | |
| | China P.R. | Filed | 200910254137.9 | 2009-12-3 | | | 101715138 | 2010-5-26 |
| | China P.R. | Filed | 200910254136.4 | 2009-12-3 | | | 101715128 | 2010-5-26 |
| | China P.R. | Filed | 200910254135.X | 2009-12-3 | | | 101715137 | 2010-5-26 |
| | China P.R. | Granted | 2827402.4 | 2002-11-21 | ZL02827402.4 | 2010-1-20 | 1615656 | 2005-5-11 |
| | China P.R. | Filed | 200910254134.5 | 2009-12-3 | | | 101715136 | 2010-5-26 |
| | European Patent Convention | Filed | 10182595.8 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182605.5 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10182643.6 | 2010-9-29 | | | | |
| | European Patent Convention | Filed | 10183042 | 2010-9-30 | | | | |
| | European Patent Convention | Filed | 2804044.2 | 2002-11-21 | | | 1459562 | 2004-9-22 |
| | Japan | Filed | 2003-548552 | 2002-11-21 | | | 2005-510984 | 2005-4-21 |
| | Mexico | Filed | MX/a/2008/001309 | 2008-1-28 | | | | |
| | Mexico | Filed | MX/a/2008/001308 | 2008-1-28 | | | | |
| | Mexico | Filed | MX/a/2008/001311 | 2008-1-28 | | | | |
| | Mexico | Filed | MX/a/2008/001312 | 2008-1-28 | | | | |
| | Mexico | Granted | PA/a/2004/004723 | 2002-11-21 | 253886 | 2008-1-28 | | |
| | Norway | Filed | 20042543 | 2002-11-21 | | | | |
| | Republic of Korea | Filed | 10-2010-7006173 | 2010-3-19 | | | 10-2010-0047321 | 2010-5-7 |
| | Republic of Korea | Filed | 10-2004-7007734 | 2002-11-21 | | | | |

MOTOROLA ESSENTIAL PROPERTIES
ITU-T-H.264

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 11/027888 | 2004-12-30 | 7660353 | 2010-2-9 | US20050117651A1 | 2005-6-2 |
| | United States | Filed | 11/558207 | 2006-11-9 | | | US20070064801A1 | 2007-3-22 |
| | United States | Granted | 11/027110 | 2004-12-30 | 7769087 | 2010-8-3 | US20050117649A1 | 2005-6-2 |
| | United States | Filed | 11/027625 | 2004-12-30 | | | US20050152454A1 | 2005-7-14 |