

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

Plaintiff,

v.

MOTOROLA INC., et al.,

Defendant.

CASE NO. C10-1823JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Microsoft Corporation's ("Microsoft") motion for a temporary restraining order and preliminary injunction (Dkt. # 209) filed on March 28, 2012. The court sets the following briefing schedule with respect to Microsoft's motion for a temporary restraining order. Motorola's responsive brief shall be filed no later than **April 6, 2012 at 12:00 p.m. Pacific Standard Time**. Microsoft's reply brief shall be filed no later than **April 9, 2012 at 4:30 p.m. Pacific Standard Time**. The court will

hear argument on Microsoft's motion on **April 11, 2012 at 11 a.m**. In Motorola's responsive brief and Microsoft's reply brief, in addition to any other issues the parties wish brief, the court directs the parties to specifically address this court's power to issue an order related to litigation before a foreign tribunal.

If necessary, the court will take up Microsoft's request for a preliminary injunction at a later date.

Filed and entered this 2nd day of April, 2012.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk