THE HONORABLE JAMES L. ROBART



FILED LODGED
APR 02 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
ENTERED RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>   Defendants. | Case No. C10-1823-JLR<br><br>**NOTICE OF FILING PAPER MATERIALS WITH THE CLERK** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>   Defendants. | 10-CV-01823-NTC |

EXHIBIT J (Video DVD) to the Declaration of Chris Wilson in Support of Microsoft Corporation's Opening Claim Construction Brief on its '780 and '582 Counterclaim Patents is being filed in paper form with the Clerk's office for the Western District of Washington. The document (DVD) will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PAPER MATERIALS WITH
THE CLERK - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1  DATED this 30th day of March, 2012.

2                    DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

3

4
         By    s/ Arthur W. Harrigan, Jr.
5              Arthur W. Harrigan, Jr., WSBA #1751
               Christopher Wion, WSBA #33207
6              Shane P. Cramer, WSBA #35099

7        By    s/ T. Andrew Culbert
               T. Andrew Culbert
8              David E. Killough
               MICROSOFT CORPORATION
9              1 Microsoft Way
               Redmond, WA 98052
10             Phone: 425-882-8080
11             Fax: 425-869-1327

12       David T. Pritikin
         Richard A. Cederoth
13       Douglas I. Lewis
         John W. McBride
14       SIDLEY AUSTIN LLP
         One South Dearborn
15       Chicago, IL 60603
         Phone: 312-853-7000
16       Fax: 312-853-7036

17
         Brian R. Nester
18       SIDLEY AUSTIN LLP
         1501 K Street NW
19       Washington, DC 20005
         Telephone: 202-736-8000
20       Fax: 202-736-8711

21
         Counsel for Microsoft Corp.
22

23

24

25

NOTICE OF FILING PAPER MATERIALS WITH
THE CLERK - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

/s Linda Bledsoe
LINDA BLEDSOE

NOTICE OF FILING PAPER MATERIALS WITH
THE CLERK - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717



UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
Case No. C10-1823-JLR
MICROSOFT CORPORATION, Plaintiff
vs.
Motorola, Inc., ET AL., Defendants

March 30, 2012

Exhibit J to Declaration of Chris Wilson ISO of MSFT's Opening Claim Construction Brief on Its '780 and '582 Counterclaim Patents
MOTO_1823_00005196290 - MS-MOTO_1823_00005196