The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>**NOTED ON MOTION CALENDAR:<br>April 20, 2012** |

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, KEVIN J. POST, declare as follows:

1. I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the State of New York and the District of Columbia.

2. I submit this declaration in support of Defendants' Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction, submitted concurrently herewith.

3. Attached as Exhibit 1 is a true and correct copy of the Rebuttal Expert Witness Testimony of Richard J. Holleman, marked as Hearing Exhibit CX-758C and admitted into evidence in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0400192-207 (filed under seal).

4. Attached as Exhibit 2 is a true and correct copy of a June 14, 2011 letter sent by David Heiner, Microsoft's Vice President and Deputy General Counsel, and Amy Marasco, Microsoft's General Manager, Standards Strategy and Policy, to the Federal Trade Commission's Office of the Secretary regarding Patent Standards Workshop, Project No. P11-1204, bearing production numbers MOTM_WASH1823_0053365-81.

5. Attached as Exhibit 3 is a true and correct copy of the March 30, 2004 Cellular Essential Properties Cross License Agreement entered into between Motorola, Inc. and Casio Computer Company, Ltd., bearing production numbers MOTM_WASH1823_0023801-67 (filed under seal).

6. Attached as Exhibit 4 is a true and correct copy of the July 1, 2004 Cellular Essential Properties Cross License Agreement entered into between Motorola, Inc. and Kyocera Corporation, bearing production numbers MOTM_WASH1823_0024696-745 (filed under seal).

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

7. Attached as Exhibit 5 is a true and correct copy of the December 22, 2004 Cellular Essential Properties Cross License Agreement entered into between Motorola, Inc. and Option NV, bearing production numbers MOTM_WASH1823_0025145-230 (filed under seal).

8. Attached as Exhibit 6 is a true and correct copy of an April 2, 2012 letter sent via email from Jesse J. Jenner of Ropes & Gray LLP, counsel to Motorola, to Arthur W. Harrigan, Jr. of Danielson Harrigan Leyh & Tollefson LLP, counsel to Microsoft, enclosing an April 2, 2012 letter from Dr. Marcus Grosch of Quinn Emanuel Urquhart & Sullivan, LLP to Jesse J. Jenner (filed under seal).

9. Attached as Exhibit 7 is a true and correct copy of an article titled *The FTC, IP, and SSOs: Government Hold-Up Replacing Private Coordination*, by Richard A. Epstein, F. Scott Kieff and Daniel F. Spulber, published in volume 8 of the Journal of Competition Law and Economics at page 1, in 2012.

10. Attached as Exhibit 8 is a true and correct copy of an article titled *Reasonable and Nondiscriminatory (RAND) Royalties, Standards Selection, and Control of Market Power*, by Daniel G. Swanson and William J. Baumol, published in volume 73 of the Antitrust Law Journal at page 1, in 2005.

11. Attached as Exhibit 9 is a true and correct copy of an April 5, 2012 letter sent via email from Arthur W. Harrigan, Jr. of Danielson Harrigan Leyh & Tollefson LLP, counsel to Microsoft, to Jesse J. Jenner of Ropes & Gray LLP, counsel to Motorola (filed under seal).

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  I declare under penalty of perjury of the laws of the United States and the State of
2  Washington that the foregoing is true and correct.
3
4  DATED this 6th day of April, 2012.
5
6
7  _____
   Kevin J. Post
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson, Harrigan, Leyh & Tollefson LLP
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>David Greenfield, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*rcederoth@sidley.com*
>*david.greenfield@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 6th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF KEVIN J. POST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001