The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:<br>April 20, 2012** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 THIS MATTER having come before the Court on Defendants' Motion to File Documents Under Seal in Support of its Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby.

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Defendants' Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction;

2. Exhibits 1, 3, 4, 5, 6, and 9 to the Declaration of Kevin J. Post; and

3. The Declaration of Dr. Marcus Grosch.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *philm@summitlaw.com*
   *lynne@summitlaw.com*
   *ralphp@summitlaw.com*

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

By */s/ K. McNeill Taylor, J*r.
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   MD W4-150
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   Phone:  858-404-3580
   Fax:  847-523-0727

*And by*

   Jesse J. Jenner (*pro hac vice*)
   Steven Pepe (*pro hac vice*)
   Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
   *stuart.yothers@ropesgray.com*

   Norman H. Beamer (*pro hac vice*)
   Gabrielle E. Higgins (*pro hac vice*)
   Ropes & Gray LLP
   1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
   (650) 617-4030
   *norman.beamer@ropesgray.com*
   *gabrielle.higgins@ropesgray.com*

   Paul M. Schoenhard (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
   Ropes & Gray LLP
   One Metro Center
   700 12th Street NW, Suite 900
   Washington, DC  20005-3948
   (202) 508-4693
   *paul.schoenhard@ropesgray.com*
   *kevin.post@ropesgray.com*

*Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corp.*

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 6th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001