The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                             Plaintiff,<br><br>        v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                             Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, April 13, 2012** |

This matter came before the Court on Microsoft's Corporation's Motion for Summary Judgment of Invalidity.

The Court has considered the following pleadings:

1. Microsoft's Corporation's Motion for Summary Judgment of Invalidity;

2. Declaration of Douglas I. Lewis in Support of Microsoft Corporation's Motion for Summary Judgment of Invalidity and the exhibits thereto;

3. Motorola's Opposition to Microsoft Corporation Motion for Summary Judgment of Invalidity; and

4. Declaration of Timothy Drabik and Exhibits A-M attached thereto;

ORDER DENYING MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    Having considered the above pleadings and materials, the argument of counsel, and being
2  otherwise fully advised, the Court hereby
3    ORDERS, ADJUDGES AND DECREES that Microsoft's Motion for Summary Judgment
4  of Invalidity is DENIED.
5    IT IS SO ORDERED.
6    DATED this _____ day of _____, 2012.

7

8                                           _____
                                            THE HONORABLE JAMES L. ROBART
9                                           UNITED STATES DISTRICT COURT JUDGE

10  *Presented by:*

11  SUMMIT LAW GROUP PLLC

12

13  By */s/ Ralph H. Palumbo*
       Ralph H. Palumbo, WSBA #04751
14     Philip S. McCune, WSBA #21081
       Lynn M. Engel, WSBA #21934
15     *philm@summitlaw.com*
       *lynne@summitlaw.com*
16     *ralphp@summitlaw.com*

17
    By */s/ K. McNeill Taylor, J*r.
18     K. McNeill Taylor, Jr.
       MOTOROLA MOBILITY, INC.
19     MD W4-150
       600 North U.S. Highway 45
20     Libertyville, IL  60048-1286
21     Phone:  858-404-3580
       Fax:  847-523-0727
22

23

24

25

26

ORDER DENYING MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

*And by*

    Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *jesse.jenner@ropesgray.com*
    *steven.pepe@ropesgray.com*
    *stuart.yothers@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*

    Paul M. Schoenhard (*pro hac vice*)
    Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
    One Metro Center
    700 12th Street NW, Suite 900
    Washington, DC  20005-3948
    (202) 508-4693
    *paul.schoenhard@ropesgray.com*
    *kevin.post@ropesgray.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corp.**

ORDER DENYING MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 6th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001