# EXHIBIT 16

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:   Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08855   USA
FAX (+1 732-875-0524)

| No license is implied by submission of this Letter of Assurance |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: |Motorola, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:____|Motorola Com Law Department
Address:____|1303 E. Algonquin Road, Schaumburg, IL 60196
Telephone: |847-538-3495____|Fax: |847-576-8760|E-mail: |Jonathan.Reisky@motorola.com

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: |802.11 Task Group E
Title: |MAC Enhancements for Quality of Service

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

If the Patent Holder owns or controls granted patent(s) and/or pending applications that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

Patent Number(s) (if known):_____

Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows (check one box only):

☐ 1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the [Proposed] Standard.

### E. SIGNATURE:

Print name of authorized person: ____|Jonathan Reisky

Title of authorized person: ____|Vice President & Director of Patent Operations

Signature of authorized person: _____    Date: __9/15/03

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2002 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2002

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:   Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524)

*No license is implied by submission of this Letter of Assurance*

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: ___ Motorola, Inc _____

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____
Address:   __ 1303 E. Algonquin Road, Schaumburg, IL 60196_____
Telephone. __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: __ Latonia.Gordon@Motorola.com __
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802.11r _____
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Fast Basic Service Set (BSS) Transition _____

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee - 24 January 2005

Patent/Application Number:
Title:

Patent/Application Number.
Title:

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: _____ Jonathan P. Meyer _____

Title of authorized person: _____ Sr. V. P. _____

Signature of authorized person: _____ Date: _____ 4/21/05 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

# IEEE 802.11
## Intellectual Property Statement

**Title:**       Motorola Inc. Intellectual Property Statement on the
                 Motorola Proposals

**Date:**        March 1, 1994

**Author:**      Val Jean F. Hillman
                 Motorola, Inc
                 Intellectual Property Department
                 Corporate Offices
                 1303 East Algonquin Road
                 Schaumburg, IL 60196-1065
                 Tel:     1-708 576-6364
                 Fax:     1-708 576-3750

MOTOROLA INC. owns patents and has filed patent applications in the area of wireless data communications. In the event the proposed standard is adopted and the standard cannot be practiced without the use of one or more issued patents which are now or hereafter owned, controlled or assigned to Motorola, Motorola agrees to license those patents on a non-discriminatory basis offering fair and commercially reasonable terms.

MOTOROLA otherwise reserves all rights under its patents and does not by this statement agree to license any patents where the standard may be followed without necessarily infringing such patents.

MOTM_WASH1823_ 00000



April 23, 1996

Mr. Victor Hayes
Chair IEEE P802.11
AT&T WCND Utrecht
Zadelstede 1-10
3431 JZ Nieuwegein
The Netherlands

Dear Mr. Hayes:

This letter is written in response to your letter of September 27, 1995, which requested that Symbol Technologies, Inc. ("Symbol") confirm to the IEEE that it will provide worldwide licenses under certain of its patents related to the proposed IEEE 802.11 standard. In this regard:

In the event the proposed IEEE 802.11 standard is adopted, and the standard cannot be practiced without the use of one or more patents which are now or hereafter owned by Symbol, Symbol would upon request be willing to negotiate a non-exclusive, worldwide license, under the relevant claims of such patent or patents, on a nondiscriminatory basis and on reasonable terms and conditions including its then current royalty rates.

This letter does not grant to the IEEE or any other party any right with respect to Symbol's copyrights or other intellectual property rights (whether now or hereafter in existence) that relate to the proposed standard.

Very truly yours,

Richard Bravman
Senior Vice President

MOTM_WASH1823_ 0000005

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

| No license is implied by submission of this Letter of Assurance |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: Aaron Bernstein. Legal Department
Address: One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055 Fax: 631.738.4110 E-mail: aaron.bernstein@symbol.com
URL: www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11a
Title: High Speed Physical Layer in the 5GHz band

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

### E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____.

Title of authorized person: ____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: _MAR'06____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http.//standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

| | |
|---|---|
| Please return via mail, e-mail (.pdf), or FAX to: | Secretary, IEEE-SA Standards Board Patent Committee Institute of Electrical and Electronics Engineers, Inc. 445 Hoes Lane Piscataway, NJ  08854  USA PAX (+1 732-875-0524)   e-mail: patcom@ieee.org |

> *No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address: __One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300__
Telephone: __631.738.4055__      Fax: __631.738.4110__   E-mail: __aaron.bernstein@symbol.com__
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11b__
Title: __Higher Speed Physical Layer (PHY) extension in the 2.4 GHz band__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the (Proposed) IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ___ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: __11Apr06__

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854   USA
FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

