UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. C10-1823JLR |
| Plaintiff, | ORDER |
| v. | |
| MOTOROLA INC., et al., | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

ORDER- 1

1    The court directs the parties to be prepared to address the following issues at the

2   April 11, 2012 hearing on Microsoft Corporation's ("Microsoft") Motion for a

3   Temporary Restraining Order ("Microsoft's Motion") (Dkt. # 209):

4        1.    Microsoft is seeking an anti-suit injunction.  The court finds that in the

5   Ninth Circuit, the issuance of an anti-suit injunction, per Microsoft's Motion, is governed

6   by *E. & J. Gallo Winery v. Andina Licores S.A.*, 446 F.3d 984 (9th Cir. 2006).  If

7   Microsoft or Motorola Inc., Motorola Mobility, Inc., and General Instrument Corporation

8   (collectively, "Motorola") disagrees that *E. & J. Gallo* is the proper authority, explain

9   why and provide the court with alternative authority.

10       2.    Regarding the German action, for which Microsoft seeks an anti-suit

11  injunction:

12            a.    What is the present status of the case?

13            b.    Who are the parties to the litigation?

14            c.    What overlap exists between the technology covered by the patents
                    at issue in the German Action and the technology covered by the
15                  patents at issue in Cause No. C10-1823JLR, presently before this
                    court.
16
              d.    Are the patents at issue in the German Action subject to an Institute
17                  of Electrical and Electronics Engineers ("IEEE") agreement, an
                    International Telecommunication Union ("ITU") agreement, or any
18                  other agreement, and/or a reasonable and non-discriminatory license
                    requirement?
19
              e.    What issues are presently before the German court, and are these
20                  issues the same issues presently before this court in Cause No. C10-
                    1823JLR?
21

22

ORDER- 2

f.   What impact would this court's ruling on any issues remaining in Cause No. C-1823JLR have on issues currently pending in the German Action?

g.   What affect would/could the German Action have on the two RAND issues that remain before this court following the court's order on Microsoft's motion for partial summary judgment (Dkt. # 188)?

h.   Pursuant to the German "Orange Book" procedures, what reasonable steps may Microsoft take to postpone an injunction in Germany?

Dated this 10th day of April, 2012.

The Honorable James L. Robart
U.S. District Court Judge

ORDER- 3