HONORABLE JAMES L. ROBART

FILED ____ ENTERED
LODGED ____ RECEIVED

APR 11 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

10-CV-01823-PET

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>        Defendants. | No. C10-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MICROSOFT'S 3/28/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, April 20, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | |

THIS MATTER comes before the Court on Microsoft's 3/28/12 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 3/28/12 Motion to Seal is GRANTED. The Clerk is hereby directed to maintain the unredacted versions of the following documents under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/28/12 MOTION TO SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1) The Declaration of Peter Chrocziel submitted in support of Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction;

(2) The Declaration of Josh Hutto submitted in support of Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction;

(3) The Declaration of Marcelo Prieto submitted in support of Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; and

(4) Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction.

DONE IN OPEN COURT this 11th day of April, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA 98052
     Phone: 425-882-8080
     Fax: 425-869-1327

     David T. Pritikin, *Pro Hac Vice*
     Richard A. Cederoth, *Pro Hac Vice*
     Constantine L. Trela, Jr., *Pro Hac Vice*
     Douglas I. Lewis, *Pro Hac Vice*
     John W. McBride, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL 60603
     Phone: 312-853-7000
     Fax: 312-853-7036

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/28/12 MOTION TO SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1  Brian Nester, *Pro Hac Vice*
2  Carter G. Phillips, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
3  1501 K Street, N.W.
   Washington, D.C. 20005
4  Phone: 202-736-8000
   Fax: 202-736-8711
5
6  Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/28/12 MOTION TO SEAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                s/ Linda Bledsoe
                                LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 3/28/12 MOTION TO SEAL - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX, (206) 623-8717