The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, April 13, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Because Motorola meets the standards for sealing as discussed in its moving brief (ECF

2  No. 227) and because Microsoft did not oppose Motorola's motion to seal, Motorola respectfully

3  requests that the Court grant its motion to seal.

4  DATED this 13th day of April, 2012.

5  SUMMIT LAW GROUP PLLC

7  By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
8  Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
9  *philm@summitlaw.com*
   *lynne@summitlaw.com*

11 By */s/ K. McNeill Taylor, Jr.*
   K. McNeill Taylor, Jr.
12 MOTOROLA MOBILITY, INC.
   MD W4-150
13 600 North U.S. Highway 45
   Libertyville, IL  60048-1286
14 Phone:  858-404-3580
   Fax:  847-523-0727

15 And by

17 Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
18 Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
19 1211 Avenue of the Americas
   New York, NY  10036-8704
20 (212) 596-9046
   *steven.pepe@ropesgray.com*
21 *jesse.jenner@ropesgray.com*
   *stuart.yothers@ropesgray.com*

22 Norman H. Beamer (*pro hac vice*)
   Gabrielle E. Higgins (*pro hac vice*)
23 Ropes & Gray LLP
   1900 University Avenue, 6th Floor
24 East Palo Alto, CA  94303-2284
   (650) 617-4030
25 *norman.beamer@ropesgray.com*
   *gabrielle.higgins@ropesgray.com*

26

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION
FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION
FOR PARTIAL SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

DATED this 13th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

---

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001