<u>TEMPORARY RESTRAINING ORDER BOND</u>
Bond Number: <u>023019073</u>

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |  |
|---|---|---|
| MICROSOFT CORPORATION, | ) | Case Number: C10-1823JLR |
|  | ) |  |
|       Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) |  |
| MOTOROLA, INC., et al., | ) |  |
|  | ) |  |
|       Defendants. | ) |  |
|  | ) |  |
| MOTOROLA MOBILITY, INC., et al., | ) |  |
|  | ) |  |
|       Plaintiffs, | ) |  |
| vs. | ) |  |
|  | ) |  |
| MICROSOFT CORPORATION, | ) |  |
|  | ) |  |
|       Defendant. | ) |  |

KNOWN ALL MEN BY THESE PRESENTS, That we, <u>MICROSOFT CORPORATION</u>, as Principal, and <u>Liberty Mutual Insurance Company</u>, a <u>Massachusetts</u> stock insurance company, organized and existing under the laws of the State of <u>Massachusetts</u> and authorized to transact business in the State of <u>Washington</u>, as Surety are held and firmly bound unto the above named Defendant <u>MOTOROLA, INC., et al.</u> in the full and just some of <u>One Hundred Million and no/100 Dollars - - - - ($100,000,000.00)</u> lawful money of the United States, for the payment of which well and truly to be made, we hereby bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this <u>13th</u> day of <u>April, 2012</u>.

WHEREAS, the above named Plaintiff, <u>MICROSOFT CORPORATION</u>, has this day filed suit in the above entitled Court against the Defendant above named, and has applied for a temporary restraining order against the Defendant above named, and, WHEREAS, the Court has by its order heretofore entered herein and fixed the bond to be given herein in the sum of <u>One Hundred Million and no/100 Dollars - - - - ($100,000,000.00)</u>;

NOW, THEREFORE, if the said Principal, <u>MICROSOFT CORPORATION</u> shall pay damages and costs which may accrue by reason of the wrongful issuance of said temporary restraining order, not exceeding, however, the penalty of this bond, then this obligation to be null and void; otherwise to be and remain in full force and effect.

MICROSOFT CORPORATION
(Principal)
By: _____

Liberty Mutual Insurance Company
By: _____
Jayne Wyrick, Attorney-In-Fact

Approved this <u>13</u> day of <u>April</u>, A.D. <u>2012</u>

_____
(Judge)

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

5251380
Certificate No. _____

American Fire and Casualty Company
The Ohio Casualty Insurance Company
West American Insurance Company
Liberty Mutual Insurance Company
Peerless Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of Ohio, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, that Peerless Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, BARB J. DETTORRE, RYAN MCNAMEE, ANGELA R. STARKEY, ROGER WRIGHT, RICHARD MCCURDY, ARMFIELD GUY, JANE H. FOX, GABRIEL LONGORIA, STEVEN J. GARON, TRAVIS REMICK, STEPHANI SEITZ, JAYNE WYRICK, DIANNE HANSEN, ERIK B. ROLFNESS, PHILLIP E. MUNDT, JON R. VAN WAGENEN, TIM KOWER, PAMELA JORDAN, DEBRA NELSON, JAMIE STROH, HANI RIZKALLA, _____

all of the city of ___SEATTLE___, state of ___WASHINGTON___ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __20th__ day of ___March___, 2012.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
Peerless Insurance Company
West American Insurance Company

By: _____
Gregory W. Davenport, Assistant Secretary

STATE OF WASHINGTON    ss
COUNTY OF KING

On this __20th__ day of ___March___, 2012, before me personally appeared Gregory W. Davenport, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Company, Peerless Insurance Company and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Seattle, Washington, on the day and year first above written.



By: _____
KD Riley, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, West American Insurance Company and Peerless Insurance Company, which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Gregory W. Davenport, Assistant Secretary to appoint such attorney-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and biding upon the Company with the same force and effect as though manually affixed.

I, David M. Carey, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, West American Insurance Company and Peerless Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _____ day of _____, 20_____.



By: _____
David M. Carey, Assistant Secretary

POA - AFCC, LMIC, OCIC, PIC & WAIC
LMS_12873_012012