THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF SHANE CRAMER IN SUPPORT OF MICROSOFT CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY<br><br>Noted: April 13, 2012 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendants. | |

DECLARATION OF SHANE CRAMER IN
SUPPORT OF MICROSOFT CORPORATION'S
MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY
Case No. C10-1823-JLR

I, Shane Cramer, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, one of the law firms representing Microsoft Corporation in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 are true and correct copies of pages 1, 10, and 17 of this Court's March 9, 2012 *Markman* hearing in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent Application 10/798,505.

4. Attached hereto as Exhibit 3 are true and correct copies of the cover page and page 2391 of the public transcript of United States International Trade Commission Investigation Number 337-TA-752, *In the Matter of: Certain Gaming and Entertainment Consoles, Related Software and Components Thereof* (January 19, 2012 hearing day), which were produced in this matter by Microsoft Corporation and which bear Bates numbers MS-MOTO_1823_00005195921 and MS-MOTO_1823_00005196200.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of April, 2012 in Seattle, Washington.

_____
SHANE CRAMER

DECLARATION OF SHANE CRAMER IN
SUPPORT OF MICROSOFT CORPORATION'S
MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY
Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

_____
LINDA BLEDSOE

DECLARATION OF SHANE CRAMER IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
Case No. C10-1823-JLR
LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717