# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             IN SEATTLE

 ----------------------------------------------------------------

 MICROSOFT CORPORATION,       )
                              )
          Plaintiff,          )   No. C10-1823JLR
                              )
    v.                        )
                              )
 MOTOROLA, INCORPORATED,      )
                              )
          Defendant.          )


 ----------------------------------------------------------------

                          MARKMAN HEARING

 ----------------------------------------------------------------

            BEFORE THE HONORABLE JAMES L. ROBART
               UNITED STATES DISTRICT COURT JUDGE

                         March 9, 2012

 APPEARANCES:

 For the Plaintiff:        Richard A. Cederoth
                           SIDLEY AUSTIN
                           Arthur Harrigan
                           DANIELSON HARRIGAN LEYH &
                           TOLLEFSON

 For the Defendant:        Jesse J. Jenner
                           Gabrielle Elizabeth Higgins
                           ROPES & GRAY
                           Ralph H. Palumbo
                           SUMMIT LAW GROUP

 Also Present:             Christopher Wion
                           Douglas Lewis
                           Philip McCune
                           Andy Culbert
                           David Pritikin
                           Herman Webley
                           Matthew Clements
                           Ian Brooks
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
*Suite 17205 - 700 Stewart St. - Seattle, WA 98101*

1  convey, which is, I think the fairer way is to tee this up
2  immediately at the conclusion of this.  I don't care if we
3  call it a motion for summary judgment on invalidity or we
4  talk about motions opposing the court's foolish rulings.
5  But we are going to get that decided.  And you will get an
6  additional opportunity to --
7           MR. JENNER:  We appreciate that.  All we ask is to
8  put in the full record appropriate for a summary judgment.
9           THE COURT:  I will tell you, I think you've got an
10 uphill battle, because if "computer" isn't a sufficient
11 term, "decoder" -- other than if it is a ring you got in
12 the mail or a cereal box, I think you have a real chore
13 there.
14          MR. JENNER:  If we have to swim upstream or
15 uphill, we will do what we have to do.
16          MR. CEDEROTH:  Thank you, your Honor.  One caveat
17 to what Mr. Jenner said.  The parties haven't exactly
18 agreed that the structure is a decoder.  Our position is
19 that a decoder has to also have an algorithm.  That is
20 exactly the dispute that the court recognized.
21     One other potential housekeeping matter for the end of
22 the hearing, your Honor, when we take this up:  If the
23 court would indulge the parties to discuss some of the
24 additional going-forward activities in the case that
25 relate also to the RAND issues, as we should have some

1   higher, frequency coefficients will quantize to zero.
2   Quantization is to exploit the fact that the human eye is
3   less sensitive to higher frequency components than to
4   lower frequency components.
5       The fourth box is labeled "frequency coefficient
6   scan."  This box scans the frequency coefficients from
7   locations in the two-dimensional array, and reorders them
8   into positions in a one-dimensional array.
9       The fifth box is labeled "entropy coding."  The basic
10  idea of entropy coding is to represent the sequence of
11  symbols, a shorter sequence of bits, by exploiting
12  statistics of the information stream.
13      Entropy decoding accepts a one-dimensional stream, a
14  sequence of signals, and that's why we needed the scanning
15  to convert the frequency coefficients into a linear
16  sequence.
17      Now I will discuss decoding.  As I mentioned, decoding
18  is the reverse of encoding.  And if we pause here with the
19  block diagram of the decoder, what we are doing is we are
20  replacing the layers on the onion.  Not that we ever do
21  that with an onion, but we do that with video coding.
22  And, of course, we have to replace them in the same order
23  we remove them, but in reverse.  So all of these blocks
24  are the inverse operations of the blocks that we discussed
25  in encoding.  And those inverses are well understood and