# EXHIBIT 3

# UNITED STATES
# INTERNATIONAL TRADE COMMISSION

---

```
In the Matter of:                    )
Certain Gaming and Entertainment     ) Investigation No.
Consoles, Related Software           )   337-TA-752
and Components Thereof               )
                                     )
```

**OPEN SESSION**

```
Pages:    2096 through 2432 (with excerpts)
Place:    Washington, D.C.
Date:     January 19, 2012
```

---

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
(202) 628-4888
contracts@hrccourtreporters.com

2391

```
 1              MS. HIGGINS:  It is hard to tell at
 2   this point, Your Honor, because I haven't heard
 3   the rest but so far, yes.
 4              JUDGE SHAW:  Well, I would like to --
 5   I think if your examination ends at 6:00
 6   o'clock, that may not really provide her enough
 7   time this evening, so we will see if we can
 8   bring it in well before that.
 9              MR. LEWIS:  I will certainly try and
10   expect to.
11   BY MR. LEWIS:
12      Q.   So in encoding, the scan path is
13   applied to the coefficients after they are
14   quantized, right?
15      A.   Strictly speaking, it need not be.
16   Those operations can be interchanged.
17      Q.   The goal of the scan path is to group
18   the zeros, right?
19      A.   That wouldn't be affected by whether
20   you quantized first or scanned first.
21      Q.   The quantization creates a lot of
22   zeros, doesn't it?
23      A.   It may create some zeros.
24      Q.   So you would want to group the zeros
25   after you create them, right?
```