THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>   Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| MOTOROLA MOBILITY, INC., et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>   Defendants. | Noted:   April 20, 2012<br>Hearing: May 7, 2012 9:30am |

I, Christopher Wion, hereby declare as follows:

1.   I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.   Attached hereto as Exhibit 1 is a true and correct copy of Microsoft's Exchange ActiveSync Protocol web page, available at

---

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1  http://www.microsoft.com/about/legal/en/us/intellectualproperty/iplicensing/programs/exchang
2  eactivesyncprotocol.aspx.
3      3.   Attached hereto as Exhibit 2 is a true and correct copy of Microsoft
4  Corporation's Reply Memorandum in Support of Its Motion To Transfer Pursuant to 28 U.S.C.
5  § 1404(A) Or, in the Alternative, To Stay, Dkt. No. 58 in Case No. 3:11-cv-03136-SC (N.D.
6  Cal. Sept. 30, 2011).
7      4.   Attached hereto as Exhibit 3 is a true and correct copy of Microsoft
8  Corporation's Notice of Motion and Motion To Transfer Pursuant To 28 U.S.C. § 1404(A) Or,
9  in the Alternative, To Stay, Dkt. No. 39 in Case No. 5:11-cv-03136-JF (N.D. Cal. Sept. 2,
10 2011).
11     5.   Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the
12 testimony of Richard Holleman in the matter of *Certain Gaming and Entertainment Consoles,*
13 *Related Software, and Components Thereof,* Investigation No. 337-TA-752, taken on January
14 13, 2012.
15     I declare under penalty of perjury under the laws of the United States of America that
16 the foregoing is true and correct.
17     DATED this 13th day of April, 2012 in Seattle, Washington.

    CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

s/ Linda Bledsoe
LINDA BLEDSOE

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717