# Exhibit 1



**Legal and Corporate Affairs**

- Legal and Corporate Affairs: Overview
- LCA Diversity
- Intellectual Property
  - Intellectual Property Home
  - Use of Microsoft Copyrighted Content
  - Copyright FAQ
  - About Microsoft Trademarks
  - IP Licensing
    - IP Licensing Home
    - Technology Licensing Programs
      - Technology Licensing Programs Home
      - ClearType
      - Detours
      - Exchange ActiveSync Protocol
      - exFAT File System
      - FAT File System
      - Microsoft RTVideo and Microsoft RTAudio Codec Porting Kits
      - Protocol Optimization Licensing Program
      - Remote Desktop Protocol
      - Windows Server Auxiliary Protocols
    - IP Licensing Policy
    - Microsoft's Support for Industry Standards
    - IP Ventures
  - Software License Terms
  - Terms of Use
  - Notice About Online Policies and Similar Documents
- Consumer Settlements
- Antitrust
- Compliance
- Interoperability

GREAT PLACE TO WORK
WORLD'S BEST MULTINATIONAL WORKPLACES 2011

# Exchange ActiveSync Protocol

The Exchange ActiveSync protocol allows mobile devices running Windows Mobile to synchronize e-mail, calendar, contacts, and tasks (known as PIM, Personal Information Manager) over the air with the Microsoft Exchange Server. The sync protocol is the language spoken between the mobile device and messaging server to synchronize objects. The device will have its own e-mail, contacts, calendar and task (PIM – Personal Information Manager) application, which provides a user interface and data storage. Syncing is the process of reconciling differences between data stored on the mobile device and stored on the Exchange Server. Both the mobile device and the Exchange Server maintain their own collections of objects and track changes made since the last sync. The mobile device may initiate a new sync by sending a set of updates to the Exchange Server and requesting the Exchange Server respond with its own updates. The Exchange server processes updates it receives, resolves any conflicts, and sends its list of changes back to the mobile device. Microsoft licenses the patents for Exchange ActiveSync please contact us for more information.

More information about Microsoft's Exchange ActiveSync implementation please see the Mobile Email Exchange ActiveSync site and the Exchange Server Protocol Documents

Current Exchange ActiveSync Protocol Licensees include:

- Apple Inc.
- Asus Tek
- Atmail
- Avaya
- Daum Communications
- Dell
- Deutsche Telkom AG
- Everyone.net
- Fiberlink Communications Corporation
- Gecad Technologies
- Google Inc.
- Helio LLC
- HTC Corporation
- IceWarp Limited
- Inventit Inc.
- IPSwitch
- Kerio Technologies, Inc.
- Kyocera
- NEC-CASIO
- NHN Corporation
- Nokia Corporation

**Click here** for more information about technology licensing programs.

## Contact Us

For more information about IP Licensing, please e-mail us at: Iplicreq@microsoft.com.

## Related Links

IP Indemnification Policy

Microsoft's Support for Industry Standards

- Palm, Inc.
- Pantech
- Quantum Apps LLC
- Rackspace USA Inc.
- Research In Motion Limited
- Samsung Electronics Co., Ltd.
- Sony Corporation
- SmarterTools Inc.
- Sony Ericsson Mobile Communications AB
- Spring House Entertainment
- Unison Technologies Inc.
- Xandros, Inc.
- Yulong Computer
- Zoho Corporation

The following companies have taken a Microsoft Exchange Server 2007 Interoperability Principles Protocol License:

- DataViz Inc.
- Emtrace Technologies USA, Inc.
- NitroDesk Inc.
- Notify Technology Corporation
- Remoba Inc.
- XCome Technology Co. Ltd.