# Exhibit 4

```
 1                        BEFORE THE
 2         UNITED STATES INTERNATIONAL TRADE COMMISSION
 3
 4         ---------------------------
 5         In the Matter of:       )    Investigation No.
 6         CERTAIN GAMING AND      )       337-TA-752
 7         ENTERTAINMENT CONSOLES, )
 8         RELATED SOFTWARE, AND   )
 9         COMPONENTS THEREOF      )
10         ---------------------------
11
12                       Hearing Room A
13
14                       United States
15               International Trade Commission
16                  500 E Street, Southwest
17                      Washington, D.C.
18
19                Friday, January 13, 2012
20
21                         VOLUME V
22
23         The parties met, pursuant to the notice of the
24         Judge, at 9:31 a.m.
25                BEFORE: THE HONORABLE DAVID P. SHAW
```

1    requests a license.                                           02:06:29

2         Q    So let's see if we can -- I want to pin this 02:06:31

3    down and make sure I understand what you're saying.   02:06:34

4              You're saying that the RAND obligation is    02:06:39

5    limited to prospective licensees who affirmatively     02:06:43

6    contact the patent owner with a request for a license? 02:06:47

7         A    The policy envisions that once there's a     02:06:53

8    letter of assurance -- and this is posted on, in       02:06:55

9    IEEE's case, their patent policy list -- that the      02:07:00

10   patent holder would be expected to -- to receive any   02:07:04

11   requests from applicants who wish to engage in         02:07:12

12   negotiations to -- that would result in a RAND         02:07:16

13   license.  That's the concept.                          02:07:21

14        Q    Let me give you a hypothetical and see if    02:07:22

15   we're on the same page or not.  Suppose Motorola has   02:07:24

16   essential patents, and suppose Motorola approaches a   02:07:27

17   company that it believes are -- is infringing those    02:07:32

18   essential patents.  There are letters of assurance.    02:07:37

19             Are you saying that Motorola has no RAND     02:07:40

20   obligations toward that company because Motorola       02:07:44

21   approached them first?                                 02:07:47

22        A    No, I'm not.                                 02:07:49

23        Q    Okay.  And it would be fair to say that you  02:07:51

24   don't think a patent owner's RAND obligations turn on  02:07:54

25   the question of whether the patent owner or the        02:07:57

| | | |
|---|---|---|
| 1 | prospective licensee makes the first contact? | 02:08:00 |
| 2 |     A    No, I do not. | 02:08:03 |
| 3 |     Q    And you don't think that a party like | 02:08:03 |
| 4 | Motorola can avoid its RAND commitments or that the | 02:08:05 |
| 5 | RAND obligations turn on the question of whether | 02:08:10 |
| 6 | the -- let me see if I can rephrase that. | 02:08:13 |
| 7 |          You're not saying that a party like Motorola | 02:08:18 |
| 8 | can avoid its RAND obligations simply by beating | 02:08:20 |
| 9 | potential licensees to the punch and by making the | 02:08:24 |
| 10 | first contact with a potential licensee? | 02:08:27 |
| 11 |     A    Well, I -- I don't want to -- I wouldn't | 02:08:30 |
| 12 | want to characterize the scenario quite that way.  The | 02:08:33 |
| 13 | policy clearly states that the license -- the offer of | 02:08:36 |
| 14 | a willingness to license is relied upon by | 02:08:42 |
| 15 | implementers who have a desire to use that license. | 02:08:46 |
| 16 | And it doesn't say whether the implementer comes first | 02:08:51 |
| 17 | or whether the patent holder goes first.  So the whole | 02:08:55 |
| 18 | idea of IEEE is to get the widest promulgation of the | 02:08:59 |
| 19 | standard that they can, and to be inclusive in that | 02:09:05 |
| 20 | regard. | 02:09:08 |
| 21 |     Q    All right.  Now, suppose a company requests | 02:09:09 |
| 22 | a license to essential patents, and there are letters | 02:09:12 |
| 23 | of assurance.  Is the patent holder in your view | 02:09:17 |
| 24 | required to make an offer? | 02:09:20 |
| 25 |     A    They're required to offer to engage in good | 02:09:22 |