The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>                    Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, April 27, 2012** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

THIS MATTER having come before the Court on Defendants' Motion to File Documents Under Seal in Support of its Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby.

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract; and

2. Exhibits 27, 29-32, 34-39, 48, 50, 52, and 53 to the Second Declaration of Kevin J. Post.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *philm@summitlaw.com*
   *lynne@summitlaw.com*
   *ralphp@summitlaw.com*

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT [PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  By */s/ K. McNeill Taylor, J*r.
       K. McNeill Taylor, Jr.
2      MOTOROLA MOBILITY, INC.
       MD W4-150
3      600 North U.S. Highway 45
       Libertyville, IL  60048-1286
4      Phone:  858-404-3580
       Fax:  847-523-0727
5

6  *And by*

7
       Jesse J. Jenner (*pro hac vice*)
       Steven Pepe (*pro hac vice*)
8      Stuart W. Yothers (*pro hac vice*)
       Ropes & Gray LLP
9      1211 Avenue of the Americas
       New York, NY  10036-8704
10     (212) 596-9046
       *jesse.jenner@ropesgray.com*
11     *steven.pepe@ropesgray.com*
       *stuart.yothers@ropesgray.com*
12
       Norman H. Beamer (*pro hac vice*)
13     Gabrielle E. Higgins (*pro hac vice*)
       Ropes & Gray LLP
14     1900 University Avenue, 6th Floor
       East Palo Alto, CA  94303-2284
15     (650) 617-4030
       *norman.beamer@ropesgray.com*
16     *gabrielle.higgins@ropesgray.com*

17
       Paul M. Schoenhard (*pro hac vice*)
18     Kevin J. Post (*pro hac vice*)
       Ropes & Gray LLP
19     One Metro Center
       700 12th Street NW, Suite 900
20     Washington, DC  20005-3948
       (202) 508-4693
21     *paul.schoenhard@ropesgray.com*
       *kevin.post@ropesgray.com*
22
   *Attorneys for Motorola Solutions, Inc., Motorola*
23 *Mobility, Inc., and General Instrument Corp.*

24

25

26

---

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF ITS
OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 13th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF ITS
OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001