# EXHIBIT 46

**Free.**
My Account   Join Now   Sign In

Xbox 360 + Accessories    Kinect    Xbox LIVE    Games    Community    My Xbox    Support    Search All

Home > Xbox 360 + Accessories > Consoles > Xbox 360 4GB Console



# Xbox 360 4GB Console

The new Xbox 360 4GB console has built-in wi-fi, a black wireless controller, a standard definition composite A/V cable, and comes with a free one-month Xbox LIVE Gold Membership.

**Price: $199.99**

Find a Retailer

Overview          What You Get          Related Accessories

## Overview

The new Xbox 360® 4GB Console. Here today, ready for tomorrow with a brand new, leaner machine. Wi-Fi is built in for easier connection to the world of entertainment on Xbox LIVE, where HD movies and TV stream in an instant. It's ready for the controller-free experiences of Kinect—you don't just play the game, you are the game. Xbox 360 is more games, entertainment, and fun.



310

### Xbox 360 250GB Hard Drive

Upgrade your 4GB Xbox 360 console and take your entertainment to the next level! Play, watch, save, store. The massive 250GB hard drive has plenty of space for games, high-definition TV and movies, Games on Demand, game demos and add-ons, music, plus so much more. It's the easiest way to get the most from your Xbox 360.

**Learn more**



### Move content from one console to another

Easily transfer all your data from your original Xbox 360 hard drive to the next. Sold separately.

**Learn more**



Support    Press    For Developers    Jobs    Feedback

**United States**   **Mobile version**   Privacy Statement   Xbox.com Terms of Use   Code of Conduct   About Our Ads

© 2011 Microsoft

311

Free.
My Account   Join Now   Sign In

Xbox 360 + Accessories     Kinect     Xbox LIVE     Games     Community     My Xbox     Support     Search All

Home > Xbox 360 + Accessories > Consoles > Xbox 360 4GB Console



# Xbox 360 4GB Console

The new Xbox 360 4GB console has built-in wi-fi, a black wireless controller, a standard definition composite A/V cable, and comes with a free one-month Xbox LIVE Gold Membership.

**Price: $199.99**

Find a Retailer

Overview     What You Get     Related Accessories

## What You Get

- **Built-in Wi-Fi:** The new Xbox 360 is the only console with 802.11n Wi-Fi built-in for a faster and easier connection to Xbox LIVE. Stream HD movies and TV or download games from Xbox LIVE in 1080p and 5.1 surround sound from anywhere in the house.* Compatible with b/g/n networks.
- **Xbox LIVE:** Xbox LIVE brings a world of entertainment to you. Instantly stream movies and TV from Netflix in crystal clear HD, or download game add-ons like new levels, characters, maps, and songs. Easily jump right into online multiplayer fun and play along with friends around the world. Plus, get your favorite music from Last.fm, connect with friends on Facebook® and post tweets on Twitter. Xbox LIVE is your connection to more games, entertainment, and fun.*
- **Kinect ready:** Kinect brings games and entertainment to life in extraordinary new ways—no controller required. Easy to use and instantly fun, Kinect gets everyone off the couch moving, laughing, and cheering. See a ball? Kick it. Want to join a friend in the fun? Simply jump in. Even control an HD movie with a wave of your hand. Featuring a dedicated, specialized port, the Xbox 360 4GB is built to connect seamlessly with the Kinect Sensor.
- **Xbox 360 wireless controller (black):** This award-winning high performance wireless controller features a range of up to 30 feet and a battery life of 30 hours on two AA batteries.
- **More ports:** Connect more accessories and storage solutions with added USB ports. Now with a total of five (three back/two front), you'll find more places to plug and play. Plus, in addition to the standard Ethernet port and HDMI output, we've added an integrated optical audio out port for an easier connection to the booming sound of your A/V receiver.

Support   Press   For Developers   Jobs   Feedback

United States   Mobile version   Privacy Statement   Xbox.com Terms of Use   Code of Conduct   About Our Ads

© 2011 Microsoft

312