# EXHIBIT 47

**Free.**
My Account   Join Now   Sign In

Xbox 360 + Accessories   Kinect   Xbox LIVE   Games   Community   My Xbox   Support   Search All

Home > Xbox 360 + Accessories > Accessories > Xbox 360 Wireless N Networking Adapter



# Xbox 360® Wireless N Networking Adapter

Seamlessly synchronize your wireless network with Xbox 360 using the newest Wireless N standard for a lightning-quick connection. Easily stream HD movies, videos, and music to your console from Xbox LIVE.

**Price: $79.99**

Find a Retailer

Overview

With no cords to tie you down, the Xbox 360 Wireless N Networking Adapter is your connection to the fun of Xbox LIVE. Quickly download or stream HD movies, TV episodes, game demos, game add-ons, and more. The dual band adapter offers fast speed and great range* and contains an extension cable for off-board placement.

*Range up to 2x that of a/b/g networks

- Connect to Xbox LIVE wirelessly with ease.
- Highest Wireless N technology standard and dual band for maximum speed, coverage and reliability
- The best solution for streaming and downloading HD movies
- Works great with existing 802.11g and 802.11b wireless routers and access points



Support   Press   For Developers   Jobs   Feedback

United States   Mobile version   Privacy Statement   Xbox.com Terms of Use   Code of Conduct   About Our Ads

© 2011 Microsoft

314