# EXHIBIT 49

# UNITED STATES
# INTERNATIONAL TRADE COMMISSION

```
In the Matter of:                      )
                                       )
Certain Gaming and Entertainment       )  Investigation No.
                                       )
Consoles, Related Software             )  337-TA-752
                                       )
and Components Thereof                 )
                                       )
```

**OPEN SESSION**

Pages:   2096 through 2432 (with excerpts)

Place:   Washington, D.C.

Date:    January 19, 2012

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
(202) 628-4888
contracts@hrccourtreporters.com

MS-MOTO_1823_00005195921

1            Well, I see that our next witness is
2   really being called by both Motorola and
3   Microsoft.
4            Who will be calling the witness to the
5   stand?
6            MS. ROBBINS:  We will, Your Honor.
7            JUDGE SHAW:  Very well.
8            MS. ROBBINS:  As we mentioned
9   yesterday, or maybe it was the day before, the
10  parties have agreed that we will present him as
11  our witness and we will permit Motorola to do
12  some cross-examination outside the scope of
13  direct to the extent it relates to the witness
14  summary that they provided.  Those topics.
15           JUDGE SHAW:  Yes.  That's right.  Very
16  well.  Thank you.
17           MS. ROBBINS:  Right.  So Your Honor,
18  we would like to call Lee Rossini to the stand.
19           JUDGE SHAW:  Thank you.
20           Welcome to the commission.
21           THE WITNESS:  Thank you, Your Honor.
22           JUDGE SHAW:  Mr. Rossini, do you swear
23  or affirm that the testimony you'll provide in
24  this hearing will be the truth, the whole
25  truth, and nothing but the truth?

```
 1                THE WITNESS:  I do.
 2                JUDGE SHAW:  Thank you.
 3                      LEE ROSSINI,
 4   a witness, called for examination, having been duly
 5   sworn, was examined and testified as follows:
 6                   DIRECT EXAMINATION
 7   BY MS. ROBBINS:
 8        Q.   Good morning, Mr. Rossini.
 9             Could you please state your current
10   employer and job title.
11        A.   Yeah.  My current employer is
12   Microsoft.  My current job title is general
13   manager of marketing.
14        Q.   And is general manager a new title
15   since September 27th, 2011?
16        A.   It is.
17        Q.   Mr. Rossini, you have before you two
18   binders.  In one of them you will find RX-361C,
19   your direct witness statement.
20             Do you see that?
21        A.   I do.
22        Q.   And does that constitute your direct
23   witness testimony in this investigation?
24        A.   It does.
25        Q.   If you could please to turn Page 10,
```

```
 1   "active gamers," there's no specific number or
 2   percentage that could be attached to that, in
 3   your view?
 4        A.   None that I would feel comfortable
 5   providing to this room or this Court.
 6        Q.   Now, you mentioned a wireless network
 7   adapter, and do you recall testifying that the
 8   attach rate for the wireless adapter was on the
 9   order of 8 percent?
10        A.   I do.
11        Q.   In other words, about 8 percent of
12   XBox owners purchase that wireless adapter?
13        A.   At that moment in time.
14        Q.   Okay. And in fact, that was my next
15   question.
16             At what moment in time -- that is,
17   over what period of time -- was the 8 percent
18   figure determined?
19        A.   My recollection -- and I'd have to go
20   back and look at the math that was done, but my
21   recollection was it was when I was asked that
22   question, I did a pull of consoles sold up
23   to -- you know, year-to-date, and wireless
24   network adapters year-to-date, so that was in
25   two- -- at some point in 2011 I was asked that
```

1  question.
2  And so I calculated it on -- on that
3  2011 cross-section of data.
4  Q. And didn't the XBox 360 S with
5  integrated wireless networking come out in at
6  least mid-2010?
7  A. It did.
8  Q. So your calculation of this attach
9  rate included a period of time when the
10 WiFi feature already was integrated into
11 the console, correct?
12 A. That's correct.
13 Q. And as a result, isn't it likely that
14 relatively few people who had purchased the
15 newer XBox with the integrated networking
16 would, in fact, want an adapter that provided
17 wireless networking?
18 After all, they already had it in
19 their console.
20 A. That's reasonable.
21 (Whereupon, the trial
22 proceeded in confidential session.)
23
24
25

```
 1                OPEN SESSION
 2           JUDGE SHAW:  Ms. Robbins.  And are we
 3   continuing on the confidential record?
 4           MS. ROBBINS:  We don't need to.
 5           Your Honor, we have no redirect.
 6           JUDGE SHAW:  Oh.
 7           MS. ROBBINS:  We have no further
 8   questions for Mr. Rossini.
 9           JUDGE SHAW:  All right.  Okay.  That
10   response was on the public record.
11           Well, before Mr. Rossini leaves the
12   stand, are there any matters we need to take up
13   concerning this witness from any side?
14           MR. ROSENMAN:  Simply that we would
15   like to put into evidence the exhibits that
16   were used during the cross-examination.  We'll
17   get a list to you.
18           JUDGE SHAW:  Is there any objection to
19   that, Ms. Robbins?
20           MS. ROBBINS:  No, there is not.
21           And similarly, we would like to please
22   put in his direct witness statement, his
23   rebuttal witness statement, and there was one
24   exhibit that was referenced therein, but we can
25   provide the list tomorrow morning.
```

```
 1            JUDGE SHAW:  Any objection,
 2   Mr. Rosenman?
 3            MR. ROSENMAN:  No objections, Your
 4   Honor.
 5            JUDGE SHAW:  Very well.  Those
 6   exhibits are received.
 7            MS. ROBBINS:  Thank you.
 8            MR. ROSENMAN:  Thank you.
 9            JUDGE SHAW:  Mr. Rossini, thank you
10   very much for your testimony.
11            THE WITNESS:  Thank you.
12            Now, if I read my schedule correctly,
13   Motorola wishes to recall Dr. Madisetti.
14            MR. BATCHELDER:  That's correct, Your
15   Honor, as a rebuttal witness.
16            JUDGE SHAW:  Right.  Please be seated,
17   Doctor.  You are of course still under oath.
18            MR. BATCHELDER:  May I proceed, Your
19   Honor?
20            JUDGE SHAW:  Yes, Mr. Batchelder.
21            VIJAY MADISETTI,
22   a witness, called for examination, having been first
23   duly sworn, was examined and testified as follows:
24
25
```