THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>            Defendants. | CASE NO. C10-1823-JLR<br><br>**NOTICE OF INTENT TO REQUEST REDACTION** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>      Plaintiffs/Counterclaim Defendant,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant/Counterclaim Plaintiff. | |

NOTICE OF INTENT TO REQUEST REDACTION
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    Notice is hereby given that Motorola, Inc., Motorola Mobility, Inc., and General

2  Instrument Corporation intend to request additional redactions from the hearing transcript from the

3  telephone conference of February 13, 2012. In accordance with the May 1, 2008 Notice for

4  Members of the Bar, the Motion for Further Redactions will be electronically filed with the Court

5  and served upon the court reporter/transcriber within 20 days from Notice of Filing Official

6  Transcript with the clerk of the court.

7    DATED this 16th day of April, 2012.

8                                                                          SUMMIT LAW GROUP PLLC

10   By */s/ Ralph H. Palumbo*
        Ralph H. Palumbo, WSBA #04751
11      Philip S. McCune, WSBA #21081
        Lynn M. Engel, WSBA #21934
12      ralphp@summitlaw.com
        philm@summitlaw.com
13      lynne@summitlaw.com

14   By */s/ K. McNeill Taylor, Jr.*
15      K. McNeill Taylor, Jr.
        MOTOROLA MOBILITY, INC.
16      MD W4-150
        600 North U.S. Highway 45
17      Libertyville, IL  60048-1286
        Phone:  (858) 404-3580
18      Fax:  (847) 523-0727

19   And by

20      Steven Pepe (*pro hac vice*)
21      Jesse J. Jenner (*pro hac vice*)
        Stuart W. Yothers (*pro hac vice*)
22      ROPES & GRAY LLP
        1211 Avenue of the Americas
23      New York, NY  10036-8704
24      Phone:  (212) 596-9046
        steven.pepe@ropesgray.com
25      jesse.jenner@ropesgray.com
        stuart.yothers@ropesgray.com
26

NOTICE OF INTENT TO REQUEST REDACTION - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26

Norman H. Beamer (*pro hac vice*)  
Gabrielle E. Higgins (*pro hac vice*)  
Ropes & Gray LLP  
1900 University Avenue, 6th Floor  
East Palo Alto, CA  94303-2284  
Phone:  (650) 617-4030  
norman.beamer@ropesgray.com  
gabrielle.higgins@ropesgray.com  

Paul M. Schoenhard (*pro hac vice*)  
Kevin J. Post (*pro hac vice*)  
Ropes & Gray LLP  
One Metro Center  
700 12th Street NW, Suite 900  
Washington, DC  20005-3948  
Phone:  (202) 508-4693  
paul.schoenhard.@ropesgray.com  
kevin.post@ropesgray.com  

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

NOTICE OF INTENT TO REQUEST REDACTION - 2  
CASE NO. C10-1823-JLR  

SUMMIT LAW GROUP PLLC  
315 FIFTH AVENUE SOUTH, SUITE 1000  
SEATTLE, WASHINGTON 98104-2682  
Telephone:  (206) 676-7000  
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur W. Harrigan, Jr., Esq.<br>Christopher T. Wion, Esq.<br>Shane P. Cramer, Esq.<br>Danielson, Harrigan, Leyh & Tollefson LLP<br>arthurh@dhlt.com<br>chrisw@dhlt.com<br>shanec@dhlt.com<br><br>T. Andrew Culbert, Esq.<br>David E. Killough, Esq.<br>Microsoft Corp.<br>andycu@microsoft.com<br>davkill@microsoft.com | Brian R. Nester, Esq.<br>David T. Pritikin, Esq.<br>Douglas I. Lewis, Esq.<br>John W. McBride, Esq.<br>Richard A. Cederoth, Esq.<br>David Greenfield, Esq.<br>William H. Baumgartner, Jr., Esq.<br>David C. Giardina, Esq.<br>Carter G. Phillips, Esq.<br>Constantine L. Trela, Jr., Esq.<br>Ellen S. Robbins, Esq.<br>Nathaniel C. Love, Esq.<br>Sidley Austin LLP<br>bnester@sidley.com<br>dpritikin@sidley.com<br>dilewis@sidley.com<br>jwmcbride@sidley.com<br>rcederoth@sidley.com<br>david.greenfield@sidley.com<br>wbaumgartner@sidley.com<br>dgiardina@sidley.com<br>cphillips@sidley.com<br>ctrela@sidley.com<br>erobbins@sidley.com<br>nlove@sidley.com |

DATED this 16th day of April, 2012.

/s/ *Deanna L. Schow*
Deanna L. Schow

NOTICE OF INTENT TO REQUEST REDACTION - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001