THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | Case No. C10-1823-JLR <br><br> MICROSOFT CORPORATION'S REPLY IN SUPPORT OF ITS 3/30/12 MOTION TO SEAL <br><br> Noted: Friday, April 20, 2012 |
| MOTOROLA MOBILITY, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendants. | |

For the reasons set forth in Microsoft's Motion to File Documents Under Seal (ECF No. 234), and because Motorola does not oppose Microsoft's motion (*see* ECF No. 279), Microsoft respectfully requests that the Court grant its motion to seal.

MICROSOFT CORPORATION'S REPLY IN
SUPPORT OF ITS 3/30/12 MOTION TO SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 20TH day of April, 2012.

        DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/ Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

By   s/ T. Andrew Culbert
       T. Andrew Culbert
       David E. Killough
       MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA 98052
       Phone: 425-882-8080
       Fax: 425-869-1327

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
John W. McBride
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Brian R. Nester
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT CORPORATION'S REPLY IN
SUPPORT OF ITS 3/30/12 MOTION TO SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                                          s/ Linda Bledsoe
                                          LINDA BLEDSOE

MICROSOFT CORPORATION'S REPLY IN
SUPPORT OF ITS 3/30/12 MOTION TO SEAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717