THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REDACT TRANSCRIPT OF FEBRUARY 13, 2012 TELEPHONE CONFERENCE [PROPOSED]**<br><br>**NOTED ON MOTION CALENDAR:**<br>**May 4, 2012** |

ORDER GRANTING DEFENDANTS' MOTION TO REDACT TRANSCRIPT OF FEBRUARY 13, 2012 TELEPHONE CONFERENCE [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER having come before the Court on Defendants' Motion to Redact
2 Transcript of February 13, 2012 Telephone Conference, and the Court having reviewed the
3 pleadings and evidence presented and on file in this case, and being otherwise fully advised as to
4 the issues presented, the Court hereby.

5   ORDERS, ADJUDGES AND DECREES that the unredacted transcript of the telephone
6 conference of February 13, 2012 be sealed, and that the following portions of the transcript, which
7 Motorola has identified in the Motion and in Exhibit A to that Motion, be redacted:

    Page 18, Lines 2-4, from the beginning of Line 2 through just before "-- This was all brought" on Line 4;

    Page 18, Lines 5-7, from after "These are" on Line 5 through just before "We are not" on Line 7;

    Page 18, Lines 10-12, from after "RAND offer" on Line 10 through just before ", and that as a factual" on Line 12;

    Page 20, Lines 1-2, from after "They say, well," on Line 1 through just before ". Well, they do not" on Line 2;

    Page 22, Lines 7-8, from after "on the testimony" on Line 7 through just before "that one is entitled" on Line 8;

    Page 23, Lines 11-19, from after "your Honor," on Line 11 through the end of Line 19;

    Page 23, Line 22, from after "in negotiations." through just before "They";

    Page 24, Lines 1-2, from after "evidence will show" on Line 1 through just before "But the point" on Line 2;

    Page 25, Lines 12-13, from the beginning of Line 12 through the end of Line 13; and

    Page 26, Line 23, from after "a deposit of" through just before "in place."

ORDER GRANTING DEFENDANTS' MOTION TO REDACT
TRANSCRIPT OF FEBRUARY 13, 2012 TELEPHONE
CONFERENCE [PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   IT IS SO ORDERED.

2   DATED this _____ day of _____, 2012.

3

4                                           _____
                                            THE HONORABLE JAMES L. ROBART
5                                           UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' MOTION TO REDACT
TRANSCRIPT OF FEBRUARY 13, 2012 TELEPHONE
CONFERENCE [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 20th day of April, 2012.

/s/ *Deanna L. Schow*
Deanna L. Schow

ORDER GRANTING DEFENDANTS' MOTION TO REDACT TRANSCRIPT OF FEBRUARY 13, 2012 TELEPHONE CONFERENCE [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001