HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                      Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., et al.,<br><br>                      Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 4/20/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, May 4, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                      Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>                      Defendant. | |

THIS MATTER comes before the Court on Microsoft's 4/20/12 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 4/20/12 Motion to Seal is GRANTED. The following shall be maintained under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 4/20/12 MOTION SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1)     Exhibits 1, 2 and 6 to the Declaration of Christopher Wion in Support of Microsoft's Motion for Summary Judgment of Breach of Contract (the "4/20/12 Wion Declaration"); and

(2)     Limited portions of Microsoft's Reply in Support of Motion for Summary Judgment of Breach of Contract.

DONE IN OPEN COURT this __ day of May, 2011.

                                HONORABLE JAMES L. ROBART

Presented by:
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    s/Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

       T. Andrew Culbert, WSBA #35925
       David E. Killough, WSBA #40185
       MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA 98052
       Phone: 425-882-8080
       Fax: 425-869-1327

       David T. Pritikin, *Pro Hac Vice*
       Richard A. Cederoth, *Pro Hac Vice*
       Constantine L. Trela, Jr., *Pro Hac Vice*
       Douglas I. Lewis, *Pro Hac Vice*
       John W. McBride, *Pro Hac Vice*
       SIDLEY AUSTIN LLP
       One South Dearborn
       Chicago, IL 60603
       Phone: 312-853-7000
       Fax: 312-853-7036

       Carter G. Phillips, *Pro Hac Vice*
       SIDLEY AUSTIN LLP
       1501 K Street, N.W.
       Washington, D.C. 20005
       Phone: 202-736-8000
       Fax: 202-736-8711

       Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 4/20/12 MOTION SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

          s/ Linda Bledsoe
          LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 4/20/12 MOTION SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717