THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br><hr>MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF BREACH OF CONTRACT<br><br>Noted: April 20, 2012<br>Hearing: May 7, 2012 9:00 am |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a license agreement between Motorola Mobility, Inc. and VTech Communications, Inc., dated December 1 and

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S REPLY IN
SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

1  December 6, 2011, produced by Motorola in this matter under Bates number
2  MOTM_WASH1823_0394368 – MOTM_WASH1823_0394401.
3      3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the
4  deposition of Timothy M. Kowalski taken on April 4, 2012 in this matter.
5      4.    Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No.
6  5,029,183, issued July 2, 1991, produced by Motorola in this matter under Bates number
7  MOTM_WASH1823_0412009 – MOTM_WASH1823_0412031.
8      5.    Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the file
9  history of the application leading to U.S. Patent No. 5,479,441, produced by Motorola in this
10 matter under Bates number MOTS_1823_0037876 – MOTS_1823_0037878.
11     6.    Attached hereto as Exhibit 5 is a true and correct copy of a press release dated
12 November 17, 2003 entitled "MPEG LA Announces Terms of Joint H.264/MPEG-4 AVC
13 Patent License," produced in this matter by MPEG LA, LLC under Bates number MPEG LA-
14 000296–MPEG LA-000298.
15     7.    Attached hereto as Exhibit 6 is a true and correct copy of an email exchange,
16 including a November 7, 2003 email from Motorola employee Paul Bawel, produced in this
17 matter by MPEG LA, LLC under Bates number MPEG-MOT_00000330-MPEG-
18 MOT_00000332.
19     I declare under penalty of perjury under the laws of the United States of America that
20 the foregoing is true and correct.
21     DATED this 20th day of April, 2012 in Seattle, Washington.

*/s/ Christopher Wion*
CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S REPLY IN
SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Motorola Mobility and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

                s/ Linda Bledsoe
                LINDA BLEDSOE

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S REPLY IN
SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT OF BREACH OF CONTRACT - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717