UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC, et al.,<br><br>Defendants. | CASE NO. C10-1823JLR<br><br>ORDER GRANTING MOTION TO SEAL |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

ORDER- 1

This matter comes before the court on Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation's (collectively, "Motorola") motion, filed March 30, 2012, to seal (1) Motorola's motion for partial summary judgment; (2) Exhibits 1-6, 10, 11, and 26 to the Declaration of Kevin J. Post; and (3) the Declaration of K. McNeill Taylor, Jr.[1] (Mot. (Dkt. # 227).) Plaintiff Microsoft Corporation ("Microsoft") did not file an opposition to Motorola's motion to seal. (*See* Dkt.) The court has reviewed Motorola's motion, and its reply (Dkt. # 264), and the relevant law. For the reasons set forth below, the court GRANTS Motorola's motion (Dkt. # 227).

Pursuant to Western District of Washington Local Rule CR 5(g)(2), the court may, for "good cause under [Federal] Rule [of Civil Procedure] 26(c)," seal a document attached to a nondispostive motion, or seal a document attached to a dispositive motion upon a "compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting the court's files from public review." Local Rules W.D. Wash. CR 5(g)(2). Similarly, the Ninth Circuit has held that "compelling reasons" must be shown to seal judicial records attached to a dispositive motion. *Kakakama v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

In its motion, Motorola seeks to seal (1) Motorola's motion for partial summary judgment (Dkt. # 231); (2) Exhibits 1-6, 10, 11, and 26 to the Declaration of Kevin J.

---

[1] This matter has a complex procedural history. Originally, the parties were involved in two separate actions, one in which Microsoft was the plaintiff, No. C10-1823JLR, and one in which Motorola was the Plaintiff, No. C11-0343JLR. On June 1, 2011, the court consolidated the two cases under Cause No. C10-1823JLR. (Dkt. # 66 at 12.) For purposes of this order, the court deems Motorola as the defendant.

Post (Dkt. # 233); and (3) the Declaration of K. McNeill Taylor, Jr. (Dkt. # 232).  Each of these documents relates to Motorola's motion for partial summary judgment, a dispositive motion; and therefore, Motorola must show a "compelling reason" to seal these documents.  Having examined each document, as well as Motorola's detailed motion to seal (Mot.), the court finds that each document contains information about Motorola's licenses, licensing history, internal business practices, and/or legal practices such that each document is sufficiently confidential to meet the "compelling reasons" standard.

Accordingly, the court GRANTS Motorola's motion to seal (Dkt. #227), and further DIRECTS the clerk to maintain the seal on Docket Numbers 231, 232, and 233.

Dated this 24th day of April, 2012.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge