UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA INC., et al.,<br><br>    Defendants. | CASE NO. 10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter comes before the court on Microsoft Corporation's ("Microsoft") motion (Dkt. ## 112 (sealed motion), 113 (redacted motion)) for leave to file a supplemental declaration of Christopher Wion in support of its motion for partial summary judgment (Dkt. # 77). On February 27, 2012, the court issued its order on Microsoft's motion for partial summary judgment.[1] (Order (Dkt. # 188).) Accordingly, the court STRIKES as moot Microsoft's motion (Dkt. ## 112, 113).

Filed and entered this 24th day of April, 2012.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

---

[1] The court's February 27, 2012 order on Microsoft's motion for partial summary judgment granted in part and denied in part the motion. (*See* Order.) Since then, the court has permitted additional summary judgment motions (*See* Dkt. # 194) on the issues raised by both parties in the briefing related to Microsoft's motion for summary judgment. This additional briefing has provided the parties ample opportunity to place all documentation before the court.

MINUTE ORDER - 2