THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>**NOTICE OF INTENT TO REQUEST REDACTION (4/11/2012 TRANSCRIPT OF TRO HEARING)** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

NOTICE OF INTENT TO REQUEST REDACTION (4/11/2012 TRANSCRIPT OF TRO HEARING)
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Notice is hereby given that Motorola, Inc., Motorola Mobility, Inc., and General
2  Instrument Corporation intend to request additional redactions from the transcript of the hearing
3  on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction held on **April
4  11, 2012** (ECF No. 276).  In accordance with W.D. Wash. Gen. Order 08-02 (May 1, 2008), the
5  Motion for Further Redactions will be electronically filed with the Court and served upon the
6  court reporter/transcriber within 20 days from Notice of Filing Official Transcript with the clerk of
7  the court.

8  DATED this 26th day of April, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   ralphp@summitlaw.com
   philm@summitlaw.com
   lynne@summitlaw.com

By */s/ K. McNeill Taylor, Jr.*
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   MD W4-150
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   Phone:  858-404-3580
   Fax:  847-523-0727

And by

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
steven.pepe@ropesgray.com
jesse.jenner@ropesgray.com
stuart.yothers@ropesgray.com

NOTICE OF INTENT TO REQUEST REDACTION (4/11/2012
TRANSCRIPT OF TRO HEARING) - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

NOTICE OF INTENT TO REQUEST REDACTION (4/11/2012 TRANSCRIPT OF TRO HEARING) - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur W. Harrigan, Jr., Esq. | Brian R. Nester, Esq. |
| Christopher T. Wion, Esq. | David T. Pritikin, Esq. |
| Shane P. Cramer, Esq. | Douglas I. Lewis, Esq. |
| Danielson, Harrigan, Leyh & Tollefson LLP | John W. McBride, Esq. |
| *arthurh@dhlt.com* | Richard A. Cederoth, Esq. |
| *chrisw@dhlt.com* | David Greenfield, Esq. |
| *shanec@dhlt.com* | William H. Baumgartner, Jr., Esq. |
| | David C. Giardina, Esq. |
| T. Andrew Culbert, Esq. | Carter G. Phillips, Esq. |
| David E. Killough, Esq. | Constantine L. Trela, Jr., Esq. |
| Microsoft Corp. | Ellen S. Robbins, Esq. |
| *andycu@microsoft.com* | Nathaniel C. Love, Esq. |
| *davkill@microsoft.com* | Sidley Austin LLP |
| | *bnester@sidley.com* |
| | *dpritikin@sidley.com* |
| | *dilewis@sidley.com* |
| | *jwmcbride@sidley.com* |
| | *rcederoth@sidley.com* |
| | *david.greenfield@sidley.com* |
| | *wbaumgartner@sidley.com* |
| | *dgiardina@sidley.com* |
| | *cphillips@sidley.com* |
| | *ctrela@sidley.com* |
| | *erobbins@sidley.com* |
| | *nlove@sidley.com* |

DATED this 26th day of April, 2012.

/s/ *Deanna Schow*
Deanna Schow

---

NOTICE OF INTENT TO REQUEST REDACTION (4/11/2012 TRANSCRIPT OF TRO HEARING) - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001