The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>      Defendants. | CASE NO. C10-1823-JLR<br><br>PRAECIPE |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br> Plaintiffs/Counterclaim Defendant,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant/Counterclaim Plaintiff. | |

PRAECIPE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4842-1767-9887.2

1  TO:     Clerk of the Court; and

2  TO:     All Counsel of Record.

3      PLEASE TAKE NOTICE that the non-highlighted copy of Exhibit FF (ECF #226-5) to the

4  Declaration of Philip S. McCune (Second) (ECF #226) in support of Motorola's Opening Claim

5  Construction Brief (ECF #225) filed on March 30, 2012 should be substituted with the highlighted

6  copy, submitted herewith.

7      DATED this 30th day of April, 2012.

                                      SUMMIT LAW GROUP PLLC

                                      By */s/ Ralph H. Palumbo*
                                          Ralph H. Palumbo, WSBA #04751
                                          Philip S. McCune, WSBA #21081
                                          Lynn M. Engel, WSBA #21934
                                          *ralphp@summitlaw.com*
                                          *philm@summitlaw.com*
                                          *lynne@summitlaw.com*

                                      By */s/ K. McNeill Taylor, Jr.*
                                          K. McNeill Taylor, Jr.
                                          MOTOROLA MOBILITY, INC.
                                          MD W4-150
                                          600 North U.S. Highway 45
                                          Libertyville, IL  60048-1286
                                          Phone:  858-404-3580
                                          Fax:  847-523-0727

                                      And by

                                          Steven Pepe (*pro hac vice*)
                                          Jesse J. Jenner (*pro hac vice*)
                                          Stuart W. Yothers (*pro hac vice*)
                                          Ropes & Gray LLP
                                          1211 Avenue of the Americas
                                          New York, NY  10036-8704
                                          (212) 596-9046
                                          *steven.pepe@ropesgray.com*
                                          *jesse.jenner@ropesgray.com*
                                          *stuart.yothers@ropesgray.com*

PRAECIPE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4842-1767-9887.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

PRAECIPE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4842-1767-9887.2

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 30th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

PRAECIPE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4842-1767-9887.2