The Honorable James L. Robart

1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,

Defendants.

MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,

Plaintiffs/Counterclaim Defendant,

v.

MICROSOFT CORPORATION,

Defendant/Counterclaim Plaintiff.

CASE NO. C10-1823-JLR

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL

**NOTED ON MOTION CALENDAR:**
**Friday, May 4, 2012**

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4811-3224-5519.1

I.     INTRODUCTION

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola") do not oppose Microsoft's 04/20/12 Motion to File Documents Under Seal (ECF No. 282) regarding the following documents Microsoft offered in support of Microsoft's March 30, 2012 Motion for Summary Judgment of Breach of Contract (ECF No. 237):

- Exhibits 1, 2 and 6 to the Declaration of Christopher Wion in Support of Microsoft's Motion for Summary Judgment of Breach of Contract ("4/20/12 Wion Declaration"); and

- Limited portions of Microsoft's Reply (ECF No. 283) in Support of Motion for Summary Judgment of Breach of Contract.

II.    DUE TO THE POTENTIAL FOR COMPETITIVE HARM, THE INFORMATION AND DOCUMENTS SHOULD BE KEPT UNDER SEAL

In accordance with the instructions in the Court's April 23, 2012 Order to Show Cause (ECF No. 292) ("In the future, should the situation arise that pursuant to the protective order one party must file documents marked confidential under seal, the motion itself or the responsive brief, must contain sufficient supporting evidence to meet the standard for sealing the relevant documents."), Motorola offers the following supporting evidence for these documents:

A.     Exhibit 1 to the 4/20/12 Wion Declaration.

Exhibit 1 to the 4/20/12 Wion Declaration is a copy of a license agreement between Motorola Mobility, Inc. and VTech Communications, Inc.  As Motorola explained in a previous unopposed Motion to Seal (ECF No. 181), which the Court granted on February 24, 2012 (ECF No. 187), the Motorola Mobility-VTech license agreement is a highly confidential agreement between Motorola Mobility, Inc. and VTech, a non-party to this litigation.  Although the agreement indicates that the parties may disclose its existence to third parties, Motorola and VTech have agreed that the terms only be disclosed in a pending litigation subject to a protective order using the highest available and appropriate confidentiality designation.  *See* § 9.3(b) of the Agreement.  Disclosure of the terms to third parties not covered by the protective order would

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4811-3224-5519.1

have the potential to lead to competitive harm.  Due to the presence of highly confidential

information throughout the license, Exhibit 1 to the 4/20/12 Wion Declaration should be sealed in

its entirety.

B.      Exhibit 2 to the 4/20/12 Wion Declaration.

Exhibit 2 to the 4/20/12 Wion Declaration consists of excerpts from the deposition of

Motorola employee Timothy M. Kowalski, taken on April 4, 2012, in this matter.  Motorola has

designated the deposition as Confidential under the terms of the Protective Order entered on

July 21, 2011 (ECF No. 72).  Mr. Kowalski is the lead intellectual property counsel at Motorola

Mobility, Inc., and is responsible for managing Motorola's technology licensing programs.

Throughout his testimony, Mr. Kowalski disclosed highly confidential information about

Motorola's licenses, licensing history, internal business practices, and confidential

communications between the legal departments of Motorola and certain non-parties to this

litigation.  Disclosure of this information to third parties and other party employees not covered by

the protective order would have the potential to lead to competitive harm.  Due to the presence of

this highly confidential information throughout the transcript, Exhibit 2 to the 4/20/12 Wion

Declaration should be sealed in its entirety.

C.      Exhibit 6 to the 4/20/12 Wion Declaration.

Exhibit 6 to the 4/20/12 Wion Declaration consists of confidential communications

between Motorola and a non-party regarding patent licensing.  This document was produced by

that non-party pursuant to a subpoena and has been designated by that non-party as Confidential

under the Protective Order.  Due to the confidential nature of these communications and the non-

party's confidentiality designation, Motorola does not oppose sealing this document in its entirety.

III.   CONCLUSION

Motorola does not oppose Microsoft's 04/20/12 Motion to File Documents Under Seal

(ECF No. 282).  Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's

designation of material as Confidential Business Information in accordance with the terms of the

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 2
CASE NO. C10-1823-JLR

4811-3224-5519.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1   Protective Order entered on July 21, 2011 (ECF No. 72).  Defendants expressly reserve the right to

2   do so as the circumstances warrant.

3          DATED this 2nd day of May, 2012.

4                                          SUMMIT LAW GROUP PLLC

5                                          By /s/ Ralph H. Palumbo
                                                 Ralph H. Palumbo, WSBA #04751
6                                                Philip S. McCune, WSBA #21081
                                                 Lynn M. Engel, WSBA #21934
7                                                ralphp@summitlaw.com
                                                 philm@summitlaw.com
8                                                lynne@summitlaw.com

9                                          By /s/ K. McNeill Taylor, Jr.
                                                 K. McNeill Taylor, Jr.
10                                               MOTOROLA MOBILITY, INC.
                                                 MD W4-150
11                                               600 North U.S. Highway 45
                                                 Libertyville, IL  60048-1286
12                                               Phone:  858-404-3580
                                                 Fax:  847-523-0727
13

14                                         And by

15                                               Steven Pepe (pro hac vice)
                                                 Jesse J. Jenner (pro hac vice)
16                                               Stuart W. Yothers (pro hac vice)
                                                 Ropes & Gray LLP
17                                               1211 Avenue of the Americas
                                                 New York, NY  10036-8704
18                                               (212) 596-9046
                                                 steven.pepe@ropesgray.com
19                                               jesse.jenner@ropesgray.com
                                                 stuart.yothers@ropesgray.com
20
                                                 Norman H. Beamer (pro hac vice)
21                                               Gabrielle E. Higgins (pro hac vice)
                                                 Ropes & Gray LLP
22                                               1900 University Avenue, 6th Floor
                                                 East Palo Alto, CA  94303-2284
23                                               (650) 617-4030
                                                 norman.beamer@ropesgray.com
24                                               gabrielle.higgins@ropesgray.com

25

26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

4811-3224-5519.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 4
CASE NO. C10-1823-JLR

4811-3224-5519.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*rcederoth@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 2nd day of May, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
4/20/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4811-3224-5519.1