The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION[1] |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

---

[1] The District Court's Order granted a temporary restraining order of unlimited duration after full briefing and oral argument. In such a situation, the Order is properly treated as a preliminary injunction, from which an appeal may be taken. *Serv. Empl. Int'l Union v. Nat'l Union of Healthcare Workers*, 598 F.3d 1061, 1067 (9th Cir. 2010).

MOTOROLA DEFENDANTS' NOTICE OF APPEAL OF
PRELIMINARY INJUNCTION0F
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4851-2810-7535.1

1   NOTICE IS HEREBY GIVEN that Motorola, Inc., Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola"), Defendants in the above-captioned case, appeal to the United States Court of Appeals for the Ninth Circuit from the order of the District Court entered on April 12, 2012 (Docket No. 261) and all other orders or rulings merged or incorporated therein, including as reflected in the April 11, 2012 transcript (Docket No. 277).

DATED this 2nd day of May, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   MD W4-150
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   Phone:  858-404-3580
   Fax:  847-523-0727

And by

   Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
   Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *steven.pepe@ropesgray.com*
   *jesse.jenner@ropesgray.com*
   *stuart.yothers@ropesgray.com*

MOTOROLA DEFENDANTS' NOTICE OF APPEAL OF
PRELIMINARY INJUNCTION0F - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4851-2810-7535.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

MOTOROLA DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION0F - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4851-2810-7535.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 2nd day of May, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

MOTOROLA DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION0F - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4851-2810-7535.1