THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. C10-1823-JLR |
| Plaintiff, | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REDACT TRANSCRIPT OF FEBRUARY 13, 2012 TELEPHONE CONFERENCE** |
| v. | |
| MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, | **Noted on Motion Calendar: Friday, May 4, 2012** |
| Defendants. | |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, | |
| Plaintiffs/Counterclaim Defendant, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant/Counterclaim Plaintiff. | |

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    As demonstrated in its Motion to Redact Transcript of February 13, 2012 Telephone

2 Conference (ECF No. 281), Motorola's proposed redactions are appropriate under the terms of the

3 stipulated Protective Order (ECF No. 72) because the redacted materials reveal detailed

4 information regarding (1) confidential communications between Motorola and Microsoft, and (2)

5 confidential financial information, including licensing agreements and confidential negotiations

6 between Motorola and certain third parties.   Microsoft did not oppose Motorola's motion to

7 redact.   Motorola, therefore, respectfully requests that the Court grant its motion and redact the

8 transcript from the February 13, 2012 telephone conference as set forth in Motorola's proposed

9 order.

10    DATED this 4th day of May, 2012.

11                                                            SUMMIT LAW GROUP PLLC

12                                                            By */s/ Ralph H. Palumbo*
13                                                                Ralph H. Palumbo, WSBA #04751
                                                                 Philip S. McCune, WSBA #21081
14                                                               Lynn M. Engel, WSBA #21934
                                                                 ralphp@summitlaw.com
15                                                               philm@summitlaw.com
                                                                 lynne@summitlaw.com
16
                                                             By */s/ K. McNeill Taylor, Jr.*
17                                                               K. McNeill Taylor, Jr.
                                                                 MOTOROLA MOBILITY, INC.
18                                                               MD W4-150
                                                                 600 North U.S. Highway 45
19                                                               Libertyville, IL  60048-1286
                                                                 Phone:  858-404-3580
20                                                               Fax:  847-523-0727

21

22

23

24

25

26

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
REDACT TRANSCRIPT OF FEBRUARY 13, 2012
TELEPHONE CONFERENCE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1      And by

2      Steven Pepe (*pro hac vice*)
       Jesse J. Jenner (*pro hac vice*)
3      Stuart W. Yothers (*pro hac vice*)
       Ropes & Gray LLP
4      1211 Avenue of the Americas
       New York, NY  10036-8704
5      (212) 596-9046
       steven.pepe@ropesgray.com
6      jesse.jenner@ropesgray.com
       stuart.yothers@ropesgray.com
7

8      Norman H. Beamer (*pro hac vice*)
       Gabrielle E. Higgins (*pro hac vice*)
9      Ropes & Gray LLP
       1900 University Avenue, 6th Floor
10     East Palo Alto, CA  94303-2284
       (650) 617-4030
11     norman.beamer@ropesgray.com
       gabrielle.higgins@ropesgray.com
12

13     Paul M. Schoenhard (*pro hac vice*)
       Kevin J. Post (*pro hac vice*)
14     Ropes & Gray LLP
       One Metro Center
15     700 12th Street NW, Suite 900
       Washington, DC  20005-3948
16     (202) 508-4693
       paul.schoenhard.@ropesgray.com
17     kevin.post@ropesgray.com

18     ***Attorneys for Motorola Solutions, Inc.,***
19     ***Motorola Mobility, Inc., and General***
       ***Instrument Corporation***

20

21

22

23

24

25

26

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
REDACT TRANSCRIPT OF FEBRUARY 13, 2012
TELEPHONE CONFERENCE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur W. Harrigan, Jr., Esq. | Brian R. Nester, Esq. |
| Christopher T. Wion, Esq. | David T. Pritikin, Esq. |
| Shane P. Cramer, Esq. | Douglas I. Lewis, Esq. |
| Danielson, Harrigan, Leyh & Tollefson LLP | John W. McBride, Esq. |
| arthurh@dhlt.com | Richard A. Cederoth, Esq. |
| chrisw@dhlt.com | David Greenfield, Esq. |
| shanec@dhlt.com | William H. Baumgartner, Jr., Esq. |
| | David C. Giardina, Esq. |
| T. Andrew Culbert, Esq. | Carter G. Phillips, Esq. |
| David E. Killough, Esq. | Constantine L. Trela, Jr., Esq. |
| Microsoft Corp. | Ellen S. Robbins, Esq. |
| andycu@microsoft.com | Nathaniel C. Love, Esq. |
| davkill@microsoft.com | Sidley Austin LLP |
| | bnester@sidley.com |
| | dpritikin@sidley.com |
| | dilewis@sidley.com |
| | jwmcbride@sidley.com |
| | rcederoth@sidley.com |
| | david.greenfield@sidley.com |
| | wbaumgartner@sidley.com |
| | dgiardina@sidley.com |
| | cphillips@sidley.com |
| | ctrela@sidley.com |
| | erobbins@sidley.com |
| | nlove@sidley.com |

DATED this 4th day of May, 2012.

/s/ *Deanna L. Schow*
Deanna L. Schow

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
REDACT TRANSCRIPT OF FEBRUARY 13, 2012
TELEPHONE CONFERENCE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001