HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>MOTOROLA INC., et al.,<br><br>Defendant. | No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING JOINT MOTION TO FILE ITC INITIAL DETERMINATION UNDER SEAL<br><br>**Noted: Friday, May 4, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

(PROPOSED) ORDER GRANTING JOINT MOTION TO FILE ITC INITIAL DETERMINATION UNDER SEAL

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

This matter came before the Court on the parties' Joint Motion to File ITC Initial Determination Under Seal (the "Motion").

The Court has considered the parties' Motion, and therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that the parties' Joint Motion to File ITC Initial Determination Under Seal is GRANTED.

DONE IN OPEN COURT this ___ day of May, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

By   s/ T. Andrew Culbert
    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA  98052
    Phone:  425-882-8080
    Fax:  425-869-1327

(PROPOSED) ORDER GRANTING JOINT MOTION TO FILE ITC INITIAL DETERMINATION UNDER SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1  David T. Pritikin, *Pro Hac Vice*
   Richard A. Cederoth, *Pro Hac Vice*
2  Constantine L. Trela, Jr., *Pro Hac Vice*
   Douglas I. Lewis, *Pro Hac Vice*
3  John W. McBride, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
4  One South Dearborn
   Chicago, IL  60603
5
6  Brian R. Nester, *Pro Hac Vice*
   Carter G. Phillips, *Pro Hac Vice*
7  SIDLEY AUSTIN LLP
   1501 K Street NW
8  Washington, DC  20005
   Telephone:  202-736-8000
9  Fax:  202-736-8711

10 Counsel for Microsoft Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING JOINT
MOTION TO FILE ITC INITIAL
DETERMINATION UNDER SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717