HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants. | No. C10-1823-JLR<br><br>**REDACTED**<br><br>JOINT NOTICE OF RULING IN RELATED CASE AND MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT<br><br>**Noted For: May 4, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | |

Microsoft Corporation ("Microsoft") and Motorola, Inc. (nka Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") hereby provide notice of rulings in two related disputes between certain of the parties. Specifically, attached hereto as <u>Exhibit 1</u> is a copy of the Initial Determination issued by Administrative Law Judge David P. Shaw on April 23, 2012 (the "Initial Determination") in *In the Matter of*

JOINT NOTICE OF RULING
IN RELATED CASE AND MOTION TO
SUPPLEMENT THE RECORD - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

*Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof,* ITC Investigation No. 337-TA-752 (the "ITC Action").[1]

In the ITC Action, Motorola Mobility, Inc. and General Instrument Corp. asserted that Microsoft's Xbox 360 game console and certain accessories infringe five of its patents (US 6,069,896; US 7,162,094; US 6,980,596; US 5,357,571; and US 5,319,712). On that basis, Motorola has sought an exclusion order barring import of such products into the United States.

Four of the patents at issue in the ITC Action are also the subject of Microsoft's affirmative claims in this action.[2] Those four patents are asserted by Motorola to be essential to implementation of either the ITU's H.264 video compression standard (US 7,162,094 and US 6,980,596) or the IEEE's 802.11 wireless communication standard (US 5,357,571 and US 5,319,712). The Parties believe the Initial Determination is relevant to the issues currently before the Court on summary judgment due to ALJ Shaw's analysis relating to overlapping standard-essential patents and Microsoft's RAND-related equitable defenses.

Microsoft believes that the most relevant passages from the Initial Determination can be found in the ALJ's analysis on pages 300-303.

Motorola believes that the most relevant passages can be found in the ALJ's conclusions of law on pages 330-31.

Attached hereto as <u>Exhibit 2</u> is a copy of the May 2, 2012 decision in *General Instrument Corp. v. Microsoft Deutschland GmbH*, Case No. 2 O 240/11, which was pending in Mannheim, Germany. This proceeding involved the assertion of two German patents assigned to General Instrument Corp. that were listed in Motorola's offer to Microsoft. The

---

[1] The Initial Determination is being filed under seal, pursuant to the Parties' Stipulated Motion to File ITC Initial Determination Under Seal.

[2] The fifth patent (US 6,069,896) is also the subject of Microsoft's claims in this action, but was asserted against non-essential functionality in the ITC Action

JOINT NOTICE OF RULING
IN RELATED CASE AND MOTION TO
SUPPLEMENT THE RECORD - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  German court's decision can be made public at the parties' discretion and is in the process of
2  being translated by both Motorola and Microsoft.
3      The portion of the German court's opinion that may have relevance to the proceedings
4  in this Court can be found at pages 36-49 of Exhibit 2, as translated in <u>Exhibit 3</u> (Motorola's
5  preliminary translation of pages 36-49) and <u>Exhibit 4</u> (Microsoft's preliminary translation of
6  the opinion[3]). The parties will file certified copies of their translations of the entire opinion as
7  soon as those translations are complete.
8      Accordingly, the parties jointly move to supplement the record on their pending
9  motions for summary judgment (Docket Nos. #141, #228 and #237), scheduled for hearing on
10 May 7, 2012.
11     DATED this 4th day of May, 2012.

| | |
|---|---|
| DANIELSON HARRIGAN LEYH & TOLLEFSON LLP | SUMMIT LAW GROUP PLLC |
| By  s/ Arthur W. Harrigan, Jr.<br>    Arthur W. Harrigan, Jr., WSBA #1751<br>    Christopher Wion, WSBA #33207<br>    Shane P. Cramer, WSBA #35099 | By  s/ Ralph Palumbo<br>    Ralph Palumbo, WSBA #4751<br>    Philip S. McCune, WSBA #21081<br>    Lynn M. Engel, WSBA #21934<br>    ralphp@summitlaw.com<br>    philm@summitlaw.com<br>    lynne@summitlaw.com |
| By  s/ T. Andrew Culbert<br>T. Andrew Culbert, WSBA #35925<br>David E. Killough, WSBA #21119<br>MICROSOFT CORPORATION<br>1 Microsoft Way<br>Redmond, WA  98052<br>Phone: 425-882-8080<br>Fax: 425-869-1327 | By  s/ K. McNeill Taylor, Jr.<br>    K. McNeill Taylor, Jr.<br>    Motorola Mobility Inc.<br>    MD-W4-150<br>    600 North U.S. Highway 45<br>    Libertyville, IL  60048-1286<br>    Phone: 858-404-3580<br>    Fax: 847-523-0727 |

---

[3] Exhibit 4 is a translation of the May 2, 2012 opinion issued by the German court in *General Instrument Corp. v. Microsoft Corp. and Microsoft Ireland Operations Limited*, Case No. 2 O 387/11, which has been consolidated with Case No. 2 O 240/11. The substance of the two German orders is materially the same with respect to any issues potentially relevant to this matter. The passage at pages 36-49 of Exhibit 2 corresponds to pages 20-33 of Exhibit 4.

JOINT NOTICE OF RULING
IN RELATED CASE AND MOTION TO
SUPPLEMENT THE RECORD - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

| | |
|---|---|
| 1 | John W. McBride, *(pro hac vice)* |
| | David T. Pritikin, *(pro hac vice)* |
| 2 | Richard A. Cederoth, *(pro hac vice)* |
| | Douglas I. Lewis, *(pro hac vice)* |
| 3 | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| 4 | Chicago, IL 60603 |
| | Phone: 312-853-7000 |
| 5 | Fax: 312-853-7036 |

John W. McBride, *(pro hac vice)*
David T. Pritikin, *(pro hac vice)*
Richard A. Cederoth, *(pro hac vice)*
Douglas I. Lewis, *(pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Brian R. Nester, *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

**Counsel for Microsoft Corp.**

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9046
*steven.pepe@ropesgray.com*
*jesse.jenner@ropesgray.com*

Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
(202) 508-4693
*Paul.schoenhard.@ropesgray.com*

**Counsel for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument, Corp.**

JOINT NOTICE OF RULING
IN RELATED CASE AND MOTION TO
SUPPLEMENT THE RECORD - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

# EXHIBIT 1 FILED UNDER SEAL