HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>MOTOROLA INC., et al.,<br><br>              Defendant. | No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING JOINT MOTION TO SUPPLEMENT THE RECORD<br><br>**Noted: Friday, May 4, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | |

(PROPOSED) ORDER GRANTING JOINT
MOTION TO SUPPLEMENT THE RECORD -

This matter came before the Court on the parties' Motion to Supplement the Record (the "Motion").

The Court has considered the parties' Joint Notice of Ruling in Related Case and Motion to Supplement the Record, and therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that the parties' Motion to Supplement the Record is GRANTED.

DONE IN OPEN COURT this ___ day of May, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By    s/ Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

By    s/ T. Andrew Culbert
       T. Andrew Culbert, WSBA #35925
       David E. Killough, WSBA #40185
       MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA  98052
       Phone:  425-882-8080
       Fax:  425-869-1327

(PROPOSED) ORDER GRANTING JOINT
MOTION TO SUPPLEMENT THE RECORD - 1

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Constantine L. Trela, Jr., *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603

Brian R. Nester, *Pro Hac Vice*
Carter G. Phillips, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING JOINT
MOTION TO SUPPLEMENT THE RECORD - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717