The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP.'S AMENDED NOTICE OF APPEAL OF PRELIMINARY INJUNCTION |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

MOTOROLA MOBILITY, INC. AND GENERAL
INSTRUMENT CORP.'S AMENDED NOTICE OF APPEAL OF
PRELIMINARY INJUNCTION
CASE NO. C10-1823-JLR

4831-8746-4719.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

NOTICE IS HEREBY GIVEN that Motorola Mobility, Inc., and General Instrument Corp., Plaintiffs and Counterclaim-Defendants in the above-captioned case, appeal to the United States Court of Appeals for the Ninth Circuit from the order of the District Court entered on May 14, 2012 (ECF No. 318), and all other orders or rulings merged or incorporated therein. The May 14 Order superseded the April 12 Order previously appealed from, ECF No. 261, as well as the April 11, 2012 transcript, ECF No. 277, explaining the April 12 Order. A copy of the May 14, 2012 Order is attached hereto as Exhibit A. A copy of the April 12, 2012 Order is attached hereto as Exhibit B. A copy of the transcript reflecting this Court's explanation of the April 12, 2012 Order is attached hereto as Exhibit C.

Plaintiffs and Counterclaim-Defendants/Appellants Motorola Mobility, Inc. and General Instrument Corp. further respectfully file this Amended Notice of Appeal in order to clarify that these two entities are the only Appellants prosecuting this appeal, because the appealed-from Order affects only their rights. Accordingly, pursuant to this Amended Notice of Appeal, Defendant Motorola Solutions, Inc. (formerly Motorola, Inc.) hereby withdraws from this appeal, which is limited solely to the preliminary injunction order under review, but expressly preserves its rights to appeal any and all other orders in this matter that do affect its rights. Plaintiffs and Counterclaim-Defendants/Appellants Motorola Mobility, Inc., and General Instrument Corp. respectfully state their view that the pending appeal should otherwise proceed undisturbed, according to the expedited schedule that the Court of Appeals has already set in order to account for the time sensitivity associated with reviewing the preliminary injunction under appeal. In any event, consistent with the operative time sensitivity, Motorola Mobility, Inc., and General Instrument Corp. intend to file their opening brief to the Court of Appeals as soon as practicable.

MOTOROLA MOBILITY, INC. AND GENERAL
INSTRUMENT CORP.'S AMENDED NOTICE OF APPEAL OF
PRELIMINARY INJUNCTION - 1
CASE NO. C10-1823-JLR

4831-8746-4719.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    DATED this 16th day of May, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    Phone:  858-404-3580
    Fax:  847-523-0727

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*
    *jesse.jenner@ropesgray.com*
    *stuart.yothers@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*

MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP.'S AMENDED NOTICE OF APPEAL OF PRELIMINARY INJUNCTION - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4831-8746-4719.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Paul M. Schoenhard (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

MOTOROLA MOBILITY, INC. AND GENERAL
INSTRUMENT CORP.'S AMENDED NOTICE OF APPEAL OF
PRELIMINARY INJUNCTION - 3
CASE NO. C10-1823-JLR

4831-8746-4719.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 16th day of May, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP.'S AMENDED NOTICE OF APPEAL OF PRELIMINARY INJUNCTION - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4831-8746-4719.1