The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>    Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REDACT TRANSCRIPT OF APRIL 11, 2012 HEARING<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, May 18, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs/Counterclaim Defendant,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff. | |

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
REDACT TRANSCRIPT OF APRIL 11, 2012 HEARING
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4813-8352-1295.1

1 As demonstrated in its Motion to Redact Transcript of April 11, 2012 Hearing (ECF No. 312), Motorola's proposed redactions are appropriate under the terms of the stipulated Protective Order (ECF No. 72) because the redacted materials reveal detailed information regarding (1) confidential communications between Motorola and Microsoft, and (2) confidential financial information, including confidential negotiations between Motorola and certain third parties. Microsoft did not oppose Motorola's motion to redact. Motorola, therefore, respectfully requests that the Court grant its motion and redact the transcript of the April 11, 2012 hearing on Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction as set forth in Motorola's proposed order.

DATED this 18th day of May, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    Phone: 858-404-3580
    Fax: 847-523-0727

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REDACT TRANSCRIPT OF APRIL 11, 2012 HEARING - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4813-8352-1295.1

1         And by

2         Steven Pepe (*pro hac vice*)
        Jesse J. Jenner (*pro hac vice*)
3         Stuart W. Yothers (*pro hac vice*)
        Ropes & Gray LLP
4         1211 Avenue of the Americas
        New York, NY  10036-8704
5         (212) 596-9046
        *steven.pepe@ropesgray.com*
6         *jesse.jenner@ropesgray.com*
        *stuart.yothers@ropesgray.com*

7

8         Norman H. Beamer (*pro hac vice*)
        Gabrielle E. Higgins (*pro hac vice*)
        Ropes & Gray LLP
9         1900 University Avenue, 6th Floor
        East Palo Alto, CA  94303-2284
10         (650) 617-4030
        *norman.beamer@ropesgray.com*
11         *gabrielle.higgins@ropesgray.com*

12         Paul M. Schoenhard (*pro hac vice*)
        Kevin J. Post (*pro hac vice*)
13         Ropes & Gray LLP
        One Metro Center
14         700 12th Street NW, Suite 900
        Washington, DC  20005-3948
15         (202) 508-4693
        *paul.schoenhard.@ropesgray.com*
16         *kevin.post@ropesgray.com*

17         ***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

18

19

20

21

22

23

24

25

26

---

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
REDACT TRANSCRIPT OF APRIL 11, 2012 HEARING - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4813-8352-1295.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 18th day of May, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REDACT TRANSCRIPT OF APRIL 11, 2012 HEARING - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4813-8352-1295.1