1
2
3
4
5
6
7

THE HONORABLE JAMES L. ROBART

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15

MICROSOFT CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC., et al.,

    Defendants.

16
17
18
19
20

MOTOROLA MOBILITY, INC., et al.,

    Plaintiffs,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. C10-1823-JLR

**DECLARATION OF CHRISTOPHER WILSON IN SUPPORT OF MICROSOFT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF ON ITS '780 AND '582 COUNTERCLAIM PATENTS**

<u>**"WILSON II DECL."**</u>

21
22
23
24
25
26

DECLARATION OF CHRISTOPHER WILSON
IN SUPPORT OF MICROSOFT'S RESPONSIVE
CLAIM CONSTRUCTION BRIEF ON ITS '780
AND '582 COUNTERCLAIM PATENTS - 1
Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

I, Christopher Wilson, declare the following:

1.   I am an attorney licensed to practice law in the state of California and am an Associate at the law firm of Sidley Austin LLP, counsel for Microsoft Corporation ("Microsoft") in the above-referenced matter. I make this Declaration in support of Microsoft's Responsive Claim Construction Brief on Its '780 and '582 Counterclaim Patents (the "Brief"). I have personal knowledge of the facts stated below or know of such facts from my review of the case file, and if called upon to testify, could and would testify to each of them.

2.   Attached to this declaration are 3 exhibits used to support statements made in the Brief. The following is a listing of these exhibits.

3.   Exhibit R[1] is Microsoft's infringement contentions chart for the '780 patent. This document was originally served on Motorola on September 2, 2011 as Exhibit A to Microsoft's Asserted Claims and Preliminary Infringement Contentions. This exhibit is a true and accurate representation of the document it purports to show.

4.   Exhibit S is Motorola's non-infringement contentions for the '780 patent. This document was originally served on Microsoft on December 2, 2011 as Tab A to Motorola's Preliminary Non-Infringement Contentions. The highlighting in the exhibit was added by Microsoft's counsel and is not part of the original document. Other than the highlighting, this exhibit is a true and accurate representation of the document it purports to show.

5.   Exhibit T is titled "A Dictionary of Modern Legal Usage, Second Edition," authored by Bryan Garner, and published in 2001. In particular, this exhibit includes page 307 of this document. The term "e.g." has been highlighted (by a red bordered box). The highlighting in the exhibit was added by Microsoft's counsel and is not part of the original

---

[1] The lettering sequence of the exhibits is continued from the previous Declaration of Christopher Wilson in Support of Microsoft's Opening Claim Construction Brief on Its '780 and '582 Counterclaim Patents (Mar. 30, 2012) [ECF No. 224]. The previous Declaration described Exhibits A through Q; accordingly, the current Declaration picks up this sequence at "R."

DECLARATION OF CHRISTOPHER WILSON
IN SUPPORT OF MICROSOFT'S RESPONSIVE
CLAIM CONSTRUCTION BRIEF ON ITS '780
AND '582 COUNTERCLAIM PATENTS - 2
Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  document. Other than the highlighting, this exhibit is a true and accurate representation of the
2  document it purports to show.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct. Executed on May 18, 2012.

                                                                   CHRISTOPHER WILSON

DECLARATION OF CHRISTOPHER WILSON
IN SUPPORT OF MICROSOFT'S RESPONSIVE
CLAIM CONSTRUCTION BRIEF ON ITS '780
AND '582 COUNTERCLAIM PATENTS - 3
Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## **EXHIBITS**

Ex. R: Microsoft's infringement contentions for the '780 patent (Sept. 2, 2011)

Ex. S: Motorola's non-infringement contentions for the '780 patent (Dec. 2, 2011)

Ex. T: Bryan Garner, *A Dictionary of Modern Legal Usage* (2d ed. 2001) (entry for "e.g.")

DECLARATION OF CHRISTOPHER WILSON
IN SUPPORT OF MICROSOFT'S RESPONSIVE
CLAIM CONSTRUCTION BRIEF ON ITS '780
AND '582 COUNTERCLAIM PATENTS - 4
Case No. C10-1823-JLR

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 18th day of May, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ Email |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ Email |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ Email |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

DECLARATION OF CHRISTOPHER
WILSON IN SUPPORT OF MICROSOFT'S
RESPONSIVE CLAIM CONSTRUCTION
BRIEF ON ITS '780 AND '582
COUNTERCLAIM PATENTS

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    Email |

DATED this 18th day of May, 2012.

_s/ Linda Bledsoe_____
LINDA BLEDSOE

**DECLARATION OF CHRISTOPHER WILSON IN SUPPORT OF MICROSOFT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF ON ITS '780 AND '582 COUNTERCLAIM PATENTS**