HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br>**SUPPLEMENT TO** JOINT NOTICE OF RULINGS IN RELATED CASES<br><br>**Noted For:  May 21, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | |

Microsoft Corporation ("Microsoft") and Motorola, Inc. (nka Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola") hereby supplement their May 4, 2012 Joint Notice of Ruling in Related Case and Motion to Supplement the Record on Summary Judgment (Dkt. No. 308) (the "Joint Notice").

SUPPLEMENT TO JOINT NOTICE OF
RULINGS IN RELATED CASES - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

In connection with the parties' May 4 Joint Notice, the parties submitted under seal a non-public version of the Initial Determination issued by Administrative Law Judge David P. Shaw on April 23, 2012 (the "Initial Determination") in *In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, ITC Investigation No. 337-TA-752 (the "ITC Action").  A copy of the public version of the Initial Determination, issued by Judge Shaw on May 11, 2012 is attached hereto as Exhibit A.

On May 4, the parties also each submitted partial non-certified translations of a May 2, 2012 order issued in a related action pending in Mannheim, Germany.  Attached hereto as Exhibit B is Motorola's certified translation of the May 2, 2012 opinion issued by the German court in *General Instrument Corp. v. Microsoft Deutschland GmbH*, Case No. 2 O 240/11.  Attached hereto as Exhibit C is Microsoft's certified translation of the May 2, 2012 opinion issued by the German court in *General Instrument Corp. v. Microsoft Corp. and Microsoft Ireland Operations Limited*, Case No. 2 O 387/11, which has been consolidated with Case No. 2 O 240/11.  The substance of the two German orders is materially the same with respect to any issues potentially relevant to this matter.

DATED this 21st day of May, 2012.

| DANIELSON HARRIGAN LEYH & TOLLEFSON LLP | SUMMIT LAW GROUP PLLC |
|---|---|
| By   s/ Arthur W. Harrigan, Jr.<br>         Arthur W. Harrigan, Jr., WSBA #1751<br>         Christopher Wion, WSBA #33207<br>         Shane P. Cramer, WSBA #35099 | By   s/ Ralph Palumbo<br>         Ralph Palumbo, WSBA #4751<br>         Philip S. McCune, WSBA #21081<br>         Lynn M. Engel, WSBA #21934<br>         ralphp@summitlaw.com<br>         philm@summitlaw.com<br>         lynne@summitlaw.com |

SUPPLEMENT TO JOINT NOTICE OF
RULINGS IN RELATED CASES - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

By T. Andrew Culbert_____
T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #21119
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

John W. McBride, *(pro hac vice)*
David T. Pritikin, *(pro hac vice)*
Richard A. Cederoth, *(pro hac vice)*
Douglas I. Lewis, *(pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Brian R. Nester, *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

**Counsel for Microsoft Corp.**

By  K. McNeill Taylor, Jr._____
K. McNeill Taylor, Jr.
Motorola Mobility Inc.
MD-W4-150
600 North U.S. Highway 45
Libertyville, IL  60048-1286
Phone:  858-404-3580
Fax:  847-523-0727

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*steven.pepe@ropesgray.com*
*jesse.jenner@ropesgray.com*

Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*Paul.schoenhard.@ropesgray.com*

**Counsel for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument, Corp.**

SUPPLEMENT TO JOINT NOTICE OF
RULINGS IN RELATED CASES - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717