LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON** LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

Christopher Wion

FACSIMILE: (206) 623-8717
E-MAIL: CHRISW@DHLT.COM

May 30, 2012

The Honorable James L. Robart
United States District Court
Western District of Washington
700 Stewart Street, Suite 14128
Seattle, WA 98101

RE:   *Microsoft Corporation v. Motorola, Inc., et al.* (Civil Case No. 10-cv-1823)

Dear Judge Robart:

On May 30, 2012, a document titled "Certificate – returning documents served/received for the above referenced company – service unsuccessful" was electronically filed by the clerk's office in the above-captioned matter (ECF No. 325). The filing consists of cover letters, copies of licenses between Microsoft and a third party, and copies of the protective order entered by the Court in this matter. The licenses contain Microsoft's and the third party's confidential business and licensing information. Microsoft had sent these documents to its licensee in order to provide notice of Microsoft's intent to produce the licenses to Motorola. Rather than simply returning the materials to us as undeliverable, it appears that the licensee's registered agent inadvertently sent these materials to the Court.

At our request, the documents have been sealed by the clerk's office. We request that these documents remain under seal because they contain Microsoft's confidential business and licensing information, because they were not filed in support of any motion pending before the Court, and because good cause exists to maintain them under seal.

We have conferred with Motorola's counsel and understand that Motorola does not object to this request. Should the Court feel it needs any additional information relating to this request, we would be happy to provide it.

Very truly yours,

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

Christopher Wion

CTW:lb