LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

CHRIS WION

FACSIMILE: (206) 623-8717
E-MAIL: CHRISW@DHLT.COM

June 1, 2012

**VIA ECF**

The Honorable James L. Robart
United States District Court
Western District of Washington
700 Stewart Street, Suite 14128
Seattle, WA 98101

    RE:   *Microsoft Corporation v. Motorola, Inc., et al.* (Civil Case No. 10-cv-1823)

Dear Judge Robart:

    Microsoft respectfully requests permission to supplement the record on its Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (Dkt. No. 141) by filing the attached brief, originally filed by Motorola on May 30, 2012 in litigation with Apple, Inc. pending in the Northern District of Illinois. Motorola's brief bears on the issues raised in Microsoft's Motion.

                                Very truly yours,

                                DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

                                Chris Wion

CW:lb
Enclosure
cc: All counsel (via ECF)