The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP. |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　Plaintiffs/Counterclaim Defendant,<br><br>　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　Defendant/Counterclaim Plaintiff. | |

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP.
CASE NO. C10-1823-JLR

4816-2227-9183.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Pursuant to Fed R. Civ. P. 7.1, Defendants / Counterclaim Plaintiffs Motorola Mobility, Inc. and General Instrument Corp., by and through their undersigned counsel, submit this supplemental corporate disclosure statement:

1. General Instrument Corp. is a Delaware corporation and is a wholly owned subsidiary of Motorola Mobility, Inc.

2. Motorola Mobility, Inc. is a Delaware corporation and is a wholly owned subsidiary of Motorola Mobility Holdings, Inc.  Motorola Mobility Holdings, Inc. is a Delaware corporation.

3. Effective May 22, 2012, Motorola Mobility Holdings, Inc. became a wholly-owned subsidiary of Google Inc.  Google Inc. is a Delaware corporation which trades on NASDAQ under the ticker symbol GOOG.

DATED this 4th day of June, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    Phone:  858-404-3580
    Fax:  847-523-0727

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP. - 1
CASE NO. C10-1823-JLR

4816-2227-9183.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    And by

2    Steven Pepe (*pro hac vice*)
     Jesse J. Jenner (*pro hac vice*)
3    Stuart W. Yothers (*pro hac vice*)
     Ropes & Gray LLP
4    1211 Avenue of the Americas
     New York, NY  10036-8704
5    (212) 596-9000
     *steven.pepe@ropesgray.com*
6    *jesse.jenner@ropesgray.com*
     *stuart.yothers@ropesgray.com*
7
     Norman H. Beamer (*pro hac vice*)
8    Gabrielle E. Higgins (*pro hac vice*)
     Ropes & Gray LLP
9    1900 University Avenue, 6th Floor
     East Palo Alto, CA  94303-2284
10   (650) 617-4000
     *norman.beamer@ropesgray.com*
11   *gabrielle.higgins@ropesgray.com*

12   Paul M. Schoenhard (*pro hac vice*)
     Kevin J. Post (*pro hac vice*)
13   Ropes & Gray LLP
     One Metro Center
14   700 12th Street NW, Suite 900
     Washington, DC  20005-3948
15   (202) 508-4600
     *paul.schoenhard.@ropesgray.com*
16   *kevin.post@ropesgray.com*

17   ***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***
18
19
20
21
22
23
24
25
26

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP. - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4816-2227-9183.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 4th day of June, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORP. - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4816-2227-9183.1