HONORABLE JAMES L. ROBART

FILED ____ ENTERED
LODGED ____ RECEIVED

JUN - 6 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | No. C10-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MICROSOFT'S 4/20/12 MOTION TO SEAL<br><br>NOTED FOR:<br>Friday, May 4, 2012 |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | 10-CV-01823-PET |

THIS MATTER comes before the Court on Microsoft's 4/20/12 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 4/20/12 Motion to Seal is GRANTED. The following shall be maintained under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 4/20/12 MOTION SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

(1) Exhibits 1, 2 and 6 to the Declaration of Christopher Wion in Support of Microsoft's Motion for Summary Judgment of Breach of Contract (the "4/20/12 Wion Declaration"); and

(2) Limited portions of Microsoft's Reply in Support of Motion for Summary Judgment of Breach of Contract.

DONE IN OPEN COURT this 6th day of June, 2011.

_____
HONORABLE JAMES L. ROBART

Presented by:
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By  s/Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080
    Fax: 425-869-1327

    David T. Pritikin, *Pro Hac Vice*
    Richard A. Cederoth, *Pro Hac Vice*
    Constantine L. Trela, Jr., *Pro Hac Vice*
    Douglas I. Lewis, *Pro Hac Vice*
    John W. McBride, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Phone: 312-853-7000
    Fax: 312-853-7036

    Carter G. Phillips, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Phone: 202-736-8000
    Fax: 202-736-8711

    Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 4/20/12 MOTION SEAL - 2

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

Ralph Palumbo
Philip S. McCune
Lynn M. Engle
Summit Law Group

Steven Pepe
Jesse J. Jenner
Norman Beamer
Paul M. Schoenhard
Ropes & Gray

_____s/ Linda Bledsoe_____
LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 4/20/12 MOTION SEAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717