FILED ___ ENTERED
LODGED ___ RECEIVED

JUN - 6 2012
CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,

    Defendants.

CASE NO. C10-1823-JLR

ORDER GRANTING MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
[~~PROPOSED~~]

**NOTED ON MOTION CALENDAR:**
May 4, 2012

10-CV-01823-PRAE

ORDER GRANTING MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Motorola's Motion to File Documents
2  Under Seal in Support of Motorola's Reply in Support of Its Motion For Partial Summary
3  Judgment and the Court having reviewed the pleadings and evidence presented and on file in this
4  case, and being otherwise fully advised as to the issues presented, the Court hereby.

5  ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
6  seal:

7     1.   Motorola's Reply In Support Of Its Motion For Partial Summary Judgment; and
8     2.   Exhibits 55 and 60 to the Third Declaration of Kevin J. Post.

9  IT IS SO ORDERED.

10 DATED this 6th day of June, 2012.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

SUMMIT LAW GROUP PLLC

By /s/ Ralph H. Palumbo
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   philm@summitlaw.com
   lynne@summitlaw.com
   ralphp@summitlaw.com

By /s/ K. McNeill Taylor, Jr.
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   MD W4-150
   600 North U.S. Highway 45
   Libertyville, IL 60048-1286
   Phone: 858-404-3580
   Fax: 847-523-0727

[PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  And by

2  Steven Pepe (*pro hac vice*)
   Jesse J. Jenner (*pro hac vice*)
3  Stuart W. Yothers (*pro hac vice*)
   Ropes & Gray LLP
4  1211 Avenue of the Americas
   New York, NY 10036-8704
5  (212) 596-9046
   steven.pepe@ropesgray.com
6  jesse.jenner@ropesgray.com
   stuart.yothers@ropesgray.com
7
   Norman H. Beamer (*pro hac vice*)
8  Gabrielle E. Higgins (*pro hac vice*)
   Ropes & Gray LLP
9  1900 University Avenue, 6th Floor
   East Palo Alto, CA 94303-2284
10 (650) 617-4030
   norman.beamer@ropesgray.com
11 gabrielle.higgins@ropesgray.com

12 Paul M. Schoenhard (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
13 Ropes & Gray LLP
   One Metro Center
14 700 12th Street NW, Suite 900
   Washington, DC 20005-3948
15 (202) 508-4693
   paul.schoenhard.@ropesgray.com
16 kevin.post@ropesgray.com

17 ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation***
18
19
20
21
22
23
24
25
26

[PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 20th day of April, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

[PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001