FILED ___ ENTERED
LODGED ___ RECEIVED

JUN - 6 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

HONORABLE JAMES L. ROBART

10-CV-01823-RCPT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>MOTOROLA INC., et al.,<br><br>          Defendant. | No. C10-1823-JLR<br><br>(~~PROPOSED~~) ORDER GRANTING JOINT MOTION TO FILE ITC INITIAL DETERMINATION UNDER SEAL<br><br>**Noted: Friday, May 4, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant. | |

(PROPOSED) ORDER GRANTING JOINT
MOTION TO FILE ITC INITIAL
DETERMINATION UNDER SEAL

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1

2          This matter came before the Court on the parties' Joint Motion to File ITC Initial

3  Determination Under Seal (the "Motion").

4          The Court has considered the parties' Motion, and therefore deems itself fully advised.

5  Now, therefore,

6          IT IS ORDERED that the parties' Joint Motion to File ITC Initial Determination Under

7  Seal is GRANTED.

      DONE IN OPEN COURT this 6ᵗʰ day of ~~May~~ June, 2012.

 

                                    _____

                              HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By _____ s/ Arthur W. Harrigan, Jr. _____
        Arthur W. Harrigan, Jr., WSBA #1751
        Christopher Wion, WSBA #33207
        Shane P. Cramer, WSBA #35099

By_____ s/ T. Andrew Culbert _____
        T. Andrew Culbert, WSBA #35925
        David E. Killough, WSBA #40185
        MICROSOFT CORPORATION
        1 Microsoft Way
        Redmond, WA  98052
        Phone:  425-882-8080
        Fax:  425-869-1327

(PROPOSED) ORDER GRANTING JOINT
MOTION TO FILE ITC INITIAL
DETERMINATION UNDER SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1  David T. Pritikin, *Pro Hac Vice*
   Richard A. Cederoth, *Pro Hac Vice*
2  Constantine L. Trela, Jr., *Pro Hac Vice*
   Douglas I. Lewis, *Pro Hac Vice*
3  John W. McBride, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
4  One South Dearborn
   Chicago, IL  60603
5

6  Brian R. Nester, *Pro Hac Vice*
   Carter G. Phillips, *Pro Hac Vice*
7  SIDLEY AUSTIN LLP
   1501 K Street NW
8  Washington, DC  20005
   Telephone:  202-736-8000
9  Fax:  202-736-8711

10 Counsel for Microsoft Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING JOINT
MOTION TO FILE ITC INITIAL
DETERMINATION UNDER SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717