HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9
MICROSOFT CORPORATION,

10
                        Plaintiff,

11
     v.

12
MOTOROLA, INC., et al.,

13
                     Defendants.

14
MOTOROLA MOBILITY, INC., et al.,

15
                    Plaintiffs,

16
     v.

17
MICROSOFT CORPORATION,

18
                   Defendant.

No. C10-1823-JLR

MICROSOFT'S 6/15/12 MOTION TO
FILE DOCUMENTS UNDER SEAL

**NOTED FOR:**
**Friday, June 29, 2012**

19

20

## I.  RELIEF REQUESTED

21
       Pursuant to Local Civil Rule 5(g) and paragraphs 2(a) and 8 of the protective order

22
entered in this case, Microsoft is required to file this motion for leave to file under seal Exhibit

23
1 to Chris Wion's June 15, 2012 letter to the Court requesting leave to supplement the record

24
on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for

25
Injunctive Relief (ECF No. 141).

       The document at issue discloses information that has been designated by third party

MPEG LA, LLC as confidential business information under the terms of the operative

MICROSOFT'S 6/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

No. C10-1823

1   protective order issued in this case.  For this reason, and as more fully described below,

2   Microsoft is required to file this motion.

3   ## II. FACTS & AUTHORITY

4   **A.**   **The Operative Protective Order Requires Microsoft to File Third Party**

5   **Confidential Information under Seal.**

6           Pursuant to the Protective Order issued by the Court on July 21, 2011, Microsoft is

7   required to file under seal materials designated by third parties as Confidential Business

8   Information[1], with such documents to remain under seal upon Court approval.  Paragraphs 2(a)

9   and 8 of the Protective Order govern the filing of documents under seal.  Paragraph 2(a)

10  provides:

11          Any information submitted in pre-trial discovery or in a pleading, motion, or
            response to a motion in this action, either voluntarily or pursuant to order, and
12          which is asserted by a supplier to contain or constitute Confidential Business
            Information shall be so designated by such supplier in writing…and shall be
13          segregated from other information being submitted.  Documents shall be clearly
            and prominently marked on their face with the legend: "[SUPPLIER'S NAME]
14          CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO
            PROTECTIVE ORDER" or a comparable notice.  During the pre-trial phase of
15          this action, such information, whether submitted in writing or in oral testimony,
            shall be disclosed only *in camera* before the Court and shall be filed only under
16          seal, pursuant to Rule 5(g) of the Local Civil Rules of the United States District
            Court for the Western District of Washington.
17

18  Paragraph 8 likewise provides that:

19          Any Confidential Business Information submitted to the Court in connection
            with a motion or other proceeding within the purview of this action shall be
20          submitted under seal pursuant to paragraph 2 above.

21  *Id.*, at ¶ 8.

22

23

_____

24  [1] "Confidential Business Information" is defined in the parties' Protective Order as "information which has not
been made public and which concerns or relates to the trade secrets, processes, operations, style of work, or
apparatus, or to the production, sales, shipments, purchases, transfers, identification of customers, inventories,
25  amounts or source of any income, profits, losses, or expenditures."  Protective Order Regarding the Disclosure
and Use of Discovery Materials (ECF No. 72), ¶1.

MICROSOFT'S 6/15/12 MOTION TO FILE          No. C10-1823
DOCUMENTS UNDER SEAL - 2

**B.**   **Exhibit 1 to Chris Wion's June 15, 2012 Letter Discloses Information Designated as Confidential Business Information.**

Exhibit 1 to Chris Wion's June 15, 2012 letter to the Court consists of a letter sent by counsel for Microsoft to counsel for Google, Inc. on June 15, 2012 (the "Cramer Letter").  The Cramer Letter attaches as Exhibit A a document titled "AVC Patent Portfolio License."  The AVC Patent Portfolio License is a license agreement between third-party MPEG LA and Motorola's parent company, Google, which MPEG LA has designated as containing confidential information under the terms of the Protective Order entered in this action. Because the Cramer Letter describes and refers to the terms of Google's AVC Patent Portfolio License, Microsoft is required to file both the Cramer Letter and Exhibit A thereto under seal.

## III.   CONCLUSION

Microsoft has filed the above-referenced document under seal based on MPEG LA's determination that it qualifies for protection under the terms of the Protective Order and the applicable Court rules.  A [Proposed] Order Granting Microsoft's 6/15/2012 Motion to File Documents Under Seal has been submitted herewith.

DATED this 15th day of June, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By ____ s/ Arthur W. Harrigan _____
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099


     ____ s/ T. Andrew Culbert _____
     T. Andrew Culbert
     David T. Pritikin
     Richard A. Cederoth
     Constantine L. Trela, Jr.
     William H. Baumgartner, Jr.
     Ellen S. Robbins
     Douglas I. Lewis
     David C. Giardina
     John W. McBride
     David Greenfield

MICROSOFT'S 6/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

No. C10-1823

1

2

3
           SIDLEY AUSTIN LLP
           One South Dearborn
           Chicago, IL  60603
           Phone:  312-853-7000
           Fax:  312-853-7036

4

5
           Carter G. Phillips
           Brian R. Nester

6

7
           SIDLEY AUSTIN LLP
           1501 K Street NW
           Washington, DC  20005
           Telephone:  202-736-8000
           Fax:  202-736-8711

8

9
           Counsel for Microsoft Corp.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S 6/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

No. C10-1823

**CERTIFICATE OF SERVICE**

1

     I, Susie Clifford, swear under penalty of perjury under the laws of the State of

2

Washington to the following:

3

     1.     I am over the age of 21 and not a party to this action.

4

     2.     On the 15th day of June, 2012, I caused the preceding document to be served on

5

counsel of record in the following manner:

6

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

7

8

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081        _____ Messenger
Lynn M. Engel, WSBA #21934        _____ US Mail
Summit Law Group        _____ Facsimile
315 Fifth Ave. South, Suite 1000        \_\_\_X\_\_\_ ECF/Email
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com

9

10

11

12

13

Steven Pepe (*pro hac vice*)        _____ Messenger
Jesse J. Jenner (*pro hac vice*)        _____ US Mail
Ropes & Gray LLP        _____ Facsimile
1211 Avenue of the Americas        \_\_\_X\_\_\_ ECF/Email
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com

14

15

16

17

18

19

Norman H. Beamer (*pro hac vice*)        _____ Messenger
Ropes & Gray LLP        _____ US Mail
1900 University Avenue, 6th Floor        _____ Facsimile
East Palo Alto, CA  94303-2284        \_\_\_X\_\_\_ ECF/Email
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

20

21

22

23

24

25

MICROSOFT'S 6/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 5

No. C10-1823

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Paul M. Schoenhard (*pro hac vice*)            _____ Messenger
Ropes & Gray LLP                               _____ US Mail
One Metro Center                               _____ Facsimile
700 12th Street NW, Suite 900                     X     ECF/Email
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

DATED this 15th day of June, 2012.


                              _____
                                    s/Susie Clifford
                              SUSIE CLIFFORD

MICROSOFT'S 6/15/12 MOTION TO FILE            No. C10-1823
DOCUMENTS UNDER SEAL - 6