HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 6/15/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, June 29, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

THIS MATTER comes before the Court on Microsoft's 6/15/12 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 6/15/12 Motion to Seal is GRANTED. The following shall be maintained under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 6/15/12 MOTION SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1)     Exhibit 1 to Chris Wion's June 15, 2012 letter to the Court requesting leave to supplement the record on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (ECF No. 141).

DONE IN OPEN COURT this __ day of June, 2011.

_____
HONORABLE JAMES L. ROBART

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By   s/Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

       T. Andrew Culbert
       David T. Pritikin
       Richard A. Cederoth
       Constantine L. Trela, Jr.
       William H. Baumgartner, Jr.
       Ellen S. Robbins
       Douglas I. Lewis
       David C. Giardina
       John W. McBride
       David Greenfield

       SIDLEY AUSTIN LLP
       One South Dearborn
       Chicago, IL  60603
       Phone:  312-853-7000
       Fax:  312-853-7036

[PROPOSED] ORDER GRANTING
MICROSOFT'S 6/15/12 MOTION SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Carter G. Phillips
   Brian R. Nester

2
   SIDLEY AUSTIN LLP
3  1501 K Street NW
   Washington, DC  20005
4  Telephone:  202-736-8000
   Fax:  202-736-8711
5
   Counsel for Microsoft Corp.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING
MICROSOFT'S 6/15/12 MOTION SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 15th day of June, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF/Email |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF/Email |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF/Email |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 6/15/12 MOTION SEAL - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Paul M. Schoenhard (*pro hac vice*)　　　　　_____ Messenger
　　Ropes & Gray LLP　　　　　　　　　　　　　_____ US Mail
2  One Metro Center　　　　　　　　　　　　　　_____ Facsimile
　　700 12th Street NW, Suite 900　　　　　　　　　　　X\_\_\_\_ ECF/Email
3  Washington, DC  20005-3948
　　Telephone:  (202) 508-4693
4  Email: Paul.schoenhard@ropesgray.com

5　　　DATED this 15th day of June, 2012.

6

7　　　　　　　　　　　　　　　　　　　　　　s/Susie Clifford
　　　　　　　　　　　　　　　　　　　　　SUSIE CLIFFORD
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING
MICROSOFT'S 6/15/12 MOTION SEAL - 5