HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br>DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S 6/15/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, June 29, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | |

I, Shane P. Cramer, hereby declare as follows:

1. I am an attorney at the law firm of Danielson Harrigan Leyh & Tollefson LLP, counsel for Microsoft Corporation in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Filed contemporaneously herewith as Exhibit 1 to Chris Wion's June 15, 2012 letter to the Court is a true and correct copy of a letter I sent to counsel for Google, Inc. (the "Cramer Letter"). Attached to the Cramer Letter as Exhibit A is a true and correct copy of a

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S 6/15/12 MOTION
TO SEAL - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 document titled "AVC Patent Portfolio License," which was produced by MPEG LA, LLC,
2 and designated as "RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY," in this
3 action.
4     I declare under penalty of perjury under the laws of the State of Washington that the
5 foregoing is true and correct.
6     DATED this 15th day of June, 2012, at Seattle, Washington.

*/s/ Shane Cramer*
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S 6/15/12 MOTION
TO SEAL - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 15th day of June, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF/Email |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF/Email |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF/Email |

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S 6/15/12 MOTION
TO SEAL - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
|   | Ropes & Gray LLP | _____ US Mail |
| 2 | One Metro Center | _____ Facsimile |
|   | 700 12th Street NW, Suite 900 | __X__ ECF/Email |
| 3 | Washington, DC 20005-3948 | |
|   | Telephone: (202) 508-4693 | |
| 4 | Email: Paul.schoenhard@ropesgray.com | |

5   DATED this 15th day of June, 2012.

7               _____s/Susie Clifford_____
8                    SUSIE CLIFFORD

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S 6/15/12 MOTION
TO SEAL - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717