LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON** LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

CHRIS WION

FACSIMILE:  (206) 623-8717
E-MAIL  CHRISW@DHLT.COM

June 15, 2012

**FILED VIA ECF**

The Honorable James L. Robart
United States District Court
Western District of Washington
700 Stewart Street, Suite 14128
Seattle, WA  98101

     RE:    *Microsoft Corporation v. Motorola, Inc., et al.* (Civil Case No. 10-cv-1823)

Dear Judge Robart:

    We write to request permission to supplement the record on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief, filed on December 15, 2011 (ECF No. 141) (the "Motion").

    Subject to the Court's approval, Microsoft intends to submit, as additional evidence in support of its Motion, the attached letter which was sent to counsel for Motorola's parent company, Google Inc., earlier today.  Exhibit A to that letter is a license agreement between third-party MPEG LA and Google, which Microsoft believes is relevant to the issues raised in its Motion.

    If the Court would prefer Microsoft to raise this issue by formal motion, Microsoft respectfully requests leave to file such a motion.

               Very truly yours,

               DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

               Chris Wion

CW:lb
Cc:  All counsel via ECF
Enclosure

# EXHIBIT 1
# FILED
# UNDER SEAL