HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants. | Case No. 2-10-cv-1823-JLR<br><br>PRAECIPE<br><br>(Clerk's Action Required) |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | |

TO:   THE CLERK OF THE COURT

Plaintiff Microsoft Corporation respectfully submits this praecipe to request that the June 25, 2012 letter (including Tab A) from the undersigned counsel to the Court (Docket No. 350) be replaced with the attached letter (and Tab A) to the Court. Due to a clerical error, the original filing inadvertently included an extra page. The two documents are the same in all other respects.

//

//

PRAECIPE - 1

DATED this 26th day of June, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _/s/ Shane Cramer_
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

John W. McBride, of Counsel
David T. Pritikin, of Counsel
Richard A. Cederoth, of Counsel
Douglas I. Lewis, of Counsel
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

PRAECIPE - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Brian R. Nester, of Counsel
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Plaintiff Microsoft Corp.

PRAECIPE - 3

# CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 26th day of June, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>__X__ ECF/Email |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>__X__ ECF/Email |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>__X__ ECF/Email |

PRAECIPE - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
\_\_\_X\_\_\_ ECF/Email

DATED this 26th day of June, 2012.

_____s/Susie Clifford_____
SUSIE CLIFFORD

PRAECIPE - 5