THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>─────────────────────────<br>MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>**MICROSOFT CORPORATION'S REPLY RE ITS JUNE 15, 2012 MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Noted: Friday, June 29, 2012** |

For the reasons set forth in Microsoft's June 15, 2012 Motion to File Documents Under Seal (ECF No. 342), and because Motorola does not oppose Microsoft's Motion (s*ee* ECF No. 352), Microsoft respectfully requests that the Court grant its Motion.

MICROSOFT CORPORATION'S REPLY RE ITS
JUNE 15, 2012 MOTION TO FILE DOCUMENTS
UNDER SEAL - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 29^(TH) day of June, 2012.

                    DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By  s/ Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

By  s/ T. Andrew Culbert
      T. Andrew Culbert
      David E. Killough
      MICROSOFT CORPORATION
      1 Microsoft Way
      Redmond, WA  98052
      Phone:  425-882-8080
      Fax:  425-869-1327

      David T. Pritikin
      Richard A. Cederoth
      Constantine L. Trela, Jr.
      William H. Baumgartner, Jr.
      Ellen S. Robbins
      Douglas I. Lewis
      David C. Giardina
      John W. McBride
      David Greenfield

      SIDLEY AUSTIN LLP
      One South Dearborn
      Chicago, IL  60603
      Phone:  312-853-7000
      Fax:  312-853-7036

      Carter G. Phillips
      Brian R. Nester

      SIDLEY AUSTIN LLP
      1501 K Street NW
      Washington, DC  20005
      Telephone:  202-736-8000
      Fax:  202-736-8711
      Counsel for Microsoft Corp.

MICROSOFT CORPORATION'S REPLY RE ITS
JUNE 15, 2012 MOTION TO FILE DOCUMENTS
UNDER SEAL - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 29th day of June, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X___ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X___ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X___ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT CORPORATION'S REPLY RE ITS
JUNE 15, 2012 MOTION TO FILE DOCUMENTS
UNDER SEAL - 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 29th day of June, 2012.

          s/ Linda Bledsoe
          LINDA BLEDSOE

---

MICROSOFT CORPORATION'S REPLY RE ITS
JUNE 15, 2012 MOTION TO FILE DOCUMENTS
UNDER SEAL - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717