UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | CASE NO. 10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

MINUTE ORDER - 1

1  The following minute order is made by the direction of the court, the Honorable

2  James L. Robart:

3  The court hereby schedules a telephonic conference to address scheduling and

4  scope for the November 13, 2012 trial. The telephonic conference shall take place on

5  July 9, 2012 at 4:00 p.m. Pacific Standard Time. Counsel shall telephone chambers

6  jointly to initiate the call.

7  Filed and entered this 9th day of July, 2012.

8

9  WILLIAM M. MCCOOL
   Clerk of Court

10
    s/Mary Duett
11  Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2