THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>JOINT MOTION TO STAY ALL PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, *ET AL.*<br><br>**NOTED:  TUESDAY, JULY 10, 2012** |

Plaintiff Microsoft Corporation ("Microsoft"), and defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola" and together with Microsoft, the "Parties"), respectfully request that this Court enter an order staying all patent infringement claims pending between the parties

JOINT MOTION TO STAY ALL PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL.- 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

under Case Numbers 10-cv-1823, 11-cv-595, and 11-cv-1408 (the "1823 Action," "595 Action," and "1408 Action," respectively).[1]

The Parties are proposing the stay in order to permit the Court and the parties to concentrate their efforts on the RAND license issues that are the subject of the November 13, 2012 trial in the 1823 Action.

In order to allow the Court and the Parties to focus on the license issues in the 1823 Action, the Parties agree to stay all litigation between them pending before this Court (the 1823, 595, and 1408 Actions), other than:

(a) the Court's ruling in the 1823 Action on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (ECF No. 141);

(b) the Markman hearing scheduled for July 20, 2012 in the 1408 Action;

(c) pre-trial and trial on the RAND issues in the RAND trial commencing on November 13, 2012; and

(d) the 9th Circuit appeal of the District Court's anti-suit injunction.

The Parties further agree that the stay shall remain in place until the later of:

(i) the 9th Circuit's decision on Motorola's appeal of the Court's anti-suit injunction order; and

(ii) a final decision on the RAND issues in Civ. No. 1823, including, if appealed by either party, a final decision by the appellate courts.

The Parties have submitted a Proposed Form of Order herewith.

---

[1] The Parties also are presenting a joint motion to stay *Motorola Mobility, Inc. v. Microsoft Corp.*, Case No. 11-cv-01953 (W.D. Wash.), which is currently pending before Judge Martinez.

JOINT MOTION TO STAY ALL PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL.- 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 10th day of July, 2012.

| | |
|---|---|
| DANIELSON HARRIGAN LEYH & TOLLEFSON LLP | SUMMIT LAW GROUP PLLC |
| By s/ Arthur W. Harrigan | By s/ Ralph Palumbo |
| Arthur W. Harrigan, Jr., WSBA #1751 | Ralph Palumbo, WSBA #04751 |
| Christopher Wion, WSBA #33207 | Philip S. McCune, WSBA #21081 |
| Shane P. Cramer, WSBA #35099 | Lynn M. Engel, WSBA #21934 |
| By s/ T. Andrew Culbert | By s/ K. McNeill Taylor, Jr. |
| T. Andrew Culbert, WSBA #35925 | K. McNeill taylor, Jr. |
| David E. Killough, WSBA #21119 | MOTOROLA MOBILITY, INC. |
| MICROSOFT CORPORATION | MD W4-150 |
| 1 Microsoft Way | 600 North U.S. Highway 45 |
| Redmond, WA  98052 | Libertyville, IL  60048-1286 |
| Phone:  425-882-8080 | Phone:  858-404-3580 |
| Fax:  425-869-1327 | Fax:  847-523-0727 |
| | |
| David T. Pritikin *(pro hac vice)* | And by |
| Richard A. Cederoth *(pro hac vice)* | |
| Constantine L. Trela, Jr. *(pro hac vice)* | Steven Pepe *(pro hac vice)* |
| Ellen S. Robbins *(pro hac vice)* | Jesse J. Jenner *(pro hac vice)* |
| Douglas I. Lewis *(pro hac vice)* | Stuart W. Yothers *(pro hac vice)* |
| David C. Giardina *(pro hac vice)* | Ropes & Gray LLP |
| John W. McBride *(pro hac vice)* | 1211 Avenue of the Americas |
| David Greenfield *(pro hac vice)* | New York, NY  10036-8704 |
| SIDLEY AUSTIN LLP | (212) 596-9046 |
| One South Dearborn | |
| Chicago, IL  60603 | |
| Phone:  312-853-7000 | |
| Fax:  312-853-7036 | |

JOINT MOTION TO STAY ALL PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL.- 3

1  Carter G. Phillips *(pro hac vice)*          Norman H. Beamer (*pro hac vice*)
   Brian R. Nester *(pro hac vice)*             Gabrielle E. Higgins, (*pro hac vice*)
2  SIDLEY AUSTIN LLP                            Ropes & Gray LLP
3  1501 K Street NW                             1900 University Avenue, 6th Floor
   Washington, DC  20005                        East Palo Alto, CA  94303-2284
4  Telephone:  202-736-8000                     (650) 617-4030
   Fax:  202-736-8711
5                                               Paul M. Schoenhard (*pro hac vice*)
   **Counsel for Microsoft Corp.**              Kevin J. Post (*pro hac vice*)
6                                               Ropes & Gray LLP
                                                One Metro Center
7                                               700 12th Street NW, Suite 900
                                                Washington, DC  20005-3948
8                                               (202) 508-4693

9
                                                **Attorneys for Motorola Solutions, Inc.**
10                                              **(f/k/a Motorola, Inc.), Motorola Mobility,**
                                                **Inc., and General Instrument Corporation**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT MOTION TO STAY ALL PATENT-
INFRINGEMENT RELATED CASES AND                                    LAW OFFICES
CLAIMS BETWEEN THE PLAINTIFF                       **DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
MICROSOFT AND DEFENDANTS                                  999 THIRD AVENUE, SUITE 4400
                                                            SEATTLE, WASHINGTON 98104
MOTOROLA, ET AL.**-** 4                             TEL, (206) 623-1700   FAX, (206) 623-8717