THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                   Plaintiff,<br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>                   Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>                   Plaintiffs,<br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                   Defendants. | Case No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL PENDING PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, *ET AL.*<br><br>**NOTED: JULY 10, 2012** |

This matter came before the Court on the Joint Motion of Plaintiff Microsoft Corporation, and Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation, to Stay All Patent-Infringement Related Cases and Claims Between the Parties currently pending before this Court under Case Numbers 10-cv-1823, 11-cv-595, and 11-cv-1408 (the "1823 Action," "595 Action," and "1408 Action," respectively). The Court has considered the Joint Motion and all papers filed therewith.

[PROPOSED] ORDER GRANTING JOINT
MOTION TO STAY ALL PENDING PATENT-
INFRINGEMENT RELATED CASES AND
CLAIMS BETWEEN THE PLAINTIFF
MICROSOFT AND DEFENDANTS
MOTOROLA, ET AL. - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that the Parties' Joint Motion to Stay All Pending Patent-Infringement Related Cases and Claims Between Plaintiff Microsoft and Defendants Motorola, *et al.* is GRANTED.

All currently scheduled hearings, discovery deadlines, trials and other litigation efforts in the 1823 Action, the 595 Action, and the 1408 Action are stayed except for the following:

(a) the Court's ruling in the 1823 Action on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (ECF No. 141);

(b) the Markman hearing scheduled for July 20, 2012 in the 1408 Action;

(c) pre-trial and trial on the RAND issues commencing on November 13, 2012, as reflected in the Court's June 18, 2012 Minute Entry (ECF No. 346); and

(d) Motorola's appeal of this Court's anti-suit injunction.

The stay shall be effective on the date of this Order and shall remain in place until the later of:

(i) the 9th Circuit's decision on Motorola's appeal of this Court's anti-suit injunction; and

(ii) a final decision on the RAND issues in the 1823 Action, including, if appealed by either party, a final decision by the appellate courts.

DATED this __ day of July, 2012.

_____
HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL PENDING PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL. - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By s/ Arthur W. Harrigan
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099
T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #21119
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

David T. Pritikin *(pro hac vice)*
Richard A. Cederoth *(pro hac vice)*
Constantine L. Trela, Jr. *(pro hac vice)*
Ellen S. Robbins *(pro hac vice)*
Douglas I. Lewis *(pro hac vice)*
David C. Giardina *(pro hac vice)*
John W. McBride *(pro hac vice)*
David Greenfield *(pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips *(pro hac vice)*
Brian R. Nester *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

**Counsel for Microsoft Corp.**

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL PENDING PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL. **-** 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | SUMMIT LAW GROUP PLLC |
| 2 | By s/ Ralph Palumbo<br>Ralph Palumbo, WSBA #04751 |
| 3 | Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934 |
| 4 | |
| 5 | K. McNeill Taylor, Jr.<br>MOTOROLA MOBILITY, INC.<br>MD W4-150 |
| 6 | 600 North U.S. Highway 45 |
| 7 | Libertyville, IL  60048-1286<br>Phone:  858-404-3580 |
| 8 | Fax:  847-523-0727 |
| 9 | And by |
| 10 | Steven Pepe (*pro hac vice*) |
| 11 | Jesse J. Jenner (*pro hac vice*)<br>Stuart W. Yothers (*pro hac vice*) |
| 12 | Ropes & Gray LLP<br>1211 Avenue of the Americas |
| 13 | New York, NY  10036-8704<br>(212) 596-9046 |
| 14 | |
| 15 | Norman H. Beamer (*pro hac vice*)<br>Gabrielle E. Higgins, (*pro hac vice*) |
| 16 | Ropes & Gray LLP<br>1900 University Avenue, 6th Floor |
| 17 | East Palo Alto, CA  94303-2284<br>(650) 617-4030 |
| 18 | Paul M. Schoenhard (*pro hac vice*) |
| 19 | Kevin J. Post (*pro hac vice*)<br>Ropes & Gray LLP |
| 20 | One Metro Center<br>700 12th Street NW, Suite 900 |
| 21 | Washington, DC  20005-3948<br>(202) 508-4693 |
| 22 | |
| 23 | **Attorneys for Motorola Solutions, Inc. (f/k/a Motorola, Inc.), Motorola Mobility, Inc.,** |
| 24 | **and General Instrument Corporation** |
| 25 | |

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL PENDING PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL. - 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717