THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendants. | Case No. C10-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY ALL PENDING PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, *ET AL.*<br><br>NOTED: JULY 10, 2012 |



This matter came before the Court on the Joint Motion of Plaintiff Microsoft Corporation, and Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation, to Stay All Patent-Infringement Related Cases and Claims Between the Parties currently pending before this Court under Case Numbers 10-cv-1823, 11-cv-595, and 11-cv-1408 (the "1823 Action," "595 Action," and "1408 Action," respectively). The Court has considered the Joint Motion and all papers filed therewith.

[PROPOSED] ORDER GRANTING JOINT
MOTION TO STAY ALL PENDING PATENT-
INFRINGEMENT RELATED CASES AND
CLAIMS BETWEEN THE PLAINTIFF
MICROSOFT AND DEFENDANTS
MOTOROLA, ET AL. - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that the Parties' Joint Motion to Stay All Pending Patent-Infringement Related Cases and Claims Between Plaintiff Microsoft and Defendants Motorola, *et al.* is GRANTED.

All currently scheduled hearings, discovery deadlines, trials and other litigation efforts in the 1823 Action, the 595 Action, and the 1408 Action are stayed except for the following:

(a) the Court's ruling in the 1823 Action on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (ECF No. 141);

(b) the Markman hearing scheduled for July 20, 2012 in the 1408 Action;

(c) pre-trial and trial on the RAND issues commencing on November 13, 2012, as reflected in the Court's June 18, 2012 Minute Entry (ECF No. 346); and

(d) Motorola's appeal of this Court's anti-suit injunction.

The stay shall be effective on the date of this Order and shall remain in place until ~~the later of:~~ further order of this court.

~~(i) the 9th Circuit's decision on Motorola's appeal of this Court's anti-suit injunction; and~~

~~(ii) a final decision on the RAND issues in the 1823 Action, including, if appealed by either party, a final decision by the appellate courts.~~

DATED this 16 day of July, 2012.

HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING JOINT
MOTION TO STAY ALL PENDING PATENT-
INFRINGEMENT RELATED CASES AND
CLAIMS BETWEEN THE PLAINTIFF
MICROSOFT AND DEFENDANTS
MOTOROLA, ET AL. - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717