The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. C10-1823-JLR |
| Plaintiff, | ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] |
| v. | |
| MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION., | |
| Defendants. | **NOTED ON MOTION CALENDAR: Friday, July 27, 2012** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    THIS MATTER having come before the Court on Motorola Mobility's and General

2 Instrument's Motion[1] to File Documents Under Seal in Support of the Motion for Partial Summary

3 Judgment and the Court having reviewed the pleadings and evidence presented and on file in this

4 case, and being otherwise fully advised as to the issues presented, the Court hereby:

5    ORDERS, ADJUDGES AND DECREES that following documents are to be filed under

6 seal:

7    1.    Motorola Mobility's and General Instrument's Motion for Partial Summary
        Judgment; and
8

9    2.    Exhibits 2-4, 6, 8-11, and 17 to the Declaration of Kevin J. Post.

10   IT IS SO ORDERED.

11   DATED this _____ day of _____, 2012.

12

13                                    _____

14                                    THE HONORABLE JAMES L. ROBART
                                      UNITED STATES DISTRICT COURT JUDGE
15   *Presented by:*

16   SUMMIT LAW GROUP PLLC

17
   By */s/ Philip S. McCune* _____
18      Ralph H. Palumbo, WSBA #04751
        Philip S. McCune, WSBA #21081
19      Lynn M. Engel, WSBA #21934
        *ralphp@summitlaw.com*
20      *philm@summitlaw.com*
        *lynne@summitlaw.com*
21

22

23

24

25

26   ─────────────────────────
      [1] Motorola Solutions, Inc., which is now independent from Motorola Mobility and General Instrument, takes no
     position on the issues raised in the Motion for Partial Summary Judgment.

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 1
CASE NO. C10-1823-JLR

1 By */s/ K. McNeill Taylor, Jr.*_____

   K. McNeill Taylor, Jr.

2   MOTOROLA MOBILITY, INC.

   MD W4-150

3   600 North U.S. Highway 45

   Libertyville, IL 60048-1286

4   Phone: 858-404-3580

5

 And by

6

   Jesse J. Jenner (*pro hac vice*)

7   Steven Pepe (*pro hac vice*)

   Ropes & Gray LLP

8   1211 Avenue of the Americas

   New York, NY  10036-8704

9   (212) 596-9046

   *jesse.jenner@ropesgray.com*

10   *steven.pepe@ropesgray.com*

11

   James R. Batchelder (*pro hac vice*)

12   Norman H. Beamer (*pro hac vice*)

   Ropes & Gray LLP

13   1900 University Avenue, 6th Floor

   East Palo Alto, CA  94303-2284

14   (650) 617-4030

   *james.batchelder@ropesgray.com*

15   *norman.beamer@ropesgray.com*

16

17 ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 18th day of July, 2012.

/s/           *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001