The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING MICROSOFT'S CLAIM FOR A RAND PATENT LICENSE AGREEMENT TO BE DETERMINED *AB INITIO* BY THE COURT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 10, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING MICROSOFT'S CLAIM FOR A RAND PATENT LICENSE AGREEMENT TO BE DETERMINED AB INITIO BY THE COURT

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    THIS MATTER having come before the Court on Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a Rand Patent License Agreement to Be Determined *Ab Initio* by the Court and the Court having reviewed the papers and evidence submitted, and being otherwise fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a Rand Patent License Agreement to Be Determined *Ab Initio* by the Court is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

                                                                    _____
                                                                    THE HONORABLE JAMES L. ROBART
                                                                    UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Philip S. McCune*  _____
     Ralph H. Palumbo, WSBA #04751
     Philip S. McCune, WSBA #21081
     Lynn M. Engel, WSBA #21934
     *ralphp@summitlaw.com*
     *philm@summitlaw.com*
     *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.* _____
     K. McNeill Taylor, Jr.
     MOTOROLA MOBILITY, INC.
     MD W4-150
     600 North U.S. Highway 45
     Libertyville, IL 60048-1286
     Phone: 858-404-3580

ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING MICROSOFT'S CLAIM FOR A RAND PATENT LICENSE AGREEMENT TO BE DETERMINED AB INITIO BY THE COURT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Fax:   (206) 676-7001

1  And by

2      Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
3      Ropes & Gray LLP
    1211 Avenue of the Americas
4      New York, NY  10036-8704
5      (212) 596-9046
    *jesse.jenner@ropesgray.com*
6      *steven.pepe@ropesgray.com*

7      James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice*)
8      Ropes & Gray LLP
9      1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
10      (650) 617-4030
    *james.batchelder@ropesgray.com*
11      *norman.beamer@ropesgray.com*

12
***Attorneys for Defendants Motorola, Inc., Motorola***
13  ***Mobility, Inc., and General Instrument Corporation***

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT DISMISSING MICROSOFT'S
CLAIM FOR A RAND PATENT LICENSE AGREEMENT TO
BE DETERMINED AB INITIO BY THE COURT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 18th day of July, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING MICROSOFT'S CLAIM FOR A RAND PATENT LICENSE AGREEMENT TO BE DETERMINED AB INITIO BY THE COURT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Fax: (206) 676-7001