The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF KEVIN J. POST IN SUPPORT OF MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 10, 2012** |

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, KEVIN J. POST, declare as follows:

1. I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola")[1], Defendants in this action, and am a member in good standing of the bars of the State of New York and the District of Columbia.

2. I submit this declaration in support of Defendants' Motion for Partial Summary Judgment, submitted concurrently herewith.

3. Attached as Exhibit 1 is a true and correct copy of Defendant Microsoft Corporation's Answer and Counterclaims to Plaintiffs' First Amended Complaint for Patent Infringement in *Motorola Mobility, Inc. v. Microsoft Corp.*, Case No. 10-cv-00699, which was filed in the Western District of Wisconsin on Jan. 25, 2011. This document was previously submitted to the Court as Exhibit 8 to the January 3, 2012 Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (Dkt. No. 144).

4. Attached as Exhibit 2 is a true and correct copy of selected pages from the transcript of the January 20, 2012 hearing held in *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, which reproduces the confidential sworn testimony given by Kirk W. Dailey and bears non-consecutive production numbers MOTM_WASH1823_0401216-427 (filed under seal). This document was previously submitted to the Court as Exhibit 2 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

5. Attached as Exhibit 3 is a true and correct copy of the April 2009 Patent License Agreement between Microsoft Corporation and Commonwealth Scientific and Industrial Research

---

[1] As noted in the Motion, Motorola Solutions, Inc., which is now independent from Motorola Mobility and General Instrument, takes no position on the issues raised in the Motion for Partial Summary Judgment.

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Organisation (CSIRO), bearing production numbers MS-MOTO_1823_00005195128-52 (filed under seal).

6. Attached as Exhibit 4 is a true and correct copy of the Rebuttal Testimony of Kirk Dailey, marked as Hearing Exhibit CX-778C and admitted into evidence in *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0398598-625 (filed under seal). This document was previously submitted to the Court as Exhibit 4 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

7. Attached as Exhibit 5 is a true and correct copy of a compilation of Patent Statements and Licensing Declarations submitted by Motorola Mobility, Inc., Motorola, Inc. and General Instrument Corp. to the ITU, bearing consecutive production numbers MOTM_WASH1823_0000035-67, 74-77. This document was previously submitted to the Court as Exhibit 15 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

8. Attached as Exhibit 6 is a true and correct copy of the Rebuttal Expert Testimony of Dr. David J. Teece, marked as Hearing Exhibit CX-759C and admitted into evidence in *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0400260-86 (filed under seal). This document was previously submitted to the Court as Exhibit 6 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

9. Attached as Exhibit 7 is a true and correct copy of a compilation of Letters of Assurance submitted by Motorola, Inc. and Symbol Technologies, Inc. to the IEEE, bearing consecutive production numbers MOTM_WASH1823_0000001-34. This document was

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

previously submitted to the Court as Exhibit 16 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

10. Attached as Exhibit 8 is a true and correct copy of Motorola Mobility, Inc.'s Written Responses to Certain Topics of Microsoft's Third Amended 30(b)(6) Notice of Deposition and attached Exhibit E, which was served via email on April 12, 2012 (filed under seal). This document was previously submitted to the Court as Exhibit 27 to the April 13, 2012 Second Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment of Breach of Contract (Dkt. No. 273).

11. Attached as Exhibit 9 is a true and correct copy of selected pages from a document titled "Expert Report of Louis P. Berneman, Ed D, CLP," dated June 20, 2011, marked as "CONTAIN[ING] CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER," and submitted in *Certain Mobile Devices, Associated Software, and Components Thereof*, ITC Inv. No. 337-TA-744 (filed under seal). By party agreement, this document may be relied upon in this case. This document was previously submitted to the Court as Exhibit 29 to the April 13, 2012 Second Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment of Breach of Contract (Dkt. No. 273).

