# EXHIBIT 5

Patent Statement and Licensing Declaration Form for ITU-T/ITU-R Recommendation |
ISO/IEC Deliverable

  

### Patent Statement and Licensing Declaration
### for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 Chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statement@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |

| Patent Holder: | |
|---|---|
| Legal Name | Motorola Mobility, Inc |

| Contact for license application: | |
|---|---|
| Name & Department | Ray Warren, Law Department |
| Address | 600 N. US Highway 45 |
| | Libertyville, Illinois, U.S.A. |
| Tel. | +1-847-523-0668 |
| Fax | +1-847-761-4731 |
| E-mail | Ray.Warren@motorola.com |
| URL (optional) | |

**Document type:**

☒ ITU-T Rec. (*)  ☐ ITU-R Rec. (*)  ☐ ISO Deliverable (*)  ☐ IEC Deliverable (*)

(please return the form to the relevant Organization)

☒ Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*)) (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ ISO/IEC Deliverable (*) (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (*)Number | ITU-T H.264(03/2010) |
|---|---|
| (*)Title | Advanced video coding for generic audiovisual services |

MOTM_WASH1823_0000035

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check one box only):

☐    1.      The Patent Holder is prepared to grant a <u>free of charge</u> license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here ___ if the Patent Holder's willingness to license is conditioned on <u>reciprocity</u> for the above document.*

> *Also mark here ___ if the Patent Holder reserves the right to license on reasonable terms and conditions (but not <u>free of charge</u>) to applicants who are only willing to license their patent claims, whose use would be required to implement the above document, on reasonable terms and conditions (but not <u>free of charge</u>).*

☒    2.      The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here ☒ if the Patent Holder's willingness to license is conditioned on <u>reciprocity</u> for the above document.*

☐    3.      The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

-   granted patent number or patent application number (if pending);

-   an indication of which portions of the above document are affected;

-   a description of the patent claims covering the above document.

**Free of charge:** The words "free of charge" do not mean that the Patent Holder is waiving all of its rights with respect to the essential patent. Rather, "free of charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, reciprocity, warranties, etc.

**Reciprocity:** As used herein, the word "reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its essential patent(s) or essential patent claim(s) for implementation of the same above document free of charge or under reasonable terms and conditions.

**Signature:**

| | |
|---|---|
| Patent Holder | Motorola Mobility, Inc. |
| Name of authorized person | Kirk W. Dailey |
| Title of authorized person | Corporate Vice President |
| Signature | *[signature]* |
| Place, Date | Libertyville, Illinois, U.S.A., December 8, 2010 |

FORM: 1 March 2007

MOTM_WASH1823_ 000003

| No. | Status (granted/ pending) | Country | Granted Patent Number or Application Number (if pending) | Title |
|-----|---------------------------|---------|---------------------------------------------------------|-------|
| | | | | **Patent Information** (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE)) |
| 1 | Granted | United States | 6987888 | FREQUENCY COEFFICIENT SCANNING PATHS FOR CODING DIGITAL VIDEO CONTENT |
| 2 | Granted | United States (Japan\|European Patent Convention) | 7421025 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 3 | Granted | United States (Japan\|European Patent Convention) | 7310375 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 4 | Granted | United States (European Patent Convention) | 7310374 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 5 | Granted | United States | 7310376 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 6 | Granted | United States | 7310377 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 7 | Granted | United States (European Patent Convention) | 7477690 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 8 | Granted | United States (European Patent Convention) | 7817718 | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 9 | Granted | United States (China P.R.\|European Patent Convention\| Republic of Korea\|Mexico) | 7769087 | PICTURE LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 10 | Granted | United States (China P.R.\|European Patent Convention \|Mexico) | 7660953 | PICTURE LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT |
| 11 | Granted | United States | 7162094 | FREQUENCY COEFFICIENT SCANNING PATHS FOR DIGITAL VIDEO CONTENT |

*NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.*

------------

MOTM_WASH1823_0000037

**DISCLAIMER:** This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-30 |
| **Patent holder/Organization:** | General Instrument Corp |
| **Main contact:** | Mr. Paul Bawel, Director, Law department |
| **Address:** | 101 Tournament Drive<br>Horsham, PA 19044<br>United States |
| **Tel. No.:** | +1 215 323 1907 |
| **Fax. No.:** | +1 215 323 1300 |
| **Declaration form version:** | 15 June 2002 (Common Text) |
| **Licensing declaration:** | Option 2_ The Patent Holder will grant a license to an unrestricted number of applicants on a worldwide, nondiscriminatory basis and on reasonable terms and conditions to use the patented material necessary in order to manufacture, use, and/or sell implementations of the above ITU-T Recommendation \| ISO/IEC International Standard. The patent Holder's willingness to license is conditioned on reciprocity for the above ITU-T Recommendation \| ISO/IEC International Standard. Negotiations of licenses are left to the parties concerned and are performed out side the ITU-T \| ISO/IEC. |

