The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. C10-1823-JLR |
| Plaintiff, | PRAECIPE |
| v. | |
| MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, | |
| Plaintiffs/Counterclaim Defendant, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant/Counterclaim Plaintiff. | |

PRAECIPE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4849-9873-5120.1

1  TO:   The Clerk of the Court; and,

2  TO:   All Counsel of Record

3        PLEASE TAKE NOTICE that Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a Rand Patent License Agreement to Be Determined *Ab Initio* by the Court (ECF No. 362 (Redacted); ECF No. 364 (Sealed)), dated July 18, 2012, inadvertently omitted the electronic signatures of Ralph H. Palumbo and K. Neill Taylor, Jr., on page 24. Motorola Mobility and General Instrument request that the Clerk and all counsel of record substitute page 24 with a corrected page which contains the electronic signatures of Messrs. Palumbo and Taylor for both the redacted and sealed versions of the partial summary judgment brief.

      DATED this 19th day of July, 2012.

      SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   MD W4-150
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   Phone:  858-404-3580
   Fax:  847-523-0727

PRAECIPE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4849-9873-5120.1

1  And by

2  Jesse J. Jenner (*pro hac vice*)
   Steven Pepe (*pro hac vice*)
3  Ropes & Gray LLP
   1211 Avenue of the Americas
4  New York, NY  10036-8704
   (212) 596-9046
5  *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
6
   James R. Batchelder (*pro hac vice*)
7  Norman H. Beamer (*pro hac vice*)
   Ropes & Gray LLP
8  1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
9  (650) 617-4030
   *james.batchelder@ropesgray.com*
10 *norman.beamer@ropesgray.com*

11 **Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument**
12 **Corporation**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PRAECIPE - 2                                    SUMMIT LAW GROUP PLLC
CASE NO. C10-1823-JLR                           315 FIFTH AVENUE SOUTH, SUITE 1000
                                                SEATTLE, WASHINGTON 98104-2682
                                                Telephone:  (206) 676-7000
                                                Fax:   (206) 676-7001

4849-9873-5120.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 19th day of July, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

PRAECIPE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4849-9873-5120.1