THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br> vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Danielson Harrigan Leyh & Tollefson LLP, has changed its name to Calfo Harrigan Leyh & Eakes, LLP, effective immediately.  Email addresses for counsel of record in this matter have changed to the addresses noted below:

  Arthur W. Harrigan, Jr.:  arthurh@calfoharrigan.com
  Christopher Wion:   chrisw@calfoharrigan.com
  Shane P. Cramer:   shanec@calfoharrigan.com

NOTICE OF FIRM NAME CHANGE - 1

1   The firm address, telephone number and fax number will remain the same.

2   DATED this 24th day of July, 2012.

3                   CALFO HARRIGAN LEYH & EAKES LLP

4

5              By  s/ Arthur W. Harrigan, Jr.
                 Arthur W. Harrigan, Jr., WSBA #1751

6                    Christopher Wion, WSBA #33207
                 Shane P. Cramer, WSBA #35099

7                    Counsel for Microsoft Corp.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF FIRM NAME CHANGE - 2

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 24th day of July, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081           _____ Messenger
Lynn M. Engel, WSBA #21934              _____ US Mail
Summit Law Group                        _____ Facsimile
315 Fifth Ave. South, Suite 1000        __X__ ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email: Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)            _____ Messenger
Jesse J. Jenner (*pro hac vice*)        _____ US Mail
Ropes & Gray LLP                        _____ Facsimile
1211 Avenue of the Americas             __X__ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)       _____ Messenger
Ropes & Gray LLP                        _____ US Mail
1900 University Avenue, 6th Floor  _____ Facsimile
East Palo Alto, CA  94303-2284          __X__ ECF
Telephone:  (650) 617-4030
Email: norman.beamer@ropesgray.com

NOTICE OF FIRM NAME CHANGE - 3

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 24th day of July, 2012.

                 s/ Linda Bledsoe_____
                 LINDA BLEDSOE

NOTICE OF FIRM NAME CHANGE - 4