THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendants. | Case No. C10-1823-JLR<br><br>**MICROSOFT'S RESPONSE TO MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 361)**<br><br>**NOTED:  July 27, 2012** |

Microsoft does not oppose Motorola's July 18, 2012 Motion to File Documents Under Seal Re Motorola's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined *Ab Initio* by the Court (Motorola's "Motion") (ECF No. 361).  Motorola's Motion seeks to file under seal:

MICROSOFT'S RESPONSE TO MOTOROLA'S
7-18-12 MOTION TO SEAL (ECF NO. 361) - 1

1.  Motorola's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined *Ab Initio* by the Court (ECF No. 364), and

2.  Exhibits 2-4, 6, 8-11, and 17 to the Declaration of Kevin Post in Support of Motorola's Motion for Partial Summary Judgment (ECF No. 363).

Microsoft does not oppose the sealing of any of these documents. In connection with previous motions filed by the parties, the Court previously has ordered Exhibits 2, 4, 6, and 8-11 to be sealed (*see* Motion at 4-7). Exhibit 17 is patent license agreement between Motorola and BenQ Corporation, which Motorola argues contains its confidential business information.

Exhibit 3 contains a confidential patent license agreement between Microsoft and Commonwealth Scientific and Industrial Research Organisation (CSIRO). Microsoft joins Motorola's request to maintain Exhibit 3 under seal on the basis that it contains confidential business and licensing information of Microsoft and third party CSIRO. Public disclosure of this information has the potential to lead to competitive harm to Microsoft and/or CSIRO. *Selling Source, LLC v. Red River Ventures, LLC*, 2011 U.S. Dist. LEXIS 49664, 18 (D. Nev. Apr. 29, 2011); *see also Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598, 98 S. Ct. 1306 (1978). Microsoft's interest in maintaining the confidentiality of its licensing agreement with CSIRO sharply outweighs any interest that the public, or Microsoft's competitors, may have in the contents of the agreement.

For these reasons, Microsoft does not oppose Motorola's Motion to Seal, and specifically requests that Exhibit 3 to the Post Declaration be sealed.

MICROSOFT'S RESPONSE TO MOTOROLA'S
7-18-12 MOTION TO SEAL (ECF NO. 361) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 DATED this 25th day of July, 2012.

2                     CALFO HARRIGAN LEYH & EAKES LLP

3

4 By s/ Arthur W. Harrigan, Jr._____
        Arthur W. Harrigan, Jr., WSBA #1751
5         Christopher Wion, WSBA #33207
        Shane P. Cramer, WSBA #35099
6

7 By  s/ T. Andrew Culbert_____
        T. Andrew Culbert
        David E. Killough
8         MICROSOFT CORPORATION
        1 Microsoft Way
9         Redmond, WA  98052
        Phone:  425-882-8080
10         Fax:  425-869-1327

11
        David T. Pritikin
12         Richard A. Cederoth
        Constantine L. Trela, Jr.
13         William H. Baumgartner, Jr.
        Ellen S. Robbins
14         Douglas I. Lewis
        David C. Giardina
15         John W. McBride
        David Greenfield
16
        SIDLEY AUSTIN LLP
17         One South Dearborn
        Chicago, IL  60603
18         Phone:  312-853-7000
        Fax:  312-853-7036
19

20         Carter G. Phillips
        Brian R. Nester
21
        SIDLEY AUSTIN LLP
22         1501 K Street NW
        Washington, DC  20005
23         Telephone:  202-736-8000
        Fax:  202-736-8711
24         Counsel for Microsoft Corp.

25

MICROSOFT'S RESPONSE TO MOTOROLA'S
7-18-12 MOTION TO SEAL (ECF NO. 361) - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 25th day of July, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT'S RESPONSE TO MOTOROLA'S
7-18-12 MOTION TO SEAL (ECF NO. 361) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

|  |  |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 25th day of July, 2012.

                                       s/ Linda Bledsoe_____
                                       LINDA BLEDSOE

MICROSOFT'S RESPONSE TO MOTOROLA'S
7-18-12 MOTION TO SEAL (ECF NO. 361)  - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717