The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                                    Plaintiff,<br><br>          v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                                    Defendants.<br><br>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>          Plaintiffs/Counterclaim Defendant,<br><br>          v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 27, 2012** |

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTOROLA MOBILITY'S AND GENERAL
INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY
JUDGMENT
CASE NO. C10-1823-JLR

4851-9430-2992.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    Because Motorola Mobility, Inc. and General Instrument Corporation (collectively,

2    "Motorola")[1] meet the standards for sealing as discussed in the moving brief (ECF No. 361), and

3    because Microsoft does not oppose Motorola's Motion to File Documents Under Seal in Support

4    of the Motion for Partial Summary Judgment (*id.*), and offers additional support why documents

5    should be sealed (ECF No. 368), Motorola respectfully requests that the Court grant the Motion.

6        DATED this 27th day of July, 2012.

7                                            SUMMIT LAW GROUP PLLC

8                                            By */s/ Ralph H. Palumbo*
                                                Ralph H. Palumbo, WSBA #04751
9                                               Philip S. McCune, WSBA #21081
                                                Lynn M. Engel, WSBA #21934
10                                              *ralphp@summitlaw.com*
                                                *philm@summitlaw.com*
11                                              *lynne@summitlaw.com*

12                                           By */s/ K. McNeill Taylor, Jr.*
                                                K. McNeill Taylor, Jr.
13                                              MOTOROLA MOBILITY, INC.
                                                MD W4-150
14                                              600 North U.S. Highway 45
                                                Libertyville, IL  60048-1286
15                                              Phone:  858-404-3580
                                                Fax:  847-523-0727
16

17                                           And by

18                                              Steven Pepe (*pro hac vice*)
                                                Jesse J. Jenner (*pro hac vice*)
19                                              Ropes & Gray LLP
                                                1211 Avenue of the Americas
20                                              New York, NY  10036-8704
                                                (212) 596-9046
21                                              *steven.pepe@ropesgray.com*
                                                *jesse.jenner@ropesgray.com*

22

23

24

25

26    [1] Motorola Solutions, Inc., which is now independent from Motorola Mobility and General Instrument, takes no
      position on the issues raised in the Motion for Partial Summary Judgment (ECF No. 362).

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTOROLA MOBILITY'S AND GENERAL
INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER
SEAL IN SUPPORT OF THE MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR
4851-9430-2992.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTOROLA MOBILITY'S AND GENERAL
INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER
SEAL IN SUPPORT OF THE MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

4851-9430-2992.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Danielson, Harrigan, Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 27th day of July, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR
4851-9430-2992.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001