The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>NOTICE OF CHANGE OF ADDRESS OF INDIVIDUAL ATTORNEY |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

NOTICE OF CHANGE OF ADDRESS OF INDIVIDUAL ATTORNEY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4812-6973-0576.1

1  PLEASE TAKE NOTICE that effective immediately, Kevin J. Post has changed office
2  locations within Ropes & Gray LLP.  Kevin Post's current contact information is as follows:

3
        Kevin J. Post, Esq.
        Ropes & Gray LLP
4         1211 Avenue of the Americas
        New York, NY  10036-8704
5         (212) 596-9000
        *kevin.post@ropesgray.com*
6

7  DATED this 31st day of July, 2012.

8         SUMMIT LAW GROUP PLLC

9         By */s/ Philip S. McCune*
10            Ralph H. Palumbo, WSBA #04751
           Philip S. McCune, WSBA #21081
11            Lynn M. Engel, WSBA #21934
           *ralphp@summitlaw.com*
12            *philm@summitlaw.com*
           *lynne@summitlaw.com*
13
        And by
14
           Steven Pepe (*pro hac vice*)
15            Jesse J. Jenner (*pro hac vice*)
           Kevin J. Post (*pro hac vice*)
16            Stuart W. Yothers (*pro hac vice*)
           Ropes & Gray LLP
17            1211 Avenue of the Americas
           New York, NY  10036-8704
18            (212) 596-9000
           *steven.pepe@ropesgray.com*
19            *jesse.jenner@ropesgray.com*
           *kevin.post@ropesgray.com*
20            *stuart.yothers@ropesgray.com*

21            Norman H. Beamer (*pro hac vice*)
           Gabrielle E. Higgins (*pro hac vice*)
22            James R. Betchelder (*pro hac vice*)
           Ropes & Gray LLP
23            1900 University Avenue, 6th Floor
           East Palo Alto, CA  94303-2284
24            (650) 617-4000
           *norman.beamer@ropesgray.com*
25            *gabrielle.higgins@ropesgray.com*
           *james.batchelder@ropesgray.com*
26

NOTICE OF CHANGE OF ADDRESS OF INDIVIDUAL
ATTORNEY - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4812-6973-0576.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Paul M. Schoenhard (*pro hac vice*)
Amanda F. Wieker (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4600
*paul.schoenhard.@ropesgray.com*
*amenda.wieker@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

NOTICE OF CHANGE OF ADDRESS OF INDIVIDUAL
ATTORNEY - 2
CASE NO. C10-1823-JLR

4812-6973-0576.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 31st day of July, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

NOTICE OF CHANGE OF ADDRESS OF INDIVIDUAL
ATTORNEY - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4812-6973-0576.1