HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 8/6/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, August 17, 2012** |

THIS MATTER comes before the Court on Microsoft's 8/6/12 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 8/6//12 Motion to Seal is GRANTED. The following shall be maintained under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 1

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1)  The unredacted, full version of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined *Ab Initio* by the Court ("Microsoft's Opposition to Motorola's PSJ Motion"); and

(2)  Exhibit 12 to the Declaration of Christopher Wion in Support of Microsoft's Opposition to Motorola's PSJ Motion (the "8/6/12 Wion Declaration").

DONE IN OPEN COURT this ___ day of August, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By     s/Arthur W. Harrigan, Jr.
  Arthur W. Harrigan, Jr., WSBA #1751
  Christopher Wion, WSBA #33207
  Shane P. Cramer, WSBA #35099

  T. Andrew Culbert
  David T. Pritikin
  Richard A. Cederoth
  Constantine L. Trela, Jr.
  William H. Baumgartner, Jr.
  Ellen S. Robbins
  Douglas I. Lewis
  David C. Giardina
  John W. McBride
  David Greenfield

  SIDLEY AUSTIN LLP
  One South Dearborn
  Chicago, IL  60603
  Phone:  312-853-7000
  Fax:  312-853-7036

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 2

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Carter G. Phillips
   Brian R. Nester
2
   SIDLEY AUSTIN LLP
3  1501 K Street NW
   Washington, DC  20005
4  Telephone:  202-736-8000
   Fax:  202-736-8711
5
   Counsel for Microsoft Corp.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING       C10-1823
MICROSOFT'S 8/6/12 MOTION SEAL - 3

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 6th day of August, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF/Email |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF/Email |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF/Email |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 4

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) <br> Ropes & Gray LLP <br> One Metro Center <br> 700 12th Street NW, Suite 900 <br> Washington, DC  20005-3948 <br> Telephone:  (202) 508-4693 <br> Email: Paul.schoenhard@ropesgray.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF/Email |

DATED this 6th day of August, 2012.

          s/Linda Bledsoe
LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 5

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717