THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING MICROSOFT'S CLAIM FOR A RAND PATENT LICENSE AGREEMENT TO BE DETERMINED *AB INITIO* BY THE COURT<br><br>**NOTED: FRIDAY AUGUST 10, 2012** |

I, Christopher Wion, hereby declare as follows:

1.　　I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.　　Attached hereto as Exhibit 1 is a true and correct copy of the Defendants-Appellants' Motion for Further Expedition of Appeal of Preliminary Injunction, by Waiving

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Oral Argument and Requesting Immediate Submission for Disposition on the Merits, Dkt. No. 32 in Case No. 12-35352 (U.S. Court of Appeals for the Ninth Circuit July 25, 2012)

3. Attached hereto as Exhibit 2 is a true and correct copy of the Federal Trade Commission's Statement on the Public Interest in the matter of *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Investigation No. 37-TA-752 (June 6, 2012).

4. Attached hereto as Exhibit 3 is a true and correct copy of Senator Mike Lee's letter to the Honorable Deanna Okun Re: *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof,* Investigation No 377-TA-752 and *Certain Wireless Communication Devices, Portable Music and Data Processing Devices, Computers, and Components Thereof,* Investigation No 377-TA-745 (June 19, 2012).

5. Attached hereto as Exhibit 4 is a true and correct copy of Chairman Lamar Smith's letter to the Honorable Deanna Okun Re: *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No 377-TA-752 (June 7, 2012).

6. Attached hereto as Exhibit 5 is a true and correct copy of Congressman Darrell E. Issa's letter to the Honorable Deanna Okun Re: *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 8, 2012).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Statement Regarding the Public Interest by Non-Party Intel Corporation in the Matter of *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 8, 2012).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Statement Regarding the Public Interest by Non-Party Nokia in the Matter of *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 8, 2012).

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

9.  Attached hereto as Exhibit 8 is a true and correct copy of the Statement Regarding the Public Interest by Non-Party IBM in the Matter of *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 13, 2012).

10. Attached hereto as Exhibit 9 is a true and correct copy of the Statement Regarding the Public Interest by Non-Party Hewlett-Packard Company in the Matter of *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 6, 2012).

11. Attached hereto as Exhibit 10 is a true and correct copy of the Statement Regarding the Public Interest by Non-Party Cisco Systems, Inc. in the Matter of *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 8, 2012).

12. Attached hereto as Exhibit 11 is a true and correct copy of the Statement Regarding the Public Interest by Non-Party Apple, Inc. in the Matter of *Certain Gaming Entertainment Consoles, Related Software, and Components Thereof* Investigation No. 337-TA-752 (June 8, 2012).

13. Attached hereto as Exhibit 12 (and filed under seal) is a true and correct excerpt from the Expert Report of Charles R. Donohoe, Case No. C10-1823-JLR (July 24, 2012).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 6th day of August, 2012 in Seattle, Washington.

_____
CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 6TH day of August, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751  
Philip S. McCune, WSBA #21081  
Lynn M. Engel, WSBA #21934  
Summit Law Group  
315 Fifth Ave. South, Suite 1000  
Seattle, WA 98104-2682  
Telephone: 206-676-7000  
Email: Summit1823@summitlaw.com

____ Messenger  
____ US Mail  
____ Facsimile  
__X__ ECF

Steven Pepe (*pro hac vice*)  
Jesse J. Jenner (*pro hac vice*)  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9046  
Email: steven.pepe@ropesgray.com  
Email: jesse.jenner@ropesgray.com

____ Messenger  
____ US Mail  
____ Facsimile  
__X__ ECF

Norman H. Beamer (*pro hac vice*)  
Ropes & Gray LLP  
1900 University Avenue, 6th Floor  
East Palo Alto, CA 94303-2284  
Telephone: (650) 617-4030  
Email: norman.beamer@ropesgray.com

____ Messenger  
____ US Mail  
____ Facsimile  
__X__ ECF

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |

DATED this 6th day of August, 2012.

s/ Linda Bledsoe
LINDA BLEDSOE

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 5

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717