HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, <br><br> Defendants. | No. C10-1823-JLR <br><br> AGREED MOTION TO SET/RE-SET PRE-TRIAL DEADLINES AND (PROPOSED) ORDER <br><br> **NOTE ON MOTION CALENDAR:** <br> **Tuesday, August 14, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, <br><br> Plaintiffs/Counterclaim Defendant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | |

AGREED MOTION TO SET/RE-SET
PRE-TRIAL DEADLINES AND
(PROPOSED) ORDER

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Microsoft Corporation ("Microsoft") and Motorola Mobility, Inc. ("Motorola Mobility") and General Instrument Corporation ("General Instrument") (collectively, "Motorola") respectfully submit this joint request to set/re-set certain pretrial deadlines.

The purpose of this Agreed Motion is to clarify the current schedule outlined in the Court's June 18, 2012 Minute Entry (Dkt. No. 346) by: (1) setting an agreed briefing schedule for *Daubert* motions; (2) clarifying the relevant deadlines for *motions in limine* (calculated pursuant to Local Civil Rule 7(d)(4)); and (3) setting a deadline for the parties' submission of trial briefs. These proposed clarifications are set forth in the table below, which compares the current dates established in accordance with the Court's Minute Entry with the parties' proposed dates[1]:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline for filing dispositive motions[2] | **8/16** | |
| Close of expert discovery | **8/22** | |
| Deadline for filing non-dispositive motions (other than *Daubert* motions and *motions in limine*) | **8/23** | |
| Deadline to file *Daubert* motions (one motion per side, limited to 24 pages) | -- | 9/7 |
| Deadline for all motions to be fully briefed and noted on the motion calendar (other than *Daubert* motions and *motions in limine*) | **9/10** | |
| Deadline to file oppositions to *Daubert* motions (24 pages per side) | -- | 9/14 |

---

[1] Where the current date is identical to the proposed date, that date is listed only once.

[2] This deadline is included for completeness only; neither party intends to file any additional dispositive motions.

AGREED MOTION TO SET/RE-SET
PRE-TRIAL DEADLINES AND
(PROPOSED) ORDER - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Deadline to file replies to *Daubert* motions (12 pages per side) | -- | 9/21 |
| Microsoft to serve pretrial statement | | **9/24** |
| Motorola to serve pretrial statement | | **10/4** |
| Deadline to file *motions in limine* | -- | 10/11 |
| Deadline to file oppositions to *motions in limine* | -- | 10/22 |
| Pretrial order to be filed | | **10/24** |
| Last day to note *motions in limine* | -- | 10/26 |
| Pretrial conference | | **10/29** |
| Trial briefs due | -- | 11/6 |
| Trial | | **11/13** |

These requested clarifications are not expected to cause any unnecessary delay or create any undue burden for the Court. Accordingly, the parties jointly request that the Court adopt the parties' proposed schedule.

DATED this 14th day of August, 2012.

**AGREED AND STIPULATED TO:**

CALFO HARRIGAN LEYH & EAKES LLP          SUMMIT LAW GROUP PLLC


By   /s/ Christopher Wion                               By   /s/ Philip S. McCune
    Arthur W. Harrigan, Jr., WSBA #1751            Ralph Palumbo, WSBA #4751
    Christopher Wion, WSBA #33207                  Philip S. McCune, WSBA #21081
    Shane P. Cramer, WSBA #35099                   Lynn M. Engel, WSBA #21934
                                                   *philm@summitlaw.com*
T. Andrew Culbert, WSBA #35925                         *lynne@summitlaw.com*
David E. Killough, WSBA #21119
MICROSOFT CORPORATION                                  Steven Pepe (*pro hac vice*)
1 Microsoft Way                                        Jesse J. Jenner (*pro hac vice*)
Redmond, WA 98052                                      Stuart W. Yothers (*pro hac vice*)
Phone: 425-882-8080                                    Kevin J. Post (*pro hac vice*)

AGREED MOTION TO SET/RE-SET
PRE-TRIAL DEADLINES AND
(PROPOSED) ORDER - 2

| | |
|---|---|
| Fax:  425-869-1327 | Ropes & Gray LLP |
| | 1211 Avenue of the Americas |
| David T. Pritikin, *(pro hac vice)* | New York, NY  10036-8704 |
| Richard A. Cederoth, *(pro hac vice)* | (212) 596-9046 |
| Ellen Robbins, *(pro hac vice)* | steven.pepe@ropesgray.com |
| Douglas I. Lewis, *(pro hac vice)* | jesse.jenner@ropesgray.com |
| John W. McBride, *(pro hac vice)* | stuart.yothers@ropesgray.com |
| SIDLEY AUSTIN LLP | |
| One South Dearborn | Norman H. Beamer (*pro hac vice*) |
| Chicago, IL  60603 | Gabrielle E. Higgins (*pro hac vice*) |
| Phone:  312-853-7000 | Ropes & Gray LLP |
| Fax:  312-853-7036 | 1900 University Avenue, 6th Floor |
| | East Palo Alto, CA  94303-2284 |
| Brian R. Nester, *(pro hac vice)* | (650) 617-4030 |
| Kevin C. Wheeler, *(pro hac vice)* | norman.beamer@ropesgray.com |
| SIDLEY AUSTIN LLP | gabrielle.higgins@ropesgray.com |
| 1501 K Street NW | |
| Washington, DC  20005 | Paul M. Schoenhard (*pro hac vice*) |
| Telephone:  202-736-8000 | Ropes & Gray LLP |
| Fax:  202-736-8711 | One Metro Center |
| | 700 12th Street NW, Suite 900 |
| **Counsel for Microsoft Corp.** | Washington, DC  20005-3948 |
| | (202) 508-4693 |
| | paul.schoenhard.@ropesgray.com |
| | kevin.post@ropesgray.com |
| | |
| | **Counsel for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument, Corp.** |

**IT IS SO ORDERED**

DONE IN OPEN COURT this __ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

AGREED MOTION TO SET/RE-SET
PRE-TRIAL DEADLINES AND
(PROPOSED) ORDER - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717