The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 8/6/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 17, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　Plaintiffs/Counterclaim Defendant,<br><br>　　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　Defendant/Counterclaim Plaintiff. | |

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 8/6/12
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4815-4383-0544.1

## I. INTRODUCTION

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola") do not oppose Microsoft's 8/6/12 Motion to File Documents Under Seal (Dkt. No. 372) regarding the following documents:

- Exhibit 12 (Dkt. No. 376) to the Declaration of Christopher Wion in Support of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined *Ab Initio* by the Court ("8/6/12 Wion Declaration") (Dkt. No. 375); and

- Limited portions of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined *Ab Initio* by the Court (Dkt. No. 376).

As Microsoft points out, Exhibit 12 to the 8/6/12 Wion Declaration, which is an excerpt from the Expert Report of Charles R. Donohoe, both contains confidential information and includes extensive references to the Expert Report of Michael J. Dansky, which itself contains confidential information. Disclosure of this non-public and commercially sensitive information about the parties' products would have the potential to lead to competitive harm. Exhibit 12 should therefore be sealed in its entirety. For the same reasons, those portions of Microsoft's Opposition that refer to the confidential information contained in Exhibit 12 should be sealed.

Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's designation of material as Confidential Business Information in accordance with the terms of the Protective Order entered on July 21, 2011 (Dkt. No. 72). Defendants expressly reserve the right to do so as the circumstances warrant.

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 8/6/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4815-4383-0544.1

DATED this 14th day of August, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    Phone:  858-404-3580
    Fax:  847-523-0727

And by

    Steven Pepe (*pro hac vice*)
    Jesse J. Jenner (*pro hac vice*)
    Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY  10036-8704
    (212) 596-9046
    *steven.pepe@ropesgray.com*
    *jesse.jenner@ropesgray.com*
    *kevin.post@ropesgray.com*

    Norman H. Beamer (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *norman.beamer@ropesgray.com*

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 8/6/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4815-4383-0544.1

1
2
3
4
5
6

          Paul M. Schoenhard (*pro hac vice*
          Ropes & Gray LLP
          One Metro Center
          700 12th Street NW, Suite 900
          Washington, DC  20005-3948
          (202) 508-4693
          *paul.schoenhard.@ropesgray.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 8/6/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4815-4383-0544.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Danielson, Harrigan, Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this DATED this 14th day of August, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley