HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　　Defendants. | No. C10-1823-JLR<br><br>REVISED AGREED MOTION TO SET/RE-SET PRE-TRIAL DEADLINES AND (PROPOSED) ORDER<br><br>**NOTE ON MOTION CALENDAR:<br>Thursday, August 16, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　Plaintiffs/Counterclaim Defendant,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　Defendant/Counterclaim Plaintiff. | |

REVISED AGREED MOTION TO
SET/RE-SET PRE-TRIAL DEADLINES
AND (PROPOSED) ORDER

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   Microsoft Corporation ("Microsoft") and Motorola Mobility, Inc. ("Motorola
2   Mobility") and General Instrument Corporation ("General Instrument") (collectively,
3   "Motorola") respectfully submit this joint request to set/re-set certain pretrial deadlines.
4   The parties hereby withdraw their Agreed Motion to Set/Re-Set Pre-Trial Deadlines
5   filed on Tuesday, August 14, (Dkt. No. 379) based on a concern that the parties' proposed
6   briefing schedule for *Daubert* motions failed to provide the Court adequate time to consider
7   those motions.
8   The purpose of this Revised Agreed Motion is to clarify the current schedule outlined
9   in the Court's June 18, 2012 Minute Entry (Dkt. No. 346) by: (1) setting an agreed briefing
10  schedule for *Daubert* motions (with opening and responsive briefs limited to 24 pages per side,
11  and reply briefs limited to 12 pages per side[1]), which will cause all *Daubert* motions to be
12  noted by the Court's September 10, 2012 deadline for substantive motions to be fully briefed;
13  (2) clarifying the relevant deadlines for *motions in limine* (calculated pursuant to Local Civil
14  Rule 7(d)(4)); and (3) setting a deadline for the parties' submission of trial briefs. These
15  proposed clarifications are set forth in the table below, which compares the current dates
16  established in accordance with the Court's Minute Entry with the parties' proposed dates[2]:

---

[1] The parties are requesting additional pages because each *Daubert* motion is expected to be directed at multiple experts. However, a number of expert-specific arguments are likely to revolve around broader themes. The parties therefore believe that addressing all issues in a single overlength motion, rather than multiple motions, would be more efficient both for the parties and the Court, resulting in fewer total pages of briefing and in *Daubert* briefs that consolidate the issues, instead of presenting them piecemeal.

[2] Where the current date is identical to the proposed date, that date is listed only once.

AGREED MOTION TO SET/RE-SET PRE-TRIAL
DEADLINES AND (PROPOSED) ORDER - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline for filing dispositive motions[3] | **8/16** ||
| Close of expert discovery | **8/22** ||
| Deadline for filing non-dispositive motions (other than *Daubert* motions and *motions in limine*) | **8/23** ||
| Deadline to file *Daubert* motions (one motion per side, limited to 24 pages) | 8/23 | 8/27 |
| Deadline to file oppositions to *Daubert* motions (24 pages per side) | -- | 9/5 (noon) |
| Deadline to file replies to *Daubert* motions (12 pages per side) | -- | 9/10 |
| Deadline for all motions to be fully briefed and noted on the motion calendar (other than *motions in limine*) | **9/10** ||
| Microsoft to serve pretrial statement | **9/24** ||
| Motorola to serve pretrial statement | **10/4** ||
| Deadline to file *motions in limine* | -- | 10/11 |
| Deadline to file oppositions to *motions in limine* | -- | 10/22 |
| Pretrial order to be filed | **10/24** ||
| Last day to note *motions in limine* | -- | 10/26 |
| Pretrial conference | **10/29** ||
| Trial briefs due | -- | 11/6 |
| Trial | **11/13** ||

---

[3] This deadline is included for completeness only; neither party intends to file any additional dispositive motions.

AGREED MOTION TO SET/RE-SET PRE-TRIAL
DEADLINES AND (PROPOSED) ORDER - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  These requested clarifications are not expected to cause any unnecessary delay or create
2  any undue burden for the Court.  In particular, they comport with the Court's existing deadline
3  of September 10 for substantive "motions to be fully briefed and noted."  Accordingly, the
4  parties jointly request that the Court adopt the parties' revised proposed schedule, set forth
5  above.

6  DATED this 16th day of August, 2012.

**AGREED AND STIPULATED TO:**

CALFO HARRIGAN LEYH & EAKES LLP       SUMMIT LAW GROUP PLLC


By     /s/ Christopher Wion                    By     /s/ Philip S. McCune
       Arthur W. Harrigan, Jr., WSBA #1751            Ralph Palumbo, WSBA #4751
       Christopher Wion, WSBA #33207                  Philip S. McCune, WSBA #21081
       Shane P. Cramer, WSBA #35099                   Lynn M. Engel, WSBA #21934
                                                      philm@summitlaw.com
T. Andrew Culbert, WSBA #35925                        lynne@summitlaw.com
David E. Killough, WSBA #21119
MICROSOFT CORPORATION                   Steven Pepe (*pro hac vice*)
1 Microsoft Way                         Jesse J. Jenner (*pro hac vice*)
Redmond, WA  98052                      Stuart W. Yothers (*pro hac vice*)
Phone:  425-882-8080                    Kevin J. Post (*pro hac vice*)
Fax:  425-869-1327                      Ropes & Gray LLP
                                        1211 Avenue of the Americas
David T. Pritikin, (*pro hac vice*)     New York, NY  10036-8704
Richard A. Cederoth, (*pro hac vice*)   (212) 596-9046
Ellen Robbins, (*pro hac vice*)         steven.pepe@ropesgray.com
Douglas I. Lewis, (*pro hac vice*)      jesse.jenner@ropesgray.com
John W. McBride, (*pro hac vice*)       stuart.yothers@ropesgray.com
SIDLEY AUSTIN LLP
One South Dearborn                      Norman H. Beamer (*pro hac vice*)
Chicago, IL  60603                      Gabrielle E. Higgins (*pro hac vice*)
Phone:  312-853-7000                    Ropes & Gray LLP
Fax:  312-853-7036                      1900 University Avenue, 6th Floor
                                        East Palo Alto, CA  94303-2284
                                        (650) 617-4030
                                        norman.beamer@ropesgray.com
                                        gabrielle.higgins@ropesgray.com

AGREED MOTION TO SET/RE-SET PRE-TRIAL
DEADLINES AND (PROPOSED) ORDER - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Brian R. Nester, *(pro hac vice)*<br>Kevin C. Wheeler, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC  20005<br>Telephone:  202-736-8000<br>Fax:  202-736-8711<br><br>**Counsel for Microsoft Corp.** | Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>(202) 508-4693<br>*paul.schoenhard.@ropesgray.com*<br>*kevin.post@ropesgray.com*<br><br>**Counsel for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument, Corp.** |

**IT IS SO ORDERED**

DONE IN OPEN COURT this __ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

AGREED MOTION TO SET/RE-SET PRE-TRIAL
DEADLINES AND (PROPOSED) ORDER - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717