THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS 8/6/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, August 17, 2012** |

For the reasons set forth in Microsoft's August 6, 2012 Motion to File Documents Under Seal (ECF No. 372), and because Motorola does not oppose Microsoft's motion (s*ee* ECF No. 380), Microsoft respectfully requests that the Court grant its motion to seal.

MICROSOFT'S REPLY IN SUPPORT OF ITS
8/6/12 MOTION TO SEAL - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1     DATED this 17th day of August, 2012.

2                           CALFO HARRIGAN LEYH & EAKES LLP

3            By    */s/ Arthur W. Harrigan, Jr.*
4                  Arthur W. Harrigan, Jr., WSBA #1751
                  Christopher Wion, WSBA #33207
5                  Shane P. Cramer, WSBA #35099

6            By    */s/ T. Andrew Culbert*
7                  T. Andrew Culbert
                 David E. Killough
8                  MICROSOFT CORPORATION
                 1 Microsoft Way
9                  Redmond, WA  98052
                 Phone: 425-882-8080
10                 Fax: 425-869-1327

11                 David T. Pritikin
                 Richard A. Cederoth
12                 Constantine L. Trela, Jr.
                 William H. Baumgartner, Jr.
13                 Ellen S. Robbins
                 Douglas I. Lewis
14                 David C. Giardina
                 John W. McBride
15                 David Greenfield

16                 SIDLEY AUSTIN LLP
17                 One South Dearborn
                 Chicago, IL  60603
18                 Phone: 312-853-7000
                 Fax: 312-853-7036
19

20                 Carter G. Phillips
                 Brian R. Nester
21
                 SIDLEY AUSTIN LLP
22                 1501 K Street NW
                 Washington, DC  20005
23                 Telephone: 202-736-8000
                 Fax: 202-736-8711
24
                 Counsel for Microsoft Corp.
25

MICROSOFT'S REPLY IN SUPPORT OF ITS
8/6/12 MOTION TO SEAL - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Susan Camicia, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On August 17, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | \_\_X\_\_ Email |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | \_\_X\_\_ Email |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | \_\_X\_\_ Email |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT'S REPLY IN SUPPORT OF ITS
8/6/12 MOTION TO SEAL **-** 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4

Paul M. Schoenhard (*pro hac vice*)  
Ropes & Gray LLP  
One Metro Center  
700 12th Street NW, Suite 900  
Washington, DC  20005-3948  
Telephone:  (202) 508-4693  
Email: Paul.schoenhard@ropesgray.com

_____ Messenger  
_____ US Mail  
_____ Facsimile  
\_\_X\_\_\_ Email

5

DATED this 17th day of August, 2012.

6
7
8

/s/ Susan Camicia_____  
Susan Camicia

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MICROSOFT'S REPLY IN SUPPORT OF ITS  
8/6/12 MOTION TO SEAL **-** 4

LAW OFFICES  
**CALFO HARRIGAN LEYH & EAKES LLP**  
999 THIRD AVENUE, SUITE 4400  
SEATTLE, WASHINGTON 98104  
TEL, (206) 623-1700   FAX, (206) 623-8717