FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 20 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 27, 2012** |

10-CV-01823-PET

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    THIS MATTER having come before the Court on Motorola Mobility's and General
2  Instrument's Motion[1] to File Documents Under Seal in Support of the Motion for Partial Summary
3  Judgment and the Court having reviewed the pleadings and evidence presented and on file in this
4  case, and being otherwise fully advised as to the issues presented, the Court hereby:

5    ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
6  seal:

7    1.    Motorola Mobility's and General Instrument's Motion for Partial Summary
            Judgment; and
8
9    2.    Exhibits 2-4, 6, 8-11, and 17 to the Declaration of Kevin J. Post.

*Docket Number 364 shall remain under seal.*

IT IS SO ORDERED.

DATED this 28th day of August, 2012.

                                    _____
                                    THE HONORABLE JAMES L. ROBART
                                    UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

---

[1] Motorola Solutions, Inc., which is now independent from Motorola Mobility and General Instrument, takes no position on the issues raised in the Motion for Partial Summary Judgment.

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  By /s/ K. McNeill Taylor, Jr.
   K. McNeill Taylor, Jr.
2  MOTOROLA MOBILITY, INC.
   MD W4-150
3  600 North U.S. Highway 45
   Libertyville, IL 60048-1286
4  Phone: 858-404-3580

5  And by

6
   Jesse J. Jenner (*pro hac vice*)
7  Steven Pepe (*pro hac vice*)
   Ropes & Gray LLP
8  1211 Avenue of the Americas
   New York, NY 10036-8704
9  (212) 596-9046
10 *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
11

12 James R. Batchelder (*pro hac vice*)
   Norman H. Beamer (*pro hac vice*)
13 Ropes & Gray LLP
   1900 University Avenue, 6th Floor
14 East Palo Alto, CA 94303-2284
   (650) 617-4030
15 *james.batchelder@ropesgray.com*
   *norman.beamer@ropesgray.com*
16

17 ***Attorneys for Defendants Motorola, Inc., Motorola***
   ***Mobility, Inc., and General Instrument Corporation***
18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 18th day of July, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION
FOR PARTIAL SUMMARY JUDGMENT [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001