FILED ____ENTERED
LODGED ____RECEIVED

AUG 20 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON    DEPUTY
BY

HONORABLE JAMES L. ROBART

10-CV-01823-PRAE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>MOTOROLA, INC., et al.,<br><br>                              Defendants. | No. C10-1823-JLR<br><br>~~[PROPOSED]~~ ORDER GRANTING MICROSOFT'S 8/6/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, August 17, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>MICROSOFT CORPORATION,<br><br>                              Defendant. | |

THIS MATTER comes before the Court on Microsoft's 8/6/12 Motion to Seal.  The

Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the

pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 8/6//12 Motion to Seal is GRANTED.  The following shall be maintained

under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 1

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1)     The unredacted, full version of Microsoft's Opposition to Motorola's Motion
        for Partial Summary Judgment Dismissing Microsoft's Claim for a RAND
        Patent License Agreement to be Determined *Ab Initio* by the Court
        ("Microsoft's Opposition to Motorola's PSJ Motion"); and

(2)     Exhibit 12 to the Declaration of Christopher Wion in Support of Microsoft's
        Opposition to Motorola's PSJ Motion (the "8/6/12 Wion Declaration").

Docket Numbers 374 and 376 shall remain under seal. *JLR*

DONE IN OPEN COURT this 20th day of August, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP


By ___ s/Arthur W. Harrigan, Jr. _____
        Arthur W. Harrigan, Jr., WSBA #1751
        Christopher Wion, WSBA #33207
        Shane P. Cramer, WSBA #35099

        T. Andrew Culbert
        David T. Pritikin
        Richard A. Cederoth
        Constantine L. Trela, Jr.
        William H. Baumgartner, Jr.
        Ellen S. Robbins
        Douglas I. Lewis
        David C. Giardina
        John W. McBride
        David Greenfield

        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL 60603
        Phone: 312-853-7000
        Fax: 312-853-7036

[PROPOSED] ORDER GRANTING                    C10-1823
MICROSOFT'S 8/6/12 MOTION SEAL - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

Carter G. Phillips
Brian R. Nester

2

SIDLEY AUSTIN LLP

3

1501 K Street NW
Washington, DC  20005

4

Telephone:  202-736-8000
Fax:  202-736-8711

5

Counsel for Microsoft Corp.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 3

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

    1.    I am over the age of 21 and not a party to this action.

    2.    On the 6th day of August, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
Summit Law Group
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104-2682
Telephone: 206-676-7000
Email: Summit1823@summitlaw.com

    _____ Messenger
    _____ US Mail
    _____ Facsimile
    __X__ ECF/Email

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com

    _____ Messenger
    _____ US Mail
    _____ Facsimile
    __X__ ECF/Email

Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4030
Email: norman.beamer@ropesgray.com

    _____ Messenger
    _____ US Mail
    _____ Facsimile
    __X__ ECF/Email

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/6/12 MOTION SEAL - 4

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Case 2:10-cv-01823-JLR Document 372-1 Filed 08/06/12 Page 5 of 5

1

2

3

4

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

|          | Messenger |
|----------|-----------|
|          | US Mail   |
|          | Facsimile |
|    X     | ECF/Email |

5        DATED this 6th day of August, 2012.

6

7
                                        s/Linda Bledsoe
8                                       LINDA BLEDSOE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING                C10-1823
MICROSOFT'S 8/6/12 MOTION SEAL - 5

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX, (206) 623-8717