UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | CASE NO. C10-1823JLR<br><br>ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

ORDER- 1

This matter comes before the court on the parties' agreed motion to set/re-set pre-trial deadlines in advance of the currently-scheduled November 13, 2012 trial. (Mot. (Dkt. # 381).) On June 14, 2012, the court set forth a schedule for the November 13 trial, including deadlines for fact and expert discovery and motion practice. The parties' agreed motion seeks to modify and add certain deadlines to the court's schedule and provides the court a proposed schedule for all deadlines leading up to trial. The court adopts in part, the parties' proposed schedule. Where the court declines to adopt the parties' proposed date, it does so to ensure that it has sufficient time to consider the parties' submissions. Accordingly, the court sets the following schedule for the November 13 trial:

| | |
|---|---|
| Deadline to file non-dispositive motions (other than *Daubert* motions and *motions in limine*): | August 23, 2012 |
| Deadline to file *Daubert* motions (one motion per side, limited to 24 pages): | August 27, 2012 |
| Deadline to file oppositions to *Daubert* motions (limited to 24 pages) | September 5, 2012 (12:00 PST) |
| Deadline to file replies to *Daubert* motions (limited to 12 pages) | September 10, 2012 |
| Deadline for all motions to be fully briefed and noted on the motion calendar (other than *motions in limine*) | September 10, 2012 |
| Microsoft to serve pretrial statement | September 24, 2012 |

ORDER- 2

| | | |
|---|---|---|
| 1 | Motorola to serve pretrial statement | October 4, 2012 |
| 2 | | |
| 3 | Deadline to file proposed findings of fact and conclusions of law | October 4, 2012 |
| 4 | | |
| 5 | Deadline to file *motions in limine* (limited to 6 per side) | October 4, 2012 |
| 6 | | |
| 7 | Deadline to file oppositions to *motions in limine* | October 15, 2012 |
| 8 | Deadline for m*otions in limine* to be noted on the motion calendar | October 19, 2012 |
| 9 | | |
| 10 | Pretrial order to filed | October 24, 2012 |
| 11 | | |
| 12 | Pretrial conference | October 29, 2012 at 2:00 p.m. |
| 13 | Deadline to file trial briefs | November 6, 2012 |
| 14 | | |
| 15 | Trial | November 13, 2012 at 9:00 a.m. |

16

17   //

18   //

19   //

20   //

21   //

22   //

ORDER- 3

1       Based on the foregoing, the court GRANTS in part and DENIES in part the

2 parties' agreed motion to set/re-set pre-trial deadlines (Dkt. # 381). Because the parties

3 have withdrawn their agreed motion to set/re-set pre-trial deadlines found at Docket

4 Number 379, the court STRIKES that motion (Dkt. # 379) from the docket.

5       Dated this 24th day of August, 2012.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 4