UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. C10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 23, 2012, counsel for Microsoft Corporation ("Microsoft") advised the court that it seeks to file a motion to amend the protective order entered in this case. The court GRANTS Microsoft permission to seek leave to amend the protective order. So that the court may fully evaluate Microsoft's motion for leave, Microsoft shall attach its proposed motion to amend the protective order to its motion for leave. Further, any motion seeking leave to amend the protective order shall be noted on the second Friday after filing.

Filed and entered this 24th day of August, 2012.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

- 2