1

The Honorable James L. Robart

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

MICROSOFT CORPORATION, a Washington corporation,

9

CASE NO. C10-1823-JLR

10

Plaintiff,

ORDER GRANTING MOTOROLA
MOBILITY'S AND GENERAL
INSTRUMENT'S DAUBERT MOTION
TO EXCLUDE CERTAIN TESTIMONY
OF PLAINTIFF'S EXPERTS DRS.
LYNDE, MURPHY, and SIMCOE
[PROPOSED]

11

v.

12

MOTOROLA, INC., and MOTOROLA
MOBILITY, INC., and GENERAL
INSTRUMENT CORPORATION,

13

14

Defendants.

**NOTED ON MOTION CALENDAR:**
**Monday, September 10, 2012**

15

16

MOTOROLA MOBILITY, INC., and
GENERAL INSTRUMENT CORPORATION,

17

18

Plaintiffs/Counterclaim Defendant,

19

v.

20

MICROSOFT CORPORATION,

21

Defendant/Counterclaim Plaintiff.

22

23

24

25

26

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    THIS MATTER having come before the Court on Motorola Mobility's and General

2  Instrument's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde,

3  Murphy, and Simcoe, and the Court having reviewed the papers and evidence submitted, and

4  being otherwise fully advised as to the issues presented, the Court hereby

5    ORDERS, ADJUDGES AND DECREES that Motorola Mobility's and General

6  Instrument's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde,

7  Murphy, and Simcoe is hereby GRANTED.

8    IT IS SO ORDERED.

9    DATED this _____ day of _____, 2012.

10

11
                                                    _____
                                                    THE HONORABLE JAMES L. ROBART
12                                                  UNITED STATES DISTRICT COURT JUDGE

13  *Presented by:*

14  SUMMIT LAW GROUP PLLC

15  By */s/ Ralph H. Palumbo*_____
        Ralph H. Palumbo, WSBA #04751
16      Philip S. McCune, WSBA #21081
        Lynn M. Engel, WSBA #21934
17      *ralphp@summitlaw.com*
        *philm@summitlaw.com*
18      *lynne@summitlaw.com*

19
    By */s/ K. McNeill Taylor, Jr.*_____
20      K. McNeill Taylor, Jr.
        MOTOROLA MOBILITY, INC.
21      MD W4-150
        600 North U.S. Highway 45
22      Libertyville, IL 60048-1286
        Phone: 858-404-3580
23

24

25

26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S DAUBERT MOTION TO
EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S
EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    And by

2        Jesse J. Jenner (*pro hac vice* )
         Steven Pepe (*pro hac vice* )
3        Kevin J. Post (*pro hac vice*)
         Ropes & Gray LLP
4        1211 Avenue of the Americas
         New York, NY  10036-8704
5        (212) 596-9046
         *jesse.jenner@ropesgray.com*
6        *steven.pepe@ropesgray.com*
         *kevin.post@ropesgray.com*
7
         James R. Batchelder (*pro hac vice*)
8        Norman H. Beamer (*pro hac vice* )
         Ropes & Gray LLP
9        1900 University Avenue, 6th Floor
         East Palo Alto, CA  94303-2284
10       (650) 617-4030
         *james.batchelder@ropesgray.com*
11       *norman.beamer@ropesgray.com*

12       Paul M. Schoenhard (*pro hac vice*
         Ropes & Gray LLP
13       One Metro Center
         700 12th Street NW, Suite 900
14       Washington, DC  20005-3948
         (202) 508-4693
15       *paul.schoenhard.@ropesgray.com*

16   ***Attorneys for Defendants Motorola, Inc., Motorola***
     ***Mobility, Inc., and General Instrument Corporation***
17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S DAUBERT MOTION TO
EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S
EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 2
CASE NO. C10-1823-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 27th day of August, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S DAUBERT MOTION TO
EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S
EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001