The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF THE DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE<br><br>**NOTED ON MOTION CALENDAR:**<br>**Monday, September 10, 2012** |

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
THE DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, SAMUEL L. BRENNER, declare as follows:

1. I am an associate at the law firm of Ropes & Gray LLP, counsel to counsel to Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the Commonwealth of Massachusetts and State of California.

2. I submit this declaration in support of Motorola Mobility's and General Instrument's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe, submitted concurrently herewith.

3. Attached as Exhibit 1 is a true and correct copy of a document entitled "Standards-Setting, IPR Policies and Stakeholder Considerations," by Amy Marasco, General Manger, Standards Strategy, Microsoft Corporation, bearing production numbers MOTM_WASH1823_0054850-64. This document was previously submitted to the Court as Exhibit 19 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

4. Attached as Exhibit 2 is a true and correct copy of a June 14, 2011 letter sent by David Heiner, Microsoft's Vice President and Deputy General Counsel, and Amy Marasco, Microsoft's General Manager, Standards Strategy and Policy, to the Federal Trade Commission's Office of the Secretary regarding Patent Standards Workshop, Project No. P11-1204, bearing production numbers MOTM_WASH1823_0053365-81. This document was previously submitted to the Court as Exhibit 20 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

5. Attached as Exhibit 3 is a true and correct copy of excerpts of the July 24, 2012 Expert Report of Kevin M. Murphy (filed under seal).

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the August 10, 2012 Rebuttal Expert Report of Kevin M. Murphy (filed under seal).

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
THE DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    7.    Attached as Exhibit 5 is a true and correct copy of excerpts of the July 24, 2012
2  Expert Report of Matthew R. Lynde, Ph.D., Pursuant to Rule 26(a)(2)(B) (filed under seal).
3    8.    Attached as Exhibit 6 is a true and correct copy of excerpts of the August 10, 2012
4  Rebuttal Report of Matthew R. Lynde, Ph.D., Pursuant to Rule 26(a)(2)(B) (filed under seal).
5    9.    Attached as Exhibit 7 is a true and correct copy of excerpts of the July 24, 2012
6  Expert Report of Professor Timothy S. Simcoe (filed under seal).
7    10.    Attached as Exhibit 8 is a true and correct copy of excerpts of the August 10, 2012
8  Rebuttal Report of Professor Timothy S. Simcoe (filed under seal).
9    11.    Attached as Exhibit 9 is a true and correct copy of selected pages from the
10  transcript of the deposition of David A. Heiner, which was taken under oath in Seattle, WA, on
11  March 28, 2012. This document was previously submitted to the Court as Exhibit 28 to the April
12  13, 2012 Second Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's
13  Motion for Partial Summary Judgment of Breach of Contract (Dkt. No. 273).
14    12.    Attached as Exhibit 10 is a true and correct copy of selected pages from the
15  transcript of the January 18, 2012 hearing held in *In The Matter of Certain Gaming and*
16  *Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752
17  (U.S.I.T.C.) by ALJ Shaw, which reproduces the confidential sworn testimony given by Kevin M.
18  Murphy and bears non-consecutive production numbers MOTM_WASH1823_0401508-813 (filed
19  under seal). This document was previously submitted to the Court as Exhibit 52 to the April 13,
20  2012 Second Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's
21  Motion for Partial Summary Judgment of Breach of Contract (Dkt. No. 273).
22    13.    Attached as Exhibit 11 is a true and correct copy of an August 5, 2011, document
23  entitled "Can standard setting organizations address patent holdup? Comments for the Federal
24  Trade Commission," by Timothy Simcoe, Boston University School of Management, downloaded
25  August 23, 2012, from http://www.ftc.gov/os/comments/patentstandardsworkshop/00040-
26  80169.pdf.

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
THE DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

14. Attached as Exhibit 12 is a true and correct copy of the IEEE-SA Standards Board Bylaws, which were approved by the IEEE-SA Board of Governors in December 2009, bearing production numbers MOTM_WASH1823_0054722-41. This document was previously submitted to the Court as Exhibit 12 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

15. Attached as Exhibit 13 is a true and correct copy of the Guidelines for Implementation of the Common Patent Policy for ITU-T/ITU-R/ISO/IEC, dated March 1, 2007, bearing production numbers MOTM_WASH1823_0092826-39. This document was previously submitted to the Court as Exhibit 13 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

16. Attached as Exhibit 14 is a true and correct copy of a article entitled "Interpreting and Enforcing the Voluntary FRAND Commitment," by Roger G. Brooks & Damien Geradin, 9 *International Journal of IT Standards and Standardization Research* 1, 1-23 (January-June 2011). This document was previously submitted to the Court as Exhibit 16 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

17. Attached as Exhibit 15 is true and correct copy of a compilation of Patent Statements and Licensing Declarations submitted by Motorola Mobility, Inc., Motorola, Inc. and General Instrument Corp. to the ITU, bearing consecutive production numbers MOTM_WASH1823_0000035-67, 74-77. This document was previously submitted to the Court as Exhibit 15 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230) and as Exhibit 5 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF THE DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

18. Attached as Exhibit 16 is a true and correct copy of a compilation of Letters of Assurance submitted by Motorola, Inc. and Symbol Technologies, Inc. to the IEEE, bearing consecutive production numbers MOTM_WASH1823_0000001-34. This document was previously submitted to the Court as Exhibit 16 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230) and as Exhibit 7 to the July 18, 2012 Declaration of Kevin J. Post in Support of Motorola Mobility's and General Instrument's Motion for Partial Summary Judgment (Dkt. No. 363).

