# EXHIBIT 1



MOTM_WASH1823_0054850



# Stakeholder Considerations of Standardization Benefits/Costs

- **Benefits**
  - Facilitate interoperability
  - Simplify development – maximize efficiencies, reduce costs
  - Business development opportunities
- **Costs**
  - Resource drain
  - IPR licensing considerations
  - Implementation issues with evolving specifications
  - Loss of opportunity to differentiate (if over-standardization)
  - Legal obligation and liability



MOTM_WASH1823_0054852



MOTM_WASH1823_0054853



## IPR Policies Should Promote Broad Participation

- Standards patent policies must balance the interests of both technical contributors and users
- Policies should promote broad participation by stakeholders
  - Encourage best technical solutions
  - Encourage IPR to be made available to all implementers
- Onerous policies inhibit participation
  - Overly broad disclosure/licensing requirements
  - Requirements for patent searches
  - Mandatory compensation-free licensing commitments
- Essential patent claims should be available to all implementers under reasonable licensing terms

MOTM_WASH1823_0054855

# "Ex Ante" Proposal

- Companies always have had opportunity for "ex ante" disclosure of licensing terms on bilateral basis
- Voluntary "ex ante" disclosure of terms to the standards body widely supported
- Proposal is to require disclosure of licensing terms to the standards body and permit group negotiations of licensing terms
  - Goal is to prevent patent holders from "holding up" implementers
  - But how often does that occur?
- Does the proposal create more problems than it solves?
  - Different stakeholder views

7

# "Ex Ante" Proposal

## Many legal and practical issues

- How valuable is the information to the committee as a group?
  - Technical decisions often not based on a choice among equal alternatives
- Almost no licensees want a license for just essential patent claims
  - A prospective implementer that has requested a license will negotiate on a private bilateral basis with the patent owner to determine whether they can arrive at a mutually acceptable agreement on RAND terms
  - Usually will include non-essential patent claims that cover the implementer's entire commercial product
  - May include other business dealings between the parties, such as distribution agreements, co-branding agreements, cross-licenses involving other technologies
- Typically no two licenses will be identical

8

MOTM_WASH1823_0054857



# "Ex Ante" Proposal

- Litigation and antitrust concerns?
  - Possible buyer cartel and group boycott conduct
- Practical delays?
  - Technical committees make hundreds of technical decisions
  - Technical committees populated by engineers
- Impact on participation and incentives to innovate?

# Definitions of "Open Standards"

- Traditional definition of an open standard (examples: Global Standards Collaboration [TU-T, ANSI, TIA)
  - Standards developed or ratified through an open, consensus process
  - Covered by an open and transparent IPR policy
  - Contributors license essential IPRs to implementers on Reasonable and Non-Discriminatory (RAND) terms (with or without royalties/fees)

- GSC Resolution GSC-12/05: (Opening Session) Open Standards - www.gsc.etsi.org
- ITU-T - http://www.itu.int/ITU-T/othergroups/ipr-adhoc/openstandards.html;
- American National Standards Institute (ANSI) - http://publicaa.ansi.org/sites/apdl/Documents/Standards%20Activities/Critical%20Issues%20Papers/Griffin%20-%20Open%20Standards%20-%202005-05.doc

10

MOTM_WASH1823_0054859

# "Open Standards"

- **ISO, IEC, ITU approved a joint patent policy in February, 2007**
  - Requests patent holders to disclose whether they will license their essential patent claims on RAND (with or without royalties/fees) or whether they are not willing to provide RAND licenses
- **New possible definitions are causing confusion**
  - "Free to implement" – no royalty
    - Very few standards bodies mandate a RAND-Z (RAND terms but with zero royalty) approach
    - All essential patent claims may not be covered by such a policy
  - "Free to use freely"
    - No standards meet this definition
      - No standards organization today requires that patent holders must waive most RAND terms



## "Open Standard"

- Possible negative effects of new definitions:
  - Fewer contributions to standards bodies
  - Less innovation in technology areas subject to standardization
- Confusion between "open standards" with "open source software" should be avoided
- See TIA paper at http://www.tiaonline.org/standards/about/documents/TIA-IPR_20080620-003_TIA_OPEN_STANDARDS-CLEAN_R4.pdf

12

0291

MOTM_WASH1823_0054861



MOTM_WASH1823_0054862



MOTM_WASH1823_0054863

# Conclusion

- As a stakeholder: There are many different factors to weigh when deciding whether to participate in a standards activity
  - Some are:
    - Scope of work
    - Importance of the activity to the business group
    - Standards body procedures and policies
    - Costs and resources required
    - Broader policy issues may impact decision
- Once a decision is made to participate, then the participation itself must be staffed
  - Appropriate internal coordination must be considered

15

0224

MOTM_WASH1823_0054864