THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>               Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>               Defendants. | Case No. C10-1823-JLR<br><br>**DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY CHARLES R. DONOHOE AND DR. R. SUKUMAR**<br><br>Noted: Monday, September 10, 2012<br><br>**ORAL ARGUMENT REQUESTED** |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft in the above-captioned matter, and have personal knowledge of the facts stated herein.

DECLARATION OF CHRISTOPHER WION
IN SUPPORT OF MICROSOFT'S RULE 702
MOTION - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Attached hereto as Exhibit 1 (and filed Under Seal) is a true and correct copy of the transcript from the August 22, 2012 deposition of Richard Schmalensee, taken in the above-captioned case.

3. Attached hereto as Exhibit 2 (and filed Under Seal) is a true and correct copy of the July 24, 2012 opening expert report of Charles R. Donohoe, submitted in the above-captioned case.

4. Attached hereto as Exhibit 3 (and filed Under Seal) is a true and correct copy of the transcript from the August 24, 2012 deposition of Charles R. Donohoe, taken in the above-captioned case.

5. Attached hereto as Exhibit 4 is a true and correct copy of the July 24, 2012 opening expert report of Dr. R. Sukumar, submitted in the above-captioned case.

6. Attached hereto as Exhibit 5 (and filed Under Seal) are true and correct excerpts from the August 21, 2012 deposition of Timothy Drabik, taken in the above-captioned case.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 27th day of August, 2012 in Seattle, Washington.

CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION
IN SUPPORT OF MICROSOFT'S RULE 702
MOTION - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 27th day of August, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DECLARATION OF CHRISTOPHER WION
IN SUPPORT OF MICROSOFT'S RULE 702
MOTION - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DATED this 27th day of August, 2012.

*/s/ Linda Bledsoe*
LINDA BLEDSOE

DECLARATION OF CHRISTOPHER WION
IN SUPPORT OF MICROSOFT'S RULE 702
MOTION - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717