THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>**MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, September 7, 2012** |

　　　Pursuant to the Court's Minute Order dated August 24, 2012, Microsoft respectfully submits this request for leave to file a motion to amend the Protective Order issued in this action.  As required by the Court's Minute Order, Microsoft's proposed Motion to Amend Protective Order to Allow Designated In-House Counsel Expanded Access to Confidential Business Information (with exhibits) (the "Motion to Amend") is attached hereto as Exhibit 1.

MICROSOFT'S MOTION FOR LEAVE TO FILE　　C10-1823
MOTION TO AMEND PROTECTIVE ORDER - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Before Microsoft advised the Court of its interest in amending the Protective Order on
2  August 23, counsel for the parties had discussed Microsoft's proposed amendment over the
3  course of a two week period.  When it became clear that no agreement would be reached,
4  Microsoft promptly raised the issue with the Court, prior to the August 24 deadline for filing
5  non-dispositive motions.  Microsoft believes that its request is timely, and should be granted
6  for the reasons set forth in its Motion to Amend.

7  DATED this 30th day of August, 2012.

CALFO HARRIGAN LEYH & EAKES LLP

By  */s/ Arthur W. Harrigan, Jr.*
　　　Arthur W. Harrigan, Jr., WSBA #1751
　　　Christopher Wion, WSBA #33207
　　　Shane P. Cramer, WSBA #35099

By  */s/ T. Andrew Culbert*
　　　T. Andrew Culbert
　　　David E. Killough
　　　MICROSOFT CORPORATION
　　　1 Microsoft Way
　　　Redmond, WA  98052
　　　Phone:  425-882-8080
　　　Fax:  425-869-1327

　　　David T. Pritikin
　　　Richard A. Cederoth
　　　Constantine L. Trela, Jr.
　　　William H. Baumgartner, Jr.
　　　Ellen S. Robbins
　　　Douglas I. Lewis
　　　David C. Giardina
　　　John W. McBride
　　　David Greenfield

　　　SIDLEY AUSTIN LLP
　　　One South Dearborn
　　　Chicago, IL  60603
　　　Phone:  312-853-7000
　　　Fax:  312-853-7036

MICROSOFT'S MOTION FOR LEAVE TO FILE
MOTION TO AMEND PROTECTIVE ORDER - 2

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S MOTION FOR LEAVE TO FILE  **C10-1823**
MOTION TO AMEND PROTECTIVE ORDER - 3

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 30th day of August, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

MICROSOFT'S MOTION FOR LEAVE TO FILE
MOTION TO AMEND PROTECTIVE ORDER - 4

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_\_ ECF |

DATED this 30th day of August, 2012.

*s/ Linda Bledsoe*
LINDA BLEDSOE

MICROSOFT'S MOTION FOR LEAVE TO FILE    **C10-1823**
MOTION TO AMEND PROTECTIVE ORDER - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717