HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

18

19

| MICROSOFT CORPORATION, | No. C10-1823-JLR |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MICROSOFT'S 9/5/12 MOTION TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| MOTOROLA, INC., et al., | |
| Defendants. | **NOTED FOR:** **Friday, September 14, 2012** |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

20

21

22

        THIS MATTER comes before the Court on Microsoft's 9/5/12 Motion to File

Documents Under Seal.  The Court has considered the pleadings filed and therefore deems

itself fully advised.  Based on the pleadings submitted,

23

        IT IS ORDERED THAT:

24

25

        Microsoft's 9/5/12 Motion to File Documents Under Seal is GRANTED.  The Clerk is

hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1)   Limited Portions of Microsoft's Opposition to Motorola's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe ("Microsoft's Opposition").

(2)   Exhibits 1-3, 6-8, and 10-11 to the Declaration of Christopher Wion in Support of Microsoft's Opposition.

DONE IN OPEN COURT this _____ day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By ____s/Arthur W. Harrigan, Jr._____
        Arthur W. Harrigan, Jr., WSBA #1751
        Christopher Wion, WSBA #33207
        Shane P. Cramer, WSBA #35099

        T. Andrew Culbert, WSBA #35925
        David E. Killough, WSBA #40185
        MICROSOFT CORPORATION
        1 Microsoft Way
        Redmond, WA 98052
        Phone: 425-882-8080

        David T. Pritikin, *Pro Hac Vice*
        Richard A. Cederoth, *Pro Hac Vice*
        Constantine L. Trela, Jr., *Pro Hac Vice*
        Ellen S. Robbins, *Pro Hac Vice*
        Douglas I. Lewis, *Pro Hac Vice*
        John W. McBride, *Pro Hac Vice*
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL 60603
        Phone: 312-853-7000

        Carter G. Phillips, *Pro Hac Vice*
        Brian Nester, *Pro Hac Vice*
        SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        Phone: 202-736-8000

        Counsel for Microsoft Corporation

**CERTIFICATE OF SERVICE**

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of

Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of September, 2012, I caused the preceding document to be

served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081              _____ Messenger
Lynn M. Engel, WSBA #21934                _____ US Mail
Summit Law Group                         _____ Facsimile
315 Fifth Ave. South, Suite 1000          __X___ ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)             _____ Messenger
Jesse J. Jenner (*pro hac vice*)         _____ US Mail
Ropes & Gray LLP                         _____ Facsimile
1211 Avenue of the Americas               __X___ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)        _____ Messenger
Ropes & Gray LLP                         _____ US Mail
1900 University Avenue, 6th Floor       _____ Facsimile
East Palo Alto, CA  94303-2284            __X___ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Paul M. Schoenhard (*pro hac vice*)                    _____ Messenger
Ropes & Gray LLP                                        _____ US Mail
One Metro Center                                        _____ Facsimile
700 12th Street NW, Suite 900                           ___X___ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

DATED this 5th day of September, 2012.


                                        s/ Linda Bledsoe
                                     LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4