The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S OPPOSITION TO MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY CHARLES R. DONOHOE AND DR. R. SUKUMAR [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**September 14, 2012** |

ORDER GRANTING MOTION TO FILE DOCUMENTS
UNDER SEAL IN SUPPORT OF MOTOROLA'S OPP TO
MICROSOFT'S MOTION TO PRECLUDE TESTIMONY BY
DONOHOE AND SUKUMAR
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

THIS MATTER having come before the Court on Motorola Mobility's and General Instrument's Motion to File Documents Under Seal in Support of Motorola Mobility's and General Instrument's Opposition to Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Exhibits 35-39, 44, 46, 48, 50, 58, and 63-64 to the Second Declaration of Samuel L. Brenner; and

2. Motorola Mobility's and General Instrument's Opposition to Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
　　Ralph H. Palumbo, WSBA #04751
　　Philip S. McCune, WSBA #21081
　　Lynn M. Engel, WSBA #21934
　　*ralphp@summitlaw.com*
　　*philm@summitlaw.com*
　　*lynne@summitlaw.com*

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S OPP TO MICROSOFT'S MOTION TO PRECLUDE TESTIMONY BY DONOHOE AND SUKUMAR [PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

By */s/ Thomas V. Miller*
  Thomas V. Miller
  MOTOROLA MOBILITY, INC.
  600 North U.S. Highway 45
  Libertyville, IL 60048-1286
  (858) 404-3580

And by

  Jesse J. Jenner (*pro hac vice*)
  Steven Pepe (*pro hac vice*)
  Kevin J. Post (*pro hac vice*)
  Ropes & Gray LLP
  1211 Avenue of the Americas
  New York, NY  10036-8704
  (212) 596-9046
  *jesse.jenner@ropesgray.com*
  *steven.pepe@ropesgray.com*
  *kevin.post@ropesgray.com*

  James R. Batchelder (*pro hac vice*)
  Norman H. Beamer (*pro hac vice*)
  Ropes & Gray LLP
  1900 University Avenue, 6th Floor
  East Palo Alto, CA  94303-2284
  (650) 617-4030
  *james.batchelder@ropesgray.com*
  *norman.beamer@ropesgray.com*

  Paul M. Schoenhard (*pro hac vice*)
  Ropes & Gray LLP
  One Metro Center
  700 12th Street NW, Suite 900
  Washington, DC  20005-3948
  (202) 508-4693
  *paul.schoenhard.@ropesgray.com*

***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corp.***

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S OPP TO MICROSOFT'S MOTION TO PRECLUDE TESTIMONY BY DONOHOE AND SUKUMAR [PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 5th day of September, 2012.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTION TO FILE DOCUMENTS
UNDER SEAL IN SUPPORT OF MOTOROLA'S OPP TO
MICROSOFT'S MOTION TO PRECLUDE TESTIMONY BY
DONOHOE AND SUKUMAR [PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001