THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>               Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>               Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE<br><br>NOTED: September 10, 2012 |

I, Christopher Wion hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S *DAUBERT* MOTION TO
EXCLUDE CERTAIN TESTIMONY OF
PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Attached hereto as Exhibit 1 (and filed UNDER SEAL) is a true and correct copy of the July 24, 2012 opening expert report of Kevin M. Murphy, submitted in the above-captioned case.

3. Attached hereto as Exhibit 2 (and filed UNDER SEAL) is a true and correct copy of the July 24, 2012 opening expert report of Matthew R. Lynde, submitted in the above-captioned case.

4. Attached hereto as Exhibit 3 (and filed UNDER SEAL) is a true and correct copy of the July 24, 2012 opening expert report of Timothy S. Simcoe, submitted in the above-captioned case.

5. Attached hereto as Exhibit 4 is a true and correct copy of the August 21, 2012 deposition transcript of Richard J. Holleman, taken in the above-captioned case.

6. Attached hereto as Exhibit 5 is a true and correct copy of an August 6, 2012 IEEE press release, produced in the above-captioned case at MS-MOTO_1823_00005245695-6.

7. Attached hereto as Exhibit 6 (and filed UNDER SEAL) is a true and correct copy of the August 22, 2012 deposition transcript of Kevin M. Murphy, taken in the above-captioned case.

8. Attached hereto as Exhibit 7 (and filed UNDER SEAL) is a true and correct copy of the August 29, 2012 deposition transcript of Timothy S. Simcoe, taken in the above-captioned case.

9. Attached hereto as Exhibit 8 (and filed UNDER SEAL) is a true and correct copy of the August 31, 2012 rough deposition transcript of Matthew R. Lynde, taken in the above-captioned case.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S *DAUBERT* MOTION TO
EXCLUDE CERTAIN TESTIMONY OF
PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

10. Attached hereto as Exhibit 9 is a true and correct copy of an April 23, 2012 printout of a web page at http://www.mpegla.com/main/programs/AVC/Pages/Licensees.aspx entitled "AVC/H.264 Licensees," produced in the above-captioned case at MS-MOTO_1823_00004073175–89.

11. Attached hereto as Exhibit 10 (and filed UNDER SEAL) is a true and correct copy of an undated document entitled "ETSI IPR Policy Reform Minimum Change Optimum Impact Proposal by: Ericsson, Motorola, and Nokia," produced in the above-captioned case at MOTM_WASH1823_0421001–13.

12. Attached hereto as Exhibit 11 (and filed UNDER SEAL) is a true and correct copy of the August 10, 2012 rebuttal expert report of Roger S. Smith, submitted in the above-captioned case.

13. Attached hereto as Exhibit 12 is a true and correct copy of an article by Joseph Farrell et al. entitled "Standard setting, patents, and hold-up", 74 *Antitrust Law Journal* 603 (2007), produced in the above-captioned case at MOTM_WASH1823_0492589-656.

14. Attached hereto as Exhibit 13 is a true and correct copy of an article by Mark A. Lemley and Carl Shapiro entitled "Patent Holdup and Royalty Stacking," 85 *Texas Law Review* 1991 (2007), produced in the above-captioned case at MOTM_WASH1823_0093017-75.

15. Attached hereto as Exhibit 14 is a true and correct copy of an article by Daniel G. Swanson and William J. Baumol entitled "Reasonable and Nondiscriminatory (RAND) Royalties, Standards Selection, and Control of Market Power", 73 *Antitrust Law Journal* 1 (2005), produced in the above-captioned case at MS-MOTO_1823_00000906391-448.

16. Attached hereto as Exhibit 15 is a true and correct copy of an article by Carl Shapiro entitled "Navigating the Patent Thicket: Cross Licenses, Patent Pools, and Standard-

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Setting," in Adam B. Jaffe et al., *Innovation Policy and the Economy* (2001), produced in the above-captioned case at MS-MOTO_1823_00000908122-55.

17. Attached hereto as Exhibit 16 is a true and correct copy of a report by the Federal Trade Commission entitled *The Evolving IP Marketplace: Aligning Patent Notice and Remedies With Competition* (March 2011) (online at http://www.ftc.gov/os/2011/03/110307patentreport.pdf), produced in the above-captioned case at MS-MOTO_1823_00002279495-803.

18. Attached hereto as Exhibit 17 is a true and correct copy of the August 22, 2012 deposition transcript of Roger S. Smith, taken in the above-captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of September, 2012 in Seattle, Washington.

CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S *DAUBERT* MOTION TO
EXCLUDE CERTAIN TESTIMONY OF
PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S *DAUBERT* MOTION TO
EXCLUDE CERTAIN TESTIMONY OF
PLAINTIFF'S EXPERTS DRS. LYNDE,
MURPHY, AND SIMCOE - 5

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Paul M. Schoenhard (*pro hac vice*)  _____ Messenger
   Ropes & Gray LLP                      _____ US Mail
2  One Metro Center                      _____ Facsimile
   700 12th Street NW, Suite 900         __X__ ECF
3  Washington, DC 20005-3948
   Telephone: (202) 508-4693
4  Email: Paul.schoenhard@ropesgray.com

5  DATED this 5th day of September, 2012.

6

7                                   [signature]
                        _____
8                              LINDA BLEDSOE

...

25

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO            LAW OFFICES
MOTOROLA'S *DAUBERT* MOTION TO           CALFO HARRIGAN LEYH & EAKES LLP
EXCLUDE CERTAIN TESTIMONY OF                999 THIRD AVENUE, SUITE 4400
PLAINTIFF'S EXPERTS DRS. LYNDE,              SEATTLE, WASHINGTON 98104
MURPHY, AND SIMCOE - 6                   TEL, (206) 623-1700  FAX, (206) 623-8717