# EXHIBIT 9





Meeting Access Login:
Password:
**Login**
Forgot Password? Remember me

Home | About | Media | Contact | Go to WebLA | Enter search request | Search

Current Programs | Programs in Formation | Want to Form a Program? | Request a License | Discover the Benefits

## AVC/H.264 Licensees

Intro | Patent List | Essentiality | Licensors | Licensees | Agreement | FAQ

**Licensees and Affiliates in Good Standing\***

1. 1&1 Telecom GmbH
2. 10ZiG Technology Inc
3. 2M-Locatel A/S
4. 3DreamTeam, Inc
5. 3dtv.at
6. 3ivx Technologies Pty. Ltd.
7. 3M Company
8. 3ple-Media BV
9. 3pleplay Electronics Private Limited
10. 3tier Strategy, LLC
11. 7reasons Medien GmbH
12. 800 Software Systems
13. A Beka Academy, Inc.
14. A&E Television Networks
15. A&R Cambridge Ltd. (ARCAM)
16. A.V.M. Software, Inc.
17. A2B Electronics AB
18. AAI Corporation
19. Aastra USA Inc.
20. AB Trav och Galopp
21. Accellence Technologies GmbH
22. ACCESS CO., LTD.
23. Ace Metrix
24. Actiontec Electronics, Inc.
25. Actvila Corporation
26. Adatis GmbH & Co. KG
27. Adobe Systems Incorporated
28. Adtech.GESI, LLC d/b/a Adtech
29. Advanced Digital Broadcast SA
30. AERA Rundfunk-und Fernseh GmbH
31. Affiance Group Limited
32. AfterCAD Software Inc.
33. Agama Technologies AB
34. AHS Co. Ltd.
35. Aichi Television Broadcasting Co., Ltd.
36. Aim Corporation
37. AirTies Kablosuz Iletisim Sanayi ve Dis Ticaret A.S.
38. Aisin AW Co., Ltd.
39. AixSolve GmbH
40. Akita Asahi Broadcasting Co., Ltd.
41. Akita Broadcasting System
42. Akita Television Co., Ltd.
43. Alan Electronics GmbH
44. Alba Broadcasting Corporation Limited
45. Albis Technologies Ltd.
46. Alcorn McBride Inc.
47. AlertMe.com Limited
48. Allegro DVT
49. Alpine Electronics, Inc.

**Current Programs**

MPEG-2
ATSC
AVC/H.264
MVC
VC-1
MPEG-4 Visual
MPEG-2 Systems
1394
MPEG-4 Systems

50. Alterface S.A.
51. Always True Designs, LLC
52. AlwaysOn Technologies, Inc.
53. Amazon Digital Services, Inc.
54. AMI Entertainment Network, Inc.
55. Amino Communications Limited
56. Amon Inc.
57. AMX, L.L.C.
58. Anatoly Denishchits
59. ANDROME N.V.
60. Angel Iglesias, S.A.
61. ANTIK Technology Ltd.
62. Anyware Video
63. Aomori Broadcasting Corporation
64. Aomori Television Broadcasting Co., Ltd.
65. Appear TV AS
66. Apple Inc.
67. Applied Global Technologies, Inc.
68. Apptopus, Inc.
69. Archos SA
70. ArcSoft, Inc.
71. Argosy Research Inc.
72. ARH Inc.
73. Arris Group, Inc.
74. Arts Computer Technologies GmbH
75. Aruze Corporation
76. Asaca Corporation
77. Asahi Broadcasting Aomori Co., Ltd.
78. Asahi Broadcasting Corporation
79. Asahi Broadcasting Nagano Co., Ltd.
80. ASAN Security Technologies Oy
81. ASCON Co., Ltd
82. ATEME
83. Audiofeedback Inc.
84. AuraSound, Inc.
85. Aurora Multimedia Corp.
86. Authentically Digital LLC
87. AV TECH Corporation
88. Avail Media, Inc.
89. AVer Information Inc.
90. Avid Technology, Inc.
91. Avionic Design GmbH
92. Avistar Communications Corporation
93. Awox S.A.
94. Axis Communications AB
95. Aztech Group Ltd
96. Bally Gaming, Inc.
97. Bang & Olufsen a/s
98. Barnes & Noble Inc.
99. Basler Vision Technologies AG
100. Beijing BlueStar River Software Technology Development Co., Ltd.
101. Beijing Hanbang Technology Corp.
102. Best Buy China Ltd as Trustee for Best Buy China, a trust created and organized under the laws of the People's Republic of China
103. BEWATEC Kommunikationstechnik GmbH
104. Beyonwiz Co., Ltd
105. Birkman International, Inc.
106. Biscotti Inc.
107. BitCtrl Systems GmbH
108. Bitmoov
109. Biwako Broadcasting Co., Ltd.
110. Blackboard Collaborate Canada Inc.
111. Blackboard Collaborate Inc.
112. Blindside Networks Inc
113. Blue Pacific LDA
114. Bluecherry, LLC
115. Bnei Baruch Association RA
116. Bnei Baruch USA Inc.
117. BookLive Co., Ltd.
118. Bose Corporation
119. BrainLAB AG
120. Brains Corporation
121. Brainsalt Media GmbH
122. BRIDGE Technologies Co AS
123. British Sky Broadcasting Limited
124. British Telecommunications plc
125. Broadband Computer Company Ltd.
126. Broadcast International, Inc.
127. Broadcast Sports Inc.
128. Broadcasting System of Niigata Incorporated
129. Broadcasting System of San-in

