# EXHIBIT 17

# In The Matter Of:

## MICROSOFT CORPORATION
### v.
## MOTOROLA, INC., et al.

—————————————————————————

## ROGER S. SMITH - Vol. 1
### August 22, 2012

—————————————————————————

**MERRILL CORPORATION**

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

ROGER S. SMITH - 8/22/2012

1   UNITED STATES DISTRICT COURT FOR THE
    WESTERN DISTRICT OF WASHINGTON AT SEATTLE.
2   CASE NO.: C10-1823-JLR.
    -----------------------------------x
3   MICROSOFT CORPORATION,
4           Plaintiff,
5
          -vs-
6
  MOTOROLA MOBILITY, INC.,
7
          Defendant.
8
    -----------------------------------x
9
10            August 22, 2012
11             9:13 a.m.
12
13
14
  Videotaped Deposition of ROGER S. SMITH,
15
  held at the offices of Sidley Austin, 787
16
  Seventh Avenue, New York, New York, before
17
  Danielle Grant, a Shorthand Reporter and
18
  Notary Public within and for the State of
19
  New York.
20
21
22
23   Job# 445596
24
25

ROGER S. SMITH - 8/22/2012

**Page 2**

```
 1
 2    A P P E A R A N C E S :
 3    ROPES & GRAY LLP
      Attorneys for the Plaintiff
 4    1211 Avenue of the Americas
      New York, New York 10036-8704
 5    BY:  STEVEN PEPE, ESQ.
      (212) 596-9000
 6    steven.pepe@ropesgray.com
 7
 8    SIDLEY AUSTIN LLP
      Attorneys for the Defendant
 9    1 South Dearborn
      Chicago, Illinois 60603
10    BY:  NOT PRESENT, ESQ.
11      -and-
12    CALFO HARRIGAN LEYH & EAKES
      999 Third Avenue, Suite 4400
13    Seattle, WA 98104
      BY:  CHRISTOPHER WION, Esq., Of Counsel
14    206-623-1700
      206-623-8717 (fax)
15    chrisw@calfoharrigan.com
16
17
18
19
20
      ALSO PRESENT:
21    Robert Calvert, The Videographer
22
23
24
25
```

**Page 3**

```
 1    ----------------------INDEX----------------------
 2    WITNESS            EXAMINATION BY        PAGE
 3    ROGER S. SMITH     MR. WION              5
 4
 5    ----------------------EXHIBITS----------------------
 6    FOR IDENTIFICATION  DESCRIPTION          PAGE
 7    Exhibit No. 330    Expert Report of Roger    13
 8                       Smith
 9    Exhibit No. 331    Document              121
10    Exhibit No. 332    Excerpt of prior      138
11                       testimony from June 17,
12                       2003
13
14
15
16    -------------REQUESTS FOR PRODUCTION-------------
17    DESCRIPTION                    PAGE
18        -----NONE WERE MADE------
19
20
21
22
23
24
25
```

**Page 4**

```
 1         VIDEOGRAPHER:  We are now on the    09:03:20
 2    record.  This is the video operator      09:03:22
 3    speaking, Robert Calvert of Merrill      09:03:24
 4    Legal Solutions.  Today's date is        09:03:26
 5    August 22, 2012, the time on the video   09:03:30
 6    monitor is 9:03 a.m.  We are at the      09:03:32
 7    offices of Sidley Austin located at 787  09:03:38
 8    Seventh Avenue, New York, New York to    09:03:40
 9    take the videotaped deposition of Roger  09:03:43
10    Smith in the matter of Microsoft         09:03:45
11    Corporation, a Washington Corporation    09:03:47
12    versus Motorola Inc., Motorola --        09:03:49
13    excuse me, Motorola Mobility Inc. and    09:03:54
14    General Instrument Corporation.  The     09:03:55
15    venue of this case is the United States  09:03:57
16    District Court for the Western District  09:03:59
17    of Washington at Seattle.  The index     09:04:03
18    number is C10-1823-JLR.                  09:04:10
19         Will counsels please voice          09:04:10
20    identify themselves and state whom they  09:04:10
21    represent.                               09:04:12
22         MR. WION:  Chris Wion with Calfo    09:04:12
23    Harrigan representing Microsoft.         09:04:19
24         MR. PEPE:  Steve Pepe of Ropes and  09:04:19
25    Gray on behalf of Motorola.             09:04:19
```

**Page 5**

```
 1         VIDEOGRAPHER:  Will our court        09:04:23
 2    reporter please swear in the witness.    09:04:25
 3    R O G E R   S M I T H, called as a witness, having 09:04:25
 4    been first duly sworn by Danielle Grant, a 09:04:25
 5    Notary Public within and for the State of 09:04:25
 6    New York, was examined and testified as  09:04:25
 7    follows:                                 09:04:25
 8         VIDEOGRAPHER:  Please begin.        09:04:25
 9    EXAMINATION BY                           09:04:25
10    MR. WION:                                09:04:37
11    Q    Good morning Mr. Smith?            09:04:38
12    A    Good morning.                       09:04:39
13    Q    Can you please your full name and   09:04:39
14    home address for the record.             09:04:41
15    A    My name is Roger S. Smith and my    09:04:43
16    home address is 7258 Marlow Place in University 09:04:49
17    Park, Florida.                           09:04:50
18    Q    And I understand you have been      09:04:51
19    deposed on a number of prior occasions; is that 09:04:54
20    right?                                   09:04:55
21    A    I have, yes.                        09:04:56
22    Q    Approximately how many times?      09:04:58
23    A    I would -- I don't keep close       09:05:00
24    track but I would judge it's somewhere between 09:05:04
25    15 and 30.                               09:05:06
```

Merrill Corporation - San Francisco
800-869-9132          www.merrillcorp.com/law

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | Q   And when were you most recently | 09:05:09 |
| 2 | deposed? | 09:05:10 |
| 3 | A   My most recent deposition would | 09:05:13 |
| 4 | have been in 2009, probably in connection with | 09:05:19 |
| 5 | a lawsuit between Lucent and Dell Gateway and | 09:05:25 |
| 6 | Microsoft. | 09:05:26 |
| 7 | Q   And of this 15 to 30 depositions, | 09:05:29 |
| 8 | approximately how many -- for approximately how | 09:05:33 |
| 9 | many of those were you serving as an expert | 09:05:36 |
| 10 | witness? | 09:05:37 |
| 11 | A   In each one of them I was serving | 09:05:39 |
| 12 | as an expert. | 09:05:40 |
| 13 | Q   Have you spoken with any Motorola | 09:05:43 |
| 14 | employees in connection with this case? | 09:05:45 |
| 15 | A   I have, yes. | 09:05:46 |
| 16 | Q   Which employees? | 09:05:48 |
| 17 | A   I have spoken with a gentleman | 09:05:51 |
| 18 | whose name is Kowalski, I think it is Timothy | 09:05:55 |
| 19 | Kowalski, and I have spoken with, oh goodness, | 09:06:05 |
| 20 | Tim, the Motorola's general patent counsel I | 09:06:09 |
| 21 | guess, when I was being interviewed for being | 09:06:13 |
| 22 | retained. | 09:06:15 |
| 23 | MR. PEPE: Tom. | 09:06:17 |
| 24 | THE WITNESS: Tom, sorry, Tom. | 09:06:17 |
| 25 | MR. PEPE: Tom Miller. | |

Page 6

| | | |
|---|---|---|
| 1 | THE WITNESS: Miller? Miller, | 09:06:18 |
| 2 | yeah. | 09:06:19 |
| 3 | Q   And since that initial meeting | 09:06:21 |
| 4 | with Mr. Miller, have you had any other | 09:06:24 |
| 5 | discussions with Mr. Miller? | 09:06:26 |
| 6 | A   I have not. | 09:06:26 |
| 7 | Q   So the only Motorola employee with | 09:06:29 |
| 8 | which you've discussed the substance of this | 09:06:31 |
| 9 | case other than in the initial meeting was Mr. | 09:06:34 |
| 10 | Tim Kowalski? | 09:06:37 |
| 11 | A   That's correct. | 09:06:39 |
| 12 | Q   How many times did you speak with | 09:06:40 |
| 13 | Mr. Kowalski? | 09:06:42 |
| 14 | A   I spoke with Mr. Kowalski once for | 09:06:45 |
| 15 | approximately a half an hour, I would say, | 09:06:46 |
| 16 | maybe an hour. | 09:06:48 |
| 17 | Q   What did you discuss with | 09:06:50 |
| 18 | Mr. Kowalski? | 09:06:51 |
| 19 | A   Our discussions centered around | 09:06:54 |
| 20 | Motorola's activities and attitudes concerning | 09:07:03 |
| 21 | the joining of pools or not joining pools. | 09:07:07 |
| 22 | Q   What did he tell you about that? | 09:07:10 |
| 23 | A   As I reported in my report, he | 09:07:12 |
| 24 | told me that Motorola looks at each pool | 09:07:18 |
| 25 | opportunity as an individual opportunity and | |

Page 7

| | | |
|---|---|---|
| 1 | makes decision on a case-by-case basis whether | 09:07:24 |
| 2 | it's in their interest or not in their interest | 09:07:29 |
| 3 | to join a pool. | 09:07:31 |
| 4 | Q   Were there any factors that he | 09:07:32 |
| 5 | discussed with you relating to how Motorola | 09:07:34 |
| 6 | would make that determination? | 09:07:36 |
| 7 | A   Well, he did, he did discuss with | 09:07:37 |
| 8 | me the fact that Motorola looks at whether the | 09:07:43 |
| 9 | pool has to do with important strategic | 09:07:48 |
| 10 | technology or with less important technology. | 09:07:52 |
| 11 | Q   Did he explain to you what | 09:07:54 |
| 12 | Motorola considered to be important technology | 09:07:57 |
| 13 | as opposed to non-important technology with | 09:08:00 |
| 14 | respect to Motorola's strategies? | 09:08:04 |
| 15 | A   I do not recall that he identified | 09:08:09 |
| 16 | specific technologies as so important that they | 09:08:13 |
| 17 | would not join a pool in connection with them. | 09:08:16 |
| 18 | But he did, he did talk about their core | 09:08:20 |
| 19 | technologies, whatever those might be. | 09:08:22 |
| 20 | Q   Did he identify what those core | 09:08:25 |
| 21 | technologies would be? | 09:08:29 |
| 22 | A   I don't at this point recall that | 09:08:31 |
| 23 | he did.  He may have. | 09:08:35 |
| 24 | Q   And on the flip side, did he | 09:08:38 |
| 25 | identify what non-core technologies would | |

Page 8

| | | |
|---|---|---|
| 1 | encompass? | 09:08:42 |
| 2 | A   He did identify one as I remember | 09:08:45 |
| 3 | because I didn't understand the acronym was | 09:08:48 |
| 4 | NFC, near field something. | 09:08:53 |
| 5 | MR. PEPE: Communications. | 09:08:54 |
| 6 | A   Communications, yeah. | 09:08:56 |
| 7 | Q   Do you have an understanding of | 09:08:56 |
| 8 | what that means today? | 09:08:58 |
| 9 | A   No. | 09:08:59 |
| 10 | Q   Did Mr. Kowalski explain to you | 09:09:01 |
| 11 | why Motorola had or had not joined any | 09:09:06 |
| 12 | particular patent pool? | 09:09:09 |
| 13 | A   We did discuss the fact that | 09:09:11 |
| 14 | Motorola at one time had joined, I think it was | 09:09:15 |
| 15 | the MPEG-2 pool, but that they later sold the | 09:09:21 |
| 16 | patents, if I remember the pool correctly, they | 09:09:24 |
| 17 | sold the pools to General Electric and had no | 09:09:28 |
| 18 | further interest in that pool. | 09:09:31 |
| 19 | Q   When Motorola joined the MPEG-2 | 09:09:35 |
| 20 | pool, do you have any understanding regarding | 09:09:37 |
| 21 | why? | 09:09:38 |
| 22 | A   No, I do not. | 09:09:40 |
| 23 | Q   Did Mr. Kowalski explain to you | 09:09:42 |
| 24 | the rationale for Motorola's decision to join | 09:09:45 |
| 25 | or not join in any other patent pools other | |

Page 9

Pages 6 to 9

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | than MPEG-2?                                      09:09:53 |
| 2 | A   His -- in connection with pools               09:09:55 |
| 3 | that they, that as I said, they would elect not   09:09:58 |
| 4 | to join because the technology was one that       09:10:03 |
| 5 | they felt that they were -- they were better      09:10:05 |
| 6 | off managing on their own outside of a pool. I    09:10:11 |
| 7 | don't recall that he -- that he gave me any        09:10:16 |
| 8 | specific direction with respect to the answer     09:10:19 |
| 9 | to your question.                                 09:10:22 |
| 10 | Q   In other words, he did not provide            09:10:23 |
| 11 | you any information regarding why Motorola         09:10:28 |
| 12 | joined or did not join any specific patent pool   09:10:31 |
| 13 | as opposed to general considerations?             09:10:35 |
| 14 | MR. PEPE:  Objection, form.                        09:10:35 |
| 15 | Go ahead.                                          09:10:37 |
| 16 | A   I don't recall that he did, no.               09:10:39 |
| 17 | Q   Have you had any discussions with             09:10:42 |
| 18 | any of Motorola's other experts regarding this    09:10:45 |
| 19 | case?                                             09:10:47 |
| 20 | A   I have not had personal                       09:10:49 |
| 21 | discussions with other Motorola experts.          09:10:57 |
| 22 | Q   So other than counsel for Motorola            09:10:59 |
| 23 | and Mr. Kowalski, have you discussed the          09:11:01 |
| 24 | substance of this case with anyone else?          09:11:03 |
| 25 | A   No, I have not. |

Page 10

| | |
|---|---|
| 1 | Q   When were you engaged by Motorola             09:11:09 |
| 2 | in this matter?                                   09:11:11 |
| 3 | A   I was engaged on Friday the 13th              09:11:14 |
| 4 | of July.  I signed an engagement letter.  I       09:11:19 |
| 5 | had -- I had interviewed with Mr. Muller,         09:11:22 |
| 6 | Miller, previous to that I think on a             09:11:26 |
| 7 | Wednesday.                                         09:11:27 |
| 8 | Q   Approximately how much time have              09:11:28 |
| 9 | you spent working on this matter?                 09:11:33 |
| 10 | A   Oh dear, I have not kept careful              09:11:35 |
| 11 | count, but I would judge at this point it is      09:11:39 |
| 12 | somewhere between 60 and -- 60 to 80 hours        09:11:45 |
| 13 | perhaps.                                          09:11:48 |
| 14 | Q   And prior to the issuance of your            09:11:52 |
| 15 | expert report on August 10, how many hours had    09:11:57 |
| 16 | you spent working on this matter?                 09:12:03 |
| 17 | A   I would say probably 60 hours.                09:12:11 |
| 18 | Q   Have you previously written about            09:12:14 |
| 19 | patent pools?                                     09:12:17 |
| 20 | A   I have -- I have considered patent            09:12:18 |
| 21 | pools in connection with earlier expert           09:12:21 |
| 22 | reports.                                          09:12:22 |
| 23 | Q   Other than any expert reports that           09:12:25 |
| 24 | you've prepared, have you otherwise written       09:12:32 |
| 25 | anything regarding patent pools? |

Page 11

| | |
|---|---|
| 1 | A   I don't believe I have.  I don't              09:12:37 |
| 2 | do much in the way of publishing.                 09:12:40 |
| 3 | Q   Is your answer the same with                  09:12:42 |
| 4 | respect to standards more generally?              09:12:45 |
| 5 | A   It would be the same, yes.                    09:12:52 |
| 6 | Q   Have you written any papers,                  09:12:54 |
| 7 | articles, anything else relating to RAND?         09:13:05 |
| 8 | A   Not that I can recall.  As I say,             09:13:07 |
| 9 | I have not -- I have not made a practice of       09:13:13 |
| 10 | writing articles and the like so I'm quite sure   09:13:17 |
| 11 | I have not.                                       09:13:18 |
| 12 | Q   And this also includes any                    09:13:21 |
| 13 | writings that were internal at IBM during your    09:13:25 |
| 14 | career there?                                     09:13:27 |
| 15 | A   Well, certainly during my career             09:13:29 |
| 16 | at IBM I prepared memoranda or legal opinions     09:13:36 |
| 17 | concerning patent issues and issues relating to   09:13:40 |
| 18 | standards I'm sure were included.                 09:13:43 |
| 19 | Q   And as well as memoranda relating             09:13:46 |
| 20 | to patent pools?                                  09:13:49 |
| 21 | A   I cannot recall specific                      09:13:52 |
| 22 | memoranda, but I would -- I would be surprised    09:13:55 |
| 23 | if I had not written some memoranda that          09:13:58 |
| 24 | mentioned patent pools.                           09:14:05 |
| 25 | Those of course would be internal |

Page 12

| | |
|---|---|
| 1 | memoranda that would be confidential.             09:14:10 |
| 2 | Q   You can't recall any such                     09:14:13 |
| 3 | memoranda or other writings where the main        09:14:15 |
| 4 | subject was patent pools?                         09:14:19 |
| 5 | A   Not as I sit here today, no.                  09:14:21 |
| 6 | MR. WION:  This is Plaintiff's                     09:14:21 |
| 7 | Exhibit 330. |
| 8 | (Expert Report of Roger Smith was |
| 9 | marked as Plaintiff's Exhibit No. |
| 10 | 330 for identification, as of this |
| 11 | date.)                                            09:15:07 |
| 12 | Q   Mr. Smith, you have been handed               09:15:08 |
| 13 | what's been marked as Plaintiff's Exhibit 330.    09:15:11 |
| 14 | Can you review that quickly and determine --      09:15:16 |
| 15 | and confirm that that is the expert report you    09:15:18 |
| 16 | prepared in this case?                            09:15:21 |
| 17 | A   Well, I'm obviously not going to              09:15:38 |
| 18 | read each page, but it certainly appears to be    09:15:41 |
| 19 | my expert report.                                 09:15:42 |
| 20 | Q   And does your expert report                   09:15:44 |
| 21 | describe all of the opinions that you have        09:15:46 |
| 22 | developed in this case?                           09:15:48 |
| 23 | A   It does, yes.                                 09:15:49 |
| 24 | Q   Accurately?                                   09:15:50 |
| 25 | A   I believe so, yes. |

Page 13

Pages 10 to 13

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | **Q** **And completely?** | 09:15:54 |
| 2 | A I believe so, yes. | 09:15:56 |
| 3 | **Q** **Do you have any plans to** | 09:15:59 |
| 4 | **supplement this report?** | 09:16:01 |
| 5 | A Not unless some new material | 09:16:06 |
| 6 | appears that relates to the report and I'm | 09:16:10 |
| 7 | asked to do so. | 09:16:11 |
| 8 | **Q** **Have you been asked to prepare any** | 09:16:13 |
| 9 | **supplemental report?** | 09:16:16 |
| 10 | A I have not, no. | 09:16:17 |
| 11 | **Q** **Other than documents that were** | 09:16:19 |
| 12 | **provided to you by counsel, are there any other** | 09:16:22 |
| 13 | **documents that you relied on in preparing this** | 09:16:25 |
| 14 | **analysis in your expert report?** | 09:16:29 |
| 15 | A I cannot recall any other | 09:16:31 |
| 16 | documents. | 09:16:37 |
| 17 | **Q** **If you turn to tab A of your** | 09:16:40 |
| 18 | **report, that is a list -- or excuse me. Is** | 09:16:46 |
| 19 | **that a list that includes all of the documents** | 09:16:51 |
| 20 | **that you relied on in forming your opinions?** | 09:17:25 |
| 21 | A It appears to be, yes. | 09:17:27 |
| 22 | **Q** **Were you familiar with any of the** | 09:17:28 |
| 23 | **documents listed in tab A prior to your** | 09:17:31 |
| 24 | **engagement by Motorola for this case?** | 09:17:38 |
| 25 | MR. PEPE: Objection, form. | |

Page 14

| | | |
|---|---|---|
| 1 | A As I sit here, I cannot recall | 09:17:45 |
| 2 | being familiar with any of the specific | 09:17:49 |
| 3 | documents. I may well have read some of MPEG | 09:17:54 |
| 4 | LA's materials before seeing them here. | 09:17:58 |
| 5 | **Q** **There are a number of articles** | 09:18:00 |
| 6 | **relating to economic matters in the materials** | 09:18:03 |
| 7 | **listed; is that correct?** | 09:18:05 |
| 8 | A I see them, yes, um-hmm. | 09:18:08 |
| 9 | **Q** **Were you familiar with those** | 09:18:09 |
| 10 | **articles prior to this case?** | 09:18:12 |
| 11 | MR. PEPE: Objection, form. | 09:18:15 |
| 12 | A I don't recall specifically being | 09:18:17 |
| 13 | familiar with them. I may have read some of | 09:18:19 |
| 14 | them. I -- Mark Lemley, for example, is | 09:18:23 |
| 15 | well-known to me and I may have read some of | 09:18:26 |
| 16 | his materials while I was associated with the | 09:18:30 |
| 17 | American Intellectual Property Law Association. | 09:18:33 |
| 18 | **Q** **And during what period of time** | 09:18:35 |
| 19 | **were you involved with that organization?** | 09:18:37 |
| 20 | A From about 1983 until about 2000, | 09:18:45 |
| 21 | something like that. | 09:18:46 |
| 22 | **Q** **So are there any economic articles** | 09:18:47 |
| 23 | **in this list that you can recall reviewing or** | 09:18:50 |
| 24 | **reading prior to your engagement in this case?** | 09:18:55 |
| 25 | A No, I cannot recall any specific | |

Page 15

| | | |
|---|---|---|
| 1 | articles. | 09:18:59 |
| 2 | **Q** **You're not an economist; is that** | 09:19:02 |
| 3 | **right?** | 09:19:02 |
| 4 | A That is absolutely correct. | 09:19:10 |
| 5 | **Q** **Can you describe generally what** | 09:19:12 |
| 6 | **you considered your assignment to be in** | 09:19:14 |
| 7 | **preparing your expert report in this case?** | 09:19:16 |
| 8 | A Well, I think it's described in my | 09:19:19 |
| 9 | report. At a high level I could say I was | 09:19:25 |
| 10 | asked to look at the reports of the experts | 09:19:31 |
| 11 | that were reporting on behalf of Microsoft and | 09:19:36 |
| 12 | to give my opinion concerning the accuracy of | 09:19:40 |
| 13 | their reports, and more specifically the | 09:19:46 |
| 14 | relationship or non-relationship or relevance | 09:19:50 |
| 15 | or non-relevance of patent pools to the | 09:19:53 |
| 16 | determination of a reasonable and | 09:19:56 |
| 17 | nondiscriminatory royalty rate and bilateral | 09:20:00 |
| 18 | negotiation. | 09:20:01 |
| 19 | **Q** **Which expert reports of** | 09:20:03 |
| 20 | **Microsoft's experts do you recall reading?** | 09:20:06 |
| 21 | A I read -- I read very briefly five | 09:20:09 |
| 22 | reports. I concentrated more on three and | 09:20:12 |
| 23 | those were the reports of a Dr. Simco, a | 09:20:17 |
| 24 | Dr. Murphy and I believe, or they may have been | 09:20:21 |
| 25 | professors, and a Mr. , Dr. Lind. | |

Page 16

| | | |
|---|---|---|
| 1 | **Q** **And you referred to an additional** | 09:20:29 |
| 2 | **two other expert reports?** | 09:20:30 |
| 3 | A Yes, I was provided with the | 09:20:32 |
| 4 | package of all of their expert reports and I | 09:20:35 |
| 5 | believe they included a Mr. or Dr. Orchard, and | 09:20:40 |
| 6 | I've kind of forgotten the last name. | 09:20:45 |
| 7 | MR. PEPE: Gibson. | 09:20:46 |
| 8 | THE WITNESS: Gibson, correct, but | 09:20:48 |
| 9 | I didn't pay particular attention to | 09:20:50 |
| 10 | them because they didn't seem to relate | 09:20:52 |
| 11 | to the issue I was asked to opine on. | 09:20:55 |
| 12 | **Q** **Other than those five experts** | 09:20:57 |
| 13 | **reports, were there any other expert reports** | 09:20:59 |
| 14 | **that you read?** | 09:21:00 |
| 15 | A Yes, I read the expert report of | 09:21:03 |
| 16 | Dr. Teece was his name. T-E-E-C-E. And a Dr. | 09:21:08 |
| 17 | Beckers. I may have read others but I don't | 09:21:14 |
| 18 | recall them at the moment. | 09:21:16 |
| 19 | **Q** **Do you recall reading any of** | 09:21:18 |
| 20 | **Motorola's expert reports other than what** | 09:21:22 |
| 21 | **you've referred to as the Teece report?** | 09:21:27 |
| 22 | A I read Charles Donohue's report | 09:21:31 |
| 23 | and I may have read Dr. Smallency, if that's | 09:21:37 |
| 24 | the way you pronounce his name. At least | 09:21:41 |
| 25 | portions of his report. | |

Page 17

Pages 14 to 17

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | **Q   Did you read the entire Donohue** 09:21:46 |
| 2 | **report?** 09:21:46 |
| 3 | A   I skimmed the entire Donohue 09:21:49 |
| 4 | report, but there was much of it that I didn't 09:21:52 |
| 5 | think was pertinent to my issue. 09:21:55 |
| 6 | **Q   Were there portions of that report** 09:21:57 |
| 7 | **that you believed were pertinent to the issues** 09:21:59 |
| 8 | **you were investigating?** 09:22:02 |
| 9 | A   He spoke very briefly or reported 09:22:04 |
| 10 | very briefly on the relevance of pools to 09:22:08 |
| 11 | determination of a reasonable and a 09:22:10 |
| 12 | nondiscriminatory royalty rate, and I read 09:22:15 |
| 13 | that. 09:22:15 |
| 14 | **Q   Any other portions of** 09:22:17 |
| 15 | **Mr. Donohue's report that you recall focusing** 09:22:21 |
| 16 | **attention on?** 09:22:22 |
| 17 | A   No.  As I remember, the balance or 09:22:25 |
| 18 | the -- most of the substance of his report had 09:22:28 |
| 19 | to do with application of Georgia Pacific 09:22:33 |
| 20 | factors to his issue. 09:22:35 |
| 21 | **Q   Did you consider the application** 09:22:37 |
| 22 | **of Georgia Pacific factors to be relevant to** 09:22:41 |
| 23 | **the assignment you were engaged in?** 09:22:44 |
| 24 | A   No, I did not. 09:22:54 |
| 25 | **Q   Were you asked to develop an** 09:22:56 |

Page 18

| | |
|---|---|
| 1 | **opinion on whether Motorola's demands on** 09:22:59 |
| 2 | **Microsoft were consistent with RAND principles?** 09:23:06 |
| 3 | MR. PEPE:  Objection to form. 09:23:07 |
| 4 | A   No, I was not asked specifically 09:23:09 |
| 5 | to -- to opine on the -- question of 09:23:14 |
| 6 | whether Motorola's offer was or was not within 09:23:21 |
| 7 | RAND principles. 09:23:22 |
| 8 | **Q   When you refer to Motorola's offer** 09:23:24 |
| 9 | **can you describe for me what you mean?** 09:23:28 |
| 10 | A   Well, I read -- I read at least 09:23:32 |
| 11 | one letter that was written to Microsoft by a 09:23:37 |
| 12 | gentleman whose name was Daley, Kirk Daley, I 09:23:43 |
| 13 | believe, that contained an offer, the original 09:23:50 |
| 14 | offer for a negotiation. 09:24:32 |
| 15 | **Q   Mr. Smith, I have now handed you** 09:24:35 |
| 16 | **two exhibits that have been previously marked.** 09:24:36 |
| 17 | **The first is Plaintiff's Exhibit No. 1.** 09:24:40 |
| 18 | A   Um-hmm. 09:24:44 |
| 19 | **Q   Which is a letter from Mr. Daley** 09:24:48 |
| 20 | **of Motorola to Mr. Gutierrez at Microsoft dated** 09:24:54 |
| 21 | **October 21, 2010.  And the second document** 09:24:57 |
| 22 | **identified as Plaintiff's Exhibit 2 is a letter** 09:25:01 |
| 23 | **from the same Mr. Daley to Mr. Gutierrez dated** 09:25:08 |
| 24 | **October 29, 2010.** 09:25:10 |
| 25 | **Do you recall seeing and reading** |

