THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>           Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>           Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>           Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>           Defendants. | Case No. C10-1823-JLR<br><br>(PROPOSED) ORDER DENYING MOTOROLA'S *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE<br><br>Noted: Monday, September 10, 2012<br><br>**ORAL ARGUMENT REQUESTED** |

This matter came before the Court on Motorola's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe. Based on the pleadings and materials submitted by the Parties in support of, or in opposition to, Motorola's Motion,

IT IS ORDERED THAT Motorola's Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe is DENIED.

(PROPOSED) ORDER DENYING MOTOROLA'S
DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS.
LYNDE, MURPHY, AND SIMCOE - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this _____ day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP


By ____/s/ Arthur W. Harrigan, Jr._____
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
David Greenfield

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

(PROPOSED) ORDER DENYING MOTOROLA'S DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Carter G. Phillips
   Brian R. Nester
2  SIDLEY AUSTIN LLP
   1501 K Street NW
3  Washington, DC  20005
   Telephone:  202-736-8000
4  Fax:  202-736-8711

5  Counsel for Microsoft Corp.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER DENYING MOTOROLA'S
DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS.
LYNDE, MURPHY, AND SIMCOE **-** 3

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | __X__ ECF |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

(PROPOSED) ORDER DENYING MOTOROLA'S DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 5th day of September, 2012.

　　　　　　　　　　　　s/ Linda Bledsoe_____
　　　　　　　　　　　　LINDA BLEDSOE

(PROPOSED) ORDER DENYING MOTOROLA'S
DAUBERT MOTION TO EXCLUDE CERTAIN
TESTIMONY OF PLAINTIFF'S EXPERTS DRS.
LYNDE, MURPHY, AND SIMCOE - 5