THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

        Plaintiff,

  vs.

MOTOROLA, INC., et al.,

        Defendants.

_____

MOTOROLA MOBILITY, INC., et al.,

        Plaintiffs,

  vs.

MICROSOFT CORPORATION,

        Defendants.

Case No. C10-1823-JLR

**(PROPOSED) ORDER RE MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS *DAUBERT* MOTION (ECF NO. 390)**

NOTED: September 7, 2012

THIS MATTER comes before the Court on Motorola's 8/27/12 Motion to Seal.  The Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the pleadings submitted,

IT IS ORDERED THAT Motorola's 8/27/12 Motion to Seal is GRANTED, as follows:

(1)    Exhibits 5, 8, 10, 21, and 33 to the Declaration of Samuel L. Brenner shall remain under seal;

Proposed ORDER TO MOTOROLA'S 8-27-12
MOTION TO SEAL (ECF NO. 390) - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(2) Motorola's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe shall remain under seal; and

(3) The seal on Exhibits 3-4 and 6-7 to the Declaration of Samuel L. Brenner shall be lifted.

DONE IN OPEN COURT this ___ day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP


By    s/Arthur W. Harrigan, Jr._____
      Arthur W. Harrigan, Jr., WSBA #1751
      Christopher Wion, WSBA #33207
      Shane P. Cramer, WSBA #35099

      T. Andrew Culbert
      David T. Pritikin
      Richard A. Cederoth
      Constantine L. Trela, Jr.
      William H. Baumgartner, Jr.
      Ellen S. Robbins
      Douglas I. Lewis
      David C. Giardina
      John W. McBride
      David Greenfield

      SIDLEY AUSTIN LLP
      One South Dearborn
      Chicago, IL  60603
      Phone:  312-853-7000
      Fax:  312-853-7036

Proposed ORDER TO MOTOROLA'S 8-27-12
MOTION TO SEAL (ECF NO. 390) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Carter G. Phillips
   Brian R. Nester

2  SIDLEY AUSTIN LLP
3  1501 K Street NW
   Washington, DC  20005
4  Telephone:  202-736-8000
   Fax:  202-736-8711
5
   Counsel for Microsoft Corp.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proposed ORDER TO MOTOROLA'S 8-27-12
MOTION TO SEAL (ECF NO. 390)  - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

Proposed ORDER TO MOTOROLA'S 8-27-12
MOTION TO SEAL (ECF NO. 390)  - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

DATED this 5th day of September, 2012.

                                          s/Linda Bledsoe
                                          LINDA BLEDSOE

Proposed ORDER TO MOTOROLA'S 8-27-12
MOTION TO SEAL (ECF NO. 390)  - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717