The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                        Plaintiff,<br><br>                        v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                        Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, September 7, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                Plaintiffs/Counterclaim Defendant,<br><br>                        v.<br><br>MICROSOFT CORPORATION,<br><br>                 Defendant/Counterclaim Plaintiff. | |

MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
LEAVE TO FILE MOTION TO AMEND PROTECTIVE
ORDER
CASE NO. C10-1823-JLR

4835-9112-5776.3

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Microsoft's motion seeks leave to file a motion to amend the stipulated Protective Order

2 that has governed discovery in this case for over a year.  Motorola, Microsoft and third parties

3 have produced hundreds of thousands of pages in reliance on the provisions and protections set

4 forth in the Protective Order, including prohibiting disclosure of certain sensitive and highly

5 confidential financial and licensing information to in-house counsel.  Microsoft now asks the

6 Court to amend the Protective Order so that Microsoft's in-house attorney can see information that

7 the parties agreed he was prohibited from seeing at the time the information was produced by

8 Motorola and by third parties.  Microsoft's motion for leave to file motion to amend should be

9 denied because it is untimely, and for the reasons set forth in Motorola's Response to Motion

10 Amend attached hereto as Exhibit 1.

11  DATED this 5th day of September, 2012.

12  SUMMIT LAW GROUP PLLC

13  By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
14  Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
15  *ralphp@summitlaw.com*
   *philm@summitlaw.com*
16  *lynne@summitlaw.com*

17  By */s/ Thomas V. Miller*
   Thomas V. Miller
18  MOTOROLA MOBILITY, INC.
   MD W4-150
19  600 North U.S. Highway 45
   Libertyville, IL  60048-1286
20  (847) 523-2162

21

22

23

24

25

26

MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
LEAVE TO FILE MOTION TO AMEND PROTECTIVE
ORDER - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4835-9112-5776.3

1                                              And by

Jesse J. Jenner (*pro hac vice*)
Steven Pepe (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*jesse.jenner@ropesgray.com*
*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4835-9112-5776.3

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Danielson, Harrigan, Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 5th day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

---

MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4835-9112-5776.3