The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, September 7, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>       Plaintiffs/Counterclaim Defendant,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant/Counterclaim Plaintiff. | |

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE MOTION TO AMEND PROTECTIVE ORDER
CASE NO. C10-1823-JLR

4848-6737-3840.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Microsoft's Motion for Leave to File Motion to Amend Protective Order and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Microsoft's Motion for Leave to File Motion to Amend Protective Order is hereby DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
    Thomas V. Miller
    MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    (847) 523-2162

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4848-6737-3840.1

1 And by

2     Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
3     Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
4     1211 Avenue of the Americas
    New York, NY  10036-8704
5     (212) 596-9046
    *jesse.jenner@ropesgray.com*
6     *steven.pepe@ropesgray.com*
    *kevin.post@ropesgray.com*
7

8     James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice*)
9     Ropes & Gray LLP
    1900 University Avenue, 6th Floor
10     East Palo Alto, CA  94303-2284
    (650) 617-4030
11     *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*

12     Paul M. Schoenhard (*pro hac vice*
    Ropes & Gray LLP
13     One Metro Center
    700 12th Street NW, Suite 900
14     Washington, DC  20005-3948
    (202) 508-4693
15     *paul.schoenhard.@ropesgray.com*

16 ***Attorneys for Defendants Motorola, Inc., Motorola***
17 ***Mobility, Inc., and General Instrument Corp.***

18

19

20

21

22

23

24

25

26

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE MOTION TO AMEND PROTECTIVE ORDER - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4848-6737-3840.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Danielson, Harrigan, Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 5th day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION FOR LEAVE TO
FILE MOTION TO AMEND PROTECTIVE ORDER - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4848-6737-3840.1