The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants.<br><br>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, AND SIMCOE<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, September 7, 2012** |

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTION TO FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF
LYNDE, MURPHY AND SIMCOE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## I. INTRODUCTION

In Motorola Mobility's and General Instrument's Motion to File Documents Under Seal In Support of the *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe ("Motion to Seal") (Dkt. No. 390), Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola") moved to seal Exhibits 3-8, 10, 21, and 33 to the Declaration of Samuel L. Brenner, as well as Motorola's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe ("*Daubert* Motion"), which references those confidential documents.  However, in its Motion to Seal, Motorola also indicated that it believes that Exhibits 3-7, which consist of excerpts of the expert reports of Kevin M. Murphy, Matthew R. Lynde, and Timothy S. Simcoe, do not contain confidential material.  (Dkt. No. 390 at 3.)  In its Response (Dkt. No. 413), Microsoft agrees that Exhibits 3-4 and Exhibits 6-7 need not remain under seal.  Accordingly, together with this Reply, Motorola is submitting:

1. A Revised Order Granting Motorola Mobility's and General Instrument's Motion to File Documents Under Seal in Support of the *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe [Proposed], granting Motorola's Motion to Seal as to Exhibits 5, 10, 21, and 33, and

2. A replacement Redacted *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe, that does not redact references to, quotes from, and discussions of Exhibits 3-4 and 6-7.

## II. EXHIBIT 5 SHOULD BE SEALED

While Motorola initially stated that Exhibit 5 similarly does not contain confidential information, in its Response, Microsoft indicates that Exhibit 5 contains references to documents produced by non-parties pursuant to subpoenas issued in this Action that were designated as "Attorneys' Eyes Only under the Protective Order."  (Dkt. No. 413 at 2, 4.)  Motorola agrees that Exhibit 5 contains references to documents that contain the confidential information of non-parties to this action, and that disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm.  Due to presence of this confidential information, Exhibit 5 should be sealed in its entirety.

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTION TO FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF THE MOTION TO EXCLUDE TESTIMONY
OF LYNDE, MURPHY AND SIMCOE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

## III. CONCLUSION

Because, as to Exhibits 5, 8, 10, 21, and 33 to the Declaration of Samuel L. Brenner, and as to the replacement redacted *Daubert* Motion, Motorola meets the standards for sealing as discussed in the moving brief (Dkt. No. 390), and because Microsoft does not oppose Motorola's Motion to File Documents Under Seal In Support of the *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe to the extent Motorola seeks to seal those exhibits (*id*.), and offers additional support why documents should be sealed (Dkt. No. 413), Motorola respectfully requests that the Court grant the Motion as to Exhibits 5, 8, 10, 21, and 33 to the Declaration of Samuel L. Brenner, and as to Motorola's *Daubert* Motion, as provided for in Motorola's revised Proposed Order, submitted herewith.

DATED this 7th day of September, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
    Thomas V. Miller
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    (847) 523-2162

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE MOTION TO EXCLUDE TESTIMONY OF LYNDE, MURPHY AND SIMCOE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  And by

2  Jesse J. Jenner (*pro hac vice* )
Steven Pepe (*pro hac vice* )
3  Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
4  1211 Avenue of the Americas
New York, NY  10036-8704
5  (212) 596-9046
*jesse.jenner@ropesgray.com*
6  *steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*
7
James R. Batchelder (*pro hac vice*)
8  Norman H. Beamer (*pro hac vice* )
Ropes & Gray LLP
9  1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
10  (650) 617-4030
*james.batchelder@ropesgray.com*
11  *norman.beamer@ropesgray.com*

12  Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
13  One Metro Center
700 12th Street NW, Suite 900
14  Washington, DC  20005-3948
(202) 508-4693
15  *paul.schoenhard.@ropesgray.com*

16  ***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General***
17  ***Instrument Corporation***

18

19

20

21

22

23

24

25

26

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTION TO FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF THE MOTION TO EXCLUDE TESTIMONY
OF LYNDE, MURPHY AND SIMCOE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 7th day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
REPLY TO MOTION TO FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF THE MOTION TO EXCLUDE TESTIMONY
OF LYNDE, MURPHY AND SIMCOE - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001