The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>REVISED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THE DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFF'S EXPERTS DRS. LYNDE, MURPHY, and SIMCOE<br>[PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**September 7, 2012** |

REVISED ORDER GRANTING MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF LYNDE, MURPHY AND SIMCOE [PROPOSED]
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1   THIS MATTER having come before the Court on Motorola Mobility's and General
2   Instrument's Motion to File Documents Under Seal in Support of Motorola Mobility's and
3   General Instrument's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs.
4   Lynde, Murphy, and Simcoe (Dkt. No. 390), and the Court having reviewed the pleadings and
5   evidence presented and on file in this case, and being otherwise fully advised as to the issues
6   presented, the Court hereby:

7   ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
8   seal:

9       1.    Exhibits 5, 8, 10, 21, and 33 to the Declaration of Samuel L. Brenner; and

10      2.    Motorola Mobility's and General Instrument's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe.

12  IT IS SO ORDERED.

13  DATED this _____ day of _____, 2012.

14
15  _____
16  THE HONORABLE JAMES L. ROBART
    UNITED STATES DISTRICT COURT JUDGE

17  *Presented by:*

18  SUMMIT LAW GROUP PLLC

19  By */s/ Ralph H. Palumbo*
20      Ralph H. Palumbo, WSBA #04751
        Philip S. McCune, WSBA #21081
21      Lynn M. Engel, WSBA #21934
22      *ralphp@summitlaw.com*
        *philm@summitlaw.com*
23      *lynne@summitlaw.com*

24
25
26

REVISED ORDER GRANTING MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF LYNDE, MURPHY AND SIMCOE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  By */s/ Thomas V. Miller*
    Thomas V. Miller
2      MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
3      Libertyville, IL 60048-1286
    Phone: (847) 523-2162
4

5  And by

6      Jesse J. Jenner (*pro hac vice* )
    Steven Pepe (*pro hac vice* )
7      Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
8      1211 Avenue of the Americas
    New York, NY  10036-8704
9      (212) 596-9046
    *jesse.jenner@ropesgray.com*
10     *steven.pepe@ropesgray.com*
    *kevin.post@ropesgray.com*
11

12     James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice* )
13     Ropes & Gray LLP
    1900 University Avenue, 6th Floor
14     East Palo Alto, CA  94303-2284
    (650) 617-4030
15     *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*

16     Paul M. Schoenhard (*pro hac vice*)
    Ropes & Gray LLP
17     One Metro Center
    700 12th Street NW, Suite 900
18     Washington, DC  20005-3948
    (202) 508-4693
19     *paul.schoenhard.@ropesgray.com*

20 ***Attorneys for Defendants Motorola, Inc., Motorola***
21 ***Mobility, Inc., and General Instrument Corporation***

22

23

24

25

26

REVISED ORDER GRANTING MOTOROLA'S MOTION TO
FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION
TO EXCLUDE TESTIMONY OF LYNDE, MURPHY AND
SIMCOE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 7th day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

REVISED ORDER GRANTING MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF LYNDE, MURPHY AND SIMCOE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001