___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 10 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

HONORABLE JAMES L. ROBART

10-CV-01823-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | No. C10-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MICROSOFT'S 8/27/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, September 7, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

THIS MATTER comes before the Court on Microsoft's 8/27/12 Motion to File Documents Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 8/27/12 Motion to File Documents Under Seal is GRANTED. The Clerk is hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/27/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

(1) Exhibits 1-3 and 5 to the Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Prelude the Testimony by Charles R. Donohoe and Dr. R. Sukumar

(2) The unredacted version of Microsoft's Rule 702 Motion to Preclude the Testimony of Charles R. Donohoe and Dr. R. Sukumar.

Dkt-s 396 and 399 shall remain under seal.

DONE IN OPEN COURT this 10th day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:
CALFO HARRIGAN LEYH & EAKES LLP

By  s/Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080

    David T. Pritikin, *Pro Hac Vice*
    Richard A. Cederoth, *Pro Hac Vice*
    Constantine L. Trela, Jr., *Pro Hac Vice*
    Ellen S. Robbins, *Pro Hac Vice*
    Douglas I. Lewis, *Pro Hac Vice*
    John W. McBride, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Phone: 312-853-7000

    Carter G. Phillips, *Pro Hac Vice*
    Brian Nester, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Phone: 202-736-8000

    Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/27/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700  FAX. (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 27th day of August, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>__X__ ECF |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/27/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Paul M. Schoenhard (*pro hac vice*)  
   Ropes & Gray LLP  
2  One Metro Center  
   700 12th Street NW, Suite 900  
3  Washington, DC 20005-3948  
   Telephone: (202) 508-4693  
4  Email: Paul.schoenhard@ropesgray.com  

_____ Messenger  
_____ US Mail  
_____ Facsimile  
\_\_X\_\_ ECF

5  DATED this 27th day of August, 2012.

6

7

8  _____  
   LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/27/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717