HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, September 21, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Defendant. | |

THIS MATTER comes before the Court on Microsoft's 9/10/12 Motion to File Documents Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 9/10/12 Motion to File Documents Under Seal is GRANTED. The Clerk is hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING MICROSOFT'S 9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1) Limited Portions of Microsoft's Reply in Support of Its Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar; and

(2) Exhibits 6 and 7 to the Second Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohue and Dr. R. Sukumar.

DONE IN OPEN COURT this _____ day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:
CALFO HARRIGAN LEYH & EAKES LLP

By   s/Arthur W. Harrigan, Jr.
   Arthur W. Harrigan, Jr., WSBA #1751
   Christopher Wion, WSBA #33207
   Shane P. Cramer, WSBA #35099

   T. Andrew Culbert, WSBA #35925
   David E. Killough, WSBA #40185
   MICROSOFT CORPORATION
   1 Microsoft Way
   Redmond, WA 98052
   Phone: 425-882-8080

   David T. Pritikin, *Pro Hac Vice*
   Richard A. Cederoth, *Pro Hac Vice*
   Constantine L. Trela, Jr., *Pro Hac Vice*
   Ellen S. Robbins, *Pro Hac Vice*
   Douglas I. Lewis, *Pro Hac Vice*
   John W. McBride, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
   One South Dearborn
   Chicago, IL 60603
   Phone: 312-853-7000

   Carter G. Phillips, *Pro Hac Vice*
   Brian Nester, *Pro Hac Vice*
   SIDLEY AUSTIN LLP
   1501 K Street, N.W.
   Washington, D.C. 20005
   Phone: 202-736-8000

   Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 10th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | __X__ ECF |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 10th day of September, 2012.

                         s/ Linda Bledsoe
                         LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717