THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>        Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | Case No. C10-1823-JLR<br><br>SECOND DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY CHARLES R. DONOHOE AND DR. RAMAMIRTHAM SUKUMAR<br><br>NOTED: MONDAY, SEPTEMBER 10, 2012 |

I, Christopher Wion hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

SECOND DECLARATION OF CHRISTOPHER
WION IN SUPPORT OF MICROSOFT'S RULE
702 MOTION TO PRECLUDE TESTIMONY BY
CHARLES R. DONOHOE AND DR.
RAMAMIRTHAM SUKUMAR - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

2. Attached hereto as Exhibit 6 (and filed under seal) is a true and correct copy of the transcript of the September 5, 2012 deposition of Michael Dansky, taken in the above-captioned case.

3. Attached hereto as Exhibit 7 (and filed under seal) is a true and correct copy of the August 15, 2012 corrected opening expert report of Timothy Williams, submitted in the above-captioned case (original report served on July 24, 2012).

4. Attached hereto as Exhibit 8 is a true and correct copy of the transcript of the August 28, 2012 deposition of Dr. Ramamirtham Sukumar, taken in the above-captioned case. While the deposition transcript was originally designated "Confidential," the parties agree that it does not contain any Confidential Business Information (as that term is defined in the Protective Order in this Action), and need not be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 10th day of September, 2012 in Seattle, Washington.

CHRISTOPHER WION

SECOND DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY CHARLES R. DONOHOE AND DR. RAMAMIRTHAM SUKUMAR - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 10th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | __X__ ECF |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

SECOND DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY CHARLES R. DONOHOE AND DR. RAMAMIRTHAM SUKUMAR - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 10th day of September, 2012.

*/s/ Linda Bledsoe*
LINDA BLEDSOE

SECOND DECLARATION OF CHRISTOPHER
WION IN SUPPORT OF MICROSOFT'S RULE
702 MOTION TO PRECLUDE TESTIMONY BY
CHARLES R. DONOHOE AND DR.
RAMAMIRTHAM SUKUMAR - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717