The Honorable James L. Robart

1

2

3

4

5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,

Defendants.

CASE NO. C10-1823-JLR

ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA'S DAUBERT MOTION [PROPOSED]

**NOTED ON MOTION CALENDAR:**
**Friday, September 21, 2012**

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS
UNDER SEAL IN SUPPORT OF MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA'S
DAUBERT MOTION
CASE NO. C10-1823-JLR
4852-8575-8225.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    THIS MATTER having come before the Court on Motorola Mobility's and General

2 Instrument's Motion to File Documents Under Seal in Support of Motorola Mobility's and

3 General Instrument's Reply to Motorola's *Daubert* Motion, and the Court having reviewed the

4 pleadings and evidence presented and on file in this case, and being otherwise fully advised as to

5 the issues presented, the Court hereby:

6    ORDERS, ADJUDGES AND DECREES that Motorola Mobility's and General

7 Instrument's Reply to Motorola's *Daubert* Motion is to be filed under seal

8    IT IS SO ORDERED.

9    DATED this _____ day of _____, 2012.

10

11    _____

12    THE HONORABLE JAMES L. ROBART
      UNITED STATES DISTRICT COURT JUDGE

13 *Presented by:*

14

15 SUMMIT LAW GROUP PLLC

16 By */s/ Ralph H. Palumbo*
      Ralph H. Palumbo, WSBA #04751

17    Philip S. McCune, WSBA #21081
      Lynn M. Engel, WSBA #21934

18    *ralphp@summitlaw.com*
      *philm@summitlaw.com*

19    *lynne@summitlaw.com*

20 By */s/ Thomas V. Miller*

21    Thomas V. Miller
      MOTOROLA MOBILITY, INC.

22    600 North U.S. Highway 45
      Libertyville, IL 60048-1286

23    (858) 404-3580

24

25

26

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA
MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO
MOTOROLA'S DAUBERT MOTION - 1
CASE NO. C10-1823-JLR
4852-8575-8225.1

And by

Jesse J. Jenner (*pro hac vice* )
Steven Pepe (*pro hac vice* )
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*jesse.jenner@ropesgray.com*
*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice* )
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

***Attorneys for Defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corp.***

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA
MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO
MOTOROLA'S DAUBERT MOTION - 2
CASE NO. C10-1823-JLR
4852-8575-8225.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 10th day of September, 2012.

/s/          *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA MOBILITY'S AND
GENERAL INSTRUMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA
MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO
MOTOROLA'S DAUBERT MOTION - 3
CASE NO. C10-1823-JLR
4852-8575-8225.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001