THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>**(PROPOSED) ORDER RE MOTOROLA'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY CHARLES R. DONOHUE AND DR. R. SUKUMAR (ECF NO. 402)**<br><br>**NOTED: September 14, 2012** |

THIS MATTER comes before the Court on Motorola's 9/5/12 Motion to Seal (ECF No. 402). The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED:

PROPOSED ORDER RE MOTOROLA'S 9-5-12
MOTION TO SEAL (ECF NO. 402) - 1

1    (1)    That Exhibits 35-39, 44, 46, 50, 58, and 63-64 to the Second Brenner Declaration (ECF No. 406), and any references to these exhibits in Motorola's Opposition (ECF Nos. 403 & 409), shall remain under seal; and

    (2)    That the seal may be lifted on Exhibit 48 to the Second Brenner Declaration.

DONE IN OPEN COURT this __ day of September, 2012.

---

HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP


By    s/Arthur W. Harrigan, Jr.
        Arthur W. Harrigan, Jr., WSBA #1751
        Christopher Wion, WSBA #33207
        Shane P. Cramer, WSBA #35099

        T. Andrew Culbert
        David T. Pritikin
        Richard A. Cederoth
        Constantine L. Trela, Jr.
        William H. Baumgartner, Jr.
        Ellen S. Robbins
        Douglas I. Lewis
        David C. Giardina
        John W. McBride
        David Greenfield

        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL  60603
        Phone:  312-853-7000
        Fax:  312-853-7036

PROPOSED ORDER RE MOTOROLA'S 9-5-12
MOTION TO SEAL (ECF NO. 402) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Carter G. Phillips
   Brian R. Nester

2  SIDLEY AUSTIN LLP
3  1501 K Street NW
   Washington, DC  20005
4  Telephone:  202-736-8000
   Fax:  202-736-8711
5
   Counsel for Microsoft Corp.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROPOSED ORDER RE MOTOROLA'S 9-5-12
MOTION TO SEAL (ECF NO. 402)  - 3

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | \_\_X\_\_ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | \_\_X\_\_ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | \_\_X\_\_ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

PROPOSED ORDER RE MOTOROLA'S 9-5-12
MOTION TO SEAL (ECF NO. 402) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger
2 | Ropes & Gray LLP | _____ US Mail
  | One Metro Center | _____ Facsimile
  | 700 12th Street NW, Suite 900 | __X__ ECF
3 | Washington, DC  20005-3948
  | Telephone:  (202) 508-4693
4 | Email: Paul.schoenhard@ropesgray.com

5    DATED this 12th day of September, 2012.

                              s/ Linda Bledsoe_____
                              LINDA BLEDSOE

PROPOSED ORDER RE MOTOROLA'S 9-5-12
MOTION TO SEAL (ECF NO. 402)  - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717