The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants.<br><br>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, September 14, 2012** |

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4850-0736-3089.1

I. **INTRODUCTION**

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola") do not oppose Microsoft's 9/5/12 Motion to File Documents Under Seal (Dkt. No. 401) regarding the following documents:

- Limited Portions Microsoft's Opposition to Motorola's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe ("Microsoft's Opposition") (Dkt. No. 410); and

- Exhibits 1-3, 6-8, and 10-11 to the Declaration of Christopher Wion in Support of Microsoft's Opposition (the "9/5/12 Wion Declaration") (Dkt. No. 401).

II. **MOTOROLA DOES NOT OPPOSE MICROSOFT'S MOTION TO SEAL**

Exhibit 1 to the 9/5/12 Wion Declaration is the July 24, 2012 Expert Report of Kevin M. Murphy. The report, which is designated "ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER," references non-public and commercially sensitive information regarding the parties' business and licensing practices and strategies, and the terms of the parties' licenses with third parties. Disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm.  Accordingly, Exhibit 1 should remain under seal.

Exhibit 2 to the 9/5/12 Wion Declaration is the July 24, 2012 Expert Report of Matthew R. Lynde, Ph.D., Pursuant to Rule 26(a)(2)(B).  The report, which is designated as "MICROSOFT/MOTOROLA CONFIDENTIAL BUSINESS INFORMATION OUTSIDE ATTORNEY'S EYES ONLY – SUBJECT TO PROTECTIVE ORDER," contains highly confidential Motorola and Microsoft information relating to business and licensing practices and history.  This document also contains references to documents that contain the confidential information of non-parties to this action, and that disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm.  Disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm.

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4850-0736-3089.1

1  Accordingly, Exhibit 2 should be sealed in its entirety. An excerpt of this document was also submitted by Motorola as sealed Exhibit 5 to the Declaration of Samuel L. Brenner (Dkt. No. 392).

Exhibit 3 to the 9/5/12 Wion Declaration is the July 24, 2012 Expert Report of Timothy S. Simcoe. The report, which is designated "ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER," references non-public and commercially sensitive information regarding the parties' business and licensing practices and strategies, and the terms of the parties' licenses with third parties. Disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm. Accordingly, Exhibit 3 should remain under seal.

Exhibit 6 to the 9/5/12 Wion Declaration is the transcript of the deposition of Kevin M. Murphy, which was taken under oath in Chicago, Illinois, on August 31, 2012. This transcript has been designated as "HIGHLY CONFIDENTIAL." During his deposition, Dr. Murphy testified extensively regarding the content of both his opening and rebuttal expert reports, which Microsoft has designated in their entireties "ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER." Moreover, during his deposition, Dr. Murphy discussed confidential information about Microsoft's and Motorola's business and licensing practices and licensing history. Disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm. Due to presence of this highly confidential information throughout the transcript, Exhibit 6 should be sealed in its entirety. This document was also submitted as sealed Exhibit 39 to the Second Declaration of Samuel L. Brenner (Dkt. No. 406), and is discussed in Motorola Mobility's and General Instrument's Motion to File Documents Under Seal In Support of Its Opposition to Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar ("Motorola's 9/5/12 Motion to File Documents Under Seal") (Dkt. No. 402 at 4-5).

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12  
MOTION TO FILE DOCUMENTS UNDER SEAL - 2  
CASE NO. C10-1823-JLR  

SUMMIT LAW GROUP PLLC  
315 FIFTH AVENUE SOUTH, SUITE 1000  
SEATTLE, WASHINGTON 98104-2682  
Telephone: (206) 676-7000  
Fax: (206) 676-7001  

4850-0736-3089.1

1  Exhibit 7 to the 9/5/12 Wion Declaration is a true and correct copy of the transcript of the
2  deposition of Timothy S. Simcoe, Ph.D., which was taken under oath in Boston, Massachusetts, on
3  August 29, 2012.  By agreement of the parties, that transcript has been designated as
4  "CONFIDENTIAL."  During his deposition, Dr. Simcoe testified extensively regarding the
5  content of both his opening and rebuttal expert reports, which Microsoft has designated in their
6  entireties "ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER."  Accordingly,
7  Exhibit 7 should be sealed.  Exhibit 7 was also submitted by Motorola as sealed Exhibit 37 to the
8  Second Declaration of Samuel L. Brenner (Dkt. No. 406), and is discussed in Motorola's 9/5/12
9  Motion to File Documents Under Seal (Dkt. No. 402 at 3-4).

