UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | CASE NO. C10-1823JLR<br><br>ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

ORDER- 1

1  This matter comes before the court on Microsoft Corporation's ("Microsoft")
2  motion for leave to file a motion to amend the protective order entered in this case. (Mot.
3  (Dkt. # 400).) The court GRANTS Microsoft's motion (Dkt. # 400) for leave to file its
4  motion to amend.

5  Dated this 12th day of September, 2012.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 2