HONORABLE JAMES L. ROBART

10-CV-01823-PET

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICROSOFT CORPORATION, | No. C10-1823-JLR |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MICROSOFT'S 9/5/12 MOTION TO FILE DOCUMENTS UNDER SEAL |
| MOTOROLA, INC., et al., | |
| Defendants. | **NOTED FOR:** Friday, September 14, 2012 |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

THIS MATTER comes before the Court on Microsoft's 9/5/12 Motion to File Documents Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 9/5/12 Motion to File Documents Under Seal is GRANTED. The Clerk is hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

(1) Limited Portions of Microsoft's Opposition to Motorola's *Daubert* Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe ("Microsoft's Opposition").

(2) Exhibits 1-3, 6-8, and 10-11 to the Declaration of Christopher Wion in Support of Microsoft's Opposition.

Dkt-s 408 and 410 shall remain sealed.

DONE IN OPEN COURT this 13th day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By _s/Arthur W. Harrigan, Jr._____
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Constantine L. Trela, Jr., *Pro Hac Vice*
Ellen S. Robbins, *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000

Carter G. Phillips, *Pro Hac Vice*
Brian Nester, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone: 202-736-8000

Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DATED this 5th day of September, 2012.

                          s/ Linda Bledsoe
                          LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/5/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717