The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>       Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION<br>[PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Thursday, September 13, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br> Plaintiffs/Counterclaim Defendant,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant/Counterclaim Plaintiff. | |

ORDER DENYING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION
CASE NO. C10-1823-JLR
4821-5622-0177.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    THIS MATTER having come before the Court on Microsoft's Motion to Amend Protective Order to Allow Designated In-House Counsel Expanded Access to Confidential Business Information and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Microsoft's Motion Amend Protective Order to Allow Designated In-House Counsel Expanded Access to Confidential Business Information is hereby DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
    Thomas V. Miller
    MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    (847) 523-2162

ORDER DENYING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION - 1
CASE NO. C10-1823-JLR
4821-5622-0177.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1 | And by

2 |     Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
3 |     Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
4 |     1211 Avenue of the Americas
    New York, NY  10036-8704
5 |     (212) 596-9046
    *jesse.jenner@ropesgray.com*
6 |     *steven.pepe@ropesgray.com*
    *kevin.post@ropesgray.com*
7 |
8 |     James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice*)
9 |     Ropes & Gray LLP
    1900 University Avenue, 6th Floor
10 |     East Palo Alto, CA  94303-2284
    (650) 617-4030
11 |     *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*
12 |     Paul M. Schoenhard (*pro hac vice*
13 |     Ropes & Gray LLP
    One Metro Center
14 |     700 12th Street NW, Suite 900
    Washington, DC  20005-3948
15 |     (202) 508-4693
    *paul.schoenhard.@ropesgray.com*

16 | ***Attorneys for Defendants Motorola, Inc., Motorola***
17 | ***Mobility, Inc., and General Instrument Corp.***

---

ORDER DENYING MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE
COUNSEL EXPANDED ACCESS TO CONFIDENTIAL
BUSINESS INFORMATION - 2
CASE NO. C10-1823-JLR
4821-5622-0177.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Calfo Danielson, Harrigan, Leyh & Eakes LLP
> *arthurh@calfoharrigan.com*
> *chrisw@calfoharrigan.com*
> *shanec@calfoharrigan.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> David Greenfield, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *david.greenfield@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 13th day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

---

ORDER DENYING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION - 3
CASE NO. C10-1823-JLR

4821-5622-0177.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001