The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　　　Defendants.<br><br>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　Plaintiffs/Counterclaim Defendant,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF KEVIN J. POST IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER<br><br>**NOTED ON MOTION CALENDAR:**<br>**Thursday, September 13, 2012** |

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION TO
AMEND PROTECTIVE ORDER
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, KEVIN J. POST, declare as follows:

1. I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola Mobility, Inc. and General Instrument Corporation (collectively "Motorola"), Defendants in this action, and am a member in good standing of the bars of the State of New York and the District of Columbia.

2. I submit this declaration in support of Motorola's Response to Microsoft's Motion for Leave to File Motion to Amend Protective Order, submitted concurrently herewith.

3. As counsel for Motorola in this case, and other cases pending between Motorola and Microsoft in this district and elsewhere, Ropes & Gray worked with Quinn Emanuel, counsel for Motorola in its various cases against Apple, as well as against Microsoft. In an effort to coordinate discovery activities between the various co-pending cases, attorneys from Quinn Emanuel sent notice letters on behalf of Motorola to third parties whose confidential information was responsive to various Apple and Microsoft discovery requests, notifying them of Motorola's intent to produce those materials. Because the impacted cases were at various stages, no protective order was attached to those notice letters, but Quinn Emanuel informed third parties that their material would be produced under the highest confidentiality level allowable under each protective order.

4. Attached as Exhibit 1 is a true and correct copy of a letter from counsel for Motorola to Eastman Kodak Company, dated December 28, 2010, seeking permission to disclose certain documents to opposing counsel in several actions, under the highest level of confidentiality allowed by the applicable protective orders.

5. Attached as Exhibit 2 is a true and correct copy of an email from Eastman Kodak Company to counsel for Motorola, dated January 19, 2011, consenting to the disclosure of certain documents in several actions, under the "highest standard of confidentiality, i.e. outside counsel attorney's eyes only."

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA RESPONSE TO MICROSOFT'S MOTION FOR
LEAVE TO FILE MOTION TO AMEND PROTECTIVE
ORDER -- 2
CASE NO. C10-1823-JLR
31751467_3

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

6. The document productions made by Motorola in the Apple and Microsoft cases included materials produced previously in an ITC action pending between Motorola and Research In Motion (ITC Inv. No. 337-TA-706). During that Investigation, notice letters were sent out by Ropes & Gray, requesting permission to produce on an "outside counsel" only basis.

7. Attached as Exhibit 3 is a true and correct copy of a letter from counsel for Motorola to Hitachi, Ltd., dated April 5, 2010, seeking permission to disclose certain documents in connection with ITC Investigation 337-TA-706, under the applicable protective order, limiting disclose to outside counsel, expert witnesses that subscribed to the protective order and ITC personnel.

8. Attached as Exhibit 4 is a true and correct copy of a an email from Hitachi Ltd. to counsel for Motorola, dated April 5, 2010, consenting to the disclosure of certain documents under the protective order entered in ITC Investigation 337-TA-706, "which allows only outside counsel, expert witnesses and ITC personnel" access the relevant documents.

9. The above examples are representative of the correspondence between counsel for Motorola and other third parties who consented to the disclosure of that third party's confidential information. The following third parties consented to the disclosure of confidential information under these terms: Agilent Technologies, Inc.; Aruba Networks, Inc.; Brightstar Corp.; Casio Computer Company, Ltd.; Chi Mei Communication Systems; Denso Corp.; Eastman Kodak Co.; Telefonaktiebolaget LM Ericsson; Giant Electronics Ltd.; Harris Corp.; Hand Held Products, Inc.; Hitachi Ltd.; Hop-on Wireless, Inc.; High Tech Computer Corp.; IFR Systems Inc.; Intermec Technologies Corp.; LG Electronics Inc.; Matsushita Electric Industrial Co., Ltd.; Metrologic Instruments, Inc.; NEC Corp.; Nokia Corp.; Option NV; Philips Electronics N.V.; Qisda Corp.; Qualcomm, Inc.; Research In Motion Ltd.; Sagem Communication; Samsung Electronics Co., Ltd.; Sanyo Electric Co., Ltd.; Sharp Corp.; Sierra Wireless, Inc.; Telit Communications S.p.A.; VTech Communications, Inc.

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA RESPONSE TO MICROSOFT'S MOTION FOR
LEAVE TO FILE MOTION TO AMEND PROTECTIVE
ORDER -- 3
CASE NO. C10-1823-JLR

31751467_3

Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

10. Exhibits 1 and 3 are also representative of letters sent by counsel for Motorola to third parties, where such third parties did not respond to the letter.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 5th day of September, 2012.

_____
Kevin J. Post

DECLARATION OF KEVIN J. POST IN SUPPORT OF MOTOROLA RESPONSE TO MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION TO AMEND PROTECTIVE ORDER -- 4
CASE NO. C10-1823-JLR
31751467_3

Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Arthur W. Harrigan, Jr., Esq.
    Christopher T. Wion, Esq.
    Shane P. Cramer, Esq.
    Calfo Danielson, Harrigan, Leyh & Eakes LLP
    *arthurh@calfoharrigan.com*
    *chrisw@calfoharrigan.com*
    *shanec@calfoharrigan.com*

    Richard A. Cederoth, Esq.
    Brian R. Nester, Esq.
    David T. Pritikin, Esq.
    Douglas I. Lewis, Esq.
    John W. McBride, Esq.
    David Greenfield, Esq.
    William H. Baumgartner, Jr., Esq.
    David C. Giardina, Esq.
    Carter G. Phillips, Esq.
    Constantine L. Trela, Jr., Esq.
    Ellen S. Robbins, Esq.
    Nathaniel C. Love, Esq.
    Sidley Austin LLP
    *rcederoth@sidley.com*
    *bnester@sidley.com*
    *dpritikin@sidley.com*
    *dilewis@sidley.com*
    *jwmcbride@sidley.com*
    *david.greenfield@sidley.com*
    *wbaumgartner@sidley.com*
    *dgiardina@sidley.com*
    *cphillips@sidley.com*
    *ctrela@sidley.com*
    *erobbins@sidley.com*
    *nlove@sidley.com*

    T. Andrew Culbert, Esq.
    David E. Killough, Esq.
    Microsoft Corp.
    *andycu@microsoft.com*
    *davkill@microsoft.com*

DATED this 13th day of September, 2012.

                                         /s/ *Marcia A. Ripley*
                                         Marcia A. Ripley

DECLARATION OF KEVIN J. POST IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION TO
AMEND PROTECTIVE ORDER - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001