# EXHIBIT 1

Case 2:10-cv-01823-JLR   Document 436-1   Filed 09/13/12   Page 1 of 12

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6415**

WRITER'S INTERNET ADDRESS
**joshuasohn@quinnemanuel.com**

December 28, 2010

Roland R. Schindler II
Director, Patent Litigation
Eastman Kodak Company
343 State Street
Rochester, NY 14650-2201

Re:     Request for Consent to Produce Confidential Eastman Kodak Documents

Dear Mr. Schindler:

I am writing on behalf of Motorola, Inc. and Motorola Mobility, Inc. (collectively "Motorola"). Motorola is involved in several legal actions in which it is represented by Quinn Emanuel Urquhart & Sullivan, LLP and Ropes & Gray, LLP.  Quinn Emanuel represents Motorola in *Certain Mobile Devices, Associated Software, and Components Thereof*, Inv. No. 337-TA-744 (U.S. Int'l Trade Comm'n); *Certain Wireless Communication Devices, Portable Music and Data Processing Devices, Computers and Components Thereof*, Inv. No. 337-TA-745 (U.S. Int'l Trade Comm'n); *Motorola Mobility, Inc., v. Apple Inc. and Next Software, Inc.*, No. 10-867-GMS (D. Del.); and *Motorola Mobility, Inc., v. Apple Inc.*, No. 1:10-cv-23580-UU (S.D. Fla.)  Ropes & Gray represents Motorola in *Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, No. 337-TA-752 (U.S. Int'l Trade Comm'n); *Motorola Mobility, Inc. and General Instrument Corp. v. Microsoft Corp.*, No. 3:10-cv-00699-WMC (W.D. Wisc.); *Motorola Mobility, Inc. and General Instrument Corp. v. Microsoft Corp.*, No. 3:10-cv-00700-WMC (W.D. Wisc.); and *Motorola Mobility, Inc. and General Instrument Corp. v. Microsoft Corp.*, No. 1:10-cv-24063-FAM (S.D. Fla.).

Opposing counsel in several of these actions have recently asked us to re-produce the documents that Motorola had previously produced in the matter of *Certain Wireless Communication System Server Software, Wireless Handheld Devices and Battery Packs*, Inv. No. 337-TA-706 (U.S. Int'l Trade Comm'n).  Some of these previously-produced documents include Eastman Kodak confidential documents, including executed license agreements and/or correspondence relating to

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

7

various Motorola-owned patents.

In an email dated April 6, 2010, you had given Motorola permission to produce these confidential documents in the *Certain Wireless Communication System Server Software* action. Motorola hereby seeks your permission to re-produce these same documents in the actions listed in the first paragraph of this letter.  Naturally, Motorola would designate these documents with the highest level of confidentiality allowed by the protective orders in these actions.

Please let us know if we have your consent to re-produce these documents.  Should we not hear from you, we plan to produce these documents by January 31, 2011.  Please feel free to contact me at any time with questions or concerns.  Thank you in advance for your consideration.

Very truly yours,

*Joshua L. Sohn*

Joshua L. Sohn

# EXHIBIT 2

9

## McDonough, Conor B.

| | |
|---|---|
| **From:** | sheila.popowych@kodak.com |
| **Sent:** | Wednesday, January 19, 2011 4:33 PM |
| **To:** | Joshua Sohn |
| **Cc:** | Robert R. Cleary; scott.clark@kodak.com |
| **Subject:** | RE: Motorola Request for Production of Documents |

Joshua - based on what you have provided below, Kodak gives its consent for producing the Motorola license agreement in the referenced actions. As to the district court actions that are not yet governed by protective order, we request that the license agreement, should it require production, be marked under the highest standard of confidentiality, i.e. outside counsel attorney's eyes only.

Regards,

Sheila L. Popowych
Paralegal, Eastman Kodak Company
343 State Street
Rochester, New York 14650-00205
phone: (585) 781-1588
KNET: 27-11588
fax: (585) 724-6611

The information in this e-mail is the property of Kodak and may be confidential. It is intended for the named recipient(s) only. If you have received it in error, please inform the sender and delete the message. Thank you. Please note that neither Kodak nor the sender accepts any responsibility for viruses and it is your responsibility to scan the e-mail and any attachments.

| | |
|---|---|
| From: | Joshua Sohn <Joshuasohn@quinnemanuel.com> |
| To: | "sheila.popowych@kodak.com" <sheila.popowych@kodak.com> |
| Cc: | "scott.clark@kodak.com" <scott.clark@kodak.com>, "Robert R. Cleary" <robertcleary@quinnemanuel.com> |
| Date: | 01/18/2011 08:26 PM |
| Subject: | RE: Motorola Request for Production of Documents |

Dear Sheila,

Attached is the lone document reflecting Kodak confidential information that we wish to produce. It is a Kodak-Motorola license agreement ("Agreement"). The patents specifically referenced in this Agreement are listed on page 8 and Exhibits 2 and 3 in the Agreement.

