THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. C10-1823-JLR |
| Plaintiff, | |
| vs. | **(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION** |
| MOTOROLA, INC.,  et al., | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | **NOTE ON MOTION CALENDAR: Friday, September 13, 2012** |
| vs. | |
| MICROSOFT CORPORATION, | |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

        This matter came before the Court on Microsoft's Motion to Amend Protective Order

20

to Allow In-House Counsel Expanded Access to Confidential Business Information (the

21

"Motion").

22

        The Court has considered the following pleadings:

23

        1.      Defendant Microsoft's Motion to Amend Protective Order to Allow In-House

24

Counsel Expanded Access to Confidential Business Information, including Exhibits A and B

25

(clean and red-lined versions of the Amended Protective Order);

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 1

**C10-1823**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1      2.      Motorola's Response to Microsoft's Motion to Amend Protective Order to

2   Allow In-House Counsel Expanded Access to Confidential Business Information;

3      3.      Declaration of Kevin Post in Support of Motorola's Response (with exhibits);

4      4.      Microsoft's Reply in Support of Its Motion to Amend Protective Order to Allow

5   In-House Counsel Expanded Access to Confidential Business Information.

6          The Court therefore deems itself fully advised.  Now, therefore,

7          IT IS ORDERED that the Protective Order be Amended, as per Exhibit A attached to

8   Microsoft's Motion to Amend the Protective Order.

9          DONE IN OPEN COURT this __ day of _____, 2012.

10

                                    _____
11                                   HONORABLE JAMES L. ROBART
    Presented by:

12
    CALFO HARRIGAN LEYH & EAKES LLP
13
    By ____/s/ Arthur W. Harrigan, Jr._____
14          Arthur W. Harrigan, Jr., WSBA #1751
            Christopher Wion, WSBA #33207
15          Shane P. Cramer, WSBA #35099

16          T. Andrew Culbert, WSBA #35925
            David E. Killough, WSBA #40185
17          MICROSOFT CORPORATION
            1 Microsoft Way
18          Redmond, WA  98052
            Phone:  425-882-8080; Fax:  425-869-1327
19
            David T. Pritikin, *Pro Hac Vice*
20          Richard A. Cederoth, *Pro Hac Vice*
            Constantine L. Trela, Jr., *Pro Hac Vice*
21          Douglas I. Lewis, *Pro Hac Vice*
            John W. McBride, *Pro Hac Vice*
22          Ellen S. Robbins, *Pro Hac Vice*
            SIDLEY AUSTIN LLP
23          One South Dearborn
            Chicago, IL  60603
24

25

(PROPOSED) ORDER GRANTING                    **C10-1823**
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE                          LAW OFFICES
COUNSEL EXPANDED ACCESS TO                      **CALFO HARRIGAN LEYH & EAKES LLP**
                                                       999 THIRD AVENUE, SUITE 4400
CONFIDENTIAL BUSINESS INFORMATION - 2                  SEATTLE, WASHINGTON 98104
                                                  TEL, (206) 623-1700   FAX, (206) 623-8717

1

2
Brian R. Nester, *Pro Hac Vice*
Carter G. Phillips, *Pro Hac Vice*
3
SIDLEY AUSTIN LLP
1501 K Street NW
4
Washington, DC  20005
Telephone:  202-736-8000; Fax:  202-736-8711
5
Counsel for Microsoft Corporation
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING                    **C10-1823**
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1.     I am over the age of 21 and not a party to this action.

2.     On the 13th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081          _____ Messenger
Lynn M. Engel, WSBA #21934            _____ US Mail
Summit Law Group                      _____ Facsimile
315 Fifth Ave. South, Suite 1000        X    ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)             _____ Messenger
Jesse J. Jenner (*pro hac vice*)         _____ US Mail
Ropes & Gray LLP                      _____ Facsimile
1211 Avenue of the Americas             X    ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)        _____ Messenger
Ropes & Gray LLP                      _____ US Mail
1900 University Avenue, 6th Floor        _____ Facsimile
East Palo Alto, CA  94303-2284          X    ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 4

**C10-1823**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
___X___ ECF

5          DATED this 13th day of September, 2012.

6

7
                              s/ Linda Bledsoe
                              LINDA BLEDSOE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 5

**C10-1823**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717