The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES<br><br>**NOTED ON MOTION CALENDAR:**<br>**Thursday, September 13, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES
CASE NO. C10-1823-JLR

4833-3449-1921.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, defendants Motorola Mobility, Inc. and General Instrument Corp. hereby respectfully move the Court for an order substituting the currently named defendant Motorola Mobility, Inc. with defendant Motorola Mobility LLC. Plaintiff Microsoft Corp. does not oppose any of the relief requested in the Motion.

## I.     FACTS

On June 22, 2012, Motorola Mobility, Inc. filed a Certificate of Conversion in the State of Delaware, in which Motorola Mobility, Inc. converted from a corporation to a limited liability company,[1] and changed its name to Motorola Mobility LLC.[2] There is no longer an entity operating under the name "Motorola Mobility, Inc." Defendant General Instrument Corp., which was a wholly owned subsidiary of Motorola Mobility, Inc., remains a wholly owned subsidiary of Motorola Mobility LLC.

The representations contained in this Motion are offered solely in an effort to correct the record and to avoid unnecessary motion practice. The parties have agreed that they shall have no bearing on the merits of the case or otherwise be construed as an admission concerning any defense or claim.

## II.     CONCLUSION

Motorola Mobility, Inc. hereby respectfully moves the Court for an order substituting current defendant Motorola Mobility, Inc. with new defendant Motorola Mobility LLC.

---

[1] *See* Certificate of Conversion, attached hereto as Exhibit 1.

[2] *See id.*; *see also* Certificate of Formation, attached hereto as Exhibit 2.

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES - 1
CASE NO. C10-1823-JLR

4833-3449-1921.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   DATED this 13th day of September, 2012.

2                                                                               SUMMIT LAW GROUP PLLC

3                                                                               By */s/ Ralph H. Palumbo*
                                                                                    Ralph H. Palumbo, WSBA #04751
4                                                                                   Philip S. McCune, WSBA #21081
                                                                                    Lynn M. Engel, WSBA #21934
5                                                                                   *ralphp@summitlaw.com*
                                                                                    *philm@summitlaw.com*
6                                                                                   *lynne@summitlaw.com*

7                                                                               By */s/ Thomas V. Miller*
                                                                                    Thomas V. Miller
8                                                                                   MOTOROLA MOBILITY LLC
                                                                                    600 North U.S. Highway 45
9                                                                                   Libertyville, IL  60048-1286
                                                                                    (847) 523-2162
10

11                                                                              And by

12                                                                                  Jesse J. Jenner (*pro hac vice*)
                                                                                    Steven Pepe (*pro hac vice*)
13                                                                                  Kevin J. Post (*pro hac vice*)
                                                                                    Ropes & Gray LLP
14                                                                                  1211 Avenue of the Americas
                                                                                    New York, NY  10036-8704
15                                                                                  (212) 596-9046
                                                                                    *jesse.jenner@ropesgray.com*
16                                                                                  *steven.pepe@ropesgray.com*
                                                                                    *kevin.post@ropesgray.com*
17
                                                                                    James R. Batchelder (*pro hac vice*)
18                                                                                  Norman H. Beamer (*pro hac vice*)
                                                                                    Ropes & Gray LLP
19                                                                                  1900 University Avenue, 6th Floor
                                                                                    East Palo Alto, CA  94303-2284
20                                                                                  (650) 617-4030
                                                                                    *james.batchelder@ropesgray.com*
21                                                                                  *norman.beamer@ropesgray.com*

22

23

24

25

26

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
UNOPPOSED  AND AGREED MOTION TO SUBSTITUTE
PARTIES - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4833-3449-1921.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC, and General Instrument Corporation**

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S
UNOPPOSED  AND AGREED MOTION TO SUBSTITUTE
PARTIES - 3
CASE NO. C10-1823-JLR

4833-3449-1921.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 13th day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED  AND AGREED MOTION TO SUBSTITUTE PARTIES - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4833-3449-1921.1