# EXHIBIT 1



PAGE 1

*The First State*

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "MOTOROLA MOBILITY, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "MOTOROLA MOBILITY, INC." TO "MOTOROLA MOBILITY LLC", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF JUNE, A.D. 2012, AT 7:01 O'CLOCK P.M.*

4315483   8100V

120770409

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 9665034

DATE: 06-22-12

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 07:01 PM 06/22/2012*
*FILED 07:01 PM 06/22/2012*
*SRV 120770409 - 4315483 FILE*

## CERTIFICATE OF CONVERSION

Pursuant to Section 18-214 of the Delaware Limited Liability Company Act, the undersigned hereby certifies the following:

1. The jurisdiction where Motorola Mobility, Inc. (the "Company") was first incorporated is the State of Delaware.

2. The Company was first incorporated on March 12, 2007.

3. The name of the Company immediately prior to the filing of this Certificate of Conversion was Motorola Mobility, Inc.

4. The name of the Company as set forth in the attached Certificate of Formation is Motorola Mobility LLC.

IN WITNESS WHEREOF, the undersigned being duly authorized to sign on behalf of Motorola Mobility, Inc. has executed this Certificate on the 22nd day of June, 2012.

Motorola Mobility, Inc.

By: _____
Katherine Stephens
Assistant Secretary

7

# EXHIBIT 2



# Delaware

PAGE  2

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF FORMATION OF "MOTOROLA MOBILITY LLC" FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF JUNE, A.D. 2012, AT 7:01 O'CLOCK P.M.*

*4315483   8100V*

*120770409*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

*AUTHENTICATION: 9665034*

*DATE: 06-22-12*

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 07:01 PM 06/22/2012*
*FILED 07:01 PM 06/22/2012*
*SRV 120770409 - 4315483 FILE*

## CERTIFICATE OF FORMATION

## OF

## MOTOROLA MOBILITY LLC

The undersigned, desiring to form a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Delaware Code, Chapter 18 (the "Delaware LLC Act"), does hereby certify as follows:

I. The name of the limited liability company is Motorola Mobility LLC (the "Company").

II. The address of its registered office in the State of Delaware is 1209 Orange Street, Wilmington, County of New Castle, Delaware 19801. The name of its registered agent at such address for service of process in the State of Delaware at such address is The Corporation Trust Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of Motorola Mobility LLC as of June 22, 2012.

By: _____
Name: Katherine Stephens
Title: Assistant Secretary

10