FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 17 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants.<br><br>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES [PROPOSED]<br><br>NOTED ON MOTION CALENDAR:<br>Thursday, September 13, 2012 |

10-CV-01823-ORD

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES
CASE NO. C10-1823-JLR

4850-6261-0705.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

THIS MATTER having come before the Court on Motorola Mobility's and General Instrument's Unopposed and Agreed Motion to Substitute Parties, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Motorola Mobility LLC is substituted for Motorola Mobility, Inc., the style of the case is revised accordingly, and all prior pleadings, motions, answers, and/or other filed documents in this case reflecting "Motorola Mobility, Inc." shall be deemed to now say "Motorola Mobility LLC" instead.

IT IS SO ORDERED.

DATED this 14th day of September, 2012.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Philip S. McCune*
Ralph H. Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
*ralphp@summitlaw.com*
*philm@summitlaw.com*
*lynne@summitlaw.com*

By */s/ Thomas V. Miller*
Thomas V. Miller
MOTOROLA MOBILITY LLC
600 North U.S. Highway 45
Libertyville, IL 60048-1286
(847) 523-2162

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4850-6261-0705.1

1  And by

2   Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
3   Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
4   1211 Avenue of the Americas
    New York, NY 10036-8704
5   (212) 596-9046
    *jesse.jenner@ropesgray.com*
6   *steven.pepe@ropesgray.com*
    *kevin.post@ropesgray.com*
7
    James R. Batchelder (*pro hac vice*)
8   Norman H. Beamer (*pro hac vice*)
    Ropes & Gray LLP
9   1900 University Avenue, 6th Floor
    East Palo Alto, CA 94303-2284
10  (650) 617-4030
    *james.batchelder@ropesgray.com*
11  *norman.beamer@ropesgray.com*

12  Paul M. Schoenhard (*pro hac vice*)
    Ropes & Gray LLP
13  One Metro Center
    700 12th Street NW, Suite 900
14  Washington, DC 20005-3948
    (202) 508-4693
15  *paul.schoenhard.@ropesgray.com*

16  ***Attorneys for Motorola, Inc., Motorola Mobility***
    ***LLC, and General Instrument Corporation***
17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4850-6261-0705.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 13th day of September, 2012.

/s/     *Marcia A. Ripley*
Marcia A. Ripley

---

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4850-6261-0705.1