The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

                    Plaintiff,

      v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

                  Defendants.

MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

      Plaintiffs/Counterclaim Defendant,

      v.

MICROSOFT CORPORATION,

      Defendant/Counterclaim Plaintiff.

CASE NO. C10-1823-JLR

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S 9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL

**NOTED ON MOTION CALENDAR: Friday, September 21, 2012**

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4852-7265-8705.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## I.      INTRODUCTION

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility LLC and General Instrument Corporation (collectively, "Motorola") do not oppose Microsoft's 9/10/12 Motion to File Documents Under Seal (Dkt. No. 421) regarding the following documents:

- Limited Portions of Microsoft's Reply in Support of Its Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. Ramamirtham Sukumar ("Microsoft's Reply") (Dkt. No. 425); and

- Exhibits 6 and 7 to the Second Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohue and Dr. Ramamirtham Sukumar (the "9/10/12 Wion Declaration") (Dkt. No. 423).

## II.     MOTOROLA DOES NOT OPPOSE MICROSOFT'S MOTION TO SEAL

Exhibit 6 to the 9/10/12 Wion Declaration is a copy of the transcript of the deposition of Motorola expert Michael Dansky, taken under oath in New York on September 5, 2012. Microsoft has informed Motorola that it intends to designate the transcript as "confidential" under the terms of the Protective Order.  During his deposition, Mr. Dansky testified extensively regarding the contents of  both his opening and rebuttal expert reports, which Microsoft has designated in their entireties as "Highly Confidential – Attorneys' Eyes Only," and also testified regarding the opinions of Motorola expert Charles R. Donohoe, which were themselves contained in reports that Motorola has designated as "CONTAINS CONFIDENTIAL FINANCIAL INFORMATION – OUTSIDE ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER."  Moreover, during his deposition, Mr. Dansky discussed confidential information about Microsoft's and Motorola's business and licensing practices and licensing history.  Disclosure of this information to third parties and other party employees not covered by the protective order would have the potential to lead to competitive harm.  Due to presence of this highly confidential information throughout the transcript, Exhibit 6 should be sealed in its entirety.

Exhibit 7 to the 9/10/12 Wion Declaration is a copy of the August 15, 2012 corrected Expert Report of Tim Arthur Williams, the original of which was filed July 24, 2012.  While this

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 1
CASE NO. C10-1823-JLR

4852-7265-8705.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1   report was not marked "Confidential," Motorola has informed Microsoft that the materials in the

2   report are confidential, and Motorola has designated the transcript of Dr. Williams' deposition as

3   "CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO THE PROTECTIVE ORDER."

4   Moreover, Dr. Williams' report discusses confidential, non-public information relating to the

5   parties' patents.  Disclosure of this information to third parties and other party employees not

6   covered by the protective order would have the potential to lead to competitive harm.

7   Accordingly, Exhibit 7 should be sealed in its entirety.

8          For the reasons stated above, those portions of Microsoft's Reply (Dkt. No. 425) that refer

9   to the confidential information contained in Exhibits 6 and 7 should also be sealed.

10  **III.    CONCLUSION**

11         Defendants do not oppose Microsoft's 9/10/12 Motion to File Documents Under Seal (Dkt.

12  No. 421).  Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's

13  designation of material as Confidential Business Information in accordance with the terms of the

14  Protective Order entered on July 21, 2011 (Dkt. No. 72).  Defendants expressly reserve the right to

15  do so as the circumstances warrant.

16         DATED this 19th day of September, 2012.

17                                                  SUMMIT LAW GROUP PLLC

18                                                  By /s/ Ralph H. Palumbo
                                                        Ralph H. Palumbo, WSBA #04751
19                                                      Philip S. McCune, WSBA #21081
                                                        Lynn M. Engel, WSBA #21934
20                                                      ralphp@summitlaw.com
                                                        philm@summitlaw.com
21                                                      lynne@summitlaw.com

22                                                  By /s/ Thomas V.  Miller
23                                                      Thomas V. Miller
                                                        MOTOROLA MOBILITY LLC
24                                                      600 North U.S. Highway 45
                                                        Libertyville, IL  60048-1286
25                                                      (847) 523-2162

26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4852-7265-8705.1

1

And by

2

Jesse J. Jenner (*pro hac vice* )
Steven Pepe (*pro hac vice* )

3

Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP

4

1211 Avenue of the Americas
New York, NY  10036-8704

5

(212) 596-9046
*jesse.jenner@ropesgray.com*

6

*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*

7

8

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice* )

9

Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284

10

(650) 617-4030
*james.batchelder@ropesgray.com*

11

*norman.beamer@ropesgray.com*

12

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP

13

One Metro Center
700 12th Street NW, Suite 900

14

Washington, DC  20005-3948
(202) 508-4693

15

*paul.schoenhard.@ropesgray.com*

16

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4852-7265-8705.1

1

**CERTIFICATE OF SERVICE**

2
     I hereby certify that on this day I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system which will send notification of such filing to the following:

3

4
    Arthur W. Harrigan, Jr., Esq.
    Christopher T. Wion, Esq.

5
    Shane P. Cramer, Esq.
    Calfo Danielson, Harrigan, Leyh & Eakes LLP

6
    *arthurh@calfoharrigan.com*
    *chrisw@calfoharrigan.com*

7
    *shanec@calfoharrigan.com*

8
    Richard A. Cederoth, Esq.
    Brian R. Nester, Esq.

9
    David T. Pritikin, Esq.
    Douglas I. Lewis, Esq.

10
    John W. McBride, Esq.
    David Greenfield, Esq.

11
    William H. Baumgartner, Jr., Esq.
    David C. Giardina, Esq.

12
    Carter G. Phillips, Esq.
    Constantine L. Trela, Jr., Esq.

13
    Ellen S. Robbins, Esq.
    Nathaniel C. Love, Esq.

14
    Sidley Austin LLP
    *rcederoth@sidley.com*

15
    *bnester@sidley.com*
    *dpritikin@sidley.com*

16
    *dilewis@sidley.com*
    *jwmcbride@sidley.com*

17
    *david.greenfield@sidley.com*

18
    *wbaumgartner@sidley.com*
    *dgiardina@sidley.com*

19
    *cphillips@sidley.com*
    *ctrela@sidley.com*

20
    *erobbins@sidley.com*
    *nlove@sidley.com*

21

22
    T. Andrew Culbert, Esq.
    David E. Killough, Esq.

23
    Microsoft Corp.
    *andycu@microsoft.com*

24
    *davkill@microsoft.com*

25
    DATED this 19th day of September, 2012.

26
                          /s/ *Marcia A. Ripley*
                            Marcia A. Ripley

DEFENDANTS' NONOPPOSITION TO MICROSOFT'S
9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4852-7265-8705.1