THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

vs.

MOTOROLA, INC., et al.,

                Defendants.

MOTOROLA MOBILITY, INC., et al.,

                Plaintiffs,

vs.

MICROSOFT CORPORATION,

                Defendants.

Case No. C10-1823-JLR

**MICROSOFT'S RESPONSE TO MOTOROLA'S 9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS DAUBERT MOTION (ECF NO. 426)**

**NOTED:  September 21, 2012**

      Microsoft does not oppose Motorola Mobility and General Instrument's September 10, 2012 Motion to File Documents Under Seal in Support of Their Reply to Motorola's *Daubert* Motion (ECF No. 426).  Motorola's Motion to Seal seeks to file under seal Motorola's Reply to its *Daubert* Motion (ECF No. 428) because it contains extensive references to documents the parties have designated under the Protective Order as containing Confidential Business

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426) - 1

Information.  The Court has previously ordered that many, if not all, of these underlying documents should remain sealed.[1]

For the reasons set forth in Motorola's Motion to Seal, and because good cause has been shown to maintain these documents under seal, Microsoft does not oppose Motorola's 9/10/12 motion to seal (ECF No. 426).[2]  Motorola's Reply to its *Daubert* Motion (ECF No. 428) should remain sealed.

DATED this 19th day of September, 2012.

CALFO HARRIGAN LEYH & EAKES LLP

By s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

By  s/ T. Andrew Culbert
    T. Andrew Culbert
    David E. Killough
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA  98052
    Phone:  425-882-8080
    Fax:  425-869-1327

    David T. Pritikin
    Richard A. Cederoth
    Constantine L. Trela, Jr.
    William H. Baumgartner, Jr.
    Ellen S. Robbins
    Douglas I. Lewis
    David C. Giardina
    John W. McBride
    David Greenfield

---

[1] *See, e.g.*, ECF Nos. 419-20; 432-33.

[2] Nothing herein is intended as a waiver of Microsoft's right to contest Motorola's designation of material as Confidential in accordance with the terms of the Protective Order.  Microsoft expressly reserves the right to do so as the circumstances warrant.

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

4
5

Carter G. Phillips
Brian R. Nester

6
7
8

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711
Counsel for Microsoft Corp.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 19th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

|   |   |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC  20005-3948 |   |
| Telephone:  (202) 508-4693 |   |
| Email: Paul.schoenhard@ropesgray.com |   |

DATED this 19th day of September, 2012.

                                      s/ Linda Bledsoe_____
                                      LINDA BLEDSOE

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717