THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

MICROSOFT CORPORATION,

10

Plaintiff,

11

vs.

12

MOTOROLA, INC.,  et al.,

13

Defendants.

14

_____
MOTOROLA MOBILITY, INC., et al.,

15

Plaintiffs,

16

17

vs.

MICROSOFT CORPORATION,

18

Defendants.

19

Case No. C10-1823-JLR

**MICROSOFT'S RESPONSE TO
MOTOROLA'S 9/10/12 MOTION TO
FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF ITS REPLY IN
SUPPORT OF ITS DAUBERT
MOTION (ECF NO. 426)**

**NOTED:  September 21, 2012**

Microsoft does not oppose Motorola Mobility and General Instrument's September 10,

20

2012 Motion to File Documents Under Seal in Support of Their Reply to Motorola's *Daubert*

21

Motion (ECF No. 426).  Motorola's Motion to Seal seeks to file under seal Motorola's Reply

22

to its *Daubert* Motion (ECF No. 428) because it contains extensive references to documents

23

the parties have designated under the Protective Order as containing Confidential Business

24

25

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Information.  The Court has previously ordered that many, if not all, of these underlying

2  documents should remain sealed.[1]

3       For the reasons set forth in Motorola's Motion to Seal, and because good cause has

4  been shown to maintain these documents under seal, Microsoft does not oppose Motorola's

5  9/10/12 motion to seal (ECF No. 426).[2]  Motorola's Reply to its *Daubert* Motion (ECF No.

6  428) should remain sealed.

7       DATED this 19th day of September, 2012.

8                       CALFO HARRIGAN LEYH & EAKES LLP

9                       By s/ Arthur W. Harrigan, Jr.

10                            Arthur W. Harrigan, Jr., WSBA #1751
                          Christopher Wion, WSBA #33207

11                            Shane P. Cramer, WSBA #35099

12                       By   s/ T. Andrew Culbert
                          T. Andrew Culbert

13                            David E. Killough
                          MICROSOFT CORPORATION

14                            1 Microsoft Way
                          Redmond, WA  98052

15                            Phone:  425-882-8080
                          Fax:  425-869-1327

16

17                            David T. Pritikin
                          Richard A. Cederoth

18                            Constantine L. Trela, Jr.
                          William H. Baumgartner, Jr.

19                            Ellen S. Robbins
                          Douglas I. Lewis

20                            David C. Giardina
                          John W. McBride

21                            David Greenfield

22

23

---

[1] *See, e.g.*, ECF Nos. 419-20; 432-33.

24
[2] Nothing herein is intended as a waiver of Microsoft's right to contest Motorola's designation of material as Confidential in accordance with the terms of the Protective Order.  Microsoft expressly reserves the right to do so

25  as the circumstances warrant.

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 2

1

2

3

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

4

Carter G. Phillips
Brian R. Nester

5

6

7

8

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711
Counsel for Microsoft Corp.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1.      I am over the age of 21 and not a party to this action.

2.      On the 19th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X___ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X___ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X___ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

2

3

4

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X___ ECF

5

DATED this 19th day of September, 2012.

6

7

8

s/ Linda Bledsoe_____
LINDA BLEDSOE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S RESPONSE TO MOTOROLA'S
9-10-12 MOTION TO SEAL (ECF NO. 426)  - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717