THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

        Plaintiff,

vs.

MOTOROLA, INC., et al.,

        Defendants.

MOTOROLA MOBILITY, INC., et al.,

        Plaintiffs,

vs.

MICROSOFT CORPORATION,

        Defendants.

Case No. C10-1823-JLR

**(PROPOSED) ORDER RE MOTOROLA'S 9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS DAUBERT MOTION (ECF NO. 426)**

**NOTED: September 21, 2012**

THIS MATTER comes before the Court on Motorola's 9/10/12 Motion to Seal (ECF No. 426). The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED:

That Motorola's Reply to its *Daubert* Motion (ECF No. 428) should remain sealed.

PROPOSED ORDER RE MOTOROLA'S 9/10/12
MOTION TO SEAL (ECF NO. 426) - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DONE IN OPEN COURT this ___ day of September, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By   s/Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert
     David T. Pritikin
     Richard A. Cederoth
     Constantine L. Trela, Jr.
     William H. Baumgartner, Jr.
     Ellen S. Robbins
     Douglas I. Lewis
     David C. Giardina
     John W. McBride
     David Greenfield

     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL  60603
     Phone:  312-853-7000
     Fax:  312-853-7036

     Carter G. Phillips
     Brian R. Nester

     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC  20005
     Telephone:  202-736-8000
     Fax:  202-736-8711

     Counsel for Microsoft Corp.

PROPOSED ORDER RE MOTOROLA'S 9/10/12
MOTION TO SEAL (ECF NO. 426) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 19th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

PROPOSED ORDER RE MOTOROLA'S 9/10/12
MOTION TO SEAL (ECF NO. 426) - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_\_ ECF |

DATED this 19th day of September, 2012.

                      s/ Linda Bledsoe_____
                      LINDA BLEDSOE

PROPOSED ORDER RE MOTOROLA'S 9/10/12
MOTION TO SEAL (ECF NO. 426) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717