THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS 9/10/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, September 21, 2012** |

For the reasons set forth in Microsoft's September 10, 2012 Motion to File Documents Under Seal (ECF No. 421), and because Motorola does not oppose Microsoft's motion (s*ee* ECF No. 440), Microsoft respectfully requests that the Court grant its motion to seal.[1]

---

[1] Nothing in Microsoft's 9/10/12 motion or in this reply is intended to waive Microsoft's right to contest Motorola's designation of material as Confidential Business Information under the Protective Order in this Action (ECF No. 72). Microsoft expressly reserves the right to do so as the circumstances warrant.

MICROSOFT'S REPLY IN SUPPORT OF ITS
9/10/12 MOTION TO SEAL **-** 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | DATED this 21st day of September, 2012. |
| 2 | CALFO HARRIGAN LEYH & EAKES LLP |
| 3 | By  /s/ Arthur W. Harrigan, Jr. |
| 4 | Arthur W. Harrigan, Jr., WSBA #1751 |
| 5 | Christopher Wion, WSBA #33207<br>Shane P. Cramer, WSBA #35099 |
| 6 | By  /s/ T. Andrew Culbert |
| 7 | T. Andrew Culbert<br>David E. Killough |
| 8 | MICROSOFT CORPORATION<br>1 Microsoft Way |
| 9 | Redmond, WA  98052<br>Phone:  425-882-8080 |
| 10 | Fax:  425-869-1327 |
| 11 | David T. Pritikin<br>Richard A. Cederoth |
| 12 | Constantine L. Trela, Jr.<br>William H. Baumgartner, Jr. |
| 13 | Ellen S. Robbins<br>Douglas I. Lewis |
| 14 | David C. Giardina<br>John W. McBride |
| 15 | David Greenfield |
| 16 | SIDLEY AUSTIN LLP |
| 17 | One South Dearborn<br>Chicago, IL  60603 |
| 18 | Phone:  312-853-7000<br>Fax:  312-853-7036 |
| 19 | |
| 20 | Carter G. Phillips<br>Brian R. Nester |
| 21 | SIDLEY AUSTIN LLP |
| 22 | 1501 K Street NW<br>Washington, DC  20005 |
| 23 | Telephone:  202-736-8000<br>Fax:  202-736-8711 |
| 24 | |
| 25 | Counsel for Microsoft Corp. |

MICROSOFT'S REPLY IN SUPPORT OF ITS
9/10/12 MOTION TO SEAL **-** 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On September 21, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT'S REPLY IN SUPPORT OF ITS
9/10/12 MOTION TO SEAL - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 21st day of September, 2012.

*/s/ Linda Bledsoe*
Linda Bledsoe

MICROSOFT'S REPLY IN SUPPORT OF ITS
9/10/12 MOTION TO SEAL **-** 4