The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S REPLY TO MOTOROLA'S DAUBERT MOTION<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, September 21, 2012** |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

MOTOROLA REPLY TO MOTOROLA MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA
REPLY TO MOTOROLA'S DAUBERT MOTION
CASE NO. C10-1823-JLR

4810-6590-3633.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   Because Motorola meets the standards for sealing as discussed in the moving brief (Dkt.

2   No. 426), and because Microsoft (*see* Dkt. No. 441) does not oppose Motorola's Motion to File

3   Documents Under Seal In Support of Motorola Mobility's and General Instrument's Reply to

4   Motorola's *Daubert* Motion ("*Daubert* Reply"), and offers additional support why Motorola's

5   *Daubert* Reply should be sealed, Motorola respectfully requests that the Court grant the Motion,

6   and seal the unredacted version of Motorola's *Daubert* Reply (Dkt. No. 428).

7   DATED this 21st day of September, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY LLC
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

And by

   Jesse J. Jenner (*pro hac vice*)
   Steven Pepe (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
   *kevin.post@ropesgray.com*

MOTOROLA REPLY TO MOTOROLA MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA
REPLY TO MOTOROLA'S DAUBERT MOTION - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4810-6590-3633.1

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice* )
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

MOTOROLA REPLY TO MOTOROLA MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA REPLY TO MOTOROLA'S DAUBERT MOTION - 2
CASE NO. C10-1823-JLR

4810-6590-3633.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Danielson, Harrigan, Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 21st day of September, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

---

MOTOROLA REPLY TO MOTOROLA MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA
REPLY TO MOTOROLA'S DAUBERT MOTION - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4810-6590-3633.1