HONORABLE JAMES L. ROBART

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

10-CV-01823-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br>v.<br>MOTOROLA, INC., et al.,<br><br>              Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 9/10/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, September 21, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>             Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br><br>             Defendant. | |

THIS MATTER comes before the Court on Microsoft's 9/10/12 Motion to File Documents Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 9/10/12 Motion to File Documents Under Seal is GRANTED. The Clerk is hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

(1) Limited Portions of Microsoft's Reply in Support of Its Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar; and

(2) Exhibits 6 and 7 to the Second Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohue and Dr. R. Sukumar.

DONE IN OPEN COURT this 21st day of September, 2012.

Dkts 423 and 425 shall remain under seal.

HONORABLE JAMES L. ROBART

Presented by:
CALFO HARRIGAN LEYH & EAKES LLP

By   s/Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert, WSBA #35925
     David E. Killough, WSBA #40185
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA 98052
     Phone: 425-882-8080

     David T. Pritikin, *Pro Hac Vice*
     Richard A. Cederoth, *Pro Hac Vice*
     Constantine L. Trela, Jr., *Pro Hac Vice*
     Ellen S. Robbins, *Pro Hac Vice*
     Douglas I. Lewis, *Pro Hac Vice*
     John W. McBride, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL 60603
     Phone: 312-853-7000

     Carter G. Phillips, *Pro Hac Vice*
     Brian Nester, *Pro Hac Vice*
     SIDLEY AUSTIN LLP
     1501 K Street, N.W.
     Washington, D.C. 20005
     Phone: 202-736-8000

     Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 10th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

|   |   |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DATED this 10th day of September, 2012.

                               s/ Linda Bledsoe  
                               LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 9/10/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717