THE HONORABLE JAMES L. ROBART

10-CV-01823-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

---

MOTOROLA MOBILITY, INC., et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendants.

Case No. C10-1823-JLR

**(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW DESIGNATED IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION**

**NOTE ON MOTION CALENDAR:**
Friday, September 13, 2012

This matter came before the Court on Microsoft's Motion to Amend Protective Order to Allow In-House Counsel Expanded Access to Confidential Business Information (the "Motion").

The Court has considered the following pleadings:

1. Defendant Microsoft's Motion to Amend Protective Order to Allow In-House Counsel Expanded Access to Confidential Business Information, including Exhibits A and B (clean and red-lined versions of the Amended Protective Order);

(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION TO AMEND PROTECTIVE ORDER TO ALLOW IN-HOUSE COUNSEL EXPANDED ACCESS TO CONFIDENTIAL BUSINESS INFORMATION - 1

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

1      2.      Motorola's Response to Microsoft's Motion to Amend Protective Order to Allow In-House Counsel Expanded Access to Confidential Business Information;

3      3.      Declaration of Kevin Post in Support of Motorola's Response (with exhibits);

4      4.      Microsoft's Reply in Support of Its Motion to Amend Protective Order to Allow In-House Counsel Expanded Access to Confidential Business Information.

The Court therefore deems itself fully advised. Now, therefore,

IT IS ORDERED that the Protective Order be Amended, as per Exhibit A attached to Microsoft's Motion to Amend the Protective Order.

DONE IN OPEN COURT this 3rd day of October, 2012.

                                          HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By    /s/ Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

       T. Andrew Culbert, WSBA #35925
       David E. Killough, WSBA #40185
       MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA 98052
       Phone: 425-882-8080; Fax: 425-869-1327

       David T. Pritikin, *Pro Hac Vice*
       Richard A. Cederoth, *Pro Hac Vice*
       Constantine L. Trela, Jr., *Pro Hac Vice*
       Douglas I. Lewis, *Pro Hac Vice*
       John W. McBride, *Pro Hac Vice*
       Ellen S. Robbins, *Pro Hac Vice*
       SIDLEY AUSTIN LLP
       One South Dearborn
       Chicago, IL 60603

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 2

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Brian R. Nester, *Pro Hac Vice*
Carter G. Phillips, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000; Fax: 202-736-8711

Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 3

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 13th day of September, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 4

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DATED this 13th day of September, 2012.

s/ Linda Bledsoe
LINDA BLEDSOE

---

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO AMEND
PROTECTIVE ORDER TO ALLOW IN-HOUSE
COUNSEL EXPANDED ACCESS TO
CONFIDENTIAL BUSINESS INFORMATION - 5

C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717