HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>       Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., et al.,<br><br>       Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S 10/04/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, October 12, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | |

THIS MATTER comes before the Court on Microsoft's 10/04/12 Motion to File Documents Under Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

Microsoft's 10/04/12 Motion to File Documents Under Seal is GRANTED. The Clerk is hereby directed to maintain the following documents under seal:

[PROPOSED] ORDER GRANTING MICROSOFT'S 10/04/12 MOTION TO FILE DOCUMENTS UNDER SEAL - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(1) Exhibits 1-12, and 14-16 to the Declaration of Christopher Wion in Support of Microsoft's Motions *in Limine*;

(2) Microsoft's Motions *in Limine*; and

(3) Microsoft's Proposed Findings of Fact and Conclusions of Law.

DONE IN OPEN COURT this _____ day of October, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:
CALFO HARRIGAN LEYH & EAKES LLP

By     s/Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751
       Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099

       T. Andrew Culbert, WSBA #35925
       David E. Killough, WSBA #40185
       MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA 98052
       Phone: 425-882-8080

       David T. Pritikin, *Pro Hac Vice*
       Richard A. Cederoth, *Pro Hac Vice*
       Constantine L. Trela, Jr., *Pro Hac Vice*
       Ellen S. Robbins, *Pro Hac Vice*
       Douglas I. Lewis, *Pro Hac Vice*
       John W. McBride, *Pro Hac Vice*
       SIDLEY AUSTIN LLP
       One South Dearborn
       Chicago, IL 60603
       Phone: 312-853-7000

       Carter G. Phillips, *Pro Hac Vice*
       Brian Nester, *Pro Hac Vice*
       SIDLEY AUSTIN LLP
       1501 K Street, N.W.
       Washington, D.C. 20005
       Phone: 202-736-8000

       Counsel for Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S 10/04/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 4th day of October, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 10/04/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 4th day of October, 2012.

                                                s/ Linda Bledsoe<br>                                                LINDA BLEDSOE

[PROPOSED] ORDER GRANTING
MICROSOFT'S 10/04/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717