THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>MOTOROLA, INC., et al.,<br><br>            Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>            Defendants. | Case No. C10-1823-JLR<br><br>**(PROPOSED) ORDER GRANTING MICROSOFT'S MOTIONS *IN LIMINE***<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, October 19, 2012** |

This matter came before the Court on Microsoft's Motions *in Limine*.

The Court has considered the following pleadings:

1. Defendant Microsoft's Motions *in Limine*;

2. Declaration of Christopher Wion in Support of Microsoft's Motions *in Limine* (with exhibits);

3. (Proposed) Order Granting Motions *in Limine*;

4.

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTIONS *IN LIMINE* - 1

**C10-1823**

1. 5.

2. 6.

The Court therefore deems itself fully advised.  Now, therefore,

IT IS ORDERED that Microsoft's Motions *in Limine* are GRANTED.

DONE IN OPEN COURT this __ day of _____, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By     /s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA  98052
    Phone:  425-882-8080; Fax:  425-869-1327

    David T. Pritikin, *Pro Hac Vice*
    Richard A. Cederoth, *Pro Hac Vice*
    Constantine L. Trela, Jr., *Pro Hac Vice*
    Douglas I. Lewis, *Pro Hac Vice*
    John W. McBride, *Pro Hac Vice*
    Ellen S. Robbins, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL  60603

    Brian R. Nester, *Pro Hac Vice*
    Carter G. Phillips, *Pro Hac Vice*
    SIDLEY AUSTIN LLP
    1501 K Street NW
    Washington, DC  20005
    Telephone:  202-736-8000; Fax:  202-736-8711

    Counsel for Microsoft Corporation

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTIONS *IN LIMINE* - 2

**C10-1823**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 4th day of October, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTIONS *IN LIMINE* - 3

C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 4th day of October, 2012.

                s/ Linda Bledsoe
                LINDA BLEDSOE

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTIONS *IN LIMINE* - 4

**C10-1823**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717