# EXHIBIT 13

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | No. C10-1823-JLR<br><br>PLAINTIFF MICROSOFT'S THIRD SET OF INTERROGATORIES AND EIGHTH REQUESTS FOR PRODUCTION TO DEFENDANTS MOTOROLA, MOTOROLA MOBILITY, AND GENERAL INSTRUMENT |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

TO: Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation;

AND TO: Philip S. McCune and Lynn M. Engel, Summit Law Group PLLC, their attorneys of record

Pursuant to Federal Rules of Civil Procedure Rules 26, 33, and Rule 34, Plaintiff Microsoft Corporation ("Plaintiff" or "Microsoft"), propounds the following discovery requests to Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation to be answered separately and fully, under oath,

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

within thirty (30) days of the date of service of these requests. Spaces have been provided for your responses. If any space is inadequate for your response, such response may be continued on separate sheets of paper and attached hereto.

If you object to answering any discovery request, in whole or in part, state your objection and state with particularity all of the factual and legal reasons supporting your objection.

If any document otherwise responsive to these requests has been lost, destroyed or has otherwise disappeared, in addition to providing the descriptive information sought regarding the document, please state all facts and circumstances known to you relating to its disappearance or destruction, identify all persons who have seen the document or who have knowledge of the circumstances surrounding its disappearance, and provide a detailed description of the nature and contents of the document and of your effort to locate it.

If you refuse to answer any request, describe the basis for your refusal to produce, including any claim of privilege, in sufficient detail so as to permit the Court to adjudicate the validity of your refusal including, with respect to documents, identifying in writing each such document by indicating the name of each author or initiator, the name of each recipient or addressee, the date of the document, the general subject matter of the document, and, with respect to each such document, state the basis upon which the claim of privilege is asserted.

In issuing this discovery, Microsoft reserves all right to take additional discovery as provided for in the Federal Rules of Civil Procedure and applicable Local Rules.

ANY OBJECTION WHICH IS NOT ASSERTED BY YOU IS WAIVED.

## DEFINITIONS AND PROCEDURES

Microsoft incorporates by reference in each of the requests below the definitions and instructions set forth in its first and second sets of interrogatories, and in its first through seventh sets of requests for production.

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## INTERROGATORIES

**INTERROGATORY NO. 13:** Identify all products sold by You since 2005 that are, have been, or were at any time compliant with either the 802.11 or the H.264 standard and provide the annual amount of sales (in both dollars and units) of each product.

**ANSWER:**

**INTERROGATORY NO. 14:** On an annual basis, identify the estimated or projected amount of future sales (in both dollars and units) for all products currently sold or announced by You that are compliant with either the 802.11 or the H.264 standard.

**ANSWER:**

**INTERROGATORY NO. 15:** Identify and describe in detail all products You currently plan to sell during any of the years 2012-2017 that are or will be compliant with either the 802.11 or the H.264 standard, and identify what portion of the standard each relates to.

**ANSWER:**

**INTERROGATORY NO. 16:** For each patent owned by You that You contend is essential to implement the H.264 or 802.11 standard, identify what portion of the standard to which each such patent relates.

**ANSWER:**

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**INTERROGATORY NO. 17:** Describe in detail all facts upon which You rely for Your contention in Your First Affirmative Defense that "Microsoft has suffered neither harm nor irreparable harm from Defendants' actions."

**ANSWER:**

**INTERROGATORY NO. 18:** Describe in detail all facts upon which You rely for Your contention in Your Second Affirmative Defense that "Microsoft's First and Second Causes of Action fail to state a claim upon which relief can be granted."

**ANSWER:**

**INTERROGATORY NO. 19:** Describe in detail all facts upon which You rely for Your contention in Your Third Affirmative Defense that Microsoft's First and Second Causes of Action "were not ripe for adjudication when filed."

**ANSWER:**

**INTERROGATORY NO. 20:** Describe in detail all facts upon which You rely for Your contention in Your Fifth Affirmative Defense that "Microsoft's First and Second Causes of Action are barred by the doctrine of waiver."

**ANSWER:**

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**INTERROGATORY NO. 21:** Describe in detail all facts upon which You rely for Your contention in Your Sixth Affirmative Defense that "Microsoft's First and Second Causes of Action are barred by the doctrine of judicial estoppel."

**ANSWER:**

**INTERROGATORY NO. 22:** Describe in detail all facts upon which You rely for Your contention in Your Seventh Affirmative Defense that "Microsoft's First and Second Causes of Action are barred by the doctrine of unclean hands."

**ANSWER:**

**INTERROGATORY NO. 23:** Describe in detail all facts upon which You rely for Your contention in Your Eighth Affirmative Defense that "Microsoft's First and Second Causes of Action are barred by its failure to mitigate."

