The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　Defendants.<br><br>MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　Plaintiffs/Counterclaim Defendant,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 12, 2012** |

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER having come before the Court on Defendants' Motion to File Documents Under Seal in Support of Defendants' Motions In Limine, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Exhibits 1-4 and 7-12 to the Declaration of Stuart W. Yothers; and

2. Defendants' Motions In Limine.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*_____
  Ralph H. Palumbo, WSBA #04751
  Philip S. McCune, WSBA #21081
  Lynn M. Engel, WSBA #21934
  *ralphp@summitlaw.com*
  *philm@summitlaw.com*
  *lynne@summitlaw.com*

By */s/ Thomas V. Miller*_____
  Thomas V. Miller
  MOTOROLA MOBILITY LLC
  600 North U.S. Highway 45
  Libertyville, IL 60048-1286
  (847) 523-2162

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  And by

2   Jesse J. Jenner (*pro hac vice* )
    Steven Pepe (*pro hac vice* )
3   Stuart W. Yothers (*pro hac vice*)
    Kevin J. Post (*pro hac vice*)
4   Ropes & Gray LLP
    1211 Avenue of the Americas
5   New York, NY  10036-8704
    (212) 596-9046
6   *jesse.jenner@ropesgray.com*
    *steven.pepe@ropesgray.com*
7   *stuart.yothers@ropesgray.com*
    *kevin.post@ropesgray.com*
8
    James R. Batchelder (*pro hac vice*)
9   Norman H. Beamer (*pro hac vice* )
    Ropes & Gray LLP
10  1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
11  (650) 617-4030
    *james.batchelder@ropesgray.com*
12  *norman.beamer@ropesgray.com*

13  Paul M. Schoenhard (*pro hac vice*
    Ropes & Gray LLP
14  One Metro Center
    700 12th Street NW, Suite 900
15  Washington, DC  20005-3948
    (202) 508-4693
16  *paul.schoenhard.@ropesgray.com*

17  **Attorneys for Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation**
18
19
20
21
22
23
24
25
26

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 4th day of October, 2012.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001