The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                  Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                  Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 19, 2012** |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>      Plaintiffs/Counterclaim Defendant,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant/Counterclaim Plaintiff. | |

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    THIS MATTER having come before the Court on Defendants' Motions in Limine, and the
2 Court having reviewed the pleadings and evidence presented and on file in this case, and being
3 otherwise fully advised as to the issues presented, the Court hereby:

4    ORDERS, ADJUDGES AND DECREES that Defendants':

5  - Motion in Limine No. 1 (that Information Withheld as Privileged During Discovery
6    Should Be Excluded From Trial) is hereby GRANTED.

7  - Motion in Limine No. 2 (that Microsoft Should Be Precluded From Offering Testimony
8    Regarding a *Georgia-Pacific* Analysis) is hereby GRANTED.

9  - Motion in Limine No. 3 (that Testimony Suggesting that Unlicensed Use of Motorola's
10   802.11 and H.264 Standard-Essential Patents Constitutes a "Royalty-Free License" Should
11   Be Excluded) is hereby GRANTED.

12 - Motion in Limine No. 4 (that Peter Rossi's Unsupported Opinions Are Unreliable and
13   Should Be Excluded) is hereby GRANTED.

14 - Motion in Limine No. 5 (that Testimony Suggesting That InteCap's 2003 Analysis of
15   Early 802.11 Technology Constituted A Valuation of Motorola's 802.11 Standard-
16   Essential Patent Portfolio Should Be Excluded) is hereby GRANTED.

17 - Motion in Limine No. 6 (that Evidence Concerning Patent Pools in Multilateral *Ex Ante*
18   Negotiations Is Irrelevant and Should Be Excluded) is hereby GRANTED.

   IT IS SO ORDERED.

   DATED this _____ day of _____, 2012.

   _____
   THE HONORABLE JAMES L. ROBART
   UNITED STATES DISTRICT COURT JUDGE

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo* _____
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ Thomas V. Miller* _____
    Thomas V. Miller
    MOTOROLA MOBILITY LLC
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    (847) 523-2162

And by

    Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
    Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    (212) 596-9046
    *jesse.jenner@ropesgray.com*
    *steven.pepe@ropesgray.com*
    *stuart.yothers@ropesgray.com*
    *kevin.post@ropesgray.com*

    James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice*)
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA 94303-2284
    (650) 617-4030
    *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Paul M. Schoenhard (*pro hac vice*
   Ropes & Gray LLP
2  One Metro Center
   700 12th Street NW, Suite 900
3  Washington, DC  20005-3948
   (202) 508-4693
4  *paul.schoenhard.@ropesgray.com*

5  **Attorneys for Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Danielson, Harrigan, Leyh & Tollefson LLP
> *arthurh@dhlt.com*
> *chrisw@dhlt.com*
> *shanec@dhlt.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> David Greenfield, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *david.greenfield@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 4th day of October, 2012.

    /s/    *Marcia A. Ripley*
                Marcia A. Ripley

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001