THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>        Defendants.<br>──────────────────────<br>MOTOROLA MOBILITY, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | Case No. C10-1823-JLR<br><br>NOTICE OF LOCAL CIVIL RULE 7(d)(4) CERTIFICATION RE MICROSOFT'S MOTIONS IN LIMINE (Dkt. Nos. 449 and 450)<br><br>NOTED: Friday, October 19, 2012 |

In accordance with Local Civil Rule 7(d)(4), Microsoft certifies that on October 2, 2012 the parties met and conferred, but were unable to resolve the matters in dispute on their respective Motions in Limine.

NOTICE OF LOCAL CIVIL RULE 7(d)(4)
CERTIFICATION RE MICROSOFT'S MOTIONS
IN LIMINE (Dkt. Nos. 449 and 450) **-** 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | DATED this 5th day of October, 2012. |

DATED this 5th day of October, 2012.

        CALFO HARRIGAN LEYH & EAKES LLP

By  s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

By  s/ T. Andrew Culbert
    T. Andrew Culbert
    David E. Killough
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA  98052
    Phone:  425-882-8080
    Fax:  425-869-1327

    David T. Pritikin
    Richard A. Cederoth
    Constantine L. Trela, Jr.
    William H. Baumgartner, Jr.
    Ellen S. Robbins
    Douglas I. Lewis
    David C. Giardina
    John W. McBride
    David Greenfield

    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL  60603
    Phone:  312-853-7000
    Fax:  312-853-7036

    Carter G. Phillips
    Brian R. Nester

    SIDLEY AUSTIN LLP
    1501 K Street NW
    Washington, DC  20005
    Telephone:  202-736-8000
    Fax:  202-736-8711

    Counsel for Microsoft Corp.

NOTICE OF LOCAL CIVIL RULE 7(d)(4)
CERTIFICATION RE MICROSOFT'S MOTIONS
IN LIMINE (Dkt. Nos. 449 and 450) - 2

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of October, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

NOTICE OF LOCAL CIVIL RULE 7(d)(4)
CERTIFICATION RE MICROSOFT'S MOTIONS
IN LIMINE (Dkt. Nos. 449 and 450) **-** 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC 20005-3948 | |
| Telephone: (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 5th day of October, 2012.

                 s/ Linda Bledsoe
                 LINDA BLEDSOE

---

NOTICE OF LOCAL CIVIL RULE 7(d)(4)
CERTIFICATION RE MICROSOFT'S MOTIONS
IN LIMINE (Dkt. Nos. 449 and 450) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717