THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

        Plaintiff,

  vs.

MOTOROLA, INC., et al.,

        Defendants.

MOTOROLA MOBILITY, INC., et al.,

        Plaintiffs,

  vs.

MICROSOFT CORPORATION,

        Defendants.

Case No. C10-1823-JLR

**(PROPOSED) ORDER RE DEFENDANTS' 10/04/12 MOTIONS TO FILE DOCUMENTS UNDER SEAL (ECF Nos. 455 and 460)**

**NOTED: October 12, 2012**

        THIS MATTER comes before the Court on Motorola's 10/04/12 Motions to Seal (ECF Nos. 455 and 460). The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

        IT IS ORDERED THAT the following documents shall remain under seal:

        1.     Exhibits 1-4 and 7-12 to the Declaration of Stuart W. Yothers in Support of Defendants' Motions in Limine (ECF Nos. 459 and 459-1);

PROPOSED ORDER RE DEFENDANTS'
10/04/12 MOTIONS TO SEAL (ECF NOS. 455 and 460) - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

2. Defendants' Motions in Limine (ECF No. 458); and

3. Defendants' Proposed Findings of Fact and Conclusions of Law (ECF No. 462).

DONE IN OPEN COURT this ___ day of October, 2012.

_____
HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP


By   s/Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

     T. Andrew Culbert
     David T. Pritikin
     Richard A. Cederoth
     Constantine L. Trela, Jr.
     William H. Baumgartner, Jr.
     Ellen S. Robbins
     Douglas I. Lewis
     David C. Giardina
     John W. McBride
     David Greenfield

     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL  60603
     Phone:  312-853-7000
     Fax:  312-853-7036

     Carter G. Phillips
     Brian R. Nester
     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC  20005
     Telephone:  202-736-8000
     Fax:  202-736-8711
     Counsel for Microsoft Corp.

PROPOSED ORDER RE DEFENDANTS'
10/04/12 MOTIONS TO SEAL (ECF NOS. 455 and
460) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 10th day of October, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |

PROPOSED ORDER RE DEFENDANTS' 10/04/12 MOTIONS TO SEAL (ECF NOS. 455 and 460) - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 10th day of October, 2012.

                                          s/ Linda Bledsoe_____
                                          LINDA BLEDSOE

PROPOSED ORDER RE DEFENDANTS'
10/04/12 MOTIONS TO SEAL (ECF NOS. 455 and 460) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717