The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>        Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' CONSOLIDATED REPLY TO DEFENDANT'S 10/4/12 MOTIONS TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 12, 2012** |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>  Plaintiffs/Counterclaim Defendant,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff. | |

DEFENDANTS' CONSOLIDATED REPLY TO
DEFENDANT'S 10/4/12 MOTIONS TO FILE DOCUMENTS
UNDER SEAL
CASE NO. C10-1823-JLR

4845-5591-2465.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## I.   INTRODUCTION

Because Motorola meets the standards for sealing as discussed in the moving briefs (Dkt. Nos. 455 and 460), and because Microsoft (*see* Dkt. No. 466) does not oppose Motorola's Motion to File Documents Under Seal in Support of Defendants' Motions in Limine (Dkt. No. 455) or Motorola's Motion to File Defendants' Proposed Findings of Fact and Conclusions of Law under Seal (Dkt. No. 460), and offers additional support why Motorola's Motions should be granted, Motorola respectfully requests that the Court grant the Motions, and seal Exhibits 1-4 and 7-12 to the Declaration of Stuart W. Yothers in Support of Defendants' Motions in Limine (Dkt. No. 459) and the unredacted versions of Motorola's Motions in Limine (Dkt. No. 458) and Proposed Findings of Fact and Conclusions of Law (Dkt. No. 462).

DATED this 12th day of October, 2012.

    SUMMIT LAW GROUP PLLC

    By */s/ Ralph H. Palumbo*
        Ralph H. Palumbo, WSBA #04751
        Philip S. McCune, WSBA #21081
        Lynn M. Engel, WSBA #21934
        *ralphp@summitlaw.com*
        *philm@summitlaw.com*
        *lynne@summitlaw.com*

    By */s/ Thomas V. Miller*
        Thomas V. Miller
        MOTOROLA MOBILITY LLC
        600 North U.S. Highway 45
        Libertyville, IL  60048-1286
        (847) 523-2162

DEFENDANTS' CONSOLIDATED REPLY TO
DEFENDANT'S 10/4/12 MOTIONS TO FILE DOCUMENTS
UNDER SEAL - 1
CASE NO. C10-1823-JLR

4845-5591-2465.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

And by

Jesse J. Jenner (*pro hac vice* )
Steven Pepe (*pro hac vice* )
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*jesse.jenner@ropesgray.com*
*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice* )
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

DEFENDANTS' CONSOLIDATED REPLY TO
DEFENDANT'S 10/4/12 MOTIONS TO FILE DOCUMENTS
UNDER SEAL - 2
CASE NO. C10-1823-JLR

4845-5591-2465.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 12th day of October, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' CONSOLIDATED REPLY TO
DEFENDANT'S 10/4/12 MOTIONS TO FILE DOCUMENTS
UNDER SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4845-5591-2465.1