HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                              Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., et al.,<br><br>                              Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S 10/15/12 MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>**NOTED FOR:**<br>**Friday, October 26, 2012** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                              Defendant. | |

## I.  RELIEF REQUESTED

Pursuant to Local Civil Rule 5(g) and paragraphs 2(a) and 8 of the protective order entered in this case, Microsoft respectfully seeks leave to file under seal the following documents:

(1)     Exhibits 2, 3, 6, 7, 9-11 to the Declaration of Christopher Wion in Support of Microsoft's Opposition to Defendants' Motions *in Limine* (the "10/15/12 Wion Declaration"); and

(2)     Microsoft's Opposition to Defendants' Motions *in Limine*.

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Microsoft seeks to file the foregoing materials under seal because they contain information that has been identified by Microsoft, Motorola, and/or third parties as confidential business information under the terms of the protective order issued in this case.  In addition, with the exception of two exhibits (Exhibits 7 and 11), all of the referenced exhibits to the 10/15/12 Wion Declaration already have been sealed pursuant to prior Court orders.

For these reasons, and as more fully described below, good cause exists for protecting the confidentiality of these documents.  Microsoft respectfully requests permission to file the above-referenced documents under seal and that the Court direct such documents to remain under seal.  Microsoft is filing a redacted version of its Opposition to Defendants' Motions *in Limine* as part of the public record.

## II.  FACTS & AUTHORITY

**A.**     **The Operative Protective Order and Applicable Court Rules Permit Microsoft to File Confidential Information under Seal.**

Pursuant to the Protective Order issued by the Court on July 21, 2011, as amended by Order dated October 3, 2012, Microsoft is permitted to file materials designated by either party as Confidential Business Information[1] under seal, with such documents to remain under seal upon Court approval.  Paragraphs 2(a) and 8 of the Protective Order govern the filing of documents under seal.  Paragraph 2(a) provides:

> Any information submitted in pre-trial discovery or in a pleading, motion, or response to a motion in this action, either voluntarily or pursuant to order, and which is asserted by a supplier to contain or constitute Confidential Business Information shall be so designated by such supplier in writing…and shall be segregated from other information being submitted.  Documents shall be clearly and prominently marked on their face with the legend: "[SUPPLIER'S NAME] CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO

---

[1] "Confidential Business Information" is defined in the parties' Protective Order as "information which has not been made public and which concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the production, sales, shipments, purchases, transfers, identification of customers, inventories, amounts or source of any income, profits, losses, or expenditures."  Protective Order Regarding the Disclosure and Use of Discovery Materials (ECF No. 72), ¶1 (amended by Order dated October 3, 2012 (ECF No. 447)).

MICROSOFT'S 10/15/12 MOTION TO FILE          **No. C10-1823**
DOCUMENTS UNDER SEAL - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717

PROTECTIVE ORDER" or a comparable notice.  During the pre-trial phase of this action, such information, whether submitted in writing or in oral testimony, shall be disclosed only *in camera* before the Court and shall be filed only under seal, pursuant to Rule 5(g) of the Local Civil Rules of the United States District Court for the Western District of Washington.

Paragraph 8 likewise provides that:

Any Confidential Business Information submitted to the Court in connection with a motion or other proceeding within the purview of this action shall be submitted under seal pursuant to paragraph 2 above.

*Id.*, at ¶ 8.

The Federal Rules of Civil Procedure recognize that courts may permit parties to file "trade secrets or other confidential research, development, or commercial information" under seal.  Rule 26(c)(1)(G) and (H).  District courts "are in the best position to weigh the fairly competing needs and interests of the parties affected by discovery," in crafting the appropriate treatment of documents for which protected treatment is requested.  *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36, 104 S. Ct. 2199 (1984); *see also Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211-1212 (9th Cir. 2002).

Additionally, pursuant to Local Rule CR 5(g)(2), the Court may seal a document filed in support of a non-dispositive motion upon a showing of good cause.  Where the material sought to be sealed "includes information about proprietary business operations, a company's business model or agreements with clients, there are compelling reasons to seal the material because possible infringement of trade secrets outweighs the general public interest in understanding the judicial process."  *Selling Source, LLC v. Red River Ventures, LLC*, 2011 U.S. Dist. LEXIS 49664, 18 (D. Nev. Apr. 29, 2011).

