THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　　Defendants.<br>―――――――――――――――――<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE<br><br>**Noted: October 19, 2012** |

I, Christopher Wion hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the April 10, 2012 deposition of Amy A. Marasco, taken in the above-captioned case.

3. Attached hereto as Exhibit 2 (Filed Under Seal) is a true and correct copy of the transcript of the April 4, 2012 deposition of Horacio E. Gutierrez, taken in the above-captioned case.

4. Attached hereto as Exhibit 3 (Filed Under Seal) is a true and correct copy of the August 10, 2012 Rebuttal Expert Report of Kevin M. Murphy, submitted in the above-captioned case.

5. Attached hereto as Exhibit 4 true and correct copy of the transcript of the August 28, 2012 deposition of Ramamirtham Sukumar, taken in the above-captioned case.

6. Attached hereto as Exhibit 5 is a true and correct copy of the July 24, 2012 Opening Expert Report of Ramamirtham Sukumar, submitted in the above-captioned case.

7. Attached hereto as Exhibit 6 (Filed Under Seal) is a true and correct copy of the July 24, 2012 Opening Expert Report of Matthew Lynde, submitted in the above-captioned case.

8. Attached hereto as Exhibit 7 (Filed Under Seal) is a true and correct transcript from the July 12, 2012 deposition of David W. Curtis, taken in the above-captioned case.

9. Attached hereto as Exhibit 8 is a true and correct copy of Jonathan L. Rubin, "Patents, Antitrust, and Rivalry in Standard-Setting," 38 *Rutgers Law Journal* 509 (2007).

10. Attached hereto as Exhibit 9 (Filed Under Seal) is a true and correct copy of the transcript of the August 24, 2012 deposition of Charles R. Donohoe, taken in the above-captioned case.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

11. Attached hereto as Exhibit 10 (Filed Under Seal) is a true and correct copy of the transcript of the August 22, 2012 deposition of Richard L. Schmalensee, taken in the above-captioned case.

12. Attached hereto as Exhibit 11 (Filed Under Seal) is a true and correct copy of the July 24, 2012 Opening Expert Report of Michael J. Dansky, submitted in the above-captioned case.

13. Attached hereto as Exhibit 12 is a true and correct copy of an October 11, 2012 *Law360.com* article entitled "An Interview with Fed. Circ. Chief Judge Rader: Part 1," available online at: <http://www.law360.com/technology/articles/385311/an-interview-with-fed-circ-chief-judge-rader-part-1>, last accessed October 12, 2012.

14. Attached hereto as Exhibit 13 is a true and correct copy of Jorge L. Contreras, "Rethinking RAND: SDO-Based Approaches to Patent Licensing Commitments," ITU Patent Roundtable Working Paper (Oct. 2012).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 15th day of October, 2012 in Seattle, Washington.

CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 15th day of October, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081      _____ Messenger
Lynn M. Engel, WSBA #21934      _____ US Mail
Summit Law Group      _____ Facsimile
315 Fifth Ave. South, Suite 1000      \_X\_ ECF
Seattle, WA 98104-2682
Telephone: 206-676-7000
Email: Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)      _____ Messenger
Jesse J. Jenner (*pro hac vice*)      _____ US Mail
Ropes & Gray LLP      _____ Facsimile
1211 Avenue of the Americas      \_X\_ ECF
New York, NY 10036-8704
Telephone: (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)      _____ Messenger
Ropes & Gray LLP      _____ US Mail
1900 University Avenue, 6th Floor      _____ Facsimile
East Palo Alto, CA 94303-2284      \_X\_ ECF
Telephone: (650) 617-4030
Email: norman.beamer@ropesgray.com

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC 20005-3948 | |
| Telephone: (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 15th day of October, 2012.

*[signature]*

LINDA BLEDSOE

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE - 5