# EXHIBIT 1

Page 144

1        AMY A. MARASCO

2   don't believe I have anything further.

3        MR. PRITIKIN:  Okay.  I have just a few questions.

4

5   EXAMINATION

6   BY MR. PRITIKIN:

7        Q.    Ms. Marasco, during the course of the deposition
8   today, you were asked a number of questions about the
9   meaning of RAND and how you go about determining whether a
10  royalty is RAND or not.

11             First I want to ask you, do you have personal
12  experience negotiating patent licenses?

13       A.    No, I do not.

14       Q.    And do you have personal experience negotiating
15  the RAND terms in licenses?

16       A.    No, I do not.

17       Q.    Do you have personal experience evaluating
18  specific terms to determine whether they comply with RAND
19  requirements or not?

20       A.    I do not.

21       Q.    Have you had occasion to study various RAND
22  royalties to determine whether they comply with RAND
23  requirements?

24       A.    No, I have not.

25       Q.    Do you consider yourself to be a person with