# EXHIBIT 1

Highly Confidential

Page 144

1  AMY A. MARASCO
2  don't believe I have anything further.
3       MR. PRITIKIN: Okay. I have just a few questions.
4
5  EXAMINATION
6  BY MR. PRITIKIN:
7       Q.   Ms. Marasco, during the course of the deposition
8  today, you were asked a number of questions about the
9  meaning of RAND and how you go about determining whether a
10 royalty is RAND or not.
11      First I want to ask you, do you have personal
12 experience negotiating patent licenses?
13      A.   No, I do not.
14      Q.   And do you have personal experience negotiating
15 the RAND terms in licenses?
16      A.   No, I do not.
17      Q.   Do you have personal experience evaluating
18 specific terms to determine whether they comply with RAND
19 requirements or not?
20      A.   I do not.
21      Q.   Have you had occasion to study various RAND
22 royalties to determine whether they comply with RAND
23 requirements?
24      A.   No, I have not.
25      Q.   Do you consider yourself to be a person with