The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

        Plaintiff,

        v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

        Defendants.

MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

        Plaintiffs/Counterclaim Defendant,

        v.

MICROSOFT CORPORATION,

        Defendant/Counterclaim Plaintiff.

CASE NO. C10-1823-JLR

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE [PROPOSED]

**NOTED ON MOTION CALENDAR:
Friday, October 26, 2012**

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER having come before the Court on Defendants' Motion to File Documents

2   Under Seal in Support of Defendants' Opposition to Microsoft's Motions In Limine, and the Court

3   having reviewed the pleadings and evidence presented and on file in this case, and being otherwise

4   fully advised as to the issues presented, the Court hereby:

5   ORDERS, ADJUDGES AND DECREES that following documents are to be filed under

6   seal:

7   1.   Exhibits 13-14, 16-17, 19-20, 24-32, 34-35, and 37-39 to the Second Declaration of
        Stuart W. Yothers; and

8

9   2.   Defendants' Opposition to Microsoft's Motions In Limine.

10  IT IS SO ORDERED.

11  DATED this _____ day of _____, 2012.

12

13                                          _____
                                            THE HONORABLE JAMES L. ROBART
14                                          UNITED STATES DISTRICT COURT JUDGE

15  *Presented by:*

16  SUMMIT LAW GROUP PLLC

17  By */s/ Ralph H. Palumbo*_____
        Ralph H. Palumbo, WSBA #04751
18      Philip S. McCune, WSBA #21081
        Lynn M. Engel, WSBA #21934
19      *ralphp@summitlaw.com*
        *philm@summitlaw.com*
20      *lynne@summitlaw.com*

21

22  By */s/ Thomas V. Miller*_____
        Thomas V. Miller
23      MOTOROLA MOBILITY, INC.
        600 North U.S. Highway 45
24      Libertyville, IL  60048-1286
        (847) 523-2162
25

26

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS
IN LIMINE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

And by

Jesse J. Jenner (*pro hac vice*)
Steven Pepe (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*jesse.jenner@ropesgray.com*
*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*
*stuart.yothers@ropesgray.com*

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

***Attorneys for Defendants Motorola, Inc., Motorola Mobility, LLC, and General Instrument Corp.***

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS
IN LIMINE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 15th day of October, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS
IN LIMINE - 3
CASE NO. C10-1823-JLR

Summit Law Group pllc
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001