The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTIONS IN LIMINE [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 19, 2012** |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

ORDER DENYING MICROSOFT'S MOTIONS IN LIMINE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    THIS MATTER having come before the Court on Microsoft's Motions In Limine, and the
2    Court having reviewed the pleadings and evidence presented and on file in this case, and being
3    otherwise fully advised as to the issues presented, the Court hereby:
4    ORDERS, ADJUDGES AND DECREES that Microsoft's Motions in Limine are hereby
5    DENIED.
6    IT IS SO ORDERED.
7    DATED this _____ day of _____, 2012.

8
9                                           THE HONORABLE JAMES L. ROBART
                                            UNITED STATES DISTRICT COURT JUDGE
10

**Presented by:**

11
12   SUMMIT LAW GROUP PLLC

13   By */s/ Ralph H. Palumbo*
         Ralph H. Palumbo, WSBA #04751
14       Philip S. McCune, WSBA #21081
         Lynn M. Engel, WSBA #21934
15       *ralphp@summitlaw.com*
         *philm@summitlaw.com*
16       *lynne@summitlaw.com*

17
     By */s/ Thomas V. Miller*
18       Thomas V. Miller
         MOTOROLA MOBILITY, INC.
19       600 North U.S. Highway 45
         Libertyville, IL  60048-1286
20       (847) 523-2162

21
22
23
24
25
26

ORDER DENYING MICROSOFT'S MOTIONS IN LIMINE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1 | And by

2 |     Jesse J. Jenner (*pro hac vice* )
    Steven Pepe (*pro hac vice* )
3 |     Kevin J. Post (*pro hac vice*)
    Stuart W. Yothers (*pro hac vice*)
4 |     Ropes & Gray LLP
    1211 Avenue of the Americas
5 |     New York, NY  10036-8704
    (212) 596-9046
6 |     *jesse.jenner@ropesgray.com*
    *steven.pepe@ropesgray.com*
7 |     *kevin.post@ropesgray.com*
    *stuart.yothers@ropesgray.com*

    James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice* )
    Ropes & Gray LLP
    1900 University Avenue, 6th Floor
    East Palo Alto, CA  94303-2284
    (650) 617-4030
    *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*

    Paul M. Schoenhard (*pro hac vice*
    Ropes & Gray LLP
    One Metro Center
    700 12th Street NW, Suite 900
    Washington, DC  20005-3948
    (202) 508-4693
    *paul.schoenhard.@ropesgray.com*

**Attorneys for Defendants Motorola, Inc., Motorola Mobility, LLC, and General Instrument Corp.**

---

ORDER DENYING MICROSOFT'S MOTIONS IN LIMINE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 15th day of October, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTIONS IN LIMINE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001