# EXHIBIT 15

**March 20th, 2012**
**Via FTP**

Steven Pepe
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

      Re:   <u>10-CV-01823 – MS-MOTO_1823_VOL037 of Microsoft Corporation's Production</u>

Dear Steven,

    Please find enclosed a courtesy copy of Microsoft's production volume MS-MOTO_1823_VOL037, comprising Bates range MS-MOTO_1823_00002267980 - MS-MOTO_1823_00002286490 which was provided via FTP link on March 20, 2012. The enclosed files are encrypted and can be accessed with the same password that was previously provided via email.

                            Very truly yours,

                            */s/ Peter J. Uhlenhake*
                            Peter J. Uhlenhake
                            Senior Legal Assistant
                            Sidley Austin LLP
                            One South Dearborn, 35W
                            Chicago, IL 60603
                            P(312) 456-0794
                            F(312) 853-7036
                            puhlenhake@sidley.com