# EXHIBIT 18

097

Inv. No. 337-TA-752
CX-597

 **MOTOROLA**

October 21, 2010

Horacio E. Gutierrez
Corporate Vice President and Deputy General Counsel
Microsoft Corporation
1 Microsoft Way
Redmond, Washington  98052

     RE:   802.11 Patent License

Dear Mr. Gutierrez:

This letter is to confirm Motorola's offer to grant Microsoft a worldwide non-exclusive license under Motorola's portfolio of patents and pending applications having claims that may be or become Essential Patent Claims (as defined in section 6.1 of the IEEE bylaws) for a compliant implementation of the IEEE 802.11 Standards.  Enclosed is Motorola's 802.11 Annex which includes a non-exhaustive list of patents included in the license.  Motorola offers to license the patents under reasonable and non-discriminatory terms and conditions ("RAND"), including a reasonable royalty of 2.25% per unit for each 802.11 compliant product, subject to a grant back license under the 802.11 essential patents of Microsoft.  As per Motorola's standard terms, the royalty is calculated based on the price of the end product (e.g., each Xbox 360 product) and not on component software (e.g., Windows Mobile software).

As a convenience to its licensees, Motorola includes all the patents listed on its 802.11 Annex in the license, without regard to further proof of technical essentiality to the 802.11 standards.  If Microsoft is only interested in licensing some portion of this portfolio, Motorola is willing to enter into such a license, also on RAND terms.

Motorola will leave this offer open for 20 days.  Please confirm whether Microsoft accepts the offer.

Regards,

Kirk Dailey
Corporate Vice President
Intellectual Property

Enclosures

Motorola Mobility
Mobile Devices and Home
600 North U.S. Highway 45
Libertyville, Illinois 60048-1286
Telephone: 847.523.3029
Facsimile:  847.523-0314

098

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

438

MOTM_ITC 0064417

MOTM_WASH1823_0398180

802.11

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 1 | 4860003 | DELUCA | COMMUNICATION SYSTEM HAVING A PACKET STRUCTURE FIELD | | | | | | |
| | | Republic of Korea | Granted | 90-700135 | 1989-5-4 | 85466 | 1986-2-7 | 95-13159 | 1995-10-25 |
| 2 | 5142533 | CRISLER | METHOD FOR CONTROLLING THE SCHEDULING OF MULTIPLE ACCESS TO COMMUNICATION RESOURCES | | | | | | |
| | | United States | Granted | 676653 | 1991-3-28 | 5142533 | 1992-8-25 | | |
| 3 | 5164986 | BRIGHT | FORMATION OF REKEY MESSAGES IN A COMMUNICATION SYSTEM | | | | | | |
| | | United States | Granted | 662582 | 1991-2-27 | 5164986 | 1992-11-17 | | |
| 4a | 5239294 | FLANDERS | METHOD FOR AUTHENTICATION AND PROTECTION OF SUBSCRIBERS IN TELECOMMUNICATION SYSTEMS | | | | | | |
| | | Canada | Granted | 2087433 | 1991-7-15 | 2087433 | 1998-11-17 | | |
| | | Japan | Granted | 3-512885 | 1991-7-15 | 2750638 | 1998-2-27 | 5-508274 | 1993-11-18 |
| | | Mexico | Granted | 9402259 | 1994-3-28 | 230119 | 2005-8-22 | | |
| | | Mexico | Granted | 9100231 | 1991-7-16 | 174912 | 1994-6-22 | | |
| | | United States | Granted | 08/285173 | 1994-8-22 | 5572193 | 1996-11-5 | | |

802.11   1

099

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064418

MOTM_WASH1823_0398181

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 4b | 5572193 | FLANDERS | METHOD FOR AUTHENTICATION AND PROTECTION OF SUBSCRIBERS IN TELECOMMUNICATION SYSTEMS | | | | | | |
| | | Canada | Granted | 2087433 | 1991-7-15 | 2087433 | 1998-11-17 | | |
| | | Japan | Granted | 3-512685 | 1991-7-15 | 2760638 | 1998-2-27 | 5-508274 | 1993-11-18 |
| | | Mexico | Granted | 9402259 | 1994-3-28 | 230118 | 2005-8-22 | | |
| | | Mexico | Granted | 9100231 | 1991-7-16 | 174912 | 1994-6-22 | | |
| | | United States | Granted | 08/295173 | 1994-8-22 | 5572193 | 1996-11-5 | | |
| 5 | 5272724 | SOLOMON | WIDEBAND SIGNAL SYNCHRONIZATION | | | | | | |
| | | United States | Granted | 07/685125 | 1991-5-3 | 5272724 | 1993-12-21 | | |
| 6 | 5319712 | FINKELSTEIN | METHOD AND APPARATUS FOR PROVIDING CRYPTOGRAPHIC PROTECTION OF A DATA STREAM IN A COMMUNICATION SYSTEM | | | | | | |
| | | Argentina | Granted | 329225 | 1994-8-26 | AR256050V1 | 2004-7-26 | | |
| | | Canada | Granted | 2146024 | 1994-7-11 | 2146024 | 1998-9-22 | | |
| | | Finland | Granted | 951845 | 1994-7-11 | 115016 | 2005-2-15 | | |
| | | France | Granted | 94922507.2 | 1994-7-11 | EP0671092 | 2000-9-27 | | |
| | | Great Britain | Granted | 94922507.2 | 1994-7-11 | EP0671092 | 2000-9-27 | | 1995-9-13 |
| | | Japan | Granted | 7-507561 | 1994-7-11 | 3983281 | 2007-7-13 | 3983281 | 2007-7-13 |
| | | Republic of Korea | Granted | 701584/1995 | 1994-7-11 | 145494 | 1998-4-30 | 95-704882 | 1995-11-20 |
| | | Sweden | Granted | 94922507.2 | 1994-7-11 | EP0671092 | 2000-9-27 | | |
| | | United States | Granted | 08/112780 | 1993-8-26 | 5319712 | 1994-6-7 | | |

