FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 19 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY                                    DEPUTY

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

　　　　　Plaintiff,

v.

MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,

　　　　　Defendants.

---

MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,

　　　　　Plaintiffs/Counterclaim Defendant,

v.

MICROSOFT CORPORATION,

　　　　　Defendant/Counterclaim Plaintiff.

CASE NO. C10-1823-JLR

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE [PROPOSED]

NOTED ON MOTION CALENDAR:
Friday, October 12, 2012

10-CV-01823-PET

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S AND GENERAL INSTRUMENT'S UNOPPOSED AND AGREED MOTION TO SUBSTITUTE PARTIES
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Defendants' Motion to File Documents
2  Under Seal in Support of Defendants' Motions In Limine, and the Court having reviewed the
3  pleadings and evidence presented and on file in this case, and being otherwise fully advised as to
4  the issues presented, the Court hereby:

5  ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
6  seal:

7  1. . Exhibits 1-4 and 7-12 to the Declaration of Stuart W. Yothers; ~~and~~ (Dkt 457 Exhibits 1-4 and 7-12) and
8  2. Defendants' Motions In Limine. (Dkt 455)

9  IT IS SO ORDERED.

10  DATED this 19th day of October, 2012.

                                    _____
                                    THE HONORABLE JAMES L. ROBART
                                    UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    ralphp@summitlaw.com
    philm@summitlaw.com
    lynne@summitlaw.com

By */s/ Thomas V. Miller*
    Thomas V. Miller
    MOTOROLA MOBILITY LLC
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    (847) 523-2162

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 | And by

2 | Jesse J. Jenner (*pro hac vice*)
Steven Pepe (*pro hac vice*)
3 | Stuart W. Yothers (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
4 | Ropes & Gray LLP
1211 Avenue of the Americas
5 | New York, NY 10036-8704
(212) 596-9046
6 | jesse.jenner@ropesgray.com
steven.pepe@ropesgray.com
7 | stuart.yothers@ropesgray.com
kevin.post@ropesgray.com
8 |

James R. Batchelder (*pro hac vice*)
9 | Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
10 | 1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
11 | (650) 617-4030
james.batchelder@ropesgray.com
12 | norman.beamer@ropesgray.com

13 | Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
14 | One Metro Center
700 12th Street NW, Suite 900
15 | Washington, DC 20005-3948
(202) 508-4693
16 | paul.schoenhard.@ropesgray.com

17 | **Attorneys for Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation**
18 |

19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 4th day of October, 2012.

/s/     *Marcia A. Ripley*
Marcia A. Ripley

PROPOSED ORDER GRANTING MOTOROLA MOBILITY'S
AND GENERAL INSTRUMENT'S UNOPPOSED AND
AGREED MOTION TO SUBSTITUTE PARTIES - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001