```
__ FILED  ____ ENTERED
__ LODGED ____ RECEIVED
```

OCT 19 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

THE HONORABLE JAMES L. ROBART

10-CV-01823-RPLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO REDACT TRANSCRIPT OF APRIL 11, 2012 HEARING [PROPOSED]<br><br>NOTED ON MOTION CALENDAR:<br>May 18, 2012 |

THIS MATTER having come before the Court on Defendants' Motion to Redact Transcript of April 11, 2012 Hearing, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby.

ORDERS, ADJUDGES AND DECREES that the unredacted transcript of the April 11, 2012 hearing on Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction (entitled "Argument on TRO") (Dkt 207) be sealed, and that the following portions of the transcript, which Motorola has identified in the Motion and in Exhibit A to that Motion, be redacted:

Page 13, Lines 9-14, from after "restraining order," on Line 9 through just before "And we know" on Line 14;

ORDER GRANTING DEFENDANTS' MOTION TO REDACT
TRANSCRIPT OF APRIL 11, 2012 HEARING [PROPOSED] –
PAGE 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Page 24, Lines 14-15, from after "did make," on Line 14 through just before "and said this should be" on Line 15;

Page 24, Line 17, from after "thinking about the" through just before "that Microsoft";

Page 24, Line 23, from after "turn down the" through the end of the line;

Page 36, Lines 5-6, from after "almost always happens." on Line 5 through the end of Line 6; and

Page 43, Line 5-7, from after "$300 million and" on Line 5 through just before "And by the way," on Line 7.

IT IS SO ORDERED.

DATED this 19th day of October, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO REDACT
TRANSCRIPT OF APRIL 11, 2012 HEARING [PROPOSED] –
PAGE 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
arthurh@dhlt.com
chrisw@dhlt.com
shanec@dhlt.com

Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
Richard A. Cederoth, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Sidley Austin LLP
bnester@sidley.com
dpritikin@sidley.com
dilewis@sidley.com
jwmcbride@sidley.com
rcederoth@sidley.com
david.greenfield@sidley.com
wbaumgartner@sidley.com
dgiardina@sidley.com
cphillips@sidley.com
ctrela@sidley.com
erobbins@sidley.com

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
andycu@microsoft.com
davkill@microsoft.com

DATED this 7th day of May, 2012.

/s/ *Deanna L. Schow*
Deanna L. Schow

ORDER GRANTING DEFENDANTS' MOTION TO REDACT
TRANSCRIPT OF APRIL 11, 2012 HEARING [PROPOSED] –
PAGE 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001