Exhibit A: Exhibits Motorola is Moving Be Sealed (Highlighting Exhibits Previously Sealed)

| Trial Ex. No. | Description | BegDoc# | EndDoc# |
|---|---|---|---|
| 13 | 12/01/2011 Motorola and Vtech Patent License Agreement (CX-782C; Inv. No. 337-TA-752) | MOTM_WASH1823_0394368 | MOTM_WASH1823_0394401 |
| 36 | 9/13/2004 Patent Cross License Agreement; Attachment B to Settlement Agreement Between Proxim and Symbol (CX-777C; ITC Inv. No. 337-TA-752) | MOTM_WASH1823_0398576 | MOTM_WASH1823_0398597 |
| 37 | 2/24/2006 Patent License Agreement; Attachment B to Settlement Agreement Between Terabeam and Symbol (CX-775C; ITC Inv. No. 337-TA-752) | MOTM_WASH1823_0398540 | MOTM_WASH1823_0398558 |
| 38 | 6/09/2004 Settlement Agreement between Hand Held Products and Symbol (CX-776C 337-TA-752) | MOTM_WASH1823_0398559 | MOTM_WASH1823_0398575 |
| 84 | Marvell "88W8786U Intergrated MAC/Baseband/RF SoC IEEE 802.11g/b and 802.11n Datasheet" 10/08/2009 | MRVL000619 | MRVL000760 |
| 524 | Marvell "88W8786U Integrated MAC/Baseband/RF SoC IEEE 802.11 g/b and draft-802.11n Datasheet" 3/13/2009 | MS-MOTO_1823_00000189652 | MS-MOTO_1823_00000189773 |
| 2454 | Motorola Mobility 802.11-Compliant Worldwide Revenue Summary (Exhibit 5 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2455 | Motorola Mobility 802.11-Compliant Worldwide Units (Exhibit 5.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2456 | Motorola Mobility 802.11-Compliant Worldwide P&L (Exhibit 5.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2457 | Motorola Mobility Worldwide Future Discounted Revenue, 802.11-Compliant Phones (Exhibit 5.3.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2458 | Motorola Mobility Worldwide Future Discounted Revenue, 802.11-Compliant Tablets (Exhibit 5.3.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2459 | Motorola Mobility Future Worldwide Discounted Revenue, 802.11-Compliant Wireless Solutions (Exhibit 5.3.3 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2460 | Motorola Solutions 802.11-Compliant Worldwide Revenue Summary (Exhibit 6.0 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2461 | Motorola Solutions 802.11-Compliant Worldwide Units (Exhibit 6.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |

21

Exhibit A: Exhibits Motorola is Moving Be Sealed (Highlighting Exhibits Previously Sealed)

| Trial Ex. No. | Description | BegDoc# | EndDoc# |
|---|---|---|---|
| 2462 | Motorola Solutions Worldwide 802.11-Compliant P&L (Exhibit 6.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2463 | Motorola Solutions 802.11-Compliant Worldwide Future Discounted Revenue (Exhibit 6.3 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2469 | Motorola Mobility H.264-Compliant Worldwide Revenue Summary (Exhibit 8.0 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2470 | Motorola Mobility H.264-Compliant Baseline Only Worldwide Revenue Summary (Exhibit 8.0.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2471 | Motorola Mobility H.264 Main and High Profile Compliant Worldwide Revenue Summary (Exhibit 8.0.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2472 | Motorola Mobility Worldwide H.264-Compliant Units (Exhibit 8.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2473 | Motorola Mobility H.264-Compliant Profitability (Exhibit 8.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2474 | Motorola Mobility Future Worldwide Discounted Revenue, H.264-Compliant Phones (Exhibit 8.3.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2475 | Motorola Mobility Future Worldwide Discounted Revenue, H.264-Compliant Tablets (Exhibit 8.3.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2476 | Motorola Mobility Future Worldwide Discounted Revenue, H.264-Compliant Set Top Boxes (Exhibit 8.3.3 to the Expert Report of Michael J. Dansky, dated 7/24/12) | | |
| 2756 | Licensing Opportunity: 802.11b/WLAN Aps | MOTM_WASH1823_0420670 | MOTM_WASH1823_0420683 |
| 2769 | Memorandum of Understanding - Patent Cross-License Agreement between Samsung and Motorola | MOTM_WASH1823_0025833 | MOTM_WASH1823_0025954 |
| 2798 | Cellular Essential Properties Cross License Agreement between Motorola and Nokia Corp. | MOTM_WASH1823_0025091 | MOTM_WASH1823_0025144 |
| 2800 | Cellular Essential Properties Cross License Agreement between Motorola and RIM | MOTM_WASH1823_0025598 | MOTM_WASH1823_0025667 |
| 2802 | Cellular Essential Properties Cross License Agreement between Motorola and Brightstar Corp. | MOTM_WASH1823_0023750 | MOTM_WASH1823_0023800 |

