Exhibit B: Materials Sealed Under "Compelling Reasons" Standard

| Trial Ex. No. | Description (from the Joint Trial Exhibit List, Dkt. No. 493, Ex. 1, where applicable) | Dkt. No. of Motion to Seal | Dkt. No. containing Exhibit | Dkt. No. of Order Sealing | Notes |
|---|---|---|---|---|---|
| 13 | 12/01/2011 Motorola and Vtech Patent License Agreement (CX-782C; Inv. No. 337-TA-752) | 181; 282; 361 | 182; 286; 363 | 187; 337; 384 | |
| 36 | 9/13/2004 Patent Cross License Agreement; Attachment B to Settlement Agreement Between Proxim and Symbol (CX-777C; ITC Inv. No. 337-TA-752) | 271 | 273 | 336 | |
| 37 | 2/24/2006 Patent License Agreement; Attachment B to Settlement Agreement Between Terabeam and Symbol (CX-775C; ITC Inv. No. 337-TA-752) | 271 | 273 | 336 | |
| 38 | 6/09/2004 Settlement Agreement between Hand Held Products and Symbol (CX-776C 337-TA-752) | 271 | 273 | 336 | |
| 1643 | 11/07/2003 Email from Bawel to Horn re: Draft MPEG LA Press Release attachment | 282 | 286 | 337 | Trial exhibit has a different Bates range than the exhibit |
| 2081 | 12/23/2011 Motorola's Second Amended Disclosure of Asserted Claims and Infringement Contentions | 204 | 206 | 292 | |
| 2577 | CX-615C; Deposition of Penello, Albert dated 5/25/2011 | 271 | 273 | 336 | |
| 2799 | Exhibit E to Motorola's Apr. 12, 2012 Written Response to Microsoft's Third Amended 30(b)(6) Notice | 271; 361 | 273; 363 | 336; 384 | The trial exhibit is only an excerpt of the document previously sealed by the Court. |
| 2832 | E-Mail re: Patents (Redacted) (Murphy Ex. 7) | 271 | 273 | 336 | |
| 2833 | Patent Cross License Agreement between Motorola, Inc, and RIM | 138; 234 | 140; 238 | 187; 292 | Another version of this license was previously sealed under the "compelling reasons" standard by Dkt. No. 294. |

27

Exhibit B: Materials Sealed Under "Compelling Reasons" Standard

| Trial Ex. No. | Description (from the Joint Trial Exhibit List, Dkt. No. 493, Ex. 1, where applicable) | Dkt. No. of Motion to Seal | Dkt. No. containing Exhibit | Dkt. No. of Order Sealing | Notes |
|---|---|---|---|---|---|
| 2835 | Amended and Restated Cellular Essential Properties Cross License Agreement between Motorola and Nokia Corp. | 138, 271 | 140, 273 | 187, 336 | |
| 2836 | Cellular Essential Properties Cross License Agreement between Motorola, and BenQ Corp. | 361 | 363 | 384 | |
| 2837 | Cellular Essential Properties Cross License Agreement between Motorola, Inc. and Benefon OYJ | 85; 271 | 87; 273 | 176; 336 | |
| 2860 | Direct Testimony of Kirk Dailey, ITC Inv. No. 337-TA-752 | 227 | 230 | 294 | |
| 2873 | Rebuttal Expert Witness Testimony of Richard J. Holleman, marked as Hearing Exhibit CX-758C and admitted into evidence in Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof, Inv. No. 337-TA-752 (U.S.I.T.C.) | 227; 361 | 230; 363 | 294; 384 | |
| 2894 | E-mail re: Microsoft-Motorola (REDACTED) | 227 | 230 | 294 | |
| 2897 | Selected pages from the transcript of the deposition of Louis P. Berneman, ED D, CLP, taken in, In the Matter of Certain Mobile Devices, Associated Software, and Components Thereof, ITC Inv. No. 337-TA-744 | 271 | 273 | 336 | |
| 2898 | DRAFT (08/08) RAND and OSS (Marasco Ex. 8) | 271 | 273 | 336 | |

