The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, November 9, 2012** |

ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Defendants' Motion to Seal Documents
2  and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony
3  Regarding Trade Secrets, and the Court having reviewed the pleadings and evidence presented and
4  on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:
5  ORDERS, ADJUDGES AND DECREES that Defendants' Motion to Seal Documents and
6  Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony
7  Regarding Trade Secrets is hereby GRANTED.
8  IT IS SO ORDERED.
9  DATED this _____ day of _____, 2012.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
Ralph H. Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
*ralphp@summitlaw.com*
*philm@summitlaw.com*
*lynne@summitlaw.com*

By */s/ Thomas V. Miller*
Thomas V. Miller
MOTOROLA MOBILITY, INC.
600 North U.S. Highway 45
Libertyville, IL  60048-1286
(847) 523-2162

ORDER GRANTING DEFENDANTS' MOTION TO SEAL
DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE
UNAUTHORIZED PERSONS FROM THE COURTROOM
DURING TESTIMONY REGARDING TRADE SECRETS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  And by

2      Jesse J. Jenner (*pro hac vice* )
    Steven Pepe (*pro hac vice* )
3      Kevin J. Post (*pro hac vice*)
    Ropes & Gray LLP
4      1211 Avenue of the Americas
    New York, NY  10036-8704
5      (212) 596-9046
    *jesse.jenner@ropesgray.com*
6      *steven.pepe@ropesgray.com*
    *kevin.post@ropesgray.com*
7

8      James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice* )
9      Ropes & Gray LLP
    1900 University Avenue, 6th Floor
10     East Palo Alto, CA  94303-2284
    (650) 617-4030
11     *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*

12     Paul M. Schoenhard (*pro hac vice*
    Ropes & Gray LLP
13     One Metro Center
    700 12th Street NW, Suite 900
14     Washington, DC  20005-3948
    (202) 508-4693
15     *paul.schoenhard.@ropesgray.com*

16 ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, LLC, and General Instrument Corp.***

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 29th day of October, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001