Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Microsoft Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation,<br><br>              Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING NONPARTIES RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL |

This matter having come before the Court upon the Motion to File Documents Under Seal filed by nonparties Research in Motion Limited and Research in Motion Corporation (collectively "RIM"), and the Court having read the Motion and all materials submitted and believing itself fully advised:

IT IS HEREBY ORDERED that nonparties RIM are hereby granted leave to file under seal the following documents:

(1)   RIM's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft In-House Counsel Access to the Agreements ("Motion"); and

(2)   Declaration of Michael J. Crowley in Support Thereof ("Crowley Declaration," collectively, "Papers").

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 1
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1
2       Entered this _____ day of _____, 2012.
3
4                                          _____
                                           Honorable James L. Robart
5                                          United States District Court Judge
6
7   Presented by:
8   CHRISTENSEN O'CONNOR
9   JOHNSON KINDNESS<sup>PLLC</sup>

10  s/ John D. Denkenberger
    _____
11  John D. Denkenberger, WSBA No.: 25,907
    Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
12  1420 Fifth Avenue, Suite 2800
    Seattle, WA  98101-2347
13  Telephone:  206.682.8100
    Fax:  206.224.0779
14  E-mail:  john.denkenberger@cojk.com,
15  litdoc@cojk.com

16  Vincent J. Belusko *(pro hac vice application pending)*
17  Morrison & Foerster LLP
    555 W. Fifth Street
18  35th Floor
19  Los Angeles, CA 90013
    Telephone:  213.892.5200
20  Fax:  213.892.5454
    Email:  vbelusko@mofo.com,
21  troybal@mofo.com
22
    Attorneys for Nonparties Research In
23  Motion Limited and Research In Motion
    Corporation
24
25
26
27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 2
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James R. Batchelder
james.batchelder@ropesgray.com

William H Baumgartner , Jr
wbaumgartner@sidley.com,pblair@sidley.com

Norman H. Beamer
norman.beamer@ropesgray.com

Samuel Lawrence Brenner
samuel.brenner@ropesgray.com,CourtAlert@RopesGray.com

Richard A Cederoth
rcederoth@sidley.com,smukherjee@sidley.com,david.greenfield@sidley.com,tchandler@sidley.com,mpierson@sidley.com,apotter@sidley.com,efilingnotice@sidley.com,ascola@sidley.com,nwyland@sidley.com,amcleod@sidley.com,damiller@sidley.com,daniel.siegel@sidley.com,erobbins@sidley.com,bbkelly@sidley.com,tnguyen@sidley.com,tmurphy@sidley.com,jwmcbride@sidley.com,cgwilson@sidley.com

Shane P. Cramer
shanec@calfoharrigan.com,susiec@calfoharrigan.com,florinef@calfoharrigan.com

T. Andrew Culbert
andycu@microsoft.com

Lynn M Engel
lynne@summitlaw.com,celinel@summitlaw.com,marciar@summitlaw.com

David C. Giardina
dgiardina@sidley.com

David Greenfield
david.greenfield@sidley.com

Arthur W. Harrigan , Jr
arthurh@calfoharrigan.com,vickyc@calfoharrigan.com,lindab@calfoharrigan.com

Gabrielle Elizabeth Higgins
gabrielle.higgins@ropesgray.com

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 3
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1  Khue V. Hoang
   Khue.Hoang@ropesgray.com,CourtAlert@RopesGray.com,kvhoang@gmail.com

2
3  Jesse J Jenner
   jesse.jenner@ropesgray.com,jfifth@optonline.net,kerry.ennis@ropesgray.com

4  David E. Killough
5  davkill@microsoft.com

6  Michael D Laufert
   michael.laufert@ropesgray.com,laufert@gmail.com
7
8  Douglas I. Lewis
   dilewis@sidley.com

9  Nathaniel C. Love
10 nlove@sidley.com,efilingnotice@sidley.com

11 John W McBride
12 jwmcbride@sidley.com,efilingnotice@sidley.com

13 Philip S McCune
   philm@summitlaw.com,kristeno@summitlaw.com,marciar@summitlaw.com
14
15 Conor Brew McDonough
   conor.mcdonough@ropesgray.com,mcdonoug@gmail.com

16
17 Brian R. Nester
   bnester@sidley.com,jlgordon@sidley.com

18
19 Ralph H Palumbo
   ralphp@summitlaw.com,cherylm@summitlaw.com

20 Anthony Pastor
   anthony.pastor@ropesgray.com
21
22 Steven Pepe
   steven.pepe@ropesgray.com,spepe3636@yahoo.com

23
24 Carter G. Phillips
   cphillips@sidley.com

25
26 Kevin J. Post
   Kevin.Post@ropesgray.com,kpost@law.gwu.edu,courtalert@ropesgray.com

27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 4
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1  David T Pritikin
   dpritikin@sidley.com,jstone@sidley.com,erobbins@sidley.com,efilingnotice@sidley.com,ptr
2  ipodi@sidley.com,ascola@sidley.com

3  Ellen S. Robbins
   erobbins@sidley.com
4

5  Laurence S Rogers
   laurence.rogers@ropesgray.com
6
   Mark D. Rowland
7  mark.rowland@ropesgray.com,mark.rowland@earthlink.net

8  Josef B. Schenker
9  Josef.schenker@ropesgray.com,josef.schenker@gmail.com

10 Paul M. Schoenhard
   paul.schoenhard@ropesgray.com,schoenhard@gmail.com
11
12 Constantine L. Trela , Jr
   ctrela@sidley.com
13
   Amanda Wieker
14 Amanda.Wieker@ropesgray.com

15
   Christopher T Wion
16 chrisw@calfoharrigan.com,lindab@calfoharrigan.com

17 Stuart W. Yothers
   Stuart.Yothers@ropesgray.com,CourtAlert@RopesGray.com
18
                                        s/ John D. Denkenberger
19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 5
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100