Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Microsoft Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation,<br><br>        Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING NONPARTIES RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS |

  This matter having come before the Court upon the Motion to Seal Terms of Patent License Agreements and to Deny Microsoft In-House Counsel Access to the Agreements filed by nonparties Research in Motion Limited and Research in Motion Corporation (collectively "RIM"), and the Court having read the Motion and all materials submitted and believing itself fully advised:

  IT IS HEREBY ORDERED that the requests of nonparties RIM contained in their Motion to Seal Terms of Patent License Agreements and to Deny Microsoft In-House Counsel Access to the Agreements are hereby GRANTED. The Clerk is hereby directed to

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO SEAL (C10-1823-JLR) - 1
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

maintain the following documents under seal should such documents be presented during the course of trial:

    (1)    The documents referred to in RIM's Motion to Seal as the First RIM-Motorola License; and

    (2)    The documents referred to in RIM's Motion to Seal as the Second RIM-Motorola License.

FURTHER, IT IS HEREBY ORDERED that neither Mr. Culbert, nor any other in-house counsel employed by Microsoft Corporation involved either directly or indirectly in patent licensing negotiations, shall have access to or be informed of the terms contained in these aforementioned licenses.

Entered this _____ day of _____, 2012.

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
litdoc@cojk.com

Vincent J. Belusko *(pro hac vice application pending)*
Morrison & Foerster LLP
555 W. Fifth Street

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO SEAL (C10-1823-JLR) - 2
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1  35th Floor
2  Los Angeles, CA 90013
   Telephone: 213.892.5200
   Fax: 213.892.5454
3  Email: vbelusko@mofo.com,
4  troybal@mofo.com

5  Attorneys for Nonparties Research In
   Motion Limited and Research In Motion
6  Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO SEAL (C10-1823-JLR) - 3
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James R. Batchelder
james.batchelder@ropesgray.com

William H Baumgartner , Jr
wbaumgartner@sidley.com,pblair@sidley.com

Norman H. Beamer
norman.beamer@ropesgray.com

Samuel Lawrence Brenner
samuel.brenner@ropesgray.com,CourtAlert@RopesGray.com

Richard A Cederoth
rcederoth@sidley.com,smukherjee@sidley.com,david.greenfield@sidley.com,tchandler@sidley.com,mpierson@sidley.com,apotter@sidley.com,efilingnotice@sidley.com,ascola@sidley.com,nwyland@sidley.com,amcleod@sidley.com,damiller@sidley.com,daniel.siegel@sidley.com,erobbins@sidley.com,bbkelly@sidley.com,tnguyen@sidley.com,tmurphy@sidley.com,jwmcbride@sidley.com,cgwilson@sidley.com

Shane P. Cramer
shanec@calfoharrigan.com,susiec@calfoharrigan.com,florinef@calfoharrigan.com

T. Andrew Culbert
andycu@microsoft.com

Lynn M Engel
lynne@summitlaw.com,celinel@summitlaw.com,marciar@summitlaw.com

David C. Giardina
dgiardina@sidley.com

David Greenfield
david.greenfield@sidley.com

Arthur W. Harrigan , Jr
arthurh@calfoharrigan.com,vickyc@calfoharrigan.com,lindab@calfoharrigan.com

Gabrielle Elizabeth Higgins
gabrielle.higgins@ropesgray.com

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO SEAL (C10-1823-JLR) - 4
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1   Khue V. Hoang
    Khue.Hoang@ropesgray.com,CourtAlert@RopesGray.com,kvhoang@gmail.com

2
3   Jesse J Jenner
    jesse.jenner@ropesgray.com,jfifth@optonline.net,kerry.ennis@ropesgray.com

4   David E. Killough
5   davkill@microsoft.com

6   Michael D Laufert
    michael.laufert@ropesgray.com,laufert@gmail.com
7
8   Douglas I. Lewis
    dilewis@sidley.com

9
10  Nathaniel C. Love
    nlove@sidley.com,efilingnotice@sidley.com

11
12  John W McBride
    jwmcbride@sidley.com,efilingnotice@sidley.com

13  Philip S McCune
    philm@summitlaw.com,kristeno@summitlaw.com,marciar@summitlaw.com
14

15  Conor Brew McDonough
    conor.mcdonough@ropesgray.com,mcdonoug@gmail.com

16
17  Brian R. Nester
    bnester@sidley.com,jlgordon@sidley.com

18
19  Ralph H Palumbo
    ralphp@summitlaw.com,cherylm@summitlaw.com

20  Anthony Pastor
    anthony.pastor@ropesgray.com
21

22  Steven Pepe
    steven.pepe@ropesgray.com,spepe3636@yahoo.com

23
24  Carter G. Phillips
    cphillips@sidley.com

25
26  Kevin J. Post
    Kevin.Post@ropesgray.com,kpost@law.gwu.edu,courtalert@ropesgray.com

27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO SEAL (C10-1823-JLR) - 5
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1  David T Pritikin
   dpritikin@sidley.com,jstone@sidley.com,erobbins@sidley.com,efilingnotice@sidley.com,ptr
2  ipodi@sidley.com,ascola@sidley.com

3  Ellen S. Robbins
   erobbins@sidley.com
4

5  Laurence S Rogers
   laurence.rogers@ropesgray.com
6
   Mark D. Rowland
7  mark.rowland@ropesgray.com,mark.rowland@earthlink.net

8  Josef B. Schenker
   Josef.schenker@ropesgray.com,josef.schenker@gmail.com
9

10 Paul M. Schoenhard
   paul.schoenhard@ropesgray.com,schoenhard@gmail.com
11

12 Constantine L. Trela , Jr
   ctrela@sidley.com
13
   Amanda Wieker
14 Amanda.Wieker@ropesgray.com

15
   Christopher T Wion
16 chrisw@calfoharrigan.com,lindab@calfoharrigan.com

17 Stuart W. Yothers
   Stuart.Yothers@ropesgray.com,CourtAlert@RopesGray.com
18

19                                              s/ John D. Denkenberger

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO SEAL (C10-1823-JLR) - 6
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100