THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION TO SEAL TRIAL EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE SECRETS<br><br>**Noted:  Friday, November 9, 2012** |

THIS MATTER having come before the Court on Microsoft's Motion to Seal Trial Exhibits that Disclose Microsoft's Trade Secrets, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Microsoft's Motion to Seal Trial Exhibits that Disclose Microsoft's Trade Secrets is hereby GRANTED.

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO SEAL
TRIAL EXHIBITS THAT DISCLOSE
MICROSOFT'S TRADE SECRETS  - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  IT IS FURTHER ORDERED THAT supplemental motions to seal may be submitted

2  by no later than five (5) business days after conclusion of the trial scheduled to commence on

3  November 13, 2012 to allow each party an opportunity to identify:

4    (a)    any additional exhibits admitted at trial that should be sealed, along with the basis for such request; and

6    (b)    any exhibits that were the subject of a prior motion to seal but were <u>not</u> admitted at trial, and which therefore would not be made publicly available even in the absence of a successful motion to seal.

8  IT IS SO ORDERED.

9  DATED this _____ day of November, 2012.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP


By  s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

    T. Andrew Culbert
    David E. Killough
    MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA  98052
    Phone:  425-882-8080
    Fax:  425-869-1327

    David T. Pritikin
    Richard A. Cederoth
    Constantine L. Trela, Jr.
    William H. Baumgartner, Jr.
    Ellen S. Robbins
    Douglas I. Lewis
    David C. Giardina

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO SEAL
TRIAL EXHIBITS THAT DISCLOSE
MICROSOFT'S TRADE SECRETS  - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  John W. McBride
   David Greenfield

2
   SIDLEY AUSTIN LLP
3  One South Dearborn
   Chicago, IL  60603
4  Phone:  312-853-7000
   Fax:  312-853-7036
5
   Carter G. Phillips
6  Brian R. Nester

7
   SIDLEY AUSTIN LLP
8  1501 K Street NW
   Washington, DC  20005
9  Telephone:  202-736-8000
   Fax:  202-736-8711
10
   Counsel for Microsoft Corp.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO SEAL
TRIAL EXHIBITS THAT DISCLOSE
MICROSOFT'S TRADE SECRETS  - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 1st day of November, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | __X__ ECF |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

(PROPOSED) ORDER GRANTING MICROSOFT'S MOTION TO SEAL TRIAL EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE SECRETS  - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 1st day of November, 2012.

                                    s/ Linda Bledsoe
                                    LINDA BLEDSOE

(PROPOSED) ORDER GRANTING
MICROSOFT'S MOTION TO SEAL
TRIAL EXHIBITS THAT DISCLOSE
MICROSOFT'S TRADE SECRETS  - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717