# APPENDIX A

List of Trial Exhibits Microsoft Is Requesting to be Sealed

| Trial Exhibit No. | Description | CATEGORY |
|---|---|---|
| 2813 | Confidential Patent License Agreement between Microsoft Corp. and Samsung Elecs. Co., Ltd. (Gutierrez Ex. 1) | LICENSE AGREEMENT |
| 2828 | Confidential Patent Covenant Agreement between HTC Corp. and Microsoft Corp. | LICENSE AGREEMENT |
| 3076 | Confidential Patent License Agreement between View Sonic and Microsoft (Gutierrez Ex. 2) | LICENSE AGREEMENT |
| 3077 | Confidential Patent License Agreement between Quanta Computer Inc. and Microsoft (Gutierrez Ex. 3) | LICENSE AGREEMENT |
| 3352 | Settlement, Release, and License Agreement between CSIRO and Microsoft | LICENSE AGREEMENT |
| 2125 | Microsoft Presentation: US IEB Business Group H2 FY11 Integrated Marketing Plan | PRODUCT PLANNING |
| 2138 | Durango Program Review Schedule, Risks and Mitigations, May 17, 2011 | PRODUCT PLANNING |
| 2353 | Game Console Durango Product Specification (Orchard Ex. 6) | PRODUCT PLANNING |
| 2366 | Management Milestone Review Business Opportunity Proposal Program: Corona (Del Castillo Ex. 4) | PRODUCT PLANNING |
| 2371 | Consumer Media (DeVaan Ex. 5) | PRODUCT PLANNING |
| 2372 | Windows Business Group - FY11 L3 Plans (DeVaan Ex. 6) | PRODUCT PLANNING |
| 2376 | Slate PC Discussion (DeVaan Ex. 11) | PRODUCT PLANNING |
| 2377 | Windows 7 Pricing - Steering Committee Meeting - Early Testing of Direction (DeVaan Ex. 12) | PRODUCT PLANNING |
| 2378 | Windows 7 Strategies: Summary of Market Research Findings (DeVaan Ex. 13) | PRODUCT PLANNING |
| 2385 | Durango Marketing Review, April 2012 | PRODUCT PLANNING |
| 2584 | Presentation: Net Tuner and Xbox 360 FY13 Business Opportunities | PRODUCT PLANNING |
| 2585 | Presentation: Hardware Update FY12 Plan | PRODUCT PLANNING |
| 2687 | Omni N Refresh GTM Plan (CX-838C) | PRODUCT PLANNING |
| 2688 | The Durango Story | PRODUCT PLANNING |
| 2689 | Durango Product Brief | PRODUCT PLANNING |
| 2727 | "Owning the Living Room via the Operators & Telco's V1 " by Leo Del Castillo, Joe Seidel and Team. | PRODUCT PLANNING |
| 2730 | Durango Audience Exploration | PRODUCT PLANNING |
| 2737 | Windows Core Media Processing (Codec/Dsp) Group's Plan | PRODUCT PLANNING |
| 2749 | Mango & Apollo Planning Recommendations Version 1.0 | PRODUCT PLANNING |
| 2908 | Selected pages from a document titled FY11 Accessories Plan, US Xbox 360, Last Updated July 8, 2010. | PRODUCT PLANNING |

