THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>**DECLARATION OF ERICH ANDERSEN IN SUPPORT OF MICROSOFT'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS**<br><br>**NOTED: Friday November 9, 2012** |

I, Erich Andersen, do hereby declare:

1.  I am an attorney within Microsoft's Legal and Corporate Affairs (LCA) department, supporting the Windows Division. I am familiar with Microsoft's internal product development and strategic marketing plans with respect to its Windows operating system software products and services. I am also familiar with Microsoft's efforts to keep those plans

DECLARATION OF ERICH ANDERSEN IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 confidential and the potential ramifications of the public disclosure of such plans. I make this declaration based on my personal knowledge unless otherwise indicated.

2. I understand that Defendants in the above-captioned matter intend to introduce at trial certain materials that disclose Microsoft's highly confidential current and future product development and strategic marketing plans relating to its Windows operating system software products and services, including documents that I understand have been identified as Trial Exhibit numbers 2371, 2372, 2376, 2377, 2378, 2737, and 3179. I will refer to these documents collectively as "Confidential Windows Strategic Planning Documents".

3. The Confidential Windows Strategic Planning Documents contain detailed and highly sensitive product development and marketing plans for Microsoft Windows products and services, including but not limited to the Windows 7 operating system software, the recently released Windows 8 operating system software, and key Cloud services such as Windows Update. These materials describe Microsoft's confidential business plans relating to Microsoft's core products and services, which disclose Microsoft's strategic objectives, product feature descriptions and analysis, technical product specifications, development and marketing timelines, market analyses, and cost and revenue information. These proprietary materials consist of trade secrets not known to the public or Microsoft's competitors.

4. Microsoft takes care to ensure that such information remains confidential. The Confidential Windows Strategic Planning Documents and others documents like them are intended to be shared internally only with employees who require access to such materials in order to perform their specific job responsibilities. Microsoft personnel are required to maintain such materials in confidence as part of their standard employee non-disclosure agreement. Microsoft does not make these materials publicly available. Consistent with Microsoft's efforts to protect its trade secrets and consistent with its standard practices, I understand that the Confidential Windows Strategic Planning Documents were produced to

DECLARATION OF ERICH ANDERSEN IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX (206) 623-8717

1  Motorola in the above-captioned matter under the terms of the Protective Order entered in this
2  case. I understand that these documents were designated as containing "Confidential Business
3  Information" and, in some cases, as containing "Outside Attorneys' Eyes Only" information, a
4  designation providing an enhanced level of protection commensurate with the sensitive nature
5  of such information.

6      5.    Public disclosure of Microsoft's Confidential Windows Strategic Planning
7  Documents and disclosure of the trade secrets contained therein would cause competitive harm
8  to Microsoft. Microsoft seeks to differentiate its operating system software from that of its
9  competitors, providing Windows customers with a higher quality product, exclusive features
10 and a superior user experience. Microsoft invests heavily in its effort to achieve these goals,
11 and expends significant time, effort and resources developing its product and marketing plans
12 to reach these objectives and maintain or increase its market share. Disclosure of Microsoft's
13 Confidential Windows Strategic Planning Documents would reveal Microsoft's business plans
14 to its competitors, exposing Microsoft's strategic objectives and providing to its competitors at
15 no cost the detailed roadmaps that Microsoft has developed at substantial cost over years of
16 effort. Microsoft's competitors should not be permitted such an unfair and unearned
17 advantage.

18     6.    I also understand that there is a high likelihood that the parties will seek to
19 introduce evidence regarding highly confidential past sales and revenue data and highly
20 confidential future sales and revenue projections for Microsoft's Windows operating system
21 software products. Microsoft does not disclose to the general public its detailed and product-
22 specific financial information, which is treated as highly sensitive and proprietary information.

23     7.    Disclosure of this information, and in particular disclosure of sales and revenue
24 projections relating to Microsoft's Windows operating system software products, would have the
25 potential to lead to competitive harm by creating an asymmetry of information between Microsoft

DECLARATION OF ERICH ANDERSEN IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

and its primary competitors, whose sales and revenue results and projections are not public. Microsoft's competitors could use this information to discern and anticipate Microsoft's past and future confidential business and marketing strategies, and to evaluate the success of those confidential strategies. This may result in a shift in the marketing and advertising strategies of Microsoft's competitors in a way that increases competitive pressure on Microsoft in certain market segments, resulting in reduced market share for Microsoft.

I swear under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 1st day of November, 2012.

_____
Erich Andersen

DECLARATION OF ERICH ANDERSEN IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 1st day of November, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DECLARATION OF ERICH ANDERSEN IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS – 5

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC 20005-3948 | |
| Telephone: (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 1st day of November, 2012.

*/s/ Linda Bledsoe*
LINDA BLEDSOE

DECLARATION OF ERICH ANDERSEN IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS – 6