THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF JENNIFER OCHS IN SUPPORT OF MICROSOFT'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS<br><br>Noted: Friday, November 9, 2012 |
| MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendants. | |

I, Jennifer Ochs, hereby declare as follows:

1. I am over the age of 21 and make this declaration based on facts within my own personal knowledge.

2. I am Director of IP Litigation at Marvell Semiconductor, Inc. ("Marvell"), and am duly authorized to make the statements contained herein.

DECLARATION OF JENNIFER OCHS IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 1

10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Marvell supplies the 88W8786U Integrated MAC/Baseband/RF SoC, an 802.11-enabled chip, to Microsoft for incorporation into Microsoft's Xbox 360.

4. It has come to my attention that Microsoft has identified two Marvell internal documents as potential trial exhibits in connection with the above-captioned matter.

5. The two exhibits (Trial Exhibits 84 and 524) are data sheets for Marvell's 88W8786U chip. These data sheets are technical documents that lay out the detailed operation of Marvell's 88W8786U chip. The information contained in these data sheets is considered by Marvell to be confidential and proprietary trade secret information.

6. The proprietary information contained in Trial Exhibits 84 and 524 is not known to the public and Marvell takes precautionary measures to ensure that such information remains confidential. For example, Marvell provides data sheets like Trial Exhibits 84 and 524 only to its business partners who need access to such information to integrate Marvell's chip into their products, but does so only after its partners, such as Microsoft, have executed a non-disclosure agreement. Microsoft and Marvell have executed such a non-disclosure agreement. I understand that Microsoft produced the data sheets to Motorola in the above-captioned matter under the terms of a Court-issued protective order, properly designating those documents as containing Confidential Business Information.

7. Disclosure of the content of Trial Exhibits 84 and 524 to the public, including competitors of Marvell, has the strong likelihood of causing competitive harm to Marvell. The design and operation of Marvell's chips, which is depicted and described throughout the data sheets, is not publicly available information. The confidentiality of this information is important to Marvell and the subject of Marvell's reasonable efforts to maintain the confidentiality of that information. If copies of Trial Exhibits 54 and 524 were to be made available to the public and Marvell's competitors, it could put Marvell at a significant

DECLARATION OF JENNIFER OCHS IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 2

10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 competitive disadvantage because Marvell's competitors would be able to use Marvell's
2 confidential, proprietary design and operations information to develop competing chipsets.
3     I declare under penalty of perjury under the laws of the State of California that the
4 foregoing is true and correct.
5     DATED this 1st day of November, 2012, at Palo Alto, California.

                s/ Jennifer Ochs
                JENNIFER OCHS

DECLARATION OF JENNIFER OCHS IN   10-1823
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 1st day of November, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DECLARATION OF JENNIFER OCHS IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 4

10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | \_\_\_\_\_ Messenger<br>\_\_\_\_\_ US Mail<br>\_\_\_\_\_ Facsimile<br>\_\_X\_\_ ECF |

DATED this 1st day of November, 2012.

_____
LINDA BLEDSOE

---

DECLARATION OF JENNIFER OCHS IN SUPPORT OF MICROSOFT'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS - 5

10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717