THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC.,  et al.,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>**DECLARATION OF LEO DEL CASTILLO IN SUPPORT OF MICROSOFT'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS**<br><br>**NOTED:  Friday November 9, 2012** |
| MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | |

20

I, Leo Del Castillo, do hereby declare:

21

      1.     I am the General Manager of the Xbox Hardware Development Team at

22

Microsoft.  I am familiar with Microsoft's internal product development and strategic

23

marketing plans with respect to its Xbox line of products and accessories.  I am also familiar

24

with Microsoft's efforts to keep those plans confidential and the potential ramifications of the

25

DECLARATION OF LEO DEL CASTILLO IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 1

1  public disclosure of such plans.  I make this declaration based on my personal knowledge

2  unless otherwise indicated.

3        2.      I understand that Defendants in the above-captioned matter intend to introduce

4  at trial certain materials that disclose Microsoft's highly confidential current and future product

5  development and strategic marketing plans relating to its Xbox line of products and

6  accessories, including documents that I understand have been identified as Trial Exhibit

7  numbers 2125, 2138, 2353, 2366, 2385, 2584, 2585, 2687, 2688, 2689, 2727, 2730, 2908, and

8  3180.  I will refer to these documents collectively as "Confidential Xbox Strategic Planning

9  Documents".

10        3.      Many of the Confidential Xbox Strategic Planning Documents, including Trial

11  Exhibits 2138, 2353, 2385, 2688, 2689, and 2730, contain detailed and highly sensitive product

12  development and marketing plans for the next generation Xbox game console.  These materials

13  describe Microsoft's business plans relating to this yet-to-be-released major product, which

14  disclose Microsoft's strategic objectives, product feature descriptions and analysis, technical

15  product specifications, development and marketing timelines, market analyses, and cost

16  information.  These are proprietary materials that consist of trade secrets not known to the

17  public or Microsoft's competitors.  Microsoft takes pains to ensure that such information

18  remains confidential.  Even within Microsoft, distribution of such materials is limited to those

19  who need access to the information in order to perform their specific job responsibilities with

20  respect to implementation of these specific business plans.  In addition, before being allowed

21  access to such sensitive information, Microsoft employees must execute an agreement re-

22  affirming the terms of the standard in-house employee non-disclosure agreement.  Electronic

23  access to these highly confidential materials within Microsoft is also restricted by way of

24  secure Sharepoint websites and digital rights management protocols, further ensuring that only

25  authorized individuals have access to these materials.

DECLARATION OF LEO DEL CASTILLO IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1    4.    The remainder of the Confidential Xbox Strategic Planning Documents contain

2  detailed and highly sensitive product development and marketing plans for current Xbox

3  products and accessories.  These materials describe Microsoft's business plans relating to

4  existing products and accessories, which disclose Microsoft's strategic objectives, product

5  feature descriptions and analysis, technical product specifications, development and marketing

6  timelines, market analyses, cost and revenue information.  These are proprietary materials that

7  consist of trade secrets not known to the public or Microsoft's competitors.  Microsoft takes

8  pains to ensure that such information remains confidential.  Even within Microsoft, distribution

9  of such materials is limited to those who need access to the information in order to perform

10  their specific job responsibilities with respect to implementation of the plans.  In addition,

11  since approximately late 2008 or early 2009 (during the development of the Xbox 360-S game

12  console), before being allowed access to such sensitive information, Microsoft employees have

13  been required to execute an agreement re-affirming the terms of the standard in-house

14  employee non-disclosure agreement.  Electronic access to these highly confidential materials

15  within Microsoft is also restricted by way of secure Sharepoint websites and digital rights

16  management protocols, further ensuring disclosure of the materials only to authorized

17  individuals.

