The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                        Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                        Defendants. | CASE NO. C10-1823-JLR<br><br>NOTICE OF INTENT TO REQUEST REDACTION (10/18/2012 *DAUBERT* HEARING) |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs/Counterclaim Defendant,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant/Counterclaim Plaintiff. | |

NOTICE OF INTENT TO REQUEST REDACTION (10/18/2012 DAUBERT HEARING)
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4819-9279-5662.1

1  Notice is hereby given that Defendants Motorola, Inc. (now Motorola Solutions, Inc.),
2  Motorola Mobility LLC, and General Instrument Corporation intend to request additional
3  redactions from the transcript of the *Daubert* hearing held on October 18, 2012 (Dkt. No. 491).  In
4  accordance with W.D. Wash. Gen. Order 08-02 (May 1, 2008), the Motion for Further Redactions
5  will be electronically filed with the Court and served upon the court reporter/transcriber within 20
6  days from Notice of Filing Official Transcript with the clerk of the court.

7  DATED this 2nd day of November, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY LLC
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

And by

   Jesse J. Jenner (*pro hac vice*)
   Steven Pepe (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
   Ropes & Gray LLP
   1211 Avenue of the Americas
   New York, NY  10036-8704
   (212) 596-9046
   *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
   *kevin.post@ropesgray.com*

NOTICE OF INTENT TO REQUEST REDACTION (10/18/2012 DAUBERT HEARING) - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4819-9279-5662.1

1   James R. Batchelder (*pro hac vice*)
    Norman H. Beamer (*pro hac vice*)
2   Ropes & Gray LLP
    1900 University Avenue, 6th Floor
3   East Palo Alto, CA  94303-2284
    (650) 617-4030
4   *james.batchelder@ropesgray.com*
    *norman.beamer@ropesgray.com*
5
    Paul M. Schoenhard (*pro hac vice*)
6   Ropes & Gray LLP
    One Metro Center
7   700 12th Street NW, Suite 900
    Washington, DC  20005-3948
8   (202) 508-4693
    *paul.schoenhard.@ropesgray.com*
9
    ***Attorneys for Motorola Solutions, Inc., Motorola
10  Mobility LLC and General Instrument Corp.***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF INTENT TO REQUEST REDACTION (10/18/2012 DAUBERT HEARING) - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4819-9279-5662.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 2nd day of November, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

NOTICE OF INTENT TO REQUEST REDACTION (10/18/2012 DAUBERT HEARING) - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4819-9279-5662.1