The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC. MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | Case No. C10-1823-JLR<br><br>NONPARTY LG ELECTRONICS, INC.'S JOINDER IN DEFENDANTS' MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS<br><br>NOTE ON MOTION CALENDAR:<br>Friday, November 9, 2012 |

Pursuant to the Court's invitation at the October 18, 2012 *Daubert* hearing in this matter, nonparty LG Electronics, Inc. ("LGE") hereby joins Motorola's Motion to Seal Documents and Trial Testimony and Exclude Unauthorized Persons from the Courtroom During Testimony Regarding Trade Secrets (Dkt. No. 495) ("Motion to Seal") as it pertains to the LGE-Motorola license and other licenses to which LGE is a party. LGE supports this motion with the Declaration of Jungsheek Juhn, filed herewith.

NONPARTY LG ELECTRONICS, INC.'S JOINDER IN
DEFENDANTS' MOTION TO SEAL DOCUMENTS AND
TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED
PERSONS FROM THE COURTROOM DURING
TESTIMONY REGARDING TRADE SECRETS
Case No. C10-1823-JLR - 1

RYLANDER
& ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931

As stated in Motorola's Motion to Seal, Motorola anticipates that the parties will seek to introduce into evidence licenses between Motorola and third parties and patent pools, and will seek fact and expert testimony about licensing terms related to the Motorola-LGE license, and certain licenses to which LGE is a party.  *See* Dkt. No. 495 at 8-9.

LGE considers the terms associated with the Motorola-LGE license agreement, including but not limited to the royalty rates, pricing and payment terms, and the duration of that agreement to be confidential and trade secret.  Such evidence, and testimony regarding it, would constitute trade secrets within the Ninth Circuit's definition.  *See In re Elec.* Arts, 298 F. App'x 568, 569 (9th Cir. 2008) ("This is the precise sort of information EA seeks to seal in this case--the pricing terms, royalty rates, and guaranteed minimum payment terms found in paragraph 6 of the 2006 Licensing Agreement. This is also information that plainly falls within the definition of 'trade secrets.'").  As such, the public release of such information would reveal LGE proprietary information and would place LGE in a weakened bargaining position in future business negotiations, thereby giving its competitors a significant unfair advantage.  Moreover, such license agreements contain a whole host of terms that are irrelevant to this litigation and would be of marginal value.  Thus, where the harm outweighs the public benefit in releasing such information, there are compelling reasons for sealing such license agreements.

Accordingly, LGE requests that the Motorola-LGE license agreements be sealed in its entirety.  In the event the terms are used as part of a summary, LGE requests that the royalty, pricing, payment and duration be redacted or, in the alternative, that the courtroom be closed when those terms are discussed.

/// ///

/// ///

/// ///

NONPARTY LG ELECTRONICS, INC.'S JOINDER IN
DEFENDANTS' MOTION TO SEAL DOCUMENTS AND
TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED
PERSONS FROM THE COURTROOM DURING
TESTIMONY REGARDING TRADE SECRETS
Case No. C10-1823-JLR - 1



RYLANDER
& ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931

RESPECTFULLY SUBMITTED this 5th day of November, 2012.

Dated: November 5, 2012  /s/ Kurt M. Rylander
KURT M. RYLANDER, WSBA 27819

RYLANDER & ASSOCIATES PC
PO Box 250
Vancouver, WA 98666
Tel: (360) 750-9931
E-mail: rylander@rylanderlaw.com
Of Attorneys for Nonparty LG Electronics, Inc.

NONPARTY LG ELECTRONICS, INC.'S JOINDER IN DEFENDANTS' MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS
Case No. C10-1823-JLR - 1

