**CERTIFICATE OF SERVICE BY ECF FILING**

On the date signed below, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED This November 5, 2012      /s/ Kurt M. Rylander
                                 KURT M. RYLANDER, WSBA 27819

                                 RYLANDER & ASSOCIATES PC
                                 PO Box 250
                                 Vancouver, WA 98666
                                 Tel: (360) 750-9931
                                 E-mail: rylander@rylanderlaw.com
                                 Of Attorneys for Plaintiff

