The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>         Plaintiff,<br><br> v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>         Defendants. | NO. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL |

 This Court, having heard Nonparties Kyocera Corporation's and Kyocera Communications, Inc.'s Motion requesting permission to file under seal their Motion to Amend the Protective Order to include a License Negotiation Restriction on Microsoft's In-House Counsel and the confidential Declaration of Eric Klein in support, finds that the Motion should be GRANTED.

 IT IS SO ORDERED.

 Dated this ___ day of November, 2012

_____
Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA
CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S
MOTION TO FILE DOCUMENTS UNDER SEAL (NO. C10-1823-
JLR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Presented by:

BYRNES KELLER CROMWELL LLP

By /s/ John A. Tondini
    John A. Tondini, WSBA #19092
    Byrnes Keller Cromwell LLP
    1000 Second Avenue, 38th Floor
    Seattle, WA  98104
    Telephone:  206.622.2000
    Facsimile:  206.622.2522
    jtondini@byrneskeller.com
*Attorneys for Nonparties Kyocera Corporation and Kyocera Communications, Inc.*

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL (NO. C10-1823-JLR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL (NO. C10-1823-JLR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000