The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                          Plaintiff,<br><br>         v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                          Defendants. | NO. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO AMEND THE PROTECTIVE ORDER TO INCLUDE A LICENSE NEGOTIATION RESTRICTION ON MICROSOFT'S IN-HOUSE COUNSEL |

This matter having come before the Court upon the Motion to Amend the Protective Order to bar Microsoft In-House Counsel from participating in license negotiations with Kyocera Corporation and Kyocera Communications, Inc. (collectively "Kyocera") by nonparty Kyocera, and the Court having read the Motion and all materials submitted and believing itself fully advised:

IT IS HEREBY ORDERED that the request of nonparties Kyocera contained in this Motion to Amend the Protective Order to include a license negotiation restriction on Microsoft in-house counsel who access Trial Exhibit 3224 (Kyocera-Motorola license) is hereby GRANTED.

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA
CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S
MOTION TO AMEND THE PROTECTIVE ORDER TO INCLUDE
A LICENSE NEGOTIATION RESTRICTION ON MICROSOFT'S
IN-HOUSE COUNSEL (NO. C10-1823-JLR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

FURTHER, IT IS HEREBY ORDERED that Mr. Culbert, Mr. Killough, or any other in-house counsel employed by Microsoft Corporation who accesses Trial Exhibit 3224 (Kyocera-Motorola license) shall not, directly or indirectly, participate in patent licensing negotiations with Kyocera for a period of five (5) years after conclusion of this action.

Dated this ___ day of November, 2012

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

BYRNES KELLER CROMWELL LLP

By /s/ John A. Tondini
   John A. Tondini, WSBA #19092
   Byrnes Keller Cromwell LLP
   1000 Second Avenue, 38th Floor
   Seattle, WA  98104
   Telephone:  206.622.2000
   Facsimile:  206.622.2522
   jtondini@byrneskeller.com
*Attorneys for Nonparties Kyocera Corporation and Kyocera Communications, Inc.*

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO AMEND THE PROTECTIVE ORDER TO INCLUDE A LICENSE NEGOTIATION RESTRICTION ON MICROSOFT'S IN-HOUSE COUNSEL (NO. C10-1823-JLR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on the 7th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO AMEND THE PROTECTIVE ORDER TO INCLUDE A LICENSE NEGOTIATION RESTRICTION ON MICROSOFT'S IN-HOUSE COUNSEL (NO. C10-1823-JLR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000