FILED

UNITED STATES COURT OF APPEALS

NOV 06 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

MICROSOFT CORPORATION, a
Washington corporation,

    Plaintiff - Appellee,

 v.

MOTOROLA, INC.; et al.,

    Defendants - Appellants.

No. 12-35352

D.C. No. 2:10-cv-01823-JLR
Western District of Washington,
Seattle

ORDER

---

Before: WALLACE, THOMAS, and BERZON, Circuit Judges.

  The panel has unanimously voted to deny appellants' petition for rehearing.

Judge Thomas and Judge Berzon have voted to deny the petition for rehearing en

banc, and Judge Wallace so recommends.

  The full court has been advised of the petition for rehearing en banc, and no

judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App.

P. 35.

  The petition for rehearing is denied and the petition for rehearing en banc is

rejected.