THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br> vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>**(Proposed) ORDER DENYING RESEARCH IN MOTION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS**<br><br>**NOTED: November 9, 2012** |

  This matter came before the Court on Non-parties Research in Motion Limited and Research in Limited Corporation's (collectively "RIM") Motion to Seal Terms of Patent License Agreements and to Deny Microsoft's In-House Counsel Access to the Agreements.

  The Court has considered the following pleadings:

  1. RIM's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft's In-House Counsel Access to the Agreements;

(Proposed) ORDER DENYING RESEARCH IN MOTION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1      2.    Declaration of Michael J. Crowley in Support of RIM's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft's In-House Counsel Access to the Agreements;

    3.    Microsoft's Response to RIM's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft's In-House Counsel Access to the Agreements;

    4.    Declaration of T. Andrew Culbert in Support of Microsoft's Response to RIM's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft's In-House Counsel Access to the Agreements;

    5.

    6.

    7.

    8.

The Court therefore deems itself fully advised.  Now, therefore,

    IT IS ORDERED that

    1.    RIM's Motion to Seal the Motorola-RIM License Agreements is DENIED, except as to the pricing, royalty, or other financial terms contained therein; and

    2.    RIM's Motion to Amend the Amended Protective Order currently in place in this action is DENIED.

    DONE IN OPEN COURT this __ day of _____, 2012.

                                 _____
                                 HONORABLE JAMES L. ROBART

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By    /s/ Arthur W. Harrigan, Jr.
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane P. Cramer, WSBA #35099

(Proposed) ORDER DENYING RESEARCH IN MOTION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080; Fax:  425-869-1327

David T. Pritikin, *Pro Hac Vice*
Richard A. Cederoth, *Pro Hac Vice*
Constantine L. Trela, Jr., *Pro Hac Vice*
Douglas I. Lewis, *Pro Hac Vice*
John W. McBride, *Pro Hac Vice*
Ellen S. Robbins, *Pro Hac Vice*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603

Brian R. Nester, *Pro Hac Vice*
Carter G. Phillips, *Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000; Fax:  202-736-8711

**Counsel for Microsoft Corporation**

(Proposed) ORDER DENYING RESEARCH IN
MOTION'S MOTION TO SEAL TERMS OF
PATENT LICENSE AGREEMENTS AND TO
DENY MICROSOFT IN-HOUSE COUNSEL
ACCESS TO THE AGREEMENTS - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 7th day of November, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X    ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X    ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X    ECF |

(Proposed) ORDER DENYING RESEARCH IN MOTION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 7th day of November, 2012.

                                    s/ Linda Bledsoe_____
                                    LINDA BLEDSOE

(Proposed) ORDER DENYING RESEARCH IN MOTION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717