THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants.<br>―――――――――――――――<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>**DECLARATION OF T. ANDREW CULBERT IN SUPPORT OF MICROSOFT'S RESPONSE TO RESEARCH IN MOTION'S MOTION TO SEAL TERMS OF PATENT LICENSE AGREEMENTS AND TO DENY MICROSOFT IN-HOUSE COUNSEL ACCESS TO THE AGREEMENTS**<br><br>Noted: November 9, 2012 |

　　I, T. Andrew Culbert, swear under penalty of perjury under the laws of the State of Washington to the following:

　　1.　　I am an attorney duly licensed to practice in the State of Washington. I am currently Associate General Counsel in the Legal and Corporate Affairs (LCA) department at Microsoft Corporation. I have personal knowledge of the facts stated herein, and if called as a witness I could and would testify competently thereto.

DECLARATION OF
T. ANDREW CULBERT- 1

2. In my position within Microsoft's litigation department, I am not involved in decisions concerning product pricing, the development of Microsoft's products and services, the marketing of Microsoft's products and services, or other similar business activities. I do not regularly participate in patent or other intellectual property licensing negotiations on behalf of Microsoft outside of the context of settlement discussions in litigation matters.

3. I have executed Attachment A to the protective order entered in this action. A true and correct copy of that Attachment A bearing my signature is attached hereto as Exhibit A.

4. Microsoft is a large company with tens of thousands of employees and hundreds of in-house counsel. My responsibilities as a member of Microsoft's litigation department are primarily to oversee and manage litigation involving Microsoft. This includes overseeing and managing the activities of outside litigation counsel retained by Microsoft.

5. Along with my colleague, David Killough, I am the Microsoft in-house attorney primarily responsible for managing the pending litigation between Microsoft and Motorola in the Western District of Washington. I have been intimately involved in the litigation of the present case since its inception, and expect to continue to play an integral role through trial in both the development and execution of overall strategy.

6. As in-house counsel at Microsoft, my job responsibilities include providing legal advice and guidance, but do not include developing business strategy, pricing, marketing strategies, or product design and development.

7. I am not directly involved in the drafting or prosecution of patent applications on behalf of Microsoft.

8. I am not an officer of, or member of the board of directors of, Microsoft.

DECLARATION OF
T. ANDREW CULBERT- 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  I declare under the penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  DATED this 7th day of November, 2012 in Redmond, Washington.

_____
T. Andrew Culbert

DECLARATION OF
T. ANDREW CULBERT- 3

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 7th day of November, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DECLARATION OF
T. ANDREW CULBERT- 4

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DATED this 7th day of November, 2012.

_____
LINDA BLEDSOE

DECLARATION OF
T. ANDREW CULBERT- 5

# EXHIBIT A

Case 2:10-cv-01823-JLR Document 537 Filed 11/07/12 Page 7 of 8

Case 2:10-cv-01823-JLR Document 72 Filed 07/21/11 Page 20 of 23
Case 2:10-cv-01823-JLR Document 64 Filed 04/22/11 Page 20 of 23

Attachment A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION;<br><br>Defendants | Case No. 10-1823<br><br>PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS |

**CONFIDENTIALITY AGREEMENT
PURSUANT TO PROTECTIVE ORDER**

I, T. ANDREW CULBERT, hereby certify that I have read the Protective Order Regarding the Disclosure and Use of Discovery Materials (the "Order") in the above-captioned case, that I agree to comply with the Order in all respects, and that I hereby submit and waive any objection to the jurisdiction of the United States District Court for the Western District of Washington for the adjudication of any dispute concerning or related to my compliance with the Order.

I understand and agree, in particular, that any Confidential Business Information and any copies, excerpts, or summaries thereof, as well as any knowledge or information derived

PROTECTIVE ORDER REGARDING THE
DISCLOSURE AND USE OF DISCOVERY
MATERIALS - 20

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700 FAX (206) 623-8717

from any of the aforementioned items, may be used solely for purposes of this litigation and may not be used for any other purpose, including without limitation, and business, commercial or academic purpose.

I further understand and agree that failure to abide fully by the terms of the Order may result in legal action against me, including being held in contempt of court and liability for monetary damages.

Signature: _____

Please print or type the following:

Name: _____

Title and Affiliation: _____

Address: _____

Telephone: _____

PROTECTIVE ORDER REGARDING THE
DISCLOSURE AND USE OF DISCOVERY
MATERIALS - 21

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717