The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' CONSOLIDATED NONOPPOSITION TO MICROSOFT'S 11/01/12 MOTION TO SEAL TRIAL EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE SECRETS AND THIRD PARTIES' MOTIONS TO SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, November 9, 2012** |

DEFENDANTS' CONSOLIDATED NONOPPOSITION TO MICROSOFT'S 11/01/12 MOTION TO SEAL TRIAL EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE SECRETS AND THIRD PARTIES' MOTIONS TO SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility LLC, and General Instrument Corporation (collectively "Motorola") do not oppose Microsoft's 11/1/12 Motion to Seal Trial Exhibits that Disclose Microsoft's Trade Secrets (Dkt. No. 510).  Motorola similarly does not oppose Nonparty International Business Machines Corporation's Motion for a Limited Sealing Order (Dkt. No. 498), Nonparties Research In Motion Limited and Research In Motion Corporation's Motion to Seal Term of Patent License Agreements and To Deny Microsoft In-House Counsel Access to the Agreements (Dkt. No. 502), Non-Party Ericsson Inc.'s Joinder In Defendants' Motion to Seal Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Sealed Information (Dkt. No. 515), and Non-Party MPEG LA LLC's Joinder in Defendants' Motion to Seal Documents (Dkt. No. 519).[1]

Nothing herein is intended as a waiver of Defendants' right to contest Microsoft's designation of material as Confidential Business Information in accordance with the terms of the Protective Order entered on July 21, 2011 (Dkt. No. 72).  Defendants expressly reserve the right to do so as the circumstances warrant.

DATED this 7th day of November, 2012.

Respectfully submitted,

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

---

[1] Rather than filing independent motions, nonparties VTech Communications, Inc. (Dkt. No. 508), LG Electronics, Inc. (Dkt. No. 518), Kyocera Corporation and Kyocera Communications, Inc. (Dkt. No. 522), and Koninklijke Philips Electronics N.V. (Dkt. No. 531) have joined Motorola's Motion to Seal Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets (Dkt. No. 495).  Ericsson (Dkt. No. 515) and MPEG LA (Dkt. No. 519) have similarly indicated that they are joining Motorola's motion.

DEFENDANTS' CONSOLIDATED NONOPPOSITION TO MICROSOFT'S 11/01/12 MOTION TO SEAL TRIAL EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE SECRETS AND THIRD PARTIES' MOTIONS TO SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By */s/ Thomas V. Miller*
Thomas V. Miller
MOTOROLA MOBILITY LLC
600 North U.S. Highway 45
Libertyville, IL  60048-1286
(847) 523-2162

And by

Jesse J. Jenner (*pro hac vice*)
Steven Pepe (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*jesse.jenner@ropesgray.com*
*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

DEFENDANTS' CONSOLIDATED NONOPPOSITION TO
MICROSOFT'S 11/01/12 MOTION TO SEAL TRIAL
EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE
SECRETS AND THIRD PARTIES' MOTIONS TO SEAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Calfo Harrigan Leyh & Eakes LLP
> *arthurh@calfoharrigan.com*
> *chrisw@calfoharrigan.com*
> *shanec@calfoharrigan.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> David Greenfield, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *david.greenfield@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 7th day of November, 2012.

                                                   /s/ *Marcia A. Ripley*
                                                   Marcia A. Ripley

DEFENDANTS' CONSOLIDATED NONOPPOSITION TO MICROSOFT'S 11/01/12 MOTION TO SEAL TRIAL EXHIBITS THAT DISCLOSE MICROSOFT'S TRADE SECRETS AND THIRD PARTIES' MOTIONS TO SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001