# Appendix A

## DOCUMENTS VIA LICENSING CORPORATION MOVES TO SEAL

| DOCUMENT TITLE | BATES-NUMBER RANGE |
|---|---|
| 802.11 Licensing Committee PowerPoint Presentation | VIA10198-10225 |
| Executed 802.11 Interim Licensing Agreements | VL000406-000491 |
| Executed 802.11 Commercialization Agreement (and Amendment One) | VL000254-000402 |
| Internal Via Licensing Emails | VIA10155-10156; VIA10226-10227; VL000902-000904; VL000911-000919; VL000934-000953; VL000972-000975 |