THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

Defendants.

No.: 2:10-1823-JLR

[PROPOSED] ORDER GRANTING NON-PARTY VIA LICENSING CORPORATION'S MOTION TO SEAL TRIAL EXHIBITS

**NOTE ON MOTION CALENDAR:**

**November 9, 2012**

THIS MATTER came before the Court upon Non-Party Via Licensing Corporation's Motion to Seal Trial Exhibits. Having considered the Motion and all documents submitted in favor and in opposition to it, and considered the arguments of counsel, the Court GRANTS Via Licensing's Motion to Seal.

Accordingly, the Court ORDERS the following documents to be sealed: (1) the 802.11 Licensing Committee PowerPoint presentation; (2) the executed 802.11 Interim Licensing Committee Agreements; (3) the executed 802.11 Commercial Agreement and Amendment One; and (4) several internal Via Licensing emails. Each of these documents

[PROPOSED] ORDER GRANTING NON-PARTY VIA LICENSING CORPORATION'S MOTION TO SEAL TRIAL EXHIBITS
No.: 2:10-1823-JLR

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1 | are identified in **Appendix A** to Via Licensing's Motion to Seal.

2 |

3 | Dated: November ___, 2012

4 |                                                                                    _____
                                                                                       THE HONORABLE JAMES L. ROBART

5 | Submitted by:

6 | BULLIVANT HOUSER BAILEY PC

7 | By   /s/ Matthew J. Sekits
        Matthew J. Sekits, WSBA #26175
8 |     E-Mail: matthew.sekits@bullivant.com
        Daniel R. Bentson, WSBA #36825
9 |     E-Mail: dan.bentson@bullivant.com
        Attorneys for Via Licensing
10|     Bullivant Houser Bailey PC
        1700 Seventh Avenue, Suite 1810
11|     Seattle, Washington 98101-1397
        206.292.8930
12|

13|
   13915912.1
14|