THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>MOTOROLA, INC., et al.,<br><br>            Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Case No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS 11/01/12 MOTION TO SEAL<br><br>**NOTED FOR:**<br>**Friday, November 9, 2012** |

For the reasons set forth in Microsoft's November 1, 2012 Motion to File Documents Under Seal (ECF No. 510), and because Motorola does not oppose Microsoft's motion (s*ee* ECF No. 538), Microsoft respectfully requests that the Court grant its motion to seal.

MICROSOFT'S REPLY IN SUPPORT OF ITS
11/01/12 MOTION TO SEAL **-** 1

DATED this 9th day of November, 2012.

                    CALFO HARRIGAN LEYH & EAKES LLP

By  *s/ Arthur W. Harrigan, Jr.*
     Arthur W. Harrigan, Jr., WSBA #1751
     Christopher Wion, WSBA #33207
     Shane P. Cramer, WSBA #35099

By  *s/ T. Andrew Culbert*
     T. Andrew Culbert
     David E. Killough
     MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA  98052
     Phone:  425-882-8080
     Fax:  425-869-1327

     David T. Pritikin
     Richard A. Cederoth
     Constantine L. Trela, Jr.
     William H. Baumgartner, Jr.
     Ellen S. Robbins
     Douglas I. Lewis
     David C. Giardina
     John W. McBride
     David Greenfield

     SIDLEY AUSTIN LLP
     One South Dearborn
     Chicago, IL  60603
     Phone:  312-853-7000
     Fax:  312-853-7036

     Carter G. Phillips
     Brian R. Nester

     SIDLEY AUSTIN LLP
     1501 K Street NW
     Washington, DC  20005
     Telephone:  202-736-8000
     Fax:  202-736-8711

     Counsel for Microsoft Corp.

MICROSOFT'S REPLY IN SUPPORT OF ITS
11/01/12 MOTION TO SEAL **-** 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On November 9, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | __X__ ECF |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

MICROSOFT'S REPLY IN SUPPORT OF ITS
11/01/12 MOTION TO SEAL - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | \_\_X\_\_\_ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DATED this 9th day of November, 2012.

*s/ Linda Bledsoe*
Linda Bledsoe

MICROSOFT'S REPLY IN SUPPORT OF ITS
11/01/12 MOTION TO SEAL **-** 4