Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Microsoft Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation,<br><br>    Defendants. | No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S MOTION FOR A LIMITED SEALING ORDER |

THIS MATTER having come before the Court on Non-Parties Nokia Corporation and Nokia Inc.'s Motion for a Limited Sealing Order, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Nokia Corporation and Nokia Inc.'s Motion for a Limited Sealing Order is GRANTED as follows:

1. Nokia has established that compelling reasons exist for sealing Nokia's licensing agreements and all documents relating thereto, including royalty reports and any communications reflecting licensing negotiations between Nokia and any third party, because these documents constitute confidential and trade secret information. The parties and witnesses shall seal any such documents if they intend to use them as exhibits or

[PROPOSED] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S MOTION FOR A LIMITED SEALING ORDER
No. C10-1823-JLR

1

**Alston + Bird LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650.838.200

1  demonstratives during the upcoming trial.

2    2. The courtroom is to be cleared and closed when testimony or argument on these subjects is

3  heard and where exhibits containing this information are discussed.

5  IT IS SO ORDERED

6  DATED this _____ day of November, 2012

                                            _____

                                            THE HONORABLE JAMES L. ROBART
                                            UNITED STATES DISTRICT COURT JUDGE

Presented By:
Lance A. Termes, WSBA #29729
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2045
E-mail: lance.termes@alston.com

Counsel for Non-Parties Nokia Corporation and Nokia Inc.

---

[PROPOSED] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S MOTION FOR A LIMITED SEALING ORDER
No. C10-1823-JLR

2

**Alston + Bird LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650.838.200

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to all counsel on record in the matter.

s/ Lance A. Termes_____
Lance A. Termes, WSBA #29729
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2045
E-mail: lance.termes@alston.com

[PROPOSED] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S MOTION FOR A LIMITED SEALING ORDER
No. C10-1823-JLR

3

**Alston + Bird LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650.838.200