The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>        Defendants. | CASE NO. C10-1823-JLR<br><br>SUPPLEMENTAL JOINT EXHIBIT LIST WITH STIPULATIONS |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>        Plaintiffs/Counterclaim Defendant,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant/Counterclaim Plaintiff. | |

SUPPLEMENTAL JOINT EXHIBIT LIST WITH
STIPULATIONS
CASE NO. C10-1823-JLR

4828-4341-6081.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Pursuant to the Court's Procedures for Handling Exhibits, Plaintiff Microsoft Corporation ("Microsoft") and Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility LLC, and General Instrument Corporation ("Motorola" or "Defendants"), through counsel undersigned, jointly file this Supplemental Joint Exhibit List with Stipulations (attached hereto as Exhibit A) which supersedes the joint exhibit list that was filed with the parties' Pretrial Order (Dkt. No. 493).  A redline version of the joint exhibit list reflecting all revisions to date is attached hereto as Exhibit B.

DATED this 9th day of November, 2012.

CALFO HARRIGAN LEYH & EAKES LLP          SUMMIT LAW GROUP PLLC


By    */s/ Arthur W. Harrigan, Jr.*                     By    */s/ Ralph H. Palumbo*
    Arthur W. Harrigan, Jr., WSBA #1751            Ralph H. Palumbo, WSBA #4751
    Christopher Wion, WSBA #33207                  Philip S. McCune, WSBA #21081
    Shane P. Cramer, WSBA #35099                   Lynn M. Engel, WSBA #21934
    *arthurh@calfoharrigan.com*                    *ralphp@summitlaw.com*
    *chrisw@calfoharrigan.com*                     *philm@summitlaw.com*
    *shanec@calfoharrigan.com*                     *lynne@summitlaw.com*

By    */s/ T. Andrew Culbert*                          By    */s/ Thomas V. Miller*
T. Andrew Culbert, WSBA #35925                   Thomas V. Miller
David E. Killough, WSBA #21119                   MOTOROLA MOBILITY LLC
MICROSOFT CORPORATION                            600 North U.S. Highway 45
1 Microsoft Way                                 Libertyville, IL 60048-1286
Redmond, WA  98052                              (847) 523-2162
Phone:  425-882-8080
Fax:  425-869-1327                              Steven Pepe (*pro hac vice*)
                                                Jesse J. Jenner (*pro hac vice*)
David T. Pritikin, *(pro hac vice)*             Stuart W. Yothers (*pro hac vice*)
Richard A. Cederoth, *(pro hac vice)*           Kevin J. Post (*pro hac vice*)
Ellen Robbins, *(pro hac vice)*                 ROPES & GRAY LLP
Douglas I. Lewis, *(pro hac vice)*              1211 Avenue of the Americas
John W. McBride, *(pro hac vice)*               New York, NY  10036-8704
SIDLEY AUSTIN LLP                               (212) 596-9046
One South Dearborn                              *steven.pepe@ropesgray.com*
Chicago, IL  60603                              *jesse.jenner@ropesgray.com*
Phone:  312-853-7000                            *stuart.yothers@ropesgray.com*
Fax:  312-853-7036                              *kevin.post@ropesgray.com*

SUPPLEMENTAL JOINT EXHIBIT LIST WITH
STIPULATIONS - 1
CASE NO. C10-1823-JLR

1   Brian R. Nester, *(pro hac vice)*         Norman H. Beamer (*pro hac vice*)
    Kevin C. Wheeler, *(pro hac vice)*        Gabrielle E. Higgins (*pro hac vice*)
2   SIDLEY AUSTIN LLP                          ROPES & GRAY LLP
    1501 K Street NW                           1900 University Avenue, 6th Floor
3   Washington, DC  20005                      East Palo Alto, CA  94303-2284
    Telephone:  202-736-8000                   (650) 617-4030
4   Fax:  202-736-8711                         *norman.beamer@ropesgray.com*
                                               *gabrielle.higgins@ropesgray.com*
5
6   ***Counsel for Microsoft Corp.***
                                               Paul M. Schoenhard (*pro hac vice*)
7                                              ROPES & GRAY LLP
                                               One Metro Center
8                                              700 12th Street NW, Suite 900
                                               Washington, DC  20005-3948
9                                              (202) 508-4693
                                               *paul.schoenhard.@ropesgray.com*
10
11                                             ***Counsel for Motorola Solutions, Inc.,***
                                               ***Motorola Mobility LLC, and General***
12                                             ***Instrument, Corp.***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPPLEMENTAL JOINT EXHIBIT LIST WITH
STIPULATIONS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4828-4341-6081.1

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system which will send notification of such filing to the following:

4       Arthur W. Harrigan, Jr., Esq.
        Christopher T. Wion, Esq.

5       Shane P. Cramer, Esq.
        Calfo Harrigan Leyh & Eakes LLP

6       *arthurh@calfoharrigan.com*
        *chrisw@calfoharrigan.com*

7       *shanec@calfoharrigan.com*

8       Richard A. Cederoth, Esq.
        Brian R. Nester, Esq.

9       David T. Pritikin, Esq.
        Douglas I. Lewis, Esq.

10      John W. McBride, Esq.
        David Greenfield, Esq.

11      William H. Baumgartner, Jr., Esq.
        David C. Giardina, Esq.

12      Carter G. Phillips, Esq.
        Constantine L. Trela, Jr., Esq.

13      Ellen S. Robbins, Esq.
        Nathaniel C. Love, Esq.

14      Sidley Austin LLP
        *rcederoth@sidley.com*

15      *bnester@sidley.com*
        *dpritikin@sidley.com*

16      *dilewis@sidley.com*
        *jwmcbride@sidley.com*

17      *david.greenfield@sidley.com*

18      *wbaumgartner@sidley.com*
        *dgiardina@sidley.com*

19      *cphillips@sidley.com*
        *ctrela@sidley.com*

20      *erobbins@sidley.com*
        *nlove@sidley.com*

21

22      T. Andrew Culbert, Esq.
        David E. Killough, Esq.

23      Microsoft Corp.
        *andycu@microsoft.com*

24      *davkill@microsoft.com*

25      DATED this 9th day of November, 2012.

26                                                    /s/ *Marcia A. Ripley*
                                                   _____
                                                      Marcia A. Ripley

SUPPLEMENTAL JOINT EXHIBIT LIST WITH
STIPULATIONS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4828-4341-6081.1