THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | NO. 2-10-cv-01823-JLR<br><br>DECLARATION OF DONALD S. COHEN REGARDING INCORRECT DOCKET #558 FILING |

I, Donald S. Cohen, declare under penalty of perjury of the laws of the State of Washington, that the following is true and correct:

1. I am counsel of record for Nonparty Samsung Electronics Co., Ltd. and have personal knowledge of the following facts.

2. Docket # 558 was incorrectly filed. It should have been a redacted version of Docket #555.

3. The redacted version has now been filed as Docket #560.

4. Per the Pacer website, "You cannot delete or edit filings after they have been submitted through CM/ECF. If you made an error (filed in the wrong case, submitted the wrong version of a document, etc.) contact the clerk's office." We cannot do so at this

DECLARATION OF DONALD S. COHEN - 1 of 2
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

time and because of the Veteran's Day holiday will not be able to do so until Tuesday morning, November 13, 2012.  We will do so promptly at that time to delete the incorrect filing (Docket #558).

5. Because of this inadvertent filing, I respectfully request that counsel in this lawsuit destroy the incorrect filing and not share it with anyone else.

I declare under penalty of perjury under the laws of the state of Washington the foregoing is true and correct.

Executed on November 9, 2012 at Seattle, Washington.

*s/ Donald S. Cohen*
Donald S. Cohen

### CERTIFICATE OF SERVICE

I certify that on this 9th day of November, 2012, the foregoing document was electronically filed with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 9th day of November, 2012.

s/Karen L. Crane
Karen L. Crane, Legal Assistant
GORDON THOMAS HONEYWELL LLP

DECLARATION OF DONALD S. COHEN - 2 of 2
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575