THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | NO. 2-10-cv-01823-JLR<br><br>NOTICE OF LIMITED APPEARANCE |

COMES NOW Non-Party/Interested Party SAMSUNG ELECTRONICS Co., LTD., and hereby enter its limited appearance for the purpose of protecting Samsung's trade secrets and proprietary information in the above-entitled action by and through its undersigned attorneys, and request that any and all further pleadings or notices of any nature, except original process, be served upon the undersigned at the address below stated.

DATED this 12th day of November, 2012.

GORDON THOMAS HONEYWELL LLP

By  s/ Steven T. Reich
Steven T. Reich, WSBA No. 24708
sreich@gth-law.com
600 University Street, Suite 2100
Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575
Attorneys for Non-Party/Interested Party
SAMSUNG ELECTRONICS Co., LTD

NOTICE OF LIMITED APPEARANCE - 1 of 2
(2-10-cv-01823 JLR)
[100054522.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2012, the foregoing document was electronically filed with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 12th day of November, 2012.

s/ Linda J. Vandiver
Linda J. Vandiver, Legal Assistant
GORDON THOMAS HONEYWELL LLP

NOTICE OF LIMITED APPEARANCE - 2 of 2
(2-10-cv-01823 JLR)
[100054522.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575