HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | Case No.: C10-1823-JLR<br><br>NON-PARTY ERICSSON'S JOINDER IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 9, 2012** |

Non-parties Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson") hereby join in Defendants' Reply in Support of Motion to Seal Documents and Trial Testimony and Exclude Unauthorized Persons from the Courtroom During Testimony Regarding Trade Secrets (Dkt. 551), and the arguments and authorities found therein. For the reasons discussed in Defendants' Motion to Seal and Reply in further support thereof (Dkt. 495 and 551), and in Ericsson's Joinder and Motion to Seal, and the supporting Declaration of Anna Johns (Dkt. 515 and 516), Ericsson respectfully requests that the Court grant its motion to seal and protect from public disclosure its highly confidential license agreements, as well as information derived from and relating to the negotiation of those documents, and to exclude from the courtroom

NON-PARTY ERICSSON'S JOINDER IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS - C10-1823-JLR

52246-001\ 1694701.docx            -1-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1  throughout the portion of trial testimony or publication of exhibits reflecting or related to the

2  terms or negotiation of Ericsson's licensing agreements and negotiations, persons not authorized

3  under the Protective Order to have access to materials and information marked "Confidential

4  Financial Information - Outside Attorneys' Eyes Only."

6  DATED this 12th day of November, 2012.

7  STOKES LAWRENCE, P.S.

9  By: /s/ Shannon M. Jost
   Shannon M. Jost (WSBA # 32511)
10  Joan E. Hemphill (WSBA # 40931)
   Attorneys for Non-Parties Ericsson Inc. and
11  Telefonaktiebolaget LM Ericsson

NON-PARTY ERICSSON'S JOINDER IN DEFENDANTS' REPLY IN
SUPPORT OF MOTION TO SEAL DOCUMENTS AND TRIAL
TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE
COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS -
C10-1823-JLR

52246-001\ 1694701.docx                -2-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, I caused the foregoing *Non-Party Ericsson's Joinder in Defendants' Reply Brief in Support of Motion to Seal Documents and Trial Testimony and Exclude Unauthorized Persons from the Courtroom During Testimony Regarding Trade Secrets* to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
Summit Law Group
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Email: summit1823@summitlaw.com

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com

Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4030
Email: norman.beamer@ropesgray.com

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4693
Email: paul.schoenhard@ropesgray.com

/s/ Shannon M. Jost
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA  98101
Phone: (206) 626-6000 Fax:  (206) 464-1496
Shannon.Jost@stokeslaw.com
Attorneys for Non-Parties Ericsson Inc. and Telefonaktiebolaget LM Ericsson

NON-PARTY ERICSSON'S JOINDER IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEAL DOCUMENTS AND TRIAL TESTIMONY AND EXCLUDE UNAUTHORIZED PERSONS FROM THE COURTROOM DURING TESTIMONY REGARDING TRADE SECRETS - C10-1823-JLR

52246-001\ 1694701.docx                    -3-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000