THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | No.: 2:10-1823-JLR<br><br>NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**November 13, 2012** |

## I. INTRODUCTION

Via Licensing Corporation—a non-party to this lawsuit—moved to seal several confidential documents. Among other confidential documents that Via Licensing asked to be sealed were certain licensing agreements, specifically: (1) the executed 802.11 Interim Licensing Committee Agreements ("ILCAs") (trial exhibits 3185-3192), and (2) the executed 802.11 Commercialization Agreement ("ComAg") (trial exhibits 1144, 3184, and 3205).[1]

---

[1] Dkt. No. 543. Via Licensing has now been able to match up its documents with the parties' trial exhibits. *See* Dkt. No. 550-1.

NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION
No.: 2:10-1823-JLR

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Yesterday, the Court issued an Order granting in part and denying in part several motions to seal filed by the parties and non-parties alike, including Via Licensing, ordering that the licensing agreements that are the subject of those motions be provisionally sealed.[2]

With respect to the motions filed by non-parties, the Court ruled as follows: "All of these non-party motions seek to seal the terms of licensing agreements entered into with Motorola, Microsoft, and other non-parties."[3] The Order lists several documents of the parties to be provisionally sealed, but does not explicitly include the non-party documents, including Via Licensing's agreements. Thus, Via Licensing respectfully requests that its licensing agreements be specifically identified by trial exhibit number (1144, 3184-3192, and 3205) and provisionally sealed on the record to ensure that they are treated as such by the parties and the Clerk, consistent with the Court's Order of November 12, 2012.

## II. ANALYSIS

In its prior motion, Via Licensing requested that confidential agreements with its patent licensors—the executed 802.11 ILCAs and the executed 802.11 ComAg—be sealed.[4] These documents contain proprietary licensing terms, confidential royalty sharing terms, confidential licensing strategies, and other highly-sensitive information that give Via Licensing its competitive edge in the marketplace.[5] As noted above, the Court has ruled that such licensing agreements should be provisionally sealed.

## III. CONCLUSION

For the above reasons, Via Licensing respectfully requests that the Court order that Trial Exhibits 1144, 3184-3192, and 3205 be provisionally sealed and treated in accordance

---

[2] Dkt. No. 567.

[3] *Id.* at 13.

[4] Dkt. No. 544 (Declaration of Keith P. Gray in Support of Non-party Via Licensing Corporation's Motion to Seal Trial Exhibits ("Gray Decl.") at ¶ 11).

[5] *Id.*

NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION
No.: 2:10-1823-JLR

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1  with the Court's November 12, 2012 Order as it pertains to licensing agreements.

2  DATED: November 13, 2012

3                                      Bullivant Houser Bailey PC

5                                      /s/ Matthew J. Sekits
                                       Matthew J. Sekits, WSBA #26175
6                                      E-Mail: matthew.sekits@bullivant.com
                                       Daniel R. Bentson, WSBA #36825
7                                      E-Mail: dan.bentson@bullivant.com
                                       Attorneys for Via Licensing
8                                      Bullivant Houser Bailey PC
                                       1700 Seventh Avenue, Suite 1810, Seattle,
9                                      Washington 98101-1397
                                       206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the persons listed below:

Attorneys for Microsoft Corp.:

Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue Ste. 4400
Seattle, WA 98104
Phone: 206.623.1700
Email: arthurh@ calfoharrigan.com
Email: chrisw@calfoharrigan.com
Email: shanec@calfoharrigan.com

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425.882.8080
Email: andycu@microsoft.com
Email: davkill@microsoft.com

Pro hac vice:

David T. Pritikin
Email: dpritikin@sidley.com
Richard A. Cederoth
Email: rcederoth@sidley.com
Constantine L. Trela, Jr.
Email: ctrela@sidley.com
William H. Baumgartner, Jr.
Email: wbaumgartner@sidley.com
Ellen W. Robbins
Email: erobbins@@sidley.com
Douglas I. Lewis
Email: dilewis@sidley.com
David C. Giardina
Email: dgiardina@sidley.com
John W. McBride
Email: jwmcbride@sidley.com
David Greenfield
Email: david.greenfield@sidley.com
Nathaniel C. Love
Email: nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312.853.7000

Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
SUMMIT LAW GROUP
315 Fifth Ave., South Ste. 1000
Seattle, WA 98104
Email: ralphp@@summitlaw.com
Email: philm@summitlaw.com
Email: lynne@summitlaw.com

Pro hac vice:

Steven Pepe
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Phone: 212.596.9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com

Norman H. Beamer
ROPES & GRAY LLP
1900 University Ave., 6th Floor
East Palo Alto, CA 94303
Phone: 650.617.4030
Email: norman.beamer@ropesgray.com

Paul M. Schoenhard
ROPES & GRAY LLP
One Metro Center
700 12th Street NW, Ste. 900
Washington, DC 2005
Phone: 202.508.4693
Email: paul.schoenhard@ropesgray.com

NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION
No.: 2:10-1823-JLR

Page 4

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930

| | |
|---|---|
| 1 | Carter G. Phillips |
|  | Brain R. Nester |
| 2 | SIDLEY AUSTIN LLP |
|  | 1501 K Street NW |
| 3 | Washington, DC 20005 |
|  | Phone: 202.736.8711 |
| 4 | Email: cphillips@sidley.com |
|  | Email: bnester@sidley.com |

Dated: November 13, 2012

_____
Genevieve Schmidt

13922564.1

NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION
No.: 2:10-1823-JLR

Page 5

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930