THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | No.: 2:10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**November 13, 2012** |

THIS MATTER came before the Court upon Non-Party Via Licensing Corporation's Motion for Clarification of Order Granting in Part and Denying in Part Motions to Seal (Dkt 567). Having considered the Motion and all documents submitted in favor and in opposition to it, the Court GRANTS Via Licensing's Motion for Clarification.

Accordingly, the Court ORDERS the following trial exhibits to be sealed: 1144, 3184-3192, and 3205.

Dated: November ___, 2012

THE HONORABLE JAMES L. ROBART

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

By /s/ Matthew J. Sekits

Matthew J. Sekits, WSBA #26175
E-Mail: matthew.sekits@bullivant.com
Daniel R. Bentson, WSBA #36825
E-Mail: dan.bentson@bullivant.com
Attorneys for Via Licensing
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
206.292.8930

13922324.1

[PROPOSED] ORDER GRANTING NON-PARTY VIA LICENSING CORPORATION'S MOTION FOR CLARIFICATION
No.: 2:10-1823-JLR

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930