THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　Defendants. | NO. 2-10-cv-01823-JLR<br><br>NONPARTY SAMSUNG'S MOTION FOR CLARIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL EXHIBITS<br><br>NOTE ON MOTION CALENDAR:<br>November 14, 2012 |

Nonparty Samsung Electronics Co., Ltd. ("Samsung") moved to seal certain confidential documents that contain its confidential and highly sensitive business information. (Dkt. No. 555). Specifically, Samsung asked the Court to seal: (1) Cross-license agreement between Samsung and Motorola (Trial Exhibit 2769); (2) Motorola presentation materials to Samsung (Trial Exhibit 3163); (3) Interim License Agreement (Trial Exhibit 3191); (4) License Agreement between Samsung and Motorola (Trial Exhibit 3238); (5) Letter from Motorola to Samsung re Licensing (Trial Exhibit 3264); and (6) Motorola summary licensing chart (Trial Exhibit 3137).[1] This Court issued an Order granting in part and denying in part several motions to seal filed by the parties

---

[1] The Court's Order on which this Motion seeks clarification specifically addressed and granted Samsung's motion to seal trial Exhibit 2813.

NON PARTY SAMSUNG'S MOTION FOR CLARIFICATION - 1 of 4
(2-10-cv-01823 JLR)
[100054715]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1 and non-parties, including Samsung, ordering that the licensing agreements that are the
2 subject of those motions be provisionally sealed. (Dkt. No. 567).

3       Because the Court's Order does not specifically list the non-party documents by
4 trial exhibit number, or address the sealing of Samsung's confidential documents other
5 than license agreements, Samsung orally moved this Court on November 13, 2012 to
6 issue an order expressly sealing all of the above trial exhibits. This Court directed
7 Samsung (and the other non-parties) to provide a list of trial exhibits to be sealed by
8 November 14, 2012.[2] Pursuant to the Court's direction, Samsung respectfully requests
9 that its licensing agreements and other confidential documents be specifically identified
10 by trial exhibit number (Trial Exhibit ## 2769, 3163, 3191, 3238, 3264, and 3137) and
11 provisionally sealed on the record to ensure that they are treated as such by the parties
12 and the Clerk, consistent with the Court's Order of November 12, 2012.

13       DATED this 14th day of November, 2012.

GORDON THOMAS HONEYWELL LLP

By  s/ Donald S. Cohen
    Donald S. Cohen, WSBA No. 12480
    dcohen@gth-law.com

By  s/ Steven T. Reich
    Steven T. Reich, WSBA No. 24708
    sreich@gth-law.com

600 University Street, Suite 2100
Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575

---

[2] Counsel for Samsung conferred by email with counsel for Motorola and Microsoft yesterday evening regarding a potential agreement to provisionally seal the Samsung documents that are the subject of this motion. Counsel for Motorola indicated they would be requesting provisional sealing of the Samsung documents, but in order to comply formally with the Court's November 13, 2012 direction, Samsung is filing this independent motion.

NON PARTY SAMSUNG'S MOTION FOR CLARIFICATION - 2 of 4
(2-10-cv-01823 JLR)
[100054715]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

OF COUNSEL

QUINN EMANUEL LLP

By s/ Victoria F. Maroulis
Victoria F. Maroulis, CA SBN No. 202603,
victoriamaroulis@quinnemanuel.com

By s/Kevin P.B. Johnson
Kevin P.B. Johnson, CA SBN No. 177129,
kevinjohnson@quinnemanuel.com

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Tel:  (650) 801-5000
Fax:  (650) 801-5100

-and-

ZEINEDDIN PLLC

By s/ R. Paul Zeineddin
R. Paul Zeineddin, DC Bar No. 474734,
*Pro Hac Vice*
paul@zeineddin.com

1000 Connecticut Avenue NW, Suite 900
Washington, DC  20036
Tel:  (202) 787-1051

Attorneys for Non-Party/Interested Party
SAMSUNG ELECTRONICS Co., LTD

NON PARTY SAMSUNG'S MOTION FOR CLARIFICATION - 3 of 4
(2-10-cv-01823 JLR)
[100054715]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I certify that on this 14th day of November, 2012, the foregoing document was electronically filed with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 14th day of November, 2012.

s/ Karen Lang Crane
Karen Lang Crane, Legal Assistant
GORDON THOMAS HONEYWELL LLP

NON PARTY SAMSUNG'S MOTION FOR CLARIFICATION - 4 of 4
(2-10-cv-01823 JLR)
[100054715]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575