| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | | CASE NO. C10-1823JLR |
| Plaintiff, | | ORDER |
| v. | | |
| MOTOROLA, INC, et al., | | |
| Defendants. | | |
| MOTOROLA MOBILITY, INC., et al., | | |
| Plaintiffs, | | |
| v. | | |
| MICROSOFT CORPORATION, | | |
| Defendant. | | |

During in-court proceedings on November 13, 2012, the court heard from Research and Motion Limited and Research and Motion Corporation ("RIM"), as well as

ORDER- 1

Samsung Electronics Co., Ltd. ("Samsung"), regarding RIM's and Samsung's motions to seal. Samsung and RIM would like to seal certain trial exhibits in accordance with the court's November 12, 2012 order granting in part and denying in part numerous motions to seal. (*See* Order (Dkt. # 567).) Subject to the conditions set forth in the court's November 12 order, the court ORDERS sealed trial exhibits 2769, 3163, 3191, 3238, 3264, 3137, and 2800.

Additionally, during in court proceedings on November 14, 2012, Microsoft and Motorola sought to seal additional trial exhibits in accordance with the court's November 12 order. Subject to the conditions set forth in the court's November 12 order, the court ORDERS sealed trial exhibits 502, 2238, 2370, 2371, 3094, 2422, 2689, 2576, 2652, 2808, 2809, 2845, 3230-3234, 428, and 16.

Dated this 14th day of November, 2012.

The Honorable James L. Robart
U.S. District Court Judge

ORDER- 2