The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION CONCERNING USE OF CERTAIN CONFIDENTIAL INFORMATION AT TRIAL [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Tuesday, November 20, 2012** |

ORDER GRANTING DEFENDANTS' MOTION
CONCERNING USE OF CERTAIN CONFIDENTIAL
INFORMATION AT TRIAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER having come before the Court on Defendants' Motion Concerning Use of
2   Certain Confidential Information at Trial, and the Court having reviewed the pleadings and
3   evidence presented and on file in this case, and being otherwise fully advised as to the issues
4   presented, the Court hereby:

5   ORDERS, ADJUDGES AND DECREES that Defendants' Motion is GRANTED.

6   IT IS SO ORDERED.

7   DATED this _____ day of _____, 2012.

```
                                        _____
                                        THE HONORABLE JAMES L. ROBART
                                        UNITED STATES DISTRICT COURT JUDGE
```

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*
   *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY, INC.
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

ORDER GRANTING DEFENDANTS' MOTION
CONCERNING USE OF CERTAIN CONFIDENTIAL
INFORMATION AT TRIAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1  And by

2      Jesse J. Jenner (*pro hac vice*)
    Steven Pepe (*pro hac vice*)
3      Stuart W. Yothers (*pro hac vice*)
    Kevin J. Post (*pro hac vice*)
4      Ropes & Gray LLP
    1211 Avenue of the Americas
5      New York, NY  10036-8704
    (212) 596-9046
6      *jesse.jenner@ropesgray.com*
    *steven.pepe@ropesgray.com*
7      *stuart.yothers@ropesgray.com*
    *kevin.post@ropesgray.com*
8  
9      Norman H. Beamer (*pro hac vice*)
    Gabrielle E. Higgins (*pro hac vice*)
10     Ropes & Gray LLP
    1900 University Avenue, 6th Floor
11     East Palo Alto, CA  94303-2284
    (650) 617-4030
12     *norman.beamer@ropesgray.com*
    *gabrielle.higgins@ropesgray.com*
13 
14     Paul M. Schoenhard (*pro hac vice*)
    Douglas Hallward-Dreimeier (*pro hac vice*)
15     Ropes & Gray LLP
    One Metro Center
16     700 12th Street NW, Suite 900
    Washington, DC  20005-3948
17     (202) 508-4693
    *paul.schoenhard@ropesgray.com*
18     *douglas.hallward-driemeier2ropesgray.com*
19 
20 ***Attorneys for Defendants Motorola Solutions, Inc.,***
***Motorola Mobility LLC, and General Instrument Corporation***

ORDER GRANTING DEFENDANTS' MOTION
CONCERNING USE OF CERTAIN CONFIDENTIAL
INFORMATION AT TRIAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 18th day of November, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION
CONCERNING USE OF CERTAIN CONFIDENTIAL
INFORMATION AT TRIAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001