Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Microsoft Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation,<br><br>　　　　Defendants. | No. C10-1823-JLR<br><br>BRIEF OF NONPARTIES RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION REGARDING MOTOROLA'S PROPOSALS FOR HANDLING OF CONFIDENTIAL PATENT LICENSE EVIDENCE; NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS |

On November 16, 2012, this Court requested briefing regarding proposals submitted by Motorola for the handling and protecting of confidential patent licensing information of third parties during the ongoing trial against Microsoft. Nonparties Research in Motion Limited and Research in Motion Corporation (collectively, "RIM") hereby submit their brief, and also provide notice that they intend to seek a writ of mandamus requesting that the Ninth Circuit instruct this Court to vacate its November 12, 2012 Order.[1] RIM appreciates this Court's efforts and comments with respect to "easing the path" to the Ninth Circuit regarding

---

[1] Because RIM's confidential information may be disclosed this Tuesday, November 20, 2012, the Ninth Circuit's motions unit instructed RIM to file an emergency motion, and to do so before the motions unit and office of the clerk for the Ninth Circuit open Monday morning, November 19, 2012.

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 1
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

the publishing of confidential information in its final order in this case establishing a RAND royalty rate, but it is the potential disclosure of confidential information this coming Tuesday, November 20, 2012 that is of utmost and urgent concern to RIM. If RIM confidential information is disclosed during trial and connected to RIM, any favorable ruling from the Ninth Circuit will be "too little, too late."

**Motorola's "Camouflage" Proposal**

Motorola has made two proposals to the Court. As this Court described it, one proposal involves "new and improved redacted exhibits which somehow camouflage the party that they refer to." (11/16/2012 Tr. at 5:22-23.). This proposal is inadequate to protect RIM's confidential information. As both this Court and Motorola's counsel have acknowledged, Motorola's "camouflage" proposal is imperfect: (1) identifying information may be inadvertently disclosed by the attorneys or witnesses themselves (as they have access to the exhibits in unredacted form); or (2) savvy listeners in the audience, many of them competitors in the smartphone industry, will simply "see what crumbs fall to the floor" (*id.* at 7:1) and "put it together." (*Id.* at 5-6.)

Motorola's counsel described the first proposal this way:

> MR. JENNER: And, if I understand, Your Honor is saying that you are accepting the proposal that we submit a new set of numbered but unnamed exhibits, so that as we refer to the number of exhibits, the gallery, at least on the record, won't have any reason to recognize who the exhibit is. ***If they put it together, they put it together.*** But that's okay to proceed that way?
>
> THE COURT: That's correct.

*Id.* at 8:1-7 (emphasis added). Motorola's counsel further stated:

> Continuing with the procedure that the court has set forth in your order earlier this week, we understand with the overlay that we would be, where necessary, using the numbered exhibits rather than names. I think we can

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 2
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

> work with that and *hopefully we won't foul it up ourselves by revealing information, as I think has happened at least once.*
>
> * * *
>
> I guess in terms of making this process work, *I will be the first person to admit probable imperfections in bringing the procedure to pass,* but we will do our best to try to make that work.

*Id.* at 8:24-9:4; 8-11 (emphasis added).

Indeed, Motorola argued against such a proposal when Microsoft first advocated it. Microsoft argued that "the most efficient way to handle this information at trial is for the Court to instruct the attorneys, witnesses, and experts to avoid audibly disclosing any royalty or pricing terms." (Dkt. No. 533 at 3.) Microsoft further argued that the "witnesses and attorneys should refer to the financial terms only through reference to exhibits on which the terms appear – exhibits that will not be displayed to the public." Motorola, however, responded that:

> Given the complexity of the issues and the multiplicity of documents, together with the relatively small amount of time allocated for each side to present its case and the pressures of rigorous cross examination, it is possible that witnesses or attorneys will inadvertently publically disclose information that should remain confidential. Given the media attention focused on this trial, redaction of the transcript after the fact alone is not sufficient to prevent such information from being used to cause competitive harm.

(Dkt. No. 551 at 6-7.) Motorola also argued that such a proposal would produce a murky and muddled record. Microsoft, too, now opposes the proposal it previously favored, on the grounds that it would prevent full cross-examination regarding the comparability of the license agreements.

