THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　Defendants. | NO. 2-10-cv-01823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING NONPARTY SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>NOTE ON MOTION CALENDAR:<br>November 13, 2012 |



THIS MATTER having come before the undersigned on Nonparty Samsung Electronics Co., Ltd.'s Motion To File Documents Under Seal, the Court having considered the Motion and records and papers in support thereof, the parties' opposition and records and papers in support thereof, the reply and records and papers in support thereof, and the records and files in this action; IT IS HEREBY

ORDERED that Nonparty Samsung Electronics Co., Ltd.'s Motion To File Documents Under Seal is GRANTED as follows:

Samsung has established that compelling reasons exist for filing the following documents under seal:

ORDER GRANTING NONPARTY SAMSUNG'S
MOTION TO SEAL - 1 of 1
(2-10-cv-01823 JLR)
[100054457.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1.  Nonparty Samsung's Motion to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons From the Courtroom and all Exhibits thereto; and

2.  Declaration of Indong Kang in Support thereof and all Exhibits to the Kang Declaration.

These documents are confidential and contain trade secret information.

*Docket numbers 555 and 557 shall remain under seal.*

DATED this 18th day of November, 2012

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON THOMAS HONEYWELL LLP

By s/ Donald S. Cohen
    Donald S. Cohen, WSBA No. 12480
dcohen@gth-law.com

By s/ Steven T. Reich
    Steven T. Reich, WSBA No. 24708
sreich@gth-law.com

600 University Street, Suite 2100
Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575


OF COUNSEL

QUINN EMANUEL LLP

By s/ Victoria F. Maroulis
    Victoria F. Maroulis, CA SBN No. 202603,
victoriamaroulis@quinnemanuel.com

By s/Kevin P.B. Johnson
    Kevin P.B. Johnson, CA SBN No. 177129,
kevinjohnson@quinnemanuel.com

ORDER GRANTING NONPARTY SAMSUNG'S
MOTION TO SEAL - 2 of 1
(2-10-cv-01823 JLR)
[100054457.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

-and-

ZEINEDDIN PLLC

By s/ R. Paul Zeineddin
    R. Paul Zeineddin, DC Bar No. 474734,
*Pro Hac Vice Pending*
paul@zeineddin.com

1000 Connecticut Avenue NW, Suite 900
Washington, DC 20036
Tel: (202) 787-1051

Attorneys for Non-Party/Interested Party SAMSUNG ELECTRONICS Co., LTD

ORDER GRANTING NONPARTY SAMSUNG'S
MOTION TO SEAL - 3 of 1
(2-10-cv-01823 JLR)
[100054457.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575