THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | NO. 2-10-cv-01823-JLR<br><br>[PROPOSED] ORDER GRANTING NONPARTY SAMSUNG'S MOTION FOR CLARIFICATION<br><br>NOTE ON MOTION CALENDAR:<br>November 14, 2012 |

THIS MATTER having come before the undersigned on Nonparty Samsung Electronics Co., Ltd.'s Motion for Clarification of Order Granting in Part and Denying in Part Motions to Seal (Dkt. 567). Having considered the Motion and all documents submitted in favor and in opposition to it, the Court GRANTS Samsung's Motion for Clarification.

Accordingly, the Court ORDERS the following exhibits to be provisionally sealed, consistent with the Court's November 12, 2012 Order: 2769, 3163, 3191, 3238, 3264, and 3137.

ORDER GRANTING NONPARTY SAMSUNG'S
MOTION FOR CLARIFICATION - 1 of 3
(2-10-cv-01823 JLR)
[100054716.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

DATED this 18th day of November, 2012

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON THOMAS HONEYWELL LLP

By s/ Donald S. Cohen
   Donald S. Cohen, WSBA No. 12480
dcohen@gth-law.com

By s/ Steven T. Reich
   Steven T. Reich, WSBA No. 24708
sreich@gth-law.com

600 University Street, Suite 2100
Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575

OF COUNSEL

QUINN EMANUEL LLP

By s/ Victoria F. Maroulis
   Victoria F. Maroulis, CA SBN No. 202603,
victoriamaroulis@quinnemanuel.com

By s/Kevin P.B. Johnson
   Kevin P.B. Johnson, CA SBN No. 177129,
kevinjohnson@quinnemanuel.com

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

-and-

ORDER GRANTING NONPARTY SAMSUNG'S
MOTION FOR CLARIFICATION - 2 of 3
(2-10-cv-01823 JLR)
[100054716.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  ZEINEDDIN PLLC

2  By  s/ R. Paul Zeineddin
      R. Paul Zeineddin, DC Bar No. 474734,
3     *Pro Hac Vice*
      paul@zeineddin.com
4
   1000 Connecticut Avenue NW, Suite 900
5  Washington, DC  20036
   Tel:  (202) 787-1051
6
   Attorneys for Non-Party/Interested Party SAMSUNG ELECTRONICS Co., LTD
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING NONPARTY SAMSUNG'S
MOTION FOR CLARIFICATION - 3 of 3
(2-10-cv-01823 JLR)
[100054716.docx]

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575