Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Microsoft Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Motorola, Inc., Motorola Mobility LLC, and General Instrument Corporation,<br><br>    Defendants. | No. C10-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING NONPARTIES RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL |



This matter having come before the Court upon the Motion to File Documents Under Seal filed by nonparties Research in Motion Limited and Research in Motion Corporation (collectively "RIM"), and the Court having read the Motion and all materials submitted and believing itself fully advised:

IT IS HEREBY ORDERED that nonparties RIM are hereby granted leave to file under seal the following documents:

(1)     RIM's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft In-House Counsel Access to the Agreements ("Motion"); and

(2)     Declaration of Michael J. Crowley in Support Thereof ("Crowley Declaration," collectively, "Papers").

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 1
RBSM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

Entered this 18th day of November, 2012.

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS^PLLC

s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness^PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
litdoc@cojk.com

Vincent J. Belusko *(pro hac vice application pending)*
Morrison & Foerster LLP
555 W. Fifth Street
35th Floor
Los Angeles, CA 90013
Telephone: 213.892.5200
Fax: 213.892.5454
Email: vbelusko@mofo.com,
troybal@mofo.com

Attorneys for Nonparties Research In Motion Limited and Research In Motion Corporation

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 2
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James R. Batchelder
james.batchelder@ropesgray.com

William H Baumgartner, Jr
wbaumgartner@sidley.com,pblair@sidley.com

Norman H. Beamer
norman.beamer@ropesgray.com

Samuel Lawrence Brenner
samuel.brenner@ropesgray.com,CourtAlert@RopesGray.com

Richard A Cederoth
rcederoth@sidley.com,smukherjee@sidley.com,david.greenfield@sidley.com,tchandler@sidley.com,mpierson@sidley.com,apotter@sidley.com,efilingnotice@sidley.com,ascola@sidley.com,nwyland@sidley.com,amcleod@sidley.com,damiller@sidley.com,daniel.siegel@sidley.com,erobbins@sidley.com,bbkelly@sidley.com,tnguyen@sidley.com,tmurphy@sidley.com,jwmcbride@sidley.com,cgwilson@sidley.com

Shane P. Cramer
shanec@calfoharrigan.com,susiec@calfoharrigan.com,florinef@calfoharrigan.com

T. Andrew Culbert
andycu@microsoft.com

Lynn M Engel
lynne@summitlaw.com,celinel@summitlaw.com,marciar@summitlaw.com

David C. Giardina
dgiardina@sidley.com

David Greenfield
david.greenfield@sidley.com

Arthur W. Harrigan, Jr
arthurh@calfoharrigan.com,vickyc@calfoharrigan.com,lindab@calfoharrigan.com

Gabrielle Elizabeth Higgins
gabrielle.higgins@ropesgray.com

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 3
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

Khue V. Hoang
Khue.Hoang@ropesgray.com,CourtAlert@RopesGray.com,kvhoang@gmail.com

Jesse J Jenner
jesse.jenner@ropesgray.com,jfifth@optonline.net,kerry.ennis@ropesgray.com

David E. Killough
davkill@microsoft.com

Michael D Laufert
michael.laufert@ropesgray.com,laufert@gmail.com

Douglas I. Lewis
dilewis@sidley.com

Nathaniel C. Love
nlove@sidley.com,efilingnotice@sidley.com

John W McBride
jwmcbride@sidley.com,efilingnotice@sidley.com

Philip S McCune
philm@summitlaw.com,kristeno@summitlaw.com,marciar@summitlaw.com

Conor Brew McDonough
conor.mcdonough@ropesgray.com,mcdonoug@gmail.com

Brian R. Nester
bnester@sidley.com,jlgordon@sidley.com

Ralph H Palumbo
ralphp@summitlaw.com,cherylm@summitlaw.com

Anthony Pastor
anthony.pastor@ropesgray.com

Steven Pepe
steven.pepe@ropesgray.com,spepe3636@yahoo.com

Carter G. Phillips
cphillips@sidley.com

Kevin J. Post
Kevin.Post@ropesgray.com,kpost@law.gwu.edu,courtalert@ropesgray.com

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 4
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
t 206.682.8100

1 David T Pritikin
dpritikin@sidley.com,jstone@sidley.com,erobbins@sidley.com,efilingnotice@sidley.com,ptr
2 ipodi@sidley.com,ascola@sidley.com

3 Ellen S. Robbins
erobbins@sidley.com
4

5 Laurence S Rogers
laurence.rogers@ropesgray.com

6
Mark D. Rowland
7 mark.rowland@ropesgray.com,mark.rowland@earthlink.net

8
Josef B. Schenker
9 Josef.schenker@ropesgray.com,josef.schenker@gmail.com

10 Paul M. Schoenhard
paul.schoenhard@ropesgray.com,schoenhard@gmail.com
11

12 Constantine L. Trela , Jr
ctrela@sidley.com
13

Amanda Wieker
14 Amanda.Wieker@ropesgray.com

15
Christopher T Wion
16 chrisw@calfoharrigan.com,lindab@calfoharrigan.com

17 Stuart W. Yothers
Stuart.Yothers@ropesgray.com,CourtAlert@RopesGray.com
18

19                                     s/ John D. Denkenberger

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING NONPARTIES
MOTION TO FILE DOCUMENTS UNDER SEAL
(C10-1823-JLR) - 5
RESM-6-3556/1757551

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1206.682.8100