The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

MOTOROLA, INC., MOTOROLA MOBILITY, LLC, and GENERAL INSTRUMENT CORPORATION,

    Defendants.

CASE NO. C10-1823-JLR

ORDER GRANTING DEFENDANTS' MOTION TO FILE TRIAL BRIEF UNDER SEAL
[PROPOSED]

**Noted on Motion Calendar:**
**Friday, November 16, 2012**

ORDER GRANTING DEFENDANTS' MOTION TO FILE
TRIAL BRIEF UNDER SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Defendants' Motion to File Defendants'
2  Trial Brief Under Seal, and the Court having reviewed the pleadings and evidence presented and
3  on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:
4  ORDERS, ADJUDGES AND DECREES that Defendants' Trial Brief be filed under seal.
   Docket Number 541 shall remain under seal.
5  IT IS SO ORDERED.
6  DATED this 18th day of November, 2012.

         _____
         THE HONORABLE JAMES L. ROBART
         UNITED STATES DISTRICT COURT JUDGE

Presented by:

SUMMIT LAW GROUP PLLC

By /s/ Ralph H. Palumbo
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   Lynn M. Engel, WSBA #21934
   ralphp@summitlaw.com
   philm@summitlaw.com
   lynne@summitlaw.com

By /s/ Thomas V. Miller
   Thomas V. Miller
   MOTOROLA MOBILITY, INC.
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

[PROPOSED] - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1. And by

2. Jesse J. Jenner (*pro hac vice*)
3. Steven Pepe (*pro hac vice*)
   Kevin J. Post (*pro hac vice*)
   Ropes & Gray LLP
4. 1211 Avenue of the Americas
   New York, NY 10036-8704
5. (212) 596-9046
   *jesse.jenner@ropesgray.com*
6. *steven.pepe@ropesgray.com*
   *kevin.post@ropesgray.com*
7. 
   James R. Batchelder (*pro hac vice*)
8. Norman H. Beamer (*pro hac vice*)
   Ropes & Gray LLP
9. 1900 University Avenue, 6th Floor
   East Palo Alto, CA 94303-2284
10. (650) 617-4030
    *james.batchelder@ropesgray.com*
11. *norman.beamer@ropesgray.com*

12. Paul M. Schoenhard (*pro hac vice*)
    Ropes & Gray LLP
13. One Metro Center
    700 12th Street NW, Suite 900
14. Washington, DC 20005-3948
    (202) 508-4693
15. *paul.schoenhard.@ropesgray.com*

16. **Attorneys for Defendants Motorola, Inc., Motorola**
17. **Mobility, LLC, and General Instrument Corp.**

18.
19.
20.
21.
22.
23.
24.
25.
26.

[PROPOSED] - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 7th day of November, 2012.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

[PROPOSED] - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001