The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC., MOTOROLA MOBILITY, LLC, and GENERAL INSTRUMENT CORPORATION,

    Defendants.

NO. C10-1823-JLR

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL

This Court, having heard Nonparties Kyocera Corporation's and Kyocera Communications, Inc.'s Motion requesting permission to file under seal their Motion to Amend the Protective Order to include a License Negotiation Restriction on Microsoft's In-House Counsel and the confidential Declaration of Eric Klein in support, finds that the Motion should be GRANTED. Docket Numbers 525 and 526 shall remain sealed.

IT IS SO ORDERED.

Dated this 16th day of November, 2012

_____
Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL (NO. C10-1823-JLR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Presented by:

2  BYRNES KELLER CROMWELL LLP

3

4

   By /s/ John A. Tondini
5      John A. Tondini, WSBA #19092
       Byrnes Keller Cromwell LLP
6      1000 Second Avenue, 38th Floor
       Seattle, WA 98104
7      Telephone: 206.622.2000
       Facsimile: 206.622.2522
8      jtondini@byrneskeller.com
   *Attorneys for Nonparties Kyocera Corporation*
9  *and Kyocera Communications, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA
CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S
MOTION TO FILE DOCUMENTS UNDER SEAL (NO. C10-1823-JLR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jtondini@byrneskeller.com

[PROPOSED] ORDER GRANTING NONPARTIES KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL (NO. C10-1823-JLR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000