UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>MOTOROLA, INC, et al.,<br><br>      Defendants. | CASE NO. C10-1823JLR<br><br>ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | |

Non-party Kyocera Corporation and Kyocera Communications, Inc. (collectively, "Kyocera") filed a motion to seal in a related case, C11-0343JLR, as docket number 110.

ORDER- 1

1 | That motion is identical to a motion to seal filed by Kyocera in this case, which has now
2 | been ruled on. (*See* Kyocera Mot. (Dkt. # 524).) Accordingly, the court STRIKES the
3 | motion (C11-0343JLR (Dkt. # 110)) from the docket in C11-0343JLR as moot.
4 |     Dated this 18th day of November, 2012.

JAMES L. ROBART
United States District Judge

ORDER- 2