UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. C10-1823JLR |
| Plaintiff, | ORDER |
| v. | |
| MOTOROLA, INC, et al., | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Non-party Kyocera Corporation and Kyocera Communications, Inc. (collectively, "Kyocera") moves the court to further amend the amended protective order (Amended

ORDER- 1

Protective Order (Dkt. # 434-1)) to bar T. Andrew Culbert and David E. Killough, in-house counsel for Plaintiff Microsoft Corporation ("Microsoft"), from participating in licensing negotiations with Kyocera for a period of five years after conclusion of this litigation. (Kyocera Mot. (Dkt. ## 525 (sealed), 527 (redacted), C11-0343JLR (Dkt. # 111[1]).) On November 13, 2012, during court proceedings, the court instructed Mr. Culbert that any information Microsoft may receive through this litigation shall be used solely for the purposes of this litigation and shall not be used for any other purposes, including negotiations with non-parties. Mr. Culbert acknowledged that he understood this instruction and would fully comply with it. The court deems this instruction sufficient to provide Kyocera the protection it seeks through its motion. Accordingly, the court STRIKES the motion (Dkt. ## 525, 527, C11-0343JLR (Dkt. # 111)) from the docket as moot.

Dated this 19th day of November, 2012.

JAMES L. ROBART
United States District Judge

---

[1] Kyocera filed an identical motion in a related case, C11-0343JLR.

ORDER- 2