

10-CV-01823-SUMM

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES** LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

ARTHUR W. HARRIGAN, JR.

E-MAIL: ARTHURH@CALFOHARRIGAN.COM
FACSIMILE: (206) 623-8717

November 19, 2012

**VIA EMAIL**

Honorable James L. Robart
US District Court, Western District Washington
700 Stewart Street
Seattle, WA 98101

    RE:    *Microsoft v. Motorola Mobility LLC, et al.*

Dear Judge Robart:

    On November 15, 2012, Mr. Del Castillo testified (22:23-23:4) that Xbox's recently launched version of Internet Explorer did not support interlaced H.264. After Dr. Drabik's testimony to the contrary, we went back to Mr. Del Castillo, and he checked with internal Microsoft resources and tried the search Dr. Drabik identified. Mr. Del Castillo determined that he had been misinformed. Xbox's Internet Explorer browser will play interlaced-coded H.264 video from the Internet if it encounters such content. Microsoft wanted to inform the Court and correct the record.

                          Very truly yours,

                          CALFO HARRIGAN LEYH & EAKES LLP

                          /s/

                          Arthur W. Harrigan, Jr.

AWH:lb
cc:    Ralph Palumbo
       Jesse Jenner