THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　Defendants. | No. 2:10-cv-1823-JLR<br><br>**NOTICE OF LIMITED APPEARANCE** |

TO: **CLERK OF THE COURT**

AND TO: **ALL COUNSEL AND PARTIES OF RECORD**

PLEASE TAKE NOTICE that, through the undersigned counsel, non-parties Nokia Corporation and Nokia, Inc. appear for the limited purpose of protecting confidential business information and trade secrets. All further pleadings and papers, except original process, shall be served on the undersigned attorneys.

//

//

//

LIMITED NOTICE OF APPEARANCE - NOKIA - 1

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

Dated this 20th day of November 2012.

By: *s/ Michael D. McKay*
Michael D. McKay, WSBA No. 7040

*s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
McKAY CHADWELL, PLLC
600 University Street, Suite 1601
Seattle, WA 98101-4124
Telephone: (206) 233-2800
Facsimile: (206) 233-2809
E-Mail: mdm@mckay-chadwell.com
tmb@mckay-chadwell.com