THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　Defendants. | No. 2:10-cv-1823-JLR<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 20th day of November, 2012, I electronically filed Matthew D. Richardson's Application for Leave to Appear Pro Hac Vice and this Certificate of Service using the CM/ECF system, which will send notification of such filing to the following:

1. Arthur W. Harrigan, Jr. (arthurh@calfoharrigan.com) of Calfo Harrigan Leyh Eakes, LLP and all other counsel appearing on behalf of Plaintiff Microsoft Corporation

2. Douglas H. Hallward-Driemeier (Douglas.Hallward-Driemeier@ropesgray.com) of Ropes & Gray (DC) and all other counsel appearing on behalf of Plaintiffs General Instrument Corporation and Motorola Mobility LLC

3. Douglas H. Hallward-Driemeier (Douglas.Hallward-Driemeier@ropesgray.com) of Ropes & Gray (DC) and all other counsel appearing on behalf of Defendant Motorola Mobility, Inc.

CERTIFICATE OF SERVICE - 1

4. Douglas H. Hallward-Driemeier (Douglas.Hallward-Driemeier@ropesgray.com) of Ropes & Gray (DC) and all other counsel appearing on behalf of Defendant General Instrument Corporation

5. Arthur W. Harrigan, Jr. (arthurh@calfoharrigan.com) of Calfo Harrigan Leyh Eakes, LLP and all other counsel appearing on behalf of Defendant Microsoft Corporation

6. Douglas H. Hallward-Driemeier (Douglas.Hallward-Driemeier@ropesgray.com) of Ropes & Gray (DC) and all other counsel appearing on behalf of Defendant Motorola Mobility LLC

7. John Arthur Tondini (jtondini@byrneskeller.com) of Byrnes Keller Cromwell LLP
Attorney for Interested Parties IBM Corp., Kyocera Communications, Inc. and Kyocera Corporation

8. Nicola Pisano (napisano@jonesday.com) of Jones Day (San Diego)
Attorney for Interested Parties Kyocera Communications, Inc. and Kyocera Corporation

9. Walter Eugene Barton (gbarton@karrtuttle.com) of Karr Tuttle Campbell
Attorney for Interested Party VTech Communications

10. Shannon M. Jost (Shannon.jost@stokeslaw.com) of Stokes Lawrence
Attorney for Interested Party Ericsson Inc.

11. Kurt M. Rylander (rylander@rylanderlaw.com) of Rylander and Associates PC
Attorney for Interested Party LG Electronics, Inc.

12. Aaron D. Bigby (aaron_bigby@northcraft.com) of Northcraft Bigby & Biggs PC
Attorney for Interested Party MPEG LA, LLC

13. Douglas F. Stewart (stewart.douglas@dorsey.com) of Dorsey & Whitney (WA)
Attorney for Interested Party Koninklijke Philips Electronics N.V.

14. Matthew J. Sekits (sekits@bullivant.com) of Bullivant Houser Bailey (Sea)
Attorney for Interested Party Via Licensing Corporation

15. Lance A. Termes (lance.termes@alston.com) of Alston & Bird LLP
Attorney for Interested Parties Nokia Corporation and Nokia Inc.

16. R. Paul Zeineddin (paul@zeineddin.com) of Zeineddin PLLC
Attorney for Interested Party Samsung Electronics Co., LTD.

CERTIFICATE OF SERVICE - 2

17. Donald Stewart Cohen (dcohen@gth-law.com) and Steven Thomas Reich (sreich@gth-law.com) of Gordon Thomas Honeywell (Sea)
    Attorneys for Interested Party Samsung Electronics Co., LTD.

18. Christopher B. Durbin (cdurbin@cooley.com) of Cooley LLP
    Attorney for Interested Party Qualcomm Inc.

19. Vincent J. Belusko (VBelusko@mofo.com) of Morrison & Foerster (LA)
    Attorney for Third Party Defendant Research in Motion Limited and Research in Motion Corporation

20. John D. Denkenberger (john.denkenberger@cojk.com) of Christensen O'Connor Johnson & Kindness
    Attorney for Third Party Defendant Research in Motion Limited and Research in Motion Corporation

21. Arthur W. Harrigan, Jr. (arthurh@calfoharrigan.com) of Calfo Harrigan Leyh Eakes, LLP and all other counsel appearing on behalf of Counter Claimant Microsoft Corporation

22. Douglas H. Hallward-Driemeier (Douglas.Hallward-Driemeier@ropesgray.com) of Ropes & Gray (DC) and all other counsel appearing on behalf of Counter Claimants General Instrument Corporation, Motorola Mobility LLC and Motorola, Inc.

23. Douglas H. Hallward-Driemeier (Douglas.Hallward-Driemeier@ropesgray.com) of Ropes & Gray (DC) and all other counsel appearing on behalf of Counter Defendants General Instrument Corporation and Motorola Mobility LLC

24. Arthur W. Harrigan, Jr. (arthurh@calfoharrigan.com) of Calfo Harrigan Leyh Eakes, LLP and all other counsel appearing on behalf of Counter Defendant Microsoft Corporation

DATED this 20th day of November, 2012.

/s/ Eudora Powell
Eudora Powell, Legal Assistant
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA 98101-4124
Phone: (206) 233-2800
Facsimile: (206) 233-2809
E-mail: eep@mckay-chadwell.com