UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC, et al.,<br><br>Defendants. | CASE NO. C10-1823JLR<br><br>ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

Before the court is Nokia Corporation and Nokia Inc.'s (collectively, "Nokia") motion to seal references to Nokia's license agreements. (Mot. (Dkt. # 547).) Nokia's

ORDER- 1

motion was filed on November 9, 2012. During trial proceedings held November 13-20, 2012, the court ordered sealed information related to pricing terms, royalty rates, and minimum payments of license agreements. Additionally, during testimony pertaining to such license agreements, the court ordered the courtroom closed to non-authorized personnel. Thus, having already provided Nokia the relief it seeks through its present motion, the court STRIKES the motion as moot (Dkt. # 547).

Dated this 26th day of November, 2012.

JAMES L. ROBART
United States District Judge