RECEIVED

2012

JAMES L. ROBART
U.S. DISTRICT JUDGE

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES** LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

ARTHUR W. HARRIGAN, JR.

E-MAIL: ARTHURH@CALFOHARRIGAN.COM
FACSIMILE: (206) 623-8717

December 3, 2012

**BY HAND DELIVERY**

Honorable James L. Robart
United States District Judge
USDC Courthouse
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

  RE: *Microsoft Corp. v. Motorola, Inc., et al.*
    Case No. C10-1823-JLR

Dear Judge Robart:

  We have received Motorola's letter of today addressing the Court's order of Friday, November 30, 2012. The letter raises issues that Microsoft is considering and would like to address. With the Court's permission, we would like to respond to Motorola's letter by noon tomorrow.

        Very truly yours,

        CALFO HARRIGAN LEYH & EAKES LLP

        Arthur W. Harrigan, Jr.

AWH:lb
cc: Jesse Jenner (via email)
   Ralph Palumbo (via email)

10-CV-01823-ORD