1           UNITED STATES DISTRICT COURT

2       WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3    _____

4    MICROSOFT CORPORATION,          )
                                     )
5                   Plaintiff,       ) C10-01823-JLR
                                     )
6    v.                              ) SEATTLE, WASHINGTON
                                     )
7    MOTOROLA INC., et al,           ) November 14, 2012
                                     )
8                   Defendant.       ) TRIAL DAY 2
                                     )
9    _____

10            VERBATIM REPORT OF PROCEEDINGS
          BEFORE THE HONORABLE JAMES L. ROBART
11            UNITED STATES DISTRICT JUDGE
     _____

12

13

     APPEARANCES:
14

15

16    For the Plaintiff:     Arthur Harrigan, Christopher
                             Wion, David Pritikin, Rick
17                           Cederoth, Ellen Robbins and Andy
                             Culbert
18

19

20
      For the Defendants:    Jesse Jenner, Ralph Palumbo,
21                           Philip McCune, Kevin Post, Tom
                             Miller and Mark Rowland
22

23

24

25

```
 1                          EXAMINATION INDEX

 2

 3   EXAMINATION OF                                           PAGE

 4

 5    GARY SULLIVAN        DIRECT EXAMINATION (Cont.)           7
                           BY MR. PRITIKIN:
 6                         CROSS EXAMINATION                   15
                           BY MR. ROWLAND:
 7                         REDIRECT EXAMINATION               46
                           BY MR. PRITIKIN:
 8                         RECROSS EXAMINATION                 52
                           BY MR. ROWLAND:
 9                         EXAMINATION                         54
                           BY THE COURT:
10    JENNIFER OCHS        DIRECT EXAMINATION                  59
                           BY MR. PRITIKIN:
11                         CROSS EXAMINATION                   71
                           BY MR. PALUMBO:
12                         REDIRECT EXAMINATION               90
                           BY MR. PRITIKIN:
13                         EXAMINATION                         91
                           BY THE COURT:
14    MICHAEL ORCHARD      DIRECT EXAMINATION                  94
                           BY MR. PRITIKIN:
15                         CROSS-EXAMINATION                  151
                           By Mr. Rowland:
16

17

18                          EXHIBIT INDEX

19

20   EXHIBITS ADMITTED                                        PAGE
        2271                                                   18
21      3398                                                   21
        3381                                                   24
22      575                                                    30
        574                                                    31
23      3399                                                   34
        591                                                    36
24      2345                                                   40
        421                                                    44
25      1608                                                   64
        16                                                     66
```

| | |
|---|---|
| 1610 | 79 |
| 3412 | 85 |
| 3404 | 86 |
| 1493 | 95 |
| 265, 266, 268, 270, 278, 280, 281, 282, 283, 796, 798, 800, 813, 814, 815, 816, 817, 818, 822, 823, 824, 825, 827, 828, 829, 830, 831, 833, 840, 841, 842, 846, 847, 848, 854, 855, 856, 857, 868, 869, 870, 884, 890, 893, 895, 906, 924, 141 and 1669 | 98 |
| 1479 | 105 |
| 590 | 111 |
| 589 | 111 |
| 1544 | 113 |
| 1550 | 117 |
| 782 & 785 | 120 |
| 656 | 121 |
| 2227 | 122 |
| 653 | 125 |
| 2281 & 710 | 128 |
| 610 & 653 | 129 |
| 611 | 131 |
| 1477, 632 & 462 | 136 |
| 617 | 140 |
| 2738 | 157 |
| 2161 | 161 |

1    THE CLERK:  C10-1823, Microsoft versus Motorola.

2    Counsel, please make your appearances.

3    MR. HARRIGAN:  Good morning, Your Honor.  Art

4    Harrigan representing Microsoft.  Mr. Pritikin will be

5    examining, or continuing to do so.  Rick Cederoth from

6    Sidley; Andy Culbert from Microsoft; Ellen Robbins from

7    Sidley; my partner, Chris Wion.  And on the bench we have

8    David Howard from Microsoft and David Killough from

9    Microsoft.

10    MR. JENNER:  Good morning, Your Honor.  Jesse Jenner

11    from Ropes and Gray; Ralph Palumbo from Summit; Kevin Post

12    from Ropes and Gray; Tom Miller from Motorola; Phil McCune

13    from Summit; Mark Rowland from Ropes and Gray.

14    THE COURT:  Mr. Miller, I hope you got them to buy

15    you a nice dinner last night, in exchange for moving up to

16    the front.

17    Judging from the attendance, I see that software still

18    doesn't hold a candle to strip clubs.  I understand you've

19    switched a little bit of the order around.  So I'm

20    anticipating Sullivan, Ochs, Orchard, Del Castillo, and

21    Gibson, if we get to them.  Anything the parties want to take

22    up?

23    MR. JENNER:  We do have a bit of the confidential

24    exhibit housekeeping.  I don't think it will take long.  And

25    we turn it over to our colleagues for that purpose.

```
 1            THE COURT:  All right.  Mr. Pritikin.
 2            MS. ROBBINS:  Good morning, Your Honor.  Ellen
 3   Robbins on behalf of Microsoft.  We will be brief.  We have
 4   conferred overnight.  There are a few exhibits that we wanted
 5   to mention, some of which have already been subject to your
 6   sealed orders, others are ones that may be coming up today,
 7   and the parties have agreed they should be provisionally
 8   sealed.  We will see if and when they're used, how they're
 9   used, then the parties will subsequently prepare redacted
10   versions for submission by the next morning.
11        The ones we believe may come up today:  3417, 502, 2238.
12            THE COURT:  You need to go more slowly.
13            MS. ROBBINS:  502, 2238, 2370, 2371 and 3094.
14            THE COURT:  All right.
15            MS. ROBBINS:  We've conferred and we will make
16   arrangements to the extent those are referenced today.
17        Then there are a few additional ones that we believe may
18   be coming up, although we're not sure.  Those are 2422, 2689,
19   2576, 2652.  Others that may arise that have been subject to
20   the sealed order are 2138, 2353, 2385, 2688 and 2730.
21        Then I believe Mr. Brenner has some additional ones.
22            MR. BRENNER:  Your Honor, may I approach?
23            THE COURT:  Yes.
24            MR. BRENNER:  We have just handed over a list of
25   additional exhibits we ask be provisionally sealed.
```

1      The final two exhibits on the list, 428 and Exhibit 16,

2  are exhibits we anticipate may be discussed today.  The other

3  exhibits are exhibits that I do not believe we anticipate

4  will be discussed today, but we would like to have those

5  provisionally sealed as well.  And we have a category on the

6  right explaining which category of confidential information

7  they fall within.

8      One note about Exhibit 428, at the bottom, that is a

9  confidential version of the initial determination from the

10 ITC.  It's a 340-page document.  I have copies, if you would

11 like them right now.  But there's a public redacted version

12 that's been released, we are having that placed on the

13 exhibit list as Exhibit 3419, and we anticipate that the

14 questioning today about that will only come from the public

15 redacted version.  We just wanted to bring this to the

16 court's attention at this time.

17      THE COURT:  As I understand it, then, there will be

18 no witness today for whom the parties are asking the

19 courtroom be cleared.  And we will be dealing with the

20 exhibits on the basis that we've talked about, which is

21 having them not be viewed publicly, that they'll be sealed

22 and then unsealed in some form only if they're relied on by

23 the court.

24      MS. ROBBINS:  Your Honor, that is not quite

25 completely true.  For Mr. Del Castillo, who will be taking

1  the stand probably after lunch, we probably will need to have

2  the courtroom cleared.  There is some future product

3  reference testimony we believe that is going to be coming up

4  in the cross examination.  There is one document that may

5  come up on direct examination for which we have already

6  prepared a redacted version that was submitted yesterday.

7      So we will be conferring about how to best do that with

8  Mr. Del Castillo.

9          THE COURT:  Then know that I would expect there will

10  be some presentation to the court before he takes the stand,

11  so we have a record of the reason why we're closing the

12  courtroom.

13         MS. ROBBINS:  Understood.  Lastly, for the record, on

14  Mr. Brenner's list we were both contacted by counsel for

15  third-party Samsung asking that we provisionally seal certain

16  documents.  And those were included on Mr. Brenner's list,

17  and I wanted to note that for the record.

18                  GARY SULLIVAN

19    Previously being sworn, resumed and testified as follows:

20             DIRECT EXAMINATION (Cont.)

21  BY MR. PRITIKIN:

22  Q   Good morning, Dr. Sullivan.  When we wound up yesterday

23  afternoon you were telling us about the sequence of events

24  that led to the development of the H.264 standard.  And I

25  don't want to backtrack and cover it, but I want to pick up

1    where we left off.

2        I believe you had told us that by the time that VCEG

3    had finished its proposal in the summer of 2001, you had

4    already achieved a 50 percent compression improvement?

5    A   Yes, that's correct, approximately a 50 percent

6    compression improvement, overall average, yes.

7    Q   Can you explain to the court what you mean by 50 percent

8    compression improvement?  What is that?

9    A   Well, it means that when we code the video content,

10   although there is a variety of types of video content and

11   different video resolutions, and many applications, overall

12   we would expect to see an average reduction of the amount of

13   data necessary to code the video by 50 percent, as an

14   average.  It would vary from video sequence to video

15   sequence, but -- and sometimes could vary substantially.  But

16   as an overall average we were cutting in half the number of

17   bits necessary to code the video.

18   Q   What does it mean to cut in half the number of bits?  Is

19   that to achieve essentially the same quality?

20   A   Yes.  To achieve the same quality with half the number of

21   bits.  Alternatively, you could achieve higher quality with

22   the same number of bits.  That's all a matter of how the

23   encoder would be operating.

24   Q   Now, how did the improvement you had achieved in this VCEG

25   proposal in the summer of 2001, how did that compare with the

1    first version of H.264 that was finally released?

2    A    By that time, mid-2001, it was very similar in compression

3    capability to the final standard.

4    Q    And had Motorola made any proposals that were part of that

5    VCEG standard?

6    A    No.

7    Q    Let's go back to 424-A, and I believe we had just gotten

8    into that when we adjourned yesterday.  And I think you told

9    us the different curves represented different versions of the

10   standard en route to the final version?

11   A    Yes.

12   Q    Now, what is the last TML version shown?  What number is

13   that?

14   A    That is TML-9.

15   Q    Is that the last version of the VCEG before the JVT?

16   A    Yes.

17   Q    Would it be possible to put yellow on the TML-9 graph?

18        And what is JM6.1?

19   A    That is approximately the final standard.  That's the

20   final joint model from the joint video team.

21   Q    And let's highlight that as well.  And what does this

22   graph tell you about the compression improvement that had

23   been achieved by VCEG, and how that compared with what was in

24   the final H.264?

25   A    Well, overall the vast majority of the improvement that

1    had been shown relative to the prior standards had already

2    been achieved by the time the project became a joint project.

3    Q    Now, to your knowledge, did Motorola make any proposal

4    that was included in TML-9?

5    A    No, they did not.

6    Q    Could you take a look at Exhibit 2271 in the witness

7    binder?  And is this a submission made to MPEG in July of

8    2001, by Motorola?

9    A    Yes, it is.

10   Q    And did you characterize documents of this sort as

11   contribution documents?

12   A    Yes.  Essentially any document submitted we would refer to

13   as a contribution.

14   Q    Does this document contain any proposals to the standard?

15   A    No, it does not.

16   Q    What does it contain?

17   A    It contains a study of the work that had been happening in

18   the VCEG organization, a report of the compression

19   performance.

20   Q    Are you aware of any other documents submitted by Motorola

21   prior to the formation of the JVT?

22   A    Not relative to this project, no.

23   Q    At some point after the formation of the JVT, was a

24   decision made to support some special features for interlaced

25   video?

1   A    Yes.

2   Q    Was Motorola one of the companies that was pushing for

3   inclusion of some interlaced coding features?

4   A    Yes, it was.

5   Q    Did Motorola make any proposals to the JVT?

6   A    Yes, they did.

7   Q    And in what areas were Motorola's proposals?

8   A    In the area of special coding features for interlaced

9   video content.

10  Q    Now, were some of the Motorola contributions related to an

11  interlaced coding tool referred to as MBAFF?

12  A    Yes.

13  Q    Was MBAFF in prior video standards?

14  A    Yes.  MBAFF was also in the MPEG-2 standard.

15  Q    And was it in the MPEG-4 initial standard?

16  A    Yes, I believe it was.

17  Q    To your knowledge, did Motorola originate the use of

18  MBAFF?

19  A    No, they did not.

20  Q    What did you consider at the time to be the next best

21  alternative to the type of MBAFF that was used in H.264?

22  A    Well, the type of MBAFF used in H.264 is essentially the

23  same, it's very similar to what was used in MPEG-2.  It's

24  essentially just copying the frame/field switching capability

25  from one standard into the next generation design.

1  Q    Was there the use of paired macroblocks in H.264?

2  A    Yes.  In H.264 it used paired macroblocks.

3  Q    Were some of the Motorola contributions related to an

4  interlaced coding tool referred to as PICAFF, P-I-C-A-F-F?

5  A    Yes.

6  Q    And was PICAFF in prior video standards?

7  A    Yes.

8  Q    Which ones?

9  A    Well, in particular it was in MPEG-2, the previous most

10  dominant standard.

11  Q    To your knowledge, did Motorola originate the use of

12  PICAFF for interlaced video?

13  A    No, they did not.

14  Q    Was there any difference in the type of PICAFF in H.264 as

15  compared with PICAFF in the prior standards?

16  A    No, there was no significant difference.

17  Q    Now, Dr. Sullivan, before we wind up, I have one last

18  topic I want to turn to.  I want to ask you about an e-mail

19  that you wrote in 2005, and that Motorola quoted extensively

20  in its trial brief in this case.  Would you turn, please, to

21  Exhibit 2345.  And does this contain some e-mails back and

22  forth between you and Patty Gray, who worked for a company

23  called eTreppid?

24  A    Yes, it does.

25  Q    How did you happen to send an e-mail to Ms. Gray?

1    A    Ms. Gray sent an inquiry to me.  She was concerned about

2    the policies of intellectual property handling in the

3    international standards organizations.  She was confused

4    between the relationship of the standards organization and

5    the formation of patent pools.

6    Q    Did she think that if you participated in the standards

7    organization, you'd then have to join a pool?

8    A    That seemed to be what she thought, yes.

9    Q    Now, by the way, have you ever been involved in patent

10   licensing?

11   A    No, I have never personally participated in the licensing

12   negotiation.

13   Q    And have you ever had any responsibilities relating to the

14   organization or the operation of a patent pool?

15   A    No, I have not.

16   Q    Now, you wrote back to her.  And looking back at

17   Exhibit 2345, you said that she should not mix up the notion

18   of patent pools and open standards organizations.  What did

19   you mean by that?

20   A    Well, I meant that a patent pool is, at least in terms of

21   the standards in which I have been involved, a patent pool

22   formation is something that happens outside of the standards

23   body and is not connected to the standardization activity.

24   Q    Is it your understanding that a contributor to a standard

25   has to join a patent pool?

1    A    No, certainly not.

2    Q    If they don't, is it your understanding that they still

3    have to offer their patents on RAND terms?

4    A    Yes.  Any contributor to the standard, participants in the

5    process, needs to offer their patents under RAND terms.

6    Q    Now, in the e-mail you use some colorful language, and you

7    wrote, I'm going to quote it, "It is certainly acceptable for

8    you to charge more for your fundamentally important IPR than

9    what some other Bozo charges for their minor patented tweak.

10   And I believe you are the one in control of deciding whether

11   your IPR is in the fundamentally-important category or in the

12   Bozo-tweak category."  What did you mean by that, Dr.

13   Sullivan?

14   A    Well, I meant that the patentholders, within the bounds of

15   the RAND commitment of the standardization organization, the

16   patentholders were not bound by a particular rule of how much

17   they would charge, for example, for a patent license.

18   Q    What did you mean by a "Bozo-tweak category"?

19   A    I meant a very minor aspect of a design.

20   Q    As distinguished from "fundamentally-important category"?

21   A    Yes.

22   Q    Now, in the course of your chairing the JVT, did you

23   review the various Motorola proposals?

24   A    Yes, I did.

25   Q    And were you familiar with them?

```
1   A   Yes, I was.

2   Q   And did Motorola contribute anything that you considered

3   to be fundamentally important IPR?

4   A   No, I believe they did not.

5          MR. PRITIKIN:  No further questions, Your Honor.

6          THE COURT:  Thank you.

7                        CROSS EXAMINATION

8   BY MR. ROWLAND:

9   Q   Good morning, Dr. Sullivan.  Mark Rowland.  You may recall

10  we met during the deposition.

11  A   Yes.

12  Q   I'd like to go back to one of the exhibits that you were

13  talking about earlier, and that's the July 2001 contribution

14  to MPEG by Motorola.  I believe that was marked as

15  Exhibit 2271.  Do you recall testifying about that just a few

16  minutes ago?

17  A   Yes.

18  Q   In this contribution Motorola reported to MPEG the results

19  of testing it had done comparing MPEG-4, which was a prior

20  standard, to the draft standard H.26L that VCEG had been

21  working on?

22  A   Yes.

23  Q   And their experiments showed that for H.26L the

24  performance was a little worse than for MPEG-4, and they

25  attributed this to a lack of interlaced coding tools in
```

1   H.26L.

2           THE COURT:  Was that a question, counsel?

3           MR. ROWLAND:  Yes.  Let me try that again.

4   Q   Isn't it true that their experiments showed that, at least

5   in some cases for H.26L, the performance was a little worse

6   than for MPEG-4?

7   A   Yes.  That's what they reported in some cases.

8   Q   In some cases.  And they attributed that to the lack of

9   interlaced coding tools in H.26L, right?

10  A   Yes, that's correct.

11  Q   And if we turn to figure 16 on the last page of the

12  exhibit, you see there is an example of the kind of chart you

13  were showing us before, which measures performance.

14  A   Yes.

15  Q   And in this chart on Figure 16 they're comparing the

16  performance of MPEG-4, for a particular sequence, to the

17  H.26L standard, right?

18  A   To some configuration, a UVLC configuration, yes.

19  Q   Okay.  In this particular illustration, the line on the

20  bottom is a version of MPEG-4 that does not have interlaced

21  coding tools in it, right?

22  A   Yes.

23  Q   And the line on the top, the dotted line on the top is the

24  MPEG-4, the performance of MPEG-4 with interlaced coding

25  tools in it?

1   A    Yes.

2   Q    And it shows a substantial improvement between the two,

3   right?

4   A    That is what is shown, yes.

5   Q    And in the middle is the H.26L performance, correct?

6   A    The UVLC configuration of H.26L is what they are reporting

7   here.

8   Q    That's what's shown in the middle?

9   A    Yes.

10  Q    Okay.  And so what they're illustrating here is in this

11  particular set of circumstances the interlaced coding tools

12  of MPEG-4 have provided better performance than the

13  configuration of H.26L that they were using?

14  A    In this range of bit rates, on this particular test

15  sequence, for that configuration of H.26L, yes.

16  Q    Okay.  And if you turn to the prior figure, Figure 15,

17  here they're showing another comparison using MPEG-4 with and

18  without interlaced coding tools and H.26L, right?

19  A    Yes.

20  Q    And, again, you can see a substantial improvement in

21  MPEG-4 resulting from the inclusion of the interlaced coding

22  tools, correct?

23  A    That is what is reported here for this test sequence.

24  Q    For this particular --

25  A    At this range of fidelity.  It looks like it's a

1  relatively low range of fidelity they're testing.

2  Q   For this particular sequence, the H.26L is performing

3  about the same as the MPEG-4 with interlaced coding tools,

4  right?

5  A   In this UVLC configuration, that seems to be what they are

6  reporting, yes.

7  Q   Okay.

8         MR. ROWLAND:  Motorola offers Exhibit 2271.

9         THE COURT:  Any objection?

10        MR. PRITIKIN:  No objection.

11        THE COURT:  It is admitted.

12        (Exhibit No. 2271 was admitted into evidence.)

13  Q   I believe it was your testimony that Motorola proposed

14  interlaced coding tools for H.264, correct?

15  A   Yes.

16  Q   And they first made such a proposal in December of 2001?

17  A   Yes.

18  Q   As the standard, that is, the H.264 standard, was

19  released, it had multiple profiles, correct?

20  A   Yes, that's correct.

21  Q   And those profiles, at least in the initial release in

22  2003, included baseline, main, and main?

23  A   The first version had baseline, main and extended.

24  Q   And extended.  And tools for interlaced video content were

25  included in the main profile, right?

1    A    Yes, that's correct.

2    Q    And in 2004, or thereabouts, the standard was extended to

3    include a high profile; is that right?

4    A    Yes, that's correct.

5    Q    That's for applications with high resolution video?

6    A    No.  All of the profiles applied to all resolutions of

7    video.

8    Q    Okay.  The high profile also included tools for interlaced

9    video content, right?

10   A    Yes, that's correct.

11   Q    In around 2009 or 2010, the H.264 standard was extended,

12   again, this time to include something called stereo high

13   profile?

14   A    Yes, that's correct.

15   Q    And the stereo high profile includes interlaced coding

16   tools, correct?

17   A    Yes, that's correct.

18   Q    Would you turn to Exhibit 3398?

19   A    Yes.

20   Q    Exhibit 3398 is a paper that you authored?

21   A    Yes, it is.

22   Q    And this was published in an industry journal?

23   A    It was published at a conference.

24   Q    At a conference, okay.  That was a conference relating to

25   image processing?

1    A    Yes.

2    Q    Now, in this paper you were describing, among other

3    things, the stereo high profile, correct?

4    A    Yes, that's correct.

5    Q    And if we turn to section 2.4, which is on the third page

6    of the exhibit, that's one that bears Bates numbers ending in

7    350 -- somebody described it the other day as "lawyer

8    numbers" -- on the lower right-hand corner there's a

9    discussion of the stereo high profile, correct?

10   A    Yes.

11   Q    And in the beginning of the discussion you refer to

12   another extension, the multiview high profile.  Do you see

13   that in the first paragraph?

14   A    Yes.

15   Q    You say, "One key restriction imposed in the design of the

16   multiview high profile was that the pictures could not be

17   coded, as individual fields were using macroblock-adaptive

18   frame/field coding.  These features typically referred to as

19   interlaced coding tools were supported in the ordinary and

20   widely deployed H.264/11496-10 high profile, but they were

21   not supported in the multiview high profile."  Right?

22   A    Yes.  Although it was 14496-10.

23   Q    Sorry, I might have misspoke.  But that was your general

24   understanding at the time, correct?

25   A    Yes.  Although I might slightly qualify the part about

1  could not be coded as individual fields.  I think what I

2  meant there was that it did not have picture-level

3  frame/field adaptivity.  I think that would be a more

4  accurate way to say what I trying to say in that sentence.

5  Q   That's the PICAFF or PAFF feature?

6  A   Yes.

7  Q   In the next paragraph you say, "Soon after the development

8  of the multiview high profile, industry requests were

9  received for an additional profile target specifically for

10  stereo video applications and supporting the interlaced

11  coding tools."  Is that, in fact, what happened?

12  A   Yes.

13  Q   And you say, "The result is now referred to as the stereo

14  high profile, and it is expected to complete the final

15  standardization process, as an extension of H.264/14496-10,

16  in late 2009 or early 2010."  Right?

