1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | CASE NO. C10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

The court is in receipt of the parties' respective post-trial briefing regarding the license agreement between Google Inc. and MPEG LA related to the H.264/AVC patent pool. (Motorola Br. (Dkt. # 614); Microsoft Br. (Dkt. # 615).) The court is also in receipt of Microsoft Corporation's motion for summary judgment of invalidity (Dkt. # 205). To address both the Google-MPEG LA license agreement and Microsoft's motion for summary judgment of invalidity, the court hereby schedules oral argument for January 28, 2013, at 1:30 p.m.

At argument, with respect to the Google-MPEG LA license agreement, the parties shall address (1) the proper interpretation of the Google-MPEG LA license agreement under the law of the State of New York; and (2) the import of the Google-MPEG LA license agreement as it relates to H.264 standard essential patents held by Motorola Mobility LLC and General Instrument Corporation, as wholly-owned subsidiaries of Google. The parties may submit, no later than January 23, 2013, (1) relevant extrinsic evidence to the Google-MPEG LA license agreement, such as affidavits from MPEG LA regarding the purpose and intent of the grant-back provision (Section 8.3) of the Google-

//
//
//
//
//
//

1 | MPEG LA agreement; and (2) additional briefing, limited to 12 pages, addressing any
2 | proffered extrinsic evidence.
3 |     Filed and entered this 31st day of December, 2012.
4 |
5 |                                         WILLIAM M. MCCOOL
                                          Clerk of Court
6 |
                                          s/Mary Duett
7 |                                         Deputy Clerk

- 3