The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                              Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF DEFENDANTS' BRIEF REGARDING EXTRINSIC EVIDENCE RELEVANT TO THE GOOGLE-MPEG LA LICENSE |

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
DEFENDANTS' BRIEF REGARDING EXTRINSIC EVIDENCE
RELEVANT TO THE GOOGLE-MPEG LA LICENSE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, SAMUEL L. BRENNER, declare as follows:

1. I am an associate at the law firm of Ropes & Gray LLP, counsel to Motorola Mobility LLC and General Instrument Corporation (collectively "Motorola")[1], Defendants in this action, and am a member in good standing of the bars of the Commonwealth of Massachusetts and State of California.

2. I submit this declaration in support of Motorola's Brief Regarding Extrinsic Evidence Relevant to the Google-MPEG LA License, submitted concurrently herewith.

3. Attached as Exhibit A is a true and correct copy of an October 8, 2010 letter from MPEG LA to Laura Majerus at Google, which bears production numbers GGMM-00029807-08.

4. Attached as Exhibit B is a true and correct copy of a February 27, 2009 email from Laura Majerus of Google to Baryn S. Futa, Manager and Chief Executive Officer of MPEG LA L.L.C., with the subject "Re: Notification of Affiliates pursuant to Section 3.3 of AVC Patent Portfolio License," which bears production numbers GGMM-00011326-27.

5. Attached as Exhibit C is a true and correct copy of a February 28, 2011 email from Laura Majerus of Google to Darcey Feiertag and Ryan Rodriguez of MPEG LA, which bears production numbers MPEG LA-000328-29.

6. Attached as Exhibit D is a true and correct copy of a February 28, 2012 email from Laura Majerus of Google to Darcey Feiertag and Alana Walker of MPEG LA, which bears production number MPEG LA-000300.

7. Attached as Exhibit E is a true and correct copy of an article by Larry Horn, entitled "Alternative approaches to IP management: One-stop technology platform licensing," published in 2003 in the *Journal of Commercial Biotechnology*.

---

[1] As noted in Motorola's Post-Trial Brief Regarding the Google-MPEG LA AVC License Agreement (Dkt. No. 615), Motorola Solutions, Inc., which is now independent from Motorola Mobility and General Instrument, takes no position on the issues raised in Motorola's briefing regarding the Google-MPEG LA AVC License Agreement.

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF DEFENDANTS' BRIEF REGARDING EXTRINSIC EVIDENCE RELEVANT TO THE GOOGLE-MPEG LA LICENSE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   8. Attached as Exhibit F is a true and correct copy of a 2009 article by Bill Geary,
2  entitled "Patent Pools in High-Tech Industries," and published in *International Asset Management*
3  *Magazine*.
4   9. Attached as Exhibit G is a true and correct copy of a November 11, 2011 MPEG
5  LA slide presentation entitled "Patent Pool Evolution," which bears production numbers MS-
6  MOTO_1823_00002303960-95.
7   10. Attached as Exhibit H is a true and correct copy of an email exchange between
8  Terufumi Yorita of Sony Corporation and Larry Horn of MPEG LA, culminating in a March 16,
9  2004 email bearing the subject line "RE: Revised AVC Draft License," and bearing production
10 numbers MS-MOTO_1823_00002352423-25.
11  11. Attached as Exhibit I is a true and correct copy of a presentation on the AVC patent
12 portfolio license by MPEG LA at the 2006 Video Networks Users' Conference, bearing
13 production numbers MPEG-MOT_00000764-81.
14  12. Attached as Exhibit J is a true and correct copy of a February 28, 2010 letter from
15 Laura Majerus of Google to Rachel Bowman and Baryn S. Futa of MPEG LA, which bears
16 production number GGMM-00011669.
17  13. Attached as Exhibit K is a true and correct copy of an email from Ryan Rodriguez
18 of MPEG LA to Laura Majerus of Google, which bears production number GGMM-00029806.

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
DEFENDANTS' BRIEF REGARDING EXTRINSIC EVIDENCE
RELEVANT TO THE GOOGLE-MPEG LA LICENSE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  I declare under penalty of perjury of the laws of the United States and the State of
2  Washington that the foregoing is true and correct.

3

4  DATED this 23rd day of January, 2013.

                                       */s/ Samuel L. Brenner*
                                        Samuel L. Brenner

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF
DEFENDANTS' BRIEF REGARDING EXTRINSIC EVIDENCE
RELEVANT TO THE GOOGLE-MPEG LA LICENSE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Calfo Harrigan Leyh & Eakes LLP
>*arthurh@calfoharrigan.com*
>*chrisw@calfoharrigan.com*
>*shanec@calfoharrigan.com*

>Richard A. Cederoth, Esq.
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>David Greenfield, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*rcederoth@sidley.com*
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*david.greenfield@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 23rd day of January, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF SAMUEL L. BRENNER IN SUPPORT OF DEFENDANTS' BRIEF REGARDING EXTRINSIC EVIDENCE RELEVANT TO THE GOOGLE-MPEG LA LICENSE - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001