THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

Plaintiff,

vs.

MOTOROLA, INC., et al.,

Defendants.

_____

MOTOROLA MOBILITY LLC, et al.,

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendants.

Case No. C10-1823-JLR

DECLARATION OF CHRISTOPHER
WION IN SUPPORT OF
MICROSOFT'S SUBMISSION OF
EXTRINSIC EVIDENCE RE THE
MPEG LA – GOOGLE LICENSE

**HEARING DATE:**
**Monday, January 28, 2012 at 1:30pm**

I, Christopher Wion, hereby declare as follows:

1.     I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of

the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter,

and have personal knowledge of the facts stated herein.

2.     On January 23, 2013, the parties each submitted the identical email exchange

among MPEG LA, Sony, and the members of the AVC Group from Spring 2004, attached as

DECLARATION OF CHRISTOPHER WION - 1

1    Ex. 3 to the Declaration of Lawrence A. Horn (Dkt. No. 641-3) and Ex. H to the Declaration of

2    Samuel Brenner (Dkt. No. 643-2).  The email string begins with a February 26 email from Mr.

3    Horn, in which he notes that he has attached clean and red-lined "drafts of the AVC License."

4         3.       Microsoft has located two drafts of the AVC/H.264 License, which were

5    produced during the course of discovery in this matter.  Attached hereto as Exhibit 1 is a true

6    and correct copy of the December 8, 2003 draft AVC Patent Portfolio License that Microsoft

7    produced as MS-MOTO_1823_00002352302—2352331 (denominated in the footer as version

8    "2").  Section 8.3 in this draft does not include any reference to "Affiliates."  It reads:

9          Upon full execution of this Agreement, Licensee agrees to grant a worldwide,
           nonexclusive license and/or sublicense (commensurate to the scope of the
10         licenses which Licensee has selected hereunder) under any and all AVC
           Essential Patent(s) that Licensee has the right to license and/or sublicense, to
11         any Licensor or any sublicensee of the Licensing Administrator desiring such a
           license and/or sublicense on fair and reasonable terms and conditions.  For
12         purposes of this Section 8.3 only, the Licensors' per patent share of royalties
           which are payable pursuant to Article 3 of this Agreement shall be presumed to
13         be a fair and reasonable royalty rate for the aforementioned license and/or
14         sublicense to be granted by the Licensee.

15   The date of version 2 of the License can be confirmed by the email that accompanied it,

16   produced by Microsoft as MS-MOTO_1823_00002352300—2352301, a true and correct copy

17   of which is attached hereto as Exhibit 2.

18        4.       Attached hereto as Exhibit 3 is a true and correct copy of the March 26, 2004

19   red-lined draft AVC Patent Portfolio License that Microsoft produced as MS-

20   MOTO_1823_00002352686—2352715 (denominated as version "4", with red-lined changes

21   to version "3").  This red-lined draft shows that the phrase "or its Affiliates, if any" was added

22   to Section 8.3 in version 3 and then changed to "and its Affiliates, if any" – the final language

23   – in version 4.  It reads:

24

25

DECLARATION OF CHRISTOPHER WION - 2

Upon full execution of this Agreement, Licensee agrees to grant a worldwide, nonexclusive license and/or sublicense (commensurate to the scope of the licenses which Licensee has selected hereunder) under any and all AVC Essential Patent(s) that Licensee <or>**and** its Affiliates, if any, ha<s>**ve** the right to license and/or sublicense, to any Licensor or any sublicensee of the Licensing Administrator desiring such a license and/or sublicense on fair and reasonable terms and conditions. For purposes of this Section 8.3 only, the Licensors' per patent share of royalties which are payable pursuant to Article 3 of this Agreement shall be presumed to be a fair and reasonable royalty rate for the aforementioned license and/or sublicense to be granted by the Licensee.

The date of the version 3-4 red-lined draft of the License can be confirmed by the email that accompanied it, produced by Microsoft as MS-MOTO_1823_00002352653—2352654, a true and correct copy of which is attached hereto as Exhibit 4.

     5.     Section 8.3 of the Google License (Horn Decl., Ex. 1) reads:

Upon full execution of this Agreement, Licensee agrees to grant a worldwide, nonexclusive license and/or sublicense (commensurate to the scope of the licenses which Licensee has selected hereunder) under any and all AVC Essential Patent(s) that Licensee and its Affiliates, if any, have the right to license and/or sublicense, to any Licensor or any sublicensee of the Licensing Administrator desiring such a license and/or sublicense on fair and reasonable terms and conditions. For purposes of this Section 8.3 only, the Licensors' per patent share of royalties which are payable pursuant to Article 3 of this Agreement shall be presumed to be a fair and reasonable royalty rate for the aforementioned license and/or sublicense to be granted by the Licensee.

I swear under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

     DATED this 25th day of January, 2013 in Seattle, Washington.

CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION - 3

**CERTIFICATE OF SERVICE**

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1.     I am over the age of 21 and not a party to this action.

2.     On the 25th day of January, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081                    _____ Messenger
Lynn M. Engel, WSBA #21934                       _____ US Mail
Summit Law Group                                 _____ Facsimile
315 Fifth Ave. South, Suite 1000                   X     ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)                     _____ Messenger
Jesse J. Jenner (*pro hac vice*)                 _____ US Mail
Ropes & Gray LLP                                 _____ Facsimile
1211 Avenue of the Americas                        X     ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)               _____ Messenger
Ropes & Gray LLP                                 _____ US Mail
1900 University Avenue, 6th Floor                _____ Facsimile
East Palo Alto, CA  94303-2284                     X     ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

DECLARATION OF CHRISTOPHER WION - 4

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
___X___ ECF

DATED this 25th day of January, 2013.


_____ s/Susie Clifford _____
Susie Clifford

DECLARATION OF CHRISTOPHER WION - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717