UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants. | CASE NO. C10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

  The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

1 On February 12, 2013, the parties contacted the court regarding Motorola's request to reopen the record of the November 13-19, 2012 trial to submit additional evidence. It is the court's understanding that although Microsoft opposes reopening the trial record, in the event Motorola is permitted to submit additional evidence, Microsoft would like to submit additional evidence of its own. Because the court desires to issue its ruling with the most complete record possible, the court GRANTS Motorola's request to reopen the record to submit additional evidence. Microsoft may also submit contextual evidence in response to Motorola's newly submitted evidence. The submissions of both parties shall be limited to the evidence discussed during the parties' phone call with the court on February 12, 2013. Along with any additional evidence, both parties may submit two-page letter briefs providing the court with an explanation of the submitted evidence. Any submissions shall be filed no later than February 22, 2013.

Filed and entered this 14th day of February, 2013.

WILLIAM M. MCCOOL
Clerk of Court

 s/Mary Duett
Deputy Clerk

- 2