THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>PARTIES' JOINT SUBMISSION REGARDING TRIAL SCHEDULE |

　　　　Plaintiff Microsoft Corporation ("Microsoft"), and defendants Motorola, Inc., Motorola Mobility LLC (formerly Motorola Mobility, Inc.) and General Instrument Corporation ("Motorola"), by and through their counsel below, hereby submit this Joint proposed schedule for fact and expert discovery, dispositive motions and trial on the remaining issues before the Court.

　　　　The parties anticipate that the Court will issue its decision from the November, 2012 bench trial ("Decision from the First Trial") in the near future. The parties agree that,

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

following the Decision from the First Trial, an additional period of discovery is necessary on at least certain issues relating to Microsoft's claims.  The parties further anticipate that additional summary judgment briefing may be warranted based on the Decision from the First Trial.  The parties further note that, under the Court's dispositive motion cutoff rule, dispositive motions must be filed at least 120 days prior to the trial date.  A party that seeks to modify this schedule must set forth "an extraordinary basis" for decreasing the period between the dispositive motion cutoff and the trial date to less than 120 days.

Accordingly, the parties propose the following approach to scheduling resolution of the remaining breach of contract issues:

- **Supplementation of Discovery Responses**:  In accordance with Fed.R.Civ.P. 26(e), the parties will supplement their responses to any discovery requests relevant to Microsoft's claims.
  - **Motorola's position:** As Microsoft is the plaintiff seeking damages it is incumbent upon Microsoft to supplement immediately its discovery responses and not wait for the Decision from the First Trial.
  - **Microsoft's position:**  The parties should supplement by no later than 20 days after the Decision from the First Trial.  If the Court determines that immediate supplementation is warranted, Microsoft believes it would be appropriate for both parties to supplement at the same time.
- **Close of Fact Discovery**:
  - **Motorola's position:** Fact discovery closed as of July 18, 2012.  With respect to fact discovery as to remaining issues, there should be no additional limitations on discovery, and fact discovery should close 45 days after the Decision from the First Trial.  Motorola agrees to serve fact discovery identifying all issues within ten (10) days after the Decision from the First Trial.

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

- o **Microsoft's position:** Fact discovery as to liability closed as of July 18, 2012.  Microsoft does not believe that there exist any remaining issues other than damage issues and has requested that Motorola identify any remaining non-damages issues.  Motorola has not identified any such issues.  Accordingly, Microsoft believes no additional fact depositions are necessary and fact discovery should close 40 days after the Decision from the First Trial.
- **Exchange of Opening Expert Reports**: 45 days after the Decision from the First Trial.
- **Exchange of Rebuttal Expert Reports**: 65 days after the Decision from the First Trial.
- **Close of Expert Discovery**: 80 days after the Decision from the First Trial (any expert offered for testimony at trial shall be subject to deposition, regardless of whether a new expert report has been submitted).
- **Dispositive Motions**:
  - o **Microsoft's Position**: If the Court permits the filing of dispositive motions, Microsoft requests an expedited briefing schedule that would allow for an early trial date in August 2013.  Microsoft requests that, at the status conference scheduled for March 14, 2013, Motorola identify any pre-trial motions it anticipates filing other than summary judgment, Daubert, or motions *in limine*.
  - o **Motorola's Position:**  On or before Monday, May 20, 2013, the parties will notify the Court whether they anticipate dispositive motions or other significant pre-trial motions, and further the parties will notify the Court regarding the types of pre-trial motions each anticipates. Motorola expects that there will be significant motion practice and believes the

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Court's 120-day rule is appropriate.  Thereafter, there will be a Status Conference to determine the trial date.  If dispositive motions are filed, opening motions will be due on the later of 90 days after the Decision from the First Trial and Thursday, June 13, 2013.

- **Trial Date**:
    - **Motorola's position:** The trial should occur between September 23 to October 25, 2012, if the Court is available, to allow time for dispositive motions and to accommodate counsel's schedule.
    - **Microsoft's position:** Microsoft requests that trial be scheduled between August 5 and August 20, 2013.
    - Otherwise, the parties agree that trial should be scheduled to begin on Monday, November 11, 2013, or as soon thereafter as the Court's schedule permits.
- **Length of Trial**:  The parties anticipate that the time required for trial will depend on the Court's ruling on Microsoft's pending Motion to Confirm Bench Trial of Breach of Contract Issues, filed on March 8, 2013.  The parties expect that a bench trial would require 4 total trial days and a jury trial would require 7 total trial days.  The parties agree that, in either case, time will be divided evenly between the parties.

/ / /

/ / /

/ / /

/ / /

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 13th day of March, 2013.

                                                                **RESPECTFULLY SUBMITTED,**
                                                                SUMMIT LAW GROUP PLLC

                                                                By */s/ Ralph H. Palumbo*
                                                                Ralph H. Palumbo, WSBA #04751
                                                               Philip S. McCune, WSBA #21081
                                                               Lynn M. Engel, WSBA #21934
                                                               *ralphp@summitlaw.com*
                                                               *philm@summitlaw.com*
                                                               *lynne@summitlaw.com*

By */s/ Thomas V. Miller*
Thomas V. Miller
MOTOROLA MOBILITY LLC
600 North U.S. Highway 45
Libertyville, IL 60048-1286
(847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
Kathleen M. Sullivan, NY #1804624
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
*kathleensullivan@quinnemanuel.com*

By */s/ Brian C. Cannon*
Brian C. Cannon, CA #193071
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
*briancannon@quinnemanuel.com*

By */s/ William C. Price*
William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*williamprice@quinnemanuel.com*

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

CALFO HARRIGAN LEYH & EAKES LLP

By    s/Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751

By    s/Christopher Wion
       Christopher Wion, WSBA #33207

By    s/Shane P. Cramer
       Shane P. Cramer, WSBA #35099
       999 Third Avenue, Suite 4400
       Seattle, WA  98104
       Phone:  206-623-1700
       arthurh@calfoharrigan.com
       chrisw@calfoharrigan.com
       shanec@calfoharrigan.com


By    s/T. Andrew Culbert
       T. Andrew Culbert

By    s/David E. Killough
       David E. Killough

MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA  98052
       Phone:  425-882-8080
       Fax:  425-869-1327

       David T. Pritikin
       Richard A. Cederoth
       Constantine L. Trela, Jr.
       William H. Baumgartner, Jr.
       Ellen S. Robbins
       Douglas I. Lewis
       David C. Giardina
       John W. McBride
       David Greenfield

SIDLEY AUSTIN LLP
       One South Dearborn
       Chicago, IL  60603
       Phone:  312-853-7000
       Fax:  312-853-7036

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 6

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 7

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 13th day of March, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 8

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

DATED this 13th day of March, 2013.

                                      s/Susie Clifford
                                  SUSIE CLIFFORD

PARTIES' JOINT SUBMISSION REGARDING
TRIAL SCHEDULE - 9

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717