UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. 10-1823JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOTOROLA, INC., et al., | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable

James L. Robart:

In accordance with the March 14, 2013, conference call with the parties, the court

sets the following schedule for the breach of contract trial:

| | |
|---|---|
| Close of Fact Discovery (limited to 2 depositions on liability for breach of contract and 4 depositions on damages) | 30 days following the court's findings and conclusions for the November 13, 2012, trial |
| Simultaneous Exchange of Opening Expert Reports | 40 days following the court's findings and conclusions |
| Simultaneous Exchange of Rebuttal Expert Reports | 50 days following the court's findings and conclusions |
| Close of Expert Discovery | 65 days following the court's findings and conclusions |
| Dispositive Motions and *Daubert* Motions due (2-week briefing schedule) | No later than 75 days following the court's findings and conclusions |
| Motions in Limine (limited to 3 per side) due | **July 29, 2013** |
| Responses to Motions in Limine | **August 5, 2013** |
| Pre-trial Conference | **August 13, 2013** |
| Trial | **August 26, 2013** |

MINUTE ORDER - 2

1    Filed and entered this 14th day of March, 2013.

2

3                                    WILLIAM M. MCCOOL
                                     Clerk of Court

4
                                     s/Mary Duett
5                                    Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 3