The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. C10-1823-JLR |
| Plaintiff, | NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY |
| v. | |
| MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION, | |
| Defendants. | |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION, | |
| Plaintiffs/Counterclaim Defendant, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant/Counterclaim Plaintiff. | |

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4832-9446-6323.1

1  NOTICE IS HEREBY GIVEN that Lynn M. Engel of Summit Law Group PLLC
2  withdraws as attorney for Defendants Motorola Solutions, Inc., Motorola Mobility LLC and General
3  Instrument Corp. in the above-captioned matter.  She may be removed from any applicable service
4  list.  All remaining Summit Law Group PLLC attorneys who have appeared remain as counsel of
5  record and should continue to receive notices.
6  DATED this 20th day of March, 2013.

SUMMIT LAW GROUP PLLC

By */s/ Lynn M. Engel*
    Lynn M. Engel, WSBA #21934
    *lynne@summitlaw.com*

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4832-9446-6323.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 20th day of March, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4832-9446-6323.1