The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>       Defendants. | CASE NO. C10-1822-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION TO CONFIRM BENCH TRIAL OF BREACH OF CONTRACT ISSUES [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, March 29, 2013** |

THIS MATTER having come before the Court on Microsoft's Motion to Confirm Bench Trial of Breach of Contract Issues, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Microsoft's Motion to Confirm Bench Trial of Breach of Contract Issues is hereby DENIED.

ORDER DENYING MICROSOFT'S MOTION TO
CONFIRM BENCH TRIAL OF BREACH OF CONTRACT
ISSUES - 1
CASE NO. C10-1822-JLR

4825-4172-5459.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   IT IS SO ORDERED.

2   DATED this _____ day of _____, 2013.

3

4
_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE
5

6   *Presented by:*

7   SUMMIT LAW GROUP PLLC

8   By */s/ Ralph H. Palumbo*
    By */s/ Philip S. McCune*
9       Ralph H. Palumbo, WSBA #04751
        Philip S. McCune, WSBA #21081
10      *ralphp@summitlaw.com*
        *philm@summitlaw.com*
11

12  By */s/ Thomas V. Miller*
        Thomas V. Miller
13      MOTOROLA MOBILITY, INC.
        600 North U.S. Highway 45
14      Libertyville, IL  60048-1286
        (847) 523-2162
15

16  And by

17      Kathleen M. Sullivan (pro hac vice)
        Quinn Emanuel Urquhart & Sullivan, LLP
18      51 Madison Avenue, 22nd Floor
        New York, NW  10010
19      (212) 849-7000
        *kathleensullivan@quinnemanuel.com*
20

21      Brian C. Cannon (pro hac vice)
        Andrea Pallios Roberts (pro hac vice)
22      Quinn Emanuel Urquhart & Sullivan, LLP
        555 Twin Dolphin Drive, 5th Floor
23      Redwood Shores, CA  94065
        (640) 801-5000
24      *briancannon@quinnemanuel.com*
        *andreaproberts@quinnemanuel.com*

25

26

ORDER DENYING MICROSOFT'S MOTION TO
CONFIRM BENCH TRIAL OF BREACH OF CONTRACT
ISSUES - 2
CASE NO. C10-1822-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4825-4172-5459.1

William C. Price (pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
(213) 443-3000
*williamprice@quinnemanuel.com*

Jesse J. Jenner (*pro hac vice*)
Steven Pepe (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*jesse.jenner@ropesgray.com*
*steven.pepe@ropesgray.com*
*kevin.post@ropesgray.com*
*stuart.yothers@ropesgray.com*

James R. Batchelder (*pro hac vice*)
Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*james.batchelder@ropesgray.com*
*norman.beamer@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693
*paul.schoenhard.@ropesgray.com*

**Attorneys for Defendants Motorola, Inc., Motorola Mobility, LLC, and General Instrument Corp.**

ORDER DENYING MICROSOFT'S MOTION TO CONFIRM BENCH TRIAL OF BREACH OF CONTRACT ISSUES - 3
CASE NO. C10-1822-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4825-4172-5459.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 25th day of March, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION TO
CONFIRM BENCH TRIAL OF BREACH OF CONTRACT
ISSUES - 4
CASE NO. C10-1822-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4825-4172-5459.1