The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

                    Plaintiff,

       v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

                  Defendants.

CASE NO. C10-1822-JLR

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S OPPOSITION TO MICROSOFT'S MOTION TO CONFIRM BENCH TRIAL OF BREACH OF CONTRACT ISSUES

**NOTED ON MOTION CALENDAR:
Friday, March 29, 2013**

I, Andrea Pallios Roberts, declare as follows:

1.      I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter.  I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of cited excerpts of the transcript of the May 7, 2012 hearing in this matter.

3.      Attached as Exhibit B is a true and correct copy of cited excerpts of the transcript of the June 14, 2012 *Markman* Tutorial and Status Conference in this matter.

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF MOTOROLA'S OPPOSITION TO
MICROSOFT'S MOTION TO CONFIRM BENCH TRIAL OF
BREACH OF CONTRACT ISSUES - 1
CASE NO. C10-1822-JLR
4822-5533-3139.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1     4.     Attached as Exhibit C is a true and correct copy of cited excerpts of the transcript

2  of the July 9, 2012 Teleconference before this Court in this matter.

3     5.     Attached as Exhibit D is a true and correct copy of cited excerpts of the transcript

4  of the January 28, 2013 hearing in this matter.

5     I declare under penalty of perjury under the laws of the United States and the State of

6  Washington that the foregoing is true and correct.

7     EXECUTED this 25th day of March, 2013, at Redwood Shores, California.

8

9                                                      *Andrea Pallios Roberts*

10  _____

11                                                Andrea Pallios Roberts

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF MOTOROLA'S OPPOSITION TO
MICROSOFT'S MOTION TO CONFIRM BENCH TRIAL OF
BREACH OF CONTRACT ISSUES - 2
CASE NO. C10-1822-JLR

4822-5533-3139.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3   Court using the CM/ECF system which will send notification of such filing to the following:

4           Arthur W. Harrigan, Jr., Esq.
            Christopher T. Wion, Esq.
5           Shane P. Cramer, Esq.
            Calfo Harrigan Leyh & Eakes LLP
6           *arthurh@calfoharrigan.com*
            *chrisw@calfoharrigan.com*
7           *shanec@calfoharrigan.com*

8           Richard A. Cederoth, Esq.
            Brian R. Nester, Esq.
9           David T. Pritikin, Esq.
            Douglas I. Lewis, Esq.
10          John W. McBride, Esq.
            David Greenfield, Esq.
11          William H. Baumgartner, Jr., Esq.
            David C. Giardina, Esq.
12          Carter G. Phillips, Esq.
            Constantine L. Trela, Jr., Esq.
13          Ellen S. Robbins, Esq.
            Nathaniel C. Love, Esq.
14          Sidley Austin LLP
            *rcederoth@sidley.com*
15          *bnester@sidley.com*
            *dpritikin@sidley.com*
16          *dilewis@sidley.com*
            *jwmcbride@sidley.com*
17          *david.greenfield@sidley.com*
            *wbaumgartner@sidley.com*
18          *dgiardina@sidley.com*
            *cphillips@sidley.com*
19          *ctrela@sidley.com*
            *erobbins@sidley.com*
20          *nlove@sidley.com*

21          T. Andrew Culbert, Esq.
22          David E. Killough, Esq.
            Microsoft Corp.
23          *andycu@microsoft.com*
            *davkill@microsoft.com*
24

25      DATED this 25th day of March, 2013.

26                                          _____
                                            /s/ *Marcia A. Ripley*
                                            Marcia A. Ripley

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF MOTOROLA'S OPPOSITION TO
MICROSOFT'S MOTION TO CONFIRM BENCH TRIAL OF
BREACH OF CONTRACT ISSUES - 3
CASE NO. C10-1822-JLR
4822-5533-3139.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001