LAW OFFICES
## CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

CHRISTOPHER T. WION

E-MAIL: CHRISW@CALFOHARRIGAN.COM
FACSIMILE: (206) 623-8717

April 25, 2013

Honorable James L. Robart
United States District Judge
USDC Courthouse
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

  RE: *Microsoft Corp. v. Motorola, Inc., et al.*
    Case No. C10-1823-JLR

Dear Judge Robart:

  We write to advise that the Parties have agreed to withdraw their proposed redaction to paragraph 150 of the Court's April 19, 2013 Findings of Fact and Conclusions of Law.

      Very truly yours,

      CALFO HARRIGAN LEYH & EAKES LLP

      Christopher T. Wion

      SUMMIT LAW GROUP

      Philip S. McCune

CW:fcf

cc: Phil McCune