UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. C10-1823JLR |
| Plaintiff, | ORDER STRIKING |
| v. | APRIL 26, 2013, TELEPHONIC HEARING |
| MOTOROLA, INC, et al., | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

ORDER- 1

1         In an April 19, 2013, order, the court ordered the parties to file (1) a proposed joint

2    redacted version of the court's Findings of Fact and Conclusions of Law (the "Findings

3    and Conclusions") and (2) a proposed joint redacted version of the parties' deposition

4    designations.  (4/19/13 Order (Dkt. # 672).)  The parties have complied with the court's

5    order.  (*See* Dkt. ## 676, 677.)  Moreover, the court finds that each of the parties'

6    proposed redactions meets the Ninth Circuit's "compelling reasons" standard for

7    redacting records and testimony presented at trial.  *See Kamakana v. City and Cnty. of*

8    *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  Accordingly, the court will issue a

9    redacted version of its Findings of Fact and Conclusions of Law following this order.  In

10   the near future, the court will also file a redacted version of the parties' deposition

11   designations on the public record.  As the court has found that the parties' proposed

12   redactions meet the "compelling reasons" standard, the telephonic conference scheduled

13   for April 26, 2013, at 9:00 a.m. is no longer necessary.  Accordingly, the court STRIKES

14   that telephonic conference.

15        Dated this 25th day of April, 2013.

16

17

18                                      JAMES L. ROBART

19                                      United States District Judge

20

21

22