The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1822-JLR<br><br>DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE MICROSOFT FROM RELYING ON NEW DAMAGES THEORIES |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of Microsoft's Initial Disclosures dated February 7, 2011.

3. Attached as Exhibit B is a true and correct copy of Microsoft's Supplemental Initial Disclosures dated June 22, 2012.

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE MICROSOFT FROM RELYING ON NEW DAMAGES THEORIES - 1
CASE NO. C10-1822-JLR
4839-3990-2483.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4. Attached as Exhibit C is a true and correct copy of Microsoft's Supplemental Initial Disclosures dated July 18, 2012.

5. Attached as Exhibit D is a true and correct copy of cited excerpts of the transcript of the March 14, 2013 Teleconference before the Court.

6. Attached as Exhibit E is a true and correct copy of Microsoft's Supplemental Interrogatory Responses served April 3, 2013.

7. Attached as Exhibit F is a true and correct copy of Motorola's Second Notice of Rule 30(b)(6) Deposition of Microsoft, served on April 5, 2013.

8. Attached as Exhibit G is a true and correct copy of a letter I sent to Microsoft's counsel on April 5, 2013. In that letter, Motorola asked Microsoft to "supplement its Initial Disclosures to identify any fact witnesses on which it intends to rely to support its damages theories" by April 10, 2013. The letter further stated: "To the extent that Microsoft discloses more than three such witnesses, we expect that Microsoft will not object to Motorola taking greater than 4 depositions on damages. . . . We further expect that because Microsoft deprived Motorola of the opportunity to serve written discovery directed to these topics, it will not object to Motorola serving interrogatories, document requests, or requests for admission on damages without leave of court, and that Microsoft will agree to respond to those requests within 15 days of service."

9. Attached as Exhibit H is a true and correct copy of a letter Microsoft's counsel sent to me on April 9, 2013. In that letter, Microsoft's counsel stated: "Microsoft is unwilling to deviate from any of the Court's orders regarding the scope of discovery."

10. Attached as Exhibit I is a true and correct copy of Microsoft's Supplemental Initial Disclosures served on April 12, 2013.

11. Attached as Exhibit J is a true and correct copy of a letter I sent to Microsoft's counsel on April 22, 2013. In that letter, I explained Motorola's position that it is prejudiced by Microsoft's late disclosure of its new damages theories for several reasons. Specifically, the letter notes that Microsoft disclosed five new witnesses to testify on this theory, Microsoft had not yet

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE
MICROSOFT FROM RELYING ON NEW DAMAGES
THEORIES - 2
CASE NO. C10-1822-JLR
4839-3990-2483.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  designated witnesses to testify on the topics in Motorola's April 5, 2013 Rule 30(b)(6) deposition

2  notice, and that Microsoft had not yet indicated when its document production would be complete

3  and that Microsoft appeared to be producing only documents that support its theories.

4        12.    Attached as Exhibit K is a true and correct copy of a letter Microsoft's counsel sent

5  to me on April 24, 2013.  In this letter, Microsoft's counsel again stated: "we do not agree that the

6  damage-related discovery authorized by the Court is inadequate or creates any material prejudice

7  to Motorola, including for the reasons stated in our letter of April 9."

8        13.    I met and conferred by telephone with Microsoft's counsel regarding Microsoft's

9  new damages theory on Friday, April 26 and Monday, April 29.  Microsoft's counsel, Shane

10  Cramer, Chris Wion, and Ellen Robbins participated in the teleconferences.  Motorola's counsel

11  Brian Cannon, Ralph Palumbo, and Phil McCune also participated in one or both of the

12  teleconferences.  During the parties' April 26 conference, Microsoft's counsel maintained its

13  position that it does not agree to provide Motorola with additional discovery beyond that permitted

14  by the Court's March 14, 2013 order relating to Microsoft's damages claims.  During the April 29

15  conference, Microsoft identified the witnesses designated to testify on certain topics in Motorola's

16  April 5, 2013 Rule 30(b)(6) deposition notice.  Microsoft stated that David Killough is available to

17  testify on topics 2, 4, and 6 on May 6, Jon DeVaan is available to testify on topic 10 on May 7,

18  and Jeff Davidson will be made available to testify on topic 8 on an unidentified date.  Microsoft

19  further stated that if Motorola deposes each of these witnesses in their personal capacity and in

20  their 30(b)(6) capacity, Motorola will have taken four depositions.

21        I declare under penalty of the laws of perjury that, to the best of my knowledge,

22  information and belief, the foregoing is true and correct.

23        EXECUTED this 1st day of May, 2013, at Redwood Shores, California.

24

25  *[signature: Andrea Pallios Roberts]*

26                                Andrea Pallios Roberts

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE
MICROSOFT FROM RELYING ON NEW DAMAGES
THEORIES - 3
CASE NO. C10-1822-JLR
4839-3990-2483.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 1st day of May, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE MICROSOFT FROM RELYING ON NEW DAMAGES THEORIES - 4
CASE NO. C10-1822-JLR
4839-3990-2483.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001