The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1822-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE MICROSOFT FROM RELYING ON NEW DAMAGES THEORIES<br>[PROPOSED]<br><br>**NOTED ON MOTION CALENDAr:**<br>**Friday, May 10, 2013** |

THIS MATTER having come before the Court on Defendants' Motion to File Documents Under Seal in Support of Defendants' Motion to Preclude Microsoft from Relying on New Damages Theories, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Exhibit I to the Declaration of Andrea Pallios Roberts in Support of Motorola's Motion to Preclude Microsoft From Relying on New Damages Theories

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE MICROSOFT FROM RELYING ON NEW DAMAGES THEORIES - 1
CASE NO. C10-1822-JLR
4832-2097-2563.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  IT IS SO ORDERED.

2  DATED this _____ day of _____, 2013.

3

4
_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

5

*Presented by:*

6

7  SUMMIT LAW GROUP PLLC

8  By */s/ Ralph H. Palumbo*
   By */s/ Philip S. McCune*
9     Ralph H. Palumbo, WSBA #04751
      Philip S. McCune, WSBA #21081
10    *ralphp@summitlaw.com*
      *philm@summitlaw.com*
11

12 By */s/ Thomas V. Miller*
      Thomas V. Miller
13    MOTOROLA MOBILITY, INC.
      600 North U.S. Highway 45
14    Libertyville, IL  60048-1286
      (847) 523-2162
15

16 And by

17    Kathleen M. Sullivan (*pro hac vice*)
      Quinn Emanuel Urquhart & Sullivan, LLP
18    51 Madison Avenue, 22nd Floor
      New York, NW  10010
19    (212) 849-7000
      *kathleensullivan@quinnemanuel.com*
20

21    Brian C. Cannon (*pro hac vice*)
      Andrea Pallios Roberts (*pro hac vice*)
22    Quinn Emanuel Urquhart & Sullivan, LLP
      555 Twin Dolphin Drive, 5th Floor
23    Redwood Shores, CA  94065
      (640) 801-5000
24    *briancannon@quinnemanuel.com*
      *andreaproberts@quinnemanuel.com*
25

26

---

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S MOTION TO PRECLUDE MICROSOFT
FROM RELYING ON NEW DAMAGES THEORIES - 2
CASE NO. C10-1822-JLR
4832-2097-2563.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  William C. Price (*pro hac vice*)
   Quinn Emanuel Urquhart & Sullivan, LLP
2  865 S. Figueroa St., 10th Floor
   Los Angeles, CA  90017
3  (213) 443-3000
4  *williamprice@quinnemanuel.com*

5  Jesse J. Jenner (*pro hac vice* )
   Steven Pepe (*pro hac vice* )
6  Kevin J. Post (*pro hac vice*)
   Stuart W. Yothers (*pro hac vice*)
7  Ropes & Gray LLP
   1211 Avenue of the Americas
8  New York, NY  10036-8704
   (212) 596-9046
9  *jesse.jenner@ropesgray.com*
   *steven.pepe@ropesgray.com*
10 *kevin.post@ropesgray.com*
   *stuart.yothers@ropesgray.com*
11
   James R. Batchelder (*pro hac vice*)
12 Norman H. Beamer (*pro hac vice* )
   Ropes & Gray LLP
13 1900 University Avenue, 6th Floor
   East Palo Alto, CA  94303-2284
14 (650) 617-4030
   *james.batchelder@ropesgray.com*
15 *norman.beamer@ropesgray.com*

16 Paul M. Schoenhard (*pro hac vice*
   Ropes & Gray LLP
17 One Metro Center
   700 12th Street NW, Suite 900
18 Washington, DC  20005-3948
   (202) 508-4693
19 *paul.schoenhard.@ropesgray.com*

20 ***Attorneys for Defendants Motorola, Inc., Motorola Mobility, LLC, and General Instrument Corp.***
21
22
23
24
25
26

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S MOTION TO PRECLUDE MICROSOFT
FROM RELYING ON NEW DAMAGES THEORIES - 3
CASE NO. C10-1822-JLR
4832-2097-2563.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Calfo Harrigan Leyh & Eakes LLP
> *arthurh@calfoharrigan.com*
> *chrisw@calfoharrigan.com*
> *shanec@calfoharrigan.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> David Greenfield, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *david.greenfield@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 1st day of May, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

---

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION TO PRECLUDE MICROSOFT FROM RELYING ON NEW DAMAGES THEORIES - 4
CASE NO. C10-1822-JLR

4832-2097-2563.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001