# Exhibit 1

| | |
|---|---|
| **From:** | Phil McCune <philm@SummitLaw.com> |
| **Sent:** | Wednesday, July 11, 2012 8:07 AM |
| **To:** | Shane Cramer |
| **Cc:** | Chris Wion; Summit1823; 'Jenner, Jesse J.'; 'Pepe, Steven' |
| **Subject:** | RE: Damages discovery |

We agree.

**Phil McCune, Member** | S UMMIT  L AW  G ROUP  PLLC
315 Fifth Avenue South, Suite 1000 | Seattle, Washington  98104-2682
T 206.676.7038 | F 206.676.7039 | philm@summitlaw.com | www.summitlaw.com
Benchmark Litigation Guide  |  Super Lawyer  |  Linkedin

---

**From:** Shane Cramer [mailto:shanec@dhlt.com]
**Sent:** Tuesday, July 10, 2012 9:38 AM
**To:** Phil McCune
**Cc:** Chris Wion
**Subject:** Damages discovery

Phil,

In light of the Court's statements at the hearing yesterday, we assume you agree that damages discovery will proceed on a separate schedule, in conjunction with expert reports on damages and breach.

Let us know whether you disagree.

Thanks,

Shane

_____

Shane P. Cramer

Attorney

Danielson Harrigan Leyh & Tollefson LLP

999 Third Avenue, Suite 4400

1

Seattle, Washington 98104

Tel:  (206) 623-1700

Fax:  (206) 623-8717

This internet e-mail message contains confidential, privileged information that is intended only for the addressee. If you have received this e-mail message in error, please call us (collect, if necessary) immediately at (206) 623-1700 and ask to speak to the message sender. Thank you. We appreciate your assistance in correcting this matter.

------------------------- Summit Law Group -------------------------
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above e-mail address.

Circular 230 Notice: To comply with IRS regulations, please note that any discussion of Federal tax issues in this email (and in any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (a) avoiding any penalties imposed under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.