# Exhibit 6

| | |
|---|---|
| **From:** | Chris Wion |
| **Sent:** | Wednesday, May 01, 2013 2:04 PM |
| **To:** | 'Ralph Palumbo'; 'Art Harrigan' |
| **Cc:** | 'Andrea P Roberts'; 'Brian Cannon'; Phil McCune; Marcia Ripley; Cheryl McCrum; MSFT-Motorola; Project-MS/Moto_WDWA_343/1823 (Project-MS_Moto_WDWA_343_1823@Sidley.com) |
| **Subject:** | RE: 30(b)(6) Deposition Notices |

Ralph,

As we discussed during out meet and confer on Monday, subject to Microsoft's stated objections, Microsoft has designated David Killough, Jeff Davidson, and John DeVaan to address topics 2, 4, 6, 8 and 10 of Motorola's Second 30(b)(6) Deposition Notice.  Microsoft also is designating David Treadwell to address aspects of Topic 10 that relate to the Xbox; Mr. DeVaan will address that topic only as it relates to Windows.

As we stated on Monday, Mr. Killough is available on May 6 and Mr. DeVaan is available on May 7 (from 12 – 4).   In addition, we can confirm that Mr. Davidson is available on May 9 and Mr. Treadwell is available on May 17 (from 12 – 5).  Please let us know if Motorola plans to go forward with these depositions on this schedule.

To reiterate Microsoft's position on how depositions will be counted, if this multi-part 30(b)(6) deposition is concluded in 7 hours or less, Motorola will have used only 1 of its 4  damage depositions.  Anything over 7 hours would be treated as a second deposition.  In addition, if Motorola spends an excessive amount of time questioning any 30(b)(6) designee in his personal capacity, Microsoft reserves the right to treat each such instance as a separate deposition.

-Chris

---

**From:** Ralph Palumbo [mailto:ralphp@SummitLaw.com]
**Sent:** Tuesday, April 30, 2013 4:31 PM
**To:** Chris Wion; 'Art Harrigan'
**Cc:** 'Andrea P Roberts'; 'Brian Cannon'; Phil McCune; Marcia Ripley; Cheryl McCrum
**Subject:** RE: 30(b)(6) Deposition Notices

Art and Chris,

     Disregard my email below.  I misunderstood and have now clarified our position with the rest of our team.  We plan to treat each 30(b)(6) deposition notice as a separate deposition for purposes of

Judge Robart's limits on the number of depositions that are permitted. A second notice is forthcoming. It's our position that the 30(b)(6) deposition should not be limited to 7 hours, especially in light of the multiple witnesses that apparently will be provided for each notice.

Ralph

---

**From:** Ralph Palumbo
**Sent:** Tuesday, April 30, 2013 3:57 PM
**To:** 'Chris Wion'; 'Art Harrigan'
**Cc:** Andrea P Roberts; Brian Cannon; Phil McCune; Marcia Ripley; Cheryl McCrum
**Subject:** 30(b)(6) Deposition Notices

Chris and Art,

     This is to confirm our agreement that the 30(b)(6) deposition on multiple topics will be treated as a single deposition of up to 7 hours for purposes of Judge Robart's four deposition limit on damages, even though the topics will be covered by multiple Microsoft witnesses and we are serving multiple 30(b)(6) notices on distinct topics. If we exceed 7 hours, the additional hours will be counted as a 2nd deposition, if we exceed 14 hours the additional hours will be counted as a third deposition, etc.

Ralph

-------------------------- Summit Law Group --------------------------
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above e-mail address.

Circular 230 Notice: To comply with IRS regulations, please note that any discussion of Federal tax issues in this email (and in any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (a) avoiding any penalties imposed under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.