1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC, et al.,<br><br>              Defendants. | CASE NO. C10-1823JLR<br><br>ORDER ON<br>MOTION TO SEAL |
| MOTOROLA MOBILITY, INC., et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | |

//

ORDER- 1

1     This matter comes before the court on the parties' agreed motion to seal portions
2 of the court's April 19, 2013, order (4/19/13 Order (Dkt. # 672)), which itself was filed
3 under seal. (Mot. (Dkt. ## 676, 677 (sealed))). Along with the agreed motion, the parties
4 filed under seal a redacted version of the court's April 19, 2013, order. In a previous
5 order, the court found that the parties' proposed redactions meet the Ninth Circuit's
6 standard for redacting records and testimony presented at trial. (*See* 4/25/13 Order (Dkt.
7 # 679).) Additionally, the court has already issued a redacted version of the court's April
8 19, 2013, order. (*See* Redacted Findings & Conclusions (Dkt. # 681).) Accordingly, the
9 court STRIKES the parties agreed motion as MOOT (Dkt. ## 676, 677). Further, the
10 court DIRECTS the clerk to maintain the seal on Docket Number 677.

11     Dated this 20th day of May, 2013.

JAMES L. ROBART
United States District Judge

ORDER- 2