UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA INC., et al.,<br><br>    Defendants. | CASE NO. 10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable James L. Robart:

At the parties request, the court hereby schedules a telephone conference on June 5, 2013 at 4:30 p.m. No later than close of business of June 4, 2013, the parties shall submit a joint two-page letter brief to the court stating the topics they wish to address at the teleconference. In addition to any topics the parties wish to address, the parties shall be prepared to discuss the need for additional briefing with respect to the legal standard for bad faith in the context of the contractual dispute at issue in this case for purposes of the August 26, 2013, jury trial.

Filed and entered this 3rd day of June, 2013.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER - 2