THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY |

NOTICE IS HEREBY GIVEN that David Greenfield of Sidley Austin LLP withdraws as attorney for Plaintiff Microsoft Corporation in the above-captioned matter. He may be removed from any applicable service list. All remaining Sidley Austin LLP attorneys who have appeared remain as counsel of record and should continue to receive notices.

NOTICE OF WITHDRAWAL OF
INDIVIDUAL ATTORNEY - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 12th day of June, 2013.

CALFO HARRIGAN LEYH & EAKES LLP


By __/s/ Arthur W. Harrigan_____
    Arthur W. Harrigan, Jr., WSBA #1751

By __/s/ Christopher Wion_____
    Christopher Wion, WSBA #33207

By __/s/ Shane P. Cramer_____
    Shane P. Cramer, WSBA #35099
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Phone:  206-623-1700
    arthurh@calfoharrigan.com
    chrisw@calfoharrigan.com
    shanec@calfoharrigan.com

By __/s/_T. Andrew Culbert_____
    T. Andrew Culbert

By __/s/ David E. Killough_____
    David E. Killough

MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
David Greenfield

SIDLEY AUSTIN LLP

NOTICE OF WITHDRAWAL OF
INDIVIDUAL ATTORNEY - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

|   |   |
|---|---|
| 1 | One South Dearborn |
|   | Chicago, IL  60603 |
| 2 | Phone:  312-853-7000 |
|   | Fax:  312-853-7036 |
| 3 |   |
|   | Carter G. Phillips |
| 4 | Brian R. Nester |
| 5 | SIDLEY AUSTIN LLP |
|   | 1501 K Street NW |
| 6 | Washington, DC  20005 |
|   | Telephone:  202-736-8000 |
| 7 | Fax:  202-736-8711 |
| 8 |   |
|   | Counsel for Microsoft Corp. |

NOTICE OF WITHDRAWAL OF
INDIVIDUAL ATTORNEY - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

  I, Emma Chapman, swear under penalty of perjury under the laws of the State of Washington to the following:

  1. I am over the age of 21 and not a party to this action.

  2. On the 12th day of June, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: 206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |

NOTICE OF WITHDRAWAL OF
INDIVIDUAL ATTORNEY - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | | |
|---|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF | |
| William Price (*pro hac vice*)<br>Brian Cannon (*pro hac vice*)<br>Andrea Pallios Roberts (*pro hac vice*)<br>Quinn Emanuel<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065-2139<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF | |

DATED this 12th day of June, 2013.

                                        /s/ Emma Chapman
                                      EMMA CHAPMAN

NOTICE OF WITHDRAWAL OF
INDIVIDUAL ATTORNEY - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717