UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | CASE NO. C10-1823JLR <br><br> MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

The parties called the court on June 17, 2013, and raised two separate issues for which the parties requested an expedited briefing schedule. The parties agreed that both issues shall be fully briefed by Monday, June 24, 2013. Accordingly, the court schedules a telephone conference on Tuesday, June 25, 2013, at 3:00 p.m. to hear argument on both issues. Opening briefs shall be filed no later than June 18, 2013, responsive briefs shall be filed no later than June 20, 2013, and reply briefs shall be filed no later than June 24, 2013. Opening and responsive briefs shall be no more than eight (8) singled-spaced pages, and reply briefs shall be no more than three (3) single-spaced pages.

Filed and entered this 18th day of June, 2013.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk