# EXHIBIT A

3

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

June 13, 2013

**VIA EMAIL**

Chris Wion
Calfo Harrigan Leyh & Eakes
999 Third Avenue, Ste. 4400
Seattle, WA 98104

Re:   Microsoft Corp. v. Motorola Mobility, Case No. C10-1823-JLR

Dear Chris:

On a teleconference on June 11, 2013, you referenced a June 5 letter from Mr. Harrigan to Mr. Palumbo and asked about the release of the bond put in place during the preliminary injunction phase of this case, indicated that Microsoft wished to approach the court on this issue, and asked whether Motorola would oppose that request. So that we can better understand your request, could you explain the timing of this request and why Microsoft seeks at this point in the case to release the bond before the proceedings are complete?

Very truly yours,

*Brian C. Cannon*

Brian C. Cannon

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

4