THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>   vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>(PROPOSED) ORDER RELEASING BOND |

      By motion dated June 18, 2013 (Dkt. #701), Plaintiff Microsoft Corporation moved for release of the $100 million security bond that it was required to post by Order dated April 12, 2012 (Dkt. # 261).  On June 25, 2013, the Court held a telephonic hearing on the issue at which it ordered the release of the bond.  For the reasons stated in its oral ruling, the bond is hereby released.

(PROPOSED) ORDER RELEASING BOND -- 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**IT IS SO ORDERED**

DONE IN OPEN COURT this ___ day of _____, 2013.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER
RELEASING BOND -- 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717