THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

vs.

MOTOROLA, INC., et al.,

                Defendants.

---

MOTOROLA MOBILITY LLC, et al.,

                Plaintiffs,

vs.

MICROSOFT CORPORATION,

                Defendants.

Case No. C10-1823-JLR

(~~PROPOSED~~) ORDER RELEASING BOND

By motion dated June 18, 2013 (Dkt. #701), Plaintiff Microsoft Corporation moved for release of the $100 million security bond that it was required to post by Order dated April 12, 2012 (Dkt. # 261). On June 25, 2013, the Court held a telephonic hearing on the issue at which it ordered the release of the bond. For the reasons stated in its oral ruling, the bond is hereby released.

(PROPOSED) ORDER
RELEASING BOND -- 1

**IT IS SO ORDERED**

DONE IN OPEN COURT this 27 day of _____June_____, 2013.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER
RELEASING BOND -- 2