THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>AGREED MOTION TO SET AND/OR RE-SET CERTAIN PRE-TRIAL DEADLINES<br><br>AND<br><br>(PROPOSED) ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**MONDAY, JULY 1, 2013** |

　　　Microsoft Corporation ("Microsoft") and Motorola Mobility, Inc. ("Motorola Mobility") respectfully submit this joint request to set and/or re-set certain pretrial deadlines.

　　　The purpose of this Agreed Motion is to clarify, and propose limited adjustments to, the current schedule outlined in the Court's March 14, 2013 Minute Entry (Dkt. No. 663) by: (1) extending the deadlines for service of the parties' respective pretrial statements; (2) establishing deadlines for the exchange and submission of proposed jury instructions; (3) clarifying the relevant deadline for oppositions to any dispositive/*Daubert* motions;

---

**AGREED MOTION TO SET AND/OR RE-SET CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER-** 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(4) establishing deadlines for exchange and submission of deposition designations; and (5) setting a deadline for the parties' delivery of trial exhibits to the Court. These proposed clarifications and adjustments are set forth in the table below, which compares the current dates established in accordance with the Court's Minute Entry (and/or pursuant to the operative Local Civil Rules) with the parties' proposed dates:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Simultaneous Exchange of 15-page Briefs re Good Faith | July 1, 2013 | |
| Microsoft Pretrial Statement Due | July 1, 2013 | July 3, 2013 |
| File Dispositive/*Daubert* Motions: | July 3, 2013 | |
| Parties exchange proposed jury instructions as set forth in Local Rules (Rule 51(e)) | TBD | July 10, 2013 |
| File Dispositive/*Daubert* Opposition Briefs: | TBD | July 12, 2013 |
| Motorola Pretrial Statement Due | July 9, 2013 | July 15, 2013 |
| File Dispositive/*Daubert* Reply Briefs | July 17, 2013 | |
| Attorney Conference re Proposed Jury Instructions and Verdict Forms: | TBD | July 19, 2013 |
| Attorney Conference re Joint Proposed Pretrial Order | July 19, 2013 | |
| Parties exchange deposition designations | TBD | July 25, 2013 |
| File Joint Instructions (agreed-upon instructions & verdict forms) and Joint Statement of Disputed Instructions (instructions & verdict forms in dispute): | TBD | July 26, 2013 |
| File Motions *in Limine*: | July 29, 2013 | |
| File Joint Proposed Pretrial Order: | July 29, 2013 | |
| Parties exchange objections to counter-deposition designations | August 6, 2013 | |

**AGREED MOTION TO SET AND/OR RE-SET CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER-** 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| File Joint Deposition Designations | July 29, 2013 | August 9, 2013 |
| File Motion *in Limine* Opposition Briefs: | August 5, 2013 ||
| Motions *in Limine* Noting Date (no reply briefs): | August 9, 2013 ||
| Pretrial Conference: | August 13, 2013 ||
| Submit Trial Exhibits (Original & Judge's Copy): | TBD | August 23, 2013 |
| Jury Trial Start Date: | August 26, 2013 ||

These requested clarifications and adjustments are neither intended nor expected to cause any unnecessary delay or create any undue burden for the Court. Accordingly, the parties jointly request that the Court adopt the parties' proposed schedule, as reflected in the right-hand column in the above table.

DATED this 1st day of July, 2013.

CALFO HARRIGAN LEYH & EAKES LLP    SUMMIT LAW GROUP PLLC

By   /s/ Arthur W. Harrigan, Jr.            By   /s/ Ralph H. Palumbo
By   /s/ Christopher Wion                 By   /s/ Philip S. McCune
By   /s/ Shane P. Cramer
    Arthur W. Harrigan, Jr., WSBA #1751      Ralph H. Palumbo, WSBA #4751
    Christopher Wion, WSBA #33207         Philip S. McCune, WSBA #21081
    Shane P. Cramer, WSBA #35099          *ralphp@summitlaw.com*
                                                  *philm@summitlaw.com*

By   /s/ T. Andrew Culbert              By   /s/ Thomas V. Miller
    T. Andrew Culbert, WSBA #35925        Thomas V. Miller
    David E. Killough, WSBA #21119         MOTOROLA MOBILITY LLC
    MICROSOFT CORPORATION             600 North U.S. Highway 45
    1 Microsoft Way                            Libertyville, IL 60048-1286
    Redmond, WA 98052                  (847) 523-2162
    Phone: 425-882-8080
    Fax: 425-869-1327                      Kathleen M. Sullivan (*pro hac vice*)
                                             David Elihu
David T. Pritikin (*pro hac vice*)            Quinn Emanuel Urquhart & Sullivan, LLP
Richard A. Cederoth (*pro hac vice*)       51 Madison Avenue, 22nd Floor
Constantine L. Trela, Jr. (*pro hac vice*)    New York, NW 10010
William H. Baumgartner, Jr. (*pro hac vice*) (212) 849-7000

**AGREED MOTION TO SET AND/OR RE-SET CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER-** 3

| | |
|---|---|
| Ellen S. Robbins *(pro hac vice)* | kathleensullivan@quinnemanuel.com |
| Douglas I. Lewis *(pro hac vice)* | |
| David C. Giardina *(pro hac vice)* | Brian C. Cannon (pro hac vice) |
| John W. McBride *(pro hac vice)* | Andrea Pallios Roberts (pro hac vice) |
| SIDLEY AUSTIN LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| One South Dearborn | 555 Twin Dolphin Drive, 5th Floor |
| Chicago, IL  60603 | Redwood Shores, CA  94065 |
| Phone:  312-853-7000 | (640) 801-5000 |
| Fax:  312-853-7036 | briancannon@quinnemanuel.com |
| | andreaproberts@quinnemanuel.com |
| Carter Phillips (*pro hac vice*) | |
| Brian R. Nester, *(pro hac vice)* | William C. Price (pro hac vice) |
| SIDLEY AUSTIN LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 1501 K Street NW | 865 S. Figueroa St., 10th Floor |
| Washington, DC  20005 | Los Angeles, CA  90017 |
| Telephone:  202-736-8000 | (213) 443-3000 |
| Fax:  202-736-8711 | williamprice@quinnemanuel.com |

**Counsel for Microsoft Corp.**

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
Kevin J. Post (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9046
*steven.pepe@ropesgray.com*
*jesse.jenner@ropesgray.com*
*stuart.yothers@ropesgray.com*

Norman H. Beamer (*pro hac vice*)
Gabrielle E. Higgins (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
(650) 617-4030
*norman.beamer@ropesgray.com*
*gabrielle.higgins@ropesgray.com*

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4693

**AGREED MOTION TO SET AND/OR RE-SET CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER-** 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

*paul.schoenhard.@ropesgray.com*
*kevin.post@ropesgray.com*

**Counsel for Motorola Solutions, Inc., Motorola Mobility LLC, and General Instrument, Corp.**

**IT IS SO ORDERED**

DONE IN OPEN COURT this __ day of July, 2013.

_____
HONORABLE JAMES L. ROBART

**AGREED MOTION TO SET AND/OR RE-SET CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER-** 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717