UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants. | CASE NO. 10-1823JLR<br><br>ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | |

ORDER - 1

Before the court is the parties' agreed motion to set and/or re-set certain pre-trial deadlines for the August 26, 2013 trial. (Mot. (Dkt. # 713).) The court GRANTS in part and denies in part the motion (Dkt. # 713) and sets the following schedule:

| | |
|---|---|
| Simultaneous Exchange of 15-page Briefs re Good Faith | July 1, 2013 |
| Microsoft Pre-trial Statement Due | July 3, 2013 |
| File Dispositive/*Daubert* Motions | July 3, 2013 |
| Parties exchange proposed jury instructions as set forth in Local Rules (Rule 51(e)) | July 10, 2013 |
| File Dispositive/*Daubert* Opposition Briefs | July 12, 2013 |
| Parties Exchange Deposition Designations | July 14, 2013 |
| Motorola Pre-trial Statement Due | July 15, 2013 |
| File Dispositive/*Daubert* Reply Briefs | July 17, 2013 |
| Attorney Conference re Proposed Jury Instructions and Verdict Form | July 19, 2013 |
| Attorney Conference re Joint Proposed Pre-trial Order | July 19, 2013 |
| Parties File Joint Instructions (agreed-upon instructions & verdict forms) and Joint Statement of Disputed Instructions (instructions & verdict forms in dispute) | July 26, 2013 |
| Parties exchange objections to counter-deposition designations | July 26, 2013 |

ORDER - 2

| | |
|---|---|
| Parties file Motions in Limine (limited to 3 per side including sub-parts) | July 29, 2013 |
| Joint Proposed Pre-trial Order | July 29, 2013 |
| Hearing on Dispositive/*Daubert* Motions | July 31, 2013 at 10:00 a.m. |
| Parties File Joint Deposition Designations | August 2, 2013 |
| Motions in Limine Opposition Briefs | August 5, 2013 |
| Motions in Limine Noting Date (no reply brief) | August 9, 2013 |
| Pre-Trial Conference | August 13, 2013 |
| Parties Submit Trial Exhibits | August 23, 2013 (no later than 12:00 p.m.) |
| Jury Trial Begins | August 26, 2013 |

Dated this 1st day of July, 2013.

_____
JAMES L. ROBART
United States District Judge

ORDER - 3