THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS<br><br>**NOTED FOR:**<br>**Friday, July 19, 2013** |

THIS MATTER comes before the Court on Microsoft's Motion to Seal Re Its Rule 702 Motion To Preclude Testimony By Motorola's Experts. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   Microsoft's Motion to Seal is GRANTED.

2   DATED this _____ day of July, 2013.

3

4                                              _____
                                               HONORABLE JAMES L. ROBART
5
                                               **Presented by:**
6                                              CALFO HARRIGAN LEYH & EAKES LLP

7                                              By    s/Arthur W. Harrigan, Jr.
                                                     Arthur W. Harrigan, Jr., WSBA #1751
8

9                                              By    s/Christopher Wion
                                                     Christopher Wion, WSBA #33207
10
                                               By    s/Shane P. Cramer
11                                                   Shane P. Cramer, WSBA #35099
                                                     999 Third Avenue, Suite 4400
12                                                   Seattle, WA  98104
                                                     Phone:  206-623-1700
13                                                   arthurh@calfoharrigan.com
                                                     chrisw@calfoharrigan.com
14                                                   shanec@calfoharrigan.com

15

16                                             By    s/T. Andrew Culbert
                                                     T. Andrew Culbert
17
                                               By    s/David E. Killough
18                                                   David E. Killough

19                                             MICROSOFT CORPORATION
                                                     1 Microsoft Way
20                                                   Redmond, WA  98052
                                                     Phone:  425-882-8080
21                                                   Fax:  425-869-1327

22
                                                     David T. Pritikin
23                                                   Richard A. Cederoth
                                                     Constantine L. Trela, Jr.
24                                                   William H. Baumgartner, Jr.
                                                     Ellen S. Robbins
25                                                   Douglas I. Lewis

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS **-** 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Tim Murphy, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 3rd day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 4

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
|  | Ropes & Gray LLP | _____ US Mail |
| 2 | One Metro Center | _____ Facsimile |
|  | 700 12th Street NW, Suite 900 | __X___ ECF |
| 3 | Washington, DC 20005-3948 | |
|  | Telephone: (202) 508-4693 | |
| 4 | Email: Paul.schoenhard@ropesgray.com | |

5

6  Andrea Pallios Roberts (*pro hac vice*)         _____ Messenger
   Brian C. Cannon (*pro hac vice*)                _____ US Mail
7  Quinn Emanuel Urquhart & Sullivan, LLP          _____ Facsimile
   555 Twin Dolphin Drive, 5th Floor               __X___ ECF
8  Redwood Shores, CA 94065
   Telephone: (650) 801-5000
9  Email: andreaproberts@quinnemanuel.com
   Email: briancannon@quinnemanuel.com

10

11 Kathleen M. Sullivan (*pro hac vice*)           _____ Messenger
   David Elihu (*pro hac vice*)                    _____ US Mail
12 Quinn Emanuel Urquhart & Sullivan, LLP          _____ Facsimile
   51 Madison Ave., 22nd Floor                     __X___ ECF
13 New York, NY 10010
   Telephone: (212) 849-7000
14 Email: kathleensullivan@quinnemanuel.com

15

16 William Price (*pro hac vice*)                  _____ Messenger
   Quinn Emanuel Urquhart & Sullivan, LLP          _____ US Mail
17 865 S. Figuera St., 10th Floor                  _____ Facsimile
   Los Angeles, CA 90017                           __X___ ECF
18 Telephone: (212) 443-3000
19 Email: williamprice@quinnemanuel.com
   MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

20

21         DATED this 3rd day of July, 2013.

22

23                                                 s/ Tim Murphy_____
                                                   TIM MURPHY
24

25

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS **-** 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717