THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>    vs.<br><br>MOTOROLA, INC.,  et al.,<br><br>          Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>          Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>          Defendants. | Case No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO SEAL RE ITS MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTED FOR:**<br>**Friday, July 19, 2013** |

19

20

      THIS MATTER comes before the Court on Microsoft's Motion to Seal regarding its

21

Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on

22

Motorola's Third, Fourth, Fifth, Seventh, Eight, and Ninth Affirmative Defenses and Second

23

Counterclaim.  The Court has considered the pleadings filed and therefore deems itself fully

24

advised.  Based on the pleadings submitted,

25

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    IT IS ORDERED THAT:

2    Microsoft's Motion to Seal is GRANTED.

3    DATED this 3rd day of July, 2013.

4

5                                  _____
                                   HONORABLE JAMES L. ROBART

6

7                                   **Presented by:**
                                   CALFO HARRIGAN LEYH & EAKES LLP

8                                   By ____ s/Arthur W. Harrigan, Jr. _____
                                         Arthur W. Harrigan, Jr., WSBA #1751

9

10                                 By ____ s/Christopher Wion _____
                                         Christopher Wion, WSBA #33207

11

12                               By ____ s/Shane P. Cramer _____
                                       Shane P. Cramer, WSBA #35099

13                                       999 Third Avenue, Suite 4400
                                     Seattle, WA  98104

14                                       Phone:  206-623-1700
                                     arthurh@calfoharrigan.com

15                                     chrisw@calfoharrigan.com
                                     shanec@calfoharrigan.com

16

17                               By ____ s/T. Andrew Culbert _____
                                       T. Andrew Culbert

18

19                               By ____ s/David E. Killough _____
                                     David E. Killough

20                               MICROSOFT CORPORATION

21                                 1 Microsoft Way
                                 Redmond, WA  98052

22                                 Phone:  425-882-8080
                                 Fax:  425-869-1327

23

24                               David T. Pritikin
                               Richard A. Cederoth

25

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love


SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

### CERTIFICATE OF SERVICE

I, Tim Murphy, swear under penalty of perjury under the laws of the State of Washington to the following:

1.      I am over the age of 21 and not a party to this action.

2.      On the 3rd day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081                    _____ Messenger
Lynn M. Engel, WSBA #21934                        _____ US Mail
Summit Law Group                                          _____ Facsimile
315 Fifth Ave. South, Suite 1000                   ___X___ ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)                          _____ Messenger
Jesse J. Jenner (*pro hac vice*)                     _____ US Mail
Ropes & Gray LLP                                          _____ Facsimile
1211 Avenue of the Americas                       ___X___ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)               _____ Messenger
Ropes & Gray LLP                                          _____ US Mail
1900 University Avenue, 6th Floor                 _____ Facsimile
East Palo Alto, CA  94303-2284                    ___X___ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 4

Paul M. Schoenhard (*pro hac vice*)                       _____ Messenger
Ropes & Gray LLP                                          _____ US Mail
One Metro Center                                          _____ Facsimile
700 12th Street NW, Suite 900                               X     ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com


Andrea Pallios Roberts (*pro hac vice*)                   _____ Messenger
Brian C. Cannon (*pro hac vice*)                          _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP                    _____ Facsimile
555 Twin Dolphin Drive, 5th Floor                           X     ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*)                     _____ Messenger
David Elihu (*pro hac vice*)                              _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP                    _____ Facsimile
51 Madison Ave., 22nd Floor                                 X     ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*)                            _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP                    _____ US Mail
865 S. Figuera St., 10th Floor                            _____ Facsimile
Los Angeles, CA 90017                                       X     ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

        DATED this 3rd day of July, 2013.


                              s/  Tim Murphy
                              TIM MURPHY

[PROPOSED] ORDER GRANTING
MICROSOFT'S MOTION TO SEAL RE ITS
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 5