The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE AND STRIKE TESTIMONY OF TODD MENENBERG AND THEO BODEWIG [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:<br>Friday, July 19, 2013** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE AND STRIKE TESTIMONY OF TODD MENENBERG AND THEO BODEWIG
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

THIS MATTER having come before the Court on Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, LLC, and General Instrument Corporation (collectively "Motorola") Motion to File Documents Under Seal in Support of Motorola's Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Todd Menenberg and Theo Bodewig, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1. Motorola's Motion for Summary Judgment;

2. Exhibits A, G, H, I, J, O, Y, and EE to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment;

3. Defendants' Motion to Preclude and Strike Testimony of Todd Menenberg;

4. Exhibits A and B to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion to Preclude and Strike Testimony of Todd Menenberg;

5. Defendants' Motion to Exclude and Strike the Testimony of Theo Bodewig; and

6. Exhibits A and C to the Declaration of Cheryl Berry in Support of Defendants' Motion to Exclude and Strike the Testimony of Theo Bodewig.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE AND STRIKE TESTIMONY OF TODD MENENBERG AND THEO BODEWIG - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  *Presented by:*

2  SUMMIT LAW GROUP PLLC

3  By */s/ Ralph H. Palumbo*
4  By */s/ Philip S. McCune*
       Ralph H. Palumbo, WSBA #04751
5      Philip S. McCune, WSBA #21081
       *ralphp@summitlaw.com*
6      *philm@summitlaw.com*

7  By */s/ Thomas V. Miller*
8      K. McNeill Taylor, Jr.
       MOTOROLA MOBILITY, INC.
9      600 North U.S. Highway 45
       Libertyville, IL 60048-1286
10     (847) 523-2162

11 QUINN EMANUEL URQUHART & SULLIVAN, LLP

12 By */s/ Kathleen M. Sullivan*
13     Kathleen M. Sullivan, NY #1804624
       51 Madison Ave., 22nd Floor
14     New York, NY 10010
       (212) 849-7000
15     *kathleensullivan@quinnemanuel.com*

16
17 By */s/ Brian C. Cannon*
       Brian C. Cannon, CA #193071
18     555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
19     (650) 801-5000
       *briancannon@quinnemanuel.com*
20

21 By */s/ William C. Price*
       William C. Price, CA #108542
22     865 S. Figueroa Street, 10th Floor
       Los Angeles, CA 90017
23     (213) 443-3000
       *williamprice@quinnemanuel.com*
24

25 *Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corporation*

26

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE AND STRIKE TESTIMONY OF TODD MENENBERG AND THEO BODEWIG - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Danielson, Harrigan, Leyh & Tollefson LLP
> *arthurh@dhlt.com*
> *chrisw@dhlt.com*
> *shanec@dhlt.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> David Greenfield, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *david.greenfield@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 3rd day of July, 2013.

/s/   *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE AND STRIKE TESTIMONY OF TODD MENENBERG AND THEO BODEWIG - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001