The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 12, 2013** |

This matter came before the Court on Defendant's Motion for Summary Judgment. Having reviewed Defendants' Motion and all materials submitted in support of and in opposition to the Motion, Defendants' Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  *Presented by:*

2  SUMMIT LAW GROUP PLLC

3
By */s/ Ralph H. Palumbo*
4  By */s/ Philip S. McCune*
      Ralph H. Palumbo, WSBA #04751
5     Philip S. McCune, WSBA #21081
      *ralphp@summitlaw.com*
6     *philm@summitlaw.com*

7
By */s/ Thomas V. Miller*
8     K. McNeill Taylor, Jr.
      MOTOROLA MOBILITY, INC.
9     600 North U.S. Highway 45
      Libertyville, IL 60048-1286
10    (847) 523-2162

11
QUINN EMANUEL URQUHART & SULLIVAN, LLP
12
By */s/ Kathleen M. Sullivan*
13    Kathleen M. Sullivan, NY #1804624
      51 Madison Ave., 22nd Floor
14    New York, NY 10010
      (212) 849-7000
15    *kathleensullivan@quinnemanuel.com*

16
By */s/ Brian C. Cannon*
17    Brian C. Cannon, CA #193071
      555 Twin Dolphin Drive, 5th Floor
18    Redwood Shores, CA 94065
      (650) 801-5000
19    *briancannon@quinnemanuel.com*

20
By */s/ William C. Price*
21    William C. Price, CA #108542
      865 S. Figueroa Street, 10th Floor
22    Los Angeles, CA 90017
      (213) 443-3000
23    *williamprice@quinnemanuel.com*

24
*Attorneys for Defendants Motorola Solutions, Inc.,*
25 *Motorola Mobility LLC and General Instrument Corporation*

26

ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 3rd day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001