# EXHIBIT O

THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

MICROSOFT CORPORATION,

10                           Plaintiff,

11          vs.

12   MOTOROLA, INC.,  et al.,

13                           Defendants.

14   MOTOROLA MOBILITY LLC, et al.,

15                           Plaintiffs,

16          vs.

17   MICROSOFT CORPORATION,

18                           Defendants.

Case No. C10-1823-JLR

DEFENDANT MOTOROLA
MOBILITY, INC.'S FIRST SET OF
INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO
PLAINTIFF MICROSOFT
CORPORATION **AND
MICROSOFT CORPORATION'S
*APRIL 3, 2013 SUPPLEMENTAL*
OBJECTIONS, ANSWERS, AND
RESPONSES THERETO**

19

20   **MICROSOFT CORPORATION'S *APRIL 3, 2013 SUPPLEMENTAL* OBJECTIONS,
     ANSWERS, AND RESPONSES TO MOTOROLA MOBILITY, INC.'S
21   FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

22          Pursuant to Fed. R. Civ. P. 26, 33, and 34 and all applicable Local Rules, Microsoft

23   Corporation ("Microsoft") hereby submits the following answers, responses,  and objections to

24   Motorola Mobility, Inc.'s ("Defendant's" or "Motorola's") First Set of Interrogatories and

25   Requests for Production ("Discovery Requests").

**MICROSOFT CORPORATION'S *APRIL 3,
2013 SUPPLEMENTAL* OBJECTIONS,
ANSWERS, AND RESPONSES - 1**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  **INTERROGATORY NO. 3:**   State the factual basis for any contention underlying

2  Microsoft's claim that Motorola's October 21, 2010 and October 29, 2010 Letter constituted a

3  breach or other violation of a commitment to license patents on reasonable and non-

4  discriminatory terms.

5  **ANSWER:** Microsoft incorporates by reference each of its General Objections as

6  though set forth herein.  Microsoft further objects that this is a premature contention

7  interrogatory.  Microsoft is not obligated to respond to premature contention interrogatories

8  until the parties have substantially completed discovery.

9  Subject to and without waiving these objections, Microsoft answers that, in willful

10  disregard of the commitments Motorola made to IEEE and the ITU-T, Motorola has refused to

11  extend to Microsoft a license consistent with Motorola's promises for any of Motorola's

12  allegedly "essential" patents.  Instead, Motorola is demanding royalty payments that are wholly

13  disproportionate to the royalty that its patents should command under any reasonable calculus.

14  Motorola has discriminatorily chosen Microsoft's Xbox product line and other multi-function,

15  many-featured products and software, such as Windows 7 and Windows Phone 7 and products

16  incorporating Microsoft software, for the purpose of extracting unreasonable royalties from

17  Microsoft that are inconsistent with Motorola's obligation to offer licenses for the relevant

18  patents on RAND terms and conditions.

19  In further response, Microsoft states as follows:

20  Motorola's October 21, 2010 Letter

21  By letter to Microsoft, dated October 21, 2010, Kirk Dailey, Motorola's Corporate Vice

22  President Intellectual Property, offered to license "Motorola's portfolio of patents and pending

23  applications having claims that may be or become Essential Patent Claims (as defined in

24  section 6.1 of the IEEE bylaws) for a compliant implementation of the IEEE 802.11

25  Standards." Motorola offered to license the relevant patents under terms and conditions that

MICROSOFT CORPORATION'S *APRIL 3,*
*2013 SUPPLEMENTAL* OBJECTIONS,
ANSWERS, AND RESPONSES - 15

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

189

1   included a "royalty of 2.25% per unit for each 802.11 complaint product[.]" Motorola stated

2   that the royalty "is calculated based on the price of the end product (e.g., each Xbox 360

3   product) and not on component software."

4          The cost of the chips and associated components that provide wireless connectivity for

5   Xbox 360 consoles is a small fraction of the overall cost of the device.  Moreover, Microsoft

6   sells its Xbox 360 consoles at a number of prices.  Each console includes approximately the

7   same chips and associated components for wireless connectivity, providing the same level of

8   relevant functionality.  Motorola thus seeks a royalty on components of Xbox 360 that is

9   disproportionate to the value and contribution of its purportedly "essential" patents and has

10  declined to offer a license to its purported "essential" patents unless it receives exorbitant and

11  discriminatory royalty payments to which it is not entitled.  On information and belief,

12  Motorola has not previously entered into a license agreement for its purported "essential"

13  patents that is comparable to the demand made of Microsoft.  Motorola has thereby refused to

14  offer to license the patents at a reasonable rate, with reasonable terms, under conditions that are

15  demonstrably free of any unfair discrimination.

16         The royalty demanded by Motorola falls well outside the boundaries of a reasonable

17  and non-discriminatory royalty and therefore violates the commitment Motorola made to the

18  IEEE and its members.

19         Participants in IEEE-SA standards setting efforts, including those directed to WLAN

20  technology, were subject to the IEEE-SA Standard Board Bylaws concerning the submission

21  of Letters of Assurance related to patent claims deemed "essential" by a submitting party.

22  Clause 6 of those Bylaws (which was revised slightly over the years) generally provides in

23  pertinent part:

24         A Letter of Assurance shall be either:

25

MICROSOFT CORPORATION'S *APRIL 3, 2013 SUPPLEMENTAL* OBJECTIONS, ANSWERS, AND RESPONSES - 16

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

190

a) A general disclaimer to the effect that the submitter without conditions will not enforce any present or future Essential Patent Claims against any person or entity making, using, selling, offering to sell, importing, distributing, or implementing a compliant implementation of the standard; or

b) A statement that a license for a compliant implementation of the standard will be made available to an unrestricted number of applicants on a worldwide basis without compensation or under reasonable rates, with reasonable terms and conditions that are demonstrably free of any unfair discrimination.

Motorola openly and publicly submitted Letters of Assurance pursuant to Clause 6 of the IEEE-SA Standards Board Bylaws that it would offer to license any of its patents essential to the applicable WLAN standard(s) to any entity under reasonable rates on a non-discriminatory basis.  IEEE-SA and its participants and affiliates relied on Motorola's promises in developing, adopting and implementing IEEE-SA technical standards.  These standards are now implemented worldwide in a variety of electronic devices that have become commonplace.

Microsoft invested substantial resources in developing and marketing products in compliance with these standards, relying on the assurances of participating patent holders – including Motorola – that any essential patents held by such patent holders would be available for licensing by implementers of the standards on such terms.

