The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE TESTIMONY OF TODD MENENBERG<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, July 31, 2013 at 10:00 a.m.** |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the May 29, 2013 Expert Witness Report of Todd Menenberg.

3. Attached as Exhibit B is a true and correct copy of cited excerpts of the deposition of Todd Menenberg. Included in this exhibit are excerpts of deposition exhibits 2-6.

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE TESTIMONY OF TODD MENENBERG - 1
CASE NO. C10-1823-JLR

4833-0845-1860.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   4. Attached as Exhibit C is a true and correct copy of cited excerpts of the deposition of David Killough.

2   5. Attached as Exhibit D is a true and correct copy of cited excerpts of Microsoft's Response to Motorola's Interrogatory No. 3.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

EXECUTED this 3rd day of July, 2013 at Redwood Shores, California.

_____
Andrea Pallios Roberts

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
AND STRIKE TESTIMONY OF TODD MENENBERG - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4833-0845-1860.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Calfo Harrigan Leyh & Eakes LLP
>*arthurh@calfoharrigan.com*
>*chrisw@calfoharrigan.com*
>*shanec@calfoharrigan.com*

>Richard A. Cederoth, Esq.
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*rcederoth@sidley.com*
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 3rd day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE TESTIMONY OF TODD MENENBERG - 3
CASE NO. C10-1823-JLR

4833-0845-1860.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001