THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>          Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>          Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>          Defendants. | Case No. C10-1823-JLR<br><br>[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS |

Before the Court is Plaintiff Microsoft Corporation's Rule 702 Motion to Preclude Testimony by Motorola's Experts.

IT IS ORDERED THAT the following testimony of Motorola's expert witnesses is excluded from the upcoming August 2013 trial:

- Richard Holleman's legal interpretation of the RAND commitment, as reflected in paragraphs 15, 21, 23, 30, 31, 36, 39, 59, and 60 of his May 29, 2013 opening report, and paragraphs 34 and 47 of his June 10, 2013 rebuttal report.

[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

- Richard Holleman's testimony contradicting or undermining the Court's prior rulings, as reflected in paragraphs 35, 38, 47, and 48 of his May 29, 2013 opening report, in paragraph 4 of his June 10, 2013 rebuttal report, and in his June 19, 2013 deposition testimony at 175:10–176:1, 181:20–182:8.
- Richard Holleman's ultimate conclusions on good faith or breach, as reflected in paragraphs 15, 33, 37, 38, and 60 of his May 29, 2013 opening report.
- Gregory Leonard's legal opinions that contradict the Court's prior rulings, as reflected in paragraphs 28, 78, 79, 81 of his May 29, 2013 opening report, paragraph 7 of his June 20, 2013 rebuttal report, and in his June 24, 2013 deposition at 39:23–43:9, 108:19–109:19, and 126:22.
- Gregory Leonard's legal conclusions reflected in paragraphs 19 and 33 of his June 10, 2013 rebuttal report.
- Gregory Leonard's ultimate conclusion on good faith, as reflected in paragraphs 60, 61, and 85 of his May 29, 2013 opening report.
- Maximilian Haedicke's proposed testimony, as outlined in his May 29, 2013 opening report.
- Maximilian Haedicke's proposed testimony, as outlined in his June 10, 2013 rebuttal report.
- Bradley Keller's proposed testimony, as outlined in his June 10, 2013 rebuttal report.

DATED this ____ day of _____, 2013.

_____
HONORABLE JAMES L. ROBART

**Presented by:**
CALFO HARRIGAN LEYH & EAKES LLP

[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | By   s/Arthur W. Harrigan, Jr. |
| |       Arthur W. Harrigan, Jr., WSBA #1751 |
| 2 | |
| | By   s/Christopher Wion |
| 3 |       Christopher Wion, WSBA #33207 |
| 4 | By   s/Shane P. Cramer |
| |       Shane P. Cramer, WSBA #35099 |
| 5 |       999 Third Avenue, Suite 4400 |
| |       Seattle, WA 98104 |
| 6 |       Phone: 206-623-1700 |
| |       arthurh@calfoharrigan.com |
| 7 |       chrisw@calfoharrigan.com |
| |       shanec@calfoharrigan.com |

By   s/T. Andrew Culbert
      T. Andrew Culbert

By   s/David E. Killough
      David E. Killough

MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080
    Fax: 425-869-1327

    David T. Pritikin
    Richard A. Cederoth
    Constantine L. Trela, Jr.
    William H. Baumgartner, Jr.
    Ellen S. Robbins
    Douglas I. Lewis
    David C. Giardina
    John W. McBride
    Nathaniel C. Love

SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Phone: 312-853-7000
    Fax: 312-853-7036

    Carter G. Phillips
    Brian R. Nester

---

[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS **-** 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER GRANTING MICROSOFT
CORPORATION'S RULE 702 MOTION TO
PRECLUDE TESTIMONY BY MOTOROLA'S
EXPERTS - 4

# CERTIFICATE OF SERVICE

I, Tim Murphy, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 3rd day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 3rd day of July, 2013.

s/  Tim Murphy _<br>TIM MURPHY

[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS **-** 6

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717