THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br> vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS<br><br>**[REDACTED]** |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the opening expert report of Richard Holleman, served in this matter on May 29, 2013.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S RULE 702
MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Richard Holleman, taken in this matter on June 19, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the rebuttal report of Richard Holleman, served in this matter on June 19, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of the opening report of Gregory Leonard, served in this matter on May 29, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Gregory Leonard, taken in this matter on June 24, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of the rebuttal report of Gregory Leonard, served in this matter on June 10, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of the opening report of Maximilian Haedicke, served in this matter on May 29, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Maximilian Haedicke, taken in this matter on June 14, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of the rebuttal report of Maximilian Haedicke, served in this matter on June 10, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition of Bradley Keller, taken in this matter on June 24, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of the rebuttal report of Bradley Keller, served in this matter on June 10, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S RULE 702
MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 3rd day of July, 2013 in Seattle, Washington.

      __s/ Christopher Wion_____
      CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S RULE 702
MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Tim Murphy, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 3rd day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S RULE 702
MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DATED this 3rd day of July, 2013.

s/  Tim Murphy _
TIM MURPHY

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S RULE 702
MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717