# EXHIBIT 2

# In The Matter Of:

*MICROSOFT CORPORATION*

*v.*

*MOTOROLA INC., et al.*

———————————————————

*RICHARD HOLLEMAN - Vol. 1*

*June 19, 2013*

———————————————————

*CONFIDENTIAL*
*ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 175

| | | |
|---|---|---|
| 1 | his opinions, but you can answer. | 12:28:35 |
| 2 | A   Once again, the SDO would not | 12:28:41 |
| 3 | attempt to take a position on that, it'd be | 12:28:43 |
| 4 | considered outside the scope of the policy. | 12:28:48 |
| 5 | Q   Okay.  A number of times in your | 12:28:50 |
| 6 | reports you mentioned that Judge Robart has | 12:28:56 |
| 7 | found that Motorola's opening offer need not | 12:29:00 |
| 8 | be RAND.  Do you recall that? | 12:29:07 |
| 9 | A   Yes, I do. | 12:29:11 |
| 10 | Q   Okay.  In that same passage on the | 12:29:12 |
| 11 | same page of the Opinion where he mentions | 12:29:16 |
| 12 | that, he goes on to say that, "Nonetheless, | 12:29:20 |
| 13 | that does not mean that Motorola may make, | 12:29:27 |
| 14 | 'blatantly unreasonable' offers to | 12:29:34 |
| 15 | implementers." | 12:29:36 |
| 16 | Do you recall that passage? | 12:29:41 |
| 17 | A   Yes. | 12:29:42 |
| 18 | Q   And you agree that a | 12:29:45 |
| 19 | standard-essential patentholder cannot make | 12:29:46 |
| 20 | blatantly unreasonable offers? | 12:29:49 |
| 21 | A   I do not have an opinion in that | 12:29:50 |
| 22 | regard. | 12:29:52 |
| 23 | The Judge gave his opinion in that | 12:29:53 |
| 24 | regard.  That's beyond the scope of what I | 12:29:54 |
| 25 | would opine about, it's beyond the scope of | 12:29:55 |

Merrill Corporation - San Francisco

(800) 869-9132                                              www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 176

| | | |
|---|---|---|
| 1 | the SDO's patent policy. | 12:30:00 |
| 2 | Q    Okay.  So you also don't have an | 12:30:03 |
| 3 | opinion as to whether the, within the context | 12:30:04 |
| 4 | of the SDO IPR policies, the | 12:30:11 |
| 5 | standard-essential patentholder can make an | 12:30:13 |
| 6 | opening offer that's not RAND? | 12:30:16 |
| 7 | MR. CUSHING:  I'm going to object, I | 12:30:20 |
| 8 | believe that mischaracterizes his prior | 12:30:21 |
| 9 | testimony.  You can answer. | 12:30:23 |
| 10 | A    My testimony is that the whole idea | 12:30:25 |
| 11 | of initial offers are really not what's | 12:30:31 |
| 12 | driving or motivating the RAND commitment. | 12:30:35 |
| 13 | And from the SDO's perspective, it's the RAND | 12:30:38 |
| 14 | license itself that results from the | 12:30:44 |
| 15 | negotiations that is a significant aspect, | 12:30:47 |
| 16 | because it's that RAND license that allows | 12:30:50 |
| 17 | implementation of the standard, which is the | 12:30:53 |
| 18 | objective of the SDO. | 12:30:57 |
| 19 | So I would -- | 12:30:59 |
| 20 | Q    Okay. | 12:31:00 |
| 21 | A    -- agree, and I would say that the | 12:31:01 |
| 22 | SDOs are not concerned about initial offers, | 12:31:04 |
| 23 | they're concerned about hopeful outcome of a | 12:31:09 |
| 24 | RAND license. | 12:31:12 |
| 25 | Q    Let me parse that out a little bit. | 12:31:16 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 177

