THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MICROSOFT CORPORATION,

10                                    Plaintiff,

11        vs.

12    MOTOROLA, INC.,  et al.,

13                                    Defendants.

14    MOTOROLA MOBILITY LLC, et al.,

15                                    Plaintiffs,

16        vs.

17    MICROSOFT CORPORATION,

18                                    Defendants.

19

Case No. C10-1823-JLR

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF BREACH OF CONTRACT AND SUMMARY JUDGMENT ON MOTOROLA'S THIRD, FOURTH, FIFTH, SEVENTH, EIGHTH, AND NINTH AFFIRMATIVE DEFENSES AND SECOND COUNTERCLAIM

**[REDACTED]**

20        I, Christopher Wion, hereby declare as follows:

21        1.      I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of

22    the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter,

23    and have personal knowledge of the facts stated herein.

24        2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the

25    transcript of the deposition of Kirk Dailey, taken in this matter on July 12, 2012.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the 30(b)(6) deposition of Brian Blasius, taken in this matter on May 14, 2013.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Motorola's Second Supplemental Log of Withheld Documents, served in this matter on July 3, 2012.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the transcript of the October 29, 2012 Pretrial Conference in this matter.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Gregory Leonard, taken in this matter on June 24, 2013.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the expert report of Gregory Leonard, served in this matter on May 29, 2013.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the trial testimony of Kirk Dailey, taken in ITC Investigation 337-TA-752 on January 20, 2012.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Amended Complaint, Dkt. No. 431, *In re Innovatio IP Ventures, LLC, Patent Litig.*, Case No. 1:11-cv-9308 (N.D. Ill.), filed October 1, 2012.

10.     Attached hereto as Exhibit 9 is a true and correct copy of a June 14, 2005 letter from R. Sonnentag to S. Joe, as produced in this matter with the designation MOTM_WASH1823_0019341.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition of K. McNeill Taylor, taken in this matter on March 20, 2012.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a submission to the European Commission made by Google, Inc. and Motorola Mobility, Inc., dated January 26, 2012, as produced in this matter with the designation GGMM-00019400—09.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL., (206) 623-1700   FAX, (206) 623-8717

13.     Attached hereto as Exhibit 12 is a true and correct copy of a European Commission Press Released, titled, "Antitrust: Commission sends Statement of Objections to Motorola Mobility on potential misuse of mobile phone standard-essential patents," dated May 6, 2013, as produced in this matter with the designation MS-MOTO_1823_00005258267-68.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Motorola Mobility, Inc.'s Motion to Terminate this Investigation in part with Respect to U.S Patent Nos. 6,980,596 and 7,162,094, filed in ITC Investigation 337-TA-752 on January 8, 2013.

15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts of Motorola's Responses to Microsoft's Third Set of Interrogatories, served in this matter on July 18, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of July, 2013 in Seattle, Washington.


__s/ Christopher Wion_____
CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3

## CERTIFICATE OF SERVICE

I, Tim Murphy, swear under penalty of perjury under the laws of the State of Washington to the following:

1.     I am over the age of 21 and not a party to this action.

2.     On the 3rd day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081                    _____ Messenger
Lynn M. Engel, WSBA #21934                        _____ US Mail
Summit Law Group                                  _____ Facsimile
315 Fifth Ave. South, Suite 1000                  ___X___ ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)                      _____ Messenger
Jesse J. Jenner (*pro hac vice*)                  _____ US Mail
Ropes & Gray LLP                                  _____ Facsimile
1211 Avenue of the Americas                       ___X___ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)                 _____ Messenger
Ropes & Gray LLP                                  _____ US Mail
1900 University Avenue, 6th Floor                 _____ Facsimile
East Palo Alto, CA  94303-2284                    ___X___ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

Paul M. Schoenhard (*pro hac vice*)                        _____ Messenger
Ropes & Gray LLP                                           _____ US Mail
One Metro Center                                           _____ Facsimile
700 12th Street NW, Suite 900                              ___X___ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

2

3

4

5

Andrea Pallios Roberts (*pro hac vice*)                    _____ Messenger
Brian C. Cannon (*pro hac vice*)                           _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP                     _____ Facsimile
555 Twin Dolphin Drive, 5th Floor                          ___X___ ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com

6

7

8

9

10

Kathleen M. Sullivan (*pro hac vice*)                      _____ Messenger
David Elihu (*pro hac vice*)                               _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP                     _____ Facsimile
51 Madison Ave., 22nd Floor                                ___X___ ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

11

12

13

14

15

William Price (*pro hac vice*)                             _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP                     _____ US Mail
865 S. Figuera St., 10th Floor                             _____ Facsimile
Los Angeles, CA 90017                                      ___X___ ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

16

17

18

19

20

        DATED this 3rd day of July, 2013.

21

22

23                              s/  Tim Murphy_____
                                TIM MURPHY

24

25

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717