# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT

 2             WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   _____

 4    MICROSOFT CORPORATION,         )
                                     )
 5                    Plaintiff,     ) 10-01823-JLR
                                     )
 6    v.                             ) SEATTLE, WASHINGTON
                                     )
 7    MOTOROLA INC., et al,          ) October 29, 2012
                                     )
 8                    Defendant.     )     Pretrial
                                     )     Conference
 9
     _____
10
                   VERBATIM REPORT OF PROCEEDINGS
11             BEFORE THE HONORABLE JAMES L. ROBART
                   UNITED STATES DISTRICT JUDGE
12   _____

13

14   APPEARANCES:

15

16

17    For the Plaintiff:     Arthur Harrigan, Christopher
                             Wion, David Pritikin and Richard
18                           Cederoth

19

20

21    For the Defendants:    Jesse Jenner, Ralph
                             Palumbo,Steven Pepe, Philip
22                           McCune, Stuart W. Yothers, and
                             Kevin J. Post
23

24

25
```

1  wrong.  It's not even in the ballpark close.  If you have had
2  your lawyer say to a witness:  We don't participate in a
3  patent pool because we're dealing with strategic focus, that
4  is not attorney-client privilege.  And the assertion of
5  privilege in regards to it is completely incorrect.
6      Additionally, the instruction by Motorola's counsel that
7  questions related to this subject were privileged and the
8  witnesses should only answer at a general level, precludes
9  Motorola's evidence because Microsoft was unable to continue
10 questioning on the subject.  It would be unfair for Motorola
11 to offer testimony of its choice and have denied Microsoft
12 the opportunity to examine the testimony in detail.
13     There is a hypothetical way that this motion could be
14 granted.  But even if it were granted, then the testimony
15 wouldn't be allowed.  And so I won't get into it.  But, for
16 example, if the Motorola attorney had told the witness:  In
17 this litigation we are taking this position, and your answer,
18 or the company's reasoning involves the actions we're taking
19 in the litigation.  That conceivably could be privileged.
20 However, the result is the same.  The information would not
21 be available to Microsoft.  So, in regards to part (a) the
22 court is granting the motion.
23     In regards to part (b) and (c) of this, they refer --
24 Microsoft's motion relates to what the parties refer to as
25 the "Google license."  This is a late entry into the case and