The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER RE DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PORTIONS OF THE EXPERT TESTIMONY OF DR. THEO BODEWIG [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, July 31, 2013 at 10:00 a.m.** |

This matter came before the Court on Defendant's Motion to Exclude and Strike Portions of the Expert Testimony of Dr. Theo Bodewig.  Having reviewed Defendants' Motion and all materials submitted in support of and in opposition to the Motion, Defendants' Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER RE DEFENDANTS' MOTION TO EXCLUDE
AND STRIKE PORTIONS OF THE EXPERT TESTIMONY
OF DR. THEO BODEWIG - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1  *Presented by:*

2  SUMMIT LAW GROUP PLLC

3
   By */s/ Ralph H. Palumbo*
4  By */s/ Philip S. McCune*
       Ralph H. Palumbo, WSBA #04751
5      Philip S. McCune, WSBA #21081
       *ralphp@summitlaw.com*
6      *philm@summitlaw.com*

7
   By */s/ Thomas V. Miller*
8      Thomas V. Miller
       MOTOROLA MOBILITY, INC.
9      600 North U.S. Highway 45
       Libertyville, IL  60048-1286
10     (847) 523-2162

11
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
12
   By */s/ Kathleen M. Sullivan*
13     Kathleen M. Sullivan, NY #1804624
       51 Madison Ave., 22nd Floor
14     New York, NY 10010
       (212) 849-7000
15     *kathleensullivan@quinnemanuel.com*

16
   By */s/ Brian C. Cannon*
17     Brian C. Cannon, CA #193071
       555 Twin Dolphin Drive, 5th Floor
18     Redwood Shores, CA 94065
       (650) 801-5000
19     *briancannon@quinnemanuel.com*

20
   By */s/ William C. Price*
21     William C. Price, CA #108542
       865 S. Figueroa Street, 10th Floor
22     Los Angeles, CA 90017
       (213) 443-3000
23     *williamprice@quinnemanuel.com*

24
   *Attorneys for Defendants Motorola, Inc., Motorola*
25 *Mobility, LLC, and General Instrument Corp.*

26

ORDER RE DEFENDANTS' MOTION TO EXCLUDE
AND STRIKE PORTIONS OF THE EXPERT TESTIMONY
OF DR. THEO BODEWIG - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Calfo Harrigan Leyh & Eakes LLP
> *arthurh@calfoharrigan.com*
> *chrisw@calfoharrigan.com*
> *shanec@calfoharrigan.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 3rd day of July, 2013.

                                                        /s/ *Marcia A. Ripley*
                                                           Marcia A. Ripley

ORDER RE DEFENDANTS' MOTION TO EXCLUDE
AND STRIKE PORTIONS OF THE EXPERT TESTIMONY
OF DR. THEO BODEWIG - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001