The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PORTIONS OF THE EXPERT TESTIMONY OF DR. THEO BODEWIG<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, July 31, 2013 at 10:00 a.m.** |

I, Cheryl A. Berry, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts from Microsoft's Supplemental Interrogatory Responses served April 3, 2013.

3. Attached as Exhibit B is a true and correct copy of a certified translation of the Judgment of the Regional Court of Mannheim [Germany] pronounced on May 2, 2012.

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PORTIONS OF THE EXPERT TESTIMONY OF DR. THEO BODEWIG - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4. Attached as Exhibit C is a true and correct copy of cited excerpts of the expert report submitted on behalf of Microsoft by Todd Menenberg, dated May 29, 2013.

5. Attached as Exhibit D is a true and correct copy of cited excerpts of the transcript of the May 9, 2013 deposition of Jeff Davidson.

6. Attached as Exhibit E is a true and correct copy of cited excerpts of the transcripts of the May 22, 2013 deposition of Owen Roberts.

7. Attached as Exhibit F is a true and correct copy of the expert report submitted on behalf of Microsoft by Dr. Theo Bodewig, dated June 10, 2013.

8. Attached as Exhibit G is a true and correct copy of cited excerpts of the transcript of the July 1, 2013 deposition of Dr. Theo Bodewig.

9. Attached as Exhibit H is a true and correct copy of MS-MOTO_1823_000005258265-66.

10. Attached as Exhibit I is a true and correct copy of MS-MOTO_1823_00005258267-68.

11. Attached as Exhibit J is a true and correct copy of MS-MOTO_1823_0000528272-74.

12. Attached as Exhibit K is a true and correct copy of MS-MOTO_1823_00005257641-43.

EXECUTED this 3rd day of July, 2013 at Redwood Shores, California.

/s/   *Cheryl A. Berry*
　　　Cheryl A. Berry

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PORTIONS OF THE EXPERT TESTIMONY OF DR. THEO BODEWIG - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 3rd day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PORTIONS OF THE EXPERT TESTIMONY OF DR. THEO BODEWIG - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001