HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | No. C10-1823-JLR<br><br>**ERRATUM** RE MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS (DKT NO. 717)<br><br>**NOTED FOR:**<br>**Friday, July 19, 2013** |

Microsoft Corporation, through counsel undersigned, respectfully files this erratum to its Motion to Seal re Its Rule 702 Motion to Preclude Testimony by Motorola's Experts (Dkt. No. 717).  Microsoft's Motion to Seal states that the rebuttal report of Gregory Leonard is **Exhibit 5** to the Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Motorola's Experts (Dkt. No. 725).  Mr. Leonard's rebuttal report is actually **Exhibit 6** to Mr. Wion's declaration.

ERRATUM RE MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION (DKT NO. 717) - 1

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 5th day of July, 2013.

        CALFO HARRIGAN LEYH & EAKES LLP

By    s/Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751

By    s/Christopher Wion
       Christopher Wion, WSBA #33207

By    s/Shane P. Cramer
       Shane P. Cramer, WSBA #35099
       999 Third Avenue, Suite 4400
       Seattle, WA  98104
       Phone:  206-623-1700
       arthurh@calfoharrigan.com
       chrisw@calfoharrigan.com
       shanec@calfoharrigan.com


By    s/T. Andrew Culbert
       T. Andrew Culbert

By    s/David E. Killough
       David E. Killough

MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA  98052
       Phone:  425-882-8080
       Fax:  425-869-1327

       David T. Pritikin
       Richard A. Cederoth
       Constantine L. Trela, Jr.
       William H. Baumgartner, Jr.
       Ellen S. Robbins
       Douglas I. Lewis
       David C. Giardina
       John W. McBride
       Nathaniel C. Love


SIDLEY AUSTIN LLP
       One South Dearborn
       Chicago, IL  60603

ERRATUM RE MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION (DKT NO. 717) - 2

No. C10-1823

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

ERRATUM RE MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION (DKT NO. 717) - 3

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

ERRATUM RE MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION (DKT NO. 717) - 4

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) <br> Ropes & Gray LLP <br> One Metro Center <br> 700 12th Street NW, Suite 900 <br> Washington, DC  20005-3948 <br> Telephone:  (202) 508-4693 <br> Email: Paul.schoenhard@ropesgray.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X___ ECF |
| Andrea Pallios Roberts (*pro hac vice*) <br> Brian C. Cannon (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone:  (650) 801-5000 <br> Email: andreaproberts@quinnemanuel.com <br> Email: briancannon@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X___ ECF |
| Kathleen M. Sullivan (*pro hac vice*) <br> David Elihu (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Email: kathleensullivan@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X___ ECF |
| William Price (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 865 S. Figuera St., 10th Floor <br> Los Angeles, CA 90017 <br> Telephone:  (212) 443-3000 <br> Email: williamprice@quinnemanuel.com <br> MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X___ ECF |

DATED this 5th day of July, 2013.

                                      s/  Florine Fujita
                                      FLORINE FUJITA

ERRATUM RE MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION (DKT NO. 717) - 5

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717