THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

9

MICROSOFT CORPORATION,

10                          Plaintiff,          Case No. C10-1823-JLR

11      vs.                                     DECLARATION OF CHRISTOPHER
                                                WION IN SUPPORT OF
12      MOTOROLA, INC.,  et al.,                MICROSOFT'S OPPOSITION TO
                                                MOTOROLA'S MOTION FOR
13                          Defendants.         SUMMARY JUDGMENT
        _____
14      MOTOROLA MOBILITY LLC, et al.,

15                          Plaintiffs,

16      vs.

17      MICROSOFT CORPORATION,

18                          Defendants.

19

20          I, Christopher Wion, hereby declare as follows:

21          1.      I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of

22      the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter,

23      and have personal knowledge of the facts stated herein.

24          2.       Attached hereto as Exhibit 1 is a true and correct copy of Herbert Hovenkamp,

25      "Competition in Information Technologies: Standards-Essential Patents, Non-Practicing

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR SUMMARY
JUDGMENT - 1

Entities and FRAND Bidding," U. of Iowa Legal Studies Research Paper No. 12-32 (Oct. 2012), bearing bates numbers MS-MOTO_1823_00005246564–83.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Joseph Farrell *et al.*, "Standard setting, patents, and hold-up," 74 *Antitrust L. J.* 603, 638 (2007), bearing bates numbers MOTM_WASH1823_0492589–656.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Federal Trade Commission's January 2013 Proposed Consent Order in the Matter of Motorola Mobility LLC and Google Inc, bearing bates numbers MOTM_WASH1823_0620222–50.

5.      Attached hereto as Exhibit 4 is Samsung's Response to Respondent's Notices of New Authority and New Facts, filed in ITC Investigation No. 337-TA-794 on May 28, 2013.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Motorola Mobility, Inc.'s Amended Supplemental Objections and Responses to Complainant Microsoft Corporation's Interrogatory Nos. 30-32, 35-38 & 130-131 and Second Amended Supplemental Objections and Responses to Complainant Microsoft Corporation's Interrogatory Nos. 27 & 28, served in ITC Investigation No. 337-TA-744 on May 27, 2011, bearing bates numbers MOTM_WASH1823_0399254–61.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Federal Trade Commission's Analysis of Proposed Consent Order to Aid Public Comment in the Matter of Motorola Mobility LLC and Google Inc, bearing bates numbers MOTM_WASH1823_0620214-21.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a European Commission May 6, 2013 Memo entitled "Antitrust: Commission sends Statement of Objections to Motorola Mobility on potential misuse of mobile phone standard-essential patents- Questions and Answers," bearing bates numbers MS-MOTO_1823_00005258272-74.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR SUMMARY
JUDGMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

9.      Attached hereto as Exhibit 8 is a true and correct copy of Motorola's Memorandum in Support of Motion for Summary Judgment, filed in the Western District of Wisconsin as docket number 151 in 3:11-cv-00178bbc on April 27, 2012, bearing bates numbers MOTM_WASH1823_0492464-97.

10.      Attached hereto as Exhibit 9 is a true and correct copy of Motorola's Opposition to Innovatio's Motion to Dismiss, filed in the Northern District of Illinois as docket number 508 in 11-cv-09308, bearing bates numbers MS-MOTO_1823_00005255547-725.

11.      Attached hereto as Exhibit 10 is a true and correct copy of a the transcript from the May 7, 2013 teleconference with Judge Robart.

12.      Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the transcript from 11/14/12 trial testimony of Jennifer Ochs.

13.      Attached hereto as Exhibit 12 is a true and correct copy of Motorola's Motion to Terminate with Respect to U.S Patents No. 5,319,712 and No. 5,357,571 in the ITC Investigation No. 337-TA-752, filed on October 24, 2012.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of July, 2013 in Seattle, Washington.


    s/ Christopher Wion
CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR SUMMARY
JUDGMENT - 3

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1.      I am over the age of 21 and not a party to this action.

2.      On the 12th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | | |
|---|---|---|
| Ralph Palumbo, WSBA #04751 | | |
| Philip S. McCune, WSBA #21081 | _____ | Messenger |
| Lynn M. Engel, WSBA #21934 | _____ | US Mail |
| Summit Law Group | _____ | Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ | ECF |
| Seattle, WA  98104-2682 | | |
| Telephone:  206-676-7000 | | |
| Email:  Summit1823@summitlaw.com | | |

| | | |
|---|---|---|
| Steven Pepe (*pro hac vice*) | _____ | Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ | US Mail |
| Ropes & Gray LLP | _____ | Facsimile |
| 1211 Avenue of the Americas | __X__ | ECF |
| New York, NY  10036-8704 | | |
| Telephone:  (212) 596-9046 | | |
| Email:  steven.pepe@ropesgray.com | | |
| Email:  jesse.jenner@ropesgray.com | | |

| | | |
|---|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ | Messenger |
| Ropes & Gray LLP | _____ | US Mail |
| 1900 University Avenue, 6th Floor | _____ | Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ | ECF |
| Telephone:  (650) 617-4030 | | |
| Email:  norman.beamer@ropesgray.com | | |

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Paul M. Schoenhard (*pro hac vice*)          _____ Messenger
Ropes & Gray LLP                              _____ US Mail
One Metro Center                             _____ Facsimile
700 12th Street NW, Suite 900                   X    ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com


Andrea Pallios Roberts (*pro hac vice*)       _____ Messenger
Brian C. Cannon (*pro hac vice*)              _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP       _____ Facsimile
555 Twin Dolphin Drive, 5th Floor               X    ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*)         _____ Messenger
David Elihu (*pro hac vice*)                  _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP       _____ Facsimile
51 Madison Ave., 22nd Floor                     X    ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*)                _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP       _____ US Mail
865 S. Figuera St., 10th Floor               _____ Facsimile
Los Angeles, CA 90017                           X    ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 12th day of July, 2013.


s/  Florine Fujita
FLORINE FUJITA

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR SUMMARY
JUDGMENT - 5