# EXHIBIT 11

```
 1                    UNITED STATES DISTRICT COURT

 2                 WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   _____

 4    MICROSOFT CORPORATION,         )
                                     )
 5                   Plaintiff,      ) C10-01823-JLR
                                     )
 6    v.                             ) SEATTLE, WASHINGTON
                                     )
 7    MOTOROLA INC., et al,          ) November 14, 2012
                                     )
 8                   Defendant.      ) TRIAL DAY 2
                                     )
 9   _____

10                    VERBATIM REPORT OF PROCEEDINGS
                 BEFORE THE HONORABLE JAMES L. ROBART
11                  UNITED STATES DISTRICT JUDGE
     _____
12

13
     APPEARANCES:
14

15

16    For the Plaintiff:      Arthur Harrigan, Christopher
                              Wion, David Pritikin, Rick
17                            Cederoth, Ellen Robbins and Andy
                              Culbert
18

19

20
      For the Defendants:     Jesse Jenner, Ralph Palumbo,
21                            Philip McCune, Kevin Post, Tom
                              Miller and Mark Rowland
22

23

24

25
```

Debbie Zurn & Barry Fanning - Federal Court Reporters - 700 Stewart St. - Suite 17205 - Seattle WA  98101

```
 1   802.11 essential patents?
 2   A   Yes.
 3   Q   Have you been personally involved in those discussions?
 4   A   Yes.
 5   Q   Could you turn to Exhibit 1608 in your binder.
 6   A   (Witness complies.)  Yes.
 7   Q   Can you tell us what this letter is?
 8   A   This is a letter that we drafted to Motorola requesting
 9   that they provide us with their --
10           MR. HARRIGAN:  I'm sorry, Your Honor.  We don't have
11   a binder.
12   A   This is a letter we drafted to Motorola requesting they
13   provide us their RAND license.
14   Q   I'm sorry, let's -- can you tell us again?
15   A   Yes.  We drafted this letter to Motorola, requesting that
16   they provide us with their RAND license.
17           MR. PRITIKIN:  Microsoft moves the admission of
18   Exhibit 1608.
19           MR. PALUMBO:  No objection, Your Honor.
20           THE COURT:  Admitted.
21         (Exhibit No. 1608 was admitted into evidence.)
22   Q   The letter is signed by whom?
23   A   This was signed by Jinping Yang, who reports to me.
24   Q   Who drafted this letter?
25   A   I drafted it.
```

1  Q    What is it that prompted you to send this request to
2  Motorola?
3  A    Microsoft made a request to us that we request a license
4  on RAND terms from Motorola.
5  Q    And was that pursuant to an indemnification arrangement?
6  A    Yes.
7  Q    And how would a license for Marvell's WiFi chips have
8  benefited Microsoft?
9  A    Well, we would have ideally obtained a license that would
10 have exhausted any further claims that would have been made
11 by Motorola against our customers.
12 Q    In the first paragraph the letter mentions a March 1994
13 intellectual property statement on the Motorola proposals in
14 the IEEE 802.11 standards body.  Do you understand that to be
15 a letter of assurance?
16 A    Yes.
17 Q    What did you understand Motorola had committed to do based
18 on this letter of assurance?
19 A    I understood that Motorola had committed to license their
20 standard essential patents on fair, reasonable, and
21 non-discriminatory terms.
22 Q    After this letter was sent, did you have some e-mails back
23 and forth with anyone at Motorola?
24 A    I did.
25 Q    With Mr. Kowolski?

1  A   Yes.
2  Q   Did you tell Motorola why you wanted the license?
3  A   Yes.
4  Q   What did you tell them?
5  A   That it was our intent to get a license that would protect
6  our customer, Microsoft.
7  Q   Did Motorola eventually make a license offer to Marvell?
8  A   They did.
9  Q   Could you turn to Exhibit 16 in your binder?
10         And there is an e-mail and a draft license agreement.
11 Can you explain what this is?
12 A   This e-mail and draft license agreement is what
13 Mr. Kowolski sent to me.
14 Q   When did he send it to you?
15 A   Friday, November 25, 2011.
16         MR. PRITIKIN:  Microsoft moves the admission of
17 Exhibit 16, Your Honor.
18         MR. PALUMBO:  No objection, Your Honor.
19         THE COURT:  16 is admitted.
20         (Exhibit No. 16 was admitted into evidence.)
21 Q   I want to ask you about some of the provisions of this
22 proposed draft license agreement you got back from Motorola.
23 As you understand it, did it license -- did the agreement
24 actually include a license for Marvell's chips?
25 A   No.

1  Q    What did you understand that it would cover?
2  A    As I read this agreement, it would cover products that use
3  our chips.  But it is not a license to our chips.
4  Q    You said you asked for a license to cover the product you
5  sold to Microsoft?
6  A    Yes.
7  Q    Were any of your customers specifically excluded from this
8  agreement?
9  A    Yes.  There's a section in the back called "repudiating
10 parties".  And those specific parties are excluded from this
11 agreement.  And that includes Microsoft and Apple.
12 Q    Now, what was your reaction to that?
13 A    Well, it was entirely contrary to what we had asked for.
14 We had asked for a license that would enable us to protect
15 our customers, specifically Microsoft in this case.
16 Q    Did you consider a license that applied to products that
17 were sold to some of your customers, but excluded others, to
18 be discriminatory?
19 A    Yes.  I would consider that discriminatory.
20 Q    Let's talk about the financial terms of the license offer.
21 What was the royalty rate that Motorola requested that
22 Marvell pay?
23 A    The royalty rate was 2.25 percent of the net selling price
24 of the end-user product.
25 Q    And did this change based on different end uses of your

1  customer's products?
2  A   Well, the percentage, I assume, would not change.  But you
3  would apply it against different net selling prices, so the
4  amount effectively would change.
5  Q   Let's see how that would work.  So if the net selling
6  price of a gaming system, like an Xbox or a Sony PlayStation,
7  including one of the Marvell 802.11 chips, is $200, as you
8  understand it, the royalty demanded by Motorola would have
9  been $4.50?
10 A   Yes.
11 Q   How does that compare to the price of the WiFi chips that
12 Marvell sells?
13 A   That royalty is slightly higher than the cost of the chip
14 itself.
15 Q   Now, let's see how it would apply in the future if Marvell
16 sold a WiFi chip to a computer manufacturer.  Assume with me
17 that a laptop has a net selling price of $1,000, would the
18 royalty under this proposed license be $22.50?
19 A   Yes.
20 Q   And how does that compare to the price that Marvell
21 charges for the WiFi chips?
22 A   Well, that's several times the price of our chip.
23 Q   Now, you told us earlier that Marvell sells WiFi chips to
24 Audi for use in its A-8?
25 A   That's right.