THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> MOTOROLA, INC.,  et al., <br><br> Defendants. <br> _____ <br> MOTOROLA MOBILITY LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendants. | Case No. C10-1823-JLR <br><br> DECLARATION OF DAVID KILLOUGH  IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

20      I, David Killough, hereby declare as follows:

21      1.      I am currently employed by Microsoft Corporation ("Microsoft") as an

22  Assistant General Counsel.  In this capacity, I am responsible for the supervision of a subset of

23  the patent-related litigation in which Microsoft is involved, including the above-captioned

24  matter.  I have personal knowledge of the facts stated herein.

25

LAW OFFICES <br> **CALFO HARRIGAN LEYH & EAKES LLP** <br> 999 THIRD AVENUE, SUITE 4400 <br> SEATTLE, WASHINGTON 98104 <br> TEL, (206) 623-1700   FAX, (206) 623-8717

2.      As part of my duties at Microsoft as an Assistant General Counsel, and prior to that as a Senior Attorney, I am - and have been since litigation was initiated between Microsoft and Motorola in 2010 – primarily responsible for the day-to-day management of the patent-related litigation between Microsoft and Motorola, including but not limited to the following cases:  (i) the above-captioned case; (ii) *In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof,* ITC Investigation No. 337-TA-752 ("ITC 752") and the related district court case *Motorola Mobility, Inc. and General Instrument Corporation v. Microsoft Corporation*, Case No. 3:10-cv-700, (W.D. Wisc.); (iii) litigation filed by Motorola in Germany;[1] and (iv) litigation filed by Motorola in the Western District of Wisconsin, *Motorola Mobility, Inc. and General Instrument Corporation v. Microsoft Corporation,* Case No. 3:10-cv-699, which case was subsequently transferred to this Court and consolidated with the above-captioned case.

3.      In connection with my day-to-day management of these cases, I have supervised and am familiar with the work done by the following law firms:  Sidley Austin LLP ("Sidley"), Calfo Harrigan Leyh & Eakes LLP, Boehmert & Boehmert, Freshfields Bruckhaus Deringer, and Klarquist Sparkman LLP.   I am the person primarily responsible for reviewing the billings submitted to Microsoft by these law firms and for authorizing payment.

4.      Microsoft is seeking to recover as damages in this action the attorneys' fees it incurred as a result of Motorola's breach of contract – *i.e.*, attorney's fees and costs incurred as a result of Motorola's assertion of its standard-essential patents ("SEPs").  This includes fees and costs incurred in connection with the German litigation, ITC 752 and the related district court action, and Case No. 699 originally filed in the Western District of Wisconsin.  In

---

[1] This German litigation includes the following four actions filed by Motorola:  *General Instrument Corporation v. Microsoft Deutschland GMbH*, Case No. 2 O 240/11; *General Instrument Corporation v. Microsoft Deutschland GMbH,* Case No. 2 O 373/11; *General Instrument Corporation v. Microsoft Corporation and Microsoft Ireland Operations Ltd.,* Case No. 2 O 376/11; and *General Instrument Corporation v. Microsoft Ireland Operations Ltd.,* Case No. 2 O 387/11 (collectively, the "German litigation").

CH1 7824068v 1
DECLARATION OF DAVID KILLOUGH  IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    addition, Microsoft seeks to recover fees and costs associated with this action to the extent they

2    relate to Microsoft's motion for an "anti-suit" injunction (and related Ninth Circuit appeal),

3    and to Motorola's claims relating to the '374, '375 and '376 H.264 patents, which claims were

4    originally filed as Case No. 699 in the Western District of Wisconsin and subsequently

5    transferred to this Court and consolidated with this action.

6          5.      In ITC 752, Motorola asserted five patents - four of which were asserted by

7    Motorola as SEPs (two allegedly relating to H.264 technology in Microsoft products – the '094

8    and the '596, and two allegedly relating to 802.11 or WiFi technology in Microsoft products –

9    the '712 and the '571), and a fifth that was not asserted as an SEP.  Because, as a result, certain

10   time entries on Sidley's invoices in connection with ITC 752 relate to both Motorola SEPs and

11   non-SEPs, Microsoft has had these fees and costs allocated so that Microsoft seeks to recover

12   only the portion attributable to the SEPs.  I dictated the methodology for assigning the

13   allocation percentages, and that methodology was executed by Sidley by identifying the time

14   entries subject to allocation through color coding on certain invoices, which were produced

15   with Bates numbers with an "A" suffix.

