THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE AND STRIKE TESTIMONY OF TODD MENENBERG<br><br>**NOTED FOR:**<br>**Friday, July 31, 2013 at 10:00 AM** |

THIS MATTER comes before the Court on Defendants' Motion to Exclude and Strike Testimony of Todd Menenberg.  The Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the pleadings submitted,

IT IS ORDERED THAT:

Defendants' Motion to Exclude and Strike Testimony of Todd Menenberg is DENIED.

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO EXCLUDE
AND STRIKE TESTIMONY OF TODD
MENENBERG - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  DATED this 12th day of July, 2013.

2

3                                                               _____
                                                                HONORABLE JAMES L. ROBART
4
                                                                **Presented by:**
5                                                               CALFO HARRIGAN LEYH & EAKES LLP

6                                                               By    s/Arthur W. Harrigan, Jr.
                                                                      Arthur W. Harrigan, Jr., WSBA #1751
7

8                                                               By    s/Christopher Wion
                                                                      Christopher Wion, WSBA #33207
9
                                                                By    s/Shane P. Cramer
10                                                                    Shane P. Cramer, WSBA #35099
                                                                      999 Third Avenue, Suite 4400
11                                                                    Seattle, WA  98104
                                                                      Phone:  206-623-1700
12                                                                    arthurh@calfoharrigan.com
                                                                      chrisw@calfoharrigan.com
13                                                                    shanec@calfoharrigan.com

14

15                                                              By    s/T. Andrew Culbert
                                                                      T. Andrew Culbert
16
                                                                By    s/David E. Killough
17                                                                    David E. Killough

18                                                              MICROSOFT CORPORATION
                                                                      1 Microsoft Way
19                                                                    Redmond, WA  98052
                                                                      Phone:  425-882-8080
20                                                                    Fax:  425-869-1327

21
                                                                      David T. Pritikin
22                                                                    Richard A. Cederoth
                                                                      Constantine L. Trela, Jr.
23                                                                    William H. Baumgartner, Jr.
                                                                      Ellen S. Robbins
24                                                                    Douglas I. Lewis

25

[PROPOSED] ORDER DENYING                                                        LAW OFFICES
DEFENDANTS' MOTION TO EXCLUDE                                        **CALFO HARRIGAN LEYH & EAKES LLP**
AND STRIKE TESTIMONY OF TODD                                              999 THIRD AVENUE, SUITE 4400
MENENBERG - 2                                                               SEATTLE, WASHINGTON 98104
                                                                      TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO EXCLUDE
AND STRIKE TESTIMONY OF TODD
MENENBERG - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751  
Philip S. McCune, WSBA #21081  
Lynn M. Engel, WSBA #21934  
Summit Law Group  
315 Fifth Ave. South, Suite 1000  
Seattle, WA  98104-2682  
Telephone:  206-676-7000  
Email: Summit1823@summitlaw.com

_____ Messenger  
_____ US Mail  
_____ Facsimile  
   X    ECF

Steven Pepe (*pro hac vice*)  
Jesse J. Jenner (*pro hac vice*)  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY  10036-8704  
Telephone:  (212) 596-9046  
Email: steven.pepe@ropesgray.com  
Email: jesse.jenner@ropesgray.com

_____ Messenger  
_____ US Mail  
_____ Facsimile  
   X    ECF

Norman H. Beamer (*pro hac vice*)  
Ropes & Gray LLP  
1900 University Avenue, 6th Floor  
East Palo Alto, CA  94303-2284  
Telephone:  (650) 617-4030  
Email: norman.beamer@ropesgray.com

_____ Messenger  
_____ US Mail  
_____ Facsimile  
   X    ECF

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE AND STRIKE TESTIMONY OF TODD MENENBERG - 4

LAW OFFICES  
**CALFO HARRIGAN LEYH & EAKES LLP**  
999 THIRD AVENUE, SUITE 4400  
SEATTLE, WASHINGTON 98104  
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |

DATED this 12th day of July, 2013.

                          s/  Florine Fujita
                          FLORINE FUJITA

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE AND STRIKE TESTIMONY OF TODD MENENBERG - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717