THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MICROSOFT CORPORATION,

10                            Plaintiff,

11        vs.

12   MOTOROLA, INC.,  et al.,

13                            Defendants.
    _____
14   MOTOROLA MOBILITY LLC, et al.,

15                            Plaintiffs,

16        vs.

17   MICROSOFT CORPORATION,

18                            Defendants.

Case No. C10-1823-JLR

DECLARATION OF CHRISTOPHER
WION IN SUPPORT OF
MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTION TO
EXCLUDE AND STRIKE TESTIMONY
OF TODD MENENBERG

19

20        I, Christopher Wion, hereby declare as follows:

21        1.        I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of

22   the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter,

23   and have personal knowledge of the facts stated herein.

24        2.        Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the

25   Deposition of Todd D. Menenberg, taken June 20, 2013.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE
MENENBERG - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the

2   Deposition of David Killough, taken May 6, 2013.

3   4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the

4   Deposition of Bradley S. Keller, taken June 24, 2013.

5   I declare under penalty of perjury under the laws of the United States of America that

6   the foregoing is true and correct.

7   DATED this 12th day of July, 2013 in Seattle, Washington.

8

9   __s/ Christopher Wion_____

10  CHRISTOPHER WION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE
MENENBERG - 2

**CERTIFICATE OF SERVICE**

1

2      I, Florine Fujita, swear under penalty of perjury under the laws of the State of

Washington to the following:

3

4      1.      I am over the age of 21 and not a party to this action.

5      2.      On the 12th day of July, 2013, I caused the preceding document to be served on

6  counsel of record in the following manner:

7  **Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

8      Ralph Palumbo, WSBA #04751
       Philip S. McCune, WSBA #21081             _____ Messenger
9      Lynn M. Engel, WSBA #21934                _____ US Mail
       Summit Law Group                          _____ Facsimile
10     315 Fifth Ave. South, Suite 1000           __X___ ECF
       Seattle, WA  98104-2682
11     Telephone:  206-676-7000
       Email:  Summit1823@summitlaw.com
12

13
       Steven Pepe (*pro hac vice*)             _____ Messenger
14     Jesse J. Jenner (*pro hac vice*)         _____ US Mail
       Ropes & Gray LLP                          _____ Facsimile
15     1211 Avenue of the Americas               __X___ ECF
       New York, NY  10036-8704
16     Telephone:  (212) 596-9046
       Email:  steven.pepe@ropesgray.com
17     Email:  jesse.jenner@ropesgray.com

18

19     Norman H. Beamer (*pro hac vice*)        _____ Messenger
       Ropes & Gray LLP                          _____ US Mail
20     1900 University Avenue, 6th Floor        _____ Facsimile
       East Palo Alto, CA  94303-2284            __X___ ECF
21     Telephone:  (650) 617-4030
       Email:  norman.beamer@ropesgray.com
22

23

24

25

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE
MENENBERG - 3

Paul M. Schoenhard (*pro hac vice*)          _____ Messenger
Ropes & Gray LLP                             _____ US Mail
One Metro Center                             _____ Facsimile
700 12th Street NW, Suite 900                ___X___ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com


Andrea Pallios Roberts (*pro hac vice*)      _____ Messenger
Brian C. Cannon (*pro hac vice*)             _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP       _____ Facsimile
555 Twin Dolphin Drive, 5th Floor            ___X___ ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*)        _____ Messenger
David Elihu (*pro hac vice*)                 _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP       _____ Facsimile
51 Madison Ave., 22nd Floor                  ___X___ ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*)               _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP       _____ US Mail
865 S. Figuera St., 10th Floor               _____ Facsimile
Los Angeles, CA 90017                        ___X___ ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 12th day of July, 2013.


s/  Florine Fujita
FLORINE FUJITA

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE
MENENBERG - 4