# EXHIBIT 3

# In The Matter Of:

*MICROSOFT CORPORATION*

*v.*

*MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION*

_____

*BRADLEY S. KELLER - Vol. 1 - REVISED*

*June 24, 2013*

_____

*CONFIDENTIAL*
*SUBJECT TO THE PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER
BRADLEY S. KELLER - 6/24/2013

Page 121

```
 1           SEATTLE, WASHINGTON; MONDAY, JUNE 24, 2013
 2                        12:45 P.M.
 3                         --o0o--
 4
 5             THE VIDEOGRAPHER:  This is the beginning
 6   of Disk No. 3 in the deposition of Brad Keller.  We're
 7   back on the record.  The time is 12:45 p.m.
 8
 9        E X A M I N A T I O N  ( C O N T I N U E D )
10   BY MS. ROBBINS:
11       Q.    Good afternoon, Mr. Keller.
12       A.    Good afternoon.
13       Q.    Mr. Keller, how much time have you spent
14   on this engagement since you were first retained?
15       A.    Best guesstimate would be 40 to 50 hours.
16       Q.    Okay.
17             And when were you retained?
18       A.    I want to say sometime in April or May.
19       Q.    Of this year?
20       A.    Yes.
21       Q.    2013?
22       A.    Oh, yes.
23       Q.    And have you had anyone assisting you --
24       A.    You know, I could -- be late April or
25   early May.
```

CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER
BRADLEY S. KELLER - 6/24/2013

Page 185

```
 1                     A F F I D A V I T
 2
     STATE OF WASHINGTON    )
 3                          ) SS.
     COUNTY OF KING         )
 4
 5
                I have read my within deposition,
 6
     taken on Monday, June 24, 2013, and the same is
 7
     true and correct, save and except for changes and/or
 8
     corrections, if any, as indicated by me on the
 9
     "CORRECTIONS" flyleaf page hereof.
10
11
12              _____
                         BRADLEY S. KELLER
13
14
15
16
                    SUBSCRIBED AND SWORN to before me
17
            this _____ day of _____, 2013.
18
19
20
                                _____
21                              NOTARY PUBLIC in and for
                                the State of Washington,
22                              residing at _____.
                                My commission expires
23                              _____.
24
25
```