THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MICROSOFT CORPORATION,

10                                 Plaintiff,

11        vs.

12   MOTOROLA, INC.,  et al.,

13                                 Defendants.
_____
14   MOTOROLA MOBILITY LLC, et al.,

15                                 Plaintiffs,

16        vs.

17   MICROSOFT CORPORATION,

18                                 Defendants.

Case No. C10-1823-JLR

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO
EXCLUDE AND STRIKE PORTIONS
OF THE EXPERT REPORT OF DR.
THEO BODEWIG

**NOTED FOR:**
**Friday, July 31, 2013 at 10:00 AM**

19

20        THIS MATTER comes before the Court on Defendants' Motion to Exclude and Strike

Portions of the Expert Report of Dr. Theo Bodewig.  The Court has considered the pleadings

21

filed and therefore deems itself fully advised.  Based on the pleadings submitted,

22

23        IT IS ORDERED THAT:

24

25

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO EXCLUDE AND
STRIKE PORTIONS OF THE EXPERT REPORT
OF DR. THEO BODEWIG - 1

1    Defendants' Motion to Exclude and Strike Portions of the Expert Report of Dr. Theo

2 Bodewig is DENIED.

3    DATED this 12th day of July, 2013.

4

5    _____

6    HONORABLE JAMES L. ROBART

7    **Presented by:**

     CALFO HARRIGAN LEYH & EAKES LLP

8

9    By ___s/Arthur W. Harrigan, Jr._____
         Arthur W. Harrigan, Jr., WSBA #1751

10

11   By ___s/Christopher Wion_____
         Christopher Wion, WSBA #33207

12   By ___s/Shane P. Cramer_____
         Shane P. Cramer, WSBA #35099

13       999 Third Avenue, Suite 4400
         Seattle, WA  98104

14       Phone:  206-623-1700

15       arthurh@calfoharrigan.com
         chrisw@calfoharrigan.com

16       shanec@calfoharrigan.com

17

     By ___s/T. Andrew Culbert_____

18       T. Andrew Culbert

19   By ___s/David E. Killough_____
         David E. Killough

20

21   MICROSOFT CORPORATION
         1 Microsoft Way

22       Redmond, WA  98052
         Phone:  425-882-8080

23       Fax:  425-869-1327

24       David T. Pritikin

25
     [PROPOSED] ORDER DENYING
     DEFENDANTS' MOTION TO EXCLUDE AND
     STRIKE PORTIONS OF THE EXPERT REPORT
     OF DR. THEO BODEWIG - 2

Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love


SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1.     I am over the age of 21 and not a party to this action.

2.     On the 12th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081                 _____ Messenger
Lynn M. Engel, WSBA #21934                    _____ US Mail
Summit Law Group                              _____ Facsimile
315 Fifth Ave. South, Suite 1000               __X__ ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)                  _____ Messenger
Jesse J. Jenner (*pro hac vice*)              _____ US Mail
Ropes & Gray LLP                              _____ Facsimile
1211 Avenue of the Americas                    __X__ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)             _____ Messenger
Ropes & Gray LLP                              _____ US Mail
1900 University Avenue, 6th Floor             _____ Facsimile
East Palo Alto, CA  94303-2284                 __X__ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO EXCLUDE AND
STRIKE PORTIONS OF THE EXPERT REPORT
OF DR. THEO BODEWIG - 4

Paul M. Schoenhard (*pro hac vice*)            _____ Messenger
Ropes & Gray LLP                               _____ US Mail
One Metro Center                               _____ Facsimile
700 12ᵗʰ Street NW, Suite 900                      X    ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com


Andrea Pallios Roberts (*pro hac vice*)        _____ Messenger
Brian C. Cannon (*pro hac vice*)               _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP         _____ Facsimile
555 Twin Dolphin Drive, 5th Floor                  X    ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*)          _____ Messenger
David Elihu (*pro hac vice*)                   _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP         _____ Facsimile
51 Madison Ave., 22ⁿᵈ Floor                        X    ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*)                 _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP         _____ US Mail
865 S. Figuera St., 10ᵗʰ Floor                 _____ Facsimile
Los Angeles, CA 90017                              X    ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 12th day of July, 2013.


s/  Florine Fujita
FLORINE FUJITA

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO EXCLUDE AND
STRIKE PORTIONS OF THE EXPERT REPORT
OF DR. THEO BODEWIG - 5