THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>        Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PORTIONS OF THE EXPERT REPORT OF DR. THEO BODEWIG |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Maximilian Haedicke, taken in this matter on June 14, 2013.

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE BODEWIG TESTIMONY - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3  DATED this 12th day of July, 2013 in Seattle, Washington.

        \_\_s/ Christopher Wion_____
        CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE
BODEWIG TESTIMONY - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE BODEWIG TESTIMONY - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| | Ropes & Gray LLP | _____ US Mail |
| 2 | One Metro Center | _____ Facsimile |
| | 700 12th Street NW, Suite 900 | __X___ ECF |
| 3 | Washington, DC 20005-3948 | |
| | Telephone: (202) 508-4693 | |
| 4 | Email: Paul.schoenhard@ropesgray.com | |
| 5 | | |
| | Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| 6 | Brian C. Cannon (*pro hac vice*) | _____ US Mail |
| | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 7 | 555 Twin Dolphin Drive, 5th Floor | __X___ ECF |
| | Redwood Shores, CA 94065 | |
| 8 | Telephone: (650) 801-5000 | |
| | Email: andreaproberts@quinnemanuel.com | |
| 9 | Email: briancannon@quinnemanuel.com | |
| 10 | | |
| 11 | Kathleen M. Sullivan (*pro hac vice*) | _____ Messenger |
| | David Elihu (*pro hac vice*) | _____ US Mail |
| 12 | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| | 51 Madison Ave., 22nd Floor | __X___ ECF |
| 13 | New York, NY 10010 | |
| 14 | Telephone: (212) 849-7000 | |
| | Email: kathleensullivan@quinnemanuel.com | |
| 15 | | |
| 16 | William Price (*pro hac vice*) | _____ Messenger |
| | Quinn Emanuel Urquhart & Sullivan, LLP | _____ US Mail |
| 17 | 865 S. Figuera St., 10th Floor | _____ Facsimile |
| | Los Angeles, CA 90017 | __X___ ECF |
| 18 | Telephone: (212) 443-3000 | |
| 19 | Email: williamprice@quinnemanuel.com | |
| | MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | |

DATED this 12th day of July, 2013.

                                            s/ Florine Fujita
                                            FLORINE FUJITA

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE BODEWIG TESTIMONY - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717