The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS<br>[PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, July 31, 2013 at 10:00 a.m.** |

　　　This matter came before the Court on Microsoft's Rule 702 Motion to Preclude Testimony by Motorola's Experts. Having reviewed Microsoft's Motion and all materials submitted in support of and in opposition to the Motion, Microsoft's Motion is hereby DENIED.

　　　IT IS SO ORDERED.

　　　DATED this _____ day of _____, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE JAMES L. ROBART
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ORDER DENYING MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*

By */s/ Thomas V. Miller*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    (847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
    Kathleen M. Sullivan, NY #1804624
    51 Madison Ave., 22nd Floor
    New York, NY 10010
    (212) 849-7000
    *kathleensullivan@quinnemanuel.com*

By */s/ Brian C. Cannon*
    Brian C. Cannon, CA #193071
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    (650) 801-5000
    *briancannon@quinnemanuel.com*

By */s/ William C. Price*
    William C. Price, CA #108542
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    *williamprice@quinnemanuel.com*

*Attorneys for Defendants Motorola Solutions, Inc.,*
*Motorola Mobility LLC and General Instrument Corporation*

ORDER DENYING MICROSOFT'S RULE 702 MOTION
TO PRECLUDE TESTIMONY BY MOTOROLA'S
EXPERTS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Arthur W. Harrigan, Jr., Esq.
 Christopher T. Wion, Esq.
 Shane P. Cramer, Esq.
 Calfo Harrigan Leyh & Eakes LLP
 *arthurh@calfoharrigan.com*
 *chrisw@calfoharrigan.com*
 *shanec@calfoharrigan.com*

 Richard A. Cederoth, Esq.
 Brian R. Nester, Esq.
 David T. Pritikin, Esq.
 Douglas I. Lewis, Esq.
 John W. McBride, Esq.
 William H. Baumgartner, Jr., Esq.
 David C. Giardina, Esq.
 Carter G. Phillips, Esq.
 Constantine L. Trela, Jr., Esq.
 Ellen S. Robbins, Esq.
 Nathaniel C. Love, Esq.
 Sidley Austin LLP
 *rcederoth@sidley.com*
 *bnester@sidley.com*
 *dpritikin@sidley.com*
 *dilewis@sidley.com*
 *jwmcbride@sidley.com*
 *wbaumgartner@sidley.com*
 *dgiardina@sidley.com*
 *cphillips@sidley.com*
 *ctrela@sidley.com*
 *erobbins@sidley.com*
 *nlove@sidley.com*

 T. Andrew Culbert, Esq.
 David E. Killough, Esq.
 Microsoft Corp.
 *andycu@microsoft.com*
 *davkill@microsoft.com*

DATED this 12th day of July, 2013.

            /s/ *Marcia A. Ripley*
            Marcia A. Ripley

ORDER DENYING MICROSOFT'S RULE 702 MOTION
TO PRECLUDE TESTIMONY BY MOTOROLA'S
EXPERTS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001