The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                  Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, July 31, 2013 at 10:00a.m.** |

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, Cheryl A. Berry, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of cited excerpts of the transcript of the June 19, 2013 deposition of Richard Holleman.

3. Attached as Exhibit B is a true and correct copy of cited excerpts of the transcript of the June 14, 2013 deposition of Dr. Maximilian Haedicke.

4. Attached as Exhibit C is a true and correct copy of cited excerpts of the transcript of the June 24, 2013 deposition of Bradley Keller.

EXECUTED this 12th day of July, 2013, at Redwood Shores, California.

/s/ Cheryl A. Berry
Cheryl A. Berry

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Calfo Harrigan Leyh & Eakes LLP
>*arthurh@calfoharrigan.com*
>*chrisw@calfoharrigan.com*
>*shanec@calfoharrigan.com*

>Richard A. Cederoth, Esq.
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*rcederoth@sidley.com*
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 12th day of July, 2013.

          /s/ *Marcia A. Ripley*
          Marcia A. Ripley

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001