The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>                    Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 26, 2013** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    THIS MATTER having come before the Court on Defendants Motorola, Inc. (now
2  Motorola Solutions, Inc.), Motorola Mobility, LLC, and General Instrument Corporation's
3  (collectively "Motorola") Motion to File Documents Under Seal in Support of Motorola Response
4  to Microsoft's Rule 702 Motion to Preclude (Dkt. No. 724), and the Court having reviewed the
5  pleadings and evidence presented and on file in this case, and being otherwise fully advised as to
6  the issues presented, the Court hereby:

7    ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
8  seal:

9    1.   Defendants' Response to Microsoft's Motion for Partial Summary Judgment of
10        Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth,
11        Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim;
12   2.   Exhibit B to the Declaration of Andrea Pallios Roberts in Support of Defendants'
13        Response to Microsoft's Motion for Partial Summary Judgment of Breach of
14        Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,
15        Eighth, and Ninth Affirmative Defenses and Second Counterclaim;
16   3.   Exhibit N to the Declaration of Andrea Pallios Roberts in Support of Defendants'
17        Response to Microsoft's Motion for Partial Summary Judgment of Breach of
18        Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,
19        Eighth, and Ninth Affirmative Defenses and Second Counterclaim;
20   4.   Exhibit A to the Declaration of Bradley S. Keller in Support of Defendants'
21        Response to Microsoft's Motion for Partial Summary Judgment of Breach of
22        Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,
23        Eighth, and Ninth Affirmative Defenses and Second Counterclaim; and
24   5.   Defendants' Objections to Exhibits Attached to the Declaration of Christopher
25        Wion in Support of Microsoft's Motion for Partial Summary Judgment of Breach

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*

By */s/ Thomas V. Miller*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    (847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
    Kathleen M. Sullivan, NY #1804624
    51 Madison Ave., 22nd Floor
    New York, NY 10010
    (212) 849-7000
    *kathleensullivan@quinnemanuel.com*

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 | By */s/ Brian C. Cannon*
    Brian C. Cannon, CA #193071
2 |     555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
3 |     (650) 801-5000
4 |     *briancannon@quinnemanuel.com*

5 | By */s/ William C. Price*
    William C. Price, CA #108542
6 |     865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
7 |     (213) 443-3000
8 |     *williamprice@quinnemanuel.com*

***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corporation***

---

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 12th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001