The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT**<br><br>NOTED ON MOTION CALENDAR:<br>**Wednesday, July 31, 2013 at 10:00 a.m.** |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of cited excerpts of the transcript of the April 4, 2012 deposition of Horacio E. Gutierrez.

3. Attached as Exhibit B is a true and correct copy of cited excerpts of the transcript of the May 28, 2013 deposition of Horacio E. Gutierrez.

01980.62689/5412792.2 DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. C10-13-JLR
4833-0845-1860.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1       4.      Attached as Exhibit C is a true and correct copy of Exhibit 8 to the May 28, 130

2  deposition of Horacio E. Gutierrez.

3       5.      Attached as Exhibit D is a true and correct copy of cited excerpts of the transcript

4  of the May 7, 2013 deposition of Jon Devaan.

5       6.      Attached as Exhibit E is a true and correct copy of cited excerpts of the trial

6  testimony provided by Kirk Dailey on November 20, 2013.

7       7.      Attached as Exhibit F is a true and correct copy of Notice of a Commission Final

8  Determination of Violation of Section 337; Issuance of a Limited Exclusion Order; Termination of

9  Investigation; and Limited Exclusion Order, issued in International Trade Commission

10  Investigation No. 337-TA-744, *In the Mater of Certain Mobile Devices, Associated Software, and*

11  *Components Thereof*, on May 18, 2012.

12       8.      Attached as Exhibit G is a true and correct copy of a Contribution, dated August

13  31, 2005, from Microsoft to the SD Card Association, promising to license patents, including U.S.

14  Patent Nos. 5,579,517 and 5,758,352, on reasonable and non-discriminatory terms, bearing

15  production numbrs MS-MOTO-1823_00002370168-70..

16       9.      Attached as Exhibit H is a true and correct copy of Exhibit 51 to the Complaint

17  filed by Microsoft Corp. with the International Trade Commission on October 1, 2010.

18       10.     Attached as Exhibit I is a true and correct copy of Exhibit 52 to the Complaint filed

19  by Microsoft Corp. with the International Trade Commission on October 1, 2010.

20       11.     Attached as Exhibit J is a true and correct copy of cited excerpts of the transcript of

21  the May 6, 2013 deposition of David Killough.

22       12.     Attached as Exhibit K is a true and correct copy of cited excerpts of the transcript

23  of the July 1, 2013 deposition of Theo Bodewig.

24       13.     Attached as Exhibit L is a true and correct copy of cited excerpts of the transcript of

25  the May 9, 2013 deposition of James Jeff Davidson.

26

01980.62689/5412792.2 - 2
CASE NO. C10-13-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4833-0845-1860.1

1    14.    Attached as Exhibit M is a true and correct copy of excerpts of the transcript of the telephonic conference held on June 25, 2013.

15.    Attached as Exhibit N is a true and correct copy of excerpts of the transcript of the March 20, 2012 deposition of K. McNeill Taylor, Jr.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

EXECUTED this 12th day of July, 2013 at Redwood Shores, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts

01980.62689/5412792.2  - 3
CASE NO. C10-13-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4833-0845-1860.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Calfo Harrigan Leyh & Eakes LLP
> *arthurh@calfoharrigan.com*
> *chrisw@calfoharrigan.com*
> *shanec@calfoharrigan.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 12th day of July, 2013.

                                                    /s/ *Marcia A. Ripley*
                                                      Marcia A. Ripley

01980.62689/5412792.2  - 4
CASE NO. C10-13-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4833-0845-1860.1