# EXHIBIT A

Highly Confidential - Attorneys' Eyes Only

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF WASHINGTON

3                        AT SEATTLE

4

5   MICROSOFT CORPORATION, a

6   Washington corporation,

7            Plaintiff,

8   vs.       No. C10-1823-JLR

9   MOTOROLA, INC. MOTOROLA

10  MOBILITY, INC., and GENERAL

11  INSTRUMENT CORPORATION,

12            Defendants.

13  _____

14                      REVISED

15          DEPOSITION OF HORACIO E. GUTIERREZ

16          Taken on behalf of the Defendants

17                    April 4, 2012

18  BE IT REMEMBERED THAT, pursuant to the Washington Rules of

19  Civil Procedure, the deposition of HORACIO E. GUTIERREZ, was

20  taken before Tia B. Reidt, #2798, a Certified Shorthand

21  Reporter, and a Notary Public for the State of Washington,

22  on April 4, 2012, commencing at the hour of 9:08 a.m., the

23  proceedings being reported at 315 5th Avenue South,

24  Suite 1000, Seattle, Washington.

25  Job Number: 48313

Highly Confidential - Attorneys' Eyes Only

Page 7

                    HORACIO E. GUTIERREZ

1

2   & Noble.

3       Q.      You're currently employed by Microsoft?

4       A.      Correct.

5       Q.      What is your current position?

6       A.      I'm corporate vice president and deputy general

7   counsel in charge of the intellectual property group.

8       Q.      What are your responsibilities as corporate vice

9   president and deputy general counsel?

10      A.      I manage the portion of the legal department of

11  Microsoft that counsels the company in connection with the

12  full range of intellectual property issues, from patents to

13  trademarks, copyrights, trade secrets, and IP licensing

14  issues.

15      Q.      To whom do you report?

16      A.      I report to the general counsel of Microsoft, Brad

17  Smith.

18      Q.      And do you have any direct reports?

19      A.      I have a number of direct reports in each of the

20  areas that I mentioned before: patents, copyrights,

21  trademarks, licensing, and other areas.  The organization as

22  a whole is about 200 people.

23      Q.      Approximately how many direct reports do you have?

24      A.      I believe the number of direct reports is nine or

25  ten people.

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C

0009

*Topic 4:*
*What is the highest royalty rate which MICROSOFT contends MOTOROLA could have proposed to MICROSOFT as an opening offer to license MOTOROLA's 802.11 and/or H.264 standard essential patent portfolio(s) to MICROSOFT and be in compliance with its obligations to SDOs and the basis for that contention.*

**Response**:

Microsoft does not, and need not, have a contention in this litigation as to the specific royalty rate that is the highest royalty rate that Motorola could have proposed to Microsoft as an opening offer and be in compliance with Motorola's RAND licensing obligations to the SDOs.

Microsoft does contend that the demands actually made by Motorola in its October 2010 letters were so grossly in excess of RAND royalties that no reasonable person could conclude those demands were RAND. Motorola's October 2010 offers instead were sham "offers" and not legitimate attempts to make licenses available to Microsoft under the relevant standards on RAND terms and conditions.

Microsoft notes that the Court has ordered that:

- The RAND royalty rate for Motorola's H.264 SEP portfolio is 0.555 cents per unit; the upper bound of a RAND royalty range for Motorola's H.264 SEP portfolio is 16.389 cents per unit; and the lower bound is 0.555 cents per unit. This rate and this range are applicable to both Microsoft Windows and Xbox products. For all other Microsoft products using the H.264 Standard, the royalty rate will be the lower bound of 0.555 cents.

- The RAND royalty rate for Motorola's 802.11 SEP portfolio is 3.471 cents per unit; the upper bound of a RAND royalty range for Motorola's 802.11 SEP portfolio is 19.5 cents per unit; and the lower bound is 0.8 cents per unit. This rate and range is applicable to Microsoft Xbox products. For all other Microsoft products using the 802.11 Standard, the royalty rate will be the low bound of 0.8 cents per unit.



Microsoft is not aware of any facts that would justify such a significant departure from the RAND royalty as demonstrated by Motorola's October 2010 demands.

# EXHIBIT D

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF WASHINGTON

3

4                          AT SEATTLE

5

6

7

8    MICROSOFT CORPORATION, a              )

9    Washington corporation,              )

10                                         )

11                   Plaintiff,           )

12                                         ) No. 2-10-cv-01823-JLR

13              vs.                        )

14                                         )

15   MOTOROLA, INC., and MOTOROLA         )

16   MOBILITY, INC.,                      )

17                                         )

18                   Defendants.          )

19

20

21        VIDEOTAPED 30(b)(6) DEPOSITION OF JON DEVAAN

22                      May 7, 2013

23                   Seattle, Washington

24

25     Job No. CS1663250

```
 1        you would ask if you wanted to know that information?
 2    A   I guess I would -- I would say -- I'm not sure if
 3        Tami had that responsibility back then, but Tami
 4        Reller.
 5    Q   And what's that person's position?
 6    A   She is the chief financial officer for Windows.
 7    Q   And for 2009, for Windows on personal computers, do
 8        you have a sense of how many units of that software
 9        was sold in '09?
10    A   I don't.
11    Q   How about the profit level for that software?
12    A   I don't.
13    Q   Who were the primary competitors for the Microsoft
14        Windows personal computer in 2009?
15    A   In 2009?
16    Q   Yes.
17    A   I would have to say Macintosh Operating System, the
18        Linux and many Linux and Unix variants at the time.
19                        THE REPORTER:  Unix --
20                        THE WITNESS:  Unix, U-n-i-x.  And
21        Linux is L-i-n-u-x.
22    Q   (By Mr. Cannon)  Macintosh is the Apple program;
23        correct?
24    A   Correct.
25    Q   Do you have a sense of what Microsoft's market share
```

1  was in 2009 for Windows for personal computers?

2  A  I don't know a specific, but high in the nineties.

3  Q  And then the remainder of the market -- roughly 10

4     percent -- would be made up of the Apple operating

5     system and then the Linux and Unix systems; correct?

6  A  Yes.

7  Q  In 2009, there -- had Microsoft released the Windows

8     Phone operating system for mobile applications?

9  A  I'm not sure which version.  There's definitely a

10    version of -- it would either have been called

11    Windows Mobile at the time or Windows Phone.

12       I'd have to look at some materials to refresh my

13    memory.  I don't know for sure.

14 Q  But that was an operating system for mobile phones or

15    smartphones; correct?

16 A  Yes.

17 Q  Do you have a sense of who were the major competitors

18    with Microsoft in 2009 in the mobile phone market for

19    operating systems?

20 A  In 2009?  I would say Apple for sure and BlackBerry

21    for sure, and a wide variety of others.

22 Q  How about Android?

23 A  I'd have to go back and look at the timelines to see

24    exactly when Android came to market.  It's getting

25    close to the time.

```
 1          Microsoft market share for server operating
 2      systems.  I believe you said it was a little over 50
 3      percent.
 4          Is that right?
 5   A  That's my understanding, yes.
 6   Q  And we're talking about 2012.
 7          How about for the embedded devices?  What was the
 8      market share there?
 9   A  I don't know.
10   Q  That brings us to 2013.
11          Microsoft still sells Windows for personal
12      computers?
13   A  Yes.
14   Q  Does -- do you believe that Microsoft's market share
15      is still in the nineties for that product?
16   A  For PCs, what's commonly known as PCs, yes.
17   Q  How about for mobile operating systems?
18   A  So the mobile operating systems for phones,
19      smartphones, I don't know.  But I think in -- in this
20      year, and also starting last year, we started to see
21      people thinking of the market as all these mobile
22      devices together.
23          And in that -- in that respect, our share is much
24      less than nineties.
25   Q  When you say "these devices together," are you
```

1    talking about personal computers plus mobile devices,

2    or just mobile devices?

3  A  I -- I'm talking about a spectrum from what you would

4    think of as a PC for your desktop, to a laptop, to a

5    tablet, to a phone.

6  Q  And are you -- are you looking at all of those types

7    of devices as a single market for operating systems?

8  A  We talked about before, that's -- that's emerging to

9    be the case, yes.

10  Q  And looking at that spectrum of devices as a market,

11    what is Microsoft's market share of that spectrum of

12    devices?

13  A  I don't know precisely.  I think there's been a bunch

14    of attempts to calculate it.  And so it gets -- it

15    gets to be 30 percent, or something like that.  I --

16    I can't be precise.  That's a very rough swag,

17    scientific guess.

18  Q  If we were to segregate out personal computers, like

19    perhaps how the market existed in 2009, would

20    Microsoft's share of operating systems still be in

21    the nineties?

22  A  Yes.

23  Q  And if we were to segregate the types of devices that

24    would run Windows phones, such as a smartphone, do

25    you have a sense of whether Microsoft's share of

# EXHIBIT E

1          UNITED STATES DISTRICT COURT.

2      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3    _____

4    MICROSOFT CORPORATION,          )
                                     )
5                    Plaintiff,      )  C10-01823-JLR
                                     )
6    v.                              )  SEATTLE, WASHINGTON
                                     )
7    MOTOROLA INC., et al,           )  November 20, 2012
                                     )
8                    Defendant.      )  TRIAL DAY 6
                                     )
9    _____

10          VERBATIM REPORT OF PROCEEDINGS
        BEFORE THE HONORABLE JAMES L. ROBART
11           UNITED STATES DISTRICT JUDGE

12   _____

             <u>Sealed by Court Order</u>
13
             <u>Unredacted Version</u>
14

15   APPEARANCES:

16

17

18   For the Plaintiff:     Arthur Harrigan, Christopher
                            Wion, David Pritikin, Rick
19                          Cederoth, Ellen Robbins and Andy
                            Culbert
20

21

22
     For the Defendants:    Jesse Jenner, Ralph Palumbo,
23                          Philip McCune, Kevin Post, Tom
                            Miller and James R. Batchelder
24

25

```
 1   A   So, we were in the midst of having conversations with
 2   Microsoft.  They wanted to understand the value of our patent
 3   portfolios.  We knew these two patent portfolios in
 4   particular were relevant to the discussion.  So we sent the
 5   letters, putting them on notice so that we could carry
 6   forward with good-faith negotiations.
 7   Q   Were these letters, you say, in request for information
 8   that Microsoft wanted about your patents?
 9   A   Yes.
10   Q   Did Microsoft respond to either of these letters before
11   filing the breach of complaint -- the breach of contract
12   complaint in this action?
13   A   They did not, no.
14   Q   Did Microsoft respond after the breach complaint was
15   filed?
16   A   Yes, they did.
17   Q   How did they respond?
18   A   They actually -- I think they -- we spoke to them right
19   after they filed the breach of contract complaint, and they
20   said, don't be concerned about the complaint, it was a
21   litigation tactics week, and they expected some good work
22   from our lawyers as well.
23       So, it was really -- that was the start of it.  And then
24   we entered into negotiations.
25           MR. PRITIKIN:  Your Honor, we're going to object.
```

# EXHIBIT F

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

In the Matter of

CERTAIN MOBILE DEVICES,
ASSOCIATED SOFTWARE, AND
COMPONENTS THEREOF

Investigation No. 337-TA-744

NOTICE OF A COMMISSION FINAL DETERMINATION OF VIOLATION OF
SECTION 337; ISSUANCE OF A LIMITED EXCLUSION ORDER; TERMINATION OF
INVESTIGATION

**AGENCY:**     U.S. International Trade Commission.

**ACTION:**     Notice.

**SUMMARY:** Notice is hereby given that the U.S. International Trade Commission has
determined that there is a violation of section 337 of the Tariff Act of 1930, as amended (19 U.S.C.
§ 1337) by respondent Motorola Mobility, Inc. of Libertyville, Illinois ("Motorola") in the
above-captioned investigation. The Commission has issued a limited exclusion order directed to
the infringing products of Motorola and has terminated the investigation.

**FOR FURTHER INFORMATION CONTACT:** Michael Liberman, Esq., Office of the General
Counsel, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436,
telephone (202) 205-3115. Copies of non-confidential documents filed in connection with this
investigation are or will be available for inspection during official business hours (8:45 a.m. to
5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W.,
Washington, D.C. 20436, telephone (202) 205-2000. General information concerning the
Commission may also be obtained by accessing its Internet server at *http://www.usitc.gov*. The
public record for this investigation may be viewed on the Commission's electronic docket (EDIS)
at *http://edis.usitc.gov*. Hearing-impaired persons are advised that information on this matter can
be obtained by contacting the Commission's TDD terminal on (202) 205-1810.

**SUPPLEMENTARY INFORMATION:** The Commission instituted this investigation on
November 5, 2010, based on a complaint filed by Microsoft Corporation of Redmond, Washington
("Microsoft"). 75 *Fed. Reg.* 68379-80 (Nov. 5, 2010). The complaint alleges violations of
section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, in the importation into the
United States, the sale for importation, and the sale within the United States after importation of
certain mobile devices, associated software, and components thereof by reason of infringement of
U.S. Patent Nos. 5,579,517 ("the '517 patent"); 5,758,352 ("the '352 patent"); 6,621,746 ("the
'746 patent"); 6,826,762 ("the '762 patent"); 6,909,910 ("the '910 patent"); 7,644,376 ("the '376
patent"); 5,664,133 ("the '133 patent"); 6,578,054 ("the '054 patent"); and 6,370,566 ("the '566
patent.") Subsequently, the '517 and the '746 patents were terminated from the investigation.

The notice of investigation, as amended, names Motorola Mobility, Inc. of Libertyville, Illinois and Motorola, Inc. of Schaumburg, Illinois as respondents.  Motorola, Inc. n/k/a Motorola Solutions was terminated from the investigation based on withdrawal of infringement allegations on July 12, 2011.

The presiding administrative law judge ("ALJ") issued the final initial determination ("ID") on violation in this investigation on December 20, 2011.  He issued his recommended determination on remedy and bonding on the same day.  The ALJ found that a violation of section 337 has occurred in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain mobile devices, associated software, and components thereof containing same by reason of infringement of one or more of claims 1, 2, 5 and 6 of the '566 patent.  Both Complainant and Respondent filed timely petitions for review of various portions of the final ID, as well as timely responses to the petitions.

The Commission determined to review various portions of the final ID and issued a Notice to that effect dated March 2, 2012.  77 *Fed. Reg.* 14043 (Mar. 8, 2012).  In the Notice, the Commission also set a schedule for the filing of written submissions on the issues under review, including certain questions posed by the Commission, and on remedy, the public interest, and bonding.  The parties have briefed, with initial and reply submissions, the issues under review and the issues of remedy, the public interest, and bonding.  Public interest comments were also received from non-parties Association for Competitive Technology, Inc. and Google Inc.

On review, the Commission has determined as follows.

(1) To affirm with modifications the ALJ's determination that Microsoft met the economic prong of the domestic industry requirement with respect to all of the presently asserted patents in this investigation, *i.e.*, the '352 patent, the '762 patent, the '910 patent; the '376 patent, the '133 patent, the '054 patent, and the '566 patent;

(2) With respect to the ID's determination regarding the technical prong of the domestic industry requirement with respect to all of the presently asserted patents:

     (a) to affirm with modifications the ALJ's determination that Microsoft failed to meet the technical prong of the domestic industry requirement with respect to the '054 patent;
     (b) to affirm the ALJ's determination that Microsoft satisfied the technical prong of the domestic industry requirement with respect to the '566, '133, and '910 patents;
     (c) to reverse the ALJ's determination that Microsoft failed to meet the technical prong of the domestic industry requirement with respect to the '352 patent;
     (d) to affirm the ALJ's determination that Microsoft failed to meet the technical prong of the domestic industry requirement with respect to the '762 and '376 patents;

2

(3) To affirm with modifications the ALJ's determination that the asserted claims of the '566 patent are not invalid due to anticipation or obviousness;

(4) To reverse the ALJ's determination that Microsoft failed to carry its burden of showing that Motorola's accused products infringe the asserted claims of the '352 patent and determine that, based on the record, Microsoft proved by a preponderance of the evidence that Motorola's accused products directly infringe the '352 patent;

(5) To affirm the ALJ's determination that Microsoft failed to prove by a preponderance of the evidence that Motorola induced infringement of each of the '054, '762, '376, '133, and '910 patents, and to affirm with modifications the ALJ's determination that Microsoft failed to prove by a preponderance of the evidence that Motorola induced infringement of each of the '566 and '352 patents.

The Commission has determined that the appropriate form of relief in this investigation is a limited exclusion order prohibiting the unlicensed entry for consumption of mobile devices, associated software and components thereof covered by claims 1, 2, 5, or 6 of the United States Patent No. 6,370,566 and that are manufactured abroad by or on behalf of, or imported by or on behalf of, Motorola.   The order provides an exception for service, repair, or replacement articles for use in servicing, repairing, or replacing mobile devices under warranty or insurance contract.

The Commission has further determined that the public interest factors enumerated in section 337(d)(1) (19 U.S.C. § 1337(d)(1)) do not preclude issuance of the limited exclusion order. Finally, the Commission determined that Motorola is required to post a bond set at a reasonable royalty rate in the amount of $0.33 per device entered for consumption during the period of Presidential review.   The Commission's order was delivered to the President and the United States Trade Representative on the day of its issuance.

The Commission has therefore terminated this investigation.   The authority for the Commission's determination is contained in section 337 of the Tariff Act of 1930, as amended (19 U.S.C. § 1337), and sections 210.41-.42, 210.50 of the Commission's Rules of Practice and Procedure (19 CFR § 210.41-.42, 210.50).

By order of the Commission.

James R. Holbein
Secretary to the Commission

Issued:   May 18, 2012

3

0023

0024

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

**In the Matter of**

**CERTAIN MOBILE DEVICES,**
**ASSOCIATED SOFTWARE, AND**
**COMPONENTS THEREOF**

Investigation No. 337-TA-744

### LIMITED EXCLUSION ORDER

The Commission has determined that there is a violation of Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, in the unlawful importation, sale for importation, or sale in the United States after importation by Respondent Motorola Mobility, Inc. of certain mobile devices, associated software and components thereof that infringe claims 1, 2, 5, or 6 of United States Patent No. 6,370,566. Having reviewed the record in this investigation, including the written submissions of the parties, the Commission has made a determination on the issues of remedy, the public interest, and bonding. The Commission has determined that the appropriate form of relief is a limited exclusion order prohibiting the unlicensed entry of infringing mobile devices, associated software and components thereof that are manufactured abroad by or on behalf of, or imported by or on behalf of Respondent or any of its affiliated companies, parents, subsidiaries, licensees, or other related business entities, or their successors or assigns.

The Commission has determined that the public interest factors enumerated in 19 U.S.C. § 1337(d) do not preclude the issuance of a limited exclusion order. The bond during the Presidential review shall be a reasonable royalty in the amount of $0.33 per device entered for consumption.

Accordingly, the Commission hereby **ORDERS** that:

1. Mobile devices, associated software and components thereof covered by claims 1, 2, 5, or 6 of United States Patent No. 6,370,566 that are manufactured abroad by or on behalf of, or imported by or on behalf of, Respondent or any of its affiliated companies, parents, subsidiaries, successors, assigns, or other related business entities, are excluded from entry for consumption into the United States, entry for consumption from a foreign trade zone, or withdrawal from a warehouse for consumption, for the remaining term of the patent, except under license of the patent's owner or as provided by law, and except for service, repair, or replacement articles imported for use in servicing, repairing, or replacing mobile devices under warranty or insurance contract for an identical article that was imported prior to the effective date of this Order.

2. At the discretion of U.S. Customs and Border Protection ("CBP") and pursuant to procedures it establishes, persons seeking to import mobile devices, associated software and components thereof that are potentially subject to this Order may be required to certify that they are familiar with the terms of this Order, that they have made appropriate inquiry, and thereupon state that, to the best of their knowledge and belief, the products being imported are not excluded from entry under paragraph 1 of this Order. At its discretion, CBP may require persons who have provided the certification described in this paragraph to furnish such records or analyses as are necessary to substantiate the certification.

2

3. In accordance with 19 U.S.C. § 1337(1), the provisions of this Order shall not apply to mobile devices, associated software and components thereof that are imported by and for the use of the United States, or imported for, and to be used for, the United States with the authorization or consent of the Government.

4. The Commission may modify this Order in accordance with the procedure developed in Section 210.76 of the Commission's Rules of Practice and Procedure (19 C.F.R. § 210.76).

5. The Secretary shall serve copies of this Order upon each party of record in this investigation and upon the Department of Health and Human Services, the Department of Justice, the Federal Trade Commission, and the Bureau of Customs and Border Protection.

6. Notice of this Order shall be published in the *Federal Register.*

By Order of the Commission.

James R. Holbein .
Secretary to the Commission

Issued: May 18, 2012

3

CERTAIN MOBILE DEVICES, ASSOCIATED SOFTWARE AND     Inv. No. 337-TA-744
COMPONENTS THEREOF

## CERTIFICATE OF SERVICE

I, James R. Holbein, hereby certify that the attached **Commission Notice** has been served in the manner indicated to the following parties on **May 18, 2012.**

_____
James R. Holbein, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**On Behalf of Complainant Microsoft Corporation:**

| | |
|---|---|
| Brian R. Nester, Esq. | (  ) Via Hand Delivery |
| **SIDLEY AUSTIN LLP** | ( x ) Via Overnight Delivery |
| 1501 K Street, NW | (  ) Via First Class Mail |
| Washington, DC  20005 | (  ) Other:_____ |

**On Behalf of Motorola Mobility, Inc.:**

| | |
|---|---|
| Charles F. Schill, Esq. | (  ) Via Hand Delivery |
| **STEPTOE & JOHNSON LLP** | ( x ) Via Overnight Delivery |
| 1330 Connecticut Avenue, NW | (  ) Via First Class Mail |
| Washington, DC 20036 | (  ) Other:_____ |

0028

# EXHIBIT G

Microsoft Corporation
One Microsoft Way     Tel 425 882-8080
Redmond, WA 98052-6399     Fax 425 936-7329
http://www.microsoft.com/



August 31, 2005

**VIA OVERNIGHT MAIL**

Mr. Paul Reinhardt
Executive Director
SD Card Association
c/o Global Inventures, Inc.
2400 Camino Ramon
Suite 375
San Ramon, CA  94583

Subject: Microsoft Contribution to SD Card Association

Dear Mr. Reinhardt:

Microsoft has developed an implementation of the File Allocation Table file system for organizing and managing computer data files stored on digital storage media ("FAT32 File System"), and technology that provides long file names support in the FAT32 File System ("Long File Name Support").  Microsoft has also developed a FAT32 File System specification ("Microsoft FAT32 Specification"); a Long File Name Support specification which may consist of portions of the Microsoft FAT32 Specification specifically identified by Microsoft as comprising the long file name features ("Microsoft LFN Specification") and a test specification ("Microsoft Compliance Test Specification") which describes how a device or process can be tested for compliance with the technical requirements relating to the Microsoft FAT32 Specification.  The Microsoft FAT32 Specification, Microsoft LFN Specification and the Microsoft Compliance Test Specification are collectively referred to herein as the "Microsoft Contribution."

Microsoft desires to provide to the SD Card Association ("SDA") the Microsoft Contribution for use in developing and publishing SDA file system specifications and/or SDA test specification ("SDA Specification") that may incorporate the Microsoft Contribution and/or portions thereof.  Pursuant to the "copyright issues" portion of this letter set forth below, SDA may incorporate all, any portion or none of the Microsoft Contribution into an SDA Specification, in any manner it determines in its sole discretion.  Without limiting SDA's rights, but for avoidance of doubt, SDA may make the Microsoft LFN Specification and/or the Microsoft Compliance Test Specification an optional portion of any SDA Specification, incorporate portions thereof as a separate specification from other FAT32 File System specifications and/or elect not to incorporate such portions thereof into an SDA Specification.  In the event that SDA elects to incorporate any portion of the Microsoft Contribution as an optional portion of an SDA Specification, Microsoft agrees to provide the RAND license assurance set forth below for those patent claims which are required to implement such optional portions.

The Microsoft Contribution is made under the following considerations/conditions:

Essential Patent Claims Disclosure: As required by, and defined in the SDA Intellectual Property Policy, Microsoft hereby discloses that it is aware of the following Patents that have essential patent claims with respect to the Microsoft Contribution.  At or before

Microsoft Corporation is an equal opportunity employer.     1

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

0030

Microsoft Corporation
One Microsoft Way       Tel 425 882 8080
Redmond, WA 98052-6399    Fax 425 936 7329
                        http://www.microsoft.com/



such time as SDA adopts an SDA Specification incorporating some or all the Microsoft Contribution, Microsoft will provide an updated Essential Patent disclosure relating to any finally-adopted SDA Specifications:

- U.S. Patent No. 5,579,517, entitled "Common Name Space for Long and Short Filenames", issued 11/26/1996 to Reynolds, *et al.*
- U.S. Patent No. 5,758,352, entitled "Common Name Space for Long and Short Filenames, issued 5/26/1998 to Reynolds, *et al.*
- U.S. Patent No. 6,286,013, entitled "Method and System for Providing a Common Name Space for Long and Short File Names in an Operating System", issued 9/4/2001 to Reynolds, *et al.*
- DE Patent No. 618540, entitled "Common Name Space for Long and Short Filenames" issued to Reynolds, *et al.*
- FR Patent No. 618540, entitled "Common Name Space for Long and Short Filenames", issued to Reynolds, *et al.*
- GB Patent No. 618540, entitled "Common Name Space for Long and Short Filenames", issued to Reynolds, *et al.*
- Pending Canadian Application Ser. No. 2120461, entitled "Common Name Space for Long and Short Filenames", filed 3/31/1994.
- Pending Japanese Application Ser. 1994/064808, entitled "Common Name Space for Long and Short Filenames", filed 4/01/1994.

License assurance: Microsoft is not aware at this time of any other Essential Patents it holds that are necessary to implement the Microsoft Contribution. Pursuant to Section 5(ii) of the SDA Intellectual Property Policy, Microsoft commits to the SDA that Microsoft will license its Essential Patent Claims in a non-discriminatory fashion and under reasonable terms and conditions to all SDA Member and non-SDA-Member licensees, solely to the extent required for such entities to implement finally-adopted SDA Specifications. Microsoft will grant such licenses to SDA Members and non-SDA-Members pursuant to separate agreements. Vendors should seek their own legal counsel to assess whether products implement the patented technology because each implementation may be unique. As stated above, Microsoft is willing to make licenses available for products implementing the Microsoft LFN Specification on a RAND, royalty-bearing basis. To the extent Microsoft has patent claims essential to implementing the Microsoft FAT32 Specification, Microsoft will offer licenses to such patent claims on a RAND, royalty-free basis for products conforming to the specification. To the extent that a company makes or distributes preformatted media cards that themselves (a) do not implement the Microsoft LFN Specification, and (b) do not contain or use any long file names, Microsoft will not assert patent claims essential to implementing the Microsoft LFN Specification against those cards. No other license or agreement not to assert any other patent claim is granted or made, express or implied or by waiver, estoppel, or otherwise.

Copyright issues:

a) *Ownership.* Microsoft retains ownership of its copyrights in and to the Microsoft Contribution. Nothing in this letter or in SDA's Intellectual Property Policy shall be construed as an assignment of such copyrights to SDA or any other person or entity.

Microsoft Corporation is an equal opportunity employer.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

0031

MS-MOTO_1823_00002370169

Microsoft Corporation
One Microsoft Way          Tel 425 882 8080
Redmond, WA 98052-6399     Fax 425 936 7329
                           http://www.microsoft.com/



Microsoft acknowledges and will not challenge SDA's assertion of copyright ownership according to SDA's Intellectual Property Policy of final SDA specifications subject to the underlying copyrights in Microsoft's Contribution and the terms hereof.

(b) *Development License.* Microsoft hereby grants to SDA and to each other Member a worldwide, irrevocable, non-transferable, non-sublicensable, royalty-free, non-exclusive, perpetual, fully-paid, copyright license under its copyrights in the Microsoft Contribution to use, copy, modify, disclose and create derivative works of such Microsoft Contribution for the sole purpose of incorporation (whether by express incorporation or incorporation by reference) of such Microsoft Contribution, and/or modifications thereof into any SDA Specifications, and for the development of any SDA Specifications.

(c) *Publication License.* Microsoft hereby grants to SDA a worldwide, irrevocable, non-transferable, royalty-free, non-exclusive, perpetual, fully-paid, copyright license (with the right to sublicense) under its copyrights in the Microsoft Contribution to use, copy, disclose, publicly display and perform, publish and distribute such Microsoft Contribution, and/or modifications thereof (which may be made by SDA or any Member), solely as part of and/or incorporated in (whether by express incorporation or incorporation by reference) one or more SDA Final Specification(s).

Please be advised that Microsoft is not providing any warranties of any kind (express or implied) with regard to this copyrighted material.

Please let us know if you have any questions or comments regarding this contribution. We look forward to our continued working relationship with the SDA and its members.

Sincerely,

Vishal Ghotge
Windows Core File Services
Microsoft Corporation

Enclosure

Cc:     James Vickery, Esq. (via e-mail without enclosure)
        SD Card Association Board of Directors (via e-mail without enclosure)

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

0032

MS-MOTO_1823_00002370170

# EXHIBIT H

# EXHIBIT 51

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| 1. In a computer system having a processor running an operating system and a memory means storing the operating system, a method comprising the computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a processor running an operating system and a memory means storing the operating system. (*See* Ex. A, "Droid 2 by Motorola Tech Specs," http://www.motorola.com/Consumers/US-EN/Consumer-Product-and-Services/Mobile-Phones/ci.Motorola-DROID-2-US-EN.alt.) (visited Sept. 9, 2010.)  An exemplary accused device is shown in Figure 1-1 below.<br><br><br><br>Figure 1-1.<br><br>The device includes the Android operating system platform ("Android").  (*Id.*)  The accused devices contain two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id*) (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system; | The Droid 2 provides for storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 1-2. |

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| |  |

Figure 1-2.

This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:

"2010-09-08_10-30-09_638.jpg"

This is depicted in the screenshot shown in Figure 1-3 below.

Figure 1-3.

By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible

2

0036

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | by the operating system.  (*See* Ex. B, *omap\fs\fat\namei_vfat.c.*) |
| (b) storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file and | The Droid 2 provides for storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file.<br><br>By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename. |
| wherein the second directory entry includes an attributes field and | The Droid 2 provides for storing in the memory means a second directory entry for the file wherein the second directory entry includes an attributes field.<br><br>By way of example, the second directory entry – i.e., the one with a portion of the long file name – contains an attribute field.  The attributes field for slots corresponding to long filenames are stored in a field labeled "attr" in the structure msdos_dir_slot.  (*See* Ex. C, *omap\include\linux\msdos_fs.h.*) |
| the step of storing the second directory entry further comprises the step of setting the attributes field so that the second directory entry is invisible to a second operating system, | The Droid 2 provides storing the second directory entry further comprises the step of setting the attributes field so that the second directory entry is invisible to a second operating system.<br><br>By way of example, the attr field of the second directory entry is set in the function vfat_build_slots to be ATTR_EXT.  (*See* Ex. B.)  ATTR_EXT is defined as to make the second directory entry is invisible to a second operating system.<br><br>According to the system documentation:<br><br>   "If the layout of the slots looks a little odd, it's only because of Microsoft's efforts to maintain compatibility with old software.  The slots must be disguised to prevent old software from panicking.  To this end, a number of measures are taken: 1) The attribute byte for a slot directory entry is always set to 0x0f.  This corresponds to an old directory entry with attributes of 'hidden', 'system', 'read-only', and 'volume label'.  Most old software will ignore any directory entries with the 'volume label' bit set.  Real volume label entries don't have the other three bits set. …"<br><br>(*See* Ex. D, *omap\documentation\filesystems\vfat.txt.*) |
| said long filename including more than the maximum number of characters that is | The Droid 2 provides for long filenames that includes more than the maximum number of characters that is permissible by the operating system. |

3

0037

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| permissible by the operating system; and | By way of example, long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) accessing the first directory entry with the operating system. | The Droid 2 provides for accessing the first directory entry with the operating system.<br><br>By way of example, the first directory entry is accessed by the operating system whenever the system looks up and opens a file with a long filename.  By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E, *omap\fs\fat\inode.c*.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| 2. In a computer system having a processor running an operating system and a memory means storing the operating system, a method, comprising the computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a processor running an operating system and a memory means storing the operating system.  (*See* Ex. A.)  The Droid 2 includes the Android operating system platform ("Android").  (*Id.*)  The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*) (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system; | The Droid 2 provides for storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 2-1. |

4

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| |  Figure 2-1.<br><br>This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 2-2 below.<br><br>Figure 2-2.<br><br>By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible |

5

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | by the operating system.  (*See* Ex. B.) |
| (b) storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file and | The Droid 2 provides for storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file.

By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| storing a checksum of the short filename in the second directory entry, | The Droid 2 provides for storing a checksum of the short filename in the second directory entry.

By way of example, the function vfat_build_slots() computes a checksum for each long filename slot, including the second directory entry.  The checksum – stored in an "alias_checksum" field – is based on the 8.3 character short filename for the corresponding file.  (*See* Ex. B.) |
| said long filename including more than the maximum number of characters that is permissible by the operating system; and | In the Droid 2, said long filename includes more than the maximum number of characters that is permissible by the operating system.

By way of example, long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) accessing the first directory entry with the operating system. | The Droid 2 provides for accessing the first directory entry with the operating system.

By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E, *omap\fs\fat\inode.c*.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| 3. In a computer system having a processor running an operating system and a memory means storing the operating system, a method, comprising the | To the extent the preamble is construed to be limiting, the Motorola Droid 2 is a computer system having a processor running an operating system and a memory means storing the operating system.  (*See* Ex. A.) The Droid 2 includes the Android operating system platform ("Android").  The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non- |

6

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| computer-implemented steps of: | volatile storage (e.g., flash memory). (*Id.*) (describing *Droid 2*'s RAM specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system; | The Droid 2 provides for storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 3-1.<br><br><br><br>Figure 3-1.<br><br>This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 3-2 below. |

7

| '517 Patent | Exemplary Motorola Devices |
|---|---|
|  | <br><br>Figure 3-2.<br><br>By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible by the operating system.  (*See* Ex. B.) |
| (b) storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file, | The Droid 2 provides for storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file.<br><br>By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| said long filename including more than the maximum number of characters that is permissible by the operating system; | The Droid 2 provides for long filenames that includes more than the maximum number of characters that is permissible by the operating system.<br><br>By way of example, long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) accessing the first directory entry with the operating system; | The Droid 2 provides for accessing the first directory entry with the operating system. |

8

0042

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| (d) storing in the memory means at least one additional directory entry holding a next portion of the long filename and | The Droid 2 provides for storing at least one additional directory entry holding a next portion of the long filename in the memory means.<br><br>By way of example, long filenames generate multiple slots depending on the length of the long filename.  Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.<br><br>These slots are identified by an "id" field set forth in the structure msdos_dir_slot.  (*See* Ex. C.)  These slots store respective portions of the long filename in sequence.  The function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. F.) |
| a checksum of the short filename. | The Droid 2 provides for storing a checksum of the short filename in the second directory entry.<br><br>By way of example, the function vfat_build_slots() computes a checksum for each long filename slot, including the second directory entry.  The checksum – stored in an "alias_checksum" field – is based on the 8.3 character short filename for the corresponding file.  (*See* Ex. B.) |
| 4. In a computer system having a processor running an operating system and a memory means storing the operating system, a method, comprising the computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a processor running an operating system and a memory means storing the operating system.  (*See* Ex. A.) The Droid 2 includes the Android operating system platform ("Android").  (*Id.*)  The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*) (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is | The Droid 2 provides for storing in the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by the operating system.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 4-1. |

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| permissible by the operating system; |  |

Figure 4-1.

This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:

"2010-09-08_10-30-09_638.jpg"

This is depicted in the screenshot shown in Figure 4-2 below.

Figure 4-2.

By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible

10

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | by the operating system.  (*See* Ex. B.) |
| (b) storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file, | The Droid 2 provides for storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file.<br><br>By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| said long filename including more than the maximum number of characters that is permissible by the operating system; | In the Droid 2, said long filename includes more than the maximum number of characters that is permissible by the operating system.<br><br>By way of example, Long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) accessing the first directory entry with the operating system; | The Droid 2 provides for accessing the first directory entry with the operating system.<br><br>By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| (d) storing in the memory means at least one additional directory entry holding a next portion of the long filename and | The Droid 2 provides for storing at least one additional directory entry holding a next portion of the long filename in the memory means.<br><br>By way of example, long filenames generate multiple slots depending on the length of the long filename.  Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.<br><br>These slots are identified by an "id" field set forth in the structure msdos_dir_slot.  (*See* Ex. C.)  These slots store respective portions of the long filename in sequence.  The function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. F.) |
| a signature that uniquely identifies which portion of | The Droid 2 provides a signature that uniquely identifies which portion of the long filename. |

11

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| the long filename. | By way of example, slots are identified by an "id" field that contains a unique identifying number for that slot. This field is set forth in the structure msdos_dir_slot and constitutes a signature. (*See* Ex. C.) |

12

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| 22. In a computer system having a processor running an operating system and a memory means storing the operating system, a method comprising the computer-implemented steps of | To the extent the preamble is construed to be limiting, the Droid 2 is a computer system having a processor running an operating system and a memory means storing the operating system.  (*See* Ex. A.)  The Droid 2 includes the Android operating system platform ("Android").  (*Id.*)  The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*)  (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames; | The Droid 2 provides for storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames. <br><br> By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 22-1. <br><br>  <br><br> Figure 22-1. <br><br> This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename: <br><br> "2010-09-08_10-30-09_638.jpg" <br><br> This is depicted in the screenshot shown in Figure 22-2 below. |

13

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | <br><br>Figure 22-2.<br><br>By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible by the operating system.  (*See* Ex. B.) |
| (b) storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file, | The Droid 2 provides for storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file.<br><br>By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| said long filename including more than the maximum number of characters that is permissible for short filenames, and | In the Droid 2, the long filename includes more than the maximum number of characters that is permissible for short filenames.<br><br>By way of example, long filenames include a greater number of characters than the maximum number of permissible characters for short filenames, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| wherein the second directory entry includes an attributes field comprising a plurality of bits and | In the Droid 2, the second directory entry includes an attributes field comprising a plurality of bits.<br><br>By way of example, the second directory entry – i.e., the one with a portion of the long file name – contains an attribute field.  The |

14

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | attributes field for slots corresponding to long filenames are stored in a field labeled "attr" in the structure msdos_dir_slot.  (*See* Ex. C.) |
| the step of storing the second directory entry further comprises the step of setting the bits of the attributes field so that the second directory entry is invisible to a second operating system that only supports short filenames; and | The Droid 2 provides storing the second directory entry further comprises the step of setting the attributes field so that the second directory entry is invisible to a second operating system.<br><br>By way of example, the attr field of the second directory entry is set in the function vfat_build_slots to be ATTR_EXT.  (*See* Ex. B.)   ATTR_EXT is defined as to make the second directory entry is invisible to a second operating system.<br><br>According to the system documentation:<br><br>"If the layout of the slots looks a little odd, it's only because of Microsoft's efforts to maintain compatibility with old software.  The slots must be disguised to prevent old software from panicking.  To this end, a number of measures are taken: 1) The attribute byte for a slot directory entry is always set to 0x0f.  This corresponds to an old directory entry with attributes of 'hidden', 'system', 'read-only', and 'volume label'.  Most old software will ignore any directory entries with the 'volume label' bit set.  Real volume label entries don't have the other three bits set. …"<br><br>(*See* Ex. D.) |
| (c) accessing the first directory entry with the operating system. | The Droid 2 provides for accessing the first directory entry with the operating system.<br><br>By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| 26. In a computer system having a processor running an operating system and a memory means storing the operating system, a method, comprising the computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a processor running an operating system and a memory means storing the operating system.  (*See* Ex. A.)  The Droid 2 includes the Android operating system platform ("Android").  (*Id.*)  The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*) (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means, as part of a directory structure of a file | The Droid 2 provides for storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a |

15

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames; | short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 26-1.<br><br><br><br>Figure 26-1.<br><br>This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 26-2 below.<br><br><br><br>Figure 26-2. |

16

0050

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible by the operating system.  (*See* Ex. B.) |
| (b) storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file, | The Droid 2 provides for storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file.

By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| said long filename including more than the maximum number of characters that is permissible for short filenames; | In the Droid 2, the long filename includes more than the maximum number of characters that is permissible for short filenames.

By way of example, long filenames include a greater number of characters than the maximum number of permissible characters for short filenames, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) storing a checksum of the short filename in the second directory entry; and | The Droid 2 provides for storing a checksum of the short filename in the second directory entry.

By way of example, the function vfat_build_slots() computes a checksum for each long filename slot, including the second directory entry.  The checksum – stored in an "alias_checksum" field – is based on the 8.3 character short filename for the corresponding file.  (*See* Ex. B.) |
| (d) accessing the first directory entry with the operating system. | The Droid 2 provides for accessing the first directory entry with the operating system.

By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| 31. In a computer system having a processor running an operating system and a | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a processor running an operating system and a memory means storing the |

17

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| memory means storing the operating system, a method, comprising the computer-implemented steps of: | operating system.  (*See* Ex. A.) (visited Sept. 9, 2010.) The Droid 2 includes the Android operating system platform ("Android"). The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*) (describing *Droid 2*'s RAM specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames; | The Droid 2 provides for storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 31-1.<br><br><br><br>Figure 31-1.<br><br>This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 31-2 below. |

18

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | Figure 31-2.<br><br>By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible for short filenames.  (*See* Ex. B.) |
| (b) storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file, | The Droid 2 provides for storing in the memory means a second directory entry for the file wherein the second directory entry holds a long filename for the file.<br><br>By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| said long filename including more than the maximum number of characters that is permissible for short filenames; | The Droid 2 provides a long filename including more than the maximum number of characters that is permissible for short filenames.<br><br>By way of example, long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) storing in the memory means, as part of the same directory structure, at least | The Droid 2 provides for storing in the memory means, as part of the same directory structure, at least one additional directory entry holding a next portion of the long filename. |

19

0053

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| one additional directory entry holding a next portion of the long filename; | By way of example, long filenames generate multiple slots depending on the length of the long filename.  Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, could require 2 slots.<br><br>These slots are identified by an "id" field set forth in the structure msdos_dir_slot.  (*See* Ex. C.)  These slots store respective portions of the long filename in sequence.  The function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. F.) |
| (d) storing in each of the second directory entry and the at least one additional directory entry a checksum of the short filename; and | The Droid 2 provides for storing in each of the second directory entry and the at least one additional directory entry a checksum of the short filename.<br>By way of example, the function vfat_build_slots() computes a checksum for each long filename slot, including the second directory entry.  The checksum – stored in an "alias_checksum" field – is based on the 8.3 character short filename for the corresponding file.  (*See* Ex. B.) |
| (e) accessing the first directory entry with the operating system. | The Droid 2 provides for accessing the first directory entry with the operating system.<br><br>By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| 36. In a computer system having a processor running an operating system and a memory means storing the operating system, a method, comprising the computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Droid 2 includes a computer system having a processor running an operating system and a memory means storing the operating system.  (*See* Ex. A.) (visited Sept. 9, 2010.)  The Droid 2 includes the Android operating system platform ("Android").  The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*) (describing *Droid 2*'s RAM specifications and ability to support microSD flash memory.) |
| (a) storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, | The Droid 2 provides for storing in the memory means, as part of a directory structure of a file system of the operating system, a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters permitted for short filenames.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 36-1. |

20

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| said short filename including at most a maximum number of characters permitted for short filenames; |  |

Figure 36-1.

This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:

"2010-09-08_10-30-09_638.jpg"

This is depicted in the screenshot shown in Figure 36-2 below.

Figure 36-2.

By way of example, the Droid 2 stores in the memory means a first directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname() and includes at most 8.3 characters, which is the maximum permissible

21

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| | by the operating system.  (*See* Ex. B.) |
| (b) storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file, | The Droid 2 provides for storing in the memory means, as part of the same directory structure, a second directory entry for the file wherein the second directory entry holds a long filename for the file.<br><br>By way of example, vfat_build_slots() stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, will require 2 slots. |
| said long filename including more than the maximum number of characters that is permissible  for short filenames; | In the Droid 2, the long filename includes more than the maximum number of characters that is permissible for short filenames.<br><br>By way of example, long filenames include a greater number of characters than the maximum number of permissible characters for short filenames, which is 8.3.  In the example photograph described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) accessing the first directory entry with the operating system; | The Droid 2 provides for accessing the first directory entry with the operating system.<br><br>By way of example, fat_fill_inode() obtains the starting cluster for the file and the size of the file and copies this data into the in-memory inode.  (*See* Ex. E.)  That data is obtained from the slot that the function vfat_build_slots created for the short filename – that is, in the first directory entry.  (*See* Ex. B.) |
| (d) storing in the memory means, as part of the same directory structure, at least one additional directory entry holding a next portion of the long filename and | The Droid 2 provides for storing at least one additional directory entry holding a next portion of the long filename in the memory means.<br><br>By way of example, long filenames generate multiple slots depending on the length of the long filename.  Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.  By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, could require 2 slots.<br><br>These slots are identified by an "id" field set forth in the structure msdos_dir_slot.  (*See* Ex. C.)  These slots store respective portions of the long filename in sequence.  The function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. F.) |
| a signature that uniquely | The Droid 2 provides a signature that uniquely identifies which |

22

0056

| '517 Patent | Exemplary Motorola Devices |
|---|---|
| identifies which portion of the long filename. | portion of the long filename.<br><br>By way of example, slots are identified by an "id" field that contains a unique identifying number for that slot. This field is set forth in the structure msdos_dir_slot and constitutes a signature. (*See* Ex. C.) |

23

# ATTACHMENT A

 DROID² BY MOTOROLA



## GENERAL




**ANDROID™ PLATFORM**
Android 2.2 (Froyo)


**CDMA**
CDMA 1X 800/1900, EVDO
rev. A


**SLIDER**
Press, touch, Swype or talk,
plus voice to text input

## CAMERA

**CAMERA**
Image stabilization, real-time color
effects, scene modes, location tagging

**MEGAPIXELS**
5 MP

**DIGITAL ZOOM**
Yes

**FLASH**
Dual LED

**FOCUS**
Automatic

**IMAGE EDITING TOOLS**
Cropping, rotating, Geo Tagging



## MUSIC & VIDEO

**MUSIC ENABLED[1]**

**MUSIC PLAYER**
Android Media Player

**VIDEO CAPABLE**

**VIDEO CAPTURE**

**PLAYABLE FORMATS**
AAC, H.263, H.264, MP3, MPEG-4,
WAV, WMA9, eAAC+, OGG, AMR WB,
AMR NB, WMV v10, AAC+, WMV v9,
MIDI

**STREAMING MEDIA**
Audio, Video

**VIDEO CAPTURE RATE**
DVD quality (720x480 resolution) up to
30 fps capture; up to 30 fps playback



## POWER



up to 575 min.
USAGE TIME
(CONTINUOUS)[2]

**BATTERY TYPE**
1400 mAh Li Ion

**STANDBY TIME[3]**
up to 315 hrs.



## MESSAGING

**EMAIL[4]**
Mobile Email: IMAP and POP, Microsoft
Exchange, Gmail™, MSN Hotmail®,
Yahoo!® and AOL®

**MULTIMEDIA MESSAGING (MMS)[4]**
Facebook™, Twitter and MySpace synced
and streamed to one screen.

**PREDICTIVE TEXT**
Swype

**TEXT MESSAGING (SMS)[4]**

**INSTANT MESSAGING (IM)[4]**
Google Talk™

**IMAGE FILE FORMATS**
BMP, PNG, GIF, JPEG

**VOICE MAIL[4]**
Standard voice mail, Verizon Visual Voice
Mail™ (capable)

**VOICE TO TEXT**



## CONNECTIVITY

**BLUETOOTH® TECHNOLOGY[5]**
Stereo Bluetooth Class 2, Version 2.1 +
EDR (support profiles, A2DP, AVRCP,
HFP, HID, HSP, OPP, PBAP)

**WEB BROWSER**
Android HTML Webkit, Adobe® Flash®
Player 10.1
Mobile browsing with a new processor
and Verizon's 3G network

**SOFTWARE UPDATES (FOTA)**

**SYNCHRONIZATION**
Support for Corporate calendar, email
and contacts (Exchange 2003, 2007 and
2010), Google contacts, calendar and
Gmail™, Facebook™ contacts

**WIFI**
802.11 b,g, n

**WIRELESS LOCAL AREA NETWORK
(WLAN)**

## CONNECTIVITY

**DATA ACCESS[6]**
Yes

**3G MOBILE HOTSPOT[1]**
Be a mobile hot spot for up to 5 other devices

**CONNECTOR TYPE**
Micro USB

**DATA TRANSMISSION RATE[6]**
USB 2.0 (High Speed)

**DLNA (DIGITAL LIVING NETWORK ALLIANCE)**
Share content wirelessly with other DLNA equipped devices

**GPS AND LOCATION SERVICES[1]**
aGPS (assisted), sGPS (simultaneous), Google Maps™, Google Maps™ Navigation (BETA), Google Latitude™, Google Maps Street View, eCompass

**HEADSET JACK**
3.5 mm



## ACCESSORY COMPATIBILITY

**HEARING AID COMPATIBLE**
Rated for M3, T3; Voice Readout

**TEXT TELEPHONE (TTY) COMPATIBILITY**

## CALLING

**PHONE BOOK[7]**
Unified contact list (Gmail™, Exchange, Facebook™)

**SPEED DIAL**
Direct dial shortcut, direct message shortcut

**VIBRACALL**

**VOICE DIALING**



## INTERNET AND GAMES

**WEB ACCESS**

**ADOBE FLASH PLAYER**
Adobe® Flash® Player 10.1

**ANDROID MARKET™**



## CALLING

**SPEAKERPHONE**

**CALLER ID[4]**
On main display, Picture ID, Ringer ID

**ADVANCED SPEECH RECOGNITION**

**AUTOMATIC REDIAL**

**CALL WAITING**

**CONFERENCE CALLING[4]**
Group call

**EMERGENCY DIAL**

**MUTE CALL**

**NOISE REDUCTION**
Dual microphone noise reduction



## CARRIER FEATURES AND SERVICES

**VERIZON WIRELESS**
VCast Music, VZ Navigator

0061

**WAIT AND PAUSE DIALING**



## GOOGLE MOBILE SERVICES

**GMAIL™**

**GOOGLE CALENDAR™**

**GOOGLE CONTACT SYNC™**

**GOOGLE GOGGLES™ (WITH 2.1 AND HIGHER)**

**GOOGLE LATITUDE™**

**GOOGLE MAPS STREET VIEW**

**GOOGLE MAPS™**

**GOOGLE MAPS™ NAVIGATION** BETA

**GOOGLE QUICK SEARCH BOX™**

**GOOGLE TALK™**

**GOOGLE™ SEARCH BY VOICE**

**YOUTUBE™**



## INCLUDED APPLICATIONS

**BUSINESS**[8]
Quickoffice®



## INTERFACE

**NAVIGATION TOOL**
Directional keys with select key

**OPERATING SYSTEM**
Android 2.2 (Froyo)

**QWERTY KEYBOARD**

**BACKLIGHT**
Yes

**CUSTOM NAVIGATION**
Multiple, customizable home screens (seven)

**DEDICATED KEYS**
Volume control, Camera, Back, Search, Menu, Power/Lock, Home

**HAPTIC FEEDBACK**

**KEYPAD LOCK**

**LIGHT-RESPONSIVE DISPLAY**

**PINCH TO ZOOM**

**TOUCH SCREEN**

**VIRTUAL KEYBOARD**

**VOICE COMMANDS**



## PERSONALIZATION

**RINGTONE FORMATS**
AAC, AAC+, eAAC, eAAC+, MP3, OGG

**RINGTONES**[4]



## PHYSICAL

**DISPLAY TYPE**
TFT

**WEIGHT**

Preloaded and downloadable

**WALLPAPERS**[4]
Preloaded and downloadable

169 grams

**SIZE (H X W X D)**
60.5 x 116.3 x 13.7 mm

**DISPLAY SIZE**
3.7-in.; FWVGA (480 x 854)

**ANTENNA TYPE**
Internal

**FORM FACTOR**
Slider



## PRODUCTIVITY AND SOFTWARE



## TECHNOLOGY

**CALCULATOR**

**CALENDAR**
Calendar, Corporate (Exchange) calendar

**CLOCK**
Alarm clock

**FLIGHT MODE**

**MEMORY**[9]
up 8 GB on board, 8 GB microSD pre-installed, expandable up to 32 GB

**PROCESSOR**
1 GHz processor

**ACCELEROMETER**
Yes

**NETWORKS**[4]
CDMA 1X 800/1900, EVDO rev. A

**REMOVABLE MEMORY**[10]
supports up to 32 GB microSD

**SENSORS**
Proximity, ambient light and eCompass

1. Network dependent feature, not available in all areas. Airtime, data charges, and/or additional charges may apply. Photo ID and ring tone assignment to the Address Book entries, must be saved on the phone and not the SIM card.
2. All talk and standby times are quoted in Digital Mode, and are approximate. Battery performance depends on network configuration, signal strength, operating temperature, features selected, and voice, data and other application usage patterns. All screen images are simulated.
3. All talk and standby times are quoted in Digital Mode, and are approximate. Battery performance depends on network configuration, signal strength, operating temperature, features selected, and voice, data and other application usage patterns.
4. Network and/or SIM card dependent feature, not available in all areas. Airtime, data charges, and/or additional charges may apply. Wireless email functionality requires an email account with wireless server capabilities.
5. Bluetooth technology is a low-power, short-range wireless technology that enables certain types of wireless communication between products equipped with Bluetooth technology. In order for products equipped with Bluetooth technology to communicate with one another, they must utilize the same profiles. To determine the profiles supported by other Motorola devices, visit www. motorola.com/bluetooth. For other devices, contact their respective manufacturer. Certain features including those listed may not be supported by all products equipped with Bluetooth technology, and/or the functionality of such features may be limited in certain devices, or by certain wireless carriers. Contact your wireless carrier about feature availability and functionality.
6. Data transmission speed is approximate and depends on the traffic on the network. Actual speeds will vary and are often less than the maximum possible.
7. Phone dependent feature
8. Airtime, data charges, and/or additional charges may apply to applications. Certain applications or features may not be available in all areas. Some listed applications may be trial versions. See your service provider for details.
9. Available user memory varies due to the configuration of the phone, which varies by service provider.
10. The unauthorized copying of copyrighted materials is contrary to the provisions of the Copyright Laws of the United States and other countries. This device is intended solely for copying non-copyrighted materials, materials in which you own the copyright, or materials which you are authorized or legally permitted to copy. If you are uncertain about your right to copy any material, please contact your legal advisor.

The Office, property of NBC Studios used under license. PrimeTime2Go is a trademark of Quickplay Inc.

Google, Google Search, Google Maps, Gmail, Google Latitude, Google Talk, YouTube, Google Quick Search Box, Android, and Android Market are trademarks of Google, Inc.
DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license.

Airtime, data charges, and/or additional charges may apply to applications. Certain applications or features may not be available in all areas. Some listed applications may be trial versions. See your service provider for details.

# ATTACHMENT B

```
/*
 *  linux/fs/vfat/namei.c
 *
 *  Written 1992,1993 by Werner Almesberger
 *
 *  Windows95/Windows NT compatible extended MSDOS filesystem
 *    by Gordon Chaffee Copyright (C) 1995.  Send bug reports for the
 *    VFAT filesystem to <chaffee@cs.berkeley.edu>.  Specify
 *    what file operation caused you trouble and if you can duplicate
 *    the problem, send a script that demonstrates it.
 *
 *  Short name translation 1999, 2001 by Wolfram Pienkoss <wp@bszh.de>
 *
 *  Support Multibyte characters and cleanup by
 *                              OGAWA Hirofumi <hirofumi@mail.parknet.co.jp>
 */

#include <linux/module.h>
#include <linux/jiffies.h>
#include <linux/ctype.h>
#include <linux/slab.h>
#include <linux/buffer_head.h>
#include <linux/namei.h>
#include "fat.h"

/*
 * If new entry was created in the parent, it could create the 8.3
 * alias (the shortname of logname).  So, the parent may have the
 * negative-dentry which matches the created 8.3 alias.
 *
 * If it happened, the negative dentry isn't actually negative
 * anymore.  So, drop it.
 */
static int vfat_revalidate_shortname(struct dentry *dentry)
{
        int ret = 1;
        spin_lock(&dentry->d_lock);
        if (dentry->d_time != dentry->d_parent->d_inode->i_version)
                ret = 0;
        spin_unlock(&dentry->d_lock);
        return ret;
}

static int vfat_revalidate(struct dentry *dentry, struct nameidata *nd)
{
        /* This is not negative dentry. Always valid. */
        if (dentry->d_inode)
                return 1;
        return vfat_revalidate_shortname(dentry);
}

static int vfat_revalidate_ci(struct dentry *dentry, struct nameidata *nd)
{
        /*
         * This is not negative dentry. Always valid.
         *
         * Note, rename() to existing directory entry will have ->d_inode,
         * and will use existing name which isn't specified name by user.
         *
         * We may be able to drop this positive dentry here. But dropping
         * positive dentry isn't good idea. So it's unsupported like
         * rename("filename", "FILENAME") for now.
         */
        if (dentry->d_inode)
                return 1;

        /*
         * This may be nfsd (or something), anyway, we can't see the
         * intent of this. So, since this can be for creation, drop it.
         */
        if (!nd)
                return 0;
```

```
        /*
         * Drop the negative dentry, in order to make sure to use the
         * case sensitive name which is specified by user if this is
         * for creation.
         */
        if (!(nd->flags & (LOOKUP_CONTINUE | LOOKUP_PARENT))) {
                if (nd->flags & (LOOKUP_CREATE | LOOKUP_RENAME_TARGET))
                        return 0;
        }

        return vfat_revalidate_shortname(dentry);
}

/* returns the length of a struct qstr, ignoring trailing dots */
static unsigned int vfat_striptail_len(struct qstr *qstr)
{
        unsigned int len = qstr->len;

        while (len && qstr->name[len - 1] == '.')
                len--;
        return len;
}

/*
 * Compute the hash for the vfat name corresponding to the dentry.
 * Note: if the name is invalid, we leave the hash code unchanged so
 * that the existing dentry can be used. The vfat fs routines will
 * return ENOENT or EINVAL as appropriate.
 */
static int vfat_hash(struct dentry *dentry, struct qstr *qstr)
{
        qstr->hash = full_name_hash(qstr->name, vfat_striptail_len(qstr));
        return 0;
}

/*
 * Compute the hash for the vfat name corresponding to the dentry.
 * Note: if the name is invalid, we leave the hash code unchanged so
 * that the existing dentry can be used. The vfat fs routines will
 * return ENOENT or EINVAL as appropriate.
 */
static int vfat_hashi(struct dentry *dentry, struct qstr *qstr)
{
        struct nls_table *t = MSDOS_SB(dentry->d_inode->i_sb)->nls_io;
        const unsigned char *name;
        unsigned int len;
        unsigned long hash;

        name = qstr->name;
        len = vfat_striptail_len(qstr);

        hash = init_name_hash();
        while (len--)
                hash = partial_name_hash(nls_tolower(t, *name++), hash);
        qstr->hash = end_name_hash(hash);

        return 0;
}

/*
 * Case insensitive compare of two vfat names.
 */
static int vfat_cmpi(struct dentry *dentry, struct qstr *a, struct qstr *b)
{
        struct nls_table *t = MSDOS_SB(dentry->d_inode->i_sb)->nls_io;
        unsigned int alen, blen;

        /* A filename cannot end in '.' or we treat it like it has none */
        alen = vfat_striptail_len(a);
        blen = vfat_striptail_len(b);
        if (alen == blen) {
                if (nls_strnicmp(t, a->name, b->name, alen) == 0)
                        return 0;
```

```
                }
                return 1;
        }

/*
 * Case sensitive compare of two vfat names.
 */
static int vfat_cmp(struct dentry *dentry, struct qstr *a, struct qstr *b)
{
        unsigned int alen, blen;

        /* A filename cannot end in '.' or we treat it like it has none */
        alen = vfat_striptail_len(a);
        blen = vfat_striptail_len(b);
        if (alen == blen) {
                if (strncmp(a->name, b->name, alen) == 0)
                        return 0;
        }
        return 1;
}

static const struct dentry_operations vfat_ci_dentry_ops = {
        .d_revalidate   = vfat_revalidate_ci,
        .d_hash         = vfat_hashi,
        .d_compare      = vfat_cmpi,
};

static const struct dentry_operations vfat_dentry_ops = {
        .d_revalidate   = vfat_revalidate,
        .d_hash         = vfat_hash,
        .d_compare      = vfat_cmp,
};

/* Characters that are undesirable in an MS-DOS file name */

static inline wchar_t vfat_bad_char(wchar_t w)
{
        return (w < 0x0020)
            || (w == '*') || (w == '?') || (w == '<') || (w == '>')
            || (w == '|') || (w == '"') || (w == ':') || (w == '/')
            || (w == '\\');
}

static inline wchar_t vfat_replace_char(wchar_t w)
{
        return (w == '[') || (w == ']') || (w == ';') || (w == ',')
            || (w == '+') || (w == '=');
}

static wchar_t vfat_skip_char(wchar_t w)
{
        return (w == '.') || (w == ' ');
}

static inline int vfat_is_used_badchars(const wchar_t *s, int len)
{
        int i;

        for (i = 0; i < len; i++)
                if (vfat_bad_char(s[i]))
                        return -EINVAL;

        if (s[i - 1] == ' ') /* last character cannot be space */
                return -EINVAL;

        return 0;
}

static int vfat_find_form(struct inode *dir, unsigned char *name)
{
        struct fat_slot_info sinfo;
        int err = fat_scan(dir, name, &sinfo);
        if (err)
```

0067

```
                        return -ENOENT;
        brelse(sinfo.bh);
        return 0;
}

/*
 * 1) Valid characters for the 8.3 format alias are any combination of
 * letters, uppercase alphabets, digits, any of the
 * following special characters:
 *      $ % ' ` - @ { } ~ ! # ( ) & _ ^
 * In this case Longfilename is not stored in disk.
 *
 * WinNT's Extension:
 * File name and extension name is contain uppercase/lowercase
 * only. And it is expressed by CASE_LOWER_BASE and CASE_LOWER_EXT.
 *
 * 2) File name is 8.3 format, but it contain the uppercase and
 * lowercase char, muliti bytes char, etc. In this case numtail is not
 * added, but Longfilename is stored.
 *
 * 3) When the one except for the above, or the following special
 * character are contained:
 *      .    [ ] ; , + =
 * numtail is added, and Longfilename must be stored in disk .
 */
struct shortname_info {
        unsigned char lower:1,
                      upper:1,
                      valid:1;
};
#define INIT_SHORTNAME_INFO(x)  do {              \
        (x)->lower = 1;                           \
        (x)->upper = 1;                           \
        (x)->valid = 1;                           \
} while (0)

static inline int to_shortname_char(struct nls_table *nls,
                                    unsigned char *buf, int buf_size,
                                    wchar_t *src, struct shortname_info *info)
{
        int len;

        if (vfat_skip_char(*src)) {
                info->valid = 0;
                return 0;
        }
        if (vfat_replace_char(*src)) {
                info->valid = 0;
                buf[0] = '_';
                return 1;
        }

        len = nls->uni2char(*src, buf, buf_size);
        if (len <= 0) {
                info->valid = 0;
                buf[0] = '_';
                len = 1;
        } else if (len == 1) {
                unsigned char prev = buf[0];

                if (buf[0] >= 0x7F) {
                        info->lower = 0;
                        info->upper = 0;
                }

                buf[0] = nls_toupper(nls, buf[0]);
                if (isalpha(buf[0])) {
                        if (buf[0] == prev)
                                info->lower = 0;
                        else
                                info->upper = 0;
                }
        } else {
```

0068

```
                    info->lower = 0;
                    info->upper = 0;
        }

        return len;
}

/*
 * Given a valid longname, create a unique shortname.  Make sure the
 * shortname does not exist
 * Returns negative number on error, 0 for a normal
 * return, and 1 for valid shortname
 */
static int vfat_create_shortname(struct inode *dir, struct nls_table *nls,
                                 wchar_t *uname, int ulen,
                                 unsigned char *name_res, unsigned char *lcase)
{
        struct fat_mount_options *opts = &MSDOS_SB(dir->i_sb)->options;
        wchar_t *ip, *ext_start, *end, *name_start;
        unsigned char base[9], ext[4], buf[8], *p;
        unsigned char charbuf[NLS_MAX_CHARSET_SIZE];
        int chl, chi;
        int sz = 0, extlen, baselen, i, numtail_baselen, numtail2_baselen;
        int is_shortname;
        struct shortname_info base_info, ext_info;

        is_shortname = 1;
        INIT_SHORTNAME_INFO(&base_info);
        INIT_SHORTNAME_INFO(&ext_info);

        /* Now, we need to create a shortname from the long name */
        ext_start = end = &uname[ulen];
        while (--ext_start >= uname) {
                if (*ext_start == 0x002E) {     /* is `.' */
                        if (ext_start == end - 1) {
                                sz = ulen;
                                ext_start = NULL;
                        }
                        break;
                }
        }

        if (ext_start == uname - 1) {
                sz = ulen;
                ext_start = NULL;
        } else if (ext_start) {
                /*
                 * Names which start with a dot could be just
                 * an extension eg. "...test".  In this case Win95
                 * uses the extension as the name and sets no extension.
                 */
                name_start = &uname[0];
                while (name_start < ext_start) {
                        if (!vfat_skip_char(*name_start))
                                break;
                        name_start++;
                }
                if (name_start != ext_start) {
                        sz = ext_start - uname;
                        ext_start++;
                } else {
                        sz = ulen;
                        ext_start = NULL;
                }
        }

        numtail_baselen = 6;
        numtail2_baselen = 2;
        for (baselen = i = 0, p = base, ip = uname; i < sz; i++, ip++) {
                chl = to_shortname_char(nls, charbuf, sizeof(charbuf),
                                        ip, &base_info);
                if (chl == 0)
                        continue;
```

```
        if (baselen < 2 && (baselen + chl) > 2)
                numtail2_baselen = baselen;
        if (baselen < 6 && (baselen + chl) > 6)
                numtail_baselen = baselen;
        for (chi = 0; chi < chl; chi++) {
                *p++ = charbuf[chi];
                baselen++;
                if (baselen >= 8)
                        break;
        }
        if (baselen >= 8) {
                if ((chi < chl - 1) || (ip + 1) - uname < sz)
                        is_shortname = 0;
                break;
        }
}
if (baselen == 0) {
        return -EINVAL;
}

extlen = 0;
if (ext_start) {
        for (p = ext, ip = ext_start; extlen < 3 && ip < end; ip++) {
                chl = to_shortname_char(nls, charbuf, sizeof(charbuf),
                                        ip, &ext_info);
                if (chl == 0)
                        continue;

                if ((extlen + chl) > 3) {
                        is_shortname = 0;
                        break;
                }
                for (chi = 0; chi < chl; chi++) {
                        *p++ = charbuf[chi];
                        extlen++;
                }
                if (extlen >= 3) {
                        if (ip + 1 != end)
                                is_shortname = 0;
                        break;
                }
        }
}
ext[extlen] = '\0';
base[baselen] = '\0';

/* Yes, it can happen. ".\xe5" would do it. */
if (base[0] == DELETED_FLAG)
        base[0] = 0x05;

/* OK, at this point we know that base is not longer than 8 symbols,
 * ext is not longer than 3, base is nonempty, both don't contain
 * any bad symbols (lowercase transformed to uppercase).
 */

memset(name_res, ' ', MSDOS_NAME);
memcpy(name_res, base, baselen);
memcpy(name_res + 8, ext, extlen);
*lcase = 0;
if (is_shortname && base_info.valid && ext_info.valid) {
        if (vfat_find_form(dir, name_res) == 0)
                return -EEXIST;

        if (opts->shortname & VFAT_SFN_CREATE_WIN95) {
                return (base_info.upper && ext_info.upper);
        } else if (opts->shortname & VFAT_SFN_CREATE_WINNT) {
                if ((base_info.upper || base_info.lower) &&
                    (ext_info.upper || ext_info.lower)) {
                        if (!base_info.upper && base_info.lower)
                                *lcase |= CASE_LOWER_BASE;
                        if (!ext_info.upper && ext_info.lower)
                                *lcase |= CASE_LOWER_EXT;
```

```
                                return 1;
                        }
                        return 0;
                } else {
                        BUG();
                }
        }

        if (opts->numtail == 0)
                if (vfat_find_form(dir, name_res) < 0)
                        return 0;

        /*
         * Try to find a unique extension.  This used to
         * iterate through all possibilities sequentially,
         * but that gave extremely bad performance.  Windows
         * only tries a few cases before using random
         * values for part of the base.
         */

        if (baselen > 6) {
                baselen = numtail_baselen;
                name_res[7] = ' ';
        }
        name_res[baselen] = '~';
        for (i = 1; i < 10; i++) {
                name_res[baselen + 1] = i + '0';
                if (vfat_find_form(dir, name_res) < 0)
                        return 0;
        }

        i = jiffies & 0xffff;
        sz = (jiffies >> 16) & 0x7;
        if (baselen > 2) {
                baselen = numtail2_baselen;
                name_res[7] = ' ';
        }
        name_res[baselen + 4] = '~';
        name_res[baselen + 5] = '1' + sz;
        while (1) {
                sprintf(buf, "%04X", i);
                memcpy(&name_res[baselen], buf, 4);
                if (vfat_find_form(dir, name_res) < 0)
                        break;
                i -= 11;
        }
        return 0;
}

/* Translate a string, including coded sequences into Unicode */
static int
xlate_to_uni(const unsigned char *name, int len, unsigned char *outname,
             int *longlen, int *outlen, int escape, int utf8,
             struct nls_table *nls)
{
        const unsigned char *ip;
        unsigned char nc;
        unsigned char *op;
        unsigned int ec;
        int i, k, fill;
        int charlen;

        if (utf8) {
                *outlen = utf8s_to_utf16s(name, len, (wchar_t *)outname);
                if (*outlen < 0)
                        return *outlen;
                else if (*outlen > 255)
                        return -ENAMETOOLONG;

                op = &outname[*outlen * sizeof(wchar_t)];
        } else {
                if (nls) {
                        for (i = 0, ip = name, op = outname, *outlen = 0;
```

```
                              i < len && *outlen <= 255;
                              *outlen += 1)
                      {
                            if (escape && (*ip == ':')) {
                                  if (i > len - 5)
                                        return -EINVAL;
                                  ec = 0;
                                  for (k = 1; k < 5; k++) {
                                        nc = ip[k];
                                        ec <<= 4;
                                        if (nc >= '0' && nc <= '9') {
                                              ec |= nc - '0';
                                              continue;
                                        }
                                        if (nc >= 'a' && nc <= 'f') {
                                              ec |= nc - ('a' - 10);
                                              continue;
                                        }
                                        if (nc >= 'A' && nc <= 'F') {
                                              ec |= nc - ('A' - 10);
                                              continue;
                                        }
                                        return -EINVAL;
                                  }
                                  *op++ = ec & 0xFF;
                                  *op++ = ec >> 8;
                                  ip += 5;
                                  i += 5;
                            } else {
                                  if ((charlen = nls->char2uni(ip, len - i, (wchar_t *)op)) < 0)
                                        return -EINVAL;
                                  ip += charlen;
                                  i += charlen;
                                  op += 2;
                            }
                      }
                      if (i < len)
                            return -ENAMETOOLONG;
              } else {
                      for (i = 0, ip = name, op = outname, *outlen = 0;
                              i < len && *outlen <= 255;
                              i++, *outlen += 1)
                      {
                            *op++ = *ip++;
                            *op++ = 0;
                      }
                      if (i < len)
                            return -ENAMETOOLONG;
              }
        }

        *longlen = *outlen;
        if (*outlen % 13) {
                *op++ = 0;
                *op++ = 0;
                *outlen += 1;
                if (*outlen % 13) {
                        fill = 13 - (*outlen % 13);
                        for (i = 0; i < fill; i++) {
                                *op++ = 0xff;
                                *op++ = 0xff;
                        }
                        *outlen += fill;
                }
        }

        return 0;
}

static int vfat_build_slots(struct inode *dir, const unsigned char *name,
                            int len, int is_dir, int cluster,
                            struct timespec *ts,
                            struct msdos_dir_slot *slots, int *nr_slots)
```

```
{
        struct msdos_sb_info *sbi = MSDOS_SB(dir->i_sb);
        struct fat_mount_options *opts = &sbi->options;
        struct msdos_dir_slot *ps;
        struct msdos_dir_entry *de;
        unsigned char cksum, lcase;
        unsigned char msdos_name[MSDOS_NAME];
        wchar_t *uname;
        __le16 time, date;
        u8 time_cs;
        int err, ulen, usize, i;
        loff_t offset;

        *nr_slots = 0;

        uname = __getname();
        if (!uname)
                return -ENOMEM;

        err = xlate_to_uni(name, len, (unsigned char *)uname, &ulen, &usize,
                           opts->unicode_xlate, opts->utf8, sbi->nls_io);
        if (err)
                goto out_free;

        err = vfat_is_used_badchars(uname, ulen);
        if (err)
                goto out_free;

        err = vfat_create_shortname(dir, sbi->nls_disk, uname, ulen,
                                    msdos_name, &lcase);
        if (err < 0)
                goto out_free;
        else if (err == 1) {
                de = (struct msdos_dir_entry *)slots;
                err = 0;
                goto shortname;
        }

        /* build the entry of long file name */
        cksum = fat_checksum(msdos_name);

        *nr_slots = usize / 13;
        for (ps = slots, i = *nr_slots; i > 0; i--, ps++) {
                ps->id = i;
                ps->attr = ATTR_EXT;
                ps->reserved = 0;
                ps->alias_checksum = cksum;
                ps->start = 0;
                offset = (i - 1) * 13;
                fatwchar_to16(ps->name0_4, uname + offset, 5);
                fatwchar_to16(ps->name5_10, uname + offset + 5, 6);
                fatwchar_to16(ps->name11_12, uname + offset + 11, 2);
        }
        slots[0].id |= 0x40;
        de = (struct msdos_dir_entry *)ps;

shortname:
        /* build the entry of 8.3 alias name */
        (*nr_slots)++;
        memcpy(de->name, msdos_name, MSDOS_NAME);
        de->attr = is_dir ? ATTR_DIR : ATTR_ARCH;
        de->lcase = lcase;
        fat_time_unix2fat(sbi, ts, &time, &date, &time_cs);
        de->time = de->ctime = time;
        de->date = de->cdate = de->adate = date;
        de->ctime_cs = time_cs;
        de->start = cpu_to_le16(cluster);
        de->starthi = cpu_to_le16(cluster >> 16);
        de->size = 0;
out_free:
        __putname(uname);
        return err;
}
```

```
static int vfat_add_entry(struct inode *dir, struct qstr *qname, int is_dir,
                          int cluster, struct timespec *ts,
                          struct fat_slot_info *sinfo)
{
        struct msdos_dir_slot *slots;
        unsigned int len;
        int err, nr_slots;

        len = vfat_striptail_len(qname);
        if (len == 0)
                return -ENOENT;

        slots = kmalloc(sizeof(*slots) * MSDOS_SLOTS, GFP_NOFS);
        if (slots == NULL)
                return -ENOMEM;

        err = vfat_build_slots(dir, qname->name, len, is_dir, cluster, ts,
                               slots, &nr_slots);
        if (err)
                goto cleanup;

        err = fat_add_entries(dir, slots, nr_slots, sinfo);
        if (err)
                goto cleanup;

        /* update timestamp */
        dir->i_ctime = dir->i_mtime = dir->i_atime = *ts;
        if (IS_DIRSYNC(dir))
                (void)fat_sync_inode(dir);
        else
                mark_inode_dirty(dir);
cleanup:
        kfree(slots);
        return err;
}

static int vfat_find(struct inode *dir, struct qstr *qname,
                     struct fat_slot_info *sinfo)
{
        unsigned int len = vfat_striptail_len(qname);
        if (len == 0)
                return -ENOENT;
        return fat_search_long(dir, qname->name, len, sinfo);
}

static struct dentry *vfat_lookup(struct inode *dir, struct dentry *dentry,
                                  struct nameidata *nd)
{
        struct super_block *sb = dir->i_sb;
        struct fat_slot_info sinfo;
        struct inode *inode;
        struct dentry *alias;
        int err;

        lock_super(sb);

        err = vfat_find(dir, &dentry->d_name, &sinfo);
        if (err) {
                if (err == -ENOENT) {
                        inode = NULL;
                        goto out;
                }
                goto error;
        }

        inode = fat_build_inode(sb, sinfo.de, sinfo.i_pos);
        brelse(sinfo.bh);
        if (IS_ERR(inode)) {
                err = PTR_ERR(inode);
                goto error;
        }
```

0074

```
        alias = d_find_alias(inode);
        if (alias && !(alias->d_flags & DCACHE_DISCONNECTED)) {
                /*
                 * This inode has non DCACHE_DISCONNECTED dentry. This
                 * means, the user did ->lookup() by an another name
                 * (longname vs 8.3 alias of it) in past.
                 *
                 * Switch to new one for reason of locality if possible.
                 */
                BUG_ON(d_unhashed(alias));
                if (!S_ISDIR(inode->i_mode))
                        d_move(alias, dentry);
                iput(inode);
                unlock_super(sb);
                return alias;
        }
out:
        unlock_super(sb);
        dentry->d_op = sb->s_root->d_op;
        dentry->d_time = dentry->d_parent->d_inode->i_version;
        dentry = d_splice_alias(inode, dentry);
        if (dentry) {
                dentry->d_op = sb->s_root->d_op;
                dentry->d_time = dentry->d_parent->d_inode->i_version;
        }
        return dentry;

error:
        unlock_super(sb);
        return ERR_PTR(err);
}

static int vfat_create(struct inode *dir, struct dentry *dentry, int mode,
                       struct nameidata *nd)
{
        struct super_block *sb = dir->i_sb;
        struct inode *inode;
        struct fat_slot_info sinfo;
        struct timespec ts;
        int err;

        lock_super(sb);

        ts = CURRENT_TIME_SEC;
        err = vfat_add_entry(dir, &dentry->d_name, 0, 0, &ts, &sinfo);
        if (err)
                goto out;
        dir->i_version++;

        inode = fat_build_inode(sb, sinfo.de, sinfo.i_pos);
        brelse(sinfo.bh);
        if (IS_ERR(inode)) {
                err = PTR_ERR(inode);
                goto out;
        }
        inode->i_version++;
        inode->i_mtime = inode->i_atime = inode->i_ctime = ts;
        /* timestamp is already written, so mark_inode_dirty() is unneeded. */

        dentry->d_time = dentry->d_parent->d_inode->i_version;
        d_instantiate(dentry, inode);
out:
        unlock_super(sb);
        return err;
}

static int vfat_rmdir(struct inode *dir, struct dentry *dentry)
{
        struct inode *inode = dentry->d_inode;
        struct super_block *sb = dir->i_sb;
        struct fat_slot_info sinfo;
        int err;
```

0075

```
        lock_super(sb);

        err = fat_dir_empty(inode);
        if (err)
                goto out;
        err = vfat_find(dir, &dentry->d_name, &sinfo);
        if (err)
                goto out;

        err = fat_remove_entries(dir, &sinfo);  /* and releases bh */
        if (err)
                goto out;
        drop_nlink(dir);

        clear_nlink(inode);
        inode->i_mtime = inode->i_atime = CURRENT_TIME_SEC;
        fat_detach(inode);
out:
        unlock_super(sb);

        return err;
}

static int vfat_unlink(struct inode *dir, struct dentry *dentry)
{
        struct inode *inode = dentry->d_inode;
        struct super_block *sb = dir->i_sb;
        struct fat_slot_info sinfo;
        int err;

        lock_super(sb);

        err = vfat_find(dir, &dentry->d_name, &sinfo);
        if (err)
                goto out;

        err = fat_remove_entries(dir, &sinfo);  /* and releases bh */
        if (err)
                goto out;
        clear_nlink(inode);
        inode->i_mtime = inode->i_atime = CURRENT_TIME_SEC;
        fat_detach(inode);
out:
        unlock_super(sb);

        return err;
}

static int vfat_mkdir(struct inode *dir, struct dentry *dentry, int mode)
{
        struct super_block *sb = dir->i_sb;
        struct inode *inode;
        struct fat_slot_info sinfo;
        struct timespec ts;
        int err, cluster;

        lock_super(sb);

        ts = CURRENT_TIME_SEC;
        cluster = fat_alloc_new_dir(dir, &ts);
        if (cluster < 0) {
                err = cluster;
                goto out;
        }
        err = vfat_add_entry(dir, &dentry->d_name, 1, cluster, &ts, &sinfo);
        if (err)
                goto out_free;
        dir->i_version++;
        inc_nlink(dir);

        inode = fat_build_inode(sb, sinfo.de, sinfo.i_pos);
        brelse(sinfo.bh);
        if (IS_ERR(inode)) {
```

```
                err = PTR_ERR(inode);
                /* the directory was completed, just return a error */
                goto out;
        }
        inode->i_version++;
        inode->i_nlink = 2;
        inode->i_mtime = inode->i_atime = inode->i_ctime = ts;
        /* timestamp is already written, so mark_inode_dirty() is unneeded. */

        dentry->d_time = dentry->d_parent->d_inode->i_version;
        d_instantiate(dentry, inode);

        unlock_super(sb);
        return 0;

out_free:
        fat_free_clusters(dir, cluster);
out:
        unlock_super(sb);
        return err;
}

static int vfat_rename(struct inode *old_dir, struct dentry *old_dentry,
                       struct inode *new_dir, struct dentry *new_dentry)
{
        struct buffer_head *dotdot_bh;
        struct msdos_dir_entry *dotdot_de;
        struct inode *old_inode, *new_inode;
        struct fat_slot_info old_sinfo, sinfo;
        struct timespec ts;
        loff_t dotdot_i_pos, new_i_pos;
        int err, is_dir, update_dotdot, corrupt = 0;
        struct super_block *sb = old_dir->i_sb;

        old_sinfo.bh = sinfo.bh = dotdot_bh = NULL;
        old_inode = old_dentry->d_inode;
        new_inode = new_dentry->d_inode;
        lock_super(sb);
        err = vfat_find(old_dir, &old_dentry->d_name, &old_sinfo);
        if (err)
                goto out;

        is_dir = S_ISDIR(old_inode->i_mode);
        update_dotdot = (is_dir && old_dir != new_dir);
        if (update_dotdot) {
                if (fat_get_dotdot_entry(old_inode, &dotdot_bh, &dotdot_de,
                                         &dotdot_i_pos) < 0) {
                        err = -EIO;
                        goto out;
                }
        }

        ts = CURRENT_TIME_SEC;
        if (new_inode) {
                if (is_dir) {
                        err = fat_dir_empty(new_inode);
                        if (err)
                                goto out;
                }
                new_i_pos = MSDOS_I(new_inode)->i_pos;
                fat_detach(new_inode);
        } else {
                err = vfat_add_entry(new_dir, &new_dentry->d_name, is_dir, 0,
                                     &ts, &sinfo);
                if (err)
                        goto out;
                new_i_pos = sinfo.i_pos;
        }
        new_dir->i_version++;

        fat_detach(old_inode);
        fat_attach(old_inode, new_i_pos);
        if (IS_DIRSYNC(new_dir)) {
```

```
                  err = fat_sync_inode(old_inode);
                  if (err)
                          goto error_inode;
          } else
                  mark_inode_dirty(old_inode);

          if (update_dotdot) {
                  int start = MSDOS_I(new_dir)->i_logstart;
                  dotdot_de->start = cpu_to_le16(start);
                  dotdot_de->starthi = cpu_to_le16(start >> 16);
                  mark_buffer_dirty_inode(dotdot_bh, old_inode);
                  if (IS_DIRSYNC(new_dir)) {
                          err = sync_dirty_buffer(dotdot_bh);
                          if (err)
                                  goto error_dotdot;
                  }
                  drop_nlink(old_dir);
                  if (!new_inode)
                          inc_nlink(new_dir);
          }

          err = fat_remove_entries(old_dir, &old_sinfo);  /* and releases bh */
          old_sinfo.bh = NULL;
          if (err)
                  goto error_dotdot;
          old_dir->i_version++;
          old_dir->i_ctime = old_dir->i_mtime = ts;
          if (IS_DIRSYNC(old_dir))
                  (void)fat_sync_inode(old_dir);
          else
                  mark_inode_dirty(old_dir);

          if (new_inode) {
                  drop_nlink(new_inode);
                  if (is_dir)
                          drop_nlink(new_inode);
                  new_inode->i_ctime = ts;
          }
out:
          brelse(sinfo.bh);
          brelse(dotdot_bh);
          brelse(old_sinfo.bh);
          unlock_super(sb);

          return err;

error_dotdot:
          /* data cluster is shared, serious corruption */
          corrupt = 1;

          if (update_dotdot) {
                  int start = MSDOS_I(old_dir)->i_logstart;
                  dotdot_de->start = cpu_to_le16(start);
                  dotdot_de->starthi = cpu_to_le16(start >> 16);
                  mark_buffer_dirty_inode(dotdot_bh, old_inode);
                  corrupt |= sync_dirty_buffer(dotdot_bh);
          }
error_inode:
          fat_detach(old_inode);
          fat_attach(old_inode, old_sinfo.i_pos);
          if (new_inode) {
                  fat_attach(new_inode, new_i_pos);
                  if (corrupt)
                          corrupt |= fat_sync_inode(new_inode);
          } else {
                  /*
                   * If new entry was not sharing the data cluster, it
                   * shouldn't be serious corruption.
                   */
                  int err2 = fat_remove_entries(new_dir, &sinfo);
                  if (corrupt)
                          corrupt |= err2;
                  sinfo.bh = NULL;
```

```
                }
                if (corrupt < 0) {
                        fat_fs_error(new_dir->i_sb,
                                     "%s: Filesystem corrupted (i_pos %lld)",
                                     __func__, sinfo.i_pos);
                }
                goto out;
}

static const struct inode_operations vfat_dir_inode_operations = {
        .create         = vfat_create,
        .lookup         = vfat_lookup,
        .unlink         = vfat_unlink,
        .mkdir          = vfat_mkdir,
        .rmdir          = vfat_rmdir,
        .rename         = vfat_rename,
        .setattr        = fat_setattr,
        .getattr        = fat_getattr,
};

static int vfat_fill_super(struct super_block *sb, void *data, int silent)
{
        int res;

        res = fat_fill_super(sb, data, silent, &vfat_dir_inode_operations, 1);
        if (res)
                return res;

        if (MSDOS_SB(sb)->options.name_check != 's')
                sb->s_root->d_op = &vfat_ci_dentry_ops;
        else
                sb->s_root->d_op = &vfat_dentry_ops;

        return 0;
}

static int vfat_get_sb(struct file_system_type *fs_type,
                       int flags, const char *dev_name,
                       void *data, struct vfsmount *mnt)
{
        return get_sb_bdev(fs_type, flags, dev_name, data, vfat_fill_super,
                           mnt);
}

static struct file_system_type vfat_fs_type = {
        .owner          = THIS_MODULE,
        .name           = "vfat",
        .get_sb         = vfat_get_sb,
        .kill_sb        = kill_block_super,
        .fs_flags       = FS_REQUIRES_DEV,
};

static int __init init_vfat_fs(void)
{
        return register_filesystem(&vfat_fs_type);
}

static void __exit exit_vfat_fs(void)
{
        unregister_filesystem(&vfat_fs_type);
}

MODULE_LICENSE("GPL");
MODULE_DESCRIPTION("VFAT filesystem support");
MODULE_AUTHOR("Gordon Chaffee");

module_init(init_vfat_fs)
module_exit(exit_vfat_fs)
```

# ATTACHMENT C

```
#ifndef _LINUX_MSDOS_FS_H
#define _LINUX_MSDOS_FS_H

#include <linux/types.h>
#include <linux/magic.h>
#include <asm/byteorder.h>

/*
 * The MS-DOS filesystem constants/structures
 */

#define SECTOR_SIZE     512             /* sector size (bytes) */
#define SECTOR_BITS     9               /* log2(SECTOR_SIZE) */
#define MSDOS_DPB       (MSDOS_DPS)      /* dir entries per block */
#define MSDOS_DPB_BITS  4               /* log2(MSDOS_DPB) */
#define MSDOS_DPS       (SECTOR_SIZE / sizeof(struct msdos_dir_entry))
#define MSDOS_DPS_BITS  4               /* log2(MSDOS_DPS) */
#define CF_LE_W(v)      le16_to_cpu(v)
#define CF_LE_L(v)      le32_to_cpu(v)
#define CT_LE_W(v)      cpu_to_le16(v)
#define CT_LE_L(v)      cpu_to_le32(v)


#define MSDOS_ROOT_INO  1       /* == MINIX_ROOT_INO */
#define MSDOS_DIR_BITS  5       /* log2(sizeof(struct msdos_dir_entry)) */

/* directory limit */
#define FAT_MAX_DIR_ENTRIES     (65536)
#define FAT_MAX_DIR_SIZE        (FAT_MAX_DIR_ENTRIES << MSDOS_DIR_BITS)

#define ATTR_NONE       0       /* no attribute bits */
#define ATTR_RO         1       /* read-only */
#define ATTR_HIDDEN     2       /* hidden */
#define ATTR_SYS        4       /* system */
#define ATTR_VOLUME     8       /* volume label */
#define ATTR_DIR        16      /* directory */
#define ATTR_ARCH       32      /* archived */

/* attribute bits that are copied "as is" */
#define ATTR_UNUSED     (ATTR_VOLUME | ATTR_ARCH | ATTR_SYS | ATTR_HIDDEN)
/* bits that are used by the Windows 95/Windows NT extended FAT */
#define ATTR_EXT        (ATTR_RO | ATTR_HIDDEN | ATTR_SYS | ATTR_VOLUME)

#define CASE_LOWER_BASE 8       /* base is lower case */
#define CASE_LOWER_EXT  16      /* extension is lower case */

#define DELETED_FLAG    0xe5    /* marks file as deleted when in name[0] */
#define IS_FREE(n)      (!*(n) || *(n) == DELETED_FLAG)

#define MSDOS_NAME      11      /* maximum name length */
#define MSDOS_LONGNAME  256     /* maximum name length */
#define MSDOS_SLOTS     21      /* max # of slots for short and long names */
#define MSDOS_DOT       ".          "  /* ".", padded to MSDOS_NAME chars */
#define MSDOS_DOTDOT    "..         "  /* "..", padded to MSDOS_NAME chars */

#define FAT_FIRST_ENT(s, x)     ((MSDOS_SB(s)->fat_bits == 32 ? 0x0FFFFF00 : \
        MSDOS_SB(s)->fat_bits == 16 ? 0xFF00 : 0xF00) | (x))

/* start of data cluster's entry (number of reserved clusters) */
#define FAT_START_ENT   2
```

```
/* maximum number of clusters */
#define MAX_FAT12        0xFF4
#define MAX_FAT16        0xFFF4
#define MAX_FAT32        0x0FFFFFF6
#define MAX_FAT(s)       (MSDOS_SB(s)->fat_bits == 32 ? MAX_FAT32 : \
        MSDOS_SB(s)->fat_bits == 16 ? MAX_FAT16 : MAX_FAT12)


/* bad cluster mark */
#define BAD_FAT12        0xFF7
#define BAD_FAT16        0xFFF7
#define BAD_FAT32        0x0FFFFFF7


/* standard EOF */
#define EOF_FAT12        0xFFF
#define EOF_FAT16        0xFFFF
#define EOF_FAT32        0x0FFFFFFF


#define FAT_ENT_FREE     (0)
#define FAT_ENT_BAD      (BAD_FAT32)
#define FAT_ENT_EOF      (EOF_FAT32)


#define FAT_FSINFO_SIG1 0x41615252
#define FAT_FSINFO_SIG2 0x61417272
#define IS_FSINFO(x)     (le32_to_cpu((x)->signature1) == FAT_FSINFO_SIG1 \
                          && le32_to_cpu((x)->signature2) == FAT_FSINFO_SIG2)


struct __fat_dirent {
        long            d_ino;
        __kernel_off_t  d_off;
        unsigned short  d_reclen;
        char            d_name[256]; /* We must not include limits.h! */
};


/*
 * ioctl commands
 */
#define VFAT_IOCTL_READDIR_BOTH        _IOR('r', 1, struct __fat_dirent[2])
#define VFAT_IOCTL_READDIR_SHORT       _IOR('r', 2, struct __fat_dirent[2])
/* <linux/videotext.h> has used 0x72 ('r') in collision, so skip a few */
#define FAT_IOCTL_GET_ATTRIBUTES       _IOR('r', 0x10, __u32)
#define FAT_IOCTL_SET_ATTRIBUTES       _IOW('r', 0x11, __u32)
#define VFAT_IOCTL_GET_VOLUME_ID       _IOR('r', 0x12, __u32)


struct fat_boot_sector {
        __u8    ignored[3];      /* Boot strap short or near jump */
        __u8    system_id[8];    /* Name - can be used to special case
                                    partition manager volumes */
        __u8    sector_size[2];  /* bytes per logical sector */
        __u8    sec_per_clus;    /* sectors/cluster */
        __le16  reserved;        /* reserved sectors */
        __u8    fats;            /* number of FATs */
        __u8    dir_entries[2];  /* root directory entries */
        __u8    sectors[2];      /* number of sectors */
        __u8    media;           /* media code */
        __le16  fat_length;      /* sectors/FAT */
        __le16  secs_track;      /* sectors per track */
        __le16  heads;           /* number of heads */
        __le32  hidden;          /* hidden sectors (unused) */
        __le32  total_sect;      /* number of sectors (if sectors == 0) */
```

```
        /* The following fields are only used by FAT32 */
        __le32 fat32_length;   /* sectors/FAT */
        __le16 flags;          /* bit 8: fat mirroring, low 4: active fat */
        __u8   version[2];     /* major, minor filesystem version */
        __le32 root_cluster;   /* first cluster in root directory */
        __le16 info_sector;    /* filesystem info sector */
        __le16 backup_boot;    /* backup boot sector */
        __le16 reserved2[6];   /* Unused */
};

struct fat_boot_fsinfo {
        __le32   signature1;    /* 0x41615252L */
        __le32   reserved1[120];        /* Nothing as far as I can tell */
        __le32   signature2;    /* 0x61417272L */
        __le32   free_clusters; /* Free cluster count.  -1 if unknown */
        __le32   next_cluster;  /* Most recently allocated cluster */
        __le32   reserved2[4];
};

struct fat_boot_bsx {
        __u8     drive;              /* drive number */
        __u8     reserved1;
        __u8     signature;          /* extended boot signature */
        __u8     vol_id[4];     /* volume ID */
        __u8     vol_label[11]; /* volume label */
        __u8     type[8];       /* file system type */
};
#define FAT16_BSX_OFFSET       36 /* offset of fat_boot_bsx in FAT12 and FAT16 */
#define FAT32_BSX_OFFSET       64 /* offset of fat_boot_bsx in FAT32 */

struct msdos_dir_entry {
        __u8    name[MSDOS_NAME];/* name and extension */
        __u8    attr;           /* attribute bits */
        __u8    lcase;          /* Case for base and extension */
        __u8    ctime_cs;       /* Creation time, centiseconds (0-199) */
        __le16  ctime;          /* Creation time */
        __le16  cdate;          /* Creation date */
        __le16  adate;          /* Last access date */
        __le16  starthi;        /* High 16 bits of cluster in FAT32 */
        __le16  time,date,start;/* time, date and first cluster */
        __le32  size;           /* file size (in bytes) */
};

/* Up to 13 characters of the name */
struct msdos_dir_slot {
        __u8    id;             /* sequence number for slot */
        __u8    name0_4[10];    /* first 5 characters in name */
        __u8    attr;           /* attribute byte */
        __u8    reserved;       /* always 0 */
        __u8    alias_checksum; /* checksum for 8.3 alias */
        __u8    name5_10[12];   /* 6 more characters in name */
        __le16  start;          /* starting cluster number, 0 in long slots */
        __u8    name11_12[4];   /* last 2 characters in name */
};

#ifdef __KERNEL__
/* media of boot sector */
static inline int fat_valid_media(u8 media)
{
```

```
        return 0xf8 <= media || media == 0xf0;
}
#endif /* !__KERNEL__ */
#endif /* !_LINUX_MSDOS_FS_H */
```

# ATTACHMENT D

```
USING VFAT
--------------------------------------------------------------------
To use the vfat filesystem, use the filesystem type 'vfat'.  i.e.
  mount -t vfat /dev/fd0 /mnt

No special partition formatter is required.  mkdosfs will work fine
if you want to format from within Linux.

VFAT MOUNT OPTIONS
--------------------------------------------------------------------
uid=###        -- Set the owner of all files on this filesystem.
                  The default is the uid of current process.

gid=###        -- Set the group of all files on this filesystem.
                  The default is the gid of current process.

umask=###      -- The permission mask (for files and directories, see umask(1)).
                  The default is the umask of current process.

dmask=###      -- The permission mask for the directory.
                  The default is the umask of current process.

fmask=###      -- The permission mask for files.
                  The default is the umask of current process.

allow_utime=### -- This option controls the permission check of mtime/atime.

                  20 - If current process is in group of file's group ID,
                       you can change timestamp.
                   2 - Other users can change timestamp.

                  The default is set from `dmask' option. (If the directory is
                  writable, utime(2) is also allowed. I.e. ~dmask & 022)

                  Normally utime(2) checks current process is owner of
                  the file, or it has CAP_FOWNER capability.  But FAT
                  filesystem doesn't have uid/gid on disk, so normal
                  check is too unflexible. With this option you can
                  relax it.

codepage=###   -- Sets the codepage number for converting to shortname
                  characters on FAT filesystem.
                  By default, FAT_DEFAULT_CODEPAGE setting is used.

iocharset=<name> -- Character set to use for converting between the
                  encoding is used for user visible filename and 16 bit
                  Unicode characters. Long filenames are stored on disk
                  in Unicode format, but Unix for the most part doesn't
                  know how to deal with Unicode.
                  By default, FAT_DEFAULT_IOCHARSET setting is used.

                  There is also an option of doing UTF-8 translations
                  with the utf8 option.

                  NOTE: "iocharset=utf8" is not recommended. If unsure,
                  you should consider the following option instead.

utf8=<bool>    -- UTF-8 is the filesystem safe version of Unicode that
                  is used by the console.  It can be enabled for the
                  filesystem with this option. If 'uni_xlate' gets set,
```

```
                    UTF-8 gets disabled.

uni_xlate=<bool> -- Translate unhandled Unicode characters to special
                    escaped sequences.  This would let you backup and
                    restore filenames that are created with any Unicode
                    characters.  Until Linux supports Unicode for real,
                    this gives you an alternative.  Without this option,
                    a '?' is used when no translation is possible.  The
                    escape character is ':' because it is otherwise
                    illegal on the vfat filesystem.  The escape sequence
                    that gets used is ':' and the four digits of hexadecimal
                    unicode.

nonumtail=<bool> -- When creating 8.3 aliases, normally the alias will
                    end in '~1' or tilde followed by some number.  If this
                    option is set, then if the filename is
                    "longfilename.txt" and "longfile.txt" does not
                    currently exist in the directory, 'longfile.txt' will
                    be the short alias instead of 'longfi~1.txt'.

usefree         -- Use the "free clusters" value stored on FSINFO. It'll
                    be used to determine number of free clusters without
                    scanning disk. But it's not used by default, because
                    recent Windows don't update it correctly in some
                    case. If you are sure the "free clusters" on FSINFO is
                    correct, by this option you can avoid scanning disk.

quiet           -- Stops printing certain warning messages.

check=s|r|n     -- Case sensitivity checking setting.
                    s: strict, case sensitive
                    r: relaxed, case insensitive
                    n: normal, default setting, currently case insensitive

nocase          -- This was deprecated for vfat. Use shortname=win95 instead.

shortname=lower|win95|winnt|mixed
                -- Shortname display/create setting.
                    lower: convert to lowercase for display,
                           emulate the Windows 95 rule for create.
                    win95: emulate the Windows 95 rule for display/create.
                    winnt: emulate the Windows NT rule for display/create.
                    mixed: emulate the Windows NT rule for display,
                           emulate the Windows 95 rule for create.
                    Default setting is `mixed'.

tz=UTC          -- Interpret timestamps as UTC rather than local time.
                    This option disables the conversion of timestamps
                    between local time (as used by Windows on FAT) and UTC
                    (which Linux uses internally).  This is particularly
                    useful when mounting devices (like digital cameras)
                    that are set to UTC in order to avoid the pitfalls of
                    local time.

showexec        -- If set, the execute permission bits of the file will be
                    allowed only if the extension part of the name is .EXE,
                    .COM, or .BAT. Not set by default.

debug           -- Can be set, but unused by the current implementation.
```

```
sys_immutable -- If set, ATTR_SYS attribute on FAT is handled as
                 IMMUTABLE flag on Linux. Not set by default.

flush         -- If set, the filesystem will try to flush to disk more
                 early than normal. Not set by default.

rodir         -- FAT has the ATTR_RO (read-only) attribute. On Windows,
                 the ATTR_RO of the directory will just be ignored,
                 and is used only by applications as a flag (e.g. it's set
                 for the customized folder).

                 If you want to use ATTR_RO as read-only flag even for
                 the directory, set this option.

errors=panic|continue|remount-ro
              -- specify FAT behavior on critical errors: panic, continue
                 without doing anything or remount the partition in
                 read-only mode (default behavior).

<bool>: 0,1,yes,no,true,false

TODO
----------------------------------------------------------------------
* Need to get rid of the raw scanning stuff.  Instead, always use
  a get next directory entry approach.  The only thing left that uses
  raw scanning is the directory renaming code.


POSSIBLE PROBLEMS
----------------------------------------------------------------------
* vfat_valid_longname does not properly checked reserved names.
* When a volume name is the same as a directory name in the root
  directory of the filesystem, the directory name sometimes shows
  up as an empty file.
* autoconv option does not work correctly.

BUG REPORTS
----------------------------------------------------------------------
If you have trouble with the VFAT filesystem, mail bug reports to
chaffee@bmrc.cs.berkeley.edu.  Please specify the filename
and the operation that gave you trouble.

TEST SUITE
----------------------------------------------------------------------
If you plan to make any modifications to the vfat filesystem, please
get the test suite that comes with the vfat distribution at

  http://bmrc.berkeley.edu/people/chaffee/vfat.html

This tests quite a few parts of the vfat filesystem and additional
tests for new features or untested features would be appreciated.

NOTES ON THE STRUCTURE OF THE VFAT FILESYSTEM
----------------------------------------------------------------------
(This documentation was provided by Galen C. Hunt <gchunt@cs.rochester.edu>
 and lightly annotated by Gordon Chaffee).


This document presents a very rough, technical overview of my
knowledge of the extended FAT file system used in Windows NT 3.5 and
Windows 95.  I don't guarantee that any of the following is correct,
```

but it appears to be so.

The extended FAT file system is almost identical to the FAT
file system used in DOS versions up to and including 6.223410239847
:-).  The significant change has been the addition of long file names.
These names support up to 255 characters including spaces and lower
case characters as opposed to the traditional 8.3 short names.

Here is the description of the traditional FAT entry in the current
Windows 95 filesystem:

```
        struct directory { // Short 8.3 names
                unsigned char name[8];          // file name
                unsigned char ext[3];           // file extension
                unsigned char attr;             // attribute byte
                unsigned char lcase;            // Case for base and extension
                unsigned char ctime_ms;         // Creation time, milliseconds
                unsigned char ctime[2];         // Creation time
                unsigned char cdate[2];         // Creation date
                unsigned char adate[2];         // Last access date
                unsigned char reserved[2];      // reserved values (ignored)
                unsigned char time[2];          // time stamp
                unsigned char date[2];          // date stamp
                unsigned char start[2];         // starting cluster number
                unsigned char size[4];          // size of the file
        };
```

The lcase field specifies if the base and/or the extension of an 8.3
name should be capitalized.  This field does not seem to be used by
Windows 95 but it is used by Windows NT.  The case of filenames is not
completely compatible from Windows NT to Windows 95.  It is not completely
compatible in the reverse direction, however.  Filenames that fit in
the 8.3 namespace and are written on Windows NT to be lowercase will
show up as uppercase on Windows 95.

Note that the "start" and "size" values are actually little
endian integer values.  The descriptions of the fields in this
structure are public knowledge and can be found elsewhere.

With the extended FAT system, Microsoft has inserted extra
directory entries for any files with extended names.  (Any name which
legally fits within the old 8.3 encoding scheme does not have extra
entries.)  I call these extra entries slots.  Basically, a slot is a
specially formatted directory entry which holds up to 13 characters of
a file's extended name.  Think of slots as additional labeling for the
directory entry of the file to which they correspond.  Microsoft
prefers to refer to the 8.3 entry for a file as its alias and the
extended slot directory entries as the file name.

The C structure for a slot directory entry follows:

```
        struct slot { // Up to 13 characters of a long name
                unsigned char id;               // sequence number for slot
                unsigned char name0_4[10];      // first 5 characters in name
                unsigned char attr;             // attribute byte
                unsigned char reserved;         // always 0
                unsigned char alias_checksum;   // checksum for 8.3 alias
                unsigned char name5_10[12];     // 6 more characters in name
                unsigned char start[2];         // starting cluster number
                unsigned char name11_12[4];     // last 2 characters in name
```

```
        };
```

If the layout of the slots looks a little odd, it's only
because of Microsoft's efforts to maintain compatibility with old
software.  The slots must be disguised to prevent old software from
panicking.  To this end, a number of measures are taken:

>    1) The attribute byte for a slot directory entry is always set
>       to 0x0f.  This corresponds to an old directory entry with
>       attributes of "hidden", "system", "read-only", and "volume
>       label".  Most old software will ignore any directory
>       entries with the "volume label" bit set.  Real volume label
>       entries don't have the other three bits set.
>
>    2) The starting cluster is always set to 0, an impossible
>       value for a DOS file.

Because the extended FAT system is backward compatible, it is
possible for old software to modify directory entries.  Measures must
be taken to ensure the validity of slots.  An extended FAT system can
verify that a slot does in fact belong to an 8.3 directory entry by
the following:

>    1) Positioning.  Slots for a file always immediately proceed
>       their corresponding 8.3 directory entry.  In addition, each
>       slot has an id which marks its order in the extended file
>       name.  Here is a very abbreviated view of an 8.3 directory
>       entry and its corresponding long name slots for the file
>       "My Big File.Extension which is long":
>
>            <proceeding files...>
>            <slot #3, id = 0x43, characters = "h is long">
>            <slot #2, id = 0x02, characters = "xtension whic">
>            <slot #1, id = 0x01, characters = "My Big File.E">
>            <directory entry, name = "MYBIGFIL.EXT">
>
>       Note that the slots are stored from last to first.  Slots
>       are numbered from 1 to N.  The Nth slot is or'ed with 0x40
>       to mark it as the last one.
>
>    2) Checksum.  Each slot has an "alias_checksum" value.  The
>       checksum is calculated from the 8.3 name using the
>       following algorithm:
>
>            for (sum = i = 0; i < 11; i++) {
>                    sum = (((sum&1)<<7)|((sum&0xfe)>>1)) + name[i]
>            }
>
>    3) If there is free space in the final slot, a Unicode NULL (0x0000)
>       is stored after the final character.  After that, all unused
>       characters in the final slot are set to Unicode 0xFFFF.

Finally, note that the extended name is stored in Unicode.  Each Unicode
character takes two bytes.

0090

# ATTACHMENT E

```c
/*
 *  linux/fs/fat/inode.c
 *
 *  Written 1992,1993 by Werner Almesberger
 *  VFAT extensions by Gordon Chaffee, merged with msdos fs by Henrik Storner
 *  Rewritten for the constant inumbers support by Al Viro
 *
 *  Fixes:
 *
 *      Max Cohan: Fixed invalid FSINFO offset when info_sector is 0
 */

#include <linux/module.h>
#include <linux/init.h>
#include <linux/time.h>
#include <linux/slab.h>
#include <linux/smp_lock.h>
#include <linux/seq_file.h>
#include <linux/pagemap.h>
#include <linux/mpage.h>
#include <linux/buffer_head.h>
#include <linux/exportfs.h>
#include <linux/mount.h>
#include <linux/vfs.h>
#include <linux/parser.h>
#include <linux/uio.h>
#include <linux/writeback.h>
#include <linux/log2.h>
#include <linux/hash.h>
#include <asm/unaligned.h>
#include "fat.h"

#ifndef CONFIG_FAT_DEFAULT_IOCHARSET
/* if user don't select VFAT, this is undefined. */
#define CONFIG_FAT_DEFAULT_IOCHARSET    ""
#endif

static int fat_default_codepage = CONFIG_FAT_DEFAULT_CODEPAGE;
static char fat_default_iocharset[] = CONFIG_FAT_DEFAULT_IOCHARSET;


static int fat_add_cluster(struct inode *inode)
{
        int err, cluster;

        err = fat_alloc_clusters(inode, &cluster, 1);
        if (err)
                return err;
        /* FIXME: this cluster should be added after data of this
         * cluster is writed */
        err = fat_chain_add(inode, cluster, 1);
        if (err)
                fat_free_clusters(inode, cluster);
        return err;
}

static inline int __fat_get_block(struct inode *inode, sector_t iblock,
                                  unsigned long *max_blocks,
                                  struct buffer_head *bh_result, int create)
{
        struct super_block *sb = inode->i_sb;
```

0092

```
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        unsigned long mapped_blocks;
        sector_t phys;
        int err, offset;

        err = fat_bmap(inode, iblock, &phys, &mapped_blocks, create);
        if (err)
                return err;
        if (phys) {
                map_bh(bh_result, sb, phys);
                *max_blocks = min(mapped_blocks, *max_blocks);
                return 0;
        }
        if (!create)
                return 0;

        if (iblock != MSDOS_I(inode)->mmu_private >> sb->s_blocksize_bits) {
                fat_fs_error(sb, "corrupted file size (i_pos %lld, %lld)",
                        MSDOS_I(inode)->i_pos, MSDOS_I(inode)->mmu_private);
                return -EIO;
        }

        offset = (unsigned long)iblock & (sbi->sec_per_clus - 1);
        if (!offset) {
                /* TODO: multiple cluster allocation would be desirable. */
                err = fat_add_cluster(inode);
                if (err)
                        return err;
        }
        /* available blocks on this cluster */
        mapped_blocks = sbi->sec_per_clus - offset;

        *max_blocks = min(mapped_blocks, *max_blocks);
        MSDOS_I(inode)->mmu_private += *max_blocks << sb->s_blocksize_bits;

        err = fat_bmap(inode, iblock, &phys, &mapped_blocks, create);
        if (err)
                return err;

        BUG_ON(!phys);
        BUG_ON(*max_blocks != mapped_blocks);
        set_buffer_new(bh_result);
        map_bh(bh_result, sb, phys);

        return 0;
}

static int fat_get_block(struct inode *inode, sector_t iblock,
                        struct buffer_head *bh_result, int create)
{
        struct super_block *sb = inode->i_sb;
        unsigned long max_blocks = bh_result->b_size >> inode->i_blkbits;
        int err;

        err = __fat_get_block(inode, iblock, &max_blocks, bh_result, create);
        if (err)
                return err;
        bh_result->b_size = max_blocks << sb->s_blocksize_bits;
        return 0;
}
```

0093

```
static int fat_writepage(struct page *page, struct writeback_control *wbc)
{
        return block_write_full_page(page, fat_get_block, wbc);
}

static int fat_writepages(struct address_space *mapping,
                          struct writeback_control *wbc)
{
        return mpage_writepages(mapping, wbc, fat_get_block);
}

static int fat_readpage(struct file *file, struct page *page)
{
        return mpage_readpage(page, fat_get_block);
}

static int fat_readpages(struct file *file, struct address_space *mapping,
                         struct list_head *pages, unsigned nr_pages)
{
        return mpage_readpages(mapping, pages, nr_pages, fat_get_block);
}

static int fat_write_begin(struct file *file, struct address_space *mapping,
                           loff_t pos, unsigned len, unsigned flags,
                           struct page **pagep, void **fsdata)
{
        *pagep = NULL;
        return cont_write_begin(file, mapping, pos, len, flags, pagep, fsdata,
                                fat_get_block,
                                &MSDOS_I(mapping->host)->mmu_private);
}

static int fat_write_end(struct file *file, struct address_space *mapping,
                         loff_t pos, unsigned len, unsigned copied,
                         struct page *pagep, void *fsdata)
{
        struct inode *inode = mapping->host;
        int err;
        err = generic_write_end(file, mapping, pos, len, copied, pagep, fsdata);
        if (!(err < 0) && !(MSDOS_I(inode)->i_attrs & ATTR_ARCH)) {
                inode->i_mtime = inode->i_ctime = CURRENT_TIME_SEC;
                MSDOS_I(inode)->i_attrs |= ATTR_ARCH;
                mark_inode_dirty(inode);
        }
        return err;
}

static ssize_t fat_direct_IO(int rw, struct kiocb *iocb,
                             const struct iovec *iov,
                             loff_t offset, unsigned long nr_segs)
{
        struct file *file = iocb->ki_filp;
        struct inode *inode = file->f_mapping->host;

        if (rw == WRITE) {
                /*
                 * FIXME: blockdev_direct_IO() doesn't use ->write_begin(),
                 * so we need to update the ->mmu_private to block boundary.
                 *
                 * But we must fill the remaining area or hole by nul for
                 * updating ->mmu_private.
```

0094

```
                      *
                      * Return 0, and fallback to normal buffered write.
                      */
                     loff_t size = offset + iov_length(iov, nr_segs);
                     if (MSDOS_I(inode)->mmu_private < size)
                             return 0;
             }

             /*
              * FAT need to use the DIO_LOCKING for avoiding the race
              * condition of fat_get_block() and ->truncate().
              */
             return blockdev_direct_IO(rw, iocb, inode, inode->i_sb->s_bdev, iov,
                                     offset, nr_segs, fat_get_block, NULL);
}

static sector_t _fat_bmap(struct address_space *mapping, sector_t block)
{
             sector_t blocknr;

             /* fat_get_cluster() assumes the requested blocknr isn't truncated. */
             down_read(&mapping->host->i_alloc_sem);
             blocknr = generic_block_bmap(mapping, block, fat_get_block);
             up_read(&mapping->host->i_alloc_sem);

             return blocknr;
}

static const struct address_space_operations fat_aops = {
             .readpage        = fat_readpage,
             .readpages       = fat_readpages,
             .writepage       = fat_writepage,
             .writepages      = fat_writepages,
             .sync_page       = block_sync_page,
             .write_begin     = fat_write_begin,
             .write_end       = fat_write_end,
             .direct_IO       = fat_direct_IO,
             .bmap            = _fat_bmap
};

/*
 * New FAT inode stuff. We do the following:
 *      a) i_ino is constant and has nothing with on-disk location.
 *      b) FAT manages its own cache of directory entries.
 *      c) *This* cache is indexed by on-disk location.
 *      d) inode has an associated directory entry, all right, but
 *              it may be unhashed.
 *      e) currently entries are stored within struct inode. That should
 *              change.
 *      f) we deal with races in the following way:
 *              1. readdir() and lookup() do FAT-dir-cache lookup.
 *              2. rename() unhashes the F-d-c entry and rehashes it in
 *                      a new place.
 *              3. unlink() and rmdir() unhash F-d-c entry.
 *              4. fat_write_inode() checks whether the thing is unhashed.
 *                      If it is we silently return. If it isn't we do bread(),
 *                      check if the location is still valid and retry if it
 *                      isn't. Otherwise we do changes.
 *              5. Spinlock is used to protect hash/unhash/location check/lookup
 *              6. fat_clear_inode() unhashes the F-d-c entry.
 *              7. lookup() and readdir() do igrab() if they find a F-d-c entry
```

0095

```
 *                      and consider negative result as cache miss.
 */

static void fat_hash_init(struct super_block *sb)
{
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        int i;

        spin_lock_init(&sbi->inode_hash_lock);
        for (i = 0; i < FAT_HASH_SIZE; i++)
                INIT_HLIST_HEAD(&sbi->inode_hashtable[i]);
}

static inline unsigned long fat_hash(loff_t i_pos)
{
        return hash_32(i_pos, FAT_HASH_BITS);
}

void fat_attach(struct inode *inode, loff_t i_pos)
{
        struct msdos_sb_info *sbi = MSDOS_SB(inode->i_sb);
        struct hlist_head *head = sbi->inode_hashtable + fat_hash(i_pos);

        spin_lock(&sbi->inode_hash_lock);
        MSDOS_I(inode)->i_pos = i_pos;
        hlist_add_head(&MSDOS_I(inode)->i_fat_hash, head);
        spin_unlock(&sbi->inode_hash_lock);
}
EXPORT_SYMBOL_GPL(fat_attach);

void fat_detach(struct inode *inode)
{
        struct msdos_sb_info *sbi = MSDOS_SB(inode->i_sb);
        spin_lock(&sbi->inode_hash_lock);
        MSDOS_I(inode)->i_pos = 0;
        hlist_del_init(&MSDOS_I(inode)->i_fat_hash);
        spin_unlock(&sbi->inode_hash_lock);
}
EXPORT_SYMBOL_GPL(fat_detach);

struct inode *fat_iget(struct super_block *sb, loff_t i_pos)
{
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct hlist_head *head = sbi->inode_hashtable + fat_hash(i_pos);
        struct hlist_node *_p;
        struct msdos_inode_info *i;
        struct inode *inode = NULL;

        spin_lock(&sbi->inode_hash_lock);
        hlist_for_each_entry(i, _p, head, i_fat_hash) {
                BUG_ON(i->vfs_inode.i_sb != sb);
                if (i->i_pos != i_pos)
                        continue;
                inode = igrab(&i->vfs_inode);
                if (inode)
                        break;
        }
        spin_unlock(&sbi->inode_hash_lock);
        return inode;
}
```

0096

```c
static int is_exec(unsigned char *extension)
{
        unsigned char *exe_extensions = "EXECOMBAT", *walk;

        for (walk = exe_extensions; *walk; walk += 3)
                if (!strncmp(extension, walk, 3))
                        return 1;
        return 0;
}

static int fat_calc_dir_size(struct inode *inode)
{
        struct msdos_sb_info *sbi = MSDOS_SB(inode->i_sb);
        int ret, fclus, dclus;

        inode->i_size = 0;
        if (MSDOS_I(inode)->i_start == 0)
                return 0;

        ret = fat_get_cluster(inode, FAT_ENT_EOF, &fclus, &dclus);
        if (ret < 0)
                return ret;
        inode->i_size = (fclus + 1) << sbi->cluster_bits;

        return 0;
}

/* doesn't deal with root inode */
static int fat_fill_inode(struct inode *inode, struct msdos_dir_entry *de)
{
        struct msdos_sb_info *sbi = MSDOS_SB(inode->i_sb);
        int error;

        MSDOS_I(inode)->i_pos = 0;
        inode->i_uid = sbi->options.fs_uid;
        inode->i_gid = sbi->options.fs_gid;
        inode->i_version++;
        inode->i_generation = get_seconds();

        if ((de->attr & ATTR_DIR) && !IS_FREE(de->name)) {
                inode->i_generation &= ~1;
                inode->i_mode = fat_make_mode(sbi, de->attr, S_IRWXUGO);
                inode->i_op = sbi->dir_ops;
                inode->i_fop = &fat_dir_operations;

                MSDOS_I(inode)->i_start = le16_to_cpu(de->start);
                if (sbi->fat_bits == 32)
                        MSDOS_I(inode)->i_start |= (le16_to_cpu(de->starthi) << 16);

                MSDOS_I(inode)->i_logstart = MSDOS_I(inode)->i_start;
                error = fat_calc_dir_size(inode);
                if (error < 0)
                        return error;
                MSDOS_I(inode)->mmu_private = inode->i_size;

                inode->i_nlink = fat_subdirs(inode);
        } else { /* not a directory */
                inode->i_generation |= 1;
                inode->i_mode = fat_make_mode(sbi, de->attr,
                        ((sbi->options.showexec && !is_exec(de->name + 8))
                         ? S_IRUGO|S_IWUGO : S_IRWXUGO));
```

0097

```
                MSDOS_I(inode)->i_start = le16_to_cpu(de->start);
                if (sbi->fat_bits == 32)
                        MSDOS_I(inode)->i_start |= (le16_to_cpu(de->starthi) << 16);

                MSDOS_I(inode)->i_logstart = MSDOS_I(inode)->i_start;
                inode->i_size = le32_to_cpu(de->size);
                inode->i_op = &fat_file_inode_operations;
                inode->i_fop = &fat_file_operations;
                inode->i_mapping->a_ops = &fat_aops;
                MSDOS_I(inode)->mmu_private = inode->i_size;
        }
        if (de->attr & ATTR_SYS) {
                if (sbi->options.sys_immutable)
                        inode->i_flags |= S_IMMUTABLE;
        }
        fat_save_attrs(inode, de->attr);

        inode->i_blocks = ((inode->i_size + (sbi->cluster_size - 1))
                        & ~((loff_t)sbi->cluster_size - 1)) >> 9;

        fat_time_fat2unix(sbi, &inode->i_mtime, de->time, de->date, 0);
        if (sbi->options.isvfat) {
                fat_time_fat2unix(sbi, &inode->i_ctime, de->ctime,
                                de->cdate, de->ctime_cs);
                fat_time_fat2unix(sbi, &inode->i_atime, 0, de->adate, 0);
        } else
                inode->i_ctime = inode->i_atime = inode->i_mtime;

        return 0;
}

struct inode *fat_build_inode(struct super_block *sb,
                        struct msdos_dir_entry *de, loff_t i_pos)
{
        struct inode *inode;
        int err;

        inode = fat_iget(sb, i_pos);
        if (inode)
                goto out;
        inode = new_inode(sb);
        if (!inode) {
                inode = ERR_PTR(-ENOMEM);
                goto out;
        }
        inode->i_ino = iunique(sb, MSDOS_ROOT_INO);
        inode->i_version = 1;
        err = fat_fill_inode(inode, de);
        if (err) {
                iput(inode);
                inode = ERR_PTR(err);
                goto out;
        }
        fat_attach(inode, i_pos);
        insert_inode_hash(inode);
out:
        return inode;
}

EXPORT_SYMBOL_GPL(fat_build_inode);
```

```
static void fat_delete_inode(struct inode *inode)
{
        truncate_inode_pages(&inode->i_data, 0);
        inode->i_size = 0;
        fat_truncate(inode);
        clear_inode(inode);
}

static void fat_clear_inode(struct inode *inode)
{
        fat_cache_inval_inode(inode);
        fat_detach(inode);
}

static void fat_write_super(struct super_block *sb)
{
        lock_super(sb);
        sb->s_dirt = 0;

        if (!(sb->s_flags & MS_RDONLY))
                fat_clusters_flush(sb);
        unlock_super(sb);
}

static int fat_sync_fs(struct super_block *sb, int wait)
{
        int err = 0;

        if (sb->s_dirt) {
                lock_super(sb);
                sb->s_dirt = 0;
                err = fat_clusters_flush(sb);
                unlock_super(sb);
        }

        return err;
}

static void fat_put_super(struct super_block *sb)
{
        struct msdos_sb_info *sbi = MSDOS_SB(sb);

        lock_kernel();

        if (sb->s_dirt)
                fat_write_super(sb);

        iput(sbi->fat_inode);

        unload_nls(sbi->nls_disk);
        unload_nls(sbi->nls_io);

        if (sbi->options.iocharset != fat_default_iocharset)
                kfree(sbi->options.iocharset);

        sb->s_fs_info = NULL;
        kfree(sbi);

        unlock_kernel();
}
```

0099

```
static struct kmem_cache *fat_inode_cachep;

static struct inode *fat_alloc_inode(struct super_block *sb)
{
        struct msdos_inode_info *ei;
        ei = kmem_cache_alloc(fat_inode_cachep, GFP_NOFS);
        if (!ei)
                return NULL;
        return &ei->vfs_inode;
}

static void fat_destroy_inode(struct inode *inode)
{
        kmem_cache_free(fat_inode_cachep, MSDOS_I(inode));
}

static void init_once(void *foo)
{
        struct msdos_inode_info *ei = (struct msdos_inode_info *)foo;

        spin_lock_init(&ei->cache_lru_lock);
        ei->nr_caches = 0;
        ei->cache_valid_id = FAT_CACHE_VALID + 1;
        INIT_LIST_HEAD(&ei->cache_lru);
        INIT_HLIST_NODE(&ei->i_fat_hash);
        inode_init_once(&ei->vfs_inode);
}

static int __init fat_init_inodecache(void)
{
        fat_inode_cachep = kmem_cache_create("fat_inode_cache",
                                        sizeof(struct msdos_inode_info),
                                        0, (SLAB_RECLAIM_ACCOUNT|
                                            SLAB_MEM_SPREAD),
                                        init_once);
        if (fat_inode_cachep == NULL)
                return -ENOMEM;
        return 0;
}

static void __exit fat_destroy_inodecache(void)
{
        kmem_cache_destroy(fat_inode_cachep);
}

static int fat_remount(struct super_block *sb, int *flags, char *data)
{
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        *flags |= MS_NODIRATIME | (sbi->options.isvfat ? 0 : MS_NOATIME);
        return 0;
}

static int fat_statfs(struct dentry *dentry, struct kstatfs *buf)
{
        struct super_block *sb = dentry->d_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        u64 id = huge_encode_dev(sb->s_bdev->bd_dev);

        /* If the count of free cluster is still unknown, counts it here. */
        if (sbi->free_clusters == -1 || !sbi->free_clus_valid) {
                int err = fat_count_free_clusters(dentry->d_sb);
```

```
                if (err)
                        return err;
        }

        buf->f_type = dentry->d_sb->s_magic;
        buf->f_bsize = sbi->cluster_size;
        buf->f_blocks = sbi->max_cluster - FAT_START_ENT;
        buf->f_bfree = sbi->free_clusters;
        buf->f_bavail = sbi->free_clusters;
        buf->f_fsid.val[0] = (u32)id;
        buf->f_fsid.val[1] = (u32)(id >> 32);
        buf->f_namelen = sbi->options.isvfat ? 260 : 12;

        return 0;
}

static inline loff_t fat_i_pos_read(struct msdos_sb_info *sbi,
                                    struct inode *inode)
{
        loff_t i_pos;
#if BITS_PER_LONG == 32
        spin_lock(&sbi->inode_hash_lock);
#endif
        i_pos = MSDOS_I(inode)->i_pos;
#if BITS_PER_LONG == 32
        spin_unlock(&sbi->inode_hash_lock);
#endif
        return i_pos;
}

static int fat_write_inode(struct inode *inode, int wait)
{
        struct super_block *sb = inode->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh;
        struct msdos_dir_entry *raw_entry;
        loff_t i_pos;
        int err;

        if (inode->i_ino == MSDOS_ROOT_INO)
                return 0;

retry:
        i_pos = fat_i_pos_read(sbi, inode);
        if (!i_pos)
                return 0;

        bh = sb_bread(sb, i_pos >> sbi->dir_per_block_bits);
        if (!bh) {
                printk(KERN_ERR "FAT: unable to read inode block "
                        "for updating (i_pos %lld)\n", i_pos);
                return -EIO;
        }
        spin_lock(&sbi->inode_hash_lock);
        if (i_pos != MSDOS_I(inode)->i_pos) {
                spin_unlock(&sbi->inode_hash_lock);
                brelse(bh);
                goto retry;
        }

        raw_entry = &((struct msdos_dir_entry *) (bh->b_data))
```

```
                [i_pos & (sbi->dir_per_block - 1)];
        if (S_ISDIR(inode->i_mode))
                raw_entry->size = 0;
        else
                raw_entry->size = cpu_to_le32(inode->i_size);
        raw_entry->attr = fat_make_attrs(inode);
        raw_entry->start = cpu_to_le16(MSDOS_I(inode)->i_logstart);
        raw_entry->starthi = cpu_to_le16(MSDOS_I(inode)->i_logstart >> 16);
        fat_time_unix2fat(sbi, &inode->i_mtime, &raw_entry->time,
                          &raw_entry->date, NULL);
        if (sbi->options.isvfat) {
                __le16 atime;
                fat_time_unix2fat(sbi, &inode->i_ctime, &raw_entry->ctime,
                                  &raw_entry->cdate, &raw_entry->ctime_cs);
                fat_time_unix2fat(sbi, &inode->i_atime, &atime,
                                  &raw_entry->adate, NULL);
        }
        spin_unlock(&sbi->inode_hash_lock);
        mark_buffer_dirty(bh);
        err = 0;
        if (wait)
                err = sync_dirty_buffer(bh);
        brelse(bh);
        return err;
}

int fat_sync_inode(struct inode *inode)
{
        return fat_write_inode(inode, 1);
}

EXPORT_SYMBOL_GPL(fat_sync_inode);

static int fat_show_options(struct seq_file *m, struct vfsmount *mnt);
static const struct super_operations fat_sops = {
        .alloc_inode    = fat_alloc_inode,
        .destroy_inode  = fat_destroy_inode,
        .write_inode    = fat_write_inode,
        .delete_inode   = fat_delete_inode,
        .put_super      = fat_put_super,
        .write_super    = fat_write_super,
        .sync_fs        = fat_sync_fs,
        .statfs         = fat_statfs,
        .clear_inode    = fat_clear_inode,
        .remount_fs     = fat_remount,

        .show_options   = fat_show_options,
};

/*
 * a FAT file handle with fhtype 3 is
 *  0/  i_ino - for fast, reliable lookup if still in the cache
 *  1/  i_generation - to see if i_ino is still valid
 *          bit 0 == 0 iff directory
 *  2/  i_pos(8-39) - if ino has changed, but still in cache
 *  3/  i_pos(4-7)|i_logstart - to semi-verify inode found at i_pos
 *  4/  i_pos(0-3)|parent->i_logstart - maybe used to hunt for the file on disc
 *
 * Hack for NFSv2: Maximum FAT entry number is 28bits and maximum
 * i_pos is 40bits (blocknr(32) + dir offset(8)), so two 4bits
 * of i_logstart is used to store the directory entry offset.
 */
```

0102

```
 */

static struct dentry *fat_fh_to_dentry(struct super_block *sb,
                struct fid *fid, int fh_len, int fh_type)
{
        struct inode *inode = NULL;
        struct dentry *result;
        u32 *fh = fid->raw;

        if (fh_len < 5 || fh_type != 3)
                return NULL;

        inode = ilookup(sb, fh[0]);
        if (!inode || inode->i_generation != fh[1]) {
                if (inode)
                        iput(inode);
                inode = NULL;
        }
        if (!inode) {
                loff_t i_pos;
                int i_logstart = fh[3] & 0x0fffffff;

                i_pos = (loff_t)fh[2] << 8;
                i_pos |= ((fh[3] >> 24) & 0xf0) | (fh[4] >> 28);

                /* try 2 - see if i_pos is in F-d-c
                 * require i_logstart to be the same
                 * Will fail if you truncate and then re-write
                 */

                inode = fat_iget(sb, i_pos);
                if (inode && MSDOS_I(inode)->i_logstart != i_logstart) {
                        iput(inode);
                        inode = NULL;
                }
        }

        /*
         * For now, do nothing if the inode is not found.
         *
         * What we could do is:
         *
         *      - follow the file starting at fh[4], and record the ".." entry,
         *        and the name of the fh[2] entry.
         *      - then follow the ".." file finding the next step up.
         *
         * This way we build a path to the root of the tree. If this works, we
         * lookup the path and so get this inode into the cache.  Finally try
         * the fat_iget lookup again.  If that fails, then we are totally out
         * of luck.  But all that is for another day
         */
        result = d_obtain_alias(inode);
        if (!IS_ERR(result))
                result->d_op = sb->s_root->d_op;
        return result;
}

static int
fat_encode_fh(struct dentry *de, __u32 *fh, int *lenp, int connectable)
{
        int len = *lenp;
```

```
        struct inode *inode =  de->d_inode;
        u32 ipos_h, ipos_m, ipos_l;

        if (len < 5)
                return 255; /* no room */

        ipos_h = MSDOS_I(inode)->i_pos >> 8;
        ipos_m = (MSDOS_I(inode)->i_pos & 0xf0) << 24;
        ipos_l = (MSDOS_I(inode)->i_pos & 0x0f) << 28;
        *lenp = 5;
        fh[0] = inode->i_ino;
        fh[1] = inode->i_generation;
        fh[2] = ipos_h;
        fh[3] = ipos_m | MSDOS_I(inode)->i_logstart;
        spin_lock(&de->d_lock);
        fh[4] = ipos_l | MSDOS_I(de->d_parent->d_inode)->i_logstart;
        spin_unlock(&de->d_lock);
        return 3;
}

static struct dentry *fat_get_parent(struct dentry *child)
{
        struct super_block *sb = child->d_sb;
        struct buffer_head *bh;
        struct msdos_dir_entry *de;
        loff_t i_pos;
        struct dentry *parent;
        struct inode *inode;
        int err;

        lock_super(sb);

        err = fat_get_dotdot_entry(child->d_inode, &bh, &de, &i_pos);
        if (err) {
                parent = ERR_PTR(err);
                goto out;
        }
        inode = fat_build_inode(sb, de, i_pos);
        brelse(bh);

        parent = d_obtain_alias(inode);
        if (!IS_ERR(parent))
                parent->d_op = sb->s_root->d_op;
out:
        unlock_super(sb);

        return parent;
}

static const struct export_operations fat_export_ops = {
        .encode_fh    = fat_encode_fh,
        .fh_to_dentry = fat_fh_to_dentry,
        .get_parent   = fat_get_parent,
};

static int fat_show_options(struct seq_file *m, struct vfsmount *mnt)
{
        struct msdos_sb_info *sbi = MSDOS_SB(mnt->mnt_sb);
        struct fat_mount_options *opts = &sbi->options;
        int isvfat = opts->isvfat;
```

```
if (opts->fs_uid != 0)
        seq_printf(m, ",uid=%u", opts->fs_uid);
if (opts->fs_gid != 0)
        seq_printf(m, ",gid=%u", opts->fs_gid);
seq_printf(m, ",fmask=%04o", opts->fs_fmask);
seq_printf(m, ",dmask=%04o", opts->fs_dmask);
if (opts->allow_utime)
        seq_printf(m, ",allow_utime=%04o", opts->allow_utime);
if (sbi->nls_disk)
        seq_printf(m, ",codepage=%s", sbi->nls_disk->charset);
if (isvfat) {
        if (sbi->nls_io)
                seq_printf(m, ",iocharset=%s", sbi->nls_io->charset);

        switch (opts->shortname) {
        case VFAT_SFN_DISPLAY_WIN95 | VFAT_SFN_CREATE_WIN95:
                seq_puts(m, ",shortname=win95");
                break;
        case VFAT_SFN_DISPLAY_WINNT | VFAT_SFN_CREATE_WINNT:
                seq_puts(m, ",shortname=winnt");
                break;
        case VFAT_SFN_DISPLAY_WINNT | VFAT_SFN_CREATE_WIN95:
                seq_puts(m, ",shortname=mixed");
                break;
        case VFAT_SFN_DISPLAY_LOWER | VFAT_SFN_CREATE_WIN95:
                seq_puts(m, ",shortname=lower");
                break;
        default:
                seq_puts(m, ",shortname=unknown");
                break;
        }
}
if (opts->name_check != 'n')
        seq_printf(m, ",check=%c", opts->name_check);
if (opts->usefree)
        seq_puts(m, ",usefree");
if (opts->quiet)
        seq_puts(m, ",quiet");
if (opts->showexec)
        seq_puts(m, ",showexec");
if (opts->sys_immutable)
        seq_puts(m, ",sys_immutable");
if (!isvfat) {
        if (opts->dotsOK)
                seq_puts(m, ",dotsOK=yes");
        if (opts->nocase)
                seq_puts(m, ",nocase");
} else {
        if (opts->utf8)
                seq_puts(m, ",utf8");
        if (opts->unicode_xlate)
                seq_puts(m, ",uni_xlate");
        if (!opts->numtail)
                seq_puts(m, ",nonumtail");
        if (opts->rodir)
                seq_puts(m, ",rodir");
}
if (opts->flush)
        seq_puts(m, ",flush");
if (opts->tz_utc)
        seq_puts(m, ",tz=UTC");
```

```
        if (opts->errors == FAT_ERRORS_CONT)
                seq_puts(m, ",errors=continue");
        else if (opts->errors == FAT_ERRORS_PANIC)
                seq_puts(m, ",errors=panic");
        else
                seq_puts(m, ",errors=remount-ro");

        return 0;
}

enum {
        Opt_check_n, Opt_check_r, Opt_check_s, Opt_uid, Opt_gid,
        Opt_umask, Opt_dmask, Opt_fmask, Opt_allow_utime, Opt_codepage,
        Opt_usefree, Opt_nocase, Opt_quiet, Opt_showexec, Opt_debug,
        Opt_immutable, Opt_dots, Opt_nodots,
        Opt_charset, Opt_shortname_lower, Opt_shortname_win95,
        Opt_shortname_winnt, Opt_shortname_mixed, Opt_utf8_no, Opt_utf8_yes,
        Opt_uni_xl_no, Opt_uni_xl_yes, Opt_nonumtail_no, Opt_nonumtail_yes,
        Opt_obsolate, Opt_flush, Opt_tz_utc, Opt_rodir, Opt_err_cont,
        Opt_err_panic, Opt_err_ro, Opt_err,
};

static const match_table_t fat_tokens = {
        {Opt_check_r, "check=relaxed"},
        {Opt_check_s, "check=strict"},
        {Opt_check_n, "check=normal"},
        {Opt_check_r, "check=r"},
        {Opt_check_s, "check=s"},
        {Opt_check_n, "check=n"},
        {Opt_uid, "uid=%u"},
        {Opt_gid, "gid=%u"},
        {Opt_umask, "umask=%o"},
        {Opt_dmask, "dmask=%o"},
        {Opt_fmask, "fmask=%o"},
        {Opt_allow_utime, "allow_utime=%o"},
        {Opt_codepage, "codepage=%u"},
        {Opt_usefree, "usefree"},
        {Opt_nocase, "nocase"},
        {Opt_quiet, "quiet"},
        {Opt_showexec, "showexec"},
        {Opt_debug, "debug"},
        {Opt_immutable, "sys_immutable"},
        {Opt_flush, "flush"},
        {Opt_tz_utc, "tz=UTC"},
        {Opt_err_cont, "errors=continue"},
        {Opt_err_panic, "errors=panic"},
        {Opt_err_ro, "errors=remount-ro"},
        {Opt_obsolate, "conv=binary"},
        {Opt_obsolate, "conv=text"},
        {Opt_obsolate, "conv=auto"},
        {Opt_obsolate, "conv=b"},
        {Opt_obsolate, "conv=t"},
        {Opt_obsolate, "conv=a"},
        {Opt_obsolate, "fat=%u"},
        {Opt_obsolate, "blocksize=%u"},
        {Opt_obsolate, "cvf_format=%20s"},
        {Opt_obsolate, "cvf_options=%100s"},
        {Opt_obsolate, "posix"},
        {Opt_err, NULL},
};
static const match_table_t msdos_tokens = {
```

```
                {Opt_nodots, "nodots"},
                {Opt_nodots, "dotsOK=no"},
                {Opt_dots, "dots"},
                {Opt_dots, "dotsOK=yes"},
                {Opt_err, NULL}
};
static const match_table_t vfat_tokens = {
                {Opt_charset, "iocharset=%s"},
                {Opt_shortname_lower, "shortname=lower"},
                {Opt_shortname_win95, "shortname=win95"},
                {Opt_shortname_winnt, "shortname=winnt"},
                {Opt_shortname_mixed, "shortname=mixed"},
                {Opt_utf8_no, "utf8=0"},                /* 0 or no or false */
                {Opt_utf8_no, "utf8=no"},
                {Opt_utf8_no, "utf8=false"},
                {Opt_utf8_yes, "utf8=1"},               /* empty or 1 or yes or true */
                {Opt_utf8_yes, "utf8=yes"},
                {Opt_utf8_yes, "utf8=true"},
                {Opt_utf8_yes, "utf8"},
                {Opt_uni_xl_no, "uni_xlate=0"},         /* 0 or no or false */
                {Opt_uni_xl_no, "uni_xlate=no"},
                {Opt_uni_xl_no, "uni_xlate=false"},
                {Opt_uni_xl_yes, "uni_xlate=1"},        /* empty or 1 or yes or true */
                {Opt_uni_xl_yes, "uni_xlate=yes"},
                {Opt_uni_xl_yes, "uni_xlate=true"},
                {Opt_uni_xl_yes, "uni_xlate"},
                {Opt_nonumtail_no, "nonumtail=0"},      /* 0 or no or false */
                {Opt_nonumtail_no, "nonumtail=no"},
                {Opt_nonumtail_no, "nonumtail=false"},
                {Opt_nonumtail_yes, "nonumtail=1"},     /* empty or 1 or yes or true */
                {Opt_nonumtail_yes, "nonumtail=yes"},
                {Opt_nonumtail_yes, "nonumtail=true"},
                {Opt_nonumtail_yes, "nonumtail"},
                {Opt_rodir, "rodir"},
                {Opt_err, NULL}
};

static int parse_options(char *options, int is_vfat, int silent, int *debug,
                        struct fat_mount_options *opts)
{
                char *p;
                substring_t args[MAX_OPT_ARGS];
                int option;
                char *iocharset;

                opts->isvfat = is_vfat;

                opts->fs_uid = current_uid();
                opts->fs_gid = current_gid();
                opts->fs_fmask = opts->fs_dmask = current_umask();
                opts->allow_utime = -1;
                opts->codepage = fat_default_codepage;
                opts->iocharset = fat_default_iocharset;
                if (is_vfat) {
                        opts->shortname = VFAT_SFN_DISPLAY_WINNT|VFAT_SFN_CREATE_WIN95;
                        opts->rodir = 0;
                } else {
                        opts->shortname = 0;
                        opts->rodir = 1;
                }
                opts->name_check = 'n';
```

```
opts->quiet = opts->showexec = opts->sys_immutable = opts->dotsOK =  0;
opts->utf8 = opts->unicode_xlate = 0;
opts->numtail = 1;
opts->usefree = opts->nocase = 0;
opts->tz_utc = 0;
opts->errors = FAT_ERRORS_RO;
*debug = 0;

if (!options)
        goto out;

while ((p = strsep(&options, ",")) != NULL) {
        int token;
        if (!*p)
                continue;

        token = match_token(p, fat_tokens, args);
        if (token == Opt_err) {
                if (is_vfat)
                        token = match_token(p, vfat_tokens, args);
                else
                        token = match_token(p, msdos_tokens, args);
        }
        switch (token) {
        case Opt_check_s:
                opts->name_check = 's';
                break;
        case Opt_check_r:
                opts->name_check = 'r';
                break;
        case Opt_check_n:
                opts->name_check = 'n';
                break;
        case Opt_usefree:
                opts->usefree = 1;
                break;
        case Opt_nocase:
                if (!is_vfat)
                        opts->nocase = 1;
                else {
                        /* for backward compatibility */
                        opts->shortname = VFAT_SFN_DISPLAY_WIN95
                                | VFAT_SFN_CREATE_WIN95;
                }
                break;
        case Opt_quiet:
                opts->quiet = 1;
                break;
        case Opt_showexec:
                opts->showexec = 1;
                break;
        case Opt_debug:
                *debug = 1;
                break;
        case Opt_immutable:
                opts->sys_immutable = 1;
                break;
        case Opt_uid:
                if (match_int(&args[0], &option))
                        return 0;
                opts->fs_uid = option;
```

0108

```
                        break;
                case Opt_gid:
                        if (match_int(&args[0], &option))
                                return 0;
                        opts->fs_gid = option;
                        break;
                case Opt_umask:
                        if (match_octal(&args[0], &option))
                                return 0;
                        opts->fs_fmask = opts->fs_dmask = option;
                        break;
                case Opt_dmask:
                        if (match_octal(&args[0], &option))
                                return 0;
                        opts->fs_dmask = option;
                        break;
                case Opt_fmask:
                        if (match_octal(&args[0], &option))
                                return 0;
                        opts->fs_fmask = option;
                        break;
                case Opt_allow_utime:
                        if (match_octal(&args[0], &option))
                                return 0;
                        opts->allow_utime = option & (S_IWGRP | S_IWOTH);
                        break;
                case Opt_codepage:
                        if (match_int(&args[0], &option))
                                return 0;
                        opts->codepage = option;
                        break;
                case Opt_flush:
                        opts->flush = 1;
                        break;
                case Opt_tz_utc:
                        opts->tz_utc = 1;
                        break;
                case Opt_err_cont:
                        opts->errors = FAT_ERRORS_CONT;
                        break;
                case Opt_err_panic:
                        opts->errors = FAT_ERRORS_PANIC;
                        break;
                case Opt_err_ro:
                        opts->errors = FAT_ERRORS_RO;
                        break;

                /* msdos specific */
                case Opt_dots:
                        opts->dotsOK = 1;
                        break;
                case Opt_nodots:
                        opts->dotsOK = 0;
                        break;

                /* vfat specific */
                case Opt_charset:
                        if (opts->iocharset != fat_default_iocharset)
                                kfree(opts->iocharset);
                        iocharset = match_strdup(&args[0]);
                        if (!iocharset)
```

```
                        return -ENOMEM;
                opts->iocharset = iocharset;
                break;
        case Opt_shortname_lower:
                opts->shortname = VFAT_SFN_DISPLAY_LOWER
                                  | VFAT_SFN_CREATE_WIN95;
                break;
        case Opt_shortname_win95:
                opts->shortname = VFAT_SFN_DISPLAY_WIN95
                                  | VFAT_SFN_CREATE_WIN95;
                break;
        case Opt_shortname_winnt:
                opts->shortname = VFAT_SFN_DISPLAY_WINNT
                                  | VFAT_SFN_CREATE_WINNT;
                break;
        case Opt_shortname_mixed:
                opts->shortname = VFAT_SFN_DISPLAY_WINNT
                                  | VFAT_SFN_CREATE_WIN95;
                break;
        case Opt_utf8_no:               /* 0 or no or false */
                opts->utf8 = 0;
                break;
        case Opt_utf8_yes:              /* empty or 1 or yes or true */
                opts->utf8 = 1;
                break;
        case Opt_uni_xl_no:             /* 0 or no or false */
                opts->unicode_xlate = 0;
                break;
        case Opt_uni_xl_yes:            /* empty or 1 or yes or true */
                opts->unicode_xlate = 1;
                break;
        case Opt_nonumtail_no:          /* 0 or no or false */
                opts->numtail = 1;      /* negated option */
                break;
        case Opt_nonumtail_yes:         /* empty or 1 or yes or true */
                opts->numtail = 0;      /* negated option */
                break;
        case Opt_rodir:
                opts->rodir = 1;
                break;

        /* obsolete mount options */
        case Opt_obsolate:
                printk(KERN_INFO "FAT: \"%s\" option is obsolete, "
                       "not supported now\n", p);
                break;
        /* unknown option */
        default:
                if (!silent) {
                        printk(KERN_ERR
                               "FAT: Unrecognized mount option \"%s\" "
                               "or missing value\n", p);
                }
                return -EINVAL;
        }
}

out:
        /* UTF-8 doesn't provide FAT semantics */
        if (!strcmp(opts->iocharset, "utf8")) {
                printk(KERN_ERR "FAT: utf8 is not a recommended IO charset"
```

```
                        " for FAT filesystems, filesystem will be "
                        "case sensitive!\n");
        }

        /* If user doesn't specify allow_utime, it's initialized from dmask. */
        if (opts->allow_utime == (unsigned short)-1)
                opts->allow_utime = ~opts->fs_dmask & (S_IWGRP | S_IWOTH);
        if (opts->unicode_xlate)
                opts->utf8 = 0;

        return 0;
}

static int fat_read_root(struct inode *inode)
{
        struct super_block *sb = inode->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        int error;

        MSDOS_I(inode)->i_pos = 0;
        inode->i_uid = sbi->options.fs_uid;
        inode->i_gid = sbi->options.fs_gid;
        inode->i_version++;
        inode->i_generation = 0;
        inode->i_mode = fat_make_mode(sbi, ATTR_DIR, S_IRWXUGO);
        inode->i_op = sbi->dir_ops;
        inode->i_fop = &fat_dir_operations;
        if (sbi->fat_bits == 32) {
                MSDOS_I(inode)->i_start = sbi->root_cluster;
                error = fat_calc_dir_size(inode);
                if (error < 0)
                        return error;
        } else {
                MSDOS_I(inode)->i_start = 0;
                inode->i_size = sbi->dir_entries * sizeof(struct msdos_dir_entry);
        }
        inode->i_blocks = ((inode->i_size + (sbi->cluster_size - 1))
                        & ~((loff_t)sbi->cluster_size - 1)) >> 9;
        MSDOS_I(inode)->i_logstart = 0;
        MSDOS_I(inode)->mmu_private = inode->i_size;

        fat_save_attrs(inode, ATTR_DIR);
        inode->i_mtime.tv_sec = inode->i_atime.tv_sec = inode->i_ctime.tv_sec = 0;
        inode->i_mtime.tv_nsec = inode->i_atime.tv_nsec = inode->i_ctime.tv_nsec = 0;
        inode->i_nlink = fat_subdirs(inode)+2;

        return 0;
}


/*
 * Read the super block of an MS-DOS FS.
 */
int fat_fill_super(struct super_block *sb, void *data, int silent,
                const struct inode_operations *fs_dir_inode_ops, int isvfat)
{
        struct inode *root_inode = NULL, *fat_inode = NULL;
        struct buffer_head *bh;
        struct fat_boot_sector *b;
        struct fat_boot_bsx *bsx;
        struct msdos_sb_info *sbi;
        u16 logical_sector_size;
```

```
u32 total_sectors, total_clusters, fat_clusters, rootdir_sectors;
int debug;
unsigned int media;
long error;
char buf[50];

/*
 * GFP_KERNEL is ok here, because while we do hold the
 * supeblock lock, memory pressure can't call back into
 * the filesystem, since we're only just about to mount
 * it and have no inodes etc active!
 */
sbi = kzalloc(sizeof(struct msdos_sb_info), GFP_KERNEL);
if (!sbi)
        return -ENOMEM;
sb->s_fs_info = sbi;

sb->s_flags |= MS_NODIRATIME;
sb->s_magic = MSDOS_SUPER_MAGIC;
sb->s_op = &fat_sops;
sb->s_export_op = &fat_export_ops;
sbi->dir_ops = fs_dir_inode_ops;

error = parse_options(data, isvfat, silent, &debug, &sbi->options);
if (error)
        goto out_fail;

error = -EIO;
sb_min_blocksize(sb, 512);
bh = sb_bread(sb, 0);
if (bh == NULL) {
        printk(KERN_ERR "FAT: unable to read boot sector\n");
        goto out_fail;
}

b = (struct fat_boot_sector *) bh->b_data;
if (!b->reserved) {
        if (!silent)
                printk(KERN_ERR "FAT: bogus number of reserved sectors\n");
        brelse(bh);
        goto out_invalid;
}
if (!b->fats) {
        if (!silent)
                printk(KERN_ERR "FAT: bogus number of FAT structure\n");
        brelse(bh);
        goto out_invalid;
}

/*
 * Earlier we checked here that b->secs_track and b->head are nonzero,
 * but it turns out valid FAT filesystems can have zero there.
 */

media = b->media;
if (!fat_valid_media(media)) {
        if (!silent)
                printk(KERN_ERR "FAT: invalid media value (0x%02x)\n",
                        media);
        brelse(bh);
        goto out_invalid;
```

```
        }
        logical_sector_size = get_unaligned_le16(&b->sector_size);
        if (!is_power_of_2(logical_sector_size)
                || (logical_sector_size < 512)
                || (logical_sector_size > 4096)) {
                if (!silent)
                        printk(KERN_ERR "FAT: bogus logical sector size %u\n",
                               logical_sector_size);
                brelse(bh);
                goto out_invalid;
        }
        sbi->sec_per_clus = b->sec_per_clus;
        if (!is_power_of_2(sbi->sec_per_clus)) {
                if (!silent)
                        printk(KERN_ERR "FAT: bogus sectors per cluster %u\n",
                               sbi->sec_per_clus);
                brelse(bh);
                goto out_invalid;
        }

        if (logical_sector_size < sb->s_blocksize) {
                printk(KERN_ERR "FAT: logical sector size too small for device"
                       " (logical sector size = %u)\n", logical_sector_size);
                brelse(bh);
                goto out_fail;
        }
        if (logical_sector_size > sb->s_blocksize) {
                brelse(bh);

                if (!sb_set_blocksize(sb, logical_sector_size)) {
                        printk(KERN_ERR "FAT: unable to set blocksize %u\n",
                               logical_sector_size);
                        goto out_fail;
                }
                bh = sb_bread(sb, 0);
                if (bh == NULL) {
                        printk(KERN_ERR "FAT: unable to read boot sector"
                               " (logical sector size = %lu)\n",
                               sb->s_blocksize);
                        goto out_fail;
                }
                b = (struct fat_boot_sector *) bh->b_data;
        }

        sbi->cluster_size = sb->s_blocksize * sbi->sec_per_clus;
        sbi->cluster_bits = ffs(sbi->cluster_size) - 1;
        sbi->fats = b->fats;
        sbi->fat_bits = 0;              /* Don't know yet */
        sbi->fat_start = le16_to_cpu(b->reserved);
        sbi->fat_length = le16_to_cpu(b->fat_length);
        sbi->root_cluster = 0;
        sbi->free_clusters = -1;        /* Don't know yet */
        sbi->free_clus_valid = 0;
        sbi->prev_free = FAT_START_ENT;

        if (!sbi->fat_length && b->fat32_length) {
                struct fat_boot_fsinfo *fsinfo;
                struct buffer_head *fsinfo_bh;

                /* Must be FAT32 */
                sbi->fat_bits = 32;
```

```
            sbi->fat_length = le32_to_cpu(b->fat32_length);
            sbi->root_cluster = le32_to_cpu(b->root_cluster);

            sb->s_maxbytes = 0xffffffff;

            /* MC - if info_sector is 0, don't multiply by 0 */
            sbi->fsinfo_sector = le16_to_cpu(b->info_sector);
            if (sbi->fsinfo_sector == 0)
                    sbi->fsinfo_sector = 1;

            fsinfo_bh = sb_bread(sb, sbi->fsinfo_sector);
            if (fsinfo_bh == NULL) {
                    printk(KERN_ERR "FAT: bread failed, FSINFO block"
                            " (sector = %lu)\n", sbi->fsinfo_sector);
                    brelse(bh);
                    goto out_fail;
            }

            bsx = (struct fat_boot_bsx *)(bh->b_data + FAT32_BSX_OFFSET);

            fsinfo = (struct fat_boot_fsinfo *)fsinfo_bh->b_data;
            if (!IS_FSINFO(fsinfo)) {
                    printk(KERN_WARNING "FAT: Invalid FSINFO signature: "
                            "0x%08x, 0x%08x (sector = %lu)\n",
                            le32_to_cpu(fsinfo->signature1),
                            le32_to_cpu(fsinfo->signature2),
                            sbi->fsinfo_sector);
            } else {
                    if (sbi->options.usefree)
                            sbi->free_clus_valid = 1;
                    sbi->free_clusters = le32_to_cpu(fsinfo->free_clusters);
                    sbi->prev_free = le32_to_cpu(fsinfo->next_cluster);
            }

            brelse(fsinfo_bh);
    } else {
            bsx = (struct fat_boot_bsx *)(bh->b_data + FAT16_BSX_OFFSET);
    }

    /* interpret volume ID as a little endian 32 bit integer */
    sbi->vol_id = (((u32)bsx->vol_id[0]) | ((u32)bsx->vol_id[1] << 8) |
            ((u32)bsx->vol_id[2] << 16) | ((u32)bsx->vol_id[3] << 24));

    sbi->dir_per_block = sb->s_blocksize / sizeof(struct msdos_dir_entry);
    sbi->dir_per_block_bits = ffs(sbi->dir_per_block) - 1;

    sbi->dir_start = sbi->fat_start + sbi->fats * sbi->fat_length;
    sbi->dir_entries = get_unaligned_le16(&b->dir_entries);
    if (sbi->dir_entries & (sbi->dir_per_block - 1)) {
            if (!silent)
                    printk(KERN_ERR "FAT: bogus directroy-entries per block"
                            " (%u)\n", sbi->dir_entries);
            brelse(bh);
            goto out_invalid;
    }

    rootdir_sectors = sbi->dir_entries
            * sizeof(struct msdos_dir_entry) / sb->s_blocksize;
    sbi->data_start = sbi->dir_start + rootdir_sectors;
    total_sectors = get_unaligned_le16(&b->sectors);
    if (total_sectors == 0)
```

```
                total_sectors = le32_to_cpu(b->total_sect);

        total_clusters = (total_sectors - sbi->data_start) / sbi->sec_per_clus;

        if (sbi->fat_bits != 32)
                sbi->fat_bits = (total_clusters > MAX_FAT12) ? 16 : 12;

        /* check that FAT table does not overflow */
        fat_clusters = sbi->fat_length * sb->s_blocksize * 8 / sbi->fat_bits;
        total_clusters = min(total_clusters, fat_clusters - FAT_START_ENT);
        if (total_clusters > MAX_FAT(sb)) {
                if (!silent)
                        printk(KERN_ERR "FAT: count of clusters too big (%u)\n",
                                total_clusters);
                brelse(bh);
                goto out_invalid;
        }

        sbi->max_cluster = total_clusters + FAT_START_ENT;
        /* check the free_clusters, it's not necessarily correct */
        if (sbi->free_clusters != -1 && sbi->free_clusters > total_clusters)
                sbi->free_clusters = -1;
        /* check the prev_free, it's not necessarily correct */
        sbi->prev_free %= sbi->max_cluster;
        if (sbi->prev_free < FAT_START_ENT)
                sbi->prev_free = FAT_START_ENT;

        brelse(bh);

        /* set up enough so that it can read an inode */
        fat_hash_init(sb);
        fat_ent_access_init(sb);

        /*
         * The low byte of FAT's first entry must have same value with
         * media-field.  But in real world, too many devices is
         * writing wrong value.  So, removed that validity check.
         *
         * if (FAT_FIRST_ENT(sb, media) != first)
         */

        error = -EINVAL;
        sprintf(buf, "cp%d", sbi->options.codepage);
        sbi->nls_disk = load_nls(buf);
        if (!sbi->nls_disk) {
                printk(KERN_ERR "FAT: codepage %s not found\n", buf);
                goto out_fail;
        }

        /* FIXME: utf8 is using iocharset for upper/lower conversion */
        if (sbi->options.isvfat) {
                sbi->nls_io = load_nls(sbi->options.iocharset);
                if (!sbi->nls_io) {
                        printk(KERN_ERR "FAT: IO charset %s not found\n",
                                sbi->options.iocharset);
                        goto out_fail;
                }
        }

        error = -ENOMEM;
        fat_inode = new_inode(sb);
```

```
        if (!fat_inode)
                goto out_fail;
        MSDOS_I(fat_inode)->i_pos = 0;
        sbi->fat_inode = fat_inode;
        root_inode = new_inode(sb);
        if (!root_inode)
                goto out_fail;
        root_inode->i_ino = MSDOS_ROOT_INO;
        root_inode->i_version = 1;
        error = fat_read_root(root_inode);
        if (error < 0)
                goto out_fail;
        error = -ENOMEM;
        insert_inode_hash(root_inode);
        sb->s_root = d_alloc_root(root_inode);
        if (!sb->s_root) {
                printk(KERN_ERR "FAT: get root inode failed\n");
                goto out_fail;
        }

        return 0;

out_invalid:
        error = -EINVAL;
        if (!silent)
                printk(KERN_INFO "VFS: Can't find a valid FAT filesystem"
                        " on dev %s.\n", sb->s_id);

out_fail:
        if (fat_inode)
                iput(fat_inode);
        if (root_inode)
                iput(root_inode);
        if (sbi->nls_io)
                unload_nls(sbi->nls_io);
        if (sbi->nls_disk)
                unload_nls(sbi->nls_disk);
        if (sbi->options.iocharset != fat_default_iocharset)
                kfree(sbi->options.iocharset);
        sb->s_fs_info = NULL;
        kfree(sbi);
        return error;
}

EXPORT_SYMBOL_GPL(fat_fill_super);

/*
 * helper function for fat_flush_inodes.  This writes both the inode
 * and the file data blocks, waiting for in flight data blocks before
 * the start of the call.  It does not wait for any io started
 * during the call
 */
static int writeback_inode(struct inode *inode)
{

        int ret;
        struct address_space *mapping = inode->i_mapping;
        struct writeback_control wbc = {
                .sync_mode = WB_SYNC_NONE,
                .nr_to_write = 0,
        };
```

0116

```
        /* if we used WB_SYNC_ALL, sync_inode waits for the io for the
         * inode to finish.  So WB_SYNC_NONE is sent down to sync_inode
         * and filemap_fdatawrite is used for the data blocks
         */
        ret = sync_inode(inode, &wbc);
        if (!ret)
                ret = filemap_fdatawrite(mapping);
        return ret;
}

/*
 * write data and metadata corresponding to i1 and i2.  The io is
 * started but we do not wait for any of it to finish.
 *
 * filemap_flush is used for the block device, so if there is a dirty
 * page for a block already in flight, we will not wait and start the
 * io over again
 */
int fat_flush_inodes(struct super_block *sb, struct inode *i1, struct inode *i2)
{
        int ret = 0;
        if (!MSDOS_SB(sb)->options.flush)
                return 0;
        if (i1)
                ret = writeback_inode(i1);
        if (!ret && i2)
                ret = writeback_inode(i2);
        if (!ret) {
                struct address_space *mapping = sb->s_bdev->bd_inode->i_mapping;
                ret = filemap_flush(mapping);
        }
        return ret;
}
EXPORT_SYMBOL_GPL(fat_flush_inodes);

static int __init init_fat_fs(void)
{
        int err;

        err = fat_cache_init();
        if (err)
                return err;

        err = fat_init_inodecache();
        if (err)
                goto failed;

        return 0;

failed:
        fat_cache_destroy();
        return err;
}

static void __exit exit_fat_fs(void)
{
        fat_cache_destroy();
        fat_destroy_inodecache();
}

module_init(init_fat_fs)
```

0117

```
module_exit(exit_fat_fs)

MODULE_LICENSE("GPL");
```

ATTACHMENT F

```
/*
 *  linux/fs/fat/dir.c
 *
 *  directory handling functions for fat-based filesystems
 *
 *  Written 1992,1993 by Werner Almesberger
 *
 *  Hidden files 1995 by Albert Cahalan <albert@ccs.neu.edu> <adc@coe.neu.edu>
 *
 *  VFAT extensions by Gordon Chaffee <chaffee@plateau.cs.berkeley.edu>
 *  Merged with msdos fs by Henrik Storner <storner@osiris.ping.dk>
 *  Rewritten for constant inumbers. Plugged buffer overrun in readdir(). AV
 *  Short name translation 1999, 2001 by Wolfram Pienkoss <wp@bszh.de>
 */

#include <linux/module.h>
#include <linux/slab.h>
#include <linux/time.h>
#include <linux/buffer_head.h>
#include <linux/compat.h>
#include <asm/uaccess.h>
#include "fat.h"

/*
 * Maximum buffer size of short name.
 * [(MSDOS_NAME + '.') * max one char + nul]
 * For msdos style, ['.' (hidden) + MSDOS_NAME + '.' + nul]
 */
#define FAT_MAX_SHORT_SIZE      ((MSDOS_NAME + 1) * NLS_MAX_CHARSET_SIZE + 1)
/*
 * Maximum buffer size of unicode chars from slots.
 * [(max longname slots * 13 (size in a slot) + nul) * sizeof(wchar_t)]
 */
#define FAT_MAX_UNI_CHARS       ((MSDOS_SLOTS - 1) * 13 + 1)
#define FAT_MAX_UNI_SIZE        (FAT_MAX_UNI_CHARS * sizeof(wchar_t))

static inline loff_t fat_make_i_pos(struct super_block *sb,
                                    struct buffer_head *bh,
                                    struct msdos_dir_entry *de)
{
        return ((loff_t)bh->b_blocknr << MSDOS_SB(sb)->dir_per_block_bits)
                | (de - (struct msdos_dir_entry *)bh->b_data);
}

static inline void fat_dir_readahead(struct inode *dir, sector_t iblock,
                                     sector_t phys)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh;
        int sec;

        /* This is not a first sector of cluster, or sec_per_clus == 1 */
        if ((iblock & (sbi->sec_per_clus - 1)) || sbi->sec_per_clus == 1)
                return;
        /* root dir of FAT12/FAT16 */
        if ((sbi->fat_bits != 32) && (dir->i_ino == MSDOS_ROOT_INO))
                return;

        bh = sb_find_get_block(sb, phys);
        if (bh == NULL || !buffer_uptodate(bh)) {
                for (sec = 0; sec < sbi->sec_per_clus; sec++)
                        sb_breadahead(sb, phys + sec);
        }
        brelse(bh);
}

/* Returns the inode number of the directory entry at offset pos. If bh is
   non-NULL, it is brelse'd before. Pos is incremented. The buffer header is
   returned in bh.
   AV. Most often we do it item-by-item. Makes sense to optimize.
   AV. OK, there we go: if both bh and de are non-NULL we assume that we just
   AV. want the next entry (took one explicit de=NULL in vfat/namei.c).
   AV. It's done in fat_get_entry() (inlined), here the slow case lives.
```

0120

```
   AV. Additionally, when we return -1 (i.e. reached the end of directory)
   AV. we make bh NULL.
 */
static int fat__get_entry(struct inode *dir, loff_t *pos,
                          struct buffer_head **bh, struct msdos_dir_entry **de)
{
        struct super_block *sb = dir->i_sb;
        sector_t phys, iblock;
        unsigned long mapped_blocks;
        int err, offset;

next:
        if (*bh)
                brelse(*bh);

        *bh = NULL;
        iblock = *pos >> sb->s_blocksize_bits;
        err = fat_bmap(dir, iblock, &phys, &mapped_blocks, 0);
        if (err || !phys)
                return -1;       /* beyond EOF or error */

        fat_dir_readahead(dir, iblock, phys);

        *bh = sb_bread(sb, phys);
        if (*bh == NULL) {
                printk(KERN_ERR "FAT: Directory bread(block %llu) failed\n",
                       (llu)phys);
                /* skip this block */
                *pos = (iblock + 1) << sb->s_blocksize_bits;
                goto next;
        }

        offset = *pos & (sb->s_blocksize - 1);
        *pos += sizeof(struct msdos_dir_entry);
        *de = (struct msdos_dir_entry *)((*bh)->b_data + offset);

        return 0;
}

static inline int fat_get_entry(struct inode *dir, loff_t *pos,
                                struct buffer_head **bh,
                                struct msdos_dir_entry **de)
{
        /* Fast stuff first */
        if (*bh && *de &&
            (*de - (struct msdos_dir_entry *)(*bh)->b_data) < MSDOS_SB(dir->i_sb)->dir_per_block - 1) {
                *pos += sizeof(struct msdos_dir_entry);
                (*de)++;
                return 0;
        }
        return fat__get_entry(dir, pos, bh, de);
}

/*
 * Convert Unicode 16 to UTF-8, translated Unicode, or ASCII.
 * If uni_xlate is enabled and we can't get a 1:1 conversion, use a
 * colon as an escape character since it is normally invalid on the vfat
 * filesystem. The following four characters are the hexadecimal digits
 * of Unicode value. This lets us do a full dump and restore of Unicode
 * filenames. We could get into some trouble with long Unicode names,
 * but ignore that right now.
 * Ahem... Stack smashing in ring 0 isn't fun. Fixed.
 */
static int uni16_to_x8(unsigned char *ascii, const wchar_t *uni, int len,
                       int uni_xlate, struct nls_table *nls)
{
        const wchar_t *ip;
        wchar_t ec;
        unsigned char *op, nc;
        int charlen;
        int k;

        ip = uni;
        op = ascii;
```

0121

```
        while (*ip && ((len - NLS_MAX_CHARSET_SIZE) > 0)) {
                ec = *ip++;
                if ( (charlen = nls->uni2char(ec, op, NLS_MAX_CHARSET_SIZE)) > 0) {
                        op += charlen;
                        len -= charlen;
                } else {
                        if (uni_xlate == 1) {
                                *op = ':';
                                for (k = 4; k > 0; k--) {
                                        nc = ec & 0xF;
                                        op[k] = nc > 9  ? nc + ('a' - 10)
                                                        : nc + '0';
                                        ec >>= 4;
                                }
                                op += 5;
                                len -= 5;
                        } else {
                                *op++ = '?';
                                len--;
                        }
                }
        }

        if (unlikely(*ip)) {
                printk(KERN_WARNING "FAT: filename was truncated while "
                        "converting.");
        }

        *op = 0;
        return (op - ascii);
}

static inline int fat_uni_to_x8(struct msdos_sb_info *sbi, const wchar_t *uni,
                               unsigned char *buf, int size)
{
        if (sbi->options.utf8)
                return utf16s_to_utf8s(uni, FAT_MAX_UNI_CHARS,
                                UTF16_HOST_ENDIAN, buf, size);
        else
                return uni16_to_x8(buf, uni, size, sbi->options.unicode_xlate,
                                sbi->nls_io);
}

static inline int
fat_short2uni(struct nls_table *t, unsigned char *c, int clen, wchar_t *uni)
{
        int charlen;

        charlen = t->char2uni(c, clen, uni);
        if (charlen < 0) {
                *uni = 0x003f;  /* a question mark */
                charlen = 1;
        }
        return charlen;
}

static inline int
fat_short2lower_uni(struct nls_table *t, unsigned char *c, int clen, wchar_t *uni)
{
        int charlen;
        wchar_t wc;

        charlen = t->char2uni(c, clen, &wc);
        if (charlen < 0) {
                *uni = 0x003f;  /* a question mark */
                charlen = 1;
        } else if (charlen <= 1) {
                unsigned char nc = t->charset2lower[*c];

                if (!nc)
                        nc = *c;

                if ( (charlen = t->char2uni(&nc, 1, uni)) < 0) {
```

```
                        *uni = 0x003f;  /* a question mark */
                        charlen = 1;
                }
        } else
                *uni = wc;

        return charlen;
}

static inline int
fat_shortname2uni(struct nls_table *nls, unsigned char *buf, int buf_size,
                  wchar_t *uni_buf, unsigned short opt, int lower)
{
        int len = 0;

        if (opt & VFAT_SFN_DISPLAY_LOWER)
                len = fat_short2lower_uni(nls, buf, buf_size, uni_buf);
        else if (opt & VFAT_SFN_DISPLAY_WIN95)
                len = fat_short2uni(nls, buf, buf_size, uni_buf);
        else if (opt & VFAT_SFN_DISPLAY_WINNT) {
                if (lower)
                        len = fat_short2lower_uni(nls, buf, buf_size, uni_buf);
                else
                        len = fat_short2uni(nls, buf, buf_size, uni_buf);
        } else
                len = fat_short2uni(nls, buf, buf_size, uni_buf);

        return len;
}

static inline int fat_name_match(struct msdos_sb_info *sbi,
                                 const unsigned char *a, int a_len,
                                 const unsigned char *b, int b_len)
{
        if (a_len != b_len)
                return 0;

        if (sbi->options.name_check != 's')
                return !nls_strnicmp(sbi->nls_io, a, b, a_len);
        else
                return !memcmp(a, b, a_len);
}

enum { PARSE_INVALID = 1, PARSE_NOT_LONGNAME, PARSE_EOF, };

/**
 * fat_parse_long - Parse extended directory entry.
 *
 * This function returns zero on success, negative value on error, or one of
 * the following:
 *
 * %PARSE_INVALID - Directory entry is invalid.
 * %PARSE_NOT_LONGNAME - Directory entry does not contain longname.
 * %PARSE_EOF - Directory has no more entries.
 */
static int fat_parse_long(struct inode *dir, loff_t *pos,
                          struct buffer_head **bh, struct msdos_dir_entry **de,
                          wchar_t **unicode, unsigned char *nr_slots)
{
        struct msdos_dir_slot *ds;
        unsigned char id, slot, slots, alias_checksum;

        if (!*unicode) {
                *unicode = __getname();
                if (!*unicode) {
                        brelse(*bh);
                        return -ENOMEM;
                }
        }
parse_long:
        slots = 0;
        ds = (struct msdos_dir_slot *)*de;
        id = ds->id;
        if (!(id & 0x40))
```

```
                return PARSE_INVALID;
        slots = id & ~0x40;
        if (slots > 20 || !slots)        /* ceil(256 * 2 / 26) */
                return PARSE_INVALID;
        *nr_slots = slots;
        alias_checksum = ds->alias_checksum;

        slot = slots;
        while (1) {
                int offset;

                slot--;
                offset = slot * 13;
                fat16_towchar(*unicode + offset, ds->name0_4, 5);
                fat16_towchar(*unicode + offset + 5, ds->name5_10, 6);
                fat16_towchar(*unicode + offset + 11, ds->name11_12, 2);

                if (ds->id & 0x40)
                        (*unicode)[offset + 13] = 0;
                if (fat_get_entry(dir, pos, bh, de) < 0)
                        return PARSE_EOF;
                if (slot == 0)
                        break;
                ds = (struct msdos_dir_slot *)*de;
                if (ds->attr != ATTR_EXT)
                        return PARSE_NOT_LONGNAME;
                if ((ds->id & ~0x40) != slot)
                        goto parse_long;
                if (ds->alias_checksum != alias_checksum)
                        goto parse_long;
        }
        if ((*de)->name[0] == DELETED_FLAG)
                return PARSE_INVALID;
        if ((*de)->attr == ATTR_EXT)
                goto parse_long;
        if (IS_FREE((*de)->name) || ((*de)->attr & ATTR_VOLUME))
                return PARSE_INVALID;
        if (fat_checksum((*de)->name) != alias_checksum)
                *nr_slots = 0;

        return 0;
}

/*
 * Return values: negative -> error, 0 -> not found, positive -> found,
 * value is the total amount of slots, including the shortname entry.
 */
int fat_search_long(struct inode *inode, const unsigned char *name,
                    int name_len, struct fat_slot_info *sinfo)
{
        struct super_block *sb = inode->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh = NULL;
        struct msdos_dir_entry *de;
        struct nls_table *nls_disk = sbi->nls_disk;
        unsigned char nr_slots;
        wchar_t bufuname[14];
        wchar_t *unicode = NULL;
        unsigned char work[MSDOS_NAME];
        unsigned char bufname[FAT_MAX_SHORT_SIZE];
        unsigned short opt_shortname = sbi->options.shortname;
        loff_t cpos = 0;
        int chl, i, j, last_u, err, len;

        err = -ENOENT;
        while (1) {
                        if (fat_get_entry(inode, &cpos, &bh, &de) == -1)
                                goto end_of_dir;
parse_record:
                nr_slots = 0;
                if (de->name[0] == DELETED_FLAG)
                        continue;
                if (de->attr != ATTR_EXT && (de->attr & ATTR_VOLUME))
                        continue;
```

```
                        if (de->attr != ATTR_EXT && IS_FREE(de->name))
                                continue;
                        if (de->attr == ATTR_EXT) {
                                int status = fat_parse_long(inode, &cpos, &bh, &de,
                                                        &unicode, &nr_slots);
                                if (status < 0) {
                                        err = status;
                                        goto end_of_dir;
                                } else if (status == PARSE_INVALID)
                                        continue;
                                else if (status == PARSE_NOT_LONGNAME)
                                        goto parse_record;
                                else if (status == PARSE_EOF)
                                        goto end_of_dir;
                        }

                        memcpy(work, de->name, sizeof(de->name));
                        /* see namei.c, msdos_format_name */
                        if (work[0] == 0x05)
                                work[0] = 0xE5;
                        for (i = 0, j = 0, last_u = 0; i < 8;) {
                                if (!work[i])
                                        break;
                                chl = fat_shortname2uni(nls_disk, &work[i], 8 - i,
                                                        &bufuname[j++], opt_shortname,
                                                        de->lcase & CASE_LOWER_BASE);
                                if (chl <= 1) {
                                        if (work[i] != ' ')
                                                last_u = j;
                                } else {
                                        last_u = j;
                                }
                                i += chl;
                        }
                        j = last_u;
                        fat_short2uni(nls_disk, ".", 1, &bufuname[j++]);
                        for (i = 8; i < MSDOS_NAME;) {
                                if (!work[i])
                                        break;
                                chl = fat_shortname2uni(nls_disk, &work[i],
                                                        MSDOS_NAME - i,
                                                        &bufuname[j++], opt_shortname,
                                                        de->lcase & CASE_LOWER_EXT);
                                if (chl <= 1) {
                                        if (work[i] != ' ')
                                                last_u = j;
                                } else {
                                        last_u = j;
                                }
                                i += chl;
                        }
                        if (!last_u)
                                continue;

                        /* Compare shortname */
                        bufuname[last_u] = 0x0000;
                        len = fat_uni_to_x8(sbi, bufuname, bufname, sizeof(bufname));
                        if (fat_name_match(sbi, name, name_len, bufname, len))
                                goto found;

                        if (nr_slots) {
                                void *longname = unicode + FAT_MAX_UNI_CHARS;
                                int size = PATH_MAX - FAT_MAX_UNI_SIZE;

                                /* Compare longname */
                                len = fat_uni_to_x8(sbi, unicode, longname, size);
                                if (fat_name_match(sbi, name, name_len, longname, len))
                                        goto found;
                        }
                }

found:
        nr_slots++;     /* include the de */
        sinfo->slot_off = cpos - nr_slots * sizeof(*de);
```

0125

```
        sinfo->nr_slots = nr_slots;
        sinfo->de = de;
        sinfo->bh = bh;
        sinfo->i_pos = fat_make_i_pos(sb, sinfo->bh, sinfo->de);
        err = 0;
end_of_dir:
        if (unicode)
                __putname(unicode);

        return err;
}

EXPORT_SYMBOL_GPL(fat_search_long);

struct fat_ioctl_filldir_callback {
        void __user *dirent;
        int result;
        /* for dir ioctl */
        const char *longname;
        int long_len;
        const char *shortname;
        int short_len;
};

static int __fat_readdir(struct inode *inode, struct file *filp, void *dirent,
                         filldir_t filldir, int short_only, int both)
{
        struct super_block *sb = inode->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh;
        struct msdos_dir_entry *de;
        struct nls_table *nls_disk = sbi->nls_disk;
        unsigned char nr_slots;
        wchar_t bufuname[14];
        wchar_t *unicode = NULL;
        unsigned char c, work[MSDOS_NAME];
        unsigned char bufname[FAT_MAX_SHORT_SIZE], *ptname = bufname;
        unsigned short opt_shortname = sbi->options.shortname;
        int isvfat = sbi->options.isvfat;
        int nocase = sbi->options.nocase;
        const char *fill_name = NULL;
        unsigned long inum;
        unsigned long lpos, dummy, *furrfu = &lpos;
        loff_t cpos;
        int chi, chl, i, i2, j, last, last_u, dotoffset = 0, fill_len = 0;
        int ret = 0;

        lock_super(sb);

        cpos = filp->f_pos;
        /* Fake . and .. for the root directory. */
        if (inode->i_ino == MSDOS_ROOT_INO) {
                while (cpos < 2) {
                        if (filldir(dirent, "..", cpos+1, cpos, MSDOS_ROOT_INO, DT_DIR) < 0)
                                goto out;
                        cpos++;
                        filp->f_pos++;
                }
                if (cpos == 2) {
                        dummy = 2;
                        furrfu = &dummy;
                        cpos = 0;
                }
        }
        if (cpos & (sizeof(struct msdos_dir_entry) - 1)) {
                ret = -ENOENT;
                goto out;
        }

        bh = NULL;
get_new:
        if (fat_get_entry(inode, &cpos, &bh, &de) == -1)
                goto end_of_dir;
parse_record:
```

0126

```
        nr_slots = 0;
        /*
         * Check for long filename entry, but if short_only, we don't
         * need to parse long filename.
         */
        if (isvfat && !short_only) {
                if (de->name[0] == DELETED_FLAG)
                        goto record_end;
                if (de->attr != ATTR_EXT && (de->attr & ATTR_VOLUME))
                        goto record_end;
                if (de->attr != ATTR_EXT && IS_FREE(de->name))
                        goto record_end;
        } else {
                if ((de->attr & ATTR_VOLUME) || IS_FREE(de->name))
                        goto record_end;
        }

        if (isvfat && de->attr == ATTR_EXT) {
                int status = fat_parse_long(inode, &cpos, &bh, &de,
                                            &unicode, &nr_slots);
                if (status < 0) {
                        filp->f_pos = cpos;
                        ret = status;
                        goto out;
                } else if (status == PARSE_INVALID)
                        goto record_end;
                else if (status == PARSE_NOT_LONGNAME)
                        goto parse_record;
                else if (status == PARSE_EOF)
                        goto end_of_dir;

                if (nr_slots) {
                        void *longname = unicode + FAT_MAX_UNI_CHARS;
                        int size = PATH_MAX - FAT_MAX_UNI_SIZE;
                        int len = fat_uni_to_x8(sbi, unicode, longname, size);

                        fill_name = longname;
                        fill_len = len;
                        /* !both && !short_only, so we don't need shortname. */
                        if (!both)
                                goto start_filldir;
                }
        }

        if (sbi->options.dotsOK) {
                ptname = bufname;
                dotoffset = 0;
                if (de->attr & ATTR_HIDDEN) {
                        *ptname++ = '.';
                        dotoffset = 1;
                }
        }

        memcpy(work, de->name, sizeof(de->name));
        /* see namei.c, msdos_format_name */
        if (work[0] == 0x05)
                work[0] = 0xE5;
        for (i = 0, j = 0, last = 0, last_u = 0; i < 8;) {
                if (!(c = work[i]))
                        break;
                chl = fat_shortname2uni(nls_disk, &work[i], 8 - i,
                                        &bufuname[j++], opt_shortname,
                                        de->lcase & CASE_LOWER_BASE);
                if (chl <= 1) {
                        ptname[i++] = (!nocase && c>='A' && c<='Z') ? c+32 : c;
                        if (c != ' ') {
                                last = i;
                                last_u = j;
                        }
                } else {
                        last_u = j;
                        for (chi = 0; chi < chl && i < 8; chi++) {
                                ptname[i] = work[i];
                                i++; last = i;
```

```
                                }
                        }
                }
                i = last;
                j = last_u;
                fat_short2uni(nls_disk, ".", 1, &bufuname[j++]);
                ptname[i++] = '.';
                for (i2 = 8; i2 < MSDOS_NAME;) {
                        if (!(c = work[i2]))
                                break;
                        chl = fat_shortname2uni(nls_disk, &work[i2], MSDOS_NAME - i2,
                                                &bufuname[j++], opt_shortname,
                                                de->lcase & CASE_LOWER_EXT);
                        if (chl <= 1) {
                                i2++;
                                ptname[i++] = (!nocase && c>='A' && c<='Z') ? c+32 : c;
                                if (c != ' ') {
                                        last = i;
                                        last_u = j;
                                }
                        } else {
                                last_u = j;
                                for (chi = 0; chi < chl && i2 < MSDOS_NAME; chi++) {
                                        ptname[i++] = work[i2++];
                                        last = i;
                                }
                        }
                }
                if (!last)
                        goto record_end;

                i = last + dotoffset;
                j = last_u;

                if (isvfat) {
                        bufuname[j] = 0x0000;
                        i = fat_uni_to_x8(sbi, bufuname, bufname, sizeof(bufname));
                }
                if (nr_slots) {
                        /* hack for fat_ioctl_filldir() */
                        struct fat_ioctl_filldir_callback *p = dirent;

                        p->longname = fill_name;
                        p->long_len = fill_len;
                        p->shortname = bufname;
                        p->short_len = i;
                        fill_name = NULL;
                        fill_len = 0;
                } else {
                        fill_name = bufname;
                        fill_len = i;
                }

start_filldir:
        lpos = cpos - (nr_slots + 1) * sizeof(struct msdos_dir_entry);
        if (!memcmp(de->name, MSDOS_DOT, MSDOS_NAME))
                inum = inode->i_ino;
        else if (!memcmp(de->name, MSDOS_DOTDOT, MSDOS_NAME)) {
                inum = parent_ino(filp->f_path.dentry);
        } else {
                loff_t i_pos = fat_make_i_pos(sb, bh, de);
                struct inode *tmp = fat_iget(sb, i_pos);
                if (tmp) {
                        inum = tmp->i_ino;
                        iput(tmp);
                } else
                        inum = iunique(sb, MSDOS_ROOT_INO);
        }

        if (filldir(dirent, fill_name, fill_len, *furrfu, inum,
                    (de->attr & ATTR_DIR) ? DT_DIR : DT_REG) < 0)
                goto fill_failed;

record_end:
```

0128

```
        furrfu = &lpos;
        filp->f_pos = cpos;
        goto get_new;
end_of_dir:
        filp->f_pos = cpos;
fill_failed:
        brelse(bh);
        if (unicode)
                __putname(unicode);
out:
        unlock_super(sb);
        return ret;
}

static int fat_readdir(struct file *filp, void *dirent, filldir_t filldir)
{
        struct inode *inode = filp->f_path.dentry->d_inode;
        return __fat_readdir(inode, filp, dirent, filldir, 0, 0);
}

#define FAT_IOCTL_FILLDIR_FUNC(func, dirent_type)                        \
static int func(void *__buf, const char *name, int name_len,            \
                        loff_t offset, u64 ino, unsigned int d_type)    \
{                                                                        \
        struct fat_ioctl_filldir_callback *buf = __buf;                 \
        struct dirent_type __user *d1 = buf->dirent;                    \
        struct dirent_type __user *d2 = d1 + 1;                         \
                                                                         \
        if (buf->result)                                                \
                return -EINVAL;                                          \
        buf->result++;                                                   \
                                                                         \
        if (name != NULL) {                                             \
                /* dirent has only short name */                        \
                if (name_len >= sizeof(d1->d_name))                     \
                        name_len = sizeof(d1->d_name) - 1;              \
                                                                         \
                if (put_user(0, d2->d_name)                        ||   \
                    put_user(0, &d2->d_reclen)                     ||   \
                    copy_to_user(d1->d_name, name, name_len)       ||   \
                    put_user(0, d1->d_name + name_len)             ||   \
                    put_user(name_len, &d1->d_reclen))                  \
                        goto efault;                                    \
        } else {                                                        \
                /* dirent has short and long name */                    \
                const char *longname = buf->longname;                   \
                int long_len = buf->long_len;                           \
                const char *shortname = buf->shortname;                 \
                int short_len = buf->short_len;                         \
                                                                         \
                if (long_len >= sizeof(d1->d_name))                     \
                        long_len = sizeof(d1->d_name) - 1;              \
                if (short_len >= sizeof(d1->d_name))                    \
                        short_len = sizeof(d1->d_name) - 1;             \
                                                                         \
                if (copy_to_user(d2->d_name, longname, long_len)  || \
                    put_user(0, d2->d_name + long_len)            || \
                    put_user(long_len, &d2->d_reclen)             || \
                    put_user(ino, &d2->d_ino)                     || \
                    put_user(offset, &d2->d_off)                  || \
                    copy_to_user(d1->d_name, shortname, short_len) || \
                    put_user(0, d1->d_name + short_len)           || \
                    put_user(short_len, &d1->d_reclen))                \
                        goto efault;                                    \
        }                                                                \
        return 0;                                                        \
efault:                                                                  \
        buf->result = -EFAULT;                                          \
        return -EFAULT;                                                 \
}

FAT_IOCTL_FILLDIR_FUNC(fat_ioctl_filldir, __fat_dirent)

static int fat_ioctl_readdir(struct inode *inode, struct file *filp,
```

```
                                void __user *dirent, filldir_t filldir,
                                int short_only, int both)
{
        struct fat_ioctl_filldir_callback buf;
        int ret;

        buf.dirent = dirent;
        buf.result = 0;
        mutex_lock(&inode->i_mutex);
        ret = -ENOENT;
        if (!IS_DEADDIR(inode)) {
                ret = __fat_readdir(inode, filp, &buf, filldir,
                                    short_only, both);
        }
        mutex_unlock(&inode->i_mutex);
        if (ret >= 0)
                ret = buf.result;
        return ret;
}


static int fat_ioctl_volume_id(struct inode *dir)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        return sbi->vol_id;
}

static int fat_dir_ioctl(struct inode *inode, struct file *filp,
                         unsigned int cmd, unsigned long arg)
{
        struct __fat_dirent __user *d1 = (struct __fat_dirent __user *)arg;
        int short_only, both;

        switch (cmd) {
        case VFAT_IOCTL_READDIR_SHORT:
                short_only = 1;
                both = 0;
                break;
        case VFAT_IOCTL_READDIR_BOTH:
                short_only = 0;
                both = 1;
                break;
        case VFAT_IOCTL_GET_VOLUME_ID:
                return fat_ioctl_volume_id(inode);
        default:
                return fat_generic_ioctl(inode, filp, cmd, arg);
        }

        if (!access_ok(VERIFY_WRITE, d1, sizeof(struct __fat_dirent[2])))
                return -EFAULT;
        /*
         * Yes, we don't need this put_user() absolutely. However old
         * code didn't return the right value. So, app use this value,
         * in order to check whether it is EOF.
         */
        if (put_user(0, &d1->d_reclen))
                return -EFAULT;

        return fat_ioctl_readdir(inode, filp, d1, fat_ioctl_filldir,
                                 short_only, both);
}


#ifdef CONFIG_COMPAT
#define VFAT_IOCTL_READDIR_BOTH32       _IOR('r', 1, struct compat_dirent[2])
#define VFAT_IOCTL_READDIR_SHORT32      _IOR('r', 2, struct compat_dirent[2])

FAT_IOCTL_FILLDIR_FUNC(fat_compat_ioctl_filldir, compat_dirent)

static long fat_compat_dir_ioctl(struct file *filp, unsigned cmd,
                                 unsigned long arg)
{
        struct inode *inode = filp->f_path.dentry->d_inode;
        struct compat_dirent __user *d1 = compat_ptr(arg);
        int short_only, both;
```

0130

```
        switch (cmd) {
        case VFAT_IOCTL_READDIR_SHORT32:
                short_only = 1;
                both = 0;
                break;
        case VFAT_IOCTL_READDIR_BOTH32:
                short_only = 0;
                both = 1;
                break;
        default:
                return -ENOIOCTLCMD;
        }

        if (!access_ok(VERIFY_WRITE, d1, sizeof(struct compat_dirent[2])))
                return -EFAULT;
        /*
         * Yes, we don't need this put_user() absolutely. However old
         * code didn't return the right value. So, app use this value,
         * in order to check whether it is EOF.
         */
        if (put_user(0, &d1->d_reclen))
                return -EFAULT;

        return fat_ioctl_readdir(inode, filp, d1, fat_compat_ioctl_filldir,
                                 short_only, both);
}
#endif /* CONFIG_COMPAT */

const struct file_operations fat_dir_operations = {
        .llseek         = generic_file_llseek,
        .read           = generic_read_dir,
        .readdir        = fat_readdir,
        .ioctl          = fat_dir_ioctl,
#ifdef CONFIG_COMPAT
        .compat_ioctl   = fat_compat_dir_ioctl,
#endif
        .fsync          = fat_file_fsync,
};

static int fat_get_short_entry(struct inode *dir, loff_t *pos,
                               struct buffer_head **bh,
                               struct msdos_dir_entry **de)
{
        while (fat_get_entry(dir, pos, bh, de) >= 0) {
                /* free entry or long name entry or volume label */
                if (!IS_FREE((*de)->name) && !((*de)->attr & ATTR_VOLUME))
                        return 0;
        }
        return -ENOENT;
}

/*
 * The ".." entry can not provide the "struct fat_slot_info" informations
 * for inode. So, this function provide the some informations only.
 */
int fat_get_dotdot_entry(struct inode *dir, struct buffer_head **bh,
                         struct msdos_dir_entry **de, loff_t *i_pos)
{
        loff_t offset;

        offset = 0;
        *bh = NULL;
        while (fat_get_short_entry(dir, &offset, bh, de) >= 0) {
                if (!strncmp((*de)->name, MSDOS_DOTDOT, MSDOS_NAME)) {
                        *i_pos = fat_make_i_pos(dir->i_sb, *bh, *de);
                        return 0;
                }
        }
        return -ENOENT;
}

EXPORT_SYMBOL_GPL(fat_get_dotdot_entry);
```

```
/* See if directory is empty */
int fat_dir_empty(struct inode *dir)
{
        struct buffer_head *bh;
        struct msdos_dir_entry *de;
        loff_t cpos;
        int result = 0;

        bh = NULL;
        cpos = 0;
        while (fat_get_short_entry(dir, &cpos, &bh, &de) >= 0) {
                if (strncmp(de->name, MSDOS_DOT    , MSDOS_NAME) &&
                    strncmp(de->name, MSDOS_DOTDOT, MSDOS_NAME)) {
                        result = -ENOTEMPTY;
                        break;
                }
        }
        brelse(bh);
        return result;
}

EXPORT_SYMBOL_GPL(fat_dir_empty);

/*
 * fat_subdirs counts the number of sub-directories of dir. It can be run
 * on directories being created.
 */
int fat_subdirs(struct inode *dir)
{
        struct buffer_head *bh;
        struct msdos_dir_entry *de;
        loff_t cpos;
        int count = 0;

        bh = NULL;
        cpos = 0;
        while (fat_get_short_entry(dir, &cpos, &bh, &de) >= 0) {
                if (de->attr & ATTR_DIR)
                        count++;
        }
        brelse(bh);
        return count;
}

/*
 * Scans a directory for a given file (name points to its formatted name).
 * Returns an error code or zero.
 */
int fat_scan(struct inode *dir, const unsigned char *name,
             struct fat_slot_info *sinfo)
{
        struct super_block *sb = dir->i_sb;

        sinfo->slot_off = 0;
        sinfo->bh = NULL;
        while (fat_get_short_entry(dir, &sinfo->slot_off, &sinfo->bh,
                                   &sinfo->de) >= 0) {
                if (!strncmp(sinfo->de->name, name, MSDOS_NAME)) {
                        sinfo->slot_off -= sizeof(*sinfo->de);
                        sinfo->nr_slots = 1;
                        sinfo->i_pos = fat_make_i_pos(sb, sinfo->bh, sinfo->de);
                        return 0;
                }
        }
        return -ENOENT;
}

EXPORT_SYMBOL_GPL(fat_scan);

static int __fat_remove_entries(struct inode *dir, loff_t pos, int nr_slots)
{
        struct super_block *sb = dir->i_sb;
        struct buffer_head *bh;
        struct msdos_dir_entry *de, *endp;
```

0132

```
        int err = 0, orig_slots;

        while (nr_slots) {
                bh = NULL;
                if (fat_get_entry(dir, &pos, &bh, &de) < 0) {
                        err = -EIO;
                        break;
                }

                orig_slots = nr_slots;
                endp = (struct msdos_dir_entry *)(bh->b_data + sb->s_blocksize);
                while (nr_slots && de < endp) {
                        de->name[0] = DELETED_FLAG;
                        de++;
                        nr_slots--;
                }
                mark_buffer_dirty_inode(bh, dir);
                if (IS_DIRSYNC(dir))
                        err = sync_dirty_buffer(bh);
                brelse(bh);
                if (err)
                        break;

                /* pos is *next* de's position, so this does `- sizeof(de)' */
                pos += ((orig_slots - nr_slots) * sizeof(*de)) - sizeof(*de);
        }

        return err;
}

int fat_remove_entries(struct inode *dir, struct fat_slot_info *sinfo)
{
        struct msdos_dir_entry *de;
        struct buffer_head *bh;
        int err = 0, nr_slots;

        /*
         * First stage: Remove the shortname. By this, the directory
         * entry is removed.
         */
        nr_slots = sinfo->nr_slots;
        de = sinfo->de;
        sinfo->de = NULL;
        bh = sinfo->bh;
        sinfo->bh = NULL;
        while (nr_slots && de >= (struct msdos_dir_entry *)bh->b_data) {
                de->name[0] = DELETED_FLAG;
                de--;
                nr_slots--;
        }
        mark_buffer_dirty_inode(bh, dir);
        if (IS_DIRSYNC(dir))
                err = sync_dirty_buffer(bh);
        brelse(bh);
        if (err)
                return err;
        dir->i_version++;

        if (nr_slots) {
                /*
                 * Second stage: remove the remaining longname slots.
                 * (This directory entry is already removed, and so return
                 * the success)
                 */
                err = __fat_remove_entries(dir, sinfo->slot_off, nr_slots);
                if (err) {
                        printk(KERN_WARNING
                                "FAT: Couldn't remove the long name slots\n");
                }
        }

        dir->i_mtime = dir->i_atime = CURRENT_TIME_SEC;
        if (IS_DIRSYNC(dir))
                (void)fat_sync_inode(dir);
```

```
        else
                mark_inode_dirty(dir);

        return 0;
}

EXPORT_SYMBOL_GPL(fat_remove_entries);

static int fat_zeroed_cluster(struct inode *dir, sector_t blknr, int nr_used,
                              struct buffer_head **bhs, int nr_bhs)
{
        struct super_block *sb = dir->i_sb;
        sector_t last_blknr = blknr + MSDOS_SB(sb)->sec_per_clus;
        int err, i, n;

        /* Zeroing the unused blocks on this cluster */
        blknr += nr_used;
        n = nr_used;
        while (blknr < last_blknr) {
                bhs[n] = sb_getblk(sb, blknr);
                if (!bhs[n]) {
                        err = -ENOMEM;
                        goto error;
                }
                memset(bhs[n]->b_data, 0, sb->s_blocksize);
                set_buffer_uptodate(bhs[n]);
                mark_buffer_dirty_inode(bhs[n], dir);

                n++;
                blknr++;
                if (n == nr_bhs) {
                        if (IS_DIRSYNC(dir)) {
                                err = fat_sync_bhs(bhs, n);
                                if (err)
                                        goto error;
                        }
                        for (i = 0; i < n; i++)
                                brelse(bhs[i]);
                        n = 0;
                }
        }
        if (IS_DIRSYNC(dir)) {
                err = fat_sync_bhs(bhs, n);
                if (err)
                        goto error;
        }
        for (i = 0; i < n; i++)
                brelse(bhs[i]);

        return 0;

error:
        for (i = 0; i < n; i++)
                bforget(bhs[i]);
        return err;
}

int fat_alloc_new_dir(struct inode *dir, struct timespec *ts)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bhs[MAX_BUF_PER_PAGE];
        struct msdos_dir_entry *de;
        sector_t blknr;
        __le16 date, time;
        u8 time_cs;
        int err, cluster;

        err = fat_alloc_clusters(dir, &cluster, 1);
        if (err)
                goto error;

        blknr = fat_clus_to_blknr(sbi, cluster);
        bhs[0] = sb_getblk(sb, blknr);
```

```
        if (!bhs[0]) {
                err = -ENOMEM;
                goto error_free;
        }

        fat_time_unix2fat(sbi, ts, &time, &date, &time_cs);

        de = (struct msdos_dir_entry *)bhs[0]->b_data;
        /* filling the new directory slots ("." and ".." entries) */
        memcpy(de[0].name, MSDOS_DOT, MSDOS_NAME);
        memcpy(de[1].name, MSDOS_DOTDOT, MSDOS_NAME);
        de->attr = de[1].attr = ATTR_DIR;
        de[0].lcase = de[1].lcase = 0;
        de[0].time = de[1].time = time;
        de[0].date = de[1].date = date;
        if (sbi->options.isvfat) {
                /* extra timestamps */
                de[0].ctime = de[1].ctime = time;
                de[0].ctime_cs = de[1].ctime_cs = time_cs;
                de[0].adate = de[0].cdate = de[1].adate = de[1].cdate = date;
        } else {
                de[0].ctime = de[1].ctime = 0;
                de[0].ctime_cs = de[1].ctime_cs = 0;
                de[0].adate = de[0].cdate = de[1].adate = de[1].cdate = 0;
        }
        de[0].start = cpu_to_le16(cluster);
        de[0].starthi = cpu_to_le16(cluster >> 16);
        de[1].start = cpu_to_le16(MSDOS_I(dir)->i_logstart);
        de[1].starthi = cpu_to_le16(MSDOS_I(dir)->i_logstart >> 16);
        de[0].size = de[1].size = 0;
        memset(de + 2, 0, sb->s_blocksize - 2 * sizeof(*de));
        set_buffer_uptodate(bhs[0]);
        mark_buffer_dirty_inode(bhs[0], dir);

        err = fat_zeroed_cluster(dir, blknr, 1, bhs, MAX_BUF_PER_PAGE);
        if (err)
                goto error_free;

        return cluster;

error_free:
        fat_free_clusters(dir, cluster);
error:
        return err;
}

EXPORT_SYMBOL_GPL(fat_alloc_new_dir);

static int fat_add_new_entries(struct inode *dir, void *slots, int nr_slots,
                               int *nr_cluster, struct msdos_dir_entry **de,
                               struct buffer_head **bh, loff_t *i_pos)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bhs[MAX_BUF_PER_PAGE];
        sector_t blknr, start_blknr, last_blknr;
        unsigned long size, copy;
        int err, i, n, offset, cluster[2];

        /*
         * The minimum cluster size is 512bytes, and maximum entry
         * size is 32*slots (672bytes).  So, iff the cluster size is
         * 512bytes, we may need two clusters.
         */
        size = nr_slots * sizeof(struct msdos_dir_entry);
        *nr_cluster = (size + (sbi->cluster_size - 1)) >> sbi->cluster_bits;
        BUG_ON(*nr_cluster > 2);

        err = fat_alloc_clusters(dir, cluster, *nr_cluster);
        if (err)
                goto error;

        /*
         * First stage: Fill the directory entry.  NOTE: This cluster
```

```
                 * is not referenced from any inode yet, so updates order is
                 * not important.
                 */
                i = n = copy = 0;
                do {
                        start_blknr = blknr = fat_clus_to_blknr(sbi, cluster[i]);
                        last_blknr = start_blknr + sbi->sec_per_clus;
                        while (blknr < last_blknr) {
                                bhs[n] = sb_getblk(sb, blknr);
                                if (!bhs[n]) {
                                        err = -ENOMEM;
                                        goto error_nomem;
                                }

                                /* fill the directory entry */
                                copy = min(size, sb->s_blocksize);
                                memcpy(bhs[n]->b_data, slots, copy);
                                slots += copy;
                                size -= copy;
                                set_buffer_uptodate(bhs[n]);
                                mark_buffer_dirty_inode(bhs[n], dir);
                                if (!size)
                                        break;
                                n++;
                                blknr++;
                        }
                } while (++i < *nr_cluster);

                memset(bhs[n]->b_data + copy, 0, sb->s_blocksize - copy);
                offset = copy - sizeof(struct msdos_dir_entry);
                get_bh(bhs[n]);
                *bh = bhs[n];
                *de = (struct msdos_dir_entry *)((*bh)->b_data + offset);
                *i_pos = fat_make_i_pos(sb, *bh, *de);

                /* Second stage: clear the rest of cluster, and write outs */
                err = fat_zeroed_cluster(dir, start_blknr, ++n, bhs, MAX_BUF_PER_PAGE);
                if (err)
                        goto error_free;

                return cluster[0];

error_free:
                brelse(*bh);
                *bh = NULL;
                n = 0;
error_nomem:
                for (i = 0; i < n; i++)
                        bforget(bhs[i]);
                fat_free_clusters(dir, cluster[0]);
error:
                return err;
}

int fat_add_entries(struct inode *dir, void *slots, int nr_slots,
                    struct fat_slot_info *sinfo)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh, *prev, *bhs[3]; /* 32*slots (672bytes) */
        struct msdos_dir_entry *de;
        int err, free_slots, i, nr_bhs;
        loff_t pos, i_pos;

        sinfo->nr_slots = nr_slots;

        /* First stage: search free direcotry entries */
        free_slots = nr_bhs = 0;
        bh = prev = NULL;
        pos = 0;
        err = -ENOSPC;
        while (fat_get_entry(dir, &pos, &bh, &de) > -1) {
                /* check the maximum size of directory */
                if (pos >= FAT_MAX_DIR_SIZE)
```

```
                                goto error;

                        if (IS_FREE(de->name)) {
                                if (prev != bh) {
                                        get_bh(bh);
                                        bhs[nr_bhs] = prev = bh;
                                        nr_bhs++;
                                }
                                free_slots++;
                                if (free_slots == nr_slots)
                                        goto found;
                        } else {
                                for (i = 0; i < nr_bhs; i++)
                                        brelse(bhs[i]);
                                prev = NULL;
                                free_slots = nr_bhs = 0;
                        }
                }
        if (dir->i_ino == MSDOS_ROOT_INO) {
                if (sbi->fat_bits != 32)
                        goto error;
        } else if (MSDOS_I(dir)->i_start == 0) {
                printk(KERN_ERR "FAT: Corrupted directory (i_pos %lld)\n",
                        MSDOS_I(dir)->i_pos);
                err = -EIO;
                goto error;
        }

found:
        err = 0;
        pos -= free_slots * sizeof(*de);
        nr_slots -= free_slots;
        if (free_slots) {
                /*
                 * Second stage: filling the free entries with new entries.
                 * NOTE: If this slots has shortname, first, we write
                 * the long name slots, then write the short name.
                 */
                int size = free_slots * sizeof(*de);
                int offset = pos & (sb->s_blocksize - 1);
                int long_bhs = nr_bhs - (nr_slots == 0);

                /* Fill the long name slots. */
                for (i = 0; i < long_bhs; i++) {
                        int copy = min_t(int, sb->s_blocksize - offset, size);
                        memcpy(bhs[i]->b_data + offset, slots, copy);
                        mark_buffer_dirty_inode(bhs[i], dir);
                        offset = 0;
                        slots += copy;
                        size -= copy;
                }
                if (long_bhs && IS_DIRSYNC(dir))
                        err = fat_sync_bhs(bhs, long_bhs);
                if (!err && i < nr_bhs) {
                        /* Fill the short name slot. */
                        int copy = min_t(int, sb->s_blocksize - offset, size);
                        memcpy(bhs[i]->b_data + offset, slots, copy);
                        mark_buffer_dirty_inode(bhs[i], dir);
                        if (IS_DIRSYNC(dir))
                                err = sync_dirty_buffer(bhs[i]);
                }
                for (i = 0; i < nr_bhs; i++)
                        brelse(bhs[i]);
                if (err)
                        goto error_remove;
        }

        if (nr_slots) {
                int cluster, nr_cluster;

                /*
                 * Third stage: allocate the cluster for new entries.
                 * And initialize the cluster with new entries, then
                 * add the cluster to dir.
```

```
                 */
                cluster = fat_add_new_entries(dir, slots, nr_slots, &nr_cluster,
                                              &de, &bh, &i_pos);
                if (cluster < 0) {
                        err = cluster;
                        goto error_remove;
                }
                err = fat_chain_add(dir, cluster, nr_cluster);
                if (err) {
                        fat_free_clusters(dir, cluster);
                        goto error_remove;
                }
                if (dir->i_size & (sbi->cluster_size - 1)) {
                        fat_fs_error(sb, "Odd directory size");
                        dir->i_size = (dir->i_size + sbi->cluster_size - 1)
                                & ~((loff_t)sbi->cluster_size - 1);
                }
                dir->i_size += nr_cluster << sbi->cluster_bits;
                MSDOS_I(dir)->mmu_private += nr_cluster << sbi->cluster_bits;
        }
        sinfo->slot_off = pos;
        sinfo->de = de;
        sinfo->bh = bh;
        sinfo->i_pos = fat_make_i_pos(sb, sinfo->bh, sinfo->de);

        return 0;

error:
        brelse(bh);
        for (i = 0; i < nr_bhs; i++)
                brelse(bhs[i]);
        return err;

error_remove:
        brelse(bh);
        if (free_slots)
                __fat_remove_entries(dir, pos, free_slots);
        return err;
}

EXPORT_SYMBOL_GPL(fat_add_entries);
```

# EXHIBIT I

# EXHIBIT 52

| '352 Patent | Exemplary Motorola devices |
|---|---|
| 1. In a computer system having a storage, a directory service for accessing directory entries and a file system that uses the directory entries to access files, a method, comprising the computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a storage, a directory service for accessing directory entries and a file system that uses the directory entries to access files.  (*See* Ex. A, "Droid 2 by Motorola Technical Specifications," http://www.motorola.com/Consumers/US-EN/Consumer-Product-and-Services/Mobile-Phones/ci.Motorola-DROID-2-US-EN.alt) (visited Sept. 9, 2010.)  An exemplary accused device – the Droid 2 – is depicted in Figure 1-1 below.<br><br><br><br>Figure 1-1.<br><br>The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*) (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) creating a first directory entry for a file wherein the first directory entry holds a short filename for the file and | The Droid 2 provides for creating a first directory entry for a file wherein the first directory entry holds a short filename for the file.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 1-2. |

1

| '352 Patent | Exemplary Motorola devices |
|---|---|
| | 

Figure 1-2.

This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:

"2010-09-08_10-30-09_638.jpg"

This is depicted in the screenshot shown in Figure 1-3 below.

Figure 1-3.

By way of example, the Droid 2 creates a directory entry ("slots") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname().  (*See* Ex. B, *omap\fs\fat\namei_vfat.c.*) |

2

| '352 Patent | Exemplary Motorola devices |
|---|---|
| the location of the file; | The Droid 2 stores the location of the file in the first directory entry.<br><br>By way of example, the accused device's file system allocates space in the system's memory in units of small chunks of memory called "clusters."  The slot holding the short filename includes the fields "start" and "starthi" that identify the first cluster of the file.  (*See* Ex. C, *omap\include\linux\msdos_fs.h.*)  These fields are declared under the structure msdos_dir_entry.  (*Id.*) |
| (b) creating a second directory entry for the file wherein the second directory entry holds at least one portion of a long filename having a fixed number of characters and | The Droid 2 creates a second directory entry for the file wherein the second directory entry holds at least one portion of a long filename having a fixed number of characters.<br><br>By way of example, the Droid 2 creates directory entries ("slots") for a long filename using the function vfat_add_entry which calls vfat_build_slots().  (*See* Ex. B.)  Each slot can hold a fixed number of 13 characters of a filename. |
| a signature that identifies that the second directory entry holds a first portion of the long filename; | In the Droid 2, the second directory entry includes a signature that identifies that the second directory entry holds a first portion of the long filename.<br><br>By way of example, slots are identified by an "id" field that contains a unique identifying number for that slot.  This field is set forth in the structure msdos_dir_slot.  (*See* Ex. C.)<br><br>The first portion of the long filename is assigned a slot that is assigned a signature through the command "slots[0].id |= 0x40." (*Id.*) |
| (c) storing the first directory entry and the second directory entry on the storage among the directory entries used by the directory service; | The Droid 2 provides for storing the first directory entry and the second directory entry on the storage among the directory entries used by the directory service.<br><br>By way of example, fat_add_entries() calls the function mark_buffer_dirty_inode() to indicate that the slots must be written to non-volatile storage.  (*See* Ex. D, *omap\fs\fat\dir.c.*)  Fat_add_entries() then copies the slots – for both the long filename and the short filename – from a staging area to the RAM.  (*See* Ex. D.) |
| (d) accessing the second directory entry by the directory service to access the file; and | The Droid 2 provides for accessing the second directory entry by the directory service to access the file.<br><br>By way of example, the second directory entry corresponds to the long filename's first slot.  This slot is used to access the file using the function vfat_lookup(), to which an indication of the long filename is passed.  (*See* Ex. B.)  Vfat_lookup() calls |

| '352 Patent | Exemplary Motorola devices |
|---|---|
| | fat_search_long() via vfat_find(). (*Id.*) Fat_search_long() looks through the directory structure to locate the long filename among the directory entries. (*See* Ex. D.) |
| (e) creating and storing in the storage a sequence of at least one additional directory entry for holding a next sequential portion of the long filename. | The Droid 2 provides for creating and storing in the storage a sequence of at least one additional directory entry for holding a next sequential portion of the long filename.<br><br>By way of example, long filenames generate multiple directory entries ("slots") depending on the length of the long filename. Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename. By way of example, the long filename "2010-09-08_10-30-09_638.jpg" discussed above, with 26 characters, could require 2 slots.<br><br>These successive slots store respective portions of the long filename in sequence. This is because the function fat_add_entries() stores the slots sequentially in the accused device's directory structure. (*See* Ex. D.) |
| 7.  In a data processing system having a processor running an operating system and a memory means having memory locations wherein the operating system is stored in the memory means, a method, comprising the steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a data processing system having a processor running an operating system and a memory means having memory locations wherein the operating system is stored in the memory means.<br><br>(*See* Ex. A, "Droid 2 by Motorola Technical Specifications," http://www.motorola.com/Consumers/US-EN/Consumer-Product-and-Services/Mobile-Phones/ci.Motorola-DROID-2-US-EN.alt) (visited Sept. 9, 2010.)  An exemplary accused device – the Droid 2 – is depicted in Figure 7-1 below.<br><br> |

4

| '352 Patent | Exemplary Motorola devices |
|---|---|
|  | Figure 7-1.<br><br>The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*)  (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in a first of the memory locations of the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by an application program; | The Droid 2 provides for storing in a first of the memory locations of the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by an application program.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 7-2.<br><br><br><br>Figure 7-2.<br><br>This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 7-3 below. |

5

| '352 Patent | Exemplary Motorola devices |
|---|---|
| |  Figure 7-3. The Droid 2 creates a directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots(). The short filename itself is created by the function vfat_create_shortname(). (*See* Ex. B.) The short filename is created by the function vfat_create_shortname() and includes at most 8.3 characters. (*Id.*) |
| (b) storing in a second of the memory locations of the memory means that is adjacent to the first of the memory locations a second directory entry for the file wherein the second directory entry holds at least a first portion of a long filename for the file, said long filename including a greater number of characters than the maximum number of characters that is permissible by the application program, | The Droid 2 provides for storing in a second of the memory locations of the memory means that is adjacent to the first of the memory locations a second directory entry for the file wherein the second directory entry holds at least a first portion of a long filename for the file, said long filename including a greater number of characters than the maximum number of characters that is permissible by the application program. By way of example, the vfat_build_slots() routine stores the long filename into a set of slots. (*See* Ex. B.) Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename. These slots are identified by an "id" field that contains a unique identifying number for that slot, as set forth in the structure msdos_dir_slot . (*See* Ex. C.) These successive slots store respective portions of the long filename in sequence. (*See* Ex. D.) The slots for each long filename are filled in reverse order: the last portion of the long filename gets stored into a slot with the highest id number, and the first portion of the long filename gets stored into a slot with an id of 1. The next slot to be filled, according to the program logic of vfat_build_slots, is the slot with the short filename. (*See* Ex. B.) Thus, the slot with the first portion of the long file name is immediately adjacent to the slot containing the |

6

| '352 Patent | Exemplary Motorola devices |
|---|---|
| | short filename.<br><br>By way of example, long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  By way of example, in the photograph file described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) storing at least one additional directory entry holding a next portion of the long filename in the memory means; and | The Droid 2 provides for storing at least one additional directory entry holding a next portion of the long filename in the memory means.<br><br>By way of example, long filenames generate multiple slots depending on the length of the long filename.  Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.<br><br>These slots are identified by an "id" field set forth in the structure msdos_dir_slot.  (*See* Ex. C.)  These slots store respective portions of the long filename in sequence.  The function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. D.) |
| (d) accessing one of the directory entries to locate the file. | The Droid 2 provides for accessing one of the directory entries to locate the file.<br><br>By way of example, the Droid 2 accesses the slot corresponding to the first portion of the long filename in order to locate the file.  This slot is used to access the file using the function vfat_lookup(), to which an indication of the long filename is passed.  (*See* Ex. B.)  Vfat_lookup() calls fat_search_long() via vfat_find().  (*Id.*)  Fat_search_long() looks through the directory structure to locate the long filename among the directory entries.  (*See* Ex. D.) |
| 12. In a computer system having a storage, a directory service for accessing directory entries and a file system that uses the directory entries to access files, a computer-readable medium holding computer-executable instructions for performing a method comprising computer-implemented steps of: | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a storage, a directory service for accessing directory entries and a file system that uses the directory entries to access files.  (*See* Ex. A, "Droid 2 by Motorola Technical Specifications," e.g., http://www.motorola.com/Consumers/US-EN/Consumer-Product-and-Services/Mobile-Phones/ci.Motorola-DROID-2-US-EN.alt.)  An exemplary accused device – the Droid 2 – is depicted in Figure 12-1 below. |

7

| '352 Patent | Exemplary Motorola devices |
|---|---|
|  |  Figure 12-1.<br><br>The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*)  (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) creating a first directory entry for a file wherein the first directory holds a short filename for the file and | The Droid 2 provides for creating a first directory entry for a file wherein the first directory holds a short filename for the file.<br><br>By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 12-2.<br><br>Figure 12-2.<br><br>This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an |

8

0148

| '352 Patent | Exemplary Motorola devices |
|---|---|
| | exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 12-3 below.<br><br><br><br>Figure 12-3.<br><br>The Droid 2 creates a directory entry ("slots") for a short filename using the function vfat_add_entry which calls vfat_build_slots(). The short filename itself is created by the function vfat_create_shortname().  (*See* Ex. B.) |
| the location of the file; | The Droid 2 stores the location of the file in the first directory entry.<br><br>By way of example, the Droid 2's file system allocates space in the system's memory in units of small chunks of memory called "clusters."  The slot holding the short filename includes the fields "start" and "starthi" that identify the first cluster of the file.  (*See* Ex. C.)  These fields are declared under the structure msdos_dir_entry.  (*Id.*) |
| (b) creating a second directory entry for the file wherein the second directory entry holds at least one portion of a long filename having a fixed number of characters; | The Droid 2 creates a second directory entry for the file wherein the second directory entry holds at least one portion of a long filename having a fixed number of characters.<br><br>The Droid 2 creates directory entries ("slots") for a long filename using the function vfat_add_entry which calls vfat_build_slots(). (*See* Ex. B.)  Each slot can hold a fixed number of 13 characters of a filename, and the number of slots required to store a long filename will depend on the number of characters in the long filename. |

9

| '352 Patent | Exemplary Motorola devices |
|---|---|
| (c) creating a sequence of at least one additional directory entry for holding a next sequential portion of the long filename; | The Droid 2 provides for creating and storing in the storage a sequence of at least one additional directory entry for holding a next sequential portion of the long filename.<br><br>By way of example, long filenames generate multiple directory entries ("slots") depending on the length of the long filename. Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.<br><br>These successive slots store respective portions of the long filename in sequence.  This is because the function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. D.) |
| (d) storing the first directory entry, the second directory entry and the at least one additional directory entry on the storage among the directory entries used by the directory service; and | The Droid 2 provides for storing the first directory entry, the second directory entry, and at least one additional directory entry on the storage among the directory entries used by the device.<br><br>By way of example, Fat_add_entries() calls the function mark_buffer_dirty_inode() to indicate that the slots must be written to non-volatile storage.  (*See* Ex. D.)  Fat_add_entries() then copies the slots – for both the long filename and the short filename – from a staging area to the RAM.  (*See* Ex. D.) |
| (e) accessing the second directory entry and the at least one additional directory entry by the directory service to access the file. | The Droid 2 provides for accessing the second directory entry and the at least one additional directory entry by the directory service to access the file.<br><br>By way of example, the second directory entry corresponds to the long filename's first slot.  This slot and the additional directory entry are used to access the file using the function vfat_lookup(), to which an indication of the long filename is passed.  (*See* Ex. B.) Vfat_lookup() calls fat_search_long() via vfat_find().  (*Id.*) Fat_search_long() looks through the directory structure to locate the long filename among the directory entries.  (*See* Ex. D.) |
| 20.  In a data processing system having a processor running an operating system and a memory means with memory locations, wherein said memory means stores the operating system, a computer-readable medium holding computer-executable instructions for | To the extent the preamble is construed to be limiting, the Motorola Droid 2 includes a computer system having a storage, a directory service for accessing directory entries and a file system that uses the directory entries to access files.  (*See* Ex. A, "Droid 2 by Motorola Technical Specifications," http://www.motorola.com/Consumers/US-EN/Consumer-Product-and-Services/Mobile-Phones/ci.Motorola-DROID-2-US-EN.alt) (visited Sept. 9, 2010.)  An exemplary accused device – the Droid 2 – is depicted in Figure 20-1 below. |

| '352 Patent | Exemplary Motorola devices |
|---|---|
| performing a method comprising the steps of: |  Figure 20-1. The Droid 2 contains two forms of memory: RAM, in which the operating system runs, and non-volatile storage (e.g., flash memory).  (*Id.*)  (describing Droid 2's memory specifications and ability to support microSD flash memory.) |
| (a) storing in a first of the memory locations of the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by an application program; | The Droid 2 provides for storing in a first of the memory locations of the memory means a first directory entry for a file wherein the first directory entry holds a short filename for the file, said short filename including at most a maximum number of characters that is permissible by an application program. By way of example, the Motorola Droid 2 includes a "Camera" application, as depicted in Figure 20-2. Figure 20-2. |

11

0151

| '352 Patent | Exemplary Motorola devices |
|---|---|
| | This application allows a user to take photographs and then saves those photographs with filenames based on the current date and time.  By way of example, a photograph that was taken on an exemplary Motorola Droid 2 on Wednesday, September 8, 2010 at 10:30 AM was stored in the directory *dcim/camera* within the device's memory using the following filename:<br><br>"2010-09-08_10-30-09_638.jpg"<br><br>This is depicted in the screenshot shown in Figure 20-3 below.<br><br><br><br>Figure 20-3.<br><br>The Droid 2 creates a directory entry ("slot") for a short filename using the function vfat_add_entry which calls vfat_build_slots().  The short filename itself is created by the function vfat_create_shortname().  (*See* Ex. B.)<br><br>The short filename is created by the function vfat_create_shortname() and includes at most 8.3 characters.  (*Id.*) |
| (b) storing in a second of the memory locations of the memory means that is adjacent to the first of the memory locations a second directory entry for the file wherein the second directory entry holds at least a first portion of a long filename for the file, said long filename including a greater number of characters than the | The Droid 2 provides for storing in a second of the memory locations of the memory means that is adjacent to the first of the memory locations a second directory entry for the file wherein the second directory entry holds at least a first portion of a long filename for the file, said long filename including a greater number of characters than the maximum number of characters that is permissible by the application program.<br><br>By way of example, the vfat_build_slots() routine stores the long filename into a set of slots.  (*See* Ex. B.)  Each slot can hold 13 characters of a filename, so the number of slots required to store a long filename will depend on the number of characters in the long filename.  These slots are identified by an "id" field that contains a unique identifying number for that slot, as set forth in the structure |

12

| '352 Patent | Exemplary Motorola devices |
|---|---|
| maximum number of characters that is permissible by the application program; | msdos_dir_slot . (*See* Ex. C.)  These successive slots store respective portions of the long filename in sequence.  (*See* Ex. D.)  The slots for each long filename are filled in reverse order: the last portion of the long filename gets stored into a slot with the highest id number, and the first portion of the long filename gets stored into a slot with an id of 1.  The next slot to be filled, according to the program logic of vfat_build_slots, is the slot with the short filename.  (*See* Ex. B.)  Thus, the slot with the first portion of the long file name is immediately adjacent to the slot containing the short filename.<br><br>By way of example, long filenames include a greater number of characters than the maximum number of permissible characters, which is 8.3.  In the example photograph file described above, the filename included more than 8.3 characters – it included 23.3 characters. |
| (c) storing at least one additional directory entry in at least one other of the memory locations that is adjacent to the second of the memory locations of the memory means wherein the at least one additional directory entry holds a next portion of the long filename; and | The Droid 2 provides for storing at least one additional directory entry in at least one other of the memory locations that is adjacent to the second of the memory locations of the memory means wherein the at least one additional directory entry holds a next portion of the long filename<br><br>By way of example, long filenames generate multiple slots depending on the length of the long filename.  Each slot can hold 13 characters, so the number of slots depends on the number of characters in the filename.<br><br>These slots are identified by an "id" field set forth in the structure msdos_dir_slot.  (*See* Ex. C.)  These slots store respective portions of the long filename in sequence.  The function fat_add_entries() stores the slots sequentially in the accused device's directory structure.  (*See* Ex. D.)  Accordingly, the additional directory entry will be adjacent to the second of the memory locations of the memory means and will correspond to a next portion of the long filename. |
| (d) accessing one of the directory entries to locate the file. | The Droid 2 provides for accessing one of the directory entries to locate the file.<br><br>By way of example, the second directory entry corresponds to the long filename's first slot.  This slot is used to access the file using the function vfat_lookup(), to which an indication of the long filename is passed.  (*See* Ex. B.)  Vfat_lookup() calls fat_search_long() via vfat_find().  (*Id.*)  Fat_search_long() looks through the directory structure to locate the long filename among |

13

| '352 Patent | Exemplary Motorola devices |
|---|---|
|  | the directory entries.  (*See* Ex. D.) |

14

# ATTACHMENT A

 **DROID² BY MOTOROLA**



## GENERAL





**ANDROID™ PLATFORM**
Android 2.2 (Froyo)



**CDMA**
CDMA 1X 800/1900, EVDO rev. A



**SLIDER**
Press, touch, Swype or talk, plus voice to text input



## CAMERA

**CAMERA**
Image stabilization, real-time color effects, scene modes, location tagging

**MEGAPIXELS**
5 MP

**DIGITAL ZOOM**
Yes

**FLASH**
Dual LED

**FOCUS**
Automatic

**IMAGE EDITING TOOLS**
Cropping, rotating, Geo Tagging



## MUSIC & VIDEO

**MUSIC ENABLED[1]**

**MUSIC PLAYER**
Android Media Player

**VIDEO CAPABLE**

**VIDEO CAPTURE**

**PLAYABLE FORMATS**
AAC, H.263, H.264, MP3, MPEG-4, WAV, WMA9, eAAC+, OGG, AMR WB, AMR NB, WMV v10, AAC+, WMV v9, MIDI

**STREAMING MEDIA**
Audio, Video

**VIDEO CAPTURE RATE**
DVD quality (720x480 resolution) up to 30 fps capture; up to 30 fps playback



## POWER

up to 575 min.
**USAGE TIME
(CONTINUOUS)²**



**BATTERY TYPE**
1400 mAh Li Ion

**STANDBY TIME³**
up to 315 hrs.



## MESSAGING

**EMAIL⁴**
Mobile Email: IMAP and POP, Microsoft
Exchange, Gmail™, MSN Hotmail®,
Yahoo!® and AOL®

**MULTIMEDIA MESSAGING (MMS)⁴**
Facebook™, Twitter and MySpace synced
and streamed to one screen.

**PREDICTIVE TEXT**
Swype

**TEXT MESSAGING (SMS)⁴**

**INSTANT MESSAGING (IM)⁴**
Google Talk™

**IMAGE FILE FORMATS**
BMP, PNG, GIF, JPEG

**VOICE MAIL⁴**
Standard voice mail, Verizon Visual Voice
Mail™ (capable)

**VOICE TO TEXT**



## CONNECTIVITY

**BLUETOOTH® TECHNOLOGY⁵**
Stereo Bluetooth Class 2, Version 2.1 +
EDR (support profiles, A2DP, AVRCP,
HFP, HID, HSP, OPP, PBAP)

**WEB BROWSER**
Android HTML Webkit, Adobe® Flash®
Player 10.1
Mobile browsing with a new processor
and Verizon's 3G network

**SOFTWARE UPDATES (FOTA)**

**SYNCHRONIZATION**
Support for Corporate calendar, email
and contacts (Exchange 2003, 2007 and
2010), Google contacts, calendar and
Gmail™, Facebook™ contacts

**WIFI**
802.11 b,g, n

**WIRELESS LOCAL AREA NETWORK
(WLAN)**

0157

## CONNECTIVITY

**DATA ACCESS[6]**
Yes

**3G MOBILE HOTSPOT[1]**
Be a mobile hot spot for up to 5 other devices

**CONNECTOR TYPE**
Micro USB

**DATA TRANSMISSION RATE[6]**
USB 2.0 (High Speed)

**DLNA (DIGITAL LIVING NETWORK ALLIANCE)**
Share content wirelessly with other DLNA equipped devices

**GPS AND LOCATION SERVICES[1]**
aGPS (assisted), sGPS (simultaneous), Google Maps™, Google Maps™ Navigation (BETA), Google Latitude™, Google Maps Street View, eCompass

**HEADSET JACK**
3.5 mm



## ACCESSORY COMPATIBILITY

**HEARING AID COMPATIBLE**
Rated for M3, T3; Voice Readout

**TEXT TELEPHONE (TTY) COMPATIBILITY**

## CALLING

**PHONE BOOK[7]**
Unified contact list (Gmail™, Exchange, Facebook™)

**SPEED DIAL**
Direct dial shortcut, direct message shortcut

**VIBRACALL**

**VOICE DIALING**



## INTERNET AND GAMES

**WEB ACCESS**

**ADOBE FLASH PLAYER**
Adobe® Flash® Player 10.1

**ANDROID MARKET™**



## CALLING

**SPEAKERPHONE**

**CALLER ID[4]**
On main display, Picture ID, Ringer ID

**ADVANCED SPEECH RECOGNITION**

**AUTOMATIC REDIAL**

**CALL WAITING**

**CONFERENCE CALLING[4]**
Group call

**EMERGENCY DIAL**

**MUTE CALL**

**NOISE REDUCTION**
Dual microphone noise reduction



## CARRIER FEATURES AND SERVICES

**VERIZON WIRELESS**
VCast Music, VZ Navigator

0158

WAIT AND PAUSE DIALING



## GOOGLE MOBILE SERVICES

**GMAIL™**

**GOOGLE CALENDAR™**

**GOOGLE CONTACT SYNC™**

**GOOGLE GOGGLES™ (WITH 2.1 AND HIGHER)**

**GOOGLE LATITUDE™**

**GOOGLE MAPS STREET VIEW**

**GOOGLE MAPS™**

**GOOGLE MAPS™ NAVIGATION** BETA

**GOOGLE QUICK SEARCH BOX™**

**GOOGLE TALK™**

**GOOGLE™ SEARCH BY VOICE**

**YOUTUBE™**



## INCLUDED APPLICATIONS

**BUSINESS**8
Quickoffice®



## INTERFACE

**NAVIGATION TOOL**
Directional keys with select key

**OPERATING SYSTEM**
Android 2.2 (Froyo)

**QWERTY KEYBOARD**

**BACKLIGHT**
Yes

**CUSTOM NAVIGATION**
Multiple, customizable home screens
(seven)

**DEDICATED KEYS**
Volume control, Camera, Back, Search,
Menu, Power/Lock, Home

**HAPTIC FEEDBACK**

**KEYPAD LOCK**

**LIGHT-RESPONSIVE DISPLAY**

**PINCH TO ZOOM**

**TOUCH SCREEN**

**VIRTUAL KEYBOARD**

**VOICE COMMANDS**



## PERSONALIZATION

**RINGTONE FORMATS**
AAC, AAC+, eAAC, eAAC+, MP3, OGG

**RINGTONES**4



## PHYSICAL

**DISPLAY TYPE**
TFT

**WEIGHT**

0159

Preloaded and downloadable

**WALLPAPERS[4]**
Preloaded and downloadable

169 grams

**SIZE (H X W X D)**
60.5 x 116.3 x 13.7 mm

**DISPLAY SIZE**
3.7-in.; FWVGA (480 x 854)

**ANTENNA TYPE**
Internal

**FORM FACTOR**
Slider



## PRODUCTIVITY AND SOFTWARE



## TECHNOLOGY

**CALCULATOR**

**CALENDAR**
Calendar, Corporate (Exchange)
calendar

**CLOCK**
Alarm clock

**FLIGHT MODE**

**MEMORY[9]**
up 8 GB on board, 8 GB microSD pre-
installed, expandable up to 32 GB

**PROCESSOR**
1 GHz processor

**ACCELEROMETER**
Yes

**NETWORKS[4]**
CDMA 1X 800/1900, EVDO rev. A

**REMOVABLE MEMORY[10]**
supports up to 32 GB microSD

**SENSORS**
Proximity, ambient light and eCompass

1. Network dependent feature, not available in all areas. Airtime, data charges, and/or additional charges may apply. Photo ID and ring tone assignment to the Address Book entries, must be saved on the phone and not the SIM card.
2. All talk and standby times are quoted in Digital Mode, and are approximate. Battery performance depends on network configuration, signal strength, operating temperature, features selected, and voice, data and other application usage patterns. All screen images are simulated.
3. All talk and standby times are quoted in Digital Mode, and are approximate. Battery performance depends on network configuration, signal strength, operating temperature, features selected, and voice, data and other application usage patterns.
4. Network and/or SIM card dependent feature, not available in all areas. Airtime, data charges, and/or additional charges may apply. Wireless email functionality requires an email account with wireless server capabilities.
5. Bluetooth technology is a low-power, short-range wireless technology that enables certain types of wireless communication between products equipped with Bluetooth technology. In order for products equipped with Bluetooth technology to communicate with one another, they must utilize the same profiles. To determine the profiles supported by other Motorola devices, visit www. motorola.com/bluetooth. For other devices, contact their respective manufacturer. Certain features including those listed may not be supported by all products equipped with Bluetooth technology, and/or the functionality of such features may be limited in certain devices, or by certain wireless carriers. Contact your wireless carrier about feature availability and functionality.
6. Data transmission speed is approximate and depends on the traffic on the network. Actual speeds will vary and are often less than the maximum possible.
7. Phone dependent feature
8. Airtime, data charges, and/or additional charges may apply to applications. Certain applications or features may not be available in all areas. Some listed applications may be trial versions. See your service provider for details.
9. Available user memory varies due to the configuration of the phone, which varies by service provider.
10. The unauthorized copying of copyrighted materials is contrary to the provisions of the Copyright Laws of the United States and other countries. This device is intended solely for copying non-copyrighted materials, materials in which you own the copyright, or materials which you are authorized or legally permitted to copy. If you are uncertain about your right to copy any material, please contact your legal advisor.

The Office, property of NBC Studios used under license. PrimeTime2Go is a trademark of Quickplay Inc.


Google, Google Search, Google Maps, Gmail, Google Latitude, Google Talk, YouTube, Google Quick Search Box, Android, and Android Market are trademarks of Google, Inc.
DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license.


Airtime, data charges, and/or additional charges may apply to applications. Certain applications or features may not be available in all areas. Some listed applications may be trial versions. See your service provider for details.

# ATTACHMENT B

```
/*
 *  linux/fs/vfat/namei.c
 *
 *  Written 1992,1993 by Werner Almesberger
 *
 *  Windows95/Windows NT compatible extended MSDOS filesystem
 *    by Gordon Chaffee Copyright (C) 1995.  Send bug reports for the
 *    VFAT filesystem to <chaffee@cs.berkeley.edu>.  Specify
 *    what file operation caused you trouble and if you can duplicate
 *    the problem, send a script that demonstrates it.
 *
 *  Short name translation 1999, 2001 by Wolfram Pienkoss <wp@bszh.de>
 *
 *  Support Multibyte characters and cleanup by
 *                          OGAWA Hirofumi <hirofumi@mail.parknet.co.jp>
 */

#include <linux/module.h>
#include <linux/jiffies.h>
#include <linux/ctype.h>
#include <linux/slab.h>
#include <linux/buffer_head.h>
#include <linux/namei.h>
#include "fat.h"

/*
 * If new entry was created in the parent, it could create the 8.3
 * alias (the shortname of logname).  So, the parent may have the
 * negative-dentry which matches the created 8.3 alias.
 *
 * If it happened, the negative dentry isn't actually negative
 * anymore.  So, drop it.
 */
static int vfat_revalidate_shortname(struct dentry *dentry)
{
        int ret = 1;
        spin_lock(&dentry->d_lock);
        if (dentry->d_time != dentry->d_parent->d_inode->i_version)
                ret = 0;
        spin_unlock(&dentry->d_lock);
        return ret;
}

static int vfat_revalidate(struct dentry *dentry, struct nameidata *nd)
{
        /* This is not negative dentry. Always valid. */
        if (dentry->d_inode)
                return 1;
        return vfat_revalidate_shortname(dentry);
}

static int vfat_revalidate_ci(struct dentry *dentry, struct nameidata *nd)
{
        /*
         * This is not negative dentry. Always valid.
         *
         * Note, rename() to existing directory entry will have ->d_inode,
         * and will use existing name which isn't specified name by user.
         *
         * We may be able to drop this positive dentry here. But dropping
         * positive dentry isn't good idea. So it's unsupported like
         * rename("filename", "FILENAME") for now.
         */
        if (dentry->d_inode)
                return 1;

        /*
         * This may be nfsd (or something), anyway, we can't see the
         * intent of this. So, since this can be for creation, drop it.
         */
        if (!nd)
                return 0;
```

```
        /*
         * Drop the negative dentry, in order to make sure to use the
         * case sensitive name which is specified by user if this is
         * for creation.
         */
        if (!(nd->flags & (LOOKUP_CONTINUE | LOOKUP_PARENT))) {
                if (nd->flags & (LOOKUP_CREATE | LOOKUP_RENAME_TARGET))
                        return 0;
        }

        return vfat_revalidate_shortname(dentry);
}

/* returns the length of a struct qstr, ignoring trailing dots */
static unsigned int vfat_striptail_len(struct qstr *qstr)
{
        unsigned int len = qstr->len;

        while (len && qstr->name[len - 1] == '.')
                len--;
        return len;
}

/*
 * Compute the hash for the vfat name corresponding to the dentry.
 * Note: if the name is invalid, we leave the hash code unchanged so
 * that the existing dentry can be used. The vfat fs routines will
 * return ENOENT or EINVAL as appropriate.
 */
static int vfat_hash(struct dentry *dentry, struct qstr *qstr)
{
        qstr->hash = full_name_hash(qstr->name, vfat_striptail_len(qstr));
        return 0;
}

/*
 * Compute the hash for the vfat name corresponding to the dentry.
 * Note: if the name is invalid, we leave the hash code unchanged so
 * that the existing dentry can be used. The vfat fs routines will
 * return ENOENT or EINVAL as appropriate.
 */
static int vfat_hashi(struct dentry *dentry, struct qstr *qstr)
{
        struct nls_table *t = MSDOS_SB(dentry->d_inode->i_sb)->nls_io;
        const unsigned char *name;
        unsigned int len;
        unsigned long hash;

        name = qstr->name;
        len = vfat_striptail_len(qstr);

        hash = init_name_hash();
        while (len--)
                hash = partial_name_hash(nls_tolower(t, *name++), hash);
        qstr->hash = end_name_hash(hash);

        return 0;
}

/*
 * Case insensitive compare of two vfat names.
 */
static int vfat_cmpi(struct dentry *dentry, struct qstr *a, struct qstr *b)
{
        struct nls_table *t = MSDOS_SB(dentry->d_inode->i_sb)->nls_io;
        unsigned int alen, blen;

        /* A filename cannot end in '.' or we treat it like it has none */
        alen = vfat_striptail_len(a);
        blen = vfat_striptail_len(b);
        if (alen == blen) {
                if (nls_strnicmp(t, a->name, b->name, alen) == 0)
                        return 0;
```

```
        }
        return 1;
}

/*
 * Case sensitive compare of two vfat names.
 */
static int vfat_cmp(struct dentry *dentry, struct qstr *a, struct qstr *b)
{
        unsigned int alen, blen;

        /* A filename cannot end in '.' or we treat it like it has none */
        alen = vfat_striptail_len(a);
        blen = vfat_striptail_len(b);
        if (alen == blen) {
                if (strncmp(a->name, b->name, alen) == 0)
                        return 0;
        }
        return 1;
}

static const struct dentry_operations vfat_ci_dentry_ops = {
        .d_revalidate   = vfat_revalidate_ci,
        .d_hash         = vfat_hashi,
        .d_compare      = vfat_cmpi,
};

static const struct dentry_operations vfat_dentry_ops = {
        .d_revalidate   = vfat_revalidate,
        .d_hash         = vfat_hash,
        .d_compare      = vfat_cmp,
};

/* Characters that are undesirable in an MS-DOS file name */

static inline wchar_t vfat_bad_char(wchar_t w)
{
        return (w < 0x0020)
            || (w == '*') || (w == '?') || (w == '<') || (w == '>')
            || (w == '|') || (w == '"') || (w == ':') || (w == '/')
            || (w == '\\');
}

static inline wchar_t vfat_replace_char(wchar_t w)
{
        return (w == '[') || (w == ']') || (w == ';') || (w == ',')
            || (w == '+') || (w == '=');
}

static wchar_t vfat_skip_char(wchar_t w)
{
        return (w == '.') || (w == ' ');
}

static inline int vfat_is_used_badchars(const wchar_t *s, int len)
{
        int i;

        for (i = 0; i < len; i++)
                if (vfat_bad_char(s[i]))
                        return -EINVAL;

        if (s[i - 1] == ' ') /* last character cannot be space */
                return -EINVAL;

        return 0;
}

static int vfat_find_form(struct inode *dir, unsigned char *name)
{
        struct fat_slot_info sinfo;
        int err = fat_scan(dir, name, &sinfo);
        if (err)
```

0164

```
                return -ENOENT;
        brelse(sinfo.bh);
        return 0;
}


/*
 * 1) Valid characters for the 8.3 format alias are any combination of
 * letters, uppercase alphabets, digits, any of the
 * following special characters:
 *     $ % ' ` - @ { } ~ ! # ( ) & _ ^
 * In this case Longfilename is not stored in disk.
 *
 * WinNT's Extension:
 * File name and extension name is contain uppercase/lowercase
 * only. And it is expressed by CASE_LOWER_BASE and CASE_LOWER_EXT.
 *
 * 2) File name is 8.3 format, but it contain the uppercase and
 * lowercase char, muliti bytes char, etc. In this case numtail is not
 * added, but Longfilename is stored.
 *
 * 3) When the one except for the above, or the following special
 * character are contained:
 *     .   [ ] ; , + =
 * numtail is added, and Longfilename must be stored in disk .
 */
struct shortname_info {
        unsigned char lower:1,
                      upper:1,
                      valid:1;
};
#define INIT_SHORTNAME_INFO(x)  do {            \
        (x)->lower = 1;                         \
        (x)->upper = 1;                         \
        (x)->valid = 1;                         \
} while (0)

static inline int to_shortname_char(struct nls_table *nls,
                                    unsigned char *buf, int buf_size,
                                    wchar_t *src, struct shortname_info *info)
{
        int len;

        if (vfat_skip_char(*src)) {
                info->valid = 0;
                return 0;
        }
        if (vfat_replace_char(*src)) {
                info->valid = 0;
                buf[0] = '_';
                return 1;
        }

        len = nls->uni2char(*src, buf, buf_size);
        if (len <= 0) {
                info->valid = 0;
                buf[0] = '_';
                len = 1;
        } else if (len == 1) {
                unsigned char prev = buf[0];

                if (buf[0] >= 0x7F) {
                        info->lower = 0;
                        info->upper = 0;
                }

                buf[0] = nls_toupper(nls, buf[0]);
                if (isalpha(buf[0])) {
                        if (buf[0] == prev)
                                info->lower = 0;
                        else
                                info->upper = 0;
                }
        } else {
```

0165

```
                        info->lower = 0;
                        info->upper = 0;
        }

        return len;
}


/*
 * Given a valid longname, create a unique shortname.  Make sure the
 * shortname does not exist
 * Returns negative number on error, 0 for a normal
 * return, and 1 for valid shortname
 */
static int vfat_create_shortname(struct inode *dir, struct nls_table *nls,
                                 wchar_t *uname, int ulen,
                                 unsigned char *name_res, unsigned char *lcase)
{
        struct fat_mount_options *opts = &MSDOS_SB(dir->i_sb)->options;
        wchar_t *ip, *ext_start, *end, *name_start;
        unsigned char base[9], ext[4], buf[8], *p;
        unsigned char charbuf[NLS_MAX_CHARSET_SIZE];
        int chl, chi;
        int sz = 0, extlen, baselen, i, numtail_baselen, numtail2_baselen;
        int is_shortname;
        struct shortname_info base_info, ext_info;

        is_shortname = 1;
        INIT_SHORTNAME_INFO(&base_info);
        INIT_SHORTNAME_INFO(&ext_info);

        /* Now, we need to create a shortname from the long name */
        ext_start = end = &uname[ulen];
        while (--ext_start >= uname) {
                if (*ext_start == 0x002E) {      /* is `.' */
                        if (ext_start == end - 1) {
                                sz = ulen;
                                ext_start = NULL;
                        }
                        break;
                }
        }

        if (ext_start == uname - 1) {
                sz = ulen;
                ext_start = NULL;
        } else if (ext_start) {
                /*
                 * Names which start with a dot could be just
                 * an extension eg. "...test".  In this case Win95
                 * uses the extension as the name and sets no extension.
                 */
                name_start = &uname[0];
                while (name_start < ext_start) {
                        if (!vfat_skip_char(*name_start))
                                break;
                        name_start++;
                }
                if (name_start != ext_start) {
                        sz = ext_start - uname;
                        ext_start++;
                } else {
                        sz = ulen;
                        ext_start = NULL;
                }
        }

        numtail_baselen = 6;
        numtail2_baselen = 2;
        for (baselen = i = 0, p = base, ip = uname; i < sz; i++, ip++) {
                chl = to_shortname_char(nls, charbuf, sizeof(charbuf),
                                        ip, &base_info);
                if (chl == 0)
                        continue;
```

```
                    if (baselen < 2 && (baselen + chl) > 2)
                            numtail2_baselen = baselen;
                    if (baselen < 6 && (baselen + chl) > 6)
                            numtail_baselen = baselen;
                    for (chi = 0; chi < chl; chi++) {
                            *p++ = charbuf[chi];
                            baselen++;
                            if (baselen >= 8)
                                    break;
                    }
                    if (baselen >= 8) {
                            if ((chi < chl - 1) || (ip + 1) - uname < sz)
                                    is_shortname = 0;
                            break;
                    }
            }
            if (baselen == 0) {
                    return -EINVAL;
            }

            extlen = 0;
            if (ext_start) {
                    for (p = ext, ip = ext_start; extlen < 3 && ip < end; ip++) {
                            chl = to_shortname_char(nls, charbuf, sizeof(charbuf),
                                                    ip, &ext_info);
                            if (chl == 0)
                                    continue;

                            if ((extlen + chl) > 3) {
                                    is_shortname = 0;
                                    break;
                            }
                            for (chi = 0; chi < chl; chi++) {
                                    *p++ = charbuf[chi];
                                    extlen++;
                            }
                            if (extlen >= 3) {
                                    if (ip + 1 != end)
                                            is_shortname = 0;
                                    break;
                            }
                    }
            }
            ext[extlen] = '\0';
            base[baselen] = '\0';

            /* Yes, it can happen. ".\xe5" would do it. */
            if (base[0] == DELETED_FLAG)
                    base[0] = 0x05;

            /* OK, at this point we know that base is not longer than 8 symbols,
             * ext is not longer than 3, base is nonempty, both don't contain
             * any bad symbols (lowercase transformed to uppercase).
             */

            memset(name_res, ' ', MSDOS_NAME);
            memcpy(name_res, base, baselen);
            memcpy(name_res + 8, ext, extlen);
            *lcase = 0;
            if (is_shortname && base_info.valid && ext_info.valid) {
                    if (vfat_find_form(dir, name_res) == 0)
                            return -EEXIST;

                    if (opts->shortname & VFAT_SFN_CREATE_WIN95) {
                            return (base_info.upper && ext_info.upper);
                    } else if (opts->shortname & VFAT_SFN_CREATE_WINNT) {
                            if ((base_info.upper || base_info.lower) &&
                                (ext_info.upper || ext_info.lower)) {
                                    if (!base_info.upper && base_info.lower)
                                            *lcase |= CASE_LOWER_BASE;
                                    if (!ext_info.upper && ext_info.lower)
                                            *lcase |= CASE_LOWER_EXT;
```

```
                                return 1;
                        }
                        return 0;
                } else {
                        BUG();
                }
        }

        if (opts->numtail == 0)
                if (vfat_find_form(dir, name_res) < 0)
                        return 0;

        /*
         * Try to find a unique extension.  This used to
         * iterate through all possibilities sequentially,
         * but that gave extremely bad performance.  Windows
         * only tries a few cases before using random
         * values for part of the base.
         */

        if (baselen > 6) {
                baselen = numtail_baselen;
                name_res[7] = ' ';
        }
        name_res[baselen] = '~';
        for (i = 1; i < 10; i++) {
                name_res[baselen + 1] = i + '0';
                if (vfat_find_form(dir, name_res) < 0)
                        return 0;
        }

        i = jiffies & 0xffff;
        sz = (jiffies >> 16) & 0x7;
        if (baselen > 2) {
                baselen = numtail2_baselen;
                name_res[7] = ' ';
        }
        name_res[baselen + 4] = '~';
        name_res[baselen + 5] = '1' + sz;
        while (1) {
                sprintf(buf, "%04X", i);
                memcpy(&name_res[baselen], buf, 4);
                if (vfat_find_form(dir, name_res) < 0)
                        break;
                i -= 11;
        }
        return 0;
}

/* Translate a string, including coded sequences into Unicode */
static int
xlate_to_uni(const unsigned char *name, int len, unsigned char *outname,
                int *longlen, int *outlen, int escape, int utf8,
                struct nls_table *nls)
{
        const unsigned char *ip;
        unsigned char nc;
        unsigned char *op;
        unsigned int ec;
        int i, k, fill;
        int charlen;

        if (utf8) {
                *outlen = utf8s_to_utf16s(name, len, (wchar_t *)outname);
                if (*outlen < 0)
                        return *outlen;
                else if (*outlen > 255)
                        return -ENAMETOOLONG;

                op = &outname[*outlen * sizeof(wchar_t)];
        } else {
                if (nls) {
                        for (i = 0, ip = name, op = outname, *outlen = 0;
```

```
                                   i < len && *outlen <= 255;
                                   *outlen += 1)
                          {
                              if (escape && (*ip == ':')) {
                                  if (i > len - 5)
                                          return -EINVAL;
                                  ec = 0;
                                  for (k = 1; k < 5; k++) {
                                          nc = ip[k];
                                          ec <<= 4;
                                          if (nc >= '0' && nc <= '9') {
                                                  ec |= nc - '0';
                                                  continue;
                                          }
                                          if (nc >= 'a' && nc <= 'f') {
                                                  ec |= nc - ('a' - 10);
                                                  continue;
                                          }
                                          if (nc >= 'A' && nc <= 'F') {
                                                  ec |= nc - ('A' - 10);
                                                  continue;
                                          }
                                          return -EINVAL;
                                  }
                                  *op++ = ec & 0xFF;
                                  *op++ = ec >> 8;
                                  ip += 5;
                                  i += 5;
                              } else {
                                  if ((charlen = nls->char2uni(ip, len - i, (wchar_t *)op)) < 0)
                                          return -EINVAL;
                                  ip += charlen;
                                  i += charlen;
                                  op += 2;
                              }
                          }
                          if (i < len)
                                  return -ENAMETOOLONG;
                  } else {
                          for (i = 0, ip = name, op = outname, *outlen = 0;
                               i < len && *outlen <= 255;
                               i++, *outlen += 1)
                          {
                                  *op++ = *ip++;
                                  *op++ = 0;
                          }
                          if (i < len)
                                  return -ENAMETOOLONG;
                  }
          }

          *longlen = *outlen;
          if (*outlen % 13) {
                  *op++ = 0;
                  *op++ = 0;
                  *outlen += 1;
                  if (*outlen % 13) {
                          fill = 13 - (*outlen % 13);
                          for (i = 0; i < fill; i++) {
                                  *op++ = 0xff;
                                  *op++ = 0xff;
                          }
                          *outlen += fill;
                  }
          }

          return 0;
  }

  static int vfat_build_slots(struct inode *dir, const unsigned char *name,
                          int len, int is_dir, int cluster,
                          struct timespec *ts,
                          struct msdos_dir_slot *slots, int *nr_slots)
```

0169

```
{
        struct msdos_sb_info *sbi = MSDOS_SB(dir->i_sb);
        struct fat_mount_options *opts = &sbi->options;
        struct msdos_dir_slot *ps;
        struct msdos_dir_entry *de;
        unsigned char cksum, lcase;
        unsigned char msdos_name[MSDOS_NAME];
        wchar_t *uname;
        __le16 time, date;
        u8 time_cs;
        int err, ulen, usize, i;
        loff_t offset;

        *nr_slots = 0;

        uname = __getname();
        if (!uname)
                return -ENOMEM;

        err = xlate_to_uni(name, len, (unsigned char *)uname, &ulen, &usize,
                        opts->unicode_xlate, opts->utf8, sbi->nls_io);
        if (err)
                goto out_free;

        err = vfat_is_used_badchars(uname, ulen);
        if (err)
                goto out_free;

        err = vfat_create_shortname(dir, sbi->nls_disk, uname, ulen,
                                msdos_name, &lcase);
        if (err < 0)
                goto out_free;
        else if (err == 1) {
                de = (struct msdos_dir_entry *)slots;
                err = 0;
                goto shortname;
        }

        /* build the entry of long file name */
        cksum = fat_checksum(msdos_name);

        *nr_slots = usize / 13;
        for (ps = slots, i = *nr_slots; i > 0; i--, ps++) {
                ps->id = i;
                ps->attr = ATTR_EXT;
                ps->reserved = 0;
                ps->alias_checksum = cksum;
                ps->start = 0;
                offset = (i - 1) * 13;
                fatwchar_to16(ps->name0_4, uname + offset, 5);
                fatwchar_to16(ps->name5_10, uname + offset + 5, 6);
                fatwchar_to16(ps->name11_12, uname + offset + 11, 2);
        }
        slots[0].id |= 0x40;
        de = (struct msdos_dir_entry *)ps;

shortname:
        /* build the entry of 8.3 alias name */
        (*nr_slots)++;
        memcpy(de->name, msdos_name, MSDOS_NAME);
        de->attr = is_dir ? ATTR_DIR : ATTR_ARCH;
        de->lcase = lcase;
        fat_time_unix2fat(sbi, ts, &time, &date, &time_cs);
        de->time = de->ctime = time;
        de->date = de->cdate = de->adate = date;
        de->ctime_cs = time_cs;
        de->start = cpu_to_le16(cluster);
        de->starthi = cpu_to_le16(cluster >> 16);
        de->size = 0;
out_free:
        __putname(uname);
        return err;
}
```

```
static int vfat_add_entry(struct inode *dir, struct qstr *qname, int is_dir,
                          int cluster, struct timespec *ts,
                          struct fat_slot_info *sinfo)
{
        struct msdos_dir_slot *slots;
        unsigned int len;
        int err, nr_slots;

        len = vfat_striptail_len(qname);
        if (len == 0)
                return -ENOENT;

        slots = kmalloc(sizeof(*slots) * MSDOS_SLOTS, GFP_NOFS);
        if (slots == NULL)
                return -ENOMEM;

        err = vfat_build_slots(dir, qname->name, len, is_dir, cluster, ts,
                               slots, &nr_slots);
        if (err)
                goto cleanup;

        err = fat_add_entries(dir, slots, nr_slots, sinfo);
        if (err)
                goto cleanup;

        /* update timestamp */
        dir->i_ctime = dir->i_mtime = dir->i_atime = *ts;
        if (IS_DIRSYNC(dir))
                (void)fat_sync_inode(dir);
        else
                mark_inode_dirty(dir);
cleanup:
        kfree(slots);
        return err;
}

static int vfat_find(struct inode *dir, struct qstr *qname,
                     struct fat_slot_info *sinfo)
{
        unsigned int len = vfat_striptail_len(qname);
        if (len == 0)
                return -ENOENT;
        return fat_search_long(dir, qname->name, len, sinfo);
}

static struct dentry *vfat_lookup(struct inode *dir, struct dentry *dentry,
                                  struct nameidata *nd)
{
        struct super_block *sb = dir->i_sb;
        struct fat_slot_info sinfo;
        struct inode *inode;
        struct dentry *alias;
        int err;

        lock_super(sb);

        err = vfat_find(dir, &dentry->d_name, &sinfo);
        if (err) {
                if (err == -ENOENT) {
                        inode = NULL;
                        goto out;
                }
                goto error;
        }

        inode = fat_build_inode(sb, sinfo.de, sinfo.i_pos);
        brelse(sinfo.bh);
        if (IS_ERR(inode)) {
                err = PTR_ERR(inode);
                goto error;
        }
```

0171

```
        alias = d_find_alias(inode);
        if (alias && !(alias->d_flags & DCACHE_DISCONNECTED)) {
                /*
                 * This inode has non DCACHE_DISCONNECTED dentry. This
                 * means, the user did ->lookup() by an another name
                 * (longname vs 8.3 alias of it) in past.
                 *
                 * Switch to new one for reason of locality if possible.
                 */
                BUG_ON(d_unhashed(alias));
                if (!S_ISDIR(inode->i_mode))
                        d_move(alias, dentry);
                iput(inode);
                unlock_super(sb);
                return alias;
        }
out:
        unlock_super(sb);
        dentry->d_op = sb->s_root->d_op;
        dentry->d_time = dentry->d_parent->d_inode->i_version;
        dentry = d_splice_alias(inode, dentry);
        if (dentry) {
                dentry->d_op = sb->s_root->d_op;
                dentry->d_time = dentry->d_parent->d_inode->i_version;
        }
        return dentry;

error:
        unlock_super(sb);
        return ERR_PTR(err);
}

static int vfat_create(struct inode *dir, struct dentry *dentry, int mode,
                       struct nameidata *nd)
{
        struct super_block *sb = dir->i_sb;
        struct inode *inode;
        struct fat_slot_info sinfo;
        struct timespec ts;
        int err;

        lock_super(sb);

        ts = CURRENT_TIME_SEC;
        err = vfat_add_entry(dir, &dentry->d_name, 0, 0, &ts, &sinfo);
        if (err)
                goto out;
        dir->i_version++;

        inode = fat_build_inode(sb, sinfo.de, sinfo.i_pos);
        brelse(sinfo.bh);
        if (IS_ERR(inode)) {
                err = PTR_ERR(inode);
                goto out;
        }
        inode->i_version++;
        inode->i_mtime = inode->i_atime = inode->i_ctime = ts;
        /* timestamp is already written, so mark_inode_dirty() is unneeded. */

        dentry->d_time = dentry->d_parent->d_inode->i_version;
        d_instantiate(dentry, inode);
out:
        unlock_super(sb);
        return err;
}

static int vfat_rmdir(struct inode *dir, struct dentry *dentry)
{
        struct inode *inode = dentry->d_inode;
        struct super_block *sb = dir->i_sb;
        struct fat_slot_info sinfo;
        int err;
```

0172

```
        lock_super(sb);

        err = fat_dir_empty(inode);
        if (err)
                goto out;
        err = vfat_find(dir, &dentry->d_name, &sinfo);
        if (err)
                goto out;

        err = fat_remove_entries(dir, &sinfo);  /* and releases bh */
        if (err)
                goto out;
        drop_nlink(dir);

        clear_nlink(inode);
        inode->i_mtime = inode->i_atime = CURRENT_TIME_SEC;
        fat_detach(inode);
out:
        unlock_super(sb);

        return err;
}

static int vfat_unlink(struct inode *dir, struct dentry *dentry)
{
        struct inode *inode = dentry->d_inode;
        struct super_block *sb = dir->i_sb;
        struct fat_slot_info sinfo;
        int err;

        lock_super(sb);

        err = vfat_find(dir, &dentry->d_name, &sinfo);
        if (err)
                goto out;

        err = fat_remove_entries(dir, &sinfo);  /* and releases bh */
        if (err)
                goto out;
        clear_nlink(inode);
        inode->i_mtime = inode->i_atime = CURRENT_TIME_SEC;
        fat_detach(inode);
out:
        unlock_super(sb);

        return err;
}

static int vfat_mkdir(struct inode *dir, struct dentry *dentry, int mode)
{
        struct super_block *sb = dir->i_sb;
        struct inode *inode;
        struct fat_slot_info sinfo;
        struct timespec ts;
        int err, cluster;

        lock_super(sb);

        ts = CURRENT_TIME_SEC;
        cluster = fat_alloc_new_dir(dir, &ts);
        if (cluster < 0) {
                err = cluster;
                goto out;
        }
        err = vfat_add_entry(dir, &dentry->d_name, 1, cluster, &ts, &sinfo);
        if (err)
                goto out_free;
        dir->i_version++;
        inc_nlink(dir);

        inode = fat_build_inode(sb, sinfo.de, sinfo.i_pos);
        brelse(sinfo.bh);
        if (IS_ERR(inode)) {
```

```
                    err = PTR_ERR(inode);
                    /* the directory was completed, just return a error */
                    goto out;
            }
            inode->i_version++;
            inode->i_nlink = 2;
            inode->i_mtime = inode->i_atime = inode->i_ctime = ts;
            /* timestamp is already written, so mark_inode_dirty() is unneeded. */

            dentry->d_time = dentry->d_parent->d_inode->i_version;
            d_instantiate(dentry, inode);

            unlock_super(sb);
            return 0;

out_free:
            fat_free_clusters(dir, cluster);
out:
            unlock_super(sb);
            return err;
}

static int vfat_rename(struct inode *old_dir, struct dentry *old_dentry,
                       struct inode *new_dir, struct dentry *new_dentry)
{
            struct buffer_head *dotdot_bh;
            struct msdos_dir_entry *dotdot_de;
            struct inode *old_inode, *new_inode;
            struct fat_slot_info old_sinfo, sinfo;
            struct timespec ts;
            loff_t dotdot_i_pos, new_i_pos;
            int err, is_dir, update_dotdot, corrupt = 0;
            struct super_block *sb = old_dir->i_sb;

            old_sinfo.bh = sinfo.bh = dotdot_bh = NULL;
            old_inode = old_dentry->d_inode;
            new_inode = new_dentry->d_inode;
            lock_super(sb);
            err = vfat_find(old_dir, &old_dentry->d_name, &old_sinfo);
            if (err)
                    goto out;

            is_dir = S_ISDIR(old_inode->i_mode);
            update_dotdot = (is_dir && old_dir != new_dir);
            if (update_dotdot) {
                    if (fat_get_dotdot_entry(old_inode, &dotdot_bh, &dotdot_de,
                                             &dotdot_i_pos) < 0) {
                            err = -EIO;
                            goto out;
                    }
            }

            ts = CURRENT_TIME_SEC;
            if (new_inode) {
                    if (is_dir) {
                            err = fat_dir_empty(new_inode);
                            if (err)
                                    goto out;
                    }
                    new_i_pos = MSDOS_I(new_inode)->i_pos;
                    fat_detach(new_inode);
            } else {
                    err = vfat_add_entry(new_dir, &new_dentry->d_name, is_dir, 0,
                                         &ts, &sinfo);
                    if (err)
                            goto out;
                    new_i_pos = sinfo.i_pos;
            }
            new_dir->i_version++;

            fat_detach(old_inode);
            fat_attach(old_inode, new_i_pos);
            if (IS_DIRSYNC(new_dir)) {
```

```
                err = fat_sync_inode(old_inode);
                if (err)
                        goto error_inode;
        } else
                mark_inode_dirty(old_inode);

        if (update_dotdot) {
                int start = MSDOS_I(new_dir)->i_logstart;
                dotdot_de->start = cpu_to_le16(start);
                dotdot_de->starthi = cpu_to_le16(start >> 16);
                mark_buffer_dirty_inode(dotdot_bh, old_inode);
                if (IS_DIRSYNC(new_dir)) {
                        err = sync_dirty_buffer(dotdot_bh);
                        if (err)
                                goto error_dotdot;
                }
                drop_nlink(old_dir);
                if (!new_inode)
                        inc_nlink(new_dir);
        }

        err = fat_remove_entries(old_dir, &old_sinfo);  /* and releases bh */
        old_sinfo.bh = NULL;
        if (err)
                goto error_dotdot;
        old_dir->i_version++;
        old_dir->i_ctime = old_dir->i_mtime = ts;
        if (IS_DIRSYNC(old_dir))
                (void)fat_sync_inode(old_dir);
        else
                mark_inode_dirty(old_dir);

        if (new_inode) {
                drop_nlink(new_inode);
                if (is_dir)
                        drop_nlink(new_inode);
                new_inode->i_ctime = ts;
        }
out:
        brelse(sinfo.bh);
        brelse(dotdot_bh);
        brelse(old_sinfo.bh);
        unlock_super(sb);

        return err;

error_dotdot:
        /* data cluster is shared, serious corruption */
        corrupt = 1;

        if (update_dotdot) {
                int start = MSDOS_I(old_dir)->i_logstart;
                dotdot_de->start = cpu_to_le16(start);
                dotdot_de->starthi = cpu_to_le16(start >> 16);
                mark_buffer_dirty_inode(dotdot_bh, old_inode);
                corrupt |= sync_dirty_buffer(dotdot_bh);
        }
error_inode:
        fat_detach(old_inode);
        fat_attach(old_inode, old_sinfo.i_pos);
        if (new_inode) {
                fat_attach(new_inode, new_i_pos);
                if (corrupt)
                        corrupt |= fat_sync_inode(new_inode);
        } else {
                /*
                 * If new entry was not sharing the data cluster, it
                 * shouldn't be serious corruption.
                 */
                int err2 = fat_remove_entries(new_dir, &sinfo);
                if (corrupt)
                        corrupt |= err2;
                sinfo.bh = NULL;
```

```
                }
                if (corrupt < 0) {
                        fat_fs_error(new_dir->i_sb,
                                 "%s: Filesystem corrupted (i_pos %lld)",
                                 __func__, sinfo.i_pos);
                }
                goto out;
}

static const struct inode_operations vfat_dir_inode_operations = {
        .create         = vfat_create,
        .lookup         = vfat_lookup,
        .unlink         = vfat_unlink,
        .mkdir          = vfat_mkdir,
        .rmdir          = vfat_rmdir,
        .rename         = vfat_rename,
        .setattr        = fat_setattr,
        .getattr        = fat_getattr,
};

static int vfat_fill_super(struct super_block *sb, void *data, int silent)
{
        int res;

        res = fat_fill_super(sb, data, silent, &vfat_dir_inode_operations, 1);
        if (res)
                return res;

        if (MSDOS_SB(sb)->options.name_check != 's')
                sb->s_root->d_op = &vfat_ci_dentry_ops;
        else
                sb->s_root->d_op = &vfat_dentry_ops;

        return 0;
}

static int vfat_get_sb(struct file_system_type *fs_type,
                       int flags, const char *dev_name,
                       void *data, struct vfsmount *mnt)
{
        return get_sb_bdev(fs_type, flags, dev_name, data, vfat_fill_super,
                           mnt);
}

static struct file_system_type vfat_fs_type = {
        .owner          = THIS_MODULE,
        .name           = "vfat",
        .get_sb         = vfat_get_sb,
        .kill_sb        = kill_block_super,
        .fs_flags       = FS_REQUIRES_DEV,
};

static int __init init_vfat_fs(void)
{
        return register_filesystem(&vfat_fs_type);
}

static void __exit exit_vfat_fs(void)
{
        unregister_filesystem(&vfat_fs_type);
}

MODULE_LICENSE("GPL");
MODULE_DESCRIPTION("VFAT filesystem support");
MODULE_AUTHOR("Gordon Chaffee");

module_init(init_vfat_fs)
module_exit(exit_vfat_fs)
```

0176

# ATTACHMENT C

```
#ifndef _LINUX_MSDOS_FS_H
#define _LINUX_MSDOS_FS_H

#include <linux/types.h>
#include <linux/magic.h>
#include <asm/byteorder.h>

/*
 * The MS-DOS filesystem constants/structures
 */

#define SECTOR_SIZE     512             /* sector size (bytes) */
#define SECTOR_BITS     9               /* log2(SECTOR_SIZE) */
#define MSDOS_DPB       (MSDOS_DPS)     /* dir entries per block */
#define MSDOS_DPB_BITS  4               /* log2(MSDOS_DPB) */
#define MSDOS_DPS       (SECTOR_SIZE / sizeof(struct msdos_dir_entry))
#define MSDOS_DPS_BITS  4               /* log2(MSDOS_DPS) */
#define CF_LE_W(v)      le16_to_cpu(v)
#define CF_LE_L(v)      le32_to_cpu(v)
#define CT_LE_W(v)      cpu_to_le16(v)
#define CT_LE_L(v)      cpu_to_le32(v)


#define MSDOS_ROOT_INO  1       /* == MINIX_ROOT_INO */
#define MSDOS_DIR_BITS  5       /* log2(sizeof(struct msdos_dir_entry)) */

/* directory limit */
#define FAT_MAX_DIR_ENTRIES     (65536)
#define FAT_MAX_DIR_SIZE        (FAT_MAX_DIR_ENTRIES << MSDOS_DIR_BITS)

#define ATTR_NONE       0       /* no attribute bits */
#define ATTR_RO         1       /* read-only */
#define ATTR_HIDDEN     2       /* hidden */
#define ATTR_SYS        4       /* system */
#define ATTR_VOLUME     8       /* volume label */
#define ATTR_DIR        16      /* directory */
#define ATTR_ARCH       32      /* archived */

/* attribute bits that are copied "as is" */
#define ATTR_UNUSED     (ATTR_VOLUME | ATTR_ARCH | ATTR_SYS | ATTR_HIDDEN)
/* bits that are used by the Windows 95/Windows NT extended FAT */
#define ATTR_EXT        (ATTR_RO | ATTR_HIDDEN | ATTR_SYS | ATTR_VOLUME)

#define CASE_LOWER_BASE 8       /* base is lower case */
#define CASE_LOWER_EXT  16      /* extension is lower case */

#define DELETED_FLAG    0xe5    /* marks file as deleted when in name[0] */
#define IS_FREE(n)      (!*(n) || *(n) == DELETED_FLAG)

#define MSDOS_NAME      11      /* maximum name length */
#define MSDOS_LONGNAME  256     /* maximum name length */
#define MSDOS_SLOTS     21      /* max # of slots for short and long names */
#define MSDOS_DOT       ".          "   /* ".", padded to MSDOS_NAME chars */
#define MSDOS_DOTDOT    "..         "   /* "..", padded to MSDOS_NAME chars */

#define FAT_FIRST_ENT(s, x)     ((MSDOS_SB(s)->fat_bits == 32 ? 0x0FFFFF00 : \
        MSDOS_SB(s)->fat_bits == 16 ? 0xFF00 : 0xF00) | (x))

/* start of data cluster's entry (number of reserved clusters) */
#define FAT_START_ENT   2
```

```
/* maximum number of clusters */
#define MAX_FAT12       0xFF4
#define MAX_FAT16       0xFFF4
#define MAX_FAT32       0x0FFFFFF6
#define MAX_FAT(s)      (MSDOS_SB(s)->fat_bits == 32 ? MAX_FAT32 : \
        MSDOS_SB(s)->fat_bits == 16 ? MAX_FAT16 : MAX_FAT12)


/* bad cluster mark */
#define BAD_FAT12       0xFF7
#define BAD_FAT16       0xFFF7
#define BAD_FAT32       0x0FFFFFF7


/* standard EOF */
#define EOF_FAT12       0xFFF
#define EOF_FAT16       0xFFFF
#define EOF_FAT32       0x0FFFFFFF


#define FAT_ENT_FREE    (0)
#define FAT_ENT_BAD     (BAD_FAT32)
#define FAT_ENT_EOF     (EOF_FAT32)


#define FAT_FSINFO_SIG1 0x41615252
#define FAT_FSINFO_SIG2 0x61417272
#define IS_FSINFO(x)    (le32_to_cpu((x)->signature1) == FAT_FSINFO_SIG1 \
                         && le32_to_cpu((x)->signature2) == FAT_FSINFO_SIG2)


struct __fat_dirent {
        long            d_ino;
        __kernel_off_t  d_off;
        unsigned short  d_reclen;
        char            d_name[256]; /* We must not include limits.h! */
};


/*
 * ioctl commands
 */
#define VFAT_IOCTL_READDIR_BOTH         _IOR('r', 1, struct __fat_dirent[2])
#define VFAT_IOCTL_READDIR_SHORT        _IOR('r', 2, struct __fat_dirent[2])
/* <linux/videotext.h> has used 0x72 ('r') in collision, so skip a few */
#define FAT_IOCTL_GET_ATTRIBUTES        _IOR('r', 0x10, __u32)
#define FAT_IOCTL_SET_ATTRIBUTES        _IOW('r', 0x11, __u32)
#define VFAT_IOCTL_GET_VOLUME_ID        _IOR('r', 0x12, __u32)


struct fat_boot_sector {
        __u8    ignored[3];     /* Boot strap short or near jump */
        __u8    system_id[8];   /* Name - can be used to special case
                                   partition manager volumes */
        __u8    sector_size[2]; /* bytes per logical sector */
        __u8    sec_per_clus;   /* sectors/cluster */
        __le16  reserved;       /* reserved sectors */
        __u8    fats;           /* number of FATs */
        __u8    dir_entries[2]; /* root directory entries */
        __u8    sectors[2];     /* number of sectors */
        __u8    media;          /* media code */
        __le16  fat_length;     /* sectors/FAT */
        __le16  secs_track;     /* sectors per track */
        __le16  heads;          /* number of heads */
        __le32  hidden;         /* hidden sectors (unused) */
        __le32  total_sect;     /* number of sectors (if sectors == 0) */
```

```
        /* The following fields are only used by FAT32 */
        __le32  fat32_length;   /* sectors/FAT */
        __le16  flags;          /* bit 8: fat mirroring, low 4: active fat */
        __u8    version[2];     /* major, minor filesystem version */
        __le32  root_cluster;   /* first cluster in root directory */
        __le16  info_sector;    /* filesystem info sector */
        __le16  backup_boot;    /* backup boot sector */
        __le16  reserved2[6];   /* Unused */
};

struct fat_boot_fsinfo {
        __le32   signature1;    /* 0x41615252L */
        __le32   reserved1[120];        /* Nothing as far as I can tell */
        __le32   signature2;    /* 0x61417272L */
        __le32   free_clusters; /* Free cluster count.  -1 if unknown */
        __le32   next_cluster;  /* Most recently allocated cluster */
        __le32   reserved2[4];
};

struct fat_boot_bsx {
        __u8     drive;                 /* drive number */
        __u8     reserved1;
        __u8     signature;             /* extended boot signature */
        __u8     vol_id[4];     /* volume ID */
        __u8     vol_label[11]; /* volume label */
        __u8     type[8];       /* file system type */
};
#define FAT16_BSX_OFFSET        36 /* offset of fat_boot_bsx in FAT12 and FAT16 */
#define FAT32_BSX_OFFSET        64 /* offset of fat_boot_bsx in FAT32 */

struct msdos_dir_entry {
        __u8     name[MSDOS_NAME];/* name and extension */
        __u8     attr;          /* attribute bits */
        __u8     lcase;         /* Case for base and extension */
        __u8     ctime_cs;      /* Creation time, centiseconds (0-199) */
        __le16   ctime;         /* Creation time */
        __le16   cdate;         /* Creation date */
        __le16   adate;         /* Last access date */
        __le16   starthi;       /* High 16 bits of cluster in FAT32 */
        __le16   time,date,start;/* time, date and first cluster */
        __le32   size;          /* file size (in bytes) */
};

/* Up to 13 characters of the name */
struct msdos_dir_slot {
        __u8     id;            /* sequence number for slot */
        __u8     name0_4[10];   /* first 5 characters in name */
        __u8     attr;          /* attribute byte */
        __u8     reserved;      /* always 0 */
        __u8     alias_checksum; /* checksum for 8.3 alias */
        __u8     name5_10[12];  /* 6 more characters in name */
        __le16   start;         /* starting cluster number, 0 in long slots */
        __u8     name11_12[4];  /* last 2 characters in name */
};

#ifdef __KERNEL__
/* media of boot sector */
static inline int fat_valid_media(u8 media)
{
```

```
        return 0xf8 <= media || media == 0xf0;
}
#endif /* !__KERNEL__ */
#endif /* !_LINUX_MSDOS_FS_H */
```

# ATTACHMENT D

```
/*
 *  linux/fs/fat/dir.c
 *
 *  directory handling functions for fat-based filesystems
 *
 *  Written 1992,1993 by Werner Almesberger
 *
 *  Hidden files 1995 by Albert Cahalan <albert@ccs.neu.edu> <adc@coe.neu.edu>
 *
 *  VFAT extensions by Gordon Chaffee <chaffee@plateau.cs.berkeley.edu>
 *  Merged with msdos fs by Henrik Storner <storner@osiris.ping.dk>
 *  Rewritten for constant inumbers. Plugged buffer overrun in readdir(). AV
 *  Short name translation 1999, 2001 by Wolfram Pienkoss <wp@bszh.de>
 */

#include <linux/module.h>
#include <linux/slab.h>
#include <linux/time.h>
#include <linux/buffer_head.h>
#include <linux/compat.h>
#include <asm/uaccess.h>
#include "fat.h"

/*
 * Maximum buffer size of short name.
 * [(MSDOS_NAME + '.') * max one char + nul]
 * For msdos style, ['.' (hidden) + MSDOS_NAME + '.' + nul]
 */
#define FAT_MAX_SHORT_SIZE      ((MSDOS_NAME + 1) * NLS_MAX_CHARSET_SIZE + 1)
/*
 * Maximum buffer size of unicode chars from slots.
 * [(max longname slots * 13 (size in a slot) + nul) * sizeof(wchar_t)]
 */
#define FAT_MAX_UNI_CHARS       ((MSDOS_SLOTS - 1) * 13 + 1)
#define FAT_MAX_UNI_SIZE        (FAT_MAX_UNI_CHARS * sizeof(wchar_t))

static inline loff_t fat_make_i_pos(struct super_block *sb,
                                    struct buffer_head *bh,
                                    struct msdos_dir_entry *de)
{
        return ((loff_t)bh->b_blocknr << MSDOS_SB(sb)->dir_per_block_bits)
                | (de - (struct msdos_dir_entry *)bh->b_data);
}

static inline void fat_dir_readahead(struct inode *dir, sector_t iblock,
                                     sector_t phys)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh;
        int sec;

        /* This is not a first sector of cluster, or sec_per_clus == 1 */
        if ((iblock & (sbi->sec_per_clus - 1)) || sbi->sec_per_clus == 1)
                return;
        /* root dir of FAT12/FAT16 */
        if ((sbi->fat_bits != 32) && (dir->i_ino == MSDOS_ROOT_INO))
                return;

        bh = sb_find_get_block(sb, phys);
        if (bh == NULL || !buffer_uptodate(bh)) {
                for (sec = 0; sec < sbi->sec_per_clus; sec++)
                        sb_breadahead(sb, phys + sec);
        }
        brelse(bh);
}

/* Returns the inode number of the directory entry at offset pos. If bh is
 * non-NULL, it is brelse'd before. Pos is incremented. The buffer header is
 * returned in bh.
 * AV. Most often we do it item-by-item. Makes sense to optimize.
 * AV. OK, there we go: if both bh and de are non-NULL we assume that we just
 * AV. want the next entry (took one explicit de=NULL in vfat/namei.c).
 * AV. It's done in fat_get_entry() (inlined), here the slow case lives.
```

```c
   AV. Additionally, when we return -1 (i.e. reached the end of directory)
   AV. we make bh NULL.
 */
static int fat__get_entry(struct inode *dir, loff_t *pos,
                          struct buffer_head **bh, struct msdos_dir_entry **de)
{
        struct super_block *sb = dir->i_sb;
        sector_t phys, iblock;
        unsigned long mapped_blocks;
        int err, offset;

next:
        if (*bh)
                brelse(*bh);

        *bh = NULL;
        iblock = *pos >> sb->s_blocksize_bits;
        err = fat_bmap(dir, iblock, &phys, &mapped_blocks, 0);
        if (err || !phys)
                return -1;       /* beyond EOF or error */

        fat_dir_readahead(dir, iblock, phys);

        *bh = sb_bread(sb, phys);
        if (*bh == NULL) {
                printk(KERN_ERR "FAT: Directory bread(block %llu) failed\n",
                       (llu)phys);
                /* skip this block */
                *pos = (iblock + 1) << sb->s_blocksize_bits;
                goto next;
        }

        offset = *pos & (sb->s_blocksize - 1);
        *pos += sizeof(struct msdos_dir_entry);
        *de = (struct msdos_dir_entry *)((*bh)->b_data + offset);

        return 0;
}

static inline int fat_get_entry(struct inode *dir, loff_t *pos,
                                struct buffer_head **bh,
                                struct msdos_dir_entry **de)
{
        /* Fast stuff first */
        if (*bh && *de &&
            (*de - (struct msdos_dir_entry *)(*bh)->b_data) < MSDOS_SB(dir->i_sb)->dir_per_block - 1) {
                *pos += sizeof(struct msdos_dir_entry);
                (*de)++;
                return 0;
        }
        return fat__get_entry(dir, pos, bh, de);
}

/*
 * Convert Unicode 16 to UTF-8, translated Unicode, or ASCII.
 * If uni_xlate is enabled and we can't get a 1:1 conversion, use a
 * colon as an escape character since it is normally invalid on the vfat
 * filesystem. The following four characters are the hexadecimal digits
 * of Unicode value. This lets us do a full dump and restore of Unicode
 * filenames. We could get into some trouble with long Unicode names,
 * but ignore that right now.
 * Ahem... Stack smashing in ring 0 isn't fun. Fixed.
 */
static int uni16_to_x8(unsigned char *ascii, const wchar_t *uni, int len,
                       int uni_xlate, struct nls_table *nls)
{
        const wchar_t *ip;
        wchar_t ec;
        unsigned char *op, nc;
        int charlen;
        int k;

        ip = uni;
        op = ascii;
```

```
        while (*ip && ((len - NLS_MAX_CHARSET_SIZE) > 0)) {
                ec = *ip++;
                if ( (charlen = nls->uni2char(ec, op, NLS_MAX_CHARSET_SIZE)) > 0) {
                        op += charlen;
                        len -= charlen;
                } else {
                        if (uni_xlate == 1) {
                                *op = ':';
                                for (k = 4; k > 0; k--) {
                                        nc = ec & 0xF;
                                        op[k] = nc > 9  ? nc + ('a' - 10)
                                                        : nc + '0';
                                        ec >>= 4;
                                }
                                op += 5;
                                len -= 5;
                        } else {
                                *op++ = '?';
                                len--;
                        }
                }
        }

        if (unlikely(*ip)) {
                printk(KERN_WARNING "FAT: filename was truncated while "
                        "converting.");
        }

        *op = 0;
        return (op - ascii);
}

static inline int fat_uni_to_x8(struct msdos_sb_info *sbi, const wchar_t *uni,
                                unsigned char *buf, int size)
{
        if (sbi->options.utf8)
                return utf16s_to_utf8s(uni, FAT_MAX_UNI_CHARS,
                                UTF16_HOST_ENDIAN, buf, size);
        else
                return uni16_to_x8(buf, uni, size, sbi->options.unicode_xlate,
                                sbi->nls_io);
}

static inline int
fat_short2uni(struct nls_table *t, unsigned char *c, int clen, wchar_t *uni)
{
        int charlen;

        charlen = t->char2uni(c, clen, uni);
        if (charlen < 0) {
                *uni = 0x003f;  /* a question mark */
                charlen = 1;
        }
        return charlen;
}

static inline int
fat_short2lower_uni(struct nls_table *t, unsigned char *c, int clen, wchar_t *uni)
{
        int charlen;
        wchar_t wc;

        charlen = t->char2uni(c, clen, &wc);
        if (charlen < 0) {
                *uni = 0x003f;  /* a question mark */
                charlen = 1;
        } else if (charlen <= 1) {
                unsigned char nc = t->charset2lower[*c];

                if (!nc)
                        nc = *c;

                if ( (charlen = t->char2uni(&nc, 1, uni)) < 0) {
```

0185

```
                              *uni = 0x003f;  /* a question mark */
                              charlen = 1;
                      }
              } else
                      *uni = wc;

              return charlen;
      }

      static inline int
      fat_shortname2uni(struct nls_table *nls, unsigned char *buf, int buf_size,
                        wchar_t *uni_buf, unsigned short opt, int lower)
      {
              int len = 0;

              if (opt & VFAT_SFN_DISPLAY_LOWER)
                      len =  fat_short2lower_uni(nls, buf, buf_size, uni_buf);
              else if (opt & VFAT_SFN_DISPLAY_WIN95)
                      len = fat_short2uni(nls, buf, buf_size, uni_buf);
              else if (opt & VFAT_SFN_DISPLAY_WINNT) {
                      if (lower)
                              len = fat_short2lower_uni(nls, buf, buf_size, uni_buf);
                      else
                              len = fat_short2uni(nls, buf, buf_size, uni_buf);
              } else
                      len = fat_short2uni(nls, buf, buf_size, uni_buf);

              return len;
      }

      static inline int fat_name_match(struct msdos_sb_info *sbi,
                                       const unsigned char *a, int a_len,
                                       const unsigned char *b, int b_len)
      {
              if (a_len != b_len)
                      return 0;

              if (sbi->options.name_check != 's')
                      return !nls_strnicmp(sbi->nls_io, a, b, a_len);
              else
                      return !memcmp(a, b, a_len);
      }

      enum { PARSE_INVALID = 1, PARSE_NOT_LONGNAME, PARSE_EOF, };

      /**
       * fat_parse_long - Parse extended directory entry.
       *
       * This function returns zero on success, negative value on error, or one of
       * the following:
       *
       * %PARSE_INVALID - Directory entry is invalid.
       * %PARSE_NOT_LONGNAME - Directory entry does not contain longname.
       * %PARSE_EOF - Directory has no more entries.
       */
      static int fat_parse_long(struct inode *dir, loff_t *pos,
                                struct buffer_head **bh, struct msdos_dir_entry **de,
                                wchar_t **unicode, unsigned char *nr_slots)
      {
              struct msdos_dir_slot *ds;
              unsigned char id, slot, slots, alias_checksum;

              if (!*unicode) {
                      *unicode = __getname();
                      if (!*unicode) {
                              brelse(*bh);
                              return -ENOMEM;
                      }
              }
      parse_long:
              slots = 0;
              ds = (struct msdos_dir_slot *)*de;
              id = ds->id;
              if (!(id & 0x40))
```

```
                return PARSE_INVALID;
        slots = id & ~0x40;
        if (slots > 20 || !slots)        /* ceil(256 * 2 / 26) */
                return PARSE_INVALID;
        *nr_slots = slots;
        alias_checksum = ds->alias_checksum;

        slot = slots;
        while (1) {
                int offset;

                slot--;
                offset = slot * 13;
                fat16_towchar(*unicode + offset, ds->name0_4, 5);
                fat16_towchar(*unicode + offset + 5, ds->name5_10, 6);
                fat16_towchar(*unicode + offset + 11, ds->name11_12, 2);

                if (ds->id & 0x40)
                        (*unicode)[offset + 13] = 0;
                if (fat_get_entry(dir, pos, bh, de) < 0)
                        return PARSE_EOF;
                if (slot == 0)
                        break;
                ds = (struct msdos_dir_slot *)*de;
                if (ds->attr != ATTR_EXT)
                        return PARSE_NOT_LONGNAME;
                if ((ds->id & ~0x40) != slot)
                        goto parse_long;
                if (ds->alias_checksum != alias_checksum)
                        goto parse_long;
        }
        if ((*de)->name[0] == DELETED_FLAG)
                return PARSE_INVALID;
        if ((*de)->attr == ATTR_EXT)
                goto parse_long;
        if (IS_FREE((*de)->name) || ((*de)->attr & ATTR_VOLUME))
                return PARSE_INVALID;
        if (fat_checksum((*de)->name) != alias_checksum)
                *nr_slots = 0;

        return 0;
}

/*
 * Return values: negative -> error, 0 -> not found, positive -> found,
 * value is the total amount of slots, including the shortname entry.
 */
int fat_search_long(struct inode *inode, const unsigned char *name,
                    int name_len, struct fat_slot_info *sinfo)
{
        struct super_block *sb = inode->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh = NULL;
        struct msdos_dir_entry *de;
        struct nls_table *nls_disk = sbi->nls_disk;
        unsigned char nr_slots;
        wchar_t bufuname[14];
        wchar_t *unicode = NULL;
        unsigned char work[MSDOS_NAME];
        unsigned char bufname[FAT_MAX_SHORT_SIZE];
        unsigned short opt_shortname = sbi->options.shortname;
        loff_t cpos = 0;
        int chl, i, j, last_u, err, len;

        err = -ENOENT;
        while (1) {
                if (fat_get_entry(inode, &cpos, &bh, &de) == -1)
                        goto end_of_dir;
parse_record:
                nr_slots = 0;
                if (de->name[0] == DELETED_FLAG)
                        continue;
                if (de->attr != ATTR_EXT && (de->attr & ATTR_VOLUME))
                        continue;
```

0187

```
                if (de->attr != ATTR_EXT && IS_FREE(de->name))
                        continue;
                if (de->attr == ATTR_EXT) {
                        int status = fat_parse_long(inode, &cpos, &bh, &de,
                                                &unicode, &nr_slots);
                        if (status < 0) {
                                err = status;
                                goto end_of_dir;
                        } else if (status == PARSE_INVALID)
                                continue;
                        else if (status == PARSE_NOT_LONGNAME)
                                goto parse_record;
                        else if (status == PARSE_EOF)
                                goto end_of_dir;
                }

                memcpy(work, de->name, sizeof(de->name));
                /* see namei.c, msdos_format_name */
                if (work[0] == 0x05)
                        work[0] = 0xE5;
                for (i = 0, j = 0, last_u = 0; i < 8;) {
                        if (!work[i])
                                break;
                        chl = fat_shortname2uni(nls_disk, &work[i], 8 - i,
                                                &bufuname[j++], opt_shortname,
                                                de->lcase & CASE_LOWER_BASE);
                        if (chl <= 1) {
                                if (work[i] != ' ')
                                        last_u = j;
                        } else {
                                last_u = j;
                        }
                        i += chl;
                }
                j = last_u;
                fat_short2uni(nls_disk, ".", 1, &bufuname[j++]);
                for (i = 8; i < MSDOS_NAME;) {
                        if (!work[i])
                                break;
                        chl = fat_shortname2uni(nls_disk, &work[i],
                                                MSDOS_NAME - i,
                                                &bufuname[j++], opt_shortname,
                                                de->lcase & CASE_LOWER_EXT);
                        if (chl <= 1) {
                                if (work[i] != ' ')
                                        last_u = j;
                        } else {
                                last_u = j;
                        }
                        i += chl;
                }
                if (!last_u)
                        continue;

                /* Compare shortname */
                bufuname[last_u] = 0x0000;
                len = fat_uni_to_x8(sbi, bufuname, bufname, sizeof(bufname));
                if (fat_name_match(sbi, name, name_len, bufname, len))
                        goto found;

                if (nr_slots) {
                        void *longname = unicode + FAT_MAX_UNI_CHARS;
                        int size = PATH_MAX - FAT_MAX_UNI_SIZE;

                        /* Compare longname */
                        len = fat_uni_to_x8(sbi, unicode, longname, size);
                        if (fat_name_match(sbi, name, name_len, longname, len))
                                goto found;
                }
        }

found:
        nr_slots++;     /* include the de */
        sinfo->slot_off = cpos - nr_slots * sizeof(*de);
```

```
                sinfo->nr_slots = nr_slots;
                sinfo->de = de;
                sinfo->bh = bh;
                sinfo->i_pos = fat_make_i_pos(sb, sinfo->bh, sinfo->de);
                err = 0;
end_of_dir:
                if (unicode)
                        __putname(unicode);

                return err;
}

EXPORT_SYMBOL_GPL(fat_search_long);

struct fat_ioctl_filldir_callback {
                void __user *dirent;
                int result;
                /* for dir ioctl */
                const char *longname;
                int long_len;
                const char *shortname;
                int short_len;
};

static int __fat_readdir(struct inode *inode, struct file *filp, void *dirent,
                        filldir_t filldir, int short_only, int both)
{
                struct super_block *sb = inode->i_sb;
                struct msdos_sb_info *sbi = MSDOS_SB(sb);
                struct buffer_head *bh;
                struct msdos_dir_entry *de;
                struct nls_table *nls_disk = sbi->nls_disk;
                unsigned char nr_slots;
                wchar_t bufuname[14];
                wchar_t *unicode = NULL;
                unsigned char c, work[MSDOS_NAME];
                unsigned char bufname[FAT_MAX_SHORT_SIZE], *ptname = bufname;
                unsigned short opt_shortname = sbi->options.shortname;
                int isvfat = sbi->options.isvfat;
                int nocase = sbi->options.nocase;
                const char *fill_name = NULL;
                unsigned long inum;
                unsigned long lpos, dummy, *furrfu = &lpos;
                loff_t cpos;
                int chi, chl, i, i2, j, last, last_u, dotoffset = 0, fill_len = 0;
                int ret = 0;

                lock_super(sb);

                cpos = filp->f_pos;
                /* Fake . and .. for the root directory. */
                if (inode->i_ino == MSDOS_ROOT_INO) {
                        while (cpos < 2) {
                                if (filldir(dirent, "..", cpos+1, cpos, MSDOS_ROOT_INO, DT_DIR) < 0)
                                        goto out;
                                cpos++;
                                filp->f_pos++;
                        }
                        if (cpos == 2) {
                                dummy = 2;
                                furrfu = &dummy;
                                cpos = 0;
                        }
                }
                if (cpos & (sizeof(struct msdos_dir_entry) - 1)) {
                        ret = -ENOENT;
                        goto out;
                }

                bh = NULL;
get_new:
                if (fat_get_entry(inode, &cpos, &bh, &de) == -1)
                        goto end_of_dir;
parse_record:
```

```
nr_slots = 0;
/*
 * Check for long filename entry, but if short_only, we don't
 * need to parse long filename.
 */
if (isvfat && !short_only) {
        if (de->name[0] == DELETED_FLAG)
                goto record_end;
        if (de->attr != ATTR_EXT && (de->attr & ATTR_VOLUME))
                goto record_end;
        if (de->attr != ATTR_EXT && IS_FREE(de->name))
                goto record_end;
} else {
        if ((de->attr & ATTR_VOLUME) || IS_FREE(de->name))
                goto record_end;
}

if (isvfat && de->attr == ATTR_EXT) {
        int status = fat_parse_long(inode, &cpos, &bh, &de,
                                    &unicode, &nr_slots);
        if (status < 0) {
                filp->f_pos = cpos;
                ret = status;
                goto out;
        } else if (status == PARSE_INVALID)
                goto record_end;
        else if (status == PARSE_NOT_LONGNAME)
                goto parse_record;
        else if (status == PARSE_EOF)
                goto end_of_dir;

        if (nr_slots) {
                void *longname = unicode + FAT_MAX_UNI_CHARS;
                int size = PATH_MAX - FAT_MAX_UNI_SIZE;
                int len = fat_uni_to_x8(sbi, unicode, longname, size);

                fill_name = longname;
                fill_len = len;
                /* !both && !short_only, so we don't need shortname. */
                if (!both)
                        goto start_filldir;
        }
}

if (sbi->options.dotsOK) {
        ptname = bufname;
        dotoffset = 0;
        if (de->attr & ATTR_HIDDEN) {
                *ptname++ = '.';
                dotoffset = 1;
        }
}

memcpy(work, de->name, sizeof(de->name));
/* see namei.c, msdos_format_name */
if (work[0] == 0x05)
        work[0] = 0xE5;
for (i = 0, j = 0, last = 0, last_u = 0; i < 8;) {
        if (!(c = work[i]))
                break;
        chl = fat_shortname2uni(nls_disk, &work[i], 8 - i,
                                &bufuname[j++], opt_shortname,
                                de->lcase & CASE_LOWER_BASE);
        if (chl <= 1) {
                ptname[i++] = (!nocase && c>='A' && c<='Z') ? c+32 : c;
                if (c != ' ') {
                        last = i;
                        last_u = j;
                }
        } else {
                last_u = j;
                for (chi = 0; chi < chl && i < 8; chi++) {
                        ptname[i] = work[i];
                        i++; last = i;
```

```
                        }
                }
        }
        i = last;
        j = last_u;
        fat_short2uni(nls_disk, ".", 1, &bufuname[j++]);
        ptname[i++] = '.';
        for (i2 = 8; i2 < MSDOS_NAME;) {
                if (!(c = work[i2]))
                        break;
                chl = fat_shortname2uni(nls_disk, &work[i2], MSDOS_NAME - i2,
                                        &bufuname[j++], opt_shortname,
                                        de->lcase & CASE_LOWER_EXT);
                if (chl <= 1) {
                        i2++;
                        ptname[i++] = (!nocase && c>='A' && c<='Z') ? c+32 : c;
                        if (c != ' ') {
                                last = i;
                                last_u = j;
                        }
                } else {
                        last_u = j;
                        for (chi = 0; chi < chl && i2 < MSDOS_NAME; chi++) {
                                ptname[i++] = work[i2++];
                                last = i;
                        }
                }
        }
        if (!last)
                goto record_end;

        i = last + dotoffset;
        j = last_u;

        if (isvfat) {
                bufuname[j] = 0x0000;
                i = fat_uni_to_x8(sbi, bufuname, bufname, sizeof(bufname));
        }
        if (nr_slots) {
                /* hack for fat_ioctl_filldir() */
                struct fat_ioctl_filldir_callback *p = dirent;

                p->longname = fill_name;
                p->long_len = fill_len;
                p->shortname = bufname;
                p->short_len = i;
                fill_name = NULL;
                fill_len = 0;
        } else {
                fill_name = bufname;
                fill_len = i;
        }

start_filldir:
        lpos = cpos - (nr_slots + 1) * sizeof(struct msdos_dir_entry);
        if (!memcmp(de->name, MSDOS_DOT, MSDOS_NAME))
                inum = inode->i_ino;
        else if (!memcmp(de->name, MSDOS_DOTDOT, MSDOS_NAME)) {
                inum = parent_ino(filp->f_path.dentry);
        } else {
                loff_t i_pos = fat_make_i_pos(sb, bh, de);
                struct inode *tmp = fat_iget(sb, i_pos);
                if (tmp) {
                        inum = tmp->i_ino;
                        iput(tmp);
                } else
                        inum = iunique(sb, MSDOS_ROOT_INO);
        }

        if (filldir(dirent, fill_name, fill_len, *furrfu, inum,
                    (de->attr & ATTR_DIR) ? DT_DIR : DT_REG) < 0)
                goto fill_failed;

record_end:
```

0191

```
        furrfu = &lpos;
        filp->f_pos = cpos;
        goto get_new;
end_of_dir:
        filp->f_pos = cpos;
fill_failed:
        brelse(bh);
        if (unicode)
                __putname(unicode);
out:
        unlock_super(sb);
        return ret;
}

static int fat_readdir(struct file *filp, void *dirent, filldir_t filldir)
{
        struct inode *inode = filp->f_path.dentry->d_inode;
        return __fat_readdir(inode, filp, dirent, filldir, 0, 0);
}

#define FAT_IOCTL_FILLDIR_FUNC(func, dirent_type)                       \
static int func(void *__buf, const char *name, int name_len,           \
                       loff_t offset, u64 ino, unsigned int d_type)     \
{                                                                       \
        struct fat_ioctl_filldir_callback *buf = __buf;                \
        struct dirent_type __user *d1 = buf->dirent;                   \
        struct dirent_type __user *d2 = d1 + 1;                        \
                                                                       \
        if (buf->result)                                              \
                return -EINVAL;                                       \
        buf->result++;                                                \
                                                                       \
        if (name != NULL) {                                          \
                /* dirent has only short name */                     \
                if (name_len >= sizeof(d1->d_name))                  \
                        name_len = sizeof(d1->d_name) - 1;           \
                                                                       \
                if (put_user(0, d2->d_name)                    ||     \
                    put_user(0, &d2->d_reclen)                 ||     \
                    copy_to_user(d1->d_name, name, name_len)   ||     \
                    put_user(0, d1->d_name + name_len)         ||     \
                    put_user(name_len, &d1->d_reclen))                \
                        goto efault;                                 \
        } else {                                                    \
                /* dirent has short and long name */                 \
                const char *longname = buf->longname;                \
                int long_len = buf->long_len;                        \
                const char *shortname = buf->shortname;              \
                int short_len = buf->short_len;                      \
                                                                       \
                if (long_len >= sizeof(d1->d_name))                 \
                        long_len = sizeof(d1->d_name) - 1;           \
                if (short_len >= sizeof(d1->d_name))                \
                        short_len = sizeof(d1->d_name) - 1;          \
                                                                       \
                if (copy_to_user(d2->d_name, longname, long_len)    || \
                    put_user(0, d2->d_name + long_len)              || \
                    put_user(long_len, &d2->d_reclen)               || \
                    put_user(ino, &d2->d_ino)                       || \
                    put_user(offset, &d2->d_off)                    || \
                    copy_to_user(d1->d_name, shortname, short_len)  || \
                    put_user(0, d1->d_name + short_len)             || \
                    put_user(short_len, &d1->d_reclen))                \
                        goto efault;                                 \
        }                                                            \
        return 0;                                                    \
efault:                                                              \
        buf->result = -EFAULT;                                       \
        return -EFAULT;                                              \
}

FAT_IOCTL_FILLDIR_FUNC(fat_ioctl_filldir, __fat_dirent)

static int fat_ioctl_readdir(struct inode *inode, struct file *filp,
```

```
                                void __user *dirent, filldir_t filldir,
                                int short_only, int both)
{
        struct fat_ioctl_filldir_callback buf;
        int ret;

        buf.dirent = dirent;
        buf.result = 0;
        mutex_lock(&inode->i_mutex);
        ret = -ENOENT;
        if (!IS_DEADDIR(inode)) {
                ret = __fat_readdir(inode, filp, &buf, filldir,
                                    short_only, both);
        }
        mutex_unlock(&inode->i_mutex);
        if (ret >= 0)
                ret = buf.result;
        return ret;
}

static int fat_ioctl_volume_id(struct inode *dir)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        return sbi->vol_id;
}

static int fat_dir_ioctl(struct inode *inode, struct file *filp,
                         unsigned int cmd, unsigned long arg)
{
        struct __fat_dirent __user *d1 = (struct __fat_dirent __user *)arg;
        int short_only, both;

        switch (cmd) {
        case VFAT_IOCTL_READDIR_SHORT:
                short_only = 1;
                both = 0;
                break;
        case VFAT_IOCTL_READDIR_BOTH:
                short_only = 0;
                both = 1;
                break;
        case VFAT_IOCTL_GET_VOLUME_ID:
                return fat_ioctl_volume_id(inode);
        default:
                return fat_generic_ioctl(inode, filp, cmd, arg);
        }

        if (!access_ok(VERIFY_WRITE, d1, sizeof(struct __fat_dirent[2])))
                return -EFAULT;
        /*
         * Yes, we don't need this put_user() absolutely. However old
         * code didn't return the right value. So, app use this value,
         * in order to check whether it is EOF.
         */
        if (put_user(0, &d1->d_reclen))
                return -EFAULT;

        return fat_ioctl_readdir(inode, filp, d1, fat_ioctl_filldir,
                                 short_only, both);
}

#ifdef CONFIG_COMPAT
#define VFAT_IOCTL_READDIR_BOTH32       _IOR('r', 1, struct compat_dirent[2])
#define VFAT_IOCTL_READDIR_SHORT32      _IOR('r', 2, struct compat_dirent[2])

FAT_IOCTL_FILLDIR_FUNC(fat_compat_ioctl_filldir, compat_dirent)

static long fat_compat_dir_ioctl(struct file *filp, unsigned cmd,
                                 unsigned long arg)
{
        struct inode *inode = filp->f_path.dentry->d_inode;
        struct compat_dirent __user *d1 = compat_ptr(arg);
        int short_only, both;
```

0193

```
        switch (cmd) {
        case VFAT_IOCTL_READDIR_SHORT32:
                short_only = 1;
                both = 0;
                break;
        case VFAT_IOCTL_READDIR_BOTH32:
                short_only = 0;
                both = 1;
                break;
        default:
                return -ENOIOCTLCMD;
        }

        if (!access_ok(VERIFY_WRITE, d1, sizeof(struct compat_dirent[2])))
                return -EFAULT;
        /*
         * Yes, we don't need this put_user() absolutely. However old
         * code didn't return the right value. So, app use this value,
         * in order to check whether it is EOF.
         */
        if (put_user(0, &d1->d_reclen))
                return -EFAULT;

        return fat_ioctl_readdir(inode, filp, d1, fat_compat_ioctl_filldir,
                                 short_only, both);
}
#endif /* CONFIG_COMPAT */

const struct file_operations fat_dir_operations = {
        .llseek         = generic_file_llseek,
        .read           = generic_read_dir,
        .readdir        = fat_readdir,
        .ioctl          = fat_dir_ioctl,
#ifdef CONFIG_COMPAT
        .compat_ioctl   = fat_compat_dir_ioctl,
#endif
        .fsync          = fat_file_fsync,
};

static int fat_get_short_entry(struct inode *dir, loff_t *pos,
                               struct buffer_head **bh,
                               struct msdos_dir_entry **de)
{
        while (fat_get_entry(dir, pos, bh, de) >= 0) {
                /* free entry or long name entry or volume label */
                if (!IS_FREE((*de)->name) && !((*de)->attr & ATTR_VOLUME))
                        return 0;
        }
        return -ENOENT;
}

/*
 * The ".." entry can not provide the "struct fat_slot_info" informations
 * for inode. So, this function provide the some informations only.
 */
int fat_get_dotdot_entry(struct inode *dir, struct buffer_head **bh,
                         struct msdos_dir_entry **de, loff_t *i_pos)
{
        loff_t offset;

        offset = 0;
        *bh = NULL;
        while (fat_get_short_entry(dir, &offset, bh, de) >= 0) {
                if (!strncmp((*de)->name, MSDOS_DOTDOT, MSDOS_NAME)) {
                        *i_pos = fat_make_i_pos(dir->i_sb, *bh, *de);
                        return 0;
                }
        }
        return -ENOENT;
}

EXPORT_SYMBOL_GPL(fat_get_dotdot_entry);
```

0194

```
/* See if directory is empty */
int fat_dir_empty(struct inode *dir)
{
        struct buffer_head *bh;
        struct msdos_dir_entry *de;
        loff_t cpos;
        int result = 0;

        bh = NULL;
        cpos = 0;
        while (fat_get_short_entry(dir, &cpos, &bh, &de) >= 0) {
                if (strncmp(de->name, MSDOS_DOT   , MSDOS_NAME) &&
                    strncmp(de->name, MSDOS_DOTDOT, MSDOS_NAME)) {
                        result = -ENOTEMPTY;
                        break;
                }
        }
        brelse(bh);
        return result;
}

EXPORT_SYMBOL_GPL(fat_dir_empty);

/*
 * fat_subdirs counts the number of sub-directories of dir. It can be run
 * on directories being created.
 */
int fat_subdirs(struct inode *dir)
{
        struct buffer_head *bh;
        struct msdos_dir_entry *de;
        loff_t cpos;
        int count = 0;

        bh = NULL;
        cpos = 0;
        while (fat_get_short_entry(dir, &cpos, &bh, &de) >= 0) {
                if (de->attr & ATTR_DIR)
                        count++;
        }
        brelse(bh);
        return count;
}

/*
 * Scans a directory for a given file (name points to its formatted name).
 * Returns an error code or zero.
 */
int fat_scan(struct inode *dir, const unsigned char *name,
             struct fat_slot_info *sinfo)
{
        struct super_block *sb = dir->i_sb;

        sinfo->slot_off = 0;
        sinfo->bh = NULL;
        while (fat_get_short_entry(dir, &sinfo->slot_off, &sinfo->bh,
                                   &sinfo->de) >= 0) {
                if (!strncmp(sinfo->de->name, name, MSDOS_NAME)) {
                        sinfo->slot_off -= sizeof(*sinfo->de);
                        sinfo->nr_slots = 1;
                        sinfo->i_pos = fat_make_i_pos(sb, sinfo->bh, sinfo->de);
                        return 0;
                }
        }
        return -ENOENT;
}

EXPORT_SYMBOL_GPL(fat_scan);

static int __fat_remove_entries(struct inode *dir, loff_t pos, int nr_slots)
{
        struct super_block *sb = dir->i_sb;
        struct buffer_head *bh;
        struct msdos_dir_entry *de, *endp;
```

```
        int err = 0, orig_slots;

        while (nr_slots) {
                bh = NULL;
                if (fat_get_entry(dir, &pos, &bh, &de) < 0) {
                        err = -EIO;
                        break;
                }

                orig_slots = nr_slots;
                endp = (struct msdos_dir_entry *)(bh->b_data + sb->s_blocksize);
                while (nr_slots && de < endp) {
                        de->name[0] = DELETED_FLAG;
                        de++;
                        nr_slots--;
                }
                mark_buffer_dirty_inode(bh, dir);
                if (IS_DIRSYNC(dir))
                        err = sync_dirty_buffer(bh);
                brelse(bh);
                if (err)
                        break;

                /* pos is *next* de's position, so this does `- sizeof(de)' */
                pos += ((orig_slots - nr_slots) * sizeof(*de)) - sizeof(*de);
        }

        return err;
}

int fat_remove_entries(struct inode *dir, struct fat_slot_info *sinfo)
{
        struct msdos_dir_entry *de;
        struct buffer_head *bh;
        int err = 0, nr_slots;

        /*
         * First stage: Remove the shortname. By this, the directory
         * entry is removed.
         */
        nr_slots = sinfo->nr_slots;
        de = sinfo->de;
        sinfo->de = NULL;
        bh = sinfo->bh;
        sinfo->bh = NULL;
        while (nr_slots && de >= (struct msdos_dir_entry *)bh->b_data) {
                de->name[0] = DELETED_FLAG;
                de--;
                nr_slots--;
        }
        mark_buffer_dirty_inode(bh, dir);
        if (IS_DIRSYNC(dir))
                err = sync_dirty_buffer(bh);
        brelse(bh);
        if (err)
                return err;
        dir->i_version++;

        if (nr_slots) {
                /*
                 * Second stage: remove the remaining longname slots.
                 * (This directory entry is already removed, and so return
                 * the success)
                 */
                err = __fat_remove_entries(dir, sinfo->slot_off, nr_slots);
                if (err) {
                        printk(KERN_WARNING
                                "FAT: Couldn't remove the long name slots\n");
                }
        }

        dir->i_mtime = dir->i_atime = CURRENT_TIME_SEC;
        if (IS_DIRSYNC(dir))
                (void)fat_sync_inode(dir);
```

```
                else
                        mark_inode_dirty(dir);

                return 0;
}

EXPORT_SYMBOL_GPL(fat_remove_entries);

static int fat_zeroed_cluster(struct inode *dir, sector_t blknr, int nr_used,
                              struct buffer_head **bhs, int nr_bhs)
{
        struct super_block *sb = dir->i_sb;
        sector_t last_blknr = blknr + MSDOS_SB(sb)->sec_per_clus;
        int err, i, n;

        /* Zeroing the unused blocks on this cluster */
        blknr += nr_used;
        n = nr_used;
        while (blknr < last_blknr) {
                bhs[n] = sb_getblk(sb, blknr);
                if (!bhs[n]) {
                        err = -ENOMEM;
                        goto error;
                }
                memset(bhs[n]->b_data, 0, sb->s_blocksize);
                set_buffer_uptodate(bhs[n]);
                mark_buffer_dirty_inode(bhs[n], dir);

                n++;
                blknr++;
                if (n == nr_bhs) {
                        if (IS_DIRSYNC(dir)) {
                                err = fat_sync_bhs(bhs, n);
                                if (err)
                                        goto error;
                        }
                        for (i = 0; i < n; i++)
                                brelse(bhs[i]);
                        n = 0;
                }
        }
        if (IS_DIRSYNC(dir)) {
                err = fat_sync_bhs(bhs, n);
                if (err)
                        goto error;
        }
        for (i = 0; i < n; i++)
                brelse(bhs[i]);

        return 0;

error:
        for (i = 0; i < n; i++)
                bforget(bhs[i]);
        return err;
}

int fat_alloc_new_dir(struct inode *dir, struct timespec *ts)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bhs[MAX_BUF_PER_PAGE];
        struct msdos_dir_entry *de;
        sector_t blknr;
        __le16 date, time;
        u8 time_cs;
        int err, cluster;

        err = fat_alloc_clusters(dir, &cluster, 1);
        if (err)
                goto error;

        blknr = fat_clus_to_blknr(sbi, cluster);
        bhs[0] = sb_getblk(sb, blknr);
```

```
        if (!bhs[0]) {
                err = -ENOMEM;
                goto error_free;
        }

        fat_time_unix2fat(sbi, ts, &time, &date, &time_cs);

        de = (struct msdos_dir_entry *)bhs[0]->b_data;
        /* filling the new directory slots ("." and ".." entries) */
        memcpy(de[0].name, MSDOS_DOT, MSDOS_NAME);
        memcpy(de[1].name, MSDOS_DOTDOT, MSDOS_NAME);
        de->attr = de[1].attr = ATTR_DIR;
        de[0].lcase = de[1].lcase = 0;
        de[0].time = de[1].time = time;
        de[0].date = de[1].date = date;
        if (sbi->options.isvfat) {
                /* extra timestamps */
                de[0].ctime = de[1].ctime = time;
                de[0].ctime_cs = de[1].ctime_cs = time_cs;
                de[0].adate = de[0].cdate = de[1].adate = de[1].cdate = date;
        } else {
                de[0].ctime = de[1].ctime = 0;
                de[0].ctime_cs = de[1].ctime_cs = 0;
                de[0].adate = de[0].cdate = de[1].adate = de[1].cdate = 0;
        }
        de[0].start = cpu_to_le16(cluster);
        de[0].starthi = cpu_to_le16(cluster >> 16);
        de[1].start = cpu_to_le16(MSDOS_I(dir)->i_logstart);
        de[1].starthi = cpu_to_le16(MSDOS_I(dir)->i_logstart >> 16);
        de[0].size = de[1].size = 0;
        memset(de + 2, 0, sb->s_blocksize - 2 * sizeof(*de));
        set_buffer_uptodate(bhs[0]);
        mark_buffer_dirty_inode(bhs[0], dir);

        err = fat_zeroed_cluster(dir, blknr, 1, bhs, MAX_BUF_PER_PAGE);
        if (err)
                goto error_free;

        return cluster;

error_free:
        fat_free_clusters(dir, cluster);
error:
        return err;
}

EXPORT_SYMBOL_GPL(fat_alloc_new_dir);

static int fat_add_new_entries(struct inode *dir, void *slots, int nr_slots,
                               int *nr_cluster, struct msdos_dir_entry **de,
                               struct buffer_head **bh, loff_t *i_pos)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bhs[MAX_BUF_PER_PAGE];
        sector_t blknr, start_blknr, last_blknr;
        unsigned long size, copy;
        int err, i, n, offset, cluster[2];

        /*
         * The minimum cluster size is 512bytes, and maximum entry
         * size is 32*slots (672bytes).  So, iff the cluster size is
         * 512bytes, we may need two clusters.
         */
        size = nr_slots * sizeof(struct msdos_dir_entry);
        *nr_cluster = (size + (sbi->cluster_size - 1)) >> sbi->cluster_bits;
        BUG_ON(*nr_cluster > 2);

        err = fat_alloc_clusters(dir, cluster, *nr_cluster);
        if (err)
                goto error;

        /*
         * First stage: Fill the directory entry.  NOTE: This cluster
```

```
                 * is not referenced from any inode yet, so updates order is
                 * not important.
                 */
                i = n = copy = 0;
                do {
                        start_blknr = blknr = fat_clus_to_blknr(sbi, cluster[i]);
                        last_blknr = start_blknr + sbi->sec_per_clus;
                        while (blknr < last_blknr) {
                                bhs[n] = sb_getblk(sb, blknr);
                                if (!bhs[n]) {
                                        err = -ENOMEM;
                                        goto error_nomem;
                                }

                                /* fill the directory entry */
                                copy = min(size, sb->s_blocksize);
                                memcpy(bhs[n]->b_data, slots, copy);
                                slots += copy;
                                size -= copy;
                                set_buffer_uptodate(bhs[n]);
                                mark_buffer_dirty_inode(bhs[n], dir);
                                if (!size)
                                        break;
                                n++;
                                blknr++;
                        }
                } while (++i < *nr_cluster);

                memset(bhs[n]->b_data + copy, 0, sb->s_blocksize - copy);
                offset = copy - sizeof(struct msdos_dir_entry);
                get_bh(bhs[n]);
                *bh = bhs[n];
                *de = (struct msdos_dir_entry *)((*bh)->b_data + offset);
                *i_pos = fat_make_i_pos(sb, *bh, *de);

                /* Second stage: clear the rest of cluster, and write outs */
                err = fat_zeroed_cluster(dir, start_blknr, ++n, bhs, MAX_BUF_PER_PAGE);
                if (err)
                        goto error_free;

                return cluster[0];

error_free:
                brelse(*bh);
                *bh = NULL;
                n = 0;
error_nomem:
                for (i = 0; i < n; i++)
                        bforget(bhs[i]);
                fat_free_clusters(dir, cluster[0]);
error:
                return err;
}

int fat_add_entries(struct inode *dir, void *slots, int nr_slots,
                        struct fat_slot_info *sinfo)
{
        struct super_block *sb = dir->i_sb;
        struct msdos_sb_info *sbi = MSDOS_SB(sb);
        struct buffer_head *bh, *prev, *bhs[3]; /* 32*slots (672bytes) */
        struct msdos_dir_entry *de;
        int err, free_slots, i, nr_bhs;
        loff_t pos, i_pos;

        sinfo->nr_slots = nr_slots;

        /* First stage: search free direcotry entries */
        free_slots = nr_bhs = 0;
        bh = prev = NULL;
        pos = 0;
        err = -ENOSPC;
        while (fat_get_entry(dir, &pos, &bh, &de) > -1) {
                /* check the maximum size of directory */
                if (pos >= FAT_MAX_DIR_SIZE)
```

0199

```
                        goto error;

                if (IS_FREE(de->name)) {
                        if (prev != bh) {
                                get_bh(bh);
                                bhs[nr_bhs] = prev = bh;
                                nr_bhs++;
                        }
                        free_slots++;
                        if (free_slots == nr_slots)
                                goto found;
                } else {
                        for (i = 0; i < nr_bhs; i++)
                                brelse(bhs[i]);
                        prev = NULL;
                        free_slots = nr_bhs = 0;
                }
        }
        if (dir->i_ino == MSDOS_ROOT_INO) {
                if (sbi->fat_bits != 32)
                        goto error;
        } else if (MSDOS_I(dir)->i_start == 0) {
                printk(KERN_ERR "FAT: Corrupted directory (i_pos %lld)\n",
                        MSDOS_I(dir)->i_pos);
                err = -EIO;
                goto error;
        }

found:
        err = 0;
        pos -= free_slots * sizeof(*de);
        nr_slots -= free_slots;
        if (free_slots) {
                /*
                 * Second stage: filling the free entries with new entries.
                 * NOTE: If this slots has shortname, first, we write
                 * the long name slots, then write the short name.
                 */
                int size = free_slots * sizeof(*de);
                int offset = pos & (sb->s_blocksize - 1);
                int long_bhs = nr_bhs - (nr_slots == 0);

                /* Fill the long name slots. */
                for (i = 0; i < long_bhs; i++) {
                        int copy = min_t(int, sb->s_blocksize - offset, size);
                        memcpy(bhs[i]->b_data + offset, slots, copy);
                        mark_buffer_dirty_inode(bhs[i], dir);
                        offset = 0;
                        slots += copy;
                        size -= copy;
                }
                if (long_bhs && IS_DIRSYNC(dir))
                        err = fat_sync_bhs(bhs, long_bhs);
                if (!err && i < nr_bhs) {
                        /* Fill the short name slot. */
                        int copy = min_t(int, sb->s_blocksize - offset, size);
                        memcpy(bhs[i]->b_data + offset, slots, copy);
                        mark_buffer_dirty_inode(bhs[i], dir);
                        if (IS_DIRSYNC(dir))
                                err = sync_dirty_buffer(bhs[i]);
                }
                for (i = 0; i < nr_bhs; i++)
                        brelse(bhs[i]);
                if (err)
                        goto error_remove;
        }

        if (nr_slots) {
                int cluster, nr_cluster;

                /*
                 * Third stage: allocate the cluster for new entries.
                 * And initialize the cluster with new entries, then
                 * add the cluster to dir.
```

```
                */
                cluster = fat_add_new_entries(dir, slots, nr_slots, &nr_cluster,
                                              &de, &bh, &i_pos);
                if (cluster < 0) {
                        err = cluster;
                        goto error_remove;
                }
                err = fat_chain_add(dir, cluster, nr_cluster);
                if (err) {
                        fat_free_clusters(dir, cluster);
                        goto error_remove;
                }
                if (dir->i_size & (sbi->cluster_size - 1)) {
                        fat_fs_error(sb, "Odd directory size");
                        dir->i_size = (dir->i_size + sbi->cluster_size - 1)
                                & ~((loff_t)sbi->cluster_size - 1);
                }
                dir->i_size += nr_cluster << sbi->cluster_bits;
                MSDOS_I(dir)->mmu_private += nr_cluster << sbi->cluster_bits;
        }
        sinfo->slot_off = pos;
        sinfo->de = de;
        sinfo->bh = bh;
        sinfo->i_pos = fat_make_i_pos(sb, sinfo->bh, sinfo->de);

        return 0;

error:
        brelse(bh);
        for (i = 0; i < nr_bhs; i++)
                brelse(bhs[i]);
        return err;

error_remove:
        brelse(bh);
        if (free_slots)
                __fat_remove_entries(dir, pos, free_slots);
        return err;
}

EXPORT_SYMBOL_GPL(fat_add_entries);
```

# EXHIBIT J

CONFIDENTIAL

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF WASHINGTON

3

4                        AT SEATTLE

5

6

7

8      MICROSOFT CORPORATION, a          )

9      Washington corporation,           )

10                                        )

11                    Plaintiff,          )

12                                        ) No. 2-10-cv-

13                 vs.                    ) 01823-JLR

14                                        )

15     MOTOROLA, INC., and MOTOROLA       )

16     MOBILITY, INC.,                    )

17                                        )

18                    Defendants.         )

19

20

21          VIDEOTAPED 30(b)(6) DEPOSITION OF DAVID KILLOUGH

22

23                      May 6, 2013

24

25      Job No. CS1661676     Seattle, Washington

CONFIDENTIAL

Page 28

```
 1   Q   Do you recall who else might have been involved in
 2       that decision?
 3   A   Andrew Culbert might have been involved.  And Brad
 4       Smith might have been involved.  David Howard might
 5       have been involved.  Possibly Horacio Gutierrez might
 6       have been involved.
 7           You're asking me to guess about who might have
 8       been involved.
 9   Q   Well, I don't want you to -- I -- let me be clear:  I
10       don't want you to guess.  If you recall discussing
11       whether to file the litigation with anybody else,
12       those are the names that I'm looking for.
13   A   As far as a specific recollection, Andrew Culbert
14       would be the only one I specifically recall --
15   Q   Okay.
16   A   -- discussing it -- that matter with.
17   Q   Okay.  Did Microsoft have a budget for this case
18       before filing it?
19   A   Not that I can recall.
20   Q   Did Microsoft ever prepare a budget for the 1823
21       action?
22   A   I don't think separately, no.
23   Q   When you say "separately, no," what do you mean --
24   A   Just --
25   Q   -- by that?
```

CONFIDENTIAL

Page 29

```
 1   A   -- I don't recall there being any budget for the
 2       matter that was separate from other litigations
 3       involving Motorola.
 4   Q   Okay.  So is there a budget for all litigations
 5       involving Motorola?
 6   A   You know, at a point in time, there came to be one.
 7       Whether it was before or after the litigations began,
 8       I can't recall.
 9   Q   Okay.  So is there currently a budget for the
10       litigations between Microsoft and Motorola?
11   A   I don't know that there is currently a budget
12       specifically for those matters, no.
13   Q   And when you say you don't know if there's currently
14       a budget specifically for those matters, what do you
15       mean by "specifically"?  Are you --
16   A   It's -- I think that the Motorola litigations fall
17       under a broader budget, you know, category.
18   Q   Okay.  So, for example -- and I'm just trying to get
19       an understanding of what you're describing -- is
20       there like a budget for patent litigation that the
21       Motorola litigations would fall under?  Is that what
22       you're describing?
23   A   Right.  I think that there's an affirmative
24       litigation, you know, umbrella.  And it's in that
25       umbrella.  And then there's, you know, another
```

# EXHIBIT K

Page 1

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

2

3

4    MICROSOFT CORPORATION, a        ) Case No.
     Washington corporation,         ) 10-1823

5                                     )

                       Plaintiff,    )

6                                     ) VIDEOTAPE

       -vs-                          ) DEPOSITION OF:

7                                     )

     MOTOROLA, INC., MOTOROLA         ) PROF. DR. THEO

8    MOBILITY, INC., and GENERAL      ) BODEWIG
     INSTRUMENT CORPORATION,          )

9                                     )

                       Defendants.   )

10

11    _____

12

13          TRANSCRIPT of the stenographic notes of

14    the proceedings in the above-entitled matter, as

15    taken by and before LINDA M. JORRITSMA, a Certified

16    Court Reporter and Notary Public of the State of New

17    Jersey, held at the office of QUINN EMANUEL URQUHART

18    & SULLIVAN, LLP, 51 Madison Avenue, New York, New

19    York, on Monday, July 1, 2013, commencing at 10:01

20    a.m.

21

22

23

24

25    Job No. CS1692638

Bodewig - by Mr. Price

Page 121

1          Q.     So given the explanation you've given us

2     about the Orange Book ruling and the two procedures,

3     it's correct that Microsoft could have avoided an

4     injunction if it had followed the second alternative

5     and placed into escrow an amount that Motorola

6     demanded.   Correct?

7          A.     Possible.

8          Q.     Well, in your view, that's correct.

9          A.     Yeah.

10         Q.     Let me ask you if you would look at

11    Section 81 of your report -- paragraph 81, I'm sorry.

12                And in paragraph 81 you talk about the

13    Regional Court in Mannheim addressing the question of

14    whether Motorola's rejection of Microsoft's offer

15    constituted a blatant or obvious violation of

16    antitrust law.  Do you see that?

17         A.     Yes.

18         Q.     All right.  In that opinion, the Court

19    also addressed, though, other questions.  Correct?

20         A.     Yes.

21         Q.     And it's -- do you remember how long the

22    opinion is?

23         A.     Yeah.  Quite some pages.  I don't

24    exactly remember.  Twenty pages, or something like

25    that.

# EXHIBIT L

CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF WASHINGTON

3

4                          AT SEATTLE

5

6

7

8     MICROSOFT CORPORATION, a              )

9     Washington corporation,              )

10                                          )

11                    Plaintiff,            )

12                                          ) No. 2-10-cv-

13                vs.                       )   01823-JLR

14                                          )

15    MOTOROLA, INC., and MOTOROLA          )

16    MOBILITY, INC.,                       )

17                                          )

18                    Defendants.           )

19

20

21      VIDEOTAPED 30(b)(6) DEPOSITION OF

22

23                          May 9, 2013

24    Job No. CS1663256

25                       Seattle, Washington

CONFIDENTIAL

Page 172

```
 1   A    We wouldn't really org- -- Microsoft would not
 2        organize it.  Arvato would -- would make that work.
 3   Q    Okay.  Now, are you aware that Motorola filed its
 4        patent infringement lawsuit against Microsoft in
 5        Germany in July of 2011?
 6   A    I'm not aware of the dates.
 7   Q    Okay.  So is it fair to say, then, you don't know why
 8        Microsoft didn't start considering moving the German
 9        facilities to the Netherlands earlier than January of
10        2012?
11   A    I'm -- I'm not aware of anything that occurred before
12        my involvement.  Yeah.
13   Q    You've testified today about sort of -- kind of a --
14        what a rushed process it was to meet the deadlines.
15            Would the process have cost less to move the
16        facilities if it were stretched over a larger period
17        of time; you know, a few more months, perhaps?
18   A    It probably would have, yes.
19   Q    Would have saved cost?
20            Are you familiar with what -- what we've called
21        the anti-suit injunction in the Washington
22        litigation?
23   A    No, I'm not.
24   Q    Okay.  Are you aware that Microsoft filed a motion
25        in -- here in Washington, asking the Court to
```

CONFIDENTIAL

Page 173

1    preclude Motorola from enforcing an injunction in

2    Germany?

3                    MR. WION:  I just want to clarify

4    that these questions are asked of Mr. Davidson in his

5    individual capacity, by definition.

6                    MS. ROBERTS:  Well --

7                    MR. WION:  If you have a different

8    understanding, let me know.

9                    MS. ROBERTS:  Well, let me be more

10   clear.

11   Q   (By Ms. Roberts)  Microsoft filed an anti-suit motion

12       in Washington; is that correct?

13   A   I don't know.

14   Q   And it didn't file that motion until March 28th,

15       2012; is that correct?

16   A   I don't know.

17   Q   Okay.  Do you know why Microsoft did not ask the

18       Court, the Washington court, earlier to preclude

19       Motorola from enforcing an injunction in Germany?

20   A   I don't -- I don't know.  I'm not aware.

21   Q   Is it --

22   A   Or don't remember.  But -- yeah.

23   Q   And was the timeline of filing any motions in

24       Washington discussed with you in connection with

25       deciding whether and when to move the Düren

CONFIDENTIAL

Page 174

1       facilities?

2    A  I -- I do remember discussions about filings.

3          I don't remember sequence, I don't recall the

4       dates.  And those were privileged conversations.

5    Q  Did the dates of those filings impact Microsoft's

6       decision on whether and when to move the Düren

7       facilities?

8    A  As I mentioned earlier, the -- the train left the

9       station once we decided, in terms of terminations,

10      financial commitments, making the changes, getting

11      systems changes in place.

12   Q  So are you aware that the Washington court -- or

13      Microsoft is aware that the Washington court did

14      issue an injunction precluding Motorola from

15      enforcing an injunction in Germany; right?

16                 MR. WION:  I'm going to object.

17      This line of questioning does not seem to be within

18      the scope of the topic on which Mr. Davidson is here

19      to testify.

20          But if you are interested in asking him of his

21      personal knowledge, you may do so, to the extent he

22      knows.

23                 MS. ROBERTS:  Well, I disagree,

24      because I think it goes to mitigation of damages.

25          So if he doesn't know the answer his, that's

CONFIDENTIAL

Page 175

1   fine, and we can fight about that later.

2                       MR. WION:  The objection still

3   stands.  We can figure it out later.

4   Q   (By Ms. Roberts)  So my question was:  Are you aware

5   that the Washington court issued an injunction

6   precluding Motorola from enforcing an injunction in

7   Germany?

8                       MR. WION:  And can we just have a

9   standing objection to that on the same basis that I

10   just articulated?

11                       MS. ROBERTS:  No.  You can keep

12   objecting.

13                       MR. WION:  Oh.

14       Same objection.

15       You can answer if you know.

16   A   I would need you to explain the question in long

17   legal terms.

18   Q   (By Ms. Roberts)  Okay.  Did Microsoft consider

19   changing its plans -- well...

20       What did Microsoft do to avoid having to move

21   from Germany?

22   A   I cannot comment on the legal proceedings.

23       We evaluated options.  We evaluated could we set

24   up a bonded warehouse within Germany, which would be

25   not considered -- product not being considered as

CONFIDENTIAL

1    I just want to be clear.  Are you unable to

2  testify about what occurred in the litigation based

3  on privilege?

4    I just want to make sure I understand the scope

5  of what the objection was.

6        MR. WION:  There's also an

7  objection that it's beyond the scope of the topic for

8  which he's been designated.

9    To the extent that you can answer the question in

10  your individual capacity, feel free.

11 A Repeat it.

12 Q (By Ms. Roberts)  Okay.  Well, then I'll ask more

13  specifically.

14    Do you understand that Microsoft filed a motion

15  to preclude Motorola from enforcing an injunction in

16  Germany?

17        MR. WION:  Same objection.

18    You can answer if you know.

19 A I recall knowing.

20 Q (By Ms. Roberts)  You recall knowing?

21 A I don't know the content.  I don't recall the dates.

22 Q Do you recall knowing that Microsoft filed that

23  motion before the move occurred?

24 A I don't recall.

25 Q Okay.  Do you recall knowing that Microsoft did not

Veritext Corporate Services

800-567-8658                973-410-4040

0215

CONFIDENTIAL

Page 229

1      file that motion before January 2012?

2   A  I did not know that.

3   Q  Did you have any discussions with counsel -- and

4      we'll start by -- I'll ask a yes-or-no question.

5          Did you have any discussions with counsel about

6      whether there were ways to avoid the injunction while

7      you were working on the move?

8                       MR. WION:  I'm going to object

9      and -- first, on the basis that it's beyond the topic

10     for which Mr. Davidson has been designated, and also

11     caution Mr. Davidson not to disclose any privileged

12     communications in connection with any response to

13     that question.

14         Subject to those objections, you can answer if

15     you can.

16  A  That's a lot to navigate there.

17         Honestly, my -- my recollection of the legal

18     discussions, they're very limited.

19  Q  (By Ms. Roberts)  Okay.  I guess I'm just -- I'm

20     trying to get a sense of whether --

21  A  This is --

22  Q  -- you can't recall, or whether you recall but there

23     is information that you can't tell me because it's

24     privileged.

25  A  We hit a -- we hit a point where it actually couldn't

# EXHIBIT M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

───────────────────────────────────────────────────

MICROSOFT CORPORATION,            )
                                  )
                Plaintiff,        )  CASE NO. C10-01823JLR
                                  )
v.                                )  SEATTLE, WASHINGTON
                                  )  June 25, 2013
MOTOROLA INC., et al.,,           )
                                  )  TELEPHONE CONFERENCE
                Defendant.        )
                                  )

───────────────────────────────────────────────────

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

───────────────────────────────────────────────────

APPEARANCES:

 For the Plaintiff:    ARTHUR HARRIGAN


 For the Defendant:    BRIAN CANNON


 Reported by:          NANCY L. BAUER, CCR, RPR
                       Federal Court Reporter
                       700 Stewart Street, Suite 17205
                       Seattle, WA 98101
                       (206) 370-8506
                       nancy_bauer@wawd.uscourts.gov

1    "ANSWER:   Correct.

2    "QUESTION:   Okay.  And who on the legal team made the

3    decision to move?

4    "ANSWER:   Shelley McKinley was my contact."

5         The court is unable to reconcile the statement in

6    Microsoft's briefing that Davidson and Roberts made the

7    decision to relocate with the direct deposition testimony of

8    the witness.  That's either a lack of understanding of the

9    witness's testimony, an effort to characterize the testimony,

10   or an outright misstatement, but it's going to cause the

11   court to enter the following ruling:

12        I will allow the deposition of two hours of Ms. McKinley,

13   who, according to the deposition testimony of Microsoft, was

14   the person who made the decision.  You can't simply say, one,

15   we made the decision, when your own witnesses don't testify

16   contrary to that, and secondly, you can't say, "The law

17   department made us do it," without opening yourself open to

18   examination of what the law department did.

19        I will say that the list of questions that Motorola seeks

20   to ask is much too broad, and it seems to have little

21   significance to the question at hand.  But since Microsoft

22   has opened the door to why the law department told the

23   business people that they were moving the warehouse, it seems

24   to me, as a matter of fairness, that Motorola is permitted to

25   examine that question.

1       So in summary, I've authorized a two-hour deposition on a

2   question that I assume should, frankly, not take more than

3   about ten minutes.  One, a witness who can categorically say,

4   as the witness has implied, that there was no consideration

5   of moving the distribution center prior to mid-January of

6   2012, and someone who can discuss other patent litigation

7   lawsuits pending in Germany in the 2011, 2012 range, and a

8   second two-hour deposition of Ms. McKinley or someone else in

9   the law department who will explain the reasons why the law

10  department made the decision that the distribution center

11  needed to be moved.

12      So that will be the ruling of the court on your letter

13  motions.

14      Mr. Harrigan, any questions?

15          MR. HARRIGAN:  No, Your Honor.  I -- and I'm not

16  saying this to argue with your ruling at all, I'm not arguing

17  with it, but I do want to simply point out that the same

18  witness, Mr. Roberts, was invited later in the deposition to

19  clarify, and that was the word, I believe.  "I want to make

20  sure I'm understanding your testimony," was the question, and

21  he unequivocally testified later in that deposition that it

22  was a decision made by the business people and not the legal

23  people.

24          THE COURT:  Okay.  We read --

25          MR. HARRIGAN:  But I agree with you that the first

# EXHIBIT N
# FILED UNDER SEAL