The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>**DECLARATION OF DR. MAXIMILIAN HAEDICKE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF BREACH OF CONTRACT AND SUMMARY JUDGMENT ON MOTOROLA'S THIRD, FOURTH, FIFTH, SEVENTH, EIGHTH, AND NINTH AFFIRMATIVE DEFENSES AND SECOND COUNTERCLAIM** |

I, Dr. Maximilian Haedicke, declare as follows:

1. I submit the following Declaration in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim.

2. I have been retained by counsel for Defendants to act as an expert witness in this action regarding patent law, injunctions and standards-essential patents (SEPs) in Germany.

3.  Attached hereto as Exhibit A is a true and correct copy of my Expert Witness Report, dated May 29, 2013. I hereby incorporate by reference and adopt all statements and opinions reflected in my Expert Witness Report as if set forth fully herein.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

EXECUTED this 12th day of July, 2013 at _Freiburg, Germany_

_____
Dr. Maximilian Haedicke

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Arthur W. Harrigan, Jr., Esq.
    Christopher T. Wion, Esq.
    Shane P. Cramer, Esq.
    Calfo Harrigan Leyh & Eakes LLP
    *arthurh@calfoharrigan.com*
    *chrisw@calfoharrigan.com*
    *shanec@calfoharrigan.com*

    Richard A. Cederoth, Esq.
    Brian R. Nester, Esq.
    David T. Pritikin, Esq.
    Douglas I. Lewis, Esq.
    John W. McBride, Esq.
    William H. Baumgartner, Jr., Esq.
    David C. Giardina, Esq.
    Carter G. Phillips, Esq.
    Constantine L. Trela, Jr., Esq.
    Ellen S. Robbins, Esq.
    Nathaniel C. Love, Esq.
    Sidley Austin LLP
    *rcederoth@sidley.com*
    *bnester@sidley.com*
    *dpritikin@sidley.com*
    *dilewis@sidley.com*
    *jwmcbride@sidley.com*
    *wbaumgartner@sidley.com*
    *dgiardina@sidley.com*
    *cphillips@sidley.com*
    *ctrela@sidley.com*
    *erobbins@sidley.com*
    *nlove@sidley.com*

    T. Andrew Culbert, Esq.
    David E. Killough, Esq.
    Microsoft Corp.
    *andycu@microsoft.com*
    *davkill@microsoft.com*

DATED this 12th day of July, 2013.

                                              /s/ *Marcia A. Ripley*
                                              Marcia A. Ripley

HAEDICKE DECLARATION IN SUPPORT OF
DEFENDASNTS' OPPOSITION TO MICROSOFT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

4846-2039-6307.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001