The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>**DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF DEFENDANTS' RESPONSE TO MICROSOFT' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, July 31, 2013 at 10:00 a.m.** |

I, Bradley S. Keller, declare as follows:

1. I submit the following Declaration in Support of Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgemtn on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim.

2. I have been retained by counsel for Defendants to analyze the law firm invoices on which Microsoft's expert Mr. Todd Menenberg relied in calculating the amount of attorneys' fees and litigation costs allegedly incurred by Microsoft as a result of defending against Motorola's claims of infringement of its 802.11 and H.264 SEPs.

01980.62689/5414607.1 DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF DEFENDANTS' RESPONSE TO MICROSOFT' MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
CASE NO. C10-13-JLR
4833-0845-1860.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

3. Attached hereto as Exhibit A is a true and correct copy of my Expert Witness Report, dated June 10, 2013. I hereby incorporate by reference and adopt all statements and opinions reflected in my Expert Witness Report as if set forth fully herein.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

EXECUTED this 11th day of July, 2013 at Seattle, WA.

_____
Bradley S. Keller

01980.62689/5412788.1

-2-   Case No. C10-1823-JLR
KELLER DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Calfo Harrigan Leyh & Eakes LLP
>*arthurh@calfoharrigan.com*
>*chrisw@calfoharrigan.com*
>*shanec@calfoharrigan.com*

>Richard A. Cederoth, Esq.
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*rcederoth@sidley.com*
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 12th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

01980.62689/5414607.1  - 3 -
CASE NO. C10-13-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4833-0845-1860.1