The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF BREACH OF CONTRACT AND SUMMARY JUDGMENT ON MOTOROLA'S THIRD, FOURTH, FIFTH, SEVENTH, EIGHTH, AND NINTH AFFIRMATIVE DEFENSES AND SECOND COUNTERCLAIM [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR: Wednesday, July 31, 2013 at 10:00 a.m.** |

This matter came before the Court on Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim. Having reviewed Microsoft's Motion and all materials submitted in support of and in opposition to the Motion, Microsoft's Motion is hereby DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF BREACH OF CONTRACT AND SUMMARY JUDGMENT RE AFFIRMATIVE CLAIMS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  *Presented by:*

2  SUMMIT LAW GROUP PLLC

3  By */s/ Ralph H. Palumbo*
4  By */s/ Philip S. McCune*
       Ralph H. Palumbo, WSBA #04751
5      Philip S. McCune, WSBA #21081
       *ralphp@summitlaw.com*
6      *philm@summitlaw.com*

7  By */s/ Thomas V. Miller*
       K. McNeill Taylor, Jr.
8      MOTOROLA MOBILITY, INC.
9      600 North U.S. Highway 45
       Libertyville, IL 60048-1286
10     (847) 523-2162

11 QUINN EMANUEL URQUHART & SULLIVAN, LLP

12
13 By */s/ Kathleen M. Sullivan*
       Kathleen M. Sullivan, NY #1804624
14     51 Madison Ave., 22nd Floor
       New York, NY 10010
15     (212) 849-7000
       *kathleensullivan@quinnemanuel.com*
16
17 By */s/ Brian C. Cannon*
       Brian C. Cannon, CA #193071
18     555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
19     (650) 801-5000
       *briancannon@quinnemanuel.com*
20
21 By */s/ William C. Price*
       William C. Price, CA #108542
22     865 S. Figueroa Street, 10th Floor
       Los Angeles, CA 90017
23     (213) 443-3000
       *williamprice@quinnemanuel.com*
24
25 *Attorneys for Defendants Motorola Solutions, Inc.,*
   *Motorola Mobility LLC and General Instrument Corporation*

26

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF BREACHOF CONTRACT AND
SUMMARY JUDGMENT RE AFFIRMATIVE CLAIMS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 12th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER DENYING MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF BREACH OF CONTRACT AND SUMMARY JUDGMENT RE AFFIRMATIVE CLAIMS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001