UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. 10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court hereby modifies the schedule for pre-trial deadlines for the August 26, 2013, trial. (*See* 7/1/13 Order (Dkt. # 714).) Currently, the court has scheduled a hearing on the parties' *Daubert* and dispositive motions for July 31, 2013 at 10:00 a.m. The court re-schedules that hearing as follows: The court will hear the parties' *Daubert* motions on July 30, 2013 at 1:30 p.m. The following day, July 31, 2013, at 10:00 a.m., the court will hear argument on the parties' dispositive motions. All other deadlines shall remain the same.

Filed and entered this 16th day of July, 2013.

WILLIAM M. MCCOOL
Clerk of Court

  s/Mary Duett
Deputy Clerk

MINUTE ORDER - 2