The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 19, 2013** |

DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO
SEAL RE ITS RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## I. INTRODUCTION

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corp. (collectively "Motorola") do not oppose Microsoft's Motion to Seal Re Its Rule 702 Motion to Preclude Testimony by Motorola's Experts (Dkt 717) regarding the following documents:

- Exhibits 4, 6[1], 10, and 11 to the Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Motorola's Experts ("Wion Daubert Declaration")

## II. MOTOROLA DOES NOT OPPOSE MICROSOFT'S MOTION TO SEAL.

Exhibit 4 to the Wion Daubert Declaration is the Expert Report of Gregory K. Leonard, Ph.D, which was designated by Motorola as "CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER."  The report references non-public commercially sensitive information regarding Motorola's business and licensing practices and strategies. Disclosure of this information to third parties and other party employees not covered by the Protective Order would have the potential to lead to competitive harm.  Microsoft filed a public version of Exhibit 4, from which Motorola's and Microsoft's confidential business information was redacted.  Motorola takes no position at this time with respect to the propriety of Microsoft's requests as to this document.  Motorola maintains that portions of paragraphs 17, 66, 70, 71 of Exhibit 4 should remain under seal.

Exhibit 6 to the Wion Daubert Declaration is the Expert Rebuttal Report of Gregory K. Leonard, Ph.D, which Motorola designated as "CONFIDENTIAL BUSINESS INFORMATION

---

[1] Microsoft's Motion to Seal indicates that Exhibit 5 to the Wion Daubert Declaration is the Leonard Rebuttal Report.  This appears to be a typographical error because Exhibit 6 is the Leonard Rebuttal Report.  Exhibit 5 was filed publicly.  Accordingly, Motorola addresses the Leonard Rebuttal Report by correct exhibit number herein.

DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1   SUBJECT TO PROTECTIVE ORDER." The report references non-public commercially

2   sensitive information regarding Motorola's business and licensing practices and strategies.

3   Disclosure of this information to third parties and other party employees not covered by the

4   Protective Order would have the potential to lead to competitive harm. Microsoft filed a public

5   version of Exhibit 6, from which Motorola's confidential business information was redacted. The

6   redacted portion of paragraph 6 should remain under seal.

7   Exhibits 10 and 11 are documents that Microsoft has requested remain sealed. Motorola

8   takes no position at this time with respect to the propriety of Microsoft's requests as to these

9   documents.

**III.   CONCLUSION**

Motorola does not oppose Microsoft's Motion to Seal Re Its Rule 702 Motion to Preclude Testimony by Motorola's Experts (Dkt 717). Nothing herein is intended as a waiver of Motorola's right to contest Microsoft's designation of material as Confidential Business Information in accordance with the terms of the Protective Order. Motorola expressly reserves the right to do so as the circumstances warrant.

DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO
SEAL RE ITS RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    DATED this 17th day of July, 2013.

                                            Respectfully submitted,

                                            SUMMIT LAW GROUP PLLC

                                            By */s/ Ralph H. Palumbo*
                                            By */s/ Philip S. McCune*
                                                Ralph H. Palumbo, WSBA #04751
                                                Philip S. McCune, WSBA #21081
                                                *ralphp@summitlaw.com*
                                                *philm@summitlaw.com*

                                            By */s/ Thomas V. Miller*
                                                Thomas V. Miller
                                                MOTOROLA MOBILITY LLC
                                                600 North U.S. Highway 45
                                                Libertyville, IL  60048-1286
                                                (847) 523-2162

                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                            By */s/ Kathleen M. Sullivan*
                                                Kathleen M. Sullivan, NY #1804624
                                                51 Madison Ave., 22nd Floor
                                                New York, NY 10010
                                                (212) 849-7000
                                                *kathleensullivan@quinnemanuel.com*

                                            By */s/ Brian C. Cannon*
                                                Brian C. Cannon, CA #193071
                                                555 Twin Dolphin Drive, 5th Floor
                                                Redwood Shores, CA 94065
                                                (650) 801-5000
                                                *briancannon@quinnemanuel.com*

DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO
SEAL RE ITS RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By */s/ William C. Price*
    William C. Price, CA #108542
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    *williamprice@quinnemanuel.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

---

DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO
SEAL RE ITS RULE 702 MOTION TO PRECLUDE
TESTIMONY BY MOTOROLA'S EXPERTS - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 17th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS - 5
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001