THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>(PROPOSED) ORDER RE DEFENDANTS' 07/03/13 MOTION TO FILE DOCUMENTS UNDER SEAL (DKT NO. 719)<br><br>**NOTED FOR:**<br>**Friday, July 19, 2013** |

　　　THIS MATTER comes before the Court on Motorola's July 3, 2013 Motion to Seal (Dkt No. 719). The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

　　　IT IS ORDERED THAT the non-public versions of the following documents that have been filed under seal shall remain under seal:

(PROPOSED) ORDER RE DEFENDANTS'
07/03/13 MOTION TO FILE DOCUMENTS
UNDER SEAL (DKT NO. 719) - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

- Exhibit A to Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment, filed at Docket No. 721;

- Exhibit O to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment, filed at Docket No. 721;

- Exhibit EE to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment, filed at Docket No. 721;

- Exhibit A to the Declaration of Cheryl Berry in Support of Defendants' Motion to Exclude and Strike the Testimony of Theo Bodewig, filed at Docket No. 732;

- Exhibit C to the Declaration of Cheryl Berry in Support of Defendants' Motion to Exclude and Strike the Testimony of Theo Bodewig, filed at Docket No. 732;

- Exhibit A to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion to Preclude and Strike Testimony of Todd Menenberg, filed at Docket No. 723; and

- Exhibit B to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion to Preclude and Strike Testimony of Todd Menenberg, filed at Docket No. 723.

DATED this _____ day of _____, 2013.

_____
HONORABLE JAMES L. ROBART

**Presented by:**
CALFO HARRIGAN LEYH & EAKES LLP

By     s/Arthur W. Harrigan, Jr.
       Arthur W. Harrigan, Jr., WSBA #1751

By     s/Christopher Wion
       Christopher Wion, WSBA #33207

By     s/Shane P. Cramer
       Shane P. Cramer, WSBA #35099
       999 Third Avenue, Suite 4400
       Seattle, WA  98104
       Phone: 206-623-1700

(PROPOSED) ORDER RE DEFENDANTS'
07/03/13 MOTION TO FILE DOCUMENTS
UNDER SEAL (DKT NO. 719) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2

arthurh@calfoharrigan.com
chrisw@calfoharrigan.com
shanec@calfoharrigan.com

3
4

By   s/T. Andrew Culbert
     T. Andrew Culbert

5

By   s/David E. Killough
     David E. Killough

6
7

MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

8
9
10

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

11
12
13
14
15
16

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

17
18
19

Carter G. Phillips
Brian R. Nester

20
21

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

22
23
24

Counsel for Microsoft Corp.

25

(PROPOSED) ORDER RE DEFENDANTS'
07/03/13 MOTION TO FILE DOCUMENTS
UNDER SEAL (DKT NO. 719) - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 17th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

(PROPOSED) ORDER RE DEFENDANTS'
07/03/13 MOTION TO FILE DOCUMENTS
UNDER SEAL (DKT NO. 719) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) <br> Ropes & Gray LLP <br> One Metro Center <br> 700 12th Street NW, Suite 900 <br> Washington, DC  20005-3948 <br> Telephone:  (202) 508-4693 <br> Email: Paul.schoenhard@ropesgray.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br>    X      ECF |
| Andrea Pallios Roberts (*pro hac vice*) <br> Brian C. Cannon (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone:  (650) 801-5000 <br> Email: andreaproberts@quinnemanuel.com <br> Email: briancannon@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br>    X      ECF |
| Kathleen M. Sullivan (*pro hac vice*) <br> David Elihu (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Email: kathleensullivan@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br>    X      ECF |
| William Price (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 865 S. Figuera St., 10th Floor <br> Los Angeles, CA 90017 <br> Telephone:  (212) 443-3000 <br> Email: williamprice@quinnemanuel.com <br> MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br>    X      ECF |

DATED this 17th day of July, 2013.

                                             s/  Florine Fujita  
                                             FLORINE FUJITA

(PROPOSED) ORDER RE DEFENDANTS' <br>
07/03/13 MOTION TO FILE DOCUMENTS <br>
UNDER SEAL (DKT NO. 719) - 5

LAW OFFICES <br>
**CALFO HARRIGAN LEYH & EAKES LLP** <br>
999 THIRD AVENUE, SUITE 4400 <br>
SEATTLE, WASHINGTON 98104 <br>
TEL, (206) 623-1700   FAX, (206) 623-8717