THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S REPLY IN SUPPORT OF ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS |

I, Christopher Wion, hereby declare as follows:

1.      I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Theo Bodewig, taken July 1, 2013.

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR SUMMARY
JUDGMENT - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3
4  DATED this 17th day of July, 2013 in Seattle, Washington.
5
6             s/ Christopher Wion
              CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR SUMMARY JUDGMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 17th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081　　　　　_____ Messenger
Lynn M. Engel, WSBA #21934　　　　　　_____ US Mail
Summit Law Group　　　　　　　　　　　_____ Facsimile
315 Fifth Ave. South, Suite 1000　　　　　  X    ECF
Seattle, WA  98104-2682
Telephone:  206-676-7000
Email: Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)　　　　　　　_____ Messenger
Jesse J. Jenner (*pro hac vice*)　　　　　　_____ US Mail
Ropes & Gray LLP　　　　　　　　　　　_____ Facsimile
1211 Avenue of the Americas　　　　　　   X    ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)　　　　_____ Messenger
Ropes & Gray LLP　　　　　　　　　　　_____ US Mail
1900 University Avenue, 6th Floor　　　　 _____ Facsimile
East Palo Alto, CA  94303-2284　　　　　   X    ECF
Telephone:  (650) 617-4030
Email: norman.beamer@ropesgray.com

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
MOTOROLA'S MOTION FOR SUMMARY
JUDGMENT - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) <br> Ropes & Gray LLP <br> One Metro Center <br> 700 12th Street NW, Suite 900 <br> Washington, DC  20005-3948 <br> Telephone:  (202) 508-4693 <br> Email: Paul.schoenhard@ropesgray.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |
| Andrea Pallios Roberts (*pro hac vice*) <br> Brian C. Cannon (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone:  (650) 801-5000 <br> Email: andreaproberts@quinnemanuel.com <br> Email: briancannon@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |
| Kathleen M. Sullivan (*pro hac vice*) <br> David Elihu (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Email: kathleensullivan@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |
| William Price (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 865 S. Figuera St., 10th Floor <br> Los Angeles, CA 90017 <br> Telephone:  (212) 443-3000 <br> Email: williamprice@quinnemanuel.com <br> MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |

DATED this 17th day of July, 2013.

                                   s/  Florine Fujita
                                   FLORINE FUJITA

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO MOTOROLA'S MOTION FOR SUMMARY JUDGMENT - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717