# EXHIBIT 1

```
                                                              Page 1
 1          IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
 2
 3
 4   MICROSOFT CORPORATION, a         ) Case No.
     Washington corporation,          ) 10-1823
 5                                    )
                  Plaintiff,          )
 6                                    ) VIDEOTAPE
         -vs-                         ) DEPOSITION OF:
 7                                    )
     MOTOROLA, INC., MOTOROLA         ) PROF. DR. THEO
 8   MOBILITY, INC., and GENERAL      ) BODEWIG
     INSTRUMENT CORPORATION,          )
 9                                    )
                  Defendants.         )
10
11   _____
12
13          TRANSCRIPT of the stenographic notes of
14   the proceedings in the above-entitled matter, as
15   taken by and before LINDA M. JORRITSMA, a Certified
16   Court Reporter and Notary Public of the State of New
17   Jersey, held at the office of QUINN EMANUEL URQUHART
18   & SULLIVAN, LLP, 51 Madison Avenue, New York, New
19   York, on Monday, July 1, 2013, commencing at 10:01
20   a.m.
21
22
23
24
25   Job No. CS1692638
```

1       A.      Right.

2       Q.      So -- so let me see if I can ask you
3  about the -- the European market.

4       A.      Um-hum.

5       Q.      One of the things that you -- you looked
6  at was -- I don't want to get the name wrong
7  again -- Motorola's expert, the deposition of
8  Mr. Haedicke.  Correct?

9       A.      Yes.

10      Q.      All right.  And you looked at his
11 report.  Correct?

12      A.      I did.

13      Q.      And one of the things he does in his
14 report is talk about the German legal market.  Do you
15 recall that?  Let me give you some specifics
16 because --

17      A.      Could you explain what the legal market
18 is?

19      Q.      Yeah.  Let me -- let me ask -- that may
20 have been a little broader than I intended.

21              When I look your resume, one of the
22 things you apparently were, or are, a judge?

23      A.      I was, yes.

24      Q.      Okay.  And that was where?

25      A.      In the Court of Appeals in

Bodewig - by Mr. Price

Page 33

1  Munich -- Court of Appeals in Munich -- in a Senate
2  dealing with trademarks, unfair competition,
3  copyright, and antitrust law.
4      Q.    How does one become a judge in the Court
5  of Appeals in Munich?
6      A.    Any professor in Germany, law professor
7  at a university, can become a part-time judge,
8  actually it is, at a court in Germany.  And so I
9  applied.  I wrote to the president of the Court in
10 Munich, if they were interested in having me as a
11 part-time judge over there.  And they agreed, and so
12 I became a judge there.
13     Q.    What's the difference between a
14 part-time judge and a full-time judge?
15     A.    The full-time judge is full-time, and
16 the part-time judge -- it's -- officially it's
17 one-sixth of the job of a full-time judge.
18     Q.    And -- and how is it
19 different -- how -- what are the different
20 qualifications or -- let me step back.
21     What's the different -- is there a
22 different process one would have to go through to
23 become a full-time judge as opposed to a part-time
24 judge?
25     A.    Well, the part-time judge is only open

1  for professors.  So to become a part-time judge in
2  this sense, you have to be a professor as to
3  become -- to become a professor.
4            To be a full-time judge, you have to
5  pass your first and second state exam, and this gives
6  you the qualification to become a judge, which I have
7  also passed.  So I would have had the opportunity to
8  join the judiciary in Germany and become a judge
9  there on a full-time basis.  I decided to go into
10 academics.
11       Q.    So anyone who passes those exams can be
12 a judge?
13       A.    No, it depends on the grades you get,
14 because the government will not take anybody with any
15 low grades to become a judge.
16       Q.    Do you have to be appointed to be a
17 judge, or --
18       A.    Yes.
19       Q.    Okay.  And so who appoints full-time
20 judges in Germany?
21       A.    The Ministry to Justice in the state you
22 are becoming a judge in.
23       Q.    So is it accurate that, your
24 understanding, that -- is Germany Europe's largest
25 economy?

Page 132

1       CERTIFICATE
2
3       I, , a Notary Public and
4  Certified Court Reporter of the State of New Jersey,
5  License No. 30XI00099500, do hereby certify that
6  prior to the commencement of the examination, PROF.
7  DR. THEO BODEWIG was duly sworn by me to testify the
8  truth, the whole truth and nothing but the truth.
9       I DO FURTHER CERTIFY that the foregoing is a
10 true and accurate transcript of the testimony as
11 taken stenographically by and before me at the time,
12 place and on the date hereinbefore set forth.
13      I DO FURTHER CERTIFY that I am neither a
14 relative nor employee nor attorney nor counsel of any
15 of the parties to this action, and that I am neither
16 a relative nor employee of such attorney or counsel,
17 and that I am not financially interested in the
18 action.
19
20
21 _____
22 Notary Public of the State of New Jersey
23 My Commission expires December 14, 2013
24
25 Dated:  July 1, 2013