# EXHIBIT 1

## quinn emanuel

Mollstraße 42, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

Per Gerichtsvollzieher

Freshfields Bruckhaus Deringer
z.H. Herrn Rechtsanwalt
Prof. Dr. Peter Chrocziel
Prannerstraße 10
80333 München

| Unser Zeichen | 01980.40411 / 20458861.1 | Dr. Marcus Grosch |
|---|---|---|
| | MG/JE/MK | marcusgrosch@quinnemanuel.com |

Dr. Jan Ebersohl
janebersohl@quinnemanuel.com

Michael Krenz
michaelkrenz@quinnemanuel.com

1. Juli 2013

**Motorola Mobility LLC / Microsoft Deutschland GmbH**
**Patentverletzung EP 0 615 384 B1, Landgericht Mannheim, Az. 2 O 373/11**

Sehr geehrter Herr Kollege Prof. Dr. Chrocziel,

in der o.g. Angelegenheit stellen wir Ihnen hiermit eine originale Bankbürgschaftsurkunde der Citigroup Global Markets Deutschland AG (Prozessbürgschaft 5213149505) als Sicherheitsleistung für die hiermit gegenüber der Beklagten Microsoft Deutschland GmbH erfolgende vorläufige Vollstreckung der Ziffer I. 2. des Tenors des Urteils des Landgerichts Mannheim vom 2. Mai 2012, Az. 2 O 373/11 zu.

Weiterhin stellen wir Ihnen zum Zwecke der Vollstreckung beglaubigte Abschriften der vollstreckbaren Ausfertigung des genannten Urteils nebst Vollstreckungsklausel sowie der der Erteilung der Vollstreckungsklausel zugrundeliegenden Urkunden zu.

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL +1 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL +1 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL +1 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL +1 650-801-5000 FAX 650-801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL +1 312-705-7400 FAX 312-705-7401
WASHINGTON, D.C. | 1299 Pennsylvania Ave. NW, Suite 825, Washington, D.C. 20004 | TEL +1 202-538-8000 FAX 202-538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F 1-1-7, Uchisaiwai-cho Chiyoda-ku, Tokyo, 100-0011 Japan | TEL +81 (0) 3 5510 1711 FAX +81 (0) 3 5510-1712
MOSCOW | 3rd Floor, Voentorg Building, 10 Vozdvizhenka Street, Moscow, Russia 125009 | TEL +7 495 797 36 66 FAX +7 495 797 36 67
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 (0) 40 89728-7000 FAX +49 (0) 40 89728-7100

für die vollständige Erbringung der Rechnungslegung setzen wir Ihrer Mandantin eine Frist bis zum

**15. August 2013**.

Mit freundlichen kollegialen Grüßen
Quinn Emanuel Urquhart & Sullivan, LLP

M. Krenz
Rechtsanwalt

Anlagen