The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

                                  Plaintiff,

          v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

                                  Defendants.

CASE NO. C10-1823-JLR

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**NOTED ON MOTION CALENDAR:**
**Wednesday, July 31, 2013 at 10:00 a.m.**

I, Cheryl A. Berry, declare as follows:

1.      I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter.  I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of an email sent by Chris Wion that I received on May 29, 2013, including the Rule 26(a)(2) disclosure attached to that email.

3.      Attached as Exhibit B is a true and correct copy of an email sent by Ellen Robbins that I received on June 12, 2013.

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1

4.        Attached as Exhibit C is a true and correct copy of an email sent by Ellen Robbins

2

that I received on June 13, 2013.

3

5.        Attached as Exhibit D is a true and correct copy of cited excerpts of the transcript

4

of the May 6, 2013 deposition of David Killough.

5

EXECUTED this 17th day of July, 2013 at Redwood Shores, California.

6

7

/s/                    *Cheryl A. Berry*
                               Cheryl A. Berry

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 17th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF CHERYL A. BERRY IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001