HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS JULY 3, 2013 MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS (DKT. NO. 717)<br><br>**NOTED FOR:**<br>**Friday, July 19, 2013** |
| MOTOROLA MOBILITY, INC., et al.,<br><br>                Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | |

For the reasons set forth in Microsoft's July 3, 2013 Motion to Seal Re Its Rule 702 Motion to Preclude Testimony by Motorola's Experts (Dkt. No. 717), and because Motorola does not oppose Microsoft's Motion (s*ee* Dkt. No. 760), Microsoft respectfully requests that the Court grant its Motion.

MICROSOFT'S REPLY IN SUPPORT OF ITS
JULY 3, 2013 MOTION TO SEAL RE ITS RULE
702 MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS (DKT. NO. 717) - 1

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 19th day of July, 2013.

          CALFO HARRIGAN LEYH & EAKES LLP

          By    s/Arthur W. Harrigan, Jr.
                 Arthur W. Harrigan, Jr., WSBA #1751

          By    s/Christopher Wion
                 Christopher Wion, WSBA #33207

          By    s/Shane P. Cramer
                 Shane P. Cramer, WSBA #35099
                 999 Third Avenue, Suite 4400
                 Seattle, WA  98104
                 Phone:  206-623-1700
                 arthurh@calfoharrigan.com
                 chrisw@calfoharrigan.com
                 shanec@calfoharrigan.com

          By    s/T. Andrew Culbert
                 T. Andrew Culbert

          By    s/David E. Killough
                 David E. Killough

MICROSOFT CORPORATION
       1 Microsoft Way
       Redmond, WA  98052
       Phone:  425-882-8080
       Fax:  425-869-1327

       David T. Pritikin
       Richard A. Cederoth
       Constantine L. Trela, Jr.
       William H. Baumgartner, Jr.
       Ellen S. Robbins
       Douglas I. Lewis
       David C. Giardina
       John W. McBride
       Nathaniel C. Love

       SIDLEY AUSTIN LLP
       One South Dearborn

MICROSOFT'S REPLY IN SUPPORT OF ITS
JULY 3, 2013 MOTION TO SEAL RE ITS RULE
702 MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS (DKT. NO. 717) - 2

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S REPLY IN SUPPORT OF ITS
JULY 3, 2013 MOTION TO SEAL RE ITS RULE
702 MOTION TO PRECLUDE TESTIMONY BY
MOTOROLA'S EXPERTS (DKT. NO. 717) - 3

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 19th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email:  Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email:  steven.pepe@ropesgray.com<br>Email:  jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email:  norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>\_\_X\_\_ ECF |

MICROSOFT'S REPLY IN SUPPORT OF ITS JULY 3, 2013 MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS (DKT. NO. 717) - 4

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) <br> Ropes & Gray LLP <br> One Metro Center <br> 700 12th Street NW, Suite 900 <br> Washington, DC  20005-3948 <br> Telephone:  (202) 508-4693 <br> Email: Paul.schoenhard@ropesgray.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |
| Andrea Pallios Roberts (*pro hac vice*) <br> Brian C. Cannon (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone:  (650) 801-5000 <br> Email: andreaproberts@quinnemanuel.com <br> Email: briancannon@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |
| Kathleen M. Sullivan (*pro hac vice*) <br> David Elihu (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Ave., 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Email: kathleensullivan@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |
| William Price (*pro hac vice*) <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 865 S. Figuera St., 10th Floor <br> Los Angeles, CA 90017 <br> Telephone:  (212) 443-3000 <br> Email: williamprice@quinnemanuel.com <br> MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger <br> _____ US Mail <br> _____ Facsimile <br> __X__ ECF |

DATED this 19th day of July, 2013.

s/  Florine Fujita
FLORINE FUJITA

MICROSOFT'S REPLY IN SUPPORT OF ITS JULY 3, 2013 MOTION TO SEAL RE ITS RULE 702 MOTION TO PRECLUDE TESTIMONY BY MOTOROLA'S EXPERTS (DKT. NO. 717) - 5

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717