HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

        Plaintiff,

vs.

MOTOROLA, INC., et al.,

        Defendants.

_____

MOTOROLA MOBILITY LLC, et al.,

        Plaintiffs,

vs.

MICROSOFT CORPORATION,

        Defendants.

Case No. C10-1823-JLR

MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO SEAL RE ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 718)

**NOTED FOR:**
**Friday, July 19, 2013**

For the reasons set forth in Microsoft's July 3, 2013 Motion to Seal Re Its Motion for Partial Summary Judgment (Dkt. No. 718), and because Motorola does not oppose Microsoft's Motion (*see* Dkt. No. 761), Microsoft respectfully requests that the Court grant its Motion.[1]

---

[1] Microsoft filed its Reply in Support of its Motion for Partial Summary Judgment (Dkt. No. 770) under seal because it refers to documents are the subject of Microsoft's July 3, 2013 Motion to Seal. Dkt. No. 770, at 6, n.2. Microsoft respectfully requests that Dkt. No. 770 remain sealed for the reasons set forth in Microsoft's July 3 Motion to Seal.

MICROSOFT'S REPLY IN SUPPORT OF ITS
MOTION TO SEAL RE ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  DATED this 19th day of July, 2013.

2                                          CALFO HARRIGAN LEYH & EAKES LLP

3                                          By      s/Arthur W. Harrigan, Jr.
4                                                            Arthur W. Harrigan, Jr., WSBA #1751

5                                          By      s/Christopher Wion
                                                           Christopher Wion, WSBA #33207
6
7                                          By      s/Shane P. Cramer
                                                           Shane P. Cramer, WSBA #35099
8                                                            999 Third Avenue, Suite 4400
                                                           Seattle, WA  98104
9                                                            Phone:  206-623-1700
                                                           arthurh@calfoharrigan.com
10                                                          chrisw@calfoharrigan.com
                                                           shanec@calfoharrigan.com
11

12                                          By      s/T. Andrew Culbert
                                                           T. Andrew Culbert
13
14                                          By      s/David E. Killough
                                                           David E. Killough
15
                                         MICROSOFT CORPORATION
16                                                            1 Microsoft Way
                                                           Redmond, WA  98052
17                                                            Phone:  425-882-8080
                                                           Fax:  425-869-1327
18
19                                                            David T. Pritikin
                                                           Richard A. Cederoth
20                                                            Constantine L. Trela, Jr.
                                                           William H. Baumgartner, Jr.
21                                                            Ellen S. Robbins
                                                           Douglas I. Lewis
22                                                            David C. Giardina
                                                           John W. McBride
23                                                            Nathaniel C. Love

24                                          SIDLEY AUSTIN LLP
                                                           One South Dearborn
25                                          Chicago, IL  60603

MICROSOFT'S REPLY IN SUPPORT OF ITS      No. C10-1823
MOTION TO SEAL RE ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S REPLY IN SUPPORT OF ITS
MOTION TO SEAL RE ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 19th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Lynn M. Engel, WSBA #21934 | _____ Facsimile |
| Summit Law Group | __X__ ECF |
| 315 Fifth Ave. South, Suite 1000 | |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO SEAL RE ITS MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DATED this 19th day of July, 2013.

                                               s/  Florine Fujita_____
                                               FLORINE FUJITA

MICROSOFT'S REPLY IN SUPPORT OF ITS
MOTION TO SEAL RE ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT - 5

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717