The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>              Defendants. | CASE NO. C10-1823-JLR<br><br>REPLY IN SUPPORT OF DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO PRECLUDE AND STRIKE TESTIMONY OF TODD MENENBERG AND THEO BODEWIG<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, July 19, 2013** |

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Because Motorola meets the standards for sealing as discussed in the moving brief (Dkt. No. 719), and because Microsoft (*see* Dkt. No. 765) does not oppose Motorola's Motion to File Documents Under Seal in Support of Motorola's Motion for Summary Judgment and Motions to Preclude And Strike Testimony of Todd Menenberg and Theo Bodewig, and offers additional support why Motorola's Motion should be granted, Motorola respectfully requests that the Court grant the Motion, and seal the following:

- Defendants' Motion for Summary Judgment (Dkt. NO. 733)
- Exhibits A, G, H, I, J, O, and EE to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment (Dkt. No. 733)[1]
- Defendants' Motion to Preclude and Strike Testimony of Todd Menenberg (Dkt. No. 733)
- Exhibits A and B to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion to Preclude and Strike Testimony of Todd Menenberg (Dkt. No. 734)
- Defendants' Motion to Exclude and Strike the Testimony of Theo Bodewig (Dkt. No. 737)
- Exhibit A and C to the Declaration of Cheryl Berry in Support of Defendants' Motion to Exclude and Strike the Testimony of Theo Bodewig (Dkt. No. 737)

---

[1] With respect to Exhibit Y to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment, Motorola inadvertently omitted it from the list of documents exchanged with Microsoft when the parties met and conferred regarding whether documents should remain under seal. Accordingly, because Microsoft designated Ms. Marasco's deposition transcript as confidential under the Protective Order, Motorola moved to file it under seal. Microsoft now indicates in its Response that it does not contend Exhibit Y should remain under seal. (Dkt. No. 765 at 3, n.4.) Motorola accordingly withdraws its request that Exhibit Y to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Summary Judgment be filed under seal.

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE
MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE
TESTIMONY OF MENENBERG AND BODEWIG - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1       DATED this 19th day of July, 2013.

2                                               Respectfully submitted,

3                                               SUMMIT LAW GROUP PLLC

4                                               By */s/ Ralph H. Palumbo*
                                                By */s/ Philip S. McCune*
5                                                   Ralph H. Palumbo, WSBA #04751
                                                    Philip S. McCune, WSBA #21081
6                                                   *ralphp@summitlaw.com*
                                                    *philm@summitlaw.com*
7

8                                               By */s/ Thomas V. Miller*
                                                    Thomas V. Miller
9                                                   MOTOROLA MOBILITY LLC
                                                    600 North U.S. Highway 45
10                                                  Libertyville, IL  60048-1286
                                                    (847) 523-2162
11

12                                              QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
13

14                                              By */s/ Kathleen M. Sullivan*
                                                    Kathleen M. Sullivan, NY #1804624
15                                                  51 Madison Ave., 22nd Floor
                                                    New York, NY 10010
16                                                  (212) 849-7000
                                                    *kathleensullivan@quinnemanuel.com*
17

18                                              By */s/ Brian C. Cannon*
                                                    Brian C. Cannon, CA #193071
19                                                  555 Twin Dolphin Drive, 5th Floor
                                                    Redwood Shores, CA 94065
20                                                  (650) 801-5000
                                                    *briancannon@quinnemanuel.com*
21

22

23

24

25

26

---

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE
MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE
TESTIMONY OF MENENBERG AND BODEWIG - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By */s/ William C. Price*
William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*williamprice@quinnemanuel.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 19th day of July, 2013.

      /s/ *Marcia A. Ripley*
      Marcia A. Ripley

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001