The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>DEFENDANTS' RESPONSE TO MICROSOFT'S 7/12/13 MOTION TO SEAL<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 26, 2013** |

DEFENDANTS' RESPONSE TO MICROSOFT'S 7/12/13
MOTION TO SEAL
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4830-4822-5300.2

## I. INTRODUCTION

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corp. (collectively "Motorola") do not oppose Microsoft's 7/12/13 Motion to Seal (Dkt. No. 739) regarding the following documents:

- Exhibit 1 to the Declaration of Christopher Wion in Support of Microsoft's Opposition to Defendants' Motion to Exclude and Strike Testimony of Todd Menenberg ("Wion *Daubert* Declaration"). Dkt. No. 746.
- Exhibit A to the Declaration of David Killough in Support of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment ("Killough Summary Judgment Declaration"). Dkt. No. 743.

## II. MOTOROLA DOES NOT OPPOSE MICROSOFT'S MOTION TO SEAL.

Exhibit 1 to the Wion *Daubert* Declaration and Exhibit A to the Killough Summary Judgment Declaration are documents that Microsoft has requested remain sealed. Motorola takes no position at this time with respect to the propriety of Microsoft's requests as to these documents.

## III. CONCLUSION

Motorola does not oppose Microsoft's 7/12/13 Motion to Seal (Dkt. No. 739). Nothing herein is intended as a waiver of Motorola's right to contest Microsoft's designation of material as Confidential Business Information in accordance with the terms of the Protective Order. Motorola expressly reserves the right to do so as the circumstances warrant.

DEFENDANTS' RESPONSE TO MICROSOFT'S 7/12/13
MOTION TO SEAL - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4830-4822-5300.2

1  DATED this 24th day of July, 2013.

Respectfully submitted,

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*

By */s/ Thomas V. Miller*
    Thomas V. Miller
    MOTOROLA MOBILITY LLC
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    (847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
    Kathleen M. Sullivan, NY #1804624
    51 Madison Ave., 22nd Floor
    New York, NY 10010
    (212) 849-7000
    *kathleensullivan@quinnemanuel.com*

By */s/ Brian C. Cannon*
    Brian C. Cannon, CA #193071
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    (650) 801-5000
    *briancannon@quinnemanuel.com*

DEFENDANTS' RESPONSE TO MICROSOFT'S 7/12/13
MOTION TO SEAL - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4830-4822-5300.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        By */s/ William C. Price*
           William C. Price, CA #108542
           865 S. Figueroa Street, 10th Floor
           Los Angeles, CA 90017
           (213) 443-3000
           *williamprice@quinnemanuel.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

---

DEFENDANTS' RESPONSE TO MICROSOFT'S 7/12/13
MOTION TO SEAL - 3
CASE NO. C10-1823-JLR

4830-4822-5300.2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 24th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' RESPONSE TO MICROSOFT'S 7/12/13
MOTION TO SEAL - 4
CASE NO. C10-1823-JLR

4830-4822-5300.2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001