HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>MICROSOFT'S REPLY IN SUPPORT OF ITS 7/12/13 MOTION TO SEAL (DKT. NO. 739)<br><br>**NOTED FOR:**<br>**FRIDAY, July 26, 2013** |

For the reasons set forth in Microsoft's July 12, 2013 Motion to Seal (Dkt. No. 739), and because Motorola does not oppose Microsoft's Motion (*see* Dkt. No. 779), Microsoft respectfully requests that the Court grant its Motion.

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/12/13 MOTION TO SEAL (DKT. NO. 739) - 1

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 26th day of July, 2013.

CALFO HARRIGAN LEYH & EAKES LLP

By    s/Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751

By    s/Christopher Wion
      Christopher Wion, WSBA #33207

By    s/Shane P. Cramer
      Shane P. Cramer, WSBA #35099
      999 Third Avenue, Suite 4400
      Seattle, WA  98104
      Phone:  206-623-1700
      arthurh@calfoharrigan.com
      chrisw@calfoharrigan.com
      shanec@calfoharrigan.com


By    s/T. Andrew Culbert
      T. Andrew Culbert

By    s/David E. Killough
      David E. Killough

MICROSOFT CORPORATION
      1 Microsoft Way
      Redmond, WA  98052
      Phone:  425-882-8080
      Fax:  425-869-1327

      David T. Pritikin
      Richard A. Cederoth
      Constantine L. Trela, Jr.
      William H. Baumgartner, Jr.
      Ellen S. Robbins
      Douglas I. Lewis
      David C. Giardina
      John W. McBride
      Nathaniel C. Love

SIDLEY AUSTIN LLP
      One South Dearborn
      Chicago, IL  60603

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/12/13 MOTION TO SEAL (DKT. NO. 739) - 2

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/12/13 MOTION TO SEAL (DKT. NO. 739) - 3

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 26th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Summit Law Group | _____ US Mail |
| 315 Fifth Ave. South, Suite 1000 | _____ Facsimile |
| Seattle, WA  98104-2682 | __X__ ECF |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT'S REPLY IN SUPPORT OF ITS  
7/12/13 MOTION TO SEAL (DKT. NO. 739) - 4

No. C10-1823

LAW OFFICES  
**CALFO HARRIGAN LEYH & EAKES LLP**  
999 THIRD AVENUE, SUITE 4400  
SEATTLE, WASHINGTON 98104  
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| 2 | Ropes & Gray LLP | _____ US Mail |
|   | One Metro Center | _____ Facsimile |
| 3 | 700 12th Street NW, Suite 900 | \_\_X\_\_ ECF |
|   | Washington, DC  20005-3948 | |
| 4 | Telephone:  (202) 508-4693 | |
|   | Email: Paul.schoenhard@ropesgray.com | |

Andrea Pallios Roberts (*pro hac vice*) _____ Messenger
Brian C. Cannon (*pro hac vice*) _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP _____ Facsimile
555 Twin Dolphin Drive, 5th Floor \_\_X\_\_ ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*) _____ Messenger
David Elihu (*pro hac vice*) _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP _____ Facsimile
51 Madison Ave., 22nd Floor \_\_X\_\_ ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*) _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP _____ US Mail
865 S. Figuera St., 10th Floor _____ Facsimile
Los Angeles, CA 90017 \_\_X\_\_ ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 26th day of July, 2013.


*/s/ Florine Fujita*
FLORINE FUJITA

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/12/13 MOTION TO SEAL (DKT. NO. 739)  - 5

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717