The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>REPLY IN SUPPORT OF DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, July 26, 2013** |

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG
CASE NO. C10-1823-JLR

4847-0025-9093.1
4847-0025-9093.2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Because Motorola meets the standards for sealing as discussed in the moving brief (Dkt. No. 751), and because Microsoft (*see* Dkt. No. 781) does not oppose Motorola's Motion to File Documents Under Seal in Support of Motorola's Response to Microsoft's Motion for Partial Summary Judgment, and offers additional support why Motorola's Motion should be granted, Motorola respectfully requests that the Court grant the Motion, and seal the following:

- Defendants' [Sealed] Response to Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim (Dkt. No. 757)

- Exhibit B to the Declaration of Andrea Pallios Roberts in Support of Defendants' Response to Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim (Dkt. No. 757)

- Exhibit N to the Declaration of Andrea Pallios Roberts in Support of Defendants' Response to Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim (Dkt. No. 757)

- Exhibit A to the Declaration of Bradley S. Keller in Support of Defendants' Response to Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim (Dkt. No. 757)

- Defendants' Objections to Exhibits Attached to the Declaration of Christopher Wion in Support of Microsoft's Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG - 1
CASE NO. C10-1823-JLR

4847-0025-9093.1
4847-0025-9093.2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    DATED this 26th day of July, 2013.

2                                                    Respectfully submitted,

3                                                    SUMMIT LAW GROUP PLLC

4                                                    By */s/ Ralph H. Palumbo*
5                                                    By */s/ Philip S. McCune*
       Ralph H. Palumbo, WSBA #04751
6      Philip S. McCune, WSBA #21081
       *ralphp@summitlaw.com*
7      *philm@summitlaw.com*

8                                                    By */s/ Thomas V. Miller*
       Thomas V. Miller
9      MOTOROLA MOBILITY LLC
10     600 North U.S. Highway 45
       Libertyville, IL  60048-1286
11     (847) 523-2162

12     QUINN EMANUEL URQUHART &
       SULLIVAN, LLP
13

14                                                   By */s/ Kathleen M. Sullivan*
       Kathleen M. Sullivan, NY #1804624
15     51 Madison Ave., 22nd Floor
       New York, NY 10010
16     (212) 849-7000
       *kathleensullivan@quinnemanuel.com*
17

18                                                   By */s/ Brian C. Cannon*
       Brian C. Cannon, CA #193071
19     555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
20     (650) 801-5000
       *briancannon@quinnemanuel.com*
21

22

23

24

25

26

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE
MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE
TESTIMONY OF MENENBERG AND BODEWIG - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4847-0025-9093.1
4847-0025-9093.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By */s/ William C. Price*
William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*williamprice@quinnemanuel.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG - 3
CASE NO. C10-1823-JLR

4847-0025-9093.1
4847-0025-9093.2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Christopher T. Wion, Esq.
> Shane P. Cramer, Esq.
> Calfo Harrigan Leyh & Eakes LLP
> *arthurh@calfoharrigan.com*
> *chrisw@calfoharrigan.com*
> *shanec@calfoharrigan.com*
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> *rcederoth@sidley.com*
> *bnester@sidley.com*
> *dpritikin@sidley.com*
> *dilewis@sidley.com*
> *jwmcbride@sidley.com*
> *wbaumgartner@sidley.com*
> *dgiardina@sidley.com*
> *cphillips@sidley.com*
> *ctrela@sidley.com*
> *erobbins@sidley.com*
> *nlove@sidley.com*
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> *andycu@microsoft.com*
> *davkill@microsoft.com*

DATED this 26th day of July, 2013.

      /s/ *Marcia A. Ripley*
      Marcia A. Ripley

---

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG - 4
CASE NO. C10-1823-JLR

4847-0025-9093.1
4847-0025-9093.2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001