The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION IN LIMINE [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 9, 2013** |

ORDER GRANTING DEFENDANTS' MOTION IN LIMINE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER is before the Court on Defendants' Motion in Limine. Having reviewed Defendants' Motion and all materials submitted in support of and in opposition to the Motion, and being otherwise fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that Defendants' Motion in Limine

No. 1: To Preclude the Introduction of the April 19, 2013 Order is hereby GRANTED.

No. 2: To Preclude Opinions and Argument Concerning Positions Taken in the November, 2012 Rate-Setting Proceeding is hereby GRANTED.

No. 3: To Preclude Evidence and Argument or Reference to Privileged Communications is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*

By */s/ Thomas V. Miller*
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   600 North U.S. Highway 45
   Libertyville, IL 60048-1286
   (847) 523-2162

ORDER GRANTING DEFENDANTS' MOTION IN LIMINE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  By */s/ Kathleen M. Sullivan*
3      Kathleen M. Sullivan, NY #1804624
       51 Madison Ave., 22nd Floor
4      New York, NY 10010
       (212) 849-7000
5      *kathleensullivan@quinnemanuel.com*

6  By */s/ Brian C. Cannon*
       Brian C. Cannon, CA #193071
7      555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
8      (650) 801-5000
9      *briancannon@quinnemanuel.com*

10 By */s/ William C. Price*
       William C. Price, CA #108542
11     865 S. Figueroa Street, 10th Floor
       Los Angeles, CA 90017
12     (213) 443-3000
13     *williamprice@quinnemanuel.com*

14 *Attorneys for Defendants Motorola Solutions, Inc.,*
15 *Motorola Mobility LLC and General Instrument Corporation*

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' MOTION IN LIMINE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 29th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION IN LIMINE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001