The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 9, 2013** |

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF DEFENDANTS' MOTION IN LIMINE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    I, Andrea Pallios Roberts, declare as follows:

2    1.    I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,
3 counsel of record for Defendants in this matter. I have personal knowledge of the facts stated
4 herein and if called to testify could and would competently testify thereto.

5    2.    Attached as Exhibit A is a true and correct copy of email correspondence between
6 myself and Ellen S. Robbins dated May 31, 2013 and June 1, 2013.

7    3.    Attached as Exhibit B is a true and correct copy of cited excerpts of the deposition
8 of Gregory Leonard dated June 24, 2013.

10   I declare under penalty of perjury under the laws of the United States and the State of
11 Washington that the foregoing is true and correct.

12   EXECUTED this 29th day of July, 2013 at Redwood Shores, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts

---

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF DEFENDANTS' MOTION IN LIMINE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001


1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

3

4   Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 29th day of July, 2013.

   /s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001