# EXHIBIT A

3

| | |
|---|---|
| **From:** | Robbins, Ellen S. [erobbins@Sidley.com] |
| **Sent:** | Saturday, June 01, 2013 7:27 AM |
| **To:** | Andrea P Roberts; Microsoft v Moto Breach of RAND Case; summit1823@summitlaw.com; RopesWashington1823-Microsoft_Motorola@ropesgray.com |
| **Cc:** | shanec@calfoharrigan.com; chrisw@calfoharrigan.com; arthurh@calfoharrigan.com; Project-MS/Moto_WDWA_343/1823 |
| **Subject:** | Re: Experts for Breach Trial |

Andrea,

Thank you for your response. Our understanding is mutual. Have a nice weekend.

---

**From**: Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent**: Friday, May 31, 2013 06:59 PM
**To**: Andrea P Roberts <andreaproberts@quinnemanuel.com>; Robbins, Ellen S.; Microsoft v Moto Breach of RAND Case <MicrosoftvMotoBreachofRANDCase@quinnemanuel.com>; summit1823@summitlaw.com <summit1823@summitlaw.com>; RopesWashington1823-Microsoft_Motorola@ropesgray.com <RopesWashington1823-Microsoft_Motorola@ropesgray.com>
**Cc**: shanec@calfoharrigan.com <shanec@calfoharrigan.com>; chrisw@calfoharrigan.com <chrisw@calfoharrigan.com>; arthurh@calfoharrigan.com <arthurh@calfoharrigan.com>; Project-MS/Moto_WDWA_343/1823
**Subject**: RE: Experts for Breach Trial

Ellen,

I write in response to your email below and our telephone call this morning. You explained today that Microsoft is asking Motorola to confirm that if Motorola intends to put on an expert in the August 2013 breach of contract trial, that expert must provide a report in this phase of the case. We confirm, provided of course that this is mutual. In other words, the only experts who will testify in the August 2013 breach of contract trial are those who submitted or will submit reports in this phase of the case (i.e. opening reports on May 29 and rebuttal reports on June 10). If Microsoft's understanding is different, please promptly let us know.

Thank you and have a nice weekend.

Andrea


**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Andrea P Roberts
**Sent:** Friday, May 31, 2013 9:14 AM
**To:** Robbins, Ellen S.; Microsoft v Moto Breach of RAND Case; summit1823@summitlaw.com; RopesWashington1823-Microsoft_Motorola@ropesgray.com
**Cc:** shanec@calfoharrigan.com; chrisw@calfoharrigan.com; arthurh@calfoharrigan.com; Project-MS/Moto_WDWA_343/1823
**Subject:** RE: Experts for Breach Trial

Ellen,

We're not sure that we understand what you are asking. Can you please clarify? Motorola intends to and has complied with Rule 26 and the Court's schedule.

Thanks,
Andrea


**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Robbins, Ellen S. [mailto:erobbins@Sidley.com]
**Sent:** Thursday, May 30, 2013 6:56 PM
**To:** Andrea P Roberts; Microsoft v Moto Breach of RAND Case; summit1823@summitlaw.com; RopesWashington1823-Microsoft_Motorola@ropesgray.com
**Cc:** shanec@calfoharrigan.com; chrisw@calfoharrigan.com; arthurh@calfoharrigan.com; Project-MS/Moto_WDWA_343/1823
**Subject:** Re: Experts for Breach Trial

Counsel,
We would appreciate a response this evening to the email below. Thank you.


**From**: Robbins, Ellen S.
**Sent**: Thursday, May 30, 2013 12:48 PM
**To**: andreaproberts@quinnemanuel.com <andreaproberts@quinnemanuel.com>; MicrosoftvMotoBreachofRANDCase@quinnemanuel.com <MicrosoftvMotoBreachofRANDCase@quinnemanuel.com>; Summit Law Firm 1823 (summit1823@summitlaw.com) <summit1823@summitlaw.com>; RopesWashington1823-Microsoft_Motorola (RopesWashington1823-Microsoft_Motorola@ropesgray.com) <RopesWashington1823-Microsoft_Motorola@ropesgray.com>
**Cc**: Shane Cramer (shanec@calfoharrigan.com) <shanec@calfoharrigan.com>; Christoper T. Wion (chrisw@calfoharrigan.com) <chrisw@calfoharrigan.com>; Arthur Harrigan (arthurh@calfoharrigan.com) <arthurh@calfoharrigan.com>; Project-MS/Moto_WDWA_343/1823

**Subject**: Experts for Beach Trial

Andrea,

    We are writing to confirm our understanding that for the August 26 trial the parties will not be presenting testimony from any experts who have not provided a disclosure/report consistent with the schedule set by Judge Robart for expert reports in this phase - i.e. initial reports due May 29, rebuttal reports due June 10.  Thank you.


*Ellen S. Robbins*
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(312) 853-2931
erobbins@sidley.com

----------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*******************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*******************************************************************************************

# FILED UNDER SEAL

# EXHIBIT B

7