THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTIONS IN LIMINE<br><br>**Noted: August 9, 2013**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Pretrial Conference Hearing Transcript, dated October 29, 2012 in this matter.

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTIONS IN LIMINE - 1

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Kirk Dailey, taken July 12, 2012 in this matter.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of K. McNeill Taylor, Jr., taken March 20, 2012 in this matter.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Brian Blasius, taken May 14, 2013 in this matter.

6. Attached hereto as Exhibit 5 is a true and correct copy excerpts of the expert report of Gregory Leonard, dated May 29, 2013 provided in this matter.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Kirk Dailey's trial testimony, offered November 20, 2012 in this matter.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Allen Lo, taken July 12, 2012 in this matter.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Gregory Leonard, taken June 24, 2013 in this matter.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Richard Holleman, taken July 29, 2011 in the matter of Certain Gaming and Entertainment Consoles, Related Software and Components Thereof.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Richard Holleman to Motorola, dated November 30, 2008 that was produced by Motorola in this matter under Bates number MOTO-MS-005729470_00009.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Horacio Gutierrez to Kirk Dailey ("Nondisclosure Agreement"), dated November 12, 2010 that was

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTIONS IN LIMINE - 2

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  produced by Microsoft in this matter under Bates number MS-MOTO_1823_00002288897 –
2  99.
3      I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.
5      DATED this 29th day of July, 2013 in Seattle, Washington.

    __s/ Christopher Wion_____
    CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S MOTIONS IN
LIMINE - 3

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 29th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTIONS IN LIMINE - 4

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |

DATED this 29th day of July, 2013.

*/s/ Florine Fujita*
FLORINE FUJITA

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTIONS IN LIMINE - 5

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717