The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT [~~PROPOSED~~]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, July 26, 2013** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  THIS MATTER having come before the Court on Defendants Motorola, Inc. (now
2  Motorola Solutions, Inc.), Motorola Mobility, LLC, and General Instrument Corporation's
3  (collectively "Motorola") Motion to File Documents Under Seal in Support of Motorola Response
4  to Microsoft's Rule 702 Motion to Preclude (Dkt. No. 724), and the Court having reviewed the
5  pleadings and evidence presented and on file in this case, and being otherwise fully advised as to
6  the issues presented, the Court hereby:

7  ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
8  seal:

9  1. Defendants' Response to Microsoft's Motion for Partial Summary Judgment of
10  Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth,
11  Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim;

12  2. Exhibit B to the Declaration of Andrea Pallios Roberts in Support of Defendants'
13  Response to Microsoft's Motion for Partial Summary Judgment of Breach of
14  Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,
15  Eighth, and Ninth Affirmative Defenses and Second Counterclaim;

16  3. Exhibit N to the Declaration of Andrea Pallios Roberts in Support of Defendants'
17  Response to Microsoft's Motion for Partial Summary Judgment of Breach of
18  Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,
19  Eighth, and Ninth Affirmative Defenses and Second Counterclaim;

20  4. Exhibit A to the Declaration of Bradley S. Keller in Support of Defendants'
21  Response to Microsoft's Motion for Partial Summary Judgment of Breach of
22  Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,
23  Eighth, and Ninth Affirmative Defenses and Second Counterclaim; and

24  5. Defendants' Objections to Exhibits Attached to the Declaration of Christopher
25  Wion in Support of Microsoft's Motion for Partial Summary Judgment of Breach

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh,

2    Eighth, and Ninth Affirmative Defenses and Second Counterclaim. Docket Number 757 shall remain under seal

3    IT IS SO ORDERED.

4    DATED this 29th day of July, 2013.

JWR

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*

By */s/ Thomas V. Miller*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    (847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
    Kathleen M. Sullivan, NY #1804624
    51 Madison Ave., 22nd Floor
    New York, NY 10010
    (212) 849-7000
    *kathleensullivan@quinnemanuel.com*

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  By /s/ Brian C. Cannon
       Brian C. Cannon, CA #193071
2      555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
3      (650) 801-5000
       briancannon@quinnemanuel.com
4

5  By /s/ William C. Price
       William C. Price, CA #108542
6      865 S. Figueroa Street, 10th Floor
       Los Angeles, CA 90017
7      (213) 443-3000
       williamprice@quinnemanuel.com
8

9  *Attorneys for Defendants Motorola Solutions, Inc.,
   Motorola Mobility LLC and General Instrument Corporation*

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 12th day of July, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
MOTOROLA'S RESPONSE TO MICROSOFT'S MOTION FOR
SUMMARY JUDGMENT - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001