THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

MOTOROLA MOBILITY LLC, et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendants.

Case No. C10-1823-JLR

[~~PROPOSED~~] ORDER GRANTING MICROSOFT'S 07/12/13 MOTION TO SEAL

**NOTED FOR:**
**Friday, July 26, 2013**



THIS MATTER comes before the Court on Microsoft's 07/12/13 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT:

[PROPOSED] ORDER GRANTING
MICROSOFT'S 07/12/13 MOTION TO SEAL - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

1   Microsoft's Motion to Seal is GRANTED. The following documents shall remain
2   under seal:

3   (1) Exhibit 1 to the Declaration of Christopher Wion in Support of Microsoft's
    Opposition to Defendants' Motion to Exclude and Strike Testimony of Todd
4   Menenberg; ~~and~~ (Dkt. # 743)

5   (2) Exhibit A to the Declaration of David Killough in Support of Microsoft's
    Opposition to Motorola's Motion for Partial Summary Judgment (Dkt. # 746).

6   DATED this 24th day of July, 2013.

    _____
    HONORABLE JAMES L. ROBART

    **Presented by:**
    CALFO HARRIGAN LEYH & EAKES LLP

    By   s/Arthur W. Harrigan, Jr.
         Arthur W. Harrigan, Jr., WSBA #1751

    By   s/Christopher Wion
         Christopher Wion, WSBA #33207

    By   s/Shane P. Cramer
         Shane P. Cramer, WSBA #35099
         999 Third Avenue, Suite 4400
         Seattle, WA 98104
         Phone: 206-623-1700
         arthurh@calfoharrigan.com
         chrisw@calfoharrigan.com
         shanec@calfoharrigan.com


    By   s/T. Andrew Culbert
         T. Andrew Culbert

    By   s/David E. Killough
         David E. Killough

    MICROSOFT CORPORATION

[PROPOSED] ORDER GRANTING
MICROSOFT'S 07/12/13 MOTION TO SEAL - 2

1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love


SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER GRANTING
MICROSOFT'S 07/12/13 MOTION TO SEAL - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Lynn M. Engel, WSBA #21934 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 07/12/13 MOTION TO SEAL - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC 20005-3948<br>Telephone: (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF | |

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Andrea Pallios Roberts (*pro hac vice*)
Brian C. Cannon (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Kathleen M. Sullivan (*pro hac vice*)
David Elihu (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

William Price (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figuera St., 10th Floor
Los Angeles, CA 90017
Telephone: (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

DATED this 12th day of July, 2013.

s/ Florine Fujita
FLORINE FUJITA

[PROPOSED] ORDER GRANTING
MICROSOFT'S 07/12/13 MOTION TO SEAL - 5