THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>   vs.<br><br>MOTOROLA, INC., et al.,<br><br>        Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | Case No. C10-1823-JLR<br><br>MICROSOFT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Microsoft respectfully submits as supplemental authority in support of its Opposition (Dkt. No. 740) to Defendants' Motion for Summary Judgment (Dkt. No. 733) the Federal Trade Commission's ("FTC") July 23, 2013 Decision and Order in *In the Matter of Motorola Mobility, LLC, and Google, Inc*.; and the FTC's July 23, 2013 Response to Commenters in the same matter, attached as Exhibits 1 and 2.  The FTC's Response to Commenters is relevant to arguments advanced by Motorola concerning the *Noerr-Pennington* doctrine (*see* Dkt. No. 733

MICROSOFT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

at 18–21) and Motorola's seeking of injunctions on its standard-essential patents (*see id.* at 7–12):

> Some commenters express concern that the conduct alleged in the Complaint, and remedied through the proposed Consent Order, is covered by the *Noerr-Pennington* doctrine ("*Noerr*"), which protects the First Amendment right to petition the government for redress of grievances. However, as we have previously stated, we do not believe that imposing Section 5 liability on Google for violating the FRAND commitments MMI made, and Google formally assumed through a letter of assurance to the relevant SSOs, offends the First Amendment. By taking this action, we are doing no more than "simply requir[ing] those making promises to keep them."
>
> Commenters who raised *Noerr* concerns also question whether the Commission had an adequate factual basis to find reason to believe that Google's FRAND commitments preclude seeking an injunction or exclusion order against a willing licensee of its SEPs. The Commission believes that the evidence supports its decision. Moreover, multiple courts have reached a similar conclusion on related questions, and there is evidence that some implementers held a similar view and relied on that understanding when developing standard-compliant products.

Ex. 2 at 3.

DATED this 30th day of July, 2013.

CALFO HARRIGAN LEYH & EAKES LLP

By    s/Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751

By    s/Christopher Wion
      Christopher Wion, WSBA #33207

By    s/Shane P. Cramer
      Shane P. Cramer, WSBA #35099
      999 Third Avenue, Suite 4400
      Seattle, WA 98104
      Phone: 206-623-1700
      arthurh@calfoharrigan.com
      chrisw@calfoharrigan.com
      shanec@calfoharrigan.com

By    s/T. Andrew Culbert
      T. Andrew Culbert

MICROSOFT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

By    s/David E. Killough  
     David E. Killough

MICROSOFT CORPORATION  
1 Microsoft Way  
Redmond, WA 98052  
Phone: 425-882-8080  
Fax: 425-869-1327

David T. Pritikin  
Richard A. Cederoth  
Constantine L. Trela, Jr.  
William H. Baumgartner, Jr.  
Ellen S. Robbins  
Douglas I. Lewis  
David C. Giardina  
John W. McBride  
Nathaniel C. Love

SIDLEY AUSTIN LLP  
One South Dearborn  
Chicago, IL 60603  
Phone: 312-853-7000  
Fax: 312-853-7036

Carter G. Phillips  
Brian R. Nester

SIDLEY AUSTIN LLP  
1501 K Street NW  
Washington, DC 20005  
Telephone: 202-736-8000  
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3

C10-1823-JLR

LAW OFFICES  
**CALFO HARRIGAN LEYH & EAKES LLP**  
999 THIRD AVENUE, SUITE 4400  
SEATTLE, WASHINGTON 98104  
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 30th day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

MICROSOFT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 4

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

DATED this 30th day of July, 2013.

*/s/ Florine Fujita*
FLORINE FUJITA

---

MICROSOFT'S NOTICE OF SUPPLEMENTAL
AUTHORITY REGARDING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 5

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717