THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendants. | Case No. C10-1823-JLR<br><br>MICROSOFT'S NOTICE<br>OF FILING MATERIALS PROVIDED<br>TO THE COURT AND MOTOROLA<br>AT THE JULY 30, 2013 HEARING ON<br>MICROSOFT'S *DAUBERT* MOTION |

Attached hereto as Exhibits A and B are the documents that Microsoft provided to the Court and Motorola's counsel at oral argument on Microsoft's motion to exclude testimony of Richard Holleman and Gregory Leonard.

DATED this 31st day of July, 2013.

　　　　　　　　　　　　　CALFO HARRIGAN LEYH & EAKES LLP

　　　　　　　　　　　　　By 　s/Arthur W. Harrigan, Jr.　　　　　
　　　　　　　　　　　　　　　Arthur W. Harrigan, Jr., WSBA #1751

MICROSOFT'S NOTICE OF
FILING MATERIALS PROVIDED TO THE
COURT AND MOTOROLA AT ORAL
ARGUMENT ON MICROSOFT'S *DAUBERT*
MOTION - 1

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | By    s/Christopher Wion |
| |        Christopher Wion, WSBA #33207 |
| 2 | |
| | By    s/Shane P. Cramer |
| 3 |        Shane P. Cramer, WSBA #35099 |

1
2   By    s/Christopher Wion
            Christopher Wion, WSBA #33207
3
    By    s/Shane P. Cramer
4           Shane P. Cramer, WSBA #35099
            999 Third Avenue, Suite 4400
5           Seattle, WA  98104
            Phone:  206-623-1700
6           arthurh@calfoharrigan.com
            chrisw@calfoharrigan.com
7           shanec@calfoharrigan.com

    By    s/T. Andrew Culbert
            T. Andrew Culbert

    By    s/David E. Killough
            David E. Killough

            MICROSOFT CORPORATION
            1 Microsoft Way
            Redmond, WA  98052
            Phone:  425-882-8080
            Fax:  425-869-1327

            David T. Pritikin
            Richard A. Cederoth
            Constantine L. Trela, Jr.
            William H. Baumgartner, Jr.
            Ellen S. Robbins
            Douglas I. Lewis
            David C. Giardina
            John W. McBride
            Nathaniel C. Love

            SIDLEY AUSTIN LLP
            One South Dearborn
            Chicago, IL  60603
            Phone:  312-853-7000
            Fax:  312-853-7036

            Carter G. Phillips
            Brian R. Nester

            SIDLEY AUSTIN LLP
            1501 K Street NW

---

MICROSOFT'S NOTICE OF FILING MATERIALS PROVIDED TO THE COURT AND MOTOROLA AT ORAL ARGUMENT ON MICROSOFT'S *DAUBERT* MOTION - 2

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S NOTICE OF FILING MATERIALS PROVIDED TO THE COURT AND MOTOROLA AT ORAL ARGUMENT ON MICROSOFT'S *DAUBERT* MOTION - 3

**C10-1823-JLR**

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 31st day of July, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Summit Law Group | _____ US Mail |
| 315 Fifth Ave. South, Suite 1000 | _____ Facsimile |
| Seattle, WA  98104-2682 | __X__ ECF |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

MICROSOFT'S NOTICE OF FILING MATERIALS PROVIDED TO THE COURT AND MOTOROLA AT ORAL ARGUMENT ON MICROSOFT'S *DAUBERT* MOTION - 4

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ | Messenger |
| Ropes & Gray LLP | _____ | US Mail |
| One Metro Center | _____ | Facsimile |
| 700 12th Street NW, Suite 900 | __X__ | ECF |
| Washington, DC  20005-3948 | | |
| Telephone:  (202) 508-4693 | | |
| Email: Paul.schoenhard@ropesgray.com | | |

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone:  (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ | ECF |
| New York, NY 10010 | | |
| Telephone:  (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone:  (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 31st day of July, 2013.

*/s/ Florine Fujita*
FLORINE FUJITA

MICROSOFT'S NOTICE OF FILING MATERIALS PROVIDED TO THE COURT AND MOTOROLA AT ORAL ARGUMENT ON MICROSOFT'S *DAUBERT* MOTION - 5

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717