July 29, 2013



U.S. District Court
700 Stewart St.,
Suite 2310
Seattle, Washington 98101

*Re: Request of Selected Trial Exhibits from Case No. 10-cv-01823*

To Whom It May Concern,

The purpose of this letter is to request certain trial exhibits from a case held in the U.S. District Court for the Western District of Washington at Seattle. The case in question is *Microsoft v. Motorola*, Case No. 10-cv-01823, with proceedings held in front of Judge James L. Robart.

All of the trial exhibits are referenced in Document 681, entitled "Findings of Fact and Conclusions of Law," filed on April 25, 2013. For sake of convenience, the second page of this letter contains an index, identifying each requested trial exhibit with a page number of where it may be found.

As I understand that the cost of this request could be significant, I would kindly request that a price estimate be made available to me prior to performing the actual work. Please do not hesitate to contact me with any questions should any arise.

Respectfully,


Christopher L. Smith
Telephone: 989.929.5738
215 E. Washington St., Suite 201
Ann Arbor, MI 48104



10-CV-01823-REQ

Enclosure

...

**Requested Trial Exhibit Numbers and Associated Pages – Document 681**

| Page | Exhibit No. |
|---|---|
| 22 | 1156 |
|  | 1158 |
|  | 1159 |
|  | 1164 |
| 98 | 514 |
| 103 | 7 |
|  | 1592 |
| 144 | 37 |
| 152 | 1139 |
|  | 1581 |
|  | 1642 |
| 154 | 1583 |
| 157 | 1152 |
| 159 | 3013 |
| 162 | 2945 |
| 164 | 2961 |
| 169 | 1161 |
| 179 | 1125 |
| 185 | 1155 |
|  | 1165 |
|  | 1167 |

2