THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                  Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                  Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION |

I, Christopher Wion, hereby declare as follows:

1.     I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the July 31, 2013 Amended Expert Witness Report of Microsoft's expert, Todd D. Menenberg (the "Amended

DECLARATION OF CHRISTOPHER WION - 1      **C10-1823-JLR**

Menenberg Report"), which shows in red-line the changes made to Mr. Menenberg's original May 29, 2013 Expert Witness Report (the "Original Menenberg Report").

3.     The Amended Menenberg Report reflects that the total amount of legal fees Microsoft seeks in connection with services provided by Sidley Austin, LLC ("Sidley") has been reduced by approximately $5 million from the amount identified in the Original Menenberg Report. As reported in the Original Menenberg Report, the Sidley fees addressed therein were based on 48 Sidley invoices. As reported in the Amended Menenberg Report, the Sidley fees addressed therein were based on only 38 Sidley invoices.

4.     By letter dated July 19, 2013 (Dkt. 755), Microsoft notified the Court that it had decided not to seek recovery for certain legal fees referenced in the Original Menenberg Report and associated with invoice entries that had been color-coded to indicate the proportion of Sidley's work related to Motorola's H.264 or 802.11 standard-essential patents ("SEPs") as compared to Motorola's non-SEPs. As noted in the letter, this reduced Microsoft's claim for recovery of legal fees, costs and expenses by $3,105,517. Mr. Menenberg's original work papers (which have been produced to Motorola), indicate that these fees were attributable to 6,767 invoice entries. The Amended Menenberg Report eliminates references to these color-coded invoice entries and the associated fees, which are no longer at issue.

5.     In addition to Sidley fees associated with the color-coded allocation described above in paragraph 4, the Original Menenberg Report identified additional Sidley fees associated with invoice entries that were not subject to any color-coded allocation between SEPs and non-SEPs. The amount attributed to the non-allocated portion of Sidley's fees (hereafter, the "100% Entries") in the Amended Menenberg Report is approximately $2 million less than the amount reported in the Original Menenberg Report.

DECLARATION OF CHRISTOPHER WION - 2      C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

6. Mr. Menenberg's original work papers indicate that the non-allocated Sidley 100% Entries in the Original Menenberg Report were based on 4,938 invoice entries. Mr. Menenberg's more recent work papers (also produced to Motorola) reflect that the reduced 100% Entry portion of Sidley's fees reported in the Amended Menenberg Report is based on only 3,042 invoice entries. I understand that all of these entries were included among the original 4,938 non-allocated entries addressed in the Original Menenberg Report, with the exception of two entries that originally had been allocated at 50% (one for .5 and one for .4 hours of work by Ellen Robbins on 11/28/12, appearing on Invoice 32069908 at page 32).[1]

7. The Amended Menenberg Report states that the (3,042) invoice entries associated with the reduced 100% Entry portion of Sidley's fees "were also assigned to one of three categories – 1) H.264, 2) 802.11, and 3) both H.264 and 802.11." It also states "that David Killough of Microsoft identified each of these entries as being related to Microsoft's defense of Motorola's SEP claims. He also identified each time entry as falling within each of the three categories referenced above."

8. Pursuant to the Court's direction on July 30, 2013, on July 31, 2013, Microsoft produced the specific Sidley invoices that contain the 3,042 non-allocated 100% Entries addressed in the Amended Menenberg Report. These invoices were provided with notations identifying the category (H.264, 802.11, or both H.264 and 802.11) applicable to each of the 3,042 entries. These invoices previously were produced without these notations.

9. The adjustments described above have been incorporated into the Amended Menenberg Report, including by making a corresponding downward adjustment to the total

---

[1] The narrative descriptions for these two time entries were not color-coded on the invoice provided to Mr. Menenberg. However, as the result of a clerical error, the *hour amounts* were coded blue, and thus Mr. Menenberg performed his calculations using a 50% allocation for these two entries. These two entries should have been previously identified as non-allocated (100%) entries.

DECLARATION OF CHRISTOPHER WION - 3     C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

amount of fees being claimed by Microsoft both in the body of the report and in supporting summary exhibits.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of August, 2013 in Seattle, Washington.


                                                                                                                                                                                               s/ Christopher Wion  
                                            CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION - 4   C10-1823-JLR

LAW OFFICES  
CALFO HARRIGAN LEYH & EAKES LLP  
999 THIRD AVENUE, SUITE 4400  
SEATTLE, WASHINGTON 98104  
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Emma Aubrey, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 2nd day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ ECF |
| Telephone:  (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

DECLARATION OF CHRISTOPHER WION - 5   C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |
| Andrea Pallios Roberts (*pro hac vice*)<br>Brian C. Cannon (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  (650) 801-5000<br>Email: andreaproberts@quinnemanuel.com<br>Email: briancannon@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |
| Kathleen M. Sullivan (*pro hac vice*)<br>David Elihu (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Email: kathleensullivan@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |
| William Price (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figuera St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (212) 443-3000<br>Email: williamprice@quinnemanuel.com<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X     ECF |

DATED this 2nd day of August, 2013.

*/s/ Emma Aubrey*
EMMA AUBREY

DECLARATION OF CHRISTOPHER WION - 6          C10-1823-JLR