HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br>   v.<br><br>MOTOROLA INC., et al.,<br><br>               Defendant. | No. C10-1823-JLR<br><br>MICROSOFT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| MOTOROLA MOBILITY, INC., et al.,<br><br>               Plaintiffs,<br>   v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | |

MICROSOFT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1   Microsoft respectfully submits as additional supplemental authority in support of its
2   Opposition (Dkt. No. 740) to Defendants' Motion for Summary Judgment (Dkt. No. 733) the
3   United States Trade Representative's August 3, 2013 Disapproval of the U.S. International
4   Trade Commission's Determination in ITC Investigation No. 337-TA-794, attached as Exhibit
5   1.

6   The ITC's determination in the 794 Investigation involving Samsung and Apple was
7   submitted by Motorola as supplemental authority in support of its summary judgment motion
8   on July 11, 2013.  (*See* Dkt. No. 738.)  Motorola stated that the ITC had rejected the argument
9   "that an exclusion order should be unavailable for a standard essential patent" and directed the
10  Court to a particular passage of the determination "finding that Samsung is entitled to an
11  exclusionary remedy because 19 U.S.C. §§ 1337(a)(1)(B) allows the Commission to issue
12  exclusionary orders for any patent, regardless of whether it is an SEP."  (*Id*. at 1.)

13  The ITC's exclusion order on SEPs has been overruled.  Acting on the authority of the
14  President to "disapprove an order[of the ITC] on policy grounds," Ex. 1 at 1, the U.S. Trade
15  Representative states: "I have decided to disapprove the USITC's determination to issue an
16  exclusion order and cease and desist order in this investigation." Ex. 1 at 3.  The exclusion
17  order on SEPs that was the subject of Motorola's prior submission, as well as its briefing and
18  argument at the July 31, 2013 hearing, will not go into effect.

19
20        DATED this 3rd day of August, 2013.

21                                       CALFO HARRIGAN LEYH & EAKES LLP

22
                                         By    s/Arthur W. Harrigan, Jr.
23                                             Arthur W. Harrigan, Jr., WSBA #1751

24                                       By    s/Christopher Wion
                                               Christopher Wion, WSBA #33207
25
                                         By    s/Shane P. Cramer
26

MICROSOFT'S SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

|   |   |
|---|---|
| 1 | Shane P. Cramer, WSBA #35099 |
| 2 | 999 Third Avenue, Suite 4400 |
|   | Seattle, WA  98104 |
| 3 | Phone:  206-623-1700 |
|   | arthurh@calfoharrigan.com |
| 4 | chrisw@calfoharrigan.com |
|   | shanec@calfoharrigan.com |

By    s/T. Andrew Culbert
       T. Andrew Culbert

By    s/David E. Killough
       David E. Killough

MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

MICROSOFT'S SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 2

Counsel for Microsoft Corp.

MICROSOFT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Nathaniel Love, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 3rd day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Lynn M. Engel, WSBA #21934<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

MICROSOFT'S SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| | Ropes & Gray LLP | _____ US Mail |
| 2 | One Metro Center | _____ Facsimile |
| | 700 12th Street NW, Suite 900 | __X___ ECF |
| 3 | Washington, DC 20005-3948 | |
| | Telephone: (202) 508-4693 | |
| 4 | Email: Paul.schoenhard@ropesgray.com | |

Andrea Pallios Roberts (*pro hac vice*)         _____ Messenger
Brian C. Cannon (*pro hac vice*)                _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP          _____ Facsimile
555 Twin Dolphin Drive, 5th Floor               __X___ ECF
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com

Kathleen M. Sullivan (*pro hac vice*)           _____ Messenger
David Elihu (*pro hac vice*)                    _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP          _____ Facsimile
51 Madison Ave., 22nd Floor                     __X___ ECF
New York, NY 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

William Price (*pro hac vice*)                  _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP          _____ US Mail
865 S. Figuera St., 10th Floor                  _____ Facsimile
Los Angeles, CA 90017                           __X___ ECF
Telephone: (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 3rd day of August, 2013.

                                s/ Nathaniel Love            _
                                NATHANIEL LOVE

MICROSOFT'S SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717