THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

        Plaintiff,

  vs.

MOTOROLA, INC., et al.,

        Defendants.
_____
MOTOROLA MOBILITY LLC, et al.,

        Plaintiffs,

  vs.

MICROSOFT CORPORATION,

        Defendants.

Case No. C10-1823-JLR

[PROPOSED] ORDER GRANTING MICROSOFT'S 8/5/13 MOTION TO SEAL

**NOTED FOR:
FRIDAY, AUGUST 16, 2013**

THIS MATTER comes before the Court on Microsoft's 8/5/13 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS ORDERED THAT Microsoft's Motion to Seal is GRANTED.

[PROPOSED] ORDER GRANTING MICROSOFT'S 8/5/13 MOTION TO SEAL - 1    C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this _____ day of _____, 2013.

_____
HONORABLE JAMES L. ROBART

**Presented by:**
CALFO HARRIGAN LEYH & EAKES LLP

By ___s/Arthur W. Harrigan, Jr.___
    Arthur W. Harrigan, Jr., WSBA #1751

By ___s/Christopher Wion___
    Christopher Wion, WSBA #33207

By ___s/Shane P. Cramer___
    Shane P. Cramer, WSBA #35099
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Phone: 206-623-1700
    arthurh@calfoharrigan.com
    chrisw@calfoharrigan.com
    shanec@calfoharrigan.com

By ___s/T. Andrew Culbert___
    T. Andrew Culbert

By ___s/David E. Killough___
    David E. Killough

MICROSOFT CORPORATION
    1 Microsoft Way
    Redmond, WA 98052
    Phone: 425-882-8080
    Fax: 425-869-1327

    David T. Pritikin
    Richard A. Cederoth
    Constantine L. Trela, Jr.
    William H. Baumgartner, Jr.
    Ellen S. Robbins
    Douglas I. Lewis

[PROPOSED] ORDER GRANTING MICROSOFT'S 8/5/13 MOTION TO SEAL - 2

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | David C. Giardina |
| 2 | John W. McBride |
| | Nathaniel C. Love |
| 3 | |
| 4 | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| 5 | Chicago, IL  60603 |
| | Phone:  312-853-7000 |
| 6 | Fax:  312-853-7036 |
| 7 | Carter G. Phillips |
| | Brian R. Nester |
| 8 | |
| 9 | SIDLEY AUSTIN LLP |
| | 1501 K Street NW |
| 10 | Washington, DC  20005 |
| | Telephone:  202-736-8000 |
| 11 | Fax:  202-736-8711 |
| 12 | Counsel for Microsoft Corp. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/5/13 MOTION TO SEAL - 3

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On this 5th day August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X      ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X      ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X      ECF |

[PROPOSED] ORDER GRANTING MICROSOFT'S 8/5/13 MOTION TO SEAL - 4

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
|   | Ropes & Gray LLP | _____ US Mail |
| 2 | One Metro Center | _____ Facsimile |
|   | 700 12th Street NW, Suite 900 | __X__ ECF |
| 3 | Washington, DC 20005-3948 | |
|   | Telephone: (202) 508-4693 | |
| 4 | Email: Paul.schoenhard@ropesgray.com | |

Andrea Pallios Roberts (*pro hac vice*)        _____ Messenger
Brian C. Cannon (*pro hac vice*)               _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP         _____ Facsimile
555 Twin Dolphin Drive, 5th Floor              __X__ ECF
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com

Kathleen M. Sullivan (*pro hac vice*)          _____ Messenger
David Elihu (*pro hac vice*)                   _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP         _____ Facsimile
51 Madison Ave., 22nd Floor                    __X__ ECF
New York, NY 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

William Price (*pro hac vice*)                 _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP         _____ US Mail
865 S. Figuera St., 10th Floor                 _____ Facsimile
Los Angeles, CA 90017                          __X__ ECF
Telephone: (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 5th day of August, 2013.

*/s/ Florine Fujita*
FLORINE FUJITA

[PROPOSED] ORDER GRANTING                C10-1823-JLR         LAW OFFICES
MICROSOFT'S 8/5/13 MOTION TO SEAL - 5                         **CALFO HARRIGAN LEYH & EAKES LLP**
                                                              999 THIRD AVENUE, SUITE 4400
                                                              SEATTLE, WASHINGTON 98104
                                                              TEL, (206) 623-1700   FAX, (206) 623-8717