THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE<br><br>**Noted: August 9, 2013**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Christopher Wion, hereby declare as follows:

1.  I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the July 30, 2013 Daubert Hearing.

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the transcript of the November trial in this matter including testimony given on November 20, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the transcript of the June 14, 2012 Markman Tutorial and Status Conference Hearing.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the July 31, 2013 Summary Judgment Hearing.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the expert report of Gregory Leonard, dated May 29, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Gregory Leonard, taken in this matter on June 24, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Motorola's October 4, 2012 Pretrial Statement.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of the October 29, 2012 Pretrial Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of August, 2013 in Seattle, Washington.

      __s/ Christopher Wion_____
      CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN
SUPPORT OF MICROSOFT'S OPPOSITION TO
DEFENDANTS' MOTIONS IN LIMINE - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 5th day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email:  Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email:  steven.pepe@ropesgray.com<br>Email:  jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email:  norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X___ ECF |

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ | Messenger |
| Ropes & Gray LLP | _____ | US Mail |
| One Metro Center | _____ | Facsimile |
| 700 12th Street NW, Suite 900 | __X__ | ECF |
| Washington, DC  20005-3948 | | |
| Telephone:  (202) 508-4693 | | |
| Email: Paul.schoenhard@ropesgray.com | | |

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Elanor Mangin (*pro hac vice*) | _____ | Facsimile |
| Quinn Emanuel Urquhart & Sullivan, LLP | __X__ | ECF |
| 555 Twin Dolphin Drive, 5th Floor | | |
| Redwood Shores, CA 94065 | | |
| Telephone:  (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Ellyde Roko Thompson (*pro hac vice*) | _____ | Facsimile |
| Quinn Emanuel Urquhart & Sullivan, LLP | __X__ | ECF |
| 51 Madison Ave., 22nd Floor | | |
| New York, NY 10010 | | |
| Telephone:  (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone:  (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 5th day of August, 2013.

                     s/ Florine Fujita_____
                     FLORINE FUJITA

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717