# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
 2             WESTERN DISTRICT OF WASHINGTON AT SEATTLE
 3    _____
 4    MICROSOFT CORPORATION,        )
                                    )
 5                     Plaintiff,   ) 10-01823-JLR
                                    )
 6    v.                            ) SEATTLE, WASHINGTON
                                    )
 7    MOTOROLA INC., et al,         ) October 29, 2012
                                    )
 8                     Defendant.   )    Pretrial
                                    )    Conference
 9    _____
10
                     VERBATIM REPORT OF PROCEEDINGS
11                BEFORE THE HONORABLE JAMES L. ROBART
                     UNITED STATES DISTRICT JUDGE
12    _____
13
14    APPEARANCES:
15
16
17    For the Plaintiff:    Arthur Harrigan, Christopher
                            Wion, David Pritikin and Richard
18                          Cederoth
19
20
21    For the Defendants:   Jesse Jenner, Ralph
                            Palumbo, Steven Pepe, Philip
22                          McCune, Stuart W. Yothers, and
                            Kevin J. Post
23
24
25
```

1  privilege.  I guess it's okay for the kettle to call the pot
2  black.
3      The first of those and the one that's directly presented
4  to the court has to do with Mr. Gutierrez.  And this is the
5  depositions of -- apparently taken by Mr. Schoenhard of Ropes
6  and Gray, and defended by Mr. Pritikin.  And it is the
7  deposition of Horatio Gutierrez -- apparently not to be
8  confused with the Mariner's centerfielder -- taken April 4,
9  2012.
10     Mr. Gutierrez provided, properly provided information
11 regarding Microsoft's response to Motorola's offer letters.
12 And I read the deposition transcript, and I frankly found
13 Motorola's motion not to be well taken.  So, as he provided
14 that information, I think the relief that Motorola now seeks
15 is simply too broad.
16     The court will, during the trial, as I indicated, allow
17 renewed objections.  However, Motorola or Microsoft is going
18 to need to demonstrate that the fact being offered into
19 evidence was inquired into, and the discovery was blocked.
20 If that showing is made, then it is likely that the court
21 would exclude the evidence.
22     No. 2 for Motorola.  Testimony regarding an analysis of
23 the facts under the *Georgia-Pacific* factors.  There's nothing
24 like a broad topic to raise.  I am going to deny it.  This
25 largely centers on Mr. Lynde, L-Y-N-D-E, who provides a

# C E R T I F I C A T E

I, Debbie K. Zurn, RPR, CRR, Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.

Dated this 30th day of October, 2012.

/s/ *Debbie Zurn*

DEBBIE ZURN
OFFICIAL COURT REPORTER