The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION.,<br><br>  Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE<br>[PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 16, 2013** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4845-8143-1060.1

1  THIS MATTER having come before the Court on Defendants Motorola, Inc. (now
2  Motorola Solutions, Inc.), Motorola Mobility, LLC, and General Instrument Corporation
3  (collectively "Motorola") Motion to File Documents Under Seal in Support of Defendants'
4  Opposition to Microsoft's Motions in Limine, and the Court having reviewed the pleadings and
5  evidence presented and on file in this case, and being otherwise fully advised as to the issues
6  presented, the Court hereby:

7  ORDERS, ADJUDGES AND DECREES that following documents are to be filed under
8  seal:

9    1.    Defendants' Opposition to Microsoft's Motions in Limine.

10   2.    Exhibit A to the Declaration of Andrea Pallios Roberts in Support of Defendants'
11           Opposition to Microsoft's Motions in Limine.

12   3.    Exhibit B to the Declaration of Andrea Pallios Roberts in Support of Defendants'
13           Opposition to Microsoft's Motions in Limine.

14   4.    Exhibit C to the Declaration of Andrea Pallios Roberts in Support of Defendants'
15           Defendants' Opposition to Microsoft's Motions in Limine.

16   5.    Exhibit D to the Declaration of Andrea Pallios Roberts in Support of Defendants'
17           Opposition to Microsoft's Motions in Limine.

18   6.    Exhibit E to the Declaration of Andrea Pallios Roberts in Support of Defendants'
19           Opposition to Microsoft's Motions in Limine.

20   7.    Exhibit F to the Declaration of Andrea Pallios Roberts in Support of Defendants'
21           Opposition to Microsoft's Motions in Limine.

22   8.    Exhibit G to the Declaration of Andrea Pallios Roberts in Support of Defendants'
23           Opposition to Microsoft's Motions in Limine.

24   9.    Exhibit L to the Declaration of Andrea Pallios Roberts in Support of Defendants'
25           Opposition to Microsoft's Motions in Limine.

26

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS
IN LIMINE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4845-8143-1060.1

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*

By */s/ Thomas V. Miller*
   K. McNeill Taylor, Jr.
   MOTOROLA MOBILITY, INC.
   600 North U.S. Highway 45
   Libertyville, IL 60048-1286
   (847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
   Kathleen M. Sullivan, NY #1804624
   51 Madison Ave., 22nd Floor
   New York, NY 10010
   (212) 849-7000
   *kathleensullivan@quinnemanuel.com*

By */s/ Brian C. Cannon*
   Brian C. Cannon, CA #193071
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   (650) 801-5000
   *briancannon@quinnemanuel.com*

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS
IN LIMINE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4845-8143-1060.1

1  By */s/ William C. Price*
   William C. Price, CA #108542
2  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
3  (213) 443-3000
4  *williamprice@quinnemanuel.com*

5  **Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corporation**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4845-8143-1060.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson, Harrigan, Leyh & Tollefson LLP
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Richard A. Cederoth, Esq.
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>David Greenfield, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*rcederoth@sidley.com*
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*david.greenfield@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 5th day of August, 2013.

/s/     *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4845-8143-1060.1