The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

    Defendants.

CASE NO. C10-1823-JLR

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE

NOTED ON MOTION CALENDAR:
FRIDAY, AUGUST 9, 2013

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of cited excerpts of the deposition of K. McNeill Taylor, Jr., dated March 20, 2012.

3. Attached as Exhibit B is a true and correct copy of cited excerpts of the deposition of Horacio E. Gutierrez, Vol. 2, dated May 24, 2013.

4. Attached as Exhibit C is a true and correct copy of cited excerpts of the deposition of Kirk W. Dailey dated July 12, 2012

5. Attached as Exhibit D is a true and correct copy of cited excerpts of the deposition of Brian Blasius dated May 14, 2013.

6. Attached as Exhibit E is a true and correct copy of cited excerpts of the deposition of Kirk Dailey taken In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof, dated September 2, 2011.

7. Attached as Exhibit F is a true and correct copy of cited excerpts of trial testimony provided by Kirk Dailey on November 20, 2012.

8. Attached as Exhibit G is a true and correct copy of Motorola's written response to Topic 11 of Microsoft's Rule 30(b)(6) Notice to Motorola, which sought: "Each license that Motorola has granted to any patent that Motorola contends is infringed by Microsoft in connection with its use of the 802.11 or H.264 standards, the royalty rate (or other amount) that is paid to Motorola under that license, how and by whom the royalty rate was negotiated, the portion of the royalty rate (or other amount) that is attributable to the patent(s) that Motorola contends are infringed by Microsoft in connection with its use of the 802.11 or H.264 standards, the portion of the royalty rate (or other amount) that is attributable to other patents, whether the license was entered into in connection with a RAND obligation, whether and to what extent the licensee cross-

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
MICROSOFT'S MOTIONS IN LIMINE - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  licensed patents to Motorola in conjunction with the license, and the amount and timing of
2  payments that have been made under the license."

3      9.    Attached as Exhibit H is a true and correct copy of cited excerpts of the deposition
4  of Horacio E. Gutierrez, Vol. 1, dated April 4, 2012.

5      10.   Attached as Exhibit I a true and correct copy of email correspondence between
6  Ellen S. Robbins, Kevin Post and David C. Giardina dated March 21, 2012.

7      11.   Attached as Exhibit J a true and correct copy of Defendant Motorola Mobility,
8  Inc.'s Notice of Deposition of Microsoft Corporation dated March 6, 2012.

9      12.   Attached as Exhibit K is a true and correct copy of the Telephone Conference
10 Hearing Transcript, dated June 25, 2013.

11     13.   Attached as Exhibit L a true and correct copy of cited excerpts of the deposition of
12 Allen Lo, dated July 12, 2012.

13     14.   Attached as Exhibit M is a true and correct copy of cited excerpts of the Motion
14 Hearing Transcript, dated July 31, 2013.

15     15.   Attached as Exhibit N is a true and correct copy of a Contribution, dated August
16 31, 2005, from Microsoft to the SD Card Association, promising to license patents, including U.S.
17 Patent Nos. 5,579,517 and 5,758,352, on reasonable and non-discriminatory terms, bearing
18 production numbers MS-MOTO-1823_00002370168-70.

19     16.   Attached as Exhibit O is a true and correct copy of "Microsoft Makes Strategic
20 Changes in Technology and Business Practices to Expand Interoperability" dated February 21,
21 2008, *available at* http://www.microsoft.com/en-us/news/press/2008/feb08/02-21expand
22 interoperabilitypr.aspx.

23     17.   Attached as Exhibit P a true and correct copy of correspondence between Arthur
24 W. Harrigan, Jr., Ralph Palumbo, and Jesse J. Jenner, dated April 4, 2012.

25     18.   Attached as Exhibit Q a true and correct copy of correspondence between Ralph
26 Palumbo and Arthur W. Harrigan, Jr., dated April 4, 2012.

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
MICROSOFT'S MOTIONS IN LIMINE - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1

2    I declare under penalty of perjury under the laws of the United States and the State of

3 Washington that the foregoing is true and correct.

4    EXECUTED this 5th day of August, 2013 at Redwood Shores, California.

5

6                                                                                 _____
                                                                                        Andrea Pallios Roberts
7

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
MICROSOFT'S MOTIONS IN LIMINE - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 5th day of August, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MICROSOFT'S MOTIONS IN LIMINE - 4
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001