The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION.,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF AUGUST 7, 2013 LETTER FROM RALPH PALUMBO [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, August 16, 2013** |

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF AUGUST 7,
2013 LETTER FROM RALPH PALUMBO
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   THIS MATTER having come before the Court on Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, LLC, and General Instrument Corporation (collectively "Motorola") Motion to File Documents Under Seal in Support of August 7, 2013 Letter From Ralph Palumbo, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that following documents are to be filed under seal:

1.   August 7, 2013 Letter from Ralph Palumbo to the Court, regarding the July 31, 2013 Amended Expert Report of Todd Menenberg.

2.   Exhibit 1 to the August 7, 2013 Letter.

3.   Exhibit 2 to the August 7, 2013 Letter.

4.   Exhibit 3 to the August 7, 2013 Letter.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.


_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF AUGUST 7,
2013 LETTER FROM RALPH PALUMBO - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  By */s/ Thomas V. Miller*_____
       K. McNeill Taylor, Jr.
2      MOTOROLA MOBILITY, INC.
       600 North U.S. Highway 45
3      Libertyville, IL 60048-1286
       (847) 523-2162
4

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP

6  By */s/ Kathleen M. Sullivan*_____
       Kathleen M. Sullivan, NY #1804624
7      51 Madison Ave., 22nd Floor
       New York, NY 10010
8      (212) 849-7000
       *kathleensullivan@quinnemanuel.com*
9

10 By */s/ Brian C. Cannon*_____
       Brian C. Cannon, CA #193071
11     555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
12     (650) 801-5000
       *briancannon@quinnemanuel.com*
13

14 By */s/ William C. Price*_____
       William C. Price, CA #108542
15     865 S. Figueroa Street, 10th Floor
       Los Angeles, CA 90017
16     (213) 443-3000
       *williamprice@quinnemanuel.com*
17

18 ***Attorneys for Defendants Motorola Solutions, Inc.,***
   ***Motorola Mobility LLC and General Instrument Corporation***
19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF AUGUST 7,
2013 LETTER FROM RALPH PALUMBO - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Danielson, Harrigan, Leyh & Tollefson LLP
*arthurh@dhlt.com*
*chrisw@dhlt.com*
*shanec@dhlt.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
David Greenfield, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*david.greenfield@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 7th day of August, 2013.

/s/          *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF AUGUST 7, 2013 LETTER FROM RALPH PALUMBO - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001