The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>   Defendants. | CASE NO. C10-1823-JLR<br><br>REPLY IN SUPPORT OF DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTOROLA'S MOTION IN LIMINE<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, August 9, 2013** |

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG
CASE NO. C10-1823-JLR

4853-1527-1701.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    Because Motorola meets the standards for sealing as discussed in the moving brief (Dkt.

2  No. 794), and because Microsoft (*see* Dkt. No. 834) does not oppose Motorola's Motion to File

3  Documents Under Seal in Support of Motorola's Motion in Limine, and offers additional support

4  why Motorola's Motion should be granted, Motorola respectfully requests that the Court grant the

5  Motion, and seal the following:

6  - Defendants' [Sealed] Motion in Limine (Dkt. No. 797)

7  - Exhibit B to the Declaration of Andrea Pallios Roberts in Support of Defendants'
     Motion in Limine (Dkt. No. 797)
8

9    DATED this 9th day of August, 2013.

10                                                          Respectfully submitted,

11                                                          SUMMIT LAW GROUP PLLC

12                                                          By */s/ Ralph H. Palumbo*
                                                            By */s/ Philip S. McCune*
13                                                              Ralph H. Palumbo, WSBA #04751
                                                                Philip S. McCune, WSBA #21081
14                                                              *ralphp@summitlaw.com*
                                                                *philm@summitlaw.com*
15

16                                                          By */s/ Thomas V. Miller*
                                                                Thomas V. Miller
17                                                              MOTOROLA MOBILITY LLC
                                                                600 North U.S. Highway 45
18                                                              Libertyville, IL  60048-1286
                                                                (847) 523-2162
19

20                                                          QUINN EMANUEL URQUHART &
                                                            SULLIVAN, LLP
21

22                                                          By */s/ Kathleen M. Sullivan*
                                                                Kathleen M. Sullivan, NY #1804624
23                                                              51 Madison Ave., 22nd Floor
                                                                New York, NY 10010
24                                                              (212) 849-7000
                                                                *kathleensullivan@quinnemanuel.com*
25

26

---

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE
MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE
TESTIMONY OF MENENBERG AND BODEWIG - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4853-1527-1701.1

| | |
|---|---|
| 1 | By */s/ Brian C. Cannon* |
| 2 | Brian C. Cannon, CA #193071 |
|   | 555 Twin Dolphin Drive, 5th Floor |
| 3 | Redwood Shores, CA 94065 |
|   | (650) 801-5000 |
| 4 | briancannon@quinnemanuel.com |

By */s/ William C. Price*
William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
williamprice@quinnemanuel.com

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE
MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE
TESTIMONY OF MENENBERG AND BODEWIG - 2
CASE NO. C10-1823-JLR

4853-1527-1701.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 9th day of August, 2013.

                                                   /s/ *Marcia A. Ripley*
                                                   Marcia A. Ripley

REPLY IN SUPPORT OF DEFENDANTS' MOTION TO SEAL RE MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE TESTIMONY OF MENENBERG AND BODEWIG - 3
CASE NO. C10-1823-JLR

4853-1527-1701.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001