HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

  vs.

MOTOROLA, INC., et al.,

                Defendants.
_____
MOTOROLA MOBILITY LLC, et al.,

                Plaintiffs,

  vs.

MICROSOFT CORPORATION,

                Defendants.

Case No. C10-1823-JLR

MICROSOFT'S REPLY IN SUPPORT OF ITS 7/29/13 MOTION TO SEAL (DKT. NO. 798)

**NOTED FOR:
FRIDAY, AUGUST 9, 2013**

For the reasons set forth in Microsoft's July 29, 2013 Motion to Seal (Dkt. No. 798), and because Motorola does not oppose Microsoft's Motion (*see* Dkt. No. 839), Microsoft respectfully requests that the Court grant its Motion.

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/29/13 MOTION TO SEAL (DKT. NO. 798) - 1

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  DATED this 9th day of August, 2013.

2                       CALFO HARRIGAN LEYH & EAKES LLP

3                       By     s/Arthur W. Harrigan, Jr.

4                            Arthur W. Harrigan, Jr., WSBA #1751

5                       By     s/Christopher Wion

6                            Christopher Wion, WSBA #33207

7                       By     s/Shane P. Cramer

8                            Shane P. Cramer, WSBA #35099
                           999 Third Avenue, Suite 4400

9                            Seattle, WA  98104
                           Phone:  206-623-1700

10                          arthurh@calfoharrigan.com
                         chrisw@calfoharrigan.com

11                          shanec@calfoharrigan.com

12                      By     s/T. Andrew Culbert

13                           T. Andrew Culbert

14                      By     s/David E. Killough
                          David E. Killough

15                      MICROSOFT CORPORATION

16                          1 Microsoft Way
                         Redmond, WA  98052

17                          Phone:  425-882-8080
                         Fax:  425-869-1327

18

19                          David T. Pritikin
                         Richard A. Cederoth

20                          Constantine L. Trela, Jr.
                         William H. Baumgartner, Jr.

21                          Ellen S. Robbins
                         Douglas I. Lewis

22                          David C. Giardina
                         John W. McBride

23                          Nathaniel C. Love

24                      SIDLEY AUSTIN LLP
                         One South Dearborn

25                          Chicago, IL  60603

MICROSOFT'S REPLY IN SUPPORT OF ITS    **No. C10-1823**
7/29/13 MOTION TO SEAL (DKT. NO. 798) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/29/13 MOTION TO SEAL (DKT. NO. 798)  - 3

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 9th day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email:  Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email:  steven.pepe@ropesgray.com<br>Email:  jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email:  norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/29/13 MOTION TO SEAL (DKT. NO. 798) - 4

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ | Messenger |
| Ropes & Gray LLP | _____ | US Mail |
| One Metro Center | _____ | Facsimile |
| 700 12th Street NW, Suite 900 | __X__ | ECF |
| Washington, DC  20005-3948 | | |
| Telephone:  (202) 508-4693 | | |
| Email: Paul.schoenhard@ropesgray.com | | |

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone:  (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ | ECF |
| New York, NY 10010 | | |
| Telephone:  (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone:  (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 9th day of August, 2013.

*/s/ Florine Fujita*
FLORINE FUJITA

MICROSOFT'S REPLY IN SUPPORT OF ITS
7/29/13 MOTION TO SEAL (DKT. NO. 798)  - 5

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717