HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br> vs.<br><br>MOTOROLA, INC., et al.,<br><br>      Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>      Plaintiffs,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>      Defendants. | Case No. C10-1823-JLR<br><br>**MICROSOFT'S TIMELINE OF SELECT EVENTS** |

Pursuant to the Court's request at the July 31, 2013 Hearing, Microsoft submits the below timeline.

**Timeline**

| | |
|---|---|
| Apr. 11, 2003 | Microsoft and Motorola execute original ActiveSync license. |
| Aug. 1 and 5, 2003 | InteCap performs valuation (8/1/2003) and delivers presentation (8/5/2003) to Motorola providing a royalty assessment for Motorola's 802.11 standard essential patents. |
| Nov. 7 and 17, 2003 | MPEG LA issues press release (11/17/2003) announcing royalty rates for its H.264 patent pool. Motorola agrees to the terms of the press release |

MICROSOFT'S TIMELINE
OF SELECT EVENTS - 1

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | | (11/7/2003). |
| | May 2004 | Motorola and Via Licensing engage in communications regarding Motorola's potential participation in Via Licensing's 802.11 patent pool. |
| 2 | May and Oct. 2005 | Via Licensing communicates with Motorola regarding the licensing terms for Via Licensing's 802.11 patent pool. |
| 3 | Sept. 2007-2009 | Motorola's license to Microsoft's ActiveSync patents expires.  Motorola and Microsoft are unable to agree on terms for a renewal or a new license. |
| 4 | Oct. 2009-2010 | Motorola begins releasing products that incorporate the Android operating system and Microsoft's ActiveSync technology.  Microsoft communicates to Motorola that Motorola requires a license to Microsoft's ActiveSync technology for its new Android-based products but the parties remain unable to agree on terms for a license. |
| 5 | Oct. 1, 2010 | Microsoft files patent infringement suit against Motorola in the ITC (*Certain Mobile Devices, Associated Software, and Components Thereof*, Investigation No. 337-TA-744) ("ITC 744 Action"), alleging infringement by Motorola's Android smartphones.  Microsoft alleged infringement of certain Microsoft patents related to its ActiveSync technology, as well as other patents.  Microsoft sought an exclusion order. |
| 6 | Oct. 1, 2010 | Microsoft files patent infringement suit against Motorola in W.D. Washington (*Microsoft Corp. v. Motorola, Inc.*, Case No. 2:10-cv-1577-RSM) ("1577 Action"), alleging infringement by Motorola's Android smartphones.  The patents at issue are the same as in the ITC 744 action. |
| 7 | Oct. 21, 2010 | Motorola sends Microsoft a letter attaching a list of Motorola's patents essential to the 802.11 standard ("Motorola's 802.11 SEPs"), and stating:<br><br>Motorola offers to license the patents under reasonable and non-discriminatory terms and conditions ("RAND"), including a reasonable royalty of 2.25% per unit for each 802.11 complaint product, subject to a grant back license under the 802.11 essential patents of Microsoft.  As per Motorola's standard terms, the royalty is calculated based on the price of the end product (e.g., each Xbox 360 product) and not on component software (e.g., Windows Mobile software).<br><br>The letter further states:<br><br>Motorola will leave this offer open for 20 days.  Please confirm whether Microsoft accepts the offer. |
| 8 | Oct. 22, 2010 | Microsoft receives Motorola's October 21, 2010 letter.<br><br>A meeting takes place between general counsels and licensing executives from both companies. |
| 9 | Oct. 29, 2010 | Motorola sends Microsoft a letter attaching a list of Motorola's patents essential to the H.264 standard ("Motorola's H.264 SEPs"), and stating:<br><br>Motorola offers to license the patents on a non-discriminatory basis on |

