THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. C10-1823-JLR |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING MICROSOFT'S 8/16/13 MOTION TO SEAL |
| MOTOROLA, INC.,  et al., | |
| Defendants. | **NOTED FOR:** |
| MOTOROLA MOBILITY LLC, et al., | **FRIDAY, AUGUST 30, 2013** |
| Plaintiffs, | |
| vs. | |
| MICROSOFT CORPORATION, | |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20       THIS MATTER comes before the Court on Microsoft's 8/16/13 Motion to Seal.  The

21   Court has considered the pleadings filed and therefore deems itself fully advised.  Based on the

22   pleadings submitted,

23

24

25

[PROPOSED] ORDER GRANTING                    C10-1823-JLR
MICROSOFT'S 8/16/13 MOTION TO SEAL - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    IT IS ORDERED THAT Microsoft's Motion to Seal is GRANTED.  Exhibit 3 to

2  Microsoft's August 16, 2013 letter brief on patent exhaustion and the portion of Microsoft's

3  letter brief that cites to Exhibit 3 shall remain under seal.

4    DATED this _____ day of _____, 2013.

5

6                                              _____
                                               HONORABLE JAMES L. ROBART
7

8                                              **Presented by:**
                                               CALFO HARRIGAN LEYH & EAKES LLP
9
                                               By _____s/Arthur W. Harrigan, Jr._____
10                                                   Arthur W. Harrigan, Jr., WSBA #1751

11                                             By _____s/Christopher Wion_____
                                                     Christopher Wion, WSBA #33207
12
                                               By _____s/Shane P. Cramer_____
13                                                   Shane P. Cramer, WSBA #35099
                                                     999 Third Avenue, Suite 4400
14                                                   Seattle, WA  98104
                                                     Phone:  206-623-1700
15                                                   arthurh@calfoharrigan.com
                                                     chrisw@calfoharrigan.com
16                                                   shanec@calfoharrigan.com

17

18                                             By _____s/T. Andrew Culbert_____
                                                     T. Andrew Culbert
19
                                               By _____s/David E. Killough_____
20                                                   David E. Killough

21                                             MICROSOFT CORPORATION
                                                     1 Microsoft Way
22                                                   Redmond, WA  98052
                                                     Phone: 425-882-8080
23                                                   Fax: 425-869-1327

24

25
     [PROPOSED] ORDER GRANTING              C10-1823-JLR         LAW OFFICES
     MICROSOFT'S 8/16/13 MOTION TO SEAL - 2            **CALFO HARRIGAN LEYH & EAKES LLP**
                                                                 999 THIRD AVENUE, SUITE 4400
                                                                 SEATTLE, WASHINGTON 98104
                                                            TEL, (206) 623-1700   FAX, (206) 623-8717

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love


SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/16/13 MOTION TO SEAL - 3

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of

Washington to the following:

1.      I am over the age of 21 and not a party to this action.

2.      On this 16th day August, 2013, I caused the preceding document to be served

on counsel of record in the following manner:

**<u>Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:</u>**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081                   _____ Messenger
Summit Law Group                                _____ US Mail
315 Fifth Ave. South, Suite 1000                _____ Facsimile
Seattle, WA  98104-2682                          __X___ ECF
Telephone:  206-676-7000
Email: Summit1823@summitlaw.com


Steven Pepe (*pro hac vice*)                    _____ Messenger
Jesse J. Jenner (*pro hac vice*)                _____ US Mail
Ropes & Gray LLP                                _____ Facsimile
1211 Avenue of the Americas                      __X___ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com


Norman H. Beamer (*pro hac vice*)               _____ Messenger
Ropes & Gray LLP                                _____ US Mail
1900 University Avenue, 6th Floor               _____ Facsimile
East Palo Alto, CA  94303-2284                   __X___ ECF
Telephone:  (650) 617-4030
Email: norman.beamer@ropesgray.com

[PROPOSED] ORDER GRANTING                C10-1823-JLR
MICROSOFT'S 8/16/13 MOTION TO SEAL - 4

Paul M. Schoenhard (*pro hac vice*)  _____ Messenger
Ropes & Gray LLP                      _____ US Mail
One Metro Center                      _____ Facsimile
700 12th Street NW, Suite 900            X      ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com


Andrea Pallios Roberts (*pro hac vice*)       _____ Messenger
Brian C. Cannon (*pro hac vice*)              _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP        _____ Facsimile
555 Twin Dolphin Drive, 5th Floor                X      ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com


Kathleen M. Sullivan (*pro hac vice*)         _____ Messenger
David Elihu (*pro hac vice*)                  _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP        _____ Facsimile
51 Madison Ave., 22nd Floor                      X      ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com


William Price (*pro hac vice*)                _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP        _____ US Mail
865 S. Figuera St., 10th Floor                _____ Facsimile
Los Angeles, CA 90017                            X      ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

        DATED this 16th day of August, 2013.

                                */s/ Florine Fujita*
                                FLORINE FUJITA

[PROPOSED] ORDER GRANTING          C10-1823-JLR
MICROSOFT'S 8/16/13 MOTION TO SEAL - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717