UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | CASE NO. C10-1823JLR<br><br>MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

To address outstanding issues prior to commencement of the August 26, 2013, breach of contract trial, the court schedules a telephonic conference for August 23, 2013, at 1:30 p.m. Topics of discussion at the telephonic conference will include, but are not limited to, the following:

(1) the legal basis that a Marvell-Motorola license agreement would exhaust Motorola's remedies against Microsoft;

(2) the manner in which the court's April 19, 2013 Findings of Fact and Conclusions of Law ("FFCL") will be used at the trial;

(3) the excerpts of the court's FFCL which Microsoft intends to use at trial (Dkt. ## 860, 861);

(4) exceptions to the court's preliminary jury instructions;

(5) whether the jury will be permitted to keep a copy of the preliminary jury instructions during the course of trial;

(6) stipulations of fact for the trial; and

(7) the parties' proposed jury questionnaire.

Filed and entered this 21st day of August, 2013.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk