LAW OFFICES
# CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

ARTHUR W. HARRIGAN, JR.

E-MAIL: ARTHURH@CALFOHARRIGAN.COM
FACSIMLE: (206) 623-8717

August 23, 2013

**VIA ECF**

The Honorable James L. Robart
United States District Court
Western District of Washington
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

    Re:    Microsoft Corp. v. Motorola, Inc., et al., No. 10-cv-1823-JLR

Dear Judge Robart:

    We write in response to Motorola's August 22, 2013 letter regarding the Court's Preliminary Instruction No. 2 (Dkt. No. 864). Motorola requests that the Court modify Preliminary Instruction No. 2 by adding, at page 11, line 8, the sentence: "Under Motorola's contracts with the IEEE and ITU, Motorola did not need to make an initial offer on RAND terms."

    Microsoft would consent to the addition, so long as the added sentence also includes the following clause, indicated by underlining:

> Under Motorola's contracts with the IEEE and ITU, Motorola did not need to make an initial offer on RAND terms<u>, but a blatantly unreasonable offer is a breach of the duty of good faith and fair dealing and so a breach of the RAND contract.</u>

    That language was proposed in Microsoft's Revised Proposed Preliminary Instruction No. 2 (Dkt. No. 856 at 11:1–3), and gives the full context of the Court's ruling on this issue:

> Accordingly, the court concludes that under Motorola's agreements with the IEEE and the ITU, Motorola need not make initial offers on RAND terms.
> This conclusion, however, does not mean that Motorola, as the owner of standard essential patents subject to RAND licensing agreements with the IEEE and ITU, may make blatantly unreasonable offers to implementers.

(Dkt. No. 335 at 24:21–25:5.) The Court continued, "Thus, although the language of Motorola's agreements do not require it to make offers on RAND terms, any offer by Motorola (be it an

The Honorable James L. Robart
August 23, 2013
Page 2

initial offer or an offer during a back-and-forth negotiation) must comport with the implied duty of good faith and fair dealing inherent in every contract," and held that the fact finder would need to compare Motorola's offer against a RAND royalty in order "to determine whether Motorola's offers were so blatantly unreasonable as to breach its duty of good faith." (*Id.* at 25:9–12, 25:18–20.)

    Microsoft has no objection to the jury receiving a preliminary instruction on the Court's rulings on initial offers, so long as the jury hears the complete ruling the Court has made.

                         Very truly yours,

                         CALFO HARRIGAN LEYH EAKES LLP

                         s/ Arthur W. Harrigan, Jr.

                         Arthur W. Harrigan, Jr.

cc:       All Counsel (via ECF)

## CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 23rd day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

| | |
|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ ECF |
| Redwood Shores, CA 94065 | |
| Telephone:  (650) 801-5000 | |
| Email: andreaproberts@quinnemanuel.com | |
| Email: briancannon@quinnemanuel.com | |

| | |
|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ Messenger |
| David Elihu (*pro hac vice*) | _____ US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ ECF |
| New York, NY 10010 | |
| Telephone:  (212) 849-7000 | |
| Email: kathleensullivan@quinnemanuel.com | |

| | |
|---|---|
| William Price (*pro hac vice*) | _____ Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ US Mail |
| 865 S. Figuera St., 10th Floor | _____ Facsimile |
| Los Angeles, CA 90017 | __X__ ECF |
| Telephone:  (212) 443-3000 | |
| Email: williamprice@quinnemanuel.com | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | |

DATED this 23rd day of August, 2013.

s/ Florine Fujita
FLORINE FUJITA