THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MOTOROLA, INC., *et al.*,<br><br>                    Defendants. | Case No. C10-1823-JLR<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY QUALCOMM INC.'S <u>RENEWED</u> MOTION TO SEAL** |

**NOTICE OF WITHDRAWAL OF NON-PARTY QUALCOMM INC.'S RENEWED MOTION TO SEAL**
**CASE No. 10-cv-1823-JLR**

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

PLEASE TAKE NOTICE that Non-Party Qualcomm, Inc. hereby withdraws the filing of its Renewed Motion to Seal (Dkt. No. 872, filed under seal) and will re-file the same on the publicly viewable docket on this date.

DATED:  August 26, 2013

 */s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA  98101-1355
Tel.:   (206) 452-8700
Fax:   (206) 452-8800
Email: cdurbin@cooley.com

Attorneys for Non-Party QUALCOMM, INC.
**NOTICE OF WITHDRAWAL OF NON-PARTY QUALCOMM INC.'S RENEWED MOTION TO SEAL**
**CASE NO. 10-cv-1823-JLR**

2.

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2013, I caused to be electronically filed the foregoing **Notice of Withdrawal of Non-Party Qualcomm Incorporated's Renewed Motion to Seal** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all registered parties and non-parties in this action.

                                              */s/Christopher B. Durbin*
                                                Christopher B. Durbin

**CERTIFICATE OF SERVICE**
**CASE No. 10-cv-1823-JLR**

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]