THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., *et al.*,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>[PROPOSED] **ORDER GRANTING NON-PARTY QUALCOMM INC.'S <u>RENEWED</u> MOTION TO SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>**Friday, September 6, 2013**<br><br>Without Oral Argument |

[PROPOSED] ORDER RE NON-PARTY QUALCOMM INC.'S RENEWED MOTION TO SEAL
CASE No. 10-cv-1823-JLR

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

1    This matter having come before the Court on Non-Party Qualcomm Incorporated's ("Qualcomm") Renewed Motion to Seal, and the Court having considered the motion papers and the records on file herein, the Court hereby ORDERS that Qualcomm's Renewed Motion to Seal is GRANTED as follows:

   1.    Pursuant to Local Rule CR 5(g), Qualcomm has established that compelling reasons exist for sealing the following documents:

       a.    an Amendment to DS-CDMA Technology Agreement between Motorola and Qualcomm, labeled MOTM_WASH1823_0025409-412 and **Defendants' Trial Exhibit 3230**, and designated "Confidential Business Information" and "Attorneys' Eyes Only";

       b.    an Agreement to Amend the Patent License Agreement and Technology License Agreement and Software License Agreement between Motorola and Qualcomm, labeled MOTM_WASH1823_0025413-430 and **Defendants' Trial Exhibit 3231**, and designated "Confidential Business Information" and "Attorneys' Eyes Only";

       c.    a DS-CDMA Technology Agreement between Qualcomm and Motorola, labeled MOTM_WASH1823_0025431-467 and **Defendants' Trial Exhibit 3232**, and designated "Confidential Business Information" and "Attorneys' Eyes Only"; and

       d.    a Patent License Agreement between Motorola and Qualcomm, labeled MOTM_WASH1823_0025489-502 and **Defendants' Trial Exhibit 3233**, and designated "Confidential Business Information" and "Attorneys' Eyes Only."

   2.    These documents are confidential and contain trade secret information. Qualcomm has done nothing to put that information at issue in this case where it is not a party. These documents and any other materials containing trade secret information derived from these documents shall be sealed.

   3.    The courtroom is to be cleared and closed when argument on this topic, testimony on this topic, or these exhibits are discussed.

[PROPOSED] ORDER RE NON-PARTY
QUALCOMM INC.'S RENEWED
MOTION TO SEAL
CASE No. 10-cv-1823-JLR

2.

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

1  4. If additional documents from Qualcomm are intended to be offered into evidence,
2  the parties are to notify Qualcomm immediately so that it can seek to seal or redact confidential
3  and trade secret information before the documents are offered into evidence.

5  DATED this _____ day of August, 2013.

_____
HON. JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER RE NON-PARTY           3.           COOLEY LLP
QUALCOMM INC.'S RENEWED                              1700 SEVENTH AVENUE SUITE 1900
MOTION TO SEAL                                       SEATTLE, WA 98101-1355
CASE No. 10-cv-1823-JLR                              (206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

1  Presented by:

2                                                         */s/ Christopher B. Durbin*
   Christopher B. Durbin (WSBA #41159)
3  COOLEY LLP
   1700 Seventh Avenue, Suite 1900
4  Seattle, WA  98101-1355
   Tel.:   (206) 452-8700
5  Fax:    (206) 452-8800
   Email: cdurbin@cooley.com
6
7  Attorneys for Non-Party QUALCOMM, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER RE NON-PARTY                4.                                COOLEY LLP
QUALCOMM INC.'S RENEWED                                         1700 SEVENTH AVENUE SUITE 1900
MOTION TO SEAL                                                          SEATTLE, WA 98101-1355
CASE No. 10-cv-1823-JLR                                                       (206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 26, 2013, I caused to be electronically filed the foregoing **[Proposed] Order Re Non-Party Qualcomm Incorporated's Renewed Motion to Seal** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all registered parties and non-parties in this action.

                                    */s/Christopher B. Durbin*
                                      Christopher B. Durbin

**CERTIFICATE OF SERVICE**
**CASE No. 10-cv-1823-JLR**

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]