FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 26 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

PLAINTIFF: **Microsoft Corp.**

VS.

DEFENDANT: **Motorola Mobility**

CASE NO. **C10-1823**

PEREMPTORY CHALLENGES
(CIVIL ACTION)

| PLAINTIFF: | DEFENDANT: |
|---|---|
| 1. 17 Stewart McDougall | 1. 8 Sheila Cunnington |
| 2. 19 Skyler Morgan | 2. 16 Justin Desilet |
| 3. 7 Jack Skidmore | 3. 21 Mark Van Pelt |

_____
SIGNATURE OF COUNSEL FOR PLAINTIFF

_____
SIGNATURE OF COUNSEL FOR DEFENDANT

10-CV-01823-JY