THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　　Defendants. | NO. 2-10-cv-01823-JLR<br><br>**NON-PARTY SAMSUNG'S <u>RENEWED</u> MOTION TO SEAL PATENT LICENSE AGREEMENTS AND OTHER LICENSING INFORMATION AND EXCLUDING UNAUTHORIZED PERSONS FROM THE COURTROOM DURING RELATED TESTIMONY**<br><br>NOTE ON MOTION CALENDAR: Friday, September 6, 2013<br><br>Without Oral Argument |

Pursuant to Local Rule CR 5(g), non-party Samsung Electronics Co., Ltd. ("Samsung") respectfully requests that this Court grant this Renewed Motion to Seal in order to protect its trade secrets and highly competitive information from public disclosure. The three documents at issue are:

- Trial Exhibit 2813, entitled "Confidential Patent License Agreement between Microsoft Corp. and Samsung Elecs. Co., Ltd. (Gutierrez Ex. 1)," and labeled as MS-MOTO_1823_00002244552;

- Trial Exhibit 3163, entitled "Presentation: MMI - Samsung Meeting (March 23, 2011)," and labeled as MOTM_WASH1823_0054337; and

- Trial Exhibit 3238, entitled "Cellular Cross License Agreement between Motorola, Inc. and Samsung Electronics Co., Ltd.," and labeled as MOTM_WASH1823_0025769.

NON-PARTY SAMSUNG'S
RENEWED MOTION TO SEAL - 1 of 5
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575