1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Presented by:

GORDON THOMAS HONEYWELL LLP

By s/ Donald S. Cohen
    Donald S. Cohen, WSBA No. 12480
dcohen@gth-law.com

600 University Street, Suite 2100
Seattle, WA  98101
Tel:  (206) 676-7500
Fax:  (206) 676-7575

-and-

ZEINEDDIN PLLC
By     s/ R. Paul Zeineddin
R. Paul Zeineddin, DC Bar No. 474734, Pro Hac Vice
paul@zeineddin.com

1000 Connecticut Avenue NW, Suite 900
Washington, DC  20036
Tel:  (202) 787-1051

Attorneys for Non-Party/Interested Party SAMSUNG ELECTRONICS Co., LTD

[PROPOSED] ORDER GRANTING NON-PARTY SAMSUNG'S RENEWED MOTION TO SEAL - 3 of 3
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575