# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION

    Plaintiff(s),

v.

MOTOROLA, INC., et al.

    Defendant(s).

Case No. 2-10-cv-01823-JLR

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Replace the Non-Party Samsung's Renewd Motion to Seal (Docket No. 878) with the attached document (Non-Party Samsung's Renewed Motion to Seal)

August 26, 2013
Dated

/s/ Don Cohen
Sign or use an "s/" and your name

Gordon Thomas Honeywell
One Union Square
600 University, Suite 2100
Seattle, WA  98101
206-676-7500

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**　　　　　　　　　　Page 1 of 1