THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                              Plaintiff,<br><br>       v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>                              Defendants. | NO. 2-10-cv-01823-JLR<br><br>**NON-PARTY SAMSUNG'S RENEWED MOTION TO SEAL PATENT LICENSE AGREEMENTS AND OTHER LICENSING INFORMATION AND EXCLUDING UNAUTHORIZED PERSONS FROM THE COURTROOM DURING RELATED TESTIMONY**<br><br>NOTE ON MOTION CALENDAR: Friday, September 6, 2013<br><br>Without Oral Argument |

Pursuant to Local Rule CR 5(g), non-party Samsung Electronics Co., Ltd. ("Samsung") respectfully requests that this Court grant this Renewed Motion to Seal in order to protect its trade secrets and highly competitive information from public disclosure. The three documents at issue are:

- Trial Exhibit 2813, entitled "Confidential Patent License Agreement between Microsoft Corp. and Samsung Elecs. Co., Ltd. (Gutierrez Ex. 1)," and labeled as MS-MOTO_1823_00002244552;

- Trial Exhibit 3163, entitled "Presentation: MMI - Samsung Meeting (March 23, 2011)," and labeled as MOTM_WASH1823_0054337; and

- Trial Exhibit 3238, entitled "Cellular Cross License Agreement between Motorola, Inc. and Samsung Electronics Co., Ltd.," and labeled as MOTM_WASH1823_0025769.

NON-PARTY SAMSUNG'S
RENEWED MOTION TO SEAL - 1 of 5
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Samsung did not learn that the parties would potentially introduce these exhibits in evidence and/or solicit testimony regarding the same until the morning of August 26, 2013 – the first day of trial – when the parties' Joint Trial Exhibit List (D.I. 871) became available on PACER.

In response to Microsoft's motion to seal certain exhibits, the Court had sealed exhibit 2813, but noted that the sealing was provisional because it strongly believed that "its final order, and rationale contained therein, must be publicly available, any license agreement relied upon by the court in determining a RAND royalty rate and range will also be made public."[1] (Order, D.I. 567 at 8). Ruling on Non-Party Samsung's Motion for Clarification (D.I. 572), the Court later provisionally sealed, *inter alia*, exhibits 3163 and 3238. (Order, D.I. 588). Subsequently, the Court sealed the courtroom during testimony relating to the parties' and certain non-parties' confidential licensing information and issued a redacted Findings of Facts and Conclusions of Law concealing non-party RIM's confidential licensing information. (*See* Order, D.I. 681 at 135-140).

The legal and factual bases for this Renewed Motion are identical to those that were fully briefed in its prior motions to seal its licensing information addressing the very same exhibits at issue here (D.I. 555, 572, 580). Samsung hereby incorporates by reference its prior motions as well as their supporting declaration and accompanying exhibits (D.I. 557). The Court – having previously granted Samsung's motion to seal and similar motions by the parties and other other non-parties – is well aware of the legal grounds for this Renewed Motion and Samsung refrains from rearguing the same, but merely notes that a recent decision by the United States Court of Appeals for the Federal Circuit now confirms this Court's ultimate decision and underlying reasoning to seal licensing agreements and other licensing negotiations documents that contain trade secret, highly competitive information. *See Apple,*

---

[1] Unlike the November bench trial, the jury at this trial will simply render a verdict, not an opinion explaining their decision.

NON-PARTY SAMSUNG'S
RENEWED MOTION TO SEAL - 2 of 5
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

*Inc. v. Samsung Elecs. Co.*, --- F.3d ---, Nos. 2012-1600, - 1606, 2013-1146, 2013 WL 4487610, at *6-10 (Fed. Cir. Aug. 23, 2013).

Trial Exhibits 2813, 3163 and 3238 contain Samsung's trade secrets and highly competitive licensing information. Accordingly, Samsung respectfully renews its motion to have these exhibits and related testimony sealed and to exclude non-authorized persons from the courtroom during such testimony. Samsung also requests that the Court instruct the parties to bring to its attention any other exhibits or demonstratives containing Samsung's confidential licensing information or summaries of the same and to seal such exhibits and demonstratives as well as the courtroom during related testimony.

DATED: August 27, 2013

ZEINEDDIN PLLC

 /s/ R. Paul Zeineddin
R. Paul Zeineddin, DC Bar No. 474734
Admitted Pro Hac Vice
paul@zeineddin.com
1000 Connecticut Avenue NW, Suite 900
Washington, DC 20036
Tel: (202) 787-1051

GORDON THOMAS HONEYWELL LLP

 s/ Donald S. Cohen
Donald S. Cohen, WSBA No. 12480
dcohen@gth-law.com
600 University Street, Suite 2100 Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575

Attorneys for Non-Party SAMSUNG ELECTRONICS CO., LTD.

NON-PARTY SAMSUNG'S
RENEWED MOTION TO SEAL - 3 of 5
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

**ATTORNEY CERTIFICATION**

Pursuant to Local Rule CR 5(g)(3)(a), the undersigned certify that counsel for non-party Samsung Electronics Co, Ltd. has met and conferred with counsel for the parties in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Specifically, counsel met and conferred with respect to the documents referenced in this Renewed Motion to Seal on the following dates and manners:

On August 26 and 27, Paul Zeineddin, outside counsel for Samsung, conferred in person with Ms. Andrea Roberts, outside counsel for Motorola, and Mr. Shane Cramer, outside counsel for Microsoft, concerning the potential use of Samsung's confidential materials at trial, including trial exhibits 2813, 3163, and 3238 as well as other exhibits, demonstratives and testimony relating to Samsung's confidential licensing information, and concerning Samsung's interest in keeping the contents of the same confidential during the trial.

 /s/   R.   Paul   Zeineddin
R. Paul Zeineddin

 s/ Donald S. Cohen
Donald S. Cohen

NON-PARTY SAMSUNG'S
RENEWED MOTION TO SEAL - 4 of 5
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of August, 2013, the foregoing document was electronically filed **Non-party Samsung's Renewed Motion to Seal Patent License Agreements and Other Licensing Information and Excluding Unauthorized Persons from the Courtroom During Related Testimony** with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 27th day of August, 2013.

By    s/ *Lynne M. Overlie*
s/ Lynne M. Overlie, Legal Assistant
GORDON THOMAS HONEYWELL LLP

NON-PARTY SAMSUNG'S
RENEWED MOTION TO SEAL - 5 of 5
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575