THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                    Defendants. | No. C10-1823-JLR<br><br>NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED MOTION FOR A LIMITED SEALING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>Friday, September 6, 2013 |

Pursuant to Local Rule CR 5(g), non-parties Nokia Corporation and Nokia Inc. (collectively, "Nokia") hereby respectfully request that this Court grant this Renewed Motion for a Limited Sealing Order. This motion is necessary to prevent the disclosure of Nokia's highly-sensitive and confidential business information during the course of this litigation. Two documents containing Nokia's confidential information appear on the Parties' Updated Joint Trial Exhibit List, filed August 25, 2013 (Dkt. No. 871):

- Trial Exhibit 2798, entitled "Cellular Essential Properties Cross License Agreement between Motorola and Nokia Corp.," dated 5/17/00 and labeled as MOTM_WASH1823_0025091-MOTM_WASH1823_0025144; and

- Trial Exhibit 2835, entitled "Amended and Restated Cellular Essential Properties Cross License Agreement between Motorola and Nokia Corp.," dated 7/15/10 and labeled as MOTM_WASH1823_0024952-MOTM_WASH1823_0025013.

NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED
MOTION FOR A LIMITED SEALING ORDER - 1
No. C10-1823-JLR

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

In response to the inclusion of these same documents on the parties' initial Trial Exhibit List, Nokia filed a Motion for a Limited Sealing Order requesting that this Court issue an order requiring the parties to file any exhibits containing Nokia's confidential business information under seal, or, alternatively, to redact Nokia's confidential business information from the documents with Nokia's input prior to their admission at trial. Nokia further requested that this Court issue an order sealing the courtroom when any such Nokia confidential information was discussed at trial or take other appropriate steps to ensure that Nokia's confidential information did not become public (Dkt. No. 547). In an order dated November 12, 2012, this court set forth a method for admitting confidential patent license agreements and related testimony in court proceedings in this matter, finding that such documents would not be broadcast through courtroom monitors open to public view (Order, Dkt. No. 567).

Nokia was not informed of the potential introduction of its trade secret and confidential business information at this trial until August 26, 2013, when the Joint Trial Exhibit List became publicly available (Dkt. No. 871). Because these documents contain highly sensitive and confidential licensing information, and because of the potential harm to Nokia based on the potential introduction of the above-referenced documents, Nokia hereby renews its motion for a limited sealing order.

The legal and factual bases supporting Nokia's Renewed Motion are the same as those that were previously briefed in this case (Dkt. No. 547). Nokia hereby adopts its prior motion in this action, as well as the declaration of Paul Melin in support of that motion, by reference (*id.*). For the same reasons considered in granting-in-part the parties' and non-parties' motions to seal confidential patent license information in its November 2012 order, this Court should now grant Nokia's renewed motion to seal these extremely sensitive patent license agreements. *See also Apple Inc. v. Samsung Elecs. Co., Ltd.*, --- F.3d ---, Nos. 2012-1600, -1606, 2013-1146, 2013 WL 4487610 (Fed. Cir. Aug. 23, 2010) (overturning district court's refusal to seal the parties' financial information in part because the parties could suffer competitive harm if the information were made public).

NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED MOTION FOR A LIMITED SEALING ORDER - 2
No. C10-1823-JLR

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

1    Trial Exhibits 2798 and 2835 contain Nokia trade secrets and confidential patent
2 licensing information, and Nokia will be subject to the potential for great competitive harm if
3 these documents are publicly disclosed.  Therefore, Nokia respectfully renews its motion to seal
4 these documents, or, in the alternative to require the parties to redact Nokia's confidential
5 information from them with input from Nokia prior to their admission, as well as its motion to
6 seal the courtroom when these documents are discussed or to take other steps to make sure that
7 the confidential contents of these documents are not publicized.  To the extent that the parties to
8 this case seek to introduce any further documents containing Nokia confidential business
9 information, Nokia requests that this court notify Nokia of such documents and take the same
10 steps to protect Nokia's confidential information.

