UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Microsoft Corporation, Plaintiff,

vs.

Motorola, Defendant.

No. C10-1823

Inquiry from the Jury and Court's Response
\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

AUG 28 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**JURY INQUIRY:**

See attached

10-CV-01823-JY

_____
PRESIDING JUROR

Wednesday 8/28
9:00 AM
DATE AND TIME

**COURTS RESPONSE:** ~~(After affording all counsel\parties opportunity to be heard):~~

The court alerted counsel ~~of~~ request to information on "hold up" and "stacking". In addition, court read Finding of Fact and Conclusion of Law #'s 55 and 65. Also advised jury that terms were in court's Jury Instructions in this case.

_____
JUDGE

DATE AND TIME RETURNED TO JURY: 9:55 PM

***DO NOT DESTROY***

Casey,

While the trial is underway, may we ask for specific info. to be presented, such as formal definitions of stacking and hold-up?

Jackie

Juror #1 just handed me this note :)