1

The Honorable James L. Robart

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9   MICROSOFT CORPORATION, a Washington
    corporation,
10                                                  CASE NO. C10-1823-JLR

11                           Plaintiff,             DEFENDANTS' RESPONSE TO
                                                    MICROSOFT'S 8/16/13 MOTION TO
12              v.                                  SEAL

13   MOTOROLA, INC., and MOTOROLA              **NOTED ON MOTION CALENDAR:**
     MOBILITY LLC, and GENERAL                 **Friday, August 30, 2013**
14   INSTRUMENT CORPORATION,

15                           Defendants.

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' RESPONSE TO MICROSOFT'S 8/16/13            SUMMIT LAW GROUP PLLC
MOTION TO SEAL                                        315 FIFTH AVENUE SOUTH, SUITE 1000
CASE NO. C10-1823-JLR                                SEATTLE, WASHINGTON 98104-2682
                                                        Telephone:  (206) 676-7000
                                                           Fax:   (206) 676-7001

4816-7915-7269.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## I.    INTRODUCTION

Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility, Inc. and General Instrument Corp. (collectively "Motorola") do not oppose Microsoft's 8/16/13 Motion to Seal (Dkt. No. 853) regarding the following documents:

- Exhibit 3 to Microsoft's August 16, 2013 letter brief on patent exhaustion and the portion of Microsoft's letter brief that cites to Exhibit 3..  Dkt. No. 855.

## II.    MOTOROLA DOES NOT OPPOSE MICROSOFT'S MOTION TO SEAL

Exhibit 3 to Microsoft's August 16, 2013 letter brief on patent exhaustion is an excerpt of Kirk Dailey's testimony from the ITC hearing transcript that Motorola has requested remain sealed.  The transcript was designated by Motorola as confidential.  The excerpted pages reference non-public commercially sensitive information regarding Motorola's business and licensing practices and strategies.  Disclosure of this information to third parties and other party employees not covered by the Protective Order would have the potential to lead to competitive harm.

## III.    CONCLUSION

Motorola does not oppose Microsoft's 8/16/13 Motion to Seal (Dkt. No. 853).  Nothing herein is intended as a waiver of Motorola's right to contest Microsoft's designation of material as Confidential Business Information in accordance with the terms of the Protective Order.  Motorola expressly reserves the right to do so as the circumstances warrant.

DATED this 28th day of August, 2013.

Respectfully submitted,

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    ralphp@summitlaw.com
    philm@summitlaw.com

DEFENDANTS' RESPONSE TO MICROSOFT'S 8/16/13
MOTION TO SEAL - 1
CASE NO. C10-1823-JLR

4816-7915-7269.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    By /s/ Thomas V.  Miller
        Thomas V. Miller
2        MOTOROLA MOBILITY LLC
        600 North U.S. Highway 45
3        Libertyville, IL  60048-1286
        (847) 523-2162
4

5    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
6

7    By /s/ Kathleen M. Sullivan
        Kathleen M. Sullivan, NY #1804624
8        51 Madison Ave., 22nd Floor
        New York, NY 10010
9        (212) 849-7000
        kathleensullivan@quinnemanuel.com
10

11   By /s/ Brian C. Cannon
        Brian C. Cannon, CA #193071
12        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, CA 94065
13        (650) 801-5000
        briancannon@quinnemanuel.com
14

15   By /s/ William C. Price
        William C. Price, CA #108542
16        865 S. Figueroa Street, 10th Floor
        Los Angeles, CA 90017
17        (213) 443-3000
        williamprice@quinnemanuel.com
18

19   *Attorneys for Motorola Solutions, Inc.,*
     *Motorola Mobility LLC and General*
20   *Instrument Corp.*

21

22

23

24

25

26

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 28th day of August, 2013.

_____
/s/ *Marcia A. Ripley*
Marcia A. Ripley

DEFENDANTS' RESPONSE TO MICROSOFT'S 8/16/13
MOTION TO SEAL - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4816-7915-7269.1