THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S AUGUST 29, 2013 BENCH MEMORANDUM |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of trial exhibit 1035, a document filed in the United States International Trade Commission matter Inv. No. 337-TA-752 on June

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S AUGUST 29, 2013 BENCH MEMORANDUM - 1

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

6, 2012, and is titled Third Party United States Federal Trade Commission's Statement on the Public Interest.  This document was also produced in this matter under Bates numbers MS-MOTO_1823_00004081164 – 69.

3. Attached hereto as Exhibit 3 is a true and correct copy of trial exhibit 6009, the January 3, 2013 Statement of the Federal Trade Commission *In the Matter of Google Inc.* FTC File No. 121-0120.  This document was also produced in this matter under Bates numbers MS-MOTO_1823_00005257636 – 40.

4. Attached hereto as Exhibit 4 is a true and correct copy of trial exhibit 6075, a press release by the European Commission dated May 6, 2013.  The press release is titled, Antitrust: Commission sends Statement of Objections to Motorola Mobility on potential misuse of mobile phone standard-essential patents.  This document was also produced in this matter under Bates numbers MS-MOTO_1823_00005258267 – 68.

5. Attached hereto as Exhibit 5 is a true and correct copy of trial exhibit 6076, a memo from the European Commission dated May 6, 2013.  The memo is titled, Antitrust: Commission sends Statement of Objections to Motorola Mobility on potential misuse of mobile phone standard-essential patents – Questions and Answers.  This document was also produced in this matter under Bates numbers MS-MOTO_1823_00005258272 – 74.

6. Attached hereto as Exhibit 6 is a true and correct copy of trial exhibit 6090, a January 3, 2013 Decision and Order in the matter of Motorola Mobility LLC before the United States Federal Trade Commission.   This document was also produced in this matter under Bates numbers MOTM_WASH1823_0620222 – 250.

7. Attached hereto as Exhibit 7 is a true and correct copy of trial exhibit 6091, an Analysis of Proposed Consent Order to Aid Public Comment in the Matter of Motorola Mobility and Google Inc. File No. 121-0120 before the United States Federal Trade

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S AUGUST 29, 2013 BENCH MEMORANDUM - 2

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 Commission. This document was also produced in this matter under Bates numbers

2 MOTM_WASH1823_0620214 – 21.

3     8. Attached hereto as Exhibit 8 is a true and correct copy of trial exhibit 6829,

4 Motorola Mobility's Motion to Terminate This Investigation In Part With Respect to U.S.

5 Patent Nos. 6,980,596 and 7,162,094, January 8, 2013, Inv. No. 337-TA-752.

6     9. I declare under penalty of perjury under the laws of the United States of

7 America that the foregoing is true and correct.

8     DATED this 29th day of August, 2013 in Seattle, Washington.

    __s/ Christopher Wion_____
    CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S AUGUST 29, 2013 BENCH MEMORANDUM - 3

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Nathaniel Love, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 29th day of August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Summit Law Group | _____ US Mail |
| 315 Fifth Ave. South, Suite 1000 | _____ Facsimile |
| Seattle, WA  98104-2682 | __X___ ECF |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X___ ECF |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X___ ECF |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S AUGUST 29, 2013 BENCH MEMORANDUM - 4

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC  20005-3948 | |
| Telephone:  (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

| | |
|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X___ ECF |
| Redwood Shores, CA 94065 | |
| Telephone:  (650) 801-5000 | |
| Email: andreaproberts@quinnemanuel.com | |
| Email: briancannon@quinnemanuel.com | |

| | |
|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ Messenger |
| David Elihu (*pro hac vice*) | _____ US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 51 Madison Ave., 22nd Floor | __X___ ECF |
| New York, NY 10010 | |
| Telephone:  (212) 849-7000 | |
| Email: kathleensullivan@quinnemanuel.com | |

| | |
|---|---|
| William Price (*pro hac vice*) | _____ Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ US Mail |
| 865 S. Figuera St., 10th Floor | _____ Facsimile |
| Los Angeles, CA 90017 | __X___ ECF |
| Telephone:  (212) 443-3000 | |
| Email: williamprice@quinnemanuel.com | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | |

DATED this 29th day of August, 2013.

*/s/ Nathaniel Love*
NATHANIEL LOVE

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S AUGUST 29, 2013 BENCH MEMORANDUM - 5

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717