FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 28 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

---

MOTOROLA MOBILITY LLC, et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendants.

Case No. C10-1823-JLR

[~~PROPOSED~~] ORDER GRANTING MICROSOFT'S 8/16/13 MOTION TO SEAL

NOTED FOR:
FRIDAY, AUGUST 30, 2013

10-CV-01823-ORD

THIS MATTER comes before the Court on Microsoft's 8/16/13 Motion to Seal. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/16/13 MOTION TO SEAL - 1

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1     IT IS ORDERED THAT Microsoft's Motion to Seal is GRANTED. Exhibit 3 to Microsoft's August 16, 2013 letter brief on patent exhaustion and the portion of Microsoft's letter brief that cites to Exhibit 3 shall remain under seal.

DATED this 26th day of August, 2013.

                          HONORABLE JAMES L. ROBART

**Presented by:**
CALFO HARRIGAN LEYH & EAKES LLP

By    s/Arthur W. Harrigan, Jr.
        Arthur W. Harrigan, Jr., WSBA #1751

By    s/Christopher Wion
        Christopher Wion, WSBA #33207

By    s/Shane P. Cramer
        Shane P. Cramer, WSBA #35099
        999 Third Avenue, Suite 4400
        Seattle, WA 98104
        Phone: 206-623-1700
        arthurh@calfoharrigan.com
        chrisw@calfoharrigan.com
        shanec@calfoharrigan.com

By    s/T. Andrew Culbert
        T. Andrew Culbert

By    s/David E. Killough
        David E. Killough

MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/16/13 MOTION TO SEAL - 2

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/16/13 MOTION TO SEAL - 3

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On this 16th day August, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Summit Law Group | _____ US Mail |
| 315 Fifth Ave. South, Suite 1000 | _____ Facsimile |
| Seattle, WA 98104-2682 | __X__ ECF |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/16/13 MOTION TO SEAL - 4

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| | Ropes & Gray LLP | _____ US Mail |
| 2 | One Metro Center | _____ Facsimile |
| | 700 12th Street NW, Suite 900 | __X__ ECF |
| 3 | Washington, DC 20005-3948 | |
| | Telephone: (202) 508-4693 | |
| 4 | Email: Paul.schoenhard@ropesgray.com | |

Paul M. Schoenhard (*pro hac vice*)  
Ropes & Gray LLP  
One Metro Center  
700 12th Street NW, Suite 900  
Washington, DC 20005-3948  
Telephone: (202) 508-4693  
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Andrea Pallios Roberts (*pro hac vice*)  
Brian C. Cannon (*pro hac vice*)  
Quinn Emanuel Urquhart & Sullivan, LLP  
555 Twin Dolphin Drive, 5th Floor  
Redwood Shores, CA 94065  
Telephone: (650) 801-5000  
Email: andreaproberts@quinnemanuel.com  
Email: briancannon@quinnemanuel.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Kathleen M. Sullivan (*pro hac vice*)  
David Elihu (*pro hac vice*)  
Quinn Emanuel Urquhart & Sullivan, LLP  
51 Madison Ave., 22nd Floor  
New York, NY 10010  
Telephone: (212) 849-7000  
Email: kathleensullivan@quinnemanuel.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

William Price (*pro hac vice*)  
Quinn Emanuel Urquhart & Sullivan, LLP  
865 S. Figuera St., 10th Floor  
Los Angeles, CA 90017  
Telephone: (212) 443-3000  
Email: williamprice@quinnemanuel.com  
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

DATED this 16th day of August, 2013.

/s/ Florine Fujita
FLORINE FUJITA

[PROPOSED] ORDER GRANTING
MICROSOFT'S 8/16/13 MOTION TO SEAL - 5

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717