```
——— FILED
——— LODGED ——— ENTERED
——— RECEIVED

AUG 28 2013

        AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

Microsoft _____ ,

Plaintiff,

vs.

Motorola _____ ,

Defendant.

No. 10 - 1823

Inquiry from the Jury and
Court's Response

**JURY INQUIRY:**

Attached

_____        12:10 pm
PRESIDING JUROR                 Wednesday, 8/28/2013
                                DATE AND TIME

**COURTS RESPONSE:**    (After affording all counsel\parties opportunity to be heard):

The question was discussed with counsel. They held differing view of the contents of the response. Both sides to submit purposed responses. 8/28 at 1:35pm.

10-CV-01823-JY

_____
JUDGE

DATE AND TIME RETURNED TO JURY: _____

*DO NOT DESTROY*

Could the meaning of
"indemnify" in the context
of the marvel request for
license please be explained?

Mary Claire King