1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

| | |
|---|---|
| 10  MICROSOFT CORPORATION, | CASE NO. C 10-1823MR |
| 11           Plaintiff, | **[MOTOROLA'S PROPOSED]** |
| 12       v. | **VERDICT FORM** |
| 13  MOTOROLA, INC., et al., | |
| 14           Defendants. | |
| 15  MOTOROLA MOBILITY, INC., et al., | |
| 16           Plaintiffs, | |
| 17       v. | |
| 18  MICROSOFT CORPORATION, | |
| 19           Defendants. | |

20
21
22
23
24
25
26
27
28

We, the jury, unanimously find as follows:

1. Do you find that Microsoft has proved by a preponderance of the evidence that Motorola breached its contractual commitment to the IEEE?

**YES_____   NO_____**

2. Do you find that Microsoft has proved by a preponderance of the evidence that Motorola breached its contractual commitment to the ITU?

**YES_____   NO_____**

If you answered "YES" to either question number I or number 2, proceed to question number 3. In answering the remaining questions, remember that there are two contracts at issue in this case and if you find that only one of the contracts has been breached, you must determine the amount of damages caused by that breach and award only that amount. If you answered "NO" to both question numbers 1 and 2, do not answer any remaining questions in this Verdict Form and sign this Verdict Form and notify the Deputy Clerk.

3. What are the damages, if any, attributable to the distribution center relocation costs incurred by Microsoft as a foreseeable result of Motorola <u>Mobility, Inc. and General Instrument Corp.</u> having breached ~~its~~ <u>their</u> contractual commitment(s) <u>to the ITU</u>?

**Distribution Center Relocation Costs: $_____**

4. Attorneys fees and litigation costs damages may only be awarded if you find that Motorola's conduct in seeking injunctive relief, by itself, is sufficient to prove a breach of its contractual commitment(s).

   a. Do you find that Motorola's conduct in seeking injunctive relief, by itself, is sufficient to prove a breach of its contractual commitment to the IEEE?

**YES_____   NO_____**

   b. Do you find that Motorola's conduct in seeking, injunctive relief, by itself, is sufficient to prove a breach of its contractual commitment to the ITU?

**YES_____   NO_____**

c.   What are the damages, if any, attributable to attorneys fees and litigation costs incurred by Microsoft as a foreseeable result of Motorola having breached its contractual commitment(s)?

**Attorneys Fees and Litigation Costs: $_____**

~~5.   If you find that Motorola breached its contractual commitment(s), but have not awarded damages in question numbers 3 or 4, enter a nominal damages amount that is greater than $0.00 but does not exceed $1.00.~~

**~~Nominal Damages: $_____~~**

Dated this _____ day of September, 2013.

_____
Presiding Juror