# EXHIBIT C

AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Microsoft Corporation )
      *Plaintiff* )
v. ) Civil Action No. 2:10-cv-1577-RSM
Motorola Mobility, Inc. )
      *Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Motorola Mobility, Inc.
600 North U.S. Highway 45
Libertyville, Illinois 60048

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David E. Killough
    Microsoft Corporation
    One Microsoft Way
    Redmond, Washington 98052

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/07/2010

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### CASE NO. 2:10-CV-1577-RSM
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Fahey**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1.   ( ) By leaving a copy with the named party, ------- personally on -------.

2.   ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.   ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------        RACE: -------        APPROXIMATE AGE: -------

5.   ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6.   ( **X** ) That he was unable to serve the within named party **Motorola Mobility, Inc.** located at **600 North U.S. Highway 45, Libertyville, IL 60048** for the reason: **Attempted service on 10/8/10 @ 2:25pm and per security and front desk employee (Female, African American, 30) all legal documents must be served at their corporate headquarters located in Schaumburg, IL. Therefore, I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **12th** day of **October 2010**.

                                      Michael Fahey
                                      Special Process Server
                                      IT'S YOUR SERVE, INC.
                                      Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
CASE NO. **2:10-CV-1577-RSM**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Fahey**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( ) Summons & Complaint
- ( ) Citation to Discover Assets
- ( ) Rule to Show Cause
- ( ) Subpoena
- ( X ) Other: **Summons in a Civil Action; Amended Complaint For Patent Infringement**

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Motorola Mobility, Inc.** by leaving a copy with **Diane Lesner, Executive Administrator and Authorized Person**, on **October 8, 2010**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**    RACE: **Caucasian**    APPROXIMATE AGE: **50**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1303 Algonquin Rd., Schaumburg, IL 60196**
TIME OF DAY: **3:32 PM**

6. ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **12**th day of **October 2010**.

Michael Fahey
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11