# EXHIBIT F

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

In the Matter of

CERTAIN GAMING AND
ENTERTAINMENT CONSOLES,
RELATED SOFTWARE, AND
COMPONENTS THEREOF

Inv. No. 337-TA-752

### Notice

On this date the undersigned issued the Initial Determination on violation of section 337, containing the following conclusions:

1. The Commission has subject matter, personal, and *in rem* jurisdiction in this investigation.
2. The importation requirement is satisfied.
3. Respondent's accused products infringe asserted claims 1 and 12 of the '896 patent.
4. Respondent's accused products infringe asserted claims 7, 8, and 10 of the '094 patent.
5. Respondent's accused products infringe asserted claims 1 and 2 of the '596 patent.
6. Respondent's accused products infringe asserted claims 12 and 13 of the '571 patent.
7. Respondent's accused products do not infringe asserted claims 6, 8, and 17 of the '712 patent.
8. It has not been shown by clear and convincing evidence that any asserted claim of the '896, '094, '571, or the '712 patents is invalid.
9. It has been shown by clear and convincing evidence that asserted claim 1 of the '596 patent is invalid as anticipated. It has not been shown by clear and convincing evidence that asserted claim 2 is invalid as anticipated.
10. The domestic industry requirement is satisfied with respect to all asserted patents.
11. Respondent has not prevailed on any equitable or RAND defense.

David P. Shaw
Administrative Law Judge

Issued: April 23, 2012

**CERTAIN GAMING AND ENTERTAINMENT CONSOLES, RELATED SOFTWARE, AND COMPONENTS THEREOF**                                    337-TA-752

## PUBLIC CERTIFICATE OF SERVICE

I, James R. Holbein, hereby certify that the attached **NOTICE** has been served upon the following parties as indicated, on <u>April 24, 2012</u>.

James R. Holbein, Secretary to the Commission
U.S. International Trade Commission
500 E Street, S.W., Room 112A
Washington, D.C. 20436

**FOR COMPLAINANT MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORPORATION:**

Stephen J. Rosenman, Esq.
**ROPES & GRAY LLP**
One Metro Center
700 12th St., N.W., Suite 900
Washington, D.C. 20005

( ) Via Hand Delivery
(X) Via Overnight Mail
( ) Via First Class Mail
( ) Other: _____

**FOR RESPONDENT MICROSOFT CORPORATION:**

Brian R. Nester
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005

( ) Via Hand Delivery
(X) Via Overnight Mail
( ) Via First Class Mail
( ) Other: _____

**CERTAIN GAMING AND ENTERTAINMENT CONSOLES, RELATED SOFTWARE, AND COMPONENTS THEREOF**　　　　　　　　　　　　　　**337-TA-752**

<u>PUBLIC MAILING LIST</u>

| | |
|---|---|
| Heather Hall<br>**LEXIS - NEXIS**<br>9443 Springboro Pike<br>Miamisburg, OH  45342 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(X) Via First Class Mail<br>( ) Other:_____ |
| Kenneth Clair<br>**THOMSON WEST**<br>1100 – 13th Street NW, Suite 200<br>Washington, DC 20005 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(X) Via First Class Mail<br>( ) Other:_____ |