# EXHIBIT G

Route: **94.0 mi, 1 hr 32 min**



This was your map view in the browser window.

A: **Venray, Netherlands**　　　　　B: **Rotterdam, Netherlands**

