# EXHIBIT H

Case 2:10-cv-01823-JLR   Document 896-8   Filed 09/02/13   Page 2 of 2

Route: **151.8 mi, 2 hr 21 min**



This was your map view in the browser window.

A: **Düren, NW, Germany**   B: **Rotterdam, Netherlands**

