THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br> vs.<br><br>MOTOROLA, INC., et al.,<br><br>    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. C10-1823-JLR<br><br>DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR JUDGMENT AS A MATTER OF LAW |

I, Christopher Wion, hereby declare as follows:

1. I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Microsoft's May 21, 2013 Supplemental Response to Interrogatory No 3.

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR JUDGMENT AS A MATTER OF LAW - 1

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Attached hereto as Exhibit 2 is a true and correct copy of Motorola's Timeline Demonstrative, as used at the August 2013 Trial.

DATED this 4th day of September, 2013 in Seattle, Washington.

s/ Christopher Wion
CHRISTOPHER WION

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR JUDGMENT AS A MATTER OF LAW - 2

C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 4th day of September, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email:  norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ ECF |

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR JUDGMENT AS A MATTER OF LAW - 3

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| 2 | Brian C. Cannon (*pro hac vice*) | _____ US Mail |
|   | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 3 | 555 Twin Dolphin Drive, 5th Floor | __X__ ECF |
|   | Redwood Shores, CA 94065 | |
| 4 | Telephone: (650) 801-5000 | |
|   | Email: andreaproberts@quinnemanuel.com | |
| 5 | Email: briancannon@quinnemanuel.com | |

6
    Kathleen M. Sullivan (*pro hac vice*)      _____ Messenger
7
    David Elihu (*pro hac vice*)      _____ US Mail
    Quinn Emanuel Urquhart & Sullivan, LLP      _____ Facsimile
8
    51 Madison Ave., 22nd Floor      __X__ ECF
    New York, NY 10010
9
    Telephone: (212) 849-7000
    Email: kathleensullivan@quinnemanuel.com
10

11
    William Price (*pro hac vice*)      _____ Messenger
    Quinn Emanuel Urquhart & Sullivan, LLP      _____ US Mail
12
    865 S. Figuera St., 10th Floor      _____ Facsimile
    Los Angeles, CA 90017      __X__ ECF
13
    Telephone: (212) 443-3000
    Email: williamprice@quinnemanuel.com
14
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

15

16
    DATED this 4th day of September, 2013.

17

18
                                                      s/ Florine Fujita
                                                      FLORINE FUJITA

19

20

21

22

23

24

25

DECLARATION OF CHRISTOPHER WION IN SUPPORT OF MICROSOFT'S MOTION FOR JUDGMENT AS A MATTER OF LAW - 4

C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717