# EXHIBIT 2

**Nov 2009**
Motorola releases Droid phones

**Oct 1, 2010**
Microsoft sues Motorola in W.D. WA

**Oct 1, 2010**
Microsoft sues Motorola in ITC

**Oct 11, 2010**
Microsoft unveils Windows Phone 7

**Oct 21, 2010**
First letter to Microsoft

**Oct 29, 2010**
Second letter to Microsoft

**Nov 8, 2010**
Microsoft Windows Phone 7 handsets in stores

**Nov 9, 2010**
Microsoft sues for third time, W.D. WA

**Nov 10, 2010**
Motorola files suit in W.D. WI

**Nov 10, 2010**
Motorola files suit in S.D. FL

**Nov 22, 2010**
Motorola files suit in ITC

**Jul 6-7, 2011**
Motorola files in Germany

**2009** | **October 2010** | **November 2010** | **2011**

October 2010

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

November 2010

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

