The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER GRANTING MOTOROLA'S RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW<br>[PROPOSED] |

This matter came before the Court on Motorola's Rule 50(a) Motion for Judgment as a Matter of Law. Having reviewed Motorola's Motion and all materials cited in support of the Motion, Motorola's Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTOROLA'S RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW [PROPOSED]- 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  *Presented by:*

2  SUMMIT LAW GROUP PLLC

3
   By */s/ Ralph H. Palumbo*
4  By */s/ Philip S. McCune*
       Ralph H. Palumbo, WSBA #04751
5      Philip S. McCune, WSBA #21081
       *ralphp@summitlaw.com*
6      *philm@summitlaw.com*

7
   By */s/ Thomas V. Miller*
8      K. McNeill Taylor, Jr.
       MOTOROLA MOBILITY, INC.
9      600 North U.S. Highway 45
       Libertyville, IL 60048-1286
10     (847) 523-2162

11
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
12
    By */s/ Kathleen M. Sullivan*
13     Kathleen M. Sullivan, NY #1804624
       51 Madison Ave., 22nd Floor
14     New York, NY 10010
       (212) 849-7000
15     *kathleensullivan@quinnemanuel.com*

16
    By */s/ Brian C. Cannon*
17     Brian C. Cannon, CA #193071
       555 Twin Dolphin Drive, 5th Floor
18     Redwood Shores, CA 94065
       (650) 801-5000
19     *briancannon@quinnemanuel.com*

20
    By */s/ William C. Price*
21     William C. Price, CA #108542
       865 S. Figueroa Street, 10th Floor
22     Los Angeles, CA 90017
       (213) 443-3000
23     *williamprice@quinnemanuel.com*

24
    *Attorneys for Defendants Motorola Solutions, Inc.,*
25  *Motorola Mobility LLC and General Instrument Corporation*

26

ORDER GRANTING MOTOROLA'S RULE 50(a) MOTION
FOR JUDGMENT AS A MATTER OF LAW
[PROPOSED]- 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 4th day of September, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA'S RULE 50(a) MOTION
FOR JUDGMENT AS A MATTER OF LAW
[PROPOSED]- 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001