The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

                Plaintiff,

        v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

                Defendants.

CASE NO. C10-1823-JLR

ORDER GRANTING MOTOROLA'S RENEWED RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW [PROPOSED]

     This matter came before the Court on Motorola's Renewed Rule 50(a) Motion for Judgment as a Matter of Law.  Having reviewed Motorola's Motion and all materials cited in support of the Motion, Motorola's Motion is hereby GRANTED.

     IT IS SO ORDERED.

     DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1   *Presented by:*

2   SUMMIT LAW GROUP PLLC

3

By */s/ Ralph H. Palumbo*

4   By */s/ Philip S. McCune*

    Ralph H. Palumbo, WSBA #04751

5     Philip S. McCune, WSBA #21081

    *ralphp@summitlaw.com*

6     *philm@summitlaw.com*

7

By */s/ Thomas V. Miller*

8     K. McNeill Taylor, Jr.

    MOTOROLA MOBILITY, INC.

9     600 North U.S. Highway 45

    Libertyville, IL 60048-1286

10     (847) 523-2162

11

QUINN EMANUEL URQUHART & SULLIVAN, LLP

12

By */s/ Kathleen M. Sullivan*

13     Kathleen M. Sullivan, NY #1804624

    51 Madison Ave., 22nd Floor

14     New York, NY 10010

    (212) 849-7000

15     *kathleensullivan@quinnemanuel.com*

16

By */s/ Brian C. Cannon*

17     Brian C. Cannon, CA #193071

    555 Twin Dolphin Drive, 5th Floor

18     Redwood Shores, CA 94065

    (650) 801-5000

19     *briancannon@quinnemanuel.com*

20

By */s/ William C. Price*

21     William C. Price, CA #108542

    865 S. Figueroa Street, 10th Floor

22     Los Angeles, CA 90017

    (213) 443-3000

23     *williamprice@quinnemanuel.com*

24

*Attorneys for Defendants Motorola Solutions, Inc.,*

25   *Motorola Mobility LLC and General Instrument Corporation*

26

ORDER GRANTING MOTOROLA'S RENEWED RULE 50(a)
MOTION FOR JUDGMENT AS A MATTER OF LAW
[PROPOSED]- 2
CASE NO. C10-1823-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 4th day of September, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

ORDER GRANTING MOTOROLA'S RENEWED RULE 50(a)
MOTION FOR JUDGMENT AS A MATTER OF LAW
[PROPOSED]- 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001