UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC., et al.,

    Defendant.

CASE NO. C10-1823JLR

ORDER

It is the ORDER of the court that the Clerk of the Court pay for the meals of the jurors at the expense of the United States Courts

Dated this 4th day of September, 2013.

*/s/ James L. Robart*

JAMES L. ROBART
United States District Judge

ORDER