FILED LODGED ENTERED RECEIVED
SEP - 4 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823JLR<br><br>VERDICT FORM |

10-CV-01823-VRDCT

VERDICT FORM - 1

1   We, the jury, unanimously find as follows:

2   1. Do you find that Microsoft has proved by a preponderance of the evidence
3   that Motorola breached its contractual commitment to the IEEE?

4       **YES**  8  **NO**  0

5   2. Do you find that Microsoft has proved by a preponderance of the evidence
6   that Motorola breached its contractual commitment to the ITU?

7       **YES**  8  **NO**  0

8   If you answered "YES" to either question number 1 or number 2, proceed to
9   question number 3. In answering the remaining questions, remember that there are two
10  contracts at issue in this case and if you find that only one of the contracts has been
11  breached, you must determine the amount of damages caused by that breach and award
12  only that amount. If you answered "NO" to both question numbers 1 and 2, do not
13  answer any remaining questions in this Verdict Form and sign this Verdict Form and
14  notify the Deputy Clerk.

15  3. What are the damages, if any, attributable to the distribution center
16  relocation costs incurred by Microsoft as a foreseeable result of MMI and General
17  Instrument Corporation having breached its contractual commitment to the ITU?

18      **Distribution Center Relocation Costs: $** 11,492,686

19  4. Attorneys fees and litigation costs may only be awarded as damages if you
20  find that Motorola's lawsuits seeking injunctive relief, apart from Motorola's general
21  course of conduct, violated Motorola's duty of good faith and fair dealing.

22

a. Do you find that Motorola's conduct in seeking injunctive relief, apart from Motorola's general course of conduct, violated Motorola's duty of good faith and fair dealing with respect to Motorola's contractual commitment to the IEEE?

YES __8__ NO __0__

b. Do you find that Motorola's conduct in seeking injunctive relief, apart from Motorola's general course of conduct, violated Motorola's duty of good faith and fair dealing with respect to Motorola's contractual commitment to the ITU?

YES __8__ NO __0__

c. What are the damages, if any, attributable to attorneys fees and litigation costs incurred by Microsoft as a foreseeable result of Motorola having breached its contractual commitment(s)?

**Attorneys Fees and Litigation Costs:** $ __3,031,720__

5. If you find that Motorola breached its contractual commitment(s), but have not awarded damages in question numbers 3 or 4, enter a nominal damages amount that is greater than $0.00 but does not exceed $1.00.

**Nominal Damages:** $ __—__

Dated this __4__ day of September, 2013.

_Mary Claire King_
Presiding Juror

- 3