THE HONORABLE JAMES L. ROBART

FILED ___ LODGED ___ ENTERED ___ RECEIVED

SEP 06 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MOTOROLA, INC., *et al.*,<br><br>                    Defendants. | Case No. C10-1823-JLR<br><br>[~~PROPOSED~~] **ORDER GRANTING**<br>**NON-PARTY QUALCOMM INC.'S**<br>**RENEWED MOTION TO SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>**Friday, September 6, 2013**<br><br>Without Oral Argument |

**10-CV-01823-BCST**

[PROPOSED] ORDER RE NON-PARTY
QUALCOMM INC.'S RENEWED
MOTION TO SEAL
CASE No. 10-cv-1823-JLR

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

1    This matter having come before the Court on Non-Party Qualcomm Incorporated's

2    ("Qualcomm") Renewed Motion to Seal, and the Court having considered the motion papers and

3    the records on file herein, the Court hereby ORDERS that Qualcomm's Renewed Motion to Seal

4    is GRANTED as follows:

5        1.    Pursuant to Local Rule CR 5(g), Qualcomm has established that compelling

6    reasons exist for sealing the following documents:

7            a.    an Amendment to DS-CDMA Technology Agreement between Motorola

8    and Qualcomm, labeled MOTM_WASH1823_0025409-412 and **Defendants' Trial Exhibit**

9    **3230**, and designated "Confidential Business Information" and "Attorneys' Eyes Only";

10            b.    an Agreement to Amend the Patent License Agreement and Technology

11    License Agreement and Software License Agreement between Motorola and Qualcomm, labeled

12    MOTM_WASH1823_0025413-430 and **Defendants' Trial Exhibit 3231**, and designated

13    "Confidential Business Information" and "Attorneys' Eyes Only";

14            c.    a DS-CDMA Technology Agreement between Qualcomm and Motorola,

15    labeled MOTM_WASH1823_0025431-467 and **Defendants' Trial Exhibit 3232**, and

16    designated "Confidential Business Information" and "Attorneys' Eyes Only"; and

17            d.    a Patent License Agreement between Motorola and Qualcomm, labeled

18    MOTM_WASH1823_0025489-502 and **Defendants' Trial Exhibit 3233**, and designated

19    "Confidential Business Information" and "Attorneys' Eyes Only."

20        2.    These documents are confidential and contain trade secret information.

21    Qualcomm has done nothing to put that information at issue in this case where it is not a party.

22    These documents and any other materials containing trade secret information derived from these

23    documents shall be sealed.

24        3.    The courtroom is to be cleared and closed when argument on this topic, testimony

25    on this topic, or these exhibits are discussed.

26

27

[PROPOSED] ORDER RE NON-PARTY                    2.                         COOLEY LLP
QUALCOMM INC.'S RENEWED                                          1700 SEVENTH AVENUE SUITE 1900
MOTION TO SEAL                                                       SEATTLE, WA 98101-1355
CASE No. 10-cv-1823-JLR                                                   (206) 452-8700

1        4.    If additional documents from Qualcomm are intended to be offered into evidence,

2    the parties are to notify Qualcomm immediately so that it can seek to seal or redact confidential

3    and trade secret information before the documents are offered into evidence.

4

5          DATED this __6th__ day of ~~August~~ Sept., 2013.

6

7

8                                 _____

9                                 HON. JAMES L. ROBART
                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] **ORDER RE NON-PARTY**
**QUALCOMM INC.'S RENEWED**
**MOTION TO SEAL**
**CASE No. 10-cv-1823-JLR**

               3.

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

1 | Presented by:

2 |

_/s/ Christopher B. Durbin_____
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.:   (206) 452-8700
Fax:    (206) 452-8800
Email: cdurbin@cooley.com

Attorneys for Non-Party QUALCOMM, INC.

3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

[PROPOSED] ORDER RE NON-PARTY
QUALCOMM INC.'S RENEWED
MOTION TO SEAL
CASE No. 10-cv-1823-JLR

4.

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2013, I caused to be electronically filed the foregoing **[Proposed] Order Re Non-Party Qualcomm Incorporated's Renewed Motion to Seal** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all registered parties and non-parties in this action.

_/s/Christopher B. Durbin_
Christopher B. Durbin

CERTIFICATE OF SERVICE
CASE No. 10-cv-1823-JLR

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[[NYLIT:2642300v1:4062w: 08/25/2013--09:10 AM]]