THE HONORABLE JAMES L. ROBART

10-CV-01823-CJA



FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 06 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | No. 2:10-cv-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S RENEWED MOTION FOR A LIMITED SEALING ORDER |

THIS MATTER having come before the Court on Non-Parties Nokia Corporation and Nokia Inc.'s Renewed Motion for a Limited Sealing Order, and the Court having reviewed the pleadings and evidence presented and on file in this case, and being otherwise fully advised as to the issues presented, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Nokia Corporation and Nokia Inc.'s Renewed Motion for a Limited Sealing Order is GRANTED as follows:

1. Nokia has established that compelling reasons exist for sealing Nokia's licensing agreements and all documents relating thereto, including royalty reports and any communications reflecting licensing negotiations between Nokia and any third party, because these documents constitute confidential and trade secret information. These

[PROPOSED] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND NOKIA INC.'S MOTION FOR A LIMITED SEALING ORDER - 1
No. C10-1823-JLR

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800 Fax (206) 233-2809

documents include, but may not be limited to, exhibits 2798 and 2835 on the Parties' Updated Joint Trial Exhibit List, filed August 25, 2013 (Dkt. No. 871). The parties and witnesses shall seal any such documents if they intend to use them as exhibits or demonstratives during the upcoming trial.

2. The courtroom is to be cleared and closed when testimony or argument on these subjects is heard and where exhibits containing this information are discussed.

IT IS SO ORDERED

DATED this ___6th___ day of September, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented By:

Michael D. McKay, #7040
Thomas M. Brennan, #30662
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA 98101-4124
Telephone: (206) 233-2800
Facsimile: (206) 233-2809
E-Mail: mdm@mckay-chadwell.com
        tmb@mckay-chadwell.com
*Counsel for Non-Parties Nokia
Corporation and Nokia Inc.*

Mark A. McCarty, GA Bar #482226
Matthew D. Richardson, GA Bar #604081
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
E-Mail: mark.mccarty@alston.com
        matt.richardson@alston.com
*Pro Hac Vice Admitted*
*Counsel for Non-Parties Nokia
Corporation and Nokia Inc.*

[PROPOSED] ORDER GRANTING NON-PARTIES NOKIA CORPORATION AND
NOKIA INC.'S MOTION FOR A LIMITED SEALING ORDER - 2
No. C10-1823-JLR

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101-4124
(206) 233-2800  Fax (206) 233-2809