THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | NO. 2-10-cv-01823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING NON-PARTY SAMSUNG'S RENEWED MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>Friday, September 6, 2013<br><br>Without Oral Argument |



This matter having come before the Court on Non-Party Samsung Electronics Co., Ltd.'s ("Samsung") Renewed Motion to Seal, and the Court having considered the motion papers and the records on file herein, the Court hereby ORDERS that Samsung's Renewed Motion to Seal is GRANTED as follows:

1. Pursuant to Local Rule CR 5(g), Samsung has established that compelling reasons exist for sealing the following documents:

   a. Trial Exhibit 2813, entitled "Confidential Patent License Agreement between Microsoft Corp. and Samsung Elecs. Co., Ltd. (Gutierrez Ex. 1)," and labeled as MS-MOTO_1823_00002244552;

   b. Trial Exhibit 3163, entitled "Presentation: MMI - Samsung Meeting (March 23, 2011)," and labeled as MOTM_WASH1823_0054337; and

[PROPOSED] ORDER GRANTING NON-PARTY
SAMSUNG'S RENEWED MOTION TO SEAL - 1 of 3
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

    c. Trial Exhibit 3238, entitled "Cellular Cross License Agreement between Motorola, Inc. and Samsung Electronics Co., Ltd.," and labeled as MOTM_WASH1823_0025769.

  2. These documents are confidential and contain trade secret information. Samsung has done nothing to put that information at issue in this case where it is not a party. These documents and any other materials containing trade secret information derived from these documents shall be sealed.

  3. The courtroom is to be cleared and closed when argument on this topic, testimony on this topic, or these exhibits are discussed.

  4. If other exhibits or demonstratives containing Samsung's confidential licensing information or summaries of the same are intended to be offered into evidence, the parties are to notify the Court immediately so that it can seal Samsung's confidential licensing information or summaries of the same as well as the courtroom during related testimony.

DATED this 6th day of September, 2013.

_____
HON. JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING NON-PARTY
SAMSUNG'S RENEWED MOTION TO SEAL - 2 of 3
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Presented by:

GORDON THOMAS HONEYWELL LLP

By s/ Donald S. Cohen
    Donald S. Cohen, WSBA No. 12480
dcohen@gth-law.com

600 University Street, Suite 2100
Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575

-and-

ZEINEDDIN PLLC
By   s/ R. Paul Zeineddin
R. Paul Zeineddin, DC Bar No. 474734, Pro Hac Vice
paul@zeineddin.com

1000 Connecticut Avenue NW, Suite 900
Washington, DC 20036
Tel: (202) 787-1051

Attorneys for Non-Party/Interested Party SAMSUNG ELECTRONICS Co., LTD

[PROPOSED] ORDER GRANTING NON-PARTY
SAMSUNG'S RENEWED MOTION TO SEAL - 3 of 3
(2-10-cv-01823 JLR)

GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575