UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | CASE NO. C10-1823JLR <br><br> MINUTE ORDER |
| MOTOROLA MOBILITY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

1     The court is in receipt of Microsoft's August 8, 2013, letter asking the court to
2 "renew and expand its anti-suit injunction" concerning Motorola's litigation efforts in
3 Germany. (Ltr. (Dkt. # 840).) The court grants Microsoft permission to file its requested
4 motion. Microsoft's motion shall be filed no later than September 16, 2013, and shall be
5 a pleading of no more than 10 pages. Motorola's response, if any, shall be filed no later
6 than September 23, 2013, and shall be a pleading of no more than 10 pages.

7     Filed and entered this 10th day of September, 2013.

          WILLIAM M. MCCOOL
          Clerk of Court

          s/Mary Duett
          Deputy Clerk