# EXHIBIT B

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,<br><br>Defendants | Case No. 2-10-cv-01823-JLR<br><br>MICROSOFT CORPORATION'S **APRIL 12, 2013 SUPPLEMENTAL DISCLOSURES** PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i) and (iii) |

Plaintiff Microsoft Corporation ("Microsoft") hereby provides a supplement to its initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i) and (iii). Microsoft provides these supplemental disclosures based on the currently available information and materials. Microsoft reserves the right to supplement these disclosures based on additional information or evidence subsequently identified, discovered, offered, or introduced. Information subject to the attorney-client privilege, work product doctrine, or any other applicable privilege has not been disclosed.

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Ex B, page 25

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

A. **Rule 26(a)(1)(A)(i).**

    1.    Current and former employees of Microsoft include, but are not limited to:

        a.    Horacio Gutierrez
              Microsoft Corporation
              One Microsoft Way
              Redmond, WA  98052

              Mr. Gutierrez is Microsoft's Corporate Vice President and Deputy General Counsel, Intellectual Property and Licensing, and may have knowledge regarding Motorola's license demand letters dated October 21, 2010 and October 29, 2010.  Mr. Gutierrez may be contacted through undersigned counsel.

        b.    Bart Eppenauer
              Microsoft Corporation
              One Microsoft Way
              Redmond, WA  98052

              Mr. Eppenauer is Microsoft's Chief Patent Counsel and may have knowledge regarding the applicable standards and licensing of standards-related patents.  Mr. Eppenauer may be contacted through undersigned counsel.

    2.    Current and former employees of Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corporation likely to have discoverable information on subjects including, but not limited to, the following:  Motorola's October 21, 2010 and October 29, 2010 demand letters to Microsoft; Motorola's participation in the adoption and implementation of the WLAN/802.11 and/or H.264 standards; licensing terms offered by Motorola to persons or entities for licenses to Motorola's patented technology it claims is essential to implementation of the WLAN and/or H.264 standards; terms upon which Motorola has accepted licenses from other entities for patented technology necessary for implementation of the WLAN and/or H.264 standards; development of Motorola's allegedly "essential" patents; and Motorola's efforts to protect its allegedly "essential" patents from infringement.  Individuals in this category who are likely to have discoverable information include, but are not limited to:

        a.    Kirk Dailey
              c/o Summit Law Group PLLC

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 2

Ex B, page 26

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

      b.    Ajay Luthra
           c/o Summit Law Group PLLC

3.    All individuals likely to have discoverable information listed in Defendants' Initial Disclosures.

4.    The following individuals are likely to have discoverable information, or otherwise are likely to know relevant facts about, the standards at issue in this lawsuit, and/or Defendants' commitments to make licenses available on RAND terms:

      a.    IEEE-SA Standards Board
           445 Hoes Lane
           Piscataway, NJ  08854
           Phone: (732) 981-0060

      b.    International Telecommunications Union
           Place des Nations
           1211 Geneva 20
           Switzerland
           Phone: 41 22 730 5111

Microsoft has not yet identified its testifying expert witnesses but will provide information consistent with the expert witness disclosure deadlines established by the Court and the Federal Rules.

By way of further disclosure, Microsoft also refers to those persons identified in any documents produced or referenced in conjunction with these Initial Disclosures, and to any witness identified in any depositions or answers to discovery by the parties.

**Rule 26(a)(1)(A)(i): April 12, 2013 Supplemental Disclosures**

Microsoft expects to rely on one or more of the following fact witnesses to provide testimony at trial regarding the subject matter identified below.  Each potential witness may be contacted through undersigned counsel.

