THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  MICROSOFT CORPORATION,

                         Plaintiff,

11        vs.

12  MOTOROLA, INC.,  et al.,

13                         Defendants.
    _____
14  MOTOROLA MOBILITY LLC, et al.,

15                         Plaintiffs,

16        vs.

17  MICROSOFT CORPORATION,

18                         Defendants.

Case No. C10-1823-JLR

DECLARATION OF SHANE P.
CRAMER IN SUPPORT OF
MICROSOFT'S RESPONSE TO THE
COURT'S SEPTEMBER 10, 2013
ORDER CONCERNING
MOTOROLA'S LITIGATION
EFFORTS IN GERMANY

19

20        I, Shane P. Cramer, hereby declare as follows:

21        1.        I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of

22  the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter,

23  and have personal knowledge of the facts stated herein.

24

25

2.      Attached hereto as Exhibit 1 is a true and correct copy of a letter from Michael Krenz to Peter Chrocziel attaching a bank guarantee, enforceable copy of judgment, and associated documents, Dkt. No. 2 O 373/11, Regional Court of Mannheim, dated July 1, 2013.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an English translation of the Exhibit 1 letter from Krenz to Chrocziel (without attachments), dated July 1, 2013.

4.      Attached hereto as Exhibit 3 is a true and correct copy of General Instrument Corporation's Rejoinder in Appellate Proceedings filed in the matter of *General Instrument v. Microsoft Corp. and Microsoft Ireland Operations, Ltd.*, Dkt. No. 6 U 44/12, Karlsruhe Higher Regional Court, dated August 1, 2013.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an English translation of the Exhibit 3 General Instrument Rejoinder in Appellate Proceedings, dated August 1, 2013.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Complaint and associated documents filed in *Motorola Mobility LLC v. Microsoft Corp.*, Regional State Court Mannheim, on April 26, 2013, including both German documents and English translations.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Order for the Suspension of Proceedings, *General Instrument v. Microsoft Corp. et al.*, Dkt. No. 6 U 44/12, Higher Regional Court of Karlsruhe, filed August 21, 2013.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an English translation of the Exhibit 6 Order for the Suspension of Proceedings, Dkt. No. 6 U 44/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Order for the Suspension of Proceedings, *General Instrument v. Microsoft Corp. et al.*, Dkt. No. 6 U 45/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S RESPONSE TO
THE COURT'S SEPTEMBER 10, 2013 ORDER
CONCERNING MOTOROLA'S LITIGATION
EFFORTS IN GERMANY - 2 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717

10.     Attached hereto as Exhibit 9 is a true and correct copy of an English translation of the Exhibit 8 Order for the Suspension of Proceedings, Dkt. No. 6 U 45/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Order for the Suspension of Proceedings, *General Instrument v. Microsoft Deutschland GmbH.*, Dkt. No. 6 U 46/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an English translation of the Exhibit 10 Order for the Suspension of Proceedings, Dkt. No. 6 U 46/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the Order for the Suspension of Proceedings, *General Instrument v. Microsoft Deutschland GmbH.*, Dkt. No. 6 U 47/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an English translation of the Exhibit 12 Order for the Suspension of Proceedings, Dkt. No. 6 U 47/12, Higher Regional Court of Karlsruhe, dated August 21, 2013.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the Order for the Suspension of Proceedings, *Motorola Mobility LLC v. Microsoft Corp. et al.*, Dkt. No. 2 O 79/13, Regional Court of Mannheim, dated August 22, 2013.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an English translation of the Order for the Suspension of Proceedings, *Motorola Mobility LLC v. Microsoft Corp. et al.*, Dkt. No. 2 O 79/13, Regional Court of Mannheim, dated August 22, 2013.

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S RESPONSE TO
THE COURT'S SEPTEMBER 10, 2013 ORDER
CONCERNING MOTOROLA'S LITIGATION
EFFORTS IN GERMANY - 3 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the June 14, 2012 Markman Tutorial and Status Conference.

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the transcript of the April 11, 2012 Hearing on Microsoft's Request for a Temporary Restraining Order.

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the transcript of the May 18, 2011 Motion to Dismiss Hearing.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the Rebuttal Expert Report of Michael T. Orchard, Ph.D., served in this matter on August 10, 2012.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the Supplemental Expert Rebuttal Report of Timothy Drabik, served in this matter on September 20, 2012.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the transcript of the August 13, 2013 Pretrial Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of September, 2013 in Seattle, Washington.


s/ Shane P. Cramer
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S RESPONSE TO
THE COURT'S SEPTEMBER 10, 2013 ORDER
CONCERNING MOTOROLA'S LITIGATION
EFFORTS IN GERMANY - 4 (C10-1823-JLR)

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1.      I am over the age of 21 and not a party to this action.

2.      On the 16th day of September, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081      _____ Messenger
Summit Law Group      _____ US Mail
315 Fifth Ave. South, Suite 1000      _____ Facsimile
Seattle, WA  98104-2682      ___X___ ECF
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com

Steven Pepe (*pro hac vice*)      _____ Messenger
Jesse J. Jenner (*pro hac vice*)      _____ US Mail
Ropes & Gray LLP      _____ Facsimile
1211 Avenue of the Americas      ___X___ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com

Norman H. Beamer (*pro hac vice*)      _____ Messenger
Ropes & Gray LLP      _____ US Mail
1900 University Avenue, 6th Floor      _____ Facsimile
East Palo Alto, CA  94303-2284      ___X___ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

Paul M. Schoenhard (*pro hac vice*)      _____ Messenger
Ropes & Gray LLP      _____ US Mail
One Metro Center      _____ Facsimile
700 12th Street NW, Suite 900      ___X___ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S RESPONSE TO
THE COURT'S SEPTEMBER 10, 2013 ORDER
CONCERNING MOTOROLA'S LITIGATION
EFFORTS IN GERMANY - 5 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717

Andrea Pallios Roberts (*pro hac vice*)      _____ Messenger
Brian C. Cannon (*pro hac vice*)      _____ US Mail
Elanor Mangin (*pro hac vice*)      _____ Facsimile
Quinn Emanuel Urquhart & Sullivan, LLP      \_\_\_X\_\_\_ ECF
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com

Kathleen M. Sullivan (*pro hac vice*)      _____ Messenger
David Elihu (*pro hac vice*)      _____ US Mail
Ellyde Roko Thompson (*pro hac vice*)      _____ Facsimile
Quinn Emanuel Urquhart & Sullivan, LLP      \_\_\_X\_\_\_ ECF
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

William Price (*pro hac vice*)      _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP      _____ US Mail
865 S. Figuera St., 10th Floor      _____ Facsimile
Los Angeles, CA 90017      \_\_\_X\_\_\_ ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

     DATED this 16th day of September, 2013.


                s/  Florine Fujita
                FLORINE FUJITA

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717