# EXHIBIT 1

**quinn emanuel** deutschland

Mollstraße 42, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

**Per Gerichtsvollzieher**

Freshfields Bruckhaus Deringer
z.H. Herrn Rechtsanwalt
Prof. Dr. Peter Chrocziel
Prannerstraße 10
80333 München

Unser Zeichen        01980.40411 / 20458861.1
                     MG/JE/MK

Dr. Marcus Grosch
marcusgrosch@quinnemanuel.com

Dr. Jan Ebersohl
janebersohl@quinnemanuel.com

Michael Krenz
michaelkrenz@quinnemanuel.com

1. Juli 2013

**Motorola Mobility LLC / Microsoft Deutschland GmbH**
**Patentverletzung EP 0 615 384 B1, Landgericht Mannheim, Az. 2 O 373/11**

Sehr geehrter Herr Kollege Prof. Dr. Chrocziel,

in der o.g. Angelegenheit stellen wir Ihnen hiermit eine originale Bankbürgschaftsurkunde der Citigroup Global Markets Deutschland AG (Prozessbürgschaft 5213149505) als Sicherheitsleistung für die hiermit gegenüber der Beklagten Microsoft Deutschland GmbH erfolgende vorläufige Vollstreckung der Ziffer I. 2. des Tenors des Urteils des Landgerichts Mannheim vom 2. Mai 2012, Az. 2 O 373/11 zu.

Weiterhin stellen wir Ihnen zum Zwecke der Vollstreckung beglaubigte Abschriften der vollstreckbaren Ausfertigung des genannten Urteils nebst Vollstreckungsklausel sowie der der Erteilung der Vollstreckungsklausel zugrundeliegenden Urkunden zu.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL +1 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL +1 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL +1 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL +1 650-801-5000 FAX 650-801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL +1 312-705-7400 FAX 312-705-7401
WASHINGTON, D.C. | 1299 Pennsylvania Ave. NW, Suite 825, Washington, D.C. 20004 | TEL +1 202-538-8000 FAX 202-538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F 1-1-7, Uchisaiwai-cho Chiyoda-ku, Tokyo, 100-0011 Japan | TEL +81 (0) 3 5510 1711 FAX +81 (0) 3 5510-1712
MOSCOW | 3rd Floor, Voentorg Building, 10 Vozdvizhenka Street, Moscow, Russia 125009 | TEL +7 495 797 36 66 FAX +7 495 797 36 67
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 (0) 40 89728-7000 FAX +49 (0) 40 89728-7100

für die vollständige Erbringung der Rechnungslegung setzen wir Ihrer Mandantin eine Frist bis zum

**<u>15. August 2013</u>**.

Mit freundlichen kollegialen Grüßen
Quinn Emanuel Urquhart & Sullivan, LLP

**M. Krenz**
Rechtsanwalt


Anlagen

itigroup Global Markets Deutschland AG
Djurdjina Becker
Tel. +49 (0) 69 1366-1277
Fax +49 (0) 69 1366-1597
Djurdjina.becker@citi.com



11.06.2013

## PROZESSBÜRGSCHAFT 5213149505

(ZUR ERLANGUNG DER VORLÄUFIGEN VOLLSTRECKBARKEIT)

IN DEM RECHTSSTREIT DER

GENERAL INSTRUMENT CORPORATION, HORSHAM PA 19044/USA

- KLÄGERIN -

PROZESSBEVOLLMÄCHTIGTE:
DIE IN DEUTSCHLAND ZUGELASSENEN RECHTSANWÄLTE
DER SOZIETÄT QUINN EMANUEL URQUHART
AND SULLIVAN, LLP,
MOLLSTRASSE 42
68165 MANNHEIM

GEGEN

MICROSOFT DEUTSCHLAND GMBH
KONRAD ZUSE STR. 1
85716 UNTERSCHLEISSHEIM

- BEKLAGTE -

PROZESSBEVOLLMACHTIGTE:
RECHTSANWÄLTE
FRESHFIELDS BRUCKHAUS DERINGER
PRANNERSTRASSE 10
80333 MÜNCHEN

IST DURCH URTEIL DES LANDGERICHTS MANNHEIM, AZ. 2 O 373/11, VOM 02.05.2012 DIE BEKLAGTE GEMÄSS ZIFFER I.2. (RECHNUNGSLEGUNG) VERURTEILT WORDEN. DAS URTEIL IST VORLÄUFIG VOLLSTRECKBAR, UND ZWAR HINSICHTLICH DER VERURTEILUNG DER BEKLAGTEN GEMÄSS ZIFFER I.2. GEGEN SICHERHEITSLEISTUNG IN HÖHE VON EUR 10.000.000,00.

DAS OBERLANDESGERICHT KARLSRUHE HAT DER MOTOROLA MOBILITY LLC 600 NORTH US HIGHWAY 45, LIBERTYVILLE, IL 60048/USA

PROZESSBEVOLLMACHTIGTE:
DIE IN DEUTSCHLAND ZUGELASSENEN RECHTSANWÄLTE
DER SOZIETÄT QUINN EMANUEL URQUHART

Citigroup Global Markets Deutschland AG • Reuterweg 16 • 60323 Frankfurt am Main • Postanschrift: Postfach 11 03 33, 60038 Frankfurt am Main
Vorstand: Dr. Jasmin Kölbl-Vogt, Dr. Nikolaus Närger, Samuel R. Riley, Christian Spieler, Heinz P. Srocke, Stefan Wintels
Vorsitzender des Aufsichtsrats: Hans W. Reich
Sitz der Gesellschaft: Frankfurt am Main, HRB 88301 • USt.-Ident.-Nr. DE 811285276
Deutsche Bundesbank Frankfurt Konto-Nr. 502 109 00
Tel: +49 (0) 69 1366 0 • Fax: +49 (0) 1366 1113 • S.W.I.F.T.: CITIDEFF

Prozessbürgschaft Nr. 5213149505



AND SULLIVAN, LLP
MOLLSTRASSE 42
68165 MANNHEIM

DIE VOLLSTRECKUNGSKLAUSEL IM HINBLICK AUF ZIFFER I.2
(RECHNUNGSLEGUNG) DES URTEILS DES LANDGERICHTS MANNHEIM, AZ. 2
O 373/11, VOM 02.05.2012 ERTEILT.

DIES VORAUSGESCHICKT ÜBERNEHMEN WIR WEGEN ALLER ANSPRÜCHE, DIE
DER BEKLAGTEN IM FALLE DER AUFHEBUNG ODER ABÄNDERUNG DER OBEN
BEZEICHNETEN GERICHTLICHEN ENTSCHEIDUNG DURCH DIE
VOLLSTRECKUNG DES URTEILS AUS ZIFFER I.2. (RECHNUNGSLEGUNG)
ODER DURCH EINE ZUR ABWENDUNG DER VOLLSTRECKUNG DES URTEILS
AUS ZIFFER I.2. (RECHNUNGSLEGUNG) ERBRACHTE LEISTUNG ETWA
ENTSTEHEN SOLLTEN, DIE UNWIDERRUFLICHE, UNBEDINGTE UND
UNBEFRISTETE SELBSTSCHULDNERISCHE BÜRGSCHAFT UNTER VERZICHT
AUF DIE EINREDEN DER VORAUSKLAGE (§ 771 BGB), DER
ANFECHTBARKEIT UND DER AUFRECHENBARKEIT (§ 770 BGB) BIS ZUM
BETRAGE VON

**EUR 10.000.000,00**
**(IN WORTEN: EURO ZEHN MILLIONEN)**

EINSCHLIESSLICH SÄMTLICHER NEBENFORDERUNGEN MIT DER MASSGABE,
DASS WIR AUS DIESER BÜRGSCHAFT NUR SCHRIFTLICH AUF ZAHLUNG VON
GELD IN ANSPRUCH GENOMMEN WERDEN KONNEN.

DIESE BÜRGSCHAFT ERLISCHT GEMÄSS § 158 ABS. 2 BGB, WENN UNS
DIE BÜRGSCHAFTSURKUNDE VOM SICHERUNGSBERECHTIGTEN ODER MIT
DESSEN ZUSTIMMUNG VON EINEM DRITTEN ZUM ZEICHEN DER ENTLASTUNG
ZURÜCKGEGEBEN WIRD ODER DIE RECHTSKRÄFT EINER EINSCHLÄGIGEN
ERLÖSCHENSANORDNUNG DES ZUSTÄNDIGEN GERICHTS EINTRITT.

Citigroup Global Markets Deutschland AG

Myrjam Tschoeke          Dr. Nikolaus Närger

**Myrjam Tschöke**
**Managing Director**

Citigroup Global Markets Deutschland AG • Reuterweg 16 • 60323 Frankfurt am Main • Postanschrift Postfach 11 03 33, 60038 Frankfurt am Main
Vorstand: Dr. Jasmin Kölbl-Vogt, Dr. Nikolaus Närger, Samuel R. Riley, Christian Spieler, Heinz P. Srocke, Stefan Wintels
Vorsitzender des Aufsichtsrats: Hans W. Reich
Sitz der Gesellschaft: Frankfurt am Main, HRB 88301 • USt.-Ident.-Nr.: DE 811285276
Deutsche Bundesbank Frankfurt Konto-Nr. 502 109 00
Tel: +49 (0) 69 1366 0 • Fax: +49 (0) 1366 1113 • S.W.I.F.T.: CITIDEFF

ON 03 E 05 09/12

**Beglaubigte Abschrift**

*- Vollstreckbare Ausfertigung -*



...snummer:
...3/11

Verkündet am
02. Mai 2012

Freisinger, JOSin
als Urkundsbeamtin
der Geschäftsstelle

# Landgericht Mannheim

## 2. Zivilkammer

# Im Namen des Volkes

# Urteil

Anlage AS 1

i.Sa. General Instrument / Microsoft u.a.
Antrag auf titelumschreibende
Teil-Vollstreckungsklausel v. 3.4.2013
OLG Karlsruhe, Az. 6 U 46/12
Quinn Emanuel LLP

| | z.A | Mdt | WV | Verl |
|---|---|---|---|---|
| Ein-gang | 15. Juni 2012 | | | QE, LLP MA |
| Frist | | Vorfrist | | Termin |

Im Rechtsstreit

**General Instrument Corporation**
Horsham PA 19044 /USA

- Klägerin -

Prozessbevollmächtigte:
Rechtsanwälte quinn emanuel u. Koll., Mannheim, Gerichts-Fach 227

**gegen**

**Microsoft Deutschland GmbH**
Konrad-Zuse-Str. 1, 85716 Unterschleißheim

- Beklagte -

Prozessbevollmächtigte:
Rechtsanwälte Freshfields Bruckhaus Deringer u. Koll., Prannerstr. 10, 80333 München
(PC/CBA 109096:0588)

**wegen** Patentverletzung

hat die 2. Zivilkammer des Landgerichts Mannheim auf die mündliche Verhandlung vom

07. Februar 2012 unter Mitwirkung von

Vors. Richter am Landgericht Dr. Kircher

Richterin am Landgericht Dr. Bauer-Gerland

Richter am Landgericht Wedler

für **Recht** erkannt:

Beklagte wird verurteilt,

1 .a)

es zu unterlassen, im Gebiet der Bundesrepublik Deutschland Dekodier-Einrichtungen (insbesondere Xbox 360) anzubieten, in den Verkehr zu bringen oder zu gebrauchen oder zu den genannten Zwecken einzuführen oder zu besitzen,

wenn diese umfassen:

- Mittel zum Empfangen von Superblöcken von adaptiv komprimierten digitalen Videodaten, wobei

- die Superblöcke einzelne Blöcke enthalten, von denen jeder unter Verwendung eines Kompressions-Mode aus einer Mehrzahl von verschiedenen, einen ersten Kompressions-Mode und einen zweiten Kompressions-Mode umfassenden Kompressions-Moden komprimiert ist, wobei

- die komprimierten Superblöcke Selektions-Overhead-Daten umfassen, die den für jeden Superblock und/oder die in jedem Superblock enthaltenen Blöcke verwendeten Kompressions-Mode identifizieren,

- an die Empfangsmittel gekoppelte Mittel zur Rückgewinnung aus jedem empfangenen Superblock entweder:

  - erste Overhead-Daten, welche den ersten Kompressions-Mode angeben, der zum Komprimieren aller Blöcke des Superblocks verwendet wurde, oder

  - zweite Overhead-Daten, welche den zweiten Kompressions-Mode angeben, der zum Komprimieren aller Blöcke des Superblocks verwendet wurde, oder

  - dritte Overhead-Daten, welche angeben, dass die in dem Superblock enthaltenen einzelnen Blöcke unter Verwendung eines Kompressions-Mode aus der Mehrzahl von verschiedenen Kompressions-Moden komprimiert wurden;

- auf die zurückgewonnenen ersten Overhead-Daten ansprechende Mittel zum Dekodieren des empfangenen Superblocks unter Verwendung eines Dekompressions-Mode, der dem ersten Kompressions-Mode entspricht;

- auf die zurückgewonnenen zweiten Overhead-Daten ansprechende Mittel zum Dekodieren eines empfangenen Superblocks unter Verwendung eines Dekompressions-Mode, der dem zweiten Kompressions-Mode entspricht; und

- auf die zurückgewonnenen dritten Overhead-Daten ansprechende Mittel zum Identifizieren der Kompressions-Moden, die zum Komprimieren jedes einzelnen Blocks in einem empfangenen Superblock verwendet wurden, und Dekodieren der Blöcke unter Verwendung eines Dekompressions-Mode für jeden einzelnen Block, der dem zum Komprimieren des Blocks verwendeten Kompressions-Mode entspricht.

(EP 0 615 384 B1, Anspruch 17, unmittelbare Verletzung).

