# EXHIBIT 2

## quinn emanuel deutschland

Mollstrasse 42, 68165 Mannheim, Germany / TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

| | |
|---|---|
| **Delivered by Bailiff** | ~~Certified and~~ delivered on:   05 July 2013 |
| Freshfields Bruckhaus Deringer | |
| **Attn.: Attorney** | *[Name illegible]* |
| **Prof. Dr. Peter Chrocziel** | Bailiff |
| Prannerstraße 10 | |
| 80333 Munich | |

*[2 stamps, text illegible]*

Our reference   01980.40411 / 20458861.1
                MG/JE/MK

Dr. Marcus Grosch, LL.M. (Yale)
marcusgrosch@quinnemanuel.com

Dr. Jan Ebersohl
janebersohl@quinnemanuel.com

Michael Krenz
michaelkrenz@quinnemanuel.com

01 July 2013

**Motorola Mobility LLC / Microsoft Deutschland GmbH**
**Patent Infringement EP 0 615 384 B1, Regional Court of Mannheim, Docket No. 2 O 373/11**

Dear Prof. Dr. Chrocziel,

In the above-referenced matter, we are hereby serving you with the original copy of a bank guarantee issued by Citigroup Global Markets Deutschland AG (litigation guarantee 5213149505) as security for the provisional enforcement of Cipher I.2. of the operational part of the judgment rendered by the Regional Court of Mannheim on 02 May 2012, docket no. 2 O 373/11, which is hereby declared against Defendant, namely Microsoft Deutschland GmbH.

Moreover, we are, for the purpose of enforcement, serving you with certified copies of the enforceable copy of the aforementioned judgment bearing the execution clause, and with copies of the documents underlying the issuance of the execution clause.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES / 365 South Figueroa Street, 10th Floor, Los Angeles, California 90017 / tel. 213-443-3000 fax. 213-443-3100
NEW YORK / 51 Madison Avenue, 22nd Floor, New York, New York 10010 / tel. 212-849-7000 fax. 212-849-7100
SAN FRANCISCO / 50 California Street, 22nd Floor, San Francisco, California 94111 / tel. 415-875-6600 fax. 415-875-6700
SILICON VALLEY / 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065 / tel. 650-801-5000 fax. 650-801-5100
CHICAGO / 500 West Madison St., Suite 2450, Chicago, Illinois 60661 / tel. 312-705-7400 fax. 312-705-7401
WASHINGTON, DC / 1299 Pennsylvania Ave. NW, Suite 825, Washington, D.C. 20004 / tel. 202-538-8000 fax. 202-538-8100
LONDON / One Fleet Place, London EC4M 7RA, United Kingdom / tel. +44 (0) 20 7653 2000 fax. +44 (0) 20 7653 2100
TOKYO / NBF Hibiya Bldg., 25F 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo, 100-0011 Japan / tel. +81 3 5510 1711 fax. +81 3 5510 1712
MOSCOW / Paveletskaya Plaza, Paveletskaya Square, 2/3 115054 Moscow, Russia / tel. +7 499 277 1000 fax. +7 499 277 1001
HAMBURG / An der Alster 3, 20099 Hamburg, Germany / tel. +49 (0) 40 89728 7000 fax. +49 (0) 40 89728 7100

The deadline for your client to render full accounts shall be

<u>**15 August 2013.**</u>

Sincerely,
Quinn Emanuel Urquhart & Sullivan, LLP


*[Signature]*
**M. Kreuz**
Attorney-at-law


Enclosures

01980.40411 / 20458861.1