# EXHIBIT 7

- Copy -

| | | |
|---|---|---|
| Docket number:<br>6 U 44/12<br><br>2 O 376/11<br>Regional Court Mannheim |  | 21 August 2013<br><br>Receipt 26 Aug. 2013<br><br>Freshfields Bruckhaus Deringer LLP |

# Higher Regional Court of Karlsruhe

6th Civil Senate

## Decision

In the legal dispute between

**General Instrument Corporation**
Horsham PA 19044 /USA

- Plaintiff / Appellee -

Attorneys of record:
Attorneys at law quinn emanuel u. Koll., Mollstr. 42, 68165 Mannheim (20161972.1)

**versus**

1. **Microsoft Corporation**
   represented by the President and Chief Executive Officer of Microsoft Corp. Steve Ballmer
   One Microsoft Way, Redmond, Washington 98052-6399 USA

2. **Microsoft Ireland Operations Limited**
   Blackthorn Road, Sandyford Industrial Estate, Dublin, 18 / Ireland

   - Defendant / Appellants -

Attorneys of Record 1) and 2):
Attorneys at law Freshfields Bruckhaus Deringer u. Koll., Prannerstraße 10, 80333 Munich (PC/CBA 130239:0039)

**on the grounds of** patent infringement

1. At the request of the parties, a suspension of the proceedings is ordered according to Sec. 251 German Code of Civil Procedure (ZPO) (with the right to reinstate the proceedings at any time).

2. The hearing on 11 September 2013 is suspended.

| Schmukle | Prof. Dr. Singer | Dr. Rombach |
|---|---|---|
| Presiding Judge at the Higher Regional Court | Judge at the Higher Regional | Judge at the Higher Regional |
| Executed | | |

Bernhart, judicial clerk as the Registrar of the Court