# EXHIBIT 8

- *Ausfertigung* -

| | | |
|---|---|---|
| Geschäftsnummer:<br>6 U 45/12<br>2 O 240/11<br>Landgericht<br>Mannheim |  | 21. August 2013<br><br>Eingang<br>2 6. Aug. 2013<br>Freshfields Bruckhaus Deringer LLP |

# Oberlandesgericht Karlsruhe
## 6. Zivilsenat
# Beschluss

Im Rechtsstreit

**General Instrument Corporation**
Horsham PA 19044 /USA

- Klägerin / Berufungsbeklagte -

Prozessbevollmächtigte:
Rechtsanwälte quinn emanuel u. Koll., Mollstr. 42, 68165 Mannheim
(02426.40235/20161622.1)

**gegen**

**Microsoft Deutschland GmbH**
Konrad-Zuse-Str. 1, 85716 Unterschleißheim

- Beklagte / Berufungsklägerin -

Prozessbevollmächtigte:
Rechtsanwälte Freshfields Bruckhaus Deringer u. Koll., Prannerstraße 10, 80333 München (PC/CBA 130239:0039)

**wegen** Patentverletzung

1. Auf Antrag der Parteien wird das Ruhen des Verfahrens (mit dem Recht des jederzeitigen Wiederanrufs) angeordnet, § 251 ZPO.

2. Der Verhandlungstermin vom 11.09.2013 wird aufgehoben.

| | | |
|---|---|---|
| Schmukle<br>Vors. Richter am<br>Oberlandesgericht | Prof. Dr. Singer<br>Richter am<br>Oberlandesgericht | Dr. Rombach<br>Richterin am<br>Oberlandesgericht |

Ausgefertigt

Bernhart, Justizfachangestellte
als Urkundsbeamtin der Geschäftsstelle