# EXHIBIT 9

*- Copy -*

| | | |
|---|---|---|
| Docket number:<br>6 U 45/12 2 O<br>240/11<br>Regional<br>Court<br>Mannheim |  | 21 August 2013<br><br>**Receipt**<br>**26 Aug. 2013**<br>Freshfields Bruckhaus Deringer |

# Higher Regional Court Karlsruhe

## 6th Civil Senate

# Decision

In the legal dispute between

**General Instrument Corporation**
Horsham PA 19044 /USA

- Plaintiff / Appellee -

Attorneys of record:
Attorneys at law quinn emanuel u. Koll., Mollstr. 42, 68165 Mannheim
(02426.40235/20161622.1)

**versus**

**Microsoft Deutschland GmbH**
Konrad-Zuse-Str. 1, 85716 Unterschleißheim

- Defendant / Appellant -

Attorneys of record:
Attorneys at law Freshfields Bruckhaus Deringer u. Koll., Prannerstraße 10, 80333 Munich (PC/CBA 130239:0039)

**on the grounds of** patent infringement

1. At the request of the parties, a suspension of the proceedings is ordered according to Sec. 251 German Code of Civil Procedure (ZPO) (with the right to reinstate the proceedings at any time).

2. The hearing on 11 September 2013 is suspended.

                          Prof. Dr. Singer         Dr. Rombach
                          Judge at the            Judge at the
                          Higher Regional
                          Court



Schmukle Presiding
Judge at the Higher
Regional Court

                                                              Higher Regional
                                                               Court

| Executed |
| --- |
| Bernhart, judicial clerk<br>as Registrar of the Court |

    as Registrar of the Court