# EXHIBIT 11

| | | |
|---|---|---|
| Docket number:<br><u>6 U 46/12</u> 2<br>O 373/11<br>Regional<br>Court | *- Copy -* | 21 August 2013<br><br>RECEIPT<br>26 Aug. 2013<br>Freshfields Bruckhaus Deringer |

# Higher Regional Court Karlsruhe
## 6th Civil Senate
## Decision

In the legal dispute between

**General Instrument Corporation** Horsham PA 19044 /USA

- Plaintiff / Appellee -

Attorneys of record:

Law Firm of Quinn Emanuel LLP and colleagues, Mannheim, court box 227

**versus**

**Microsoft Deutschland GmbH**
Konrad-Zuse-Str. 1, 85716 Unterschleißheim

- Defendant / Appellant -

Attorneys of record:
Attorneys at law Freshfields Bruckhaus Deringer u. Koll., Prannerstraße 10, 80333 Munich (PC/CBA 130239:0039)

**on the grounds of** patent infringement

1. At the request of the parties, a suspension of the proceedings is ordered according to Sec. 251 German Code of Civil Procedure (ZPO) (with the right to reinstate the proceedings at any time).

2. The hearing on 9 October 2013 is suspended.

Schmukle                Prof. Dr. Singer         Dr. Rombach
Presiding Judge at the  Judge at the             Judge at the

Higher Regional Court     Higher Regional Court     Higher Regional Court

Executed
Bernhart, judicial clerk

as Registrar of the Court