# EXHIBIT 12

- *Ausfertigung* -

Geschäftsnummer:
6 U 47/12
2 O 387/11
Landgericht
Mannheim



21. August 2013

# Oberlandesgericht Karlsruhe

## 6. Zivilsenat

## Beschluss

Eingang
2 6. Aug. 2013
Freshfields Bruckhaus Deringer LLP

Im Rechtsstreit

**General Instrument Corporation**
Horsham PA 19044 /USA

- Klägerin / Berufungsbeklagte -

Prozessbevollmächtigte:
Rechtsanwälte Quinn Emanuel LLP u. Koll., Mannheim, Gerichts-Fach 227

**gegen**

1. **Microsoft Corporation**
   vertreten durch d. President und Chief Executive Officer of Microsoft Corp. Steve Ballmer
   One Microsoft Way, Redmond,l Washington 98052-6399 USA

2. **Microsoft Ireland Operations Limited**
   Blackthorn Road, Sandyford Industrial Estate, Dublin, 18 / Irland

   - Beklagte / Berufungsklägerinnen -

   Prozessbevollmächtigte zu 1 und 2:
   Rechtsanwälte Freshfields Bruckhaus Deringer u. Koll., Prannerstraße 10, 80333 München (PC/CBA 130239:0039)

**wegen** Patentverletzung

1. Auf Antrag der Parteien wird das Ruhen des Verfahrens (mit dem Recht des jederzeitigen Wiederanrufs) angeordnet, § 251 ZPO.

2. Der Verhandlungstermin vom 09.10.2013 wird aufgehoben.

Schmukle
Vors. Richter am
Oberlandesgericht

Prof. Dr. Singer
Richter am
Oberlandesgericht

Dr. Rombach
Richterin am
Oberlandesgericht

Ausgefertigt

Bernhart, Justizfachangestellte
als Urkundsbeamtin der Geschäftsstelle