# EXHIBIT 13

- Copy -

| | |
|---|---|
| Docket number: | 21 August 2013 |

<u>6 U 47/12</u>

2 O 387/11
Regional

# Higher Regional Court of Karlsruhe

6th Civil Senate

## Decision

Receipt

26 Aug. 2013

In the legal dispute                                        <u>Freshfields Bruckhaus </u>Deringer LLP

**General Instrument Corporation**
Horsham PA 19044 /USA

- Plaintiff / Appellee -

Attorneys of record:
Attorneys at law Quinn Emanuel **LLP** and colleagues, Mannheim, court box 227

**versus**

**1. Microsoft Corporation**
   represented by the President and Chief Executive Officer of Microsoft Corp. Steve Ballmer
   One Microsoft Way, Redmond, Washington 98052-6399 USA

**Microsoft Ireland Operations Limited**
Blackthorn Road, Sandyford Industrial Estate, Dublin, 18 / Ireland

   - Defendant / Appellants - -

Attorneys of Record 1) and 2):
Attorneys at law Freshfields Bruckhaus Deringer u. Koll., Prannerstraße 10, 80333 Munich (PC/CBA 130239:0039)

**on the grounds of** patent infringement

1. At the request of the parties, a suspension of the proceedings is ordered according to Sec. 251 German Code of Civil Procedure (ZPO) (with the right to reinstate the proceedings at any time).

2. The hearing on 9 October 2013 is suspended.

| | | |
|---|---|---|
| Schmukle | Prof. Dr. Singer | Dr. Rombach |
| Presiding Judge at the | Judge at the | Judge at the |
| Higher Regional Court | Higher Regional Court | Higher Regional Court |

Executed

Bernhart, judicial clerk
as Registrar of the Court