# EXHIBIT 14

 

# Landgericht Mannheim
2. Zivilkammer

Landgericht Mannheim * 68149 Mannheim

2 O 79/13

Anwaltskanzlei
Freshfields Bruckhaus Deringer u. Koll.
Prannerstr. 10
80333 München

| | |
|---|---|
| Korrespondenz-Adresse: | 68149 Mannheim |
| Liefer-Adresse: | A 1, 1<br>68159 Mannheim |
| Telefon (Vermittlung): | (0621)2 92-0 |
| Telefax: | (0621)2 92-13 14 |
| E-Mail: | Poststelle@LGMannheim.justiz.bwl.de<br>(Nicht für verbindliche Prozesserklärungen!) |
| Nächste Parkmöglichkeit: | Tiefgarage - Zufahrt in A 1, 4 (gebührenpflichtig) |
| Straßenbahn-Haltestelle: | Schloss |

| Aktenzeichen (Bitte stets angeben) | Ihr Zeichen | Telefon (Durchwahl) | Mannheim |
|---|---|---|---|
| 2 O 79/13 | PC/MBE | 2671 | 22. August 2013 |

**Beschluss im Rechtsstreit Motorola Mobility LLC gegen Microsoft Corp.**
Berichterstatter: Richter am Landgericht Wedler

Gemäß § 251 ZPO wird auf übereinstimmenden Antrag beider Parteien das Ruhen des Verfahrens angeordnet.

Dr. Kircher                         Böttcher                    Wedler
Vors. Richter am Landgericht        Richter                     Richter am Landgericht
**Ausgefertigt**

Folger, Justizangestellte
als Urkundsbeamtin der Geschäftsstelle

Allgemeines Schreiben (070730).