# EXHIBIT 15

 # Regional Court Mannheim

2nd Civil Chamber

Regional Court Mannheim *68149 Mannheim

2 O 79/13

Law firm

Freshfields Bruckhaus Deringer u.
Koll. Prannerstr. 10

80333 Munich

| | | |
|---|---|---|
| Correspondence address: | 68149 Mannheim | |
| Delivery address: | A 1, 1 | |
| | 68159 Mannheim | |
| Telephone (switchboard): | (0621)2 92-0 | |
| Fax: | (0621)2 92-13 14 | |

E-mail: Poststelle@LGMannheim.justiz.bwl.de
(not for binding procedural statements)

| | |
|---|---|
| Next parking: | Underground parking - access A 1, 4 |
| | (subject to charges) |
| Tram stop: | Schloss |

| Docket number (Please always state)   Your reference | | Telephone (extension number) | Mannheim |
|---|---|---|---|
| 2 O 79/13 | PC/MBE | 2671 | 22 August 2013 |

**Decision in the legal dispute Motorola Mobility LLC versus Microsoft
Corp,** Reporting Judge: Judge at the Regional Court Wedler

According to Sec. 251 German Code of Civil Procedure (ZPO), in joint
agreement of both parties, a suspension of the proceedings is ordered. both
parties, a suspension of the proceedings is ordered.

| Presiding Judge at the Regional Court | Richter | Wedler |
|---|---|---|
| Dr. Kircher | Böttcher | Judge at the Regional Court |

Executed

Folger, judicial clerk                    -
as Registrar of the Court

General writing (070730).