HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>MOTOROLA INC., et al.,<br><br>  Defendant. | No. C10-1823-JLR<br><br>MICROSOFT'S RESPONSE TO THE COURT'S SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE |
| MOTOROLA MOBILITY, LLC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | |

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW
CAUSE (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1   Microsoft respectfully submits the following response to the Court's September 13,
2   2013 Order to Show Cause.
3   On Wednesday, September 4, 2013, prior to the submission of the case to the jury,
4   Microsoft filed its Rule 50(a) Motion for Judgment as a Matter of Law.  (Dkt. No. 902.)  The
5   motion asked that the case not be submitted to the jury, and that instead judgment be entered
6   for Microsoft, and presented a number of bases for such relief, including that as to some issues
7   the evidence would not permit a reasonable jury to find for Motorola (*e.g.*, Dkt. 902 at 1–11)
8   and that as to others the governing legal rules required judgment for Microsoft (*e.g.*, *id.* at 11–
9   13).  The case was submitted to the jury and the jury returned a verdict for Microsoft, finding
10  that Motorola breached its contract with the IEEE, breached its contract with the ITU, violated
11  the duty of good faith and fair dealing inherent in both contracts by seeking injunctions, and
12  awarding Microsoft damages.  (Dkt. No. 909, Verdict Form.)
13  As the Court noted in its September 13 Order to Show Cause, because Microsoft
14  "prevailed at trial . . . the court can no longer provide effectual relief by ruling on this motion."
15  (Dkt. 915 at 2.)  Motorola agrees.  (Dkt. 917 at 1.)  But although the motion may be moot in
16  the sense that "a ruling for either party would not affect the case in any meaningful way" (Dkt.
17  915 at 2–3), many of the issues and arguments raised in the motion are not themselves moot.
18  Microsoft presented a number of factual and legal arguments which support the verdict reached
19  by the jury based on the Court's instructions,[1] as well as arguments that would support a

---

[1] *E.g.*, Sections I.A–F (Dkt. No. 902 at 1–11), addressing the evidence compelling a finding of breach of the duty of good faith and fair dealing; Section II (*id.* at 11-13), concerning Motorola's conduct in pursuing (as opposed to simply filing) actions for injunctions; Section IV (*id.* at 14), arguing that Motorola's rejection of Microsoft's above-RAND Orange Book offer was a breach of its ITU contract; Section VI (*id.* at 17–18), arguing that Motorola breached the IEEE contract by failing to make licenses available at nominal competitive costs; Section VII (*id.* at 19), arguing that Motorola breached both the IEEE and ITU contracts by failing to make licenses available on RAND terms; Section VIII (*id.* at 19–21), arguing that Motorola's Orange Book mitigation and causation arguments failed; Section IX (*id.* at 21–22), arguing that Microsoft's defenses of invalidity and noninfringement are irrelevant; and Section XI (*id.* at 23–24), arguing that all three Motorola defendants may be held liable for Motorola's conduct.

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE
- 1 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1  judgment in Microsoft's favor based on a view of governing law advocated by Microsoft but

2  not accepted by the Court.[2]  These issues are still hotly disputed between the parties, as

3  evidenced by Motorola's post-trial filings (*see* Dkt. No. 917 at 2–24), and Microsoft expects

4  that Motorola will continue to contest these issues on appeal.

     For this reason, out of abundance of caution and to avoid any possible Motorola arguments concerning surprise or waiver, and because Microsoft's motion was unquestionably proper when filed, Microsoft believes that withdrawing its motion is not the appropriate course.  In addition, with respect to the legal issues as to which the Court disagreed with Microsoft, for example, whether the RAND commitment categorically precludes injunctive relief, if at any subsequent stage it is determined that the jury should have been instructed as Microsoft proposed, the result would be not a new trial but simply an affirmance of the judgment on that alternative ground.  Finally, to the extent that Motorola seeks a new trial because of, for example, claimed errors in certain jury instructions, Microsoft's pre-verdict JMOL motion shows that any such error, even if it occurred, is irrelevant because the case should not have gone to the jury in any event.

     Therefore, for the foregoing reasons, Microsoft believes that because the Court has determined that it cannot rule on the motion in a way that would have a meaningful effect on the rights of either party, the Court can simply deny Microsoft's Rule 50(a) motion as moot.

DATED this 18th day of September, 2013.

CALFO HARRIGAN LEYH & EAKES LLP

By    s/Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751

---

[2] *E.g.*, Section III (Dkt. No. 902 at 13–14), arguing that Motorola breached its contracts by seeking injunctions without having first attempted to offer a license on RAND terms; Section V (*id*. at 15-17), arguing that Motorola breached by seeking injunctions at all on its standard-essential patents; and Section X (*id*. at 22-23), arguing that Motorola breached by making blatantly unreasonable offers.

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE
- 2 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

By    s/Christopher Wion
Christopher Wion, WSBA #33207

By    s/Shane P. Cramer
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA  98104
Phone:  206-623-1700
arthurh@calfoharrigan.com
chrisw@calfoharrigan.com
shanec@calfoharrigan.com


By    s/T. Andrew Culbert
T. Andrew Culbert

By    s/David E. Killough
David E. Killough

MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA  98052
Phone:  425-882-8080
Fax:  425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE
- 3 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | |
|---|---|
| 1 | |
| 2 | SIDLEY AUSTIN LLP |
|   | 1501 K Street NW |
| 3 | Washington, DC  20005 |
|   | Telephone:  202-736-8000 |
|   | Fax:  202-736-8711 |
| 4 | Counsel for Microsoft Corp. |

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE
- 4 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 18th day of September, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>   X    ECF |

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE
- 5 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone: (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ | ECF |
| New York, NY 10010 | | |
| Telephone: (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone: (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 18th day of September, 2013.

                                        s/ Florine Fujita
                                        FLORINE FUJITA

MICROSOFT'S RESPONSE TO THE COURT'S
SEPTEMBER 13, 2013 ORDER TO SHOW CAUSE
- 6 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717