The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                Defendants. | CASE NO. C10-1823-JLR<br><br>DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S RESPONSE TO THE COURT'S ORDER CONCERNING LITIGATION IN GERMANY |

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S RESPONSE TO THE COURT'S ORDER CONCERNING LITIGATION IN GERMANY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of cited excerpts from the transcript of the April 11, 2012 Hearing on Microsoft Corporation's Request for a Temporary Restraining Order.

3. German counsel for Microsoft Corporation and Microsoft Ireland Operations Limited filed a Statement of Grounds of Appeal, dated September 3, 2012, in *General Instrument Corporation v. Microsoft Corporation and Microsoft Ireland Operations, Limited*, Dkt. No. 6 U 44/12, Higher Regional Court of Karlsruhe. Attached as Exhibit B is a true and correct copy of an excerpt of the English translation of that document.

4. German counsel for Microsoft Corporation and Microsoft Ireland Operations Limited filed a Statement of Position, dated March 27, 2013, in *General Instrument Corporation v. Microsoft Deutschland GmbH.*, Dkt. No. 6 U 45/12, Higher Regional Court of Karlsruhe. Attached as Exhibit C is a true and correct copy of an excerpt of the English translation of that document.

5. German counsel for Microsoft Corporation and Microsoft Ireland Operations Limited filed a Reply on Appeal, dated July 25, 2013, in *General Instrument Corporation v. Microsoft Corporation and Microsoft Ireland Operations, Limited*, Dkt. No. 6 U 47/12, Higher Regional Court of Karlsruhe. Attached as Exhibit D is a true and correct copy of an excerpt of the English translation of that document.

6. German counsel for Microsoft Corporation and Microsoft Ireland Operations Limited filed a Statement of Position, dated July 31, 2013, in *General Instrument Corporation v. Microsoft Corporation and Microsoft Ireland Operations, Limited*, Dkt. No. 6 U 44/12, Higher

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S RESPONSE TO THE COURT'S ORDER CONCERNING LITIGATION IN GERMANY - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 Regional Court of Karlsruhe.  Attached as Exhibit E  is a true and correct copy of an excerpt of the
2 English translation of that document.

3     7. Attached as Exhibit F  is a true and correct copy of cited excerpts of the transcript
4 of the July 30, 2013 Hearing on the parties' *Daubert* Motions.

6     I declare under penalty of perjury under the laws of the United States and the State of
7 Washington that the foregoing is true and correct.

8     EXECUTED this 23rd day of September, 2013 at Redwood Shores, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts

---

DECLARATION OF ANDREA PALLIOS ROBERTS IN
SUPPORT OF MOTOROLA'S RESPONSE TO THE COURT'S
ORDER CONCERNING LITIGATION IN GERMANY - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 23rd day of September, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF MOTOROLA'S RESPONSE TO THE COURT'S ORDER CONCERNING LITIGATION IN GERMANY - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001