HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>MOTOROLA INC., et al.,<br><br>                Defendants. | No. C10-1823-JLR<br><br><br>MICROSOFT'S MOTION FOR FINAL JUDGMENT ON ITS BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b) |
| MOTOROLA MOBILITY, LLC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | **NOTED FOR:**<br>**FRIDAY, OCTOBER 11, 2013** |

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

For the reasons set out below, Microsoft respectfully moves for entry of final judgment on its breach of contract claim pursuant to Federal Rule of Civil Procedure 54(b). A proposed order is attached.

## I.   PROCEDURAL HISTORY

Microsoft filed suit alleging breach of contract and other claims in this Court on November 9, 2010. On February 18, 2011, a separate patent infringement action filed by Motorola against Microsoft in the Western District of Wisconsin ("the 343 Patent Case") was transferred to this Court, and on May 31, 2011 this Court consolidated the two cases. The Court explicitly found "that the essential facts are not so intertwined and logically connected that considerations of judicial economy and fairness dictate that the issues be resolved in one lawsuit," but that consolidation was nonetheless appropriate due to interests of judicial economy. (Dkt. No. 66 at 11.) Following a summary judgment ruling holding that Motorola had entered into contracts with the IEEE and ITU which were enforceable by Microsoft as a third-party beneficiary, this Court, pursuant to agreement of the parties, conducted a bench trial during November 2012 to determine RAND royalty rates for Motorola's H.264 and 802.11 standard-essential patent portfolios and issued its Findings of Fact and Conclusions of Law in April 2013. The parties then tried Microsoft's breach of contract claim to a jury between August 26 and September 4, 2013, and on September 4 the jury returned a verdict for Microsoft and awarded damages.

## II.   LEGAL STANDARD

Rule 54(b) permits a district court to enter judgment on "fewer than all" claims or as to fewer than all parties where there is "no just reason for delay." Fed.R.Civ.P. 54(b); *SEC v. Platforms Wireless Intern. Co.*, 617 F.3d 1072, 1084 (9th Cir. 2010). A Rule 54(b) judgment is a final appealable judgment for purposes of 28 U.S.C. § 1291. *Id.* In determining whether to enter judgment on fewer than all claims, courts engage in a "pragmatic approach with focus

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR) - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

on severability and efficient judicial administration." *Id.* (quotation marks omitted). Entry of judgment under Rule 54(b) "is proper if it will aid expeditious decision of the case." *Texaco, Inc. v. Ponsoldt*, 939 F.2d 794, 797 (9th Cir. 1991) (quotation marks omitted). Certification of "fewer than all" claims under Rule 54(b) is appropriate even where there is factual overlap with remaining claims when "the case is complex and there is an important or controlling legal issue that cuts across (and cuts out or at least curtails) a number of claims." *U.S. Fidelity and Guar. Co. v. Lee Investments LLC*, 641 F.3d 1126, 1140–41 (9th Cir. 2011), quoting *Wood v. GCC Bend, LLC*, 422 F.3d 873, 880–82 (9th Cir. 2005).

### III.   ARGUMENT

#### A. Severability And Efficient Judicial Administration Strongly Favor Entry Of Judgment On Microsoft's Breach Of Contract Claim.

The jury verdict for Microsoft has resolved Microsoft's breach of contract claim. The jury found Motorola liable for breach of contract (*see* Dkt. No. 53, Amended Complaint at Prayer for Relief A), and awarded damages (*id.* at Prayer for Relief B). The Court's April 19, 2013 order (Dkt. No. 673), October 10, 2012 order (Dkt. No. 465), and the jury instructions and record evidence collectively subsume Microsoft's request for an accounting and pleas for declaratory relief (Dkt. No. 53, Amended Complaint at ¶ 9, Prayer for Relief F–H). In particular, Microsoft's complaint sought a declaration "that Microsoft is entitled" to a license to Motorola's 802.11 and H.264 standard essential patents on RAND terms. (*Id.* at Prayer for Relief G, H.) The jury was properly instructed that Motorola is obligated to grant licenses on RAND terms (Dkt. No. 908 at Instr. 15), and that Microsoft had not repudiated or forfeited any of its rights to such licenses (*id.* at Instr. 22). Given the posture of the case at this time, Microsoft's right to a RAND license to Motorola's standard-essential patents is firmly established.

