THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Case No. C10-1823-JLR<br><br>[**PROPOSED**] ORDER DIRECTING ENTRY OF FINAL JUDGMENT ON MICROSOFT'S BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b)<br><br>**NOTED FOR:**<br>**FRIDAY, OCTOBER 11, 2013** |

Pursuant to Rule 54(b), Plaintiff Microsoft Corporation ("Microsoft") has moved (Dkt. No. 927) for entry of judgment on the jury verdict entered after trial on Microsoft's breach of contract claim (Dkt. No. 909). Finding no just cause for delaying entry of final judgment on this claim, it is ordered that Microsoft recover on its breach of contract claim from Defendants Motorola, Inc. (now Motorola Solutions, Inc.), Motorola Mobility LLC (formerly Motorola

[PROPOSED] ORDER DIRECTING ENTRY OF
FINAL JUDGMENT ON MICROSOFT'S
BREACH OF CONTRACT CLAIM PURSUANT
TO RULE 54(b) - 1
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Mobility, Inc.) and General Instrument Corporation the amount of $14,524,406, with post-judgment interest pursuant to 28 U.S.C. § 1961, along with costs.

ORDERED, ADJUDGED, AND ENTERED this _____ day of _____, 2013.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

**Presented by:**
CALFO HARRIGAN LEYH & EAKES LLP

By   s/Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751

By   s/Christopher Wion
     Christopher Wion, WSBA #33207

By   s/Shane P. Cramer
     Shane P. Cramer, WSBA #35099
     999 Third Avenue, Suite 4400
     Seattle, WA 98104
     Phone: 206-623-1700
     arthurh@calfoharrigan.com
     chrisw@calfoharrigan.com
     shanec@calfoharrigan.com

By   s/T. Andrew Culbert
     T. Andrew Culbert

By   s/David E. Killough
     David E. Killough

MICROSOFT CORPORATION
     1 Microsoft Way
     Redmond, WA 98052
     Phone: 425-882-8080
     Fax: 425-869-1327

     David T. Pritikin
     Richard A. Cederoth
     Constantine L. Trela, Jr.

[PROPOSED] ORDER DIRECTING ENTRY OF
FINAL JUDGMENT ON MICROSOFT'S
BREACH OF CONTRACT CLAIM PURSUANT
TO RULE 54(b) - 2
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

[PROPOSED] ORDER DIRECTING ENTRY OF FINAL JUDGMENT ON MICROSOFT'S BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b) - 3
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717