THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>        Defendants.<br>─────────────────────────<br>MOTOROLA MOBILITY LLC, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. C10-1823-JLR<br><br>MICROSOFT'S NOTICE OF RE-NOTING OF ITS MOTION FOR FINAL JUDGMENT ON ITS BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b)<br><br>**RENOTED ON MOTION CALENDAR: FRIDAY, OCTOBER 18, 2013** |

PLEASE TAKE NOTICE that Microsoft's Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b), which was originally noted for Friday, October 11, 2013, is being re-noted to Friday, October 18, 2013.

DATED this 4th day of October, 2013.

CALFO HARRIGAN LEYH & EAKES LLP

By   s/Arthur W. Harrigan, Jr.
     Arthur W. Harrigan, Jr., WSBA #1751

RENOTE OF MICROSOFT'S MOTION FOR FINAL JUDGMENT ON ITS BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b) - 1 C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2        By    s/Christopher Wion
                Christopher Wion, WSBA #33207

3        By    s/Shane P. Cramer
                Shane P. Cramer, WSBA #35099
4
                999 Third Avenue, Suite 4400
5                Seattle, WA  98104
                Phone:  206-623-1700
6                arthurh@calfoharrigan.com
                chrisw@calfoharrigan.com
7                shanec@calfoharrigan.com

8

9        By    s/T. Andrew Culbert
                T. Andrew Culbert
10
         By    s/David E. Killough
11                David E. Killough

12        MICROSOFT CORPORATION
                1 Microsoft Way
13                Redmond, WA  98052
                Phone:  425-882-8080
14                Fax:  425-869-1327

15
                David T. Pritikin
16                Richard A. Cederoth
                Constantine L. Trela, Jr.
17                William H. Baumgartner, Jr.
                Ellen S. Robbins
18                Douglas I. Lewis
                David C. Giardina
19                John W. McBride
                Nathaniel C. Love
20
                SIDLEY AUSTIN LLP
21                One South Dearborn
                Chicago, IL  60603
22                Phone:  312-853-7000
                Fax:  312-853-7036
23

24                Carter G. Phillips
                Brian R. Nester
25

---

RENOTE OF MICROSOFT'S MOTION FOR
FINAL JUDGMENT ON ITS BREACH OF
CONTRACT CLAIM PURSUANT TO RULE
54(b) - 2 C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

RENOTE OF MICROSOFT'S MOTION FOR
FINAL JUDGMENT ON ITS BREACH OF
CONTRACT CLAIM PURSUANT TO RULE
54(b) - 3 C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 4th day of October, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X     ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X     ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X     ECF |
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>  X     ECF |

RENOTE OF MICROSOFT'S MOTION FOR FINAL JUDGMENT ON ITS BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b) - 4 C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| 2 | Brian C. Cannon (*pro hac vice*) | _____ US Mail |
|   | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 3 | 555 Twin Dolphin Drive, 5th Floor | __X__ ECF |
|   | Redwood Shores, CA 94065 | |
| 4 | Telephone: (650) 801-5000 | |
|   | Email: andreaproberts@quinnemanuel.com | |
| 5 | Email: briancannon@quinnemanuel.com | |

| | | |
|---|---|---|
| 6 | Kathleen M. Sullivan (*pro hac vice*) | _____ Messenger |
| 7 | David Elihu (*pro hac vice*) | _____ US Mail |
|   | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 8 | 51 Madison Ave., 22nd Floor | __X__ ECF |
|   | New York, NY 10010 | |
| 9 | Telephone: (212) 849-7000 | |
|   | Email: kathleensullivan@quinnemanuel.com | |

| | | |
|---|---|---|
| 11 | William Price (*pro hac vice*) | _____ Messenger |
|    | Quinn Emanuel Urquhart & Sullivan, LLP | _____ US Mail |
| 12 | 865 S. Figuera St., 10th Floor | _____ Facsimile |
|    | Los Angeles, CA 90017 | __X__ ECF |
| 13 | Telephone: (212) 443-3000 | |
|    | Email: williamprice@quinnemanuel.com | |
| 14 | MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | |

DATED this 4th day of October, 2013.

                                                               s/ Florine Fujita
                                                                FLORINE FUJITA

RENOTE OF MICROSOFT'S MOTION FOR FINAL JUDGMENT ON ITS BREACH OF CONTRACT CLAIM PURSUANT TO RULE 54(b) - 5 C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717