The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>      Defendants. | CASE NO. C10-1823-JLR<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT ON FINAL CLAIMS PURSUANT TO RULE 54(b) [PROPOSED]<br><br>**NOTED ON MOTION CALENDAR:**<br>**Friday, October 18, 2013** |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>  Plaintiffs/Counterclaim Defendant,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant/Counterclaim Plaintiff. | |

ORDER DIRECTING ENTRY OF FINAL JUDGMENT ON
FINAL CLAIMS PURSUANT TO RULE 54(b)
CASE NO. C10-1823-JLR

S<small>UMMIT</small> L<small>AW</small> G<small>ROUP</small> <small>PLLC</small>
315 F<small>IFTH</small> A<small>VENUE</small> S<small>OUTH</small>, S<small>UITE</small> 1000
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   Pursuant to Rule 54(b), Plaintiff Microsoft Corporation ("Microsoft") has filed a motion
2   for entry of final judgment. Having reviewed the pleadings and evidence presented and on file in
3   this case, and the Court being fully advised as to the issues presented, Microsoft's motion for entry
4   of final judgment is GRANTED, with modifications. The Court finds that it has finally
5   adjudicated Microsoft's four asserted claims and Motorola's two counterclaims in the breach of
6   contract case, as well as Motorola's two RAND-based counterclaims in the original '699 case and
7   Microsoft's four RAND-based counterclaims in the original '699 case. The following claims are
8   final:

- Microsoft's claims for breach of contract, promissory estoppel, and waiver, and Microsoft's claim for declaratory judgment. Dkt. 53.

- Motorola's counterclaims for declaratory judgment that Motorola has not breached any of its RAND obligations and for declaratory judgment that Microsoft has repudiated and/or rejected the benefits of Motorola's RAND statements and that Motorola is entitled to seek an injunction against Microsoft on the Motorola patents at issue. Dkt. 192.

- Microsoft's counterclaim for breach of contract, promissory estoppel, and waiver, and Microsoft's claim for declaratory judgment. Wis. Dkt. 37.

- Motorola's counterclaims for declaratory judgment that Motorola has not breached any of its RAND obligations and for declaratory judgment that Microsoft has repudiated and/or rejected the benefits of Motorola's RAND statements and that Motorola is entitled to seek an injunction against Microsoft on the Motorola patents at issue. Dkt. 67.

There is no just reason for delay with respect to the appeal of these claims. The entry of partial final judgment would promote judicial efficiency and economy.

ORDER DIRECTING ENTRY OF FINAL JUDGMENT ON
FINAL CLAIMS PURSUANT TO RULE 54(b) - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    *ralphp@summitlaw.com*
    *philm@summitlaw.com*

By */s/ Thomas V. Miller*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    600 North U.S. Highway 45
    Libertyville, IL 60048-1286
    (847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
    Kathleen M. Sullivan, NY #1804624
    51 Madison Ave., 22nd Floor
    New York, NY 10010
    (212) 849-7000
    *kathleensullivan@quinnemanuel.com*

By */s/ Brian C. Cannon*
    Brian C. Cannon, CA #193071
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    (650) 801-5000
    *briancannon@quinnemanuel.com*

By */s/ William C. Price*
    William C. Price, CA #108542
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    *williamprice@quinnemanuel.com*

*Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corporation*

ORDER DIRECTING ENTRY OF FINAL JUDGMENT ON
FINAL CLAIMS PURSUANT TO RULE 54(b) - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001