# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | CASE NO. C10-1823JLR<br><br>FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT |
| MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | |

 X     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The court's April 19, 2013 Findings of Fact and Conclusions of Law (Dkt. ## 673

(sealed), 681 (redacted)), the court's August 12, 2013 order on summary judgment

(Dkt. # 843) with respect to Motorola's repudiation counterclaim only, and the September

4, 2013 jury verdict (Dkt. # 909) shall be deemed final judgments pursuant to Federal

Rule of Civil Procedure 54(b).  The court has found that there is no just reason for delay.

Filed this 12th day of November, 2013.


WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett_____
Deputy Clerk