The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　　　Defendants. | CASE NO. C10-1823-JLR<br><br>MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT ENTERED NOVEMBER 12, 2013 (DKT. 932) |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>　　　Plaintiffs/Counterclaim Defendants,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　Defendant/Counterclaim Plaintiff. | |

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE
OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED
NOVEMBER 12, 2013 (DKT. 932)
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    NOTICE IS HEREBY GIVEN that Motorola, Inc., Motorola Mobility, Inc. and General
2 Instrument Corporation (collectively, "Motorola"), Defendants and Plaintiffs/Counterclaim
3 Defendants in the above-captioned case, appeal to the United States Court of Appeals for the
4 Federal Circuit from the Federal Rule of Civil Procedure 54(b) Judgment of the District Court
5 entered on November 12, 2013 (Dkt. 932) and all other orders or rulings merged or incorporated
6 therein.

7    DATED this 12th day of November, 2013.

Respectfully submitted,

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*

By */s/ Thomas V. Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY LLC
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
   Kathleen M. Sullivan, NY #1804624
   51 Madison Ave., 22nd Floor
   New York, NY 10010
   (212) 849-7000
   *kathleensullivan@quinnemanuel.com*

---

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE
OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED
NOVEMBER 12, 2013 (DKT. 932 - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By */s/ Brian C. Cannon*
Brian C. Cannon, CA #193071
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
*briancannon@quinnemanuel.com*

By */s/ William C. Price*
William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*williamprice@quinnemanuel.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED NOVEMBER 12, 2013 (DKT. 932 - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Calfo Harrigan Leyh & Eakes LLP
>*arthurh@calfoharrigan.com*
>*chrisw@calfoharrigan.com*
>*shanec@calfoharrigan.com*

>Richard A. Cederoth, Esq.
>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>William H. Baumgartner, Jr., Esq.
>David C. Giardina, Esq.
>Carter G. Phillips, Esq.
>Constantine L. Trela, Jr., Esq.
>Ellen S. Robbins, Esq.
>Nathaniel C. Love, Esq.
>Sidley Austin LLP
>*rcederoth@sidley.com*
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*wbaumgartner@sidley.com*
>*dgiardina@sidley.com*
>*cphillips@sidley.com*
>*ctrela@sidley.com*
>*erobbins@sidley.com*
>*nlove@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 12th day of November, 2013.

                                                  /s/ *Marcia A. Ripley*
                                                  Marcia A. Ripley

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE
OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED
NOVEMBER 12, 2013 (DKT. 932 - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001