THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                           Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                           Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                           Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                           Defendant. | Case No. C10-1823-JLR<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY |

      NOTICE IS HEREBY GIVEN that Christopher Wion of Calfo Harrigan Leyh & Eakes LLP withdraws as attorney for Plaintiff Microsoft Corporation in the above-captioned matter. He may be removed from any applicable service list. All remaining Calfo Harrigan Leyh & Eakes LLP attorneys who have appeared remain as counsel of record and should continue to receive notices.

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 | DATED this 15th day of November, 2013.

2 | CALFO HARRIGAN LEYH & EAKES LLP

3

4 | By    s/Arthur W. Harrigan, Jr.
      Arthur W. Harrigan, Jr., WSBA #1751

5

   By    s/Shane P. Cramer
6       Shane P. Cramer, WSBA #35099

7    999 Third Avenue, Suite 4400
   Seattle, WA  98104
8    Phone:  206-623-1700
   arthurh@calfoharrigan.com
9    shanec@calfoharrigan.com

10

11    By    s/T. Andrew Culbert
      T. Andrew Culbert
12

   By    s/David E. Killough
13       David E. Killough

14    MICROSOFT CORPORATION
   1 Microsoft Way
15    Redmond, WA  98052
   Phone:  425-882-8080
16    Fax:  425-869-1327

17
   David T. Pritikin
18    Richard A. Cederoth
   Constantine L. Trela, Jr.
19    William H. Baumgartner, Jr.
   Ellen S. Robbins
20    Douglas I. Lewis
   David C. Giardina
21    John W. McBride
   Nathaniel C. Love
22

23    SIDLEY AUSTIN LLP
   One South Dearborn
24    Chicago, IL  60603
   Phone:  312-853-7000
25    Fax:  312-853-7036

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Carter G. Phillips
Brian R. Nester

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

Counsel for Microsoft Corp.

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 15th day of November, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751<br>Philip S. McCune, WSBA #21081<br>Summit Law Group<br>315 Fifth Ave. South, Suite 1000<br>Seattle, WA  98104-2682<br>Telephone:  206-676-7000<br>Email: Summit1823@summitlaw.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Steven Pepe (*pro hac vice*)<br>Jesse J. Jenner (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>Telephone:  (212) 596-9046<br>Email: steven.pepe@ropesgray.com<br>Email: jesse.jenner@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Norman H. Beamer (*pro hac vice*)<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>Telephone:  (650) 617-4030<br>Email: norman.beamer@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |
| Paul M. Schoenhard (*pro hac vice*)<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street NW, Suite 900<br>Washington, DC  20005-3948<br>Telephone:  (202) 508-4693<br>Email: Paul.schoenhard@ropesgray.com | _____ Messenger<br>_____ US Mail<br>_____ Facsimile<br>___X___ ECF |

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 4
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| 2 | Brian C. Cannon (*pro hac vice*) | _____ US Mail |
| | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 3 | 555 Twin Dolphin Drive, 5th Floor | __X___ ECF |
| | Redwood Shores, CA 94065 | |
| 4 | Telephone: (650) 801-5000 | |
| | Email: andreaproberts@quinnemanuel.com | |
| 5 | Email: briancannon@quinnemanuel.com | |

Kathleen M. Sullivan (*pro hac vice*)            _____ Messenger
David Elihu (*pro hac vice*)                     _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP           _____ Facsimile
51 Madison Ave., 22nd Floor                      __X___ ECF
New York, NY 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

William Price (*pro hac vice*)                   _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP           _____ US Mail
865 S. Figuera St., 10th Floor                   _____ Facsimile
Los Angeles, CA 90017                            __X___ ECF
Telephone: (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 15th day of November, 2013.


                                s/ Florine Fujita
                                FLORINE FUJITA

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY - 5
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717