Form 22

FORM 22. Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Microsoft Corp.

) Appeal from ☑ U.S. District Court for W.D. Wash.
☐ Court of International Trade
☐ Court of Federal Claims

—VERSUS—

Motorola, Inc., Motorola Mobility, LLC, and General Instrument Corp.

) TRIAL COURT NO. 10-cv-1823
) CIRCUIT COURT NO. 14-1089

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcript is not needed for the appeal
( ) A transcript is already on file
( ✓ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars): 6/25/2012; 10/30/2012; 2/6/2013; 6/26/2013; and transcripts of any other hearing not already on file
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
( ✓ ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED /s/ Kathleen M. Sullivan   DATE 11/22/13   COUNSEL FOR Appellants
ADDRESS 51 Madison Avenue, 22nd Floor, New York, NY 10010
TELEPHONE 212-849-7000

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

Signature and Date
Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date                                                            Signature

146                          Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Arthur W. Harrigan, Jr., Esq.
> Shane P. Cramer, Esq.
> Calfo Harrigan Leyh & Eakes LLP
> arthurh@calfoharrigan.com
> chrisw@calfoharrigan.com
> shanec@calfoharrigan.com
>
> Richard A. Cederoth, Esq.
> Brian R. Nester, Esq.
> David T. Pritikin, Esq.
> Douglas I. Lewis, Esq.
> John W. McBride, Esq.
> William H. Baumgartner, Jr., Esq.
> David C. Giardina, Esq.
> Carter G. Phillips, Esq.
> Constantine L. Trela, Jr., Esq.
> Ellen S. Robbins, Esq.
> Nathaniel C. Love, Esq.
> Sidley Austin LLP
> rcederoth@sidley.com
> bnester@sidley.com
> dpritikin@sidley.com
> dilewis@sidley.com
> jwmcbride@sidley.com
> wbaumgartner@sidley.com
> dgiardina@sidley.com
> cphillips@sidley.com
> ctrela@sidley.com
> erobbins@sidley.com
> nlove@sidley.com
>
> T. Andrew Culbert, Esq.
> David E. Killough, Esq.
> Microsoft Corp.
> andycu@microsoft.com
> davkill@microsoft.com

I further certify that I caused three copies of the foregoing Transcript Purchase Order to be delivered via Federal Express to:

> Barry Fanning
> Court Reporter
> U.S. District Court, Western District of Washington
> 700 Stewart Street, Suite 17205
> Seattle, WA 98101
> 206-370-8505 (phone)

DATED this 22nd day of November, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley