The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>STIPULATION AND [PROPOSED] ORDER APPROVING FORM OF BOND AND STAYING EXECUTION OF THE JUDGMENT |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Microsoft Corporation ("Microsoft") and Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola"), through their undersigned counsel, hereby stipulate and jointly request that the Court (1) stay the enforcement of the award of $14,524,406 of the final judgment entered on November 12, 2013 pending appeal and (2) approve the supersedeas bond posted for $18,155,507 pursuant to Fed. R. Civ. P. 62(d). This request is supported by the Notice of Appeal (Dkt. 993) and Supersedeas Bond, attached hereto as Exhibit A.

DATED this 25th day of November, 2013.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
Ralph H. Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
*ralphp@summitlaw.com*
*philm@summitlaw.com*

By */s/ Thomas V. Miller*
Thomas V. Miller
MOTOROLA MOBILITY LLC
600 North U.S. Highway 45
Libertyville, IL 60048-1286
(847) 523-2162

***Attorney for Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

CALFO HARRIGAN LEYH & EAKES LLP

By */s/ Arthur W. Harrigan, Jr.*
By */s/ Shane P. Cramer*
Arthur W. Harrigan, Jr., WSBA #1751
Shane P. Cramer, WSBA #35099
*arthurh@calfoharrigan.com*
*shanec@calfoharrigan.com*

By */s/ T. Andrew Culbert*
T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #21119
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080



SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kathleen M. Sullivan (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NW 10010
(212) 849-7000
*kathleensullivan@quinnemanuel.com*

Brian C. Cannon (pro hac vice)
Andrea Pallios Roberts (pro hac vice)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(640) 801-5000
*briancannon@quinnemanuel.com*
*andreaproberts@quinnemanuel.com*

William C. Price (pro hac vice)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*williamprice@quinnemanuel.com*

***Attorney for Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

David T. Pritikin *(pro hac vice)*
Richard A. Cederoth *(pro hac vice)*
Constantine L. Trela, Jr. *(pro hac vice)*
William H. Baumgartner, Jr. *(pro hac vice)*
Ellen S. Robbins *(pro hac vice)*
Douglas I. Lewis *(pro hac vice)*
David C. Giardina *(pro hac vice)*
John W. McBride *(pro hac vice)*
Nathaniel C. Love *(pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000

Carter G. Phillips *(pro hac vice)*
Brian R. Nester, *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000

***Attorneys for Microsoft Corp.***

**ORDER**

IT IS SO ORDERED.

DATED this _______ day of _________________, 2013.

______________________________
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001