# EXHIBIT A

**SUPERSEDEAS BOND**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION,          }

          Plaintiff          }

      vs.                    }     CASE NO. C10-1823JLR

MOTOROLA, INC., MOTOROLA MOBILITY, INC.,  }
and GENERAL INSTRUMENT CORPORATION,  }

          Defendants      }     Bond No.: 09106256

We, <u>MOTOROLA MOBILITY, INC.</u>, as principal, and <u>FIDELITY AND DEPOSITY COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY</u>, as co-sureties, are held and firmly bound to <u>MICROSOFT CORPORATION</u>, the plaintiff in the above-entitled action, in the maximum penal sum of <u>$18,155,507.00</u>, for the payment of which we firmly bind ourselves and our heirs, executors, administrators, or assigns. We, <u>MOTOROLA MOBILITY, INC</u> and <u>FIDELITY AND DEPOSITY COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY</u>, jointly and severally submit ourselves to the jurisdiction of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON and irrevocably appoint the clerk of the court as agent for us, upon whom any papers affecting our liability, jointly and severally, on this obligation may be served. We, <u>MOTOROLA MOBILITY, INC.</u> and <u>FIDELITY AND DEPOSITY COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY</u>, jointly and severally, irrevocably waive any right to a jury trial and agree that our liability may be enforced in the court on motion and such notice of motion as the court may prescribe may be served upon the clerk as our agent.

Whereas, on <u>NOVEMBER 12, 2013,</u> in an action pending in the above court, between <u>MICROSOFT CORPORATION</u>, as plaintiff, and <u>MOTOROLA MOBILITY, INC.</u>, as defendant, judgment was rendered against <u>MOTOROLA MOBILITY, INC.</u>, in for the sum of <u>$14,524,406.00</u> from which <u>MOTOROLA MOBILITY, INC.</u>, has taken an appeal;

Now, therefore, if <u>MOTOROLA MOBILITY, INC.</u> satisfies the judgment in full, together with costs and interest on such judgment, or if for any reason the appeal is dismissed, or the petition for certification is denied, or the judgment is affirmed, and satisfies in full any modification of the judgment and such costs, interest and damages as any appellate court may adjudge and award, then this obligation will be null and void; otherwise it will remain in full force and effect.

Sealed with our seals on this <u>20TH</u> day <u>NOVEMBER</u>, <u>2013</u>.

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**
as Co-Surety

By _____
       P. Austin Neff, Attorney-in-Fact

**ZURICH AMERICAN INSURANCE COMPANY,**
as Co-Surety

By _____
       P. Austin Neff, Attorney-in-Fact

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF <u>CALIFORNIA</u>         )
                                                  )
COUNTY OF <u>SAN FRANCISCO</u>   )


On____<u>November 20, 2013</u>____ before me, _____<u>D. B. Diaz, Notary Public</u>_____
　　　　　　　　*Date*　　　　　　　　　　　　　　　　　　*(Here insert name and title of the officer)*

personally appeared _____<u>P. Austin Neff</u>_____
　　　　　　　　　　　　　　　　　*NAME(S) OF SIGNER(S)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose

names(s) is/are subscribed to the within instrument and acknowledged to me that

she/he/they executed the same in her/his/their authorized capacity(ies), and that by

her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of

which the person(s) acted, executed the instrument.


I certify under PENALTY OF PERJURY under the laws of the State of California that

the foregoing paragraph is true and correct.



WITNESS my hand and official seal.


_____D. B. Diaz_____
　　*Signature of Notary*

D. B. DIAZ
Commission # 1906667
Notary Public - California
San Francisco County
My Comm. Expires Oct 3, 2014

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **THOMAS O. MCCLELLAN, Vice President**, in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **P. Austin NEFF, Emilie GEORGE, Michio NEKOTA and Charles R. MARMOLEJO, all of San Francisco, California, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings**, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, this 10th day of October, A.D. 2013.

ATTEST:

ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND



By:

*Assistant Secretary*
*Eric D. Barnes*

*Vice President*
*Thomas O. McClellan*

**State of** Maryland
City of Baltimore

On this 10th day of October, A.D. 2013, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **THOMAS O. MCCLELLAN, Vice President, and ERIC D. BARNES, Assistant Secretary**, of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Constance A. Dunn, Notary Public
My Commission Expires: July 14, 2015

POA-F  016-0580B

### EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify or revoke any such appointment or authority at any time."

### CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this 20th day of _November_, 20 13 .

  

_Geoffrey Delisio_
————————————————————
Geoffrey Delisio, Vice President