```
                  UNITED STATES DISTRICT COURT

             WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

 MICROSOFT CORPORATION,          )
                                 )
         Plaintiff,              )  C10-01823-JLR
                                 )
 v.                              )  September 4, 2013
                                 )
 MOTOROLA, INC., et al,          )      Verdict
                                 )
         Defendant.              )
                                 )
_____

             BEFORE THE HONORABLE JAMES L. ROBART
                 UNITED STATES DISTRICT JUDGE
_____

 APPEARANCES:

  For the Plaintiff:    Arthur Harrigan, Christopher
                        Wion, David Pritikin, Richard
                        Cederoth, Andy Culbert,
                        Nathaniel Love and Ellen
                        Robbins



  For the Defendants:   Ralph Palumbo, William Price,
                        Brian Cannon, Kathleen Sullivan
                        and Andrea Roberts
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
*Suite 17205 - 700 Stewart St. - Seattle, WA 98101*

```
 1              THE COURT:  Ladies and gentlemen, the clerk has
 2   indicated that the jury has reached a verdict.  Are there
 3   any matters the parties wish to take up before we receive
 4   the verdict?
 5              MR. HARRIGAN:  No, your Honor.
 6              THE COURT:  All right.  Please bring the jury in.
 7   (At this time the jury entered the courtroom.)
 8              THE COURT:  The clerk has advised me that you have
 9   reached a verdict in this matter.
10      Who speaks for the jury?  All right.  Has the jury
11   reached a unanimous verdict?
12              FOREPERSON:  Yes, we have.
13              THE COURT:  Would you please hand it down to the
14   clerk?
15              FOREPERSON:  Certainly.
16              THE COURT:  In the matter of Microsoft Corporation
17   versus Motorola, Inc., Motorola Mobility and General
18   Instrument Corporation, case number C10-1823, verdict
19   form.
20      Ladies and gentlemen, I am going to read the verdict.
21   I am going to ask that you to listen carefully, even
22   though it is your verdict, for the reason that the parties
23   have the right to poll the jury; meaning, the clerk will
24   say:  Is this your verdict and the verdict of the jury?
25   And if you haven't listened to me one final time, you
```

won't be able to answer that.

"We the jury unanimously find as follows:"

"Do you find that Microsoft has proved by a preponderance of the evidence that Motorola breached its contractual commitment to the IEEE?" "Yes."

"Do you find that Microsoft has proved by a preponderance of the evidence that Motorola breached its contractual commitment to the ITU?" "Yes."

"What are the damages, if any, attributable to the distribution center relocation costs incurred by Microsoft as a foreseeable result of MMI and General Instrument Corporation having breached its contractual commitment to the ITU?" Answer: "$11,492,686."

Question 4. "Attorneys fees and litigation costs may only be awarded as damages if you find that Motorola's lawsuits seeking injunctive relief, apart from Motorola's general course of conduct, violated Motorola's duty of good faith and fair dealing." Question A: "Did you find that Motorola's conduct in seeking injunctive relief, apart from Motorola's general course of conduct, violated Motorola's duty of good faith and fair dealing with respect to Motorola's contractual commitment to the IEEE?" Answer: "Yes."

"Do you find that Motorola's conduct in seeking injunctive relief, apart from Motorola's general course of

```
 1   conduct, violated Motorola's duty of good faith and fair
 2   dealing with respect to Motorola's contractual commitment
 3   to the ITU?"  Answer:  "Yes."
 4       "What are the damages, if any, attributable to
 5   attorneys fees and litigation costs incurred by Microsoft
 6   as a foreseeable result of Motorola having breached its
 7   actual commitments?"  Answer:  "$3,031,720."
 8       Question 5 has a line drawn through it, indicating no
 9   answer.  Dated 4 September 2013.  It is signed by the
10   presiding juror.
11       Does Microsoft wish to poll the jury?
12           MR. HARRIGAN:  No, your Honor.
13           THE COURT:  Mr. Price?
14           MR. PRICE:  Yes, your Honor.
15           THE COURT:  The clerk will please poll the jury.
16           THE CLERK:  Juror 1, is this your individual
17   verdict and the verdict of the jury?
18           JUROR 1:  It is.
19           THE CLERK:  Juror 2, is this your individual
20   verdict and the verdict of the jury?
21           JUROR 2:  Yes.
22           THE CLERK:  Juror 3, is this your individual
23   verdict and the verdict of the jury?
24           JUROR 3:  Yes.
25           THE CLERK:  Juror 4, is this your individual
```

