The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER APPROVING FORM OF BOND AND STAYING EXECUTION OF THE JUDGMENT |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |



STIPULATION AND [PROPOSED] ORDER APPROVING
FORM OF BOND AND STAYING EXECUTION OF THE
JUDGMENT
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4814-3555-4070.4

Microsoft Corporation ("Microsoft") and Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola"), through their undersigned counsel, hereby stipulate and jointly request that the Court (1) stay the enforcement of the award of $14,524,406 of the final judgment entered on November 12, 2013 pending appeal and (2) approve the supersedeas bond posted for $18,155,507 pursuant to Fed. R. Civ. P. 62(d). This request is supported by the Notice of Appeal (Dkt. 993) and Supersedeas Bond, attached hereto as Exhibit A.

DATED this 25th day of November, 2013.

| SUMMIT LAW GROUP PLLC | CALFO HARRIGAN LEYH & EAKES LLP |
|---|---|
| By /s/ Ralph H. Palumbo<br>By /s/ Philip S. McCune<br>　Ralph H. Palumbo, WSBA #04751<br>　Philip S. McCune, WSBA #21081<br>　ralphp@summitlaw.com<br>　philm@summitlaw.com | By /s/ Arthur W. Harrigan, Jr.<br>By /s/ Shane P. Cramer<br>　Arthur W. Harrigan, Jr., WSBA #1751<br>　Shane P. Cramer, WSBA #35099<br>　arthurh@calfoharrigan.com<br>　shanec@calfoharrigan.com |
| By /s/ Thomas V. Miller<br>　Thomas V. Miller<br>　MOTOROLA MOBILITY LLC<br>　600 North U.S. Highway 45<br>　Libertyville, IL 60048-1286<br>　(847) 523-2162 | By /s/ T. Andrew Culbert<br>　T. Andrew Culbert, WSBA #35925<br>　David E. Killough, WSBA #21119<br>　MICROSOFT CORPORATION<br>　1 Microsoft Way<br>　Redmond, WA 98052<br>　Phone: 425-882-8080 |

***Attorney for Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

STIPULATION AND [PROPOSED] ORDER APPROVING
FORM OF BOND AND STAYING EXECUTION OF THE
JUDGMENT - 1
CASE NO. C10-1823-JLR

4814-3555-4070.4

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | David T. Pritikin (*pro hac vice*) |
| | Richard A. Cederoth (*pro hac vice*) |
| | Constantine L. Trela, Jr. (*pro hac vice*) |
| Kathleen M. Sullivan (*pro hac vice*) | William H. Baumgartner, Jr. (*pro hac vice*) |
| 51 Madison Avenue, 22nd Floor | Ellen S. Robbins (*pro hac vice*) |
| New York, NW 10010 | Douglas I. Lewis (*pro hac vice*) |
| (212) 849-7000 | David C. Giardina (*pro hac vice*) |
| kathleensullivan@quinnemanuel.com | John W. McBride (*pro hac vice*) |
| | Nathaniel C. Love (*pro hac vice*) |
| Brian C. Cannon (pro hac vice) | SIDLEY AUSTIN LLP |
| Andrea Pallios Roberts (pro hac vice) | One South Dearborn |
| 555 Twin Dolphin Drive, 5th Floor | Chicago, IL 60603 |
| Redwood Shores, CA 94065 | Phone: 312-853-7000 |
| (640) 801-5000 | |
| briancannon@quinnemanuel.com | Carter G. Phillips (*pro hac vice*) |
| andreaproberts@quinnemanuel.com | Brian R. Nester, (*pro hac vice*) |
| | SIDLEY AUSTIN LLP |
| William C. Price (pro hac vice) | 1501 K Street NW |
| 865 S. Figueroa St., 10th Floor | Washington, DC 20005 |
| Los Angeles, CA 90017 | Telephone: 202-736-8000 |
| (213) 443-3000 | |
| williamprice@quinnemanuel.com | ***Attorneys for Microsoft Corp.*** |

***Attorney for Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

## ORDER

IT IS SO ORDERED.

DATED this 25th day of November, 2013.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER APPROVING
FORM OF BOND AND STAYING EXECUTION OF THE
JUDGMENT - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4814-3555-4070.4