THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MOTOROLA, INC., et al.,<br><br>                    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Case No. C10-1823-JLR<br><br>DECLARATION OF SHANE P. CRAMER IN SUPPORT OF MICROSOFT'S MOTION FOR COSTS<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 20, 2013** |

I, Shane P. Cramer, hereby declare as follows:

1.   I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter, and have personal knowledge of the facts stated herein.

2.   Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the docket in this matter, which I caused to be printed off PACER. I have highlighted entries on the docket that reflect fees paid by Microsoft in connection with filing its complaint and *pro hac vice*

DECLARATION OF SHANE P. CRAMER
IN SUPPORT OF MICROSOFT'S MOTION
FOR COSTS - 1 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

applications in this action. As required by 28 USC § 1914, Microsoft paid a $350 filing fee when it filed its complaint. As required by the Court's schedule of fees, Microsoft paid $150 for every *pro hac vice* application submitted on behalf of an attorney appearing in the case who was not licensed to practice in Washington. In total, Microsoft has incurred $2,600 in filing fees in this matter.

3. Attached hereto as **Exhibit B** are true and correct copies of invoices and other documents reflecting process server fees paid by Microsoft in this matter. Service of the complaint on defendants Motorola, Inc., Motorola Mobility, Inc., and General Instrument Corp. was necessary to compel the defendants to appear and answer. The remaining costs were incurred subpoenaing documents and testimony from third parties that Microsoft and its counsel reasonably believed would be used in litigating this case. In total, Microsoft incurred $1,459 in process server costs for which it seeks reimbursement.

4. Attached hereto as **Exhibit C** are records reflecting fees Microsoft paid to obtain hearing and trial transcripts in this matter. The Court conducted several hearings in this matter, as well as a bench trial in November 2012 and a jury trial in August 2013. The amounts for which Microsoft seeks reimbursement include the cost of transcripts from status conferences, from hearings on various dispositive and pre-trial motions that bore on Microsoft's allegations that Motorola breached its commitment to license its standard essential patents on reasonable and non-discriminatory ("RAND") terms, and the cost of trial transcripts from both the November 2012 bench trial and the August 2013 jury trial. Obtaining copies of these transcripts was reasonably necessary in order to litigate this action efficiently and effectively. In total, it cost Microsoft $28,652.45 to order these transcripts.

5. Attached hereto as **Exhibit D** are true and correct copies of invoices from court reporters and videographers who transcribed and/or video recorded the depositions that were taken in this action. Some invoices from Merrill Corporation indicate that certain depositions

DECLARATION OF SHANE P. CRAMER
IN SUPPORT OF MICROSOFT'S MOTION
FOR COSTS - 2 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

were taken in Case No. 11-cv-1408. This is a typo. All of the invoices included in Exhibit D are from depositions that were taken in this action (Case No. 10-cv-1823). When these depositions occurred and Microsoft ordered the transcripts from them, counsel reasonably believed that obtaining them was necessary to litigate the case in that they would likely be used in connection with pre-trial motions, at trial, or in preparing for trial. Most of these depositions were cited by the parties in support of, or in opposition to, summary judgment motions filed in this case. Several of the transcripts and videos were provided to the Court in lieu of live testimony at the November 2012 trial. Videos of other depositions were played in lieu of live testimony at the August 2013 trial. Many transcripts and videos were used to cross-examine witnesses at the trials. Finally, every witness deposed in this matter was also identified as a potential trial witness by Microsoft and/or Motorola. In total, Microsoft incurred $137,094 in court reporter deposition costs.

6. Attached hereto as **Exhibit E** are true and correct copies of documents evidencing witness fees and mileage Microsoft paid to third parties in connection with subpoenas served in this matter. These fees total $195.99.

7. Attached as **Exhibit F** are true and correct copies of invoices from Lighthouse Document Technologies, Inc. ("Lighthouse"). Lighthouse was Microsoft's e-discovery vendor. Lighthouse's role in this action was to facilitate the production of electronic documents to Motorola in response to Motorola's discovery requests. Lighthouse received electronic data from Microsoft containing electronic documents that Microsoft provided by reason of Motorola discovery requests. This data was loaded into Lighthouse's electronic database, where Lighthouse processed the data so it could be reviewed by Microsoft's outside counsel for responsiveness and privilege and then produced to Motorola in a format that was readable. This processing included, but was not limited to, formatting the documents in the .TIFF format that the parties had agreed to use, Bates numbering the documents, conducting

DECLARATION OF SHANE P. CRAMER
IN SUPPORT OF MICROSOFT'S MOTION
FOR COSTS - 3 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

other necessary processing tasks described in the attached invoices, and delivering the documents to Motorola by disc or hard drive.

8. In total, this process led to the production by Microsoft of approximately 4,350,000 pages in this action. The invoices attached as Exhibit F include work performed by Lighthouse in this case. On the basis of communications with Lighthouse, invoices containing charges for Lighthouse services performed for other Microsoft-Motorola litigation (e.g., documents that were not produced in this action) have not been included. Microsoft also is not seeking to recover time spent by Microsoft's outside counsel reviewing documents before their production. Microsoft paid Lighthouse $321,292.70 in connection with the services previously described.

9. Attached hereto as **Exhibit G** are true and correct copies of documents evidencing the $235,600 in premiums Microsoft paid in connection with the $100 million bond the Court required Microsoft to post in order to enjoin Motorola "from enforcing any injunctive relief it may receive in the German court system relating to" certain patents. (Dkt. No. 261). Account numbers appearing in the invoices have been redacted. The bond was released on June 27, 2013. (Dkt. No. 710). As reflected in the documents, Microsoft paid $386,000 in bond premiums, but received a $150,400 refund when the bond was released.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of December, 2013 in Seattle, Washington.

s/ Shane P. Cramer
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER
IN SUPPORT OF MICROSOFT'S MOTION
FOR COSTS - 4 (C10-1823-JLR)

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 3rd day of December, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | _____ Messenger |
| Philip S. McCune, WSBA #21081 | _____ US Mail |
| Summit Law Group | _____ Facsimile |
| 315 Fifth Ave. South, Suite 1000 | __X__ ECF |
| Seattle, WA 98104-2682 | |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |
| | |
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X__ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |
| | |
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X__ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |
| | |
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X__ ECF |
| Washington, DC 20005-3948 | |
| Telephone: (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

DECLARATION OF SHANE P. CRAMER
IN SUPPORT OF MICROSOFT'S MOTION
FOR COSTS - 5 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | _____ | Messenger |
| Brian C. Cannon (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | __X__ | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone:  (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | _____ | Messenger |
| David Elihu (*pro hac vice*) | _____ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | Facsimile |
| 51 Madison Ave., 22nd Floor | __X__ | ECF |
| New York, NY 10010 | | |
| Telephone:  (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | _____ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | _____ | US Mail |
| 865 S. Figuera St., 10th Floor | _____ | Facsimile |
| Los Angeles, CA 90017 | __X__ | ECF |
| Telephone:  (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 3rd day of December, 2013.

s/  Florine Fujita
FLORINE FUJITA

DECLARATION OF SHANE P. CRAMER
IN SUPPORT OF MICROSOFT'S MOTION
FOR COSTS - 6 (C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717