# Exhibit B

Pacific Coast Attorney Services, LLC.  
16256 Military Rd S, Suite 207  
SeaTac, WA 98188  
Ph: 206.652.2692  
Fx: 206.299.0482  

Statement Date  
12/06/2010  

Tax I.D. Number  
208905461  

Danielson Harrigan Leyh &  
Tollefson LLP  
999 3rd Ave # 4400  

Seattle, WA 98104  

RECEIVED  
DEC 10 2010  
DANIELSON, HARRIGAN  
LEYH & TOLLEFSON  

## STATEMENT (11/01/2010 to 11/30/2010)

| PCAS Job# | Date Invoiced | Serve On | Your Ref # | Amount Owed |
|---|---|---|---|---|
| 79580 | 11/11/2010 | MOTOROLA, INC. | 5755-6 | $95.00 |
| 79569 | 11/11/2010 | MOTOROLA, MOBILITY, INC | 5755-6 | $20.00 |



**BILLING STATEMENT**

| CUSTOMER NO. | STATEMENT DATE | PAGE NO. |
|---|---|---|
| 101572 | 06/30/2011 | 1 |

Accounting Correspondence to:   633 Yesler Way, Seattle, WA 98104  |  (206) 521-9000  |  AR@abclegal.com

*Reminder: We accept all major credit cards. Call to make a single payment or monthly automatic payment.*

Danielson, Harrigan et al
999 3rd Ave, #4400
Seattle WA          98104

*Re-print Invoices at ABCLegal.com*

| DATE: | TRANSACTION NUMBER: | CLIENT REF: | CASE NO. | DESCRIPTION: | AMOUNT |
|---|---|---|---|---|---|
| 06/03/2011 | SLS 20481717 | 5755-5 | C10-01823 JLR | Microsoft Corp v Motorola Inc et al | 9.50 |
| 06/07/2011 | SLS 6913281 | 5755-5 | C10-01823 JLR | MPEG LA, LLC., CUSTODIAN | 140.00 |
| 06/08/2011 | SLS 6913280 | 5755-5 | C10-01823 JLR | THE INSTITUTE OF | 170.00 |

RECEIVED
JUL 07 2011
DANIELSON, HARRIGAN,
LEYH & TOLLEFSON

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 536.90 | 91.20 | 0.00 | 0.00 | 0.00 | |

**TERMS: NET 30 DAYS**   Finance charges are computed at a monthly rate of 1.5% which is an annual rate of 18%. Charges are assessed on all invoices more than 30 days past due.

BBF   Balance Forward    SLS   Sales / Invoices    FIN   Finance Charges
RTN   Returns            CR    Credit Memo
DR    Debit Memos        PMT   Payments

**ABC Standard MAIL**

Transmitted with Liaison Messenger for MBS - 800.811.4618

ServeBoston.com  
71 Commercial Street  
Suite 224  
Boston, MA 02109-1320  
Phone: (617) 671-7705  
Fax: (888) 259-9276  

**INVOICE**

Invoice #SVB-2011000130  
12/9/2011



Susie Clifford  
Danielson Harrigan Leyh & Tollefson, LLP  
999 Third Avenue  
Suite 4400  
Seattle, WA 98104  

**Case Number:** 2:10-CV-1823

Plaintiff:  
**MICROSOFT CORPORATION**

Defendant:  
**MOTOROLA, INC., MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION**

Received: 12/8/2011   Served: 12/8/2011 2:33 pm   BUSINESS SERVE  
To be served on: Vlingo, Inc

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 0.50 | 25.00 | 12.50 |
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | **$97.50** |
| 12/08/2011   Check #52053   Pre-Payment | | | 97.50 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

**Comments pertaining to this Invoice:**  
Also served witness fee check $36.12

5755-5

Thank You For Choosing ServeBoston.com For Your Service of Process Needs!

All Invoices Are Due Upon Receipt. Please enclose a copy of this invoice with your payment.

