# Exhibit C

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

**INVOICE NO:** 00000259

**MAKE CHECKS PAYABLE TO:**

Arthur Harrigan
Attorney at Law

,

Phone:

Nancy Bauer, CCR, RPR
Official Court Reporter
700 Stewart Street, Suite 17205
Seattle, WA 98101

Phone: (206) 370-8506

Tax ID: 27-0257601
nancy_bauer@wawd.uscourts.gov

[X] CRIMINAL  [ ] CIVIL

**DATE ORDERED:** 05-24-2011

**DATE DELIVERED:**

**Case Style:** C10-1823JLR, Microsoft v Motorola
May 18th, 2011 motion hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 40 | 0.90 | 36.00 | | | | 36.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

*OK TO PAY CW  5755-5*

| | |
|---|---|
| TOTAL: | 36.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

**Date Paid:**        **Amt:**        **TOTAL DUE:** $36.00

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**SIGNATURE:** *Nancy L. Bauer*

**DATE:** 05-24-2011

*(All previous editions of this form are cancelled and should be destroyed)*

**CATHERINE M. VERNON & ASSOCIATES**
COURT REPORTERS, LLC
3641 NORTH PEARL STREET, #D
TACOMA, WA 98407
PH: (253) 627-2062 FAX: (253) 779-4333

DANIELSON, HARRIGAN, LEIGH
& TOLLEFSON
999 THIRD AVENUE
SUITE 4400
SEATTLE, WA 98104

ART HARRIGAN, ESQ.

*MICROSOFT VS. MOTOROLA*

NO. C10-1823 JLR

INVOICE NO.: 26398
INVOICE DATE: 1/27/2012
REPORTER:
KRISTINE TRIBOULET

ID#: 27-0584432

| Date | Description | Amount |
|---|---|---|
| 1/24/2012 | 1 COPY DIST CRT - W/PDF/EXPEDITED | 27.95 |
| | | 27.95 |
| | Total Amount Due | 27.95 |

**DUE UPON RECEIPT**
**2% LATE CHARGE APPLIED PER MONTH**
**THANK YOU FOR YOUR BUSINESS!**

*[handwritten: CK TO CW Pay / 5755-5]*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WAWD | | |
|---|---|---|---|
| | INVOICE NO: 00000497 | | |

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Chris Wion<br>DANIELSON HARRIGAN LEYH & TOLLEFSON<br>999 3rd Ave.<br>Suite 4400<br>Seattle, WA 98104<br>Phone: | Barry L. Fanning, RMR CRR CCP<br>United States Court Reporter<br>US District Court<br>700 Stewart St.<br>Seattle, WA 98101<br>Phone:<br><br>Tax ID:   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<br>barry_fanning@wawd.uscourts.gov |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 02-14-2012 | DATE DELIVERED: 02-15-2012 |
|---|---|---|

**Case Style:** C10-1823JLR, Microsoft v Motorola
Phone conference 2-13-12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 28 | 1.20 | 33.60 | | | | 33.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 33.60 |

OK to pay
CW
5755-5

| | LESS DISCOUNT FOR LATE DELIVERY: | |
|---|---|---|
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:         Amt: | TOTAL DUE: | $33.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WAWD |
|---|---|

INVOICE NO: 00000507

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Nick Rodelli<br><br>,<br><br>Phone: | Barry L. Fanning, RMR CRR CCP<br>United States Court Reporter<br>US District Court<br>700 Stewart St.<br>Seattle, WA 98101<br>Phone:<br><br>Tax ID: 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<br>*barry_fanning@wawd.uscourts.gov* |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 03-16-2012 | DATE DELIVERED: 03-16-2012 |
|---|---|---|---|

**Case Style:** C10-1823JLR, Microsoft v Motorola
Hearing on 3-9-12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 100 | 0.90 | 90.00 | | | | 90.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 90.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $90.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

| AO 44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |
|---|---|

INVOICE NO: 00000108

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Arthur Harrigan<br>Danielson Harrigan Leyh & Tollefson<br>999 3rd Avenue<br>Suite 4400<br>Seattle, WA 98104<br>Phone: | Debbie Zurn<br>RPR, CRR, CBC<br>700 Stewart Street<br>Suite 17205<br>Seattle, WA 98101<br>Phone:  (206) 370-8504<br>Tax ID:  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<br>debbie_zurn@wawd.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 04-11-2012 | DATE DELIVERED: 04-11-2012 |
|---|---|---|

**Case Style:** 10-1823, Microsoft v Motorola
Reporter's Transcript of Proceedings, rough draft, two hour turnaround

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 49 | 7.25 | 355.25 | | | | | | | 355.25 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 355.25 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $355.25 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Debbie Zurn*           DATE: 04-11-2012

(All previous editions of this form are cancelled and should be destroyed)

## Linda Bledsoe

**From:** Debbie_Zurn@wawd.uscourts.gov
**Sent:** Tuesday, May 08, 2012 10:38 AM
**To:** Linda Bledsoe
**Subject:** Microsoft v. Motorola 10-1823 held 5/7/12

Hi, Linda:

The transcript from yesterday's hearing has been ordered. If you would like a copy, the cost would be $128.40, which can be messengered to me at the address below. Please let me know either way!

