# Exhibit D

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20115311 | 04/05/2012 | 2005-442012 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/20/2012 | LNY | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

| | | | | |
|---|---|---|---|---|
| EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF: | | | | |
| K. McNeill Taylor, Jr._Individual | 292 Pages @ | | 4.75/Page | 1,387.00 |
| FIVE-DAY EXPEDITE | | | | 832.20 |
| ATTENDANCE | | | | 120.00 |
| TotalTranscript | | | | 30.00 |
| Wait Fee | | | | 60.00 |
| Unedited ASCII (RT) | 253.00 Pages @ | | 1.25/Page | 316.25 |
| EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF: | | | | |
| K. McNeill Taylor, Jr._30(b)(6) | 21 Pages @ | | 4.75/Page | 99.75 |
| FIVE-DAY EXPEDITE | | | | 59.85 |
| TotalTranscript | | | | 30.00 |
| Packaging and Handling | | | | 20.00 |
| Process/Delivery | | | | 15.00 |
| Unedited ASCII (RT) | 17.00 Pages @ | | 1.25/Page | 21.25 |
| | | **TOTAL   DUE   >>>>** | | **2,991.30** |

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: New York, NY    AFF INV#: 18204860
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603

TAX ID NO.: 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20115311
Date      :  04/05/2012
**TOTAL DUE   :   2,991.30**

Job No.   :  2005-442012
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

**MERRILL CORPORATION**

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20115802 | 04/27/2012 | 2006-442013 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/20/2012 | LNY | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   K. McNeill Taylor, Jr. (Vol. 1)
          Set-up & First Hour                                          250.00
          Additional Deposition Hr    8.00 Hours @     85.00/Hour      680.00
          Tape Original mini DV       6.00 Tapes @     20.00/Tape      120.00
          Video MPEG 1 on DVD         9.00 Hours @     60.00/Hour      540.00
          Shipping & Handling                                          20.00

                                      TOTAL  DUE  >>>>              1,610.00

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: New York, NY    AFF INV#: 18204751
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                      (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20115802
Date       :  04/27/2012
**TOTAL DUE**   :    **1,610.00**

Job No.   :  2006-442013
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 032712-300987

DANIELSON, HARRIGAN
MAY 07 2012
LEYH & TOLLEFSON LLP

**Bill To:**   Christopher T. Wion Esq.
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Avenue
Suite 4400
Seattle, WA  98104

**CASE:**       Microsoft Corporation v. Motorola
**WITNESS:**    David Turner
**DATE:**       3/27/2012
**LOCATION:**   Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 96 | $3.25 | $312.00 |
| Rough ASCII | 96 | $1.50 | $144.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 8 | $0.30 | $2.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $503.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $558.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

OK TO PAY
CW



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 032712-300988

**Bill To:**    Christopher T. Wion Esq.
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Avenue
Suite 4400
Seattle, WA  98104

**CASE:**        Microsoft Corporation v. Motorola
**WITNESS:**     David Turner
**DATE:**        3/27/2012
**LOCATION:**    Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $290.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/25/2012
**INVOICE #** 032712-115759

| Bill To: | | Ship To: | |
|---|---|---|---|
| Sidley Austin LLP | | | Tim Murphy |
| Attn: Accounts Payable | | | Sidley Austin LLP |
| One South Dearborn | | | One South Dearborn |
| Chicago, IL  60603 | | | Chicago, IL  60603 |

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Multiple
**DATE:** Multiple
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Videosynch / Tape** | | | |
| Certified - MPEG - Complimentary | | | |
| 03/28/2012 - David Heiner | 2 | $115.00 | $230.00 |
| 04/03/0012 - Dean Hachamovitch | 4 | $115.00 | $460.00 |
| 04/04/2012 - Horacio Gutierrez | 2 | $115.00 | $230.00 |
| 04/10/2012 - Amy A. Marasco | 4 | $115.00 | $460.00 |
| | | | |
| **FIT Disk - Additional** | | | |
| 03/27/2012 - David Turner | 1 | $50.00 | $50.00 |
| | | SUBTOTAL | $1,430.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,470.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 032812-300991

**Bill To:**  Arthur W. Harrigan Jr. Esq.
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Avenue
Suite 4400
Seattle, WA  98104

**CASE:**  Microsoft Corporation v. Motorola
**WITNESS:**  David Heiner
**DATE:**  3/28/2012
**LOCATION:**  Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 86 | $3.25 | $279.50 |
| Certified Transcript - Early AM Pages | 15 | $1.25 | $18.75 |
| Rough ASCII | 86 | $1.50 | $129.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 248 | $0.30 | $74.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $546.65 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $601.65 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 040312-300994

**Bill To:**
Christopher T. Wion Esq.
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Avenue
Suite 4400
Seattle, WA  98104

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Dean Hachamovitch
**DATE:** 4/3/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 261 | $3.25 | $848.25 |
| Certified Transcript - Daily Delivery | 261 | $3.25 | $848.25 |
| Certified Transcript - Evening Pages | 88 | $1.25 | $110.00 |
| Rough ASCII | 261 | $1.50 | $391.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 207 | $0.30 | $62.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,305.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,360.10 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20115774 | 04/13/2012 | 2005-442155 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/04/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Accounts Payable Microsoft**
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
   Timothy Kowalski                   145 Pages @        4.20/Page        609.00
         SIX-DAY EXPEDITE                                                 304.50
         ATTENDANCE                                                       305.00
         TotalTranscript                                                   30.00
         Packaging and Handling                                            20.00
         Process/Delivery                                                  15.00
         Unedited ASCII (RT)          124.00 Pages @     1.25/Page        155.00

                                      TOTAL   DUE   >>>>                 1,438.50

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14140325
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20115774
Date      :  04/13/2012
**TOTAL DUE**   :    1,438.50

Job No.   :  2005-442155
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116001 | 04/30/2012 | 2006-442156 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/04/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

**Accounts Payable Microsoft**
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Tim Kowalski (Vol. 1)
           Set-up & First Hour                                                   250.00
           Additional Deposition Hr     4.75 Hours @       85.00/Hour            403.75
           Tape Original DV             3.00 Tapes @       30.00/Tape             90.00
           Video MPEG 1 on DVD          5.00 Hours @       60.00/Hour            300.00
           Shipping & Handling                                                    20.00

