# Exhibit E

**REQUEST FOR CHECK**

TO: BOOKKEEPING

FROM: _J____                                                      DATE __4-16-12__

☐ GENERAL ACCOUNT
☐ TRUST ACCOUNT

☐ CHARGE _____                     CHECK NO. _____

☐ CHARGE CLIENT, FILE NO. __5755-5__

        **CLIENT NAME** __Microsoft__

        **CASE/MATTER** __Microsoft v. Motorola__

☐ CHARGE FIRM _____

(DETAIL ENTERTAINMENT EXPENSE ON REVERSE)

PAYABLE TO: __Google Inc__

IN PAYMENT OF __Witness Fee for Deposition - Mileage + Witness Fee__

GIVE/SEND CHECK TO __Stuart__          AMOUNT OF CHECK $ __103.75__

DATE __4-17-12  Am__                    APPROVED BY _____

## REQUEST FOR CHECK

TO: BOOKKEEPING
FROM: Susie                                          DATE 4-16-12

☐ GENERAL ACCOUNT

☐ TRUST ACCOUNT

☐ CHARGE _____        CHECK NO. _____

☐ CHARGE CLIENT, FILE NO. 5755-5
   CLIENT NAME Microsoft
   CASE/MATTER Microsoft v Motorola 1823

☐ CHARGE FIRM _____

(DETAIL ENTERTAINMENT EXPENSE ON REVERSE)

PAYABLE TO: Allen Lo
IN PAYMENT OF: Deposition Witness Fee Check - Witness Fee & Mileage
GIVE/SEND CHECK TO Susie              AMOUNT OF CHECK $ 46.12
DATE 4-17-12 AM                        APPROVED BY _____

**REQUEST FOR CHECK**

TO: BOOKKEEPING
FROM: Susu                                    DATE  4-16-12

☐ GENERAL ACCOUNT

☐ TRUST ACCOUNT

☐ CHARGE _____                  CHECK NO. _____

☐ CHARGE CLIENT, FILE NO. 5255-5
   CLIENT NAME  Microsoft
   CASE/MATTER  Microsoft v. Motorola · 1823

☐ CHARGE FIRM _____

(DETAIL ENTERTAINMENT EXPENSE ON REVERSE)

PAYABLE TO: Scott K. Peterson
IN PAYMENT OF: Deposition Witness Fee Check - Witness Fee + Mileage
GIVE/SEND CHECK TO  Susu              AMOUNT OF CHECK $ 46.12
DATE  4-17-12 Am                      APPROVED BY _____