# Exhibit G

# Microsoft Corporation - May 2012 bulk bill report
Prepared By:Edward C. Spector

Aon Risk Insurance Services West. Inc.

*4/30/2012*

*Total Bonds = 1*

| BOND NO. | PRINCIPAL | OBLIGEE / DESCRIPTION | TYPE | TRANSACTION | AMOUNT | PREMIUM | EFFECTIVE | EXPIRATION |
|---|---|---|---|---|---|---|---|---|
| 023019073 | MICROSOFT CORPORATION | MOTOROLA, INC., ET AL. | CT | New Business | $100,000,000.00 | $198,000.00 | 4/13/2012 | 4/13/2013 |
| | | Temporary Restraining Order | | | | | | |
| **REQUESTOR:** Marc Shea | | | | | | | | |
| | | | | | $100,000,000.00 | $198,000.00 | | |

| Microsoft PO# | 95756557 |
|---|---|
| Associated PO# | |
| DealPoint ID # | 652359 |

# Statement of Work
# ("SOW")

### Addresses and contacts for notices

| "Microsoft" | "Supplier" |
|---|---|
| Company Name: MICROSOFT | Company Name: AON RISK SERVICES INC OF WASHINGTON |
| Primary Contact: Tony Backes | Primary Contact: Edward Spector |
| Address: ONE MICROSOFT WAY REDMOND WASHINGTON,WA 98052-6399 | Address: 1420 FIFTH AVENUE SUITE 1200 SEATTLE WA 98101 |
| Phone number: +1 (425) 7072464 X72464 | Phone number: +12067494875 |
| Fax number: | Fax number: |
| Email (if applicable): tonyback@microsoft.com | Email (if applicable): edward.spector@aon.com |
| Secondary contact: | Secondary Contact: |
| | Microsoft Supplier Number:0002015351 |

| SOW Effective Date: | 4/13/2013 |
|---|---|
| SOW Expiration Date: | 4/13/2014 |
| DealPoint and/or iRims # for Master Agreement | 652359 |

### Agreed and accepted

| Microsoft | Supplier |
|---|---|
| Microsoft Signature: | Supplier Signature: |
| Microsoft Name: David Howard | Supplier Name: Sandra Person |
| Microsoft Title: Corp. Vice President, Deputy General Counsel | Supplier Title: |
| Microsoft Date: April 24, 2013 | Supplier Date: |

☒ This SOW, executed in accordance with the terms of that certain [insert master agreement title. For example:  Microsoft Master Vendor Agreement (MMVA) / Master Work Agreement / Master Services Agreement / MSVP Agreement / Master Learning Services Agreement (MSLA) or any other master agreement] (the "Agreement") dated [*Insert date of Master Agreement*] between Microsoft and Supplier is entered into by the parties and effective as of the SOW Effective Date above.

OR

☒ This SOW pursuant to the Microsoft Purchase Order Terms and Conditions is entered into by the parties and effective as of the SOW Effective Date above.

1. **Description of Services**

Pursuant to and in conformance with any standards, guidelines and/or specifications which may be provided by Microsoft to Supplier from time to time, Supplier shall deliver to and/or perform for Microsoft the following goods, services and/or other items or materials as a work made for hire (collectively, the "Services").

In the MSFT v. Motorola case, we were able to obtain a Temporary Restraining Order in court in Seattle. As a condition of our win, the court required us to post a $100M bond.  This is to extend the bond for another year.

All Services shall be treated as Microsoft Confidential Information unless otherwise designated by Microsoft.

2. **Deliverables/Delivery Schedule**

Supplier shall complete and deliver all Services to Microsoft on or before <u>4/13/2014</u>.  The milestone delivery schedule for the Services, if applicable, shall be as follows:

| Milestone# | Brief Description of Services to be completed by Vendor and delivered to Microsoft | Due on or Before |
|---|---|---|
| 1 | Delivery of $100M Bond to Seattle Court by 4/13/2013 | 4/13/2013 |

3. **Payment**

3.1 **Services Fees**

As complete and final payment for Services which has been completed and delivered by Supplier to Microsoft and which has been accepted by Microsoft, Microsoft shall pay Supplier:

☐ flat fee of **US Dollars (USD)**.

<u>or</u>

☒ total fee not to exceed **One Hundred Eighty Eight Thousand US Dollars (<u>188,000.00</u> USD)** in accordance with the following milestone payment schedule:

| Milestone# | Not to Exceed Payment Amount | Delivery/Payment Date |
|---|---|---|

| 1 | 188,000.00 USD | 4/13/2013 |
|---|---|---|
| **Sub-Total** | 188,000.00 USD | |
| Travel Expenses (if any – see Section 3.2 below) | | |
| **Total** | 188,000.00 USD | |

**3.2** **Expenses**: *(choose one of the below)*

☐ As reflected in Section 3.1, above, Microsoft shall reimburse Supplier up to _____ **US Dollars** (_____**USD**) for pre-approved, reasonable and actual travel and travel-related expenses incurred by Supplier in connection with the performance of the Services. All travel expenses hereunder are subject to Microsoft's review and the Microsoft Travel Policy and Supplier must submit appropriate documentation evidencing expenses to be reimbursed.

**OR**

☒ Supplier shall bear sole responsibility for all expenses incurred in connection with the performance of the Services, unless otherwise agreed to in writing by Microsoft.

