The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

                    Plaintiff,

        v.

MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

                    Defendants.

MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,

        Plaintiffs/Counterclaim Defendant,

        v.

MICROSOFT CORPORATION,

        Defendant/Counterclaim Plaintiff.

CASE NO. C10-1823-JLR

DECLARATION OF CHERYL A. GALVIN IN SUPPORT OF MOTOROLA'S OBJECTION AND OPPOSITION TO MICROSOFT'S MOTION FOR COSTS

NOTED ON MOTION CALENDAR:
Friday, December 20, 2013

DECLARATION OF CHERYL A. GALVIN IN SUPPORT OF
MOTOROLA'S OBJECTION AND OPPOSITION TO
MICROSOFT'S MOTION FOR COSTS
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1   I, Cheryl A. Galvin, hereby declare as follows:

2   1.   I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, one

3   of the law firms representing defendants Motorola Mobility, LLC ("MMI"), Motorola Solutions,

4   Inc. ("Motorola Solutions") and General Instrument Corp. ("GIC") (collectively, "Motorola") in

5   the above-captioned matter.  I have personal knowledge of the facts stated herein.

6   2.   I was admitted to practice in this district *pro hac vice* on June 7, 2013 under the

7   name Cheryl A. Berry.  Dkt. 697.

8   2.   Attached hereto as Exhibit A is a spreadsheet reflecting the costs requested by

9   Microsoft that Motorola believes should be denied, as further explained in the accompanying

10   brief, Motorola's Objection and Opposition to Microsoft's Motion for Costs.

11   3.   On page 1 of Exhibit A are items that were included in Exhibit B of the Declaration

12   of Shane Cramer ("Cramer Declaration") filed in support of Microsoft's Motion for Costs.  Dkt.

13   949.  The date of the service provided, the amount of the invoice that should be deducted from

14   Microsoft's cost request, and the reasons for those deductions are included.

15   4.   On page 2 of Exhibit A are items that were included in Exhibit C of the Cramer

16   Declaration.   The date of the transcript requested, the amount of the invoice that should be

17   deducted from Microsoft's cost request, and the reasons for those deductions are included.

18   5.   On pages 3-5 of  Exhibit A are items that were included in Exhibit D of the Cramer

19   Declaration. The total cost for videotaped depositions was determined by adding together the total

20   invoice amounts for deposition videotapes.  The total cost for videotaped depositions of Microsoft

21   employees and experts was determined by adding together the total invoice amounts for deposition

22   videotapes for Microsoft employees and Microsoft experts.  The total cost for extra copies of

23   videotaped depositions was determined by adding together the invoice amounts for additional

24   videotapes where more than one videotape was ordered.  The date of transcript, amount to be

25   deducted, and deponent names are listed for the transcript costs relating to expediting the

26   transcripts.  The date of transcript, amount to be deducted, and deponent names are also listed for

DECLARATION OF CHERYL A. GALVIN IN SUPPORT OF
MOTOROLA'S OBJECTION AND OPPOSITION TO
MICROSOFT'S MOTION FOR COSTS - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1    the transcript costs relating to interactive realtime.  In addition, the date of the transcript, amount

2    to be deducted, and reason for deduction are also included for duplicate transcript costs—where

3    two invoices appear to have been submitted for the same item.

4              6.        On pages 6-7 of Exhibit A are items that were included in Exhibit F of the Cramer

5    Declaration.    The impermissible invoice categories and the amount to be deducted for each

6    category are listed.  The totals were determined by adding together the amounts from all of the

7    invoices for each category.

8              I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.

10             DATED this 16th day of December, 2013 in Redwood Shores, California.

11

12                                                    /s/ Cheryl A. Galvin
                                                      Cheryl A. Galvin

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CHERYL A. GALVIN IN SUPPORT OF
MOTOROLA'S OBJECTION AND OPPOSITION TO
MICROSOFT'S MOTION FOR COSTS - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

5

6

Arthur W. Harrigan, Jr., Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*shanec@calfoharrigan.com*

7

8

9

10

11

12

13

14

15

16

17

18

19

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

20

21

22

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

23

DATED this 16th day of December, 2013.

24

25

/s/ *Marcia A. Ripley*
Marcia A. Ripley

26

DECLARATION OF CHERYL A. GALVIN IN SUPPORT OF
MOTOROLA'S OBJECTION AND OPPOSITION TO
MICROSOFT'S MOTION FOR COSTS - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001