# EXHIBIT A

4

# Items In Exhibit B

| Date of Service | Amount That Should Be Deducted | Reason For Deduction |
|---|---|---|
| 6/3/2011 | $9.50 | No explanation for fee or who was served; says only "Microsoft Corp v Motorola Inc. et al" |
| 6/8/2011 | $170.00 | Incomplete name--"The Institute of" |
| 12/8/2011 | $85.00 | Service on Vlingo, Inc.--no explanation of relevance to case |
| 12/8/2011 | $12.50 | Rush fee for service on Vlingo, Inc.--no explanation of need for "rush fee" |
| 12/8/2011 | $85.00 | Service on Nuance, Inc.--no explanation of relevance to case |
| 12/8/2011 | $12.50 | Rush fee for service on Nuance, Inc.--no explanation of need for "rush fee" |
| 12/16/2011 | $65.00 | No explanation for what the process service fee is for |
| 3/9/2012 | $35.00 | Service on MPG LA--no explanation for why additional service was needed |
| 3/9/2012 | $20.00 | Rush fee for service on MPEG LA--no explanation of need for "rush fee" |
| 6/4/2012 | $60.00 | No explanation for what the process service fee is for |
| 6/4/2012 | $50.00 | No explanation for why "same day service" was necessary |
| 6/4/2012 | $40.00 | No explanation for what witness fee is for |
| 6/12/2012 | $60.00 | No explanation for what the process service fee is for |
| 6/12/2012 | $50.00 | No explanation for why "same day service" was necessary |
| | | |
| **Total To Deduct:** | **$754.40** | |

**Items In Exhibit C**

| Date of Transcript | Amount That Should Be Deducted | Reason for Deduction |
|---|---:|---|
| 1/24/2012 | $27.95 | Transcript for hearing from patent case; no explanation why it was necessary to expedite |
| 3/9/2012 | $90.00 | Transcript for hearing from patent case (Markman hearing) |
| 4/11/2012 | $355.25 | No explanation why a two hour turnaround was necessary; $7.25 per page instead of the standard $0.90 or $1.20 per page |
| 5/7/2012 | $128.40 | Email representing cost rather than invoice showing what costs were for |
| 6/14/2012 | $151.25 | Email representing cost rather than invoice showing what costs were for; at least one transcript was for the Markman tutorial |
| 10/18/2012 | $480.15 | No explanation for why cost is $4.85 per page instead of $0.90 or $1.20 per page |
| 11/13/2012 | $2,940.00 | No explanation of additional $2940 fee added at the bottom of the invoice by hand |
| 11/13/2012 | $840.00 | No explanation for why an original and a copy were both necessary |
| 1/28/2013 | $338.80 | No explanation for need to expedite by 9 am the next morning (when it was not even ordered until Feb. 5, 2013) |
| 3/14/2013 | $43.65 | No explanation for why cost is $4.85 per page instead of $0.90 or $1.20 per page |
| 5/7/2013 | $67.90 | No explanation for why cost is $4.85 per page instead of $0.90 or $1.20 per page |
| 6/5/2013 | $97.00 | No explanation for why cost is $4.85 per page instead of $0.90 or $1.20 per page |
| 7/31/2013 | $562.65 | No explanation for why cost is $6.05 per page instead of $0.90 or $1.20 per page |
| 7/31/2013 | $112.80 | No explanation for why an additional copy was necessary |
| 8/23/2013 | $139.15 | No explanation for why cost is $6.05 per page instead of $0.90 or $1.20 per page; indicates "1/2 cost" but does not explain why or cut the cost in half |
| 8/26/2013 | $900.00 | No explanation for why an additional copy ($900) was necessary |
| 8/26/2013 | $9,450.00 | No explanation for why realtime was necessary; this was for convenience of counsel |
| **Total To Deduct:** | **$16,724.95** | |

**Items In Exhibit D**

| | | |
|---|---|---|
| **Total Costs For Videotaped Depositions** | $38,206.75 | |
| | | |
| **Total Costs for Videotaped Depositions of Microsoft Employees and Experts** | $6,659.95 | David Turner, David Heiner, Dean Hachamovitch, Horacio Gutierrez, Amy Morasco, Leonardo Del Castillo, Grant Cole, Jon Devaan, Gary Sullivan, Garrett Glanz, Michael Orchard, Jerry Gibson, Kevin Murphy, Timothy Simcoe, Peter Rossi, Mathew Lynde, David Killough, Jeff Davidson, Owen Roberts, Todd Menenberg, Theo Bodewig |
| | | |
| **Total Costs for Extra Copies of Videotaped Depositions** | $2,820.00 | David Turner, David Heiner, Dean Hachamovitch, Horacio Gutierrez, Amy Marasco, Leonardo Del Castillo, Grant Cole, Jon Devaan, Gary Sullivan, Garrett Glanz, Michael Orchard, Jerry Gibson, Kevin Murphy, Timothy Simcoe, Peter Rossi, Mathew Lynde, |
| | | |
| **Date of Transcript** | **Amount That Should Be Deducted For Expediting/Rush** | **Deponent** |
| 3/20/2012 | $892.05 | K. McNeill Taylor, Jr. |
| 4/3/2012 | $848.25 | Dean Hachamovitch |
| 4/4/2012 | $304.50 | Timothy Kowalski |
| 4/4/2012 | $451.50 | Horacio Gutierrez |
| 7/11/2012 | $774.00 | Leonardo Del Castillo and Grant Cole |
| 7/12/2012 | $370.44 | David Curtis |
| 7/12/2012 | $483.84 | Kirk Dailey |
| 7/12/2012 | $930.60 | Allen Lo |
| 7/17/2012 | $774.18 | Scott Peterson |
| 7/17/2012 | $1,201.50 | Howard Benn |
| 7/31/2012 | $472.50 | Jon Devaan |
| 8/8/2012 | $568.75 | Gary Sullivan |
| 8/13/2012 | $480.15 | Garrett Glanz |
| 8/17/2012 | $685.75 | Michael Orchard |
| 8/28/2012 | $1,164.24 | John Drabik |
| 8/21/2012 | $230.75 | Richard Holleman |
| 8/22/2012 | $825.50 | Jerry Gibson |
| 8/22/2012 | $539.50 | Kevin Murphy |

