# APPENDIX A

# Appendix A
# Cost Bill

| Category | Amount Originally Sought | Amount Now Being Sought |
|---|---|---|
| Filing Fees | $2,600.00 | $2,600.00 |
| Process Server Costs | ~~$1,459.00~~ | $1,189.05 |
| Hearing Transcript Costs | ~~$28,652.45~~ | $16,262.45 |
| Deposition Costs | ~~$137,094.00~~ | $134,519.31 |
| Witness Costs | $195.99 | $195.99 |
| Exemplification (E-Discovery) Costs | ~~$321,292.70~~ | $275,213.60 |
| Bond Premiums | $235,600.00 | $235,600.00 |
| Docket Fees | $20.00 | $20.00 |
| **Total** | **$726,914.14** | **$665,610.35** |