THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MOTOROLA, INC.,  et al.,<br><br>                    Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Case No. C10-1823-JLR<br><br>DECLARATION OF SHANE P.<br>CRAMER IN SUPPORT OF<br>MICROSOFT'S REPLY IN SUPPORT<br>OF ITS MOTION FOR COSTS |

19

20         I, Shane P. Cramer, hereby declare as follows:

21         1.      I am an attorney at the law firm of Calfo Harrigan Leyh & Eakes LLP, one of

the law firms representing Microsoft Corporation ("Microsoft") in the above-captioned matter,

22 and have personal knowledge of the facts stated herein.

23         2.      Attached hereto as Exhibit A is a true and correct copy of the hearing transcript

24 from the January 24, 2012 hearing held in this matter.

25         3.      Attached hereto as Exhibit B is a true and correct copy of an excerpt from the

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S REPLY IN
SUPPORT OF ITS MOTION FOR COSTS - 1
(C10-1823-JLR)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717

1    hearing transcript from the March 9, 2012 hearing held in this matter.

2         4.    Attached hereto as Exhibit C are true and correct copies of checks from

3    Danielson Harrigan Leyh & Tollefson to Debbie Zurn, one of the court reporters who worked

4    on this matter.  Account information has been redacted from the copies.

5         5.    Attached hereto as Exhibit D is a true and correct copy of an email exchange

6    between Nancy Bauer, one of the court reporters who worked on this case, and my legal

7    assistant, Florine Fujita.

8         I declare under penalty of perjury under the laws of the United States of America that

9    the foregoing is true and correct.

10        DATED this 20th day of December, 2013 in Seattle, Washington.

11

12                          s/ Shane P. Cramer_____
                            SHANE P. CRAMER

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S REPLY IN
SUPPORT OF ITS MOTION FOR COSTS - 2
(C10-1823-JLR)

**CERTIFICATE OF SERVICE**

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 20th day of December, 2013, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081      _____ Messenger
Summit Law Group      _____ US Mail
315 Fifth Ave. South, Suite 1000      _____ Facsimile
Seattle, WA  98104-2682      \_\_X\_\_\_ ECF
Telephone:  206-676-7000
Email:  Summit1823@summitlaw.com

Steven Pepe (*pro hac vice*)      _____ Messenger
Jesse J. Jenner (*pro hac vice*)      _____ US Mail
Ropes & Gray LLP      _____ Facsimile
1211 Avenue of the Americas      \_\_X\_\_\_ ECF
New York, NY  10036-8704
Telephone:  (212) 596-9046
Email:  steven.pepe@ropesgray.com
Email:  jesse.jenner@ropesgray.com

Norman H. Beamer (*pro hac vice*)      _____ Messenger
Ropes & Gray LLP      _____ US Mail
1900 University Avenue, 6th Floor      _____ Facsimile
East Palo Alto, CA  94303-2284      \_\_X\_\_\_ ECF
Telephone:  (650) 617-4030
Email:  norman.beamer@ropesgray.com

Paul M. Schoenhard (*pro hac vice*)      _____ Messenger
Ropes & Gray LLP      _____ US Mail
One Metro Center      _____ Facsimile
700 12th Street NW, Suite 900      \_\_X\_\_\_ ECF
Washington, DC  20005-3948
Telephone:  (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

2

3

4

5

Andrea Pallios Roberts (*pro hac vice*)  _____ Messenger
Brian C. Cannon (*pro hac vice*)  _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP  _____ Facsimile
555 Twin Dolphin Drive, 5th Floor  ___X___ ECF
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Email: andreaproberts@quinnemanuel.com
Email: briancannon@quinnemanuel.com

6

7

8

9

10

Kathleen M. Sullivan (*pro hac vice*)  _____ Messenger
David Elihu (*pro hac vice*)  _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP  _____ Facsimile
51 Madison Ave., 22nd Floor  ___X___ ECF
New York, NY 10010
Telephone:  (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

11

12

13

14

William Price (*pro hac vice*)  _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP  _____ US Mail
865 S. Figuera St., 10th Floor  _____ Facsimile
Los Angeles, CA 90017  ___X___ ECF
Telephone:  (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

15

16

       DATED this 20th day of December, 2013.

17

18

                              s/  Florine Fujita
                              FLORINE FUJITA

19

20

21

22

23

24

25

DECLARATION OF SHANE P. CRAMER IN
SUPPORT OF MICROSOFT'S REPLY IN
SUPPORT OF ITS MOTION FOR COSTS - 4
(C10-1823-JLR)