# EXHIBIT C

52654

**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE SUITE 4400
SEATTLE, WA 98104
206-623-1700

KeyBank National Association
Seattle, Washington 98104
19-57-1250

| DATE | CHECK | AMOUNT |
|---|---|---|
| 5/8/12 | 52654 | $128.40 |

***One Hundred Twenty Eight Dollars and 40/100***

PAY TO THE ORDER OF  Debbie Zurn, Court Reporter

AUTHORIZED SIGNATURE

| | | | |
|---|---|---|---|
| **DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**<br>999 THIRD AVENUE SUITE 4400<br>SEATTLE, WA 98104<br>206-623-1700 | KeyBank National Association<br>Seattle, Washington 98104<br>19-57-1250 | | 52783 |
| | DATE<br>6/20/12 | CHECK<br>52783 | AMOUNT<br>$151.25 |

***One Hundred Fifty One Dollars and 25/100***

PAY TO THE ORDER OF   Debbie Zurn, Court Reporter

_[signature]_

AUTHORIZED SIGNATURE