# EXHIBIT D

**Florine Fujita**

| | |
|---|---|
| **From:** | Nancy_Bauer@wawd.uscourts.gov |
| **Sent:** | Wednesday, December 18, 2013 2:14 PM |
| **To:** | Florine Fujita |
| **Subject:** | RE: C10-1823 JLR Microsoft v. Motorola - Transcript invoices |

| TRANSCRIPTS | ORIGINAL | FIRST COPY TO EACH PARTY | EACH ADDITIONAL COPY TO THE SAME PARTY |
|---|---|---|---|
| **MAXIMUM TRANSCRIPT RATES*** | | | |
| Ordinary Transcript (30 day) A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| 14-Day Transcript A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $.90 | $.60 |
| Expedited Transcript (7 day) A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| Daily Transcript A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | $1.20 | |

1

```
|        $.90         |
 >----------------------------|
|------------------------------------------------------------+------------------------------------+-------------------->
|         Hourly Transcript              |       $7.25       |    $1.20    |
| A transcript of proceedings ordered under unusual circumstances to be  |             |            |
|          delivered within two (2) hours.       |              |             |            |
|------------------------------------------------------------+------------------------------------+-------------------->
 >----------------------------|
|        $.90         |
 >----------------------------|
|------------------------------------------------------------+------------------------------------+-------------------->
|         Realtime Transcript             | One feed, 1$3.05 per page; two-to-four |       |
|A draft unedited transcript produced by a certified realtime reporter as a|  feeds, $2.10 per page; five or more  |
|byproduct of realtime to be delivered electronically during proceedings or|     feeds, $1.50 per page.        |
|        immediately following adjournment.       |             |          |
|------------------------------------------------------------+------------------------------------+-------------------->
 >----------------------------|
|               |
 >----------------------------|
```

Nancy Bauer, Court Reporter
700 Stewart Street, #17205
Seattle, WA 98101
(206) 370-8506


From:    Florine Fujita <ffujita@calfoharrigan.com>
To:      "'Nancy_Bauer@wawd.uscourts.gov'"
         <Nancy_Bauer@wawd.uscourts.gov>
Date:    12/18/2013 01:49 PM
Subject:    RE: C10-1823 JLR Microsoft v. Motorola - Transcript invoices


Nancy,

I have a question regarding how prices are broken down on a court reporter's invoice. Just so you know why I'm asking, we are filing a reply to our cost motion and the other side has challenged the difference in court reporter charges so the attorney has asked if I would get clarification on the pricing.

I've attached one of your invoices as an example. This charge is for 11 pages @ $.90 on a 1st copy-Ordinary. How much would it have been if it were Original-Ordinary? How about 2nd copy-Ordinary?

It you could let me know how each item under Category is priced if it were Original / 1st Copy / 2nd Copy we would really appreciate your help.

Thank you,