1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington
corporation,

                           Plaintiff,

           v.

MOTOROLA, INC., and MOTOROLA
MOBILITY LLC, and GENERAL
INSTRUMENT CORPORATION,

                        Defendants.

MOTOROLA MOBILITY LLC, and
GENERAL INSTRUMENT CORPORATION,

        Plaintiffs/Counterclaim Defendant,

           v.

MICROSOFT CORPORATION,

        Defendant/Counterclaim Plaintiff.

CASE NO. C10-1823-JLR

NOTICE OF WITHDRAWAL OF
INDIVIDUAL ATTORNEY

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4846-5948-9303.1

1    NOTICE IS HEREBY GIVEN that Michael D. Laufert of Ropes & Gray LLP withdraws

2    as attorney for Defendants Motorola, Inc., Motorola Mobility, LLC and General Instrument Corp. in

3    the above-captioned matter.  He may be removed from any applicable service list.  All remaining

4    Ropes & Gray LLP attorneys who have appeared remain as counsel of record and should continue

5    to receive notices.

6         DATED this 8th day of January, 2014.

7                                                     SUMMIT LAW GROUP PLLC

8                                                     By */s/ Ralph H. Palumbo*
                                                      By */s/ Philip S. McCune*
9                                                         Ralph H. Palumbo, WSBA #04751
                                                          Philip S. McCune, WSBA #21081
10                                                        *ralphp@summitlaw.com*
                                                          *philm@summitlaw.com*
11

12                                                    By */s/ Thomas V.  Miller*
                                                          Thomas V. Miller
13                                                        MOTOROLA MOBILITY LLC
14                                                        600 North U.S. Highway 45
                                                          Libertyville, IL  60048-1286
15                                                        (847) 523-2162

16                                                    QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP
17

18                                                    By */s/ Kathleen M. Sullivan*
                                                          Kathleen M. Sullivan, NY #1804624
19                                                        51 Madison Ave., 22nd Floor
                                                          New York, NY 10010
20                                                        (212) 849-7000
                                                          *kathleensullivan@quinnemanuel.com*
21

22                                                    By */s/ Brian C. Cannon*
                                                          Brian C. Cannon, CA #193071
23                                                        555 Twin Dolphin Drive, 5th Floor
                                                          Redwood Shores, CA 94065
24                                                        (650) 801-5000
                                                          *briancannon@quinnemanuel.com*
25

26

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1
CASE NO. C10-1823-JLR

4846-5948-9303.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By */s/ William C. Price*
    William C. Price, CA #108542
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    *williamprice@quinnemanuel.com*

**Attorneys for Motorola Solutions, Inc.,
Motorola Mobility LLC and General
Instrument Corp.**

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2
CASE NO. C10-1823-JLR

4846-5948-9303.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 8th day of January, 2014.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4846-5948-9303.1