# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1089

**MICROSOFT CORPORATION, a Washington corporation,**

*Plaintiff – Appellee,*

v.

**MOTOROLA, INC., GENERAL INSTRUMENT CORPORATION and MOTOROLA MOBILITY LLC,**

*Defendants – Appellants.*

---

**MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION,**

*Plaintiffs – Appellants,*

v.

**MICROSOFT CORPORATION, a Washington corporation**

*Defendant – Appellee.*

Appeal from the United States District Court for the Western District of Washington in Nos. 2:10-cv-01823-JLR and 2:11-cv-00343-JLR, Judge James L. Robart.

## MANDATE

In accordance with the judgment of this Court, entered May 5, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Anthony Balkissoon
Brian Cosmo Cannon
Richard Alan Cederoth
Clerk of Court, U.S. Court of Appeals for the 9th Circuit

Clerk of Court, Western District of Washington (Seattle)
Shane P. Cramer
T. Andrew Culbert
Arthur W. Harrigan Jr.
David E. Killough
Nathaniel C. Love
Carter Glasgow Phillips
David T. Pritikin
Andrea Pallios Roberts
Kathleen M. Sullivan
Constantine L. Trela Jr.