The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                        Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>                        Defendants. | CASE NO. C10-1823-JLR<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>      Plaintiffs/Counterclaim Defendant,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant/Counterclaim Plaintiff. | |

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4826-5998-4411.v1

1    NOTICE IS HEREBY GIVEN that Amanda Wieker is no longer affiliated with Ropes &
2 Gray LLP and, as such, her appearance is hereby withdrawn in the above-captioned matter.  She
3 may be removed from any applicable service list.  All remaining Ropes & Gray LLP attorneys
4 who have appeared remain counsel of record and should continue to receive notices.

5    DATED this 18th day of June, 2014.

Respectfully submitted,

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*

By */s/ Thomas V. Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY LLC
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
   Kathleen M. Sullivan, NY #1804624
   51 Madison Ave., 22nd Floor
   New York, NY 10010
   (212) 849-7000
   *kathleensullivan@quinnemanuel.com*

By */s/ Brian C. Cannon*
   Brian C. Cannon, CA #193071
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   (650) 801-5000
   *briancannon@quinnemanuel.com*

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1
CASE NO. C10-1823-JLR

4826-5998-4411.v1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1
2
3
4
5
6

By */s/ William C. Price*
     William C. Price, CA #108542
     865 S. Figueroa Street, 10th Floor
     Los Angeles, CA 90017
     (213) 443-3000
     *williamprice@quinnemanuel.com*

**Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2
CASE NO. C10-1823-JLR

4826-5998-4411.v1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

3

4          Arthur W. Harrigan, Jr., Esq.
        Shane P. Cramer, Esq.

5          Calfo Harrigan Leyh & Eakes LLP
        *arthurh@calfoharrigan.com*

6          *chrisw@calfoharrigan.com*
        *shanec@calfoharrigan.com*

7

8          Richard A. Cederoth, Esq.
        Brian R. Nester, Esq.

9          David T. Pritikin, Esq.
        Douglas I. Lewis, Esq.

10         John W. McBride, Esq.
        William H. Baumgartner, Jr., Esq.

11         David C. Giardina, Esq.
        Carter G. Phillips, Esq.

12         Constantine L. Trela, Jr., Esq.
        Ellen S. Robbins, Esq.

13         Nathaniel C. Love, Esq.
        Sidley Austin LLP

14         *rcederoth@sidley.com*
        *bnester@sidley.com*

15         *dpritikin@sidley.com*
        *dilewis@sidley.com*

16         *jwmcbride@sidley.com*
        *wbaumgartner@sidley.com*

17         *dgiardina@sidley.com*
        *cphillips@sidley.com*

18         *ctrela@sidley.com*
        *erobbins@sidley.com*

19         *nlove@sidley.com*

20         T. Andrew Culbert, Esq.
        David E. Killough, Esq.

21         Microsoft Corp.
        *andycu@microsoft.com*

22         *davkill@microsoft.com*

23     DATED this 18th day of June, 2014.

24                                                     /s/ *Marcia A. Ripley*

25                                                     Marcia A. Ripley

26

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3
CASE NO. C10-1823-JLR

4826-5998-4411.v1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001