UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

v.

MOTOROLA, INC., et al.,

    Defendants.

---

MOTOROLA MOBILITY, INC., et al.,

    Plaintiffs,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. C10-1823JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS - MOTOROLA MOBILITY, LLC, MOTOROLA SOLUTIONS, INC. and GENERAL INSTRUMENT CORP., and on behalf of PLAINTIFF - MICROSOFT CORP. in the amount of $443,185.05 and included in the judgment as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  Filing Fees. | $2,600.00 | $2,250.00 | $350.00 |

Admission fees for attorneys admitted pro hac vice are not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  Service of Process Costs. | $1,189.05 | $120.00 | $1,069.05 |

The expedited service charges for Dillon and The Corp. Co. are not allowed.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  Costs of Transcripts. | $16,262.45 | $1,740.00 | $14,522.45 |

The additional copy charges from the 11/13/2012 and 08/26/2013 transcript invoices are not allowed.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. Deposition Costs. | $134,519.31 | $53,177.19 | $81,342.12 |

The costs for both video depositions and transcripts of depositions are not allowed by the clerk.  The costs for videos and expedited charges are not allowed.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.  Witness Fees. | $195.99 | -0- | $195.99 |
| VI.  Costs for Document Production. | $275,213.60 | $165,128.16 | $110,085.44 |

Costs associated with the production of discovery materials or the preparation for litigation are not taxable.  The clerk limited allowable costs to 40% of the total requested. This estimate represents the costs associated with producing case-related documents, trial exhibits, materials directly related to trial and dispositive motions.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VII. Cost of Bond Premiums. | $235,600.00 | -0- | $235,600.00 |
| VIII. Docket Fees. | $20.00 | -0- | $20.00 |

Dated this ____17th____ day of July, 2014.

William M. McCool, Clerk
U. S. District Court

By:_____S/ Joseph Whiteley_____
Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -- 2