---

| *No license is implied by submission of this Letter of Assurance* |
| --- |

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055        Fax: 631.738.4110     E-mail: aaron.bernstein@symbol.com
URL:   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11e__
Title: __Medium Access Control (MAC) Quality of Service Enhancements__

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000010

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: Aaron Bernstein

Title of authorized person: _____ Vice President & Deputy General Counsel

Signature of authorized person: _____ Date: 11/Apr/06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: __Aaron Bernstein, Legal Department__
Address: __One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300__
Telephone: __631.738.4055__   Fax: __631.738.4110__   E-mail: __aaron.bernstein@symbol.com__
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11g__
Title: __Further Higher Rate (20+ Mbps) Extensions in the 2.4GHz Band__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the (Proposed) IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**G. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: 11 Apr 06 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

*1*

MOTM_WASH1823_ 0000013

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,            Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf), or FAX to:          Institute of Electrical and Electronics Engineers, Inc.
                                    445 Hoes Lane
                                    Piscataway, NJ  08854  USA
                                    FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:     Aaron Bernstein, Legal Department
Address:               One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055           Fax: 631.738.4110     E-mail: aaron.bernstein@symbol.com
URL:    www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11i
Title:   Medium Access Control (MAC) Security Enhancement

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows *(check one box only)*:

☐  1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑  2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:  _____
Title:                      _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000014

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein

Title of authorized person: ___ Vice President & Deputy General Counsel

Signature of authorized person: _____ Date: 4/ Apr06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee - 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:    Secretary, IEEE-SA Standards Board Patent Committee
                            Institute of Electrical and Electronics Engineers, Inc.
                            445 Hoes Lane
                            Piscataway, NJ 08854 USA
                            FAX (+1 732-875-0524)

> *No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:___Motorola, Inc _____ . ___ ___ ____ _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    _ Latonia Gordon _____ Intellectual Property and Licensing Dept._____ ___
Address:              _ 1303 E. Algonquin Road, Schaumburg, Il. 60196_____ _____
Telephone:  847-576-3055 _____ Fax: _ 847-538-3666 _____ E-mail: _ Latonia.Gordon@Motorola.com __
URL: _____ _____ _____ _____ ____ _____ _____ _____ _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent implicants. To that end, the IEEE will not review and does not endorse the contents in a confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  _____ IEEE 802.11k _____
Title:   _____ Amendment to IEEE 802.11, Wireless LAN Medium Access Control (MAC) and Physical Layer
(PHY) Specifications Radio Resource Measurement of Wireless LANs _ _____ _____ _ _____

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐  1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒  2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:  __ _____ _____

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

Patent/Application Number:

Title:

Patent/Application Number:

Title:

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: _____ Jonathan P. Meyer _____

Title of authorized person: _____ Sr. V.P. _____

Signature of authorized person: _____ [signature] _____ Date: _4/21/05_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and it is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

MOTM_WASH1823_0000017

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,  
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee  
Institute of Electrical and Electronics Engineers, Inc.  
445 Hoes Lane  
Piscataway, NJ  08854  USA  
FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

*No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department  
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300  
Telephone: 631.738.4055 _____ Fax: 631.738.4110 ____ E-mail: aaron.bernstein@symbol.com  
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11k  
Title: __Radio Resource Measurement Enhancements__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*.

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____  
Title: _____

Copyright © 2006 IEEE  
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____  Date: 11Apr06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee*

.

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_00000

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:  Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc
445 Hoes Lane
Piscataway, NJ  08855   USA
FAX (+1 732-875-0524)

┌─────────────────────────────────────────────────────────────┐
│ ............... *No license is implied by submission of this Letter of Assurance* ............... │
└─────────────────────────────────────────────────────────────┘

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: ___MOTOROLA, INC___

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  _LARISSA GORDON, INTELLECTUAL PROPERTY LICENSING_
Address:  _1303 E. ALGONQUIN RD.  SCHAMBURG IL  60196_
Telephone:  _847-576-3655_   Fax: ~~847-576~~   _847-538-3668_   E-mail: _LARISSA.GORDON@MOTOROLA.com_

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  _IEEE 802.11n_
Title:  _802.11 PHY / MAC ENHANCE ment FOR HIGER THROUGHPUT_

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

If the Patent Holder owns or controls granted patent(s) and/or pending application(s) that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

Patent Number(s) (if known): _____

Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows (check one box only):

☐  1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the (Proposed) IEEE Standard.

☒  2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the (Proposed) Standard.