12. Attached as Exhibit 10 is a true and correct copy of the Rebuttal Expert Witness Testimony of Richard J. Holleman, marked as Hearing Exhibit CX-758C and admitted into evidence in *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) by ALJ Shaw, bearing production numbers MOTM_WASH1823_0400192-207 (filed under seal). This document was previously submitted to the Court as Exhibit 10 to the March 30, 2012 Declaration of Kevin J. Post In Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

13. Attached as Exhibit 11 is a true and correct copy of the December 1, 2011 Patent License Agreement between Motorola Mobility, Inc. and VTech Communications, Inc. and VTech

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Telecommunications, Ltd., bearing production numbers MOTM_WASH1823_0394368-401 (filed under seal). This document was previously submitted to the Court as Exhibit A (Dkt. No. 183) to the Declaration of Philip S. McCune in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment (Dkt. No. 182).

14. Attached as Exhibit 12 is a true and correct copy of the IEEE-SA Standards Board Bylaws, which were approved by the IEEE-SA Board of Governors in December 2009, bearing production numbers MOTM_WASH1823_0054722-41. This document was previously submitted to the Court as Exhibit 12 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

15. Attached as Exhibit 13 is a true and correct copy of the Guidelines for Implementation of the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, dated March 1, 2007, bearing production numbers MOTM_WASH1823_0092826-39. This document was previously submitted to the Court as Exhibit 13 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

16. Attached as Exhibit 14 is a true and correct copy of a document entitled "Negotiating Standards-Related Patent Licenses: How the Deal Is Done part II," by Michele K. Herman, published in Landslide® magazine, Volume 3, Number 2, November/December 2010, bearing production numbers MOTM_WASH1823_0402432-36. This document was previously submitted to the Court as Exhibit 23 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

17. Attached as Exhibit 15 is true and correct copy of an article entitled "Standardization and Technological Innovation: Some Reflections on Ex-Ante Licensing, FRAND, and the Proper Means to Reward Innovators," by Damien Geradin, presented to the Conference "Intellectual Property and Competition Law," Brussels, June 8, 2006, bearing production numbers MOTM_WASH1823_0402437-53. This document was previously submitted

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

to the Court as Exhibit 25 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

18. Attached as Exhibit 16 is a true and correct copy of a document entitled "Interpreting and Enforcing the Voluntary FRAND Commitment," by Roger G. Brooks & Damien Geradin, 9 *International Journal of IT Standards and Standardization Research* 1, 1-23 (January-June 2011).

19. Attached as Exhibit 17 is a true and correct copy of the June 2006 Patent License Agreement between Motorola, Inc. and BenQ Corporation and BenQ Mobile GmBH & Co. OHG, bearing production numbers MOTM_WASH1823_0023674-749 (filed under seal).

20. Attached as Exhibit 18 is a true and correct copy of a document entitled "Considerations for Developing or Revising PSO IPR Policies," GSC-13, IPR WG, Agenda Item 9, TIA, identified as Document # GSC13-IPR-14r1, dated July 16, 2008, and listing Contact(s) as Kent Baker, Dan Bart and Amy Marasco, which bears production numbers MOTM_WASH1823_0402454-70.  This document was previously submitted to the Court as Exhibit 18 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

21. Attached as Exhibit 19 is a true and correct copy of a document entitled "Standards-Setting, IPR Policies and Stakeholder Considerations," by Amy Marasco, General Manger, Standards Strategy, Microsoft Corporation, bearing production numbers MOTM_WASH1823_0054850-64.  This document was previously submitted to the Court as Exhibit 19 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

22. Attached as Exhibit 20 is a true and correct copy of a June 14, 2011 letter sent by David Heiner, Microsoft's Vice President and Deputy General Counsel, and Amy Marasco, Microsoft's General Manager, Standards Strategy and Policy, to the Federal Trade Commission's Office of the Secretary regarding Patent Standards Workshop, Project No. P11-1204, bearing

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 production numbers MOTM_WASH1823_0053365-81.  This document was previously submitted to the Court as Exhibit 20 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 18th day of July, 2012.

>                    */s/ Kevin J. Post*
>                         Kevin J. Post

DECLARATION OF KEVIN J. POST IN SUPPORT OF MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 6
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 18th day of July, 2012.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 7
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001