**Patent info:**

| |
|---|
| None |

| | |
|---|---|
| **ITU-T registration date:** | 2003-12-19 |
| **Statement declaration date:** | 2003-12-02 |
| **Statement remarks:** | (Note by TSB): General instrument corporation is a wholly owned subsidiary of Motorola. Motorola submitted the statement H264-91 on 2008-11-03 to provide updated information relative to this statement (see H264-91). |

MOTM_WASH1823_0000038

| ITU | ISO | IEC |
|---|---|---|
| International Telecommunication Union<br>Telecommunication Standardization Sector | International Organization for Standardization | International Electrotechnical Commission |

  

*19 déc 2003*

*H264-30*

## Patent Statement and Licensing Declaration

### for a common text or twin text ITU-T Recommendation | ISO/IEC International Standard

This form is only to be used for such common texts or twin texts
This declaration does not represent an implied license grant

Please return to **both** organizations:

| Director<br>Telecommunication Standardization Bureau<br>International Telecommunication Union | Place des Nations<br>CH-1211 Geneva 20,<br>Switzerland<br>Fax: +41 22 730 5853 | Secretary General<br>International Organization for Standardization | 1 rue de Varembe<br>CH-1211 Geneva 20<br>Switzerland<br>Fax: +41 22 734 1079 |
|---|---|---|---|

---

**Patent Holder/Organization:**

| Legal Name | General Instrument Corporation |
|---|---|

**Contact for license application:**

| Name &<br>Department | **Paul Bawel**<br>**Law Department** | 🖊 8202 |
|---|---|---|
| Address | 101 Tournament Drive | |
| | Horsham, PA 19044 USA | |
| Tel. | 215.323.1907 | |
| Fax | 215.323.1300 | |
| E-mail | | |

**ITU-T Recommendation | ISO/IEC International Standard:**     *H264-30*

| Number | |
|---|---|
| Title | |

**Licensing declaration**

The Patent Holder believes that it holds granted patents and/or pending applications, the use of which would be required to implement the above ITU-T Recommendation | ISO/IEC International Standard and hereby declares, in accordance with the Statement on ITU-T Patent Policy (see ITU-T web site) and the ISO/IEC Patent Policy (JTC 1 Directives), that (check **one** box only).

☐ 1. The Patent Holder will grant a royalty-free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to use the patented material necessary in order to manufacture, use, and/or sell implementations of the above ITU-T Recommendation | ISO/IEC International Standard. Mark here ___ if the Patent Holder's willingness to license is conditioned on reciprocity for the above ITU-T Recommendation | ISO/IEC International Standard.*

☒ 2. The Patent Holder will grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to use the patented material necessary in order to manufacture, use, and/or sell implementations of the above ITU-T Recommendation | ISO/IEC International Standard. Mark here X if the Patent Holder's willingness to license is conditioned on reciprocity for the above ITU-T Recommendation | ISO/IEC International Standard.*

Negotiations of licenses are left to the parties concerned and are performed outside the ITU-T | ISO/IEC.

☐ 3. The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above. In this case, the following information must be provided as part of this declaration:
* patent registration/application number;
* an indication of which portions of the ITU-T Recommendation | ISO/IEC International Standard are affected.
* a description of the patent claims covering the ITU-T Recommendation | ISO/IEC International Standard;

IPR\Common text patent 15 June 02

MOTM_WASH1823_0000039

* "Reciprocity" means with respect to other parties that have a patent or patent claim required in the use or implementation of the relevant ITU-T Recommendation(s) | ISO/IEC International Standard(s), the Patent Holder shall only be required to license to such parties if they are willing to license their patents or patent claims under options 1 or 2 of the Patent Statement and Licensing Declaration.

**Signature**

| | |
|---|---|
| Organization | General Instrument Corporation |
| Name of authorized person | Paul Bawel |
| Title of authorized person | Senior IP Law Director |
| Signature | |
| Place, Date | Horsham, PA  7 December 2001 |

TOTAL P.03

MOTM_WASH1823_ 0000040

**DISCLAIMER:** This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-81 |
| **Patent holder/Organization:** | Motorola Inc. |
| **Main contact:** | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| **Address:** | 1303 E. Algonquin Road<br>Schaumburg, IL 60196<br>United States |
| **Tel. No.:** | +1 847 576 3055 |
| **Fax. No.:** | +1 847 538 3666 |
| **Declaration form version:** | 1 March 2007 (Individual, Common Text, General) |
| **Licensing declaration:** | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. |