19. Attached as Exhibit 17 is a true and correct copy of selected pages from American Bar Association, Section of Science & Technology Law, Committee on Technical Standardization, *Standard Development Patent Policy Manual* (2007), bearing production numbers MOTM_WASH1823_0054693-99. This document was previously submitted to the Court as Exhibit 17 to the March 30, 2012 Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 230).

20. Attached as Exhibit 18 is a true and correct copy of an article by Doug Lichtman, entitled "Understanding the RAND Commitment," 47 Hous. L. Rev. 1023 (2010-11).

21. Attached as Exhibit 19 is a true and correct copy of a January 12, 2011 presentation entitled "IPR Issues and ITU's standardization activities," by Antoine Dore, Legal Officer, ITU Legal Affairs Unit, downloaded August 23, 2012, from http://www.itu.int/dms_pub/itu-t/oth/06/47/T06470000020005PDFE.pdf.

22. Attached as Exhibit 20 is a true and correct copy of a document (updated August 24, 2010) containing the IEEE Standards Association's Antitrust and Competition Policy and entitled "Promoting Competition and Innovation: What You Need to Know about the IEEE Standards Association's Antitrust and Competition Policy," downloaded August 23, 2012, from http://standards.ieee.org/develop/policies/antitrust.pdf.

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
THE DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

23. Attached as Exhibit 21 is a true and correct copy of selected pages from the transcript of the deposition of Kevin M. Murphy, which was taken under oath in Chicago, Illinois, on Wednesday, August 22, 2012 (filed under seal).

24. Attached as Exhibit 22 is a true and correct copy of a document titled "IEEE-SA Standards Board Operations Manual," approved by the IEEE-SA Standards Board December 2011, which was downloaded from http://standards.ieee.org/develop/policies/opman/sb_om.pdf. This document was previously submitted to the Court as Exhibit 33 to the April 13, 2012 Second Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment of Breach of Contract (Dkt. No. 273).

25. Attached as Exhibit 23 is a true and correct copy of a comment submitted by the Association for Competitive Technology to the FTC on August 5, 2011, downloaded August 26, 2012 from http://www.ftc.gov/os/comments/patentstandardsworkshop/00050-80203.pdf.

26. Attached as Exhibit 24 is a true and correct copy of a comment submitted by the Telecommunications Industry Association to the FTC on June 14, 2011, downloaded August 26, 2012 from http://www.ftc.gov/os/comments/patentstandardsworkshop/00016-60530.pdf.

27. Attached as Exhibit 25 is a true and correct copy of a comment submitted by Michele Herman to the FTC on June 14, 2011, downloaded August 26, 2012 from http://www.ftc.gov/os/comments/patentstandardsworkshop/00014-60528.pdf.

28. Attached as Exhibit 26 is a true and correct copy of a comment submitted by Nokia to the FTC on July 8, 2011, downloaded August 26, 2012 from http://www.ftc.gov/os/comments/patentstandardsworkshop/00032-60891.pdf.

29. Attached as Exhibit 27 is a true and correct copy of the Federal Trade Commission's Request for Comments and Announcement of Workshop on Standard-Setting Issues, 76 Fed. Reg. 28,036 (May 13, 2011), downloaded August 26, 2012, from http://ftc.gov/os/fedreg/2011/05/110509standardsettingfrn.pdf.

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
THE DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

30. Attached as Exhibit 28 is a true and correct copy of an article entitled "The Ex Ante Auction Model for The Control of Market Power in Standard Setting Organizations," by Damien Geradin, Anne Layne-Farrar, & A. Jorge Padilla, CEMFI Working Paper No. 0703, May 2007.

31. Attached as Exhibit 29 is a true and correct copy of an article entitled "The Complements Problem Within Standard Setting: Assessing the Evidence on Royalty Stacking," Damien Geradin, Anne Layne-Farrar, & A. Jorge Padilla, 14 B.U. J. Sci. & Tech. L. 144, 148 (2008).

32. Attached as Exhibit 30 is a true and correct copy of a document entitled "Can Standard-Setting lead to Exploitative Abuse? A Dissonant View on Patent Hold-Up, Royalty Stacking and the Meaning of FRAND," by Damien Geradin & Miguel Rato, TILEC Discussion Paper, DP 2006-032, at 12 (Nov. 2006).

33. Attached as Exhibit 31 is a true and correct copy of an article entitled "Pricing Patents for Licensing in Standard-Setting Organizations: Making Sense of Frand Commitments," by Anne Layne-Farrar, A. Jorge Padilla, and Richard Schmalensee, 74 Antitrust L.J. 671 (2007).

34. Attached as Exhibit 32 is a true and correct copy of an article entitled "Fair, Reasonable, and Non-Discriminatory (FRAND) Terms: A Challenge for Competition Authorities," by Mario Mariniello, Journal of Competition Law & Economics, 7(3), 523–541, 532 (2011).

35. Attached as Exhibit 33 is a true and correct copy of an internal Microsoft email, dated November 21, 2003, bearing production numbers MS-MOTO_1823_00002353089-91 (filed under seal).

36. Attached as Exhibit 34 is a true and correct copy of a blog post entitled "Follow Up on HTML5 Video in IE9," by Dean Hachamovitch, dated May 3, 2010, which can be found at http://blogs.msdn.com/b/ie/archive/2010/05/03/follow-up-on-html5-video-in-ie9.aspx.

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF THE DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 6
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  I declare under penalty of perjury of the laws of the United States and the State of
2  Washington that the foregoing is true and correct.
3  DATED this 27th day of August, 2012.

4
5                                           */s/ Samuel L. Brenner*
                                              Samuel L. Brenner

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
THE DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 7
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Danielson, Harrigan, Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 27th day of August, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001