MS-MOTO_1823_00004073176

130. BroadSoft, Inc.
131. Broadvoz TI e telecomunicacoes
132. Buffalo Holdings Ltd.
133. Buffalo Inc.
134. Bull SAS
135. BulletBee e.K.
136. Busch-Jaeger Elektro GmbH
137. Bush Australia Pty Limited
138. BVS Performance Systems
139. bylo media inc.
140. Cable Electronics, Inc.
141. Cable Television Laboratories, Inc. ("CableLabs")
142. Cabletime Limited
143. CableWorld Ltd.
144. Calibrated Software, Inc.
145. Cambridge Imaging Systems Ltd
146. Cambridge Visual Networks Ltd
147. Canonical Limited
148. Capella Systems, LLC
149. Carl Zeiss Meditec AG
150. Casio Computer Co., Ltd.
151. Castbasics B.V.
152. CASTRADE Co., Ltd.
153. CAYIN Technology Co., Ltd.
154. ccc software gmbh
155. CE Digital (Zhenjiang) Co., Ltd.
156. Celartem, Inc. d.b.a. Extensis
157. CFA Institute
158. Chambre des Députés
159. Chiba Television Broadcasting Corporation
160. China Hualu Group Co., Ltd.
161. China Hualu Panasonic AVC Networks Co., Ltd.
162. Chubu-Nippon Broadcasting Co., Ltd.
163. Chukyo TV. Broadcasting Co., Ltd.
164. Chunichi Denshi Co., Ltd.
165. Cinedoo Limited
166. CineForm, Inc.
167. Cinegy GmbH
168. Cisco Consumer Products LLC
169. Cisco Systems, Inc.
170. Citrix Online Germany GmbH
171. Citrix Online LLC
172. Citrix Systems, Inc.
173. CityCom GmbH
174. Clarion Co., Ltd.
175. Clearleap Inc.
176. ClickView Limited (New Zealand)
177. Cloud Cap Technology
178. Cloud Engines Inc.
179. cmx electronics, sro
180. Cobain LTD
181. Cobham TCS Limited
182. Codestuff Limited
183. COE LTD
184. COMAG Handels AG
185. Compression Labs, Inc.
186. Compression Technologies of Michigan, LLC
187. Computer Modules, Inc.
188. Comtrend Corporation
189. Conceiva Pty. Ltd.
190. Conduit, Ltd.
191. Control4
192. CoreCodec, Inc.
193. Corel Corporation
194. Corel Inc.
195. Corel Japan Ltd.
196. Corel TW Corp.
197. Cosmic Radicals, LLC
198. CounterPath Corporation
199. COWON SYSTEMS, Inc.
200. Creative Technology Ltd
201. CreNova Technology GmbH
202. Crestron Electronics Inc.
203. CRI Middleware Co., Ltd.
204. CRIMSON TECHNOLOGY, Inc.
205. CSL Limited
206. CubeRevo-Digital Co., Ltd.
207. Cubitech Limited
208. Custom Technology Corporation
209. CyberLink Corp.
210. CYDLE CORP.

MS-MOTO_1823_00004073177

211. D&M Holdings Inc.
212. DAIKOKU DENKI CO., LTD.
213. DAITO GIKEN, INC.
214. Dakim, Inc.
215. DALET S.A.
216. Darim Vision Corp
217. DAT H.K. Limited
218. Data Becker GmbH & Co. KG
219. Datasystem Corporation Limited
220. Dataton AB
221. David DeAngelo Services, Inc.
222. Dell Global B.V. (Singapore Branch)
223. Delphi Automotive Systems, LLC
224. Delphi Deutschland GmbH
225. DENSO CORPORATION
226. Deseret Digital Media, Inc.
227. Deutsche Telekom AG, T-Com
228. DEXATEK Technology Ltd.
229. Dialcom Networks S.L.
230. Dialogic Corporation
231. Diaperdog Pictures BUS43 AB
232. Digi Life Technologies Co., Ltd.
233. Digi-Data Corporation
234. DigiOn, Inc.
235. Digital Foci, Inc.
236. Digital Networks North America, Inc. - Escient Div.
237. Digital Rapids Corp.
238. Digitalis Education Solutions, Inc.
239. Digitec Industrial Ltd.
240. Dimetis GmbH
241. DIRECTV, Inc.
242. DiscretePhoton
243. dit Co., Ltd.
244. DivX, LLC
245. D-Link Systems, Inc.
246. DMM.com Co., Ltd.
247. Dobbs Stanford Corporation
248. Doebis GmbH
249. Dolby Laboratories Licensing Corporation
250. DONG LI
251. Dongguan Contel Electronics Co., Ltd
252. Doremi Labs, Inc.
253. Doug Carson & Associates, Inc. (DCA, Inc.)
254. DPM Solid Polska Przeslawscy SPJ
255. Drastic Technologies Ltd.
256. Dropcam, Inc.
257. DRS RSTA, Inc.
258. Dune HD LTD
259. DupServe AB
260. DWANGO Co., Ltd.
261. DXG Technology Corporation
262. Dynamax Technologies Ltd.
263. Eagle Kingdom Technologies Ltd.
264. East Kit Electronic (Shanghai) Co., Ltd.
265. Eastman Kodak Company
266. Edimax Technology Co., Ltd.
267. Ehime Asahi Television Co., Ltd.
268. Ehime Broadcasting Co., Ltd.
269. Eizo Nanao Corporation
270. Elecard Devices, CJSC
271. Elecard Ltd.
272. Elektrobit Inc.
273. Elemental Technologies, Inc.
274. Elgato Systems GmbH
275. ELMO Company, Limited
276. Elsag S.p.A.
277. Elta International GmbH
278. Emmi Solutions, LLC
279. Emovis Corporation
280. Empirix Inc.
281. Emtec Asia Pte Ltd
282. Enciris Technologies, SAS
283. Encoded Media (UK) Ltd.
284. Enseo, Inc.
285. Enspert, Inc.
286. Enterprise Den Services Limited
287. Entropy Wave, Inc.
288. Envivio Inc.
289. Equine Videography
290. equinux USA, Inc.
291. Ericsson Television Limited