Page 19

| | |
|---|---|
| 1 | either of these two letters? 09:25:15 |
| 2 | A   I certainly do recall seeing them. 09:25:18 |
| 3 | I read them.  I don't know that I concentrated 09:25:21 |
| 4 | very strongly on them.  They were among the 09:25:23 |
| 5 | materials that were provided to me. 09:25:26 |
| 6 | **Q   So when you refer to Motorola's** 09:25:29 |
| 7 | **offer, were you thinking of one or both of** 09:25:32 |
| 8 | **these letters?** 09:25:35 |
| 9 | A   I was really thinking of the first 09:25:36 |
| 10 | one.  I don't remember the extent to which, if 09:25:39 |
| 11 | any, that the offer changed. 09:25:56 |
| 12 | **Q   Turning back to your expert report** 09:25:58 |
| 13 | **and tab C of that report.  That appears to be a** 09:26:09 |
| 14 | **list of cases in which you provided testimony** 09:26:13 |
| 15 | **over the last four years?** 09:26:15 |
| 16 | A   Yes.  I have to correct that.  It 09:26:20 |
| 17 | includes testimony prior to four years.  I 09:26:22 |
| 18 | think the testimony within the four-year period 09:26:24 |
| 19 | is cited in the body of the report.  I 09:26:28 |
| 20 | didn't -- I wasn't particularly careful I guess 09:26:30 |
| 21 | in the heading of C. 09:26:35 |
| 22 | **Q   So for what time period was this** 09:26:38 |
| 23 | **list intended to cover?** 09:26:41 |
| 24 | A   This list would cover the time 09:26:42 |
| 25 | period from about 2004, I think, or 2005, 09:26:46 |

Page 20

| | |
|---|---|
| 1 | something like that. 09:26:51 |
| 2 | **Q   And is it complete with respect to** 09:26:52 |
| 3 | **identifying each case in which you provided** 09:26:55 |
| 4 | **testimony since 2004, 2005?** 09:26:58 |
| 5 | A   It is, to the best of my 09:27:00 |
| 6 | knowledge, complete.  I cannot recall any -- 09:27:06 |
| 7 | any deposition or testimony that is not listed 09:27:10 |
| 8 | here. 09:27:13 |
| 9 | **Q   Are there any cases listed in tab** 09:27:18 |
| 10 | **C that involved your examination of patent** 09:27:23 |
| 11 | **pools?** 09:27:26 |
| 12 | A   Yes. 09:27:28 |
| 13 | **Q   Can you identify those, please?** 09:27:30 |
| 14 | A   Item No. 10, Lucent against 09:27:34 |
| 15 | Gateway involved patent pools. Item 11, Lucent 09:27:39 |
| 16 | against -- Lucent and Multimedia against 09:27:43 |
| 17 | Gateway et al involved patent pools. I don't 09:27:47 |
| 18 | recall Item 12 did, although they were the same 09:27:51 |
| 19 | parties. 09:27:53 |
| 20 | **Q   And so the cases on this list** 09:27:57 |
| 21 | **identified as one through nine did not involve** 09:28:01 |
| 22 | **patent pools?** 09:28:03 |
| 23 | A   I don't believe they did.  Let me 09:28:05 |
| 24 | look at it again to make sure about it. 09:28:19 |
| 25 | Item No. 3 may have had something |

Page 21

Pages 18 to 21

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | to do with patent pools. That was a -- that | 09:28:27 |
| 2 | was an International Trade Commission case and | 09:28:35 |
| 3 | I don't think -- I don't think the arrangement | 09:28:42 |
| 4 | was strictly a patent pool but as I remember it | 09:28:47 |
| 5 | may have had some characteristics. I do | 09:28:50 |
| 6 | remember in connection with that case reading | 09:28:53 |
| 7 | Garhert Bini's (ph), one of his reports, one of | 09:28:56 |
| 8 | his letters to the Justice Department. That's | 09:28:58 |
| 9 | why I make the connection. | 09:29:03 |
| 10 | Q   And that letter that you are | 09:29:04 |
| 11 | referring to, what was the date or approximate | 09:29:07 |
| 12 | date that that letter was sent? | 09:29:10 |
| 13 | A   Gosh, it would have had -- it | 09:29:12 |
| 14 | would have had to be probably in the late '90s. | 09:29:17 |
| 15 | Q   Can you recall the substance of | 09:29:19 |
| 16 | that letter? | 09:29:21 |
| 17 | A   To the best of my recollection | 09:29:22 |
| 18 | that letter would have had to do with a | 09:29:28 |
| 19 | business evaluation by the Justice Department | 09:29:31 |
| 20 | of a pool. I don't -- it certainly was not -- | 09:29:35 |
| 21 | not a pool that was involved directly in the | 09:29:38 |
| 22 | ITC case. | 09:29:41 |
| 23 | Q   Do you have any understanding why | 09:29:45 |
| 24 | Mr. Bini's letter was requesting a back from | 09:29:51 |
| 25 | the DOJ? | |

Page 22

| | | |
|---|---|---|
| 1 | A   Well, as I remember the letter | 09:29:58 |
| 2 | identified a collective arrangement of pool | 09:30:03 |
| 3 | that was being formed or had been formed and | 09:30:09 |
| 4 | was requesting that the Justice Department make | 09:30:14 |
| 5 | an evaluation as to whether they would or would | 09:30:17 |
| 6 | not challenge that as an antitrust violation. | 09:30:22 |
| 7 | Q   Had the DOJ previously challenged | 09:30:25 |
| 8 | patent pools? | 09:30:26 |
| 9 | A   Yes, they had over the years. | 09:30:30 |
| 10 | Q   Can you think of any particular | 09:30:32 |
| 11 | pools that were challenged by the DOJ? | 09:30:38 |
| 12 | A   Manufactured Aircraft Association, | 09:30:39 |
| 13 | I think that pool was challenged. I think some | 09:30:43 |
| 14 | of the -- some of the pools, they're all oil | 09:30:50 |
| 15 | company pools. In fact I think I refer to one | 09:30:53 |
| 16 | of them in my report. | 09:31:04 |
| 17 | Q   Were these investigations or | 09:31:06 |
| 18 | objections by the DOJ that you just referred to | 09:31:08 |
| 19 | in the first half of last century? | 09:31:17 |
| 20 | A   The first half of the last | 09:31:18 |
| 21 | century? | 09:31:19 |
| 22 | Q   Or if you can tell me | 09:31:20 |
| 23 | approximately the date or decade, that would be | 09:31:21 |
| 24 | helpful. | 09:31:22 |
| 25 | A   Well, yeah, Aircraft Manufacturers | |

Page 23

| | | |
|---|---|---|
| 1 | I think probably was in the first half and I | 09:31:27 |
| 2 | think the -- I cannot recall the name of the | 09:31:33 |
| 3 | case I'm thinking of right now but that was in | 09:31:37 |
| 4 | 1930s something, Supreme Court opinion relating | 09:31:42 |
| 5 | to pools. | 09:31:49 |
| 6 | Q   And do you recall there being some | 09:31:52 |
| 7 | opposition to technology relating to, I think | 09:31:55 |
| 8 | it was laser eye surgery, VISX? | 09:32:00 |
| 9 | A   That's a more recent case, yes, | 09:32:03 |
| 10 | VISX. | 09:32:05 |
| 11 | Q   VISX was it? | 09:32:05 |
| 12 | A   Yeah, um-hum. | 09:32:06 |
| 13 | Q   Do you recall when that was? | 09:32:07 |
| 14 | A   That would have been -- that would | 09:32:09 |
| 15 | have been probably subsequent to 1990. | 09:32:23 |
| 16 | Q   Do you recall what the DOJ's | 09:32:25 |
| 17 | reaction was to Mr. Bini's letter? | 09:32:32 |
| 18 | MR. PEPE:  Objection, form. | 09:32:32 |
| 19 | Go ahead. | 09:32:38 |
| 20 | A   My recollection is that the | 09:32:39 |
| 21 | Department Of justice through Joel Klein | 09:32:46 |
| 22 | advised Mr. Bini that as with respect to what | 09:32:51 |
| 23 | they had been given to understand they did not | 09:32:55 |
| 24 | plan to challenge that pool at that time. | 09:33:01 |
| 25 | Q   Do you recall whether that was an | |

Page 24

| | | |
|---|---|---|
| 1 | MPEG-2 pool? | 09:33:15 |
| 2 | A   I -- I thought it had to do with | 09:33:18 |
| 3 | DVDs, but it may have been. If the case I was | 09:33:21 |
| 4 | involved in, the is that correct case I was | 09:33:22 |
| 5 | involved had to do with DVDs. | 09:33:33 |
| 6 | Q   Other than -- strike that. | 09:33:35 |
| 7 | Are you aware of any other | 09:33:38 |
| 8 | technology patent pools which formation was | 09:33:47 |
| 9 | reviewed by DOJ? | 09:34:00 |
| 10 | A   Technologies other than | 09:34:02 |
| 11 | electronics or can you be more specific? | 09:34:05 |
| 12 | Q   Well, you had referred to I think | 09:34:08 |
| 13 | some oil company and airplane manufacturing | 09:34:13 |
| 14 | pools and we had discussed briefly a pool | 09:34:17 |
| 15 | relating to I think laser eye surgery. So when | 09:34:21 |
| 16 | I refer to technology, that's the industry | 09:34:24 |
| 17 | that's -- I think you're more familiar with. | 09:34:26 |
| 18 | Can you recall any patent pools relating to | 09:34:31 |
| 19 | high technology that were reviewed by the DOJ? | 09:34:38 |
| 20 | MR. PEPE:  Objection, form. | 09:34:39 |
| 21 | A   As I sit here, I cannot recall any | 09:34:42 |
| 22 | specific instances of pools that were, that | 09:34:46 |
| 23 | were evaluated by the Justice Department. The | 09:34:53 |
| 24 | only other one that comes to mind has to do | 09:34:57 |
| 25 | with bathtub porcelainizing or something like | |

Page 25

Pages 22 to 25

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | that. | 09:35:01 |
| 2 | **Q    We can probably agree that doesn't** | 09:35:04 |
| 3 | **fall in the high technology industry.** | 09:35:07 |
| 4 | A    It depends whether you're making | 09:35:10 |
| 5 | bathtubs I guess. | 09:35:15 |
| 6 | **Q    Can you think of any technology** | 09:35:17 |
| 7 | **patent pools that existed prior to late 1990s?** | 09:35:27 |
| 8 | A    I'm not sure I understand the | 09:35:29 |
| 9 | question.  Can I think of? | 09:35:31 |
| 10 | **Q    Can you identify for me any patent** | 09:35:34 |
| 11 | **pools relating to high technology that existed** | 09:35:38 |
| 12 | **at some point prior to the, let's say prior to** | 09:35:43 |
| 13 | **1997?** | 09:35:44 |
| 14 | A    As I sit here today, I cannot | 09:35:47 |
| 15 | recall any specific pools, no. | 09:35:57 |
| 16 | **Q    You mentioned in this case** | 09:35:59 |
| 17 | **identified as Item 3 on your tab C list of** | 09:36:03 |
| 18 | **cases, that it may have involved a patent pool** | 09:36:08 |
| 19 | **but I believe you said you weren't quite** | 09:36:11 |
| 20 | **certain whether it qualified as a patent pool?** | 09:36:15 |
| 21 | A    Yes, that -- you're correct, I'm | 09:36:17 |
| 22 | not certain and in fact the -- the organization | 09:36:27 |
| 23 | that was licensing the patents was Phillips of | 09:36:33 |
| 24 | Netherlands and I don't, I believe they may | 09:36:37 |
| 25 | have collected patents from others but I'm not | |
| | | Page 26 |

| | | |
|---|---|---|
| 1 | sure.  It's just been too many years ago and I | 09:38:12 |
| 2 | don't recall the specifics of the case. | 09:38:17 |
| 3 | **Q    Do you recall whether there was** | 09:38:19 |
| 4 | **any standard setting organization that had** | 09:38:25 |
| 5 | **promulgated a standard at issue in that case?** | 09:38:30 |
| 6 | A    No, I don't, I don't remember any | 09:38:31 |
| 7 | of the details. | 09:38:41 |
| 8 | **Q    Do you recall whether Phillips was** | 09:38:43 |
| 9 | **subject to any RAND requirements in licensing** | 09:38:44 |
| 10 | **its technology?** | 09:38:47 |
| 11 | A    No, I do not. | 09:38:58 |
| 12 | **Q    To clarify, you don't recall one** | 09:39:00 |
| 13 | **way or the other?** | 09:39:02 |
| 14 | A    That's correct. | 09:39:07 |
| 15 | **Q    So other than Items 3, 10, 11 and** | 09:39:12 |
| 16 | **12, none of these other cases involved your** | 09:39:15 |
| 17 | **analysis of patent pools?** | 09:39:18 |
| 18 | A    I think that is correct. | 09:39:28 |
| 19 | **Q    And can you recall any earlier** | 09:39:30 |
| 20 | **cases that do not appear on this list in which** | 09:39:34 |
| 21 | **you provided analysis of patent pools?** | 09:39:37 |
| 22 | A    I do not recall any such cases. | 09:39:46 |
| 23 | **Q    Can you recall any patent pools** | 09:39:48 |
| 24 | **that you evaluated during your time at IBM?** | 09:39:53 |
| 25 | A    We considered patent pools in | |
| | | Page 28 |

| | | |
|---|---|---|
| 1 | sure. | 09:36:41 |
| 2 | **Q    So, what is your definition -- I'm** | 09:36:45 |
| 3 | **trying to understand why you would not consider** | 09:36:47 |
| 4 | **that a patent pool so can you provide your** | 09:36:50 |
| 5 | **definition of a patent pool?** | 09:36:53 |
| 6 | A    Well, my definition of a patent | 09:36:57 |
| 7 | pool is -- is a collective arrangement | 09:37:01 |
| 8 | organized by two or more patent owners in | 09:37:06 |
| 9 | accordance with which they agree to license | 09:37:11 |
| 10 | their patents relative to a specific subject | 09:37:16 |
| 11 | collectively for a single royalty to all | 09:37:20 |
| 12 | interested applicants. | 09:37:22 |
| 13 | **Q    And what was it about the Phillips** | 09:37:24 |
| 14 | **arrangement that would disqualify it from your** | 09:37:28 |
| 15 | **definition of a patent pool?** | 09:37:29 |
| 16 | A    Well, I don't know that it would | 09:37:31 |
| 17 | or would not.  My answer with respect to that | 09:37:34 |
| 18 | issue was that I don't recall whether Phillips | 09:37:37 |
| 19 | was licensing just its own patents or its | 09:37:41 |
| 20 | patents and those of others. | 09:37:45 |
| 21 | **Q    Do you recall whether the** | 09:37:49 |
| 22 | **technology at issue related to a standard?** | 09:37:52 |
| 23 | A    Well, the term "orange book" comes | 09:38:00 |
| 24 | to mind and I think the orange book had to do | 09:38:04 |
| 25 | with an international standard, but I'm not | |
| | | Page 27 |

| | | |
|---|---|---|
| 1 | connection with many standards.  You must | 09:39:58 |
| 2 | understand that IBM participated in -- in all | 09:40:02 |
| 3 | of the standards organizations.  We had a | 09:40:08 |
| 4 | standards group, and so whenever a standard was | 09:40:13 |
| 5 | under consideration and we had patents relating | 09:40:16 |
| 6 | to the standard, the -- the question of whether | 09:40:22 |
| 7 | a pool might or might not be useful, whether a | 09:40:26 |
| 8 | pool was in existence or being formed, I don't | 09:40:29 |
| 9 | recall specific ones as I sit here.  And I'm | 09:40:33 |
| 10 | not sure that I would be permitted by IBM | 09:40:39 |
| 11 | confidentiality requirements to discuss | 09:40:43 |
| 12 | specific ones. | 09:40:51 |
| 13 | **Q    Can you recall any general** | 09:40:52 |
| 14 | **categories of technology in which these patent** | 09:40:57 |
| 15 | **pools or these discussions surrounding patent** | 09:40:59 |
| 16 | **pools at IBM revolved around?** | 09:41:03 |
| 17 | A    Well, we -- we considered | 09:41:05 |
| 18 | standards in areas, for example, of bus | 09:41:12 |
| 19 | protocols for -- for computers, input/output | 09:41:21 |
| 20 | devices, inner connections, cryptograph -- | 09:41:25 |
| 21 | cryptography, those kinds of things. | 09:41:36 |
| 22 | **Q    Anything else you would add to** | 09:41:39 |
| 23 | **that list of three?** | 09:41:40 |
| 24 | A    As I sit here at the moment, I | 09:41:42 |
| 25 | cannot identify any others, so there may well | |
| | | Page 29 |

Merrill Corporation - San Francisco
800-869-9132            www.merrillcorp.com/law

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | have been. | 09:41:50 |
| 2 | **Q   No, my question was asking about** | 09:41:52 |
| 3 | **IBM's consideration of patent pools and I** | 09:41:56 |
| 4 | **believe your answer said that IBM had** | 09:41:59 |
| 5 | **considered standards in these areas; is that** | 09:42:02 |
| 6 | **correct?** | 09:42:03 |
| 7 | A   Yes, we were involved with | 09:42:05 |
| 8 | standards in those areas and in connection with | 09:42:10 |
| 9 | our review of standards the question of whether | 09:42:13 |
| 10 | a patent pool was or was not appropriate for | 09:42:18 |
| 11 | IBM would have come up and did come up from | 09:42:22 |
| 12 | time to time. | 09:42:24 |
| 13 | **Q   You can't recall in -- you can't** | 09:42:26 |
| 14 | **recall a specific instance in which the issue** | 09:42:30 |
| 15 | **about patent pools arose?** | 09:42:33 |
| 16 | MR. PEPE:  Objection, | 09:42:33 |
| 17 | mischaracterizes his testimony. | 09:42:35 |
| 18 | A   As I said, I don't believe that it | 09:42:43 |
| 19 | would be appropriate for me to identify | 09:42:47 |
| 20 | specific ones that might have been at issue. | 09:42:49 |
| 21 | **Q   The question's a little different.** | 09:42:52 |
| 22 | **Can you recall any specific patent pools?** | 09:43:09 |
| 23 | A   As I sit here today, I cannot | 09:43:12 |
| 24 | recall a specific patent pool. | 09:43:18 |
| 25 | **Q   Can you recall any other companies** | |

| | | |
|---|---|---|
| 1 | **that IBM would have been conferring with** | 09:43:28 |
| 2 | **regarding potential creation of a patent pool?** | 09:43:34 |
| 3 | A   Our standards organization and our | 09:43:38 |
| 4 | research and development organizations | 09:43:41 |
| 5 | participated in standards meetings and | 09:43:45 |
| 6 | standards committee meetings, and of course | 09:43:53 |
| 7 | many of our competitors were members of those | 09:43:57 |
| 8 | SSOs, and so undoubtedly there were -- there | 09:44:02 |
| 9 | were discussions among those folks.  Although I | 09:44:10 |
| 10 | don't, I can't identify specific companies nor | 09:44:15 |
| 11 | do I think it would be appropriate to. | 09:44:23 |
| 12 | **Q   What can you tell us about the** | 09:44:25 |
| 13 | **patent pools that IBM considered during your** | 09:44:28 |
| 14 | **tenure at the company?** | 09:44:31 |
| 15 | A   What I can tell you is that our | 09:44:33 |
| 16 | attitude during my tenure as assistant general | 09:44:40 |
| 17 | counsel in charge of intellectual property was | 09:44:43 |
| 18 | that we did not favor patent pools, we did not | 09:44:48 |
| 19 | believe that IBM needed to participate in | 09:44:53 |
| 20 | patent pools, and that we were concerned -- you | 09:45:01 |
| 21 | must remember that during -- during the '70s | 09:45:10 |
| 22 | and '80s we were the defendant in -- in a major | 09:45:15 |
| 23 | antitrust suit by the government and of course | 09:45:19 |
| 24 | we wanted to steer as far away from antitrust | 09:45:24 |
| 25 | issues as we could, and patent pools are | |

| | | |
|---|---|---|
| 1 | certainly items that can draw the attention of | 09:45:31 |
| 2 | the Justice Department. | 09:45:34 |
| 3 | **Q   Were IBM's circumstances in the** | 09:45:37 |
| 4 | **'70s and '80s that you just referred to, a** | 09:45:41 |
| 5 | **primary consideration in IBM's decision not to** | 09:45:45 |
| 6 | **join a patent pool?** | 09:45:50 |
| 7 | MR. PEPE:  Objection, form. | 09:45:51 |
| 8 | A   They were -- they were an | 09:45:53 |
| 9 | important consideration.  Whether they were | 09:45:54 |
| 10 | primary or not, I cannot say. | 09:45:57 |
| 11 | **Q   While you were at IBM, IBM in fact** | 09:46:02 |
| 12 | **never joined a patent pool; is that correct?** | 09:46:04 |
| 13 | A   To my recollection, IBM never | 09:46:08 |
| 14 | joined a patent pool during my period of | 09:46:11 |
| 15 | employment. | 09:46:14 |
| 16 | **Q   Can you identify any patent pool** | 09:46:16 |
| 17 | **that IBM considered joining but ultimately did** | 09:46:19 |
| 18 | **not join?** | 09:46:23 |
| 19 | A   I cannot because I don't believe | 09:46:27 |
| 20 | we ever got very far down the path of thinking | 09:46:31 |
| 21 | about joining any patent pool. | 09:46:35 |
| 22 | **Q   And why was that?** | 09:46:38 |
| 23 | A   Because, as I just said, we -- we | 09:46:42 |
| 24 | were concerned about drawing the attention of | 09:46:46 |
| 25 | the Justice Department.  We did not believe | |

| | | |
|---|---|---|
| 1 | that it was necessary for us to belong to a | 09:46:56 |
| 2 | pool to manage our intellectual property.  We | 09:47:03 |
| 3 | had a -- had a fine licensing organization that | 09:47:07 |
| 4 | was perfectly capable of licensing without | 09:47:10 |
| 5 | worrying about pools. | 09:47:13 |
| 6 | **Q   You retired from IBM in 1994?** | 09:47:17 |
| 7 | A   Correct, 1st of November. | 09:47:21 |
| 8 | **Q   Did the antitrust concerns change** | 09:47:28 |
| 9 | **after you left IBM?** | 09:47:30 |
| 10 | MR. PEPE:  Objection, form. | 09:47:32 |
| 11 | A   They -- I think whether the | 09:47:35 |
| 12 | concerns changed, I don't know.  I can tell you | 09:47:40 |
| 13 | that the concerns about IBM's posture as an | 09:47:45 |
| 14 | antitrust violator changed because that | 09:47:50 |
| 15 | antitrust suit by the government was dropped, | 09:47:53 |
| 16 | and I had forgotten when, sometime mid '80s, I | 09:47:58 |
| 17 | think. | 09:48:00 |
| 18 | It may well be that the antitrust | 09:48:04 |
| 19 | department's attitude changed.  I think it | 09:48:08 |
| 20 | probably did because the -- early on you may -- | 09:48:13 |
| 21 | well, you may be too young to recall but the | 09:48:17 |
| 22 | nine no-nos that were always talked about by | 09:48:22 |
| 23 | the patent management by the Justice Department | 09:48:24 |
| 24 | folks, you don't remember hearing much about | 09:48:28 |
| 25 | those in the '90s. | |

Merrill Corporation - San Francisco
800-869-9132          www.merrillcorp.com/law

ROGER S. SMITH - 8/22/2012

```
 1      Q   So would you agree that the DOJ   09:48:40
 2  and FTC changed their attitude towards patent 09:48:45
 3  pools in the late 1990s?                  09:48:49
 4      MR. PEPE:  Objection, form.           09:48:50
 5      A   I don't know that I'm in a        09:48:52
 6  position to agree or disagree with that.  I -- 09:48:55
 7  I -- I know that the Justice Department now 09:49:02
 8  is -- finds some patent pools to be       09:49:07
 9  procompetitive.                           09:49:11
10      Q   Would you say that antitrust      09:49:11
11  agencies -- I'll refer to the antitrust   09:49:14
12  agencies as the DOJ and FTC so the antitrust 09:49:17
13  agencies are more receptive to patent pools 09:49:24
14  recently, and by that I mean the late 1990s? 09:49:28
15      MR. PEPE:  Objection, form.           09:49:29
16      A   I would -- I would say they're -- 09:49:29
17  they're reasonably receptive today to patent 09:49:34
18  pools that are appropriately organized.  I 09:49:37
19  would say that they were not receptive to 09:49:41
20  patent pools in the first half of the 20th 09:49:44
21  Century, but when that attitude changed or 09:49:48
22  whether that attitude changed and to what 09:49:51
23  extent, I'm not in a position to say.      09:49:54
24      Q   Do you think that attitude changed 09:49:56
25  after you left IBM in 1994?
                                          Page 34
```

```
 1      A   As I say, I'm really not in a     09:50:05
 2  position to judge that.                   09:50:11
 3      Q   Can you identify, and I apologize 09:50:13
 4  if you answered this already, but were there 09:50:14
 5  any other cases prior to 2004, 2005 in which 09:50:19
 6  you analyzed patent pools?                09:50:22
 7      A   I think you did ask and I think I 09:50:25
 8  answered that I can't recall any.         09:50:59
 9      Q   Can you tell me what your         09:51:02
10  involvement in drafting licensing agreements 09:51:05
11  was while you were at IBM?                09:51:11
12      A   Well, I -- I commenced my career  09:51:14
13  as a licensing lawyer in probably 1970, and in 09:51:22
14  those days I drafted agreements.  When I became 09:51:27
15  assistant general counsel I did some drafting 09:51:34
16  of agreements, but in general I supervised 09:51:38
17  others and/or I actually supervised those who 09:51:43
18  supervised others and I participated in   09:51:47
19  negotiating some of the more important    09:51:50
20  agreements that IBM had with its competitors. 09:51:55
21      Q   Okay, but the time period that    09:51:58
22  you're referring to for right now when you were 09:52:02
23  negotiating some of the more important IBM 09:52:06
24  licensing agreements, is that the 1982 to 1994 09:52:11
25  period when you were assistant counsel?
                                          Page 35
```

```
 1      A   That would be the time period in  09:52:17
 2  which I would have limited my activities to 09:52:19
 3  some of the more important cases.  Earlier on I 09:52:22
 4  think I did participate in early licensing. 09:52:28
 5      Q   But most of your drafting occurred 09:52:32
 6  prior to 1992?                            09:52:34
 7      A   That is correct, yeah.            09:52:46
 8      Q   When you left IBM in 1994, do you 09:52:50
 9  recall what IBM's approximate annual royalty 09:52:55
10  revenues from its licensing program were? 09:52:59
11      A   It was in excess of a billion     09:53:01
12  dollars and we were very proud of that.   09:53:05
13      Q   That was in 1994?                 09:53:06
14      A   Yes.                              09:53:07
15      Q   It wasn't closer to five or       09:53:09
16  600 million?                              09:53:11
17      A   In '94?  You may be right.  I     09:53:21
18  thought we had passed the billion dollar mark 09:53:24
19  during my career.  I may be wrong.  I     09:53:24
20  thought -- I thought we had.              09:53:25
21      Q   In any event, was that more than  09:53:27
22  any other company at the time?            09:53:29
23      A   We were the number one in royalty 09:53:36
24  income, intellectual property compensation 09:53:40
25  income.
                                          Page 36
```

```
 1      Q   And does IBM still hold that      09:53:43
 2  position to your knowledge?               09:53:45
 3      A   To my knowledge it still does,    09:53:46
 4  though I'm getting further and further apart 09:53:49
 5  from actual knowledge of what goes on.    09:53:53
 6      Q   Do you have a sense of today how  09:53:55
 7  much IBM's IP annual royalties are?       09:54:01
 8      A   I -- I don't.  I would -- I would 09:54:02
 9  suspect that they're in the neighborhood of 09:54:12
10  several billion dollars, more than a billion 09:54:14
11  dollars.                                  09:54:24
12      Q   How large in terms numerically was 09:54:24
13  IBM's portfolio of patents when you left in 09:54:24
14  '94?                                      09:54:24
15      A   The portfolio of active patents   09:54:31
16  when I left was in excess of 30 to 35,000 I 09:54:38
17  guess.                                    09:54:41
18      Q   Is that worldwide patents or just 09:54:44
19  U.S.?                                     09:54:45
20      A   Worldwide.                        09:54:46
21      Q   Do you know how many U.S. patents? 09:54:49
22      A   Probably ten to 12,000.           09:54:53
23      Q   Can you describe any general areas 09:54:57
24  covered by these patents?                 09:55:00
25      A   You name them and we had them.
                                          Page 37
```