10  Exhibit 8 to the 9/5/12 Wion Declaration is the transcript of the deposition of Matthew R.
11  Lynde, Ph.D., which was taken under oath in San Francisco, California, on August 31, 2012.  That
12  transcript has been designated "CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER."  At
13  his deposition, Dr. Lynde testified extensively regarding the content of both his opening and
14  rebuttal expert reports, which Microsoft has designated in their entireties as
15  "MICROSOFT/MOTOROLA CONFIDENTIAL BUSINESS INFORMATION OUTSIDE
16  ATTORNEY'S EYES ONLY – SUBJECT TO PROTECTIVE ORDER."  Both Dr. Lynde's
17  testimony and the expert reports referenced extensively throughout the course of his deposition
18  disclose highly confidential Motorola and Microsoft information relating to business and licensing
19  practices and history.  Disclosure of this information to third parties and other party employees not
20  covered by the protective order would have the potential to lead to competitive harm.
21  Accordingly, Exhibit 8 should be sealed in its entirety.  This document was also submitted as
22  sealed Exhibit 38 to the Second Declaration of Samuel L. Brenner (Dkt. No. 406), and is discussed
23  in Motorola's 9/5/12 Motion to File Documents Under Seal (Dkt. No. 402 at 4).

24  Exhibit 10 to the 9/5/12 Wion Declaration is a document produced by Motorola bearing
25  Bates numbers MOTM_WASH1823_0421001-013.  This document, which has been marked
26  "CONTAINS MOTOROLA MOBILITY, INC. AND/OR THIRD PARTY CONFIDENTIAL

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4850-0736-3089.1

1  BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER," is a presentation that was
2  gathered from the internal files of a Motorola attorney, and which reflects licensing policy
3  proposals that apparently were presented at an ETSI meeting.  After a reasonable, good-faith
4  investigation, Motorola has been unable to determine whether this document is publically
5  available.  Given that Motorola believes this document is a confidential document that is not
6  available to the public, disclosure of this information to third parties and other party employees
7  not covered by the protective order would have the potential to lead to competitive harm.
8  Accordingly, Exhibit 10 should be sealed in its entirety.

9  Exhibit 11 to the 9/5/12 Wion Declaration is the August 10, 2012 Rebuttal Expert Report
10 of Roger S. Smith, which has been marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
11 ONLY."  This report includes an examination of, and discloses, confidential and non-public
12 financial and business information relating to both Microsoft and Motorola, and relating to
13 licensing and business practices and history.  Disclosure of this information to third parties and
14 other party employees not covered by the protective order would have the potential to lead to
15 competitive harm.  Accordingly, Exhibit 11 should be sealed in its entirety.  This document was
16 also submitted as sealed Exhibit 63 to the Second Declaration of Samuel L. Brenner (Dkt. No.
17 406), and is discussed in Motorola's 9/5/12 Motion to File Documents Under Seal (Dkt. No. 402
18 at 6).

19 For the reasons stated above, those portions of Microsoft's Opposition (Dkt. No. 410) that
20 refer to the confidential information contained in Exhibits 1-3, 6-8, and 10-11 should also be
21 sealed.

22 **III.   CONCLUSION**

23 Defendants do not oppose Microsoft's 9/5/12 Motion to File Documents Under Seal (Dkt.
24 No. 401).  Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's
25 designation of material as Confidential Business Information in accordance with the terms of the
26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4850-0736-3089.1

1  Protective Order entered on July 21, 2011 (Dkt. No. 72).  Defendants expressly reserve the right to
2  do so as the circumstances warrant.
3       DATED this 12th day of September, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY, INC.
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

And by

   Jesse J. Jenner (*pro hac vice*)
   Steven Pepe (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
   *kevin.post@ropesgray.com*

   James R. Batchelder (*pro hac vice*)
   Norman H. Beamer (*pro hac vice*)
   Ropes & Gray LLP
   1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
   (650) 617-4030
   *james.batchelder@ropesgray.com*
   *norman.beamer@ropesgray.com*

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4850-0736-3089.1

|  |  |
|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice* |
| 2 | Ropes & Gray LLP |
|   | One Metro Center |
| 3 | 700 12th Street NW, Suite 900 |
|   | Washington, DC  20005-3948 |
| 4 | (202) 508-4693 |
|   | *paul.schoenhard.@ropesgray.com* |
| 5 |   |
|   | ***Attorneys for Motorola Solutions, Inc., Motorola*** |
| 6 | ***Mobility, Inc., and General Instrument Corp.*** |

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 6
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4850-0736-3089.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson, Harrigan, Leyh & Tollefson LLP
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>David Greenfield, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*rcederoth@sidley.com*
>*david.greenfield@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 12th day of September, 2012.

>/s/ *Marcia A. Ripley*
>Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/5/12
MOTION TO FILE DOCUMENTS UNDER SEAL - 7
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4850-0736-3089.1