I also am attaching the protective orders for the three International Trade Commission actions referred to in my letter. Regarding the five U.S. District Court actions, no protective orders have yet been entered. As soon as the protective orders are entered in these District Court actions, I will forward the protective orders on to you. In the meantime, please let us know whether we have Kodak's consent to produce the Agreement in the International Trade Commission actions. Thank you again for your consideration.

**Joshua Sohn**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1

10

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6415 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
Joshuasohn@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** sheila.popowych@kodak.com [mailto:sheila.popowych@kodak.com]
**Sent:** Thursday, January 06, 2011 2:47 PM
**To:** Joshua Sohn
**Cc:** scott.clark@kodak.com
**Subject:** Motorola Request for Production of Documents


Joshua - we are in receipt of your December 28 letter to Roland Schindler in which you request Kodak consent to produce confidential documents, including the license agreement to which Kodak and Motorola are a party, as well as patent related correspondence, in 8 different pending ITC and/or District Court actions.

Before providing consent, we request a copy of the Protective Order in place for each of these cases - Kodak will mandate that our documents be produced under an outside counsel attorney eyes only confidentiality designation. In addition, we ask that you provide us with the patent numbers of the "correspondence [*to which Kodak is a party* ] relating to various Motorola owned patents."

We look forward to hearing from you.


Sheila L. Popowych
Paralegal, Eastman Kodak Company
343 State Street
Rochester, New York 14650-00205
phone: (585)  781-1588
KNET:  27-11588
fax: (585) 724-6611


The information in this e-mail is the property of Kodak and may be confidential.  It is intended for the named recipient(s) only.  If you have received it in error, please inform the sender and delete the message.  Thank you.  Please note that neither Kodak nor the sender accepts any responsibility for viruses and it is your responsibility to scan the e-mail and any attachments.[attachment "Kodak.pdf" deleted by Sheila L. Popowych/488615/EKC] [attachment "337-TA-744 Protective Order.pdf" deleted by Sheila L. Popowych/488615/EKC] [attachment "337-TA-745 Protective Order.pdf" deleted by Sheila L. Popowych/488615/EKC] [attachment "337-TA-752 Protective Order.pdf" deleted by Sheila L. Popowych/488615/EKC]

# EXHIBIT 3



ROPES & GRAY LLP
ONE METRO CENTER
700 12TH STREET, NW, SUITE 900
WASHINGTON, DC 20005-3948
WWW.ROPESGRAY.COM

April 5, 2010

Matthew J. Rizzolo
202-508-4715
202-383-9856 fax
Matthew.Rizzolo@ropesgray.com

**VIA E-MAIL**

Mr. Hisao Yamasaki
General Manager, IP Licensing
Hitachi, Ltd.
New Marunouchi Bldg., 5-1,
Marunouchi 1-chome
Chiyoda-ku, Tokyo 100-8220
Japan

Dear Mr. Yamasaki:

    I write to follow up on Hiro Hagiwara's March 16 letter and my April 1 e-mail regarding the production of two license agreements between Motorola and Hitachi in a pending investigation (Inv. No. 337-TA-706) before the United States International Trade Commission which involves our client, Motorola, and Research In Motion ("RIM").

    Because these licenses are responsive to RIM's discovery requests, and due to the rapid pace at which an ITC investigation progresses, we plan to produce the license agreements under the Protective Order entered in the case as HITACHI CONFIDENTIAL BUSINESS INFORMATION. According to terms of the Protective Order, these license agreements would only be viewable by the parties' outside counsel, expert witnesses who subscribe to the Protective Order, and ITC personnel, so Hitachi's confidential information would remain well-protected.

    I have enclosed the license agreements, as well as the Protective Order entered by the Administrative Law Judge in this Investigation. Please let me know by Wednesday, April 7, 2010 if Hitachi has any objection to the production of this license in this investigation as Hitachi Confidential Business Information. Thank you very much for your consideration and your cooperation in this matter.

    If you have any questions, please contact me at matthew.rizzolo@ropesgray.com or (202) 508-4715.

Sincerely yours,

Matthew J. Rizzolo

Enclosures

13

# EXHIBIT 4

**McDonough, Conor B.**

**From:** hisashi.kumazaki.ek@hitachi.com
**Sent:** Monday, April 05, 2010 10:14 PM
**To:** Rizzolo, Matthew
**Cc:** hisao.yamasaki.qw@hitachi.com; hiroyuki.okutsu.mk@hitachi.com
**Subject:** Re:Fw:RE: Motorola's Request

Dear Mr. Rizzolo:

Your emails addressed to Mr. Hisao Yamasaki were transferred to me.
I apologize for our delay in response.

We do not object to your production of two patent license agreements
between Motorola and Hitachi (i.e. CELLULAR ESSENTIAL PROPERTIES
CROSS LICENSE AGREEMENT - SUBSCRIBER and CELLULAR ESSENTIAL
PROPERTIES CROSS LICENSE AGREEMENT INFRASTRUCTURE) under the
protective order entered in ITC Inv. No. 337-TA-706, which allows
only outside counsel, expert witnesses and ITC personnel to view
those two agreements.