**ANSWER:**

**INTERROGATORY NO. 24:** Describe in detail all facts upon which You rely for Your contention in Your Ninth Affirmative Defense that "Microsoft's First and Second Causes of Action are barred because Microsoft failed to satisfy a condition precedent."

**ANSWER:**

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 5

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON L.L.P
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**INTERROGATORY NO. 25:** Describe in detail all facts You learned about "Microsoft's product functionality as it relates to Motorola's H.264 patent portfolio" and Microsoft's "particular use of Motorola's H.264 patents, as well as the value of a grant-back to Motorola under Microsoft's own H.264 patents" after sending Your October 29, 2010 letter that caused You to reduce Your license request from 2.25% of the price of the end-product to $0.50 per copy of Windows software, as reflected in Kirk Dailey's June 18, 2012 letter to Horacio Gutierrez.

**ANSWER:**

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 320:** Produce all documents You relied on or referred to in answering the foregoing interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 321:** Produce all Documents reflecting, referring or relating to any valuation of General Instrument's H.264 standard essential patents that was performed in connection with Motorola's acquisition of General Instrument.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 322:** Produce all Documents reflecting, referring or relating to any valuation of any Terayon H.264 standard essential patents that was conducted in connection with Motorola's acquisition of Terayon.

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 6

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 323:** Produce all Documents reflecting, referring or relating to any valuation of any Tut H.264 standard essential patents that was conducted in connection with Motorola's acquisition of Tut.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 324:** Produce all Documents reflecting, referring or relating to any valuation of Your patents, including but not limited to patents You contend are essential to the H.264 or 802.11 standard, that was conducted in connection with Google's acquisition of Motorola Mobility and General Instrument.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 325:** Produce all Documents concerning the value, use, or significance of 802.11 and/or H.264 technology to Your customers, including but not limited to surveys, customer feedback, internal or external studies, or marketing information.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 326:** Produce all Documents relating to Your sale of patents, including but not limited to H.264 standard essential patents, to General

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 7

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Electric, in or around 2003-2004.

2  **RESPONSE:**

3

4

5  **REQUEST FOR PRODUCTION NO. 327:** Produce all Documents tending to
6  support or refute Your contention that You acted in good faith in sending the October 21, 2010
7  letter.

8  **RESPONSE:**

9

10

11  **REQUEST FOR PRODUCTION NO. 328:** Produce all Documents tending to
12  support or refute Your contention that you acted in good faith in sending the October 29, 2010
13  letter.

14  **RESPONSE:**

15

16

17  **REQUEST FOR PRODUCTION NO. 329:** Produce all Documents, including but
18  not limited to articles, studies, proposals, position statements, and presentations, relating to the
19  concepts of (i) royalty stacking, (ii) aggregate reasonable terms, and/or (iii) proportionality,
20  with respect to the licensing of standard essential patents. This request specifically includes,
21  but is not limited to, all documents relating to the Minimum Change Optimum Impact Proposal
22  You submitted to ETSI in or around September 2006.

23  **RESPONSE:**

24

25

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 8

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**REQUEST FOR PRODUCTION NO. 330:** To the extent not previously produced, produce all custodial documents of Paul Bawel and Latonia Gordon relating to (i) the definition and interpretation of RAND; (ii) licensing standard essential patents; (iii) patent pools, including but not limited to those administered by MPEG LA and Via Licensing; (iv) the IPR policies of the ITU, IEEE, or ETSI; and (v) Motorola's participation in the development of the 802.11 and/or H.264 standard.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 331:** Produce all Documents concerning Kirk Dailey's June 18, 2012 letter to Horacio Gutierrez, including but not limited to all Documents relating to (1) Motorola's H.264 license offer to Microsoft with respect to Windows software; (2) Motorola's 802.11 and H.264 license offer to Microsoft with respect to the Xbox 360; (3) Motorola's ActiveSync license offer; (4) any valuation of Microsoft's H.264 standard essential patents performed by or on behalf of Motorola; and (5) the value of a grant-back to Motorola under Microsoft's H.264 patents.

**RESPONSE:**


DATED this 18th day of June, 2012.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Arthur Harrigan
Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 9

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
David Greenfield

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 10

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 18th day of June, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | __X__ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ Email |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ Email |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ Email |

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 11

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X   Email |

DATED this 18th day of June, 2012.

*/s/ Susie Clifford*
SUSIE CLIFFORD

---

PLAINTIFF MICROSOFT'S THIRD SET OF
INTERROGATORIES AND EIGHTH REQUESTS
FOR PRODUCTION TO DEFENDANTS - 12

CH1 6831641v.1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717