Further, while the public generally enjoys a right to inspect and copy public records, "it is uncontested … that the right to inspect and copy judicial records is not absolute.  Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes."  *Nixon v. Warner Communications,*

MICROSOFT'S 10/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 3

**No. C10-1823**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   *Inc.*, 435 U.S. 589, 598, 98 S. Ct. 1306 (1978).  As the Court recognized, one such "improper

2   purpose" is where the commercial business information at issue is sought to be used as a

3   "source[] of business information that might harm a litigant's competitive standing." *Id.*

4   (denying access to copies of tapes played at trial and noting that courts refused public access to

5   their files where granting such access might "become a vehicle for improper purposes,"

6   including causing a litigant competitive harm).  Good cause exists to grant Microsoft's motion

7   to seal.

8   **B.**    **Good Cause Exists for Microsoft to File the Referenced Documents under Seal.**

9        1.  Exhibits to 10/15/12 Wion Declaration.

10           a.  Exhibits 2, 3, 6, 9 and 10 Previously Have Been Sealed Pursuant to this

11               Court's Orders.

12      Exhibit 2 previously was sealed pursuant to this Court's Order dated 6/6/12 (ECF No.

13   336).  Exhibit 3 was sealed pursuant to an Order dated 9/10/12 (ECF No. 420).  Exhibit 6 was

14   sealed pursuant to an Order dated 9/13/12 (ECF No. 433).  Exhibits 9 and 10 were sealed

15   pursuant to an Order dated 9/10/12 (ECF No. 419).

16      In accordance with the Court's prior Orders, Microsoft is filing each of the foregoing

17   Exhibits under seal.

18           b.  Exhibit 7 – David W. Curtis Deposition Transcript

19      Exhibit 7 is a copy of the transcript from the July 12, 2012 deposition of Motorola

20   employee David Curtis.  Mr. Curtis testified extensively regarding Motorola's confidential

21   licensing practices and Motorola has designated the transcript as "Highly Confidential –

22   Attorneys' Eyes Only" under the terms of the Protective Order.

23           c.  Exhibit 11 – Expert Report of Michael Dansky

24      Exhibit 11 is a copy of the July 24, 2012 Opening Expert Report of Motorola's expert,

25   Michael J. Dansky, submitted in this matter.  Motorola has designated Mr. Dansky's opening

MICROSOFT'S 10/15/12 MOTION TO FILE     **No. C10-1823**
DOCUMENTS UNDER SEAL - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

report as "Highly Confidential – Attorneys' Eyes Only" under the terms of the Protective Order.  Mr. Dansky's report includes extensive references to confidential and non-public financial and business information relating to both Microsoft and Motorola, and should be maintained under seal.  Disclosure of this information to third parties or others not covered by the protective order would have the potential to lead to competitive harm.

    2.  <u>Microsoft's Opposition to Defendants' Motions *in Limine* Includes References to Confidential Information Contained in the Above-Referenced Exhibits, and Should Be Redacted</u>

Microsoft's Opposition to Defendants' Motions *in Limine* includes references to and descriptions of the confidential information contained in the above-referenced exhibits to the 10/15/12 Wion Declaration, many of which have previously been sealed pursuant to orders of this Court.  To the extent that the Court determines that those exhibits should remain filed under seal, Microsoft's Opposition to Defendants' Motions *in Limine* should be filed publicly only in redacted form to avoid disclosure of the confidential information contained in those exhibits.  Microsoft is seeking to file under seal only those limited portions of its Opposition to Defendants' Motions *in Limine* that contain information that should be protected from public disclosure under the governing standards outlined above.  While a complete and unredacted version of Microsoft's Opposition to Defendants' Motions *in Limine* is being filed under seal, Microsoft is filing a redacted version as part of the public record.