802.11   2

100
CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER       MOTM_ITC 0064419
440                                                    MOTM_WASH1823_0398182

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7  5329547 | LING | METHOD AND APPARATUS FOR COHERENT COMMUNICATION IN A SPREAD-SPECTRUM COMMUNICATION SYSTEM | | | | | | |
| | Argentina | Granted | 327618 | 1994-3-11 | AR256002V1 | 2004-2-17 | | |
| | Canada | Granted | 2134230 | 1994-2-16 | 2134230 | 1999-9-21 | | |
| | China P.R. | Granted | 94190121.1 | 1994-2-16 | ZL94190121.1 | 1999-10-23 | CN1105S10A | 1995-7-19 |
| | Finland | Granted | 945336 | 1994-2-16 | 112010 | 2003-10-15 | | |
| | France | Granted | 94913263.3 | 1994-2-16 | EP0643889 | 2002-6-5 | | |
| | Georgia | Granted | 2051 | 1994-2-16 | 1765 | 1999-6-10 | | |
| | Germany | Granted | 94913263.3 | 1994-2-16 | 69430720.3 | 2002-6-5 | | 1995-3-22 |
| | Great Britain | Granted | 94913263.3 | 1994-2-16 | EP0643889 | 2002-6-5 | | 1995-3-22 |
| | Italy | Granted | 94913263.3 | 1994-2-16 | EP0643889 | 2002-6-5 | | |
| | Japan | Granted | 520006/1994 | 1994-2-16 | 3464002 | 2003-8-22 | 7-508713 | 1995-7-20 |
| | Malaysia | Granted | PI94000441 | 1994-2-25 | MY-125586-A | 2006-8-30 | | |
| | Mexico | Granted | 9401801 | 1994-3-11 | 185865 | 1997-9-8 | | |
| | Poland | Granted | P-306002 | 1994-2-16 | 174713 | 1998-1-28 | | |
| | Singapore | Granted | 9602270-2 | 1994-2-16 | 46295 | 1998-7-20 | 46295 | 1998-2-20 |
| | Sweden | Granted | SE9403860-1 | 1994-2-16 | 520542 | 2003-7-22 | | |
| | United States | Granted | 08/031258 | 1993-3-11 | 5329547 | 1994-7-12 | | |
| | | | | | | | | |
| 8  5467398 | PIERCE | A METHOD OF MESSAGING IN A COMMUNICATION SYSTEM | | | | | | |
| | France | Granted | 95925488.9 | 1995-7-5 | EP0717898 | 2002-3-20 | | |
| | Germany | Granted | 95925488.9 | 1995-7-5 | 69525912.1 | 2002-3-20 | | 1996-6-26 |
| | Great Britain | Granted | 9804489.6 | 1995-7-5 | 2296413 | 1999-4-28 | | 1996-6-26 |
| | Netherlands | Granted | 95925488.9 | 1995-7-5 | EP0717898 | 2002-3-20 | | |
| | Sweden | Granted | 95925488.9 | 1995-7-5 | EP0717898 | 2002-3-20 | | |
| | United States | Granted | 08/270564 | 1994-7-5 | 5467398 | 1995-11-14 | | |

802.11   3

101

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

441

MOTM_ITC 0064420

MOTM_WASH1823_0398183

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| | PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 9 | 5560021 | VOOK | A POWER MANAGEMENT AND PACKET DELIVERY METHOD FOR USE IN A WIRELESS LOCAL AREA | | | | | | |
| | | United States | Granted | 08/223497 | 1994-4-4 | 5560021 | 1996-9-24 | | |
| 10 | 5636223 | REARDON | METHODS OF ADAPTIVE CHANNEL ACCESS ATTEMPTS | | | | | | |
| | | United States | Granted | 08/495276 | 1995-6-27 | 5636223 | 1997-6-3 | | |
| | | United States | Filed | 90/010802 | 2009-12-28 | | | | |
| 11 | 5689563 | BROWN | METHOD AND APPARATUS FOR EFFICIENT REAL-TIME AUTHENTICATION AND ENCRYPTION IN A COMMUNICATION SYSTEM | | | | | | |
| | | United States | Granted | 08/457212 | 1995-6-1 | 5689563 | 1997-11-18 | | |
| 12 | 5822359 | BRUCKERT | A COHERENT RANDOM ACCESS CHANNEL IN A SPREAD-SPECTRUM COMMUNICATION SSYTEM AND METHOD | | | | | | |
| | | United States | Granted | 08/323944 | 1994-10-17 | 5822359 | 1998-10-13 | | |