22

Exhibit A: Exhibits Motorola is Moving Be Sealed (Highlighting Exhibits Previously Sealed)

| Trial Ex. No. | Description | BegDoc# | EndDoc# |
|---|---|---|---|
| 2803 | Cellular Essential Properties Cross License Agreement between Motorola and Chi Mei Comm's Systems | MOTM_WASH1823_0023868 | MOTM_WASH1823_0023935 |
| 2804 | Cellular Essential Properties Cross License Agreement between Motorola and Casio Computer Company, Ltd. | MOTM_WASH1823_0023801 | MOTM_WASH1823_0023867 |
| 2805 | Cellular Essential Properties Cross License Agreement between Motorola and Option NV | MOTM_WASH1823_0025145 | MOTM_WASH1823_0025230 |
| 2807 | Patent Cross License Agreement between Motorola, Inc. and Eastman Kodak Co. | MOTM_WASH1823_0024156 | MOTM_WASH1823_0024196 |
| 2808 | Release and Amendment between Motorola, Inc. and Ericsson | MOTM_WASH1823_0024213 | MOTM_WASH1823_0024225 |
| 2809 | Agreement to Amend the 1990 Patent License Agreement between Motorola, Inc. and Qualcomm Inc. | MOTM_WASH1823_0025476 | MOTM_WASH1823_0025488 |
| 2810 | Cellular Essential Properties Cross License Agreement between Motorola and High Tech Computer Corp. | MOTM_WASH1823_0024585 | MOTM_WASH1823_0024684 |
| 2833 | Patent Cross License Agreement between Motorola, Inc., and RIM | MOTM_WASH1823_0025503 | MOTM_WASH1823_0025597 |
| 2835 | Amended and Restated Cellular Essential Properties Cross License Agreement between Motorola and Nokia Corp. | MOTM_WASH1823_0024952 | MOTM_WASH1823_0025013 |
| 2836 | Cellular Essential Properties Cross License Agreement between Motorola, and BenQ Corp. | MOTM_WASH1823_0023674 | MOTM_WASH1823_0023749 |
| 2837 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Benefon OYJ | MOTM_WASH1823_0023636 | MOTM_WASH1823_0023673 |
| 2841 | Agreement between IBM Corp. and Motorola Mobility Holdings, Inc. | MOTM_WASH1823_00411600 | MOTM_WASH1823_00411619 |
| 2842 | Cellular Essential Properties Cross License Agreement between Motorola and LG Elecs. Inc. | MOTM_WASH1823_0024746 | MOTM_WASH1823_0024825 |
| 2843 | Patent Cross License Agreement between Motorola and NEC Corp. | MOTM_WASH1823_0025014 | MOTM_WASH1823_0025090 |
| 2844 | Ex. 7 - Philips-Motorola Mobility 2006 Patent License Agreement | MOTM_WASH1823_0025382 | MOTM_WASH1823_0025393 |
| 2845 | Global Patent License Agreement between Ericsson and Motorola, Inc. | MOTM_WASH1823_0024197 | MOTM_WASH1823_0024212 |
| 2846 | Ex. 6 - Philips-Motorola 2006 Patent License Agreement Amendment | MOTM_WASH1823_0025394 | MOTM_WASH1823_0025396 |
| 2847 | Patent License Agreement between Motorola , Inc. and Koninklijke Philips Elecs. N.V. | MOTM_WASH1823_0025397 | MOTM_WASH1823_0025408 |
| 2860 | Direct Testimony of Kirk Dailey, ITC Inv. No. 337-TA-752 | MOTM_WASH1823_0398478 | MOTM_WASH1823_0398502 |