Exhibit B: Materials Sealed Under "Compelling Reasons" Standard

| Trial Ex. No. | Description (from the Joint Trial Exhibit List, Dkt. No. 493, Ex. 1, where applicable) | Dkt. No. of Motion to Seal | Dkt. No. containing Exhibit | Dkt. No. of Order Sealing | Notes |
|---|---|---|---|---|---|
| 2900 | Rebuttal Testimony of Kirk Dailey, marked as Hearing Exhibit CX-778C and admitted into evidence in Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof, Inv. No. 337-TA-752 (U.S.I.T.C.) | 227; 361 | 230; 363 | 294; 384 | |
| 2908 | Selected pages from a document titled FY11 Accessories Plan, US Xbox 360, Last Updated July 8, 2010. | 271 | 273 | 336 | |
| 2909 | Selected pages from the transcript of the January 18, 2012 hearing held in In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof, Inv. No. 337-TA-752 (U.S.I.T.C.), which reproduces the confidential sworn testimony given by Kevin M. Murphy | 271 | 273 | 336 | |
| 2910 | E-mail re: Next TIF Conference Call on August 22 and Proposed Draft Agenda (Marasco Ex. 7) | 287 | 289 | 338 | |
| 2916 | Rebuttal Expert Testimony of Dr. David J. Teece, marked as Hearing Exhibit CX-759C and admitted into evidence in In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof, Inv. No. 337-TA-752 (U.S.I.T.C.) | 227; 361 | 230; 363 | 294; 384 | |
| 2924 | Expert Report of Louis P. Berneman, Ed D, CLP," submitted in Certain Mobile Devices, Associated Software, and Components Thereof, ITC Inv. No. 337-TA-744 | 271; 361 | 273; 363 | 336; 384 | |
| 3352 | Settlement, Release, and License Agreement between CSIRO and Microsoft | 361 | 363 | 384 | |

Exhibit B: Materials Sealed Under "Compelling Reasons" Standard

| Trial Ex. No. | Description (from the Joint Trial Exhibit List, Dkt. No. 493, Ex. 1, where applicable) | Dkt. No. of Motion to Seal | Dkt. No. containing Exhibit | Dkt. No. of Order Sealing | Notes |
|---|---|---|---|---|---|
| (Not among proposed trial exhibits) | Excerpts of the deposition of Kirk Dailey, taken September 2, 2011, *In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof* (ITC Investigation No. 337-TA-752) | 85 | 87 | 176 | |
| (Not among proposed trial exhibits) | Motorola's Memorandum in Opposition to Microsoft's Motion to Terminate the Investigation with Respect to U.S. Patent Nos. 6,980,596 and 7,162,094, which was filed in ITC Investigation No. 337-TA-752 on November 28, 2011. | 145 | 144 | 176 | |
| (Not among proposed trial exhibits) | Motorola's Memorandum in Opposition to Microsoft's Motion to Terminate with Respect to U.S. Patent Nos. 5,319,712 and 5,357,571, which was filed in ITC Investigation No. 337-TA-752 on November 28, 2011. | 145 | 144 | 176 | |
| (Not among proposed trial exhibits) | Transcript of the March 20, 2012 deposition of K. McNeill Taylor, Jr. | 227 | 230 | 294 | |
| (Not among proposed trial exhibits) | Transcript of confidential testimony of Dr. David J. Teece during the January 20, 2012 hearing held in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) | 227 | 230 | 294 | |

30

Exhibit B: Materials Sealed Under "Compelling Reasons" Standard

| Trial Ex. No. | Description (from the Joint Trial Exhibit List, Dkt. No. 493, Ex. 1, where applicable) | Dkt. No. of Motion to Seal | Dkt. No. containing Exhibit | Dkt. No. of Order Sealing | Notes |
|---|---|---|---|---|---|
| (Not among proposed trial exhibits) | Transcript of confidential testimony of Kirk Dailey during the January 20, 2012 hearing held in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) | 227; 361 | 230; 363 | 294; 384 | |
| (Not among proposed trial exhibits) | Transcript of testimony, including confidential testimony, provided by various Motorola witnesses, including Kirk Dailey and Bill Richards, as well as a third party witness, Jennifer Ochs (Marvel), in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) | 234 | 238 | 292 | |
| (Not among proposed trial exhibits) | Rebuttal Testimony of Walter Leland Rossini, in *In The Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Inv. No. 337-TA-752 (U.S.I.T.C.) | 234 | 238 | 292 | |
| (Not among proposed trial exhibits) | Transcript of the April 4, 2012 deposition of Horacio E. Gutierrez | 271 | 273 | 336 | |
| (Not among proposed trial exhibits) | Excerpts from the uncertified rough draft transcript of the April 11, 2012 deposition of Aaron B. Bernstein | 271 | 273 | 336 | |

31

Exhibit B: Materials Sealed Under "Compelling Reasons" Standard

| Trial Ex. No. | Description (from the Joint Trial Exhibit List, Dkt. No. 493, Ex. 1, where applicable) | Dkt. No. of Motion to Seal | Dkt. No. containing Exhibit | Dkt. No. of Order Sealing | Notes |
|---|---|---|---|---|---|
| (Not among proposed trial exhibits) | Excerpts from the transcript of the April 4, 2012 deposition of Motorola employee Timothy M. Kowalski | 282 | 286 | 337 | |
| (Not among proposed trial exhibits) | Selected pages from the transcript of the April 18, 2012 deposition of Richard A. Sonnentag | 287 | 289 | 338 | |
| (Not among proposed trial exhibits) | Excerts from the Opening Expert Report of Charles R. Donohoe | 372 | 375 | 385 | |

32