List of Trial Exhibits Microsoft Is Requesting to be Sealed

| | | |
|---|---|---|
| 3179 | FY10 Strategy Review Windows & Windows Live Division | PRODUCT PLANNING |
| 3180 | FY 11 Accessories, US Go To Market Plan for Xbox 360 (CX-837C (Inv. No. ITC-752) | PRODUCT PLANNING |
| 288 | Microsoft "Xbox Technical Publisher's Guide" Version 1.2 2012 | TECHNICAL PRODUCT SPECIFICATIONS |
| 84 | Marvell "88W8786U Intergrated MAC/Baseband/RF SoC IEEE 802.11g/b and 802.11n Datasheet" 10/08/2009 | TECHNICAL PRODUCT SPECIFICATIONS |
| 524 | Marvell "88W8786U Integrated MAC/Baseband/RF SoC IEEE 802.11 g/b and draft-802.11n Datasheet" 3/13/2009 | TECHNICAL PRODUCT SPECIFICATIONS |
| 1188 | Total Estimated Worldwide License/Unit Count for Microsoft, November 2005 - May 2012 | FINANCIAL INFORMATION |
| 1189 | Total Estimated Worldwide Revenue for Microsoft, November 2005 - May 2012 | FINANCIAL INFORMATION |
| 2464 | Microsoft 802.11-Compliant Worldwide Revenue Summary (Exhibit 7.0 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2465 | Microsoft Worldwide 802.11-Compliant Products Unit Summary (Exhibit 7.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2466 | Microsoft Worldwide Xbox 802.11-Compliant P&L (Exhibit 7.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2467 | Microsoft Future Worldwide Discounted Revenue, Xbox 802.11-Compliant Products (Exhibit 7.3.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2468 | Microsoft Future Worldwide Discounted Revenue, Surface, 802.11-Compliant and H.264-Compliant (Exhibit 7.3.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2477 | Microsoft Worldwide H.264-Compliant Products Revenue Summary (Exhibit 9.0 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2478 | Microsoft Worldwide H.264-Compliant Products Unit Summary (Exhibit 9.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2479 | Microsoft Worldwide Xbox H.264-Compliant P&L (Exhibit 9.2.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2480 | Microsoft Worldwide Windows Vista/7 P&L (Exhibit 9.2.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2481 | Microsoft Worldwide Windows Phone 7 P&L (Exhibit 9.2.3 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2482 | Microsoft Future Worldwide Discounted Revenue, Xbox H.264 (Exhibit 9.3.1 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2483 | Microsoft Future Worldwide Discounted Revenue, Windows OS (Exhibit 9.3.2 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |

List of Trial Exhibits Microsoft Is Requesting to be Sealed

| | | |
|---|---|---|
| 2484 | Microsoft Future Worldwide Discounted Revenue, Windows Phone (Exhibit 9.3.3 to the Expert Report of Michael J. Dansky, dated 7/24/12) | FINANCIAL INFORMATION |
| 2485 | Microsoft Total Future Worldwide Discounted Revenue, H.264 (Exhibit 9.3.4 to the Expert Report of Michael J. Dansky) | FINANCIAL INFORMATION |
| 2692 | FY11 BPR Review Initial Results vs. Targets | FINANCIAL INFORMATION |
| 2740 | FY10 Strategy Review Windows Business Group (DRAFT) | FINANCIAL INFORMATION |
| 2751 | FY10 E&D Company Strategy Review MCB Excerpt | FINANCIAL INFORMATION |
| 3333 | Summary Exhibit: Dansky Financial Tables | FINANCIAL INFORMATION |
| 3335 | Summary Exhibit: Correspondence Between Motorola and Microsoft Regarding Standard Essential Patent Licensing | SETTLEMENT NEGOTIATIONS |
| 504 | Source Code (\Microsoft\live-client-berlin-online\core\private\inc\nic.h) | SOURCE CODE |
| 541 | Source Code (\Microsoft\omni\services.c) | SOURCE CODE |
| 542 | Source Code (\Microsoft\omni\omnip.h) | SOURCE CODE |
| 1476 | Source Code (h264Encoder\encoder\EntropyCoder.cpp) | SOURCE CODE |
| 2333 | Source Code: \Microsoft\win7 H.264 decoder\core\src\holder_process.c | SOURCE CODE |
| 2334 | Source Code: \Microsoft\win7 H.264 decoder\core\opt\mbaff_mpass_opt.c | SOURCE CODE |
| 2335 | Source Code: \Microsoft\win7 H.264 decoder\core\opt\loopFilter_MBAFF_opt.c | SOURCE CODE |
| 2336 | Source Code: \Microsoft\win7 H.264 decoder\core\opt\macroblock_mbaff_opt.c | SOURCE CODE |
| 2337 | Source Code: \Microsoft\win7 H.264 decoder\core\opt\MCSegmentMBAFF.c | SOURCE CODE |
| 2338 | Source Code: \Microsoft\win7 H.264 decoder\core\src\tasks.c | SOURCE CODE |
| 2339 | Source Code: \Microsoft\Win7 H.264 encoder\encoder\FastEncoder.cpp | SOURCE CODE |
| 2340 | Source Code: \Microsoft\Win7 H.264 encoder\encoder\FastEncoder.h | SOURCE CODE |