18    5.    Public disclosure of Microsoft's Confidential Xbox Strategic Planning

19  Documents and disclosure of the trade secrets contained therein would cause competitive harm

20  to Microsoft.  Microsoft faces intense competition from its primary rivals in the game console

21  market, Sony and Nintendo.  Microsoft seeks to differentiate its product offerings from those

22  of its competitors, providing its customers with a higher quality product, exclusive features and

23  a superior user experience.  Microsoft invests heavily in its effort to achieve these goals, and

24  expends significant time, effort and resources developing its product and marketing plans to

25  reach these objectives.  Disclosure of Microsoft's Confidential Xbox Strategic Planning

DECLARATION OF LEO DEL CASTILLO IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1   Documents would reveal Microsoft's plans to its competitors, exposing Microsoft's strategic

2   objectives and providing to its competitors at no cost, the roadmaps that Microsoft has

3   developed at substantial cost over years of effort.  Microsoft's competitors should not be

4   permitted to gain this unfair advantage over Microsoft.

5       6.      I also understand that Microsoft may introduce at trial a version of Microsoft's

6   "Xbox Technical Publisher's Guide" (Trial Exhibit 288).  This document contains detailed and

7   technical information necessary for third party publishers to develop applications for Xbox

8   Live and Xbox 360.  This information is confidential and proprietary, and is shared only with

9   third party publishers under a non-disclosure agreement to ensure that the information is not

10  publicly disclosed.  The Xbox Technical Publisher's Guide details the set of guidelines and

11  requirements Microsoft has developed, through investment of significant time, effort, and

12  resources, as a means to guarantee a level of quality in the product which Microsoft deems a

13  differentiating advantage.  Public disclosure of this information would put Microsoft at a

14  competitive disadvantage.  Disclosure of these policies would allow our competitors access to

15  this work without the same level of investment, conferring an unfair and unearned competitive

16  advantage.

17      7.      Finally, I understand that there is a high likelihood that the parties will seek to

18  introduce evidence regarding highly confidential past sales and revenue data and highly

19  confidential future sales and revenue projections for Microsoft products, including its Xbox

20  products and accessories.

21      8.      Microsoft does not disclose to the general public its detailed and product-

22  specific financial information, which is treated as highly sensitive and proprietary information.

23      9.      Disclosure of this information, and in particular disclosure of sales and revenue

24  projections relating to Microsoft's Xbox products and accessories, would have the potential to lead

25  to competitive harm by creating an asymmetry of information between Microsoft and its primary

DECLARATION OF LEO DEL CASTILLO IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1   competitors, whose sales and revenue results and projections are not public. Microsoft's

2   competitors could use this information to discern and anticipate Microsoft's past and future

3   confidential business and marketing strategies, and to evaluate the success of those confidential

4   strategies. This may result in a shift in the marketing and advertising strategies of Microsoft's

5   competitors in a way that increases competitive pressure on Microsoft in certain market segments,

6   resulting in reduced market share for Microsoft.

7

8       I swear under penalty of perjury under the laws of the United States of America, that

9   the foregoing is true and correct.

10      DATED this 1ˢᵗ day of November, 2012.

11

12      LEO DEL CASTILLO

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF LEO DEL CASTILLO IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 5

## CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1.      I am over the age of 21 and not a party to this action.

2.      On the 1st day of November, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081           _____ Messenger
Lynn M. Engel, WSBA #21934           _____ US Mail
Summit Law Group           _____ Facsimile
315 Fifth Ave. South, Suite 1000       \_\_X\_\_ ECF
Seattle, WA  98104-2682
Telephone: 206-676-7000
Email: Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)           _____ Messenger
Jesse J. Jenner (*pro hac vice*)        _____ US Mail
Ropes & Gray LLP           _____ Facsimile
1211 Avenue of the Americas       \_\_X\_\_ ECF
New York, NY 10036-8704
Telephone: (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)     _____ Messenger
Ropes & Gray LLP           _____ US Mail
1900 University Avenue, 6th Floor     _____ Facsimile
East Palo Alto, CA  94303-2284       \_\_X\_\_ ECF
Telephone: (650) 617-4030
Email: norman.beamer@ropesgray.com

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

| | |
|---|---|
| _____ | Messenger |
| _____ | US Mail |
| _____ | Facsimile |
| X | ECF |

DATED this 1st day of November, 2012.

LINDA BLEDSOE

DECLARATION OF LEO DEL CASTILLO IN
SUPPORT OF MICROSOFT'S MOTION TO
SEAL CONFIDENTIAL DOCUMENTS - 7