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 3
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

**Motorola's Proposal to Close the Courtroom and Withdraw Confidential Information If Necessary**

The second proposal involves closing the courtroom on Tuesday, November 20, 2012 when confidential patent licensing information is to be presented, coupled with a request for relief to the Ninth Circuit. In the event of an unfavorable ruling from the Ninth Circuit, Motorola further proposed that it be permitted to withdraw from the record any confidential information that would otherwise become public in this Court's final order. This proposal would allow Motorola to avoid breaching its confidentiality obligations, as well as allow Motorola and third parties like RIM to seek immediate appellate consideration of the controlling law regarding sealing of such licensing information not only in published opinions, *but at trial as well.*

RIM respectfully submits that the second option involving the closing of the courtroom, a ruling from the Ninth Circuit, and Motorola's agreement *and ability* to withdraw confidential information in view of that ruling, is the only way to effectively balance RIM's needs to protect its confidential information with the public's interest here.[2] In the alternative, RIM requests that this Court stay the Tuesday proceedings until such time as the Ninth Circuit weighs in on RIM's petition.

---

[2] The Court indicated that it would not close the courtroom because the attorneys were not to identify third parties when examining witnesses. (*Id.* at 10:22.) The Court also seemed to indicate that Motorola could not withdraw evidence, for the same reason: "[I]f you decide that you want to present it, it's going to be presented, and there's no way to then withdraw it. But it will be presented in the modified form that I've discussed." (*Id.* at 12:9-12.) And even if Motorola decided to omit such information in the first instance, the Court expressed concern that "I'm not sure we can avoid this issue" because there is no guarantee that Microsoft will not address the information. (*Id.* at 12:16-17.)

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 4
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

Dated this 18th day of November, 2012.

        CHRISTENSEN O'CONNOR
        JOHNSON KINDNESS<sup>PLLC</sup>

        <u>s/ John D. Denkenberger</u>
        John D. Denkenberger, WSBA No.: 25,907
        Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
        1420 Fifth Avenue, Suite 2800
        Seattle, WA  98101-2347
        Telephone:  206.682.8100
        Fax:  206.224.0779
        E-mail:  john.denkenberger@cojk.com,
        litdoc@cojk.com

        Vincent J. Belusko *(pro hac vice application pending)*
        Morrison & Foerster LLP
        555 W. Fifth Street
        35th Floor
        Los Angeles, CA 90013
        Telephone:  213.892.5200
        Fax:  213.892.5454
        Email: vbelusko@mofo.com,
        troybal@mofo.com

        Attorneys for Nonparties Research In Motion Limited and Research In Motion Corporation

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 5
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Walter Eugene Barton gbarton@karrtuttle.com, nrandall@karrtuttle.com, danderson@karrtuttle.com

James R. Batchelder
james.batchelder@ropesgray.com

William H Baumgartner , Jr
wbaumgartner@sidley.com, pblair@sidley.com

Norman H. Beamer
norman.beamer@ropesgray.com

Aaron D Bigby
aaron_bigby@northcraft.com, michelle_tomczak@northcraft.com

Samuel Lawrence Brenner
samuel.brenner@ropesgray.com, CourtAlert@RopesGray.com

Richard A Cederoth
rcederoth@sidley.com, smukherjee@sidley.com, david.greenfield@sidley.com, tchandler@sidley.com, mpierson@sidley.com, apotter@sidley.com, efilingnotice@sidley.com, ascola@sidley.com, nwyland@sidley.com, amcleod@sidley.com, damiller@sidley.com, daniel.siegel@sidley.com, erobbins@sidley.com, bbkelly@sidley.com, tnguyen@sidley.com, tmurphy@sidley.com, jwmcbride@sidley.com, cgwilson@sidley.com

Matthew R Clements
matthew.clements@ropesgray.com, courtalert@ropesgray.com

Donald Stewart Cohen
dcohen@gth-law.com, kcrane@gth-law.com

Shane P. Cramer
shanec@calfoharrigan.com, susiec@calfoharrigan.com, florinef@calfoharrigan.com