17  A   Yes.

18  Q   And that, in fact, happened, that it was completed, that

19  the stereo high profile completed the final standardization

20  process as an extension of the standard?

21  A   Yes, that's correct.

22        MR. ROWLAND:  Motorola offers Exhibit 3398.

23        MR. PRITIKIN:  No objection.

24        THE COURT:  3398 is admitted.

25        (Exhibit No. 3398 was admitted into evidence.)

1    Q    Microsoft also added interlaced coding tools to a video

2    codec design it was developing as an alternative to H.264,

3    correct?

4    A    Yes, I think that's essentially correct.

5    Q    Microsoft's video codec was called the Windows Media Video

6    or WMV?

7    A    Yes, or VC-9, as a standard.

8    Q    Okay.  So initially it was developed by Microsoft, and

9    Microsoft included interlaced coding tools in at least some

10   versions of the WMV codec, right?

11   A    Yes.  The earlier versions did not have that.  But a later

12   version did add that in one profile, I believe.

13   Q    Okay.  That was -- the WMV was added into WMV-9?

14   A    I think it's best described as being in VC-1.  The WMV-9,

15   as it was deployed before the VC-1 version, I believe did not

16   have that.  Although I think there's a bit of confusion about

17   whether that last version is called WMV-9 or not.

18   Q    There was a version called VA?

19   A    Yes.  That's the way I referred to it, VA.

20   Q    And that's the version, that version at least you know

21   included interlaced coding tools, right?

22   A    Yes.

23   Q    And then that version, or at least a version of the

24   Microsoft codec was submitted for standardization and

25   ultimately became the standard you're referring to as VC-1,

1    right?

2    A    Yes.

3    Q    Okay.  And VC-1, as it was standardized, included

4    interlaced coding tools, right?

5    A    In one profile, yes.

6    Q    The main goal in developing VC-1 standardization was to

7    support the compression of interlaced content without first

8    converting it to progressive content, correct?

9    A    I don't know that that was the main goal of developing the

10   standard.  No, I don't think so.

11   Q    May I direct your attention to Exhibit 3381.  This is a

12   printout from Microsoft's website.  You see at the top it

13   refers to VC-1?

14   A    Yes.

15   Q    And this is from, as you can see the path, it's from a

16   section of the website relating to Direct X VA, correct?

17   A    Yes.

18   Q    And that's something you know about, Direct X VA, right?

19   A    Yes.

20   Q    And in the description of VC-1 provided in the paragraph,

21   it says in the middle, "The main goal of VC-1 development and

22   standardization is to support the compression of interlaced

23   content without first converting the content to progressive."

24   This is what Microsoft was representing on its website,

25   correct?

```
 1   A    That's a correct reading of the sentence, yes.

 2   Q    And then goes on to say, "This support makes VC-1 more

 3   attractive to broadcast and video industry professionals."

 4   Do you see that?

 5   A    The words do appear there.

 6   Q    So Microsoft made these representations on its website.

 7   And that's in Exhibit 3381?

 8           MR. ROWLAND:   Motorola moves to offer this for

 9   admission.

10           MR. PRITIKIN:   No objection.

11           THE COURT:   3381 is admitted.

12           (Exhibit No. 3381 was admitted into evidence.)

13   Q    Now, I'd like to take a look at some of the papers that

14   you've authored.  We already looked at one.  There was some

15   others that you also authored, or co-authored, with respect

16   to H.264, right?  You've offered a series of papers or

17   co-authored a series of papers in regard to H.264, right?

18   A    Yes.

19   Q    And during your testimony you already looked at one of

20   those, Exhibit 424?

21   A    Yes.

22   Q    Okay.  And if you turn to that, I'd like you to look at

23   page 566 of Exhibit 424.

24   A    Page 566?

25   Q    It's 566 of the paper.
```

1    A    Yes.

2    Q    It also has numbers at the lower right corner, the last

3    three digits of 712.

4    A    Yes.

5    Q    And there's a section there, adaptive frame/field coding

6    operation, on the right-hand column, second half.  Do you see

7    that?

8    A    Yes.

9    Q    And it continues, that discussion continues on to the next

10   page and a half, right?

11   A    Yes.  Although a significant chunk of it is taken up by an

12   irrelevant figure.

13   Q    In this section you're explaining that the H.264 design

14   provides for high coding efficiency by allowing an encoder to

15   pick among different ways of encoding an interlaced frame,

16   right?

17   A    Can you repeat the question?

18   Q    In this section you and your co-authors are explaining

19   that the H.264 design provides for high coding efficiency by

20   allowing an encoder to pick among different ways of encoding

21   an interlaced frame?

22   A    Yes.

23   Q    An interlaced frame has two fields?

24   A    Yes.

25   Q    And one thing the encoder can do, as described here, is

1    combine the two fields of the interlaced frame together and

2    code them as one frame, right?

3    A    Yes.

4    Q    That's frame mode?

5    A    Yes.

6    Q    Okay.  Another thing the encoder can do is encode the two

7    fields of the frame separately, right?

8    A    Yes.

9    Q    And that's field mode?

10   A    Yes.

11   Q    As an aside, can an H.264 encoder code a progressive frame

12   as two separate fields?

13   A    The standard does not -- whether the video is interlaced

14   or progressive is outside the scope of the standard.  The

15   standard generally doesn't talk about whether the video is

16   interlaced or progressive.

17   Q    So within the scope of the standard, an encoder could code

18   a progressive frame as two separate things?

19   A    Yes.  I think that's hypothetically possible.

20   Q    So someone could take a progressively captured video and

21   code it in field mode in accordance with the standard?

22   A    In the profiles that have the field coding feature, yes.

23   Q    Let's go back to the paper.  It describes a third option,

24   which is to combine two fields together into a frame.  But

25   when coding, the frame is split in pairs of vertically

1   adjacent macroblocks into pairs of either field or frame

2   coded macroblocks, right?

3   A   Yes.

4   Q   And this macroblock pair-adaptive frame/field coding is

5   referred to as MBAFF?

6   A   Yes.

7   Q   And the first two options, the choice between the first

8   two options is referred to as picture-adaptive frame/field or

9   PAFF coding, right?

10  A   Yes.

11  Q   Now, in this paper it reports that PAFF coding reduced bit

12  rates by 16 to 20 percent in some instances over frame mode,

13  correct?

14  A   It says that that was reported on a couple of example

15  sequences.

16  Q   So that was reported during the development of the

17  standard by JVT?

18  A   Yes.

19  Q   And as you previously testified, reducing bit rates is a

20  good thing?

21  A   Yes.

22  Q   Okay.  It's also reported that MBAFF reduced bit rates in

23  the range of 14 to 16 percent over PAFF in some instances,

24  right?

25  A   Yes, on a couple of example sequences, that is -- again,

1    it says that that was reported.

2    Q    That was reported in connection with the development of

3    the H.264 standard?

4    A    I believe so, yes.

5    Q    Okay.  Good.  Earlier you were testifying about a graph

6    that appears in this exhibit, I believe it's Figure 18.  It

7    was a blowup of it -- at least part of it.  That was 424,

8    exhibit marked as 424-A.

9    A    Yes.

10   Q    And Figure 18 does not show performance for interlaced

11   video, correct?

12   A    That's correct.

13   Q    So this is showing performance for sequences called QCIF

14   and CIF, in Figure 18?

15   A    Yes, that's correct.

16   Q    These are not high definition videos, right?

17   A    That's correct.

18   Q    There's some resolution that's lower than standard

19   definition?

20   A    Yes.

21   Q    About a quarter of the -- CIF is about a quarter of the

22   resolution of standard definition?

23   A    Yes.

24   Q    And QCIF is yet a further reduction in resolution, right?

25   A    Yes, that's correct.

1   Q   Okay.  And if I recall correctly, what you were -- one of

2   the things you showed us, even at these very low resolutions,

3   the graph in Figure 18 shows there was at least some

4   improvement in performance occurring after the JVT was

5   brought in, right?

6   A   Yes, I believe there is a little bit of improvement shown

7   in these figures there, yes.

8   Q   Let's look at another paper which appears at Exhibit 571

9   in your binder.

10  A   Which binder is that in?

11  Q   It's a black binder.  The binder you were handed this

12  morning.

13  A   I'm sorry, I don't see 571.

14  Q   I'm sorry, I'm told I misspoke.  575?

15  A   Okay.  Yes.

16  Q   Okay.  So 575 is a paper entitled, "Video Compression From

17  Concepts to the H.264/AVC Standard," correct?

18  A   Yes.

19  Q   This is a paper you authored, or at least co-authored?

20  A   Yes, that's correct.

21  Q   And this was a paper that was published in an industry

22  journal?

23  A   Yes.

24  Q   This is about 2005?

25  A   Yes.

1    Q    On page 27 of the article, which also has at the lower

2    right-hand corner several lawyers numbers, the lowest of

3    which is the last three digits, 886.  Do you see that?

4    A    Yes.

5    Q    Starting midway down on the left-hand column there's a

6    discussion of adaptive frame/field coding operation, right?

7    A    Yes.

8    Q    And this discussion says that interlaced frames often show

9    different statistical properties than progressive frames?

10   A    Yes.

11   Q    You see that at the very beginning of the discussion?  You

12   agree with that?

13   A    Yes.

14   Q    And the paper then contains a similar explanation of PAFF

15   and MBAFF as we were looking at before in Exhibit 424?

16   A    Yes.

17             MR. ROWLAND:  Motorola offers Exhibit 575.

18             MR. PRITIKIN:  No objection.

19             THE COURT:  It is admitted.

20             (Exhibit No. 575 was admitted into evidence.)

21   Q    Let's take another -- let's take a look at another paper,

22   Exhibit 574.  This is a report that you were a co-author of?

23   A    Yes, it's a magazine article.

24   Q    A magazine article.  And this was published around 2006?

25   A    Yes.

1    Q    And in this article on the first page in the second column

2    it says that -- in the second paragraph it says, "This

3    article focuses on a few representative features of the core

4    coding technology of H.264."  Right?

5    A    Yes.

6    Q    Okay.  And if we turn a couple pages in to page 136 of the

7    magazine, we see on the right-hand side a section entitled,

8    "Main innovative features of the video coding layer."  Do you

9    see that?

10   A    Yes.

11   Q    Then on the following page, 137, there's a discussion of,

12   about midway down there's a discussion about MBAFF.  Do you

13   see that?

14   A    Yes.

15   Q    Okay.

16         MR. ROWLAND:  Motorola offers Exhibit 574.

17         MR. PRITIKIN:  No objection.

18         THE COURT:  574 is admitted.

19         (Exhibit No. 574 was admitted into evidence.)

20   Q    Let's look at one more paper.  This is Exhibit 3399.  Do

21   you have that in front of you?

22   A    Yes, I do.

23   Q    Okay.  Good.  This is an article entitled, "The

24   H.264/MPEG-4 AVC Video Coding Standard and Its Deployment

25   Status."  This was authored by you, correct?

1    A    Yes, it was.

2    Q    This was published in an industry journal?

3    A    This was a conference paper.

4    Q    And in this article on page 362 it has -- I'm referring to

5    the numbers on the lower right-hand corner, the last three

6    digits of the Bates number.  There's a section entitled,

7    "Patent Licensing."  Do you see that?

8    A    Yes.

9    Q    And in this section you discuss patent licensing, correct?

10   A    Yes.

11   Q    And you also discuss patent pools, correct?

12   A    Yes.

13   Q    You acknowledge in this article that patentholders are not

14   forced to offer licenses through such pools?

15   A    Yes.

16   Q    And toward the bottom of the second paragraph of the

17   section you state, "The licensing issues surrounding the

18   specification may take awhile to be completely settled,

19   (perhaps about 20 years may be a good estimate), and some

20   dissatisfaction has been expressed with the licensing terms

21   announced by these organizations (primarily centered around

22   aspects sometimes called usage fees, as contrasted with fees

23   associated with the quantity of decoding and encoding product

24   units)."  Do you see that?

25   A    Yes.

1   Q    At the time you wrote that, you thought that it might take

2   upwards of 20 years for licensing issues to be settled

3   relating to the H.264 standard, right?

4   A    Well, I was being facetious there knowing that the

5   lifetime of a patent is about 20 years.  I was joking that

6   once the patents have all expired, then probably it would be

7   no longer an issue.

8   Q    But you were anticipating that licensing issues could take

9   awhile to resolve?

10  A    Yes.

11  Q    Okay.  In the last sentence you said, "However, the

12  licensing issues do not seem to be a major hindrance to the

13  widespread deployment of the standard as the deployment

14  efforts seem to have developed a strong momentum."  That was

15  your understanding at the time, correct?

16  A    Yes.

17  Q    In the next section of the paper you discussed the

18  deployments that had occurred as of the time you wrote this

19  paper?

20  A    Yes.

21  Q    And in that section you note that the standard had been

22  approved or deployed by BskyB, DirecTV, DVB, HD DVD, and

23  Blu-ray, correct, among others?

24  A    Can you point me to where --

25  Q    On the next page --

1    A    Yes.

2    Q    You go through categories of different deployments?

3    A    Yes.

4    Q    And then the first category, for example, under direct

5    broadcast satellite television, you say, "Announcement

6    include adoptions by the following."  One of them is BskyB?

7    A    Yes.

8    Q    Then you also note that the digital video broadcast,

9    DVB -- this is in the next section -- organization approved

10   the use of the new standards for broadcast television, right?

11   A    Yes.

12   Q    Likewise, you go on to talk about disk storage formats,

13   including Blu-ray?

14   A    Yes.

15   Q    And Blu-ray had announced support for it, correct?

16   A    Yes.

17         MR. ROWLAND:  Your Honor, we offer Exhibit 3399.

18         MR. PRITIKIN:  No objection.

19         THE COURT:  It is admitted.

20         (Exhibit No. 3399 was admitted into evidence.)

21   Q    Let me return to DirectX Video Acceleration, Dr. Sullivan.

22   That's something that you were involved in at Microsoft?

23   A    Yes, that's correct.

24   Q    Okay.  And DirectX is a way to use hardware-based

25   acceleration for video playback on Windows PCs?

1    A    DirectX Video Acceleration is, yes.

2    Q    Okay.  And would you look at Exhibit 591.  Do you see

3    that?

4    A    Yes.

5    Q    And this was a specification that you authored?

6    A    Yes.

7    Q    And this is a specification for DirectX Video Acceleration

8    for H.264?

9    A    Yes.

10   Q    This document specifies how a software decoder

11   communicates with the graphics hardware in a PC to decode

12   H.264 encoded video content?

13   A    Yes.

14   Q    One of the functions of this document was to provide the

15   specifications for hardware manufacturers of what they need

16   to do to support H.264 decoding in a Windows PC?

17   A    Within the DirectX VA context, yes.

18   Q    Okay.  And the way DirectX Video Acceleration operates is

19   that it will do some decoding operations, and others are

20   implemented by a software decoder?

21   A    Yes.

22   Q    And the DirectX Video Acceleration specification that you

23   wrote provides support for decoding MBAFF and decoded video?

24   A    Yes.

25          MR. ROWLAND:  Motorola offers Exhibit No. 591.

```
 1            MR. PRITIKIN:  No objection.

 2            THE COURT:  591 is admitted.

 3            (Exhibit No. 591 was admitted into evidence.)

 4   Q   Now, I'd like to turn back to the e-mail that you were

 5   discussing on direct examination by Mr. Pritikin.  And that's

 6   Exhibit 2345.

 7   A   Okay.

 8   Q   So in the document that's marked as Exhibit 2345, the

 9   e-mail -- it's actually an e-mail chain.  And it's saved in

10   reverse chronological order.  We have to start at the back to

11   see how it began, right?

12   A   Yes.

13   Q   And the e-mail chain began with you writing an e-mail to a

14   woman named Patty, inviting her company to talk at a workshop

15   you were organizing relating to video coding?

16   A   Yes, that's correct.

17   Q   And at some point in your correspondence with Patty she

18   expressed concern about patent pools not being equitable,

19   isn't that right?

20   A   I don't know if she would have used those words, "Not

21   being equitable."  Yes, it looks like she says her company

22   has a problem engaging with open standards.  The problem is

23   that the patent pool that gets constructed isn't necessarily

24   equitable to a company that may have more significant IP than

25   another.  That's what she says.
```

1   Q    Okay.  And you responded to her concerns, correct?

2   A    Yes.

3   Q    And your response is what appears on the first page of the

4   exhibit in the section that is below where you were just

5   quoting from.  That is, the middle of the exhibit on the

6   first page has a section that has a "plus" sign and a

7   "greater than" sign next to some text.  That's the text from

8   the e-mail from Patty, right?

9   A    Yes.

10  Q    And then your response is above and below her e-mail on

11  the first page?

12  A    Yes.

13  Q    Okay.  And in the discussion below her e-mail, you

14  provided your view on patent pools and open standards

15  organizations, correct?

16  A    Yes.

17  Q    And first you expressed the view that patent pools and

18  open standards organizations have nothing to do with each

19  other?

20  A    Yes.

21  Q    And then, as you explained in the next paragraph, that

22  open standards organizations have no opinion whatsoever on

23  specific licensing terms and they do not force anyone to join

24  any pool, right?

25  A    Yes.  I would like, though, to point out that at the

1   beginning of this whole message one of the first things I

2   said was that I'm not a lawyer and she shouldn't rely on me

3   for legal analysis.  But I said something like that, yes.

4   Q   At the time you wrote this e-mail, this was in 2005, you

5   had been involved with standards organizations for at least a

6   decade?

7   A   Yes.

8   Q   And in the next paragraph, that is the last one on the

9   front page, you state, "The only constraint imposed by the

10  ITU, ISO or IEC is that each patentholder must be willing to

11  allow their technology to be in the standard and must make a

12  licensing opportunity available on a worldwide basis under

13  reasonable and non-discriminatory terms."  Do you see that?

14  A   Yes, I see that.

15  Q   Okay.  And that is what the rest of this paragraph was

16  discussing, right?

17  A   Yes.

18  Q   And at the end of the paragraph you say, "Having

19  technology written into a standard is intended only to

20  provide the assurance that proper licenses will be available

21  to anyone who wants to implement the spec badly enough, not

22  to guarantee it to be cheap."  Right?

23  A   That's what it says, yes.

24  Q   So you were explaining to Patty that even if technology of

25  her company was included in the standard, the RAND

1    requirement did not mean that they were going to have to

2    license it cheaply?

3    A    Basically, yes.

4    Q    And then you went on to say, "It is certainly acceptable

5    for you to charge more for your fundamentally important IPR

6    than what some other Bozo charges for their minor patented

7    tweak."  And this is the colorful language that Mr. Pritikin

8    was asking you about earlier, right?

9    A    Yes.

10   Q    And you went on to say that, "I believe you are the one in

11   control of deciding whether your IPR is in the

12   fundamentally-important category or in the Bozo-tweak

13   category," correct?

14   A    That's what it says.

15   Q    That's what you were saying?

16   A    I'd like to, though, again point out my introductory

17   remarks about not being a lawyer and that the standardization

18   organizations only, as far as I know, have a RAND licensing

19   requirement.  I personally have not participated in patent

20   licensing negotiations as business deals.

21        THE COURT:  Mr. Sullivan, your "Bozo-tweak" has

22   changed my entire stereotype of software engineers.

23        MR. ROWLAND:  Your Honor, Motorola offers

24   Exhibit 2345.

25        MR. PRITIKIN:  No objection.

1        THE COURT:  It is admitted.

2        (Exhibit No. 2345 was admitted into evidence.)

3    Q   Dr. Sullivan, during your testimony yesterday you referred

4    to a thesis that you had written.

5    A   Yes.

6    Q   And this was a thesis that you had written in August or

7    September of 1991, somewhere around there?

8    A   Yes.

9    Q   And you handed out some copies of it?

10   A   Yes.

11   Q   Okay.  That exhibit is -- that thesis is Exhibit 618,

12   correct?

13   A   Yes.

14   Q   The exhibit that we have in front of us doesn't indicate

15   that the thesis was available in the UCLA library by

16   October 24, 1991, correct?

17   A   No, I don't think it says that.

18   Q   Okay.  And it doesn't indicate that it was indexed

19   anywhere, correct, as of October 24, 1991?

20   A   I don't know that I've seen the thesis since I turned it

21   in, so I don't know exactly what UCLA would have put on its

22   preamble material.

23       But I do not see anything like that stated here.

24   Q   And you're not aware that it was, in fact, publicly

25   available in the library or through some index by October 24,

1    1991?

2    A   I am not aware precisely of what they did.  I turned it in

3    to the library one of the last days of August or very early

4    in September.

5        I also, within the first week of September, had given out

6    20 or so copies to various research colleagues and friends.

7    But the precise handling of the library I'm not familiar

8    with.

9    Q   The paper includes some references to publications dated

10   in May of 1992.

11   A   Can you help me find what you're referring to?

12   Q   Sure.  Let me see if I can give you an example.

13       If you look on page, it has a Bates number 946 at the

14   end, it's also Roman numeral 14.  If you look at the bottom

15   there's a reference to a paper, May of 1992.

16   A   Yes.  I guess that's when the conference was going to be.

17   I had -- presumably I had submitted a manuscript for that

18   conference before publishing the thesis.

19   Q   Okay.  So it may be that you included dates in here from

20   May of 1992 in anticipation that things would be publicly

21   available at a later date?

22   A   Yes, I'm sure that's what has happened here.

23   Q   All right.  Let's move on to another topic and that is

24   patents.  Yesterday you testified that contributions to the

25   H.26L standard being developed by VCEG or made by companies

42

1   such as Telenor, HHI, and Nokia, right?

2   A   Yes.

3   Q   And you don't know how much of any of these contributions

4   may have included technology covered by a patent?

5   A   My understanding is that Telenor does not have any

6   technology covered by a patent in the standard.  I believe

7   they submitted a document saying that they had not patented

8   their contributions to the standard.

9   Q   You don't know whether anything that they contributed may

10  have included technology covered by a Motorola patent?

11  A   No, I do not have -- well, I have some familiarity at this

12  point with some Motorola patents.  I'm not sure exactly what

13  you're asking me.

14  Q   Okay.  As part of your role as chairman or rapporteur, it

15  wasn't -- it was not part of your role as chairman or

16  rapporteur to determine whether anyone's contribution

17  included technology that was covered by someone else's

18  patents?

19  A   Participants were told to report patents that they were

20  aware of.  If they were aware that there were patent rights

21  that applied to technology that was being proposed for

22  standardization, participants were asked to make reports, and

23  the companies that might hold those patent rights were asked

24  to file patent rights declarations.

25      I don't remember specifically whether Motorola or when

1   Motorola would have filed a patent rights declaration with

2   the standards bodies, or whether others reported on Motorola

3   patent rights during the process.

4   Q   But it wasn't your role, as chairman or rapporteur, to

5   actually evaluate whether a contribution was covered by a

6   particular patent?

7   A   No.  Not unless somehow we got into a situation where

8   patent rights would not be available under RAND licensing

9   terms.  If we received an indication that patent rights on

10  something in the standard would not be available under RAND

11  terms, we would have to remove that technology from the draft

12  standard.  We never got into that kind of a situation.  We

13  never had a situation where there was an indication that

14  there would not be RAND-licensable technology.  Beyond that,

15  and ensuring that patent rights status in general was

16  reported properly to the committee under the ITU and ISO and

17  IEC policies, I think that's more or less all that I viewed

18  my obligation as being.