By way of non-limiting example, each Xbox device includes substantial software and many computer chips and modules that perform various functions, including enabling Xbox's core functionality as a video gaming machine.  Of those, the Xbox console includes one – an interface provided to Microsoft by third-parties – that allows consumers optionally to connect an Xbox to the Internet using a WLAN connection.

The third-party WLAN interface does not enable any of Xbox's core video gaming functionality.  In addition, Microsoft allows consumers an alternative, wired method to connect to the Internet.  This alternative method does not require use of any WLAN technology.

MICROSOFT CORPORATION'S *APRIL 3, 2013 SUPPLEMENTAL* OBJECTIONS, ANSWERS, AND RESPONSES - 17

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

191

1    On information and belief, Motorola obtained rights to several of the WLAN patents it

2    has represented as "essential" through its recent acquisition of Symbol Technologies, Inc.

3    ("Symbol").

4    Prior to the releases of the 802.11 protocols, Motorola and Symbol submitted Letters of

5    Assurance to the IEEE pursuant to Clause 6 of the IEEE-SA Standards Board Bylaws with

6    respect to those protocols, guaranteeing that any "essential" patents would be licensed under

7    reasonable and non-discriminatory terms and conditions.  Both Motorola's and Symbol's

8    Letters of Assurance apply to any "essential" patents they then held as well as any other

9    "essential" patents they subsequently obtained.

10    In reliance on these letters of assurance, IEEE released the 802.11 standard and various

11    amendments to that standard that Motorola asserts incorporated Motorola's and Symbol's

12    patented technology.  On information and belief, once Motorola and Symbol disclosed that

13    they likely held essential patents, absent a licensing commitment from them to the effect that

14    they would offer licenses to "essential" patents on reasonable and non-discriminatory terms

15    and conditions, the relevant IEEE working groups would have either revised the standards,

16    employing alternative technologies instead, stopped working on the protocols or taken other

17    actions.

18    In submitting its Letter of Assurance pursuant to the applicable IEEE IPR policy,

19    Motorola entered into an actual or implied contract with IEEE, for the benefit of IEEE

20    members and any entity that implements the 802.11 standard.  Motorola is bound by its

21    agreements to offer licenses consistent with the referenced IEEE bylaws.

22    Similarly, Symbol, in submitting its Letter of Assurance pursuant to the applicable

23    IEEE IPR policy, entered into an actual or implied contract with IEEE, for the benefit of IEEE

24    members and any other entity that implements the 802.11 standard, and Motorola is bound by

25    that commitment.

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES - 18**

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

192

1    Motorola broke its promise to IEEE-SA and its members and affiliates by refusing to

2    offer to Microsoft a license that is consistent with Motorola's Letter(s) of Assurance and

3    Clause 6 of the IEEE-SA Standards Board Bylaws, instead demanding royalties that are

4    excessive and discriminatory.

5    Motorola's October 29, 2010 Letter

6    By letter to Microsoft, dated October 29, 2010, Kirk Dailey, Motorola's Corporate Vice

7    President Intellectual Property, offered to license "Motorola's portfolio of patents and pending

8    applications covering the subject matter of ITU-T Recommendation H.264[.]" Motorola

9    offered to license the relevant patents under terms and conditions that included a "royalty of

10   2.25% per unit for each H.264 complaint product[.]" Motorola stated that the royalty "is

11   calculated based on the price of the end product (e.g., each Xbox 360 product, each PC/laptop,

12   each smartphone, etc.) and not on component software (e.g., Xbox 360 system software,

13   Windows 7 software, Windows Phone 7 software, etc.)."

14   The cost of such component software and any inter-related hardware is a small fraction

15   of the overall cost of the listed devices. Moreover, Microsoft sells products having H.264

16   related capabilities at a wide range of prices, without regard to the significance of such H.264

17   related capabilities to the primary or expected use of the products. Motorola thus seeks a

18   royalty on software and hardware components of Xbox 360 and other devices that are

19   unrelated to its identified patents and has declined to offer a license unless it receives

20   exorbitant royalty payments to which it is not entitled. On information and belief, Motorola

21   has not previously entered into a license agreement for its identified patents that is comparable

22   to the demand made of Microsoft. Motorola has thereby refused to offer to license the patents

23   at a reasonable rate, with reasonable terms, on a non-discriminatory basis.

24

25

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES - 19**

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The royalty demanded by Motorola falls well outside the boundaries of a reasonable and non-discriminatory royalty and therefore violates the commitment Motorola made to the ITU and its members.

Participants in ITU-T standards setting efforts, including those directed to H.264 technology, were subject to the ITU-T Common Patent Policy concerning the submission of Patent Statement and Licensing Declarations related to patents identified by a submitting party. The ITU-T Common Patent Policy generally provides, in pertinent part, that a patent holder's statement may declare that:

(2.1) The patent holder is willing to negotiate licenses free of charge with other parties on a non-discriminatory basis on reasonable terms and conditions.

(2.2) The patent holder is willing to negotiate licenses with other parties on a non-discriminatory basis on reasonable terms and conditions.

Motorola openly and publicly submitted Patent Statement and Licensing Declarations pursuant to the ITU-T's Common Patent Policy that it would offer to license any of its patents essential for the relevant H.264 Recommendation(s) to any entity under reasonable rates on a non-discriminatory basis. The ITU-T and its participants and affiliates relied on Motorola's promises in developing, adopting and implementing the ITU-T H.264 Recommendations (or standards). These standards are now implemented worldwide in a variety of electronic devices and software that have become commonplace. Microsoft invested substantial resources in developing and marketing products in compliance with these standards, relying on the assurances of participating patent holders – including Motorola – that any "essential" patents held by such patent holders would be available for licensing by implementers of the standards on such terms.

In submitting its Patent Statement and Licensing Declarations pursuant to the applicable ITU-T policy, Motorola entered into an actual or implied contract with the ITU-T,

**MICROSOFT CORPORATION'S *APRIL 3, 2013 SUPPLEMENTAL* OBJECTIONS, ANSWERS, AND RESPONSES - 20**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

194

1  for the benefit of ITU-T members and any entity that implements the H.264 technologies.

2  Motorola is bound by its agreements to offer licenses consistent with the referenced ITU-T

3  Common Patent Policy.

4        Microsoft has participated in the development of the 802.11 and H.264 standards.

5  Microsoft and other companies participating in the development of these standards relied on

6  Motorola's commitments to ensure that the royalties Motorola would seek would conform to

7  the promises made by Motorola.