| | | |
|---|---|---|
| 1 | As we've discussed a number of | 12:31:21 |
| 2 | times, SDOs are not concerned with whether | 12:31:24 |
| 3 | there's negotiation at all, right, their | 12:31:26 |
| 4 | policies are simply silent as to whether there | 12:31:30 |
| 5 | has to be or does not have to be negotiation? | 12:31:34 |
| 6 |     A   That's true.  But as I testified | 12:31:38 |
| 7 | earlier, I think there is an underlying | 12:31:40 |
| 8 | assumption that there would be negotiation -- | 12:31:44 |
| 9 |     Q   Okay. | 12:31:47 |
| 10 |     A   -- and we've gone over this in the | 12:31:48 |
| 11 | ITU context, it even mentions negotiation.  In | 12:31:50 |
| 12 | the IEEE offer to license, okay, there's, I | 12:31:55 |
| 13 | would say, an expectation that if someone is | 12:31:59 |
| 14 | interested in license there has to be some | 12:32:01 |
| 15 | negotiation. | 12:32:03 |
| 16 | So, I wouldn't say that the SDO is | 12:32:06 |
| 17 | not, is not, doesn't take a position on | 12:32:07 |
| 18 | whether or not there's negotiation.  I would | 12:32:14 |
| 19 | say that it's -- you can look at the ITU, the | 12:32:17 |
| 20 | policy, and see that if there are | 12:32:23 |
| 21 | negotiations, they're outside of the ITU.  If | 12:32:25 |
| 22 | there are negotiations in the IEEE, they would | 12:32:29 |
| 23 | be outside of the IEEE.  There's no position | 12:32:34 |
| 24 | on whether or not there would be negotiations. | 12:32:38 |
| 25 | So I would say it's a matter of there are | 12:32:41 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 178

```
 1    negotiations.                                          12:32:44
 2         Q   Okay.                                         12:32:44
 3         A   But they are contemplated, I would            12:32:45
 4    say because --                                         12:32:46
 5         Q   Because that's -- and the basis for           12:32:48
 6    your conclusion that they are -- are they              12:32:51
 7    necessarily contemplated or are you saying             12:32:53
 8    that --                                                12:32:55
 9         A   I would say --                                12:32:55
10             MR. CUSHING:  Wait, let him finish.           12:32:56
11         Q   Yes, let me -- I don't want to run            12:32:57
12    around this tree again.  I just want to make           12:32:59
13    sure I understand what your opinion is.                12:33:01
14             And, you know, I understand that              12:33:05
15    what you just said I thought is where we had           12:33:07
16    been --                                                12:33:09
17         A   Right.                                        12:33:10
18         Q   -- which is if there are                      12:33:10
19    negotiations under either IEEE or ITU IPR              12:33:11
20    policies, they're conducted outside the                12:33:16
21    organization, but that's if they are                   12:33:19
22    negotiations.  And --                                  12:33:22
23             MR. CUSHING:  Is that true, is his            12:33:25
24    question?  Right?                                      12:33:26
25         Q   Are you -- so far we're in                    12:33:27
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 179

| | | | |
|---|---|---|---|
| 1 | | agreement, right? | 12:33:29 |
| 2 | A | That it's outside, yes. | 12:33:30 |
| 3 | Q | But only if there are negotiations? | 12:33:31 |
| 4 | A | If there are negotiation -- not | 12:33:33 |
| 5 | | only -- if there are negotiations, they're | 12:33:36 |
| 6 | | outside of -- | 12:33:38 |
| 7 | Q | They must be outside, in fact? | 12:33:38 |
| 8 | A | They are outside, yes. | 12:33:40 |
| 9 | Q | They have to be outside? | 12:33:41 |
| 10 | A | Okay. | 12:33:42 |
| 11 | | MR. CUSHING: Objection, asked and | 12:33:42 |
| 12 | | answered. | 12:33:44 |
| 13 | A | Okay. | 12:33:44 |
| 14 | Q | Other than the ITU and the IEEE's | 12:33:46 |
| 15 | | requirement that negotiations, if they happen, | 12:33:56 |
| 16 | | be conducted outside of the organization, do | 12:33:56 |
| 17 | | you have any other basis for opining that | 12:34:02 |
| 18 | | there must be negotiations? | 12:34:06 |
| 19 | | MR. CUSHING: I'm going to object to | 12:34:10 |
| 20 | | the form of the question to the extent it | 12:34:11 |
| 21 | | mischaracterizes his testimony. You can | 12:34:13 |
| 22 | | answer again. | 12:34:15 |
| 23 | A | There's no language in either of | 12:34:31 |
| 24 | | those policies that specifies the methodology | 12:34:33 |