16         6.      Based on my supervision of Sidley's work on ITC 752 and the other cases and

17   my responsibility for day-to-day case management, as well as my review of the Sidley

18   invoices, I am generally aware that specific attorneys had primary responsibility for issues

19   relating to Motorola's 802.11 patents and others to Motorola's H.264 patents.

20         7.      Based on the identities of the timekeepers and time billing descriptions, I am

21   able to identify from Sidley invoices certain fees and expenses that Microsoft incurred in

22   connection with its defense of Motorola's 802.11 patents, and certain fees and expenses that

23   Microsoft incurred in connection with its defense of Motorola's H.264 patents.

24         8.      Attached as Exhibit A to my declaration is a Sidley invoice dated February 28,

25   2011.  I have identified at least certain time entries of the following Sidley attorneys on the

CH1 7824068v 1
DECLARATION OF DAVID KILLOUGH  IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

dates listed below as being related to defense of Motorola's 802.11 patents (the '712 and the '571) :

      Kevin Wheeler – 1/6/11, 1/12/11, 1/15/11, 1/16/11 and 1/31/11

      Brian Johnson – 1/7/11, 1/9/11, 1/10/11, 1/11/11, 1/25/11

      Nabeel Khan – 1/12/11, 1/14/11

      Tung Nguyen – 1/4/11, 1/5/11, 1/11/11, 1/13/11, 1/14/11, 1/28/11, 1/29/11, 1/30/11, 1/31/11

      Dale Nixon – 1/3/11

      9.     Similarly, I have identified at least the time entries of the following Sidley attorneys on the dates listed below as being related to defense of Motorola's H.264 patents (the '094 and the '596):

      Doug Lewis – 1/3/11, 1/4/11, 1/5/11, 1/7/11, 1/11/11, 1/31/11

      Herman Webley – 1/7/11, 1/10/11, 1/11/11, 1/13/11, 1/14/11, 1/16/11, 1/18/11, 1/19/11,  1/26/11

      10.    I am similarly able to identify time entries related to work performed in defense of Motorola's 802.11 patents and time entries related to work performed in defense of Motorola's H.264 patents on other Sidley invoices.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      DATED this 12th day of July, 2013 in Seattle, Washington.


        s/ David Killough
      DAVID KILLOUGH

CH1 7824068v 1

DECLARATION OF DAVID KILLOUGH  IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081                    _____ Messenger
Lynn M. Engel, WSBA #21934                       _____ US Mail
Summit Law Group                                 _____ Facsimile
315 Fifth Ave. South, Suite 1000                 __ X __ ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)                     _____ Messenger
Jesse J. Jenner (*pro hac vice*)                 _____ US Mail
Ropes & Gray LLP                                 _____ Facsimile
1211 Avenue of the Americas                      __ X __ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)                _____ Messenger
Ropes & Gray LLP                                 _____ US Mail
1900 University Avenue, 6th Floor                _____ Facsimile
East Palo Alto, CA  94303-2284                   __ X __ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

CH1 7824068v 1

DECLARATION OF DAVID KILLOUGH  IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 5

Paul M. Schoenhard (*pro hac vice*)                    _____ Messenger
Ropes & Gray LLP                                       _____ US Mail
One Metro Center                                       _____ Facsimile
700 12th Street NW, Suite 900                          ___X___ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com


Andrea Pallios Roberts (*pro hac vice*)                _____ Messenger
Brian C. Cannon (*pro hac vice*)                       _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP                 _____ Facsimile
555 Twin Dolphin Drive, 5th Floor                      ___X___ ECF
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*)                  _____ Messenger
David Elihu (*pro hac vice*)                           _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP                 _____ Facsimile
51 Madison Ave., 22nd Floor                            ___X___ ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*)                         _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP                 _____ US Mail
865 S. Figuera St., 10th Floor                         _____ Facsimile
Los Angeles, CA 90017                                  ___X___ ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 12th day of July, 2013.


s/  Florine Fujita
FLORINE FUJITA

DECLARATION OF DAVID KILLOUGH  IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 6

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717