MICROSOFT'S TIMELINE
OF SELECT EVENTS - 2

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| | | reasonable terms and conditions ("RAND"), including a reasonable royalty of 2.25% per unit for each H.264 compliant product, subject to a grant back license under the H.264 patents of Microsoft …. As per Motorola's standard terms, the royalty is calculated based on the price of the end product (e.g., each Xbox 360 product, each PC/laptop, each smartphone, etc.) and not on component software (e.g., Xbox 360 software, Windows 7 software, Windows Phone 7 software, etc.).<br><br>The letter further states:<br><br>Motorola will leave this offer open for 20 days. Please confirm whether Microsoft accepts the offer. |
| | Nov. 9, 2010 | Microsoft files complaint in this case alleging, among other things, breach of contract. *Microsoft Corp. v. Motorola, Inc.*, Case No. C10-1823-JLR ("1823 Action"). |
| | Nov. 10, 2010 | Motorola files two patent infringement suits (*Motorola Mobility, Inc. and General Instrument Corp. v. Microsoft Corp.*, Case No. 3:10-cv-699 ("699 Action") and *Motorola Mobility, Inc. and General Instrument Corp. v. Microsoft Corp.*, Case No. 3:10-cv-700 ("700 Action")) against Microsoft in W.D. Wisconsin, alleging infringement of certain Motorola 802.11 and H.264 SEPs. |
| | Nov. 22, 2010 | Motorola files a patent infringement suit against Microsoft in the ITC (*In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, Investigation No. 337-TA-752) ("ITC 752 Action"). The patents at issue were the same as those that were ultimately at issue in the 700 Action. Motorola sought an exclusion order. |
| | Jan. 4, 2011 | Motorola, Inc. changes its name to Motorola Solutions, Inc., and Motorola Mobility, Inc. is spun off from Motorola, Inc. |
| | Feb. 23, 2011 | Microsoft files amended complaint in this case, alleging that Motorola's pursuit of injunctive relief on SEPs is improper and a breach of contract. |
| | June 1, 2011 | The Court denies Motorola's motion to dismiss, finding that Microsoft's breach of contract claim is actionable and ripe. (Dkt. 66.) |
| | July 6-7, 2011 | Motorola files four patent infringement suits against Microsoft in Germany, alleging infringement of Motorola H.264 SEPs. Motorola sought injunctive relief. *General Instrument Corp. v. Microsoft Deutschland GMbH*, Case No. 2 O 240/11; *General Instrument Corp. v. Microsoft Deustchland GMbH*, Case No. 2 O 373/11; *General Instrument Corp. v. Microsoft Corp. and Microsoft Ireland Operations Ltd.*, Case No. 2 O 376/11; *General Instrument Corp. v. Microsoft Ireland Operations Ltd.*, Case No. 2 O 387/11. |
| | July 18, 2011 | Marvell, the supplier of 802.11 chips for Microsoft's Xbox products, seeks a RAND license to Motorola's 802.11 standard essential patents. |
| | Sept. 30, 2011 | Microsoft confirms that "Microsoft is seeking, and remains ready and willing to take, a license to Motorola's H.264 and 802.11 declared-essential patents on RAND terms." (Dkt. No. 96.) |
| | Nov. 25, 2011 | Motorola sends Marvell a license proposal that seeks 2.25% of the price of |

MICROSOFT'S TIMELINE OF SELECT EVENTS - 3

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| | | the end product into which Marvell's 802.11 chips are incorporated. Marvell's license proposal excludes from the scope of coverage any chips that Marvell would provision to Microsoft and two other companies with whom Motorola was engaged in legal disputes. |
| | Dec. 23, 2011 | Microsoft submits an Orange Book offer for Motorola's H.264 standard essential patents at issue in Germany of EUR Cents 2.0 per unit for up to 10 million units and EUR Cents 1.0 per unit thereafter.  Microsoft soon thereafter submitted proof of deposit of all back royalties that would be due to Motorola under this Orange Book offer. |
| | Feb. 7, 2012 | Hearing takes place in Germany where the German court announces an April 17, 2012 ruling date on Motorola's request for injunctive relief. |
| | Feb. 27, 2012 | This Court rules on Microsoft's motion for partial summary judgment, finding that Motorola entered into binding contracts with the IEEE and ITU, and that Microsoft is a third-party beneficiary to those contracts.  (Dkt. 188) |
| | Mar. 14, 2012 | Microsoft asks Motorola to defer pursuit of injunctions in Germany in exchange for a $300 million bond. |
| | Mar. 19, 2012 | Motorola declines Microsoft's offer to defer pursuit of injunctions in Germany in exchange for $300 million bond. |
| | Mar. 28, 2012 | Microsoft files for temporary restraining order in the 1823 Action to bar Motorola from enforcing an injunction in Germany.  (Dkt. 210.) |
| | April 12, 2012 | This Court issues a temporary restraining order, precluding Motorola from enforcing an injunction against Microsoft in Germany.  (Dkt. 261.) |
| | April 25, 2012 | An Initial Determination by an Administrative Law Judge is issued in the ITC 752 Action, finding that certain Motorola H.264 and 802.11 SEPs were valid and infringed by Microsoft. |
| | May 2, 2012 | The Mannheim District Court in Germany issues two judgments finding that Microsoft infringed Motorola H.264 SEPs and orders Microsoft to cease and desist from offering, marketing, using, importing or possessing for said purposes the Xbox 360 in Germany. |
| | May 7, 2012 | Microsoft informs this Court that it has been forced to move its German distribution center to the Netherlands due to Motorola's pursuit of injunctive relief. |
| | May 14, 2012 | This Court converts the temporary restraining order into a preliminary injunction precluding Motorola from enforcing an injunction against Microsoft in Germany.  (Dkt. 318.) |
| | May 22, 2012 | Motorola Mobility is acquired by Google Inc. |
| | June 1, 2012 | Microsoft's EMEA distribution facility goes "live" in the Netherlands |
| | June 6, 2012 | Court denies Motorola's motion for summary judgment that Microsoft repudiated Motorola's RAND commitments.  (Dkt. 335.) |
| | June 2012 | Motorola is under regulatory scrutiny by the FTC. |
| | Sept. 28, 2012 | The Ninth Circuit affirms this Court's preliminary injunction order. |
| | Oct. 10, 2012 | This Court denies Motorola's motion for partial summary judgment dismissing Microsoft's claim that the court create a license agreement for Motorola's standard essential patents.  (Dkt. 465.) |
| | Oct. 24, 2012 | In the ITC 752 Action, Motorola moves to terminate its patents at issue that are essential to the 802.11 standard. |