DATED this 27th day of August, 2013.

| By: *s/ Mark A. McCarty* | By: *s/ Michael D. McKay* |
|---|---|
| Mark A. McCarty, GA Bar #482226 | Michael D. McKay, #7040 |
| *s/ Matthew D. Richardson* | *s/ Thomas M. Brennan* |
| Alston & Bird, LLP | Thomas M. Brennan, #30662 |
| 1201 W. Peachtree Street | McKay Chadwell, PLLC |
| Atlanta, GA 30309 | 600 University Street, Suite 1601 |
| Telephone: (404) 881-7000 | Seattle, WA 98101-4124 |
| E-Mail: mark.mccarty@alston.com | Telephone: (206) 233-2800 |
|         matt.richardson@alston.com | Facsimile: (206) 233-2809 |
|  | E-Mail: mdm@mckay-chadwell.com |
| *Pro Hac Vice Admitted | tmb@mckay-chadwell.com |
| *Counsel for Non-Parties Nokia* |  |
| *Corporation and Nokia Inc.* | *Counsel for Non-Parties Nokia* |
|  | *Corporation and Nokia Inc.* |

NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED
MOTION FOR A LIMITED SEALING ORDER - 3
No. C10-1823-JLR

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

**ATTORNEY CERTIFICATION**

Pursuant to Local Rule CR 5(g)(3)(a), the undersigned certifies that counsel for non-parties Nokia Corporation and Nokia Inc. have met and conferred with counsel for the parties in an attempt to reach agreement on the need to file the documents in question under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to file under seal.  Specifically, counsel met and conferred with respect to the documents referenced in this Renewed Motion for a Limited Sealing Order on the following dates and in the following manners:

On August 27, Matthew Justus, outside counsel for Nokia Corporation and Nokia Inc., conferred with Shane Cramer, outside counsel for Microsoft, and Brian Cannon, outside counsel for Motorola by e-mail concerning the potential use of Nokia's confidential materials, including trial exhibit numbers 2798 and 2835, at trial, and concerning Nokia's interest in keeping the contents of these documents confidential at all times during the trial.

_s/ Matthew D. Justus_ _____

Matthew D. Justus, GA Bar # 354555

NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED MOTION FOR A LIMITED SEALING ORDER - 4
No. C10-1823-JLR

**McKay Chadwell, PLLC**
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the persons listed below:

Attorney for Microsoft Corp.:

Arthur W. Harrigan, Jr., WSBA #1751
Christopher Wion, WSBA #33207
Shane P. Cramer, WSBA #35099
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Ste. 4400
Seattle, WA 98104
Phone:  206.623.1700
Email:  arthurh@calfoharrigan.com
Email:  chrisw@calfoharrigan.com
Email:  shanec@calfoharrigan.com

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone:  425.882.8080
Email:  andycu@microsoft.com
Email:  davkill@microsoft.com

Pro hac vice:

David T. Pritkin
Email:  dpritkin@sidley.com
Richard A. Cederoth
Email:  rcederoth@sidley.com
Constantine L. Trela, Jr.
Email:  ctrela@sidley.com
William H. Baumgartner, Jr.
Email:  wbaumgartner@sidley.com
Ellen W. Robbins
Email:  erobbins@sidley.com
Douglas I. Lewis
Email:  dilewis@sidley.com
David C. Giardina
Email:  dgiardina@sidley.com
David Greenfield
Email:  david.greenfield@sidley.com
Nathaniel C. Love
Email:  nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone:  312.853.7000

Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
SUMMIT LAW GROUP
315 Fifth Avenue South, Ste. 1000
Seattle, WA 98104
Email:  ralphp@summitlaw.com
Email:  philm@summitlaw.com
Email:  lynne@summitlaw.com

Pro hac vice:

Steven Pepe
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Phone:  212.596.9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com

Norman H. Beamer
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Phone:  650.617.4030
Email:  norman.beamer@ropesgray.com

Paul M. Schoenhard
ROPES & GRAY LLP
One Metro Center
700 12th Street NW, Ste. 900
Washington, DC 20005
Phone:  202.508.4693
Email:  paul.schoenhard@ropesgray.com

NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED MOTION FOR A LIMITED SEALING ORDER - 5
No. C10-1823-JLR

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington  98101-4124
(206) 233-2800  Fax (206) 233-2809

1  DATED this 27th day of August, 2013.

2

3                                            /s/ Suzanne Tran_____
                                             Suzanne Tran, Legal Assistant
4                                            McKay Chadwell, PLLC
                                             600 University Street, Suite 1601
5                                            Seattle, WA 98101
                                             Phone: (206) 233-2800
6                                            Facsimile: (206) 233-2809
7                                            E-mail: stt@mckay-chadwell.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28