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 3
Ex B, page 27

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

      a.      David Killough
             Assistant General Counsel
             Microsoft Corporation
             One Microsoft Way
             Redmond, WA  98052

Mr. Killough is expected to testify at trial regarding Microsoft's damages, including the attorneys' fees and litigation costs and expenses incurred by Microsoft in connection with the 1823 Action, 343 Action, 700 Action, ITC Action and the German Actions (all as defined below).

      b.      Jeff Davidson
             General Manager, Global Supply Chain Operations
             Microsoft Corporation
             One Microsoft Way
             Redmond, WA  98052

Mr. Davidson is expected to testify at trial regarding, among other things, the costs associated with relocation of Microsoft's EMEA operations from Germany to the Netherlands in 2012.  Mr. Davidson also has knowledge regarding Microsoft's decision to relocate Microsoft's EMEA operations from Germany to the Netherlands in spring 2012, as well as operational aspects of Microsoft's EMEA distribution network.

      c.      Jon DeVaan
             VP of Development for Windows
             Microsoft Corporation
             One Microsoft Way
             Redmond, WA  98052

Mr. DeVaan is expected to testify at trial regarding, among other things, relevant features and functionality provided by Microsoft software, including but not limited to Windows.  Mr. DeVaan may also be called to testify at trial regarding the extent of the financial and non-economic harm generally associated with Motorola's threat of an injunction and related wrongful conduct in relation to its claimed H.264 Standard Essential Patents and that which Microsoft would have suffered had the German Injunction (as defined below) become effective.

      d.      Leo Del Castillo
             General Manager, Xbox Hardware Development
             Microsoft Corporation
             One Microsoft Way
             Redmond, WA  98052

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) - 4

Ex B, page 28

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

Mr. Del Castillo is expected to testify at trial regarding, among other things, relevant features and functionality included in Microsoft products, including the Xbox 360, as well as the technical complexities and commercial difficulties associated with the design and development of Xbox products in relation to standard-compliant technology.

  e. Marcello Prieto
    Senior Director, Volume Licensing Programs
    Microsoft Corporation
    One Microsoft Way
    Redmond, WA  98052

Mr. Prieto is a possible trial witness, who may be called to testify regarding the extent of the financial and non-economic harm that Microsoft would have suffered had the German Injunction become effective, particularly as it relates to Microsoft's volume licensing programs.

  f. Josh Hutto
    Director of Platform Marketing, IEB Global Marketing
    Microsoft Corporation
    One Microsoft Way
    Redmond, WA  98052

Mr. Hutto is a possible trial witness, who may be called to testify regarding the extent of the financial and non-economic harm that Microsoft would have suffered had the German Injunction become effective, particularly as it relates to Microsoft's Xbox 360 console, services, games and accessories.

Microsoft also incorporates by reference the witness disclosures set forth in the proposed Pretrial Order jointly submitted by the Parties on October 24, 2012.

**C.** **Rule 26(a)(1)(A)(iii).**

Microsoft claims its damages arising out of Defendants' breaches of their contractual commitments to the IEEE-SA, ITU-T, and Microsoft, as well as Microsoft's damages arising out of its reliance on Defendants' promise that they would license any essential patents on RAND terms and conditions.  Microsoft also seeks injunctive and declaratory relief.  Without the benefit of discovery, Microsoft is not able at this time to provide a computation of damages, but will seek all damages available under law.  Microsoft's damages include those

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 5

Ex B, page 29

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

that it has suffered as a result of defending against Defendants' actions in the District Court for the Western District of Wisconsin and before the ITC to enjoin or exclude Microsoft from practicing the WLAN/802.11 and H.264 standards.

### Rule 26(a)(1)(A)(iii):  April 12, 2013 Supplemental Disclosures

Microsoft incorporates by reference its responses to Defendants' Interrogatory Nos. 3 and 4, as supplemented on April 3, 2013.  Microsoft also incorporates by reference the evidence presented during the November 2012 RAND trial in the above-captioned matter.

In further response, Microsoft states that the damages it will be seeking at the breach of contract trial scheduled to begin on August 26, 2013, include certain costs and expenses incurred by Microsoft as a result of Defendants' breaches of contract, including in connection with the following actions:

- The above-captioned matter, Case No. 2-10-cv-01823-JLR (the "1823 Action").

- *Motorola Mobility, Inc. and General Instrument Corporation v. Microsoft Corporation*, Case No. 3:10-cv-699, District Court for the Western District of Wisconsin, filed on November 10, 2010, subsequently assigned Case No. 2:11-cv-00343-JLR upon transfer to this Court on February 28, 2011 (the "343 Action") and consolidated with the 1823 Action.