1.b)

es zu unterlassen, im Gebiet der Bundesrepublik Deutschland Computersoftware (insbesondere Windows 7 und/oder Internet Explorer 9) anzubieten und/oder zu liefern,

wenn diese dazu geeignet ist, nach Installation auf einem Computer eine Dekodier-Einrichtung zu bilden

wenn diese umfasst:

- Mittel zum Empfangen von Superblöcken von adaptiv komprimierten digitalen Videodaten, wobei

- die Superblöcke einzelne Blöcke enthalten, von denen jeder unter Verwendung eines Kompressions-Mode aus einer Mehrzahl von verschiedenen, einen ersten Kompressions-Mode und einen zweiten Kompressions-Mode umfassenden Kompressions-Moden komprimiert ist, wobei

- die komprimierten Superblöcke Selektions-Overhead-Daten umfassen, die den für jeden Superblock und/oder die in jedem Superblock enthaltenen Blöcke verwendeten Kompressions-Mode identifizieren,

- an die Empfangsmittel gekoppelte Mittel zur Rückgewinnung aus jedem empfangenen Superblock entweder:

  o erste Overhead-Daten, welche den ersten Kompressions-Mode angeben, der zum Komprimieren aller Blöcke des Superblocks verwendet wurde, oder

  o zweite Overhead-Daten, welche den zweiten Kompressions-Mode angeben, der zum Komprimieren aller Blöcke des Superblocks verwendet wurde, oder

  o dritte Overhead-Daten, welche angeben, daß die in dem Superblock enthaltenen einzelnen Blöcke unter Verwendung eines Kompressions-Mode aus der Mehrzahl von verschiedenen Kompressions-Moden komprimiert wurden;

- auf die zurückgewonnenen ersten Overhead-Daten ansprechende Mittel zum Dekodieren des empfangenen Superblocks unter Verwendung eines Dekompressions-Mode, der dem ersten Kompressions-Mode entspricht;

- auf die zurückgewonnenen zweiten Overhead-Daten ansprechende Mittel zum Dekodieren eines empfangenen Superblocks unter Verwendung eines Dekompressions-Mode, der dem zweiten Kompressions-Mode entspricht; und

- auf die zurückgewonnenen dritten Overhead-Daten ansprechende Mittel zum Identifizieren der Kompressions-Moden, die zum Komprimieren jedes einzelnen Blocks in einem empfangenen Superblock verwendet wurden, und Dekodieren der Blöcke unter Verwendung eines Dekompressions-Mode für jeden einzelnen Block, der dem zum Komprimieren des Blocks verwendeten Kompressions-Mode entspricht.

(EP 0 615 384 B1, Anspruch 17, mittelbare Verletzung).

1.c)

es zu unterlassen, im Gebiet der Bundesrepublik Deutschland Computersoftware (insbesondere Windows Media Player 12)
anzubieten und/oder zu liefern,

wenn diese dazu geeignet ist nach Installation auf einer Dekodiervorrichtung gemäß Ziff. I.1 b) mit einer Computersoftware gemäß Ziff. I.1 b) (insbesondere Windows 7) zusammenzuwirken.

(EP 0 615 384 B1, Anspruch 17, mittelbare Verletzung)

1.d)

Für jeden Fall der Zuwiderhandlung gegen eines der Verbote gemäß Ziffer I. 1.a) bis Ziffer I. 1.c) wird der Beklagten jeweils Ordnungsgeld bis Euro 250.000, ersatzweise Ordnungshaft, oder Ordnungshaft bis zu 6 Monaten angedroht, wobei die Ordnungshaft an den gesetzlichen Vertretern der Beklagten zu vollziehen ist.

I.2.

Die Beklagte wird verurteilt, der Klägerin schriftlich in geordneter Form (gegliedert nach Kalendervierteljahren) Rechnung zu legen, in welchem Umfang sie die zu Ziffer I. 1 .a) bis Ziffer I.1.c) bezeichneten Handlungen seit dem 20. Oktober 2000 begangen hat, und zwar jeweils unter Angabe

a) der einzelnen Lieferungen (unter Vorlage der Rechnungen und/oder Lieferscheine) mit

aa) Liefermengen, Zeiten und Preisen,
bb) Marken der jeweiligen Erzeugnisse sowie allen Identifikationsmerkmalen wie Typenbezeichnung, Artikelbezeichnung, laufender Produktnummer,
cc) den Namen und Anschriften der Abnehmer,

b) der einzelnen Angebote (unter Vorlage schriftlicher Angebote) mit

aa) Angebotsmengen, Zeiten und Preisen,
bb) Marken der jeweiligen Erzeugnisse sowie allen Identifikationsmerkmalen wie Typenbezeichnung, Artikelbezeichnung, laufender Produktnummer,
cc) den Namen und Anschriften der gewerblichen Angebotsempfänger,

c) der nach den einzelnen Kostenfaktoren aufgeschlüsselten Gestehungskosten sowie des erzielten Gewinns,

d) der Namen und Anschriften der Hersteller, Lieferanten und anderer Vorbesitzer, jeweils mit der Anzahl der hergestellten, erhaltenen oder bestellten Erzeugnisse,

e) der betriebenen Werbung, aufgeschlüsselt nach Werbeträgern, deren Auflagenhöhe, Verbreitungszeitraum und Verbreitungsgebiet,

wobei die unter a) und d) genannten Angaben durch Vorlage der Auftragsbelege, Auftragsbestätigungen, Rechnungen sowie Liefer- und Zollpapiere zu belegen sind,

wobei der Beklagten vorbehalten bleibt, die Namen und Anschriften ihrer nicht-gewerblichen Abnehmer und der Angebotsempfänger statt der Klägerin einem von dieser zu bezeichnenden, dieser gegenüber zur Verschwiegenheit verpflichteten, vereidigten und in der Bundesrepublik Deutschland ansässigen Wirtschaftsprüfer mitzuteilen, sofern die Beklagte die durch dessen Einschaltung entstehenden Kosten übernimmt und ihn ermächtigt und verpflichtet, der Klägerin auf konkrete Anfrage mitzuteilen, ob ein bestimmter nicht-gewerblicher Abnehmer oder ein bestimmter Angebotsempfänger in der Rechnungslegung enthalten ist.

I.3.

Die Beklagte wird verurteilt, die unter Ziffer I.1.a) beschriebenen, im Besitz Dritter, die nicht Endabnehmer sind,  befindlichen Erzeugnisse, die nach dem 29. April 2006 in Verkehr gebracht wurden, aus den Vertriebswegen zurückzurufen, indem diejenigen Dritten, denen durch die Beklagte oder mit deren Zustimmung Besitz an den Erzeugnissen eingeräumt wurde, unter Hinweis darauf, dass die Kammer mit dem hiesigen Urteil auf eine Verletzung des Klagepatents erkannt hat, ernsthaft aufgefordert werden, die Erzeugnisse an die Beklagte zurückzugeben und den Dritten für den Fall der Rückgabe der Erzeugnisse eine Rückzahlung des ge-

jebenenfalls bereits bezahlten Kaufpreises sowie die Übernahme der Kosten der Rückgabe zugesagt wird

und

die unter Ziffer I. 1 .a) beschriebenen, im Besitz Dritter, die nicht Endabnehmer sind, befindlichen Erzeugnisse, die seit dem 01.09.2008 in Verkehr gebracht wurden, endgültig zu entfernen, indem die Beklagte diese Erzeugnisse wieder an sich nimmt oder die Vernichtung derselben beim jeweiligen Besitzer veranlasst.

II. Es wird festgestellt, dass die Beklagte verpflichtet ist, der Klägerin allen Schaden zu ersetzen, der der Klägerin durch Handlungen der Beklagten gemäß Ziffern I.1.a) bis I.1.c) seit dem 20. Oktober 2000 entstanden ist und noch entsteht.

III. Im Übrigen wird die Klage abgewiesen.

IV. Die Beklagte trägt die Kosten des Rechtsstreits.

V. Das Urteil ist vorläufig vollstreckbar gegen Sicherheitsleistung in Höhe von

- 120 Mio. € im Hinblick auf Ziffer I.1 [Unterlassung]
- 10 Mio. € im Hinblick auf Ziffer I.2. [Rechnungslegung]
- 10 Mio. € im Hinblick auf Ziffer I.3. [Rückruf/Entfernung], wobei die zu leistende Sicherheit für den Fall der isolierten Vollstreckung (ohne Vollstreckung der Unterlassung nach Ziff. I. 1.a) auf 50 Mio. € festgesetzt wird.
- 120 % des jeweils zu vollstreckenden Betrages im Hinblick auf Ziffer IV.

Dr. Kircher              Dr. Bauer-Gerland          Wedler
Vors. Richter am         Richterin am Landgericht   Richter am Landgericht
Landgericht

Ausgefertigt:

als Urkundsbeamtin der Geschäftsstelle



– 8 –

...iende Ausfertigung wird der Klägerin, vertreten durch Rechtsanwälten quinn ...el, Mannheim zum Zwecke der Zwangsvollstreckung erteilt.

...stehendes Urteil ist der Beklagten, zu Händen von Rechtsanwälten Freshfields ...uckhaus Deringer, München am 02.05.2012 zugestellt worden

Mannheim, 15. Juni 2012

Die Urkundsbeamtin der Geschäftsstelle:





ehende Ausfertigung des Urteils vom 02.05.2012 wird der

torola **Mobility LLC,** 600 North US Highway 45, Libertyville, IL 60048/USA

als Rechtsnachfolgerin der **General Instrument Corporation,** Horsham, PA 19044/USA zum Zwecke der Zwangsvollstreckung bzgl. Ziffer I.2. des Urteils (Rechnungslegung) erteilt.

Die Einzelrechtsnachfolge durch Abtretung ist nachgewiesen durch öffentlich beglaubigte Abschrift der notariellen Patentübertragungsverträge der Notarin Joanne Rauch vom 25.01.2013.

Hofmann
Rechtspfleger




Beglaubigt

Rechtsanwalt

# Beglaubigte Abschrift
## CERTIFIED COPY

i.Sa. General Instrument / Microsoft u.a.
Antrag auf titelumschreibende
Teil-Vollstreckungsklausel v. 3.4.2013
OLG Karlsruhe, Az. 6 U 46/12
Quinn Emanuel LLP

### ASSIGNMENT

WHEREAS, GENERAL INSTRUMENT HOLDINGS, INC., a corporation organized er the laws of DELAWARE, having a place of business at 600 North US Highway 45, ertyville, IL 60048 ("ASSIGNOR"), is or may be the owner of right, title and interest in and (a) the patents and/or patent applications listed in the attached Schedule A (the "LISTED ATENTS"), (b) any patents or patent applications (i) to which any of the LISTED PATENTS claims priority, (ii) that include a claim of priority to any patent or patent application to which any of the LISTED PATENTS claims priority, (iii) for which any of the LISTED PATENTS forms a basis for priority, and/or (iv) that form a basis for priority for any patent or patent application for which any of the LISTED PATENTS also forms a basis for priority; (c) reissues, reexaminations, extensions, continuations, continuations in part (if filed by or for ASSIGNEE), continuing prosecution applications, requests for continuing examinations, divisions, and registrations of any item in any of the foregoing categories (a) and (b); (d) patents or patent applications that are subject to a terminal disclaimer with any item in any of the foregoing categories (a) through (c); and (e) national (of any country of origin) and multinational counterparts of any item in any of the foregoing categories (a) through (d), including, without limitation, certificates of invention and utility models; in each case of any item in any of the foregoing categories (b) through (e), whether or not expressly listed as LISTED PATENTS and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, abandoned or the like (the LISTED PATENTS, together with all of the items in the foregoing categories (b)-(e), collectively, the "PATENTS AND PATENT APPLICATIONS").

WHEREAS, MOTOROLA MOBILITY LLC, a limited liability corporation organized under the laws of DELAWARE, having a place of business at 600 North US Highway 45, Libertyville, IL 60048 ("ASSIGNEE"), desires to obtain the entire right, title and interest in and to the PATENTS AND PATENT APPLICATIONS.

NOW, THEREFORE, in consideration of the good and valuable consideration received by ASSIGNOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby assigns and transfers to ASSIGNEE all of ASSIGNOR's right, title and interest throughout the world in, to and under the PATENTS AND PATENT APPLICATIONS, including the inventions claimed therein, and all rights of action, powers, and benefits arising

[NEWYORK 2674264_3]

wnership of the PATENTS AND PATENT APPLICATIONS, including without

tion,

(A) the right to sue and recover for damages or other compensation and the right to sue d obtain other legal and equitable remedies in respect of all causes of action arising before, on, r after the date of this Assignment, including without limitation in respect of past, present or future infringements, and the right to fully and entirely stand in the place of the ASSIGNOR in all matters related thereto, and ASSIGNOR hereby also assigns and transfers to ASSIGNEE any claims for past use or infringement of the PATENTS AND PATENT APPLICATIONS, including without limitation claims for damages and accounting under applicable law, (B) the right to file and prosecute in its own name, wherever so permitted by law, patent applications, including corresponding applications, based on any of the PATENTS AND PATENT APPLICATIONS and to prosecute, make filings with respect to, defend and maintain the PATENTS AND PATENT APPLICATIONS before any patent office and governmental authority, including without limitation by filing reissues, reexaminations, divisions, continuations, continuations-in-part, substitutes, extensions and all other applications relating thereto, and (C) the right to claim priority to any of the PATENTS AND PATENT APPLICATIONS pursuant to the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other treaties of like purposes.