Further, Microsoft has already offered to tender RAND royalties to Motorola at the Court-determined rates. (*See* Dkt. No. 701 & Ex. A.) Motorola, to date, has simply ignored

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

Microsoft's offer, presumably because it intends to challenge the Court-determined RAND royalties on appeal.  Notwithstanding Motorola's current refusal to accept Microsoft's tender of RAND royalties, injunctive relief is not required in light of Motorola's commitment not to pursue other action against Microsoft inconsistent with the worldwide RAND royalty established in this case.[1]  The remaining claims in this action stem from consolidation with the 343 Patent Case.[2]  The issues presented by those claims are separable from the breach of contract claim, and delaying appeal of the breach of contract claim in order to adjudicate them would be contrary to efficient judicial administration.  Accordingly, the Court may now enter judgment under Rule 54(b).

### B. There Is No Just Reason For Delay.

As the Court and the parties recognized in the agreed stay of the other issues in the consolidated case and in two other patent infringement cases (*see* Dkt. Nos. 355, 360), the central dispute between the parties is Microsoft's RAND breach of contract claim against Motorola.  Resolution of the RAND royalty issue on appeal may well make addressing at least some remaining claims unnecessary, counseling in favor of entry of final judgment on the breach of contract claim now, rather than delaying in order to adjudicate those other claims.  For the same reason that those claims were stayed in July 2012, entry of final judgment on the breach of contract claim should not be delayed.

---

[1] In its submission concerning the current state of its German actions, Motorola committed to leave the stays of those actions in place pending the appeal of this case. (Dkt. No. 924 at 2, 5.)  Motorola has dismissed its standard-essential patent claims in the ITC, and Motorola's companion case in the Western District of Wisconsin related to its 802.11 standard-essential patents is stayed.

[2] Motorola's two declaratory judgment counterclaims in the contract case have also been finally resolved—the first (repudiation) on summary judgment, and the second (no breach) by the jury's verdict.

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR) - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

## IV. CONCLUSION

For the foregoing reasons, Microsoft respectfully requests entry of final judgment on Microsoft's breach of contract claim pursuant to Fed. R. Civ. P. 54(b), and submits the attached proposed order.

DATED this 25th day of September, 2013.

        CALFO HARRIGAN LEYH & EAKES LLP

        By    s/Arthur W. Harrigan, Jr.
             Arthur W. Harrigan, Jr., WSBA #1751

        By    s/Christopher Wion
             Christopher Wion, WSBA #33207

        By    s/Shane P. Cramer
             Shane P. Cramer, WSBA #35099
             999 Third Avenue, Suite 4400
             Seattle, WA 98104
             Phone: 206-623-1700
             arthurh@calfoharrigan.com
             chrisw@calfoharrigan.com
             shanec@calfoharrigan.com

        By    s/T. Andrew Culbert
             T. Andrew Culbert

        By    s/David E. Killough
             David E. Killough

        MICROSOFT CORPORATION
        1 Microsoft Way
        Redmond, WA 98052
        Phone: 425-882-8080
        Fax: 425-869-1327

        David T. Pritikin
        Richard A. Cederoth
        Constantine L. Trela, Jr.
        William H. Baumgartner, Jr.

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR) - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On this 25th day of September, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |
| | |
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |
| | |
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |
| | |
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC 20005-3948 | |
| Telephone: (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone:  (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ | ECF |
| New York, NY 10010 | | |
| Telephone:  (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone:  (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 25th day of September, 2013.

s/ Florine Fujita
FLORINE FUJITA

MICROSOFT'S MOTION FOR FINAL
JUDGMENT PURSUANT TO RULE 54(b)
(C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES, LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717