```
 1  verdict and the verdict of the jury?
 2          JUROR 4:  Yes.
 3          THE CLERK:  Juror 5, is this your individual
 4  verdict and the verdict of the jury?
 5          JUROR 5:  Yes.
 6          THE CLERK:  Juror 6, is this your individual
 7  verdict and the verdict of the jury?
 8          THE COURT:  You have to answer audibly.
 9          FOREPERSON 6:  Yes.
10          THE CLERK:  Juror 7, is this your individual
11  verdict and the verdict of the jury?
12          FOREPERSON 7:  Yes.
13          THE CLERK:  Juror 8, is this your individual
14  verdict and the verdict of the jury?
15          JUROR 8:  Yes.
16          THE COURT:  The polling having determined that the
17  verdict is unanimous, I accept the verdict and will give
18  it to the clerk for filing at this time.
19     Ladies and gentlemen, you are now released from all of
20  those things that I told you over and over you couldn't
21  do.  If someone wants to talk to you about the case, it is
22  up to you to decide if you wish to do so.  The lawyers,
23  under the local rules of this district, are not permitted
24  to contact you.  And, other than that, feel free to
25  investigate to your heart's content, read those news
```

1  stories, whatever.  There have been some, and know that
2  has happened.
3     I am going to come back to the jury room.  I would
4  like to thank you in person.  I also recognize that it is
5  five minutes to 5:00, and some of you may want to avoid
6  the traffic, or get into the traffic and get out of here.
7  If you are not there, I will certainly understand.  But,
8  otherwise, I will be back in five minutes or so.
9     Ladies and gentlemen, please rise for the jury.
10 (At this time the jury left courtroom.)
11        THE COURT:  Please be seated.  Ladies and
12 gentlemen, in their verdict form, as opposed to simply
13 checking "yes" they wrote "8" and "0" under "no" on each
14 of the questions.  As opposed to simply checking one or
15 the other, they disclosed their vote count.  It seems to
16 me that is not of any consequence.
17    Other than that, are there any matters which Microsoft
18 would like to take up at this time?
19        MR. HARRIGAN:  No, your Honor.
20        THE COURT:  Mr. Price?
21        MR. PRICE:  No, your Honor.
22        THE COURT:  Counsel, if you want to file motions
23 and you need additional time to do so, please contact me.
24 I would hope all of you will take a couple of days off at
25 this point.  I believe I have the authority to extend some

1  of those deadlines.  Don't rush your stuff in.  Take your
2  time instead.
3      It has been a pleasure having you in the courtroom.  I
4  suspect I will get to see some more of you, because, as I
5  indicated, I would like to take up the question of your
6  seeking appellate review of my decisions in Phase I and
7  Phase II, and see if we can't work out how that is going
8  to work.
9      We will be in recess.  Thank you, counsel.
10                         (Adjourned.)

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
*Suite 17205 - 700 Stewart St. - Seattle, WA 98101*

1        **CERTIFICATE**

2

3

4

5

6

7

8
         We, Barry L. Fanning & Debbie Zurn, Official Court
9   Reporters, do hereby certify that the foregoing transcript is
    true and correct.
10

11
                              **S/Barry L. Fanning**
12                            **S/Debbie Zurn**

13                            _____
                              **Barry L. Fanning**
14

15

16

17

18

19

20

21

22

23

24

25