If You Are Happy With Our Service, And Would Like To Let People Know, We Will Soon Be Posting Testimonials On Our Web Site. We'd Love To Hear From You! You May Send an Email To: testimonial@serveboston.com  -  Please Sign The Email The Way You Would Like It To Appear Online.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

ServeBoston.com
71 Commercial Street
Suite 224
Boston, MA 02109-1320
Phone: (617) 671-7705
Fax: (888) 259-9276

**INVOICE**

Invoice #SVB-2011000129
12/9/2011



Susie Clifford
Danielson Harrigan Leyh & Tollefson, LLP
999 Third Avenue
Suite 4400
Seattle, WA 98104

**Case Number:** 2:10-CV-1823

Plaintiff:
**MICROSOFT CORPORATION**

Defendant:
**MOTOROLA, INC., MOTOROLA MOBILITY, INC.and GENERAL INSTRUMENT CORPORATION**

Received: 12/8/2011   Served: 12/8/2011 2:59 pm   CORPORATE - REGISTERED AGENT
To be served on: Nuance, Inc

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 0.50 | 25.00 | 12.50 |
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $97.50 |
| 12/08/2011   Check #52053   Pre-Payment | | | 97.50 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

**Comments pertaining to this Invoice:**
Also served witness fee check $36.12

5755-5

Thank You For Choosing ServeBoston.com For Your Service of Process Needs!

All Invoices Are Due Upon Receipt. Please enclose a copy of this invoice with your payment.

If You Are Happy With Our Service, And Would Like To Let People Know, We Will Soon Be Posting Testimonials On Our Web Site. We'd Love To Hear From You! You May Send an Email To: testimonial@serveboston.com - Please Sign The Email The Way You Would Like It To Appear Online.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

# REQUEST FOR CHECK

TO: BOOKKEEPING

FROM: JC

DATE: 12-16-11

☐ GENERAL ACCOUNT

☐ TRUST ACCOUNT

☐ CHARGE _____    CHECK NO. _____

☒ CHARGE CLIENT, FILE NO. 5755-5

    CLIENT NAME: Microsoft

    CASE/MATTER: Microsoft/Motorola 1823

☐ CHARGE FIRM _____

*(DETAIL ENTERTAINMENT EXPENSE ON REVERSE)*

PAYABLE TO: ServeBoston.com

IN PAYMENT OF: Process Service Fee

GIVE/SEND CHECK TO: Susu

AMOUNT OF CHECK $ 65.00

DATE _____

APPROVED BY: [signature]

# Checkmate, Inc.

**EIN #84-0763803**
438 Bannock Street
Denver, CO 80204

**(303) 778-7630  Fax (303) 778-1310**
ckmate@checkmateinc.com



## INVOICE

| DATE | INVOICE # |
|---|---|
| 3/9/2012 | 167410 |

**BILL TO:**

2012-A-L
DANIELSON HARRIGAN LEYH &
TOLLEFSON LLP
999 3RD AVE., #4400
SEATTLE, WA  98104

LINDA BLEDSOE

SUBPOENA
3/8/12 @ 3:16PM
AFFIANT:  VANDERKAAY

Net 15 - Due    3/24/2012

| DESCRIPTION | AMOUNT |
|---|---|
| MICROSOFT V MOTOROLA, ETAL<br>U. S. DIST. - C101823JLR<br><br>THE CORP. CO. FOR<br>MPEG LA<br>1675 BROADWAY, #1200<br>DENVER, CO<br><br>Service Fee<br>RUSH service | 35.00<br>20.00 |

RECEIVED
MAR 12 2012
DANIELSON, HARRIGAN,
LEYH & TOLLEFSON

OK TO pay
CW
5755-5

**TOTAL**   $55.00



**BILLING STATEMENT**

| CUSTOMER NO. | STATEMENT DATE | PAGE NO. |
|---|---|---|
| 101572 | 03/31/2012 | 1 |

Accounting Correspondence to:   633 Yesler Way, Seattle, WA 98104 | (206) 521-9000 | AR@abclegal.com

*Reminder: We accept all major credit cards. Call to make a single payment or monthly automatic payment.*