Thanks,

Debbie Zurn, Court Reporter
U.S. District Court, Western District of Washington
700 Stewart Street, Suite 17205
Seattle, WA 98101
206-370-8504
debbie_zurn@wawd.uscourts.gov

1

**Linda Bledsoe**

| | |
|---|---|
| **From:** | Debbie_Zurn@wawd.uscourts.gov |
| **Sent:** | Tuesday, June 19, 2012 2:49 PM |
| **To:** | Linda Bledsoe |
| **Subject:** | Re: Microsoft Corp. v. Motorola - 10-1823 and Motorola v. Microsoft - 11-1408 - June 14th Status Conference and Markman Tutorial |

No problem, Linda. Motorola was also interested, so I am splitting the cost between you for the original and copy. So the cost each side is $151.25. So if you would either messenger a check in that amount over or send it by mail to me at the address below, that would be great!

Thanks,

Debbie Zurn, Court Reporter
U.S. District Court, Western District of Washington
700 Stewart Street, Suite 17205
Seattle, WA 98101
206-370-8504
debbie_zurn@wawd.uscourts.gov


From: "Linda Bledsoe" <lindab@dhlt.com>
To:     <Debbie_Zurn@wawd.uscourts.gov>
Cc:     "Shane Cramer" <shanec@dhlt.com>, "Chris Wion"
        <chrisw@dhlt.com>, "Susie Clifford" <susiec@dhlt.com>
Date: 06/19/2012 10:33 AM
Subject:    Microsoft Corp. v. Motorola - 10-1823 and Motorola v.
        Microsoft - 11-1408 - June 14th Status Conference and Markman
        Tutorial


Hi Debbie. We'd like to order the above transcripts (Status Conference in 10-1823) and (Markman Tutorial in 11-1408). 7-day turnaround.

Thank you!

Linda Bledsoe

206-623-1700

1

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |
|---|---|

INVOICE NO: 00000146

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Chris Wion<br><br>,<br><br>Phone: | Denae L. Hovland, RMR, CRR<br>United States Court Reporter<br>700 Stewart Street, Suite 17205<br>Seattle, WA 98101<br><br>Phone:  (206) 370-8508<br><br>*denae_hovland@wawd.uscourts.gov* |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 07-09-2012 | DATE DELIVERED: 07-11-2012 |
|---|---|---|---|

**Case Style:** C10-1823JLR, Microsoft Corporation, et al. v Motorola, Inc., et al.
7/9/12 Telephone Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 10 | 0.90 | 9.00 | | | | 9.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                           MISC. CHARGES:

|  |  |
|---|---|
| | TOTAL: 9.00 |
| OK to Pay CW 5755-15 | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $9.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 07-12-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |
|---|---|

INVOICE NO: 00000450

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Linda Bledsoe<br>Danielson Harrigan Leyh & Tollefson<br>999 3rd Avenue, Suite 4400<br>Seattle, WA 98104<br><br>Phone: | Nancy Bauer, CCR, RPR<br>Official Court Reporter<br>700 Stewart Street, Suite 17205<br>Seattle, WA 98101<br><br>Phone: (206) 370-8506<br><br>Tax ID: 27-0257601<br>nancy_bauer@wawd.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 10-18-2012 | DATE DELIVERED: 10-23-2012 |
|---|---|---|

**Case Style:** C10-1823, Microsoft v Motorola
Oct 18, 2012 Daubert hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 99 | 4.85 | 480.15 | | | | | | | 480.15 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 480.15 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $480.15 |

Handwritten notes: OK to pay CW / 5755-15 / 5755

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 10-23-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |
|---|---|

INVOICE NO: 00000152

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Arthur Harrigan<br>Calfo Harrigan Leyh & Eakes, LLP<br>999 3rd Avenue<br>Suite 4400<br>Seattle, WA 98104<br>Phone: | Debbie Zurn<br>RPR, CRR, CBC<br>700 Stewart Street<br>Suite 17205<br>Seattle, WA 98101<br>Phone: (206) 370-8504<br>Tax ID: 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<br>debbie_zurn@wawd.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-29-2012 | DATE DELIVERED: 10-30-2012 |
|---|---|---|---|