                                        TOTAL  DUE  >>>>                       1,063.75

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL     AFF INV#: 14139996
ORDERED BY: Peter Uhlenhake
           Sidley Austin LLP
           One South Dearborn
           Chicago, IL 60603
```

TAX ID NO.:  20-2665382                                         (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:   20116001
Date      :   04/30/2012
**TOTAL DUE**   :    **1,063.75**

Job No.   :   2006-442156
Case No.  :   2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 040412-301229

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:**
David T. Pritikin Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Horacio Gutierrez
**DATE:** 4/4/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 129 | $3.25 | $419.25 |
| Certified Transcript - Immediate Delivery | 129 | $3.50 | $451.50 |
| Rough ASCII | 129 | $1.50 | $193.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 113 | $0.20 | $22.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,086.85 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,136.85 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041012-112041

**Bill To:** Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:** David T. Pritikin Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Amy A. Marasco
**DATE:** 4/10/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 149 | $3.25 | $484.25 |
| Rough ASCII | 149 | $1.50 | $223.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 197 | $0.20 | $39.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $747.15 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $797.15 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20115955 | 04/24/2012 | 2005-442401 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/11/2012 | LNY | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
   Aaron Bernstein                    136 Pages @        4.75/Page        646.00
             TotalTranscript                                              30.00
             Packaging and Handling                                      20.00
             Process/Delivery                                           15.00
             Unedited ASCII (RT)       118.00 Pages @      1.25/Page       147.50

                                       TOTAL  DUE  >>>>                   858.50

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: New York, NY    AFF INV#: 18207254
ORDERED BY: Peter Uhlenhake
             Sidley Austin LLP
             One South Dearborn
             Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                              (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20115955
Date       :  04/24/2012
TOTAL DUE  :     858.50


Job No.   :  2005-442401
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116190 | 05/03/2012 | 2006-442400 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/11/2012 | LNY | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Aaron Bernstein (Vol. 1)
            Set-up & First Hour                                        250.00
            Additional Deposition Hr    3.75 Hours @    85.00/Hour     318.75
            Tape Original DV            3.00 Tapes @    30.00/Tape       90.00
            Video MPEG 1 on DVD         5.00 Hours @    60.00/Hour      300.00
            Shipping & Handling                                         20.00

                                       TOTAL   DUE   >>>>              978.75

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: New York, NY    AFF INV#: 18207294
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :   20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:   20116190
Date       :   05/03/2012
TOTAL DUE  :     978.75


Job No.    :   2006-442400
Case No.   :   2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116124 | 05/01/2012 | 2005-442744 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/18/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Accounts Payable Microsoft**
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
    Richard Sonnentag                 104 Pages @      4.20/Page       436.80
            ATTENDANCE                                                 215.00
            TotalTranscript                                             30.00
            Packaging and Handling                                     20.00
            Process/Delivery                                           15.00
            Unedited ASCII (RT)        90.00 Pages @    1.25/Page      112.50

                                       TOTAL  DUE  >>>>                829.30

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14141289
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20116124
Date       :  05/01/2012
TOTAL DUE  :     829.30


Job No.  :  2005-442744
Case No. :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

**MERRILL CORPORATION**

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116261 | 05/09/2012 | 2006-442745 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/18/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Richard Sonnentag (Vol. 1)
        Set-up & First Hour                                              250.00
        Additional Deposition Hr     3.25 Hours @      85.00/Hour        276.25
        Tape Original DV             2.00 Tapes @      30.00/Tape         60.00
        Video MPEG 1 on DVD          4.00 Hours @      60.00/Hour        240.00
        Shipping & Handling                                               20.00
                                                                      ----------
                                       TOTAL  DUE  >>>>                  846.25

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14140707
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                          (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:   20116261
Date       :   05/09/2012
TOTAL DUE  :     846.25


Job No.    :   2006-442745
Case No.   :   2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116491 | 05/17/2012 | 2005-442746 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/02/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:
  Scott Brewer                      132 Pages @        4.20/Page        554.40
       EXHIBITS                     154 Pages @         .80/Page        123.20
       ATTENDANCE                                                       215.00
       TotalTranscript                                                   30.00
       Interactive Realtime         114.00 Pages @     1.25/Page        142.50
       Interactive RT w/laptop      114.00 Pages @      .15/Page         17.10
       Color Copies                   7.00 Pages @     1.50/Page         10.50
       Packaging and Handling                                            20.00
       Process/Delivery                                                  15.00

                                    TOTAL  DUE  >>>>                   1,127.70

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14142019
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20116491
Date       :  05/17/2012
TOTAL DUE  :   1,127.70


Job No.    :  2005-442746
Case No.   :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116799 | 05/30/2012 | 2006-442747 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/02/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Scott Brewer (Vol. 1)
        Set-up & First Hour                                       250.00
        Additional Deposition Hr    3.00 Hours @    85.00/Hour    255.00
        Tape Original DV                                           30.00
        Video MPEG 1 on DVD         4.00 Hours @    60.00/Hour    240.00
        Shipping & Handling                                        20.00
                                                              _____
                                    TOTAL  DUE  >>>>             795.00

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14141503
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO.:  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20116799
Date       :  05/30/2012
TOTAL DUE  :     795.00


Job No.   :  2006-442747
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071112-303563

**Bill To:**     Christopher T. Wion Esq.
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Avenue
Suite 4400
Seattle, WA  98104

**CASE:**          Microsoft Corporation v. Motorola
**WITNESS:**     Leonardo Del Castillo - 30b6 / Grant Cole - 30b6
**DATE:**          7/11/2012
**LOCATION:**    Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - MPEG | 4 | $50.00 | $200.00 |
| Certified - DVD | 4 | $50.00 | $200.00 |
| | | SUBTOTAL | $400.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $427.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*O Kay to pay*
*x CW*
*5755 -15*



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071112-303562

Bill To:   Christopher T. Wion Esq.
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Avenue
Suite 4400
Seattle, WA  98104

**RECEIVED**

**AUG 1 0 2012**

**CALFO HARRIGAN
LEYH & EAKES**

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Leonardo Del Castillo - 30b6 / Grant Cole - 30b6
**DATE:** 7/11/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 172 | $3.25 | $559.00 |
| Certified Transcript - 2 Day Delivery | 172 | $4.50 | $774.00 |
| Certified Transcript - Early AM Pages | 24 | $1.25 | $30.00 |
| Rough ASCII | 172 | $1.50 | $258.00 |
| Compressed / ASCII / Word Index | 2 | $45.00 | $90.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 406 | $0.30 | $121.80 |
| Exhibits - Scanned & Hyperlinked - Color | 3 | $1.50 | $4.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  |  | SUBTOTAL | $1,837.30 |
|  |  | SHIPPING & HANDLING | $27.50 |
|  |  | TOTAL | $1,864.80 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

OK to pay
x CW
5755-65

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118003 | 07/23/2012 | 2005-444511 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/12/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
  David W. Curtis              98 Pages @     4.20/Page      411.60
     TWO-DAY EXPEDITE                                        370.44
     ATTENDANCE                                              335.00
     Unedited ASCII (RT)     84.00 Pages @    1.25/Page      105.00
     TotalTranscript                                          30.00

EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
  Kirk W. Dailey             128 Pages @     4.20/Page      537.60
     TWO-DAY EXPEDITE                                        483.84
     Unedited ASCII (RT)    111.00 Pages @    1.25/Page      138.75
     TotalTranscript                                          30.00
     Packaging and Handling                                   35.00

                                  TOTAL   DUE   >>>>       2,477.23

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14144610
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                          (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20118003
Date       :  07/23/2012
**TOTAL DUE   :    2,477.23**

Job No.   :  2005-444511
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118695 | 08/10/2012 | 2006-444512 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/12/2012 | LCH | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  David W. Curtis (Vol. 1)
          Set-up & First Hour                                            250.00
          Additional Deposition Hr      2.00 Hours @    85.00/Hour       170.00
          Tape Original DV                                                30.00
          Video MPEG 1 on DVD           2.00 Hours @    60.00/Hour       120.00
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Kirk W. Dailey (Vol. 1)
          Additional Deposition Hr      4.00 Hours @    85.00/Hour       340.00
          Tape Original DV              2.00 Tapes @    30.00/Tape        60.00
          Video MPEG 1 on DVD           3.00 Hours @    60.00/Hour       180.00
          Shipping & Handling                                            20.00

                                       TOTAL   DUE   >>>>             1,170.00

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Chicago, 60603, IL     AFF INV#: 14144518
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                      (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20118695
Date       :  08/10/2012
TOTAL DUE  :   1,170.00


Job No.   :  2006-444512
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20117996 | 07/17/2012 | 2001-444456 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/12/2012 | WISSJO | 2:11-CV-01408- |

| CASE CAPTION | | |
|---|---|---|
| "Motorola Mobility, Inc. vs. Microsoft" | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
  Allen Lo                              235 Pages @        4.40/Page        1,034.00
         TWO-DAY EXPEDITE                                                     930.60
         EXHIBITS                       165 Pages @         .80/Page          132.00
         Unedited ASCII (RT)         206.00 Pages @        1.25/Page          257.50
         TotalTranscript                                                       30.00
         Packaging and Handling                                                35.00

                                               TOTAL  DUE  >>>>               2,419.10

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Redwood Shores, CA
ORDERED BY: Peter Uhlenhake
           Sidley Austin LLP
           One South Dearborn
           Chicago, IL 60603
```

TAX ID NO. : 20-2665382                                            (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20117996
Date       :  07/17/2012
TOTAL  DUE :     2,419.10


Job No.   :  2001-444456
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118696 | 08/10/2012 | 2002-444457 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/12/2012 | GUERPA | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Accounts Payable Microsoft**
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Allen Lo (Vol. 1)
         Set-up & First Hour                                              250.00
         Additional Deposition Hr    7.50 Hours @    85.00/Hour           637.50
         Tape Original DV            3.00 Tapes @    30.00/Tape            90.00
         Video MPEG 1 on DVD         6.00 Hours @    60.00/Hour           360.00
         Shipping & Handling                                              20.00

                                 TOTAL   DUE   >>>>              1,357.50

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Redwood Shores, CA

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20118696
Date      :  08/10/2012
**TOTAL DUE**  :    **1,357.50**

Job No.   :  2002-444457
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118155 | 07/24/2012 | 2005-444462 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/17/2012 | LBO | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
   Scott Peterson                    187 Pages @        4.60/Page         860.20
          TWO-DAY EXPEDITE                                                774.18
          EXHIBITS                   493 Pages @         .80/Page         394.40
          ATTENDANCE                                                      200.00
          Unedited ASCII (RT)     162.00 Pages @        1.25/Page         202.50
          TotalTranscript                                                  30.00
          Packaging and Handling                                          35.00
                                                                      _____
                                        TOTAL   DUE   >>>>             2,496.28

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Boston, MA      AFF INV#: 12048333
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. : 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20118155
Date       :  07/24/2012
TOTAL DUE  :    2,496.28


Job No.   :  2005-444462
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118699 | 08/10/2012 | 2006-444463 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/17/2012 | LBO | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Scott Peterson (Vol. 1)
        Set-up & First Hour                                           250.00
        Additional Deposition Hr    5.75 Hours @    85.00/Hour        488.75
        Tape Original DV            2.00 Tapes @    30.00/Tape         60.00
        Video MPEG 1 on DVD         4.00 Hours @    60.00/Hour        240.00
        Shipping & Handling                                            20.00

                                         TOTAL  DUE  >>>>           1,058.75

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: Boston, MA    AFF INV#: 12048536

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20118699
Date      :  08/10/2012
**TOTAL  DUE  :    1,058.75**

Job No.  :  2006-444463
Case No. :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118157 | 07/27/2012 | 2005-444682 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/17/2012 | LNY | 2:11-CV-01408- |

| CASE CAPTION |
|---|
| "Motorola Mobility, Inc. vs. Microsoft" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
   Howard Benn                     267 Pages @        5.00/Page       1,335.00
          TWO-DAY EXPEDITE                                            1,201.50
          EXHIBITS                1,576 Pages @         .80/Page      1,260.80
          ATTENDANCE                                                    120.00
          Interactive Realtime     238.00 Pages @      1.25/Page        297.50
          TotalTranscript                                                30.00
          Packaging and Handling                                         35.00
                                                                     _____
                                        TOTAL   DUE   >>>>            4,279.80

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: New York, NY    AFF INV#: 18215319
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:   20118157
Date      :   07/27/2012
TOTAL DUE  :    4,279.80


Job No.   :   2005-444682
Case No.  :   2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118700 | 08/10/2012 | 2006-444683 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/17/2012 | LNY | 2:11-CV-01408- |
| **CASE CAPTION** | | |
| "Motorola Mobility, Inc. vs. Microsoft" | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Howard Benn (Vol. 1)
       Set-up & First Hour                                              250.00
       Additional Deposition Hr    8.00 Hours @     85.00/Hour          680.00
       Tape Original DV            6.00 Tapes @     30.00/Tape          180.00
       Video MPEG 1 on DVD        10.00 Hours @     60.00/Hour          600.00
       Shipping & Handling                                              20.00

                                  TOTAL  DUE  >>>>              1,730.00

CLAIM#: Client Matter #: 166562
LOCATION OF DEPO: New York, NY    AFF INV#: 18215342

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                        (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20118700
Date        :  08/10/2012
TOTAL  DUE  :    1,730.00


Job No.   :  2006-444683
Case No.  :  2:11-CV-01408-MAT
"Motorola Mobility, Inc. vs. Microso
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/13/2012
**INVOICE #** 073112-116584

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL  60603

**Ship To:**
Richard A. Cederoth Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Jon S. Devaan
**DATE:** 7/31/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 105 | $3.25 | $341.25 |
| Certified Transcript - 2 Day Delivery | 105 | $4.50 | $472.50 |
| Rough ASCII | 105 | $1.50 | $157.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 413 | $0.20 | $82.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,053.85 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $1,103.85 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/13/2012
**INVOICE #** 073112-116585

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:**
Richard A. Cederoth Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Jon S. Devaan
**DATE:** 7/31/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 2 | $50.00 | $100.00 |
| | | SUBTOTAL | $100.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $140.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 080812-304447

**Bill To:**  Arthur W. Harrigan Jr. Esq.
Calfo Harrigan Leyh & Eakes LLP
999 Third Avenue
Suite 4400
Seattle, WA  98104

**CASE:**       Microsoft Corporation v. Motorola
**WITNESS:**   Gary Sullivan
**DATE:**       8/8/2012
**LOCATION:**   Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 175 | $3.25 | $568.75 |
| Certified Transcript - Daily Delivery | 175 | $3.25 | $568.75 |
| Rough ASCII | 175 | $1.50 | $262.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 288 | $0.30 | $86.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,531.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,586.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