**4.** **Other**

Reporting, technical requirements, attendance, Microsoft materials provided, or acceptance criteria, if any, in addition to the terms included in the Agreement/Purchase Order, are described below: **[insert here]**

*[Remainder of this page is intentionally left blank.]*

SOW (Short Form)
January 2011
Confidential
Page 3 of 3

599134   379290   524

Aon Risk Services, Inc. of Illinois
Premium Accounting Service Center
Owings Mills, MD 21117 (410) 363-5800

CHECK NUMBER    196911
DATE            15-Oct-13

| INSURED ABBREVIATION | INVOICE/ITEM | POLICY NUMBER | AMOUNT |
|---|---|---|---|
| Microsoft Corpora | 6000000314723001 | JUL13BB | 150,400.00 |

EXPLANATION:   1310151321862

TOTAL:   150,400.00

0922805

---

THIS CHECK IS VOID WITHOUT A RED AND BLUE BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**AON** *Risk Services*

Aon Risk Services, Inc. of Illinois
Premium Accounting Service Center
Owings Mills, MD 21117 (410) 363-5800

The Northern Trust Company
Chicago, IL
Payable Through
Oakbrook Terrace, IL
70-2382    /719

CHECK NO.    196911

| CHECK DATE | REFERENCE NO. |
|---|---|
| 15-Oct-13 | 570000041414 |

ONE HUNDRED FIFTY  THOUSAND FOUR HUNDRED   DOLLARS AND  ZERO
CENTS ONLY************************************************

AMOUNT
$    **150,400.00**

VOID AFTER SIX MONTHS

PAY TO THE ORDER OF

Microsoft Corporation
Attn: Marc Shea
One Microsoft Way
Building 8 Room 2124
Redmond, WA 98052-6399

PREMIUM FUND TRUST ACCOUNT






Risk Services

**Microsoft Corporation**

Invoice No. 6000000314722

Microsoft Corporation
Attn: Marc Shea
One Microsoft Way
Building 8 Room 2124
Redmond WA 98052-6399 USA

Aon Risk Services Central, Inc.
Chicago IL Office
200 East Randolph
Chicago IL 60601
(312) 381-4000

| Client Account No. | Invoice Date | Currency | Account Executive |
|---|---|---|---|
| ~~redacted~~ | Sep-17-2013 | US DOLLAR | Sherril Kist |

| Insurance Co. | Policy No. / Named Insured | Policy Term | Trans. Eff. Date | Description | Amount |
|---|---|---|---|---|---|
| Safeco Ins Co Of America | JUL13BB<br><br>Microsoft Corporation | Jul-01-2013 - Jul-01-2014 | Jul-01-2013 | Renewal - Court Bond<br><br>Premium | 150,400.00 |
| **Comments** | | | | | |
| July 2013 bulk bill | | | | | |
| | | | | **TOTAL INVOICE AMOUNT DUE** | **150,400.00** |

TO AVOID POTENTIAL DISRUPTION IN YOUR COVERAGE, PAYMENT IS DUE UPON RECEIPT.
Please Make Payable to Aon Risk Services.

*Please see last page for statement regarding Aon compensation.*

Page 1 of 3

This is a **Reissued** Invoice

*Please detach here. Top portion is for your records, bottom portion to be returned with your payment.*

| Client Account No. | Invoice No. | Invoice Date | Currency | Amount Due |
|---|---|---|---|---|
| ~~redacted~~ | 6000000314722 | Sep-17-2013 | US DOLLAR | 150,400.00 |

Microsoft Corporation
Attn: Marc Shea
One Microsoft Way
Building 8 Room 2124
Redmond WA 98052-6399 USA

**Remit to:**

Aon Risk Services Central, Inc.
Aon Risk Services Inc of Illinois
75 Remittance Drive - Suite 1926
Chicago IL 60675-1926



**Microsoft Corporation**                                                Invoice No. 6000000314722

*Please see last page for statement regarding Aon compensation.*                    Page 2 of 3

— Please detach here. Top portion is for your records, bottom portion to be returned with your payment. —

| Client Account No. | Invoice No. | Invoice Date | Currency | Amount Due |
|---|---|---|---|---|
| [redacted] | 6000000314722 | Sep-17-2013 | US DOLLAR | 150,400.00 |

**Wire/ACH Remit to:**

Northern Trust Company
50 South LaSalle
Chicago IL 60675

ABA No: 071000152
Swift No: CNORUS44
Account Name: Aon Risk Services, Inc.
Account No: 30215288
**Please Reference your Client Account No. & Invoice No. being paid**

**Overnight Remit to:**

ARS Inc. of Illinois
C/O Northern Trust Bank
350 North Orleans Street
Receipt & Dispatch, 8th Floor
Chicago IL 60654
Reference: Suite 1926
Phone No: 312-557-7695

## Regarding Compensation and Taxes

Affiliates of Aon Group, Inc. that provide retail, wholesale and reinsurance brokerage, risk management, underwriting and/or claim management, captive management, premium financing, or consulting may receive compensation in the form of (i) commissions and/or fees paid by an insurer and/or other third party and/or fees paid by a client; and (ii) investment and/or interest income on premiums, claim payments and return premiums temporarily held as fiduciary funds subject to the principal's consent as may be required or permitted by applicable law.

To the extent that any portion of Aon's compensation by operation of law, agreement or otherwise becomes adjusted or credited to you, it is your responsibility to disclose the actual net cost to you of the brokerage and insurance costs you have incurred to third party(ies) having an interest in such amounts.

If you have any questions regarding the nature or amount of the compensation paid to any Aon company on your account, we encourage you to contact the head of the Aon office that services your account.

We have made every effort to identify any surplus lines or other premium taxes and/or fees due in advance, if applicable, but in all instances the payment of these taxes and/or fees will remain the responsibility of the Client and, to the extent tax rates change due to amendments to surplus lines and similar regulations, we will invoice you for the payment of such taxes and fees.