| Date | Amount | Deponent |
|---|---|---|
| 8/22/2012 | $751.50 | Roger Smith |
| 8/22/2012 | $2,218.50 | Richard Schmalensee; expedited delivery fee not a separate line item |
| 8/24/2012 | $2,898.50 | Charles Donohoe; expedited delivery fee not a separate line item |
| 8/28/2012 | $1,340.00 | Ramamirtham Sukumar |
| 8/28/2012 | $803.88 | Tim Williams |
| 8/28/2012 | $669.24 | Ajay Luthra |
| 8/29/2012 | $1,186.25 | Timothy Simcoe |
| 8/30/2012 | $949.00 | Peter Rossi |
| 8/31/2012 | $913.25 | Mathew Lynde |
| 5/7/2013 | $288.71 | Jon Devaan; expedited delivery fee not a separate line item |
| 5/14/2013 | $614.88 | Brian Blasius |
| 5/22/2013 | $575.25 | Owen Roberts; expedited delivery fee not a separate line item |
| 5/23/2013 | $320.63 | Aaron Bernstein |
| 5/30/2013 | $1,228.21 | Teresa Daley; expedited delivery fee not a separate line item |
| 6/14/2013 | $620.40 | Maximilian Haedicke |
| 6/19/2013 | $820.00 | Richard Holleman |
| 6/24/2013 | $812.70 | Bradley Keller |
| 6/24/2013 | $1,290.96 | Gregory Leonard |
| 7/1/2013 | $1,015.70 | Theo Bodewig; expedited delivery fee not a separate line item |
| | | |
| **Total To Deduct For Expediting:** | **$31,315.56** | |

| Date of Transcript | Amount That Should Be Deducted For Interactive Realtime | Deponent |
|---|---|---|
| 5/2/2012 | $159.60 | Scott Brewer |
| 7/17/2012 | $297.50 | Howard Benn |
| 8/21/2012 | $68.75 | Richard Holleman |
| 8/22/2012 | $381.00 | Jerry Gibson |
| 8/30/2012 | $438.00 | Peter Rossi |
| 8/31/2012 | $421.50 | Mathew Lynde |
| 6/14/2013 | $152.59 | Maximilian Haedicke |
| 6/24/2013 | $232.50 | Bradley Keller |
| | | |
| **Total To Deduct For Interactive Realtime:** | **$2,151.44** | |

| Date of Transcript | Amount That Should Be Deducted | Reason For Deduction |
|---|---|---|
| 8/13/2012 | $290.00 | Video deposition of Garrett Glanz; no explanation for why this invoice duplicates $125 invoice from same day for same individual |
| 7/16/2013 | $84.50 | Jeff Davidson; appears to be a duplicate invoice; if there is a distinction between Video--digitizing and Video--DVD video, necessity of receiving both has not been explained |
| **Total To Deduct For Duplicates:** | **$374.50** | |

**Items In Exhibit F**

| Total Costs For Electronic Discovery | $321,292.70 |
|---|---|

| Impermissible Invoice Category | Amount To Be Deducted |
|---|---|
| Creat custom export | $450.00 |
| Create custom reports | $67.50 |
| Project management | $5,712.00 |
| Exceptions handling | $847.50 |
| In house hosting PM time | $8,448.00 |
| Shipping/courier charges | $2,394.45 |
| Tier 2 tech time hourly | $22,116.00 |
| Printing stapled/clipped | $269.70 |
| Additional export sets/files | $36.00 |
| Scanning-heavy handling | $357.28 |
| Tier 1 tech time hourly | $6,360.00 |
| Technical project management | $8,100.00 |
| Case planning and management and advanced case planning and management | $30,792.00 |
| Analyze: Initial kickoff | $168.00 |
| Analyze: Final check | $660.00 |
| Standard iQC | $25.00 |
| Additional services iQC | $84.00 |
| Additional services deQC | $120.00 |
| Deliverable QA | $33,367.40 |
| Standard reporting | $24.00 |
| Internal quality check | $660.00 |
| Custom strategy doc/work plan | $12.00 |
| Review support | $4,560.00 |
| Data analysis and consulting | $9,944.00 |
| Printing color | $960.72 |
| Custom tabs | $16.20 |
| Binding | $105.00 |
| Redwells | $110.60 |
| Advanced coding | $216.00 |
| Custom/image check/reformatting | $8,660.65 |
| Cull/filter | $4,886.70 |

| | |
|---|---:|
| Custom/ file text extraction | $9,273.80 |
| Search term consulting | $108.00 |
| Light litigation-copying | $26.81 |
| Image ("Blow back") printing | $48.90 |
| Database administration | $4,226.00 |
| Data analysis reports | $3,360.00 |
| Outsourced printing and imaging | $44,997.18 |
| Database modification | $276.00 |
| Index and keyword search terms | $9,779.00 |
| | |
| **Total To Deduct:** | **$222,626.39** |