### E. SIGNATURE:

Print name of authorized person:  ___JOHN METZINGER___
Title of authorized person:  _CORP VP Law; INTELLECTUAL PROPERTY LICENSING_
Signature of authorized person: _____  Date:  _July 12, 2005_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2002 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2002

MOTM_WASH1823_0000020

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

| | |
|---|---|
| Please return via mail, | Secretary, IEEE-SA Standards Board Patent Committee |
| e-mail (.pdf), or FAX to: | Institute of Electrical and Electronics Engineers, Inc. |
| | 445 Hoes Lane |
| | Piscataway, NJ 08854 USA |
| | FAX (+1 732-875-0524) e-mail: patcom@ieee.org |

> *No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: __Aaron Bernstein, Legal Department__
Address: __One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300__
Telephone: 631.738.4055 __Fax: 631.738.4110__ E-mail: aaron.bernstein@symbol.com
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11n__
Title: __Standard for Enhancements for Higher Throughput__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following.

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000021

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

### E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ___Vice President & Deputy General Counsel___

Signature of authorized person: _____ Date: __11/Apr/06__

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

.

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854   USA
FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

---

| *No license is implied by submission of this Letter of Assurance* |
|---|

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055   Fax: 631.738.4110   E-mail: aaron.bernstein@symbol.com
URL: www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11r
Title: Fast Roaming/Fast BSS Transition

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐   1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑   2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐   3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐   4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐   5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*(Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.)*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000023

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein

Title of authorized person: _____Vice President & Deputy General Counsel_____

Signature of authorized person: _____ Date: 11 Apr 06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000024

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:  Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524)

---
*No license is implied by submission of this Letter of Assurance*
---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Motorola, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department    Latonia Gordon _____ Intellectual Property and Licensing Dept.
Address:                  1303 E. Algonquin Road, Schaumburg, IL 60196
Telephone: __ 847-576-3055 _____ Fax:  847-538-3666 __   Email:   Latonia.Gordon@Motorola.com
URL:

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802.11s
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Extended Service Set (ESS) Mesh Networking

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐  1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒  2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard

[*Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.*]

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee  - 23 January 2005

Patent/Application Number:
Title:

Patent/Application Number:
Title:

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: _____ Jonathan P. Meyer _____

Title of authorized person: _____ Sr. V.P. _____

Signature of authorized person: _____ [signature] _____ Date: _1/21/05_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee - 24 January 2005

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524) e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055        Fax: 631.738.4110      E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11s
Title:  ESS Mesh Networking

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the (Proposed) IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the (Proposed) IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the (Proposed) IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000027

Patent/Application Number:
Title:

Patent/Application Number:
Title:

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: Aaron Bernstein

Title of authorized person: Vice President & Deputy General Counsel

Signature of authorized person: _____ Date: 11/Apr/06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,                 Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf) or FAX to:                Institute of Electrical and Electronics Engineers, Inc.
                                        445 Hoes Lane
                                        Piscataway, NJ   08854 USA
                                        FAX (+1 732-875-0524) e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:__ Motorola, Inc _____   _____

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____
Address:              __ 1303 E. Algonquin Road, Schaumburg, IL 60196_____   _____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: __ Latonia.Gordon@Motorola.com ___
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license
agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not
endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ____ IEEE 802.11u _ _____
Title: _____Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer
(PHY) specifications: Wireless Interworking with External Networks__

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its
licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of
which would be essential to create a compliant implementation of either mandatory or optional portions of the
[Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐   1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a
       worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed]
       IEEE Standard.

☒   2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a
       worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed]
       IEEE Standard.

☐   3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐   4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s)
       against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐   5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that
       would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as
giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a
compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:   _____
Title:                       _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000029

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: _____ *Jonathan P. Meyer* _____

Title of authorized person: _____ *Senior Vice President* _____

Signature of authorized person: _____ Date: _____ *August 11 2006* _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf) or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ    08854  USA
FAX (+1 732-875-0524)  e-mail: ppatcom@ieee.org

---
### *No license is implied by submission of this Letter of Assurance*
---

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: ___ Motorola, Inc _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____ _____
Address:            __ 1303 E. Algonquin Road, Schaumburg, IL 60196_____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 _____ E-mail: __ Latonia.Gordon@Motorola.com ___
URL: _____ _____ _____    _____ _____ _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802.11v __  _____
Title: _____Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Wireless Network Management__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:    _____ ____ _____
Title:                      _____ _____ _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000031

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: Jonathan P. Meyer

Title of authorized person: Senior Vice President

Signature of authorized person: _____    Date: August 11, 2006

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854   USA
FAX (+1 732-675-0524)   e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:   Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055   Fax: 631.738.4110   E-mail: aaron.bernstein@symbol.com
URL.   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11v
Title:  Wireless Network Management

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the (Proposed) IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the (Proposed) IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the (Proposed) IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee - 27 March 2006

MOTM_WASH1823_ 0000033

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein

Title of authorized person: ___ Vice President & Deputy General Counsel ___

Signature of authorized person: _____ Date: 11/20/06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006