**Patent info:**

| Patent Number | Application Number | Country | Foreign Counterparts | Title | Status | TSB Remark | TSB Patent Id | TSB Old Patent Id |
|---|---|---|---|---|---|---|---|---|
| 6005 980 | | US | | Motion estimation and compensation of video object planes for interlaced digital video | Granted | | H264-81-01 | |
| 6 980 596 | | US | | Macroblock level adaptive frame/field coding for digital video content | Granted | | H264-81-02 | |

MOTM_WASH1823_0000041

| 5235419 | | US | | Adaptive motion compensation | Granted | H264-81-03 | |
|---|---|---|---|---|---|---|---|

| **ITU-T registration date:** | 2007-08-20 |
|---|---|
| **Statement declaration date:** | 2007-08-10 |
| **Statement remarks:** | The statement provides the complementary information to the statment H264-30 submitted on 19 December 2003. |

MOTM_WASH1823_ 0000042

DISCLAIMER: This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-91 |
| **Patent holder/Organization:** | Motorola Inc. |
| **Main contact:** | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| **Address:** | 1303 E. Algonquin Road<br>Schaumburg, IL 60196<br>United States |
| **Tel. No.:** | +1 847 576 3055 |
| **Fax. No.:** | +1 847 538 3666 |
| **Declaration form version:** | 1 March 2007 (Individual, Common Text, General) |
| **Licensing declaration:** | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. |

Patent info:

| Patent Number | Application Number | Country | Foreign Counterparts | Title | Status | TSB Remark | TSB Patent Id | TSB Old Patent Id |
|---|---|---|---|---|---|---|---|---|
| 7620094 | | US | | Frequency coefficient scanning paths for digital video content | Granted | | H264-91-01 | |
| RE 38564 | | US | | Motion estimation and compensation of video object planes for interlaced digital video | Granted | | H264-91-02 | |
| 5 376 | | US | | Adaptive | Granted | | H264- | |

MOTM_WASH1823_ 0000043

| 968 | | | | compression of digital video data | | | 91-03 | |
|-----|---|---|---|---|---|---|---|---|
| 6 807 317 | | US | | Method and decoder system for reducing quantization effects of a decoded image | Granted | | H264-91-04 | |
| 6 836 514 | | US | | Method for the detection and recovery of errors in the frame overhead of digital video decoding systems | Granted | | H264-91-05 | |

**ITU-T registration date:** 2008-11-03

**Statement declaration date:** 2008-10-29

**Statement remarks:** Motorola submitted this statement to provide updated information relative to their earlier statement in H.264-30 (submitted 2003-12-19).

MOTM_WASH1823_ 0000044

Patent Statement and Licensing Declaration Form for ITU-T/ITU-R Recommendation |
ISO/IEC Deliverable

        

### Patent Statement and Licensing Declaration
### for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 Chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statements@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |

| **Patent Holder:** | |
|---|---|
| Legal Name | Motorola, Inc |
| **Contact for license application:** | |
| Name & Department | Latonia Gordon, Intellectual Property and Licensing Dept. |
| Address | 1303 E. Algonquin Road, Schaumburg, IL 60196 |
| Tel. | +1 847-576-3055 |
| Fax | +1 847-538-3666 |
| E-mail | Latonia.Gordon@Motorola.com |
| URL (optional) | |
| **Document type:** | |

☒ **ITU-T Rec. (*)**    ☐ **ITU-R Rec. (*)**    ☐ **ISO Deliverable (*)**    ☐ **IEC Deliverable (*)**

(please return the form to the relevant Organization)

☒ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (*)Number | H.264(2005)-update I.D Number:H.264-30 submitted December 19,2003 |
|---|---|
| (*)Title | Advanced Video Coding for Generic Audiovisual Services, |

MOTM_WASH1823_0000045

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check one box only):

☐     1.     The Patent Holder is prepared to grant a free of charge license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here* ☐ *if the Patent Holder's willingness to license is conditioned on reciprocity for the above document.*

> *Also mark here* ☐ *if the Patent Holder reserves the right to license on reasonable terms and conditions (but not free of charge) to applicants who are only willing to license their patent claims, whose use would be required to implement the above document, on reasonable terms and conditions (but not free of charge).*

☒     2.     The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here* ☒ *if the Patent Holder's willingness to license is conditioned on reciprocity for the above document.*

☐     3.     The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

- granted patent number or patent application number (if pending);
- an indication of which portions of the above document are affected;
- a description of the patent claims covering the above document.

Free of charge: The words "free of charge" do not mean that the Patent Holder is waiving all of its rights with respect to the essential patent. Rather, "free of charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, reciprocity, warranties, etc.