MS-MOTO_1823_00004073178

292. Espresso Education Ltd
293. Ever Treasure Industrial Limited
294. Everex Electronics Ltd.
295. EverFocus Electronics Corp.
296. Evolution Digital, LLC
297. Evotel Holdings Ltd.
298. EWE TEL GmbH
299. Excelmedia Inc.
300. Exelis Inc.
301. expert AG
302. Express Team Electronics (Huizhou) Co., Ltd.
303. Express Team Investments Limited
304. Exterity Limited
305. eZono AG
306. Fabrix.TV LTD
307. Facebook, Inc.
308. faceVsion Technology Inc.
309. FactorY Media Production GmbH
310. Famaval - Criações Metálicas Adauta S.A.
311. Ferguson Sp. z.o.o.
312. Fixstars Corporation
313. Flash Networks Ltd.
314. Flextronics Sales & Marketing (A-P) LTD
315. Fluendo S.A.
316. Focus Products Company Limited
317. FOR-A Company Limited
318. Forbidden Technologies plc
319. FormosaSoft Corporation
320. FORTIS, Inc.
321. Forworld Electronics Co., Ltd.
322. Framecaster LLC
323. Fraunhofer-Gesellschaft zur Foerderung der angewandten Forschung e.V.
324. FreeMotion Fitness
325. Front Porch Digital, Inc.
326. Frontniche Nottingham Ltd
327. FTA Communication Technologies sarl
328. Fuba SA
329. Fugoo Corporation
330. Fuji Television Network, Inc.
331. FUJIFILM Corporation
332. Fujitsu Limited
333. Fujitsu Toshiba Mobile Communications Limited
334. Fukui Broadcasting Co., Ltd.
335. Fukui Television Broadcasting Co., Ltd.
336. Fukuoka Broadcasting Corporation
337. Fukushima Broadcasting Co., Ltd.
338. Fukushima Central Television Co., Ltd.
339. Fukushima Television Broadcasting Co., Ltd.
340. Funai Electric Co., Ltd.
341. Funke Antennen B.V.
342. Fuyoh Video Industry Co., Ltd
343. FXhome Limited
344. Gaikai, Inc.
345. Gannaway Web Holdings, LLC d/b/a WorldNow
346. Garmin Switzerland GmbH
347. Garmin Würzburg GmbH
348. General Dynamics Robotic Systems
349. General Satellite Research & Development Limited
350. Generation Technologies Corporation
351. Genesi USA Inc.
352. GeoVision, Inc.
353. Gifu Broadcasting System Co., Ltd.
354. GiiNii Global Ltd.
355. Gilbarco Inc.
356. GK Media Inc.
357. Global IP Telecommunications Limited
358. Global Vision Technology Limited
359. Globalcom Ltd
360. GlobalMedia Group, LLC
361. Globo Comunicaçao E Participaçoes S.A.
362. GoDaddy.com
363. Google Inc.
364. Grass Valley K.K.
365. Grass Valley USA, LLC
366. Gravytrain Limited
367. Group Sense Limited
368. Grundig Australia Pty Limited
369. Grundig Consumer Electronics Limited
370. GSM, LLC
371. Guillemot Corporation S.A.
372. Gunma Television Co., Ltd.

MS-MOTO_1823_00004073179

373. Haier America Trading, LLC
374. HaiVision Systems Inc.
375. Hangzhou HIKVISION Digital Technology Co., Ltd.
376. Hansun Technologies Inc.
377. Hanya Star Culture and Technology Co., Ltd.
378. Harman International Industries, Inc.
379. Harmonic Inc.
380. Harris Corporation
381. Harvard International (Hong Kong) Limited
382. Harvard International Plc
383. Harvard Maritime Limited
384. Hasso-Plattner-Institut GmbH
385. HealthStream Taiwan, Inc.
386. Heinrich Zehnder GmbH
387. HEVEA HK Ltd.
388. Hewlett-Packard Company
389. Higashi-Nippon Broadcasting Co., Ltd.
390. Hiroshima Home Television Co., Ltd
391. Hiroshima Telecasting Co., Ltd.
392. Hitachi America, Ltd.
393. Hitachi Asia Ltd.
394. Hitachi Consumer Electronics Co., Ltd.
395. Hitachi Digital Products (China) Co., Ltd
396. Hitachi Kokusai Electric Inc.
397. Hitachi Maxell, Ltd.
398. Hitachi, Ltd.
399. HKC OVERSEAS LIMITED
400. Hokkaido Broadcasting Co., Ltd
401. Hokkaido Cultural Broadcasting Co., Ltd.
402. Hokkaido Nikko Telecommunications Co., Ltd.
403. Hokkaido Television Broadcasting Co., Ltd.
404. Hokuriku Asahi Broadcasting Co., Ltd.
405. Hokuriku Broadcasting Co., Ltd.
406. Holimed Privatinstitut für holistische Medizinsysteme GmbH
407. Home Box Office (Singapore) Pte Ltd
408. Home Box Office, Inc.
409. Honest Technology Co., Ltd.
410. Honeywell International Inc.
411. Honeywld Technology Corp.
412. Hotel Reservation Service (HRS)
413. Hoya Corporation
414. Hulu, LLC
415. Human Monitoring Ltd.
416. HUMAX Co., Ltd.
417. Hybrid Television Services (ANZ) Pty Limited
418. I DO IT Co., Ltd.
419. i Plus Technologies Co., Ltd.
420. IAdea Corporation
421. IBEX Technology Co., Ltd.
422. i-Broadcast Inc.
423. IBS-Sabine Schmidt
424. iCode Systems Ltd.
425. ICON Health & Fitness
426. icube corp.
427. IDIS Co., Ltd.
428. IGEL Technology GmbH
429. Ikegami Tsushinki Co., Ltd.
430. Image Systems AB
431. Imagik Intl Corp.
432. Imagination Technologies Limited
433. ImmersaView Pty Ltd
434. Implix Sp. z o.o.
435. Inca Networks Inc.
436. inData Corporation
437. IndigoVision Limited
438. Individual Software Inc.
439. Indoorcycling Group GmbH
440. Infinova
441. INFOCITY, Inc.
442. InFocus Corporation
443. InfoLinkNetwork
444. Infomir, L.L.C.
445. Information & Image Management Systems, S.A.
446. INKEL Corporation
447. inLighten, Inc.
448. Inmatrix Ltd.
449. Innopia Technologies, Inc.
450. InOut TV Digital Entertainment, SAU
451. inSORS Integrated Communications, Inc.
452. Intellio Technologies Zrt.
453. International Datacasting Corporation