Pages 34 to 37

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | They range from patents relating to | 09:55:06 |
| 2 | semiconductor devices to patents relating to | 09:55:10 |
| 3 | computer architecture, patents relating to | 09:55:18 |
| 4 | various fairly esoteric researched devices. We | 09:55:25 |
| 5 | have the honor of having at least three noble | 09:55:28 |
| 6 | prize winners among our employees. | 09:55:36 |
| 7 | **Q   So you licensed -- IBM licensed** | 09:55:39 |
| 8 | **its patents to companies who manufactured** | 09:55:43 |
| 9 | **semiconductors?** | 09:55:45 |
| 10 | A   We did, yes. | 09:55:48 |
| 11 | **Q   And what royalty rate did IBM** | 09:55:52 |
| 12 | **charge?** | 09:55:54 |
| 13 | A   We have, or had during my tenure, | 09:55:56 |
| 14 | a licensing practice in accordance with which | 09:56:02 |
| 15 | we charged a royalty of 1 percent per patent to | 09:56:07 |
| 16 | a maximum of 5 percent for the entire | 09:56:12 |
| 17 | portfolio. | 09:56:17 |
| 18 | **Q   Was there any program by which a** | 09:56:20 |
| 19 | **licensee could obtain rights to all of IBM's** | 09:56:25 |
| 20 | **patents for less than 5 percent?** | 09:56:28 |
| 21 | MR. PEPE:  Objection, form. | 09:56:29 |
| 22 | You can answer. | 09:56:32 |
| 23 | A   Certainly in a cross license the | 09:56:35 |
| 24 | compensation would have been in a form other | 09:56:40 |
| 25 | than pay-as-you-go royalties. | |

Page 38

| | | |
|---|---|---|
| 1 | **Q   Let me -- let me be more specific.** | 09:56:47 |
| 2 | **I thought I had seen some reference to IBM** | 09:56:52 |
| 3 | **having two separate patent program. In one** | 09:56:57 |
| 4 | **patent program licensees could obtain IBM's,** | 09:57:02 |
| 5 | **some portions of IBM's patents were 3 percent** | 09:57:06 |
| 6 | **and some other portion of IBM's patents were** | 09:57:08 |
| 7 | **2 percent?** | 09:57:09 |
| 8 | A   Yes, there was a -- when we -- we | 09:57:13 |
| 9 | overhauled our licensing program in 1987, I | 09:57:18 |
| 10 | think it was.  Prior to that time we had -- we | 09:57:22 |
| 11 | had a licensing practice which was -- was | 09:57:25 |
| 12 | really majoring on freedom of action and not -- | 09:57:31 |
| 13 | not royalty income. | 09:57:33 |
| 14 | The world changed in the '80s when | 09:57:35 |
| 15 | the personal computer came into being and | 09:57:39 |
| 16 | people could manufacture these devices in their | 09:57:41 |
| 17 | garages without doing any R and D and so they | 09:57:46 |
| 18 | could, they could charge very low prices that | 09:57:49 |
| 19 | didn't reflect any R and D expense.  And we | 09:57:53 |
| 20 | decided at that point that we needed to have a | 09:57:56 |
| 21 | more reasonable, commercially reasonable | 09:57:59 |
| 22 | licensing program.  And so I cochaired a task | 09:58:04 |
| 23 | force to create a new licensing practice.  And | 09:58:09 |
| 24 | the first iteration of that is what you refer | 09:58:11 |
| 25 | to, what we called the cha cha program, cha-cha | |

Page 39

| | | |
|---|---|---|
| 1 | cha-cha-cha, 1-2, 1-2-3. | 09:58:22 |
| 2 | We had a group of patents that we | 09:58:26 |
| 3 | considered to be our most valuable patents, and | 09:58:30 |
| 4 | at the time this program was announced I think | 09:58:32 |
| 5 | there were like three or four patents in the | 09:58:35 |
| 6 | group.  And those patents we licensed at | 09:58:35 |
| 7 | 1 percent for one, 2 percent for two, 2 percent | 09:58:41 |
| 8 | for as many of them as you wanted.  Of course | 09:58:44 |
| 9 | there were only about four at the time. | 09:58:51 |
| 10 | And the rest of our portfolio was | 09:58:54 |
| 11 | the cha cha cha part.  And you can have one | 09:58:55 |
| 12 | patent for 1 percent, two patents for 2 | 09:58:57 |
| 13 | percent, three patents or more for 3 percent. | 09:58:57 |
| 14 | So if you, if you needed patents from category | 09:59:04 |
| 15 | one, you paid 1 or 2 percent, depending on | 09:59:06 |
| 16 | whether you used one or two patents.  And if | 09:59:10 |
| 17 | you used patents from category B or category 2, | 09:59:14 |
| 18 | you paid an additional 3 percent. | 09:59:19 |
| 19 | We -- we abandoned that program, I | 09:59:22 |
| 20 | think probably in the early '90s in favor of a | 09:59:26 |
| 21 | simple one, one, one category where if you used | 09:59:31 |
| 22 | one patent you paid 1 percent until a maximum | 09:59:34 |
| 23 | of five. | 09:59:36 |
| 24 | **Q   Okay.  So during this time period** | 09:59:37 |
| 25 | **between 1987 and the early '90s it was possible** | |

Page 40

| | | |
|---|---|---|
| 1 | for a licensee to acquire all of IBM's patents | 09:59:47 |
| 2 | other than the three or four most valuable for | 09:59:50 |
| 3 | a total cost of 3 percent? | 09:59:53 |
| 4 | A   Yes, it was. | 09:59:57 |
| 5 | **Q   Prior to 1987, what would a** | 10:00:01 |
| 6 | **licensee have to pay in terms of a percentage** | 10:00:04 |
| 7 | **royalty rate to acquire rights to IBM's entire** | 10:00:10 |
| 8 | **patent portfolio?** | 10:00:12 |
| 9 | A   I think prior to 1987, one could | 10:00:16 |
| 10 | acquire rights to our entire portfolio for 6/10 | 10:00:21 |
| 11 | of 1 percent of the selling price of a | 10:00:23 |
| 12 | computer. | 10:00:31 |
| 13 | **Q   And so since the 1990s when this** | 10:00:34 |
| 14 | **cha cha program was abandoned, IBM has licensed** | 10:00:42 |
| 15 | **each and every one of its patents at the same** | 10:00:48 |
| 16 | **per patent rate?** | 10:00:53 |
| 17 | MR. PEPE:  Objection, form. | 10:00:53 |
| 18 | Go ahead. | 10:00:54 |
| 19 | A   During my career, that's -- that's | 10:00:55 |
| 20 | correct. | 10:01:01 |
| 21 | **Q   And that was 1 percent for any** | 10:01:04 |
| 22 | **single owned patent by IBM?** | 10:01:08 |
| 23 | A   Yes. | 10:01:30 |
| 24 | **Q   Do you recall the name of any of** | 10:01:32 |
| 25 | **the semiconductor manufacturers who were** | |

Page 41

Pages 38 to 41

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | licensees? | 10:01:37 |
| 2 | A  Oh, my.  Intel, Texas Instruments, | 10:01:50 |
| 3 | the old days Fairchild Semiconductor, Cyrix. | 10:01:55 |
| 4 | Those are the names that come to mind.  I know | 10:02:02 |
| 5 | there were many more. | 10:02:13 |
| 6 | Motorola may have been one of | 10:02:15 |
| 7 | them. | 10:02:16 |
| 8 | Q  How much were these semiconductor | 10:02:19 |
| 9 | products, for example those manufactured by | 10:02:21 |
| 10 | Intel, selling for by the time you left IBM? | 10:02:26 |
| 11 | A  I have no recollection. | 10:02:32 |
| 12 | Q  Was the -- was IBM's percentage or | 10:02:34 |
| 13 | royalty rate applied to the sale price of the | 10:02:39 |
| 14 | semiconductor product? | 10:02:42 |
| 15 | A  It was applied to the selling | 10:02:44 |
| 16 | price of the apparatus that had a legitimate | 10:02:49 |
| 17 | element user selling price. | 10:02:54 |
| 18 | Q  Okay.  What type of apparatus are | 10:02:58 |
| 19 | you referring to? | 10:03:03 |
| 20 | A  Well, if -- if, for example. a | 10:03:06 |
| 21 | company sold a laptop computer, it would be the | 10:03:09 |
| 22 | price of that laptop computer, and IBM's | 10:03:12 |
| 23 | price.  If a company sold a motherboard on the | 10:03:15 |
| 24 | market, it would be the price of the | 10:03:17 |
| 25 | motherboard and so on.  But it had to be a | |

Page 42

| | | |
|---|---|---|
| 1 | legitimate price that was offered for sale at | 10:03:26 |
| 2 | the arms length transactions. | 10:03:32 |
| 3 | Q  So these motherboards would be | 10:03:34 |
| 4 | used by a third party computer manufacturer; is | 10:03:40 |
| 5 | that right? | 10:03:40 |
| 6 | A  Yes, yeah, or -- yes, correct. | 10:03:44 |
| 7 | Q  So if a motherboard costs a | 10:03:48 |
| 8 | hundred dollars, IBM was charging its | 10:03:51 |
| 9 | percentage royalty rate based on that hundred | 10:03:55 |
| 10 | dollar sale price of a motherboard? | 10:03:58 |
| 11 | A  Yes, for the patents that were | 10:03:59 |
| 12 | contained within the motherboard. | 10:04:06 |
| 13 | Q  Do you know what an optical disk | 10:04:09 |
| 14 | drive is? | 10:04:11 |
| 15 | A  Optical disc drive, in general I | 10:04:14 |
| 16 | do, yes. | 10:04:17 |
| 17 | Q  Did IBM have patents covering | 10:04:21 |
| 18 | optical disc drives? | 10:04:23 |
| 19 | A  I believe we did.  Yes. | 10:04:28 |
| 20 | Q  And did IBM license manufacturers | 10:04:37 |
| 21 | of optical disc drives? | 10:04:39 |
| 22 | A  I believe we did, but as I sit | 10:04:40 |
| 23 | here I can't identify specifics. | 10:04:46 |
| 24 | Q  An you can give an example of a | 10:04:49 |
| 25 | optical disc drive?  Is that like a DVD drive | |

Page 43

| | | |
|---|---|---|
| 1 | or a CD drive? | 10:04:53 |
| 2 | A  I think if your and my definitions | 10:04:55 |
| 3 | of optical disc drives are the same, I think a | 10:04:56 |
| 4 | DVD would be an optical disc drive because I | 10:04:59 |
| 5 | believe it uses optics to read the pits in a | 10:05:05 |
| 6 | disc. | 10:05:06 |
| 7 | MR. PEPE:  We've at just over an | 10:05:08 |
| 8 | hour.  Is it an appropriate time to | 10:05:10 |
| 9 | take a break? | 10:05:14 |
| 10 | MR. WION:  Yeah, let's take a five | 10:05:16 |
| 11 | minute break. | 10:05:17 |
| 12 | VIDEOGRAPHER:  We are going off | 10:05:18 |
| 13 | the record.  The time is 10:05. | |
| 14 | (Whereupon, at 10:05 a.m., a recess | |
| 15 | was taken to 10:18 a.m.) | |
| 16 | (The deposition resumed with all | |
| 17 | parties present.) | 10:18:13 |
| 18 | VIDEOGRAPHER:  We are now back on | 10:18:14 |
| 19 | the record.  The time is 10:18. | |
| 20 | BY MR. WION: | 10:18:18 |
| 21 | Q  Mr. Smith, in your view what is | 10:18:21 |
| 22 | the relationship between a RAND rate and a | 10:18:24 |
| 23 | commercially reasonable rate? | 10:18:27 |
| 24 | A  Well, I think you need to define | 10:18:29 |
| 25 | RAND rate.  I think a commercially reasonable | |

Page 44

| | | |
|---|---|---|
| 1 | rate is a RAND rate. | 10:18:36 |
| 2 | Q  Are they synonymous? | 10:18:39 |
| 3 | A  I think the term RAND is -- the | 10:18:42 |
| 4 | term RAND encompasses I think a range of rates | 10:18:49 |
| 5 | that are commercially reasonable and I think | 10:18:53 |
| 6 | that -- I don't know that I would say the terms | 10:18:57 |
| 7 | are synonymous, but certainly commercially | 10:19:01 |
| 8 | reasonable rates are within RAND rates. | 10:19:13 |
| 9 | Q  So a commercially reasonable rate | 10:19:17 |
| 10 | will always be a RAND rate? | 10:19:20 |
| 11 | A  I believe to the extent that we're | 10:19:22 |
| 12 | talking about the same thing when we say | 10:19:25 |
| 13 | commercially reasonably, I think that is | 10:19:26 |
| 14 | correct, yes. | 10:19:27 |
| 15 | Q  As you define commercially | 10:19:28 |
| 16 | reasonable? | 10:19:30 |
| 17 | A  I define it in my -- in my report | 10:19:32 |
| 18 | as a rate which profits a non-trivial return | 10:19:38 |
| 19 | for the research development and -- and | 10:19:41 |
| 20 | creative effort that will provide a reasonable | 10:19:47 |
| 21 | but -- but not excessive return for the -- | 10:19:51 |
| 22 | for -- for those efforts. | 10:19:58 |
| 23 | Q  How do you determine whether a | 10:20:01 |
| 24 | return is excessive? | 10:20:02 |
| 25 | A  I think that is really determined | |

Page 45

Pages 42 to 45

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | during a bilateral negotiation between the |
| 2 | parties. |
| 3 | Q    And absent a bilateral negotiation |
| 4 | between the parties, is there any way you can |
| 5 | determine whether the rates are excessive? |
| 6 | A   I think that that would be hard to |
| 7 | do in the abstract.  I think one needs to look |
| 8 | at the industry and what the -- what the normal |
| 9 | bilateral licensing arrangements in the |
| 10 | industry are, the normal rates. |
| 11 | Q    Is it your view that the result of |
| 12 | a bilateral negotiation will always result in a |
| 13 | commercially reasonable licensing rate? |
| 14 | A   I believe that -- that |
| 15 | negotiations between sophisticated licensing |
| 16 | partners will -- will achieve a commercially |
| 17 | reasonable rate, yes. |
| 18 | Q    If you refer to your definition of |
| 19 | commercially reasonable as including a -- as |
| 20 | requiring that the rate result in a nontrivial |
| 21 | return for the patent holder, and this is at |
| 22 | page 7, footnote 1. |
| 23 | You write, I quote, commercially |
| 24 | reasonable value unquote, or quote, |
| 25 | Commercially reasonable rate, unquote, as used |

Times (Page 46 column):
10:20:08
10:20:09
10:20:12
10:20:15
10:20:20
10:20:22
10:20:30
10:20:36
10:20:39
10:20:41
10:20:45
10:20:50
10:20:58
10:21:01
10:21:07
10:21:12
10:21:23
10:21:24
10:21:35
10:21:35
10:21:42
10:21:50
10:21:52
10:21:53

Page 46

| | |
|---|---|
| 1 | investment as including investment in three |
| 2 | things, time, money and resources? |
| 3 | A   Um-hmm. |
| 4 | Q    Can time and resources of a |
| 5 | company like IBM or Motorola be reduced to a |
| 6 | quantifiable dollar amount? |
| 7 | A   I suppose an accountant could do |
| 8 | that, but I can't. |
| 9 | Q    So time, money and resources can |
| 10 | effectively be collapsed to an investment in |
| 11 | money? |
| 12 | MR. PEPE:  Objection, form. |
| 13 | A   No, I don't think you -- I don't |
| 14 | think you can relate it to an investment in |
| 15 | money.  I think you need to consider creativity |
| 16 | and just the entire activity that research and |
| 17 | development folks participate in. |
| 18 | I'm not an economist so maybe I |
| 19 | can't answer the question that you're asking. |
| 20 | Q    How do you quantify a return on |
| 21 | time and resources to determine whether it's |
| 22 | trivial or not? |
| 23 | A   Well, a return of zero is trivial |
| 24 | in my view.  A return of a peppercorn is |
| 25 | trivial in my view.  A return of 5 percent, I |

Times (Page 48 column):
10:23:25
10:23:29
10:23:33
10:23:36
10:23:41
10:23:48
10:23:51
10:23:55
10:23:58
10:24:02
10:24:05
10:24:06
10:24:09
10:24:11
10:24:18
10:24:28
10:24:34
10:24:37
10:24:40
10:24:45
10:24:51
10:24:55
10:24:56
10:24:59

Page 48

| | |
|---|---|
| 1 | in the context of this report, I mean a value |
| 2 | or rate that account non-trivially for the |
| 3 | significant investment of time, money and |
| 4 | resources expended and invested in developing |
| 5 | the technology and obtain the patents at issue. |
| 6 | And that's your definition of |
| 7 | commercially reasonable? |
| 8 | A   Yes. |
| 9 | Q    So what did you mean when you used |
| 10 | the word or term non-trivially -- trivially? |
| 11 | A   Well, I mean -- I mean that it -- |
| 12 | it -- it returns a -- a -- a fair and |
| 13 | reasonable rate, not a -- not a trivial rate. |
| 14 | You know, I don't know how you define |
| 15 | nontrivial other than to say it's not trivial. |
| 16 | Q    Doesn't that become somewhat |
| 17 | circular if you're defining commercially |
| 18 | reasonable as a fair and reasonable rate? |
| 19 | A   I'm not sure I understand your |
| 20 | statement. |
| 21 | Q    Okay.  So you're indicating that a |
| 22 | commercially reasonable rate will -- means a |
| 23 | nontrivial return on an investment. |
| 24 | A   Um-hmm. |
| 25 | Q    Okay.  And you refer to the |

Times (Page 47 column):
10:22:01
10:22:04
10:22:07
10:22:10
10:22:14
10:22:17
10:22:18
10:22:19
10:22:21
10:22:24
10:22:28
10:22:38
10:22:41
10:22:45
10:22:50
10:22:52
10:22:55
10:23:03
10:23:05
10:23:06
10:23:09
10:23:13
10:23:18
10:23:19

Page 47

| | |
|---|---|
| 1 | to 5 percent of -- of the sales price of the |
| 2 | goods that the patents are employed in is |
| 3 | nontrivial. |
| 4 | Q    Well, on one side of the equation |
| 5 | the patent holder is attempting to get money. |
| 6 | It's trying to get value for a rate of return, |
| 7 | correct? |
| 8 | A   Yes. |
| 9 | Q    On the other side of the equation |
| 10 | you've listed time, money and resources, that |
| 11 | has to be quantified in some manner, correct? |
| 12 | A   Yes, um-hmm. |
| 13 | Q    How do you quantify time, money |
| 14 | and resources to determine whether the rate is |
| 15 | trivial or not? |
| 16 | A   I don't think you need to quantify |
| 17 | those items to determine whether the return is |
| 18 | trivial.  As I say, I think -- I think those of |
| 19 | us in the licensing profession and in the |
| 20 | research and development profession will |
| 21 | recognize what a trivial return is and what a |
| 22 | nontrivial return is. |
| 23 | Q    But you agree that you have to |
| 24 | know what it is that you're getting a return |
| 25 | on, correct? |

Times (Page 49 column):
10:25:11
10:25:16
10:25:26
10:25:29
10:25:32
10:25:36
10:25:37
10:25:37
10:25:39
10:25:44
10:25:50
10:25:52
10:25:54
10:25:57
10:25:59
10:26:03
10:26:08
10:26:14
10:26:16
10:26:20
10:26:25
10:26:27
10:26:29
10:26:32

Page 49

Pages 46 to 49

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | A  In general, yes. | 10:26:37 |
| 2 | **Q  And a return is some type of** | 10:26:40 |
| 3 | **multiplier?** | 10:26:43 |
| 4 | A  A return -- | 10:26:44 |
| 5 | MR. PEPE:  Objection, form. | 10:26:46 |
| 6 | A  I don't know, I'm not sure I | 10:26:47 |
| 7 | understand what you mean as some type of | 10:26:50 |
| 8 | multiplier. | 10:26:56 |
| 9 | **Q  If a patent holder expends $10** | 10:26:59 |
| 10 | **million to develop a standard essential patent,** | 10:27:02 |
| 11 | **what is a rate of return that provides a** | 10:27:05 |
| 12 | **nontrivial return for that investment?** | 10:27:08 |
| 13 | MR. PEPE:  Objection, form. | 10:27:09 |
| 14 | A  I think you need to look at a | 10:27:12 |
| 15 | number of things to understand that, some of | 10:27:15 |
| 16 | which would include the market for the patent, | 10:27:21 |
| 17 | the number of -- the members of the industry | 10:27:24 |
| 18 | that -- that would be interested in having a | 10:27:28 |
| 19 | license under the patent. I just don't think | 10:27:31 |
| 20 | you can reduce this to dollar and cents in the | 10:27:36 |
| 21 | fashion that you're trying to or that your | 10:27:39 |
| 22 | questions seem to be trying to. | 10:27:40 |
| 23 | **Q  So in fact in order to determine a** | 10:27:43 |
| 24 | **commercially reasonable value you need to know** | 10:27:45 |
| 25 | **more than what you have defined as commercially** | |
| | | Page 50 |

| | | |
|---|---|---|
| 1 | **reasonable?** | 10:27:51 |
| 2 | A  I don't know that I understand the | 10:27:51 |
| 3 | question. | 10:28:12 |
| 4 | **Q  Have you seen any evidence or** | 10:28:14 |
| 5 | **analysis quantifying Motorola's investment in** | 10:28:14 |
| 6 | **either its H.264 or 802.11 portfolios?** | 10:28:21 |
| 7 | MR. PEPE:  Objection, form. | 10:28:22 |
| 8 | Outside the scope of his expert report. | 10:28:27 |
| 9 | A  I don't believe I have. | 10:28:31 |
| 10 | **Q  Would you need to know that to** | 10:28:33 |
| 11 | **determine what a commercially reasonable return** | 10:28:37 |
| 12 | **would be for Motorola's patents?** | 10:28:41 |
| 13 | A  I have not been asked to | 10:28:42 |
| 14 | investigate whether, what -- what a | 10:28:44 |
| 15 | commercially reasonable return for Motorola's | 10:28:47 |
| 16 | patents would be. My -- my commission, if you | 10:28:51 |
| 17 | will, was to examine the relationship of pools | 10:28:56 |
| 18 | to bilateral negotiations. | 10:28:59 |
| 19 | **Q  I understand, but in order to** | 10:29:00 |
| 20 | **determine a commercially reasonable return from** | 10:29:03 |
| 21 | **Motorola, you would need to know the amount of** | 10:29:06 |
| 22 | **time, money and resources expended, correct?** | 10:29:12 |
| 23 | A  I don't know that you would, but | 10:29:15 |
| 24 | as I say, I'm not -- I haven't examined that | 10:29:20 |
| 25 | and so whatever I would say at this point would | |
| | | Page 51 |

| | | |
|---|---|---|
| 1 | be kind of horse pack and I don't think would | 10:29:27 |
| 2 | be useful. | 10:29:36 |
| 3 | **Q  How do you know whether the rates** | 10:29:37 |
| 4 | **that Motorola has charged for its standard** | 10:29:41 |
| 5 | **essential patents are commercially reasonable?** | 10:29:45 |
| 6 | MR. PEPE:  Objection, form. | 10:29:46 |
| 7 | A  I have not -- I have been asked to | 10:29:49 |
| 8 | determine whether or not those rates are | 10:29:51 |
| 9 | commercially reasonable. | 10:29:53 |
| 10 | **Q  You have no view on that subject?** | 10:29:58 |
| 11 | A  I have -- I have no specific view | 10:30:01 |
| 12 | that was -- that was requested of me and have | 10:30:07 |
| 13 | no opinion that was requested of me in that | 10:30:10 |
| 14 | area. | 10:30:14 |
| 15 | **Q  You say also in footnote 1 that,** | 10:30:16 |
| 16 | **"A commercially reasonable rate provides a** | 10:30:19 |
| 17 | **meaningful return on these investments." Can** | 10:30:22 |
| 18 | **you describe what you mean by a meaningful** | 10:30:25 |
| 19 | **return?** | 10:30:27 |
| 20 | A  Well, I think a meaningful return | 10:30:30 |
| 21 | is a nontrivial return. It is, as I say a | 10:30:35 |
| 22 | return of zero, or a peppercorn is -- is not a | 10:30:38 |
| 23 | meaningful return. | 10:30:46 |
| 24 | MR. WION:  Let's take a break so | 10:30:48 |
| 25 | the tape can get switched. | |
| | | Page 52 |

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  This marks the end | 10:30:51 |
| 2 | of tape one. We are going off the | 10:30:54 |
| 3 | record. The time is 10:30. | |
| 4 | (Whereupon, at 10:30 a.m., a recess | |
| 5 | was taken to 10:35 a.m.) | |
| 6 | (The deposition resumed with all | |
| 7 | parties present.) | 10:35:51 |
| 8 | VIDEOGRAPHER:  Here marks the | 10:35:52 |
| 9 | beginning of tape number two. We are | 10:35:54 |
| 10 | back on the record the time is 10:35. | 10:35:58 |
| 11 | **Q  Mr. Smith, do you know the average** | 10:36:00 |
| 12 | **rate of return IBM obtained on its patents?** | 10:36:13 |
| 13 | A  I need more information with | 10:36:16 |
| 14 | respect to the question. The average rate of | 10:36:18 |
| 15 | return with respect to what is R&D. | 10:36:22 |
| 16 | **Q  So with respect to the patents** | 10:36:24 |
| 17 | **that IBM licensed with respect to the costs** | 10:36:28 |
| 18 | **that IBM sunk into developing the technology** | 10:36:33 |
| 19 | **associated with those patents?** | 10:36:38 |
| 20 | A  No. I don't believe I can give an | 10:36:42 |
| 21 | answer to that specific question. | 10:37:12 |
| 22 | **Q  Does a RAND royalty rate in your** | 10:37:17 |
| 23 | **view have an upper bound?** | 10:37:23 |
| 24 | A  The RAND rate as I've said it I | 10:37:26 |
| 25 | think encompasses a range of rates and those | |
| | | Page 53 |

Pages 50 to 53

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | would be commercially reasonable rates.  I |
| 2 | think something which is beyond industry norms |
| 3 | probably would not be a RAND rate, but I think |
| 4 | again it would depend on the particular |
| 5 | situation. |
| 6 | Q   What industry norms do you refer |
| 7 | to to make that assessment? |
| 8 | A   I'm looking at or thinking about |
| 9 | the industry norms in the data handling |
| 10 | industry, the industries that Microsoft and |
| 11 | Motorola participate in. |
| 12 | Q   Well, when you were defining |
| 13 | commercially reasonable it seemed to relate to |
| 14 | what was commercially reasonable for the patent |
| 15 | holder, do you have a different assessment of |
| 16 | what would be commercially reasonable from the |
| 17 | perspective of the licensee? |
| 18 | A   No, I don't think there is, I |
| 19 | don't think there are different commercially |
| 20 | reasonable rates based on the lens that you're |
| 21 | looking through.  I think a commercially |
| 22 | reasonable rate is one that both the licensor |
| 23 | and the licensee can accept. |
| 24 | Q   So, if the rate is commercially |
| 25 | reasonable for the patent holder, your view is |

10:37:38
10:37:43
10:37:47
10:37:49
10:37:51
10:37:52
10:37:55
10:37:56
10:38:03
10:38:07
10:38:13
10:38:20
10:38:24
10:38:27
10:38:32
10:38:34
10:38:37
10:38:43
10:38:45
10:38:52
10:38:54
10:38:58
10:39:11
10:39:18