Thank you for notifying Hitachi of this discovery request.

Best regards,



Hisashi Kumazaki
General Manager, IP Licensing Department
Intellectual Property Group, Hitachi, Ltd.
Address: Marunouchi Center Building, 6-1 Marunouchi 1-chome
         Chiyoda-ku, Tokyo 100-8220 Japan
e-mail:   hisashi.kumazaki.ek@hitachi.com


>--------------- Begin of forwarded message ---------------------
>TO:山崎＿寿郎
>送信者　:Matthew.Rizzolo@ropesgray.com
>主題　:RE: Motorola's Request
>受信日　:2010/04/05 22:03
>属性　:なし
>
>
>Dear Mr. Yamasaki:
>
>I sincerely apologize for the multiple requests, but I have not yet received a response from you regarding
Hiro Hagiwara's March 16 email, nor my April 1 email.  Please see the attached letter, the protective order
entered in ITC Inv. No. 337-TA-706, and two licenses between Hitachi and Motorola.  As the letter states,
the licenses are responsive to RIM's discovery requests and we intend to produce them under the protective
order as "Hitachi Confidential Business Information."  As such, the licenses would be viewable only by the
parties' outside counsel, expert witnesses, and ITC personnel.  If you have any objections to this plan,
please let me know by Wednesday, April 7.  Thank you - Ropes & Gray and Motorola appreciate your cooperation
in this matter.

1

15

```
>
>Regards,
>
>Matt
>
>
>
>Matthew J. Rizzolo
>ROPES & GRAY LLP
>T +1 202 508 4715 | F +1 202 383 9856
>One Metro Center, 700 12th Street, NW, Suite 900
>Washington, DC 20005-3948
>Matthew.Rizzolo@ropesgray.com
>http://www.ropesgray.com/
>
>
>_____
>From:    Rizzolo, Matthew
>Sent:    Thursday, April 01, 2010 9:45 AM
>To:      hisao.yamasaki.qw@hitachi.com
>Subject:        FW: Motorola's Request
>
>Dear Mr. Yamasaki:
>
>I write to follow up on Mr. Hagiwara's March 16 request, which is attached below.  Have you had a chance to
review the request and the attached documents?  Please let me know whether Hitachi will consent to the
production of the attached license agreements in the ITC Investigation identified below as Confidential
Business Information, viewable only by the parties' outside counsel, expert witnesses, and ITC
personnel.  If you have any questions, please do not hesitate to contact me.  Thank you for your time and
consideration.

>
>Regards,
>
>Matt
>
>
>Matthew J. Rizzolo
>ROPES & GRAY LLP
>T +1 202 508 4715 | F +1 202 383 9856
>One Metro Center, 700 12th Street, NW, Suite 900
>Washington, DC 20005-3948
>Matthew.Rizzolo@ropesgray.com
>http://www.ropesgray.com/
>
>
>
>
>
>Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you
that any U.S. tax advice contained in this communication (including any attachments) was not intended or
written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting,
marketing or recommending to another party any tax-related matters addressed herein.
```

2

>
>This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

>_____
>From:     Hagiwara, Hiroyuki
>Sent:     Tuesday, March 16, 2010 4:45 AM
>To:       hisao.yamasaki.qw@hitachi.com
>Cc:       katsuyuki.uchiyama.sf@hitachi.com; Rizzolo, Matthew; Jenner, Jesse J.
>Subject:        Motorola's Request
>
>Dear Yamazaki san,
>
>I hope this message finds you well.
>
>Our firm represents Motorola against RIM in Section 337 ITC Investigation No. 337-TA-706.  I write to convey Motorola's request for Hitachi's consent to produce Hitachi confidential documents which were requested by RIM in the subject litigation.  Given the compressed discovery schedule, Motorola would appreciate your prompt response and kind consent.  Our firm's litigation team for Motorola identified the attached agreements as relevant, responsive and confidential documents.  I also attached a copy of the applicable protective order.  We would produce the documents, if Hitachi consents, under the terms of the protective order.

>
>If you have any questions, please contact Matthew Rizzolo (Washington DC) or myself.
>
>Thank you for your consideration of this matter on Motorola's behalf.
>
>Best regards,
>
>
>Hiroyuki Hagiwara
>ROPES & GRAY LLP
>T 81-3-6259-3516 | F 81-3-6259-3517
>Yusen Building 2F
>3-2, Marunouchi 2-chome
>Chiyoda-ku, Tokyo
>100-0005 Japan
>Hiroyuki.Hagiwara@ropesgray.com
>http://www.ropesgray.com/
>
> << File: Inv No 337-TA-706 Protective Order.pdf >>   << File: Hitachi Cellular Subscriber License_4-6-04.pdf >>   << File: Hitachi Cellular Infrastructure License_4-1-04.pdf >>   << File: Active_24421204_1_Letter to Hitachi.DOC >>


>
>
>--------------- End of forwarded message ----------------------
>

3

17