## III.  <u>CONCLUSION</u>

Microsoft has filed the above-referenced documents under seal in compliance with the terms of the Protective Order, the Court's prior Orders referenced above in Section II.B.1.a and the applicable Court rules.  Nothing herein is intended as a waiver of Microsoft's right to contest Motorola's designation of material as Confidential Business Information in accordance with the terms of the Protective Order.  Microsoft expressly reserves the right to do so as the circumstances warrant.

MICROSOFT'S 10/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 5

No. C10-1823

A [Proposed] Order Granting Microsoft's 10/15/12 Motion to File Documents Under Seal has been submitted herewith.

DATED this 15th day of October, 2012.

CALFO HARRIGAN LEYH & EAKES LLP

By    s/ Arthur W. Harrigan, Jr.
         Arthur W. Harrigan, Jr., WSBA #1751
         Christopher Wion, WSBA #33207
         Shane P. Cramer, WSBA #35099

By    T. Andrew Culbert
         T. Andrew Culbert
         David E. Killough
         MICROSOFT CORPORATION
         1 Microsoft Way
         Redmond, WA  98052
         Phone:  425-882-8080
         Fax:  425-869-1327

         David T. Pritikin
         Richard A. Cederoth
         Constantine L. Trela, Jr.
         William H. Baumgartner, Jr.
         Ellen S. Robbins
         Douglas I. Lewis
         David C. Giardina
         John W. McBride
         David Greenfield

         SIDLEY AUSTIN LLP
         One South Dearborn
         Chicago, IL  60603
         Phone:  312-853-7000
         Fax:  312-853-7036

         Carter G. Phillips
         Brian R. Nester
         SIDLEY AUSTIN LLP
         1501 K Street NW
         Washington, DC  20005
         Telephone:  202-736-8000
         Fax:  202-736-8711
         Counsel for Microsoft Corp.

MICROSOFT'S 10/15/12 MOTION TO FILE
DOCUMENTS UNDER SEAL - 6

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

## CERTIFICATE OF SERVICE

2          I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of

3    Washington to the following:

4          1.       I am over the age of 21 and not a party to this action.

5          2.       On the 15th day of October, 2012, I caused the preceding document to be served

6    on counsel of record in the following manner:

7    **Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

8
    Ralph Palumbo, WSBA #04751
9    Philip S. McCune, WSBA #21081                      _____ Messenger
    Lynn M. Engel, WSBA #21934                          _____ US Mail
10   Summit Law Group                                   _____ Facsimile
    315 Fifth Ave. South, Suite 1000                   ___X___ ECF
11   Seattle, WA  98104-2682
    Telephone:  206-676-7000
12   Email:  Summit1823@summitlaw.com

13

14   Steven Pepe (*pro hac vice*)                        _____ Messenger
    Jesse J. Jenner (*pro hac vice*)                    _____ US Mail
15   Ropes & Gray LLP                                   _____ Facsimile
    1211 Avenue of the Americas                        ___X___ ECF
16   New York, NY  10036-8704
    Telephone:  (212) 596-9046
17   Email:  steven.pepe@ropesgray.com
    Email:  jesse.jenner@ropesgray.com
18

19
    Norman H. Beamer (*pro hac vice*)                   _____ Messenger
20   Ropes & Gray LLP                                   _____ US Mail
    1900 University Avenue, 6th Floor               _____ Facsimile
21   East Palo Alto, CA  94303-2284                     ___X___ ECF
    Telephone:  (650) 617-4030
22   Email:  norman.beamer@ropesgray.com

23

24

25

MICROSOFT'S 10/15/12 MOTION TO FILE          **No. C10-1823**
DOCUMENTS UNDER SEAL - 7

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Paul M. Schoenhard (*pro hac vice*)   _____ Messenger
Ropes & Gray LLP   _____ US Mail
One Metro Center   _____ Facsimile
700 12th Street NW, Suite 900   \_\_X\_\_ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

  DATED this 15th day of October, 2012.


    s/ Linda Bledsoe
    LINDA BLEDSOE

MICROSOFT'S 10/15/12 MOTION TO FILE    **No. C10-1823**
DOCUMENTS UNDER SEAL - 8

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717