802.11   4

102

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064421

MOTM_WASH1823_0398184

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| 13  5311516 | KUZNICKI | PAGING SYSTEM USING MESSAGE FR AGMENTATION TO REDISTRIBUTE TR AFFIC | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Australia | Granted | 55504/94 | 1993-11-8 | 669037 | 1996-9-10 | | |
| | Brazil | Granted | PI9307693-2 | 1993-11-8 | PI9307693-2 | 2003-8-5 | | |
| | Canada | Granted | 2149879 | 1993-11-8 | 2149879 | 1999-4-13 | | |
| | China P.R. | Granted | 93114975.4 | 1993-11-23 | 93114975.4 | 1999-8-21 | CN1109868A | 1995-10-4 |
| | Czech Republic | Granted | PV1323-95 | 1993-11-5 | 284895 | 1999-2-1 | | |
| | France | Granted | 93914116.4 | 1993-5-25 | EP0597085 | 2001-9-26 | | |
| | Germany | Granted | 93914116.4 | 1993-5-25 | 69330816.8 | 2001-9-26 | 597085 | 1994-5-18 |
| | Great Britain | Granted | 93914116.4 | 1993-5-25 | EP0597085 | 2001-9-26 | | 1994-5-18 |
| | Hungary | Granted | P9501625 | 1993-11-8 | 215.879 | 1993-11-8 | P9501525 | 1996-4-29 |
| | India | Granted | 1267/DEL/93 | 1993-11-11 | 188578 | 2003-7-25 | | |
| | Japan | Granted | 6-500697 | 1993-5-25 | 2715664 | 1997-11-7 | | 1995-1-19 |
| | Mexico | Granted | 93 7212 | 1993-11-18 | 186521 | 1997-10-20 | | |
| | New Zealand | Granted | 258023 | 1993-11-8 | 258023 | 1996-9-4 | | |
| | Poland | Granted | P-309244 | 1993-11-8 | 175118 | 1998-5-5 | | |
| | Republic of Korea | Granted | 702138/1995 | 1993-11-8 | 156303 | 1998-7-21 | | |
| | Russian Federation | Granted | 95113712 | 1993-11-8 | 2121239 | 1998-10-27 | | |
| | Singapore | Granted | 9606823-4 | 1993-5-25 | 46625 | 1998-11-16 | 46625 | 1998-2-20 |
| | Singapore | Granted | 9604727-9 | 1993-11-8 | 46443 | 1998-11-16 | 46443 | 1998-2-20 |
| | Sweden | Granted | 93914116.4 | 1993-5-25 | EP0597085 | 2001-9-26 | | |
| | Taiwan | Granted | 82109863 | 1993-11-23 | NI-68587 | 1995-3-13 | 21/34 | 1994-12-1 |
| | United States | Granted | 891503 | 1992-5-29 | 5282205 | 1994-1-25 | | |
| | United States | Granted | 980084 | 1992-11-23 | 5311516 | 1994-5-10 | | |
| | Vietnam | Granted | S-1196/95 | 1993-11-8 | 521 | 1998-5-11 | | |

802.11   5

103

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064422

MOTM_WASH1823_0398185

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 6069896 | BORGSTAHL | CAPABILITY ADDRESSABLE NETWORK AND METHOD THEREFOR | | | | | | |
| | China P.R. | Granted | 97199757.8 | 1997-9-16 | ZL97199757.8 | 2003-1-10 | CN1238088A | 1999-12-8 |
| | European Patent Convention | Filed | 97941075 | 1997-9-16 | | | EP0932960 | 1999-8-4 |
| | Hong Kong | Granted | 103084.1 | 1997-9-16 | HK1024123 | 2004-1-16 | NA | 2004-1-16 |
| | Japan | Granted | 10-518346 | 1997-9-16 | 4070818 | 2008-1-25 | | |
| | United States | Granted | 09/104631 | 1998-6-25 | 6421347 | 2002-7-16 | | |
| | United States | Granted | 09/443855 | 1999-11-19 | 6434159 | 2002-8-13 | | |
| | United States | Granted | 09/432942 | 1999-11-3 | 6487180 | 2002-11-26 | | |
| | United States | Granted | 09/432941 | 1999-11-3 | 6434158 | 2002-8-13 | | |
| | United States | Granted | 09/454846 | 1999-12-7 | 6424623 | 2002-7-23 | | |
| | United States | Granted | 08/729207 | 1996-10-15 | 6069896 | 2000-5-30 | | |
| | | | | | | | | |
| 15 6331972 | HARRIS | PERSONAL DATA STORAGE AND TRANSACTION DEVICE SYSTEM AND METHOD | | | | | | |
| | United States | Granted | 09/794312 | 1997-2-3 | 6331972 | 2001-12-18 | | |
| | | | | | | | | |
| 16 5495482 | WHITE | VOICE AND DATA PACKET COMMUNICATION METHOD AND APPARATUS | | | | | | |
| | United States | Granted | 07/719212 | 1991-6-21 | 5495482 | 1996-2-27 | | |
| | | | | | | | | |
| 17 5357571 | BANWART | A METHOD FOR POINT-TO-POINT COMMUNICATIONS WITHIN SECURE COMMUNICATION SYSTEMS | | | | | | |
| | China P.R. | Granted | 94107263 | 1994-6-30 | 94107263 | 2001-4-19 | 1105188A | 1995-7-12 |
| | France | Granted | 9407921 | 1994-6-28 | 9407921 | 1997-1-24 | | |
| | Great Britain | Granted | 9412846.9 | 1994-6-27 | 2279537 | 1997-9-10 | | 1995-1-4 |
| | United States | Granted | 08/084119 | 1993-7-1 | 5357571 | 1994-10-18 | | |