23

Exhibit A: Exhibits Motorola is Moving Be Sealed (Highlighting Exhibits Previously Sealed)

| Trial Ex. No. | Description | BegDoc# | EndDoc# |
|---|---|---|---|
| 2865 | 802.11 Patent License Agreement between Fujitsu Limited and Via Licensing Corp. | VL000075 | VL000100 |
| 2866 | 802.11 Patent License Agreement between Japan Radio Co., Ltd. and Via Licensing Corp. | VL000150 | VL000175 |
| 2867 | 802.11 Patent License Agreement between Koninklijke Philips Elecs. N.V. and Via Licensing Corp. | VL000176 | VL000201 |
| 2868 | 802.11 Patent License Agreement between LG Elecs., Inc. and Via Licensing Corp. | VL000202 | VL000227 |
| 2869 | 802.11 Patent License Agreement between Sony Corp. and Via Licensing Corp. | VL000228 | VL000253 |
| 2897 | Selected pages from the transcript of the deposition of Louis P. Berneman, ED D, CLP, taken in, In the Matter of Certain Mobile Devices, Associated Software, and Components Thereof, ITC Inv. No. 337-TA-744 | | |
| 2900 | Rebuttal Testimony of Kirk Dailey, marked as Hearing Exhibit CX-7778C and admitted into evidence in Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof, Inv. No. 337-TA-752 (U.S.I.T.C.) | MOTM_WASH1823_0398598 | MOTM_WASH1823_0398625 |
| 2924 | Expert Report of Louis P. Berneman, Ed D, CLP," submitted in Certain Mobile Devices, Associated Software, and Components Thereof, ITC Inv. No. 337-TA-744 | | |
| 3162 | Presentation: Motorola Mobility - HTC Meeting IP License Discussions (February 2, 2011) | MOTM_WASH1823_0054329 | MOTM_WASH1823_0054336 |
| 3163 | Presentation: MMI - Samsung Meeting (March 23, 2011) | MOTM_WASH1823_0054337 | MOTM_WASH1823_0054351 |
| 3164 | Motorola Licensing Presentation to Apple | MOTM_WASH1823_0018625 | MOTM_WASH1823_0018627 |
| 3169 | MI_mw_revenue_ww_update_07202012.xls | MOTS_1823_0151471 | MOTS_1823_0151471 |
| 3211 | Cellular Essential Properties Cross License Agreement between Agilent Technologies, Inc. and Motorola, Inc. | MOTM_WASH1823_00223472 | MOTM_WASH1823_00223553 |
| 3212 | Patent Cross License and Settlement Agreement between Aruba Networks, Inc. and Motorola, Inc. | MOTM_WASH1823_0023450 | MOTM_WASH1823_0023471 |
| 3213 | Cellular Essential Properties Cross License Agreement between Compal Communications, Inc. and Motorola, Inc. | MOTM_WASH1823_0023936 | MOTM_WASH1823_0024020 |
| 3214 | Cellular Essential Properties Cross License Agreement between Curitel Communications, Inc. and Motorola, Inc. | MOTM_WASH1823_0024021 | MOTM_WASH1823_0024083 |
| 3215 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Dai Telecom S.p.A | MOTM_WASH1823_0024084 | MOTM_WASH1823_0024144 |
| 3216 | Cellular License Agreement between Denso Corp. and Motorola, Inc. | MOTM_WASH1823_0024145 | MOTM_WASH1823_0024155 |

24

Exhibit A: Exhibits Motorola is Moving Be Sealed (Highlighting Exhibits Previously Sealed)