T. Andrew Culbert
andycu@microsoft.com

Christopher B. Durbin
cdurbin@cooley.com

Lynn M Engel
lynne@summitlaw.com, celinel@summitlaw.com, marciar@summitlaw.com

David C. Giardina
dgiardina@sidley.com

David Greenfield
david.greenfield@sidley.com

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 6
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1 | Arthur W. Harrigan , Jr
arthurh@calfoharrigan.com, vickyc@calfoharrigan.com, lindab@calfoharrigan.com

2 | Gabrielle Elizabeth Higgins
gabrielle.higgins@ropesgray.com

3 |

4 | Khue V. Hoang
Khue.Hoang@ropesgray.com, CourtAlert@RopesGray.com, kvhoang@gmail.com

5 | Jesse J Jenner
jesse.jenner@ropesgray.com, jfifth@optonline.net, kerry.ennis@ropesgray.com

6 |

7 | Shannon M Jost
shannon.jost@stokeslaw.com, arc@stokeslaw.com

8 | David E. Killough
davkill@microsoft.com

9 | Michael D Laufert
michael.laufert@ropesgray.com, laufert@gmail.com

10 |

11 | Douglas I. Lewis
dilewis@sidley.com

12 | Nathaniel C. Love
nlove@sidley.com, efilingnotice@sidley.com

13 |

14 | MPEG LA, LLC
aaron_bigby@northcraft.com

15 | John W McBride
jwmcbride@sidley.com, efilingnotice@sidley.com

16 | Philip S McCune
philm@summitlaw.com, kristeno@summitlaw.com, marciar@summitlaw.com

17 |

18 | Conor Brew McDonough
conor.mcdonough@ropesgray.com, mcdonoug@gmail.com

19 | Brian R. Nester
bnester@sidley.com, jlgordon@sidley.com

20 |

21 | Ralph H Palumbo
ralphp@summitlaw.com, cherylm@summitlaw.com

22 | Anthony Pastor
anthony.pastor@ropesgray.com

23 | Steven Pepe
steven.pepe@ropesgray.com, spepe3636@yahoo.com

24 |

25 | Carter G. Phillips
cphillips@sidley.com

26 | Kevin J. Post
Kevin.Post@ropesgray.com, kpost@law.gwu.edu, courtalert@ropesgray.com

27 |

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 7
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

David T Pritikin
dpritikin@sidley.com, jstone@sidley.com, erobbins@sidley.com, efilingnotice@sidley.com, ptripodi@sidley.com, ascola@sidley.com

Steven Thomas Reich
sreich@gth-law.com, lvandiver@gth-law.com

Ellen S. Robbins
erobbins@sidley.com

Laurence S Rogers
laurence.rogers@ropesgray.com

Mark D. Rowland
mark.rowland@ropesgray.com, mark.rowland@earthlink.net

Kurt M Rylander
rylander@rylanderlaw.com

Josef B. Schenker
Josef.schenker@ropesgray.com, josef.schenker@gmail.com

Paul M. Schoenhard
paul.schoenhard@ropesgray.com, schoenhard@gmail.com

Matthew J Sekits
matthew.sekits@bullivant.com, genevieve.schmidt@bullivant.com, leslie.narayan@bullivant.com, todd.norris@bullivant.com

Douglas F Stewart
stewart.douglas@dorsey.com, frank.jeremy@dorsey.com, isono.sue@dorsey.com, nelson.yasuko@dorsey.com

Lance A Termes
lance.termes@alston.com

John Arthur Tondini
jtondini@byrneskeller.com, docket@byrneskeller.com, kwolf@byrneskeller.com

Constantine L. Trela , Jr
ctrela@sidley.com

Amanda Wieker
Amanda.Wieker@ropesgray.com

Christopher T Wion
chrisw@calfoharrigan.com, lindab@calfoharrigan.com

Stuart W. Yothers
Stuart.Yothers@ropesgray.com, CourtAlert@RopesGray.com

R Paul Zeineddin
paul@zeineddin.com

              s/ John D. Denkenberger

RIM'S BRIEF REGARDING MOTOROLA'S
PROPOSALS; NOTICE OF FILING OF PETITION
FOR WRIT OF MANDAMUS (C10-1823-JLR) - 8
RESM\3556PL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100