19  Q   Okay.

20  A   I did not analyze any particular patents in relation to

21  the standard, as chairman.

22  Q   Thank you.

23      Now, I'd like to ask you a couple questions about the

24  standard itself.  There are some sections in it that are

25  labeled as informative, is that right?

1   A    Yes.

2   Q    And those sections are not expressing a requirement of the

3   standard, rather they're just providing information, correct?

4   A    Officially speaking, yes.  Formally speaking, that's

5   correct.

6   Q    An example of a section of the standard that's labeled as

7   informative is Annex Section B.3, is that correct?

8   A    I don't recall specifically.  If you have a copy of the

9   standard, I'll be happy to --

10         MR. ROWLAND:  Your Honor, may I approach?

11  A    -- double check that.

12       So in response to your question, in this copy, which

13  appears to be a March 2010 edition of the standard, Section

14  B.3 is marked as "informative".

15  Q    The copy I've given you, just for the record, is

16  Exhibit 421.

17  A    Yes.

18         MR. ROWLAND:  Motorola offers Exhibit 421.

19         MR. PRITIKIN:  No objection.

20         THE COURT:  Exhibit 421 is admitted.

21         (Exhibit No. 421 was admitted into evidence.)

22  Q    There's some other questions I have about the standard, so

23  if you's keep that in front of you for reference.

24  Supplemental enhancement information, or SEI, is something

25  that's discussed in the standard, right?

1   A    Yes.

2   Q    And that's information that can be included in a

3   bitstream?

4   A    Yes.

5   Q    But a decoder is not necessarily required to use that

6   information?

7   A    Formally speaking, I think that's correct, for most SEI

8   data.

9   Q    Okay.  An example is that a decoder is not required to use

10  picture timing SEI messages?

11  A    That one has sort of a special status.  I believe in

12  Annex C there's some remarks about the picture timing SEI

13  messages and their relationship to timing conformance to the

14  standard.

15  Q    These type of messages are not required to be included in

16  a bitstream, correct?

17  A    Those messages, picture timing information messages, if

18  you just give me a moment here I can try to find the

19  information that I'm looking for.  Yes.  Here is the

20  paragraph that I was looking for, on page 308, at the

21  beginning of Annex C, it says, "All sequence parameter sets

22  and picture parameter sets referred to in the VCL NAL units,

23  and corresponding buffering period and picture timing SEI

24  messages, shall be conveyed to the HRD in a timely manner,

25  either in the bitstream by non-VCL NAL units, or by other

1   means not specified in this recommendation/international

2   standard."  So the standard says that these picture timing

3   SEI messages and buffering period SEI messages shall be

4   conveyed to the decoder in a timely manner.  It does not

5   require them to be within the bitstream.  That is one way

6   that they can be conveyed.  It says, "Either in the bitstream

7   by non-VCL NAL units, or by other means not specified."

8   Q   There's another term that's used in the standard called

9   VUI or Visual User Information?

10  A   I believe that's Video Usability Information.

11  Q   Video Usability Information.  Thank you.  An example of

12  that is a color description?

13  A   Yes.

14  Q   And the H.264 standard does not require VUI parameters

15  relating to color description to be included in a conforming

16  bitstream, correct?

17  A   That's correct.  The syntax allows that to either be

18  present or not present.

19          MR. ROWLAND:  No further questions.

20                      REDIRECT EXAMINATION

21  BY MR. PRITIKIN:

22  Q   Dr. Sullivan, do you have your witness binder handy there,

23  the one we started with?

24  A   Yes.

25  Q   Could you turn to Exhibit 2271, please.  Yes, that's

1    correct.  And you were asked some questions about this on

2    cross examination?

3    A    Yes.

4    Q    Now, I want to set the stage for this.  Up until the time

5    of the formation of the JVT, had you included any interlaced

6    coding tools in your draft proposal?

7    A    No.  There was no interlaced coding tools included in the

8    work done in VCEG prior to the formation of the JVT.

9    Q    And can you tell us why?

10   A    Well, we generally were not especially interested in

11   coding interlaced video at the time.  We thought it was an

12   old technology that would be fading into disuse.  So we were

13   not working on trying to compress interlaced video content.

14   Q    And if you hadn't included interlaced coding tools, how

15   would it have handled interlaced video?

16   A    Well, if someone had interlaced video, they could

17   de-interlace it prior to encoding it, or they could just chop

18   it up into fields and code each field as a picture.  So all

19   the pictures could be fields.  Or they could code all the

20   pictures as frames without having any special frame/field

21   switching technology within the standard itself.

22   Q    Now, there were prior standards that had interlaced coding

23   tools in them, is that right?

24   A    Yes, that's correct.

25   Q    And that was the MPEG-4 that was referred to, and MPEG-2?

48

1   A    Yes, that's correct.  Those were very well known

2   standards.

3   Q    Now, in the summer of 2001, did Motorola come along and

4   start pushing for you to add interlaced coding tools?

5   A    Well, they submitted this document to MPEG that we had a

6   discussion of that was sort of criticizing the behavior of

7   the design on interlaced video, which was perhaps not too

8   surprising to see a report like this, because we had not

9   really focused on coding interlaced video.

10       And, yes, around that time they were emphasizing trying to

11  get the committees to focus on interlaced video, which we

12  were not treating as important in the VCEG work.

13  Q    Going back to Exhibit 2271, had they run some interlace

14  sequence using MPEG-4 and using your draft standard?

15  A    Yes.

16  Q    What's a sequence?  Can you explain that to the court?

17  A    A sequence is a snippet of video content, perhaps ten

18  seconds of video content.

19  Q    Everything they tested was interlaced?

20  A    Um --

21  Q    That was the comparison?

22  A    The focus of this document is on interlaced content.  I

23  don't recall whether it has some progressive content tested

24  in it or not.  But the emphasis here does seem to be on

25  interlaced content.

1    Q    Would you turn to the second page of the document?  And

2    just before the heading that has the No. 2 in it, can we pull

3    that paragraph out?

4    A    Yes.

5    Q    And what Motorola said in this document was, based on

6    these sequences, "However for interlaced video with moving

7    objects, H.26L performs almost the same or worse than MPEG-4,

8    due to lack of interlaced coding tools in H.26L."  What do

9    you understand that to mean?

10   A    Well, as expected, since there was no -- there were no

11   interlaced coding tools in the design, its performance was

12   not especially good if you tested it on that kind of content

13   that we had not considered.

14   Q    If you had wanted to include interlaced coding tools in

15   your proposal, could you have used the interlaced coding

16   tools that were in MPEG-2?

17   A    Yes, we could have.

18   Q    And was there much of a difference in performance between

19   those and the interlaced coding tools that wound up in H.264?

20   A    I believe there's no significant difference between what

21   is the interlaced coding tools in H.264 and what was in

22   MPEG-2.

23   Q    Would you turn to Exhibit 424.  And this is the article

24   that you co-authored.  And you were asked a couple of

25   questions about -- let's turn first to page 567.

1    A    Yes.

2    Q    And let's look at the paragraph, the left column, the

3    first full paragraph there under the bullet point.

4    A    Yes.

5    Q    The article says that during the development of the H.264

6    standard, PAFF was reported to reduce bit rates on the range

7    of 16 percent to 20 percent over frame-only coding.  What is

8    frame-only coding?

9    A    That would be taking interlaced video, weaving the two

10   fields together, and coding that as a frame without any

11   special interlaced coding technology.

12   Q    So was this a comparison of PAFF -- is PAFF the same as

13   PICAFF?

14   A    Yes.

15   Q    Was this a comparison of PICAFF with the earlier MPEG-2

16   coding tools?

17   A    No, it was not.

18   Q    Let's look at page 568, and let's look at the last

19   paragraph in the left column before the heading "G".

20   A    Yes.

21   Q    And here it says, "During the development of the standard,

22   MBAFF was reported to reduce bit rates in the range of 14 to

23   16 percent up over PAFF."  Again, was this a comparison of

24   the MBAFF that is in the H.264 standard, with what was

25   available in MPEG-2?

1  A    No, it is not.

2  Q    And do you believe there would have been any substantial

3  difference between the two --

4  A    No.

5  Q    -- if a comparison had been drawn on that basis?

6  A    No, I don't think there would be any significant

7  difference, relative to just applying the MPEG-2 style of

8  MBAFF, or -- and PICAFF in this comparison, in the H.264

9  context.

10  Q    You were asked a couple of questions about DirectX which

11  has support for interlaced video; is that correct?

12  A    Yes.

13  Q    And why did you include support for interlaced video and

14  DirectX?

15  A    We were just supporting the entire standard.  Anything

16  that was in the standard, we put corresponding support for in

17  the DirectX Video Acceleration.

18  Q    Finally, you were asked about Telenor, which I think you

19  said was one of the major contributors to H.264?

20  A    Yes.

21  Q    And was it your understanding that they had decided not to

22  seek patents on what they did?

23  A    Yes.  I believe they submitted a document at some point,

24  that was reported to the committee, saying that they had not

25  patented anything that was in the current draft.

1  Q   Now, if we go back to sort of the backbone of H.264 on

2  your timeline, this VCEG draft from August of 1999?

3  A   Yes.

4  Q   What, if any, role did Telenor have in that?

5  A   The VCEG draft of August 1999, essentially was the Telenor

6  proposal.  It was -- the basis of the design was a proposal

7  from Telenor.

8          MR. PRITIKIN:  Thank you, Dr. Sullivan.  I have no

9  further questions, Your Honor.

10         THE COURT:  All right.  You don't get to step down.

11 Ladies and gentlemen, we'll take our morning break at this

12 time.  When we come back, the court has some brief questions.

13 We'll be in recess for 15 minutes.

14              (The proceedings recessed.)

15         THE COURT:  Counsel, it's been noted that I cut off

16 your redirect or recross.

17         MR. ROWLAND:  Your Honor, if I just may ask a few

18 questions.

19         THE COURT:  Please.

20              RECROSS EXAMINATION

21 BY MR. ROWLAND:

22 Q   Dr. Sullivan, may I return you to your e-mail,

23 Exhibit 2345.  You had testified earlier that your opinions

24 were your personal opinions expressed in the e-mail.  You

25 weren't a lawyer.

1   A   Yes.

2   Q   You're referring to -- may I direct your attention to the

3   first paragraph?

4   A   Yes.

5   Q   And here you say, "I do, indeed, have some thoughts on

6   these subjects.  Please see below note that these are

7   personal understandings and personal opinions.  If you want

8   unassailable legal analysis, you have to hire an attorney.  I

9   am not one."  That's what you are referring to, right?

10  A   Yes.

11  Q   But you continued in your statement.  You said, "But I

12  believe I have said all these things to you before, and that

13  anyone studying the situation would reach the same

14  conclusions and say roughly the same thing.  There's no major

15  insight here.  I don't really understand how a different

16  impression can persist."  You said that?

17  A   Yes.

18  Q   And during your testimony you were asked questions about a

19  comparison between MPEG and H.264, correct?

20  A   Yes.

21  Q   Okay.  Did you receive contributions where the performance

22  of MPEG-2 and H.264 were compared?

23  A   The standards as a whole?

24  Q   Yes.

25  A   Yes.

1    Q    And if you would look at Exhibit 574, do you have that in

2    front of you now?

3    A    Yes.

4    Q    And on page 141 there's Figure 7.  This figure is showing

5    a comparison between the performance of H.264 and MPEG-2,

6    correct?

7    A    Yes.

8    Q    And this is showing a difference in performance in favor

9    of MPEG -- H.264?

10   A    Yes.

11   Q    Now, did you run any tests yourself comparing the

12   interlaced coding tools of MPEG-2 and those of H.264 in

13   connection with your work as chairman or rapporteur?

14   A    The interlaced coding tools specifically?

15   Q    Yes.

16   A    I don't think so, no.

17        MR. ROWLAND:  No further questions.

18        MR. PRITIKIN:  Nothing further, Your Honor.

19        THE COURT:  All right.  My turn.

20                              EXAMINATION

21   BY THE COURT:

22   Q    We had a prior standard, MPEG-2.  We migrated to H.264.

23   Why?  What had happened that caused the change?

24   A    Well, the main reason was to be able to code video more

25   efficiently, that is, to use fewer bits, or to be able to

1    achieve the same quality -- well, either to be able to

2    achieve the same quality with fewer bits per second, that is,

3    a smaller communication channel; or to be able to, for

4    example, use the same number of bits and achieve a higher

5    video quality.

6    Q    And to do that, in category, not specifically, what were

7    the changes made between the two?

8    A    There were lots of things that were changed between the

9    two designs.  Methods of chopping the picture up into

10   regions; the precision of some of the information that was

11   sent was increased; some filtering techniques were made more

12   sophisticated, in what we call the entropy coding technology,

13   was made more sophisticated.  There were lots of changes in

14   all the parts of the design.

15   Q    Are you familiar with what Motorola patents have been

16   declared essential in the H.264 standard?

17   A    I'm not sure about exactly understanding what has been

18   declared essential.  But I am familiar with some of the

19   Motorola patents that I believe are involved here.

20   Q    Okay.  What areas did those patents go to?

21   A    Primarily the frame/field adaptive coding for interlaced

22   video.

23   Q    And in terms of the improvement from MPEG-2 to H.264, how

24   important is that area?

25   A    In my view, that part of the technology is quite similar

1  in the two standards.  I am not aware of any comparison that

2  has shown that the way anything is done differently in

3  frame/field -- the frame/field adaptive part of the coding

4  technology, I'm not aware of any analysis that has shown that

5  changes to that part of the technology brought any

6  significant benefit.

7  Q   In keeping with the adage, "Never write in an e-mail what

8  you wouldn't want your mother to see," using your distinction

9  between "fundamentally important" and "Bozo-tweak," which

10  camp am I in in terms of Motorola's improvements?

11  A   Well, I hesitate to use real colorful language, but I

12  would say not the fundamental-improvement category.

13  Q   You're a Microsoft employee, you're serving as the

14  chairman of this process, why was it important to Microsoft?

15  A   As a company it's important -- Microsoft ends up having

16  many applications that use video in one way or another, or

17  are related to video.  And it's important for the company to

18  be able to implement the standard that is being used by the

19  industry as a whole.  Also just to be aware of what is

20  happening in the industry-development of these standards.

21  The standards become a significant part of many products, and

22  the interoperability between the products of Microsoft and

23  the products of other companies depends, in this case,

24  significantly on the standard.  So I think there were a

25  number of business reasons for the company to be involved.

1   Q   In terms of where Microsoft's product line was going, was

2   streaming video something that was of greater concern or a

3   side show in terms of this time period?

4   A   I think it was recognized as an increasingly important

5   technology that would continue to become increasingly

6   important over time.

7   Q   If you know, did Microsoft seek to have any of its patents

8   declared essential -- standard essential in H.264?

9   A   If you're referring to patent pool activity, I believe,

10  yes.

11  Q   Let's step one step back from the patent pool.  I

12  understand the patent pool covers patents that have been

13  declared standard essential.  Did Microsoft seek to have any

14  of its patents declared standard essential?

15  A   I believe so, yes.

16  Q   I think I understand that.

17       A couple of things I'm not sure I understood.  You

18  said, if I understood it correctly, that there was a

19  50 percent improvement in bit rate without interlaced coding

20  tools.  Did I understand your testimony correctly?

21  A   That's referring to progressive scan video content.  It's

22  not referring to testing on interlaced scan video content.

23  Q   Would there have been a 50 percent improvement in bit rate

24  without the MBAFF coding/decoding techniques?

25  A   For interlaced video, probably not.

58

1   Q   Do you think that the MPEG-2 would have been the

2   equivalent of MBAFF?

3   A   The MBAFF in MPEG-2 is very similar in its functionality

4   to the MBAFF in the H.264 and MPEG-4 AVC.

5   Q   At some point you have a relationship with the ITU in

6   terms of setting the standard.  Do they ever communicate to

7   you that someone is not prepared to license on RAND terms?

8   A   That could happen.  There is a form that companies use to

9   report patent rights to the ITU.  And the form has several

10  categories that the submitter can identify.  And one of those

11  categories is if they are not willing to license under RAND

12  terms.  We never had a submission in that category.

13       If we had a submission in that category, we would remove

14  whatever the technology was for which a patent was essential,

15  because we only standardize things that are licensable under

16  RAND terms.

17  Q   Is it your understanding that to practice the H.264

18  standard, you need a license to every industry-essential

19  patent in the standard?

20  A   Well, there are different profiles in the standard.

21  Q   You use the term "profile" and I don't think I know what

22  that is.

23  A   Profile is sort of a package of features.  So if you want

24  to make a decoder, the decoder would normally be -- have an

25  identified profile.  It would say which of these subsets of

1   the standard the decoder supports.  So within the bounds of a

2   particular profile, you should get a license to the patents

3   necessary to implement that part of the standard.

4            THE COURT:  Mr. Pritikin, any follow-up?

5            MR. PRITIKIN:  No, sir.

6            MR. ROWLAND:  No, Your Honor.

7            THE COURT:  Mr. Sullivan, thank you very much.  You

8   may step down.

9        Microsoft will call its next witness, please.

10           MR. PRITIKIN:  Yes, Your Honor, as its next witness

11  Microsoft calls Jennifer Ochs.

12                       JENNIFER OCHS

13        Having been sworn under oath, testified as follows:

14           THE CLERK:  Take the stand, please.

15        Will you state your name for the record and spell your

16  last name, please?

17           THE WITNESS:  Jennifer Ochs, O-C-H-S.

18           THE COURT:  You may inquire.

19                    DIRECT EXAMINATION

20  BY MR. PRITIKIN:

21  Q    Ms. Ochs, by whom are you employed?

22  A    Marvell Semiconductor, Inc.

23  Q    Are you testifying here pursuant to a trial subpoena?

24  A    Yes.

25  Q    What business is Marvell in?

60

1    A    Marvell designs and markets semiconductor chipsets.

2    Q    What is your position at the company?

3    A    I'm the Director of IP litigation.

4    Q    And as Director of IP litigation, what are your primary

5    responsibilities?

6    A    I oversee all of Marvell's patent litigation cases.  I'm

7    also involved in licensing negotiations, to resolve those

8    litigations, and am involved in indemnity issues.

9    Q    As a part of your work at Marvell, do you have some

10   knowledge and familiarity with Marvell's products and

11   Marvell's patents?

12   A    Yes.

13   Q    How long have you been with Marvell?

14   A    About three years.

15   Q    What did you do before that?

16   A    I was a partner at Wilson Sonsini in the IP litigation

17   group.

18   Q    For how many years?

19   A    '97 to 2009.

20   Q    And do you have any graduate degrees besides your law

21   degree?

22   A    I have a master's in electrical engineering.

23   Q    Did you work before attending law school?

24   A    I worked as an electrical engineer.

25   Q    Now, let's talk about Marvell and its customers.  Is

1    Motorola a customer of Marvell?

2    A    Yes.

3    Q    Is Microsoft a customer of Marvell?

4    A    Yes.

5    Q    What products does Marvell sell to Microsoft for use in

6    Microsoft's Xbox gaming consoles?

7    A    We sell WiFi chips.

8    Q    What is a WiFi chip?

9    A    It's a chip that implements the 802.11 standard.

10   Q    Do the chips sold by Marvell, that you referred to,

11   contain substantially all that is needed to provide 802.11

12   functionality in a product like Xbox?

13   A    Yes.

14   Q    And is that the intended use?

15   A    Yes.

16   Q    Do these WiFi chips have any other use besides providing

17   802.11 functionality?

18   A    No.

19   Q    Approximately how much does Marvell charge for the WiFi

20   chips of the kind it sells to Microsoft?

21   A    Between $3 to $4.

22   Q    And does Marvell sell similar WiFi chips to other

23   customers?

24   A    Yes.

25   Q    What sorts of products?  Can you give us some examples of

1   other customers that purchase these and what they're used in?

2   A   The WiFi chips are used in a wide variety of applications,

3   ranging from other gaming systems to automotive applications.

4   Q   So, for example, does the Sony PlayStation contain the

5   Marvell IEEE 11 chip?

6   A   It does.

7   Q   Automobiles.  Can you give us an example of an automobile

8   that contains the Marvell 802.11 chip?

9   A   It was recently announced that the Audi A-8 will have a

10   Marvell chip.

11   Q   Do you have the price range of these various end products

12   that contain Marvell's WiFi chips?

13   A   Roughly.

14   Q   Can you give us some broad range of what it is?

15   A   So, I think the gaming stations are a few hundred dollars.

16   And, of course, the car is, I think, $80,000.  I'm not sure.

17   Q   How do the WiFi chips that are sold to Marvell's other

18   customers compare to those that are sold to Microsoft?

19   A   They're standards-compliant chips, so they're commodity

20   products, essentially.

21   Q   And you have some familiarity with the 802.11 standard?

22   A   Yes.

23   Q   Has it evolved over time?

24   A   It's continually evolving.

25   Q   Has Marvell been involved in that process?

1    A    Yes.  Several Marvell engineers are involved in various

2    802.11 committees.  And, in fact, one of our executives is

3    the chair of the 802.11 working group.

4    Q    Has Marvell made contributions in the standards

5    development process for 802.11?

6    A    Yes.

7    Q    And approximately how many issued 802.11 patents does

8    Marvell have, in the United States?

9    A    We have a few hundred issued patents.

10   Q    How important do you consider the Marvell 802.11 portfolio

11   to new and emerging WiFi products?

12   A    Well, we consider our 802.11 portfolio to be very

13   valuable, particularly with respect to the newer standards.

14   We're a younger company.  The patents we're pursuing

15   currently are new patents, they have a long life ahead of

16   them.  And they relate to the latest 802.11 standards.

17   Q    Just to be clear on that, the current standard is -- or

18   the latest is 802.11-N?

19   A    That's the latest approved standard.  There's the

20   802.11-AC which has been issued, I believe, in draft form.

21   Q    How important do you expect your patents to be in

22   connection with AC products?

23   A    We believe them to be very important.

24   Q    Now, over the past year and a half have you had any

25   dealings with Motorola related to the licensing of Motorola's

1    802.11 essential patents?

2    A    Yes.

3    Q    Have you been personally involved in those discussions?

4    A    Yes.

5    Q    Could you turn to Exhibit 1608 in your binder.

6    A    (Witness complies.)  Yes.

7    Q    Can you tell us what this letter is?

8    A    This a letter that we drafted to Motorola requesting

9    that they provide us with their --

10        MR. HARRIGAN:  I'm sorry, Your Honor.  We don't have

11   a binder.

12   A    This is a letter we drafted to Motorola requesting they

13   provide us their RAND license.

14   Q    I'm sorry, let's -- can you tell us again?

15   A    Yes.  We drafted this letter to Motorola, requesting that

16   they provide us with their RAND license.

17        MR. PRITIKIN:  Microsoft moves the admission of

18   Exhibit 1608.

19        MR. PALUMBO:  No objection, Your Honor.

20        THE COURT:  Admitted.

21        (Exhibit No. 1608 was admitted into evidence.)

22   Q    The letter is signed by whom?

23   A    This was signed by Jinping Yang, who reports to me.

24   Q    Who drafted this letter?

25   A    I drafted it.

1    Q    What is it that prompted you to send this request to

2    Motorola?

3    A    Microsoft made a request to us that we request a license

4    on RAND terms from Motorola.