8        In reliance on the integrity of the SDO process and the commitments made by Motorola

9  and others regarding 802.11 patents they deem "essential," Microsoft began providing its Xbox

10  video game consoles with WLAN connectivity.  By way of example, Microsoft purchased and

11  incorporated into its Xbox 360 video game consoles third-party-manufactured interfaces that

12  provide Xbox 360 devices with WLAN connectivity.  Microsoft made its decision to provide

13  its Xbox video game consoles with WLAN connectivity in reliance on, and under the

14  assumption that, it and/or any third party supplier could avoid patent litigation and take a

15  license to "essential" patents that Motorola, or any other company submitting a Letter of

16  Assurance, holds with regard to the WLAN standard under IEEE's well publicized IPR policy.

17        Microsoft and other manufacturers of WLAN-compliant devices necessarily relied on

18  the assurances of participating patent holders – including Motorola – that any "essential"

19  patents held by such patent holders would be available for licensing by implementers of the

20  standards on such terms.

21        Correspondingly, in reliance on the integrity of the SDO process and specifically the

22  commitments made by Motorola and others regarding patents related to H.264 technologies,

23  Microsoft began providing its H.264 technology capability in its Xbox video game consoles.

24  Microsoft made its decision to provide its Xbox video game consoles with H.264 technology in

25  reliance on, and under the assumption that, it and/or any third party supplier could avoid patent

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES -** 21

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

195

1    litigation and take a license to any "essential" patents held by Motorola, or any other company

2    submitting a Patent Statement and Licensing Declaration, under the ITU-T's well-publicized

3    IPR policy.

4           Microsoft made similar investments in other fields, including Windows 7 and Windows

5    Phone 7, based upon Motorola's representations in relation to the H.264 technology standards.

6    Microsoft and other manufacturers and suppliers of H.264 compliant technology necessarily

7    relied on the commitments of Motorola and others to license their "essential" patents under

8    these terms.

9           By way of non-limiting example, each personal computer running Windows 7 includes

10   substantial software and many computer chips and modules that perform various functions,

11   including those related to the general operation of a computing device.  Of those, each personal

12   computer includes just a portion directed to H.264 technologies.

13          By way of further non-limiting example, each smartphone running Windows Phone 7

14   includes substantial software and many computer chips and modules that perform various

15   functions, including those related to the general and particularized operation of a smartphone

16   independent of H.264 technology.  Of those, each smartphone includes just a portion directed

17   to H.264 technologies.

18          Motorola broke its promise to the ITU-T and its members and affiliates by refusing to

19   offer to Microsoft a license that is consistent with Motorola's Patent Statement and Licensing

20   Declaration(s) and the Common Patent Policy of the ITU-T, instead demanding royalties that

21   are excessive and discriminatory.

22                    **SUPPLEMENTAL RESPONSE OF APRIL 3, 2013:**

23          Motorola committed to license its standard essential patents on RAND terms.  This

24   meant that Motorola had to make a license available to any implementer of the standards.

25

**MICROSOFT CORPORATION'S *APRIL 3,***
***2013 SUPPLEMENTAL* OBJECTIONS,**
**ANSWERS, AND RESPONSES - 22**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Offers made to prospective licensees had to be commercially reasonable.  Motorola could not

2  seek injunctive relief instead of entering into a license on RAND terms, especially in

3  circumstances where its license offers were not commercially reasonable.  In addition,

4  Motorola was subject to a duty of good faith and fair dealing in licensing and offering to

5  license its standard essential patents.

6          As a consequence of these contractual obligations undertaken by Motorola, Motorola

7  breached its RAND commitments in at least the following respects.  Motorola's breach is not

8  limited to the October 2010 demand letters.

9      • Motorola's October 2010 demand letters did not offer licenses to Microsoft on
           RAND terms, and, to the contrary, were commercially unreasonable and
10          facially outrageous; Motorola improperly sought the holdup value of its patents
           rather than their RAND value and improperly sought a royalty on the entire
11          market value of products, which included many components and features for
           which Motorola was not entitled to any compensation.
12

13     • Motorola improperly sought injunctive relief in the ITC, the district courts and
           Germany instead of honoring its commitment to make licenses available on
14          RAND terms.  Repeated judicial and administrative rulings specific to Motorola
           have confirmed that its pursuit of injunctive relief was improper, including
15          Judge Posner's June 22, 2012 determination that Motorola could not obtain
           injunctive relief on its 802.11 standard-essential patents; the Court's November
16          29, 2012 order enjoining Motorola from seeking injunctive relief against
           Microsoft with respect to Motorola's H.264 and 802.11 standard essential patent
17          portfolios; and the January 3, 2013 FTC consent order prohibiting Google and
           Motorola from obtaining or enforcing injunctive relief on standard-essential
18          patents during the pendency of district court's resolution of a request for a
           RAND determination.  As the FTC explained, the consent order barring
19          Motorola from pursuing injunctive relief targeted "breaches by Google and its
           subsidiary [Motorola] of Motorola's commitments to license standard-essential
20          patents ('SEPs') on terms that are fair, reasonable and non-discriminatory
           ('FRAND')."  Statement of the Federal Trade Commission, *In the Matter of*
21          *Google Inc.,* FTC File No. 121-0120 (Jan. 3, 2013).
22

23     • Motorola declined to offer a license to Microsoft's chip supplier Marvell (which
           requested a license for the specific benefit of Microsoft) on RAND terms that
24          would cover product shipped to Microsoft and acted in a way that was both
           unreasonable and discriminatory.
25

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES - 23**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

- Once Motorola was acquired by Google and Microsoft had a right to a license to Motorola's H.264 standard essential patents by virtue of Google's participation in the MPEG-LA AVC pool, Motorola refused to grant a license on those terms, which would have complied with the RAND commitment.

- Motorola violated the covenant of good faith and fair dealing by reason of all of the actions recited above, whether considered separately or collectively, on an objective standard.

- Motorola also violated the covenant of good faith and fair dealing because it knew it was acting, and intended to act, inconsistently with the covenant of good faith and fair dealing by virtue of the actions recited above and the following additional indicia of intent:

  o Motorola's objective from the beginning was to secure crippling injunctive relief in some forum so that Microsoft would be deterred from seeking compensation for Motorola's infringement of Microsoft's non standard essential patents in Motorola's Android phones. Motorola's demand letters in October 2010 were intended to set forth offers that it knew no reasonable company would accept.

  o In furtherance of the pursuit of injunctive relief, Motorola stated that the offers in the demand letters would remain open for only 20 days.

  o At the time that the demand letters were sent, Motorola had never entered into a license with anyone for its H.264 or 802.11 standard essential patents that was remotely comparable to the terms of the demand letter

  o Motorola understood the financial implications of the demand letter, including that it would be compensated for components and features as to which it had no patents.

  o Motorola sought injunctions knowing that the terms in its October 2010 demand letters would be unacceptable to Microsoft and would not be accepted.

  o Motorola demanded that Marvell pay royalties on the end product sales of its downstream customers even though no one had ever agreed to pay royalties to Motorola on this basis.

  o Motorola discriminated against Marvell and Microsoft by excluding chips sold to Microsoft from the license offered to Marvell.