| 25 | | that would use, that would be used in terms of | 12:34:40 |

Merrill Corporation - San Francisco
(800) 869-9132                          www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 180

| | | |
|---|---|---|
| 1 | offering a license or a license being | 12:34:45 |
| 2 | obtained, okay. | 12:34:50 |
| 3 |     Q  Okay. | 12:34:51 |
| 4 |     A  So -- | 12:34:51 |
| 5 |     Q  I understand, okay. | 12:34:52 |
| 6 |     A  -- it's sort of an open field. | 12:34:53 |
| 7 |     Q  Okay.  I'll come back to where I | 12:34:55 |
| 8 | started with all this then. | 12:34:59 |
| 9 |     Do you intend -- what I want to know | 12:35:00 |
| 10 | is, you refer to the Judge's statement that an | 12:35:08 |
| 11 | opening offer need not be RAND -- | 12:35:13 |
| 12 |     A  Right. | 12:35:15 |
| 13 |     Q  -- a number of times. | 12:35:16 |
| 14 |     Do you intend to offer an opinion | 12:35:20 |
| 15 | that the opening offer need not be RAND, or | 12:35:22 |
| 16 | are you simply repeating what the Judge has | 12:35:27 |
| 17 | said? | 12:35:30 |
| 18 |     A  Well, I know I have given testimony | 12:35:31 |
| 19 | before on this very matter that, from an SDO | 12:35:35 |
| 20 | perspective, there is nothing that would lead | 12:35:42 |
| 21 | one to conclude that an offering, initial | 12:35:47 |
| 22 | offer has to be RAND.  And in fact, in | 12:35:52 |
| 23 | practice the important -- and I'm repeating -- | 12:35:59 |
| 24 | consideration is that the parties end up with | 12:36:03 |
| 25 | a RAND license. | 12:36:07 |

Merrill Corporation - San Francisco
(800) 869-9132                          www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 181

| | | |
|---|---|---|
| 1 | The SDO is concerned about licenses | 12:36:10 |
| 2 | that will allow implementation of the | 12:36:13 |
| 3 | standard.  That's what they're concerned | 12:36:17 |
| 4 | about, that's what's envisioned.  There is | 12:36:18 |
| 5 | no -- there's nothing that speaks to an | 12:36:25 |
| 6 | initial offer. | 12:36:28 |
| 7 | And I have commented on this in the | 12:36:30 |
| 8 | past, and I expect, if appropriate, I would | 12:36:33 |
| 9 | comment on it in the future, independent of | 12:36:37 |
| 10 | Judge Robart's Order. | 12:36:39 |
| 11 | Q   But it's equally true that you don't | 12:36:43 |
| 12 | know whether the counteroffers, what | 12:36:45 |
| 13 | parameters are constrained counteroffers in | 12:36:49 |
| 14 | any negotiation, correct? | 12:36:53 |
| 15 | A   Correct.  And these offers we talk | 12:36:55 |
| 16 | about are, more often than not, broad offers | 12:36:57 |
| 17 | on licensing terms and conditions.  We | 12:37:02 |
| 18 | shouldn't think of them as simply royalty | 12:37:05 |
| 19 | rates. | 12:37:07 |
| 20 | Q   Is it correct that you do not have | 12:37:10 |
| 21 | an opinion as to what would be a blatantly | 12:37:11 |
| 22 | unreasonable offer? | 12:37:14 |
| 23 | A   Correct, I do not. | 12:37:15 |
| 24 | Q   Do you agree with the Judge that an | 12:37:16 |
| 25 | opening offer cannot be blatantly | 12:37:19 |

Merrill Corporation - San Francisco

(800) 869-9132                                                www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RICHARD HOLLEMAN - 6/19/2013

Page 182

| | | |
|---|---|---|
| 1 | unreasonable? | 12:37:20 |
| 2 | MR. CUSHING:  Objection, asked and | 12:37:21 |
| 3 | answered.  You can answer. | 12:37:22 |
| 4 | Q    Whatever that may mean? | 12:37:23 |
| 5 | A    Yeah, I do not have an opinion on | 12:37:24 |
| 6 | what blatant would be or not be.  And again, | 12:37:26 |
| 7 | from the SDO perspective, that's not a | 12:37:33 |
| 8 | concern. | 12:37:35 |
| 9 | Q    Okay.  But you do believe that ITU | 12:37:35 |
| 10 | and the IEEE IPR policies are concerned with | 12:37:39 |
| 11 | providing a reasonable return on investment to | 12:37:42 |
| 12 | standards setting participants? | 12:37:46 |
| 13 | MR. CUSHING:  Object to the form. | 12:37:50 |
| 14 | You can answer. | 12:37:51 |
| 15 | A    Yes, that's the concept of | 12:37:55 |
| 16 | reasonableness embodied in the policies. | 12:37:56 |
| 17 | Reasonableness from the point of | 12:38:01 |
| 18 | view of the patentholder, reasonableness from | 12:38:02 |
| 19 | the point of view of potential licensees.  And | 12:38:05 |
| 20 | the interests in striking a balance that | 12:38:11 |
| 21 | protects the interests of the patentholder and | 12:38:16 |
| 22 | the interests of the implementer. | 12:38:19 |
| 23 | Q    And you agree, though, that neither | 12:38:22 |
| 24 | the ITU nor the IEEE IPR policies make any | 12:38:23 |
| 25 | mention of return on investment for the | 12:38:28 |