MICROSOFT'S TIMELINE
OF SELECT EVENTS - 4

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Nov. 13-20, 2012 | A 6-day trial is held before this Court regarding the appropriate RAND rate for Motorola's 802.11 and H.264 SEP portfolios. |
| Nov. 30, 2012 | This Court grants Microsoft's motion for summary judgment, dismissing Motorola's claims for injunctive relief.  (Dkt. 607.) |
| Jan. 3, 2013 | The FTC and Motorola enter a consent order regarding Motorola's practices regarding licensing and enforcement of Motorola's SEPs. |
| Jan. 8, 2013 | Motorola moves to terminate the ITC 752 Action with respect to the Motorola H.264 SEPs that were still at issue. |
| Feb. 4, 2013 | Motorola submits compliance report regarding the consent order it entered with the FTC. |
| April 19, 2013 | This Court issues its Findings of Fact and Conclusions of Law from the November 2012 trial.  (Dkt. 673.) |
| May 6, 2013 | European Commission states that Motorola's pursuit of injunctions against willing licensees is improper. |

DATED this 16th day of August, 2013.

**RESPECTFULLY SUBMITTED,**
CALFO HARRIGAN LEYH & EAKES LLP

By      s/Arthur W. Harrigan, Jr.
         Arthur W. Harrigan, Jr., WSBA #1751

By      s/Christopher Wion
         Christopher Wion, WSBA #33207

By      s/Shane P. Cramer
         Shane P. Cramer, WSBA #35099
         999 Third Avenue, Suite 4400
         Seattle, WA  98104
         Phone:  206-623-1700
         arthurh@calfoharrigan.com
         chrisw@calfoharrigan.com
         shanec@calfoharrigan.com

By      s/T. Andrew Culbert
         T. Andrew Culbert

By      s/David E. Killough
         David E. Killough

MICROSOFT CORPORATION
   1 Microsoft Way
   Redmond, WA  98052

MICROSOFT'S TIMELINE OF SELECT EVENTS - 5

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | Phone: 425-882-8080 |
| | Fax: 425-869-1327 |
| 2 | |
| | David T. Pritikin |
| 3 | Richard A. Cederoth |
| | Constantine L. Trela, Jr. |
| 4 | William H. Baumgartner, Jr. |
| | Ellen S. Robbins |
| 5 | Douglas I. Lewis |
| | David C. Giardina |
| 6 | John W. McBride |
| | Nathaniel C. Love |
| 7 | |
| 8 | |
| | SIDLEY AUSTIN LLP |
| 9 | One South Dearborn |
| | Chicago, IL 60603 |
| 10 | Phone: 312-853-7000 |
| | Fax: 312-853-7036 |
| 11 | |
| | Carter G. Phillips |
| 12 | Brian R. Nester |
| 13 | |
| | SIDLEY AUSTIN LLP |
| 14 | 1501 K Street NW |
| | Washington, DC 20005 |
| 15 | Telephone: 202-736-8000 |
| | Fax: 202-736-8711 |
| 16 | |
| | Counsel for Microsoft Corp. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

MICROSOFT'S TIMELINE
OF SELECT EVENTS - 6

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On this 16th day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

MICROSOFT'S TIMELINE
OF SELECT EVENTS - 7

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ | Messenger |
| Ropes & Gray LLP | _____ | US Mail |
| One Metro Center | _____ | Facsimile |
| 700 12th Street NW, Suite 900 | __X__ | ECF |
| Washington, DC 20005-3948 | | |
| Telephone: (202) 508-4693 | | |
| Email: Paul.schoenhard@ropesgray.com | | |

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone: (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ | ECF |
| New York, NY 10010 | | |
| Telephone: (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone: (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 16th day of August, 2013.

*/s/ Florine Fujita*
FLORINE FUJITA

---

MICROSOFT'S TIMELINE OF SELECT EVENTS - 8

No. C10-1823

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717