- *Motorola Mobility, Inc. and General Instrument Corporation v. Microsoft Corporation*, Case No. 3:10-cv-700, District Court for the Western District of Wisconsin, filed on November 10, 2010 (the "700 Action").

- *In the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof*, International Trade Commission ("ITC") Case No. 337-TA-752, filed on November 22, 2010 (the "ITC Action").

- The "German Actions" consisting of (a) the following four consolidated actions filed on July 6-7, 2011, in the German regional court located in Mannheim, Germany:  *General Instrument Corporation v. Microsoft Deutschland GMbH*, Case No. 2 O 240/11; *General Instrument Corporation v. Microsoft Deutschland GMbH*, Case No. 2 O 373/11; *General Instrument Corporation v. Microsoft Corporation and Microsoft Ireland Operations Ltd.*, Case No. 2 O 376/11; *General Instrument Corporation v. Microsoft Ireland Operations Ltd.*, Case No. 2 O 387/11, and (b)

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) - 6
Ex B, page 30

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

*Microsoft Corp. v. General Instrument Corp.*, (Case No. 5 Ni 62/11) (Federal Patent Court of Germany); *Microsoft Corp. v. General Instrument Corp.*, (Case No. 5 Ni 63/11) (Federal Patent Court of Germany).

The monetary relief Microsoft seeks for the damages it has suffered in connection with the 1823 Action, 343 Action, 700 Action, ITC Action, and the German Actions as a result of Defendants' breaches of contract broadly falls into two categories.

The first category of monetary damages sought by Microsoft consists of the attorneys' fees and other litigation costs and expenses that Microsoft incurred as a consequence of Defendants' breaches of contract. In particular, as a result of Defendants' breaches of contract, Microsoft incurred fees and related litigation expenses (including expert costs) in connection with the services provided by the following law firms engaged to represent Microsoft in the 1823 Action, 343 Action, 700 Action, ITC Action and German Actions:

- Sidley Austin LLP.
- Freshfields Bruckhaus Deringer.
- Boehmert & Boehmert.
- Klarquist Sparkman, LLP.
- Calfo Harrigan Leyh & Tollefson, LLP (formerly DHLT, LLP).
- Michael Best & Friedrich, LLP.

Microsoft is not seeking to recover the full amount invoiced by all law firms for every aspect of the relevant actions listed above. Microsoft is in the process of reviewing and redacting potentially relevant invoices in order to identify and segregate the items for which it seeks recovery. Given the number of law firms and legal actions involved and the considerable volume of invoices generated from the time Microsoft received Motorola's October 2010 demand letters to the present, this has proven to be a time-consuming process. Microsoft expects to conclude this process by the week of April 15. Calculation of the total dollar

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) - 7

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Ex B, page 31

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

amount of the damages in this category is expected to require expert analysis of the relevant invoices once this process is complete.

Supporting documentation for certain of the above-described damages already has been produced at Bates range MS-MOTO_1823_0006000001 – MS-MOTO_1823_0006000131. Additional supporting documentation, including the remainder of the invoices referenced above, is being reviewed and processed and will be produced on a rolling basis, as it becomes available.

The second main category of monetary damages sought by Microsoft consists of the cost of measures taken to mitigate losses anticipated from the potential award of the injunctive relief that Defendants sought in Germany. The relief Defendants sought was an order enjoining Microsoft from (a) offering, distributing, using or importing its Xbox 360 game console in Germany and (b) offering or supplying its software products that support decoding according to the H.264 standard in Germany, including Microsoft's Windows 7 operating system software. In fact, such an order was issued in Germany on May 2, 2012 (the "German Injunction").

Had the German Injunction become effective, Microsoft would have suffered significant financial and non-economic harm, as partially described in Microsoft's filings in support of its March 28, 2012, Motion for TRO and Preliminary Injunction, including the declarations of Peter Chrocziel, Josh Hutto and Marcelo Prieto (*see* Dkt. Nos. 209-217).

Microsoft took reasonable steps to mitigate the enormous financial and non-economic harm it would have suffered had the German Injunction become effective. These steps included relocating its main logistics and products/software distribution center for the European, Middle Eastern and African ("EMEA") market from its location in Germany to the Netherlands in spring 2012.