ASSIGNEE may apply for and receive patents in its own name wherever so permitted by law and ASSIGNOR shall, when requested by ASSIGNEE, execute or cause to be executed all oaths, assignments, and powers of attorney to ASSIGNEE or to agents and legal representatives of ASSIGNEE, and all other papers necessary and proper to carry out the intent and purpose of this Assignment and to perfect ASSIGNEE's title in, to and under the PATENTS AND PATENT APPLICATIONS, and ASSIGNOR further agrees:

a.     to execute all papers necessary in connection with the PATENTS AND PATENT APPLICATIONS, and any continuing, divisional, reissue, reexamination or other corresponding application thereof and to execute any separate assignment in connection with such application as ASSIGNEE may deem necessary or expedient; and

b.     to perform all affirmative acts which may be necessary to obtain a grant of a valid patent to ASSIGNEE on any of the PATENTS AND PATENT APPLICATIONS and on any

ation, division, reissue or reexamination of any of the PATENTS AND PATENT
ICATIONS.

Notwithstanding the foregoing, ASSIGNEE shall be solely responsible for all costs
atsoever, including but not limited to attorneys' fees and patent office fees in any jurisdiction,
ssociated with the perfection of ASSIGNEE's right, title, and interest in and to the PATENTS
AND PATENT APPLICATIONS and recordation and/or registration of this Assignment or any
other document evidencing the assignment of the PATENTS AND PATENT APPLICATIONS.

ASSIGNOR retains no ownership rights in the PATENTS AND PATENT
APPLICATIONS, the inventions, and the rights transferred to ASSIGNEE hereunder.

ASSIGNEE acknowledges that the PATENTS AND PATENT APPLICATIONS remain
subject to covenants applicable to them granted prior to December 19, 2012 or, subject to that
certain Acquisition Agreement, dated as of December 19, 2012 by and among ARRIS Group, Inc.
and certain of its subsidiaries and ASSIGNOR and ASSIGNEE and/or certain of their affiliates,
after December 19, 2012 and prior to the date hereof, in the ordinary course of business
consistent with past practice (including in connection with settlement of disputes).

This Assignment shall be binding upon and shall inure to the benefit of the parties and
their respective successors and assigns.

This Assignment shall be governed by, and construed in accordance with, the laws of the
United States in respect to patent issues and in all other respects by the laws of the State of
California, without giving effect to the conflict of laws rules thereof.

ASSIGNEE ACKNOWLEDGES THAT THE PATENTS AND PATENT
APPLICATIONS ARE CONVEYED WITHOUT ANY REPRESENTATION, WARRANTY
OR GUARANTY PURSUANT TO THIS ASSIGNMENT, INCLUDING WITHOUT
LIMITATION AS TO THE CONDITION OF TITLE, ENFORCEABILITY, SUITABILITY OR
FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY, VALIDITY,
REGISTRABILITY OR ANY OTHER WARRANTY, WHETHER EXPRESS OR IMPLIED
OR BY OPERATION OF LAW.

This Assignment may be signed in counterparts, each of which shall be deemed an
original, but all of which together shall constitute one and the same instrument.

NESS WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly
ized representative on this 25th day of January 2013.

GENERAL INSTRUMENT HOLDINGS, INC.

By: _____

Printed Name: _____Katherine Stephens_____

Title: _____CEO, President and Secretary_____

Date: _____Jan 25, 2013_____

State of California

County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine
Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is
subscribed to the within instrument and acknowledged to me that he/she executed the same in
his/her authorized capacity, and that by his/her signature on the instrument the person, or the
entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

JOANNE RAUCH
Commission # 1964091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016

[NEWYORK 2674264_3]

# State of California
# Secretary of State

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country:**<br>Pays / País: | United States of America |

**This public document**
Le présent acte public / El presente documento público

| | |
|---|---|
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | *Joanne Rauch* |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *Notary Public, State of California* |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *Joanne Rauch, Notary Public, State of California* |

### Certified
Attesté / Certificado

| **5. at**<br>à / en | Sacramento, California | **6. the**<br>le / el día | *22nd day of February 2013* |
|---|---|---|---|
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. N°**<br>sous n°<br>bajo el número | *39995* | | |

| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | | **10. Signature:**<br>Signature:<br>Firma: | *Debra Bowen* |
|---|---|---|---|

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.

---

Cette apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en / au États-Unis d'Amérique, ses territoires où possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.

---

Esta apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla.
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.

Sec/State Form NP-40 Sac. (11/2011)



SSIGNEE hereby accepts receipt of the entire right, title and interest in and to the

TS AND PATENT APPLICATIONS.

MOTOROLA MOBILITY LLC

By: _____

Printed Name: _____Katherine Stephens_____

Title: _____Assistant Secretary_____

Date: _____Jan 25, 2013_____

State of California

County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

JOANNE RAUCH
Commission # 1964091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016

[NEWYORK 2674264_3]

## SCHEDULE A

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 96111137.4 | France | 07/11/1996 | EP0755154 | 01/22/1997 |
| 96111137.4 | Germany | 07/11/1996 | 69610173 | 05/17/2001 |
| 96111137.4 | Great Britain | 07/11/1996 | EP0755154 | 01/22/1997 |
| 08/493364 | United States | 07/21/1995 | 5671276 | 09/23/1997 |
| 99921973.6 | France | 05/14/1999 | EP1088446 | 06/20/2007 |
| 99921973.6 | Germany | 05/14/1999 | 69936344 | 02/28/2008 |
| 99921973.6 | Great Britain | 05/14/1999 | EP1088446 | 06/20/2007 |
| 09/716682 | United States | 11/20/2000 | 6948183 | 09/20/2005 |
| 27288/92 | Australia | 10/23/1992 | 648969 | 05/05/1994 |
| 2079862 | Canada | 10/05/1992 | 2079862 | 04/07/1998 |
| 92117001.5 | Austria | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Belgium | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Denmark | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | European Patent Convention | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | France | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Germany | 10/06/1992 | 69232063 | 05/29/2002 |
| 92117001.5 | Great Britain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Ireland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Italy | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Netherlands | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Spain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Sweden | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Switzerland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 98114569.5 | Hong Kong | 12/22/1998 | HK1013383 | 04/04/2002 |
| 4-308068 | Japan | 10/22/1992 | 2875117 | 03/24/1999 |
| 92-19684 | Republic of Korea | 10/24/1992 | 264507 | 10/24/1991 |
| P924111 | Norway | 10/23/1992 | 302680 | 04/06/1998 |
| 07/784474 | United States | 10/24/1991 | 5235419 | 08/10/1993 |
| 57708/94 | Australia | 03/09/1994 | 663671 | 10/12/1995 |
| 2118668 | Canada | 09/12/1994 | 2118668 | 12/22/1998 |
| 94103640.2 | France | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Germany | 03/10/1994 | 69425919 | 05/10/2001 |
| 94103640.2 | Great Britain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Ireland | 03/10/1994 | EP0615384 | 09/20/2000 |

Page 6 of 7

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 4103640.2 | Netherlands | 03/10/1994 | EP0615384 | 09/20/2000 |
| 4103640.2 | Spain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Sweden | 03/10/1994 | EP0615384 | 09/20/2000 |
| 6-66545 | Japan | 03/11/1994 | 2945268 | 09/06/1999 |
| 94-4658 | Republic of Korea | 03/10/1994 | 100244827 | 02/15/2000 |
| p940858 | Norway | 03/10/1994 | 311960 | 02/18/2002 |
| 08/023251 | United States | 03/11/1993 | 5376968 | 12/27/1994 |

Beglaubigt

M.

Rechtsanwalt

Page 7 of 7

Beglaubigte Übersetzung aus der englischen Sprache

# BEGLAUBIGTE AUSFERTIGUNG

## ABTRETUNG

**VORBEMERKUNGEN:**

Die GENERAL INSTRUMENT HOLDINGS, INC., eine nach den Gesetzen des US-Bundesstaats DELAWARE organisierte Kapitalgesellschaft, die einen Geschäftssitz in 600 North US Highway 45, Libertyville, IL 60048, USA hat („ZEDENTIN"), ist die Inhaberin oder möglicherweise die Inhaberin der Rechte und Ansprüche an/aus (a) den im beigefügten Verzeichnis A aufgeführten Patenten und/oder Patentanmeldungen (den „AUFGEFÜHRTEN PATENTEN"), (b) allen Patenten oder Patentanmeldungen, (i) denen gegenüber eines der AUFGEFÜHRTEN PATENTE eine Priorität beansprucht, (ii) die einen Prioritätsanspruch gegenüber einem Patent oder einer Patentanmeldung einschließen, dem bzw. der gegenüber eines der AUFGEFÜHRTEN PATENTE eine Priorität beansprucht, (iii) denen gegenüber eines der AUFGEFÜHRTEN PATENTE die Grundlage für eine Priorität bildet und/oder (iv) die die Grundlage für die Priorität eines Patents oder einer Patentanmeldung bilden, bezüglich derer auch eines der AUFGEFÜHRTEN PATENTE die Grundlage für eine Priorität darstellt, (c) erneuten Erteilungen zur Fehlerkorrektur (Reissues), erneuten Überprüfungen (Reexaminations), Verlängerungen (Extensions), Fortsetzungen (Continuations), Fortsetzungen mit neuem Material (Continuations-in-part) (wenn diese durch oder für die ZESSIONARIN beantragt werden), Weiterführungen des Prüfungsprozesses für eine Anmeldung (Continuing Prosecution Applications), Anträgen auf Weiterführung der Akte (Requests for Continuing Examinations), Teilungen (Divisions) und Eintragungen bezüglich eines der in den vorstehenden Kategorien (a) und (b) genannten Gegenstände, (d) Patenten oder Patentanmeldungen, die von einem Laufzeitverzicht (Terminal Disclaimer) bezüglich eines der in den vorstehenden Kategorien (a) bis (c) genannten Gegenstände abhängen, und (e) nationalen (aus einem beliebigen Ursprungsland) und multinationalen Entsprechungen zu einem der in den vorstehenden Kategorien (a) bis (d) genannten Gegenstände, insbesondere Erfindungsbescheinigungen und Gebrauchsmustern; dies gilt in jedem Fall für jeden in einer der vorstehenden Kategorien (b) bis (e) genannten Gegenstände unabhängig davon, ob er als AUFGEFÜHRTES PATENT ausdrücklich aufgeführt ist und ob die Ansprüche bezüglich des Vorstehenden zurückgewiesen, zurückgenommen, aufgehoben, fallen gelassen oder dergleichen worden sind (die AUFGEFÜHRTEN PATENTE, zusammen mit allen Gegenständen der vorstehenden Kategorien (b) bis (e) die „PATENTE UND PATENTANMELDUNGEN").

MOTOROLA MOBILITY LLC, eine nach den Gesetzen des US-Bundesstaats DELAWARE organisierte Gesellschaft mit beschränkter Haftung, die einen Geschäftssitz in 600 North US Highway 45, Libertyville, IL 60048, USA hat („ZESSIONARIN"), möchte die gesamten Rechte und Ansprüche an/aus den PATENTEN UND PATENTANMELDUNGEN erhalten.

[NEWYORK 2674264_3]

Case 2:10-cv-01823-JLR   Document 920-1   Filed 09/16/13   Page 26 of 69

VOR DIESEM HINTERGRUND und in Anbetracht der angemessenen ...leistung, die die ZEDENTIN von der ZESSIONARIN erhalten hat und deren Empfang Hinlänglichkeit hiermit anerkannt werden, überträgt die ZEDENTIN hiermit der ...SSIONARIN durch Abtretung weltweit alle Rechte und Ansprüche der ZEDENTIN an/aus ...d gemäß den PATENTEN UND PATENTANMELDUNGEN einschließlich der darin in ...nspruch genommenen Erfindungen sowie alle aus der Inhaberschaft an den PATENTEN ...ND PATENTANMELDUNGEN folgenden Klagerechte, Befugnisse und Vorteile; dies sind insbesondere

(A) das Recht, eine Klage einzureichen und Schadenersatz oder andere Entschädigungen zu erhalten, und das Recht, eine Klage einzureichen und sonstigen gesetzlichen und billigkeitsrechtlichen Rechtsschutz hinsichtlich aller vor, an oder nach dem Datum dieser Abtretung entstandenen Klagegründe zu erhalten, insbesondere hinsichtlich vergangener, gegenwärtiger oder zukünftiger Rechtsverletzungen, und das Recht, in allen darauf bezogenen Angelegenheiten voll und ganz an die Stelle der ZEDENTIN zu treten; die ZEDENTIN überträgt hiermit durch Abtretung auch alle Ansprüche wegen vergangener Nutzungen oder Verletzungen der PATENTE UND PATENTANMELDUNGEN an die ZESSIONARIN, insbesondere Ansprüche auf Schadenersatz und Rechnungslegung nach dem anwendbaren Recht; (B) das Recht, wo immer dies gesetzlich zulässig ist, im eigenen Namen auf die PATENTE UND PATENTANMELDUNGEN gestützte Patentanmeldungen einschließlich der zugehörigen Anträge einzureichen und zu betreiben und die PATENTE UND PATENTANMELDUNGEN vor jedem Patentamt und jeder Behörde zu betreiben, diesbezüglich Eingaben zu machen und sie zu verteidigen und aufrechtzuerhalten, insbesondere durch die Beantragung von erneuten Erteilungen zur Fehlerkorrektur (Reissues), erneuten Überprüfungen (Reexaminations), Teilungen (Divisions), Fortsetzungen (Continuations), Fortsetzungen mit neuem Material (Continuations-in-part), Ersetzungen (Substitutes) und Verlängerungen (Extensions) und durch die Stellung aller anderen darauf bezogenen Anträge; (C) das Recht, gemäß der Pariser Verbandsübereinkunft zum Schutz des gewerblichen Eigentums, dem Vertrag über die Internationale Zusammenarbeit auf dem Gebiet des Patentwesens, dem Europäischen Patentübereinkommen und allen anderen Abkommen mit vergleichbaren Zielsetzungen die Priorität der PATENTE UND PATENTANMELDUNGEN in Anspruch zu nehmen.