Danielson, Harrigan et al
999 3rd Ave, #4400
Seattle WA                98104

*Re-print Invoices at ABCLegal.com*

| DATE | TRANSACTION NUMBER | CLIENT REF | CASE NO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/14/2012 | SLS  7280475 | 5755-5 | C10-1823 JLR | VIA LICENSING | 150.00 |

| BBF | Balance Forward | SLS | Sales / Invoices | FIN | Finance Charges | | **ABC Standard MAIL** |
|---|---|---|---|---|---|---|---|
| RTN | Returns | CR | Credit Memo | | | | |
| DR | Debit Memos | PMT | Payments | | | | Transmitted with Liaison Messenger for MBS - 800.811.4618 |

 **BILLING STATEMENT**

| CUSTOMER NO. | STATEMENT DATE | PAGE NO. |
|---|---|---|
| 101572 | 04/30/2012 | 1 |

Accounting Correspondence to: 633 Yesler Way, Seattle, WA 98104 | (206) 521-9000 | AR@abclegal.com

*Reminder: We accept all major credit cards. Call to make a single payment or monthly automatic payment.*

Danielson, Harrigan et al
999 3rd Ave, #4400
Seattle WA            98104

Re-print Invoices at ABCLegal.com

| DATE: | TRANSACTION NUMBER: | CLIENT REF: | CASE NO. | DESCRIPTION: | AMOUNT |
|---|---|---|---|---|---|
| 04/19/2012 | SLS 9474763 | 5755-5 | C10-1823-JLR | GOOGLE, INC. | 99.50 |
| 04/27/2012 | SLS 7265583 | 5755-5 | C10-1823-JLR | SCOTT K PETERSON, | 50.00 |
| 04/27/2012 | SLS 9474845 | 5755-5 | C10-1823-JLR | ALLEN LO, GOOGLE, INC., | 150.00 |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | PLEASE PAY THIS AMOUNT | BALANCE DUE |
|---|---|---|---|---|---|---|
| 948.15 | 0.00 | 0.00 | 0.00 | 0.00 | | 948.15 |

**TERMS: NET 30 DAYS**  Finance charges are computed at a monthly rate of 1.5% which is an annual rate of 18%. Charges are assessed on all invoices more than 30 days past due

BBF  Balance Forward      SLS  Sales / Invoices     FIN  Finance Charges
RTN  Returns              CR   Credit Memo
DR   Debit Memos          PMT  Payments

**ABC Standard MAIL**

Transmitted with Liaison Messenger for MBS - 800.811.4518

Meador Investigations
PO Box 157
Lincoln, IL 62656
217.732.1585

RECEIVED

JUN 08 2012

DANIELSON, HARRIGAN,
LEYH & TOLLEFSON

Invoice #: 121452

Date: 06/04/2012

*& mail*

Danielson Harringan Leyh & Tollefson LLP
999 Third Ave, Ste 4400

Seattle, WA 98104

Phone: 206-623-1700
Fax: 206-623-8717
Email: susie@DHLT.COM

## INVOICE FOR SERVICE

Service #184561: CRA International Inc
Manner:CORPORATE
Delivered To:Deanna Dillon
Date:06/04/2012
Time:2:20 PM
Microsoft Corporation v. Motorola Inc et al

Your File#
Court Case #: C10-1823-JLR
Court Date #:

| | |
|---|---:|
| Standard Service | $60.00 |
| Same day service | $50.00 |
| Advanced Witness Fee Ck#5820 | $40.00 |
| **TOTAL CHARGES:** | **$150.00** |
| **BALANCE:** | **$150.00** |

Tax ID#: **06-1672062**

1

Meador Investigations
PO Box 157
Lincoln, IL 62656
217.732.1585

Invoice #: 121625

Date: 06/12/2012

*& mail*

Danielson Harringan Leyh & Tollefson LLP
999 Third Ave, Ste 4400

Seattle, WA 98104

Phone: 206-623-1700
Fax: 206-623-8717
Email: susie@DHLT.COM

## INVOICE FOR SERVICE

Service #184885: CRA International Inc
Manner:CORPORATE
Delivered To:Deanna Dillon
Date:06/11/2012
Time:3:55 PM
Microsoft Corporation v. Motorola Inc et al

Your File#
Court Case #: C10-1823-JLR
Court Date #:

Standard Service $60.00
Same day service $50.00

**TOTAL CHARGES:** $110.00

**BALANCE:** $110.00

Tax ID#: 06-1672062

1