**Case Style:** 10-1823, Microsoft v Motorola
Reporter's Transcript of Proceedings, cost split with defense for hearing held 10/29/12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. 24-hour delivery, $253 cost split with defense

| | |
|---|---|
| MISC. CHARGES: | 126.50 |
| TOTAL: | 126.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $126.50 |

*(handwritten: OK to pay CW 5755-15)*

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Debbie Zurn* | DATE: 10-30-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44<br>(Rev. 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF WASHINGTON | |
|---|---|---|
| | INVOICE NO: 00000147 | MAKE CHECKS PAYABLE TO: |
| Arthur Harrigan<br>Calfo Harrigan Leyh & Eakes, LLP<br>999 3rd Avenue<br>Suite 4400<br>Seattle, WA 98104<br>Phone: | Debbie Zurn<br>RPR, CRR, CBC<br>700 Stewart Street<br>Suite 17205<br>Seattle, WA 98101<br>Phone: (206) 370-8504<br>Tax ID: 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<br>debbie_zurn@wawd.uscourts.gov | |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-23-2012 | DATE DELIVERED: 11-13-2012 |
|---|---|---|---|

**Case Style:** 10-1823, Microsoft v Motorola
Costs for daily copy split with defense (700 pages each), and one real time feed (1400) for entire trial.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 700 | 6.05 | 4,235.00 | 700 | 1.20 | 840.00 | | | | 5,075.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. Real time roughs 1400 pages at $2.10 per page | MISC. CHARGES: | 2,940.00 |
|---|---|---|
| | TOTAL: | 8,015.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $8,015.00 |

*Handwritten: OK TO Pay CW   5755.15   + 2940   $10,955   direct pc copy*

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Debbie Zurn* | DATE 10-23-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

**REQUEST FOR CHECK**

TO: BOOKKEEPING
FROM: Linda B.                                             DATE 2-5-13

☐ GENERAL ACCOUNT
☐ TRUST ACCOUNT
☐ CHARGE _____           CHECK NO. _____
☒ CHARGE CLIENT, FILE NO. 5755-15
   CLIENT NAME  Microsoft
   CASE/MATTER  Motorola -1823
☐ CHARGE FIRM _____

(DETAIL ENTERTAINMENT EXPENSE ON REVERSE)

PAYABLE TO: Debbie Zurn Ct Reporter
IN PAYMENT OF: Transcript 1-28-13 hearing
GIVE/SEND CHECK TO  LB                    AMOUNT OF CHECK $ ~~271.00~~ 338.80
DATE  2-6-13 ~~before uscripts~~          APPROVED BY  CW
by 9 am pls!

```
AO44
(Rev. 11/07)
```

# UNITED STATES DISTRICT COURT FOR THE WAWD

**INVOICE NO:** 00000565

**MAKE CHECKS PAYABLE TO:**

Linda Bledsoe
CALFO HARRIGAN LEYH & EAKES

,

Phone:

Barry L. Fanning, RMR CRR CCP
United States Court Reporter
US District Court
700 Stewart St.
Seattle, WA 98101

Phone:

Tax ID:   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
barry_fanning@wawd.uscourts.gov

[X] CRIMINAL   [ ] CIVIL   **DATE ORDERED:** 04-17-2013   **DATE DELIVERED:** 04-22-2013

**Case Style:** C10-1823, Microsoft v Motorola
Phone Conference on 3-14-13.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 9 | 4.85 | 43.65 | | | | | | | 43.65 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 43.65

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:    Amt:    TOTAL DUE: $43.65

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE

*(All previous editions of this form are cancelled and should be destroyed)*



AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

INVOICE NO: 00000526

**MAKE CHECKS PAYABLE TO:**

Linda Bledsoe
Danielson Harrigan Leyh & Tollefson
999 3rd Avenue, Suite 4400
Seattle, WA 98104

Phone:

Nancy Bauer, CCR, RPR
Official Court Reporter
700 Stewart Street, Suite 17205
Seattle, WA 98101

Phone: (206) 370-8506

Tax ID: 27-0257601
nancy_bauer@wawd.uscourts.gov

[X] CRIMINAL  [ ] CIVIL

DATE ORDERED: 05-07-2013

DATE DELIVERED:

**Case Style:** C10-1823, Microsoft v Motorola
May 7, 2013 telephone conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 14 | 4.85 | 67.90 | | | | | | | 67.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.     MISC. CHARGES:

TOTAL: 67.90

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:     Amt:     TOTAL DUE: $67.90