OK TO Pay
CW
5755-15



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 080812-304448

**Bill To:** Arthur W. Harrigan Jr. Esq.
Calfo Harrigan Leyh & Eakes LLP
999 Third Avenue
Suite 4400
Seattle, WA  98104

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Gary Sullivan
**DATE:** 8/8/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 4 | $50.00 | $200.00 |
| | SUBTOTAL | | $200.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $240.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

OK TO Pay
CW
5755-15



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081312-304453

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:**
Tim Murphy
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Garrett W. Glanz
**DATE:** 8/13/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Exhibits - Scanned - Black & White | 205 | $0.20 | $41.00 |
| | | SUBTOTAL | $41.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $66.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081312-304454

**Bill To:** Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:** Tim Murphy
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Garrett W. Glanz
**DATE:** 8/13/2012
**LOCATION:** Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - MPEG | 2 | $50.00 | $100.00 |
| | | SUBTOTAL | $100.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $125.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081312-304451

**Bill To:**   Arthur W. Harrigan Jr. Esq.
Calfo Harrigan Leyh & Eakes LLP
999 Third Avenue
Suite 4400
Seattle, WA  98104

**CASE:**   Microsoft Corporation v. Motorola
**WITNESS:**   Garrett W. Glanz
**DATE:**   8/13/2012
**LOCATION:**   Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 97 | $3.25 | $315.25 |
| Certified Transcript - Daily Delivery | 97 | $4.95 | $480.15 |
| Rough ASCII | 97 | $1.50 | $145.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 205 | $0.30 | $61.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,047.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,102.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

OK to Pay
CW
5755-15

Sep 20 2012 14:16:22 EDT 1646736^3                    MSG# 07220616-006-1     Page 005 Of 005



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081312-304452

**Bill To:**    Arthur W. Harrigan Jr. Esq.
Calfo Harrigan Leyh & Eakes LLP
999 Third Avenue
Suite 4400
Seattle, WA  98104

**CASE:**          Microsoft Corporation v. Motorola
**WITNESS:**      Garrett W. Glanz
**DATE:**          8/13/2012
**LOCATION:**    Seattle, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $290.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

OK To Pay
CW
5755-15



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081712-304457

| Bill To: | | Ship To: | |
|---|---|---|---|
| Sidley Austin LLP | | | Douglas I. Lewis Esq. |
| Attn: Accounts Payable | | | Sidley Austin LLP |
| One South Dearborn | | | One South Dearborn |
| Chicago, IL  60603 | | | Chicago, IL  60603 |

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Michael Orchard
**DATE:** 8/17/2012
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 211 | $3.25 | $685.75 |
| Certified Transcript - Daily Delivery | 211 | $3.25 | $685.75 |
| Rough ASCII | 211 | $1.50 | $316.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1276 | $0.20 | $255.20 |
| Exhibits - Scanned & Hyperlinked - Color | 773 | $1.50 | $1,159.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,102.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,152.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081712-304458

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL  60603

**Ship To:**
Douglas I. Lewis Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Michael Orchard
**DATE:** 8/17/2012
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - MPEG | 6 | $50.00 | $300.00 |
| | | SUBTOTAL | $300.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $325.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118957 | 08/28/2012 | 2001-445483 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/21/2012 | FERRRA | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    TIMOTHY JOHN DRABIK, Ph.D.       294 Pages @       4.40/Page       1,293.60
    TWO-DAY EXPEDITE                                                   1,164.24
    EXHIBITS                         856 Pages @        .80/Page         684.80
    TotalTranscript                                                      30.00
    Unedited ASCII (RT)            254.00 Pages @       1.25/Page         317.50
    Packaging and Handling                                                20.00
    Process/Delivery                                                      15.00
    Color Copies                    67.00 Pages @       1.50/Page        100.50