Reciprocity: As used herein, the word "reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its essential patent(s) or essential patent claim(s) for implementation of the same above document free of charge or under reasonable terms and conditions.

| Signature: | |
|---|---|
| Patent Holder | Motorola, Inc. |
| Name of authorized person | Jonathan Meyer |
| Title of authorized person | Senior Vice-President, Intellectual Property Licensing |
| Signature | *[signature]* |
| Place, Date | Schaumburg, IL, October 29, 2008 |

FORM: 1 March 2007

MOTM_WASH1823_0000046

| Patent Information (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE)) | | | | |
|---|---|---|---|---|
| No. | Status [granted/ pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
| 1 | Granted | US | 7,162,094 | Frequency Coefficient Scanning Paths For Digital Video Content |
| 2 | Granted | US | RE38564 | Motion Estimation And Compensation Of Video Object Planes For Interlaced Digital Video |
| 3 | Granted | US | 5,376,968 | Adaptive Compression Of Digital Video Data |

NOTE: *For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.*

-----------

MOTM_WASH1823_ 000004

MOTM_WASH1823_000004

DISCLAIMER: This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-101 |
| **Patent holder/Organization:** | Motorola Mobility, Inc |
| **Main contact:** | Ray Warren, Law Department |
| **Address:** | 600 N. US Highway 45<br>Libertyville, IL<br>United States |
| **Tel. No.:** | +1-847-523-0668 |
| **Fax. No.:** | +1-847-761-4731 |
| **Declaration form version:** | 1 March 2007 (Individual, Common Text, General) |
| **Licensing declaration:** | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. |

Patent info:

| Patent Number | Application Number | Country | Foreign Counterparts | Title | Status | TSB Remark | TSB Patent Id | TSB Old Patent Id |
|---|---|---|---|---|---|---|---|---|
| 6987888 | | US | | FREQUENCY COEFFICIENT SCANNING PATHS FOR CODING DIGITAL VIDEO CONTENT | Granted | | H264-101-01 | |
| 7421025 | | US | | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL | Granted | (Japan\|European Patent Convention) | H264-101-02 | |

MOTM_WASH1823_0000049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | VIDEO CONTENT | | | | |
| 7310375 | | US | | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | Granted | (Japan|European Patent Convention) | H264-101-03 | |
| 7310374 | | US | | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | Granted | (European Patent Convention) | H264-101-04 | |
| 7310376 | | US | | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | Granted | | H264-101-05 | |
| 7310377 | | US | | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | Granted | | H264-101-06 | |
| 7477690 | | US | | MACROBLOCK LEVEL ADAPTIVE FRAME/FIELD CODING FOR DIGITAL VIDEO CONTENT | Granted | (European Patent Convention) | H264-101-07 | |
| 7817718 | | US | | MACROBLOCK LEVEL ADAPTIVE | Granted | (European Patent Convention) | H264-101-08 | |

MOTM_WASH1823_ 0000050

| | | | | FRAME/FIEL D CODING FOR DIGITAL VIDEO CONTENT | | | | |
|---|---|---|---|---|---|---|---|---|
| 776908 7 | | US | | PICTURE LEVEL ADAPTIVE FRAME/FIEL D CODING FOR DIGITAL VIDEO CONTENT | Grante d | (China P.R.|European Patent Convention|Repub lic of Korea|Mexico) | H264 -101- 09 | |
| 766035 3 | | US | | PICTURE LEVEL ADAPTIVE FRAME/FIEL D CODING FOR DIGITAL VIDEO CONTENT | Grante d | (China P.R.|European Patent Convention|Mexic o) | H264 -101- 10 | |
| 716209 4 | | US | | FREQUENCY COEFFICIEN T SCANNING PATHS FOR DIGITAL VIDEO CONTENT | Grante d | | H264 -101- 11 | |

| | |
|---|---|
| **ITU-T registration date:** | 2010-12-09 |
| **Statement declaration date:** | 2010-12-08 |
| **Statement remarks:** | Motorola submitted this statement to provide updated information relative to their earlier statement in H.264-30 (submitted 2003-12-19) and in in H.264-91 (submitted 2008-11-3). |

MOTM_WASH1823_ 0000051

**Patent Statement and Licensing Declaration Form for ITU-T/ITU-R Recommendation |
ISO/IEC Deliverable**

  

**Patent Statement and Licensing Declaration
for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable**

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 Chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statements@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |

| Patent Holder: | |
|---|---|
| Legal Name | Motorola, Inc |

| Contact for license application: | |
|---|---|
| Name & Department | Latonia Gordon, Intellectual Property and Licensing Dept. |
| Address | 1303 E. Algonquin Road, Schaumburg, IL 60196 |
| Tel. | +1 847-576-3055 |
| Fax | +1 847-538-3666 |
| E-mail | Latonia.Gordon@Motorola.com |
| URL (optional) | |