454. INTERNET Co., Ltd.
455. Interra Systems, Inc.
456. Interweave Press LLC
457. Interwise Ltd.
458. Intinor AB
459. Inventive Technology, Inc.
460. I-O DATA DEVICE, INC.
461. Iomega Corporation
462. IP Triple Inc.
463. IP Video Systems, Inc.
464. IP4.tv GmbH
465. iphion b.v.
466. IP-NET LLC
467. IRIS Technologies, Inc.
468. Ishikawa Television Broadcasting Corporation
469. Iskratel, d.o.o., Kranj
470. i-station Corporation
471. iStreaming Networks LLC
472. i-Television Inc.
473. IT-Service Robert Frunzke
474. ITV Group, Ltd.
475. Iwate Asahi Television Co., Ltd.
476. Iwate Menkoi Television Co., Ltd.
477. Ixanon AB
478. IXIA
479. Jacobsons T. AB
480. Japan Radio Co., Ltd.
481. JDS Uniphase Corporation
482. JMB Systems GmbH
483. Jungle Inc.
484. JVC KENWOOD Corporation
485. Kaga Electronics Co., Ltd.
486. Kagoshima Broadcasting Corporation
487. Kagoshima Television Station Co., Ltd.
488. Kagoshima Yomiuri Television Corporation
489. Kandalu Software Ltd.
490. Kansai Telecasting Corporation
491. Kanto Aircraft Instrument Co., Ltd.
492. Karl Storz Imaging, Inc.
493. KATHREIN-Werke KG
494. KCS Digital, Inc.
495. KDDI Corporation
496. KDDI R&D Laboratories Inc.
497. Kinoma, Inc.
498. Kiryung Electronics Co., Ltd.
499. Kitanihon Broadcasting Co., Ltd.
500. Kochi Broadcasting Co., Ltd.
501. Kochi Sun Sun Broadcasting, Inc.
502. Kogan Technologies Pty Ltd
503. Koninklijke Philips Electronics N.V.
504. Korean Film Council
505. KOUKAAM a.s.
506. KTech Telecommunications, Inc.
507. KUBOTEK Corporation
508. KUMAHIRA Co., Ltd.
509. Kumamoto Asahi Broadcasting Co., Ltd.
510. Kumamoto Broadcasting Co., Ltd.
511. Kumamoto Kenmin Television Corporation
512. Kumamoto Telecasting Corporation
513. Kyocera Corporation
514. Kyoraku Industrial Co., Ltd.
515. Kyoto Broadcasting System Co., Ltd.
516. Kyushu Asahi Broadcasting Co., Ltd.
517. L-3 Communications CSW
518. LaBarge Inc
519. LaCie SA
520. Landmark Graphics Corporation
521. LEAD Technologies, Inc.
522. LEIGHTRONIX, INC.
523. LENUS Co., Ltd.
524. Lex Computech Co., LTD.
525. LG Electronics Inc.
526. LG Uplus Corp.
527. Library Video Company dba SAFARI Montage
528. LibreStream Technologies Inc.
529. LifeSize Communications, Inc.
530. Lifetime Entertainment Services
531. Lite-On IT Corporation
532. litl LLC
533. LiveU Ltd.
534. LJS Media Group GmbH