Page 54

| | |
|---|---|
| 1 | that it will also be commercially reasonable |
| 2 | for a licensee? |
| 3 | MR. PEPE:  Objection to form. |
| 4 | A   If one looks at a license |
| 5 | negotiation a bilateral negotiation that |
| 6 | concludes with a rate, I think that's a rate |
| 7 | that has satisfied both the licensor and the |
| 8 | licensee and to that extent it would be |
| 9 | commercially reasonable for both. |
| 10 | Q   So before you can know what a |
| 11 | commercially reasonable rate is, you have to |
| 12 | have the bilateral negotiation in your view? |
| 13 | MR. PEPE:  Objection form. |
| 14 | A   No, I think you can determine the |
| 15 | range of commercially reasonable rates by |
| 16 | looking at licensing practices in that |
| 17 | industry. |
| 18 | Q   Are licensing practices -- I'm |
| 19 | sorry. |
| 20 | Are licensing practices in the |
| 21 | data handling industry uniformly going to be |
| 22 | relevant to a determination of what's |
| 23 | commercially reasonable for the license of |
| 24 | Motorola's patents? |
| 25 | MR. PEPE:  Objection form. |

10:39:25
10:39:27
10:39:30
10:39:33
10:39:36
10:39:41
10:39:46
10:39:49
10:39:51
10:39:54
10:39:56
10:40:00
10:40:01
10:40:04
10:40:07
10:40:11
10:40:24
10:40:27
10:40:28
10:40:30
10:40:34
10:40:38
10:40:40
10:40:42

Page 55

| | |
|---|---|
| 1 | A   I think I'm going to have to ask |
| 2 | you to restate the question I didn't quite get |
| 3 | it all. |
| 4 | Q   Well don't you have to look at |
| 5 | more specifically what type of technology is |
| 6 | being licensed and then would you look around |
| 7 | in the industry to attempt to find agreements |
| 8 | that relate to the same type of technology? |
| 9 | A   That certainly would be a fair |
| 10 | thing to do, but I would look at bilateral |
| 11 | negotiations. |
| 12 | Q   And it's your view that patent |
| 13 | pool rates are entirely irrelevant for |
| 14 | determining what's commercially reasonable? |
| 15 | A   I think in general they have very |
| 16 | little relevance because they proceed from a |
| 17 | different set of motivations. |
| 18 | Q   In this specific case, is it your |
| 19 | view that the patent pools associated with the |
| 20 | H 264 and 80211 standards are entirely |
| 21 | irrelevant to what a commercially reasonable |
| 22 | rate would be for Motorola's patents? |
| 23 | MR. PEPE:  Objection form.  Can I |
| 24 | just have it read back, please. |
| 25 | (The requested portion of the |

10:40:45
10:40:49
10:40:51
10:40:53
10:40:57
10:41:02
10:41:06
10:41:10
10:41:13
10:41:17
10:41:19
10:41:34
10:41:37
10:41:40
10:41:42
10:41:46
10:41:49
10:41:51
10:41:55
10:41:59
10:42:04
10:42:10
10:42:10

Page 56

| | |
|---|---|
| 1 | record was read back.) |
| 2 | MR. PEPE:  You said entirely |
| 3 | irrelevant. |
| 4 | MR. WION:  That is what I had |
| 5 | intended. |
| 6 | A   Well, as I say in my report I |
| 7 | think there is very little if any relevance to |
| 8 | a commercially reasonable rate with respect to |
| 9 | those particular pool rates. |
| 10 | Q   And I want to know if there's |
| 11 | little relevance or no relevance at all in your |
| 12 | view? |
| 13 | A   I quite frankly don't see any |
| 14 | substantial relevance.  I don't know that one |
| 15 | can make an absolute statement that something |
| 16 | is totally off the table, but I don't think one |
| 17 | would look at those rates seriously in |
| 18 | determining what a commercially reasonable rate |
| 19 | would be in a bilateral negotiation for the |
| 20 | patents that are involved in this case. |
| 21 | Q   So you are not expressing the |
| 22 | opinion that the H 264 and 80211 patent pools |
| 23 | are entirely irrelevant for this purpose? |
| 24 | A   I think as I have said I see |
| 25 | little or no relevance but I dislike being |

10:42:41
10:42:43
10:42:45
10:42:45
10:42:46
10:42:49
10:42:52
10:42:53
10:42:58
10:43:01
10:43:06
10:43:07
10:43:11
10:43:14
10:43:18
10:43:22
10:43:27
10:43:30
10:43:33
10:43:36
10:43:38
10:43:45
10:43:48
10:43:51

Page 57

Pages 54 to 57

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | characterized as saying one wouldn't even look | 10:44:04 |
| 2 | at them. I don't think one would look | 10:44:07 |
| 3 | seriously at them. | 10:44:08 |
| 4 | Q   So they may be relevant but in | 10:44:11 |
| 5 | your view the relevance is suspect, is that | 10:44:13 |
| 6 | fair? | 10:44:14 |
| 7 | A   The relevance is little to none. | 10:44:17 |
| 8 | Q   Well, again, I think we're having | 10:44:19 |
| 9 | the same problem, is it none or is there some | 10:44:24 |
| 10 | relevance? | 10:44:27 |
| 11 | MR. PEPE:  Objection to the extent | 10:44:28 |
| 12 | it's mischaracterizing what he is | 10:44:29 |
| 13 | saying.  He's saying little to none | 10:44:31 |
| 14 | he's not saying none. | 10:44:34 |
| 15 | Q   You are excluding none? | 10:44:37 |
| 16 | A   I am saying there is little | 10:44:39 |
| 17 | substantial relevance to the issue.  Whether -- | 10:44:46 |
| 18 | if by no relevance you mean one couldn't one | 10:44:51 |
| 19 | wouldn't even consider or look at them or put | 10:44:54 |
| 20 | them in the picture at all I'm not sure I would | 10:44:56 |
| 21 | say that, but I would say having looked at them | 10:44:59 |
| 22 | I think they have little to no relevance. | 10:45:10 |
| 23 | Q   So in paragraph 20 of your report | 10:45:13 |
| 24 | on page seven you discuss the form or amount of | 10:45:21 |
| 25 | payment, let me make sure I see it, so at the | |

Page 58

| | |
|---|---|
| 1 | bottom of the page on page seven you write the | 10:45:28 |
| 2 | precise form and amount of the compensation to | 10:45:33 |
| 3 | be transferred results from good faith | 10:45:35 |
| 4 | bilateral negotiations between parties taking | 10:45:40 |
| 5 | into account factors.  And then you list a few | 10:45:43 |
| 6 | factors including the importance of the | 10:45:46 |
| 7 | patent's rights to the activity and to the | 10:45:48 |
| 8 | licensee, the profitability of the activity, | 10:45:51 |
| 9 | the extent of exposure of the licensee, the | 10:45:55 |
| 10 | typical royalties extent in the relevant | 10:45:59 |
| 11 | industry, the ability of the licensee to | 10:46:01 |
| 12 | compete in the marketplace without having the | 10:46:04 |
| 13 | patented technology and so on.  My first | 10:46:09 |
| 14 | question is:  Would you add anything to this | 10:46:12 |
| 15 | list where you write and so on? | 10:46:36 |
| 16 | A   Well, as I sit here at the moment | 10:46:38 |
| 17 | I can't identify specific additional things.  I | 10:46:41 |
| 18 | think when I mentioned the profitability of the | 10:46:44 |
| 19 | activity that wouldn't include the licensees' | 10:46:50 |
| 20 | profitability and his ability to pay and | 10:46:54 |
| 21 | continue to make a profit. | 10:46:59 |
| 22 | Q   So the first item here is the | 10:47:02 |
| 23 | importance of the patent rights to the activity | 10:47:04 |
| 24 | and to the licensee, what did you mean by that? | 10:47:17 |
| 25 | A   Well, I mean is the licensee using | |

Page 59

| | |
|---|---|
| 1 | the patents and does he, does he require the | 10:47:24 |
| 2 | patents. | 10:47:29 |
| 3 | Q   Okay, so in that factor you're not | 10:47:32 |
| 4 | suggesting that there's some comparison between | 10:47:35 |
| 5 | the importance of a given patent against a | 10:47:39 |
| 6 | separate patent, it's just whether the licensee | 10:47:43 |
| 7 | is using the patent? | 10:47:46 |
| 8 | A   That is certainly true.  The, the | 10:48:01 |
| 9 | importance of the patent could be, could affect | 10:48:10 |
| 10 | the negotiation if for example it was a trivial | 10:48:13 |
| 11 | patent then that would effect the arrangement, | 10:48:17 |
| 12 | if it's a critical patent that would effect the | 10:48:21 |
| 13 | arrangement. | 10:48:23 |
| 14 | Q   And if it's a standard essential | 10:48:26 |
| 15 | patent that also affects the analysis? | 10:48:31 |
| 16 | A   I think so, yes. | 10:48:33 |
| 17 | Q   In what way? | 10:48:35 |
| 18 | A   That would be a patent that would | 10:48:36 |
| 19 | be important to the activity. | 10:48:43 |
| 20 | Q   And when you refer to the | 10:48:44 |
| 21 | profitability of the activity, you are | 10:48:46 |
| 22 | referring to the actual profits made by the | 10:48:49 |
| 23 | licensee? | 10:48:52 |
| 24 | A   In general, yes.  It is the | 10:48:57 |
| 25 | licensees' profits are incorporated there. | |

Page 60

| | |
|---|---|
| 1 | Q   So are you saying that the | 10:49:04 |
| 2 | licensees' profit margins are relevant to the | 10:49:07 |
| 3 | rate that licensee should pay? | 10:49:14 |
| 4 | A   I think the licensees' | 10:49:15 |
| 5 | profitability is a consideration, yes. | 10:49:23 |
| 6 | Q   And so that the rate could | 10:49:25 |
| 7 | fluctuate depending on how profitable the | 10:49:29 |
| 8 | licensee is in that activity? | 10:49:32 |
| 9 | A   Within the bounds of reasonable | 10:49:35 |
| 10 | and nondiscriminatory rates, yes. | 10:49:38 |
| 11 | Q   If you have two potential | 10:49:40 |
| 12 | licensees, all else being equal, but those two | 10:49:43 |
| 13 | licensees have different profit margins, you | 10:49:47 |
| 14 | can't charge different rates, correct? | 10:49:50 |
| 15 | MR. PEPE:  Objection form. | 10:49:52 |
| 16 | A   Well, I think now you need to look | 10:49:57 |
| 17 | at the commitment that has been made if we're | 10:49:57 |
| 18 | talking about standard essential patents.  I | 10:50:00 |
| 19 | think the RAND commitment requires that there | 10:50:02 |
| 20 | be no discrimination among licensees and so you | 10:50:06 |
| 21 | would need to look to see whether different | 10:50:09 |
| 22 | rates would in fact create discrimination.  But | 10:50:11 |
| 23 | again I think you need to look into individual | 10:50:17 |
| 24 | situations. | 10:50:18 |
| 25 | Q   I'm not sure I have an answer to | |

Page 61

Pages 58 to 61

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | that question.  If you have two licensees who 10:50:25 |
| 2 | are in a similar situation but have different 10:50:30 |
| 3 | profit margins, is that relevant to the rate to 10:50:33 |
| 4 | be charged? 10:50:35 |
| 5 | MR. PEPE:  Objection to form 10:50:36 |
| 6 | incomplete hypothetical. 10:50:47 |
| 7 | A  I'm not sure quite how to answer 10:50:49 |
| 8 | that question other than to say that if you 10:50:51 |
| 9 | have established a rate for that patent in a 10:50:56 |
| 10 | bilateral arms length negotiation with a 10:51:01 |
| 11 | licensee that rate should be applicable to 10:51:06 |
| 12 | others.  Typically license agreements have most 10:51:09 |
| 13 | favored licensee provisions which would require 10:51:13 |
| 14 | you to offer the same rate, although in given 10:51:18 |
| 15 | licensing situations there are other things 10:51:20 |
| 16 | that come into play such as cross licenses, 10:51:25 |
| 17 | grant backs, scope of the grant and so on which 10:51:32 |
| 18 | might affect it. 10:51:38 |
| 19 | Q  Do you know whether Motorola's 10:51:40 |
| 20 | licensing includes most favored nation clauses? 10:51:45 |
| 21 | MR. PEPE:  Objection form outside 10:51:47 |
| 22 | the scope of his expert report. 10:51:49 |
| 23 | A  I have not examined to determined 10:51:52 |
| 24 | them to do that. 10:51:58 |
| 25 | Q  You say the extent of exposure of |

Page 62

| | |
|---|---|
| 1 | the licensee is relevant, can you explain why? 10:52:05 |
| 2 | A  Well, when you're looking at a 10:52:08 |
| 3 | license negotiation a bilateral license 10:52:13 |
| 4 | negotiation, you're looking at a specific set 10:52:15 |
| 5 | of circumstances, you are looking at ways that 10:52:16 |
| 6 | the two parties come together to form a license 10:52:21 |
| 7 | that is meaningful for both, it may be a 10:52:23 |
| 8 | royalty to bearing license, the conversation 10:52:26 |
| 9 | may be in the form of none royalties and so 10:52:33 |
| 10 | factors such as the extent of the exposure of 10:52:35 |
| 11 | the licensee may have an impact on, for example 10:52:40 |
| 12 | if you are arranging for a balancing payment or 10:52:43 |
| 13 | a one time payment they could be -- they could 10:52:47 |
| 14 | effect that. 10:52:52 |
| 15 | Q  So would you say that greater 10:52:55 |
| 16 | exposure warrants an increase in the royalty 10:52:59 |
| 17 | rate? 10:53:04 |
| 18 | A  It might affect the overall 10:53:07 |
| 19 | compensation that passes between the parties I 10:53:09 |
| 20 | don't know that royalty rate would necessarily 10:53:12 |
| 21 | be the thing that would be affected. 10:53:15 |
| 22 | Q  Well, if the licensee has greater 10:53:18 |
| 23 | exposure then would you anticipate that the 10:53:22 |
| 24 | terms are ultimately going to be more favorable 10:53:26 |
| 25 | to the patent holder than if the exposure was |

Page 63

| | |
|---|---|
| 1 | lower? 10:53:33 |
| 2 | MR. PEPE:  Objection form. 10:53:34 |
| 3 | A  I think that would effect such 10:53:37 |
| 4 | things for example as the scope of the license, 10:53:42 |
| 5 | the extent of exposure may go beyond the 10:53:46 |
| 6 | standard for example if you're talking about a 10:53:48 |
| 7 | standard related situation. 10:53:54 |
| 8 | Q  Maybe it would be helpful if you 10:53:56 |
| 9 | could clarify what you mean by exposure when 10:54:00 |
| 10 | you write it here? 10:54:02 |
| 11 | A  Well, I mean to the extent to 10:54:04 |
| 12 | which the licensee needs the patent.  Now he 10:54:09 |
| 13 | may need it for a limited area he made need it 10:54:15 |
| 14 | for a broad area, and I think his exposure 10:54:17 |
| 15 | differs in those two circumstances. 10:54:19 |
| 16 | Q  Does a licensees' exposure also 10:54:21 |
| 17 | change depending at what point in time you're 10:54:25 |
| 18 | analyzing that exposure? 10:54:32 |
| 19 | A  I don't know that it does, no, I 10:54:33 |
| 20 | suppose it could -- you know circumstances vary 10:54:38 |
| 21 | from case to case but if you're thinking of 10:54:44 |
| 22 | past liability that would, that would be 10:54:49 |
| 23 | involved but I don't know that that would 10:54:50 |
| 24 | effect the rate, it might affect the overall 10:54:55 |
| 25 | payment. |

Page 64

| | |
|---|---|
| 1 | Q  Well, if I want to implement a 10:54:59 |
| 2 | standard and include that technology in my 10:55:04 |
| 3 | product, would you agree that my exposure is 10:55:09 |
| 4 | less before I sink money and time, R&D into 10:55:16 |
| 5 | that technology as opposed to when my product 10:55:19 |
| 6 | is already on the market? 10:55:21 |
| 7 | MR. PEPE:  Steve objection form. 10:55:23 |
| 8 | A  I think you need to look at 10:55:27 |
| 9 | whether and to what extent you intend to be 10:55:31 |
| 10 | involved in that technology.  If you're 10:55:33 |
| 11 | dabbling are you saying that, yeah, I might 10:55:37 |
| 12 | make a widget if I can get a license for a 10:55:40 |
| 13 | peanut but I'm not going to make that widget 10:55:46 |
| 14 | dollar then your exposure is different, but if 10:55:47 |
| 15 | you are a serious player in the technology and 10:55:50 |
| 16 | the patent is the key to the technology I think 10:55:54 |
| 17 | your exposure exists. 10:55:56 |
| 18 | Q  Well, let's put it this way:  Is a 10:56:00 |
| 19 | potential licensees' exposure greater after 10:56:06 |
| 20 | infringement as opposed to before it has done 10:56:12 |
| 21 | any activity that infringes the patent holder's 10:56:17 |
| 22 | patents? 10:56:18 |
| 23 | MR. PEPE:  Objection form. 10:56:20 |
| 24 | A  Well, to the extent that a 10:56:22 |
| 25 | licensee has not infringed the patent or has |

Page 65

Pages 62 to 65

ROGER S. SMITH - 8/22/2012

| | Page 66 |
|---|---|
| 1 | not used the patent he has no exposure.   10:56:29 |
| 2 | Q   And is that going to affect the   10:56:31 |
| 3 | bilateral negotiations?   10:56:34 |
| 4 | MR. PEPE:  Objection form.   10:56:36 |
| 5 | A   I don't know that it would affect   10:56:37 |
| 6 | it in terms of determining a RAND arrangement.   10:56:43 |
| 7 | I think the question is whether the licensee   10:56:49 |
| 8 | wants to be involved in that technology or not.   10:57:02 |
| 9 | Q   Lastly you write that another   10:57:03 |
| 10 | factor that you would take into account   10:57:08 |
| 11 | regarding the form and amount of compensation   10:57:13 |
| 12 | to be transferred is the ability of the   10:57:14 |
| 13 | licensee to compete in the marketplace without   10:57:17 |
| 14 | having the patented technology.  Does the   10:57:22 |
| 15 | licensees ability to compete in the marketplace   10:57:25 |
| 16 | without the patented technology change over   10:57:30 |
| 17 | time in your view?   10:57:39 |
| 18 | A   I suppose it could I think again   10:57:40 |
| 19 | these are situation dependent questions.   10:57:49 |
| 20 | Q   Well, when you --   10:57:54 |
| 21 | A   We're talking about a continuum of   10:57:56 |
| 22 | events and a lot of things effects that   10:57:59 |
| 23 | continuum as time goes on.   10:58:01 |
| 24 | Q   And so the results of negotiations   10:58:05 |
| 25 | will be different at point A as opposed to |

| | Page 67 |
|---|---|
| 1 | point B if point A is prior to infringement and   10:58:14 |
| 2 | B is after infringement?   10:58:17 |
| 3 | MR. PEPE:  Objection form.   10:58:20 |
| 4 | A   That certainly would be the case   10:58:21 |
| 5 | with respect to past liability.   10:58:25 |
| 6 | Q   But you don't think that that   10:58:27 |
| 7 | would necessarily impact the royalty rate?   10:58:31 |
| 8 | A   I think in terms of -- if we're --   10:58:35 |
| 9 | my report deals with reasonable and   10:58:38 |
| 10 | nondiscriminatory terms and conditions as they   10:58:41 |
| 11 | apply to standards and I don't, I don't think   10:58:48 |
| 12 | that a, a negotiation before the standard is   10:58:55 |
| 13 | created would necessarily be different from a   10:58:59 |
| 14 | negotiation after the standard is created   10:59:02 |
| 15 | within the -- within the bounds of a reasonable   10:59:05 |
| 16 | and nondiscriminatory rate.  I think the   10:59:10 |
| 17 | licensor is bound to that rate, bound to that   10:59:13 |
| 18 | condition of reasonable and nondiscriminatory   10:59:17 |
| 19 | before and after.   11:00:16 |
| 20 | Q   You note that one difference   11:00:18 |
| 21 | between a pool license and a bilaterally   11:00:25 |
| 22 | negotiated license is that pool licenses   11:00:26 |
| 23 | involve lower transaction costs, what did you   11:00:30 |
| 24 | mean by transaction costs?   11:00:33 |
| 25 | A   I'm talking at that point I |

| | Page 68 |
|---|---|
| 1 | believe about the, the license that the pool   11:00:41 |
| 2 | offers to a licensee as opposed to a   11:00:44 |
| 3 | bilaterally negotiated license, and it's quite   11:00:48 |
| 4 | clear I think that when a pool license has been   11:00:52 |
| 5 | established it becomes nonnegotiable and so the   11:00:57 |
| 6 | transaction cost namely the cost of negotiating   11:01:00 |
| 7 | that license with a licensee is very small   11:01:03 |
| 8 | compared to the transaction cost of a bilateral   11:01:07 |
| 9 | negotiation.   11:01:09 |
| 10 | Q   In this particular case as between   11:01:12 |
| 11 | Microsoft and Motorola, what specifically are   11:01:16 |
| 12 | the transaction costs involved?   11:01:21 |
| 13 | A   Well I think that's beyond the   11:01:22 |
| 14 | scope of the activity that I have been asked to   11:01:26 |
| 15 | evaluate.   11:01:28 |
| 16 | Q   Well, you've evaluated differences   11:01:32 |
| 17 | between bilateral negotiations and patent   11:01:35 |
| 18 | pools?   11:01:36 |
| 19 | A   And I can tell you in general   11:01:37 |
| 20 | about that, but I don't know that I can talk   11:01:40 |
| 21 | specifically about Motorola and Microsoft   11:01:43 |
| 22 | negotiations because I haven't studied them.   11:01:50 |
| 23 | Q   Well, how much higher, do you   11:01:53 |
| 24 | think, the commercially reasonable rate in a   11:02:00 |
| 25 | bilateral negotiation between Microsoft and |

| | Page 69 |
|---|---|
| 1 | Motorola would be if you adjust for transaction   11:02:08 |
| 2 | costs?   11:02:10 |
| 3 | MR. PEPE:  Objection form, outside   11:02:12 |
| 4 | the scope of his expert report,   11:02:14 |
| 5 | incomplete hypothetical.   11:02:20 |
| 6 | A   I don't -- can you restate that   11:02:22 |
| 7 | question or ask it again I kind of lost it.   11:02:25 |
| 8 | Q   What impact does the difference in   11:02:28 |
| 9 | transaction costs have on the rate negotiated   11:02:34 |
| 10 | bilaterally?   11:02:40 |
| 11 | A   I don't think -- I think the   11:02:42 |
| 12 | transaction costs in bilateral negotiation are   11:02:45 |
| 13 | much higher because these are individual   11:02:48 |
| 14 | negotiations that require a great deal of   11:02:52 |
| 15 | effort before, during and in the formative   11:02:53 |
| 16 | stages of the agreement.  But I don't think   11:03:00 |
| 17 | that one adjusts the the reasonable and   11:03:06 |
| 18 | nondiscriminatory rate based on the fact that   11:03:09 |
| 19 | you have had a difficult negotiation.  I think   11:03:14 |
| 20 | the licensor is bound to offer that   11:03:18 |
| 21 | nondiscriminatory rate under its RAND   11:03:23 |
| 22 | commitment irrespective of how long and how   11:03:26 |
| 23 | difficult the negotiation is.   11:03:50 |
| 24 | Q   So you note that pool rates and   11:03:53 |
| 25 | bilateral negotiated rates are often different |

Merrill Corporation - San Francisco
800-869-9132          www.merrillcorp.com/law

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | in that pool rates are often lower, that's your | 11:04:04 |
| 2 | view? | 11:04:05 |
| 3 | A   Yes, I think pool rates are | 11:04:07 |
| 4 | typically lower because they proceed from | 11:04:09 |
| 5 | different set of incentives and motivations. | 11:04:12 |
| 6 | Q   Do you have any way of assessing | 11:04:15 |
| 7 | what portion of that difference is associated | 11:04:18 |
| 8 | with the different transaction costs under the | 11:04:21 |
| 9 | two models? | 11:04:29 |
| 10 | A   No, I don't know that you can | 11:04:32 |
| 11 | identify specific impacts of the transaction | 11:04:36 |
| 12 | costs I think the lower transaction costs are a | 11:04:40 |
| 13 | consequence to a pool license and are a reason | 11:04:52 |
| 14 | that licensees like pool licenses. | 11:04:57 |
| 15 | Q   You also say pool license are | 11:04:59 |
| 16 | nonnegotiable and therefore contain terms that | 11:05:06 |
| 17 | cannot be modified to accommodate a particular | 11:05:06 |
| 18 | licensing scenario that's in paragraph 22, do | 11:05:15 |
| 19 | you see that as a draw back for the patent | 11:05:20 |
| 20 | holder? | 11:05:22 |
| 21 | A   I see that as a reason why a | 11:05:30 |
| 22 | patent holder may decide he wants to | 11:05:34 |
| 23 | bilaterally license his patents as opposed to | 11:05:39 |
| 24 | allowing the pool administrator to license them | 11:05:41 |
| 25 | under terms that are nonnegotiable.  In a | |

Page 70

| | | |
|---|---|---|
| 1 | bilateral negotiation there is always give and | 11:05:51 |
| 2 | take. | 11:05:52 |
| 3 | Q   What types of terms do you | 11:05:54 |
| 4 | consider to be important to patent holders that | 11:05:57 |
| 5 | simply aren't available in this nonnegotiable | 11:06:03 |
| 6 | patent pool context? | 11:06:05 |
| 7 | A   Term, termination provisions, | 11:06:07 |
| 8 | scope of the grant, terms such as that, such as | 11:06:14 |
| 9 | those I should say. | 11:06:21 |
| 10 | Q   When we're dealing with standard | 11:06:24 |
| 11 | essential patents, aren't those typically | 11:06:29 |
| 12 | accounted for in context of patent holders' | 11:06:33 |
| 13 | RAND commitment? | 11:06:35 |
| 14 | MR. PEPE:  Objection form. | 11:06:38 |
| 15 | A   Can you ask the question again or | 11:06:39 |
| 16 | could I have it repeated. | 11:06:40 |
| 17 | Q   The term termination and scope | 11:06:42 |
| 18 | provisions that you were referring to, those | 11:06:45 |
| 19 | are typically accounted for in the standard | 11:06:49 |
| 20 | setting organizations requirements for the | 11:06:55 |
| 21 | patent holder -- let me start over. | 11:07:04 |
| 22 | When a patent holder like Motorola | 11:07:09 |
| 23 | makes a RAND commitment to a standard setting | 11:07:11 |
| 24 | organization, do you have an understanding of | 11:07:14 |
| 25 | what that commitment requires the patent holder | |

Page 71

| | | |
|---|---|---|
| 1 | to do? | 11:07:21 |
| 2 | MR. PEPE:  Objection form. | 11:07:22 |
| 3 | A   It requires him to offer, to offer | 11:07:27 |
| 4 | licenses to reasonable applicants under | 11:07:32 |
| 5 | reasonable nondiscriminatory terms and | 11:07:36 |
| 6 | conditions.  The standards organization does | 11:07:39 |
| 7 | not dictate -- dictate, I'm sorry, term, | 11:07:47 |
| 8 | termination or any of those provisions. | 11:07:52 |
| 9 | Q   Does the licensee have to | 11:07:54 |
| 10 | acquiesce to the patent holders preferences on | 11:07:59 |
| 11 | these terms? | 11:08:00 |
| 12 | A   A bilateral negotiation is a | 11:08:03 |
| 13 | bilateral negotiation and it's a negotiation in | 11:08:05 |
| 14 | which both parties ultimately agree on a set of | 11:08:11 |
| 15 | terms and conditions including compensation. | 11:08:19 |
| 16 | Q   So a patent holder subject to a | 11:08:24 |
| 17 | RAND commitment does not have the power to | 11:08:24 |
| 18 | impose these terms for potential licensee | 11:08:29 |
| 19 | unilaterally? | 11:08:30 |
| 20 | A   To impose -- he doesn't have the | 11:08:33 |
| 21 | power to impose unreasonable terms | 11:08:37 |
| 22 | unilaterally. | 11:08:50 |
| 23 | Q   And it's your opinion that | 11:08:52 |
| 24 | reasonable terms are those that both parties | 11:08:53 |
| 25 | agree on? | |