802.11   6

104

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064423

MOTM_WASH1823_0398186

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 18  5412722 | SHERLY | ENCRYPTION KEY MANAGEMENT | | | | | | |
| | United States | Granted | 08/114528 | 1993-8-31 | 5412722 | 1995-5-2 | | |

802.11   7

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064424

MOTM_WASH1823_0398187

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Data | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 19  5028183 | TYMES | PACKET DATA COMMUNICATION SYSTEM | | | | | | |
| | Australia | Granted | 59319/94 | 1984-4-6 | 667264 | 1996-7-23 | | |
| | Australia | Granted | 20699/92 | 1992-8-7 | 657149 | 1995-7-11 | | |
| | Australia | Granted | 59212/94 | 1994-3-30 | 671716 | 1998-12-24 | | |
| | Australia | Granted | 65305/99 | 1999-12-16 | 787841 | 2004-4-1 | | |
| | Austria | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Austria | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Austria | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Austria | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Austria | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Belgium | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Canada | Granted | 2355192 | 1991-9-12 | 2355192 | 2004-11-23 | | |
| | Canada | Granted | 2119334 | 1994-3-17 | 2119334 | 2006-11-7 | | |
| | Canada | Granted | 2218268 | 1997-10-15 | 2218268 | 2007-1-16 | | |
| | Canada | Granted | 2051212 | 1991-9-12 | 2051212 | 2002-1-15 | | |
| | Canada | Granted | 2186923 | 1996-10-1 | 2186923 | 1996-10-1 | | |
| | Canada | Granted | 2119335 | 1994-3-17 | 2119335 | 2002-3-5 | | |
| | Canada | Granted | 2506121 | 1996-10-1 | 2506121 | 2010-9-21 | | |
| | Canada | Filed | 2564287 | 1997-10-15 | | | | |
| | Canada | Granted | 2072345 | 1992-6-23 | 2072345 | 2004-5-4 | | |
| | China P.R. | Granted | 92102112.7 | 1992-4-1 | 92102112.7 | 1995-7-15 | | |
| | China P.R. | Granted | 92111155.X | 1992-9-30 | ZL92111155X | 2000-10-4 | | |
| | China P.R. | Granted | 99127543.8 | 1999-12-29 | 99127543.8 | 2004-3-31 | | |
| | Denmark | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | European Patent Convention | Filed | 4018229.7 | 1991-12-11 | | | EP1478116 | 2004-11-17 |
| | France | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | France | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |

802.11   8

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064425

MOTM_WASH1823_0398188

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | France | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | France | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | France | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| | France | Granted | 98125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | France | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | France | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | France | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Germany | Granted | 99125057.2 | 1999-12-15 | 69925703.4 | 2005-6-8 | EP1017197 | |
| | Germany | Granted | 91119559.2 | 1991-11-15 | 89122214.2 | 1996-9-18 | | |
| | Germany | Granted | 91119370.4 | 1991-11-13 | 69118485.2 | 1996-4-3 | | |
| | Germany | Granted | 6007713.8 | 1991-12-11 | 69133592.3-08 | 2008-2-13 | | |
| | Germany | Granted | 91121301.5 | 1991-12-11 | 69129838.6 | 1998-7-22 | 496986 | |
| | Germany | Granted | 96117282.2 | 1996-10-28 | 69637751.9-08 | 2008-11-19 | EP0781005 | 1897-6-25 |
| | Germany | Granted | 92120347.7 | 1992-11-27 | 69228856.2 | 1999-4-7 | 544337 | |
| | Germany | Granted | 69431690.3 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Germany | Granted | 69433231.3 | 1994-3-30 | 69433231.3 | 2003-10-15 | 619662 | |
| | Great Britain | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Great Britain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | 485996 | |
| | Great Britain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Great Britain | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| | Great Britain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Great Britain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Great Britain | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| | Great Britain | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | Great Britain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Ireland | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| | Italy | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Italy | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |

802.11 9

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064426

MOTM_WASH1823_0398189

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | Italy | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Italy | Granted | 91119370.4 | 1991-11-13 | EP0465996 | 1996-4-3 | | |
| | Italy | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Italy | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Japan | Granted | 4-232534 | 1992-9-1 | 3583446 | 2004-8-6 | | |
| | Japan | Granted | 6-68847 | 1994-4-7 | 3515605 | 2004-1-23 | | 2004-1-23 |
| | Japan | Filed | 6-68846 | 1994-4-7 | | | | |
| | Japan | Granted | 8-284008 | 1996-10-25 | 4418537 | 2009-12-4 | | |
| | Japan | Granted | 03-346136 | 1991-12-27 | 3429782 | 2003-5-16 | | |
| | Netherlands | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Republic of Korea | Granted | 0006993/1994 | 1994-4-2 | 290435 | 2001-3-2 | | |
| | Republic of Korea | Granted | 6992/94 | 1994-4-4 | 328796 | 2002-3-5 | | |
| | Spain | Granted | 91119370.4 | 1991-11-13 | EP0465996 | 1996-4-3 | | |
| | Spain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Spain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Spain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Spain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Sweden | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Sweden | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Switzerland | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Taiwan | Granted | 83104968 | 1994-5-31 | 69060 | 1995-4-11 | | 1994-12-21 |
| | Taiwan | Granted | 80109543 | 1991-12-5 | NI-56950 | 1992-10-12 | | 1992-6-1 |
| | United States | Granted | 08/183069 | 1994-1-18 | 5479441 | 1995-12-26 | | |
| | United States | Granted | 08/661731 | 1996-6-12 | 5646389 | 1997-7-8 | | |
| | United States | Granted | 90/007742 | 2005-9-30 | 5479441C1 | 2008-6-24 | | |
| | United States | Granted | 09/338744 | 1999-6-23 | 7358857 | 2008-4-15 | | |
| | United States | Granted | 09/222128 | 1998-12-29 | 6580700 | 2003-6-17 | | |

802.11   10

108

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064427

MOTM_WASH1823_0398190

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|
| COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| United States | Granted | 07/823771 | 1992-8-3 | 5401944 | 1995-3-28 | | |
| United States | Granted | 07/799172 | 1991-11-27 | 5280498 | 1994-1-18 | | |
| United States | Granted | 08/549051 | 1995-10-27 | 5815811 | 1998-9-29 | | |
| United States | Granted | 07/823776 | 1992-8-3 | 5393965 | 1995-2-28 | | |
| United States | Granted | 08/344737 | 1994-11-23 | 5668803 | 1997-9-16 | | |
| United States | Granted | 08/747034 | 1996-11-8 | 6002918 | 1999-12-14 | | |
| United States | Granted | 08/411289 | 1995-3-27 | 5866888 | 1999-2-2 | | |
| United States | Granted | 08/044648 | 1993-4-8 | 5528621 | 1996-6-18 | | |

802.11   11

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064426

MOTM_WASH1823_0398191

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 20   5479441 | KRAMER | PACKET DATA COMMUNICATION SYSTEM | | | | | | |
| | Australia | Granted | 59319/94 | 1994-4-6 | 667264 | 1996-7-23 | | |
| | Australia | Granted | 20899/92 | 1992-8-7 | 657149 | 1995-7-11 | | |
| | Australia | Granted | 59212/94 | 1994-3-30 | 671716 | 1996-12-24 | | |
| | Australia | Granted | 65305/99 | 1999-12-16 | 767841 | 2004-4-1 | | |
| | Austria | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Austria | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Austria | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| | Austria | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Austria | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Belgium | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Canada | Granted | 2355192 | 1991-9-12 | 2355192 | 2004-11-23 | | |
| | Canada | Granted | 2119334 | 1994-3-17 | 2119334 | 2006-11-7 | | |
| | Canada | Granted | 2218268 | 1997-10-15 | 2218268 | 2007-1-16 | | |
| | Canada | Granted | 2051212 | 1991-9-12 | 2051212 | 2002-1-15 | | |
| | Canada | Granted | 2186923 | 1996-10-1 | 2186923 | 1996-10-1 | | |
| | Canada | Granted | 2119335 | 1994-3-17 | 2119335 | 2002-3-5 | | |
| | Canada | Granted | 2506121 | 1996-10-1 | 2506121 | 2010-8-21 | | |
| | Canada | Filed | 2564287 | 1997-10-15 | | | | |
| | Canada | Granted | 2072345 | 1982-8-23 | 2072345 | 2004-5-4 | | |
| | China P.R. | Granted | 92102112.7 | 1992-4-1 | 92102112.7 | 1995-7-15 | | |
| | China P.R. | Granted | 92111155.X | 1992-9-30 | ZL92111155X | 2000-10-4 | | |
| | China P.R. | Granted | 99127543.8 | 1998-12-29 | 99127543.8 | 2004-3-31 | | |
| | Denmark | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | European Patent Convention | Filed | 4018229.7 | 1991-12-11 | | | EP1478116 | 2004-11-17 |
| | France | Granted | 92120347.7 | 1992-11-27 | EP0644337 | 1999-4-7 | | |
| | France | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1998-4-3 | | |