| Trial Ex. No. | Description | BegDoc# | EndDoc# |
|---|---|---|---|
| 3217 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Firefly Mobile, Inc. | MOTM_WASH1823_0024226 | MOTM_WASH1823_0024265 |
| 3218 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Giant Electronics Limited | MOTM_WASH1823_0024266 | MOTM_WASH1823_0024326 |
| 3219 | Agreement between Harris Corp. and Motorola, Inc. | MOTM_WASH1823_0024327 | MOTM_WASH1823_0024338 |
| 3220 | Cellular Essential Properties Cross License Agreement - Subscriber, between Motorola, Inc. and Hitachi, Ltd. | MOTM_WASH1823_0024422 | MOTM_WASH1823_0024504 |
| 3221 | Cellular Essential Properties Cross License Agreement - Infrastructure, between Motorola, Inc. and Hitachi, Ltd. | MOTM_WASH1823_0024339 | MOTM_WASH1823_00243421 |
| 3222 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Hop-On Wireless, Inc. | MOTM_WASH1823_0024505 | MOTM_WASH1823_0024584 |
| 3223 | USDC Essential Property Cross License Agreement between Motorola, Inc. and IFR Systems Inc. | MOTM_WASH1823_0024685 | MOTM_WASH1823_0024695 |
| 3224 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Kyocera Corp. | MOTM_WASH1823_0024696 | MOTM_WASH1823_0024745 |
| 3225 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and LG Electronics Inc. | MOTM_WASH1823_0024826 | MOTM_WASH1823_0024893 |
| 3226 | Letter from Motorola, Inc. to Matsushita Electric Industrial Co., Ltd. re: GSM Essential Properties Cross License Agreement | MOTM_WASH1823_0024894 | MOTM_WASH1823_00249923 |
| 3227 | Settlement and Patent Cross License Agreement between Metrologic Instruments, Inc. and Motorola, Inc. | MOTM_WASH1823_0023430 | MOTM_WASH1823_0023449 |
| 3228 | 3G Properties Cross License Agreement between Motorola, Inc. and Panasonic Mobile Communications Co., Ltd. | MOTM_WASH1823_0025231 | MOTM_WASH1823_00252394 |
| 3229 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Pantech Co., Ltd. | MOTM_WASH1823_0025295 | MOTM_WASH1823_0025381 |
| 3230 | Amendment to DS-CDMA Technology Agreement between Motorola, Inc. and QUALCOMM Inc. | MOTM_WASH1823_0025409 | MOTM_WASH1823_0025412 |
| 3231 | Agreement to Amend the Patent License Agreement and Technology License Agreement and Software License Agreement between Motorola, Inc. and QUALCOMM Inc. | MOTM_WASH1823_0025413 | MOTM_WASH1823_0025430 |
| 3232 | DS-CDMA Technology Agreement between QUALCOMM Inc. and Motorola, Inc. | MOTM_WASH1823_0025431 | MOTM_WASH1823_0025467 |
| 3233 | Patent License Agreement between Motorola, Inc. and QUALCOMM Inc. | MOTM_WASH1823_0025489 | MOTM_WASH1823_0025502 |
| 3234 | Draft - Agreement to Amend the Patent License Agreement between Motorola, Inc. and QUALCOMM Inc. | MOTM_WASH1823_0025468 | MOTM_WASH1823_0025475 |

25

Exhibit A: Exhibits Motorola is Moving Be Sealed (Highlighting Exhibits Previously Sealed)

| Trial Ex. No. | Description | BegDoc# | EndDoc# |
|---|---|---|---|
| 3236 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and SAGEM SA | MOTM_WASH1823_0025713 | MOTM_WASH1823_0025768 |
| 3237 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and SAGEM Wireless | MOTM_WASH1823_0025694 | MOTM_WASH1823_0025712 |
| 3238 | Cellular Cross License Agreement between Motorola, Inc. and Samsung Electronics Co., Ltd. | MOTM_WASH1823_0025769 | MOTM_WASH1823_0025832 |
| 3239 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Sanyo Electric Co., Ltd. | MOTM_WASH1823_0025955 | MOTM_WASH1823_0026017 |
| 3240 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Sharp Corp. | MOTM_WASH1823_0026023 | MOTM_WASH1823_0026092 |
| 3241 | Exhibit 8 - Sharp-Motorola 2003 Cellular Essentials Properties Cross License Agreement Amendment between Motorola, Inc. and Sharp Corp. | MOTM_WASH1823_0026018 | MOTM_WASH1823_0026022 |
| 3242 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Shintom Co., Ltd. | MOTM_WASH1823_0026093 | MOTM_WASH1823_0026145 |
| 3243 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Sierra Wireless, Inc. | MOTM_WASH1823_0026168 | MOTM_WASH1823_0026248 |
| 3244 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and T&A Mobile Phones Limited | MOTM_WASH1823_0026387 | MOTM_WASH1823_0026451 |
| 3245 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Telian Corp. | MOTM_WASH1823_0026452 | MOTM_WASH1823_0026518 |
| 3246 | Settlement Agreement between Motorola, Inc. and Telit Italia S.p.A. | MOTM_WASH1823_0026519 | MOTM_WASH1823_0026523 |
| 3247 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Toshiba Corp. | MOTM_WASH1823_0026524 | MOTM_WASH1823_0026595 |
| 3265 | Agreement between Intermec IP Corp. and Symbol Technologies, Inc. | MOTM_WASH1823_0026296 | MOTM_WASH1823_0026345 |
| 3333 | Summary Exhibit: Dansky Financial Tables | | |
| 3334 | Summary Exhibit: Motorola Licensing Agreements | | |
| 3335 | Summary Exhibit: Correspondence Between Motorola and Microsoft Regarding Standard Essential Patent Licensing | | |
| 3343 | Atheros Data Sheet, AR9280 Single-Chip 2x2 MIMO MAC/BB/Radio with PCI Express Interface for 802.11n 2.4 and 5 GHz WLANs | MS-MOTO_1823_00000673948 | MS-MOTO_1823_00000674101 |

26