5    Q    And was that pursuant to an indemnification arrangement?

6    A    Yes.

7    Q    And how would a license for Marvell's WiFi chips have

8    benefited Microsoft?

9    A    Well, we would have ideally obtained a license that would

10   have exhausted any further claims that would have been made

11   by Motorola against our customers.

12   Q    In the first paragraph the letter mentions a March 1994

13   intellectual property statement on the Motorola proposals in

14   the IEEE 802.11 standards body.  Do you understand that to be

15   a letter of assurance?

16   A    Yes.

17   Q    What did you understand Motorola had committed to do based

18   on this letter of assurance?

19   A    I understood that Motorola had committed to license their

20   standard essential patents on fair, reasonable, and

21   non-discriminatory terms.

22   Q    After this letter was sent, did you have some e-mails back

23   and forth with anyone at Motorola?

24   A    I did.

25   Q    With Mr. Kowolski?

1    A    Yes.

2    Q    Did you tell Motorola why you wanted the license?

3    A    Yes.

4    Q    What did you tell them?

5    A    That it was our intent to get a license that would protect

6    our customer, Microsoft.

7    Q    Did Motorola eventually make a license offer to Marvell?

8    A    They did.

9    Q    Could you turn to Exhibit 16 in your binder?

10        And there is an e-mail and a draft license agreement.

11   Can you explain what this is?

12   A    This e-mail and draft license agreement is what

13   Mr. Kowolski sent to me.

14   Q    When did he send it to you?

15   A    Friday, November 25, 2011.

16        MR. PRITIKIN:  Microsoft moves the admission of

17   Exhibit 16, Your Honor.

18        MR. PALUMBO:  No objection, Your Honor.

19        THE COURT:  16 is admitted.

20        (Exhibit No. 16 was admitted into evidence.)

21   Q    I want to ask you about some of the provisions of this

22   proposed draft license agreement you got back from Motorola.

23   As you understand it, did it license -- did the agreement

24   actually include a license for Marvell's chips?

25   A    No.

1    Q    What did you understand that it would cover?

2    A    As I read this agreement, it would cover products that use

3    our chips.  But it is not a license to our chips.

4    Q    You said you asked for a license to cover the product you

5    sold to Microsoft?

6    A    Yes.

7    Q    Were any of your customers specifically excluded from this

8    agreement?

9    A    Yes.  There's a section in the back called "repudiating

10   parties".  And those specific parties are excluded from this

11   agreement.  And that includes Microsoft and Apple.

12   Q    Now, what was your reaction to that?

13   A    Well, it was entirely contrary to what we had asked for.

14   We had asked for a license that would enable us to protect

15   our customers, specifically Microsoft in this case.

16   Q    Did you consider a license that applied to products that

17   were sold to some of your customers, but excluded others, to

18   be discriminatory?

19   A    Yes.  I would consider that discriminatory.

20   Q    Let's talk about the financial terms of the license offer.

21   What was the royalty rate that Motorola requested that

22   Marvell pay?

23   A    The royalty rate was 2.25 percent of the net selling price

24   of the end-user product.

25   Q    And did this change based on different end uses of your

1    customer's products?

2    A   Well, the percentage, I assume, would not change.  But you

3    would apply it against different net selling prices, so the

4    amount effectively would change.

5    Q   Let's see how that would work.  So if the net selling

6    price of a gaming system, like an Xbox or a Sony PlayStation,

7    including one of the Marvell 802.11 chips, is $200, as you

8    understand it, the royalty demanded by Motorola would have

9    been $4.50?

10   A   Yes.

11   Q   How does that compare to the price of the WiFi chips that

12   Marvell sells?

13   A   That royalty is slightly higher than the cost of the chip

14   itself.

15   Q   Now, let's see how it would apply in the future if Marvell

16   sold a WiFi chip to a computer manufacturer.  Assume with me

17   that a laptop has a net selling price of $1,000, would the

18   royalty under this proposed license be $22.50?

19   A   Yes.

20   Q   And how does that compare to the price that Marvell

21   charges for the WiFi chips?

22   A   Well, that's several times the price of our chip.

23   Q   Now, you told us earlier that Marvell sells WiFi chips to

24   Audi for use in its A-8?

25   A   That's right.

1   Q    Now, let's suppose an A-8 sells for $100,000.  How much

2   would the royalty be that Motorola was asking for?

3   A    That would be over $2,000.

4   Q    Now, if Marvell had agreed to the terms of this license,

5   how would that have affected Marvell's chip business, WiFi

6   chip business?

7   A    Well, we could not have agreed to these terms.  That's a

8   going-out-of-business model to pay such rates.

9   Q    Did you consider the royalty provisions of Motorola's

10  offer to be commercially reasonable?

11  A    No.

12  Q    Would it be practical for Marvell to pay different

13  royalties based on the nature of your customers' end-use

14  products like this?

15  A    It would not be practical because in many cases we don't

16  know the end use of our chips.

17  Q    Besides Marvell and Motorola, do you understand that there

18  are other companies that claim to have patents that are

19  essential to the 802.11 standard?

20  A    Yes.

21  Q    And in your view, even if the royalty rate was limited to

22  two and a quarter percent, not of the end price, but just of

23  the Marvell chip, could Marvell afford to pay this royalty to

24  every company that claims that it has essential 802.11

25  patents?

1   A    No.  The profit margin on semiconductor chips is quite

2   small, and at 2.25 percent of even the chip price, you can't

3   pay too many royalties before you just run out of profit.

4   Q    Is patent stacking a concern for you?

5   A    Yes.  That's the patent stacking problem or royalty

6   stacking problem.

7   Q    In your experience have you ever heard of a chip maker

8   paying a running royalty on the end-product price of its

9   customers' products?

10  A    I have not heard of that.

11  Q    In your experience at Marvell, is there a public benchmark

12  Marvell uses to assess the reasonableness of running

13  royalties of semiconductor chips?

14  A    We have in the past used the publicly-reported licensing

15  rate provided by ARM Holdings.  That's a publicly-reported

16  rate of one percent of the average selling price of the chip,

17  in exchange for which ARM provides not only patent licenses,

18  but significant IP that can be readily incorporated into a

19  semiconductor chip.

20  Q    Does that include design and know-how?

21  A    Yes.

22  Q    How does Marvell use this benchmark?

23  A    Well, for one percent we get considerable IP, which is

24  ready to use.  And so we would consider one percent of the

25  average selling price of a chip to be a high ceiling of what

1  a semiconductor company should pay for a royalty.

2  Q   And how does what you license from ARM compare to what you

3  would obtain in a license to a party's 802.11 standard

4  essential patent?

5  A   So, as I've noted, we don't just license patents, but we

6  also license a microprocessor core, or directions on how to

7  design a microprocessor core.  And that's considerable

8  valuable IP.

9  Q   Do you consider a two-and-a-quarter percent royalty on the

10 average selling price of the customer end-product that has

11 your chip in it to be a reasonable starting point for any

12 negotiation?

13 A   No.

14 Q   Do you consider two-and-a-quarter percent of the average

15 selling price, just of your chip, to be a reasonable starting

16 point for a negotiation?

17 A   No.

18        MR. PRITIKIN:  No further questions, Your Honor.

19        THE COURT:  Thank you.  Mr. Palumbo.

20                    CROSS EXAMINATION

21 BY MR. PALUMBO:

22 Q   Good morning, Ms. Ochs.  My name is Ralph Palumbo.  And as

23 you might have guessed, I represent Motorola in this matter.

24 Where do you reside?

25 A   I live in Palo Alto, California.

1    Q    Where were you served with your trial subpoena?

2    A    I accepted service by e-mail.

3    Q    And were you advised by anyone as to whether or not e-mail

4    acceptance of a subpoena outside the Western District of

5    Washington would compel you to testify here today?

6    A    I'm not sure that it does.

7    Q    You've negotiated several RAND licenses for chipsets, yes?

8    A    Yes.

9    Q    You would agree, in negotiating a RAND license, that

10   process can be very complex and time consuming.  Yes?

11   A    Yes.

12   Q    There are a number of material terms that need to be

13   negotiated in a RAND licensing agreement.  Also agree?

14   A    Yes.

15   Q    And those terms would include -- the material terms, would

16   include representations and warranties.  Yes?

17   A    Yes.

18   Q    Geographic scope of the license?

19   A    Yes.

20   Q    Term of the license that would need to be negotiated.

21   Yes?

22   A    Yes.

23   Q    Scope of release.  Yes?

24   A    Yes.

25   Q    Products covered by the license would have to be

1  negotiated.  Yes?

2  A   Yes.

3  Q   Typically there would be a defensive suspension provision

4  in a RAND license.  Yes?

5  A   No, I would not agree with that.

6  Q   In the back of your binder you have your testimony before

7  the International Trade Commission.  Could you turn to that

8  please, Ms. Ochs?

9  A   Yes.

10  Q   This was testimony that you gave at a hearing before the

11  United States International Trade Commission on Wednesday,

12  January 18th.  Yes?

13  A   Yes.

14  Q   If you'll turn to page 1937, lines 21 to 25, you were --

15  it's the second page of this -- I'm sorry, it's not the

16  second page.  It's 1937.

17  A   Yes.

18  Q   And you were sworn to testify to the truth, the whole

19  truth, and you agreed to do so.  Yes?

20  A   I did.

21  Q   Will you turn to, now, page 1979.  And let's look at,

22  starting at line 3, tell me when you're there, please,

23  Ms. Ochs.

24  A   Yes.

25  Q   The question you were asked, "Are you familiar with that

1   term?  Defensive suspension provision." And you said, "I

2   am." Question: "What is that?" You said, "I am -- typically

3   in the context of entering into a standards body with other

4   competitors, or even in agreements like this, there is a

5   provision whereby if the other party initiates an action

6   against you, you may suspend or somehow modify the RAND

7   obligation." That was the answer you provided?

8   A   Yes.  So I'm not sure if you're focusing on the word

9   "typically".  I am familiar with defensive suspension.  I've

10  seen them more recently.  And the RAND agreements I've worked

11  on in the past, we had not included such provisions.  Now I

12  think the parties are trying to be more sophisticated in

13  including them.

14  Q   If you'll turn to the next page, 1980, and we'll start on

15  line 13.  Tell me when you're there, Ms. Ochs.

16  A   Yes.

17  Q   The question was asked, "So the license you would normally

18  expect, and this would be -- this is not an unusual term in

19  license agreements, this defensive suspension provision would

20  exclude a license to Microsoft through Marvell, correct?"

21  And you answered, "Yes.  Although we had specifically asked

22  for a license that would cover Microsoft." That was the

23  answer you gave on that day.  Yes?

24  A   I agree with that.  I think as a more nuanced answer, I

25  think that's the more current trend.  I believe you started

1  this line of questioning about asking about my background in

2  RAND licenses, and we had not included this previously.

3  Q   Okay.  Negotiation of a RAND license would also involve

4  the negotiation of the royalty rates.  Yes?

5  A   Yes.

6  Q   And RAND licenses also often include or typically include

7  a cross-licensing agreement.  Yes?

8  A   Yes.

9  Q   And the cross-licensing agreement will affect the royalty

10 rate paid to the licensee.  Yes?

11 A   It could.

12 Q   So, for example, you could have an offer of a license and

13 a counteroffer of a cross-license such that the license

14 offered by the licensor, and the royalty rate for that was

15 canceled out entirely by the cross-license.  So effectively

16 you'd have a license and a cross-license, and neither party

17 would pay anything to the other party, correct?

18 A   Yes.  But the opening offer should at least be on the same

19 order of magnitude of what you think a reasonable offer would

20 be.

21 Q   Right.  And you've told us that Marvell's patents -- you

22 believe Marvell's patents are important, or very important to

23 the 802.11 standard, yes?

24 A   Yes.

25 Q   And in this case Motorola offered a license to Marvell for

1    its 802.11 patents, correct?

2    A    Yes.

3    Q    And Marvell made a counterproposal in which it offered to

4    license Marvell's 802.11 patents to Motorola, correct?

5    A    I'm not sure if you would call it a formal

6    counterproposal.  We did have an in-person meeting.

7    Q    You actually provided a red-lined counterproposal?

8    A    We did.  But we didn't provide a number.

9    Q    Under Marvell's proposal you would pay nothing to license

10   Motorola's patents, 802.11 patents, and Motorola would pay

11   nothing to license Marvell's 802.11 patents?

12   A    That's right.

13   Q    So the royalties for your important 802.11 patents and

14   Motorola's 802.11 patents would have canceled each other out,

15   correct?

16   A    Yes.

17   Q    Now, during the time that you are aware Marvell has been

18   selling semiconductor chips, Motorola never told Marvell it

19   needed a license to Motorola's 802.11 patents, correct?

20   A    That's right.

21   Q    And, in fact, Motorola affirmatively told Marvell that it

22   had no intention of asserting its 802.11 patents against

23   Marvell, correct?

24   A    That's right.

25   Q    And after you approached Motorola for a license, you

1  learned that Motorola historically did not license chipset

2  manufacturers, correct?

3  A   Yes.

4  Q   In fact, you understood that Motorola had a

5  well-established program of licensing end-users such as

6  Microsoft on Motorola's 802.11 patents, correct?

7  A   That's what I was told.

8  Q   The only reason that Marvell requested a license of

9  Motorola's 802.11 patents was because Microsoft claimed

10  Marvell was contractually obligated to do so.  Yes?

11  A   Yes.

12  Q   And, in fact, Marvell contests that it is required to get

13  a RAND license for Microsoft, right?

14  A   We have never conceded that the particular indemnity

15  provision that was invoked here by Microsoft is applicable or

16  controlling.  But, nevertheless, we have complied with their

17  request.

18  Q   You never admitted that you actually have an obligation to

19  seek a RAND license from Motorola for Microsoft, correct?

20  A   We haven't admitted that, under our indemnity obligation,

21  that we are bound to do so.  But they're a very significant

22  customer, and so forth.  So we'll try and comply.

23  Q   Could we have Exhibit 1610.  And you will find that in

24  your binder, Ms. Ochs.

25  A   Yes, I have it.

1    Q    This is a letter from Jinping Yang of Marvell, to Leonard

2    Smith of Microsoft, right?

3    A    Yes.

4    Q    Dated March 24, 2011.  Yes?

5    A    Yes.

6    Q    And you're the person at Marvell who actually drafted this

7    letter, correct?

8    A    I might have edited a draft that she provided.

9    Q    You didn't draft this?

10   A    It looks familiar.  I'm familiar with this letter.  I just

11   don't remember if I was the original drafter, as I was with

12   the other one that was introduced.

13   Q    Let's see if I can refresh your recollection.  If you can

14   turn, again, to your ITC testimony.  This time let's look at

15   page 1994.  And we'll start at page 9, or line 9.  Tell me

16   when you have it, Ms. Ochs.

17   A    Yes.

18   Q    If you'll notice on your copy of Trial Exhibit 1610,

19   there's a letter designation in the upper right-hand corner,

20   CX 819-C.  Do you see that?

21   A    Yes.

22   Q    If you look at line 9, these are questions about CX 819-C,

23   which is now Trial Exhibit 1610.

24   A    That's fine.

25   Q    It's referring to this letter dated March 24th.  And at

1   line 20 you were asked, "Are you familiar with this letter?"

2   You said, "Yes."  Question:  "You mentioned that you drafted

3   another letter for Jinping Yang.  Did you draft this one?"

4   Your answer is:  "I believe I drafted this one also."

5   A   So, I believe I drafted this one.  I don't specifically

6   remember.  My recollection at the time of the ITC testimony

7   might have been a little fresher than it is now as to whether

8   I drafted this full letter, or as to whether I edited it,

9   which is what I think I did now.

10          MR. PALUMBO:  We'll move admission of 1610, Your

11   Honor.

12          MR. PRITIKIN:  No objection.

13          THE COURT:  1610 is admitted.

14          (Exhibit No. 1610 was admitted into evidence.)

15   Q   If you'll look, Ms. Ochs, at the third paragraph of 1610,

16   the first sentence which says, "The November 30, 2004

17   agreement between Marvell and Microsoft, which you reference

18   in your letter, contains exclusions to our indemnity

19   obligations," and so on.  The November 30, 2004 agreement is

20   the agreement that governs Marvell's sale of chipsets to

21   Microsoft.  Yes?

22   A   Yes.

23   Q   That is also the agreement Microsoft claims requires

24   Marvell to indemnify Microsoft by getting a RAND license for

25   Microsoft to Motorola's 802.11 patents.  Yes?

1    A    Yes.

2    Q    The first paragraph, first sentence says, "This letter is

3    in response to Microsoft Corporation's November 24, 2010 and

4    March 14, 2011 letters to Marvell in relation to the patent

5    infringement suits filed by Motorola."  Do you see that?

6    A    Yes.

7    Q    And those letters, the November 24, 2010 and March 11,

8    2011 letters, are the letters in which Microsoft claimed it

9    had the right to require Marvell to procure a RAND license

10   from Motorola, right?

11   A    Yes.

12   Q    And then if you'll look at the last sentence of the third

13   paragraph which says, "Further, the Motorola action appears

14   to have been a retaliatory effort prompted by Microsoft's

15   initiation of legal proceedings against Motorola.  And as

16   such, it is unclear that Marvell owes an indemnity to

17   Microsoft in these circumstances."  That's your language,

18   correct?

19   A    Yes.

20   Q    And so what you're saying there is, look, Microsoft

21   started this fight and began the litigation with Motorola,

22   it's Microsoft's fight, not Marvell's, and we don't think we

23   ought to be involved.  That's what you're saying, correct?

24   A    In essence, yes.

25   Q    What you're saying to Microsoft is that Marvell doesn't

1  owe an indemnity obligation.  That was your argument.  Yes?

2  A   Yes.

3  Q   Now, if you'll look at 1608, Ms. Ochs, which you testified

4  about here in your direct examination.  This is a letter from

5  Jinping Yang to the patent licensing organization at

6  Motorola.  Yes?

7  A   Yes.

8  Q   And this is another letter that you drafted.  Yes?

9  A   Yes.

10  Q   If you'll look at the last paragraph, this is your

11  request, Marvell's first request to Motorola for a RAND

12  license to Motorola's 802.11 patents, correct?

13  A   Right.

14  Q   And this letter is seven years after Marvell entered into

15  its purchase agreement with Microsoft, that Microsoft claims

16  requires Marvell to get a license, right?

17  A   I don't, off the top of my head, have the date of that

18  agreement.  But I'll take your word for it.  It is seven

19  years.

20  Q   I can refresh your recollection, if you'd like.

21  A   If you'd like.

22  Q   Again, ITC 1999.  And we'll start at line 20.  Again, tell

23  me when you're there, Ms. Ochs.

24  A   Yes, I see that.

25  Q   You were asked the question, "I understand that.  And to

1  put a further point on the timeframe involved here, this

2  letter in July 2011 is seven years after Marvell entered into

3  its purchase agreement with Microsoft that required you to

4  indemnify or obtain patents for Microsoft, correct?"  And

5  your answer was, "Yes."

6  A   Yes.  I'm hesitating, because at the ITC I actually had

7  the agreement in front of me so I could confirm the date.

8  And I don't know if it's here.  That's the only issue.  I'm

9  just not entirely sure what the date was now.

10 Q   But, in any case, that was your testimony?

11 A   That is what the question was.  And I presume I had the

12 agreement in front of me at the time to confirm that was, in

13 fact, the date.

14 Q   So, seven years after Motorola started selling chips to

15 Microsoft, Microsoft came to Marvell and said, we want you to

16 get a license from Motorola for the chips you're selling to

17 us, right?

18 A   Well, to be sure, throughout the course of this agreement,

19 they have on several occasions asked us to indemnify them for

20 patent-related issues that concern our chips.

21 Q   So far as you are aware, Microsoft has not come to Marvell

22 in any other situation in the past seven years and said, we

23 want you to go get a license to these patents to cover our

24 chips, correct?

25 A   Typically they asked us to pay their attorneys fees'

1  rather than invoke the other provision.  So this is the first

2  time, I think, in my knowledge, to my knowledge, they've

3  invoked this provision.

4  Q   You've not heard anything, you're not aware of any

5  instance in the past seven years where Microsoft has come to

6  Marvell and said, we want you to go get a license for patents

7  that cover our chips, right?

8  A   Not to my knowledge.

9  Q   Now, you testified that Microsoft made its first indemnity

10  demand on November 24, 2010.  And then what we see is that

11  Marvell waited eight months, almost eight months until

12  July 18, 2011 to send the letter to Motorola requesting a

13  RAND license, correct?

14  A   That's right.

15  Q   Now, if you'll look at Exhibit 16, Ms. Ochs, which you

16  also testified about in your direct examination.  Exhibit 16

17  are two e-mails from Mr. Kowolski to you, correct?

18  A   Yes.

19  Q   And they both relate to licensing discussions between

20  Motorola and Marvell, right?

21  A   Yes.

22  Q   If you'll look at Mr. Kowolski's November 25th e-mail, top

23  of the page, first paragraph, he says, "Further, pursuant to

24  Marvell's request, attached is a copy of the proposed license

25  agreement for Marvell's consideration."  Yes?

1    A    Yes.

2    Q    So on or about the 25th of November -- well, actually, on

3    the 25th of November, Motorola responded and sent you a

4    proposed license agreement, correct?

5    A    Yes.

6    Q    And Mr. -- and the third paragraph, Mr. Kowolski offers to

7    meet with you the week of December 12th to discuss Motorola's

8    proposed license, correct?

9    A    Yes.

10   Q    But you didn't meet with Mr. Kowolski in December 2011,

11   did you?

12   A    They terminated that meeting, yes.

13   Q    In fact, more than five months later, as of June 2012,

14   Marvell had still not provided Motorola with any comments or

15   counterproposal to Motorola's proposed license, right?

16   A    Well, we wanted to have this meeting so that we could

17   present the Marvell portfolio to them, to establish the value

18   of that.  And they -- after terminating the meeting the week

19   of December 12th, they said they didn't want to meet while

20   the ITC trial was pending.  But after some time had passed,

21   then they were available to meet, and we did meet.

22   Q    You have, in your binder, Trial Exhibit 3412, if you'll

23   look at that, please, Ms. Ochs, and tell me when you have it

24   in front of you.

25   A    Yes.

1    Q    And there are two e-mails on this exhibit, one from

2    Mr. Kowolski to you, and one from you to Mr. Kowolski,

3    correct?

4    A    Yes.

5    Q    They both relate to licensing discussions.  Yes, Ms. Ochs?

6    A    Yes.

7            MR. PALUMBO:  We move for admission of 3412, Your

8    Honor.

9            MR. PRITIKIN:  No objection.

10           THE COURT:  3412 is admitted.

11           (Exhibit No. 3412 was admitted into evidence.)

12   Q    If you look at the second e-mail, which is from

13   Mr. Kowolski to you on June 4, 2012, in the second sentence

14   he said, "Given that over six months have passed since

15   Motorola Mobility provided Marvell a draft license agreement,

16   please provide Marvell's comments to that draft, or a

17   counterproposal to Motorola Mobility in advance of our

18   meeting so we can prepare to address Marvell's concerns, if

19   any, at our meeting."  That's what Mr. Kowolski wrote you on

20   that day.  Yes?