MICROSOFT CORPORATION'S *APRIL 3, 2013 SUPPLEMENTAL* OBJECTIONS, ANSWERS, AND RESPONSES - 24

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

198

o  Motorola in league with its parent company Google evaded the requirements of the MPEG-LA AVC pool agreement.

**INTERROGATORY NO. 4:**  State the factual basis for any contention that Microsoft suffered damage to its business or property, or was irreparably injured, by reason of the October 21, 2010 Letter and/or October 29, 2010 Letter.

**ANSWER:**  Microsoft incorporates by reference each of its General Objections as though set forth herein.  Microsoft further objects that this is a premature contention interrogatory.  Microsoft is not obligated to respond to premature contention interrogatories until the parties have substantially completed discovery.

Subject to and without waiving the foregoing objections, Microsoft answers that it has suffered damage because, and to the extent that, Microsoft and its employees have been forced to expend a significant amount of time, money and resources on issues relating to this dispute and the Motorola Patent Actions.  But for Motorola's failure to offer Microsoft licenses to those patents Motorola alleges are "essential" to implementation of the H.264 and 802.11 standards on RAND terms and conditions, Microsoft would not have incurred these costs, expenses or losses of productivity.  It will be difficult, if not impossible, for Microsoft to recoup this lost time and productivity, and Microsoft's losses will continue until Motorola complies with the contractual commitments it made to the IEEE, ITU, and their members.  Microsoft has also been damaged as a result of having to defend the Motorola Patent Actions, in which Motorola seeks to enjoin or exclude Microsoft from practicing, or importing products that practice, the 802.11 and H.264 standards.  Further, Microsoft may also suffer imminent loss of profits, loss of customers and potential customers, and loss of goodwill and product image as a result of Motorola's refusal to offer licenses to the relevant technologies on fair and reasonable terms.

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES** - 25

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

199

1     **SUPPLEMENTAL RESPONSE OF APRIL 3, 2013:**

2       Motorola's breach is not limited to its October 2010 demand letters.  In addition to

3 suffering damage to its business or property and irreparable injury as a consequence of the

4 October 2010 demand letters, Microsoft has also suffered damage to its business or property

5 and irreparable injury as a consequence of other actions taken by Motorola (or its failure to act)

6 in breach of its contractual commitments.

7       On November 22, 2010, Motorola filed an ITC action seeking exclusion of Xbox

8 consoles based on three patents alleged to be essential to H.264 and one patent alleged to be

9 essential to 802.11.  Motorola also filed district court cases asserting patents alleged to be

10 essential to H.264 or 802.11.

11       On July 6 and 7, 2011, Motorola filed two patent infringement suits in Germany,

12 asserting patents claimed to be essential to the H.264 standard.  Motorola sought an injunction

13 that would exclude Microsoft products (including the Windows operating system and the Xbox

14 video game console) from the German market.  Microsoft incorporates by reference its

15 previous response describing harm flowing from the Motorola Patent Action, as analogous

16 harms have been caused by Motorola's German suits, including the costs of defending against

17 Motorola's improper pursuit of injunctions.  Microsoft also incorporates by reference all filings

18 made in support of its Motion for TRO and Preliminary Injunction, including Dkt. Nos. 209–

19 217.

20       Motorola's failure to grant Microsoft a RAND license to its H.264 and 802.11 patents,

21 and its pursuit of injunctions has imposed significant costs on Microsoft.  But for the breach of

22 the RAND obligations, this injury would not have been incurred.  Thus damages attributable to

23 the breach include Microsoft's legal expenses incurred in defending the ITC and district court

24 cases, insofar as they were based on standard essential patents and legal expenses incurred in

25 defending the German actions based on H.264 patents.

MICROSOFT CORPORATION'S *APRIL 3,*
*2013 SUPPLEMENTAL* OBJECTIONS,
ANSWERS, AND RESPONSES - 26

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    Motorola's actions forced Microsoft to implement costly measures in preparation for a

2  potential injunctive relief that Motorola was seeking requiring Microsoft to withdraw its

3  H.264-compliant products—including Windows and Xbox—from the German market, and

4  Xbox from the U.S. Market.  Microsoft took these measures in order to mitigate the greater

5  damages it would have suffered from the injunctive relief Motorola was seeking obtained in

6  breach of Motorola's RAND commitments.  Microsoft's main logistics and products/software

7  distribution center for the European, Middle Eastern and African ("EMEA") market was

8  located in Germany.  The injunction Motorola sought through its German actions would have

9  not only removed Microsoft's products from Germany, but threatened Microsoft's entire

10  EMEA distribution network for its products.

11    As a result of Motorola's actions, and in an effort to mitigate the enormous financial

12  and non-economic damages that Microsoft would have suffered had it been excluded from the

13  German market as a result of Motorola's breach, Microsoft was forced to relocate its EMEA

14  distribution center to the Netherlands in spring 2012.  The costs incurred by Microsoft in

15  connection with these relocation efforts were approximately             .  Further, the annual

16  cost of operating its distribution center out of the Netherlands is approximately

17  greater than the cost of continuing to operate the distribution center in Germany would have

18  been in the period after the move, a cost increase which is continuing.  Invoices and other

19  substantiating documentation for certain of these costs, identified as Bates range MS-

20  MOTO_1823_00004081413 - MS-MOTO_1823_00004081432, are being produced today.

21  Should Microsoft become aware of additional information or documentation bearing on these

22  damages, Microsoft will supplement its response, as contemplated by Rule 26(e).

23    On July 18, 2011, Marvell sought a license to Motorola's 802.11 patents so that the wifi

24  chipsets it sold to Microsoft and products in which they were used would be licensed.  If the

25

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES -** 27

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   license had been available at that time, Microsoft would not have incurred any further damage

2   by failure of Motorola to make available a license on RAND terms for its 802.11 patents.

3        On May 22, 2012, Motorola was acquired by Google, and Microsoft was entitled to a

4   license to Motorola's H.264 patents under the terms of Google's license agreement with

5   MPEG-LA on terms set forth in the pool license.  Motorola failed to make available a license

6   on those terms.  If the license had been available at that time, Microsoft would not have

7   incurred any further damage by failure of Motorola to make available a license on RAND

8   terms for its H.264 patents.

9        SUPPLEMENTAL OBJECTIONS, ANSWERS, AND RESPONSES DATED this 3rd

10   day of April, 2013.