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 8
Ex B, page 32

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

The costs associated with the EMEA relocation efforts were approximately $11.6 million, consisting of the following main components:

- $9,576,000 (Euro 7,600,000) -- Fixed fee for start-up distribution and warehouse services in the Netherlands;

- $630,000 (Euro 500,000) – Exit costs for termination of German vendor services;

- $337,179 – Fixed fee for June 2012 German warehouse costs;

- $319,782 – Carrier freight for stock move to new facilities in the Netherlands;

- $265,394 – German BEFF for stock move to new facilities in the Netherlands;

- $53,015 – Security for stock move to new facilities in the Netherlands;

- $152,868 – Costs to develop new vendor in the Netherlands; and

- $278,460 – Microsoft trade, tax and finance costs.

In addition to the above costs, Microsoft is suffering ongoing damages as a result of the higher cost of operating its EMEA distribution network in the Netherlands. The annual cost of operating out of the Netherlands is approximately $5,000,000 greater than the cost of operating out of Germany.

Supporting documentation for certain of the above-described damages already has been produced at Bates range MS-MOTO_1823_00004081413 – MS-MOTO_1823_00004081541. Additional supporting documentation is being gathered, reviewed and processed and will be produced on a rolling basis, as it becomes available.

**Reservation of Rights.**

Microsoft's supplemental disclosures are based upon a good-faith effort to obtain information reasonably available to it at this time. Microsoft reserves the right to further

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 9

Ex B, page 33

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

1  supplement these disclosures as additional information and materials are identified and become

2  available.

3        DATED this 12th day of April, 2013.

4                      CALFO HARRIGAN LEYH & EAKES LLP

5

6                By    s/ Christopher Wion
                          Arthur W. Harrigan, Jr., WSBA #1751

7                            Christopher Wion, WSBA #33207
                          Shane P. Cramer, WSBA #35099

8                            999 Third Avenue, Suite 4400
                          Seattle, WA  98104

9                            Phone:  206-623-1700
                          arthurh@calfoharrigan.com

10                           chrisw@calfoharrigan.com
                          shanec@calfoharrigan.com

11

12                           T. Andrew Culbert
                          David E. Killough

13                           MICROSOFT CORPORATION
                          1 Microsoft Way

14                           Redmond, WA  98052
                          Phone:  425-882-8080

15                           Fax:  425-869-1327

16                           David T. Pritikin
                          Richard A. Cederoth

17                           Constantine L. Trela, Jr.

18                           William H. Baumgartner, Jr.
                          Ellen S. Robbins

19                           Douglas I. Lewis
                          David C. Giardina

20                           John W. McBride
                          David Greenfield

21

22                           SIDLEY AUSTIN LLP
                          One South Dearborn

23                           Chicago, IL  60603
                          Phone:  312-853-7000

24                           Fax:  312-853-7036

25

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) - 10

Ex B, page 34

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 11
Ex B, page 35

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

# CERTIFICATE OF SERVICE

I, Linda Bledsoe, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 12th day of April, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ Email |
| Seattle, WA  98104-2682 | |
| Telephone:  206-676-7000 | |
| Email:  Summit1823@summitlaw.com | |

| | |
|---|---|
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ Email |
| New York, NY  10036-8704 | |
| Telephone:  (212) 596-9046 | |
| Email:  steven.pepe@ropesgray.com | |
| Email:  jesse.jenner@ropesgray.com | |

| | |
|---|---|
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA  94303-2284 | __X__ Email |
| Telephone:  (650) 617-4030 | |
| Email:  norman.beamer@ropesgray.com | |

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 12

Ex B, page 36

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**MICROSOFT CONFIDENTIAL FINANCIAL INFORMATION -
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ Email |
| William Price (*pro hac vice*)<br>Brian Cannon (*pro hac vice*)<br>Andrea Pallios Roberts (*pro hac vice*)<br>Quinn Emanuel<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065-2139<br>MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>__X__ Email |

DATED this 12th day of April, 2013.

                                       s/ Linda Bledsoe
                                       LINDA BLEDSOE

MICROSOFT'S 4/12/13 SUPPLEMENTAL
DISCLOSURES PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i),
(iii) **-** 13
Ex B, page 37

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717