Die ZESSIONARIN darf in ihrem eigenen Namen Patente anmelden und entgegennehmen, wo immer dies gesetzlich zulässig ist, und die ZEDENTIN wird nach Aufforderung durch die ZESSIONARIN alle Beeidigungen, Abtretungen und Bevollmächtigungen für die ZESSIONARIN oder für ihre Beauftragten und ihre gesetzlichen Vertreter ausfertigen oder ausfertigen lassen; dies gilt auch für alle sonstigen Papiere, die zur Ausführung der Absicht und des Zwecks dieser Abtretung und zur Vervollständigung des Rechts der ZESSIONARIN an/aus und gemäß den PATENTEN UND PATENTANMELDUNGEN erforderlich und sachgemäß sind. Die ZEDENTIN verpflichtet sich außerdem,

a.    alle in Verbindung mit den PATENTEN UND PATENTANMELDUNGEN erforderlichen Papiere und alle diesbezüglichen Fortsetzungs- (Continuing), Teilungs- (Divisional), Neuerteilungs- (Reissue), Neuüberprüfungs- (Reexamination) und anderen

[NEWYORK 2674264_3]

...chenden Anmeldungen auszufertigen und gesonderte Abtretungen im Zusammenhang ...rartigen Anmeldungen auszufertigen, die die ZESSIONARIN für notwendig oder ...kmäßig hält, und

b.    alle Zustimmungserklärungen abzugeben, die notwendig sein können, um die ...teilung eines gültigen Patents an die ZESSIONARIN bezüglich der PATENTE ODER ...ATENTANMELDUNGEN oder bezüglich einer Fortsetzung (Continuation), Division ...Teilung), erneuten Erteilung (Reissue) oder erneuten Überprüfung (Reexamination) der PATENTE ODER PATENTANMELDUNGEN zu erhalten.

Unbeschadet des Vorstehenden ist die ZESSIONARIN allein verantwortlich für alle erdenklichen Kosten, insbesondere Anwaltsgebühren und Gebühren eines jeden zuständigen Patentamts, die im Zusammenhang stehen mit der Vervollständigung der Rechte und Ansprüche der ZESSIONARIN an/aus den PATENTEN UND PATENTANMELDUNGEN und der Registrierung und/oder Eintragung dieser Abtretung oder eines anderen Dokuments, das die Abtretung der PATENTE UND PATENTANMELDUNGEN nachweist.

Die ZEDENTIN behält keine Inhaberrechte an den PATENTEN UND PATENTANMELDUNGEN, Erfindungen und Rechten, die der ZESSIONARIN mit dieser Vereinbarung übertragen werden.

Die ZESSIONARIN erkennt an, dass die PATENTE UND PATENTANMELDUNGEN weiterhin den für diese geltenden vertraglichen Abreden unterliegen, die vor dem 19. Dezember 2012 getroffen wurden oder die der Übernahmevereinbarung (Aquisition Agreement) vom 19. Dezember 2012 zwischen der ARRIS Group, Inc. und einigen ihrer Tochterunternehmen und der ZEDENTIN und der ZESSIONARIN und/oder einigen ihrer verbundenen Unternehmen unterfallen und im normalen Geschäftsgang in Übereinstimmung mit bewährten Vorgehensweisen (auch in Verbindung mit der Regelung von Streitigkeiten) nach dem 19. Dezember 2012 und vor dem Datum dieser Abtretung getroffen wurden.

Diese Abtretung verpflichtet und berechtigt die Parteien und ihre jeweiligen Rechtsnachfolger und Zessionare.

Diese Abtretung unterliegt hinsichtlich den patentrechtlichen Fragen den Gesetzen der Vereinigten Staaten von Amerika und hinsichtlich aller sonstigen Punkte den Gesetzen des Bundesstaats Kalifornien, wobei jedoch dessen Kollisionsregeln keine Anwendung finden. Auch die Auslegung dieser Abtretung erfolgt in Übereinstimmung mit den genannten Gesetzen.

DIE ZESSIONARIN ERKENNT AN, DASS DIE PATENTE UND PATENTANMELDUNGEN GEMÄSS DIESER ABTRETUNG OHNE IRGENDWELCHE ZUSICHERUNGEN, GEWÄHRLEISTUNGEN ODER GARANTIEN ÜBERTRAGEN WERDEN, INSBESONDERE HINSICHTLICH DER HAFTUNG FÜR RECHTSMÄNGEL, DER DURCHSETZBARKEIT, DER EIGNUNG ODER TAUGLICHKEIT FÜR EINEN BESTIMMTEN ZWECK, DER MARKTGÄNGIGKEIT, WIRKSAMKEIT, EINTRAGUNGSFÄHIGKEIT ODER JEDER ANDEREN AUSDRÜCKLICHEN ODER STILLSCHWEIGENDEN ODER GESETZLICHEN GEWÄHRLEISTUNG.

Diese Abtretung kann in mehreren Ausfertigungen unterzeichnet werden, von denen jede als Original gilt, die jedoch zusammen ein und dieselbe Urkunde darstellen.

ZEUGNIS DESSEN hat die ZEDENTIN veranlasst, dass diese Abtretung am 25. Januar 2013 irer ordnungsgemäß bevollmächtigten Vertreterin unterzeichnet wurde.

GENERAL INSTRUMENT HOLDINGS, INC.

| | |
|---|---|
| Vertreten durch: | [Unterschrift] |
| Name in Druckbuchstaben: | Katherine Stephens |
| Bezeichnung: | CEO, Präsidentin und Secretary |
| Datum: | _25. Januar 2013_ |

Bundesstaat Kalifornien
Bezirk Santa Clara

Am 25. Januar 2013 ist vor mir, der Notarin Joanne Rauch, persönlich erschienen Katherine Stephens, die mir in ausreichender Weise nachgewiesen hat, dass sie die Person ist, mit deren Namen die vorliegende Urkunde unterschrieben wurde, und die mir gegenüber bestätigt hat, dass sie dieselbe im Rahmen der ihr übertragenen Befugnisse unterzeichnet hat und dass mit ihrer Unterschrift auf der Urkunde die natürliche oder juristische Person, für die sie gehandelt hat, die Urkunde unterzeichnet hat.

Ich versichere hiermit AN EIDES STATT nach den Gesetzen des Bundesstaats Kalifornien, dass der vorstehende Absatz wahr und richtig ist.

BEZEUGT durch meine Unterschrift und mein Dienstsiegel.

_____[Unterschrift]_____                    [Stempel:]
Notarin

| |
|---|
| JOANNE RAUCH |
| Zulassungsnr. 1964091 |
| Notarin – Kalifornien |
| Bezirk Santa Clara |
| Meine Zulassung gilt bis 14. Januar 2016 |

e Übersetzung aus der englischen Sprache                    **Seite S von 9**

# Bundesstaat Kalifornien
## Staatssekretärin

| | |
|---|---|
| **APOSTILLE** | |
| (Convention de La Haye du 5 octobre 1961) | |

| | | |
|---|---|---|
| 1. | **Land:** [...] | Vereinigte Staaten von Amerika |

| | |
|---|---|
| **Diese öffentliche Urkunde** [...] | |

| | | |
|---|---|---|
| 2. | **ist unterschrieben von** [...] | *Joanne Rauch* |
| 3. | **in ihrer Eigenschaft als** [...] | *Notarin, Bundesstaat Kalifornien* |
| 4. | **Sie ist versehen mit dem Siegel/Stempel der** [...] | *Joanne Rauch, Notarin, Bundesstaat Kalifornien* |

| | |
|---|---|
| **Bestätigt** | |
| [...] | |

| | | | | |
|---|---|---|---|---|
| 5. | **in** [...] | Sacramento, Kalifornien | 6. **am** [...] | *22. Februar 2013* |
| 7. | **durch** [...] | Staatssekretärin, Bundesstaat Kalifornien | | |
| 8. | **unter Nr.** [...] | *39995* | | |
| 9. | **Siegel/Stempel:** [...] | [Siegel unleserlich] | 10. **Unterschrift:** [...] | [Unterschrift] |

Bei dieser Apostille handelt es sich um die dreisprachige Musterbescheinigung für die Apostille, die vom Ständigen Büro vorgeschlagen und als Reaktion auf die Sonderkommission von 2009 über die praktische Anwendung des Haager Apostillen-Übereinkommens entwickelt wurde.

Diese Apostille bescheinigt nur die Echtheit der Unterschrift und die Eigenschaft der Person, die die öffentliche Urkunde unterzeichnet hat, und gegebenenfalls die Echtheit des Siegels oder Stempels auf der öffentlichen Urkunde.

Diese Apostille bestätigt nicht den Inhalt der Urkunde, für die sie ausgestellt wurde.

Diese Apostille ist nicht gültig zur Verwendung innerhalb der Vereinigten Staaten von Amerika, ihrer Territorien und Besitzungen.

Um die Ausstellung dieser Apostille zu überprüfen, siehe: www.sos.ca.gov/business/notary/apostille-search/.

[...]

[Siegel unleserlich]

te Übersetzung aus der englischen Sprache

Die ZESSIONARIN nimmt hiermit die gesamten Rechte und Ansprüche an/aus den
NTEN UND PATENTANMELDUNGEN an.

MOTOROLA MOBILITY LLC

Vertreten durch:               [Unterschrift]
Name in Druckbuchstaben:       Katherine Stephens
Bezeichnung:                   Assistant Secretary
Datum:                         25. Januar 2013

Bundesstaat Kalifornien
Bezirk Santa Clara

Am 25. Januar 2013 ist vor mir, der Notarin Joanne Rauch, persönlich erschienen Katherine
Stephens, die mir in ausreichender Weise nachgewiesen hat, dass sie die Person ist, mit deren
Namen die vorliegende Urkunde unterschrieben wurde, und die mir gegenüber bestätigt hat,
dass sie dieselbe im Rahmen der ihr übertragenen Befugnisse unterzeichnet hat und dass mit
ihrer Unterschrift auf der Urkunde die natürliche oder juristische Person, für die sie gehandelt
hat, die Urkunde unterzeichnet hat.

Ich versichere hiermit AN EIDES STATT nach den Gesetzen des Bundesstaats Kaliforniens,
dass der vorstehende Absatz wahr und richtig ist.

BEZEUGT durch meine Unterschrift und mein Dienstsiegel.

[Siegel unleserlich]

[Unterschrift]
Notarin

[Stempel:]

| JOANNE RAUCH |
| Zulassungsnr. 1964091 |
| Notarin – Kalifornien |
| Bezirk Santa Clara |
| Meine Zulassung gilt bis 14. Januar 2016 |

[NEWYORK 2674264_3]

# VERZEICHNIS A

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 96111137.4 | France | 07/11/1996 | EP0755154 | 01/22/1997 |
| 96111137.4 | Germany | 07/11/1996 | 69610173 | 05/17/2001 |
| 96111137.4 | Great Britain | 07/11/1996 | EP0755154 | 01/22/1997 |
| 08/493364 | United States | 07/21/1995 | 5671276 | 09/23/1997 |
| 99921973.6 | France | 05/14/1999 | EP1088446 | 06/20/2007 |
| 99921973.6 | Germany | 05/14/1999 | 69936344 | 02/28/2008 |
| 99921973.6 | Great Britain | 05/14/1999 | EP1088446 | 06/20/2007 |
| 09/716682 | United States | 11/20/2000 | 6948183 | 09/20/2005 |
| 27288/92 | Australia | 10/23/1992 | 648969 | 05/05/1994 |
| 2079862 | Canada | 10/05/1992 | 2079862 | 04/07/1998 |
| 92117001.5 | Austria | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Belgium | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Denmark | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | European Patent Convention | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | France | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Germany | 10/06/1992 | 69232063 | 05/29/2002 |
| 92117001.5 | Great Britain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Ireland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Italy | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Netherlands | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Spain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Sweden | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Switzerland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 98114569.5 | Hong Kong | 12/22/1998 | HK1013383 | 04/04/2002 |
| 4-308068 | Japan | 10/22/1992 | 2875117 | 03/24/1999 |
| 92-19684 | Republic of Korea | 10/24/1992 | 264507 | 10/24/1991 |
| P924111 | Norway | 10/23/1992 | 302680 | 04/06/1998 |
| 07/784474 | United States | 10/24/1991 | 5235419 | 08/10/1993 |
| 57708/94 | Australia | 03/09/1994 | 663671 | 10/12/1995 |
| 2118668 | Canada | 09/12/1994 | 2118668 | 12/22/1998 |
| 94103640.2 | France | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Germany | 03/10/1994 | 69425919 | 05/10/2001 |
| 94103640.2 | Great Britain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Ireland | 03/10/1994 | EP0615384 | 09/20/2000 |

[NEWYORK 2674264_3]

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 94103640.2 | Netherlands | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Spain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Sweden | 03/10/1994 | EP0615384 | 09/20/2000 |
| 6-66545 | Japan | 03/11/1994 | 2945268 | 09/06/1999 |
| 94-4658 | Republic of Korea | 03/10/1994 | 100244827 | 02/15/2000 |
| P940858 | Norway | 03/10/1994 | 311960 | 02/18/2002 |
| 08/023251 | United States | 03/11/1993 | 5376968 | 12/27/1994 |

[NEWYORK 2674264_3]

gte Übersetzung aus der englischen Sprache

it bestätige ich, Dr. Wolfram Radke, Notar in der Freien und Hansestadt Hamburg und

ese, Gänsemarkt 50, 20354 Hamburg, Bundesrepublik Deutschland, dass diese

aubigte Ausfertigung mit der Originalurkunde übereinstimmt.

amburg, den 6. März 2013

[Unterschrift]

Notar

Vorstehende Übersetzung der mir als Scan (PDF-Datei) vorgelegten und in englischer Sprache abgefassten Urkunde ist richtig und vollständig.