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:     DATE: 05-12-2013

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WAWD

INVOICE NO: 00000578

MAKE CHECKS PAYABLE TO:

Linda Bledsoe
CALFO HARRIGAN LEYH & EAKES

,

Phone:

Barry L. Fanning, RMR CRR CCP
United States Court Reporter
US District Court
700 Stewart St.
Seattle, WA 98101

Phone:

Tax ID:  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
barry_fanning@wawd.uscourts.gov

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 06-20-2013

DATE DELIVERED: 06-20-2013

**Case Style:** C10-1823JLR, Microsoft v Motorola
Phone Conference on 6-5-13.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 20 | 4.85 | 97.00 | | | | | | | 97.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 97.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

Date Paid:          Amt:          TOTAL DUE:    $97.00

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                          DATE

(All previous editions of this form are cancelled and should be destroyed)

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | | |
|---|---|---|---|
| | INVOICE NO: 00000549 | MAKE CHECKS PAYABLE TO: | |
| Linda Bledsoe<br>Danielson Harrigan Leyh & Tollefson<br>999 3rd Avenue, Suite 4400<br>Seattle, WA 98104<br><br>Phone: | Nancy Bauer, CCR, RPR<br>Official Court Reporter<br>700 Stewart Street, Suite 17205<br>Seattle, WA 98101<br><br>Phone: (206) 370-8506<br>Tax ID: 27-0257601<br>nancy_bauer@wawd.uscourts.gov | | |
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-25-2013 | | DATE DELIVERED: 06-26-2013 |
| **Case Style:** C10-1823JLR, Microsoft v Motorola<br>June 25, 2013 telephone conference | | | |

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 11 | 0.90 | 9.90 | | | | 9.90 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 9.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $9.90 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 06-26-2013 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | | |
|---|---|---|---|
| | INVOICE NO: 00000562 | **MAKE CHECKS PAYABLE TO:** | |
| Florine Fujita<br>Calfo Harrigan Leyh & Eakes LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br><br>Phone: | | Nancy Bauer, CCR, RPR<br>Official Court Reporter<br>700 Stewart Street, Suite 17205<br>Seattle, WA 98101<br><br>Phone:   (206) 370-8506<br>Tax ID:   27-0257601<br>nancy_bauer@wawd.uscourts.gov | |
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 07-31-2013 | | DATE DELIVERED: 08-02-2013 |
| **Case Style:** C10-1823, Microsoft v Motorola<br>July 30, 2013 Daubert hearing<br>July 31, 2013 dispositive motion hearing | | | |

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 93 | 6.05 | 562.65 | 94 | 1.20 | 112.80 | | | | 675.45 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 675.45 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | Date Paid: | | | Amt: | | | TOTAL DUE: | | | $675.45 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 08-02-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

5755-15
Transcripts for 7/30 & 7/31
hearing

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WAWD |||
|---|---|---|---|
| | INVOICE NO: 00000591 |||
| | | **MAKE CHECKS PAYABLE TO:** ||
| Kellie McDonald , Phone: | | Barry L. Fanning, RMR CRR CCP United States Court Reporter US District Court 700 Stewart St. Seattle, WA 98101 Phone: Tax ID: 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 *barry_fanning@wawd.uscourts.gov* ||
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 08-23-2013 || DATE DELIVERED: 08-23-2013 |
| **Case Style:** C10-1823JLR, Microsoft v Motorola Telephonic hearing - Rulings 8-23-13. 1/2 cost. ||||

| CATEGORY | ORIGINAL ||| 1ST COPY ||| 2ND COPY ||| TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 23 | 6.05 | 139.15 | | | | | | | 139.15 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 139.15 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:    Amt: | TOTAL DUE: | $139.15 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WAWD | |
|---|---|---|
| | INVOICE NO: 00000587 | |
| Kellie McDonald (Microsoft) , Phone: | **MAKE CHECKS PAYABLE TO:** Barry L. Fanning, RMR CRR CCP United States Court Reporter US District Court 700 Stewart St. Seattle, WA 98101 Phone: Tax ID: 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 barry_fanning@wawd.uscourts.gov | |
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 08-26-2013 | DATE DELIVERED: 08-26-2013 |

**Case Style:** C10-1823, Microsoft v Motorola
Daily copy, realtime & roughdraft of trial.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 750 | 6.05 | 4,537.50 | 750 | 1.20 | 900.00 | | | | 5,437.50 |
| Hourly | | | | | | | | | | |
| Realtime | 4500 | 2.10 | 9,450.00 | | | | | | | 9,450.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 14,887.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: 08-26-2013   Amt: $14,887.50 | TOTAL DUE: | $0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*