                                    TOTAL   DUE   >>>>                 3,625.64

CLAIM#: 166562
LOCATION OF DEPO: Palo Alto    94304, CA
ORDERED BY: Peter Uhlenhake
        Sidley Austin LLP
        One South Dearborn
        Chicago, IL 60603
```

TAX ID NO. : 20-2665382                              (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20118957
Date      :  08/28/2012
TOTAL DUE :   3,625.64


Job No.   :  2001-445483
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119420 | 09/11/2012 | 2002-445484 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/21/2012 | GUERPA | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
     Tim Drabik (Vol. 1)
          Set-up & First Hour                                        250.00
          Additional Deposition Hr      8.00 Hours @     85.00/Hour   680.00
          After Hours Rate-Vid          1.25 Hours @    150.00/Hour   187.50
          Tape Original DV              5.00 Tapes @     30.00/Tape   150.00
          Video MPEG 1 on DVD           9.00 Hours @     90.00/Hour   810.00

                                   TOTAL   DUE   >>>>              2,077.50

CLAIM#: 166562
LOCATION OF DEPO: Palo Alto    94304, CA

Expedited video copy

ORDERED BY: Peter Uhlenhake
          Sidley Austin LLP
          One South Dearborn
          Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                               (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119420
Date      :  09/11/2012
TOTAL DUE :   2,077.50


Job No.   :  2002-445484
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118959 | 08/28/2012 | 2005-445569 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/21/2012 | LDC | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    RICHARD J. HOLLEMAN            65 Pages @     3.55/Page      230.75
        NEXT-DAY EXPEDITE                                       230.75
        EXHIBITS                  50 Pages @      .80/Page       40.00
        TotalTranscript                                          30.00
        Interactive Realtime      55.00 Pages @  1.25/Page       68.75
        Unedited ASCII (RT)       55.00 Pages @  1.25/Page       68.75
        Packaging and Handling                                   20.00
        Process/Delivery                                         15.00
                                                          _____
                                   TOTAL  DUE   >>>>           704.00

CLAIM#: 166562
LOCATION OF DEPO: Washington   20005, DC    AFF INV#: 374553
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. : 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20118959
Date      :  08/28/2012
TOTAL DUE :      704.00


Job No.   :  2005-445569
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119418 | 09/11/2012 | 2006-445570 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/21/2012 | LDC | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
SYNCHRONIZATION SERVICES:
     Richard Holleman (Vol. 1)
          Set-up & First Hour                                      250.00
          Additional Deposition Hr                                  85.00
          Tape Original DV          2.00 Tapes @   30.00/Tape       60.00
          Video MPEG 1 on DVD       2.00 Hours @   90.00/Hour      180.00
          Shipping & Handling                                       20.00

                              TOTAL   DUE   >>>>                   595.00

CLAIM#: 166562
LOCATION OF DEPO: Washington    20005, DC    AFF INV#: 374657

Expedited video copy

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO.: 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119418
Date       :  09/11/2012
TOTAL DUE  :     595.00


Job No.    :  2006-445570
Case No.   :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 082212-304566

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL  60603

**Ship To:**
John W. McBride Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Jerry D. Gibson
**DATE:** 8/22/2012
**LOCATION:** East Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 254 | $3.25 | $825.50 |
| Certified Transcript - Daily Delivery | 254 | $3.25 | $825.50 |
| Certified Transcript - Evening Pages | 21 | $1.25 | $26.25 |
| Interactive Real-time | 254 | $1.50 | $381.00 |
| Rough ASCII | 254 | $1.50 | $381.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 3296 | $0.20 | $659.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,098.45 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,148.45 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 082212-304567

| Bill To: | Sidley Austin LLP | Ship To: | John W. McBride Esq. |
|----------|-------------------|----------|----------------------|
| | Attn: Accounts Payable | | Sidley Austin LLP |
| | One South Dearborn | | One South Dearborn |
| | Chicago, IL 60603 | | Chicago, IL 60603 |

| | |
|-----|-----|
| **CASE:** | Microsoft Corporation v. Motorola |
| **WITNESS:** | Jerry D. Gibson |
| **DATE:** | 8/22/2012 |
| **LOCATION:** | East Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - MPEG | 5 | $50.00 | $250.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $290.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 082212-304658

| Bill To: | | Ship To: | |
|---|---|---|---|
| | Sidley Austin LLP | | David C. Giardina Esq. |
| | Attn: Accounts Payable | | Sidley Austin LLP |
| | One South Dearborn | | One South Dearborn |
| | Chicago, IL  60603 | | Chicago, IL  60603 |

**CASE:**     Microsoft Corporation v. Motorola
**WITNESS:**     Kevin M. Murphy
**DATE:**     8/22/2012
**LOCATION:**     Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 166 | $3.25 | $539.50 |
| Certified Transcript - Daily Delivery | 166 | $3.25 | $539.50 |
| Rough ASCII | 166 | $1.50 | $249.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 158 | $0.20 | $31.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,359.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,409.60 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 082212-304659

| **Bill To:** | Sidley Austin LLP<br>Attn: Accounts Payable<br>One South Dearborn<br>Chicago, IL 60603 | **Ship To:** | David C. Giardina Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 |
|---|---|---|---|

| | |
|---|---|
| **CASE:** | Microsoft Corporation v. Motorola |
| **WITNESS:** | Kevin M. Murphy |
| **DATE:** | 8/22/2012 |
| **LOCATION:** | Chicago, IL |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 3 | $50.00 | $150.00 |
| | | SUBTOTAL | $150.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $190.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119419 | 09/11/2012 | 2006-445597 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/22/2012 | LNY | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

---

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Roger Smith (Vol. 1)
        Set-up & First Hour                                          250.00
        Additional Deposition Hr    5.25 Hours @    85.00/Hour       446.25
        Tape Original DV            4.00 Tapes @    30.00/Tape       120.00
        Video MPEG 1 on DVD         6.00 Hours @    90.00/Hour       540.00
                                                                 _____
                                    TOTAL   DUE  >>>>            1,356.25

CLAIM#: 166562
LOCATION OF DEPO: New York    10019, NY    AFF INV#: 18219203

Expedited video copy

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

---

TAX ID NO. : 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

---

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119419
Date      :  09/11/2012
TOTAL DUE :  1,356.25


Job No.   :  2006-445597
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:  **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118963 | 08/28/2012 | 2005-445596 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/22/2012 | LNY | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
   Roger Smith                        167 Pages @     5.00/Page        835.00
           TWO-DAY EXPEDITE                                            751.50
           EXHIBITS                   217 Pages @      .80/Page        173.60
           ATTENDANCE                                                  120.00
           TotalTranscript                                              30.00
           Unedited ASCII (RT)        145.00 Pages @  1.25/Page        181.25
           Packaging and Handling                                      20.00
           Process/Delivery                                            15.00


                                       TOTAL  DUE  >>>>               2,126.35

   CLAIM#: 166562
   LOCATION OF DEPO: New York   10019, NY    AFF INV#: 18218203
   ORDERED BY: Peter Uhlenhake
               Sidley Austin LLP
               One South Dearborn
               Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20118963
Date       :  08/28/2012
TOTAL DUE  :   2,126.35



Job No.   :  2005-445596
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Tim Murphy, Project Assistant | | Invoice #: | SD1540414 |
|---|---|---|---|---|
| | Sidley Austin LLP | | Invoice Date: | 9/22/2012 |
| | 1 S. Dearborn St. | | Balance Due: | $0.00 |
| | Chicago, IL, 60603-2323 | | | |

| Case: | Microsoft v. Motorola 1823 |
|---|---|
| Job #: | 925266 | Job Date: 8/22/2012 | Delivery: Normal |
| Billing Atty: | William Baumgartner, Esq |
| Location: | G&M Court Reporters, Ltd |
| | 42 Chauncy St. | Suite 1A | Boston, MA 02111 |
| Sched Atty: | William Baumgartner, Esq | Sidley Austin LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Transcript Synchronization | Per hour | 4.75 | $356.25 |
| | Video - Initial Fee | 1 | 1.00 | $350.00 |
| Richard Schmalensee, Ph.D. | Video - Additional Hours | Hour | 5.00 | $475.00 |
| | Parking Expense | Per hour | 1.00 | $29.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

| Notes: | | Invoice Total: | $1,238.25 |
|---|---|---|---|
| | | Payment: | ($1,238.25) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SD1540414 |
|---|---|
| Job #: | 925266 |
| Invoice Date: | 9/22/2012 |
| Balance: | $0.00 |

42857

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** William Baumgartner, Esq
Sidley Austin LLP
1 S. Dearborn St.
Chicago, IL, 60603-2323

| | |
|---|---|
| **Invoice #:** | SD1526330 |
| **Invoice Date:** | 8/27/2012 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola 1823 |
| **Job #:** | 925266 \| Job Date: 8/22/2012 \| Delivery: Expedited |
| **Billing Atty:** | William Baumgartner, Esq |
| **Location:** | G&M Court Reporters, Ltd |
| | 42 Chauncy St. \| Suite 1A \| Boston, MA 02111 |
| **Sched Atty:** | William Baumgartner, Esq \| Sidley Austin LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 261.00 | $2,218.50 |
| | Rough Draft | Page | 261.00 | $326.25 |
| Richard Schmalensee, Ph.D. | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $25.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,633.75 |
| | **Payment:** | ($2,633.75) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SD1526330 |
| **Job #:** | 925266 |
| **Invoice Date:** | 8/27/2012 |
| **Balance:** | $0.00 |

42857

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | William Baumgartner, Esq | Invoice #: | SD1527503 |
| | Sidley Austin LLP | Invoice Date: | 8/28/2012 |
| | 1 S. Dearborn St. | Balance Due: | $0.00 |
| | Chicago, IL, 60603-2323 | | |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola 1823 |
| **Job #:** | 1517499 | Job Date: 8/24/2012 | Delivery: Expedited |
| **Billing Atty:** | William Baumgartner, Esq |
| **Location:** | Sidley Austin |
| | 1501 K Street NW | Washington, DC 20005 |
| **Sched Atty:** | William Baumgartner, Esq | Sidley Austin LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 341.00 | $2,898.50 |
| | Attendance Fee | 1 | 1.00 | $50.00 |
| Charles Donohoe | Rough Draft | Page | 341.00 | $511.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $25.00 |

| Notes: | | Invoice Total: | $3,549.00 |
|---|---|---|---|
| | | Payment: | ($3,549.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SD1527503 |
|---|---|
| Job #: | 1517499 |
| Invoice Date: | 8/28/2012 |
| Balance: | $0.00 |

42857

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Kathy Del Tio
Sidley Austin LLP
1 S. Dearborn St.
Chicago, IL, 60603-2323

| | |
|---|---|
| **Invoice #:** | SD1531859 |
| **Invoice Date:** | 9/6/2012 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola 1823 |
| **Job #:** | 1517499 | Job Date: 8/24/2012 | Delivery: Normal |
| **Billing Atty:** | William Baumgartner, Esq |
| **Location:** | Sidley Austin |
| | 1501 K Street NW | Washington, DC 20005 |
| **Sched Atty:** | William Baumgartner, Esq | Sidley Austin LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Charles Donohoe | Video - Services | | 10.50 | $1,522.50 |
| | Video - Extended Hours Surcharge | Hour | 0.50 | $47.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,598.00 |
| **Payment:** | ($1,598.00) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | SD1531859 |
| Job #: | 1517499 |
| Invoice Date: | 9/6/2012 |
| Balance: | $0.00 |

42857

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119416 | 09/11/2012 | 2006-445669 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2012 | LNY | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Ramamirtham Sukumar (Vol. 1)
      Set-up & First Hour                                          250.00
      Additional Deposition Hr      7.50 Hours @    85.00/Hour     637.50
      Tape Original mini DV         8.00 Tapes @    20.00/Tape     160.00
      Video MPEG 1 on DVD           8.00 Hours @    90.00/Hour     720.00
      Shipping & Handling                                           20.00
                                                                 _____

                                    TOTAL  DUE  >>>>            1,787.50

CLAIM#: 166562
LOCATION OF DEPO: New York   10019, NY    AFF INV#: 18219208

Expedited video copy

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                      (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119416
Date      :  09/11/2012
TOTAL DUE :   1,787.50


Job No.   :  2006-445669