**Document type:**

☒ **ITU-T Rec. (*)**  ☐ **ITU-R Rec. (*)**  ☐ **ISO Deliverable (*)**  ☐ **IEC Deliverable (*)**

(please return the form to the relevant Organization)

☒ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (*)Number | H.264(2005)-update I.D Number:H.264-30 submitted December 19,2003 |
|---|---|
| (*)Title | Advanced Video Coding for Generic Audiovisual Services, |

MOTM_WASH1823_0000052

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check *one* box only):

| | 1. | The Patent Holder is prepared to grant a <u>free of charge</u> license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document. |

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here* ☐ *if the Patent Holder's willingness to license is conditioned on <u>reciprocity</u> for the above document.*

> *Also mark here* ☐ *if the Patent Holder reserves the right to license on reasonable terms and conditions (but not <u>free of charge</u>) to applicants who are only willing to license their patent claims, whose use would be required to implement the above document, on reasonable terms and conditions (but not <u>free of charge</u>).*

☒ 2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here* ☒ *if the Patent Holder's willingness to license is conditioned on <u>reciprocity</u> for the above document.*

☐ 3. The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

- granted patent number or patent application number (if pending);

- an indication of which portions of the above document are affected;

- a description of the patent claims covering the above document.

<u>Free of charge</u>: The words "free of charge" do not mean that the Patent Holder is waiving all of its rights with respect to the essential patent. Rather, "free of charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, reciprocity, warranties, etc.

<u>Reciprocity</u>: As used herein, the word "reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its essential patent(s) or essential patent claim(s) for implementation of the same above document free of charge or under reasonable terms and conditions.

**Signature:**

| | |
|---|---|
| Patent Holder | **Motorola, Inc.** |
| Name of authorized person | **Jonathan Meyer** |
| Title of authorized person | **Senior Vice-President, Intellectual Property Licensing** |
| Signature | |
| Place, Date | **Schaumburg, IL, October 29, 2008** |

FORM: 1 March 2007

MOTM_WASH1823_0000053

| Patent Information (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE)) | | | | |
|---|---|---|---|---|
| No. | Status [granted/ pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
| 1 | Granted | US | 7,162,094 | Frequency Coefficient Scanning Paths For Digital Video Content |
| 2 | Granted | US | RE38564 | Motion Estimation And Compensation Of Video Object Planes For Interlaced Digital Video |
| 3 | Granted | US | 5,376,968 | Adaptive Compression Of Digital Video Data |

*NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.*

-----------

MOTM_WASH1823_ 000005

MOTM_WASH1823_ 000005

## Patent Statement and Licensing Declaration Form for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

  

### Patent Statement and Licensing Declaration
### for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 Chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statements@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |

| Patent Holder: | |
|---|---|
| Legal Name | Motorola, Inc |
| **Contact for license application:** | |
| Name & Department | Latonia Gordon, Intellectual Property and Licensing Dept. |
| Address | 1303 E. Algonquin Road, Schaumburg, IL 60196 |
| Tel. | +1 847-576-3055 |
| Fax | +1 847-538-3666 |
| E-mail | Latonia.Gordon@Motorola.com |
| URL (optional) | |

**Document type:**

☒ ITU-T Rec. (*)  ☐ ITU-R Rec. (*)  ☐ ISO Deliverable (*)  ☐ IEC Deliverable (*)

(please return the form to the relevant Organization)

☒ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (*)Number | H.264(2005)-update I.D Number:H.264-30 submitted December 19,2003 |
|---|---|
| (*)Title | Advanced Video Coding for Generic Audiovisual Services, |

MOTM_WASH1823_00000

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check one box only):

☐    1.    The Patent Holder is prepared to grant a free of charge license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here ☐ if the Patent Holder's willingness to license is conditioned on reciprocity for the above document.*

*Also mark here ☐ if the Patent Holder reserves the right to license on reasonable terms and conditions (but not free of charge) to applicants who are only willing to license their patent claims, whose use would be required to implement the above document, on reasonable terms and conditions (but not free of charge).*

☒    2.    The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here ☒ if the Patent Holder's willingness to license is conditioned on reciprocity for the above document.*

☐    3.    The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

-    granted patent number or patent application number (if pending);

-    an indication of which portions of the above document are affected;

-    a description of the patent claims covering the above document.

Free of charge: The words "free of charge" do not mean that the Patent Holder is waiving all of its rights with respect to the essential patent. Rather, "free of charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, reciprocity, warranties, etc.