MS-MOTO_1823_00004073181

535. Loewe Opta GmbH
536. Logitec INA Solutions Co., Ltd.
537. Logitech Europe S.A.
538. logiware GmbH
539. LoiLo Inc.
540. Lomita Development Corporation
541. Looxcie, Inc.
542. LSI Corporation
543. Lumexis Corporation
544. MAGNOLIA Inc.
545. MainConcept GmbH
546. Mainichi Broadcasting System, Inc.
547. Makena Electronic (Shenzhen) Company Limited
548. Manhattan Technology Limited
549. March Networks Corporation
550. Marvel Digital International Limited
551. MASPRO DENKOH CORP.
552. Masstech Group, Inc.
553. MatriXX Systems GmbH
554. McIntosh Laboratory, Inc.
555. Mcomms Design Pty. Ltd.
556. Media Excel, Inc.
557. Media, Objects and Gadgets, SA
558. MEDIAEDGE Corporation
559. Mediateket AS
560. Mediaware International Pty Ltd
561. MediCapture, Inc.
562. MedioStream, Inc.
563. Memory-Tech Corporation
564. Mental Images GmbH
565. Meridix Creative, Inc.
566. Merit LILIN Ent. Co., Ltd.
567. Metaswitch Networks, LTD
568. Metz-Werke GmbH & Co KG
569. Microsoft Corporation
570. Mie Television Broadcasting Co., Ltd.
571. Milestone Systems A/S
572. Minaminihon Broadcasting Co., Ltd.
573. Mindego Inc.
574. Miranda Technologies Inc.
575. Miranda Technologies Limited
576. Mirics Semiconductor Ltd.
577. Mirillis Ltd.
578. MitraStar Technology Corporation
579. Mitsubishi Electric (Malaysia) Sdn. Bhd.
580. Mitsubishi Electric Corporation
581. Mitsubishi Electric Information Technology Corporation
582. Mitsubishi Electric Visual Solutions America, Inc.
583. Mixed In Key
584. MIYAGI Television Broadcasting Company, Ltd.
585. Miyazaki Broadcasting Co., Ltd.
586. Miyazaki Telecasting Co., Ltd.
587. Mizuho Information & Research Institute, Inc.
588. Mobixell Networks (Israel) Ltd.
589. MOBOTIX AG
590. Modoosis Inc.
591. Modulo PI
592. Moneual Inc.
593. MONOGRAM Multimedia s.r.o.
594. Morega Systems Inc.
595. Motama GmbH
596. MotionDSP Inc.
597. Move Networks, Inc.
598. Movius Interactive Corporation
599. MultiKom Deltasat GmbH & Co. KG
600. MultiQ Products AB
601. MUNHWA Broadcasting Corporation
602. muvee Technologies Pte. Ltd.
603. Nagano Broadcasting Systems, Inc.
604. Nagasaki Broadcasting Co., Ltd.
605. Nagasaki Culture Telecasting Corporation
606. Nagasaki International Television Broadcasting, Inc.
607. Nagoya Broadcasting Network Co., Ltd.
608. NAGRAVISION S.A.
609. NAMCO BANDAI Games Inc.
610. Nankai Broadcasting Co., Ltd.
611. Nara Television Co., LTD
612. NAVITIME JAPAN Co., Ltd.
613. NDS Limited
614. NDS Surgical Imaging, LLC
615. NEC Australia Pty. Ltd.

MS-MOTO_1823_00004073182

616. NEC CASIO Mobile Communications, Ltd.
617. NEC Corporation of America
618. NEC Display Solutions, Ltd.
619. NEC Infrontia Corporation
620. NEC Nederland b.v.
621. Neotion SA
622. Nero AG
623. Net Transactions Limited
624. Netflix, Inc.
625. NETGEAR, Inc.
626. NetVisual Media Network Corp.
627. neuron2
628. New Century Optronics Co., Ltd
629. NewBay Software
630. NewTek, Inc.
631. Nexgen Mediatech Inc.
632. Next Multi-media Entertainment Services Limited
633. NextoDI Co. Ltd.
634. Nextreaming Corporation
635. NHN Corporation
636. NIFTY Corporation
637. Nihon Computer Co., Ltd.
638. Nihonkai Telecasting Co., Ltd.
639. Niigata Sogo Television Company Limited
640. Nikon Corporation
641. Nikon Systems Inc.
642. Nimbus, Inc.
643. Nintendo Co., Ltd.
644. Nippon Broadcasting System, Inc.
645. Nippon Cultural Broadcasting Inc.
646. Nippon Hoso Kyokai
647. Nippon Television Network Corporation
648. Nishi-Nippon Broadcasting Co., Ltd.
649. NL Technology, LLC
650. North State Communications, LLC
651. Notion Ink Design Labs Pvt. Ltd.
652. Novatium Solutions Private Ltd
653. NTI Corporation
654. NTT Advanced Technology Corporation
655. NTT Communications Corporation
656. NTT DATA MSE CORPORATION
657. NTT DOCOMO, INC.
658. NTT Electronics Corporation
659. NTT IT Corporation
660. NTT Plala Inc.
661. NTT Software Corporation
662. Nullsoft, Inc.
663. Nuvixa Inc
664. OB Telecom Electronics Co., Ltd
665. Oblong Industries, Inc.
666. Oita Asahi Broadcasting Co., Ltd.
667. Oita Broadcasting Systems, Inc.
668. Ojo Video Phones LLC
669. Okayama Broadcasting Co., Ltd.
670. Oki Electric Industry Co., Ltd.
671. Okinawa Television Broadcasting Co., Ltd.
672. Olympus Imaging Corporation
673. Omega Digital Electronics B.V.
674. Omega Elektronik San.ve Tic A.S.
675. Omron Social Solutions Co., Ltd.
676. On2 Technologies, Inc.
677. ONE Technologies GmbH
678. Onkyo Digital Solutions Corporation
679. Onkyo Sound & Vision Corporation
680. Onlinelib GmbH
681. OnLive, Inc.
682. OOO TTV
683. ooVoo, LLC
684. Opensat, Lda.
685. OPPO Digital, Inc.
686. Optibase Technologies Ltd.
687. OptiCast Inc.
688. Optimized Tomfoolery
689. Optoma Corporation
690. Oracle America, Inc.
691. Orion Electric Co., Ltd.
692. Ottawa Area Intermediate School District
693. OvisLink Corp.
694. OXX Digital ApS
695. Pace plc
696. Pacific Satellite International Ltd.