Page 72

| | | |
|---|---|---|
| 1 | A   Both parties do agree on | 11:08:57 |
| 2 | reasonable terms when a negotiation is | 11:09:01 |
| 3 | concluded. | 11:09:44 |
| 4 | Q   Can you explain why you believe | 11:09:46 |
| 5 | that pool rates fail to reflect commercially | 11:09:50 |
| 6 | reasonable rates? | 11:09:51 |
| 7 | A   Well, as I say in my report | 11:09:56 |
| 8 | typically patent pools are created by | 11:10:01 |
| 9 | organizations who have patents relative to the | 11:10:06 |
| 10 | standards that are essential to the standard | 11:10:09 |
| 11 | and who are also manufacturers of products. | 11:10:11 |
| 12 | And they want to promote that standard because | 11:10:17 |
| 13 | it will incorporate technology familiar to them | 11:10:21 |
| 14 | that they are, that they are using in | 11:10:24 |
| 15 | downstream products, and so it is in their | 11:10:30 |
| 16 | interest since they will become both licensors | 11:10:35 |
| 17 | and licensees to have low rates they will be | 11:10:38 |
| 18 | paying out more than they will be receiving and | 11:10:42 |
| 19 | the lower the rate the better off they are as | 11:10:51 |
| 20 | licensees. | 11:10:51 |
| 21 | Q   The low rates you say are a | 11:10:53 |
| 22 | benefits to licensees, but do they benefit | 11:10:58 |
| 23 | licensors? | 11:10:59 |
| 24 | A   They can benefit some licensors. | 11:11:04 |
| 25 | For example there maybe licensors in a pool who | |

Page 73

Pages 70 to 73

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | are, who have no ability to license on their |
| 2 | own and so they accept the low rates because |
| 3 | they expect to receive a guaranteed income, |
| 4 | royalty income and lower rates attract more |
| 5 | licensees and so the volume of royalty |
| 6 | increases, the low rates can benefit them. |
| 7 | Q   Can you describe the typical |
| 8 | process for creating a patent pool? |
| 9 | A   As I understand the process it is, |
| 10 | it is formed or it precedes from the agreement |
| 11 | among a number of companies who have technology |
| 12 | related to the standard that a pool would be |
| 13 | beneficial to them to license their patents |
| 14 | collectively and to cross license each other. |
| 15 | The specific negotiations that might go on |
| 16 | among them I'm not privy to and I'm sure they |
| 17 | differ from case to case. |
| 18 | Q   So you don't know how a patent |
| 19 | pool typically arrives at the final licensing |
| 20 | terms? |
| 21 | A   I think it arrives by discussion |
| 22 | among the patent holders who are throwing their |
| 23 | patents into the pool. |
| 24 | Q   Well, the patents are placed into |
| 25 | the pool until after the terms are finalized, |

Page 74

| | |
|---|---|
| 1 | correct? |
| 2 | A   Well the pool is organized around |
| 3 | the standard and patents of the licensors that |
| 4 | are found to be essential to that standard. |
| 5 | Q   If someone is involved in the |
| 6 | negotiations surrounding formation of a pool |
| 7 | has any concerns with the licensing terms being |
| 8 | debated, would you expect those concerns to be |
| 9 | expressed to the others involved in the |
| 10 | formation process? |
| 11 | A   I would expect so, yes. |
| 12 | Q   Why is that? |
| 13 | A   Well, I think that all of the |
| 14 | participants in the formation of the pool |
| 15 | expressed their opinions concerning what the |
| 16 | terms and conditions of what the pool license |
| 17 | would be, how will they divvy up the royalties |
| 18 | that come from licensing, and what the |
| 19 | licensing rates will be, those are all |
| 20 | considerations that they have to agree on as |
| 21 | the pool is formed. |
| 22 | Q   Do the licensing terms typically, |
| 23 | the licensing terms that are ultimately adopted |
| 24 | are consensus driven? |
| 25 | A   You have to define consensus I see |

Page 75

| | |
|---|---|
| 1 | some of the economists define consensus a |
| 2 | little differently than I do.  Do you mean |
| 3 | everybody has to agree? |
| 4 | Q   Well, there is a -- strike that. |
| 5 | Are there any type of firms that |
| 6 | you would typically see pushing for higher |
| 7 | royalty rates in these negotiations? |
| 8 | MR. PEPE:  Which negotiations so |
| 9 | we're clear. |
| 10 | Q   In negotiations regarding the |
| 11 | formation of the patent pool? |
| 12 | A   I would expect that those folks |
| 13 | who are identified as pure licensors for |
| 14 | example universities in the H.264 pool.  I |
| 15 | think Columbia University was one that I would |
| 16 | identify as perhaps urging a high royalty rate |
| 17 | because they have no downstream licensee, |
| 18 | licensee interest or interest as a licensee. |
| 19 | Q   Are you aware of any situation in |
| 20 | which a standard essential patent owner was |
| 21 | involved in these formative negotiations, |
| 22 | agreed to the licensing terms and then choose |
| 23 | not to become a licensor? |
| 24 | A   I am, I am not specifically |
| 25 | familiar with that, no.  I understand that |

Page 76

| | |
|---|---|
| 1 | happens. |
| 2 | Q   Do you have any understanding of |
| 3 | whether that occurred in connection with either |
| 4 | the H.264 or the 802.11 pools in this case? |
| 5 | A   I am not close enough to what went |
| 6 | on amongst the prospective pool members to know |
| 7 | the answer to that, I know that Microsoft has |
| 8 | an attitude about that or has a position on |
| 9 | that whether it's an active position I don't |
| 10 | know.  I simply don't have enough information. |
| 11 | Q   What is the prospective of |
| 12 | Microsoft that you are aware of? |
| 13 | A   Well, it seems to me that I've |
| 14 | read somewhere they said Motorola pulled out at |
| 15 | the last minute.  I don't know whether that's |
| 16 | true or not true. |
| 17 | Q   If the evidence showed that |
| 18 | Motorola had agreed to the license in terms of |
| 19 | the pool and then opted not to join as a |
| 20 | licensor, would that have any impact on what a |
| 21 | commercially reasonable rate for Motorola |
| 22 | patents would be? |
| 23 | A   I don't think so I think Motorola |
| 24 | is bound by its commitment to the standard |
| 25 | organizations to offer commercially reasonable |

Page 77

Pages  74 to 77

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | RAND terms, and if and to the extent that 11:19:12 |
| 2 | Motorola did back out as you say, if that was 11:19:17 |
| 3 | your term, I would expect they did it for a 11:19:21 |
| 4 | legitimate business reason. 11:19:23 |
| 5 | **Q   You don't have any insight as to** 11:19:25 |
| 6 | **what that reason might be?** 11:19:27 |
| 7 | A   I do not. 11:20:06 |
| 8 | **Q   Do you have any sense of what** 11:20:07 |
| 9 | **impact on the ultimate licensing terms of the** 11:20:13 |
| 10 | **H.264 pool it would of had if Motorola had** 11:20:16 |
| 11 | **advocated for much higher royalty rates?** 11:20:22 |
| 12 | MR. PEPE:  Objection calls for 11:20:23 |
| 13 | speculation, form. 11:20:26 |
| 14 | A   I don't have any, I don't have 11:20:28 |
| 15 | enough knowledge to form an opinion on that. 11:20:32 |
| 16 | **Q   What do you view as the benefits** 11:20:35 |
| 17 | **of patent pools?** 11:20:37 |
| 18 | A   Well, the benefits are the 11:20:40 |
| 19 | provision of a single license for a collection 11:20:43 |
| 20 | of patents at a low rate with low transaction 11:20:47 |
| 21 | costs and a uniform license. 11:20:55 |
| 22 | **Q   Does it also permit and encourage** 11:20:57 |
| 23 | **a wider use in adoption of the technology?** 11:21:00 |
| 24 | A   Certainly. 11:21:01 |
| 25 | **Q   Is that a benefit to Motorola?** |
| | Page 78 |

| | |
|---|---|
| 1 | A   I understand that the Nokia 11:23:30 |
| 2 | portfolio is very strong.  My pride tells me 11:23:37 |
| 3 | that IBM's portfolio is probably pretty strong 11:23:41 |
| 4 | but I don't know that to be a fact. 11:23:43 |
| 5 | **Q   On what basis are you founding** 11:23:47 |
| 6 | **that view that Nokia's portfolio was strong?** 11:23:52 |
| 7 | A   I believe that I read in the 11:23:54 |
| 8 | literature that Nokia had the largest portfolio 11:23:58 |
| 9 | relative to the standard. 11:24:03 |
| 10 | **Q   Is it possible that Nokia's H.264** 11:24:07 |
| 11 | **patent portfolio is more valuable than** 11:24:13 |
| 12 | **Motorola's?** |
| 13 | A   I have no way of assessing that. 11:24:18 |
| 14 | **Q   So it could be?** 11:24:20 |
| 15 | A   It could be it could be of less 11:24:22 |
| 16 | value I don't know. 11:24:26 |
| 17 | **Q   Can you tell anything about the** 11:24:30 |
| 18 | **value of the -- strike that.  Can you tell** 11:24:37 |
| 19 | **anything about the value of Motorola's H.264** 11:24:41 |
| 20 | **patent portfolio based on a review of** 11:24:47 |
| 21 | **Motorola's licensing agreement with Nokia?** 11:24:54 |
| 22 | MR. PEPE:  Objection form outside 11:24:56 |
| 23 | the scope of his expert report. 11:24:58 |
| 24 | A   I did not evaluate, I did not 11:25:02 |
| 25 | examine that license agreement and so I have -- |
| | Page 80 |

| | |
|---|---|
| 1 | A   I think the pool to the extent 11:21:11 |
| 2 | that it encourages wide use of the technology 11:21:17 |
| 3 | is a benefit to all of the participants in that 11:21:24 |
| 4 | technology. 11:21:25 |
| 5 | **Q   Including Motorola?** 11:21:27 |
| 6 | A   I would guess yes, um-hmm, but 11:21:31 |
| 7 | again that's, you know, that's not within what 11:21:35 |
| 8 | I was asked to opine on. 11:22:12 |
| 9 | **Q   You have no personal experience** 11:22:15 |
| 10 | **with either the H.264 or the 802.11 pools?** 11:22:19 |
| 11 | A   That is correct. 11:22:47 |
| 12 | **Q   Do you know why Nokia, Motorola,** 11:22:53 |
| 13 | **IBM decided not to become licensors of the** 11:22:57 |
| 14 | **802.11 pool?** 11:22:59 |
| 15 | A   I have no specific insight to 11:23:00 |
| 16 | that. 11:23:01 |
| 17 | **Q   You say they likely at paragraph** 11:23:04 |
| 18 | **50, that they likely did not join the pool** 11:23:08 |
| 19 | **because of the strength of their large standard** 11:23:09 |
| 20 | **essential patent holdings?** 11:23:12 |
| 21 | A   That seems likely to me, yes, but 11:23:16 |
| 22 | as I say I have no specific knowledge. 11:23:19 |
| 23 | **Q   Do you have any view regarding the** 11:23:22 |
| 24 | **relative value of any of these companies** 11:23:25 |
| 25 | **portfolios?** |
| | Page 79 |

| | |
|---|---|
| 1 | I cannot answer the question. 11:25:24 |
| 2 | **Q   Do you have any view on why the** 11:25:27 |
| 3 | **holder of a strong patent portfolio would** 11:25:32 |
| 4 | **choose not to become a licensor?** 11:25:35 |
| 5 | A   Yes, I think that the holder of a 11:25:41 |
| 6 | strong patent portfolio might chose not to 11:25:41 |
| 7 | become a licensor because it has the ability to 11:25:46 |
| 8 | license those patents bilaterally and depending 11:25:53 |
| 9 | on its attitude toward licensing may not wish 11:25:59 |
| 10 | to have its patents licensed by a third party. 11:26:05 |
| 11 | I can tell you that within, in specific 11:26:09 |
| 12 | instances where IBM examined patent pools in 11:26:14 |
| 13 | connection with individual standards that was a 11:26:18 |
| 14 | very strong consideration that we did not want 11:26:21 |
| 15 | our patents to be under the control of a third 11:26:26 |
| 16 | party. 11:26:28 |
| 17 | **Q   Why would the holder of a strong** 11:26:30 |
| 18 | **patent portfolio like Nokia advocate low pool** 11:26:37 |
| 19 | **rates?** 11:26:44 |
| 20 | A   Why would a patent holder of a 11:26:47 |
| 21 | strong portfolio, if that patent holder is also 11:26:51 |
| 22 | a substantial manufacturer and the pool would 11:26:58 |
| 23 | contain patents of its competitors under which 11:27:02 |
| 24 | it desired to have a license or license to 11:27:05 |
| 25 | practice the standard, it would advocate low |
| | Page 81 |

Merrill Corporation - San Francisco
800-869-9132          www.merrillcorp.com/law

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | rates because it's going to pay more than it's | 11:27:12 |
| 2 | going to receive in royalties under the pool. | 11:27:23 |
| 3 | Q  Do you know whether Nokia or IBM | 11:27:27 |
| 4 | were involved in the negotiations relating to | 11:27:29 |
| 5 | the formation of the H.264 pool? | 11:27:32 |
| 6 | A  I do not know. | 11:27:52 |
| 7 | Q  Is there any advantage to the | 11:27:54 |
| 8 | holder of a strong patent portfolio to advocate | 11:27:59 |
| 9 | for low royalty rates but then opt not to | 11:28:04 |
| 10 | become a licensor? | 11:28:11 |
| 11 | A  Would you ask it, is there any | 11:28:13 |
| 12 | advantage did you say?  Maybe I missed the | 11:28:26 |
| 13 | question. | 11:28:27 |
| 14 | Q  That's not a very good question. | 11:28:43 |
| 15 | MR. PEPE:  What about a short | 11:28:45 |
| 16 | break since we've been going since the. | 11:28:49 |
| 17 | Q  Yeah, let me just ask one more | 11:28:51 |
| 18 | question to wrap up? | 11:28:54 |
| 19 | MR. PEPE:  Sure. | 11:28:54 |
| 20 | Q  So you consider both Microsoft and | 11:28:55 |
| 21 | Motorola to be vertically integrated companies? | 11:29:01 |
| 22 | A  Yes, I think both companies own | 11:29:04 |
| 23 | patents relative to the standard and I think | 11:29:07 |
| 24 | both companies manufacture and sell products | 11:29:09 |
| 25 | that embody the standard, and that's my | |

Page 82

| | | |
|---|---|---|
| 1 | definition of vertically integrated company. | 11:29:19 |
| 2 | Q  Okay, let's take a break. | 11:29:21 |
| 3 | VIDEOGRAPHER:  We're going off the | 11:29:22 |
| 4 | record the time is 11:29. | |
| 5 | (Whereupon, at 11:29 a.m., a recess | |
| 6 | was taken to 11:44 a.m.) | |
| 7 | (The deposition resumed with all | |
| 8 | parties present.) | 11:44:58 |
| 9 | VIDEOGRAPHER:  We're now back on | 11:44:59 |
| 10 | the record the time is 11:44. | 11:45:03 |
| 11 | Q  Do you agree that if a pool sets | 11:45:05 |
| 12 | its rates too high there's a risk that | 11:45:09 |
| 13 | downstream manufacturers decide not to include | 11:45:12 |
| 14 | the technology in their products? | 11:45:16 |
| 15 | A  I think that is a potential, yes. | 11:45:20 |
| 16 | Q  When the MPEG LA H.264 pool is | 11:45:25 |
| 17 | formed, would it have been in Motorola's | 11:45:28 |
| 18 | interest to insure that the rates were low | 11:45:31 |
| 19 | enough that that didn't happen? | 11:45:38 |
| 20 | MR. PEPE:  Objection form | 11:45:39 |
| 21 | speculation. | 11:45:43 |
| 22 | A  I don't know -- I don't know -- I | 11:45:45 |
| 23 | don't know enough about Motorola's interest to | 11:45:49 |
| 24 | answer that question. | 11:45:55 |
| 25 | Q  Broad adoption of the standard -- | |

Page 83

| | | |
|---|---|---|
| 1 | of the H.264 standard and the 802.11 standard | 11:46:02 |
| 2 | has benefited Motorola? | 11:46:05 |
| 3 | MR. PEPE:  Objection form. | 11:46:07 |
| 4 | A  Broad adoption of the standard | 11:46:12 |
| 5 | has, see I don't know that that's necessarily | 11:46:18 |
| 6 | true.  It certainly could be the case, broad | 11:46:22 |
| 7 | adoption of the standard benefits those who | 11:46:27 |
| 8 | have technology pertinent to the standard. | 11:46:32 |
| 9 | Q  Like Motorola? | 11:46:34 |
| 10 | A  If Motorola has that technology it | 11:46:36 |
| 11 | would be included, yes. | 11:46:45 |
| 12 | Q  Would a rate so high that | 11:46:47 |
| 13 | Microsoft choose to exclude support for the | 11:46:51 |
| 14 | standard in its products be a commercially | 11:46:54 |
| 15 | reasonably rate? | 11:47:01 |
| 16 | A  It could be depending on what | 11:47:04 |
| 17 | Microsoft's specific interests were, how | 11:47:09 |
| 18 | committed it was to the technology.  There are, | 11:47:18 |
| 19 | I guess are many motivations for a company to | 11:47:22 |
| 20 | decide not to play. | 11:47:25 |
| 21 | Q  So, so I understand a commercially | 11:47:27 |
| 22 | reasonable rate for H.264 patents can include a | 11:47:33 |
| 23 | right that Microsoft would not pay? | 11:47:39 |
| 24 | A  Well, to the extent that Microsoft | 11:47:41 |
| 25 | is in control of whatever it decides to do or | |

Page 84

| | | |
|---|---|---|
| 1 | not do that's true. | 11:47:59 |
| 2 | Q  How is that consistent with your | 11:48:02 |
| 3 | earlier testimony that commercially reasonable | 11:48:05 |
| 4 | rate is a rate that both the licensee and the | 11:48:08 |
| 5 | patent holder would agree to? | 11:48:11 |
| 6 | A  Well, it's consistent in that you | 11:48:14 |
| 7 | said that Microsoft might decide not to pay -- | 11:48:16 |
| 8 | it's in control of its own determination.  If | 11:48:21 |
| 9 | you had said that Microsoft should agree to pay | 11:48:24 |
| 10 | then may be my answer could be different I | 11:48:27 |
| 11 | don't know.  I'm saying that a commercially | 11:48:30 |
| 12 | reasonable rate is a rate that both the | 11:48:32 |
| 13 | licensor and the licensee can agree is | 11:48:36 |
| 14 | appropriate for their cross license or for | 11:48:41 |
| 15 | their license, I'm sorry. | 11:48:43 |
| 16 | Q  And so if a pool rate is so high | 11:48:46 |
| 17 | that Microsoft chooses not to support that | 11:48:50 |
| 18 | technology, can you tell whether that pool rate | 11:48:54 |
| 19 | is commercially reasonable or not? | 11:48:58 |
| 20 | MR. PEPE:  Objection form. | 11:49:02 |
| 21 | A  I don't -- I don't think that one | 11:49:05 |
| 22 | would make a determination of reasonableness | 11:49:08 |
| 23 | based on Microsoft's specific intentions | 11:49:13 |
| 24 | because one doesn't know the basis for those | 11:49:17 |
| 25 | intentions. | |

Page 85

Pages 82 to 85

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | Q   Is your view that one of the | 11:49:38 |
| 2 | purposes of pool rates being low is to entice | 11:49:44 |
| 3 | manufacturers to become licensees; is that | 11:49:47 |
| 4 | fair? | 11:49:49 |
| 5 | A   That's a fair statement, yes. | 11:49:52 |
| 6 | Q   Would it be commercially | 11:49:54 |
| 7 | reasonable for the patent pool rate to be so | 11:49:59 |
| 8 | high that it does not achieve that goal? | 11:50:04 |
| 9 | A   Would it be commercially | 11:50:07 |
| 10 | reasonable for a patent pool rate to be so high | 11:50:11 |
| 11 | that it doesn't entice manufacturers to join | 11:50:18 |
| 12 | the pool, well, when you say commercially | 11:50:23 |
| 13 | reasonable, I think we're talking about two | 11:50:27 |
| 14 | different things.  A pool rate which is set so | 11:50:32 |
| 15 | high that it doesn't include or that it doesn't | 11:50:37 |
| 16 | entice a downstream manufacturer to take | 11:50:42 |
| 17 | licenses would not be an effective pool rate, | 11:50:45 |
| 18 | doesn't, doesn't mean that that rate would not | 11:50:51 |
| 19 | be a commercially reasonable rate.  I think | 11:50:53 |
| 20 | we're talking about two different things when | 11:50:56 |
| 21 | we're talking about pools and bilateral | 11:50:59 |
| 22 | negotiated rates. | 11:51:10 |
| 23 | Q   Doesn't it indicate that if a | 11:51:13 |
| 24 | licensee is unwilling to pay a pool rate that | 11:51:16 |
| 25 | it would also be unwilling to pay a higher rate | |

Page 86

| | | |
|---|---|---|
| 1 | in any bilateral negotiations? | 11:51:27 |
| 2 | MR. PEPE:  Objection form. | 11:51:36 |
| 3 | A   I don't know that that follows, | 11:51:37 |
| 4 | no. | 11:51:38 |
| 5 | Q   Maybe let's put it this way:  If a | 11:51:43 |
| 6 | licensee chooses not to pay a pool rate to | 11:51:46 |
| 7 | implement standard technology, then is there | 11:51:51 |
| 8 | any reason that you can think of that that | 11:51:55 |
| 9 | licensee would want to purchase a license to | 11:51:59 |
| 10 | other standard essential patents related to | 11:52:03 |
| 11 | that same technology? | 11:52:05 |
| 12 | MR. PEPE:  Outside of the pool? | 11:52:07 |
| 13 | Q   Outside of the pool. | 11:52:09 |
| 14 | MR. PEPE:  Objection form | 11:52:09 |
| 15 | incomplete hypothetical. | 11:52:11 |
| 16 | A   I think there could be a lot of | 11:52:16 |
| 17 | reasons why one would decide to engage in the | 11:52:19 |
| 18 | bilateral negotiation, for example bilateral | 11:52:21 |
| 19 | negotiations can include cross licenses. | 11:52:23 |
| 20 | Compensation can be in the form of other than | 11:52:27 |
| 21 | the limited compensation that is offered by a | 11:52:32 |
| 22 | pool license. | 11:52:38 |
| 23 | Q   So if you assume that there are | 11:53:02 |
| 24 | ten standard essential patents, this is my | 11:53:06 |
| 25 | hypothetical, nine of those standard essential | |

Page 87

| | | |
|---|---|---|
| 1 | patents are in a patent pool, are you with me | 11:53:13 |
| 2 | so far, okay, the court reporter can't record | 11:53:19 |
| 3 | your head nods? | 11:53:20 |
| 4 | A   Yes, I'm with you so far. | 11:53:22 |
| 5 | Q   The patent pool has adopted a | 11:53:26 |
| 6 | license rate of X and the licensee feels that | 11:53:32 |
| 7 | that rate X is too high and on that bases | 11:53:37 |
| 8 | refuses to pay it, are you with me? | 11:53:40 |
| 9 | A   Yes, the perspective licensee | 11:53:42 |
| 10 | doesn't take the pool license. | 11:53:47 |
| 11 | Q   Correct.  Is there -- can you tell | 11:53:49 |
| 12 | me any reason why that licensee would pay more | 11:53:54 |
| 13 | than X for a license to the single standard | 11:53:57 |
| 14 | essential patent outside of the pool? | 11:54:00 |
| 15 | MR. PEPE:  Objection form, asked | 11:54:01 |
| 16 | and answered, incomplete hypothetical. | 11:54:04 |
| 17 | A   I think I did answer that when I | 11:54:07 |
| 18 | said there are other forms of compensation, | 11:54:09 |
| 19 | other aspects of a bilateral negotiation that | 11:54:12 |
| 20 | would differ from the limited license that's | 11:54:15 |
| 21 | offered by the pool. | 11:54:18 |
| 22 | Q   And what would those be -- let's | 11:54:23 |
| 23 | simplify the hypothetical.  I'm really just | 11:54:25 |
| 24 | talking about a license to that single non pool | 11:54:30 |
| 25 | standard essential patent.  We're not talking | |

Page 88

| | | |
|---|---|---|
| 1 | about a cross license or any other benefits to | 11:54:36 |
| 2 | the licensee.  Is there any reason that you can | 11:54:40 |
| 3 | think of that that licensee would have an | 11:54:44 |
| 4 | interest in licensing that single standard | 11:54:46 |
| 5 | essential patent that's outside of the pool? | 11:54:52 |
| 6 | MR. PEPE:  Objection form. | 11:54:54 |
| 7 | A   Well again, the terms and | 11:54:57 |
| 8 | conditions that he can negotiate with the | 11:55:01 |
| 9 | licensor outside of the pool are going to be | 11:55:04 |
| 10 | different than the terms and conditions he's | 11:55:08 |
| 11 | forced to accept within the pool. | 11:55:10 |
| 12 | Q   And can you think of any reason | 11:55:12 |
| 13 | why that licensee would want to pay more for | 11:55:15 |
| 14 | that single standard essential patent than the | 11:55:19 |
| 15 | licensee refused to pay for the nine patents in | 11:55:23 |
| 16 | the pool? | 11:55:26 |
| 17 | MR. PEPE:  Objection form asked | 11:55:26 |
| 18 | and answered. | 11:55:28 |
| 19 | A   Yeah, I don't know what else to | 11:55:30 |
| 20 | tell you.  The bilateral negotiation is a | 11:55:33 |
| 21 | completely different animal from the pool | 11:55:38 |
| 22 | arrangement and I, frankly I'm not clear how | 11:55:45 |
| 23 | your hypothetical comports with reality. | 11:55:51 |
| 24 | Q   Well, Microsoft is entitled to | 11:55:54 |
| 25 | their license to Motorola standard essential | |