802.11   12

110
CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064429

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM INVENTOR | TITLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| France | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| France | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| France | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| France | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| France | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| France | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| France | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| Germany | Granted | 99125057.2 | 1999-12-15 | 69925703.4 | 2005-6-8 | EP1017197 | |
| Germany | Granted | 91119559.2 | 1991-11-15 | 69122214.2 | 1996-9-18 | | |
| Germany | Granted | 91119370.4 | 1991-11-13 | 69118485.2 | 1996-4-3 | | |
| Germany | Granted | 6007713.8 | 1991-12-11 | 69133592.3-08 | 2008-2-13 | | |
| Germany | Granted | 91121301.5 | 1991-12-11 | 69129838.8 | 1998-7-22 | 496986 | |
| Germany | Granted | 96117282.2 | 1996-10-28 | 69637751.9-08 | 2008-11-19 | EP0781005 | 1997-6-25 |
| Germany | Granted | 92120347.7 | 1992-11-27 | 69228856.2 | 1999-4-7 | 544337 | |
| Germany | Granted | 69431690.3 | 1994-3-30 | 619663 | 2002-11-13 | | |
| Germany | Granted | 69433231.3 | 1994-3-30 | 69433231.3 | 2003-10-15 | 619662 | |
| Great Britain | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| Great Britain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | 485996 | |
| Great Britain | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |
| Great Britain | Granted | 6007713.8 | 1991-12-11 | EP1686730 | 2008-2-13 | | |
| Great Britain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| Great Britain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| Great Britain | Granted | 96117282.2 | 1996-10-28 | EP0781005 | 2008-11-19 | EP0781005 | 1997-6-25 |
| Great Britain | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| Great Britain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| Ireland | Granted | 94105048.6 | 1994-3-30 | 619662 | 2003-10-15 | | |
| Italy | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| Italy | Granted | 91119559.2 | 1991-11-15 | EP0486973 | 1996-9-18 | | |

802.11   13

111

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064430

MOTM_WASH1823_0398193

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | Italy | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Italy | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Italy | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Italy | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Japan | Granted | 4-232534 | 1992-9-1 | 3583446 | 2004-8-6 | | |
| | Japan | Granted | 6-68847 | 1994-4-7 | 3515605 | 2004-1-23 | | 2004-1-23 |
| | Japan | Filed | 6-68846 | 1994-4-7 | | | | |
| | Japan | Granted | 8-284008 | 1996-10-25 | 4418537 | 2009-12-4 | | |
| | Japan | Granted | 03-346136 | 1991-12-27 | 3429782 | 2003-5-16 | | |
| | Netherlands | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Republic of Korea | Granted | 0006993/1994 | 1994-4-2 | 290435 | 2001-3-2 | | |
| | Republic of Korea | Granted | 6992/94 | 1994-4-4 | 328796 | 2002-3-5 | | |
| | Spain | Granted | 91119370.4 | 1991-11-13 | EP0485996 | 1996-4-3 | | |
| | Spain | Granted | 91119559.2 | 1991-11-15 | EP0485973 | 1996-9-18 | | |
| | Spain | Granted | 91121301.5 | 1991-12-11 | EP0496986 | 1998-7-22 | | |
| | Spain | Granted | 92120347.7 | 1992-11-27 | EP0544337 | 1999-4-7 | | |
| | Spain | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Sweden | Granted | 99125057.2 | 1999-12-15 | EP1017197 | 2005-6-8 | | |
| | Sweden | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Switzerland | Granted | 94105049.4 | 1994-3-30 | 619663 | 2002-11-13 | | |
| | Taiwan | Granted | 83104968 | 1994-5-31 | 69060 | 1995-4-11 | | 1994-12-21 |
| | Taiwan | Granted | 80109543 | 1991-12-5 | NI-58950 | 1992-10-12 | | 1992-6-1 |
| | United States | Granted | 08/183069 | 1994-1-18 | 5479441 | 1995-12-26 | | |
| | United States | Granted | 08/661731 | 1996-6-12 | 5646389 | 1997-7-8 | | |
| | United States | Granted | 90/007742 | 2005-9-30 | 5479441C1 | 2008-6-24 | | |
| | United States | Granted | 09/338744 | 1999-6-23 | 7358857 | 2008-4-15 | | |
| | United States | Granted | 09/222126 | 1998-12-29 | 6580700 | 2003-6-17 | | |

802.11    14

112

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064431

MOTM_WASH1823_0398194

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | United States | Granted | 07/923771 | 1992-8-3 | 5401944 | 1995-3-28 | | |
| | United States | Granted | 08/549051 | 1995-10-27 | 5815811 | 1998-9-29 | | |
| | United States | Granted | 07/799172 | 1991-11-27 | 5280498 | 1994-1-18 | | |
| | United States | Granted | 07/923776 | 1992-8-3 | 5393965 | 1995-2-28 | | |
| | United States | Granted | 08/344737 | 1994-11-23 | 5668803 | 1997-9-16 | | |
| | United States | Granted | 08/747034 | 1996-11-8 | 6002918 | 1999-12-14 | | |
| | United States | Granted | 08/411289 | 1995-3-27 | 5866888 | 1999-2-2 | | |
| | United States | Granted | 08/044648 | 1993-4-8 | 5528621 | 1996-6-18 | | |
| 21  5519730 | JASPER | COMMUNICATION SIGNAL HAVING A TIME DOMAIN PILOT COMPONENT | | | | | | |
| | Australia | Granted | 24677/92 | 1992-8-14 | 663109 | 1996-1-16 | | |
| | Brazil | Granted | PI9105788-4 | 1991-5-17 | PI9105788-4 | 1999-7-17 | 1131 | 1992-8-4 |
| | Brazil | Granted | PI9205509-5 | 1992-8-14 | PI9205509-5 | 1998-8-25 | 1218 | 1994-4-5 |
| | Canada | Granted | 2064758-2 | 1991-5-17 | 2064758 | 1996-11-12 | | |
| | Canada | Granted | 2098011 | 1992-8-14 | 2098011 | 1999-6-22 | | |
| | China P.R. | Granted | 92110850.8 | 1992-9-24 | 44525 | 1998-10-24 | CN1072048A | 1993-5-12 |
| | Georgia | Granted | 2152 | 1992-8-14 | 1766 | 1999-6-6 | | |
| | Great Britain | Granted | 9312028.5 | 1992-8-14 | 2266645 | 1996-5-8 | | 1993-11-3 |
| | Hong Kong | Granted | 97102445.1 | 1997-12-16 | HK1000870 | 1998-5-1 | | |
| | India | Granted | 417/DEL/91 | 1991-5-14 | 180400 | 1998-12-18 | | |
| | Japan | Granted | 5-508377 | 1992-8-14 | 3455537 | 2003-7-25 | | |
| | Mexico | Granted | 9206164 | 1992-10-26 | 180732 | 1996-1-31 | | 1993-4-1 |
| | Republic of Korea | Granted | 92-700313 | 1991-5-17 | 137129 | 1998-2-3 | | |
| | Republic of Korea | Granted | 93-701966 | 1992-8-14 | 109964 | 1996-12-30 | 96-12160 | 1996-9-16 |
| | United States | Granted | 07/763289 | 1991-10-28 | 5519730 | 1996-5-21 | | |