21   A    Yes.

22   Q    Now, if you'll look at Trial Exhibit 3404, please,

23   Ms. Ochs.  And, again, tell me when you're there.

24   A    Yes.

25   Q    3404 is an e-mail from you to Mr. Kowolski dated

1    November 7, 2012, and an e-mail from Mr. Kowolski to you

2    dated November 6, 2012, correct?

3    A    Yes.

4    Q    Both relate to licensing discussions, correct?

5    A    That's right.

6         MR. PALUMBO:  We move admission of 3404.

7         MR. PRITIKIN:  No objection.

8         THE COURT:  3404 is admitted.

9         (Exhibit No. 3404 was admitted into evidence.)

10   Q    Please look at the bottom of the first page of 3404, and

11   continuing on to the second page where Mr. Kowolski writes,

12   "I also write to follow up on our June 26 meeting at

13   Marvell's office.  At that meeting, in response to Motorola

14   Mobility's initial proposal, Marvell presented a

15   counterproposal with a royalty-free cross-license."  So

16   Marvell finally gave Marvell a counterproposal on the 26th of

17   June, 2012, correct?

18   A    Yes.

19   Q    And in the counterproposal Marvell proposed to license

20   Motorola to Marvell's 802.11 patents on a royalty-free basis.

21   The royalties would cancel each other out, correct?

22   A    Yes.

23   Q    Motorola responded to that proposal by asking Marvell to

24   provide claim charts, correct, for these patents?

25   A    Yes.

1    Q    You agreed to do that, correct?

2    A    We did.

3    Q    It's now November 2012, and Marvell still hasn't provided

4    any claim charts to Motorola, correct?

5    A    We have not.  We have some in progress.  I'm afraid it

6    hasn't been a high priority.  We have other things that are

7    more compelling, and given how far apart we were at the

8    negotiations, it just hasn't been a high priority.  But we

9    are almost done.  And we can provide those.

10   Q    So if my calculations are right, it's been 24 months since

11   Microsoft came to Marvell and said, go get us licenses for

12   Motorola's 802.11 patents, right?

13   A    I'll trust your timing.

14   Q    And at least 18 months of that period in completing

15   license negotiations was consumed by Motorola waiting for

16   something from Marvell, correct?

17   A    Repeat that.  Could you please repeat that?

18   Q    Yeah.  Well, I can break it down.  First, after getting

19   Motorola's demand, Marvell waited eight months before it

20   actually sought an 802.11 license from Motorola, correct?

21   A    So, after getting Motorola's demand, we had been

22   endeavoring to set up our in-person meeting so we could

23   provide our feedback.  And we did do that.  The meeting was

24   delayed by the ITC trial.

25   Q    All right.  But there was eight months between Microsoft

1    saying, go get us licenses to Motorola's patents, and the

2    time you actually wrote a letter to Motorola requesting a

3    license, right?

4    A    Yes.  As we've discussed, we tried to push back on

5    Microsoft as much as we can.  This would be a significant

6    undertaking.  And we needed to get consensus that this is, in

7    fact, the path we wanted to go down.  We were not anxious to

8    go down this path.

9    Q    And then after receiving Motorola's license on the 25th of

10   November 2011, Marvell took another seven months before it

11   made its June 26, 2012 counterproposal?

12   A    I would dispute that because we were planning to meet in

13   December, and we had these materials ready.  And then

14   Motorola canceled that meeting because of the pendency of the

15   ITC trial.  And then once they became available to have the

16   next meeting, we did.

17   Q    And it was on the 26th of June that you finally provided a

18   counterproposal, right?

19   A    Well, we provided a red-lined, you know, it was our

20   opening negotiating proposal.

21   Q    Right.  And now we've had, since you provided your

22   red-lined and promised to give claim charts, another five

23   months have passed, right?

24   A    Yes.

25   Q    So it's fair to say, isn't it, Ms. Ochs, that Marvell

1   isn't moving very quickly to get a RAND license for

2   Motorola's 802.11 patents, right?

3   A   I suppose that's relative.  But, you know, we're doing the

4   best we can.

5         MR. PALUMBO:  I think that's all I have, Your Honor.

6   Thank you, Ms. Ochs.  Oh, yeah, just --

7   Q   (By Mr. Palumbo)  Your red-lined proposal to Motorola,

8   when you received Motorola's license, I take it from what

9   you've told us that you didn't think Motorola's license was

10   even in the ballpark, correct?

11   A   That's right.

12   Q   And you've told us that you thought it was just not at all

13   -- it just wasn't vaguely a reasonable RAND offer, correct?

14   A   Right.

15   Q   And so the way you responded to that was you made a

16   counteroffer, right?  You gave them a red-lined -- you said,

17   we'll give you a cross-license, royalty free.  You responded

18   to the offer, despite the fact of the manner in which you

19   viewed it, correct?

20   A   I suppose you could characterize it that way, yes.

21   Q   Thank you.

22         MR. PALUMBO:  That's all I have at this point, Your

23   Honor.

24         MR. PRITIKIN:  I just have a couple questions, Your

25   Honor.

1        REDIRECT EXAMINATION

2   BY MR. PRITIKIN:

3   Q    Ms. Ochs, do you think the Marvell and the Motorola 802.11

4   patent portfolios are of equal value?

5   A    No.

6   Q    What's your view?

7   A    Well, I haven't looked at the entire Motorola portfolio.

8   We've only been focused on these two asserted patents.  But

9   those two patents are older.  They don't have much life in

10  them.  They relate to the older versions of the standard.

11  Our portfolio is very valuable.  We're very active in the

12  standards body.  The patents we are getting now have direct

13  applicability to the standards and they have a long life

14  ahead of them.

15  Q    And why, then, were you willing to propose a royalty-free

16  cross-license?

17  A    I think there are some at Marvell who would object and

18  might think that Motorola should be paying us.  But given

19  that Microsoft made this request and they're a valuable

20  customer, we thought if we started and proposed that they pay

21  us money, that that wouldn't be viewed as negotiating in good

22  faith.  And we got internal authority to just propose royalty

23  free.  We thought that's more than fair, even if perhaps we

24  could, you know, get them to be paying us for our portfolio,

25  we have not traditionally asserted patents affirmatively.  We

1  use them only defensively.

2  Q    Now, regardless of whether you did or you did not have an

3  indemnity obligation to Microsoft, did you believe that

4  Marvell was entitled to a license from Motorola on RAND terms

5  if it asked for one?

6  A    As I understand RAND, it means you provide that license to

7  a party that asks.  So, yes.

8          MR. PRITIKIN:  Nothing further, Your Honor.

9          MR. PALUMBO:  No questions, Your Honor.

10          THE COURT:  Just a couple of questions.

11                              EXAMINATION

12  BY THE COURT:

13  Q    Other than the 802.11 WiFi connectability, what other

14  functions do the Marvell chips perform?

15  A    Those particular chips are pretty focused on just doing

16  WiFi.

17  Q    We heard some testimony earlier that was helpful in

18  clarifying this question.  If you practice the 802.11

19  standard, do you need to license all of the standard

20  essential patents, or just some of them, if you're Marvell?

21  A    So, you know, we take the letters of assurance to mean

22  that if we determine that we need a license, we will be able

23  to obtain one on RAND terms.  But, you know, business being

24  what it is, we don't affirmatively go out and assess all

25  third-party patents to see which ones we need a license to.

1   Q    Did you hear the testimony in regards to profiles?

2   A    No, I wasn't in the courtroom.

3   Q    If I understood the testimony, a profile would be, you're

4   practicing a standard within a particular area, and,

5   therefore, you might not need to get a license of all

6   industry-essential patents that are included in the standard.

7        Would that conform to your understanding?

8   A    So, my understanding of 802.11 is that it enables one to

9   provide interoperability with respect to a communications

10  system.  So I've not heard this term "profiles" before.  It

11  may be that, you know, a particular party has narrower

12  patents that don't relate to something that is specifically

13  called out in the standard, but might relate to a particular

14  implementation that people think is a nice way of

15  implementing the standard, but it's not required by the

16  standard.  I'm just speculating as to what this testimony

17  might have been about.

18  Q    The following questions assume, if you know, you may well

19  not, who are Marvell's competitors for this particular chip?

20  A    So, WiFi parts are largely commodity parts.  And our main

21  competitors are Intel, Broadcom and Atheros, which is now

22  part of Qualcomm.  And in the Asian markets there's some

23  competition from companies like Media Tech or Real Tech,

24  which I think has just been acquired.

25  Q    Is the pricing for these chips, because they're quantity

1  chips, roughly similar?

2  A   They have to be very close.  It's very competitive.

3  Q   Do you know if any of your competitors have licensing

4  agreements with Motorola for the 802.11 standard?

5  A   I'm not familiar with whether they have them with

6  Motorola.  But customers are very interested in what patents

7  are cleared when they make a decision about whose chips to

8  buy.  So we all know at least what's publicly available about

9  our competitors.

10          THE COURT:  All right.  Thank you.  Anything further,

11  counsel?

12          MR. PRITIKIN:  No, Your Honor.

13          THE COURT:  Mr. Palumbo?

14          MR. PALUMBO:  No, Your Honor.  Thank you.

15          THE COURT:  You may step down.  Thank you very much.

16      Mr. Pritikin, we are adjourning at 3 o'clock today to

17  accommodate another sentencing.  Do you want to call your

18  next witness or add seven minutes to your lunch hour?

19          MR. PRITIKIN:  I think we might as well keep moving,

20  if that's acceptable to the court.  Microsoft calls, as its

21  next witness, Dr. Michael Orchard.

22                    MICHAEL ORCHARD

23      Having been sworn under oath, testified as follows:

24          THE CLERK:  Will you state your name for the record

25  and spell your last name, please?

1          THE WITNESS:  My name is Michael Orchard,

2   O-R-C-H-A-R-D.

3          MR. JENNER:  Your Honor, a matter of clarification.

4   It's a little unusual.  Mr. Pritikin and I agree it might be

5   beneficial for the court, in light of the questions you asked

6   the prior witness, if we, by agreement, explain to the court

7   that the profiles you inquired about with respect to 802.11,

8   the profiles -- if this is not clear -- the profiles only

9   apply to the other standard, the H.264.  And there are not

10  profiles in 802.11.  That may be the reason that the witness

11  was confused.  Profiles don't apply to 802.11.  I think we

12  agree on that.

13         MR. PRITIKIN:  Your Honor, we've been jumping back

14  and forth in the interest of accommodating witnesses.

15  Normally we would have done H.264 and then done 802.11

16  separately.

17         MR. JENNER:  I just want to help avoid confusion.

18         MR. HARRIGAN:  One other minor item, Your Honor.

19  You'll recall Mr. Glanz's testimony about the slides that

20  were presented in July of 2003, and those exhibits, they have

21  the profiles in them.  They describe what the two main

22  profiles are.

23         THE COURT:  Thank you.

24

25                 DIRECT EXAMINATION

1   BY MR. PRITIKIN:

2   Q   Professor Orchard, could you look at Exhibit 1493 in the

3   binder that you have.  Can you identify that as a copy of

4   your curriculum vitae?

5   A   I'm not finding 1493 here.  I'm sorry.  Yes, it is.

6            MR. PRITIKIN:  And Microsoft offers 1493, Your Honor.

7            THE COURT:  Any objection?

8            MR. ROWLAND:  No objection.

9            THE COURT:  It's admitted.

10           (Exhibit No. 1493 was admitted into evidence.)

11  Q   Where are you currently employed?

12  A   I'm a Professor in the Department of Electrical

13  Engineering at Rice University.

14  Q   What courses do you teach?

15  A   I teach courses in digital signal processing, digital

16  image processing, and related courses, oftentimes with a

17  focus on data compression.

18  Q   What is your educational background?

19  A   I received my Ph.D. from Princeton University and my

20  bachelor's from San Diego State University.  And in between I

21  have two master's, one from San Diego State University, and

22  one from Princeton, all of them in electrical engineering.

23  Q   What experience do you have in the field of digital signal

24  processing and image and video processing?

25  A   I worked in digital signal processing, before going for my

1    Ph.D., at Scientific Atlanta.  And since my Ph.D., I've done

2    consulting at AT&T Bell Labs, AT&T Laboratories, after the

3    split-up, as well as Slumbershay, Flextronics, and several

4    other companies, NEC Institute.

5    Q    Briefly, what types of research have you done in this

6    area?

7    A    My research has primarily been focused on image and video

8    compression.  And, in general, other questions in image and

9    video processing.

10   Q    Have you received any honors or awards for your work in

11   the field of video compression?

12   A    I have been named a fellow of the IEEE for contributions

13   in image and video compression.

14   Q    Were you here during the testimony of Dr. Sullivan?

15   A    Yes, I was.

16   Q    And there was testimony about the development of H.264.

17   Did you follow the work of VCEG and the JVT during the

18   development of H.264?

19   A    Yes, I followed it quite closely.

20   Q    Did you personally make any proposals?

21   A    Yes.  Some of the activity I did as a consultant with AT&T

22   Labs was proposed at several VCEG meetings.

23   Q    Did you have conversations with Dr. Sullivan during the

24   period of development?

25   A    Yes, I did, both associated with that proposal, and other

1    times, because we were colleagues, we co-authored papers

2    before.

3    Q    Have you prepared a demonstrative summarizing the

4    conclusions that you have reached in this case, Professor

5    Orchard?

6    A    Yes, I have.

7    Q    Could we put up 4017.  Is this a summary of your

8    conclusions?

9    A    Yes, it is.

10    Q    And before we adjourn for lunch, could you tell the court,

11    briefly, what those conclusions are, and then we'll go into

12    them in more detail after lunch.

13    A    Okay.  First, maybe the high-level conclusion is that as a

14    -- taken in perspective of the grand total of contributions

15    that led to the advances in H.264, the Motorola patents are

16    really a small, very slight sliver of those of the

17    technological contributions.  A large portion of those

18    patents relate to interlaced coding, which is not very

19    important in H.264.

20        Two other patents that are unrelated to interlaced, one of

21    them is expired and one is about to expire.  And for all of

22    the patents, there were alternatives that were available to

23    JVT, and they were quite reasonable alternatives.  And, in

24    particular, the Motorola patents have little significance to

25    the products that Microsoft -- that I reviewed for Microsoft.

98

1   MR. PRITIKIN:  Your Honor, can we do one housekeeping

2   item before we adjourn for lunch?

3   THE COURT:  Sure.

4   MR. PRITIKIN:  There will be testimony about the

5   various Motorola and the Microsoft H.264 patents.  We would

6   like to move the admission of those.  I don't believe there's

7   any objection to them.  And I could simply read into the

8   record the exhibit numbers of those patents.

9   THE COURT:  As long as you promise to go slowly.  Any

10  objection?

11  MR. ROWLAND:  No, Your Honor.

12  MR. PRITIKIN:  The Motorola patents are 265, 266,

13  268, 270 to 278, 280 to 283.

14  And the Microsoft patents are 796, 798, 800, 813 to 818.

15  822 to 825.  827 to 831.  833.  840 to 842.  846 to 848.  854

16  to 857.  868 to 870.  884.  890.  893.  895.  906.  924.

17  1411 and 1669.

18  (Exhibit Nos. 265, 266, 268, 270, 278, 280, 281, 282, 283,
    796, 798, 800, 813, 814, 815, 816, 817, 818, 822, 823, 824,
19  825, 827, 828, 829, 830, 831, 833, 840, 841, 842, 846, 847,
    848, 854, 855, 856, 857, 868, 869, 870, 884, 890, 893, 895,
20  906, 924, 141 and 1669 were admitted into evidence.)

21  THE COURT:  All right.  With that exciting bit of

22  testimony.  We'll break for lunch.  We'll be in recess until

23  1:00 p.m., counsel.  Recall that we're going to take a hard

24  stop at 3 o'clock.  Because I have a sentencing.  We'll be in

25  recess.

```
 1   (Recess.)

 2          THE COURT:  Counsel, before we begin, due to some

 3   developments in my criminal calendar, it appears that the

 4   sentencings that I have scheduled for Monday won't be going

 5   forward for various reasons, in which case we will be able to

 6   start at 9:00.  That should allow you to get finished up by

 7   Tuesday at the end of the afternoon.  I will give you a

 8   definitive answer hopefully by the end of the day.  For

 9   planning purposes, that appears to be where we are headed.

10          MR. PRITIKIN:  Your Honor, we are doing our best to

11   get these witnesses on and off.  Professor Orchard has a

12   class he needs to teach tomorrow morning.  We were hoping to

13   make faster progress than we have.  It is possible that we

14   will not finish the direct and the cross by 3:00 this

15   afternoon.  We have indicated that we are perfectly happy --

16   He will be here next week --

17          THE COURT:  Fine, we will separate it.

18          MR. PRITIKIN:  As I understand it, it is okay with

19   Mr. Jenner if they complete their cross on Monday or Tuesday.

20          MR. JENNER:  It looks like we will have similar

21   classroom scheduling problems.  We hope everybody will

22   accommodate each other in terms of flipping witnesses around.

23          THE COURT:  If they don't, I will.  Jurors, just as a

24   trial point, when I can say to the jury, "The lawyers are

25   trying to use your time wisely, this is out of sequence, you
```

1    may be wondering what's going on," they love you for it.

2    They think you are being respectful of them.

3              MR. JENNER:  We will cooperate.

4    By Mr. Pritikin:

5    Q    Professor Orchard, before we get into the details about

6    the opinions that you have expressed, I want to ask you some

7    questions about video -- interlaced video.  First, what is

8    video compression?

9    A    Video compression is the processing of a video sequence in

10   order to transform it into a file size, a set of bits, that

11   is smaller than the original collection of pixel values.

12   Q    Now, why is it necessary to compress modern digital video?

13   A    Because modern digital video, particularly of high

14   definition type video, has just immense amounts of data.  It

15   has typically something on the order of about 20 gigabytes of

16   data per minute.  If you were to use your home three gigabits

17   per second -- pardon, three megabits per second, a typical

18   internet link, it would take you about 15 hours to download

19   one minute of video.

20   Q    We have heard these terms "encoding" and "decoding."  Can

21   you explain briefly what those are?

22   A    Encoding is the process of operating on the original video

23   and turning it into a smaller file.  Decoding is operating on

24   the smaller file and turning it back into the original, or

25   some approximation to the original video.

1   Q    And what are "coding tools"?

2   A    Coding tools are individual tools that are used in the

3   process of coding.  And they are a typical coding algorithm,

4   coding standard or compression standard.  There are many,

5   many different types for different purposes, all that

6   contribute a little bit to the efficiency, to the ability to

7   shrink the size, and together they do a very good job.

8   Q    Have you prepared a demonstrative to help explain the

9   difference between progressive and interlaced video?

10  A    Yes, I have.

11  Q    Could we take a look at Exhibit 4019?

12        Again, the court has heard quite a bit about this, so I

13  don't want to belabor it.

14        Can you explain briefly what the difference is between

15  progressive and interlaced video?

16  A    Progressive video is perhaps the most natural to

17  understand.  Video is a sequence of images.  Each image is

18  something like you might take on your video camera.

19  Progressive video is just video that has a sequence of

20  pictures, like from your camera, shown on the left there.

21        Interlaced video chooses to take separate pictures, one of

22  all the even lines of a picture and the other of the odd

23  lines.  And they are taken at different times.  So in this

24  picture you see the cannon.  One takes it before the ball

25  leaves the cannon, and the other one after.  They are

1    slightly off in time.

2    Q    Now, is the format, progressive or interlaced, initially

3    determined when the video is captured?

4    A    Absolutely, yes.

5    Q    And does progressive video stay progressive?

6    A    Progressive video always stays progressive.

7    Q    Now, if it is captured as interlaced video, can it be

8    converted to progressive?

9    A    It can be and often is, and often has to be, particularly

10   if eventually it is going to be displayed on a progressive

11   screen.

12   Q    Is progressive video ever converted back to interlaced?

13   A    Never.

14   Q    Now, take something like Windows, does it ever convert a

15   progressive video to interlaced?

16   A    No, it does not.

17   Q    What are the terms "frame coding" and "field coding"?

18   A    Frame coding is the application of any of the coding tools

19   to the frame itself.  So that's the entire picture.  Field

20   coding is the application of usually the same tools to each

21   of the fields, that is, each of either the even lines or the

22   odd lines of the picture.

23   Q    And we have heard the term "interlaced coding tools."

24   What do those refer to?

25   A    Interlaced coding tools are tools designed to increase the

1    efficiency of coding interlaced material.

2    Q    Is field coding used with progressive video?

3    A    No, it is not.

4    Q    What was the origin of interlaced video?

5    A    Interlaced video was a technique back in the day when we

6    had analog televisions, like we all -- most of us know from

7    20 years and before.  The way that the image information is

8    scanned on the screen is driven by the format of the data.

9    And so in old screens, it was found that by only showing the

10   even lines, and then later only showing the odd lines, you

11   end up sending image information to the screen at a faster

12   rate, and it made the eye-perceived motion more continuously

13   than if you just spent the time to send the whole picture.

14   Q    Now, is it still necessary to use interlaced video?

15   A    No, it is not, because now the rate at which image

16   information goes to the screen is determined usually --

17   almost entirely by your television set or your computer, and

18   they usually send it much faster than the rate at which the

19   format of the video was taken.

20   Q    Is the display in a modern computer or television

21   interlaced or progressive?

22   A    Virtually all displays are progressive.

23   Q    How common is interlaced video today?

24   A    It is very rare.  There is interlaced video that was taken

25   -- like archived video, but it is rare and it is becoming

1    increasingly more rare.

2    Q    Could you look --  Let's look at Demonstrative

3    Exhibit 4020.  Have you prepared a demonstrative explaining

4    some of the reasons for the decline of the interlaced video?

5    A    Yes, I have, just in simple terms.  First, interlaced scan

6    of video is a solution to a problem that no longer exists.

7    Secondly, today's displays are virtually all progressive.

8        And, finally, interlaced video causes problems.

9    Interlaced video is not as compressible.  It takes more bit

10   rate.  Modern algorithms that try to detect objects or do

11   fancy things have real difficulty dealing with the interlaced

12   format.

13   Q    Now, what was the first video compression standard that

14   contained interlaced coding tools?

15   A    That would be MPEG-2, was the first one intended to be

16   operated on interlaced video, and therefore it developed the

17   tools that we use still today.

18   Q    And approximately when was that approved?

19   A    It was about '92, '91, that the tools were proposed.  And

20   eventually the standard was standardized in '95.

21   Q    Can you turn to Exhibit 1479 in your exhibit book?  Is

22   this a copy of the MPEG-2 standard?

23   A    Yes, it is.

24        MR. PRITIKIN:  Microsoft offers Exhibit 1479.

25        MR. ROWLAND:  No objection, your Honor.

```
 1              THE COURT:  1479 is admitted.

 2              (1479 admitted.)

 3   By Mr. Pritikin:

 4   Q    Does H.264 also have some specialized tools for coding

 5   interlaced video?

 6   A    Yes, it does.

 7   Q    You testified earlier this morning Dr. Sullivan said the

 8   H.264 standard would permit you to field code a progressive

 9   video.  Do you recall that testimony?

10   A    I believe so, yes.

11   Q    Now, are interlaced coding tools used for progressive

12   video?

13   A    No, they are not.

14   Q    Is this something that people typically do or commonly do?

15   A    It is not common.  It is -- it generally would be unwise

16   to do -- it would be a mistake to do that.

17   Q    Now, of the 16 Motorola H.264 patents, how many of those

18   pertain only to interlaced video?

19   A    I believe 14 of them do.

20   Q    And do they claim various interlaced coding tools?

21   A    Yes, they do.

22   Q    And are they used in the encoding or decoding of

23   progressive video?

24   A    No, they are not.

25   Q    Now, there is a timeline on the board behind you that
```

1    Dr. Sullivan testified about.  I want to ask you about this

2    period before the formation of the JVT when the VCEG was

3    meeting.  Approximately how many times did VCEG meet?