11        DATED this 3rd day of April, 2012.

12                CALFO HARRIGAN LEYH & EAKES LLP

13

14           By __s/ Christopher Wion_____

15               Arthur W. Harrigan, Jr., WSBA #1751
                Christopher Wion, WSBA #33207

16               Shane P. Cramer, WSBA #35099
                999 Third Avenue, Suite 4400

17               Seattle, WA  98104
                Phone: 206-623-1700

18               arthurh@calfoharrigan.com
                chrisw@calfoharrigan.com

19               shanec@calfoharrigan.com

20               T. Andrew Culbert
                David E. Killough

21               MICROSOFT CORPORATION
                1 Microsoft Way

22               Redmond, WA  98052
                Phone:  425-882-8080

23               Fax:  425-869-1327

24

25

**MICROSOFT CORPORATION'S** *APRIL 3,*
*2013 SUPPLEMENTAL* **OBJECTIONS,**
**ANSWERS, AND RESPONSES - 28**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

202

# EXHIBIT P

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MICROSOFT CORPORATION,           )
                                 )
            Plaintiff,           )  C10-01823-JLR
                                 )
v.                               )  SEATTLE, WASHINGTON
                                 )
MOTOROLA INC., et al,            )   March 14, 2012
                                 )  (Phone
            Defendant.           )  Conference)
                                 )

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     Arthur Harrigan, Christopher
                       Wion, David Pritikin, Andy
                       Culbert, Shane Cramer and David
                       Killough

For the Defendants:    Ralph Palumbo, Philip McCune,
                       Brian Cannon, Kathleen Sullivan
                       and William Price

Barry I. Fanning, RMR, CRR - Official Court Reporter
Suite 17205 - 700 Stewart St. - Seattle, WA 98101

1          THE COURT: Good morning, counsel. This is Judge

2     Robart. May I have appearances? And I'm also going to

3     impose a one-speaker rule for this, since we are doing it

4     by telephone. Let's start with appearances.

5          MR. HARRIGAN: Good morning, your Honor. Art

6     Harrigan representing Microsoft. I will be doing the

7     talking, I think.

8          THE COURT: Thank you.

9          MR. PRITIKIN: David Pritikin is also here, your

10    Honor, on behalf of Microsoft.

11         MR. WION: Chris Wion and Shane Cramer are also on

12    the call. Good morning, your Honor.

13         THE COURT: Good morning.

14         MR. CULBERT: Good morning, your Honor. Andrew

15    Culbert and David Killough from Microsoft.

16         MR. PALUMBO: Good morning, your Honor. Ralph

17    Palumbo from Motorola. I have with me Phil McCune, who

18    you know.

19      Also, Quinn Emanuel is going to replace Ropes & Gray

20    going forward. So I would like to introduce Brian Cannon

21    from Quinn Emanuel, who is on the phone. The other two

22    partners who will be participating at trial, and before,

23    will be from Quinn Emanuel, Kathleen Sullivan and Bill

24    Price. We will probably also have one or two Quinn

25    Emanuel associates, and will continue our practice, as

1    appropriate, to give those younger lawyers an opportunity

2    to participate in the court proceedings.

3            MR. CANNON:  Good morning, your Honor.  I am very

4    happy to be on the case.  This is Brian Cannon.

5            THE COURT:  Mr. Palumbo, are you speaking for

6    Motorola today?

7            MR. PALUMBO:  I am, your Honor.

8            THE COURT:  I'm surprised.  Usually you have to be

9    behind on the scoreboard before you go to the bench.

10   Whatever.

11       Counsel, we asked you all to get together in response

12   to your inquiry, very politely stated, about where are we.

13   It is a good opportunity for the court to do some further

14   scheduling.

15       The court has a number of constraints on it, and

16   therefore I regret that I'm not going to be able to be as

17   cordial in accommodating people's schedules as perhaps you

18   would like.  That's, unfortunately, where we are.

19       Let me start with the question of the submission that

20   you jointly gave to the court.  "Uses the term Microsoft's

21   claims a number of times."  If you go back to a docket

22   entry, 465, what we said was, "The court would first

23   determine a RAND royalty rate (or RAND royalty range) at

24   the November 13, 2012 trial, and second, with this

25   determination as guidance, a jury would hear Microsoft's

1   breach of contract claim."  I recognize that there is
2   pending before me right now a motion regarding the
3   question of if it will be a jury trial or a bench trial.
4   And I don't want anything that I say today to suggest that
5   I have already decided that.

6       That then takes me back to what I think is the
7   operative complaint in this, which is the amended and
8   supplemental complaint.  The first cause of action is for
9   breach of contract.  That's paragraphs 80 through 87.

10      I want to be clear then that when you use the term
11  "Microsoft's claims," that the court is limiting you to
12  that first cause of action, the one for breach of
13  contract, and intends to rigorously hold you to that, as
14  opposed to allowing claim creep to take place in this.

15      So with those two clarifications, let me tell you what
16  our decision is based on the submission that you have
17  made.

18      The first item that you raised is supplementation of
19  discovery responses.  It is my recollection that we have
20  stayed all of the claims in your multiple matters, other
21  than in regards to the RAND claims, which include the
22  breach of contract claims.  Those are not stayed.  And,
23  therefore, it is unclear to me why you are talking about
24  supplementation of discovery responses, as you are
25  supposed to be supplementing your discovery responses as

1    you go along, according to the Civil Rules.  It doesn't

2    take some further order from the court to require you to

3    do so.

4        So I would urge you to begin preparing, if you have

5    not already, your supplementation of discovery responses

6    in anticipation for that eagerly awaited set of Findings

7    and Conclusions that are going to be forthcoming.

8            MR. PALUMBO:  Your Honor, can I make a brief

9    comment in that regard?  First, your statement of the

10   Microsoft claims that are subject to this next trial is

11   precisely what our understanding was.  We also recognize

12   the duty to supplement on both parties.

13       And so what we are about to send out is simply a

14   letter to Microsoft indicating the prior written discovery

15   which we believe would be relevant to the breach of

16   contract claim, and on which we believe Microsoft would

17   have a duty to supplement, if there is some supplement.

18   And we are prepared to do the same thing.  It would be

19   helpful for Microsoft also to get us a letter and say this

20   is our prior written discovery which we think is relevant,

21   and if you have supplementation, we would appreciate it.

22       But I agree with you, there is a continuing duty to

23   supplement, and that ought to get done, and it should only

24   be relevant to the breach of contract claims.

25           THE COURT:  Mr. Harrigan, do you have any problem

CERTIFICATE

I, Barry L. Fanning, Official Court Reporter, do hereby certify that the foregoing transcript is true and correct.