In französischer bzw. spanischer Sprache abgefasste Einträge wurden in der Übersetzung durch [...] gekennzeichnet.

Marburg, 18. März 2013

Meike Jänecke
In der Wann 56
35037 Marburg

CERTIFIED COPY

ASSIGNMENT

WHEREAS, GENERAL INSTRUMENT HOLDINGS, INC., a corporation organized under the laws of DELAWARE, having a place of business at 600 North US Highway 45, Libertyville, IL  60048 ("ASSIGNOR"), is or may be the owner of right, title and interest in and to (a) the patents and/or patent applications listed in the attached Schedule A (the "LISTED PATENTS"), (b) any patents or patent applications (i) to which any of the LISTED PATENTS claims priority, (ii) that include a claim of priority to any patent or patent application to which any of the LISTED PATENTS claims priority, (iii) for which any of the LISTED PATENTS forms a basis for priority, and/or (iv) that form a basis for priority for any patent or patent application for which any of the LISTED PATENTS also forms a basis for priority; (c) reissues, reexaminations, extensions, continuations, continuations in part (if filed by or for ASSIGNEE), continuing prosecution applications, requests for continuing examinations, divisions, and registrations of any item in any of the foregoing categories (a) and (b); (d) patents or patent applications that are subject to a terminal disclaimer with any item in any of the foregoing categories (a) through (c), and (e) national (of any country of origin) and multinational counterparts of any item in any of the foregoing categories (a) through (d), including, without limitation, certificates of invention and utility models, in each case of any item in any of the foregoing categories (b) through (e), whether or not expressly listed as LISTED PATENTS and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, abandoned or the like (the LISTED PATENTS, together with all of the items in the foregoing categories (b)-(e), collectively, the "PATENTS AND PATENT APPLICATIONS").

WHEREAS, MOTOROLA MOBILITY LLC, a limited liability corporation organized under the laws of DELAWARE, having a place of business at 600 North US Highway 45, Libertyville, IL  60048 ("ASSIGNEE"), desires to obtain the entire right, title and interest in and to the PATENTS AND PATENT APPLICATIONS.

NOW, THEREFORE, in consideration of the good and valuable consideration received by ASSIGNOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby assigns and transfers to ASSIGNEE all of ASSIGNOR's right, title and interest throughout the world in, to and under the PATENTS AND PATENT APPLICATIONS, including the inventions claimed therein, and all rights of action, powers, and benefits arising

[NEWYORK 2674264_3]

ip of the PATENTS AND PATENT APPLICATIONS, including without

the right to sue and recover for damages or other compensation and the right to sue other legal and equitable remedies in respect of all causes of action arising before, on, the date of this Assignment, including without limitation in respect of past, present or infringements, and the right to fully and entirely stand in the place of the ASSIGNOR in atters related thereto, and ASSIGNOR hereby also assigns and transfers to ASSIGNEE any ms for past use or infringement of the PATENTS AND PATENT APPLICATIONS, luding without limitation claims for damages and accounting under applicable law, (B) the ght to file and prosecute in its own name, wherever so permitted by law, patent applications, including corresponding applications, based on any of the PATENTS AND PATENT APPLICATIONS and to prosecute, make filings with respect to, defend and maintain the PATENTS AND PATENT APPLICATIONS before any patent office and governmental authority, including without limitation by filing reissues, reexaminations, divisions, continuations, continuations-in-part, substitutes, extensions and all other applications relating thereto, and (C) the right to claim priority to any of the PATENTS AND PATENT APPLICATIONS pursuant to the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other treaties of like purposes.

ASSIGNEE may apply for and receive patents in its own name wherever so permitted by law and ASSIGNOR shall, when requested by ASSIGNEE, execute or cause to be executed all oaths, assignments, and powers of attorney to ASSIGNEE or to agents and legal representatives of ASSIGNEE, and all other papers necessary and proper to carry out the intent and purpose of this Assignment and to perfect ASSIGNEE's title in, to and under the PATENTS AND PATENT APPLICATIONS, and ASSIGNOR further agrees:

a.     to execute all papers necessary in connection with the PATENTS AND PATENT APPLICATIONS, and any continuing, divisional, reissue, reexamination or other corresponding application thereof and to execute any separate assignment in connection with such application as ASSIGNEE may deem necessary or expedient; and

b.     to perform all affirmative acts which may be necessary to obtain a grant of a valid patent to ASSIGNEE on any of the PATENTS AND PATENT APPLICATIONS and on any

[NEWYORK 2674264_3]

ivision, reissue or reexamination of any of the PATENTS AND PATENT

ONS.

withstanding the foregoing, ASSIGNEE shall be solely responsible for all costs

, including but not limited to attorneys' fees and patent office fees in any jurisdiction,

d with the perfection of ASSIGNEE's right, title, and interest in and to the PATENTS

ATENT APPLICATIONS and recordation and/or registration of this Assignment or any

document evidencing the assignment of the PATENTS AND PATENT APPLICATIONS.

ASSIGNOR retains no ownership rights in the PATENTS AND PATENT

PLICATIONS, the inventions, and the rights transferred to ASSIGNEE hereunder.

ASSIGNEE acknowledges that the PATENTS AND PATENT APPLICATIONS remain

ubject to covenants applicable to them granted prior to December 19, 2012 or, subject to that

certain Acquisition Agreement, dated as of December 19, 2012 by and among ARRIS Group, Inc.

and certain of its subsidiaries and ASSIGNOR and ASSIGNEE and/or certain of their affiliates,

after December 19, 2012 and prior to the date hereof, in the ordinary course of business

consistent with past practice (including in connection with settlement of disputes).

This Assignment shall be binding upon and shall inure to the benefit of the parties and

their respective successors and assigns.

This Assignment shall be governed by, and construed in accordance with, the laws of the

United States in respect to patent issues and in all other respects by the laws of the State of

California, without giving effect to the conflict of laws rules thereof.

ASSIGNEE ACKNOWLEDGES THAT THE PATENTS AND PATENT

APPLICATIONS ARE CONVEYED WITHOUT ANY REPRESENTATION, WARRANTY

OR GUARANTY PURSUANT TO THIS ASSIGNMENT, INCLUDING WITHOUT

LIMITATION AS TO THE CONDITION OF TITLE, ENFORCEABILITY, SUITABILITY OR

FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY, VALIDITY,

REGISTRABILITY OR ANY OTHER WARRANTY, WHETHER EXPRESS OR IMPLIED

OR BY OPERATION OF LAW.

This Assignment may be signed in counterparts, each of which shall be deemed an

original, but all of which together shall constitute one and the same instrument.

NEWYORK 2674264_3

WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly representative on this 25th day of January 2013.

GENERAL INSTRUMENT HOLDINGS, INC.

By: _____

Printed Name: _____Katherine Stephens_____

Title: _____CEO, President and Secretary_____

Date: _____Jan 25 2013_____

State of California

County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public



JOANNE RAUCH
Commission # 1984091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016

Page 4 of 7

[NEWYORK 2674264_3]

# State of California
## Secretary of State

### APOSTILLE

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **Country:**<br>/ Pais: | United States of America |
| **This public document**<br>présent acte public / El presente documento público | |
| **1. has been signed by**<br>a été signé par<br>ha sido firmado por | Joanne Rauch |
| **2. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Notary Public, State of California |
| **3. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | Joanne Rauch, Notary Public, State of California |

### Certified
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at**<br>à / en | Sacramento, California | **6. the**<br>le / el día | 22nd day of February 2013 |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. N°**<br>sous n°<br>bajo el número | 39995 | | |

| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: |  | **10. Signature:**<br>Signature:<br>Firma: | *Debra Bowen* |
|---|---|---|---|

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search.

Cette Apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en aux États-unis d'Amérique, ses territoires ou possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search.

Esta apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla.
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la autenticidad del sello o timbre de que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válida el uso de esta Apostilla en Estados unidos de América, sus territorios o posesores.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search.



...EE hereby accepts receipt of the entire right, title and interest in and to the
...D PATENT APPLICATIONS.

MOTOROLA MOBILITY LLC

By: _____

Printed Name: _____Katherine Stephens_____

Title: _____Assistant Secretary_____

Date: _____Jan 25 2013_____

...e of California

...nty of Santa Clara

...January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine
...phens, who proved to me on the basis of satisfactory evidence to be the person whose name is
...bscribed to the within instrument and acknowledged to me that he/she executed the same in
...her authorized capacity, and that by his/her signature on the instrument the person, or the
...ity upon behalf of which the person acted, executed the instrument.

...ertify under PENALTY OF PERJURY under the laws of the State of California that the
...egoing paragraph is true and correct.

...TNESS my hand and official seal.



...ary Public



JOANNE RAUCH
Commission # 1904091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2015

NEW YORK 2674264_3

SCHEDULE A

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 96111137.4 | France | 07/11/1996 | EP0755154 | 01/22/1997 |
| 96111137.4 | Germany | 07/11/1996 | 69610173 | 05/17/2001 |
| 96111137.4 | Great Britain | 07/11/1996 | EP0755154 | 01/22/1997 |
| 08/493364 | United States | 07/21/1995 | 5671276 | 09/23/1997 |
| 99921973.6 | France | 05/14/1999 | EP1088446 | 06/20/2007 |
| 99921973.6 | Germany | 05/14/1999 | 69936344 | 02/28/2008 |
| 99921973.6 | Great Britain | 05/14/1999 | EP1088446 | 06/20/2007 |
| 09/716682 | United States | 11/20/2000 | 6948183 | 09/20/2005 |
| 27288/92 | Australia | 10/23/1992 | 648969 | 05/05/1994 |
| 2079862 | Canada | 10/05/1992 | 2079862 | 04/07/1998 |
| 92117001.5 | Austria | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Belgium | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Denmark | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | European Patent Convention | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | France | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Germany | 10/06/1992 | 69232063 | 05/29/2002 |
| 92117001.5 | Great Britain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Ireland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Italy | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Netherlands | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Spain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Sweden | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Switzerland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 98114569.5 | Hong Kong | 12/22/1998 | HK1013383 | 04/04/2002 |
| 4-308068 | Japan | 10/22/1992 | 2875117 | 03/24/1999 |
| 92-19684 | Republic of Korea | 10/24/1992 | 264507 | 10/24/1991 |
| P924111 | Norway | 10/23/1992 | 302680 | 04/06/1998 |
| 07/784474 | United States | 10/24/1991 | 5235419 | 08/10/1993 |
| 57708/94 | Australia | 03/09/1994 | 663671 | 10/12/1995 |
| 2118668 | Canada | 09/12/1994 | 2118668 | 12/22/1998 |
| 94103640.2 | France | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Germany | 03/10/1994 | 69425919 | 05/10/2001 |
| 94103640.2 | Great Britain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Ireland | 03/10/1994 | EP0615384 | 09/20/2000 |

[NEW YORK 2674264_3]

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 94103640.2 | Netherlands | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Spain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Sweden | 03/10/1994 | EP0615384 | 09/20/2000 |
| 6-66545 | Japan | 03/11/1994 | 2945268 | 09/06/1999 |
| 94-4658 | Republic of Korea | 03/10/1994 | 100244827 | 02/15/2000 |
| p940858 | Norway | 03/10/1994 | 311960 | 02/18/2002 |
| 08/023251 | United States | 03/11/1993 | 5376968 | 12/27/1994 |

{NEWYORK 2674264_3}

I certify, Dr. Wolfram Radke, Notary Public in and for the Freie und Hansestadt
Gänsemarkt 50, 20354 Hamburg, Federal Republic of Germany, that this certified
is in correspondence with the original document.

mburg, 6th March 2013

Notary Public

**Beglaubigt**

**Rechtsanwalt**

**Beglaubigte Abschrift**

Anlage AS 3

i.Sa. General Instrument / Microsoft u.a.
Antrag auf titelumschreibende
Teil-Vollstreckungsklausel v. 3.4.2013
OLG Karlsruhe, Az. 6 U 46/12
Quinn Emanuel LLP

## CERTIFIED COPY

### ASSIGNMENT

WHEREAS, <u>GENERAL INSTRUMENT CORPORATION</u>, a corporation organized under the laws of <u>DELAWARE</u>, having a place of business at <u>101 Tournament Drive, Building 1, Horsham, PA  19044</u> ("ASSIGNOR"), is or may be the owner of right, title and interest in and to (a) the patents and/or patent applications listed in the attached Schedule A (the "LISTED PATENTS"), (b) any patents or patent applications (i) to which any of the LISTED PATENTS claims priority, (ii) that include a claim of priority to any patent or patent application to which any of the LISTED PATENTS claims priority, (iii) for which any of the LISTED PATENTS forms a basis for priority, and/or (iv) that form a basis for priority for any patent or patent application for which any of the LISTED PATENTS also forms a basis for priority; (c) reissues, reexaminations, extensions, continuations, continuations in part (if filed by or for ASSIGNEE), continuing prosecution applications, requests for continuing examinations, divisions, and registrations of any item in any of the foregoing categories (a) and (b); (d) patents or patent applications that are subject to a terminal disclaimer with any item in any of the foregoing categories (a) through (c); and (e) national (of any country of origin) and multinational counterparts of any item in any of the foregoing categories (a) through (d), including, without limitation, certificates of invention and utility models; in each case of any item in any of the foregoing categories (b) through (e), whether or not expressly listed as LISTED PATENTS and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, abandoned or the like (the LISTED PATENTS, together with all of the items in the foregoing categories (b)-(e), collectively, the "PATENTS AND PATENT APPLICATIONS").

WHEREAS, <u>GENERAL INSTRUMENT HOLDINGS, INC.</u>, a corporation organized under the laws of <u>DELAWARE</u>, having a place of business at <u>600 North US Highway 45, Libertyville, IL  60048</u> ("ASSIGNEE"), desires to obtain the entire right, title and interest in and to the PATENTS AND PATENT APPLICATIONS.