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119113 | 08/31/2012 | 2005-445668 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2012 | LNY | 10-1823 |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    Ramamirtham Sukumar           268 Pages @      5.00/Page      1,340.00
        NEXT-DAY EXPEDITE                                         1,340.00
        EXHIBITS                  353 Pages @       .80/Page        282.40
        ATTENDANCE                                                  120.00
        TotalTranscript                                             30.00
        Unedited ASCII (RT)    236.00 Pages @      1.25/Page        295.00
        Packaging and Handling                                      20.00
        Process/Delivery                                            15.00

                                  TOTAL   DUE   >>>>              3,442.40

CLAIM#: 166562
LOCATION OF DEPO: New York   10019, NY
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :** 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119113
Date      :  08/31/2012
TOTAL DUE  :    3,442.40


Job No.   :  2005-445668
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119421 | 09/11/2012 | 2002-445845 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2012 | GUERPA | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Tim Williams (Vol. 1)
        Set-up & First Hour                                          250.00
        Additional Deposition Hr    5.25 Hours @    85.00/Hour       446.25
        Tape Original DV            3.00 Tapes @    30.00/Tape        90.00
        Video MPEG 1 on DVD         5.00 Hours @    90.00/Hour       450.00

                                    TOTAL   DUE  >>>>              1,236.25

CLAIM#: 166562
LOCATION OF DEPO: Palo Alto   94304, CA

Expedited video copy

ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO.: 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.: 20119421
Date      : 09/11/2012
**TOTAL DUE** : **1,236.25**

Job No.   : 2002-445845
Case No.  : 10-1823
"Microsoft vs. Motorola Mobility (10

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119145 | 09/04/2012 | 2001-445843 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2012 | FERRRA | 10-1823 |

| CASE CAPTION |
|---|
| ''Microsoft vs. Motorola Mobility (10-1823)'' |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    TIM ARTHUR WILLIAMS, Ph.D.          203 Pages @         4.40/Page          893.20
                   TWO-DAY EXPEDITE                                             803.88
                   EXHIBITS            2,249 Pages @          .80/Page        1,799.20
                   TotalTranscript                                              30.00
                   Interactive Realtime   145.00 Pages @    1.25/Page          181.25
                   Interactive RT w/laptop  145.00 Pages @   .15/Page           21.75
                   Packaging and Handling                                       20.00
                   Process/Delivery                                             15.00


                                  TOTAL   DUE   >>>>                         3,764.28

CLAIM#: 166562
LOCATION OF DEPO: Palo Alto    94304, CA
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119145
Date       :  09/04/2012
TOTAL DUE  :   3,764.28


Job No.    :  2001-445843
Case No.   :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119133 | 08/31/2012 | 2005-445575 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2012 | LSD | 10-1823 |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
  Ajay Luthra, Ph.D.                    169 Pages @        4.40/Page          743.60
         TWO-DAY EXPEDITE                                                     669.24
         EXHIBITS                       869 Pages @         .80/Page          695.20
         ATTENDANCE                    4.00 Hours                             200.00
         TotalTranscript                                                       30.00
         Unedited ASCII (RT)           146.00 Pages @      1.25/Page          182.50
         Packaging and Handling                                               20.00
         Process/Delivery                                                     15.00


                                       TOTAL   DUE   >>>>                    2,555.54

CLAIM#: 166562
LOCATION OF DEPO: San Diego, CA    AFF INV#: 17166891
ORDERED BY: Peter Uhlenhake
         Sidley Austin LLP
         One South Dearborn
         Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                         (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119133
Date      :  08/31/2012
TOTAL DUE :    2,555.54


Job No.   :  2005-445575
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20119542 | 09/18/2012 | 2006-445576 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/2012 | LSD | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Ajay Luthra (Vol. 1)
      Set-up & First Hour                                        250.00
      Additional Deposition Hr    3.75 Hours @    85.00/Hour     318.75
      Tape Original DV            3.00 Tapes @    30.00/Tape       90.00
      Video MPEG 1 on DVD         4.00 Hours @    60.00/Hour     240.00
      Shipping & Handling                                         20.00
      Parking                                                     16.00
                                                               _____
                                  TOTAL  DUE   >>>>             934.75

CLAIM#: 166562
LOCATION OF DEPO: San Diego, CA    AFF INV#: 17166832
ORDERED BY: Peter Uhlenhake
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20119542
Date      :  09/18/2012
TOTAL DUE :     934.75


Job No.   :  2006-445576
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 082912-304783

| **Bill To:** | Sidley Austin LLP | **Ship To:** | David C. Giardina Esq. |
|---|---|---|---|
| | Attn: Accounts Payable | | Sidley Austin LLP |
| | One South Dearborn | | One South Dearborn |
| | Chicago, IL 60603 | | Chicago, IL 60603 |

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Timothy S. Simcoe, Ph.D.
**DATE:** 8/29/2012
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 365 | $3.25 | $1,186.25 |
| Certified Transcript - Daily Delivery | 365 | $3.25 | $1,186.25 |
| Rough ASCII | 365 | $1.50 | $547.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1289 | $0.20 | $257.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,177.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,227.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 082912-304784

**Bill To:** Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:** David C. Giardina Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Timothy S. Simcoe, Ph.D.
**DATE:** 8/29/2012
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - MPEG | 5 | $50.00 | $250.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $290.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 083012-304787

**Bill To:**   Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL  60603

**Ship To:**   M. Patricia Thayer Esq.
Sidley Austin LLP
555 California Street
San Francisco, CA  94104

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Peter E. Rossi
**DATE:** 8/30/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 292 | $3.25 | $949.00 |
| Certified Transcript - Daily Delivery | 292 | $3.25 | $949.00 |
| Interactive Real-time | 292 | $1.50 | $438.00 |
| Rough ASCII | 292 | $1.50 | $438.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 369 | $0.20 | $73.80 |
| Exhibits - Scanned & Hyperlinked - Color | 164 | $1.50 | $246.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,093.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,148.80 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 083012-304788

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL  60603

**Ship To:**
M. Patricia Thayer Esq.
Sidley Austin LLP
555 California Street
San Francisco, CA  94104

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Peter E. Rossi
**DATE:** 8/30/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 4 | $50.00 | $200.00 |
| | | SUBTOTAL | $200.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $240.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 083112-304791

**Bill To:**
Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL 60603

**Ship To:**
David C. Giardina Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**CASE:** Microsoft Corporation v. Motorola
**WITNESS:** Mathew R. Lynde
**DATE:** 8/31/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 281 | $3.25 | $913.25 |
| Certified Transcript - Daily Delivery | 281 | $3.25 | $913.25 |
| Certified Transcript - Evening Pages | 18 | $1.25 | $22.50 |
| Interactive Real-time | 281 | $1.50 | $421.50 |
| Rough ASCII | 281 | $1.50 | $421.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 587 | $0.20 | $117.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,809.40 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,859.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 083112-304792

**Bill To:**      Sidley Austin LLP
Attn: Accounts Payable
One South Dearborn
Chicago, IL  60603

**Ship To:**      David C. Giardina Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

**CASE:**      Microsoft Corporation v. Motorola
**WITNESS:**      Mathew R. Lynde
**DATE:**      8/31/2012
**LOCATION:**      San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 5 | $50.00 | $250.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $290.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| **Bill To:** | Kathy Del Tio<br>Sidley Austin LLP<br>1 S. Dearborn St.<br>Chicago, IL, 60603-2323 | **Invoice #:** | SD1536008 |
|---|---|---|---|
| | | **Invoice Date:** | 9/13/2012 |
| | | **Balance Due:** | $0.00 |
| | | **Agency #:** | 1516853 |

| **Case:** | Microsoft v. Motorola 1823 |
|---|---|
| **Job #:** | 925267 | Job Date: 9/5/2012 | Delivery: Expedited |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | Sidley Austin |
| | 787 Seventh Ave. | 23rd Floor | New York, NY 10019 |
| **Sched Atty:** | William Baumgartner, Esq | Sidley Austin LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 280.00 | $2,494.80 |
| | Attendance Fee | 1 | 1.00 | $100.00 |
| Michael Dansky | Rough Draft | Page | 280.00 | $630.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $25.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,313.80 |
| | **Payment:** | ($3,313.80) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | SD1536008 |
|---|---|
| **Job #:** | 925267 |
| **Invoice Date:** | 9/13/2012 |
| **Balance:** | $0.00 |

42857

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Tim Murphy, Project Assistant | **Invoice #:** | SD1540415 |
| | Sidley Austin LLP | **Invoice Date:** | 9/22/2012 |
| | 1 S. Dearborn St. | **Balance Due:** | $0.00 |
| | Chicago, IL, 60603-2323 | **Agency #:** | 1516853 |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola 1823 |
| **Job #:** | 925267 | Job Date: 9/5/2012 | Delivery: Normal |
| **Billing Atty:** | William Baumgartner, Esq |
| **Location:** | Sidley Austin |
| | 787 Seventh Ave. | 23rd Floor | New York, NY 10019 |
| **Sched Atty:** | William Baumgartner, Esq | Sidley Austin LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Transcript Synchronization | Per hour | 4.50 | $337.50 |
| Michael Dansky | Video - Initial Fee | 1 | 1.00 | $350.00 |
| | Video - Additional Hours | Hour | 5.00 | $475.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,190.50 |
| | **Payment:** | ($1,190.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42857

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SD1540415 |
| **Job #:** | 925267 |
| **Invoice Date:** | 9/22/2012 |
| **Balance:** | $0.00 |



# Veritext Corporate Services, Inc.



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Bill To: | Christopher Wion Esq | | |
|---|---|---|---|
| | Calfo Harrigan Leyh & Eakes | **Invoice #:** | CS1763378 |
| | 999 Third Avenue | **Invoice Date:** | 5/29/2013 |
| | Suite 400 | **Balance Due:** | $1,846.09 |
| | Seattle , WA, 98104 | | |

| | |
|---|---|
| **Case:** | Microsoft Corp v. Motorola, Inc., Et Al |
| **Job #:** | 1661676 \| Job Date: 5/6/2013 \| Delivery: Normal |
| **Billing Atty:** | Christopher Wion Esq |
| **Location:** | Summit Law Group |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. \| Summit Law Group |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 219.00 | $3.25 | $711.75 |
| | Exhibits | Per Page | 1053.00 | $0.53 | $558.09 |
| David Killough | Rough Draft | Page | 219.00 | $2.25 | $492.75 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,846.09 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,846.09 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** CS1763378<br>**Job #:** 1661676<br>**Invoice Date:** 5/29/2013<br>**Balance:** $1,846.09 |
|---|---|---|

90011

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Tim Murphy, Project Assistant | **Invoice #:** | CS1787940 |
| Sidley Austin LLP | **Invoice Date:** | 6/28/2013 |
| 1 S. Dearborn St. | **Balance Due:** | $0.00 |
| Chicago, IL, 60603-2323 | | |

| | |
|---|---|
| **Case:** | Microsoft Corp v. Motorola, Inc., Et Al |
| **Job #:** | 1661676 | Job Date: 5/6/2013 | Delivery: Normal |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | Summit Law Group |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. | Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| David Killough | Video - Digitizing | $306.80 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $306.80 |
| | **Payment:** | ($306.80) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1787940 |
| **Job #:** | 1661676 |
| **Invoice Date:** | 6/28/2013 |
| **Balance:** | $0.00 |

42857

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Richard A. Cederoth, Esq | | Invoice #: | CS1790336 |
|---|---|---|---|---|
| | Sidley Austin LLP | | Invoice Date: | 7/1/2013 |
| | 1 S. Dearborn St. | | Balance Due: | $0.00 |
| | Chicago, IL, 60603-2323 | | | |

| | |
|---|---|
| **Case:** | Microsoft Corp v. Motorola, Inc., Et Al |
| **Job #:** | 1663250 | Job Date: 5/7/2013 | Delivery: Expedited |