Reciprocity: As used herein, the word "reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its essential patent(s) or essential patent claim(s) for implementation of the same above document free of charge or under reasonable terms and conditions.

**Signature:**

| | |
|---|---|
| Patent Holder | **Motorola, Inc.** |
| Name of authorized person | **Jonathan Meyer** |
| Title of authorized person | **Senior Vice-President, Intellectual Property Licensing** |
| Signature | *[signature]* |
| Place, Date | **Schaumburg, IL, October 29, 2008** |

FORM: 1 March 2007

MOTM_WASH1823_ 000005

**Patent Information** (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE))

| No. | Status [granted/ pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
|---|---|---|---|---|
| 1 | Granted | US | 6,807,317 | Method And Decoder System For Reducing Quantization Effects Of A Decoded Image |
| 2 | Granted | US | 6,836,514 | Method For The Detection And Recovery Of Errors In The Frame Overhead Of Digital Video Decoding Systems |
| 3 | | | | |

*NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.*

----------

MOTM_WASH1823_ 00000

MOTM_WASH1823_ 0000059

# Patent Statement and Licensing Declaration Form for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

  

## Patent Statement and Licensing Declaration
### for ITU-T/ITU-R Recommendation | ISO/IEC Deliverable

*This declaration does not represent an actual grant of a license*

Please return to the relevant organization(s) as instructed below per document type:

| Director | Director | Secretary-General | General Secretary |
|---|---|---|---|
| Telecommunication Standardization Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5853 Email: tsbdir@itu.int | Radiocommunication Bureau International Telecommunication Union Place des Nations CH-1211 Geneva 20, Switzerland Fax: +41 22 730 5785 Email: brmail@itu.int | International Organization for Standardization 1 Chemin de la Voie-Creuse CH-1211 Geneva 20 Switzerland Fax: +41 22 733 3430 Email: patent.statements@iso.org | International Electrotechnical Commission 3 rue de Varembé CH-1211 Geneva 20 Switzerland Fax: +41 22 919 0300 Email: inmail@iec.ch |

| Patent Holder: | |
|---|---|
| Legal Name | Motorola, Inc |

| Contact for license application: | |
|---|---|
| Name & Department | Latonia Gordon, Intellectual Property and Licensing Dept. |
| Address | 1303 E. Algonquin Road, Schaumburg, IL 60196 |
| Tel. | +1 847-576-3055 |
| Fax | +1 847-538-3666 |
| E-mail | Latonia.Gordon@Motorola.com |
| URL (optional) | |

**Document type:**

☒ **ITU-T Rec. (\*)**  ☐ **ITU-R Rec. (\*)**  ☐ **ISO Deliverable (\*)**  ☐ **IEC Deliverable (\*)**

(please return the form to the relevant Organization)

☒ **Common text or twin text (ITU-T Rec. | ISO/IEC Deliverable (\*))** (for common text or twin text, please return the form to each of the three Organizations: ITU-T, ISO, IEC)

☐ **ISO/IEC Deliverable (\*)** (for ISO/IEC Deliverables, please return the form to both ISO and IEC)

| (\*)Number | H.264(2005)-update I.D Number:H.264-30 submitted December 19,2003 |
|---|---|
| (\*)Title | Advanced Video Coding for Generic Audiovisual Services, |

MOTM_WASH1823_00000

**Licensing declaration:**

The Patent Holder believes that it holds granted and/or pending applications for patents, the use of which would be required to implement the above document and hereby declares, in accordance with the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, that (check one box only):

☐     1.     The Patent Holder is prepared to grant a free of charge license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and under other reasonable terms and conditions to make, use, and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC.

*Also mark here* ☐ *if the Patent Holder's willingness to license is conditioned on reciprocity for the above document.*

> *Also mark here* ☐ *if the Patent Holder reserves the right to license on reasonable terms and conditions (but not free of charge) to applicants who are only willing to license their patent claims, whose use would be required to implement the above document, on reasonable terms and conditions (but not free of charge).*

☒     2.     The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document.

Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC.

*Also mark here* ☒ *if the Patent Holder's willingness to license is conditioned on reciprocity for the above document.*

☐     3.     The Patent Holder is unwilling to grant licenses in accordance with provisions of either 1 or 2 above.

In this case, the following information must be provided to ITU, and is strongly desired by ISO and IEC, as part of this declaration:

-   granted patent number or patent application number (if pending);
-   an indication of which portions of the above document are affected;
-   a description of the patent claims covering the above document.