MS-MOTO_1823_00004073183

697. PacketVideo Corporation
698. Panasonic Automotive Systems Asia Pacific (Thailand) Co., Ltd.
699. Panasonic AVC Disc Services Co., Ltd.
700. Panasonic AVC Multimedia Software Co., Ltd.
701. Panasonic AVC Networks Company America (PAVCA)
702. Panasonic AVC Networks Czech Republic s.r.o.
703. Panasonic AVC Networks Johor Malaysia Sdn. Bhd.
704. Panasonic AVC Networks Kuala Lumpur Malaysia Sdn. Bhd.
705. Panasonic AVC Networks Slovakia s.r.o.
706. Panasonic Avionics Corporation
707. Panasonic Corporation
708. Panasonic Disc Manufacturing Corporation of America
709. Panasonic Mobile Communications Co., Ltd.
710. Panasonic System Networks (Dalian) Co., Ltd.
711. Panasonic System Networks (Suzhou) Co., Ltd
712. Panasonic System Networks Co., Ltd.
713. Panasonic System Solutions Infrastructure Co., Ltd.
714. Panasonic Taiwan Co., Ltd.
715. Pandigital Inc.
716. Pantech Co., Ltd.
717. Papyless Co., Ltd.
718. PAR Government Systems Corporation
719. Parrot SA
720. Patriot Memory, LLC
721. Peer TV Ltd
722. Pegasys Inc.
723. Pensacola Christian College
724. Pentacon GmbH
725. Pentax Ricoh Imaging Company, Ltd.
726. Perception Digital Limited
727. Perpetual Action Group (Asia) Inc.
728. Phoenix Musical Ltd.
729. Photodex Corporation
730. Pichler & Ruetz OG
731. Picturall Ltd
732. Pioneer Corporation
733. PixelTools Corporation
734. Polycom, Inc.
735. Positivo Informática S/A
736. Primonics (2006) Inc.
737. Quadrox NV
738. Quadrus Technology Limited
739. Quantel Limited
740. Quantum Signal LLC
741. Quatius Limited
742. Quintessenz Verlags-GmbH
743. Qumu, Inc.
744. R.L. Drake, LLC
745. Radiodetection Ltd
746. Radiopaq Ltd.
747. RadioShack Corporation
748. RADVISION Ltd.
749. Rai Way S.p.A.
750. RaidSonic Technology GmbH
751. Rapid Imaging Software, Inc.
752. RapidSolution Software AG
753. Raspberry Pi Foundation Ltd
754. RB CONTROLS CO., LTD
755. RCC Broadcasting Co., Ltd.
756. RealNetworks K.K.
757. RealNetworks, Inc.
758. Remixpoint, inc.
759. Research in Motion Limited
760. RGB Networks, Inc.
761. Ricoh Company, Ltd.
762. RIK Corporation
763. RIKOR TV Ltd.
764. Riptide Software Inc.
765. RKB Mainichi Broadcasting Corporation
766. RM Education plc
767. Rockwell Collins, Inc.
768. Roger Garza's Videography
769. Rohde & Schwarz GmbH & Co. KG
770. Roku, Inc.
771. Roland Corporation
772. RoyalTek Company Ltd.
773. R-Technics, Inc.
774. RTL interactive GmbH (Ltd)
775. Rubo Medical Imaging B.V.
776. RVC B.V.
777. Ryukyu Asahi Broadcasting Corporation

MS-MOTO_1823_00004073184

778. Ryukyu Broadcasting Corporation
779. Saga Television Station
780. Sagem Communications SAS
781. Sakura Eiki Co., Ltd.
782. Sakuranbo Television Broadcasting Corporation
783. Salient Systems Corporation
784. Samsung Electronics Co., Ltd.
785. Samsung Techwin Co., Ltd
786. Samwin Hong Kong Limited
787. SanDisk Manufacturing Ltd.
788. San-In Chuo Television Broadcasting Company Limited
789. Sanji Electronics (Pty) Ltd.
790. Sanyo Broadcasting Co., Ltd.
791. SANYO Electric (Taiwan) Co., Ltd.
792. SANYO Electric Co., Ltd.
793. Satmedia GmbH
794. Saver Corporation
795. Scala, Inc.
796. Schiebel Elektronische Geräte GmbH
797. Schomandl Vertriebs GmbH
798. Scientific-Atlanta, LLC
799. Scilla Systems Ltd.
800. Scripps Networks, LLC
801. Seagate Technology LLC
802. Seawell Networks Inc.
803. SECOM CO., LTD.
804. Second Chapter Publishing ApS
805. SEGA Corporation
806. Seiko Epson Corporation
807. Select-TV Solutions Sdn. Bhd.
808. Semp Toshiba Amazonas S.A.
809. Sencore, Inc.
810. Sendai Television Broadcasting Corporation
811. Setonaikai Broadcasting Co., Inc.
812. SetOne GmbH
813. Shanghai S3 Technologies Co., Ltd.
814. Shanghai Suoguang Electronics Co., Ltd.
815. Shanghai Suoguang Visual Products Co., Ltd.
816. Sharp Corporation
817. Shenzhen Jiuzhou Electric Co., Ltd.
818. ShenZhen JunLan Electronic Ltd.
819. Shenzhen Kaifa Technology Co., Ltd.
820. Shenzhen Maxmade Technology Co., Ltd.
821. Shenzhen Mele Digital Technology Ltd
822. Shenzhen Sea Star Technology Co., Ltd.
823. Shenzhen Sunell Technology Corporation
824. Shenzhen TongFang Multimedia Technology Co. Ltd.
825. Shenzhen Vogue Industrial Co., Ltd
826. Shikoku Broadcasting Co., Ltd.
827. Shin-etsu Broadcasting Co., Ltd.
828. Shinhiroshima Telecasting Co., Ltd.
829. Shirogumi Inc.
830. Shizuoka Asahi Television Co., Ltd.
831. Shizuoka Broadcasting System Co., Ltd.
832. Shizuoka Daiichi Television Corporation
833. Shizuoka Telecasting Co., Ltd.
834. Shoretel, Inc.
835. Shutterstock Images LLC
836. SIGMAC USA Inc.
837. Signal Communications Limited
838. Siligence SAS
839. Siqura BV
840. Sirius Satellite Radio, Inc.
841. Sitecom Europe B.V.
842. SK Telesys Co., Ltd.
843. Skardin Industrial (UK) Ltd
844. Skillsoft Corporation
845. Sky Deutschland Fernsehen GmbH & Co. KG
846. Sky Light Digital Limited
847. SKY Perfect JSAT Corporation
848. Skype Technologies SA
849. Skypine Electronics (Shenzhen) Co., Ltd.
850. SM Electronic GmbH
851. Smith Micro Software, Inc.
852. Snow Leopard Investments Ltd.
853. Soft Optics Ltd
854. Softouch Development Inc.
855. Soliton Systems K.K.
856. Sonic Solutions LLC
857. SonoSite, Inc.
858. Sony (China) Limited