Page 89

Pages 86 to 89

ROGER S. SMITH - 8/22/2012

| | Page 90 |
|---|---|
| 1 | patents, correct?                                       11:55:59 |
| 2 |      A   In accordance with Motorola's              11:56:01 |
| 3 | commitment to offer a RAND arrangement, yes. 11:56:10 |
| 4 |      Q   And Microsoft presumably may be         11:56:13 |
| 5 | willing to pay some amount for rights to those 11:56:18 |
| 6 | licenses, right?                                       11:56:22 |
| 7 |      A   They should be willing to pay a          11:56:25 |
| 8 | RAND rate, yes.                                         11:56:30 |
| 9 |      Q   And so I'm having trouble               11:56:32 |
| 10 | understanding why you think it would be        11:56:34 |
| 11 | reasonable for Microsoft to pay Motorola more 11:56:38 |
| 12 | for that remaining standard essential patent  11:56:43 |
| 13 | than it refuse to pay for all of the other      11:56:48 |
| 14 | standard essential patents in the pool?        11:56:52 |
| 15 |      MR. PEPE:  Objection form,                  11:56:52 |
| 16 | incomplete hypothetical, outside the            11:56:56 |
| 17 | scope of his expert report.                        11:56:59 |
| 18 |      A   Has it indeed done that?                11:57:01 |
| 19 |      Q   The question is whether you can       11:57:03 |
| 20 | explain why that would be reasonable?          11:57:06 |
| 21 |      MR. PEPE:  Objection form, outside        11:57:08 |
| 22 | the scope of his expert report.                   11:57:11 |
| 23 |      A   Again I would say I don't see how      11:57:14 |
| 24 | that comports with reality.                         11:57:53 |
| 25 |      Q   You say at one point that I think     |

| | Page 91 |
|---|---|
| 1 | this is paragraph 41 that the low royalty rates 11:57:57 |
| 2 | also help patent pools survive antitrust          11:58:03 |
| 3 | scrutiny, can you tell me what you mean by    11:58:05 |
| 4 | that?                                                       11:58:06 |
| 5 |      A   I mean that the antitrust               11:58:09 |
| 6 | authorities including the justice department    11:58:14 |
| 7 | look hard at pools and that's why these          11:58:21 |
| 8 | business letters are asked for and received and 11:58:28 |
| 9 | that pool -- any collective licensing             11:58:33 |
| 10 | arrangement has the potential for mischief such 11:58:37 |
| 11 | as price fixing.  And so that that's why the    11:58:42 |
| 12 | antitrust department that's one of the reasons 11:58:47 |
| 13 | the antitrust department looks at them, and if 11:58:55 |
| 14 | pool rates are low the likelihood of price       11:59:00 |
| 15 | fixing is negligible and the antitrust           11:59:08 |
| 16 | authorities accept those, agree not to           11:59:12 |
| 17 | challenge those pools.  I think that is born    11:59:16 |
| 18 | out by the letters that Joe Klein has written  11:59:24 |
| 19 | to the attorneys that I referred to in my      11:59:27 |
| 20 | letter, in my opinion.                               11:59:29 |
| 21 |      Q   And those were letters from the       11:59:31 |
| 22 | late 1990s?                                             11:59:32 |
| 23 |      A   I think that's correct, yes.           11:59:35 |
| 24 |      Q   Are you aware that the antitrust     11:59:38 |
| 25 | agencies have much more recently indicated that |

| | Page 92 |
|---|---|
| 1 | they are generally not interested in policing  11:59:47 |
| 2 | the reasonable asset pool of royalty rates?    11:59:52 |
| 3 |      A   I am not aware of that, no.            11:59:54 |
| 4 |      Q   Would that change your view as       11:59:54 |
| 5 | stated in your report that low royalty rates   11:59:58 |
| 6 | help patent pools survive antitrust scrutiny? 11:59:59 |
| 7 |      A   If the antitrust authorities said     12:00:01 |
| 8 | we don't care about pools and we're not going 12:00:01 |
| 9 | to look at pools any more I suppose that could 12:00:06 |
| 10 | affect that, but that still would not affect my 12:00:14 |
| 11 | opinion as to the difference between pools and 12:00:19 |
| 12 | bilateral negotiations.                              12:00:32 |
| 13 |      Q   Can you explain why you think that 12:00:33 |
| 14 | excessive, paragraph 41 same paragraph, you 12:00:37 |
| 15 | indicate that royalty provisions that impose   12:00:39 |
| 16 | excessive fees on licensees may allow the pool 12:00:43 |
| 17 | participants to fix prices for downstream       12:00:45 |
| 18 | products.  So first of all can you explain what 12:00:49 |
| 19 | you mean by excessive fees?                       12:00:54 |
| 20 |      A   Well I'm really keying in on what    12:01:00 |
| 21 | the supreme court said in standard oil and what 12:01:08 |
| 22 | Joel Klein refers to in his business letters   12:01:12 |
| 23 | that if the, if the license rates in the pool  12:01:19 |
| 24 | are low enough they will not allow price        12:01:25 |
| 25 | fixing.  Now the extent to which and the way in |

| | Page 93 |
|---|---|
| 1 | which pools could perform price fixing I'm not 12:01:35 |
| 2 | specifically aware of.                               12:01:37 |
| 3 |      Q   I think my question was a little      12:01:40 |
| 4 | different, what did you mean by excessive fees? 12:01:44 |
| 5 |      A   I mean higher royalty.                 12:01:49 |
| 6 |      Q   High compared to what?                12:01:50 |
| 7 |      A   Compared to what the justice          12:01:52 |
| 8 | department would feel could not allow price    12:02:00 |
| 9 | fixing.                                                   12:02:03 |
| 10 |      Q   And looking at a pool rate, how do   12:02:07 |
| 11 | you know whether that's low, modest or          12:02:11 |
| 12 | excessive?                                              12:02:12 |
| 13 |      A   Well, I know that -- I don't know     12:02:16 |
| 14 | what a specific excessive rate would be but I 12:02:19 |
| 15 | know that the rates that Joel Klein has          12:02:26 |
| 16 | accepted as low enough not to create antitrust 12:02:31 |
| 17 | problems are the rates that are in the pools    12:02:35 |
| 18 | that are identified in his letters.               12:02:43 |
| 19 |      Q   How would high pool rates allow      12:02:46 |
| 20 | pool participants to fix downstream prices?    12:02:50 |
| 21 |      A   I'm not specifically aware of the     12:02:53 |
| 22 | techniques that would cause that to happen.  I 12:02:56 |
| 23 | can only tell you that's something the justice 12:03:00 |
| 24 | department is concerned about and mentioned   12:03:03 |
| 25 | that low rates do not do it, so I assume the   |

Pages 90 to 93

ROGER S. SMITH - 8/22/2012

```
 1  justice department is aware that high rates can    12:03:11
 2  allow price fixing.                                12:03:12
 3       Q   And that understanding again is          12:03:14
 4  based on standard oil and your reading of the      12:03:17
 5  letters from the late 1990s?                       12:03:21
 6       A   Reading -- yes, that's true.             12:03:26
 7       Q   Do you have any sense of whether         12:03:28
 8  there would be antitrust concerns if the H.264     12:03:33
 9  or the 802.11 pools attempted to charge rates      12:03:37
10  that were equivalent to those depicted by          12:03:40
11  Motorola or Microsoft?                             12:03:44
12          MR. PEPE:  Objection form, outside        12:03:46
13       the scope.                                    12:03:48
14       A   I don't know what the antitrust          12:03:50
15  department's attitude would be.                    12:04:11
16       Q   Is it your view that there are           12:04:15
17  some patent pools that charge rates equivalent     12:04:15
18  to the royalty rates that would be charged         12:04:18
19  outside of the pool in the context of bilateral    12:04:21
20  negotiations?                                      12:04:25
21       A   There is the possibility that            12:04:28
22  pools could charge rates for the collective        12:04:32
23  license that would be within the range of a        12:04:35
24  RAND rate.  However I think you need to keep in     12:04:43
25  mind that those pool rates do not equate to the
                                              Page 94
```

```
 1  royalties that the individual licensors receive    12:04:49
 2  for their patents in the rule.  Those rates are    12:04:54
 3  fractions of the pool rate.                        12:05:00
 4       Q   Can you identify any specific            12:05:02
 5  patent pools that you believe charge rates         12:05:06
 6  equivalent to the rates that would be charged      12:05:10
 7  outside of the patent pool?                        12:05:13
 8       A   I believe the MPEG two pool rate         12:05:17
 9  that was in the neighborhood of four, $5 was       12:05:25
10  perhaps at the low end of a commercially           12:05:29
11  reasonable rate.  But again that was the           12:05:33
12  collective rate that a licensee pays not the       12:05:36
13  royalty that the licensor receives.                12:05:39
14       Q   And in order to develop your             12:05:40
15  opinion that the MPEG two pool rates were          12:05:46
16  inline with bilaterally negotiated rates, you      12:05:51
17  need to know what rates are being charged in       12:05:54
18  these bilateral negotiation licensing              12:05:57
19  agreements, right?                                 12:05:59
20       A   Well, I'm really looking at the          12:06:01
21  rates that I'm familiar with in that industry      12:06:03
22  in general including the rates that are in          12:06:06
23  Motorola's license agreements with its             12:06:08
24  licensees.                                         12:06:09
25       Q   But those are not specific to MPEG
                                              Page 95
```

```
 1  two?                                               12:06:12
 2       A   I don't believe they are, no.            12:06:14
 3       Q   Why do you think that that is a          12:06:16
 4  relevant comparison?                               12:06:19
 5       A   Well simply a higher rate than I         12:06:22
 6  see in the pools that we're looking at now so I    12:06:25
 7  assume it's closer to a RAND rate and whether      12:06:29
 8  its within or not I don't have a specific          12:06:33
 9  knowledge of.                                      12:06:35
10       Q   And so is your opinion simply            12:06:38
11  based on the dollar amounts that the MPEG two      12:06:42
12  pool was charging unattached from any              12:06:50
13  considerations of value?                           12:06:54
14       A   Can you ask that question again I        12:06:56
15  don't understand it.                               12:06:59
16       Q   When your, it seems to me that           12:07:02
17  when you have stated that the H.264 or 802.11      12:07:07
18  pools are low, your view is based on comparing     12:07:10
19  those pool rates with some benchmark, correct?     12:07:15
20       A   Comparing those pool rates with          12:07:17
21  what I see to be normal industry rates, yes.       12:07:20
22       Q   And those normal industry rates          12:07:22
23  that you are thinking of, are those specific to    12:07:25
24  H.264 and 802.11 technology or do they go          12:07:31
25  beyond that scope?
                                              Page 96
```

```
 1       A   Well, no, I think they do go             12:07:36
 2  beyond but certainly incorporate the H.264 and     12:07:40
 3  802.11 bilateral rates.                            12:07:46
 4       Q   And your assessment of the MPEG          12:07:48
 5  two pool rates seems, as I understand it, to be    12:07:51
 6  somewhat different in that you're not              12:07:54
 7  considering any comparison between those pool      12:07:57
 8  rates and rates achieved via bilateral             12:08:03
 9  negotiations associated with that same MPEG two    12:08:08
10  technology?                                        12:08:09
11       A   Maybe you're not understanding my        12:08:11
12  answer or my answer was unclear.  I'm simply       12:08:15
13  saying that the MPEG two rates were high           12:08:19
14  compared to the rates that I see in these pools    12:08:22
15  and may well approach commercially reasonable      12:08:25
16  rates.  I have no specific knowledge that they     12:08:28
17  do.                                                12:08:29
18       Q   Okay, so they're high in                 12:08:31
19  comparison to the H.264 and 802.11 pool rates;     12:08:34
20  is what you are saying?                            12:08:36
21       A   That's I think that's correct.           12:08:38
22  They seem to be although I have not studied        12:08:42
23  them in enough detail to be completely             12:08:45
24  confident in that.                                 12:08:47
25          VIDEOGRAPHER:  This marks the end
                                              Page 97
```

Pages 94 to 97

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | of tape number two we are going off the | 12:08:51 |
| 2 | record the time is 12:08. | |
| 3 | (Whereupon, at 12:08 p.m., a recess | |
| 4 | was taken to 12:59 p.m.) | |
| 5 | (The deposition resumed with all | |
| 6 | parties present.) | 12:59:07 |
| 7 | VIDEOGRAPHER: Here marks the | 12:59:08 |
| 8 | beginning of tape number three. We're | 12:59:10 |
| 9 | back on the record. The time is 12:59. | 12:59:15 |
| 10 | **Q   Sir, earlier this morning we were** | 12:59:18 |
| 11 | **talking about IBM's licensing practices and you** | 12:59:22 |
| 12 | **recall we discussed that IBM had licensed disk** | 12:59:25 |
| 13 | **drive manufacturers and semiconductor** | 12:59:29 |
| 14 | **manufacturers.** | 12:59:30 |
| 15 | **Do you recall that?** | 12:59:31 |
| 16 | A   Yes. | 12:59:32 |
| 17 | **Q   What were the -- the rates that** | 12:59:34 |
| 18 | **IBM charged for a license to its patents** | 12:59:40 |
| 19 | **relating to optical disk drive technology was** | 12:59:47 |
| 20 | **between 1 and 5 percent?** | 12:59:49 |
| 21 | A   Yes, the rates we charged for that | 12:59:52 |
| 22 | technology would have the same as any other. | 12:59:54 |
| 23 | **Q   Okay.  And that was applied to the** | 12:59:56 |
| 24 | **cost of the price of the disk drive?** | 12:59:59 |
| 25 | A   Selling price of the -- of the | |

Page 98

| | | |
|---|---|---|
| 1 | apparatus that contained the patents, yes. | 01:00:02 |
| 2 | **Q   Which in that case would --** | 01:00:04 |
| 3 | A   Would have been the disk drive, | 01:00:07 |
| 4 | um-hmm. | 01:00:08 |
| 5 | **Q   And did IBM -- did you consider** | 01:00:11 |
| 6 | **that royalty rate to be commercially** | 01:00:13 |
| 7 | **reasonable?** | 01:00:15 |
| 8 | A   Yes, um-hmm. | 01:00:17 |
| 9 | **Q   And RAND as well?** | 01:00:21 |
| 10 | MR. PEPE:  Objection to form, | 01:00:21 |
| 11 | outside the scope of his expert report. | 01:00:25 |
| 12 | Go ahead. | 01:00:26 |
| 13 | A   Yeah, I think our rates were | 01:00:27 |
| 14 | reasonable and our practices were reasonable | 01:00:32 |
| 15 | and nondiscriminatory. | 01:00:33 |
| 16 | **Q   And those disk drives and** | 01:00:36 |
| 17 | **semiconductors motherboards would then be** | 01:00:41 |
| 18 | **incorporated into a computer by a computer** | 01:00:42 |
| 19 | **manufacturer typically; is that right?** | 01:00:47 |
| 20 | A   That, yes, if we licensed a disk | 01:00:51 |
| 21 | drive manufacturer, a manufacturer would sell | 01:00:55 |
| 22 | disk drives to an OEM probably. | 01:01:00 |
| 23 | **Q   Would it have been commercially** | 01:01:01 |
| 24 | **reasonable in your view to charge the disk** | 01:01:05 |
| 25 | **drive manufacturer a royalty rate percentage** | |

Page 99

| | | |
|---|---|---|
| 1 | based on the sale price of the end product | 01:01:11 |
| 2 | **computer?** | 01:01:13 |
| 3 | MR. PEPE:  Objection, form. | 01:01:13 |
| 4 | Outside the scope of his expert report. | 01:01:18 |
| 5 | Speculation. | 01:01:19 |
| 6 | A   I would have to -- I guess I would | 01:01:21 |
| 7 | have to see a specific situation to answer that | 01:01:25 |
| 8 | with any clarity. | 01:01:37 |
| 9 | **Q   So let's say you have a laptop** | 01:01:40 |
| 10 | **that's a thousand dollars.** | 01:01:42 |
| 11 | A   Um-hmm. | 01:01:42 |
| 12 | **Q   Do you have a sense of how much** | 01:01:44 |
| 13 | **disk drives cost at the time IBM was licensing** | 01:01:48 |
| 14 | **disk drive manufacturers?** | 01:01:51 |
| 15 | A   I really don't, no, not at this | 01:01:55 |
| 16 | point. | 01:01:55 |
| 17 | **Q   If we say a hundred dollars as a** | 01:01:56 |
| 18 | **hypothetical, that doesn't seem completely out** | 01:01:56 |
| 19 | **of line?** | 01:01:57 |
| 20 | A   You can make that assumption, | 01:02:00 |
| 21 | yeah. | 01:02:00 |
| 22 | **Q   So IBM was typically charging** | 01:02:03 |
| 23 | **between 1 and 5 dollars for that 100-dollar** | 01:02:07 |
| 24 | **disk drive?** | 01:02:09 |
| 25 | A   If that was the sales price of the | |

Page 100

| | | |
|---|---|---|
| 1 | disk drive by the disk drive manufacturer. | 01:02:17 |
| 2 | **Q   And again, referring to the** | 01:02:18 |
| 3 | **hypothetical where the end product, personal** | 01:02:21 |
| 4 | **computer or laptop costs a thousand dollars, if** | 01:02:26 |
| 5 | **the 1 to 5 percent royalty rate were applied to** | 01:02:32 |
| 6 | **that laptop or PC, the end result or the** | 01:02:37 |
| 7 | **resulting royalty would be between 10 and $15?** | 01:02:43 |
| 8 | A   If in fact -- now, wait a minute. | 01:02:44 |
| 9 | Where do we get the 10 and $15? | 01:02:47 |
| 10 | **Q   I'm sorry, between 10 and $50?** | 01:02:58 |
| 11 | A   Typically in a situation such as | 01:03:01 |
| 12 | that the manufacturer of the larger product | 01:03:04 |
| 13 | would need licenses as well and would be paying | 01:03:08 |
| 14 | royalties. | 01:03:09 |
| 15 | **Q   But a moment ago you just said** | 01:03:12 |
| 16 | **that it was -- or I understood that you were** | 01:03:13 |
| 17 | **saying it was typical for the disk drive** | 01:03:15 |
| 18 | **manufacturer as part of its license from IBM,** | 01:03:19 |
| 19 | **that it would be entitled to sell that product** | 01:03:22 |
| 20 | **to the PC manufacturer?** | 01:03:25 |
| 21 | A   Yes.  And the patents that were | 01:03:27 |
| 22 | within that product would be exhausted, but not | 01:03:31 |
| 23 | patents that would be covering combinations of | 01:03:31 |
| 24 | that product with other apparatus. | 01:03:35 |
| 25 | **Q   And then so IBM might for example** | |

Page 101

Pages 98 to 101

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | have to engage in a licensing negotiation with | 01:03:41 |
| 2 | the ultimate manufacturer of the PC or laptop | 01:03:45 |
| 3 | as well? | 01:03:46 |
| 4 | A   Typically we would, yes. | 01:03:48 |
| 5 | Q   But not for the same patents that | 01:03:51 |
| 6 | had already been licensed to the disk drive | 01:03:54 |
| 7 | manufacturer? | 01:03:56 |
| 8 | MR. PEPE:  Objection, form. | 01:03:58 |
| 9 | A   Once a patent is licensed for a | 01:04:05 |
| 10 | particular good it's exhausted with respect to | 01:04:06 |
| 11 | that good. | 01:04:07 |
| 12 | Q   So the answer is no to my | 01:04:10 |
| 13 | immediately prior question? | 01:04:12 |
| 14 | A   I guess I need the question again | 01:04:14 |
| 15 | to be sure. | 01:04:16 |
| 16 | Q   So in that situation, IBM would | 01:04:19 |
| 17 | not be engaging in a licensing negotiating with | 01:04:24 |
| 18 | the end manufacturer, the seller of the PC with | 01:04:26 |
| 19 | respect to the same patents that have already | 01:04:29 |
| 20 | been licensed to the disk drive manufacturer? | 01:04:33 |
| 21 | A   Not with respect to the exhausted | 01:04:34 |
| 22 | patents, that's right. | 01:04:42 |
| 23 | Q   And so in this hypothetical again, | 01:04:53 |
| 24 | if IBM had been applying its 1 to 5 percent | 01:04:59 |
| 25 | royalty rate to the ultimate value of the PC, | |

Page 102

| | | |
|---|---|---|
| 1 | but charging that rate against the disk drive | 01:05:08 |
| 2 | manufacturer, a disk drive manufacturer would | 01:05:11 |
| 3 | be paying between 10 and $50 on a 100-dollar | 01:05:18 |
| 4 | disk drive. | 01:05:19 |
| 5 | Do you follow that? | 01:05:21 |
| 6 | A   I follow that, yes. | 01:05:22 |
| 7 | Q   Would a 10 to 50 percent royalty | 01:05:27 |
| 8 | rate, effective royalty rate apply to the disk | 01:05:31 |
| 9 | drive manufacturer be reasonable? | 01:05:37 |
| 10 | MR. PEPE:  Objection, form, | 01:05:38 |
| 11 | speculation, incomplete hypothetical. | 01:05:40 |
| 12 | A   Well, it would depend on -- on | 01:05:42 |
| 13 | what rights were transferred to the disk drive | 01:05:46 |
| 14 | manufacturer.  And it would depend on -- on if | 01:05:49 |
| 15 | the disk drive manufacturer were in a position | 01:05:53 |
| 16 | to indemnify his -- his customer with respect | 01:05:59 |
| 17 | to IBM patents, then you might well pay more | 01:06:05 |
| 18 | than 5 percent.  But these are, you know, | 01:06:05 |
| 19 | you're -- it's hard to answer the hypothetical | 01:06:07 |
| 20 | questions because I don't remember these | 01:06:11 |
| 21 | situations ever having actually occurred. | 01:06:15 |
| 22 | Q   Well, I don't think they would | 01:06:16 |
| 23 | have occurred and I believe, you know, the 10 | 01:06:18 |
| 24 | to 50 percent rate would have been commercially | 01:06:21 |
| 25 | unreasonable.  The question, though, is if you | |

Page 103

| | | |
|---|---|---|
| 1 | assume you have the same licensing agreement in | 01:06:29 |
| 2 | place that in fact was in place, would it have | 01:06:32 |
| 3 | been reasonable for IBM to charge 10 to 50 | 01:06:37 |
| 4 | percent? | 01:06:38 |
| 5 | MR. PEPE:  Objection, form, | 01:06:38 |
| 6 | foundation, speculation, incomplete | 01:06:41 |
| 7 | hypothetical. | 01:06:46 |
| 8 | A   If you're asking me whether it's | 01:06:48 |
| 9 | reasonable to charge one licensee 5 percent and | 01:06:54 |
| 10 | another licensee 50 percent for the same | 01:06:58 |
| 11 | patents, I would say that probably is not | 01:07:01 |
| 12 | reasonable. | 01:07:03 |
| 13 | Q   Knowing nothing else, just the | 01:07:04 |
| 14 | royalty rate, 10 to 50 percent? | 01:07:07 |
| 15 | A   Yes, all other things being | 01:07:07 |
| 16 | perfectly equal, I think that's probably | 01:07:10 |
| 17 | correct. | 01:07:11 |
| 18 | Q   It is correct that that would not | 01:07:13 |
| 19 | be commercially reasonable? | 01:07:15 |
| 20 | MR. PEPE:  Objection to form. | 01:07:16 |
| 21 | A   I think if that -- if all other | 01:07:18 |
| 22 | things being equal, that probably -- you're -- | 01:07:21 |
| 23 | you are correct, that would not be reasonable. | 01:07:29 |
| 24 | Q   Did IBM license agreements ever | 01:07:32 |
| 25 | include annual caps? | |

Page 104

| | | |
|---|---|---|
| 1 | A   IBM's license agreements took all | 01:07:43 |
| 2 | kinds of forms and had very different terms | 01:07:53 |
| 3 | based on -- on what was happening.  For | 01:07:55 |
| 4 | example, if we had a cross license we might | 01:07:58 |
| 5 | well have some royalty portion in that cross | 01:08:02 |
| 6 | license and some royalty free portion.  In that | 01:08:07 |
| 7 | situation we might well have caps.  It's | 01:08:10 |
| 8 | possible, yes. | 01:08:12 |
| 9 | Q   And just eliminating cross | 01:08:14 |
| 10 | licensing agreements, in a licensing out | 01:08:18 |
| 11 | situation, would those licensing agreements | 01:08:21 |
| 12 | also occasionally have annual caps? | 01:08:25 |
| 13 | A   Typical licensing agreements would | 01:08:28 |
| 14 | not. | 01:08:29 |
| 15 | Q   When would annual caps be included | 01:08:32 |
| 16 | in a licensing agreement? | 01:08:43 |
| 17 | A   My -- my -- my recollection is | 01:08:46 |
| 18 | that the only kind of annual caps we might have | 01:08:51 |
| 19 | considered would be caps on the number of | 01:08:54 |
| 20 | products that could be -- be sold under the | 01:08:58 |
| 21 | license.  I don't recall in a standard kind of, | 01:09:03 |
| 22 | a vanilla kind of agreement, that we would have | 01:09:08 |
| 23 | annual caps on the royalty amount absent some | 01:09:14 |
| 24 | other provisions in the agreement that would | 01:09:17 |
| 25 | make that sensible. | |

Page 105

Pages 102 to 105

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | Q   So before lunch we had started to | 01:09:24 |
| 2 | talk about a few of the other pools that aren't | 01:09:30 |
| 3 | directly at issue in this case. | 01:09:33 |
| 4 | A   Um-hmm. | 01:09:33 |
| 5 | Q   And I was asking about how one | 01:09:36 |
| 6 | would be able to discern whether the patent | 01:09:40 |
| 7 | pool rate is high, low or consistent with what | 01:09:46 |
| 8 | you view as commercially reasonable. | 01:09:49 |
| 9 | Have you developed any opinion as | 01:09:52 |
| 10 | to any specific patent pool where it falls | 01:09:58 |
| 11 | along that spectrum? | 01:10:02 |
| 12 | A   Well, I have -- I have formed the | 01:10:03 |
| 13 | opinion that the H.264 pool has a low royalty | 01:10:09 |
| 14 | rate and I formed an opinion that the 811 or | 01:10:12 |
| 15 | 803.11, if I'm correct. | 01:10:17 |
| 16 | Q   802.11. | 01:10:18 |
| 17 | A   802.11 patent pool has a low rate, | 01:10:19 |
| 18 | lower than I would expect a commercially | 01:10:22 |
| 19 | reasonable bilateral negotiation to produce. | 01:10:26 |
| 20 | Q   With respect to any other patent | 01:10:29 |
| 21 | pool, did you come to any conclusion as to | 01:10:32 |
| 22 | whether the rates offered by that pool are | 01:10:35 |
| 23 | high, low, or somewhere in between? | 01:10:38 |
| 24 | A   I did not -- did not form opinions | 01:10:40 |
| 25 | with respect to other pools. | |

Page 106

| | | |
|---|---|---|
| 1 | Q   You mentioned at one point that | 01:10:58 |
| 2 | variations and pool rates could be attributed | 01:11:00 |
| 3 | to, quote, give-and-take negotiations and | 01:11:03 |
| 4 | considerations discussed among the pool's | 01:11:06 |
| 5 | founders, unquote.  This is paragraph 43. | 01:11:11 |
| 6 | What did you mean when you | 01:11:12 |
| 7 | referred to the give-and-take negotiations? | 01:11:15 |
| 8 | This is at the bottom of page 21. | 01:11:34 |
| 9 | A   Um-hmm.  Well, what I -- what I'm | 01:11:36 |
| 10 | referring to is what must have gone on during | 01:11:40 |
| 11 | the formation of the pool in the discussions | 01:11:43 |
| 12 | among the founders as to what the rate should | 01:11:47 |
| 13 | be.  Obviously, there was give and take in | 01:11:51 |
| 14 | those discussions.  But as I say here, without | 01:11:54 |
| 15 | knowledge of those negotiations one can only | 01:11:57 |
| 16 | speculation as to -- as to what the give and | 01:12:00 |
| 17 | take was. | 01:12:02 |
| 18 | Q   And you're referring to the | 01:12:04 |
| 19 | negotiations that took place before the | 01:12:09 |
| 20 | licensing terms were ultimately adopted? | 01:12:13 |
| 21 | A   These, yes, I'm referring to the | 01:12:16 |
| 22 | negotiations that concluded with the rate. | 01:12:30 |
| 23 | Q   And you personally are not privy | 01:12:34 |
| 24 | to any of the negotiations relating to | 01:12:34 |
| 25 | formation of either of the two pools at issue | |

Page 107

| | | |
|---|---|---|
| 1 | in this case? | 01:12:40 |
| 2 | A   That is correct. | 01:12:41 |
| 3 | Q   Or to any similar negotiations | 01:12:42 |
| 4 | with respect to any other patent pools? | 01:12:49 |
| 5 | A   I have not participated in | 01:12:51 |
| 6 | negotiating to form a patent pool. | 01:13:06 |
| 7 | Q   You note or mention later in that | 01:13:07 |
| 8 | paragraph on the next page that, "Founders who | 01:13:12 |
| 9 | are confident that the standard to which their | 01:13:15 |
| 10 | pool applies is so superior to alternative | 01:13:18 |
| 11 | technologies that it would be the, quote, only | 01:13:22 |
| 12 | game in town, unquote, who will tend to choose | 01:13:27 |
| 13 | higher rates and would be the case of the | 01:13:29 |
| 14 | standard has more substantial market based | 01:13:32 |
| 15 | competition." | 01:13:32 |
| 16 | When you refer to the only game in | 01:13:35 |
| 17 | town, what did you mean? | 01:13:38 |
| 18 | A   Remember, this is just my view.  I | 01:13:41 |
| 19 | don't -- I have in the participated in any of | 01:13:43 |
| 20 | these.  But it seems to me that -- that if the | 01:13:53 |
| 21 | standard technology is so strong that there are | 01:13:57 |
| 22 | no competing technologies of value, that that | 01:14:02 |
| 23 | could influence the pool rate.  Not that it | 01:14:08 |
| 24 | necessarily would, but that it could. | 01:14:11 |
| 25 | The founders may nevertheless | |

Page 108

| | | |
|---|---|---|
| 1 | decide that it's in their interest as licensees | 01:14:17 |
| 2 | as well as licensors to have an extremely low | 01:14:21 |
| 3 | rate. | 01:14:50 |
| 4 | Q   So confidence in the superiority | 01:14:51 |
| 5 | of a standard would tend to push royalty rights | 01:14:56 |
| 6 | higher than otherwise? | 01:14:57 |
| 7 | A   It could.  It wouldn't necessarily | 01:14:59 |
| 8 | do so. | 01:15:00 |
| 9 | Q   Would it tend to have that same | 01:15:02 |
| 10 | affect in bilateral negotiations? | 01:15:06 |
| 11 | MR. PEPE:  Objection, form. | 01:15:10 |
| 12 | Q   Would confidence in the | 01:15:11 |
| 13 | superiority of a standard tend to push royalty | 01:15:14 |
| 14 | rates higher in the context of bilateral | 01:15:16 |
| 15 | negotiation? | 01:15:18 |
| 16 | MR. PEPE:  Objection, form. | 01:15:20 |
| 17 | A   Well, you need to -- to -- to | 01:15:23 |
| 18 | consider this in view of the commitment to -- | 01:15:27 |
| 19 | to provide RAND terms and conditions and rates, | 01:15:33 |
| 20 | and so my view is that those, that commitment | 01:15:42 |
| 21 | will -- will cause the rates to be RAND | 01:15:44 |
| 22 | irrespective of the strength of the -- of the | 01:15:46 |
| 23 | standard.  I mean there is a range of rates | 01:15:51 |
| 24 | within RAND, within what's considered RAND, I | 01:15:54 |
| 25 | think. | |