802.11   15

113

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064432

MOTM_WASH1823_0398195

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|------------|----------|-------|--|--|--|--|--|--|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

22 6236674 | MORELLI | TRANSCEIVER CONTROL WITH SLEEP MODE OPERATION

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | | |
|--|---------|--------|-----------------|------------------|---------------|------------|--|--|
| | United States | Granted | 08/619797 | 1996-3-20 | 6236674 | 2001-5-22 | | |
| | United States | Granted | 08/605914 | 1996-2-23 | 5838720 | 1998-11-17 | | |
| | United States | Granted | 09/728564 | 2000-6-15 | 6978149 | 2005-12-20 | | |

802.11    16

114

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064433

MOTM_WASH1823_0398196

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 23 6404772 | BEACH | VOICE AND DATA WIRELESS COMMUNICATIONS NETWORK AND METHOD | | | | | | |
| | Australia | Granted | 2008207663 | 2008-8-1 | 2008207663 | 2009-6-25 | | |
| | Australia | Filed | 2008203424 | 2008-7-31 | | | | |
| | Australia | Granted | 45860/02 | 2001-7-27 | 781434 | 2005-9-8 | | |
| | Australia | Granted | 2008203425 | 2008-7-31 | 2008203425 | 2008-9-17 | | |
| | Brazil | Filed | PI0117231-0 | 2001-7-27 | | | | |
| | Brazil | Filed | PI0117232-8 | 2004-7-27 | | | | |
| | Brazil | Filed | PI0107091-8 | 2001-7-27 | | | | |
| | Brazil | Filed | PI0117230-1 | 2001-7-27 | | | | |
| | Canada | Filed | 2517821 | 2001-7-27 | | | | |
| | Canada | Filed | 2517832 | 2001-7-27 | | | | |
| | Canada | Granted | 2517825 | 2001-7-27 | 2517825 | 2009-12-1 | | |
| | Canada | Filed | 2389109 | 2001-7-27 | | | | |
| | European Patent Convention | Filed | 5018176.7 | 2001-7-27 | | | 1605635 | 2005-12-14 |
| | European Patent Convention | Filed | 5018175.9 | 2001-7-27 | | | EP1603279 | 2006-1-4 |
| | European Patent Convention | Filed | 5018174.2 | 2001-7-27 | | | 1605634 | 2005-12-14 |
| | Finland | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | France | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | Germany | Granted | 1955073 | 2001-7-27 | 60117800.9-08 | 2006-3-8 | | |
| | Great Britein | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | Italy | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | WO02/11476 | |
| | Japan | Granted | 2005320965 | 2005-11-4 | 4177842 | 2008-8-29 | 2006054928 | 2006-2-23 |
| | Japan | Granted | 2005320966 | 2005-11-4 | 4209418 | 2009-1-14 | 2006087140 | 2006-2-23 |
| | Japan | Granted | 2002-515867 | 2001-7-27 | 4128445 | 2008-5-23 | 2004-505573 | 2004-2-19 |

802.11    17

115

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064434

MOTM_WASH1823_0398197

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| | Republic of Korea | Granted | 10-2005-7023389 | 2005-12-6 | 799392 | 2008-1-23 | | |
| | Republic of Korea | Granted | 10-2002-7003594 | 2001-7-27 | 796846 | 2008-1-15 | | |
| | Republic of Korea | Granted | 10-2005-7023390 | 2005-12-6 | 754350 | 2007-8-27 | | |
| | Republic of Korea | Granted | 10-2005-7023391 | 2005-12-6 | 754859 | 2007-8-28 | | |
| | Sweden | Granted | 1955073 | 2001-7-27 | 1210830 | 2006-3-8 | | |
| | United States | Filed | 10/033861 | 2001-12-27 | | | US20020054574A1 | 2002-5-9 |
| | United States | Filed | 11/193521 | 2005-7-29 | | | US20050281235A1 | 2005-12-22 |
| | United States | Filed | 11/192574 | 2005-7-29 | | | US20050281252A1 | 2005-12-22 |
| | United States | Granted | 09/627092 | 2000-7-27 | 6404772 | 2002-6-11 | | |
| | United States | Filed | 11/193772 | 2005-7-29 | | | US20060002378A1 | 2006-1-5 |