4    A   I believe there were 14 VCEG meetings.

5    Q   And were reports prepared of the meetings?

6    A   Yes, there were.

7    Q   Have you reviewed them all?

8    A   I have.

9    Q   What is a "contribution document"?

10   A   It is a document that is submitted to one of the meetings

11   for a wide variety of purposes, either to propose some new

12   technology, to study some technology that had already been

13   proposed, to report about the progress of various areas of

14   the development compared to other activities that might be

15   going on elsewhere.  There is a wide variety of reasons for

16   contribution.

17   Q   Are some substantive and some nonsubstantive?

18   A   Yes, some are substantive, and some are not.

19   Q   Now, have you looked at all of the contribution documents?

20   A   I haven't looked at all of them, but I have reviewed all

21   of the meeting minutes, which contain summaries of all of

22   them.  And I have read all of the summaries.

23   Q   And how many contribution documents were submitted by

24   Motorola to VCEG prior to the formation of the JVT?

25   A   Actually, I think there was one submitted to VCEG, but

1    related to another standard, I believe.

2    Q   Let's focus on the period after the formation of the JVT

3    in 2001.  Approximately how many times did the JVT meet?

4    This is before the first H.264 standard.

5    A   Before the standard, it was something like eight meetings.

6    Q   And, again, have you reviewed all of the meeting reports?

7    A   Yes, I have.

8    Q   And are the contribution documents referenced in the

9    meeting reports?

10   A   Yes, they are, and summarized.

11   Q   And you have been through them; is that correct?

12   A   Yes, I have.

13   Q   Approximately how many different companies made

14   nonadministrative contributions to the H.264 standard?

15   A   I believe there is something like 170-something.

16   Q   Approximately how many such contributions in total were

17   made to the JVT?

18   A   There were 2300, or some number like that.

19   Q   How many contribution documents submitted by Motorola

20   contained actual Motorola proposals?

21   A   There was a group of maybe 25 that contained proposals,

22   and then later studied the proposals, and then talked about

23   tweaks on the proposals, and so that were related to the

24   proposals, 25.

25   Q   Of the 25, how many of those related only to interlaced

1   video coding?

2   A    I believe there were 18.

3   Q    And what did the other seven relate to?

4   A    They related to a proposal later in the process to

5   incorporate wavelength coding, which was never adopted.

6   Q    Did all of Motorola's contribution documents that

7   contained proposals that were accepted by the JVT pertain to

8   interlaced coding?

9   A    Yes, that's true.

10  Q    Now, let's turn to Microsoft.  Did Microsoft submit

11  contributions to the JVT?

12  A    Yes, they did.

13  Q    And before we get into that, can you explain to the court

14  what are the core video coding components of the H.264

15  standard?

16  A    What I would consider to be the core components are the

17  same core components of most previous standards.  They are

18  prediction, transform, quantization and then entropy coding.

19  Q    Are these generally recognized in the literature as the

20  core areas?

21  A    Yes.  Generally any tech store or tutorial on the subject

22  would start with a block diagram of those four blocks.

23  Q    Did Microsoft submit contributions in the area of

24  prediction?

25  A    Yes, they did.  They had contributions that fundamentally

1  changed the way prediction was made compared to earlier

2  standards, and contributed to improvements to the standard

3  due to those changes.

4  Q   Were those contributions related to interlaced video?

5  A   No, they weren't.

6  Q   Did Microsoft submit contributions that were accepted in

7  the area of transform?

8  A   Yes, they submitted contributions pertaining to the actual

9  transform that is used almost all the time in H.264.  And the

10  eventual transform that is standardized is a Microsoft

11  transform.

12  Q   Is that limited to interlaced video?

13  A   No, it is not.

14  Q   Did Motorola make any contributions that you believe

15  substantively changed how prediction, transform, quantization

16  or entropy coding is done in H.264?

17  A   No, none of Motorola's contributions changed the way any

18  of those core functions were performed compared to previous

19  standards.

20  Q   Now, let's shift gears and talk about the patents that are

21  essential to the H.264 standard.  Are you familiar with the

22  MPEG LA AVC patent pool?

23  A   Yes, I am.

24  Q   And what do the patents in the pool relate to?

25  A   They relate to all of the functionality -- a wide range of

1    functionalities in H.264.  They are all aspects of

2    technologies that are needed to practice H.264.

3    Q    Does MPEG LA determine whether patents of its members are

4    essential to H.264?

5    A    Yes, they do.  They have an assessment process where you

6    submit a patent, and they determine if it is essential.

7    Q    Could you turn, please, to Exhibit 590?  And what is

8    Exhibit 590?

9    A    590 is a chart -- a list as of February 1st, 2011 of

10   patents that have been deemed essential by MPEG LA.  And they

11   are cataloged by the area, the general topic that they

12   address, and the standard, and are associated with particular

13   sections of the standard in which these patents are

14   practiced.

15   Q    Now, are these all of the patents that are in the pool?

16   A    No, they are not.  They are the ones that have been

17   cataloged in this way.

18   Q    Approximately how many are in Exhibit 590?

19   A    Seventeen hundred, or something on that order.

20   Q    And what is your understanding of the total number of

21   patents in the pool?

22   A    I understand it is a number somewhere around the number

23   2500.

24           MR. PRITIKIN:  Microsoft moves for the admission of

25   590.

1          MR. ROWLAND:  No objection, your Honor.

2          THE COURT:  590 is admitted.

3          (590 admitted.)

4    By Mr. Pritikin:

5    Q    Looking back at 590, where just 1700 of the patents are

6    listed, this goes on for some 80 pages; is that correct?

7    A    Yes.

8    Q    And is there a wide variety of different technologies

9    reflected here?

10   A    In my assessment, and I have reviewed these, it covers --

11   there are patents related to virtually all of the --

12   certainly the core components, and even aspects of all the

13   features of those core components in the standard.

14   Q    Would you turn back to Exhibit 589, please?  Is this a

15   listing of all of the patents as of May 7th, 2012 that have

16   been deemed essential by the MPEG LA pool in their part of

17   the pool?

18   A    Yes, it is.

19          MR. PRITIKIN:  Microsoft offers Exhibit 589.

20          MR. ROWLAND:  No objection, your Honor.

21          THE COURT:  589 is admitted.

22          (589 admitted.)

23   By Mr. Pritikin:

24   Q    Now, as a part of your work on this matter, what have you

25   done to gain some understanding of the patents that are in

1    the MPEG LA pool?

2    A   Well, there are so many patents here, it was beyond my

3    abilities to go and examine all of them closely.  But I have

4    looked and verified that there are patents associated with

5    every aspect that is important in the standard.  And that --

6    I went to various ones of those and checked individual

7    patents.  There are many of them that are quite fundamental

8    that disclose the V-essential innovation that really added a

9    lot of performance to H.264 in that particular area.

10   Q   Now, based on work that you have done, and Exhibit 590,

11   how would you characterize the patents in the MPEG LA pool?

12   A   Broad, covering all fundamental aspects, and rich.

13   Q   In addition to the 2500 or so patents that are in the

14   MPEG LA pool, are there additional patents that are essential

15   to the H.264 standard?

16   A   Yes, there are.

17   Q   Could you turn to Exhibit 1544, please?  Can you tell us

18   what this document is?

19   A   It is a summary document that I prepared of the U.S.

20   patents essential to H.264.  So it contains a list of the

21   U.S. patents.  There are 328 of them.  It contains a list of

22   the companies that are participating in MPEG LA.  It consists

23   of a chart -- bar chart of the number of patents in the pool

24   held by -- U.S. patents in the pool held by the various

25   companies.

1  Q    You have also shown Motorola on there?

2  A    That's right.  Motorola has been added to that, just to

3  put it into context.  It shows a list of the topic areas

4  spanning all the fields of the H.264 standard for which there

5  are patents.  And then the last is a summary of the patents

6  that have been declared essential to the ITU or the ISO by

7  non-MPEG LA members.

8          MR. PRITIKIN:  Microsoft offers Exhibit 1544, your

9  Honor.

10         MR. ROWLAND:  No objection.

11         THE COURT:  1544 is admitted.

12         (1544 admitted.)

13 By Mr. Pritikin:

14 Q    What, if any, conclusions do you draw from this as to the

15 overall significance of the Motorola H.264 patents and H.264

16 implementations?

17 A    In my assessment, the Motorola patents are restricted to a

18 small, not very significant feature of the overall H.264,

19 let's say, technology base.  And within that -- within that

20 feature, which are those features associated with interlaced,

21 they are really quite minor, and they play in the big picture

22 quite a minuscule role in the technologies associated with

23 H.264.

24 Q    Now, let's put all of the patented technology to one side

25 for a moment.  Is there other technology that is embodied in

1    H.264 that is not covered by any active patents?

2    A   I think that is something that is not appreciated by many,

3    that perhaps --  Yes.  The answer to your question is yes, in

4    that it is quite significant.  As Gary said earlier today,

5    the starting point, which started with many of the core

6    innovations of H.264, was contributed by Telenor, which

7    openly stated its intention that this be available to

8    everybody without patent restrictions.

9    Q   Let's turn now to the Motorola patents and talk about

10   those with a little more specificity.  You understand that

11   there are 16 Motorola patents that Motorola has claimed are

12   essential to H.264?

13   A   Yes, that's what I understand.

14   Q   And how many of those are limited to interlaced coding

15   tools?

16   A   Probably 14 of them are limited to interlaced coding

17   tools.

18   Q   We will talk about those first, and then we will go to the

19   other two.  Have you prepared a demonstrative categorizing

20   Motorola's 14 interlaced patents?

21   A   Yes, I have.

22   Q   Could we look at Exhibit 4018?  And if we take Motorola's

23   interlaced coding tool patents, how many categories have you

24   put them into?

25   A   They fit into three categories:  The first, adaptive

1    frame/field coding, a second category of alternate scan path,

2    and the third of motion vector prediction.  Three blocks for

3    motion vector prediction.

4    Q   Let's look first at adaptive frame/field coding.  Some of

5    this I want to actually get on the record, the numbers and

6    things.  You have two --  Is that two different flavors of

7    adaptive frame/field coding?

8    A   Yes, MBAFF and PICAFF are the two types.

9    Q   Let's start with MBAFF.  What is the relationship to those

10   patents listed there?

11   A   All of these patents are derivatives of the same starting

12   application, and they all share the same specification.

13   Q   And could you just read into the record the numbers of the

14   patents you have categorized as the MBAFF patents?

15   A   They would be Exhibits 271, 272, 273, 274, 275, 276, 277

16   and 278.

17   Q   Is there a relationship among the three PICAFF patents?

18   A   Yes, there is.  They also share the same specification and

19   derive from the same original.

20   Q   Have you categorized Exhibits 280 to 282 as the PICAFF

21   patents?

22   A   Yes, I have.

23   Q   Let's go over to the alternate scan path patents.  Is

24   there a relationship between the two patents you listed

25   there?

1   A   Yes, there is.  They also share the same specification.

2   Q   And those are Exhibits 265 and 266?

3   A   That is correct.

4   Q   And then you've got a third category, Exhibit 268; is that

5   correct?

6   A   That's correct.

7   Q   Now, as a part of your work on this matter, have you

8   analyzed alternatives that were available to the JVT if it

9   had decided not to include technology that is covered by the

10  Motorola patents?

11  A   Yes, I have.

12  Q   And were there acceptable alternatives for all of the

13  Motorola technology?

14  A   Yes, there were.

15  Q   Do you believe that the adoption of the alternatives would

16  have degraded the performance of standard complying

17  implementation?

18  A   No, I don't believe it would have.

19  Q   Have you identified publications and documents disclosing

20  the alternatives that you have identified?

21  A   Yes, I have.

22  Q   Could you turn to Exhibit 1550?  Is 1550 a summary you

23  prepared, Professor Orchard?

24  A   Yes, it is.

25  Q   Can you tell us what you have shown here for each of the

1    Motorola patents?

2    A    For each of the patents listed on the left I have shown

3    the prior art documents representing alternatives.

4              MR. PRITIKIN:  Microsoft moves the admission of 1550.

5              MR. ROWLAND:  Sorry, your Honor.  We don't see the

6    binder.  We do have an objection to this exhibit.  This

7    really isn't properly characterized as a summary.  It is more

8    of a written opinion.

9              THE COURT:  Mr. Pritikin, which binder is this in?

10             MR. PRITIKIN:  Your Honor, this would be --

11             THE COURT:  I have found it.  Thank you.  I will

12   permit it as a demonstrative.  The objection is overruled.

13             (1550 admitted as demonstrative.)

14   By Mr. Pritikin:

15   Q    Now, let's talk a little more specifically about the

16   various Motorola patents.  Let's start with what you said was

17   adaptive frame/field coding.  What is adaptive frame/field

18   coding?

19   A    Adaptive frame/field coding is simply the idea of allowing

20   a choice to be made as to whether a particular piece of

21   interlaced material would be treated as a full frame and

22   coded that way, or as two fields encoded that way.

23   Q    Is this an interlaced coding tool?

24   A    Yes, it is.

25   Q    And did Motorola invent adaptive frame/field coding?

1    A    No, they did not.

2    Q    Let's take a look at one of the demonstratives,

3    Exhibit 4021.  Is this a demonstrative you prepared to

4    explain PICAFF and MBAFF?

5    A    Yes, it is.

6    Q    And could you explain to the court what these coding

7    techniques are?

8    A    Well, as I said, adaptive field/frame coding is just the

9    choice of whether something will be coded as a field or a

10   frame.  And on the left is one version of that or flavor of

11   that in which that choice is made for the entire picture.  So

12   the picture is either coded as a full picture or its lines

13   are coded.  That is PICAFF, picture adaptive field/frame

14   coding.

15       The other is to allow that choice to be made for each

16   block.  Shown on the right is a block -- macroblock,

17   actually, and we can choose for that macroblock to be coded

18   as a frame, or for the even lines of that macroblock to be

19   coded.

20   Q    Now, have you prepared a demonstrative showing -- or

21   comparing the type of MBAFF that had been proposed by

22   Motorola, and is in the H.264 standard, with earlier types of

23   MBAFF?

24   A    Yes, I have.

25   Q    And let's look at Exhibit 4022.  Can you explain what we

1  are looking at here?

2  A   This is showing a version -- two versions of that

3  macroblock adaptive frame/field choice.  On the left is the

4  flavor of that that was used in MPEG-2, where for each block

5  shown there a choice can be made to be treating it either as

6  a frame or as two fields, the lines separately -- even and

7  odd lines separately.

8      On the right is what Motorola proposed, to take two of

9  those blocks and to make the same choice on two blocks

10  together, rather than on each block individually.

11  Q   Can we refer to that as paired macroblock MBAFF?

12  A   Yes.

13  Q   The use of paired macroblock MBAFF, was that adopted as a

14  part of the H.264 standard?

15  A   Yes, it was.

16  Q   Is the MBAFF that is used in H.264 used for progressive

17  video?

18  A   No, it is not.  MBAFF, in general, is not.

19  Q   Now, what alternatives --  Let's refer back to

20  Exhibit 1550.  Can you tell us what alternatives were

21  available to the JVT instead of using the paired macroblock

22  MBAFF?

23  A   Well, the natural alternative would have been to use the

24  MBAFF that was used in MPEG-2, the single macroblock MBAFF.

25  Q   And had that been proposed to the JVT?

1  A   Yes, it was proposed to the JVT before Motorola started

2  submitting proposals.

3  Q   Could you turn to Exhibit 782 and 785 in your binder?  And

4  are these proposals to VCEG?

5  A   Yes, they are.  They are both proposals, one from Peter

6  Borgwardt, and the other from interested parties in the

7  September meeting of 2001.

8        MR. PRITIKIN:  Microsoft offers Exhibit 785.

9        THE COURT:  785?

10        MR. ROWLAND:  No objection, your Honor.

11        THE COURT:  782?

12        MR. PRITIKIN:  782 and 785.

13        MR. ROWLAND:  No objection.

14        THE COURT:  They are admitted.

15        (782 & 785 admitted.)

16  By Mr. Pritikin:

17  Q   Does using the paired MBAFF, as it found its way into the

18  H.264 standard, perform better than using a single macroblock

19  MBAFF as it was done in MPEG-2?

20  A   I have not seen any tests suggesting that.

21  Q   Now, shortly before Motorola proposed the use of this

22  paired MBAFF for H.264, did Motorola go out and file a patent

23  application on that?

24  A   Yes, they did.

25  Q   And then after they did that, did they encourage the JVT

1   to adopt the use of the paired macroblocks that they had

2   filed a patent application on?

3   A   Yes, they did.

4   Q   Would you turn to Exhibit 656?  Is this a Motorola

5   contribution, dated January 21, 2002, to the JVT?

6   A   Yes, it is.

7           MR. PRITIKIN:  Microsoft offers Exhibit 656.

8           MR. ROWLAND:  No objection, your Honor.

9           THE COURT:  It is admitted and may be published.

10          (656 admitted.)

11  By Mr. Pritikin:

12  Q   Now, in this document was Motorola urging the JVT to use

13  its paired macroblock MBAFF approach?

14  A   Yes, it was.

15  Q   And did Motorola compare its paired macroblock MBAFF with

16  the single macroblock MBAFF that had been used in MPEG-2?

17  A   No, it never did.

18  Q   Would that, in your opinion, have been the fairest

19  comparison?

20  A   Yes, I think that would have to be considered the next

21  best alternative.

22  Q   What did they compare it to?

23  A   They compared their brand with a pair-wise macroblock

24  adaptive field/frame coding with not using any macroblock

25  adopted field/frame coding or making a choice on the picture

1  level, so not allowing the choice to be made on a macroblock

2  level.

3  Q   Would the things they compared it to, in your opinion,

4  have been the next best alternative at the time?

5  A   No, they would not be.

6  Q   Could you look at Exhibit 2227?  Is this a contribution

7  document from VideoTele?

8  A   Yes, it is.

9  Q   Dated October of 2002?

10 A   That's correct.

11        MR. PRITIKIN:  Microsoft moves the admission of

12 Exhibit 2227.

13        MR. ROWLAND:  No objection, your Honor.

14        THE COURT:  2227 is admitted.

15        (2227 admitted.)

16 By Mr. Pritikin:

17 Q   And this reports on some MBAFF testing also?

18 A   Yes, it does.

19 Q   And in this document was the paired macroblock MBAFF being

20 compared with the version of MBAFF and MPEG-2 or with

21 something else?

22 A   It was not being compared to any other version of MBAFF,

23 it was being compared to picture-level frame/field coding.

24 Q   Let's turn to the subject of the PICAFF patents.  Does the

25 use of PICAFF pre-date the Motorola patents?

1    A    Yes, it does.  It was a fixture in MPEG-2.

2    Q    By the way, let me go back to MBAFF for just a second.

3    You had listed, I think, eight different MBAFF patents.  Can

4    you tell us at a broad level what they claim?

5    A    The first one, the '596 patent, claims what we just talked

6    about, the pair-wise MBAFF.  And all of the others claim

7    using that pair-wise MBAFF in a coder with other elements

8    that are found in H.264.  All of the other elements are

9    elements that other people invented and other people

10   contributed to H.264.

11   Q    Now, returning to PICAFF.  Can you tell us there, again at

12   a high level, what is claimed in the Motorola PICAFF patents?

13   A    What is claimed in the Motorola PICAFF patents is to

14   combine PICAFF, as it was used in MPEG-2, with, again,

15   various other elements of the H.264 patent standard that were

16   contributed by other researchers from other companies.

17   Q    Again, I am going to ask you, were alternatives available

18   to the JVT instead of using the PICAFF techniques that are

19   claimed in the Motorola patents?

20   A    A natural alternative would have been to use MBAFF as it

21   was in MPEG-2.

22   Q    And if you look back at Exhibit 1550, can you identify for

23   us the documents that disclose the alternative?

24   A    Yes, they would be Exhibits 782 and 785, the VCEG

25   documents, that describe those alternatives.

1    Q    What about Exhibit 1479, the MPEG-2 standard?

2    A    Yes, Exhibit 1479 would be also included as --

3    Q    Are there any performance benefits in using PICAFF as

4    proposed by Motorola rather than using single macroblock

5    MBAFF?

6    A    No.  To the contrary, all of the tests that were done by

7    anybody I think showed that PICAFF did not do as well as

8    MBAFF.

9    Q    And, again, did Motorola go out and file patent

10   applications on the PICAFF that it was proposing?

11   A    Yes, they did.

12   Q    Now, let's turn to the third -- the second category of

13   interlaced video technology that you talked about, the

14   alternate scan paths.  Can you tell us, what do the alternate

15   scan path patents claim?

16   A    They claim ways of scanning the output of the transform

17   coefficients in the H.264 algorithm in a way so as to do well

18   for interlaced content.

19   Q    Do they apply to progressive video?

20   A    No, they do not.

21   Q    Did Motorola invent the use of scan paths?

22   A    No, they did not.  Scan paths have been used in all of the

23   video coding standards that I know of back to the mid '80s.

24   Q    Is there a term used to describe the scan path that is

25   used with progressive video?

1    A   The progressive video is almost always scanned with the

2    zig-zag scan, it is called.

3    Q   Were there alternatives available to the JVT instead of

4    using the scan paths for interlaced video proposed by

5    Motorola?

6    A   Yes, there were.

7    Q   Could you turn back to Exhibit 1550?  Can you identify for

8    us the documents that disclose those alternatives?

9    A   Well, the two patents in question are Exhibits 266 and

10   265.  And one of them pertains to a four-by-four scan path,

11   and the other one pertains to an eight-by-eight scan path.

12   And the natural alternative to the four-by-four would have

13   been a scan path proposed by Sony prior to Motorola's

14   proposed -- or, actually, initial entry into the field of

15   scan paths.  And it was proposed for four-by-four for the

16   H.264 standard.

17   Q   And what exhibit numbers are the Sony scan path shown in?

18   A   That would be Exhibit 653.

19        MR. PRITIKIN:  Microsoft moves the admission of

20   Exhibit 653.

21        MR. ROWLAND:  No objection, your Honor.

22        THE COURT:  653 is admitted.

23        (653 admitted.)

24   By Mr. Pritikin:

25   Q   Now, for illustrative purposes, have you prepared a

1    demonstrative comparing the Sony four by four scan path with

2    the Motorola four-by-four scan path?

3    A    Yes, I have.

4    Q    Can we look at Exhibit 4023?  And what is shown here?

5    A    On the left is the Sony scan path.  It is showing how one

6    scans the four-by-four array of coefficients from upper left

7    to bottom right.  And on the right is the scan path of the

8    Motorola patent, again going from upper left to bottom right.

9    Q    So if they are encoded with the scan path, then the

10   decoder has to know what the scan path is?