S/Barry L. Fanning

_____
Barry L. Fanning

# EXHIBIT Q

Case 2:10-cv-01823-JLR   Document 721-3   Filed 07/03/13   Page 25 of 58
SEP.15'2003 17:20 847 538 3666        MOTOROLA CORP FINANCE        #0070 P.001/001
Case 2:10-cv-01823-JLR   Document 255   Filed 04/09/12   Page 2 of 35

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS



Please return or FAX to:   Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08855   USA
FAX (+1 732-875-0524)

*No license is implied by submission of this Letter of Assurance*

**A. PATENT HOLDER/ORGANIZATION:**

Legal Name of Organization: Motorola, Inc.

**B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:**

Name & Department:   Motorola Corp Law Department
Address:   1303 E. Algonquin Road, Schaumburg, IL 60196
Telephone: 847-538-3495   Fax: 847-576-8376   E-mail: Jonathan.Reisky@motorola.com

**C. IEEE STANDARD or PROPOSED IEEE STANDARD:**

Number: 802.11 Task Group E
Title: MAC Enhancements for Quality of Service

**D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:**

(If the Patent Holder owns or controls granted patent(s) and/or pending applications that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

Patent Number(s) (if known): _____

Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows *(check one box only)*:

☐   1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the [Proposed] IEEE Standard.

☒   2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐   3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐   4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the [Proposed] Standard.

**E. SIGNATURE:**

Print name of authorized person:   Jonathan Reisky

Title of authorized person:   Vice President & Director of Patent Operations

Signature of authorized person: _____   Date:   9/15/03

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2003 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2003

DEFENDANT'S
EXHIBIT

CASE NO.   C10-1823-JLR

EXHIBIT NO.   **2839**

211

LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:    Secretary, IEEE-SA Standards Board Patent Committee
                            Institute of Electrical and Electronics Engineers, Inc.
                            445 Hoes Lane
                            Piscataway, NJ 08854 USA
                            FAX (+1 732-875-0524)

| *No license is implied by submission of this Letter of Assurance* |
| --- |

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:    Motorola, Inc

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:    _ Latonia Gordon _____ Intellectual Property and Licensing Dept._____
Address:              _ 1303 E. Algonquin Road, Schaumburg, IL 60196 _____
Telephone. __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: __ Latonia.Gordon@Motorola.com ___
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802.11r _____
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Fast Basic Service Set (BSS) Transition _____

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐  1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒  2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

MOTM_WASH1823_0000002

Patent/Application Number:

Title:

Patent/Application Number:

Title:

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person:     Jonathan P. Meyer

Title of authorized person:     Sr. V.P.

Signature of authorized person:     _____     Date:     4/21/05

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

MOTM_WASH1823_ 0000003

**March 1994**                                     doc: IEEE P802.11-94/36

# IEEE 802.11
## Intellectual Property Statement

**Title:**  Motorola Inc. Intellectual Property Statement on the
    Motorola Proposals

**Date:**  March 1, 1994

**Author:**  Val Jean F. Hillman
    Motorola, Inc
    Intellectual Property Department
    Corporate Offices
    1303 East Algonquin Road
    Schaumburg, IL 60196-1065
    Tel: 1-708 576-6364
    Fax: 1-708 576-3750

MOTOROLA INC. owns patents and has filed patent applications in the area of wireless data communications. In the event the proposed standard is adopted and the standard cannot be practiced without the use of one or more issued patents which are now or hereafter owned, controlled or assigned to Motorola, Motorola agrees to license those patents on a non-discriminatory basis offering fair and commercially reasonable terms.

MOTOROLA otherwise reserves all rights under its patents and does not by this statement agree to license any patents where the standard may be followed without necessarily infringing such patents.

---



April 23, 1996

Mr. Victor Hayes
Chair IEEE P802.11
AT&T WCND Utrecht
Zadelstede 1-10
3431 JZ Nieuwegein
The Netherlands

Dear Mr. Hayes:

This letter is written in response to your letter of September 27, 1995, which requested that Symbol Technologies, Inc. ("Symbol") confirm to the IEEE that it will provide worldwide licenses under certain of its patents related to the proposed IEEE 802.11 standard. In this regard:

In the event the proposed IEEE 802.11 standard is adopted, and the standard cannot be practiced without the use of one or more patents which are now or hereafter owned by Symbol, Symbol would upon request be willing to negotiate a non-exclusive, worldwide license, under the relevant claims of such patent or patents, on a nondiscriminatory basis and on reasonable terms and conditions including its then current royalty rates.

This letter does not grant to the IEEE or any other party any right with respect to Symbol's copyrights or other intellectual property rights (whether now or hereafter in existence) that relate to the proposed standard.

Very truly yours,

Richard Bravman
Senior Vice President

SYMBOL TECHNOLOGIES, INC.  One Symbol Plaza, Holtsville, NY 11742-1300  •  516-738-2400  Web site http://www.symbol.com

MOTM_WASH1823_0000005

LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

| No license is implied by submission of this Letter of Assurance |

**A. PATENT HOLDER/ORGANIZATION:**

Legal Name of Organization:  Symbol Technologies, Inc.

**B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:**

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055     Fax: 631.738.4110    E-mail: aaron.bernstein@symbol.com
URL:   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

**C. IEEE STANDARD or PROPOSED IEEE STANDARD:**

Number:  802.11a
Title:   High Speed Physical Layer in the 5GHz band

**D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:**

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

### E. SIGNATURE:

Print name of authorized person: Aaron Bernstein

Title of authorized person:  Vice President & Deputy General Counsel

Signature of authorized person: _____  Date: _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http.//standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000007

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (11 732-875-0524)  e-mail: patcom@ieee.org

> *No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __Symbol Technologies, Inc.__

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: __Aaron Bernstein, Legal Department__
Address: __One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300__
Telephone: __631.738.4055__   Fax: __631.738.4110__   E-mail: __aaron_bernstein@symbol.com__
URL: __www.symbol.com__

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: __802.11b__
Title: __Higher Speed Physical Layer (PHY) extension in the 2.4 GHz band__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows *(check one box only)*:

[ ] 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

[✓] 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

[ ] 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

[ ] 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the (Proposed) IEEE Standard.