NOW, THEREFORE, in consideration of the good and valuable consideration received by ASSIGNOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby assigns and transfers to ASSIGNEE all of ASSIGNOR's right, title and interest throughout the world in, to and under the PATENTS AND PATENT APPLICATIONS, including the inventions claimed therein, and all rights of action, powers, and benefits arising

[NEWYORK 2674264_3]

n ownership of the PATENTS AND PATENT APPLICATIONS, including without limitation,

(A) the right to sue and recover for damages or other compensation and the right to sue and obtain other legal and equitable remedies in respect of all causes of action arising before, on, or after the date of this Assignment, including without limitation in respect of past, present or future infringements, and the right to fully and entirely stand in the place of the ASSIGNOR in all matters related thereto, and ASSIGNOR hereby also assigns and transfers to ASSIGNEE any claims for past use or infringement of the PATENTS AND PATENT APPLICATIONS, including without limitation claims for damages and accounting under applicable law, (B) the right to file and prosecute in its own name, wherever so permitted by law, patent applications, including corresponding applications, based on any of the PATENTS AND PATENT APPLICATIONS and to prosecute, make filings with respect to, defend and maintain the PATENTS AND PATENT APPLICATIONS before any patent office and governmental authority, including without limitation by filing reissues, reexaminations, divisions, continuations, continuations-in-part, substitutes, extensions and all other applications relating thereto, and (C) the right to claim priority to any of the PATENTS AND PATENT APPLICATIONS pursuant to the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other treaties of like purposes.

ASSIGNEE may apply for and receive patents in its own name wherever so permitted by law and ASSIGNOR shall, when requested by ASSIGNEE, execute or cause to be executed all oaths, assignments, and powers of attorney to ASSIGNEE or to agents and legal representatives of ASSIGNEE, and all other papers necessary and proper to carry out the intent and purpose of this Assignment and to perfect ASSIGNEE's title in, to and under the PATENTS AND PATENT APPLICATIONS, and ASSIGNOR further agrees:

    a.     to execute all papers necessary in connection with the PATENTS AND PATENT APPLICATIONS, and any continuing, divisional, reissue, reexamination or other corresponding application thereof and to execute any separate assignment in connection with such application as ASSIGNEE may deem necessary or expedient; and

    b.     to perform all affirmative acts which may be necessary to obtain a grant of a valid patent to ASSIGNEE on any of the PATENTS AND PATENT APPLICATIONS and on any

[NEWYORK 2674264_3]

continuation, division, reissue or reexamination of any of the PATENTS AND PATENT APPLICATIONS.

Notwithstanding the foregoing, ASSIGNEE shall be solely responsible for all costs whatsoever, including but not limited to attorneys' fees and patent office fees in any jurisdiction, associated with the perfection of ASSIGNEE's right, title, and interest in and to the PATENTS AND PATENT APPLICATIONS and recordation and/or registration of this Assignment or any other document evidencing the assignment of the PATENTS AND PATENT APPLICATIONS.

ASSIGNOR retains no ownership rights in the PATENTS AND PATENT APPLICATIONS, the inventions, and the rights transferred to ASSIGNEE hereunder.

ASSIGNEE acknowledges that the PATENTS AND PATENT APPLICATIONS remain subject to covenants applicable to them granted prior to December 19, 2012 or, subject to that certain Acquisition Agreement, dated as of December 19, 2012 by and among ARRIS Group, Inc. and certain of its subsidiaries and ASSIGNOR and ASSIGNEE and/or certain of their affiliates, after December 19, 2012 and prior to the date hereof, in the ordinary course of business consistent with past practice (including in connection with settlement of disputes).

This Assignment shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.

This Assignment shall be governed by, and construed in accordance with, the laws of the United States in respect to patent issues and in all other respects by the laws of the State of California, without giving effect to the conflict of laws rules thereof.

ASSIGNEE ACKNOWLEDGES THAT THE PATENTS AND PATENT APPLICATIONS ARE CONVEYED WITHOUT ANY REPRESENTATION, WARRANTY OR GUARANTY PURSUANT TO THIS ASSIGNMENT, INCLUDING WITHOUT LIMITATION AS TO THE CONDITION OF TITLE, ENFORCEABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY, VALIDITY, REGISTRABILITY OR ANY OTHER WARRANTY, WHETHER EXPRESS OR IMPLIED OR BY OPERATION OF LAW.

This Assignment may be signed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly authorized representative on this 25th day of January 2013.

GENERAL INSTRUMENT CORPORATION

By: _____

Printed Name: _____Katherine Stephens_____

Title: _____Assistant Secretary_____

Date: _____Jan 25, 2013_____

State of California

County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public



JOANNE RAUCH
Commission # 1964091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016

Page 4 of 7

[NEW YORK 2674264_3]

# State of California
## Secretary of State

| | |
|---|---|
| **APOSTILLE**<br>(Convention de La Haye du 5 octobre 1961) | |
| **Country:**<br>Pays / País: | United States of America |

**This public document**
Le présent acte public / El presente documento público

| | |
|---|---|
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | *Joanne Rauch* |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *Notary Public, State of California* |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *Joanne Rauch, Notary Public, State of California* |

**Certified**
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at**<br>à / en | Sacramento, California | **6. the**<br>le / el día | *22nd day of February 2013* |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. N°**<br>sous n°<br>bajo el número | 59388 | | |
| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: |  | **10. Signature:**<br>Signature:<br>Firma: | *Debra Bowen* |

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.

---

Cette apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en / au États-Unis d'Amérique, ses territoires où possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.

---

Esta apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla.
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.



Sec/State Form NP-40 Sac. (11/2011)

ASSIGNEE hereby accepts receipt of the entire right, title and interest in and to the ~~ENTS~~ AND PATENT APPLICATIONS.

GENERAL INSTRUMENT HOLDINGS, INC.

By: _____

Printed Name: _____Katherine Stephens_____

Title: _____CEO, President and Secretary_____

Date: _____Jan 25, 2013_____

State of California

County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

JOANNE RAUCH
Commission # 1964091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016



[NEWYORK 2674264_3]

## SCHEDULE A

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 96111137.4 | France | 07/11/1996 | EP0755154 | 01/22/1997 |
| 96111137.4 | Germany | 07/11/1996 | 69610173 | 05/17/2001 |
| 96111137.4 | Great Britain | 07/11/1996 | EP0755154 | 01/22/1997 |
| 08/493364 | United States | 07/21/1995 | 5671276 | 09/23/1997 |
| 99921973.6 | France | 05/14/1999 | EP1088446 | 06/20/2007 |
| 99921973.6 | Germany | 05/14/1999 | 69936344 | 02/28/2008 |
| 99921973.6 | Great Britain | 05/14/1999 | EP1088446 | 06/20/2007 |
| 09/716682 | United States | 11/20/2000 | 6948183 | 09/20/2005 |
| 27288/92 | Australia | 10/23/1992 | 648969 | 05/05/1994 |
| 2079862 | Canada | 10/05/1992 | 2079862 | 04/07/1998 |
| 92117001.5 | Austria | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Belgium | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Denmark | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | European Patent Convention | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | France | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Germany | 10/06/1992 | 69232063 | 05/29/2002 |
| 92117001.5 | Great Britain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Ireland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Italy | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Netherlands | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Spain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Sweden | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Switzerland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 98114569.5 | Hong Kong | 12/22/1998 | HK1013383 | 04/04/2002 |
| 4-308068 | Japan | 10/22/1992 | 2875117 | 03/24/1999 |
| 92-19684 | Republic of Korea | 10/24/1992 | 264507 | 10/24/1991 |
| P924111 | Norway | 10/23/1992 | 302680 | 04/06/1998 |
| 07/784474 | United States | 10/24/1991 | 5235419 | 08/10/1993 |
| 57708/94 | Australia | 03/09/1994 | 663671 | 10/12/1995 |
| 2118668 | Canada | 09/12/1994 | 2118668 | 12/22/1998 |
| 94103640.2 | France | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Germany | 03/10/1994 | 69425919 | 05/10/2001 |
| 94103640.2 | Great Britain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Ireland | 03/10/1994 | EP0615384 | 09/20/2000 |

Page 6 of 7

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 94103640.2 | Netherlands | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Spain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Sweden | 03/10/1994 | EP0615384 | 09/20/2000 |
| 6-66545 | Japan | 03/11/1994 | 2945268 | 09/06/1999 |
| 94-4658 | Republic of Korea | 03/10/1994 | 100244827 | 02/15/2000 |
| P940858 | Norway | 03/10/1994 | 311960 | 02/18/2002 |
| 08/023251 | United States | 03/11/1993 | 5376968 | 12/27/1994 |

Page 7 of 7

Herewith I certify, Dr. Wolfram Radke, Notary Public in and for the Freie und Hansestadt Hamburg, Gänsemarkt 50, 20354 Hamburg, Federal Republic of Germany, that this certified copy is in correspondence with the original document.

Hamburg, 6th March 2013

Notary Public

Beglaubigt

M.

Rechtsanwalt

Beglaubigte Übersetzung aus der englischen Sprache

# BEGLAUBIGTE AUSFERTIGUNG

## ABTRETUNG

**VORBEMERKUNGEN:**  Die GENERAL INSTRUMENT CORPORATION, eine nach den Gesetzen des US-Bundesstaats DELAWARE organisierte Kapitalgesellschaft, die einen Geschäftssitz in 101 Tournament Drive, Building 1, Horsham, PA 19044, USA hat („ZEDENTIN"), ist die Inhaberin oder möglicherweise die Inhaberin der Rechte und Ansprüche an/aus (a) den im beigefügten Verzeichnis A aufgeführten Patenten und/oder Patentanmeldungen (den „AUFGEFÜHRTEN PATENTEN"), (b) allen Patenten oder Patentanmeldungen, (i) denen gegenüber eines der AUFGEFÜHRTEN PATENTE eine Priorität beansprucht, (ii) die einen Prioritätsanspruch gegenüber einem Patent oder einer Patentanmeldung einschließen, dem bzw. der gegenüber eines der AUFGEFÜHRTEN PATENTE eine Priorität beansprucht, (iii) denen gegenüber eines der AUFGEFÜHRTEN PATENTE die Grundlage für eine Priorität bildet und/oder (iv) die die Grundlage für die Priorität eines Patents oder einer Patentanmeldung bilden, bezüglich derer auch eines der AUFGEFÜHRTEN PATENTE die Grundlage für eine Priorität darstellt, (c) erneuten Erteilungen zur Fehlerkorrektur (Reissues), erneuten Überprüfungen (Reexaminations), Verlängerungen (Extensions), Fortsetzungen (Continuations), Fortsetzungen mit neuem Material (Continuations-in-part) (wenn diese durch oder für die ZESSIONARIN beantragt werden), Weiterführungen des Prüfungsprozesses für eine Anmeldung (Continuing Prosecution Applications), Anträgen auf Weiterführung der Akte (Requests for Continuing Examinations), Teilungen (Divisions) und Eintragungen bezüglich eines der in den vorstehenden Kategorien (a) und (b) genannten Gegenstände, (d) Patenten oder Patentanmeldungen, die von einem Laufzeitverzicht (Terminal Disclaimer) bezüglich eines der in den vorstehenden Kategorien (a) bis (c) genannten Gegenstände abhängen, und (e) nationalen (aus einem beliebigen Ursprungsland) und multinationalen Entsprechungen zu einem der in den vorstehenden Kategorien (a) bis (d) genannten Gegenstände, insbesondere Erfindungsbescheinigungen und Gebrauchsmustern; dies gilt in jedem Fall für jeden in einer der vorstehenden Kategorien (b) bis (e) genannten Gegenstände unabhängig davon, ob er als AUFGEFÜHRTES PATENT ausdrücklich aufgeführt ist und ob die Ansprüche bezüglich des Vorstehenden zurückgewiesen, zurückgenommen, aufgehoben, fallen gelassen oder dergleichen worden sind (die AUFGEFÜHRTEN PATENTE, zusammen mit allen Gegenständen der vorstehenden Kategorien (b) bis (e) die „PATENTE UND PATENTANMELDUNGEN").

GENERAL INSTRUMENT HOLDINGS, INC., eine nach den Gesetzen des US-Bundesstaats DELAWARE organisierte Kapitalgesellschaft, die einen Geschäftssitz in 600 North US Highway 45, Libertyville, IL 60048, USA hat („ZESSIONARIN"), möchte die gesamten Rechte und Ansprüche an/aus den PATENTEN UND PATENTANMELDUNGEN erhalten.