| **Billing Atty:** | Richard A. Cederoth, Esq |
| **Location:** | Summit Law Group |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. | Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| Jon Devaan | Video - Digitizing | $84.50 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $84.50 |
| | | **Payment:** | ($84.50) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS1790336 |
|---|---|
| Job #: | 1663250 |
| Invoice Date: | 7/1/2013 |
| Balance: | $0.00 |

42857

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Richard A. Cederoth, Esq | **Invoice #:** | CS1752620 |
| | Sidley Austin LLP | **Invoice Date:** | 7/1/2013 |
| | 1 S. Dearborn St. | **Balance Due:** | $0.00 |
| | Chicago, IL, 60603-2323 | | |

| | | | |
|---|---|---|---|
| **Case:** | Microsoft Corp v. Motorola, Inc., Et Al | **Billing #:** | 201229267 |
| **Job #:** | 1663250 | Job Date: 5/7/2013 | Delivery: Expedited | | |
| **Billing Atty:** | Richard A. Cederoth, Esq | | |
| **Location:** | Summit Law Group | | |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 | | |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. | Summit Law Group | | |

| Witness | Description | Amount |
|---|---|---|
| Jon Devaan | Certified Transcript | $288.71 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $288.71 |
| | **Payment:** | ($288.71) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1752620 |
| **Job #:** | 1663250 |
| **Invoice Date:** | 7/1/2013 |
| **Balance:** | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** Tim Murphy, Project Assistant | **Invoice #:** CS1787927 |
| Sidley Austin LLP | **Invoice Date:** 6/28/2013 |
| 1 S. Dearborn St. | **Balance Due:** $361.40 |
| Chicago, IL, 60603-2323 | |

| | |
|---|---|
| **Case:** | Microsoft Corporation v. Motorola, Inc. |
| **Job #:** | 1663256 | Job Date: 5/9/2013 | Delivery: Normal |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | | Summit Law Group |

| Witness | Description | Units | Quantity | Price | Amount |
|---------|-------------|-------|----------|-------|--------|
| | Video - Digitizing | | 5.26 | $65.00 | $341.90 |
| James Jeff Davidson | Shipping & Handling - Video Media | Package | 1.00 | $19.50 | $19.50 |

| Notes: | | |
|--------|--|--|
| | **Invoice Total:** | $361.40 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $361.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 147 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to | Please remit payment to: | **Invoice #:** | CS1787927 |
|---|---|---|---|
| **www.Veritext.com** | Veritext | **Job #:** | 1663256 |
| Veritext accepts all major credit cards | P.O. Box 71303 | **Invoice Date:** | 6/28/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | **Balance:** | $361.40 |

42857

**Veritext Corporate Services, Inc.**



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| | | | |
|---|---|---|---|
| **Bill To:** | Christopher Wion Esq | **Invoice #:** | CS1763663 |
| | Calfo Harrigan Leyh & Eakes | **Invoice Date:** | 5/29/2013 |
| | 999 Third Avenue | **Balance Due:** | $1,683.45 |
| | Suite 400 | | |
| | Seattle , WA, 98104 | | |

| | |
|---|---|
| **Case:** | Microsoft Corporation v. Motorola, Inc. |
| **Job #:** | 1663256 | Job Date: 5/9/2013 | Delivery: Normal |
| **Billing Atty:** | Christopher Wion Esq |
| **Location:** | Summit Law Group - 315 5th Ave. S |
| | 315 5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | | Summit Law Group |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 275.00 | $3.25 | $893.75 |
| | Exhibits | Per Page | 165.00 | $0.53 | $87.45 |
| James Jeff Davidson | Rough Draft | Page | 275.00 | $2.25 | $618.75 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,683.45 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,683.45 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to www.Veritext.com** | **Please remit payment to:** | **Invoice #:** CS1763663 |
| Veritext accepts all major credit cards | Veritext | **Job #:** 1663256 |
| (American Express, Mastercard, Visa, Discover) | P.O. Box 71303 | **Invoice Date:** 5/29/2013 |
| 90011 | Chicago IL 60694-1303 | **Balance:** $1,683.45 |

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20124392 | 05/29/2013 | 2006-451164 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/14/2013 | LCH | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Brian Blasius
        Set-up & First Hour                                        250.00
        Additional Deposition Hr    7.00 Hours @    85.00/Hour     595.00
        Tape Original DV            3.00 Tapes @    30.00/Tape      90.00
        Video MPEG 1 on DVD         5.00 Hours @    90.00/Hour     450.00
        Shipping & Handling                                         20.00
                                                                 _____
                                    TOTAL   DUE   >>>>           1,405.00

CLAIM#: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14158527

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)


*expedite

ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                                      (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20124392
Date       :  05/29/2013
TOTAL DUE  :  1,405.00



Job No.    :  2006-451164
Case No.   :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20124344 | 05/20/2013 | 2005-451161 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/14/2013 | LCH | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
  Brian Blasius                       183 Pages @      4.20/Page        768.60
       THREE-DAY EXPEDITE                                               614.88
       EXHIBITS                        568 Pages @       .80/Page       454.40
       ATTENDANCE                                                       395.00
       TotalTranscript                                                   30.00
       Unedited ASCII (RT)          159.00 Pages @     1.25/Page        198.75
       Packaging and Handling                                           20.00
       Process/Delivery                                                 15.00

                                      TOTAL   DUE   >>>>               2,496.63

CLAIM#: 166562
LOCATION OF DEPO: Chicago, 60603, IL    AFF INV#: 14158670
ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                      (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20124344
Date      :  05/20/2013
TOTAL DUE :   2,496.63


Job No.   :  2005-451161
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:  **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Richard A. Cederoth, Esq | | Invoice #: | CS1775341 |
|---|---|---|---|---|
| | Sidley Austin LLP | | Invoice Date: | 6/13/2013 |
| | One South Dearborn | | Balance Due: | $0.00 |
| | Chicago, IL, 60603 | | | |

| | |
|---|---|
| **Case:** | Microsoft Corp. v. Motorola, Inc., Et Al. |
| **Job #:** | 1663259 | Job Date: 5/17/2013 | Delivery: Daily |
| **Billing Atty:** | Richard A. Cederoth, Esq |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | Ralph Palumbo Esq | Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| David Treadwell | Certified Transcript | $224.80 |

| Notes: | Invoice Total: | $224.80 |
|---|---|---|
| | Payment: | ($224.80) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

**TERMS:**  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42857

| Please remit payment to: | | Invoice #: | CS1775341 |
|---|---|---|---|
| **Veritext** | | Job #: | 1663259 |
| **P.O. Box 71303** | | Invoice Date: | 6/13/2013 |
| **Chicago IL 60694-1303** | | Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Christopher Wion Esq<br>Calfo Harrigan Leyh & Eakes<br>999 Third Avenue<br>Suite 400<br>Seattle , WA, 98104 | **Invoice #:** CS1762072<br>**Invoice Date:** 5/28/2013<br>**Balance Due:** $1,114.77 |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola |
| **Job #:** | 1671951 | Job Date: 5/22/2013 | Delivery: Expedited |
| **Billing Atty:** | Christopher Wion Esq |
| **Location:** | MSLI |
| | 6840 Seirra Center Pkwy | Conference Room Reno C1/1050 12 | Reno, NV 89511 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 177.00 | $3.25 | $575.25 |
| | Exhibits | Per Page | 109.00 | $0.53 | $57.77 |
| Owen Roberts | Rough Draft | Page | 177.00 | $2.25 | $398.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,114.77 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,114.77 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 119 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CS1762072<br>**Job #:** 1671951<br>**Invoice Date:** 5/28/2013<br>**Balance:** $1,114.77 |

90011

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Tim Murphy, Project Assistant | **Invoice #:** | CS1786084 |
| Sidley Austin LLP | **Invoice Date:** | 6/26/2013 |
| One South Dearborn | **Balance Due:** | $0.00 |
| Chicago, IL, 60603 | | |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola |
| **Job #:** | 1671951 \| Job Date: 5/22/2013 \| Delivery: Expedited |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | MSLI |
| | 6840 Seirra Center Pkwy \| Conference Room Reno C1/1050 12 \| Reno, NV 89511 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Owen Roberts | Video - Digitizing | $230.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $230.75 |
| | **Payment:** | ($230.75) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1786084 |
| **Job #:** | 1671951 |
| **Invoice Date:** | 6/26/2013 |
| **Balance:** | $0.00 |

42857

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20124814 | 06/19/2013 | 2006-451385 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/23/2013 | LNY | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Accounts Payable Microsoft**
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Aaron Bernstein (Vol. 1)
        Set-up & First Hour                                      250.00
        Additional Deposition Hr      1.25 Hours @    85.00/Hour  106.25
        Tape Original DV                                          30.00
        Video MPEG 1 on DVD           2.00 Hours @    60.00/Hour  120.00
        Shipping & Handling                                       20.00
                                                                 _____
                                      TOTAL   DUE   >>>>          526.25

CLAIM#: 166562
LOCATION OF DEPO: New York   10010, NY    AFF INV#: 18239158

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)


ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20124814
Date      :  06/19/2013
```
**TOTAL DUE**  **:**      **526.25**

```
Job No.   :  2006-451385
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20124493 | 05/30/2013 | 2005-451384 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/23/2013 | LNY | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    Aaron Bernstein                   75 Pages @      4.75/Page        356.25
        TWO-DAY EXPEDITE                                               320.63
        EXHIBITS                      736 Pages @      .80/Page        588.80
        ATTENDANCE                                                      75.00
        TotalTranscript                                                 30.00
        Unedited ASCII (RT)           64.00 Pages @   1.25/Page         80.00
        Packaging and Handling                                         20.00
        Process/Delivery                                               15.00

                                      TOTAL   DUE   >>>>             1,485.68

CLAIM#: 166562
LOCATION OF DEPO: New York   10010, NY    AFF INV#: 18238037
ORDERED BY: David Giardina
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO.: 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20124493
Date       :  05/30/2013
TOTAL DUE  :   1,485.68


Job No.    :  2005-451384
Case No.   :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:  **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | Invoice #: | CS1775289 |
|---|---|---|---|
| Bill To: | David T. Pritikin Esq. | Invoice Date: | 6/13/2013 |
| | Sidley Austin LLP | Balance Due: | $0.00 |
| | One South Dearborn | | |
| | Chicago, IL, 60603 | | |

| | |
|---|---|
| **Case:** | Microsoft Corporation v. Motorola, Inc. |
| **Job #:** | 1671940 \| Job Date: 5/24/2013 \| Delivery: Daily |
| **Billing Atty:** | David T. Pritikin Esq. |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | \| Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| Horacio E. Gutierrez | Certified Transcript | $1,023.53 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,023.53 |
| | **Payment:** | ($1,023.53) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS1775289 |
|---|---|
| Job #: | 1671940 |
| Invoice Date: | 6/13/2013 |
| Balance: | $0.00 |

42857

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Erin E. Kelly, Esq | | |
|---|---|---|---|
| | Sidley Austin LLP | **Invoice #:** | CS1780770 |
| | One South Dearborn | **Invoice Date:** | 6/19/2013 |
| | Chicago, IL, 60603 | **Balance Due:** | $0.00 |
| | | **Agency #:** | 62689 |

| Case: | Microsoft v. Motorola |
|---|---|
| Job #: | 1674023 \| Job Date: 5/30/2013 \| Delivery: Expedited |
| Billing Atty: | Erin E. Kelly, Esq |
| Location: | Alexandra House |
| | The Sweepstakes \| Ballsbridge \| Dublin 4, Ireland |
| Sched Atty: | William C. Price, Esq \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Teresa Daley | Certified Transcript | $1,228.21 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,228.21 |
| | **Payment:** | ($1,228.21) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CS1780770 |
| Job #: | 1674023 |
| Invoice Date: | 6/19/2013 |
| Balance: | $0.00 |

42857

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Tim Murphy, Project Assistant | | |
|---|---|---|---|
| | Sidley Austin LLP | **Invoice #:** | CS1780819 |
| | One South Dearborn | **Invoice Date:** | 6/19/2013 |
| | Chicago, IL, 60603 | **Balance Due:** | $0.00 |
| | | **Agency #:** | 62689 |

| Case: | Microsoft v. Motorola |
|---|---|
| Job #: | 1674023 | Job Date: 5/30/2013 | Delivery: Expedited |
| Billing Atty: | Tim Murphy, Project Assistant |
| Location: | Alexandra House |
| | The Sweepstakes | Ballsbridge | Dublin 4, Ireland |