Free of charge: The words "free of charge" do not mean that the Patent Holder is waiving all of its rights with respect to the essential patent. Rather, "free of charge" refers to the issue of monetary compensation; *i.e.*, that the Patent Holder will not seek any monetary compensation as part of the licensing arrangement (whether such compensation is called a royalty, a one-time licensing fee, etc.). However, while the Patent Holder in this situation is committing to not charging any monetary amount, the Patent Holder is still entitled to require that the implementer of the above document sign a license agreement that contains other reasonable terms and conditions such as those relating to governing law, field of use, reciprocity, warranties, etc.

Reciprocity: As used herein, the word "reciprocity" means that the Patent Holder shall only be required to license any prospective licensee if such prospective licensee will commit to license its essential patent(s) or essential patent claim(s) for implementation of the same above document free of charge or under reasonable terms and conditions.

**Signature:**

| | |
|---|---|
| Patent Holder | Motorola, Inc. |
| Name of authorized person | Jonathan Meyer |
| Title of authorized person | Senior Vice-President, Intellectual Property Licensing |
| Signature | *[signature]* |
| Place, Date | Schaumburg, IL, October 29, 2008 |

FORM: 1 March 2007

MOTM_WASH1823_ 000006

**Patent Information** (desired but not required for options 1 and 2; required in ITU for option 3 (NOTE))

| No. | Status [granted/ pending] | Country | Granted Patent Number or Application Number (if pending) | Title |
|-----|--------------------------|---------|---------------------------------------------------------|-------|
| 1 | Granted | US | 6,807,317 | Method And Decoder System For Reducing Quantization Effects Of A Decoded Image |
| 2 | Granted | US | 6,836,514 | Method For The Detection And Recovery Of Errors In The Frame Overhead Of Digital Video Decoding Systems |
| 3 | | | | |

*NOTE: For option 3, the additional minimum information that shall also be provided is listed in the option 3 box above.*

----------

MOTM_WASH1823_00000

MOTM_WASH1823_ 0000063

**DISCLAIMER:** This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-30 |
| **Patent holder/Organization:** | General Instrument Corp |
| **Main contact:** | Mr. Paul Bawel, Director, Law department |
| **Address:** | 101 Tournament Drive<br>Horsham, PA 19044<br>United States |
| **Tel. No.:** | +1 215 323 1907 |
| **Fax. No.:** | +1 215 323 1300 |
| **Declaration form version:** | 15 June 2002 (Common Text) |
| **Licensing declaration:** | Option 2_ The Patent Holder will grant a license to an unrestricted number of applicants on a worldwide, nondiscriminatory basis and on reasonable terms and conditions to use the patented material necessary in order to manufacture, use, and/or sell implementations of the above ITU-T Recommendation \| ISO/IEC International Standard. The patent Holder's willingness to license is conditioned on reciprocity for the above ITU-T Recommendation \| ISO/IEC International Standard. Negotiations of licenses are left to the parties concerned and are performed out side the ITU-T \| ISO/IEC. |

**Patent info:**

| |
|---|
| None |

| | |
|---|---|
| **ITU-T registration date:** | 2003-12-19 |
| **Statement declaration date:** | 2003-12-02 |
| **Statement remarks:** | (Note by TSB): General instrument corporation is a wholly owned subsidiary of Motorola. Motorola submitted the statement H264-91 on 2008-11-03 and the statement H264-101 on 2010-12-09 to provide updated information relative to this statement (see H264-91 and H262-101). |

MOTM_WASH1823_0000064

**DISCLAIMER:** This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| Patent ID | Rec No. | Organization | Patent | ITU registration date | Declaration Form | Licensing | Contact On File |
|---|---|---|---|---|---|---|---|
| None | H.264 (2005) Amd.3 | Motorola Inc. | | 2007-08-10 | 28 June 2006 (Individual, Common Text, General) | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO, or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-101-01 | H.264 | Motorola Mobility, Inc | 6987888 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-02 | H.264 | Motorola Mobility, Inc | 7421025 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-03 | H.264 | Motorola Mobility, Inc | 7310375 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-04 | H.264 | Motorola Mobility, Inc | 7310374 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-05 | H.264 | Motorola Mobility, Inc | 7310376 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-06 | H.264 | Motorola Mobility, Inc | 7310377 | 2010-12-09 | 1 March 2007 (Individual, | Option 2_The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a | Ray Warren, Law |

MOTM_WASH1823_ 0000065

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Common Text, General) | worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Department |
| H264-101-07 | H 264 | Motorola Mobility, Inc | 7477690 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-08 | H 264 | Motorola Mobility, Inc | 7817718 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-09 | H 264 | Motorola Mobility, Inc | 7769087 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-10 | H 264 | Motorola Mobility, Inc | 7660353 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-101-11 | H 264 | Motorola Mobility, Inc | 7162094 | 2010-12-09 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ray Warren, Law Department |
| H264-81-01 | H 264 | Motorola Inc. | 6005 980 | 2007-08-20 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-81-02 | H 264 | Motorola Inc. | 6 980 596 | 2007-08-20 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |

MOTM_WASH1823_ 0000066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | |
| H264-81-03 | H.264 | Motorola Inc. | 5235419 | 2007-08-20 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-91-01 | H.264 | Motorola Inc. | 7162094 | 2008-11-03 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-91-02 | H.264 | Motorola Inc. | RE 38564 | 2008-11-03 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-91-03 | H.264 | Motorola Inc. | 5 376 968 | 2008-11-03 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-91-04 | H.264 | Motorola Inc. | 6 807 317 | 2008-11-03 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| H264-91-05 | H.264 | Motorola Inc. | 6 836 514 | 2008-11-03 | 1 March 2007 (Individual, Common Text, General) | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |

MOTM_WASH1823_0000067

**DISCLAIMER:** This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-91 |
| **Patent holder/Organization:** | Motorola Inc. |
| **Main contact:** | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| **Address:** | 1303 E. Algonquin Road Schaumburg, IL 60196 United States |
| **Tel. No.:** | +1 847 576 3055 |
| **Fax. No.:** | +1 847 538 3666 |
| **Declaration form version:** | 1 March 2007 (Individual, Common Text, General) |
| **Licensing declaration:** | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. |

Patent info:

| Patent Number | Application Number | Country | Foreign Counterparts | Title | Status | TSB Remark | TSB Patent Id | TSB Old Patent Id |
|---|---|---|---|---|---|---|---|---|
| 7162094 | | US | | Frequency coefficient scanning paths for digital video content | Granted | | H264-91-01 | |
| RE 38564 | | US | | Motion estimation and compensation of video object planes for interlaced digital video | Granted | | H264-91-02 | |
| 5 376 | | US | | Adaptive | Granted | | H264- | |

MOTM_WASH1823_0000074

| 968 | | | | compression of digital video data | | 91-03 | |
|---|---|---|---|---|---|---|---|
| 6 807 317 | | US | | Method and decoder system for reducing quantization effects of a decoded image | Granted | H264-91-04 | |
| 6 836 514 | | US | | Method for the detection and recovery of errors in the frame overhead of digital video decoding systems | Granted | H264-91-05 | |

**ITU-T registration date:** 2008-11-03

**Statement declaration date:** 2008-10-29

**Statement remarks:** Motorola submitted this statement to provide updated information relative to their earlier statement in H.264-30 (submitted 2003-12-19).

MOTM_WASH1823_0000075

DISCLAIMER: This database is not certified to be either accurate or complete, but only reflects the information that has been communicated to ITU-T secretariat. The references to patents or patent applications have been included as notified to ITU-T secretariat. ITU-T secretariat has not verified the veracity or accuracy of such statements, nor the relevance of the identified patents or patent applications to ITU-T Recommendations.

| | |
|---|---|
| **Recommendation number:** | **T-REC-H.264** |
| **Statement Id:** | H264-81 |
| **Patent holder/Organization:** | Motorola Inc. |
| **Main contact:** | Ms. Latonia Gordon, Intellectual Property and Licensing Dept. |
| **Address:** | 1303 E. Algonquin Road Schaumburg, IL 60196 United States |
| **Tel. No.:** | +1 847 576 3055 |
| **Fax. No.:** | +1 847 538 3666 |
| **Declaration form version:** | 1 March 2007 (Individual, Common Text, General) |
| **Licensing declaration:** | Option 2_ The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to make, use and sell implementations of the above document. Negotiations are left to the parties concerned and are performed outside the ITU-T, ITU-R, ISO or IEC. The Patent Holder's willingness to license is conditioned on reciprocity for the above document. |

Patent info:

| Patent Number | Application Number | Country | Foreign Counterparts | Title | Status | TSB Remark | TSB Patent Id | TSB Old Patent Id |
|---|---|---|---|---|---|---|---|---|
| 6005 980 | | US | | Motion estimation and compensation of video object planes for interlaced digital video | Granted | | H264-81-01 | |
| 6 980 596 | | US | | Macroblock level adaptive frame/field coding for digital video content | Granted | | H264-81-02 | |

MOTM_WASH1823_ 0000076

| 5235419 | | US | | Adaptive motion compensation | Granted | | H264-81-03 | |
|---|---|---|---|---|---|---|---|---|

**ITU-T registration date:** 2007-08-20

**Statement declaration date:** 2007-08-10

**Statement remarks:** The statement provides the complementary information to the statment H264-30 submitted on 19 December 2003.

MOTM_WASH1823_0000077