859. SONY BRASIL LTDA (Manaus)
860. Sony Computer Entertainment America, Inc.
861. Sony Computer Entertainment Inc.
862. Sony Corporation
863. Sony Creative Software
864. Sony DADC Austria AG
865. Sony DADC Japan Inc.
866. Sony DADC US Inc. d/b/a Sony DADC Americas
867. Sony Digital Network Applications, Inc.
868. Sony Digital Products (WUXI) Co., Ltd.
869. Sony Electronics Inc.
870. Sony EMCS (Malaysia) Sdn Bhd
871. Sony Europe Limited
872. Sony Hungaria kft, Goedoelloe Plant
873. Sony International (Hong Kong) Ltd.
874. Sony Mobile Communications (China) Co. Ltd.
875. Sony Mobile Communications AB
876. Sony Mobile Communications Japan, Inc.
877. Sony Music Entertainment, Inc.
878. Sony Network Entertainment International LLC
879. Sony Network Entertainment International LLC
880. Sony Optiarc Inc.
881. Sony Technology (Thailand) Co., Ltd.
882. Sorenson Communications, Inc.
883. Sorenson Media, Inc.
884. Sourcenext Corporation
885. Spatial View Inc.
886. Splasm Software, Inc.
887. SplitmediaLabs Limited
888. Spreading Flames Media, LLC
889. Spreewald Kommunikationstechnik GmbH
890. SRG SSR idée suisse
891. St. Olaf College
892. STAR CO., LTD
893. StarDot Technologies
894. STEVA Sports Software Inc.
895. STOIK Imaging
896. Stream TV Networks, Inc.
897. StreamVenue, LLC
898. StreamWIDE SA
899. Strobl Ges.m.b.H.
900. STRONG International Ltd.
901. Sumitomo Electric Networks, Inc.
902. Sun Television Co., Ltd.
903. Sunniwell Co., Ltd.
904. Syabas Technology Inc. (DBA Popcorn Hour)
905. Syabas Technology, Hong Kong, Limited
906. Symetrics Industries, LLC
907. Systemic Pty Ltd
908. SZe Schneider & Zirr engineering GmbH
909. T+A elektroakustik GmbH & Co. KG
910. TableTop Media, LLC
911. TAG Video Systems Ltd
912. Taikoh Co., Ltd.
913. Tandberg Telecom AS
914. Tatung Co.
915. TATUNG Technology Inc.
916. TAYAMA Polska Robert Prandota, Henryk Prandota, Krystyna Prandota Spólka Jawna
917. TC&C Telecommunications and Computer Technology Ltd.
918. TDS Telecommunications Corporation
919. TEAC Corporation
920. Tech Tutor
921. Tech Werks Inc.
922. Technicolor Delivery Technologies Australia Pty Ltd.
923. Technicolor Delivery Technologies SAS
924. Technicolor Disc Services International, Ltd.
925. Technicolor Export de Mexico, S. de RL de CV
926. Technicolor Home Entertainment Services, Inc.
927. Technicolor Mexicana, S. de RL de CV
928. Technicolor Pty Ltd.
929. Technicolor SA
930. Technicolor USA, Inc.
931. TechniSat Digital GmbH
932. TechnoTrend Görler GmbH
933. TechSmith Corporation
934. TechVision Slovakia s.r.o.
935. TECO Electric & Machinery Co., Ltd.
936. Tektronix, Inc.
937. Telairity, Inc.
938. Telecolor Sp. z.o.o.
939. TELEFÓNICA MÓVILES ESPAÑA, S.A.U