Page 109

Pages 106 to 109

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | Q   So if a bilateral negotiation   01:16:02 |
| 2 | takes place before anyone knows that this   01:16:07 |
| 3 | standard will be the only game in town, are the   01:16:11 |
| 4 | negotiations going to tend to result in a   01:16:14 |
| 5 | different rate than once the standard has   01:16:18 |
| 6 | actually become the only game in town?   01:16:23 |
| 7 | MR. PEPE:  Objection, form.   01:16:24 |
| 8 | A   I think in terms of the only game   01:16:27 |
| 9 | in town business, one knows whether that   01:16:30 |
| 10 | technology is superior before the standard is   01:16:34 |
| 11 | formed as well as one knows that it's superior   01:16:37 |
| 12 | after the standard is formed.   01:16:48 |
| 13 | Q   Are you equating the actual   01:16:50 |
| 14 | technical superiority of a standard with   01:16:55 |
| 15 | whether that standard will become the only game   01:17:00 |
| 16 | in town?   01:17:00 |
| 17 | A   Well --   01:17:01 |
| 18 | MR. PEPE:  Objection, form.   01:17:03 |
| 19 | A   -- I think you need to look at   01:17:05 |
| 20 | what my statement is.  I said, I say it could   01:17:09 |
| 21 | be, in my view, could be that if the formers of   01:17:14 |
| 22 | the standard are -- if that standard is so   01:17:20 |
| 23 | superior to alternative technologies that could   01:17:23 |
| 24 | be used as a standard, that it will be, that it   01:17:27 |
| 25 | will be the only game in town, that nobody will |

Page 110

| | |
|---|---|
| 1 | select the alternative technologies, then in   01:17:37 |
| 2 | that case the rates could be higher, not   01:17:41 |
| 3 | necessarily would be higher.   01:18:10 |
| 4 | Q   In your view, does wide adoption   01:18:12 |
| 5 | of a standard to the exclusion of other   01:18:18 |
| 6 | possible alternatives render that standard the   01:18:21 |
| 7 | only game in town?   01:18:24 |
| 8 | MR. PEPE:  Objection, form.   01:18:24 |
| 9 | Outside the scope of his expert report.   01:18:30 |
| 10 | A   Does wide adoption -- no, it   01:18:34 |
| 11 | doesn't make it the only game in town.  It may   01:18:40 |
| 12 | make it the most attractive game in town.   01:19:00 |
| 13 | Q   You note in paragraph 64 that a   01:19:04 |
| 14 | RAND rate -- I'll let you flip pages.  It's   01:19:09 |
| 15 | pages 33, the last two lines.   01:19:15 |
| 16 | A   Um-hmm.   01:19:16 |
| 17 | Q   You said, among other things, that   01:19:18 |
| 18 | a fair -- I'm sorry, that a RAND rate is one   01:19:23 |
| 19 | that offers the patent holder a fair and   01:19:29 |
| 20 | commercially reasonable return, that, and among   01:19:31 |
| 21 | other things, does not exhibit patent hold up.   01:19:34 |
| 22 | A   Um-hmm.   01:19:34 |
| 23 | Q   How do you define patent hold up?   01:19:39 |
| 24 | A   Well, patent hold up I think is   01:19:43 |
| 25 | defined by the economists as being an excessive |

Page 111

| | |
|---|---|
| 1 | royalty and my view is that the, as I say   01:19:55 |
| 2 | here -- I'm looking at the wrong page, sorry.   01:20:08 |
| 3 | As I say, "The RAND rate is one   01:20:11 |
| 4 | that offers the patent holder a fair and   01:20:13 |
| 5 | commercially reasonable return," as we have   01:20:15 |
| 6 | discussed, "without exhibiting patent hold up."   01:20:19 |
| 7 | That means that it is indeed a   01:20:22 |
| 8 | RAND rate.  It's still -- it is fair and   01:20:25 |
| 9 | reasonable.  And in my view that's what happens   01:20:28 |
| 10 | in bilateral negotiations.  I don't -- I don't   01:20:31 |
| 11 | accept that this inevitability that the   01:20:36 |
| 12 | economists posit.   01:20:40 |
| 13 | Q   When you refer to the term patent   01:20:42 |
| 14 | hold up, what does that mean to you?   01:20:47 |
| 15 | A   Well, I'm referring to it in the   01:20:50 |
| 16 | terms that the economists use, and that is that   01:20:52 |
| 17 | it's -- that it is the charging of a rate which   01:20:54 |
| 18 | is beyond what is fair and reasonable.   01:21:11 |
| 19 | Q   In your view what is the   01:21:13 |
| 20 | relationship between a fair and commercially   01:21:16 |
| 21 | reasonable rate and a market rate?   01:21:22 |
| 22 | A   I think fair and reasonable rates   01:21:27 |
| 23 | are -- are -- are within market rates.   01:21:45 |
| 24 | Q   How do they differ, if at all?   01:21:50 |
| 25 | MR. PEPE:  Objection, form. |

Page 112

| | |
|---|---|
| 1 | A   I don't know that they do, they   01:21:54 |
| 2 | differ -- I should say I know that they do.   01:21:56 |
| 3 | They differ in the respect that fair and   01:22:00 |
| 4 | reasonable rates are rates that are constrained   01:22:04 |
| 5 | by a commitment.  Market rates are not so   01:22:07 |
| 6 | constrained and can differ.   01:22:18 |
| 7 | Q   Would you view a market rate as   01:22:20 |
| 8 | the rate that the market would bear?   01:22:24 |
| 9 | A   No, I think market rates are the   01:22:27 |
| 10 | rates that the market does bear.  They are the   01:22:32 |
| 11 | rates that exist in the market, not necessarily   01:22:35 |
| 12 | the highest rates that could be achieved.   01:22:42 |
| 13 | Q   And so how do those -- how are   01:22:45 |
| 14 | those rates determined other than via bilateral   01:22:50 |
| 15 | negotiations?   01:22:52 |
| 16 | MR. PEPE:  Which rates?   01:22:53 |
| 17 | Q   The market rates.   01:22:55 |
| 18 | A   They are determined by bilateral   01:22:57 |
| 19 | negotiations.   01:23:00 |
| 20 | Q   And similarly you have indicated   01:23:00 |
| 21 | that commercially reasonable rates would be   01:23:03 |
| 22 | determined by bilateral negotiations?   01:23:06 |
| 23 | A   Correct.   01:23:08 |
| 24 | Q   So how can you distinguish the   01:23:11 |
| 25 | outcome of the bilateral negotiation, is it |

Page 113

Pages 110 to 113

| | |
|---|---|
| 1 whether it's a market rate or a commercially | 01:23:17 |
| 2 reasonable rate? | 01:23:19 |
| 3 MR. PEPE: Objection, form. | 01:23:20 |
| 4 Go ahead. | 01:23:21 |
| 5 A Well, I simply am saying that the | 01:23:24 |
| 6 RAND rate is a rate that's constrained by the | 01:23:29 |
| 7 RAND commitment. The market rate may well be | 01:23:31 |
| 8 the same. It is simply not a rate that's | 01:23:35 |
| 9 constrained. | 01:23:37 |
| 10 Q And how does the licensee benefit | 01:23:40 |
| 11 from that constraint in the context of a | 01:23:45 |
| 12 bilateral negotiation? | 01:23:48 |
| 13 A The licensee benefits from the -- | 01:23:50 |
| 14 from the RAND obligation by receiving a RAND | 01:23:56 |
| 15 rate. He can be assured because of the RAND | 01:24:01 |
| 16 commitment that he will only pay a fair and | 01:24:05 |
| 17 reasonable rate, commercially fair and | 01:24:09 |
| 18 reasonable rate. | 01:24:33 |
| 19 Q Do you agree that pool rates do | 01:24:36 |
| 20 not include hold up value? | 01:24:40 |
| 21 A I would agree that they do not | 01:24:44 |
| 22 because I don't think market rates reflect hold | 01:24:48 |
| 23 up value. I think hold up is -- is a | 01:24:53 |
| 24 theoretical problem. It's not one that you | 01:24:55 |
| 25 have seen in my years of practice as a | |

| | |
|---|---|
| 1 licensing attorney. At least not among | 01:25:11 |
| 2 sophisticated companies such as ones I deal | 01:25:18 |
| 3 with or did deal with. | 01:25:37 |
| 4 Q Is there any way that you're aware | 01:25:39 |
| 5 of to discern whether a royalty rate that is | 01:25:47 |
| 6 being offered includes hold up value? | 01:25:52 |
| 7 MR. PEPE: Objection, form. | 01:25:53 |
| 8 Outside the scope. | 01:26:01 |
| 9 A I have -- I have not experienced | 01:26:04 |
| 10 hold up situations so I'm not sure I would | 01:26:08 |
| 11 recognize that beast if it had occurred. | 01:26:11 |
| 12 Because in my experience it doesn't occur. | 01:26:20 |
| 13 Q And to clarify, it doesn't occur | 01:26:23 |
| 14 at the end of -- as a result of a negotiation | 01:26:27 |
| 15 nor during the course of a negotiation in your | 01:26:31 |
| 16 experience? | 01:26:31 |
| 17 A Well, I think -- I think by | 01:26:33 |
| 18 definition your definition of hold up must | 01:26:37 |
| 19 relate to the -- to the conclusion of the | 01:26:40 |
| 20 negotiation. Many things go on during a | 01:26:44 |
| 21 negotiation that don't become incorporated in | 01:26:49 |
| 22 the agreement as it finally exists. | 01:26:54 |
| 23 Q And so during the negotiation is | 01:26:57 |
| 24 it possible to identify whether the rate being | 01:27:02 |
| 25 sought includes hold up value? | |

| | |
|---|---|
| 1 A I don't know how one would really | 01:27:15 |
| 2 determine that. I think parties to a | 01:27:20 |
| 3 negotiation start typically with some -- with | 01:27:20 |
| 4 some difference in opinion as to -- as to where | 01:27:27 |
| 5 they should end up, but they always end up | 01:27:32 |
| 6 in -- in an arrangement which is acceptable to | 01:27:36 |
| 7 both and when it's an arrangement pursuant to a | 01:27:39 |
| 8 standard commitment I think they end up at a | 01:27:42 |
| 9 fair and reasonable rate. | 01:27:44 |
| 10 Q In your view does a -- does what | 01:27:46 |
| 11 amounts to a fair and reasonable rate for a | 01:27:50 |
| 12 given standard essential patent change over | 01:27:54 |
| 13 time? | 01:27:56 |
| 14 MR. PEPE: Objection, outside the | 01:28:00 |
| 15 scope. | 01:28:05 |
| 16 A I -- I don't know that it couldn't | 01:28:05 |
| 17 simply because I don't know what conditions may | 01:28:16 |
| 18 change over time. But I would not expect it | 01:28:22 |
| 19 to -- to be markedly different over time. | 01:28:25 |
| 20 Again, these are case specific situations. | 01:28:29 |
| 21 Q Well, you have expressed the view | 01:28:31 |
| 22 that fair and reasonable royalties would be | 01:28:35 |
| 23 achieved through negotiations and according | 01:28:40 |
| 24 with existing market conditions. This is page | 01:28:44 |
| 25 3. | |

| | |
|---|---|
| 1 A Um-hmm. I see it, yeah. | 01:28:47 |
| 2 Q And so that indicates to me that | 01:28:54 |
| 3 you're expressing an opinion that what is fair | 01:28:56 |
| 4 and reasonable could change as market | 01:29:02 |
| 5 conditions change? | 01:29:03 |
| 6 A It certainly could, yes, but | 01:29:06 |
| 7 without knowing what those market conditions | 01:29:08 |
| 8 changes are it's not -- it's not possible to | 01:29:10 |
| 9 say what the result would be. | 01:29:13 |
| 10 Q Well, that's -- it goes to my next | 01:29:17 |
| 11 question which is what market conditions are | 01:29:20 |
| 12 you referencing here that could have an impact | 01:29:23 |
| 13 on these negotiations? | 01:29:28 |
| 14 A Market conditions such as the -- | 01:29:31 |
| 15 the emergence of a new technology which is | 01:29:39 |
| 16 superior to the standard technology. | 01:29:42 |
| 17 Q Okay. Let's pause there. And | 01:29:44 |
| 18 that would tend to degrees the what would be | 01:29:48 |
| 19 considered a fair and reasonable royalty? | 01:29:54 |
| 20 A It could, yes. It could decrease | 01:29:58 |
| 21 the royalty that the parties were willing to | 01:30:02 |
| 22 agree on. But as I say, the fair and | 01:30:05 |
| 23 reasonable or the RAND rate is a range of rates | 01:30:09 |
| 24 so I think in that case it would still be | 01:30:14 |
| 25 within. | |

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | Q. Okay. So that's one type of | 01:30:17 |
| 2 | market condition, the emergence of a new | 01:30:18 |
| 3 | standard or new technology that competes with | 01:30:20 |
| 4 | the existing standard, correct? | 01:30:22 |
| 5 | A Um-hmm. | 01:30:23 |
| 6 | Q Can you think of any other market | 01:30:25 |
| 7 | conditions that would impact what the parties | 01:30:28 |
| 8 | would view as fair and reasonable royalties for | 01:30:32 |
| 9 | a standard essential patent? | 01:30:35 |
| 10 | A I'm sure there are many. I think | 01:30:36 |
| 11 | that perhaps general economic condition could | 01:30:42 |
| 12 | have an impact. | 01:30:45 |
| 13 | Q And could it result in increased | 01:30:50 |
| 14 | royalties or decreased royalties of either? | 01:30:57 |
| 15 | A I would typically expect it to | 01:30:58 |
| 16 | produce a decrease in royalty. | 01:31:08 |
| 17 | Q Any other market conditions that | 01:31:10 |
| 18 | you can think of? | 01:31:12 |
| 19 | A Off hand as I sit here, I can't. | 01:31:13 |
| 20 | I'm sure there are others. | 01:31:17 |
| 21 | Q Do you believe that the | 01:31:20 |
| 22 | possibility of a licensee sales being enjoined | 01:31:26 |
| 23 | is something that would impact bilateral | 01:31:32 |
| 24 | negotiation? | 01:31:33 |
| 25 | MR. PEPE: Objection, form. | |

Page 118

| | | |
|---|---|---|
| 1 | Outside the scope. | 01:31:49 |
| 2 | A I -- I don't know that it would in | 01:31:50 |
| 3 | a real world negotiation in that -- in -- in my | 01:31:57 |
| 4 | licensing experience, the potential or | 01:32:00 |
| 5 | possibility of an injunction is always in | 01:32:04 |
| 6 | existence. It's one of the remedies that's | 01:32:06 |
| 7 | available to a license or a patent. | 01:32:12 |
| 8 | Q And does the existence of that | 01:32:14 |
| 9 | risk impact the negotiations? | 01:32:18 |
| 10 | MR. PEPE: Objection, asked and | 01:32:18 |
| 11 | answered. Outside the scope. | 01:32:22 |
| 12 | A I think, again, to the extent that | 01:32:25 |
| 13 | the licensor is committed to a RAND license, I | 01:32:34 |
| 14 | don't think the fact that he could enjoin the | 01:32:38 |
| 15 | licensee would necessarily or would -- would | 01:32:42 |
| 16 | cause the license to be concluded at a higher | 01:32:51 |
| 17 | rate. I think -- I think that that, that | 01:32:54 |
| 18 | potential is always in the background, I don't | 01:32:58 |
| 19 | think it becomes a big playing card. | 01:33:01 |
| 20 | Q Is it in the background if the | 01:33:04 |
| 21 | potential licensee has not yet brought its | 01:33:08 |
| 22 | product to market? | 01:33:12 |
| 23 | A Sure, because the licensee doesn't | 01:33:15 |
| 24 | need a license until it brings a product to | 01:33:19 |
| 25 | market. Obviously, if he's negotiating for a | |

Page 119

| | | |
|---|---|---|
| 1 | license he has plans to bring a product to | 01:33:24 |
| 2 | market. | 01:33:24 |
| 3 | Q So when you refer to existing | 01:33:26 |
| 4 | market conditions as impacting the | 01:33:28 |
| 5 | negotiations, one of those market conditions | 01:33:32 |
| 6 | would be whether or not or at what stage of | 01:33:36 |
| 7 | development the licensees' products is? | 01:33:40 |
| 8 | A That's not really what I was | 01:33:42 |
| 9 | referring to. I was referring to more | 01:33:44 |
| 10 | generally to such things as -- as economic | 01:33:47 |
| 11 | conditions, the existence of other -- external | 01:33:50 |
| 12 | conditions as opposed to what's going on | 01:33:53 |
| 13 | between the licensor or the licensee. | 01:33:57 |
| 14 | Q Okay. In your view is it going to | 01:34:00 |
| 15 | be relevant to the negotiations whether the | 01:34:03 |
| 16 | licensee has already brought its products | 01:34:05 |
| 17 | implementing the technology to market? | 01:34:10 |
| 18 | MR. PEPE: Objection, form, asked | 01:34:10 |
| 19 | and answered. | 01:34:12 |
| 20 | A Within the context of a RAND | 01:34:17 |
| 21 | commitment, I don't believe so. I think the | 01:34:20 |
| 22 | licensor is committed to offer a RAND rate | 01:34:23 |
| 23 | irrespective of whether the licensee has or has | 01:34:28 |
| 24 | not yet produced a product. | |
| 25 | (Document was marked as Plaintiff's | |

Page 120

| | | |
|---|---|---|
| 1 | Exhibit No. 331 for identification, | |
| 2 | as of this date.) | 01:35:30 |
| 3 | Q So you've been now handed what's | 01:35:33 |
| 4 | now been marked as Exhibit 331. | 01:35:36 |
| 5 | A Um-hmm. | 01:35:37 |
| 6 | Q And this -- well, first of all, do | 01:35:37 |
| 7 | you recognize this as one of the documents that | 01:35:40 |
| 8 | you relied on and cited in your report? | 01:35:44 |
| 9 | A This, the title says it is, yes. | 01:35:47 |
| 10 | Q And if you can turn to page 10, | 01:35:50 |
| 11 | the last paragraph beginning, "By analogy." Do | 01:35:53 |
| 12 | you see that? | 01:36:02 |
| 13 | A Um-hmm. | 01:36:02 |
| 14 | Q It says, "The reasonableness of | 01:36:05 |
| 15 | license terms for a patent essential to | 01:36:07 |
| 16 | practice a standard will depend on a number of | 01:36:12 |
| 17 | variables including when the license | 01:36:13 |
| 18 | negotiation takes place." | 01:36:15 |
| 19 | Do you agree with that? | 01:36:23 |
| 20 | A I need to read the whole thing in | 01:36:27 |
| 21 | order to understand what's being said. | 01:36:31 |
| 22 | Q Well, how much do you believe -- | 01:36:32 |
| 23 | this is -- this is a document that you -- | 01:36:35 |
| 24 | A No, I'm reading the paragraph. I | 01:36:36 |
| 25 | just don't want to take the sentence out of | |

Page 121

Pages 118 to 121

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | context. | 01:36:41 |
| 2 | Q   Absolutely. | 01:37:33 |
| 3 | A   No.  I take the import of this to | 01:37:39 |
| 4 | be that the that there is no substantial | 01:37:44 |
| 5 | departure from a -- from a RAND license based | 01:37:48 |
| 6 | on the time.  I think if I read it correctly -- | 01:37:51 |
| 7 | it says, "The analogy consistent with at most | 01:38:09 |
| 8 | determining reasonable license terms and | 01:38:11 |
| 9 | conditions," context may require that the only | 01:38:14 |
| 10 | time a standard is sufficiently final -- that | 01:38:18 |
| 11 | only at the time a standard is sufficiently | 01:38:21 |
| 12 | final and is possible to establish that a | 01:38:24 |
| 13 | patent is essential can such determination be | 01:38:30 |
| 14 | made. | 01:38:31 |
| 15 | Q   I'm not sure if that answers the | 01:38:34 |
| 16 | question.  Do you believe that a reasonable -- | 01:38:37 |
| 17 | a reasonableness of license terms would depend | 01:38:40 |
| 18 | on when a license negotiation takes place? | 01:38:48 |
| 19 | MR. PEPE:  Objection, form. | 01:38:53 |
| 20 | A   I think I've already answered, | 01:38:54 |
| 21 | that in my view that if the -- if the RAND | 01:39:01 |
| 22 | commitment exists, then I don't know that there | 01:39:04 |
| 23 | is a difference in the result based upon when | 01:39:10 |
| 24 | the negotiation takes place. | 01:39:23 |
| 25 | Q   So that's a no? | |

Page 122

| | | |
|---|---|---|
| 1 | THE WITNESS:  Maybe you can read | 01:39:27 |
| 2 | it back.  I think it's a no. | |
| 3 | (The requested portion of the | |
| 4 | record was read back.) | 01:39:44 |
| 5 | MR. PEPE:  I think he needs the | 01:39:45 |
| 6 | question.  Can we go back to the | 01:39:48 |
| 7 | question. | |
| 8 | (The requested portion of the | |
| 9 | record was read back.) | 01:40:18 |
| 10 | A   And I think my ultimate answer was | 01:40:20 |
| 11 | no.  I think the reasonable, if there is a | 01:40:22 |
| 12 | reasonableness commitment, the reasonableness | 01:40:25 |
| 13 | exists irrespective of time. | 01:40:28 |
| 14 | Q   So in your view it shouldn't | 01:40:30 |
| 15 | matter when a bilateral negotiation takes | 01:40:34 |
| 16 | place? | 01:40:35 |
| 17 | MR. PEPE:  Objection to form. | 01:40:35 |
| 18 | Matter to what? | 01:40:39 |
| 19 | Q   To the ultimate rate that is | 01:40:40 |
| 20 | determined at the end of this bilateral | 01:40:44 |
| 21 | negotiation.  Let me -- let me clarify that. | 01:40:47 |
| 22 | So in your view, do you believe | 01:40:51 |
| 23 | that the bilateral negotiation could take place | 01:40:56 |
| 24 | at any point along the spectrum -- let me try | 01:41:08 |
| 25 | that again.  Strike that. | |

Page 123

| | | |
|---|---|---|
| 1 | Is it your view that the resulting | 01:41:29 |
| 2 | royalty rate that results from bilateral | 01:41:34 |
| 3 | negotiations will be the same regardless of | 01:41:36 |
| 4 | when those bilateral negotiations take place? | 01:41:41 |
| 5 | MR. PEPE:  Objection, form. | 01:41:42 |
| 6 | Go ahead. | 01:41:44 |
| 7 | A   My answer is that if the licensor | 01:41:48 |
| 8 | has committed to a RAND commitment, | 01:41:52 |
| 9 | irrespective when -- of when the license | 01:41:57 |
| 10 | negotiation takes place, I think the result | 01:42:01 |
| 11 | will be a RAND rate. | 01:42:04 |
| 12 | MR. WION:  Can you read back my | 01:42:04 |
| 13 | question. | |
| 14 | (The requested portion of the | |
| 15 | record was read back.) | 01:42:23 |
| 16 | Q   I understood your response in | 01:42:25 |
| 17 | effect to be an affirmative, yes? | 01:42:28 |
| 18 | A   No, that -- it is -- my answer is | 01:42:33 |
| 19 | that the rate will be a RAND rate irrespective. | 01:42:38 |
| 20 | Will it be precisely the same rate, I don't | 01:42:42 |
| 21 | know.  I don't know what -- what give and take | 01:42:45 |
| 22 | may -- may go on during the negotiation based | 01:42:46 |
| 23 | on the timing of the negotiation.  But I'm -- | 01:42:51 |
| 24 | but I'm convinced that the rate will be a RAND | 01:42:55 |
| 25 | rate because that's what the licensor is | |

Page 124

| | | |
|---|---|---|
| 1 | committed to and is obliged to provide. | 01:43:02 |
| 2 | Q   So the timing of the bilateral | 01:43:04 |
| 3 | negotiation can affect the rate, but your view | 01:43:09 |
| 4 | is that whatever that rate is it will be RAND? | 01:43:12 |
| 5 | A   If the licensor has committed to a | 01:43:15 |
| 6 | RAND rate, I think he grant a RAND rate or the | 01:43:18 |
| 7 | parties will agree upon a RAND rate. | 01:43:23 |
| 8 | Q   And as part of your earlier | 01:43:25 |
| 9 | response it seems that you were indicating that | 01:43:28 |
| 10 | timing could affect the actual rate? | 01:43:31 |
| 11 | A   It could affect terms and | 01:43:33 |
| 12 | conditions and possibly the rate, yes.  But | 01:43:37 |
| 13 | again, I don't think it would cause the rate to | 01:43:39 |
| 14 | be beyond a RAND rate. | 01:43:42 |
| 15 | MR. PEPE:  And again, just for the | 01:43:43 |
| 16 | record, this whole line of questioning | 01:43:45 |
| 17 | is outside the scope of his expert | 01:43:48 |
| 18 | report.  We object on that basis. | 01:43:50 |
| 19 | MR. WION:  I think we can sort | 01:43:52 |
| 20 | that out at some other point. | 01:43:55 |
| 21 | MR. PEPE:  I'm just making my | 01:43:57 |
| 22 | record. | 01:44:08 |
| 23 | Q   Was there anything in | 01:44:08 |
| 24 | particular -- were there any license agreements | 01:44:10 |
| 25 | in particular that you had in mind when you | |

Page 125

Pages 122 to 125

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | were opining that the H.264 -- strike that. 01:44:27 |
| 2 | Did you consider any license 01:44:29 |
| 3 | agreements when determining that the H.264 and 01:44:35 |
| 4 | 802.11 pool rates were quote/unquote low? 01:44:40 |
| 5 | MR. PEPE:  Objection, form. 01:44:43 |
| 6 | A   I -- I had in mind the general 01:44:46 |
| 7 | practices in the industry but there were no 01:44:49 |
| 8 | specific rates that I looked at.  What I did 01:44:52 |
| 9 | was to look at the motivations and incentives 01:44:56 |
| 10 | of the group of potential licensors and what 01:45:02 |
| 11 | their inclinations would be in accordance with 01:45:06 |
| 12 | my own experience and of course what I see in 01:45:08 |
| 13 | the literature. 01:45:09 |
| 14 | Q   So there were, to be clear, there 01:45:10 |
| 15 | were no actual license agreements that you 01:45:13 |
| 16 | reviewed that informed your analysis of whether 01:45:18 |
| 17 | these pool rates were low or not? 01:45:22 |
| 18 | A   I did not base my conclusion on 01:45:25 |
| 19 | specific license agreements, if that's an 01:45:28 |
| 20 | answer to your question. 01:45:29 |
| 21 | Q   Did you review any license 01:45:31 |
| 22 | agreements -- 01:45:31 |
| 23 | A   I -- 01:45:34 |
| 24 | Q   -- as part of this process? 01:45:37 |
| 25 | A   I became aware of license |

Page 126

| | |
|---|---|
| 1 | agreements.  Those license agreements, for 01:45:41 |
| 2 | example, that Charles Donohue considered in his 01:45:47 |
| 3 | report, and in that fashion and in connection 01:45:50 |
| 4 | with my own experience in the industry I have a 01:45:56 |
| 5 | general, a general feeling of what typical 01:46:03 |
| 6 | bilateral net license agreements might produce. 01:46:09 |
| 7 | Q   It's -- 01:46:10 |
| 8 | A   But in reviewing the -- the -- the 01:46:13 |
| 9 | pool agreements, it's clear that the rates that 01:46:20 |
| 10 | are available to the individual licensors in 01:46:24 |
| 11 | the pool for their patents are extremely low. 01:46:28 |
| 12 | MR. WION:  I'm not sure that was 01:46:30 |
| 13 | responsive so I move to strike on that 01:46:34 |
| 14 | basis. 01:46:35 |
| 15 | Q   Did you -- and I can make this 01:46:37 |
| 16 | easy I think.  In the documents cited that are 01:46:41 |
| 17 | listed in your report, I didn't see any 01:46:43 |
| 18 | Motorola license agreements that were listed or 01:46:46 |
| 19 | any Microsoft license agreements that were 01:46:49 |
| 20 | listed. 01:46:49 |
| 21 | Did you review any Microsoft 01:46:51 |
| 22 | agreements or Motorola agreements in connection 01:46:55 |
| 23 | with the preparation of this report? 01:46:58 |
| 24 | A   I don't believe I did, no. 01:47:19 |
| 25 | Q   Did you rely on Motorola's |