802.11    18

116

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

456

MOTM_ITC 0064435

MOTM_WASH1823_0398198

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
| 24  6473449 | CAFARELLA | HIGH-DATA-RATE WIRELESS LOCAL AREA NETWORK | | | | | | |
| | Canada | Granted | 2176401 | 1995-2-3 | 2176401 | 2003-7-8 | | |
| | China P.R. | Granted | 95191641.6 | 1995-2-3 | ZL95191641.6 | 2002-4-24 | | . |
| | China P.R. | Granted | 1136147.6 | 1998-8-15 | ZL01136147.6 | 2009-4-29 | | |
| | India | Granted | 114/MAS/95 | 1995-1-31 | 188220 | 1995-1-31 | | |
| | Indonesia | Granted | P-950270 | 1995-3-17 | ID0008776 | 2002-9-10 | | |
| | Japan | Granted | 2002-329562 | 1995-2-3 | 3532556 | 2004-3-12 | 2003-168999 | 2003-6-13 |
| | Japan | Granted | 521825/1995 | 1995-2-3 | 3406319 | 2003-3-7 | | |
| | Malaysia | Granted | PI 95000226 | 1995-1-27 | MY-114861-A | 2003-2-28 | | |
| | Malaysia | Granted | PI20014245 | 1995-1-27 | MY-127750-A | 2006-12-29 | | |
| | Taiwan | Granted | 84100724 | 1995-1-27 | NI-073357 | 1996-1-10 | 84100724 | 1995-9-1 |
| | United States | Granted | 09/487395 | 2000-1-18 | 6473449 | 2002-10-29 | | |
| | United States | Granted | 08/369778 | 1994-12-30 | 5809060 | 1998-9-15 | | |
| | United States | Granted | 09/048651 | 1998-3-26 | 6075812 | 2000-6-13 | | |

802.11  19

117

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MOTM_ITC 0064436

457

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX
802.11n

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|------------|----------|-------|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

25  7143333  BLANKENSHIP  METHOD AND APPARATUS FOR ENCODING AND DECODING DATA

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---------|--------|-----------------|------------------|---------------|------------|---------|----------|
| | Brazil | Filed | 0514179-6 | 2005-8-3 | | | 1852 | 2008-6-3 |
| | China P.R. | Granted | 200580026914.4 | 2005-8-3 | ZL200580026914.4 | 2010-9-15 | CN101032082A | 2007-9-5 |
| | European Patent Convention | Filed | 5778444.8 | 2005-8-3 | | | 1790081 | 2007-5-30 |
| | India | Filed | 410/KOLNP/2007 | 2005-8-3 | | | | |
| | Japan | Granted | 2007-525672 | 2005-8-3 | 4516602 | 2010-5-21 | 4516602 | 2010-8-4 |
| | Republic of Korea | Granted | 10-2007-7003244 | 2005-8-3 | 10-884698 | 2009-2-13 | | |
| | Russian Federation | Granted | 2007107953 | 2005-8-3 | 2370886 | 2009-10-20 | | |
| | United States | Granted | 11/004359 | 2004-12-3 | 7143333 | 2006-11-28 | US-2006-0031744-A1 | 2006-2-9 |

26  7493548  NIMBALKER  METHOD AND APPARATUS FOR ENCODING AND DECODING DATA

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---------|--------|-----------------|------------------|---------------|------------|---------|----------|
| | United States | Granted | 11/275937 | 2006-2-6 | 7493548 | 2009-2-17 | US2007022039 5A1 | 2007-9-20 |

802.11n   20

118

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

458

MOTM_ITC 0064437

MOTOROLA ESSENTIAL PROPERTIES
WLAN ANNEX

| PATENT_NUM | INVENTOR | TITLE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |

27  7165205   BLANKENSHIP  METHOD AND APPARATUS FOR ENCODING AND DECODING DATA

| | COUNTRY | STATUS | Application Num | Application Date | Patent Number | Grant Date | PUB_NUM | PUB_DATE |
|---|---|---|---|---|---|---|---|---|
| | Canada | Granted | 2564395 | 2005-5-11 | 2564395 | 2009-7-7 | | |
| | China P.R. | Filed | 200580008388.9 | 2005-5-11 | | | CN1934789A | 2007-3-21 |
| | European Patent Convention | Filed | 5747840.4 | 2005-5-11 | | | 1747613 | 2007-1-31 |
| | India | Filed | 2310/KOLNP/2006 | 2005-5-11 | | | | |
| | Israel | Filed | 177439 | 2005-5-11 | | | | |
| | Japan | Granted | 2007-502126 | 2005-5-11 | 4558037 | 2010-7-30 | 2007-529531 | 2007-9-6 |
| | Republic of Korea | Granted | 10-2006-7023750 | 2005-5-11 | 10-861893 | 2008-9-30 | | |
| | Taiwan | Filed | 94115484 | 2005-5-13 | | | 200611497 | 2006-4-1 |
| | United States | Granted | 10/874611 | 2004-6-23 | 7165205 | 2007-1-16 | US-2005-0257119-A1 | 2005-11-17 |

802.11n   21

CONTAINS MOTOROLA MOBILITY, INC.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER
MOTM_ITC 0064436

459
MOTM_WASH1823_0398201