11   A    Yes.  It is very tightly coupled, so they have to agree to

12   use the same scan paths, otherwise they will mix up

13   coefficients.

14   Q    So they have to have a common language, would that be fair

15   to say?

16   A    Exactly.  Yes.

17   Q    How did the Sony scan path perform compared to the one

18   that had been proposed by Motorola and found its way into the

19   H.264 standard?

20   A    As compared to the Motorola one, there were no direct

21   tests ever done.  Both of them independently were shown to do

22   better -- modestly better than the zig-zag scan path.

23   Q    So each was compared to the zig-zag scan path?

24   A    That's right.

25   Q    If you look at the results of those comparisons, how do

1    you compare the Sony with the Motorola?

2    A   They are in the same neighborhood.  They are -- I would

3    say that they are roughly equivalent, although the Sony --

4    the average performance of a Sony was better than the

5    Motorola.

6    Q   Now, if the JVT had not wanted to use the Motorola scan

7    path, what would have been the next best alternative?

8    A   I think the Sony scan path.

9    Q   And so when Motorola urged the JVT to adopt its

10   four-by-four scan path, what did it compare that to?

11   A   It compared it to what effectively is no alternate scan

12   path at all, or just using the zig-zag that progressive uses.

13   Q   So Motorola didn't submit data to the JVT comparing its

14   scan path with the Sony scan path?

15   A   No, it did not.

16   Q   Would there have been, in your opinion, any significant

17   degradation of performance if the JVT had selected, for

18   example, the Sony scan path rather than the Motorola scan

19   path?

20   A   There is no evidence to suggest that, in my opinion, there

21   would be, no.

22   Q   Now, there are a couple of exhibits cited in Motorola's

23   trial briefs, Exhibits 2281 and 710.  And I want to --  Could

24   you take a look at Exhibit 710?  What's in Exhibit 710?

25   A   710 was a test done by Sony on the Motorola scan path --

1  alternate scan path.

2  Q   And could you look at Exhibit 2281 and tell us what that

3  is?

4  A   It is a test of scan paths done by researchers from Korea,

5  Samsung.

6  Q   Of what?  Of the Motorola scan path?

7  A   Of the Motorola scan path.

8  Q   So there was no head-to-head comparison of the Sony and

9  the Motorola scan paths given to the JVT?

10  A   No, there were not.

11        MR. PRITIKIN:  Microsoft moves the admission of 2281

12  and 710.

13        MR. ROWLAND:  No objection, your Honor.

14        THE COURT:  They are admitted.

15        (2281 & 710 admitted.)

16  By Mr. Pritikin:

17  Q   There are a couple of other documents I want to ask you

18  about, Professor Orchard.  Could you look at Exhibit 653?  Is

19  this a test of the Sony scan path against zig-zag?

20  A   Yes, it is.

21  Q   And could you look at Exhibit 710?  What is shown there?

22  A   That is another test by the same group, of the Motorola

23  scan path.

24  Q   Against zig-zag?

25  A   Against zig-zag, yes.

1   Q   And how did the results compare?  I think you may have

2   covered this already.

3   A   The Sony scan path, the average performance is better than

4   that of the Motorola scan path.

5           MR. PRITIKIN:  Microsoft moves the admission of 610

6   and 653.

7           MR. ROWLAND:  No objection.

8           THE COURT:  They are admitted.

9           (610 & 653 admitted.)

10  By Mr. Pritikin:

11  Q   Again, I want to ask you about these scan path proposals

12  that were put in by Motorola.  Before they submitted the

13  proposal asking the JVT to adopt its scan paths, did they go

14  out and file patent applications covering that?

15  A   Yes, they did.

16  Q   Now, let's go back to Exhibit 4018 for a moment, the

17  demonstrative.  Let's go over to the right-hand side.  There

18  is a third patent here under the interlaced category,

19  Exhibit 268.  Have you prepared a demonstrative explaining

20  what this patent claims?

21  A   Yes, I have.

22  Q   Is this referred to sometimes as the EIFRIG patent,

23  E-I-F-R-I-G?

24  A   Yes, it is.  That is the first offer, maybe the only

25  offer.

1    Q   Let's take a look at Exhibit 4024.  Can you explain to the

2    court what is shown here and what it is that the EIFRIG

3    patent purported to invent?

4    A   On the left is the way that motion vectors are depicted

5    for the block that is indicated by the X.  And in H.264, an

6    earlier standard, and even other standards, the motion vector

7    at the X is predicted by the three blocks that are shown

8    there on the left picture.  The EIFRIG patent proposes for

9    interlaced video to predict the motion at the X by the three

10   same blocks, as you see, parroting the prior art.

11   Q   I want to be sure I understand this, Professor Orchard.

12   Was the use of these three specific blocks claimed in the

13   EIFRIG patent?

14   A   Yes, it was.

15   Q   And was the use of these three specific blocks already

16   used before for progressive video?

17   A   Yes, it was.

18   Q   And so what Motorola did was to take those same three

19   blocks and, say, use them for interlaced video?

20   A   That is right.

21   Q   In your opinion, was there anything inventive or novel

22   about that?

23   A   No, I would not consider that at all inventive.  It is

24   quite trivial, both in value and originality.

25   Q   Were there alternatives to the EIFRIG patent at the time

1    the H.264 standard was adopted?

2    A    Yes.  If we had to avoid these three blocks, we could have

3    chosen a different three blocks from the same neighborhood.

4    Q    Would you look at Exhibit 611?  What is Exhibit 611?

5    A    It is the H.264 standard.

6    Q    This is back from May of 1996?

7    A    From May of 1996, yes.

8         MR. PRITIKIN:  Microsoft offers Exhibit 611.

9         MR. ROWLAND:  No objection, your Honor.

10        THE COURT:  611 is admitted.  It may be published.

11        (611 admitted.)

12   By Mr. Pritikin:

13   Q    Does this show the use of those same blocks?

14   A    Yes, it does.

15   Q    Now, in connection with the work of the JVT, did Motorola

16   make any contributions to the JVT relating to the subject

17   matter of the EIFRIG patent?

18   A    Motorola never proposed the EIFRIG subject matter to the

19   JVT.

20   Q    But this is -- this was used in H.264, those three blocks?

21   A    Yes, it was.

22   Q    And, again, is this limited to interlaced video?

23   A    Yes, it is limited to interlaced video.

24   Q    Now, let's turn quickly to the other two patents that are

25   not necessarily limited to interlaced video.  Let's start

1    with Exhibit 270, the '419 patent.

2    A    Yes.

3    Q    Can you tell us at a high level what this claims?

4    A    The '419 patent claims a method for performing motion

5    compensation on a block, but allows the choice of either

6    applying it to the entire block or to apply it to four

7    subblocks of that block independently.

8    Q    When was the application for this patent originally filed?

9    A    It was filed in October of 1991.

10   Q    Has the '419 patent expired?

11   A    Yes, it expired in October of last year.

12   Q    So it has been expired for over a year at this point?

13   A    That's right, I guess it has.

14   Q    Did Motorola make any contributions to the JVT relating to

15   the subject matter of the '419 patent?

16   A    No, they did not.

17   Q    Now, is this a patent whose German counterpart was found

18   to be infringed by Microsoft?

19   A    Yes, I understand it was.

20   Q    Are you familiar with the German court decision?

21   A    I have looked over the opinion.

22   Q    And are you familiar with the German claim construction

23   and infringement ruling?

24   A    Yes, I did read that.

25   Q    Was the validity of the '419 patent considered in Germany?

1   A   No, it was not.  My understanding is that Microsoft was

2   forced to withdraw that for purposes of something called the

3   Orange Book process.

4   Q   Were the claims of the German counterpart patent

5   interpreted broadly or narrowly in Germany?

6   A   They were interpreted very broadly, covering a lot of

7   things that were very different from the disclosure of the

8   patent, including the H.264.

9   Q   In your opinion, what are the implications of that broad

10  construction for the validity of the patent?

11  A   It means that it covers a lot of other things too.  The

12  general idea of choosing either to do motion compensation on

13  a block or subblocks was widely studied, widely proposed,

14  widely written about in the period of maybe four or five

15  years, at least that I know of, prior to 1991.

16  Q   Now, do the U.S. claims --  You have looked at the claims

17  of the U.S. -- the expired U.S. patent.  And do they contain

18  means plus function limitations?

19  A   Yes, they do.

20  Q   Have you analyzed the patent specification to see what

21  corresponding structure is disclosed?

22  A   Yes, I have.  And the structures are all hardware

23  structures.

24  Q   And what have you concluded about whether a person of

25  ordinary skill in the art would have understood that to

1  contain a disclosure of software embodiments?

2  A   In my understanding, a person of ordinary skill in the art

3  would have clearly understood that to disclose hardware, and

4  not any software.  There is no evidence of algorithm

5  description.

6  Q   And you said the date of this patent was 1991?

7  A   That's right.

8  Q   And how does that bear on your conclusion that a person of

9  skill in the art would have understood this as limited to

10  hardware?

11  A   Particularly in 1991, one would not have looked over the

12  types of structures described and interpreted any specific --

13  any suggestion of an algorithm or any software.

14  Q   What are the implications of that for Microsoft products?

15  A   Well, to my knowledge, Microsoft does not have any

16  hardware structures or structure decoders at all related to

17  these.

18  Q   Now, let's turn back to Exhibit 1550.  I want to direct

19  your attention to the '419 patent.  Can you tell us what

20  alternatives would have been available had the JVT not wanted

21  to use the '419 patent, assuming it is used?

22  A   Well, for the '419 patent, I have isolated four documents

23  that describe -- that pre-date the '419 patent, that describe

24  similar methods for blocking up -- for offering choices of

25  either doing motion compensation on the block or subblocks.

1   And they are Exhibit 1477, Exhibit 633, Exhibit 462 and

2   Exhibit 632.

3           MR. PRITIKIN:  Microsoft moves the admission of

4   Exhibits 1477, 462 and 632.

5           MR. ROWLAND:  No objection to 1477.  We do have an

6   objection, lack of foundation, for 462.  Likewise, an

7   objection to 632, lack of foundation.  These last two

8   exhibits, we just don't know what they are.

9           MR. PRITIKIN:  Professor Orchard, can you explain

10  what the --

11          THE COURT:  Counsel, I haven't ruled on the

12  objection.

13          MR. PRITIKIN:  Oh, I was --

14          THE COURT:  Counsel, would you lay some further

15  foundation for 462?

16  By Mr. Pritikin:

17  Q   Professor Orchard, can you tell us what this document is,

18  what your understanding of it is?

19  A   This is a study conducted in the development effort of

20  H.261, testing -- describing a method that would send motion

21  vectors either for the macroblock or for the four blocks

22  shown on the first page of the -- within the macroblock.  And

23  this was done as part of the -- at an Oslo meeting of the

24  group working on the H.261 standard.

25          MR. PRITIKIN:  Your Honor, I think there is a

1    sufficient basis for the document to be admitted.

2            THE COURT:  All right.

3            MR. ROWLAND:  Your Honor, counsel sought to admit

4    this as evidence of prior art.  We still don't have

5    sufficient information that shows that it was published, or

6    that it was publicly available as prior art.  The witness

7    hasn't established -- hasn't identified that he has knowledge

8    that this was -- met any requirement of prior art.

9            THE COURT:  I am going to overrule that objection.  I

10   think the document establishes the prior art aspect, or at

11   least if you wish to include it for that.  The two exhibits

12   are admitted.

13           (1477, 632 & 462 admitted.)

14   By Mr. Pritikin:

15   Q   I believe the final exhibit that you referred to was

16   Dr. Sullivan's thesis; is that correct, Dr. Orchard?

17   A   That's correct.

18   Q   And is that Exhibit 618?

19   A   Yes, it is.

20           MR. PRITIKIN:  I believe, your Honor, that is already

21   in evidence.

22           THE COURT:  It is.

23   By Mr. Pritikin:

24   Q   Now, in your opinion, would the use of the alternatives

25   that are disclosed in these degrade its performance?

1   A    No.

2   Q    Let's go to the last of the patents, the '968 patent,

3   Exhibit 283.  And, again, at a high level, can you tell us

4   what that patent claims?

5   A    This is the patent that describes a very specific way of

6   offering options of doing motion compensation.  One can

7   either motion compensate an entire block, or indicate with a

8   code that the block should be broken up into subblocks, and

9   then send independent vectors for each of the subblocks and

10  code them in independent ways.

11  Q    When did this patent --  When was it originally applied

12  for?

13  A    In 1993.

14  Q    And when does the '968 expire?

15  A    It expires in March of next year.

16  Q    Did Motorola submit any contributions to the JVT relating

17  to the subject matter of the '968 patent?

18  A    No, they did not.

19  Q    And is this also one of the patents whose German

20  counterpart was found to be infringed by Microsoft?

21  A    Yes.

22  Q    Was the validity of the '968 patent considered in Germany?

23  A    No, it was not, for the same reason as the '419 patent.

24  Q    And I will ask you again, did the German court interpret

25  the claims there broadly or narrowly?

1    A    They interpreted them quite broadly, in my opinion.

2    Q    And what are the implications of that for the validity of

3    the patent?

4    A    The implication would be that there are many other things

5    that were done at the time, and prior to that time, that

6    would also be viewed as infringing on this patent.

7    Q    Do the U.S. claims that were analyzed by Motorola and its

8    experts in this case contain means plus function limitations?

9    A    Yes, they do.

10   Q    And, again, have you analyzed the patent specification to

11   see what the corresponding structure disclosed?

12   A    Yes, I have.

13   Q    What have you concluded?

14   A    That the structures are all hardware structures, and there

15   is nothing in there that would suggest to one of ordinary

16   skill in the art any software or any algorithm to be run on

17   the software.

18   Q    And how does the timing, 1993, bear on your conclusions?

19   A    At that time in particular, one of ordinary skill in the

20   art would be very clear that this was unrelated to any

21   software or algorithm.

22   Q    And what are the implications of that for Microsoft

23   products?

24   A    Microsoft doesn't -- to my knowledge does not have any

25   hardware decoders or decoding that resembles in any way that

1    which is described here.

2    Q    Were there alternatives to the '968 patent that could have

3    been used by the JVT?

4    A    Yes, there were.

5    Q    Returning to Exhibit 1550, and looking at the entry for

6    the '968 patent, do these include the Ph.D. thesis of

7    Dr. Sullivan?

8    A    Yes, it does.

9    Q    That is Exhibit 618?

10   A    Yes.

11   Q    And you have also identified the Pury (phonetic) patent.

12   Can you tell us what that is?

13   A    Yes.  That would be the Pury paper, which describes a

14   similar type of structure for motion compensation.

15   Q    That is Exhibit 632, which has already been admitted?

16   A    That's right.

17   Q    And is there another reference you found?

18   A    Yes.  By the time that this patent was filed, MPEG-2 was

19   already defined, and it incorporated a type of structure that

20   would also be interpreted as practicing this patent.

21   Q    And that's Exhibit 617?

22   A    That's Exhibit 617.

23        MR. PRITIKIN:  Microsoft offers Exhibit 617.

24        MR. ROWLAND:  No objection, your Honor.

25        THE COURT:  617 is admitted.

1              (617 admitted.)

2    By Mr. Pritikin:

3    Q    Let's switch gears now, Professor Orchard.  I want to talk

4    about the Microsoft patents.  You told us that Microsoft has

5    patents that are essential to H.264 as well?

6    A    Yes, that's true.

7    Q    Approximately how many Microsoft U.S. patents have you

8    identified?

9    A    40.

10   Q    Have these been deemed essential by any independent

11   evaluator?

12   A    Yes.  Thirty-six of them, to my understanding, have been

13   submitted to MPEG LA and classified as essential to H.264.

14   Q    And have you analyzed the Microsoft patents?

15   A    Yes, I have.

16   Q    In your opinion, do they shed any light on the overall

17   importance of Motorola's H.264 patents to the standard?

18   A    Well, they provide one reference point of what a company's

19   patent portfolio might look like related to H.264, the types

20   of technologies in H.264 that might cover the span and the

21   breadth of technologies.

22   Q    Have you prepared a demonstrative categorizing Microsoft's

23   essential H.264 patents?

24   A    Yes, I have.  I have prepared, I think, three of them.

25   Q    Let's look at Exhibit 4026.  I would like to move through

1    this fairly quickly.

2    A    Yes.

3    Q    Can you tell us, generally, what is shown here?

4    A    These are patents that make what I consider fundamental

5    advances to the core components of the H.264 algorithm.

6    Q    And those are prediction --

7    A    Those are patents that contribute to prediction and to

8    transform and quantization.

9    Q    Could you read the exhibit numbers of the patents that you

10   believe make fundamental advances to prediction?

11   A    Those that contribute to the prediction are Exhibit 890,

12   893, 924, 906, 840, 1411, 841, 816 and 817.

13   Q    And, likewise, could you identify the patents that you

14   believe make fundamental advances to transform and

15   quantization?

16   A    Those would be Exhibit 848, 856, 855, 857, 854 and 846.

17   Q    Let's turn to Exhibit 4027.  What have you shown here,

18   Professor Orchard?

19   A    These are patents that I would consider to be making

20   contributions to the core components of the H.264 coding

21   algorithm.  But they are contributions that add features to

22   them that are used by some, not used by others.  They have

23   value to ranges of applications, but not perhaps to all of

24   them.

25   Q    Again, could you go through the categories and identify

1    the patents?

2    A    Okay.  There is signaling category, which would be

3    Exhibits 796, 798, 800 and 842.

4         There is a deblocking category, which would be

5    Exhibit 847.

6         And there is an error resilience related to SP slices.

7    They are Exhibits 813, 815 and 814.

8    Q    And let's go now to Exhibit 4028.  What is this last

9    category of patents?

10   A    These are patents that add advanced functionality to the

11   H.264 algorithm.  So these are functionalities that -- many

12   of them are not directly related to the core components, but

13   they allow functionality that is very valuable for today's

14   internet applications of decoding, streaming video and things

15   like this.

16   Q    And, again, would you take us through the categories and

17   identify the exhibits numbers?

18   A    The first category is the hypothetical reference decoder,

19   which is fundamental to the way decoders are tested.  And

20   that would be Exhibit 833 and 1669.

21        The second one would be time-coding information.  And this

22   is the type of information that Gary Sullivan mentioned

23   earlier.  And that would be Exhibits 818, 823, 824, 825, 822,

24   830 and 831.

25        The next category would be pan and scan.  These are

1  functionality that allows coded information to be sent to

2  different size displays, handheld displays, HD TV displays,

3  all of them dealt with in a uniform way.  And they would be

4  Exhibits 829, 828, 827.

5      Another category is related to random access points.  And

6  that is Exhibit 870.

7      Another category subpoena is related to error resilience,

8  important, for example, for wireless video over wireless

9  channels.  That would be Exhibits 869, 884 and 895.

10      And the last category is a patent related to the color

11  space.  It allows for more efficient treatment of most

12  natural images and video.  And that would be Exhibit 868.

13  Q   Thank you, Professor Orchard.  One last topic I want to

14  cover with you.  We are almost there.  I want to ask you

15  about the importance of Motorola's H.264 patents to

16  Microsoft's products.  Are you familiar with the Xbox 360?

17  A   Yes, I am.

18  Q   How important do you consider the Motorola H.264 patents

19  to be for the Xbox 360?

20  A   I consider them to be very unimportant.

21  Q   Have you prepared a demonstrative showing the uses of the

22  Xbox 360?

23  A   Yes, I have.

24  Q   Let's put up Exhibit 4029.  And you have listed various

25  activities that are done using the Xbox 360?

1    A    I think these are the main activities, yes.

2    Q    Could you explain the importance of the Motorola H.264

3    patents to each of these?

4    A    The first most used --  The biggest use of the Xbox is to

5    play games.  And while there is video in the games, that

6    video is never H.264 -- or H.264 is not used for that video.

7         A second use is to play multiplayer games via Xbox Live.

8    Again, Xbox Live does not use H.264 to encode any video in

9    those games.

10        The next one is to use Xbox Live to access video from

11   various sources.  And while some of those sources do use

12   H.264, as well as VC-1, no interlace is supported by Xbox

13   Live.  So none of that video is interlaced.

14        And finally, the Xbox is used, I understand, often to play

15   rented or purchased DVDs.  That material is coded in MPEG-2

16   and does not use H.264.

17   Q    Now, are you familiar with a survey that was done by a

18   Motorola expert by the name of R. Sukumar?

19   A    Yes, I read through that survey.

20   Q    Did R. Sukumar ask on-line survey participants whether

21   they viewed MBAFF video on the Xbox?

22   A    That's what I understand he did in the survey, yes.

23   Q    Based on your knowledge of the technology, do you believe

24   that an on-line survey participant could provide a reliable

25   answer to that question?

1  A    I believe it would be a rare survey participant who would

2  know what interlaced video is, and an even rarer one that

3  would know what MBAFF, associated with that interlaced video,

4  would be.  For that rare one that might know what MBAFF was,

5  almost assuredly they would be referring to MPEG-2 MBAFF,

6  because that's the vast majority of the MBAFF they might have

7  seen.

8  Q    How easy or difficult would be it to figure out whether a

9  video on an Xbox uses MBAFF or even interlace?

10  A    Very, very difficult.  I don't think I could.

11  Q    Even if a consumer watched interlaced video that used

12  MBAFF, would you know whether it is using the MPEG-2 version

13  or the H.264 version of it?

14  A    No, they wouldn't be able to tell.

15  Q    Let's turn to the Windows operating system that was

16  discussed by Motorola's experts.  Are you familiar with

17  Windows 7?

18  A    Yes, I am.

19  Q    And are you familiar with the use of video compression in

20  the use of Windows 7?

21  A    Yes, I am.

22  Q    How important are the Motorola H.264 patents to the normal

23  use of Windows?

24  A    I think they are very unimportant.

25  Q    Have you prepared a demonstrative showing the sources of

146

1    video played using the Windows software?

2    A   Yes, I have.

3    Q   Could we put up Exhibit 4030?  Can you explain what you

4    have shown here?

5    A   What I have shown here are the most common ways one might

6    encounter video in a Windows 7 environment, probably ranked

7    by how common they are.  Certainly the vast majority of video

8    that you would see would be by looking on web pages.  That

9    video may be an H.264, but I was not able to find any such

10   interlaced video on such web pages, pages like YouTube, Hulu,

11   common places where one encounters video.  None of them were

12   interlaced.

13        It is also true that you can play DVDs on a Windows 7

14   machine, but that is not H.264 encoded, that is MPEG-2

15   encoded.

16        It is possible to download video files and then play them

17   with a decoder made for your machine.  And while that may be

18   H.264, it is very rare that it would be interlaced H.264.

19   Q   Have you analyzed the five samples of supposed interlaced

20   video that Motorola and its experts say they have found?

21   A   Yes, I have.

22   Q   Could we put up Exhibit 4031?  And have you prepared a

23   demonstrative summarizing your conclusions as to these

24   samples?

25   A   Yes, I have.

1    Q    And are the five examples shown here?

2    A    Yes, those are the five examples on the left.

3    Q    Can you explain what they were?

4    A    The first one was a Katy Perry video.  It is pirated video

5    from a British TV station on a Pirate Bay website.  I believe

6    it is not relevant to law-abiding Microsoft customers or

7    users.