[ ] 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the (Proposed) IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the (Proposed) IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ___ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: __11Apr06___

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

<div style="border:1px solid">

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

</div>

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000009

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055      Fax: 631.738.4110      E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11e
Title:  Medium Access Control (MAC) Quality of Service Enhancements

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: 11 Apr 06 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000011

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,          Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf), or FAX to:        Institute of Electrical and Electronics Engineers, Inc.
                                 445 Hoes Lane
                                 Piscataway, NJ   08854   USA
                                 FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

---

| *No license is implied by submission of this Letter of Assurance* |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:   Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055        Fax: 631.738.4110      E-mail: aaron.bernstein@symbol.com
URL:   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:   802.11g
Title:   Further Higher Rate (20+ Mbps) Extensions in the 2.4GHz Band

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows *(check one box only)*:

☐   1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑   2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐   3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐   4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐   5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the (Proposed) IEEE Standard, please specify the following:

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

–MOTM_WASH1823_0000012

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

**G. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel _____

Signature of authorized person: _____  Date: _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000013

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  Symbol Technologies, Inc.

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY 11742-1300
Telephone: 631.738.4055 ____ Fax: 631.738.4110 ____ E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11i
Title:  Medium Access Control (MAC) Security Enhancement

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000014

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: 4 Apr 06 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000015

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:   Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524)

*No license is implied by submission of this Letter of Assurance*

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: ___ Motorola, Inc ___

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: ___ Latonia Gordon ___ Intellectual Property and Licensing Dept. ___
Address: ___ 1303 E. Algonquin Road, Schaumburg, IL 60196 ___
Telephone: ___ 847-576-3055 ___ Fax: ___ 847-538-3666 ___ E-mail: ___ Latonia.Gordon@Motorola.com ___
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreement offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents or confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ___ IEEE 802.11k ___
Title: ___ Amendment to IEEE 802.11, Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Radio Resource Measurement of Wireless LANs ___

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that any company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

MOTM_WASH1823_0000016

Patent/Application Number: _____  _____  _____  __

Title: _____  _____  _____

Patent/Application Number: _____  _____  _____

Title: _____  _____  _____  __

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person _____ Jonathan P. Meyer _____

Title of authorized person: _____ Sr. V.P. _____

Signature of authorized person: _____  Date: ___ 4/21/05 ____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 24 January 2005

MOTM_WASH1823_0000017

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08854  USA
FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  __Symbol Technologies, Inc.__

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055 _____ Fax: 631.738.4110 _____ E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11k
Title.  Radio Resource Measurement Enhancements

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*.

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:  _____
Title:  _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000018

Patent/Application Number: _____  _____ ____
Title: _____ _____

Patent/Application Number: _____
Title: _____  _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person:   Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: _11Apr06_____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee*

---

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form*

---

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000(

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:   Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc
445 Hoes Lane
Piscataway, NJ  08855   USA
FAX (+1 732-875-0524)

*No license is implied by submission of this Letter of Assurance*

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: _MOTOROLA, INC_

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: _LATONIA GORDON, INTELLECTUAL PROPERTY LICENSING_
Address: _1303 E. ALGONQUIN RD   SCHAUMBURG IL  60196_
Telephone: _847-576-2055_   Fax: _847-538-_   E-mail: _LATONIA.GORDON (@) MOTOROLA.COM_
   (847-538-3600)

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _IEEE 802.11N_
Title: _802.11 PHY / MAC ENHANCEMENTS FOR HIGHER THROUGHPUT_

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

If the Patent Holder owns or controls granted patents and/or pending applications that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

   Patent Number(s) (if known): _____

   Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows (check one box only):

☐   1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the (Proposed) IEEE Standard.

☒   2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☐   3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐   4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the (Proposed) Standard.

## E. SIGNATURE:

Print name of authorized person: _JOHN MOTTINGER_
Title of authorized person: _Corp. IP Law   INTELLECTUAL PROPERTY LICENSING_
Signature of authorized person: _____   Date: _Jan 12, 2005_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2002 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2002

MOTM_WASH1823_0000020

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854   USA
FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |
|---|

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  **Symbol Technologies, Inc.**

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055       Fax: 631.738.4110    E-mail: aaron.bernstein@symbol.com
URL:   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11n
Title:  Standard for Enhancements for Higher Throughput

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following.

Patent/Application Number:
Title:

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000021

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ___ Vice President & Deputy General Counsel _____

Signature of authorized person: _____ Date: __ 11APR06 __

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

232

MOTM_WASH1823_0000022

### LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

| | |
|---|---|
| Please return via mail, e-mail (.pdf), or FAX to: | Secretary, IEEE-SA Standards Board Patent Committee Institute of Electrical and Electronics Engineers, Inc. 445 Hoes Lane Piscataway, NJ  08854   USA FAX (+1 732-875-0524)   e-mail: patcom@ieee.org |

---
*No license is implied by submission of this Letter of Assurance*
---

#### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:  __Symbol Technologies, Inc.__

#### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  Aaron Bernstein, Legal Department
Address:  One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone:  631.738.4055     Fax: 631.738.4110     E-mail: aaron.bernstein@symbol.com
URL:  www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

#### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number:  802.11r
Title:  Fast Roaming/Fast BSS Transition

#### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows *(check one box only)*:

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:  _____
Title:  _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: _____ Vice President & Deputy General Counsel ____

Signature of authorized person: _____ Date: _11 Apr 06_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000024

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to:   Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08854 USA
FAX (+1 732-875-0524)

| No license is implied by submission of this Letter of Assurance |
|---|

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: ___ Motorola, Inc ___

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department ___ Latonia Gordon ___ Intellectual Property and Licensing Dept. ___
Address: ___ 1303 E. Algonquin Road, Schaumburg, IL 60196 ___
Telephone: ___ 847-576-3055 ___ Fax: ___ 847-538-3666 ___ Email: ___ Latonia.Gordon@Motorola.com ___
URL: ___

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ___ IEEE 802.11s ___
Title: ___ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: Extended Service Set (ESS) Mesh Networking ___

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the IEEE-SA Standards Board Bylaws, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐  1. The Patent Holder is prepared to grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☒  2. The Patent Holder is prepared to grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

[*Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.*]

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: ___

Copyright © 2005 IEEE
Approved by IEEE-SA Standards Board Patent Committee   27 January 2005

MOTM_WASH1823_0000025

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: _____ Jonathan  P.  Meyer _____

Title of authorized person: _____ Sr. V.P. _____

Signature of authorized person: _____  Date: 4/21/05 _____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2005 IEEE

Approved by IEEE-SA Standards Board Patent Committee - 24 January 2005

MOTM_WASH1823_0000026

Case 2:10-cv-01823-JLR   Document 721-3   Filed 07/03/13   Page 51 of 58
JUL. 24.2008  11:41AM  PHILIPS USA                                    NO.921    P.18
Case 2:10-cv-01823-JLR   Document 255   Filed 04/09/12   Page 28 of 35

## LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,          Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf), or FAX to:        Institute of Electrical and Electronics Engineers, Inc.
                                 445 Hoes Lane
                                 Piscataway, NJ  08854  USA
                                 FAX (+1 732-875-0524)  e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:   **Symbol Technologies, Inc.**

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  **Aaron Bernstein, Legal Department**
Address:  **One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300**
Telephone: **631.738.4055**      Fax: **631.738.4110**      E-mail: **aaron.bernstein@symbol.com**
URL:  **www.symbol.com**

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: **802.11s**
Title: **ESS Mesh Networking**

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐   1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☑   2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐   3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐   4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐   5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number:  _____
Title:  _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000027

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: Aaron Bernstein

Title of authorized person: Vice President & Deputy General Counsel

Signature of authorized person: _____ Date: 11 APR 06

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_00000

LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,          Secretary, IEEE-SA Standards Board Patent Committee
e-mail (.pdf) or FAX to:         Institute of Electrical and Electronics Engineers, Inc.
                                 445 Hoes Lane
                                 Piscataway, NJ   08854  USA
                                 FAX (+1 732-875-0524) e-mail: ppalcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |
| --- |

### A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:___ Motorola, Inc _____

### B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:  __ Latonia Gordon _____ Intellectual Property and Licensing Dept._____
Address:            ___ 1303 E. Algonquin Road, Schaumburg, IL 60196_____
Telephone: __ 847-576-3055 ___ Fax: _ 847-538-3666 ____ E-mail: _ Latonia.Gordon@Motorola.com __
URL: _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license
agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not
endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

### C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: _____ IEEE 802 11u _
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer
(PHY) specifications: Wireless Interworking with External Networks__

### D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its
licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of
which would be essential to create a compliant implementation of either mandatory or optional portions of the
[Proposed] IEEE Standard identified above, is as follows (*check one box only*):

☐ 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a
worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed]
IEEE Standard.

☒ 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a
worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed]
IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s)
against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

☐ 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that
would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as
giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a
compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

**E. SIGNATURE:**

Print name of authorized person: ___Jonathan P. Meyer_____

Title of authorized person: ___Senior Vice President_____

Signature of authorized person: ___Jonathan P. Mey.___  Date: ___August 14 2006____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000030

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf) or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854  USA
FAX (+1 732-875-0524)  e-mail: ppatcom@ieee.org

---

*No license is implied by submission of this Letter of Assurance*

---

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: __ Motorola, Inc _____

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: __ Latonia Gordon _____ Intellectual Property and Licensing Dept. _____
Address: _____ 1303 E. Algonquin Road, Schaumburg, IL 60196 _____
Telephone: __ 847-576-3055 _____ Fax: _ 847-538-3666 ____ E-mail: _ Latonia.Gordon@Motorola.com ___
URL: _____ _____ _____ _____

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: ____ IEEE 802.11v __   _____
Title: _____ Amendment to IEEE 802.11: Wireless LAN Medium Access Control (MAC) and Physical Layer
(PHY) specifications: Wireless Network Management__

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the [Proposed] IEEE Standard identified above, is as follows (*check one box only*):

- [ ] 1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.]

- [x] 2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

- [ ] 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above

- [ ] 4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the [Proposed] IEEE Standard.

- [ ] 5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the [Proposed] IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the [Proposed] IEEE Standard, please specify the following:

Patent/Application Number: _____ _____ _____
Title: _____ _____ _____ _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000031

Patent/Application Number: _____
Title: _____

Patent/Application Number: _____
Title: _____

*Use additional pages, as necessary.*

## E. SIGNATURE:

Print name of authorized person: _Jonathan P. Meyer_____

Title of authorized person: _Senior Vice President_____

Signature of authorized person: _Jonathan P. Meyer____ Date: _August 11, 2006_

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee..*

*The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000032

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return via mail,
e-mail (.pdf), or FAX to:

Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ   08854   USA
FAX (+1 732-875-0524)   e-mail: patcom@ieee.org

| *No license is implied by submission of this Letter of Assurance* |
|---|

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization:   Symbol Technologies, Inc.

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department:   Aaron Bernstein, Legal Department
Address:   One Symbol Plaza, MS: A-6, Holtsville, NY  11742-1300
Telephone: 631.738.4055   Fax: 631.738.4110   E-mail: aaron.bernstein@symbol.com
URL:   www.symbol.com

*Note: The IEEE takes no position with respect to the reasonableness of rates, terms, and conditions of the license agreements offered by patent holders or patent applicants. To that end, the IEEE will not review and does not endorse the contents nor confirm the continuing accuracy or consistency of any web sites listed above.*

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: 802.11v
Title:  Wireless Network Management

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

In accordance with Clause 6 of the *IEEE-SA Standards Board Bylaws*, the Patent Holder hereby declares that its licensing position with respect to any patent(s) and/or patent application(s) that it may hold or control, the use of which would be essential to create a compliant implementation of either mandatory or optional portions of the (Proposed) IEEE Standard identified above, is as follows (*check one box only*):

☐  1. The Patent Holder will grant a license without compensation to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☑  2. The Patent Holder will grant a license under reasonable rates to an unrestricted number of applicants on a worldwide, non-discriminatory basis with reasonable terms and conditions to comply with the (Proposed) IEEE Standard.

☐  3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐  4. The Patent Holder states that, without conditions, it will not enforce any of its present or future patent(s) against any person or entity creating a compliant implementation of the (Proposed) IEEE Standard.

☐  5. I am not aware of any patent(s) and/or patent application(s) that my company may hold or control that would be essential to create a compliant implementation of the (Proposed) IEEE Standard.

*[Note: Completion of the following section is optional. Nothing in this Letter of Assurance shall be interpreted as giving rise to a duty to conduct a patent search.]*

If the Patent Holder owns or controls patent(s) and/or application(s) that it believes may be essential to create a compliant implementation of the (Proposed) IEEE Standard, please specify the following:

Patent/Application Number: _____
Title: _____

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_0000033

Patent/Application Number: _____

Title: _____

Patent/Application Number: _____

Title: _____

*Use additional pages, as necessary.*

E. SIGNATURE:

Print name of authorized person: Aaron Bernstein _____

Title of authorized person: ____ Vice President & Deputy General Counsel ____

Signature of authorized person: _____ Date: 11/8/06 ____

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable upon acceptance by the IEEE-SA Standards Board Patent Committee.*

> *The IEEE Patent Policy and the procedures used to execute that policy are documented in the IEEE-SA Standards Board Bylaws and the IEEE-SA Standards Board Operations Manual, available at http://standards.ieee.org/resources/index.html#guides. These documents must be read and understood before completing and submitting this form.*

Copyright © 2006 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 27 March 2006

MOTM_WASH1823_ 0000034