[NEWYORK 2674264_3]

VOR DIESEM HINTERGRUND und in Anbetracht der angemessenen Gegenleistung, die die ZEDENTIN von der ZESSIONARIN erhalten hat und deren Empfang und Hinlänglichkeit hiermit anerkannt werden, überträgt die ZEDENTIN hiermit der ZESSIONARIN durch Abtretung weltweit alle Rechte und Ansprüche der ZEDENTIN an/aus und gemäß den PATENTEN UND PATENTANMELDUNGEN einschließlich der darin in Anspruch genommenen Erfindungen sowie alle aus der Inhaberschaft an den PATENTEN UND PATENTANMELDUNGEN folgenden Klagerechte, Befugnisse und Vorteile; dies sind insbesondere

(A) das Recht, eine Klage einzureichen und Schadenersatz oder andere Entschädigungen zu erhalten, und das Recht, eine Klage einzureichen und sonstigen gesetzlichen und billigkeitsrechtlichen Rechtsschutz hinsichtlich aller vor, an oder nach dem Datum dieser Abtretung entstandenen Klagegründe zu erhalten, insbesondere hinsichtlich vergangener, gegenwärtiger oder zukünftiger Rechtsverletzungen, und das Recht, in allen darauf bezogenen Angelegenheiten voll und ganz an die Stelle der ZEDENTIN zu treten; die ZEDENTIN überträgt hiermit durch Abtretung auch alle Ansprüche wegen vergangener Nutzungen oder Verletzungen der PATENTE UND PATENTANMELDUNGEN an die ZESSIONARIN, insbesondere Ansprüche auf Schadenersatz und Rechnungslegung nach dem anwendbaren Recht; (B) das Recht, wo immer dies gesetzlich zulässig ist, im eigenen Namen auf die PATENTE UND PATENTANMELDUNGEN gestützte Patentanmeldungen einschließlich der zugehörigen Anträge einzureichen und zu betreiben und die PATENTE UND PATENTANMELDUNGEN vor jedem Patentamt und jeder Behörde zu betreiben, diesbezüglich Eingaben zu machen und sie zu verteidigen und aufrechtzuerhalten, insbesondere durch die Beantragung von erneuten Erteilungen zur Fehlerkorrektur (Reissues), erneuten Überprüfungen (Reexaminations), Teilungen (Divisions), Fortsetzungen (Continuations), Fortsetzungen mit neuem Material (Continuations-in-part), Ersetzungen (Substitutes) und Verlängerungen (Extensions) und durch die Stellung aller anderen darauf bezogenen Anträge; (C) das Recht, gemäß der Pariser Verbandsübereinkunft zum Schutz des gewerblichen Eigentums, dem Vertrag über die Internationale Zusammenarbeit auf dem Gebiet des Patentwesens, dem Europäischen Patentübereinkommen und allen anderen Abkommen mit vergleichbaren Zielsetzungen die Priorität der PATENTE UND PATENTANMELDUNGEN in Anspruch zu nehmen.

Die ZESSIONARIN darf in ihrem eigenen Namen Patente anmelden und entgegennehmen, wo immer dies gesetzlich zulässig ist, und die ZEDENTIN wird nach Aufforderung durch die ZESSIONARIN alle Beeidigungen, Abtretungen und Bevollmächtigungen für die ZESSIONARIN oder für ihre Beauftragten und ihre gesetzlichen Vertreter ausfertigen oder ausfertigen lassen; dies gilt auch für alle sonstigen Papiere, die zur Ausführung der Absicht und des Zwecks dieser Abtretung und zur Vervollständigung des Rechts der ZESSIONARIN an/aus und gemäß den PATENTEN UND PATENTANMELDUNGEN erforderlich und sachgemäß sind. Die ZEDENTIN verpflichtet sich außerdem,

a.      alle in Verbindung mit den PATENTEN UND PATENTANMELDUNGEN erforderlichen Papiere und alle diesbezüglichen Fortsetzungs- (Continuing), Teilungs- (Divisional), Neuerteilungs- (Reissue), Neuüberprüfungs- (Reexamination) und anderen

entsprechenden Anmeldungen auszufertigen und gesonderte Abtretungen im Zusammenhang mit derartigen Anmeldungen auszufertigen, die die ZESSIONARIN für notwendig oder zweckmäßig hält, und

     b.     alle Zustimmungserklärungen abzugeben, die notwendig sein können, um die Erteilung eines gültigen Patents an die ZESSIONARIN bezüglich der PATENTE ODER PATENTANMELDUNGEN oder bezüglich einer Fortsetzung (Continuation), Division (Teilung), erneuten Erteilung (Reissue) oder erneuten Überprüfung (Reexamination) der PATENTE ODER PATENTANMELDUNGEN zu erhalten.

Unbeschadet des Vorstehenden ist die ZESSIONARIN allein verantwortlich für alle erdenklichen Kosten, insbesondere Anwaltsgebühren und Gebühren eines jeden zuständigen Patentamts, die im Zusammenhang stehen mit der Vervollständigung der Rechte und Ansprüche der ZESSIONARIN an/aus den PATENTEN UND PATENTANMELDUNGEN und der Registrierung und/oder Eintragung dieser Abtretung oder eines anderen Dokuments, das die Abtretung der PATENTE UND PATENTANMELDUNGEN nachweist.

Die ZEDENTIN behält keine Inhaberrechte an den PATENTEN UND PATENTANMELDUNGEN, Erfindungen und Rechten, die der ZESSIONARIN mit dieser Vereinbarung übertragen werden.

Die ZESSIONARIN erkennt an, dass die PATENTE UND PATENTANMELDUNGEN weiterhin den für diese geltenden vertraglichen Abreden unterliegen, die vor dem 19. Dezember 2012 getroffen wurden oder die der Übernahmevereinbarung (Aquisition Agreement) vom 19. Dezember 2012 zwischen der ARRIS Group, Inc. und einigen ihrer Tochterunternehmen und der ZEDENTIN und der ZESSIONARIN und/oder einigen ihrer verbundenen Unternehmen unterfallen und im normalen Geschäftsgang in Übereinstimmung mit bewährten Vorgehensweisen (auch in Verbindung mit der Regelung von Streitigkeiten) nach dem 19. Dezember 2012 und vor dem Datum dieser Abtretung getroffen wurden.

Diese Abtretung verpflichtet und berechtigt die Parteien und ihre jeweiligen Rechtsnachfolger und Zessionare.

Diese Abtretung unterliegt hinsichtlich der patentrechtlichen Fragen den Gesetzen der Vereinigten Staaten von Amerika und hinsichtlich aller sonstigen Punkte den Gesetzen des Bundesstaats Kalifornien, wobei jedoch dessen Kollisionsregeln keine Anwendung finden. Auch die Auslegung dieser Abtretung erfolgt in Übereinstimmung mit den genannten Gesetzen.

DIE ZESSIONARIN ERKENNT AN, DASS DIE PATENTE UND PATENTANMELDUNGEN GEMÄSS DIESER ABTRETUNG OHNE IRGENDWELCHE ZUSICHERUNGEN, GEWÄHRLEISTUNGEN ODER GARANTIEN ÜBERTRAGEN WERDEN, INSBESONDERE HINSICHTLICH DER HAFTUNG FÜR RECHTSMÄNGEL, DER DURCHSETZBARKEIT, DER EIGNUNG ODER TAUGLICHKEIT FÜR EINEN BESTIMMTEN ZWECK, DER MARKTGÄNGIGKEIT, WIRKSAMKEIT, EINTRAGUNGSFÄHIGKEIT ODER JEDER ANDEREN AUSDRÜCKLICHEN ODER STILLSCHWEIGENDEN ODER GESETZLICHEN GEWÄHRLEISTUNG.

Diese Abtretung kann in mehreren Ausfertigungen unterzeichnet werden, von denen jede als Original gilt, die jedoch zusammen ein und dieselbe Urkunde darstellen.

[NEWYORK 2674264_3]

ZUM ZEUGNIS DESSEN hat die ZEDENTIN veranlasst, dass diese Abtretung am 25. Januar 2013 von ihrer ordnungsgemäß bevollmächtigten Vertreterin unterzeichnet wurde.

| | |
|---|---|
| GENERAL INSTRUMENT CORPORATION | |
| Vertreten durch: | [Unterschrift] |
| Name in Druckbuchstaben: | Katherine Stephens |
| Bezeichnung: | Assistant Secretary |
| Datum: | 25. Januar 2013 |

Bundesstaat Kalifornien
Bezirk Santa Clara

Am 25. Januar 2013 ist vor mir, der Notarin Joanne Rauch, persönlich erschienen Katherine Stephens, die mir in ausreichender Weise nachgewiesen hat, dass sie die Person ist, mit deren Namen die vorliegende Urkunde unterschrieben wurde, und die mir gegenüber bestätigt hat, dass sie dieselbe im Rahmen der ihr übertragenen Befugnisse unterzeichnet hat und dass mit ihrer Unterschrift auf der Urkunde die natürliche oder juristische Person, für die sie gehandelt hat, die Urkunde unterzeichnet hat.

Ich versichere hiermit AN EIDES STATT nach den Gesetzen des Bundesstaats Kalifornien, dass der vorstehende Absatz wahr und richtig ist.

BEZEUGT durch meine Unterschrift und mein Dienstsiegel.

_____[Unterschrift]_____                    [Stempel:]
Notarin

| |
|---|
| JOANNE RAUCH |
| Zulassungsnr. 1964091 |
| Notarin – Kalifornien |
| Bezirk Santa Clara |
| Meine Zulassung gilt bis 14. Januar 2016 |

[NEWYORK 2674264_3]

beglaubigte Übersetzung aus der englischen Sprache                    **Seite 5 von 9**

# Bundesstaat Kalifornien
## Staatssekretärin

| APOSTILLE |
|---|
| (Convention de La Haye du 5 octobre 1961) |

| 1. | **Land:** | Vereinigte Staaten von Amerika |
|---|---|---|
| | [...] | |

| Diese öffentliche Urkunde |
|---|
| [...] |

| 2. | **ist unterschrieben von** | *Joanne Rauch* |
|---|---|---|
| | [...] | |
| 3. | **in ihrer Eigenschaft als** | *Notarin, Bundesstaat Kalifornien* |
| | [...] | |
| 4. | **Sie ist versehen mit dem Siegel/Stempel der** | *Joanne Rauch, Notarin, Bundesstaat Kalifornien* |
| | [...] | |

| Bestätigt |
|---|
| [...] |

| 5. | **in** | Sacramento, Kalifornien | 6. | **am** | 22. Februar 2013 |
|---|---|---|---|---|---|
| | [...] | | | [...] | |
| 7. | **durch** | Staatssekretärin, Bundesstaat Kalifornien | | | |
| | [...] | | | | |
| 8. | **unter Nr.** | *59388* | | | |
| | [...] | | | | |
| 9. | **Siegel/Stempel:** | [Siegel unleserlich] | 10. **Unterschrift:** | [Unterschrift] |
| | [...] | | [...] | |

Bei dieser Apostille handelt es sich um die dreisprachige Musterbescheinigung für die Apostille, die vom Ständigen Büro vorgeschlagen und als Reaktion auf die Sonderkommission von 2009 über die praktische Anwendung des Haager Apostillen-Übereinkommens entwickelt wurde.

Diese Apostille bescheinigt nur die Echtheit der Unterschrift und die Eigenschaft der Person, die die öffentliche Urkunde unterzeichnet hat, und gegebenenfalls die Echtheit des Siegels oder Stempels auf der öffentlichen Urkunde.

Diese Apostille bestätigt nicht den Inhalt der Urkunde, für die sie ausgestellt wurde.

Diese Apostille ist nicht gültig zur Verwendung innerhalb der Vereinigten Staaten von Amerika, ihrer Territorien und Besitzungen.

Um die Ausstellung dieser Apostille zu überprüfen, siehe: www.sos.ca.gov/business/notary/apostille-search/.

[...]

[Siegel unleserlich]

Sec/State Form NP-40 Sac. (11/2011)

Die ZESSIONARIN nimmt hiermit die gesamten Rechte und Ansprüche an/aus den PATENTEN UND PATENTANMELDUNGEN an.

GENERAL INSTRUMENT HOLDINGS, INC.

| | |
|---|---|
| Vertreten durch: | [Unterschrift] |
| Name in Druckbuchstaben: | Katherine Stephens |
| Bezeichnung: | CEO, Präsidentin und Secretary |
| Datum: | 25. Januar 2013 |

Bundesstaat Kalifornien
Bezirk Santa Clara

Am 25. Januar 2013 ist vor mir, der Notarin Joanne Rauch, persönlich erschienen Katherine Stephens, die mir in ausreichender Weise nachgewiesen hat, dass sie die Person ist, mit deren Namen die vorliegende Urkunde unterschrieben wurde, und die mir gegenüber bestätigt hat, dass sie dieselbe im Rahmen der ihr übertragenen Befugnisse unterzeichnet hat und dass mit ihrer Unterschrift auf der Urkunde die natürliche oder juristische Person, für die sie gehandelt hat, die Urkunde unterzeichnet hat.

Ich versichere hiermit AN EIDES STATT nach den Gesetzen des Bundesstaats Kalifornien, dass der vorstehende Absatz wahr und richtig ist.

BEZEUGT durch meine Unterschrift und mein Dienstsiegel.

_____[Unterschrift]_____              [Stempel:]
Notarin

> JOANNE RAUCH
> Zulassungsnr. 1964091
> Notarin – Kalifornien
> Bezirk Santa Clara
> Meine Zulassung gilt bis 14. Januar 2016

# VERZEICHNIS A

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 96111137.4 | France | 07/11/1996 | EP0755154 | 01/22/1997 |
| 96111137.4 | Germany | 07/11/1996 | 69610173 | 05/17/2001 |
| 96111137.4 | Great Britain | 07/11/1996 | EP0755154 | 01/22/1997 |
| 08/493364 | United States | 07/21/1995 | 5671276 | 09/23/1997 |
| 99921973.6 | France | 05/14/1999 | EP1088446 | 06/20/2007 |
| 99921973.6 | Germany | 05/14/1999 | 69936344 | 02/28/2008 |
| 99921973.6 | Great Britain | 05/14/1999 | EP1088446 | 06/20/2007 |
| 09/716682 | United States | 11/20/2000 | 6948183 | 09/20/2005 |
| 27288/92 | Australia | 10/23/1992 | 648969 | 05/05/1994 |
| 2079862 | Canada | 10/05/1992 | 2079862 | 04/07/1998 |
| 92117001.5 | Austria | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Belgium | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Denmark | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | European Patent Convention | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | France | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Germany | 10/06/1992 | 69232063 | 05/29/2002 |
| 92117001.5 | Great Britain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Ireland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Italy | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Netherlands | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Spain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Sweden | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Switzerland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 98114569.5 | Hong Kong | 12/22/1998 | HK1013383 | 04/04/2002 |
| 4-308068 | Japan | 10/22/1992 | 2875117 | 03/24/1999 |
| 92-19684 | Republic of Korea | 10/24/1992 | 264507 | 10/24/1991 |
| P924111 | Norway | 10/23/1992 | 302680 | 04/06/1998 |
| 07/784474 | United States | 10/24/1991 | 5235419 | 08/10/1993 |
| 57708/94 | Australia | 03/09/1994 | 663671 | 10/12/1995 |
| 2118668 | Canada | 09/12/1994 | 2118668 | 12/22/1998 |
| 94103640.2 | France | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Germany | 03/10/1994 | 69425919 | 05/10/2001 |
| 94103640.2 | Great Britain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Ireland | 03/10/1994 | EP0615384 | 09/20/2000 |

Beglaubigte Übersetzung aus der englischen Sprache                    **Seite 8 von 9**

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 94103640.2 | Netherlands | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Spain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Sweden | 03/10/1994 | EP0615384 | 09/20/2000 |
| 6-66545 | Japan | 03/11/1994 | 2945268 | 09/06/1999 |
| 94-4658 | Republic of Korea | 03/10/1994 | 100244827 | 02/15/2000 |
| P940858 | Norway | 03/10/1994 | 311960 | 02/18/2002 |
| 08/023251 | United States | 03/11/1993 | 5376968 | 12/27/1994 |

[NEWYORK 2674264_3]

Hiermit bestätige ich, Dr. Wolfram Radke, Notar in der Freien und Hansestadt Hamburg und für diese, Gänsemarkt 50, 20354 Hamburg, Bundesrepublik Deutschland, dass diese beglaubigte Ausfertigung mit der Originalurkunde übereinstimmt.