| Sched Atty: | William C. Price, Esq | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Teresa Daley | Video - Digitizing | $238.55 |

| Notes: | | **Invoice Total:** | $238.55 |
|---|---|---|---|
| | | **Payment:** | ($238.55) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS1780819 |
|---|---|
| **Job #:** | 1674023 |
| **Invoice Date:** | 6/19/2013 |
| **Balance:** | $0.00 |

42857

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** David C. Giardina<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL, 60603 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS1785959<br>6/26/2013<br>$0.00 |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola |
| **Job #:** | 1684380 \| Job Date: 6/14/2013 \| Delivery: Daily |
| **Billing Atty:** | David C. Giardina |
| **Location:** | Quinn Emanuel |
| | 500 West Madison Street \| Suite 2450 \| Chicago, IL 60661 |
| **Sched Atty:** | Brian C. Cannon, Esq \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Kevin Murphy | Certified Transcript | $1,825.52 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,825.52 |
| | **Payment:** | ($1,825.52) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42857

| **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CS1785959<br>1684380<br>6/26/2013<br>$0.00 |
|---|---|---|

**Veritext Corporate Services, Inc.**



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Bill To: | David C. Giardina | Invoice #: | CS1786010 |
|---|---|---|---|
| | Sidley Austin LLP | Invoice Date: | 6/26/2013 |
| | One South Dearborn | Balance Due: | $0.00 |
| | Chicago, IL, 60603 | | |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola |
| **Job #:** | 1684380 \| Job Date: 6/14/2013 \| Delivery: Daily |
| **Billing Atty:** | David C. Giardina |
| **Location:** | Quinn Emanuel |
| | 500 West Madison Street \| Suite 2450 \| Chicago, IL 60661 |
| **Sched Atty:** | Brian C. Cannon, Esq \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Kevin Murphy | Video - Digitizing | $245.70 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $245.70 |
| | **Payment:** | ($245.70) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS1786010 |
|---|---|
| Job #: | 1684380 |
| Invoice Date: | 6/26/2013 |
| Balance: | $0.00 |

42857

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20124873 | 06/17/2013 | 2001-451692 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/14/2013 | FERRRA | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
  Maximilian Haedicke                141 Pages @        4.40/Page        620.40
      NEXT-DAY EXPEDITE                                                  620.40
      EXHIBITS                        203 Pages @         .80/Page       162.40
      TotalTranscript                                                     30.00
      Interactive Realtime          122.00 Pages @       1.25/Page       152.50
      Unedited ASCII (RT)           122.00 Pages @       1.25/Page       152.50
      Packaging and Handling                                              20.00
      Process/Delivery                                                    15.00

                                  TOTAL   DUE   >>>>                    1,773.20

CLAIM#: 166562
LOCATION OF DEPO: San Francisco    94104, CA
ORDERED BY: Nathaniel Love
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. : 20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.: 20124873
Date      : 06/17/2013
**TOTAL DUE** : **1,773.20**

Job No.  : 2001-451692
Case No. : 10-1823
"Microsoft vs. Motorola Mobility (10

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125272 | 07/11/2013 | 2002-451693 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/14/2013 | OSGODA | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Maximilian Haedicke (Vol. 1)
        Set-up & First Hour                                      250.00
        Additional Deposition Hr     3.00 Hours @    85.00/Hour  255.00
        Tape Original DV             2.00 Tapes @    30.00/Tape   60.00
        Video MPEG 1 on DVD          3.00 Hours @    60.00/Hour  180.00
        Shipping & Handling                                       20.00
                                                              _____
                                   TOTAL   DUE   >>>>            765.00

CLAIM#: 166562
LOCATION OF DEPO: San Francisco   94104, CA

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)


ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20125272
Date       :  07/11/2013
TOTAL DUE  :    765.00



Job No.    :  2002-451693
Case No.   :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20124947 | 06/21/2013 | 2005-451696 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/19/2013 | LNY | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    Richard Holleman - Vol. 2              164 Pages @        5.00/Page       820.00
        NEXT-DAY EXPEDITE                                                     820.00
        EXHIBITS                            46 Pages @         .80/Page        36.80
        ATTENDANCE                                                            75.00
        TotalTranscript                                                       30.00
        Unedited ASCII (RT)               143.00 Pages @      1.25/Page       178.75
        Packaging and Handling                                                20.00
        Process/Delivery                                                      15.00


                                         TOTAL   DUE   >>>>                  1,995.55

CLAIM#: 166562
LOCATION OF DEPO: New York, NY      AFF INV#: 18240321
ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. : 20-2665382                                     (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20124947
Date      :  06/21/2013
TOTAL DUE :    1,995.55



Job No.   :  2005-451696
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125416 | 07/23/2013 | 2006-451697 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/19/2013 | LNY | 10-1823 |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
     Richard Holleman (Vol. 2)
          Set-up & First Hour                                               250.00
          Additional Deposition Hr      3.50 Hours @     85.00/Hour         297.50
          Tape Original DV              2.00 Tapes @     30.00/Tape          60.00
          Video MPEG 1 on DVD           4.00 Hours @     60.00/Hour         240.00
          Shipping & Handling                                               20.00
                                                                        _____
                                        TOTAL   DUE   >>>>                  867.50

CLAIM#: 166562
LOCATION OF DEPO: New York, NY     AFF INV#: 18240517

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)


ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                              (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20125416
Date      :  07/23/2013
**TOTAL DUE** :      867.50

Job No.   :  2006-451697
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

**Veritext Corporate Services, Inc.**



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| | | | |
|---|---|---|---|
| **Bill To:** | Tim Murphy, Project Assistant | **Invoice #:** | CS1817166 |
| | Sidley Austin LLP | **Invoice Date:** | 8/7/2013 |
| | One South Dearborn | **Balance Due:** | $0.00 |
| | Chicago, IL, 60603 | | |

| | |
|---|---|
| **Case:** | Microsoft Corp. v. Motorola Inc. |
| **Job #:** | 1685790 \| Job Date: 6/20/2013 \| Delivery: Daily |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. \| Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| Todd D. Menenberg | Video - Digitizing | $287.10 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $287.10 |
| | **Payment:** | ($287.10) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1817166 |
| **Job #:** | 1685790 |
| **Invoice Date:** | 8/7/2013 |
| **Balance:** | $0.00 |

42857

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | Invoice #: | CS1817069 |
|---|---|---|---|
| **Bill To:** Tim Murphy, Project Assistant | | **Invoice Date:** | 8/6/2013 |
| Sidley Austin LLP | | **Balance Due:** | $0.00 |
| One South Dearborn | | | |
| Chicago, IL, 60603 | | | |

| | |
|---|---|
| **Case:** | Microsoft Corp. v. Motorola Inc. |
| **Job #:** | 1685790 \| Job Date: 6/20/2013 \| Delivery: Daily |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. \| Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| Todd D. Menenberg | Certified Transcript | $1,407.05 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,407.05 |
| | **Payment:** | ($1,407.05) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1817069 |
| **Job #:** | 1685790 |
| **Invoice Date:** | 8/6/2013 |
| **Balance:** | $0.00 |

42857

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125122 | 07/11/2013 | 2008-451921 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2013 | PREM1 | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Accounts Payable Microsoft**
**Microsoft Corporation - Litigation Paralegal**
**One Microsoft Way**
**Office 8S/2066**
**Redmond, WA 98052-6399**

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Bradley Keller (Vol. 1)
          Set-up & First Hour                                    250.00
          Additional Deposition Hr    5.00 Hours @   85.00/Hour  425.00
          Tape Original DV            3.00 Tapes @   30.00/Tape    90.00
          Video MPEG 1 on DVD         6.00 Hours @   60.00/Hour  360.00
          Shipping & Handling                                     20.00
          Parking                                                 16.00

                                 TOTAL  DUE  >>>>           1,161.00

CLAIM#: 166562
LOCATION OF DEPO: Seattle   98104, WA    AFF INV#: 77523

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)


ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                      (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20125122
Date      :  07/11/2013
**TOTAL DUE  :   1,161.00**

Job No.   :  2008-451921
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125024 | 06/28/2013 | 2007-451920 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2013 | PREM1 | 10-1823 |

| CASE CAPTION | | |
|---|---|---|
| "Microsoft vs. Motorola Mobility (10-1823)" | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
  Bradley Keller                        215 Pages @       4.20/Page       903.00
        TWO-DAY EXPEDITE                                                  812.70
        EXHIBITS                        508 Pages @        .80/Page       406.40
        ATTENDANCE                      5.50 Hours                        357.50
        TotalTranscript                                                    30.00
        Interactive Realtime          186.00 Pages @      1.25/Page       232.50
        Unedited ASCII (RT)           186.00 Pages @      1.25/Page       232.50
        Color Copies                   45.00 Pages @      1.50/Page        67.50
        Packaging and Handling                                             20.00
        Process/Delivery                                                   15.00

                                  TOTAL   DUE   >>>>              3,077.10

CLAIM#: 166562
LOCATION OF DEPO: Seattle    98104, WA    AFF INV#: 77527
ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO. :  20-2665382                                    (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No. :  20125024
Date        :  06/28/2013
**TOTAL DUE**   :   **3,077.10**

Job No.   :  2007-451920
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125052 | 06/27/2013 | 2001-451694 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2013 | ARCESH | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE TRANSCRIPT OF:
    Gregory Leonard, Ph.D.           326 Pages @      4.40/Page     1,434.40
    TWO-DAY EXPEDITE                                                1,290.96
    EXHIBITS                         901 Pages @       .80/Page       720.80
    TotalTranscript                                                    30.00
    Unedited ASCII (RT)           282.00 Pages @      1.25/Page       352.50
    Packaging and Handling                                             20.00
    Process/Delivery                                                   15.00
    After Hours Rate-Reporte                                           30.00
    Parking and Tolls                                                  36.00
                                                                 _____
                                      TOTAL  DUE  >>>>            3,929.66

CLAIM#: 166562
LOCATION OF DEPO: San Francisco    94104, CA
ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

TAX ID NO.: 20-2665382                                              (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

Invoice No.:  20125052
Date       :  06/27/2013
**TOTAL DUE :   3,929.66**

Job No.   :  2001-451694
Case No.  :  10-1823
"Microsoft vs. Motorola Mobility (10

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125528 | 07/31/2013 | 2002-451695 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2013 | OSGODA | 10-1823 |

| CASE CAPTION |
|---|
| "Microsoft vs. Motorola Mobility (10-1823)" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Gregory Leonard (Vol. 1)
        Set-up & First Hour                                        250.00
        Additional Deposition Hr      8.00 Hours @    85.00/Hour   680.00
        After Hours Rate-Vid                                       112.50
        Tape Original DV              4.00 Tapes @    30.00/Tape   120.00
        Video MPEG 1 on DVD           8.00 Hours @    60.00/Hour   480.00
        Shipping & Handling                                         20.00
                                                      _____
                            TOTAL   DUE   >>>>          1,662.50

CLAIM#: 166562
LOCATION OF DEPO: San Francisco   94104, CA

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)


ORDERED BY: Tim Murphy
            Sidley Austin LLP
            One South Dearborn
            Chicago, IL 60603
```