MS-MOTO_1823_00004073186

940. Teleportel Europe NV
941. Teleste Corporation
942. Telestream, Inc.
943. Televés S.A.
944. Teleview
945. Television Hokkaido Broadcasting Co. Ltd.
946. Television Iwate Corporation
947. Television Kanagawa, Inc.
948. Television Kanazawa Co., Ltd.
949. Television Niigata Network Co., Ltd.
950. Television Nishinippon Corporation
951. Television Oita System Co., Ltd.
952. Television Osaka, Inc.
953. Television Saitama Co., Ltd.
954. Television Yamaguchi Broadcasting Systems Co., Ltd.
955. Television Yamanashi Co., Ltd.
956. Telewizja Kablowa Koszalin Sp. z.o.o.
957. Tello, LLC
958. Telsey Srl
959. Telstra Corporation Limited
960. TelVue Corporation
961. Tely Labs, Inc.
962. Teracue AG
963. TERAON Corporation
964. The Boeing Company
965. The Capital Group Companies, Inc.
966. The Elevator Channel d/b/a 11giraffes Company
967. The Niigata Television Network 21, Inc.
968. The Sapporo Television Broadcasting Co., Ltd.
969. The University Court of the University of Edinburgh
970. Therefore Corporation GmbH
971. Thinxtream Technologies Pte. Ltd.
972. Thomson Multimedia Polska Sp. z.o.o.
973. TianJin Mitsumi Electric Co., Ltd.
974. tkSoft
975. Tmax Digital Inc.
976. TMY Co., Ltd.
977. TOA Corporation
978. Tochigi Television Broadcasting Corporation
979. Tohoku Broadcasting Co., Ltd.
980. Tokai Television Broadcasting Co., Ltd.
981. Tokyo Broadcasting System Television, Inc.
982. Tokyo FM Broadcasting Co., Ltd.
983. Tokyo Metropolitan Television Broadcasting Corporation
984. TOMY Company, Ltd.
985. Tongfang Global Ltd.
986. TOPPRO Pty Ltd.
987. Topview Optronics Corp.
988. Toshiba Corporation
989. Toshiba Personal Computer System Corporation
990. Toyama Television Broadcasting Co., Ltd.
991. TrafficSim Co., Ltd.
992. Transparent Video Systems Inc.
993. Trilogy-Media, LLC
994. TSX Race Products Ltd.
995. Tulip-TV Inc.
996. Tunbow Electronics Limited
997. tv asahi corporation
998. TV Kochi Broadcasting Co., Ltd.
999. TV Setouchi Broadcasting Co., Ltd.
1000. TV Shinshu Broadcasting Co., Ltd.
1001. TV TOKYO Corporation
1002. TV1 GmbH
1003. TVersity Inc.
1004. T-VIPS AS
1005. TV-Nagasaki Broadcasting Co., Ltd.
1006. TVonics Solutions Ltd.
1007. TVQ Kyushu Broadcasting Co., Ltd.
1008. TVT Digital Technology Co., Ltd.
1009. TV-U Fukushima, Inc.
1010. TV-U Yamagata, Incorporated
1011. Tweak Software Inc.
1012. Twinbird Corporation
1013. Ucentrik Inc.
1014. UITStor USA, Inc.
1015. Uniden Corporation
1016. Universal Electronics, Inc.
1017. University of Durham
1018. Utrema, SARL
1019. UTStarcom, Inc.
1020. V.I.O., Inc.

1021. VANTAGE Digital GmbH
1022. Vantrix Corporation
1023. VBrick Systems, Inc.
1024. VCS Aktiengesellschaft
1025. Veebeam Corp
1026. Vela Research, LP
1027. Ventuz Technology, GmbH
1028. Verimatrix, Inc.
1029. Verint Video Solutions Inc.
1030. Vertex Golf, LP
1031. VerySoft, LLC
1032. VGo Communications, Inc.
1033. Vicon Motion Systems Ltd.
1034. VICXON Corporation
1035. VidaBox, LLC
1036. VidCheck Ltd.
1037. Video i Games, Inc
1038. Video River Networks, Inc.
1039. VideoFutures Limited
1040. VideoIQ, Inc.
1041. Videon Central, Inc.
1042. Videotec S.p.a.
1043. Videotron Corp.
1044. VideoWeb GmbH
1045. Videx Inc.
1046. Vidiator Technology (US) Inc.
1047. Vidmakr Labs Inc.
1048. Vidyo, Inc.
1049. Vigor Systems Inc.
1050. Village Island Co., Ltd.
1051. Vimeo, LLC
1052. Virginia CLE
1053. Visionary Solutions, Inc.
1054. Visionetics International
1055. VISIONITE Polska Spolka Cywilna
1056. VITEC Multimedia
1057. Vivotek Inc.
1058. ViVu, Inc.
1059. Vizio, Inc.
1060. VS Networks LLC
1061. VSN Video Stream Networks, S.L.
1062. VSO-Software SARL
1063. VTech Electronics Ltd
1064. VUDU, Inc.
1065. Wakayama Telecasting Corporation
1066. Webcam Corp.
1067. Wegener Communications
1068. Werft22 AG
1069. Western Digital Technologies, Inc.
1070. Westwell Australia Pty Ltd
1071. Wide Angle Software Ltd.
1072. Winaccord Ltd
1073. Winix Co., Ltd.
1074. Winmate Communications, Inc.
1075. WireSpring Technologies, Inc.
1076. WISI Communications GmbH & Co. KG
1077. Wistron NeWeb Corporation
1078. Worldplay (Canada) Inc.
1079. Wowza Media Systems, LLC
1080. Wyplay
1081. Wyse Technology Inc.
1082. XAVi Technologies Corp.
1083. XCast Labs, Inc.
1084. XEOFIX SARL
1085. XION GmbH
1086. X-Micro Technology Corp.
1087. Xovis AG
1088. xtendx AG
1089. Ya Horng Electronic Co., Ltd.
1090. Yahoo!
1091. Yamagata Broadcasting Co., Ltd.
1092. Yamagata Television System, Inc.
1093. Yamaguchi Asahi Broadcasting Co., Ltd.
1094. Yamaguchi Broadcasting Co., Ltd.
1095. Yamaha Corporation
1096. Yamanashi Broadcasting System Inc.
1097. YesVideo Inc.
1098. Yomiuri Telecasting Corporation
1099. ZDF, German Television
1100. ZenCat Productions, LLC
1101. Zencoder Inc.

MS-MOTO_1823_00004073188

1102. Zenterio AB
1103. Zeodia LLC
1104. Zhejiang Belson Technology Co., Ltd.
1105. Zhejiang Dahua Technology Co., Ltd.
1106. Zhejiang Dali Technology Co., Ltd.
1107. Zhejiang Tianle Digital Electric Co., Ltd.
1108. Zinwell Corporation
1109. ZODIAC Data Systems GmbH
1110. Zoom Corporation

*Licensees current in their obligations with respect to products reported and covered under their License; companies listed above may produce some or no products which are licensed under their respective agreement and, therefore, no conclusion may be drawn from this list that any particular products they manufacture are licensed. If you have questions about License coverage, please contact Licensing@mpegla.com.

Home | About | Media | Contact | Sitemap | Go to WebLA



© 2009 MPEG LA, LLC
Brand Iron consulted on site design

MS-MOTO_1823_00004073189