Page 127

| | |
|---|---|
| 1 | licensing history in supporting your analysis 01:47:27 |
| 2 | that the pool rates are low? 01:47:37 |
| 3 | A   To the extent that I was aware of 01:47:39 |
| 4 | Motorola's licensing history in connection 01:47:41 |
| 5 | with, for example, the materials that I looked 01:47:49 |
| 6 | at from Charles Donahue's report, I considered 01:47:54 |
| 7 | it, but it wasn't the basis of my opinion. 01:48:03 |
| 8 | Q   So you can't point to any Motorola 01:48:05 |
| 9 | license agreements that indicate that the pool 01:48:13 |
| 10 | rates for either the H.264 or the 802.11 pools 01:48:17 |
| 11 | are comparatively low? 01:48:23 |
| 12 | A   Well, I can -- I can say that -- 01:48:25 |
| 13 | that I'm aware of license agreements involving 01:48:30 |
| 14 | Motorola that had rates of for example 1.7 01:48:36 |
| 15 | percent.  And I think that when one compares 01:48:42 |
| 16 | those with the rates, the returns that 01:48:46 |
| 17 | licensors in the pools receive, they are 01:48:50 |
| 18 | extremely low. 01:48:51 |
| 19 | Q   Do you know what was being 01:48:53 |
| 20 | licensed for 1.7 percent? 01:48:57 |
| 21 | A   Not specifically, no. 01:49:13 |
| 22 | Q   Do you know whether in addition to 01:49:16 |
| 23 | the 1 percent term there were any cross 01:49:19 |
| 24 | licensing provisions in the agreement that 01:49:21 |
| 25 | you're referring to? |

Page 128

| | |
|---|---|
| 1 | A   By the agreement I'm referring 01:49:28 |
| 2 | to -- what -- what agreement are you referring 01:49:30 |
| 3 | to? 01:49:32 |
| 4 | Q   Well, let me ask this.  Do you 01:49:33 |
| 5 | have any particular license agreement in mind 01:49:36 |
| 6 | when you refer to the 1.7 percent royalty rate? 01:49:42 |
| 7 | A   Not specifically.  I am aware 01:49:47 |
| 8 | that -- that I saw that rate as a -- as a 01:49:49 |
| 9 | license out rate from Motorola to one or more 01:49:55 |
| 10 | licensors -- licensees.  I cannot tell you who 01:50:01 |
| 11 | they were nor did I review the details of their 01:50:05 |
| 12 | agreements. 01:50:06 |
| 13 | Q   And you don't know whether -- what 01:50:09 |
| 14 | other patents were involved or what other 01:50:13 |
| 15 | standards may have been involved? 01:50:15 |
| 16 | A   I do not know that.  I simply know 01:50:16 |
| 17 | that those -- that was a rate and it seemed to 01:50:19 |
| 18 | me to be within the rates that I find to be 01:50:23 |
| 19 | consistent with the industry practices that I'm 01:50:26 |
| 20 | aware of. 01:51:59 |
| 21 | Q   Paragraph 60 of your report? 01:52:02 |
| 22 | MR. PEPE:  60? 01:52:04 |
| 23 | MR. WION:  60, yes. 01:52:05 |
| 24 | Q   This is on page 31, I believe? 01:52:07 |
| 25 | A   Um-hmm. |

Page 129

Pages 126 to 129

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | Q   The second line of that paragraph   01:52:11 |
| 2 | 60 you write, "Important standard related   01:52:14 |
| 3 | patents can be licensed at royalties that   01:52:15 |
| 4 | represent fair and reasonable market rates."   01:52:21 |
| 5 | What did you mean when you said   01:52:22 |
| 6 | important standard related patents?   01:52:25 |
| 7 | MR. PEPE:  And just for the   01:52:27 |
| 8 | record, that was just a fragment of the   01:52:31 |
| 9 | entire sentence.   01:52:33 |
| 10 | MR. WION:  Correct.   01:52:34 |
| 11 | A   Well, certainly you standards   01:52:35 |
| 12 | related patents that are -- that are necessary   01:52:39 |
| 13 | for practicing the standard.  Important   01:52:45 |
| 14 | standard related patents might be equated with   01:52:48 |
| 15 | standard essential patents.   01:52:49 |
| 16 | Q   I see, okay.  So rather than   01:52:50 |
| 17 | saying important standard relating patents, you   01:52:54 |
| 18 | could just as easily have substituted standard   01:52:56 |
| 19 | essential patents can be licensed at royalties   01:52:57 |
| 20 | that represent fair an reasonable market rates?   01:53:01 |
| 21 | A   Let me read the sentence with that   01:53:04 |
| 22 | in it and see.   01:53:20 |
| 23 | Q   Sure.   01:53:20 |
| 24 | A   Yes.   01:53:55 |
| 25 | Q   At the very bottom of page 35 |

Page 130

| | |
|---|---|
| 1 | you -- you mention a licensing offer by CSIRO,   01:54:04 |
| 2 | C-I-S-R-O.   01:54:07 |
| 3 | A   Um-hmm.   01:54:07 |
| 4 | Q   To Microsoft.  You mention that   01:54:09 |
| 5 | the offer was a royalty rate of 2 to $4 in   01:54:14 |
| 6 | connection with CSIRO's 802.11 standard   01:54:16 |
| 7 | essential?   01:54:19 |
| 8 | A   Yes, I think that I saw that in   01:54:21 |
| 9 | the materials provided.   01:54:23 |
| 10 | Q   Okay.  What relevance did you   01:54:25 |
| 11 | attribute to CSIRO's offer?   01:54:31 |
| 12 | A   Well, simply that it is a rate   01:54:35 |
| 13 | which is far above the 20-cent CSIRO rate,   01:54:37 |
| 14 | that's an H2 -- H.264, or the 802.11, which is   01:54:47 |
| 15 | 50 cents or something like that.   01:54:50 |
| 16 | Q   So are you relying on that offer   01:54:53 |
| 17 | to support your conclusion that the 802.11 pool   01:54:56 |
| 18 | rates are low?   01:54:58 |
| 19 | A   That is -- is information that   01:55:04 |
| 20 | helps to inform that decision, yes.  I'm not   01:55:07 |
| 21 | necessarily relying on it.   01:55:10 |
| 22 | Q   Was the actual concluded agreement   01:55:13 |
| 23 | between CSIRO and Microsoft made available to   01:55:18 |
| 24 | you?   01:55:19 |
| 25 | A   I don't recall having looked at |

Page 131

| | |
|---|---|
| 1 | it, no.   01:55:21 |
| 2 | Q   Did you ask to see it?   01:55:23 |
| 3 | A   No.   01:55:27 |
| 4 | Q   Why not?   01:55:29 |
| 5 | A   I didn't think it was important to   01:55:31 |
| 6 | my conclusion.  It was simply another --   01:55:34 |
| 7 | another factor that -- that was considered.   01:55:45 |
| 8 | Q   Would knowing the ultimate rates   01:55:49 |
| 9 | concluded between those two parties in a   01:55:51 |
| 10 | bilateral negotiation impact your analysis with   01:55:55 |
| 11 | respect to the -- with respect to whether the   01:55:57 |
| 12 | 802.11 patent pool rates are low?   01:56:02 |
| 13 | A   No, I don't think -- I don't think   01:56:02 |
| 14 | it would.  You know, unless it was a rate that   01:56:07 |
| 15 | would have returned a -- a royalty to one of   01:56:12 |
| 16 | the licensors of zero for example.   01:56:18 |
| 17 | Q   Anything other than zero simply   01:56:20 |
| 18 | would have been irrelevant to your analysis?   01:56:22 |
| 19 | A   Well, I don't know that it would   01:56:24 |
| 20 | have been irrelevant but it would not have   01:56:26 |
| 21 | controlled the analysis.  I think I -- I would   01:56:28 |
| 22 | have reached the same conclusion irrespective   01:56:31 |
| 23 | of having known about this S or CZIRO license.   01:56:40 |
| 24 | Q   So you were never informed that   01:56:42 |
| 25 | the ultimate rates amounted to effectively 20 |

Page 132

| | |
|---|---|
| 1 | cents per unit give or take?   01:56:49 |
| 2 | A   No, I was not.   01:57:22 |
| 3 | Q   Do you have any view on whether a   01:57:24 |
| 4 | standard essential patent holder should be   01:57:27 |
| 5 | entitled to a higher royalty rate for its   01:57:30 |
| 6 | patent as the standard becomes more widely   01:57:39 |
| 7 | adopted?   01:57:40 |
| 8 | MR. PEPE:  Objection, form.   01:57:40 |
| 9 | Outside the scope.   01:57:43 |
| 10 | A   I have not -- I have not formed a   01:57:48 |
| 11 | specific opinion of that except to say that I   01:57:52 |
| 12 | don't think the fact that a standard is widely   01:57:58 |
| 13 | adopted really controls the RAND rate that a   01:58:02 |
| 14 | bilateral negotiation should produce.   01:58:29 |
| 15 | Q   You discuss the circumstances   01:58:38 |
| 16 | surrounding ex-anti negotiations.  Can you tell   01:58:42 |
| 17 | me what you mean when you refer to ex-anti   01:58:45 |
| 18 | negotiations?   01:58:47 |
| 19 | A   Well, as I understand the ex-anti   01:58:49 |
| 20 | multilateral negotiations are those which are   01:58:54 |
| 21 | described by the economists in Microsoft's   01:58:59 |
| 22 | expert reports, and as I understand them, they   01:59:03 |
| 23 | are supposedly negotiations among all of the   01:59:09 |
| 24 | owners of patents that would be essential to a   01:59:13 |
| 25 | standard and that they would arrive at -- at a |

Page 133

Pages 130 to 133

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | royalty which each of the patent owners could | 01:59:26 |
| 2 | expect to receive in a -- in a licensing | 01:59:33 |
| 3 | situation. | 01:59:38 |
| 4 | Is that an answer to your | 01:59:40 |
| 5 | question? | 02:00:02 |
| 6 | Q   You also state that patent owners | 02:00:05 |
| 7 | have a natural tendency to inflate the value of | 02:00:10 |
| 8 | their patents? | 02:00:12 |
| 9 | MR. PEPE:  Can you tell us where | 02:00:13 |
| 10 | you're reading from? | 02:00:15 |
| 11 | Q   This is page 41. | 02:00:17 |
| 12 | A   I'm referring to the difficulty | 02:00:19 |
| 13 | that I can imagine if these | 02:00:24 |
| 14 | ex-anti-multilateral negotiations really could | 02:00:30 |
| 15 | really exist simply saying that they would not | 02:00:35 |
| 16 | be easy or quick.  Fact is I don't think they | 02:00:38 |
| 17 | can exist in reality. | 02:00:40 |
| 18 | Q   Well, I guess I'm interested in | 02:00:43 |
| 19 | something a little bit different.  This natural | 02:00:46 |
| 20 | tendency of a patent owner to inflate the value | 02:00:49 |
| 21 | of its patents, I understand that your view | 02:00:53 |
| 22 | would be that this tendency exists within | 02:00:59 |
| 23 | multilateral discussion or within any other | 02:01:02 |
| 24 | type of discussion.  In other words, that | 02:01:04 |
| 25 | tendency isn't impacted one way or the other. | |

Page 134

| | | |
|---|---|---|
| 1 | I'll try again. | 02:01:15 |
| 2 | Is -- did you intend to indicate | 02:01:17 |
| 3 | that patent owners generally have a tendency to | 02:01:22 |
| 4 | inflate the value of their patents? | 02:01:26 |
| 5 | A   I am indicating that in a | 02:01:28 |
| 6 | negotiation such as this where they're trying | 02:01:30 |
| 7 | to determine who gets what size, slice of the | 02:01:37 |
| 8 | pie, patent owners would tend to inflate the | 02:01:41 |
| 9 | value of their patents. | 02:01:43 |
| 10 | Q   And in bilateral negotiations do | 02:01:45 |
| 11 | you believe that the tendency to inflate the | 02:01:48 |
| 12 | value of the patent holders patents does not | 02:01:51 |
| 13 | similarly exist? | 02:01:54 |
| 14 | A   I find it to exist in cross | 02:01:57 |
| 15 | license negotiations where patent owners are | 02:02:01 |
| 16 | trying to conclude whose patents are worth more | 02:02:08 |
| 17 | in a cross license. | 02:02:22 |
| 18 | Q   Are you describing something here | 02:02:24 |
| 19 | other than an opening negotiation posture? | 02:02:28 |
| 20 | MR. PEPE:  Objection, form. | 02:02:31 |
| 21 | Q   At the beginning of a bilateral | 02:02:33 |
| 22 | negotiation is it your experience that a patent | 02:02:37 |
| 23 | holder would tend to inflate the value of its | 02:02:42 |
| 24 | patents? | 02:02:43 |
| 25 | A   I think that is true when -- when | |

Page 135

| | | |
|---|---|---|
| 1 | we're trading rights for rights.  I don't know | 02:02:50 |
| 2 | that that is true in a RAND negotiation. | 02:03:00 |
| 3 | Q   Why would it be different? | 02:03:03 |
| 4 | A   Well, if -- if a patent owner is | 02:03:06 |
| 5 | obliged to offer fair and reasonable rates | 02:03:09 |
| 6 | under its patents, it must do that.  If a | 02:03:14 |
| 7 | licensor or if two licensing partners are | 02:03:18 |
| 8 | trying to decide whose pistol is bigger and who | 02:03:25 |
| 9 | ought to be paying whom, they might well each | 02:03:29 |
| 10 | want to inflate the value of their patents so | 02:03:34 |
| 11 | that in the exchange their patents become worth | 02:03:38 |
| 12 | more or considered or treated to be worth more. | 02:03:42 |
| 13 | I think it exists in a rights for | 02:03:45 |
| 14 | rights or in a situation where you're trying to | 02:03:49 |
| 15 | divide up a sum of money and see who gets what | 02:03:56 |
| 16 | percentage of it. | 02:04:09 |
| 17 | MR. PEPE:  So we're about an hour | 02:04:11 |
| 18 | and five.  What do think about having a | 02:04:13 |
| 19 | short break. | 02:04:13 |
| 20 | MR. WION:  It's a fine time for | 02:04:13 |
| 21 | it. | 02:04:14 |
| 22 | VIDEOGRAPHER:  We're going off the | 02:04:15 |
| 23 | record.  The time is 2:04. | |
| 24 | (Whereupon, at 2:04 p.m., a recess | |
| 25 | was taken to 2:23 p.m.) | |

Page 136

| | | |
|---|---|---|
| 1 | (The deposition resumed with all | |
| 2 | parties present.) | 02:23:05 |
| 3 | VIDEOGRAPHER:  Here marks the | 02:23:06 |
| 4 | beginning of tape number four.  We are | 02:23:08 |
| 5 | back on the record the time is 2:23. | |
| 6 | BY MR. WION: | 02:23:14 |
| 7 | Q   So, in order to compare a license | 02:23:18 |
| 8 | agreement with a percentage based royalty rate | 02:23:23 |
| 9 | with a per unit rate, do you need to know the | 02:23:28 |
| 10 | appropriate royalty base? | 02:23:33 |
| 11 | A   If you are attempting to make a | 02:23:38 |
| 12 | comparison in order to equate dollars to | 02:23:42 |
| 13 | percentages you would need to know the base, | 02:23:47 |
| 14 | yes. | 02:23:57 |
| 15 | Q   And do you have an understanding | 02:23:59 |
| 16 | of the rate base that Motorola was targeting in | 02:24:02 |
| 17 | connection with its offer demands of Microsoft? | 02:24:11 |
| 18 | MR. PEPE:  Objection outside the | 02:24:13 |
| 19 | scope. | 02:24:14 |
| 20 | A   I don't have any personal | 02:24:16 |
| 21 | knowledge of that, no. | |
| 22 | (Excerpt of prior testimony from | |
| 23 | June 17, 2003 was marked as | |
| 24 | Plaintiff's Exhibit No. 332 for | |
| 25 | identification, as of this date.) | |

Page 137

Pages 134 to 137

ROGER S. SMITH - 8/22/2012

| | |
|---|---|
| 1 | Q   Mr. Smith, you have now been      02:25:12 |
| 2 | handed what's been marked as Plaintiff's     02:25:13 |
| 3 | Exhibit 332, and I'll represent that it is an     02:25:18 |
| 4 | excerpt from the proceedings of June 17, 2003 02:25:22 |
| 5 | in the matter of certain reportable compact     02:25:26 |
| 6 | discs and rewritable discs ITC investigation     02:25:31 |
| 7 | number 337 TA 474.  Is this the same case that 02:25:36 |
| 8 | you referred to at the beginning of our session 02:25:41 |
| 9 | that involved an analyst by you of patent pools 02:25:46 |
| 10 | or may have?                                  02:25:47 |
| 11 | A   This is the case that I referred     02:25:49 |
| 12 | to in which I couldn't recall whether there was     02:25:51 |
| 13 | a patent rule involved or not.                02:25:55 |
| 14 | Q   And so what we have done here is     02:25:59 |
| 15 | included the excerpts that captures both your     02:26:04 |
| 16 | direct and any of your testimony, and I see you 02:26:12 |
| 17 | are reviewing the document.  Can you identify 02:26:17 |
| 18 | whether this is consistent with your          02:26:20 |
| 19 | recollection of the testimony that you provided 02:26:22 |
| 20 | in this matter?                               02:26:25 |
| 21 | A   It appears to be, I see as a          02:26:27 |
| 22 | matter of fact you were correct in a 500      02:26:31 |
| 23 | million dollars a year when I retired I was     02:26:35 |
| 24 | misremembering that.                          02:26:37 |
| 25 | Q   And was it your intent to testify     02:26:38 |

Page 138

| | |
|---|---|
| 1 | truthfully and accurately in this ITC case?     02:26:43 |
| 2 | A   It was, yes.                          02:26:46 |
| 3 | Q   You believe you accomplished that     02:26:48 |
| 4 | goal?                                         02:26:50 |
| 5 | A   I hope so.                            02:26:55 |
| 6 | Q   On page 1409 you were asked at the 02:27:07 |
| 7 | middle of the page line 12, how can you tell if 02:27:11 |
| 8 | a royalty is reasonable and your answer was,     02:27:14 |
| 9 | well, a royalty is reasonable if it, as I said     02:27:19 |
| 10 | before, if it produces income for the licensor     02:27:22 |
| 11 | and still allows the licensee to operate at a     02:27:26 |
| 12 | profit so that he can continue to manufacture 02:27:29 |
| 13 | use, lease or sell products that are covered,     02:27:32 |
| 14 | do you see that?                              02:27:33 |
| 15 | A   I do.                                 02:27:34 |
| 16 | Q   Is that consistent with your          02:27:36 |
| 17 | testimony and opinion in this case?           02:27:39 |
| 18 | A   I think it is consistent.  I think     02:27:42 |
| 19 | it may not be quiet as complete because I don't 02:27:48 |
| 20 | specify what level of income for the licensor.     02:27:59 |
| 21 | Q   This seems to indicate as long as     02:28:02 |
| 22 | the licensee can operate at a profit the     02:28:05 |
| 23 | royalty rate would be reasonable; is that a     02:28:08 |
| 24 | fair reading?                                 02:28:12 |
| 25 | A   Well that certainly is within the     02:28:12 |

Page 139

| | |
|---|---|
| 1 | determination of reasonableness.              02:28:18 |
| 2 | Q   So as long as the licensee can        02:28:21 |
| 3 | afford the payment the royalty rate is        02:28:24 |
| 4 | reasonable?                                   02:28:25 |
| 5 | MR. PEPE:  Objection to form.             02:28:36 |
| 6 | A   I would say that in the context of     02:28:37 |
| 7 | and I think you need to take all this testimony 02:28:40 |
| 8 | in the context of the action in which it was     02:28:45 |
| 9 | given.  As I remember here the royalty that was 02:28:49 |
| 10 | charges was somewhere north of 70 percent or     02:28:56 |
| 11 | something like that.  It's been a long time so     02:28:58 |
| 12 | I may not remember exactly, but in that context 02:29:03 |
| 13 | it is not reasonable if the licensee cannot     02:29:08 |
| 14 | operate at a profit.                          02:29:21 |
| 15 | Q   If you can turn to page 1415?         02:29:26 |
| 16 | A   Um-hmm, I have it.                     02:29:27 |
| 17 | Q   At the bottom of the page            02:29:30 |
| 18 | beginning line 17, if you could you read the     02:29:34 |
| 19 | six or seven lines after that to yourself?     02:29:45 |
| 20 | A   Yeah, I have it.                       02:29:47 |
| 21 | Q   So, here in this testimony you        02:29:48 |
| 22 | were indicating that a 15 to 20 percent royalty 02:29:53 |
| 23 | rate was, quote, outstandingly high rate, do     02:29:57 |
| 24 | you see that?                                 02:29:58 |
| 25 | A   In this case it certainly was,        02:30:00 |

Page 140

| | |
|---|---|
| 1 | yes.                                          02:30:02 |
| 2 | Q   And would that same rate be           02:30:05 |
| 3 | outstandingly high in other situations?       02:30:10 |
| 4 | MR. PEPE:  Objection form.                02:30:17 |
| 5 | A   Typically rates of one to 5          02:30:21 |
| 6 | percent of the selling price of the goods is a     02:30:23 |
| 7 | reasonable rate in my experience.  A rate of 20 02:30:29 |
| 8 | percent of the selling price is I think is     02:30:31 |
| 9 | quite high.                                   02:30:38 |
| 10 | Q   And in fact would not be RAND?        02:30:41 |
| 11 | MR. PEPE:  Objection. form.               02:30:42 |
| 12 | Q   Let me state it differently.  In     02:30:45 |
| 13 | this case did you come to a conclusion that 15 02:30:47 |
| 14 | to 20 percent would not be a RAND rate?       02:30:51 |
| 15 | A   In this case I did, yes.              02:30:54 |
| 16 | Q   And this case involved patented       02:30:56 |
| 17 | technology relating to CD disc drives; is that 02:31:01 |
| 18 | right?                                        02:31:02 |
| 19 | A   CD discs themselves I believe.        02:31:07 |
| 20 | That's a redundancy CDs themselves.           02:31:35 |
| 21 | Q   In this case did Phillips face any     02:31:38 |
| 22 | RAND contraints on the rates that it could     02:31:44 |
| 23 | charge?                                       02:31:46 |
| 24 | A   I don't recall whether Phillips       02:31:48 |
| 25 | had a RAND commitment or not.                 02:31:49 |

Page 141

Pages 138 to 141

ROGER S. SMITH - 8/22/2012

| | | |
|---|---|---|
| 1 | Q  Do you recall that there were a | 02:32:27 |
| 2 | number of provisions that you considered to be | 02:32:32 |
| 3 | onerous in connection with the Phillips patent | 02:32:36 |
| 4 | pool? | 02:32:37 |
| 5 | A  I do, as I sit here I can't recall | 02:32:40 |
| 6 | what they were but my recollection is that | 02:32:43 |
| 7 | there were some provisions such as audit | 02:32:46 |
| 8 | provisions and the like that I thought were | 02:32:50 |
| 9 | quite onerous.  I would have to read the | 02:32:53 |
| 10 | agreements to refresh myself. | 02:33:00 |
| 11 | Q  Is there any single term in a | 02:33:06 |
| 12 | licensing agreement that's more important than | 02:33:10 |
| 13 | others? | 02:33:11 |
| 14 | MR. PEPE:  Objection to form. | 02:33:13 |
| 15 | Q  Strike that.  If you can turn to | 02:33:15 |
| 16 | page 1439, line seven, line seven and the | 02:33:30 |
| 17 | question was:  Of all these provisions we've | 02:33:33 |
| 18 | talked about, which do you think is most | 02:33:33 |
| 19 | onerous, your answer is, clearly the royalty | 02:33:36 |
| 20 | rate is, one can live with other provisions if | 02:33:40 |
| 21 | the royalty rate is reasonable; do you see | 02:33:44 |
| 22 | that? | 02:33:45 |
| 23 | A  I see that. | 02:33:46 |
| 24 | Q  And does that continue to be your | 02:33:48 |
| 25 | opinion today? | |

Page 142

| | | |
|---|---|---|
| 1 | A  I'm not sure I would now subscribe | 02:33:54 |
| 2 | to the proposition if I did then I'm not sure | 02:33:58 |
| 3 | what I meant when I said others, but I'm not | 02:34:01 |
| 4 | sure I would now subscribe to the position that | 02:34:03 |
| 5 | one could live with any other provision if the | 02:34:04 |
| 6 | royalty rate was reasonable I don't think | 02:34:07 |
| 7 | that's true.  I think particularly in the | 02:34:11 |
| 8 | context of RAND it's the terms and conditions | 02:34:13 |
| 9 | including royalty rates that have to be | 02:34:16 |
| 10 | reasonable. | 02:34:36 |
| 11 | Q  Now, why don't we take a five | 02:34:39 |
| 12 | minute break and then I think we can probably | 02:34:41 |
| 13 | wrap up I want to review my notes? | 02:34:44 |
| 14 | VIDEOGRAPHER:  We're going off the | 02:34:45 |
| 15 | record the time is 2:34. | |
| 16 | (Whereupon, at 2:34 p.m., a recess | |
| 17 | was taken to 2:44 p.m.) | |
| 18 | (The deposition resumed with all | |
| 19 | parties present.) | 02:44:52 |
| 20 | VIDEOGRAPHER:  We're now back on | 02:44:53 |
| 21 | the record the time is 2:44. | 02:44:58 |
| 22 | Q  Mr. Smith, to your knowledge has | 02:44:59 |
| 23 | any of your testimony ever been excluded by a | 02:45:03 |
| 24 | court? | 02:45:04 |
| 25 | A  Not to my knowledge, no. | |

Page 143

| | | |
|---|---|---|
| 1 | Q  And you have never been the | 02:45:08 |
| 2 | subject of a successful Daubert motion? | 02:45:14 |
| 3 | A  Never. | 02:45:14 |
| 4 | Q  I have no further questions. | 02:45:17 |
| 5 | MR. PEPE:  And I have no | 02:45:18 |
| 6 | questions. | 02:45:19 |
| 7 | VIDEOGRAPHER:  This marks the end | 02:45:19 |
| 8 | of tape number four.  We're going off | 02:45:20 |
| 9 | the record the time is 2:45. | 02:45:31 |
| 10 | (Time noted:  2:45 p.m.) | 02:45:31 |
| 11 | | 02:45:31 |
| 12 | ROGER S. SMITH | |
| 13 | | |
| 14 | | |
| 15 | Subscribed and sworn to before me | |
| 16 | this_____day of _____2012. | |
| 17 | _____ | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 144

| | |
|---|---|
| 1 | CERTIFICATE |
| 2 | STATE OF NEW YORK ) |
| 3 | )ss: |
| 4 | COUNTY OF RICHMOND) |
| 5 | I, DANIELLE GRANT, a Certified |
| 6 | Shorthand Reporter, and Notary |
| 7 | Public within and for the State of |
| 8 | New York, do hereby certify: |
| 9 | That ROGER S. SMITH, the witness |
| 10 | whose deposition is hereindefore |
| 11 | set forth, was duly sworn by me and |
| 12 | that such deposition is a true |
| 13 | record of the testimony given by |
| 14 | such witness. |
| 15 | I further certify that I am not |
| 16 | related to any of the parties to |
| 17 | this action by blood or marriage |
| 18 | and that I am in no way interested |
| 19 | in the outcome of this matter. |
| 20 | In witness whereof, I have hereunto |
| 21 | set my hand this 22 day of August, |
| 22 | 2012. |
| 23 | _____ |
| 24 | DANIELLE GRANT |
| 25 | |

Page 145

Pages 142 to 145