8         The second two, the video found on FindThatFile and the

9    JVT conformance videos are both test videos used by people,

10   in the first case a company and the second case a conformance

11   test, to see if the interlace handling facilities of

12   applications are working.  The first one is two seconds long.

13   The second one, the JVT one, is one second long.  I believe

14   they are not commercially relevant.  I don't believe anyone

15   would look at these one or two second long videos.

16        The final two that were cited, I looked at them carefully

17   and determined that neither of them is interlaced.  The first

18   one is the Olympics video.  It is provided through YouTube.

19   YouTube does not support interlaced video, and therefore one

20   would not imagine it was interlaced.  I looked at it

21   carefully and determined it was not interlaced, it is

22   progressive.

23        The second group were NASA videos that are available on a

24   NASA website.  I determined they were also not -- they were

25   not H.264 and they were not interlaced.

1    Q    Now, YouTube, is YouTube a widely used source of video on

2    the internet?

3    A    I think it is a very widely used source.  I think most

4    people have seen video over YouTube.

5    Q    Does YouTube support interlaced video?

6    A    No.  YouTube has made the decision to not allow people to

7    send interlaced video.  Users of YouTube are told if their

8    videos are interlaced and they want to post them, they need

9    to de-interlace first before posting them.

10   Q    Would you turn to Exhibit 592?  Can you tell us what this

11   is?

12   A    These are instructions related to -- from the YouTube

13   website, related to how one would encode video for posting on

14   YouTube.

15   Q    And what guidance does it provide as to interlaced video?

16   A    It instructs you that the video codec there on the first

17   page supports progressive scan, no interlacing, and suggests

18   on the second page contents should be de-interlaced.

19   Q    Do you have an understanding as to who operates and owns

20   YouTube?

21   A    I believe Google owns YouTube.

22   Q    And Google is the parent company of Motorola?

23   A    That's right.

24   Q    The fact that Google's YouTube doesn't support interlaced

25   video, does that tell you anything about the importance of

1  interlaced video today?

2  A  I think it tells you that Google has decided it is worth

3  risking the possibility that some interlaced sources might

4  not be accommodated in exchange for avoiding the problems

5  associated with interlace.

6  Q  And does it tell you anything about how common or rare the

7  use of interlaced video is?

8  A  I think it suggests it is not very important, at least to

9  Google.

10  Q  Can Windows encode using H.264 interlaced coding tools?

11  A  No, it does not use the Windows --  The Windows encoder

12  does not use the interlace coding tools.

13  Q  Now, there are a couple of other products mentioned,

14  Windows Phone 7, and phone 7.5.  What are those?

15  A  Those are other Windows products associated with phones

16  and operating systems for phones.

17  Q  Does Windows Phone 7 software even include an H.264

18  decoder?

19  A  No, it does not.

20  Q  Could you look at Exhibit 4032?  This is a potpourri of

21  other products mentioned by Motorola and its experts.  Can

22  you explain to us briefly where and how H.264 might be

23  implicated here?

24  A  Silverlight is a framework for dealing with multimedia

25  content, and it does not support interlaced video.  The Zune

1    is a handheld device that does not support interlaced video.

2    Lync is a chatting environment that Microsoft supports, that

3    does not support interlaced video.  Skype, I think most

4    people have used for teleconferencing, does not support

5    interlace video.  Windows embedded is an operating system to

6    run on embedded hardware, and it does not support video, does

7    have not have a decoder.

8         MR. PRITIKIN:  Your Honor, I forgot to move the

9    admission of 592.  I would do so now.

10        MR. ROWLAND:  No objection, your Honor.

11        THE COURT:  592 is admitted.

12   By Mr. Pritikin:

13   Q   Professor Orchard, let's see if we can sum up.  Based on

14   all of the analysis that you have done in this case, how

15   would you characterize the importance of the Motorola H.264

16   patents in implementing the H.264 standard?

17   A   I would say that they are -- have very minor importance,

18   and getting smaller as interlace -- the importance of

19   interlace recedes.

20        I would say that if H.264 had at any point been faced with

21   the option of choosing between the technologies of the patent

22   and the best alternatives, that the choice would have been

23   very easy to choose the alternatives, and no losses would

24   have been incurred.  I certainly believe that the patents are

25   very unimportant to Microsoft products, which don't support

1    mostly interlaced.

2            MR. PRITIKIN:  Thank you, Professor Orchard.  No

3    further questions.

4            THE COURT:  Counsel, while you are handing out your

5    books, I will ask one question.

6        Professor, I have you down as saying there are 16

7    essential patents, and your graph says 17.

8            THE WITNESS:  That graph, slide, demonstrative was

9    developed earlier.  I believe there was one that was removed

10   that I think Motorola backed off on.

11           MR. PRITIKIN:  I think it was the subject of one of

12   the earlier rulings, in fact, your Honor.

13           THE WITNESS:  I was also confused.

14                          CROSS-EXAMINATION

15   By Mr. Rowland:

16   Q   Good afternoon, Professor.

17   A   Good afternoon.

18   Q   Microsoft markets its products around the world; is that

19   correct?

20   A   I believe it does, yes.

21   Q   And around the world television is a popular source of

22   entertainment?

23   A   That's what I read, yes.

24   Q   And the television industry has been providing video

25   content in an interlaced format for decades?

1    A    That's true.

2    Q    And the television industry still provides video content

3    in interlaced form?

4    A    It provides some of its video content in interlaced form.

5    Q    Many sources of digital television use H.264 to encode

6    video content?

7    A    Yes, many are.

8    Q    Sources of digital television that use H.264 include

9    broadcast TV?

10   A    Sorry?  The terrestrial broadcast?

11   Q    Yes.

12   A    In the United States it uses MPEG-2.

13   Q    And outside of the United States?

14   A    There are some places where H.264 has been adopted.

15   Q    Sources of digital television that use H.264 includes

16   satellite TV?

17   A    Yes, some satellite TV providers do use H.264.

18   Q    And sources of digital television that use H.264 include

19   cable TV companies?

20   A    Some cable TV companies adopted it, yes.

21   Q    And the sources of digital television that use H.264 can

22   include interlaced video content in the programming they

23   provide?

24   A    They generally do support interlaced content, yes.

25   Q    And the sources of digital television that use H.264

1    coding can include interlaced content encoded using the MBAFF

2    feature of the H.264 standard?

3    A   If such sources decide to send interlaced video, then,

4    yes, they have the option of using the interlaced coding

5    tools of the H.264 standard.

6    Q   There was an example you mentioned in your direct

7    testimony about video, I think it was the Katy Perry video.

8    Do you recall that?

9    A   That's right.

10   Q   And I believe you analyzed that, and it was your opinion

11   it had been broadcast by British BBC One?

12   A   I think --  I read that somewhere.  I did not see that in

13   my analysis of the video.  I do know that it came from a

14   Pirate Bay source.  That's where I got it.

15   Q   But you had investigated and opined that it had come from

16   British television?

17   A   Yeah.  I was told that, yes.

18   Q   And you did take a look at it and confirmed that it

19   included MBAFF encoded video content?

20   A   Yes, I did.

21   Q   That is MBAFF as used in H.264 standard?

22   A   That's right.

23   Q   Now, recording broadcast TV shows for personal use is a

24   fairly common practice?

25   A   I am not sure that I can comment on that.  I don't know.

1    Q    You don't know what people do with DVRs?  Do you know what

2    a DVR is?

3    A    Sure.

4    Q    So you don't have an opinion one way or the other as to

5    whether people use their DVRs to record broadcast video

6    shows?

7    A    You're right.  I was thinking on a computer, doing it

8    myself.  You're right, the DVR does do that, yeah.

9    Q    Now, Microsoft --  You anticipated my next question.

10   Microsoft encourages its customers to record TV using Windows

11   Media Center; isn't that right?

12   A    I'm not aware of that.

13   Q    Let me show you Exhibit 2738.  Let me know when you are

14   there.

15   A    I'm there.

16         THE COURT:  I'm not, counsel.

17         MR. ROWLAND:  All right, your Honor.

18         THE COURT:  All of that for one page?  I'm there.

19         MR. ROWLAND:  Thank you, your Honor.

20   By Mr. Rowland:

21   Q    As you see, Exhibit 2738 is a printout from Microsoft

22   Windows website.  It refers to Windows Media Center.  Do you

23   see that?

24   A    Yes, I do.

25   Q    And there is a heading about -- well, actually, right

1    underneath the picture it says, "Watch, pause and record

2    HDTV."  Do you see that?

3    A    Yes, I do see that.

4    Q    And it says, "With Windows Media Center --"  This is

5    further down the page.  Underneath the heading, "Watch and

6    record hi-def TV and movies with Windows Media Center plus

7    broadcast or cable TV, and with a TV tuner you can watch,

8    pause and record live TV, even HDTV."  Do you see that?

9    A    Yes, I do see that.

10   Q    Do you understand that a function of Windows Media Center

11   is to record TV?

12   A    I am not familiar with this product.  All I can do is

13   interpret and perhaps speculate from what you are showing me

14   here.  But that might be -- what you ask might be one

15   interpretation of the words here.

16   Q    So you are not familiar with Windows Media Center; is that

17   correct?

18   A    I don't use it.  I don't have it.

19   Q    And you didn't analyze it as part of your opinion?

20   A    I analyzed various things that came up here, but I

21   never --  For example, on this, I don't know what tuner they

22   are talking about.  I don't know who does the decoding.  I

23   don't know if they are talking about encoding to record.  I

24   imagine there is some encoding involved.  No, I don't know

25   the details of that.

1  Q   Are you familiar with the fact that Windows Media Center

2  allows user to send recorded TV shows or other video from

3  their PC to their Xbox?

4  A   No, I was not aware of that, and I don't know how that is

5  done.

6  Q   If you look on the same sheet in front of you, the bottom

7  of the paragraph we were just quoting from, which is in the

8  middle of the page -- no, I'm sorry, it is under the heading

9  "Watch what you want where you want."  Do you see at the

10 bottom of that paragraph it says, "And if you have an Xbox

11 360 you can also send the recorded TV, video and photos on

12 your PC to your television."  And that is a function you are

13 not familiar with; is that right?

14 A   Yes, that is correct.

15 Q   Were you aware that an Xbox can be set up as a Windows

16 Media Center extender, so the content can be streamed from a

17 computer from one room to other rooms in the house?

18 A   No, I was not.

19 Q   Now, Microsoft has partnered with various digital TV

20 providers around the world to allow the Xbox to receive

21 digital television programming from the internet?

22 A   Excuse me?  What's the question?

23 Q   Has Microsoft -- it is correct that Microsoft has

24 partnered with various digital TV providers around the world

25 to allow the Xbox to receive television programming from the

1   internet?

2   A   I am not aware of that being the case.

3   Q   Let's take a look at Exhibit 2161.

4           MR. ROWLAND:  Your Honor, I'm sorry.  Motorola would

5   offer 2738.

6           THE COURT:  Any objection?

7           MR. PRITIKIN:  No objection.

8           THE COURT:  It is admitted.

9           (2738 admitted.)

10  By Mr. Rowland:

11  Q   Are you on Exhibit 2161?

12  A   Yes, I am.

13  Q   Do you see the heading?  This is from Microsoft News

14  Center at the top.  It says, "Xbox 360 teams up with

15  entertainment leaders to transform TV."  Do you see that

16  heading?

17  A   I do see that, yes.

18  Q   If you turn to the next page, toward the bottom of the

19  page, the second to last paragraph, it says "These new TV and

20  video providers announce today, join our existing lineup of

21  great TV and entertainment partners already on Xbox 360:

22  AT&T, Netflix and Hulu plus in the U.S., Telus in Canada,

23  BskyB in the UK, Canal+ in France, Vodafone in Portugal,

24  Vimpelcom in Russia, and Foxtel in Australia."  Do you see

25  that?

1    A    I see that, yes.

2    Q    Were you aware of those arrangements for providing TV on

3    the Xbox?

4    A    Of those I only have been aware of the BskyB and the

5    Canal+.

6    Q    You were not aware, for example, in the United States

7    Microsoft has partnered with AT&T to allow the Xbox to be

8    used as a set-top box for its digital TV service?

9    A    I was aware of that, yes.

10   Q    And that digital TV service is called U-verse?

11   A    That's right.

12   Q    Now, the U-verse service includes delivery of interlaced

13   content; is that right?

14   A    I understand that there is some interlace on U-verse, yes.

15   Q    And that interlace content, if received by the Xbox, would

16   be decoded by the H.264 decoder in the Xbox?

17   A    I believe it would be, yes.

18   Q    Consumers use camcorders to generate interlaced content

19   encoded in H.264, correct?

20   A    Some older camcorders do put out interlaced content, yes.

21   Q    And those put out interlaced content encoded in H.264?

22   A    Yes, there are some of those that do put out H.264 encoded

23   content.

24   Q    Consumers might want to save such H.264 interlaced content

25   on their computers and play it back?

1    A    That could be true, yes.

2    Q    And they might want to burn such H.264 interlaced content

3    to a DVD that they can play on their computer or Xbox?

4    A    They might want to.

5    Q    They might want to copy such H.264 interlaced content to a

6    flash drive so they can play the file on their computer or

7    Xbox?

8    A    That could happen, yes.

9    Q    And they might want to upload such H.264 interlaced

10    content to the internet, right?

11    A    They might want to, yes.

12    Q    And as you have pointed out to us today, one place they

13    might upload such interlaced content or desire to upload such

14    interlaced content is YouTube, right?

15    A    When they -- if they came about wanting to do that, they

16    would be instructed they would need to de-interlace and

17    upload it as progressive content.

18    Q    That's YouTube's rules.  That's not the only way in which

19    a user could upload video to the internet, correct?

20    A    Via YouTube?

21    Q    I am saying other than YouTube.

22    A    That's true.

23    Q    I would like --  As long as we are on YouTube, can we go

24    back to Exhibit 592, which you had talked about in your

25    direct testimony.

1    A    I'm there.

2    Q    And you said that on this page it referred to converting

3    interlaced video to progressive video prior to uploading; is

4    that right?

5    A    I believe it is on the top of the following page, yeah.

6    Q    That's the discussion where it says, "Content at 1080i 60

7    should be de-interlaced, going from 60 interlaced fields per

8    second to 30 progressive frames per second before uploading."

9    A    That's right.

10   Q    So your understanding is the reference to 1080i 60 is a

11   reference to interlaced video?

12   A    Yeah.  The 1080i 60 expressed like that, yes, would be.

13   Q    And so this suggests, does it not, that there is content

14   out there recorded by consumers who might want to upload that

15   content to the internet that has been recorded in interlaced

16   form?

17   A    It suggests that while YouTube does not want to

18   accommodate that content, it certainly would not want to

19   leave someone with that content clueless as to what to do

20   with it.  So instructions are provided, yes.

21   Q    It wouldn't provide such instructions if they didn't

22   believe that such content existed, right?

23   A    I think that's true.

24        MR. ROWLAND:  Before we move on, I would like to move

25   for admission Exhibit 2161, which we had been discussing.

1    This was the Xbox 360 article?

2            MR. PRITIKIN:  No objection.

3            THE COURT:  It is admitted.

4            (2161 admitted.)

5    By Mr. Rowland:

6    Q    Another way consumers can interact with interlaced content

7    as encoded in H.264 is through Blu-ray disks, correct?

8    A    Are you asking if there is interlaced content on Blu-ray

9    disks?

10   Q    Thank you.  You asked the question better than I did.

11   A    I think that's true, yes.

12   Q    I would like to turn your attention to your assessment of

13   the patents in the MPEG LA pool.  You did not analyze the

14   validity of any of the third-party patents included in the

15   MPEG LA, correct?

16   A    Just so I understand clearly, third party to which --

17   Q    Let me clarify.  You had identified that there are patents

18   in the MPEG LA pool that are not assigned to Motorola or

19   Microsoft, correct?

20   A    Yes.

21   Q    Those patents, you did not analyze their validity?

22   A    No, I did not.

23   Q    And you did not analyze the claims of any of those

24   patents?

25   A    No, I did not.

1    Q    So you didn't analyze the extent to which any of those

2    patent claims, that is patents other than patents belonging

3    to Microsoft or Motorola, in the MPEG LA pool would be

4    directed to tools for improving the coding of interlaced

5    video, right?

6    A    Some of them are related to field/frame coding, and other

7    tools related to interlaced video, if that's your question.

8    Q    But you didn't analyze the claims that determine the

9    scope?

10   A    No, I did not.

11   Q    You also did not analyze the validity or claims of any

12   patents declared essential to H.264 by non-MPEG LA members?

13   A    No, I did not.

14   Q    You did an analysis of Motorola's patents, but that didn't

15   include a thorough invalidity analysis, correct?

16   A    No.  With the exception of the '596 patent, I really

17   haven't looked very thoroughly at invalidity.

18   Q    The '596 patent was because you were involved in another

19   proceeding?

20   A    That's right, in which the claim was found to be invalid.

21   Q    There were claims in that patent found to be valid,

22   correct?

23   A    That's right.

24   Q    You also did not do a thorough analysis of whether

25   Microsoft's products infringed the Motorola patents, correct?

1   A   I'm not sure what you mean by "thorough."  It is my

2   opinion that the Microsoft products don't practice -- do not

3   have hardware that would infringe the means plus function

4   claims of two of the patents.

5   Q   In general, you didn't do a thorough infringement analysis

6   of the Motorola patents?

7   A   I think I looked at those patents with sufficient

8   thoroughness to support that opinion.

9   Q   You had your deposition taken in connection with this

10  case?

11  A   Yes, I did.

12  Q   I believe you should have at the back of your binder a

13  copy of your deposition transcript.  The blue binder.  In

14  your deposition at Page 159 you stated, "In my reports I've

15  done an analysis of the value of all these patents with

16  respect to H.264, and that analysis, I don't think, is

17  equivalent to a thorough invalidity or infringement

18  analysis."  You gave that testimony in your deposition?

19  A   And I think that would -- I would still stand by that

20  characterization of my overall activities in this case

21  pertaining to all of the patents.  That shouldn't preclude

22  the fact that a particular opinion were not thorough -- was

23  possibly thorough.

24  Q   Is it not true that you gave this answer during your

25  deposition?

1    A    Yes, I did.

2    Q    You did not conduct any tests to determine the value of

3    Motorola's patents, correct?

4    A    I'm not sure what you mean by "test."  Can you be more

5    specific?

6    Q    Sure.  You didn't run a test, for example, of any coding

7    or decoding functionality, including a feature claim to be

8    covered by Motorola's patents to determine its performance?

9    A    Okay.  No, I did not.

10   Q    And you didn't run any similar type tests to compare the

11   performance benefits provided by the inventions in Motorola's

12   patents relative to the performance of any of the prior art

13   or alternatives that you discussed in your testimony?

14   A    In some cases I draw on tests that were done.  But I did

15   not perform those tests, no.

16   Q    Now, let's start with a few questions directed to specific

17   Motorola essential patents that you have discussed in your

18   testimony.

19          THE COURT:  Counsel, you have about three minutes,

20   and then I will take some time to handle administrative

21   matters.

22          MR. ROWLAND:  Your Honor, rather than going into a

23   new topic, it is probably a good time to stop.

24          THE COURT:  Counsel, the matter that is next up on

25   the calendar is a criminal sentencing.  So we can clear a

1  little bit of space on that bench.  If you want to just push

2  stuff to the front, that's fine.

3      I will see you all tomorrow at 9:00 a.m.  Our schedule

4  tomorrow will be 9:00 to noon, and 1:30 to 4:00.  The

5  schedule for the rest of the week, I can now confirm for the

6  rest of the trial, will be Thursday, 9:00 to noon and 1:30 to

7  4:00; Friday 9:00 to noon and 1:30 to 4:30, and Monday, and

8  this is the change, 9:00 to noon and 1:00 to 4:30 -- excuse

9  me, until 4:00 on Monday.  On Tuesday, 9:00 to noon and 1:00

10 to 4:00 p.m.

11      I originally allocated 18 hours to each side on this

12 matter, less time I spent reviewing the depositions.  You are

13 going to get through the end of Tuesday with 15 hours and 30

14 minutes.  It has actually taken me about ten or 12 hours to

15 do the deposition, but I can accommodate you on the trial

16 calendar.  So 15 hours and 30 minutes.

17      And if my timekeeping is accurate, today Microsoft used

18 two hours and 45 minutes -- excuse me, two hours and 25

19 minutes, and Motorola used two hours and 20 minutes, which

20 against that 15-hour 30 minute limit leaves Microsoft with

21 nine hours and 30 minutes, and Motorola with 11 hours and 15

22 minutes, which is about on pace for presentation of how long

23 the presenting party takes more to start with.

24      I have as witnesses tomorrow --  I understand we are

25 losing Dr. Orchard.  So we will have Del Castillo, Gibson,

1   and then who?

2         MR. PRITIKIN:  After that it will be Professor Simcoe

3   and then Dr. Lynde.

4         THE COURT:  All right.

5         MR. PRITIKIN:  Your Honor, one other housekeeping

6   matter.  There were various exhibits referred to in the

7   depositions submitted by the parties.  I suspect both sides

8   are going to want to offer those into evidence.  How would

9   you like us to do that?

10        THE COURT:  If they weren't done during the

11  witness --

12        MR. PRITIKIN:  Probably documents or exhibits that

13  were referred in the course of the testimony and I thought

14  had been provided to the court.

15        THE COURT:  If you remember, I told you it needed

16  some witness identification.  If it was done during the

17  witness, then I would have expected the exhibit to be moved

18  for admission at that time.  Are there ones out there that

19  has not been done for?

20        MR. PRITIKIN:  I was talking about the depositions,

21  your Honor.  I'm sorry.

22        THE COURT:  You will need to move to publish, is the

23  way that is done in this district.  And then they become a

24  part of the court record.

25        MR. PRITIKIN:  That's fine.

```
 1            THE COURT:  Mr. Jenner.

 2            MR. JENNER:  Your Honor, we have no questions on our

 3   side of the table this afternoon.

 4            THE COURT:  All right.  I will see you all tomorrow

 5   morning.  Thank you, counsel.  We will be in recess.

 6            MR. JENNER:  Your Honor, I have one question I should

 7   ask.  That is just to get clarification on what your Honor's

 8   rule is regarding witnesses who are carried over on

 9   testimony.  Are witnesses allowed to or precluded from

10   discussing the case with the party?

11            THE COURT:  I would expect them not to discuss the

12   case.

13            MR. JENNER:  Thank you.

14            THE COURT:  Thank you, counsel.

15                    (Adjourned for the day.)

16

17

18

19

20

21

22

23

24

25
```

1                    C E R T I F I C A T E

2

3

4          We, Debbie K. Zurn and Barry Fanning, Court

5   Reporters for the United States District Court in the Western

6   District of Washington at Seattle, do hereby certify that we

7   were present in court during the foregoing matter and

8   reported said proceedings stenographically.

9          We further certify that thereafter, we have caused

10  said stenographic notes to be transcribed under our direction

11  and that the foregoing pages are a true and accurate

12  transcription to the best of our ability.

13

14

15          Dated this 18th day of December, 2012.

16

17                          /s/ *Debbie Zurn, Barry Fanning*

18                          *DEBBIE ZURN/BARRY FANNING*
                            *OFFICIAL COURT REPORTERS*
19

20

21

22

23

24

25