Hamburg, den 6. März 2013

[Unterschrift]

Notar

---

Vorstehende Übersetzung der mir als Scan (PDF-Datei) vorgelegten und in englischer Sprache abgefassten Urkunde ist richtig und vollständig.

In französischer bzw. spanischer Sprache abgefasste Einträge wurden in der Übersetzung durch [...] gekennzeichnet.

Marburg, 18. März 2013

Meike Jänecke
In der Wann 56
35037 Marburg

# CERTIFIED COPY

## ASSIGNMENT

WHEREAS, GENERAL INSTRUMENT CORPORATION, a corporation organized under the laws of DELAWARE, having a place of business at 101 Tournament Drive, Building 1, Horsham, PA 19044 ("ASSIGNOR"), is or may be the owner of right, title and interest in and to (a) the patents and/or patent applications listed in the attached Schedule A (the "LISTED PATENTS"), (b) any patents or patent applications (i) to which any of the LISTED PATENTS claims priority, (ii) that include a claim of priority to any patent or patent application to which any of the LISTED PATENTS claims priority, (iii) for which any of the LISTED PATENTS forms a basis for priority, and/or (iv) that form a basis for priority for any patent or patent application for which any of the LISTED PATENTS also forms a basis for priority; (c) reissues, reexaminations, extensions, continuations, continuations in part (if filed by or for ASSIGNEE), continuing prosecution applications, requests for continuing examinations, divisions, and registrations of any item in any of the foregoing categories (a) and (b); (d) patents or patent applications that are subject to a terminal disclaimer with any item in any of the foregoing categories (a) through (c); and (e) national (of any country of origin) and multinational counterparts of any item in any of the foregoing categories (a) through (d), including, without limitation, certificates of invention and utility models; in each case of any item in any of the foregoing categories (b) through (e), whether or not expressly listed as LISTED PATENTS and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, abandoned or the like (the LISTED PATENTS, together with all of the items in the foregoing categories (b)-(e), collectively, the "PATENTS AND PATENT APPLICATIONS").

WHEREAS, GENERAL INSTRUMENT HOLDINGS, INC., a corporation organized under the laws of DELAWARE, having a place of business at 600 North US Highway 45, Libertyville, IL 60048 ("ASSIGNEE"), desires to obtain the entire right, title and interest in and to the PATENTS AND PATENT APPLICATIONS.

NOW, THEREFORE, in consideration of the good and valuable consideration received by ASSIGNOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby assigns and transfers to ASSIGNEE all of ASSIGNOR's right, title and interest throughout the world in, to and under the PATENTS AND PATENT APPLICATIONS, including the inventions claimed therein, and all rights of action, powers, and benefits arising

from ownership of the PATENTS AND PATENT APPLICATIONS, including without limitation,

(A) the right to sue and recover for damages or other compensation and the right to sue and obtain other legal and equitable remedies in respect of all causes of action arising before, on, or after the date of this Assignment, including without limitation in respect of past, present or future infringements, and the right to fully and entirely stand in the place of the ASSIGNOR in all matters related thereto, and ASSIGNOR hereby also assigns and transfers to ASSIGNEE any claims for past use or infringement of the PATENTS AND PATENT APPLICATIONS, including without limitation claims for damages and accounting under applicable law, (B) the right to file and prosecute in its own name, wherever so permitted by law, patent applications, including corresponding applications, based on any of the PATENTS AND PATENT APPLICATIONS and to prosecute, make filings with respect to, defend and maintain the PATENTS AND PATENT APPLICATIONS before any patent office and governmental authority, including without limitation by filing reissues, reexaminations, divisions, continuations, continuations-in-part, substitutes, extensions and all other applications relating thereto, and (C) the right to claim priority to any of the PATENTS AND PATENT APPLICATIONS pursuant to the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other treaties of like purposes.

ASSIGNEE may apply for and receive patents in its own name wherever so permitted by law and ASSIGNOR shall, when requested by ASSIGNEE, execute or cause to be executed all oaths, assignments, and powers of attorney to ASSIGNEE or to agents and legal representatives of ASSIGNEE, and all other papers necessary and proper to carry out the intent and purpose of this Assignment and to perfect ASSIGNEE's title in, to and under the PATENTS AND PATENT APPLICATIONS, and ASSIGNOR further agrees:

a.      to execute all papers necessary in connection with the PATENTS AND PATENT APPLICATIONS, and any continuing, divisional, reissue, reexamination or other corresponding application thereof and to execute any separate assignment in connection with such application as ASSIGNEE may deem necessary or expedient; and

b.      to perform all affirmative acts which may be necessary to obtain a grant of a valid patent to ASSIGNEE on any of the PATENTS AND PATENT APPLICATIONS and on any

continuation, division, reissue or reexamination of any of the PATENTS AND PATENT APPLICATIONS.

Notwithstanding the foregoing, ASSIGNEE shall be solely responsible for all costs whatsoever, including but not limited to attorneys' fees and patent office fees in any jurisdiction, associated with the perfection of ASSIGNEE's right, title, and interest in and to the PATENTS AND PATENT APPLICATIONS and recordation and/or registration of this Assignment or any other document evidencing the assignment of the PATENTS AND PATENT APPLICATIONS.

ASSIGNOR retains no ownership rights in the PATENTS AND PATENT APPLICATIONS, the inventions, and the rights transferred to ASSIGNEE hereunder.

ASSIGNEE acknowledges that the PATENTS AND PATENT APPLICATIONS remain subject to covenants applicable to them granted prior to December 19, 2012 or, subject to that certain Acquisition Agreement, dated as of December 19, 2012 by and among ARRIS Group, Inc. and certain of its subsidiaries and ASSIGNOR and ASSIGNEE and/or certain of their affiliates, after December 19, 2012 and prior to the date hereof, in the ordinary course of business consistent with past practice (including in connection with settlement of disputes).

This Assignment shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.

This Assignment shall be governed by, and construed in accordance with, the laws of the United States in respect to patent issues and in all other respects by the laws of the State of California, without giving effect to the conflict of laws rules thereof.

ASSIGNEE ACKNOWLEDGES THAT THE PATENTS AND PATENT APPLICATIONS ARE CONVEYED WITHOUT ANY REPRESENTATION, WARRANTY OR GUARANTY PURSUANT TO THIS ASSIGNMENT, INCLUDING WITHOUT LIMITATION AS TO THE CONDITION OF TITLE, ENFORCEABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY, VALIDITY, REGISTRABILITY OR ANY OTHER WARRANTY, WHETHER EXPRESS OR IMPLIED OR BY OPERATION OF LAW.

This Assignment may be signed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly authorized representative on this 25th day of January 2013.

GENERAL INSTRUMENT CORPORATION

By: 

Printed Name:   Katherine Stephens

Title:   Assistant Secretary

Date:   Jan 25, 2013

State of California
County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public

JOANNE RAUCH
Commission # 1964091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016

# State of California
## Secretary of State

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | | |
|---|---|---|
| **1. Country**<br>Pays / Pais | United States of America | |
| **This public document**<br>Le présent acte public / El presente documento público | | |
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | Joanne Rauch | |
| **3. acting in the capacity of**<br>agissant en qualité de<br>qu en actua en calidad de | Notary Public, State of California | |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | Joanne Rauch, Notary Public, State of California | |

### Certified
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at**<br>à / en | Sacramento, California | **6. the**<br>le / el día | 22nd day of February 2013 |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. N°**<br>sous n°<br>bajo el número | 59388 | | |
| **9. Seal / stamp:**<br>Sceau / timbre<br>Sello / timbre | | **10. Signature:**<br>Signature:<br>Firma: | Debra Bowen |

This Apostille is the trilingual model Apostille Certificate as suggested by the Permanent Bureau and developed in response to the 2009 Special Commission on the practical operation of the Hague Apostille Convention.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.

Cette apostille est le modèle d'Apostille trilingue tel que suggéré par le Bureau Permanent et élaboré en réponse à la Commission spéciale de 2009 sur le fonctionnement pratique de la Convention de La Haye Apostille.
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en aux Etats-Unis d'Amérique, ses territoires ou possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.

La apostilla es el modelo trilingüe Certificado de Apostilla según lo sugerido por la Oficina Permanente y desarrollado en respuesta a la Comisión especial de 2009 sobre el funcionamiento práctico del Convenio de La Haya sobre Apostilla.
Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público está revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.

Sec/State Form NP-40, Sac. (11.2011)

ASSIGNEE hereby accepts receipt of the entire right, title and interest in and to the PATENTS AND PATENT APPLICATIONS.

GENERAL INSTRUMENT HOLDINGS, INC.

By:

Printed Name:   Katherine Stephens

Title:   CEO, President and Secretary

Date:   January 25, 2013

State of California

County of Santa Clara

On January 25, 2013, before me, Joanne Rauch, Notary Public, personally appeared Katherine Stephens, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public

JOANNE RAUCH
Commission # 1964091
Notary Public - California
Santa Clara County
My Comm. Expires Jan 14, 2016

NEWYORK 2674264

SCHEDULE A

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 96111137.4 | France | 07/11/1996 | EP0755154 | 01/22/1997 |
| 96111137.4 | Germany | 07/11/1996 | 69610173 | 05/17/2001 |
| 96111137.4 | Great Britain | 07/11/1996 | EP0755154 | 01/22/1997 |
| 08/493364 | United States | 07/21/1995 | 5671276 | 09/23/1997 |
| 99921973.6 | France | 05/14/1999 | EP1088446 | 06/20/2007 |
| 99921973.6 | Germany | 05/14/1999 | 69936344 | 02/28/2008 |
| 99921973.6 | Great Britain | 05/14/1999 | EP1088446 | 06/20/2007 |
| 09/716682 | United States | 11/20/2000 | 6948183 | 09/20/2005 |
| 27288/92 | Australia | 10/23/1992 | 648969 | 05/05/1994 |
| 2079862 | Canada | 10/05/1992 | 2079862 | 04/07/1998 |
| 92117001.5 | Austria | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Belgium | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Denmark | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | European Patent Convention | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | France | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Germany | 10/06/1992 | 69232063 | 05/29/2002 |
| 92117001.5 | Great Britain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Ireland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Italy | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Netherlands | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Spain | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Sweden | 10/06/1992 | EP0538667 | 09/19/2001 |
| 92117001.5 | Switzerland | 10/06/1992 | EP0538667 | 09/19/2001 |
| 98114569.5 | Hong Kong | 12/22/1998 | HK1013383 | 04/04/2002 |
| 4-308068 | Japan | 10/22/1992 | 2875117 | 03/24/1999 |
| 92-19684 | Republic of Korea | 10/24/1992 | 264507 | 10/24/1991 |
| P924111 | Norway | 10/23/1992 | 302680 | 04/06/1998 |
| 07/784474 | United States | 10/24/1991 | 5235419 | 08/10/1993 |
| 57708/94 | Australia | 03/09/1994 | 663671 | 10/12/1995 |
| 2118668 | Canada | 09/12/1994 | 2118668 | 12/22/1998 |
| 94103640.2 | France | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Germany | 03/10/1994 | 69425919 | 05/10/2001 |
| 94103640.2 | Great Britain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Ireland | 03/10/1994 | EP0615384 | 09/20/2000 |

| Application Number | Country | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|
| 94103640.2 | Netherlands | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Spain | 03/10/1994 | EP0615384 | 09/20/2000 |
| 94103640.2 | Sweden | 03/10/1994 | EP0615384 | 09/20/2000 |
| 6-66545 | Japan | 03/11/1994 | 2945268 | 09/06/1999 |
| 94-4658 | Republic of Korea | 03/10/1994 | 100244827 | 02/15/2000 |
| P940858 | Norway | 03/10/1994 | 311960 | 02/18/2002 |
| 08/023251 | United States | 03/11/1993 | 5376968 | 12/27/1994 |

[NEWYORK 2674264_3]

Herewith I certify, Dr. Wolfram Radke, Notary Public in and for the Freie und Hansestadt Hamburg, Gänsemarkt 50, 20354 Hamburg, Federal Republic of Germany, that this certified copy is in correspondence with the original document.

Hamburg, 6th March 2013

Notary Public

Beglaubigt

Rechtsanwalt