**TAX ID NO. :**  20-2665382                                          (425) 882-8080

*Please detach bottom portion and return with payment.*

Accounts Payable Microsoft
Microsoft Corporation - Litigation Paralegal
One Microsoft Way
Office 8S/2066
Redmond, WA 98052-6399

```
Invoice No.:  20125528
Date       :  07/31/2013
TOTAL DUE  :    1,662.50


Job No.    :  2002-451695
Case No.   :  10-1823
"Microsoft vs. Motorola Mobility (10
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Richard A. Cederoth, Esq<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL, 60603 | **Invoice #:** | CS1829055 |
| | **Invoice Date:** | 8/21/2013 |
| | **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola |
| **Job #:** | 1692638 \| Job Date: 7/1/2013 \| Delivery: Expedited |
| **Billing Atty:** | Richard A. Cederoth, Esq |
| **Location:** | Quinn Emanuel |
| | 51 Madison Avenue \| 22nd Floor - Conference Room 25B \| New York, NY 10010 |
| **Sched Atty:** | William C. Price, Esq \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Theo Bodewig | Video - Digitizing | $177.45 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $177.45 |
| | **Payment:** | ($177.45) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CS1829055 |
| Job #: | 1692638 |
| Invoice Date: | 8/21/2013 |
| Balance: | $0.00 |

42857

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Richard A. Cederoth, Esq | | Invoice #: | CS1799397 |
|---|---|---|---|---|
| | Sidley Austin LLP | | Invoice Date: | 7/16/2013 |
| | One South Dearborn | | Balance Due: | $0.00 |
| | Chicago, IL, 60603 | | | |

| | |
|---|---|
| **Case:** | Microsoft v. Motorola |
| **Job #:** | 1692638 | Job Date: 7/1/2013 | Delivery: Expedited |
| **Billing Atty:** | Richard A. Cederoth, Esq |
| **Location:** | Quinn Emanuel |
| | 51 Madison Avenue | 22nd Floor - Conference Room 25B | New York, NY 10010 |
| **Sched Atty:** | William C. Price, Esq | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Theo Bodewig | Certified Transcript | $1,015.70 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,015.70 |
| | **Payment:** | ($1,015.70) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1799397 |
|---|---|
| Job #: | 1692638 |
| Invoice Date: | 7/16/2013 |
| Balance: | $0.00 |

42857

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Richard A. Cederoth, Esq | | | |
|---|---|---|---|---|
| | Sidley Austin LLP | | **Invoice #:** | CS1829955 |
| | One South Dearborn | | **Invoice Date:** | 8/22/2013 |
| | Chicago, IL, 60603 | | **Balance Due:** | $0.00 |

| Case: | Microsoft Corp. v. Motorola, Inc. | **Billing #:** | 201229267 |
|---|---|---|---|
| Job #: | 1699980 | Job Date: 7/15/2013 | Delivery: Daily | | |
| Billing Atty: | Richard A. Cederoth, Esq | | |
| Location: | Summit Law Group - 315  5th Ave. S | | |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 | | |
| Sched Atty: | | Summit Law Group | | |

| Witness | Description | Amount |
|---|---|---|
| David Killough | Certified Transcript | $203.50 |
| Shelley McKinley | Certified Transcript | $627.00 |
| | Exhibits | $0.90 |
| | Shipping & Handling | $34.50 |
| | CD Depo Litigation Package | $39.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $904.90 |
| | **Payment:** | ($904.90) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

42857

| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** | **CS1829955** |
|---|---|---|---|
| **www.Veritext.com** | **Veritext** | **Job #:** | **1699980** |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** | **8/22/2013** |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** | **$0.00** |



## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Bill To: | Arthur W. Harrigan, Jr., Esq.<br>Calfo Harrigan Leyh & Eakes<br>999 Third Avenue<br>Suite 400<br>Seattle , WA, 98104 | Invoice #: | CS1830115 |
|---|---|---|---|
| | | Invoice Date: | 8/22/2013 |
| | | Balance Due: | $84.50 |

| Case: | Microsoft Corporation v. Motorola, Inc. |
|---|---|
| Job #: | 1699982 | Job Date: 7/16/2013 | Delivery: Daily |
| Billing Atty: | Arthur W. Harrigan, Jr., Esq. |
| Location: | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| Sched Atty: | | Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| James Jeff Davidson | Video - DVD Video | $84.50 |

| Notes: | | Invoice Total: | $84.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $84.50 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| Invoice #: | CS1830115 |
|---|---|
| Job #: | 1699982 |
| Invoice Date: | 8/22/2013 |
| Balance: | $84.50 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Richard A. Cederoth, Esq | | Invoice #: | CS1830107 |
|---|---|---|---|---|
| | Sidley Austin LLP | | Invoice Date: | 8/22/2013 |
| | 1 S. Dearborn St. | | Balance Due: | $0.00 |
| | Chicago, IL, 60603-2323 | | | |

| | |
|---|---|
| **Case:** | Microsoft Corporation v. Motorola, Inc. |
| **Job #:** | 1699982 \| Job Date: 7/16/2013 \| Delivery: Daily |
| **Billing Atty:** | Richard A. Cederoth, Esq |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | \| Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| James Jeff Davidson | Certified Transcript | $261.00 |

| Notes: | Invoice Total: | $261.00 |
|---|---|---|
| | Payment: | ($261.00) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to
### www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS1830107 |
|---|---|
| Job #: | 1699982 |
| Invoice Date: | 8/22/2013 |
| Balance: | $0.00 |

42857

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Tim Murphy, Project Assistant | **Invoice #:** | CS1830112 |
| Sidley Austin LLP | **Invoice Date:** | 8/22/2013 |
| One South Dearborn | **Balance Due:** | $0.00 |
| Chicago, IL, 60603 | | |

| | |
|---|---|
| **Case:** | Microsoft Corporation v. Motorola, Inc. |
| **Job #:** | 1699982 \| Job Date: 7/16/2013 \| Delivery: Daily |
| **Billing Atty:** | Tim Murphy, Project Assistant |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | \| Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| James Jeff Davidson | Video - Digitizing | $84.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $84.50 |
| | **Payment:** | ($84.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1830112 |
| **Job #:** | 1699982 |
| **Invoice Date:** | 8/22/2013 |
| **Balance:** | $0.00 |

42857

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Ellen S. Robbins Esq | | | | | |
| | Sidley Austin LLP | | | **Invoice #:** | | CS1833710 |
| | One South Dearborn | | | **Invoice Date:** | | 8/27/2013 |
| | Chicago, IL, 60603 | | | **Balance Due:** | | $0.00 |

| | |
|---|---|
| **Case:** | Microsoft Corp. v. Motorola, Et Al. |
| **Job #:** | 1715841 \| Job Date: 8/12/2013 \| Delivery: Normal |
| **Billing Atty:** | Ellen S. Robbins Esq |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S \| Suite 1000 \| Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. \| Summit Law Group |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 94.00 | $3.25 | $305.50 |
| | Exhibits | Per Page | 459.00 | $0.35 | $160.65 |
| David Killough | Rough Draft | Page | 94.00 | $1.00 | $94.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $30.00 | $30.00 |
| | Shipping & Handling | Package | 1.00 | $34.50 | $34.50 |

| Notes: | | | **Invoice Total:** | $624.65 |
|---|---|---|---|---|
| | | | **Payment:** | ($624.65) |
| | | | **Credit:** | $0.00 |
| | | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS1833710 |
| **Job #:** | 1715841 |
| **Invoice Date:** | 8/27/2013 |
| **Balance:** | $0.00 |

42857

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Ellen S. Robbins Esq | Invoice #: | CS1833762 |
|---|---|---|---|
| | Sidley Austin LLP | Invoice Date: | 8/27/2013 |
| | One South Dearborn | Balance Due: | $0.00 |
| | Chicago, IL, 60603 | | |

| | |
|---|---|
| **Case:** | Microsoft Corp. v. Motorola, Et Al. |
| **Job #:** | 1715841 | Job Date: 8/12/2013 | Delivery: Normal |
| **Billing Atty:** | Ellen S. Robbins Esq |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | Andrea Pallios Roberts, Esq. | Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| David Killough | Video - Digitizing | $120.25 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $120.25 |
| | **Payment:** | ($120.25) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

42857

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS1833762 |
|---|---|
| Job #: | 1715841 |
| Invoice Date: | 8/27/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** | |
| Calfo Harrigan Leyh & Eakes | |
| 999 Third Avenue | |
| Suite 400 | |
| Seattle , WA, 98104 | |

| | |
|---|---|
| **Invoice #:** | CS1834578 |
| **Invoice Date:** | 8/28/2013 |
| **Balance Due:** | $69.50 |

| | |
|---|---|
| **Case:** | Microsoft Corp. v. Motorola, Inc. |
| **Job #:** | 1717623 | Job Date: 8/15/2013 | Delivery: Daily |
| **Billing Atty:** | |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | Cheryl Galvin Berry | Summit Law Group |

| Witness | Description | Amount |
|---|---|---|
| Todd D. Menenberg | Video - DVD Video | $69.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $69.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $69.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 91 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** CS1834578<br>**Job #:** 1717623<br>**Invoice Date:** 8/28/2013<br>**Balance:** $69.50 |
|---|---|---|

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| **Bill To:** | Arthur W. Harrigan, Jr., Esq. | | **Invoice #:** | CS1834545 |
| --- | --- | --- | --- | --- |
| | Calfo Harrigan Leyh & Eakes | | **Invoice Date:** | 8/28/2013 |
| | 999 Third Avenue | | **Balance Due:** | $221.25 |
| | Suite 400 | | | |
| | Seattle , WA, 98104 | | | |

| | |
| --- | --- |
| **Case:** | Microsoft Corp. v. Motorola, Inc. |
| **Job #:** | 1717623 | Job Date: 8/15/2013 | Delivery: Daily |
| **Billing Atty:** | Arthur W. Harrigan, Jr., Esq. |
| **Location:** | Summit Law Group - 315  5th Ave. S |
| | 315  5th Ave. S | Suite 1000 | Seattle, WA 98104-2682 |
| **Sched Atty:** | Cheryl Galvin Berry | Summit Law Group |

| Witness | Description | Amount |
| --- | --- | --- |
| Todd D. Menenberg | Certified Transcript | $221.25 |

| Notes: | | **Invoice Total:** | $221.25 |
| --- | --- | --- | --- |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $221.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

90011

**THIS INVOICE IS 91 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to | Please remit payment to: | **Invoice #:** | CS1834545 |
| --- | --- | --- | --- |
| **www.Veritext.com** | **Veritext** | **Job #:** | 1717623 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** | 8/28/2013 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** | $221.25 |