THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOTOROLA, INC., et al.,<br><br>　　　　　　　Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | Case No. C10-1823-JLR<br><br>STIPULATED MOTION AND (PROPOSED) ORDER TO STAY ENFORCEMENT OF TAXATION OF COSTS<br><br>**NOTE ON MOTION CALENDAR:<br>THURSDAY, JULY 24, 2014** |

Microsoft Corporation ("Microsoft") and Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola"), through undersigned counsel, hereby stipulate and request that the Court stay the enforcement of the Clerk's Taxation of Costs in the amount of $443,185.05 (Dkt. No. 960), while the appeal of the

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 1
C10-1823-JLR

1  underlying judgment in this matter is pending.  The parties also stipulate and agree that neither
2  party will appeal the Clerk's Taxation of Costs.
3          The case is currently on appeal, and enforcement of the judgment has been stayed
4  pending appeal.  (Dkt. No. 946).  The parties agree that Microsoft will not seek to enforce the
5  cost award until the appeal process regarding the underlying judgment is complete.  The parties
6  reserve their rights to file new motions for costs depending upon the outcome of the appeal.
7          DATED this 24th day of July, 2014.

CALFO HARRIGAN LEYH & EAKES LLP          SUMMIT LAW GROUP PLLC

By     */s/Arthur W. Harrigan, Jr.*                    By     */s/Ralph H. Palumbo*
By     */s/Shane P. Cramer*                            By     */s/Philip S. McCune*
       Arthur W. Harrigan, Jr., WSBA #1751                    Ralph H. Palumbo, WSBA #04751
       Shane P. Cramer, WSBA #35099                           Philip S. McCune, WSBA #21081
       999 Third Avenue, Suite 4400                           *ralphp@summitlaw.com*
       Seattle, WA  98104                                     *philm@summitlaw.com*
       Phone:  206-623-1700
       arthurh@calfoharrigan.com
       shanec@calfoharrigan.com                       By     */s/Thomas V. Miller*
                                                              Thomas V. Miller

By     */s/T. Andrew Culbert*                          MOTOROLA MOBILITY LLC
       T. Andrew Culbert                              600 North U.S. Highway 45
                                                      Libertyville, IL 60048-1286
By     */s/David E. Killough*                          (847) 523-2162
       David E. Killough

MICROSOFT CORPORATION                                 QUINN EMANUEL URQUHART &
1 Microsoft Way                                       SULLIVAN, LLP
Redmond, WA  98052
Phone: 425-882-8080
Fax:  425-869-1327                                    By     */s/Kathleen M. Sullivan*
                                                              Kathleen M. Sullivan, NY #1804624
David T. Pritikin                                             51 Madison Ave., 22nd Floor
Richard A. Cederoth                                           New York, NY 10010
Constantine L. Trela, Jr.                                     (212) 849-7000
William H. Baumgartner, Jr.                                   *kathleensullivan@quinnemanuel.com*
Ellen S. Robbins
Douglas I. Lewis

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 2
C10-1823-JLR

| | |
|---|---|
| 1  David C. Giardina | By  */s/Brian C. Cannon* |
| 2  John W. McBride | Brian C. Cannon, CA #193071 |
|    Nathaniel C. Love | 555 Twin Dolphin Drive, 5th Floor |
| 3 | Redwood Shores, CA 94065 |
|    SIDLEY AUSTIN LLP | (650) 801-5000 |
| 4  One South Dearborn | *briancannon@quinnemanuel.com* |
|    Chicago, IL  60603 | |
| 5  Phone: 312-853-7000 | By  */s/William C. Price* |
|    Fax: 312-853-7036 | William C. Price, CA #108542 |
| 6 | 865 S. Figueroa Street, 10th Floor |
|    Carter G. Phillips | Los Angeles, CA 90017 |
| 7  Brian R. Nester | (213) 443-3000 |
|    SIDLEY AUSTIN LLP | *williamprice@quinnemanuel.com* |
| 8  1501 K Street NW | |
|    Washington, DC  20005 | ***Attorneys for Motorola Solutions, Inc.,*** |
| 9  Telephone: 202-736-8000 | ***Motorola Mobility LLC and General*** |
|    Fax: 202-736-8711 | ***Instrument Corp.*** |

*Counsel for Microsoft Corp.*

## **ORDER**

**IT IS SO ORDERED**

DATED this ____ day of _____, 2014.

_____<br>
HONORABLE JAMES L. ROBART<br>
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 3
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 24th day of July, 2014, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

| | |
|---|---|
| Ralph Palumbo, WSBA #04751 | |
| Philip S. McCune, WSBA #21081 | _____ Messenger |
| Summit Law Group | _____ US Mail |
| 315 Fifth Ave. South, Suite 1000 | _____ Facsimile |
| Seattle, WA 98104-2682 | __X___ ECF |
| Telephone: 206-676-7000 | |
| Email: Summit1823@summitlaw.com | |
| | |
| Steven Pepe (*pro hac vice*) | _____ Messenger |
| Jesse J. Jenner (*pro hac vice*) | _____ US Mail |
| Ropes & Gray LLP | _____ Facsimile |
| 1211 Avenue of the Americas | __X___ ECF |
| New York, NY 10036-8704 | |
| Telephone: (212) 596-9046 | |
| Email: steven.pepe@ropesgray.com | |
| Email: jesse.jenner@ropesgray.com | |
| | |
| Norman H. Beamer (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| 1900 University Avenue, 6th Floor | _____ Facsimile |
| East Palo Alto, CA 94303-2284 | __X___ ECF |
| Telephone: (650) 617-4030 | |
| Email: norman.beamer@ropesgray.com | |
| | |
| Paul M. Schoenhard (*pro hac vice*) | _____ Messenger |
| Ropes & Gray LLP | _____ US Mail |
| One Metro Center | _____ Facsimile |
| 700 12th Street NW, Suite 900 | __X___ ECF |
| Washington, DC 20005-3948 | |
| Telephone: (202) 508-4693 | |
| Email: Paul.schoenhard@ropesgray.com | |

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 4
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | | |
|---|---|---|
| 1 | Andrea Pallios Roberts (*pro hac vice*) | _____ Messenger |
| 2 | Brian C. Cannon (*pro hac vice*) | _____ US Mail |
|   | Quinn Emanuel Urquhart & Sullivan, LLP | _____ Facsimile |
| 3 | 555 Twin Dolphin Drive, 5th Floor | __X__ ECF |
|   | Redwood Shores, CA 94065 | |
| 4 | Telephone: (650) 801-5000 | |
|   | Email: andreaproberts@quinnemanuel.com | |
| 5 | Email: briancannon@quinnemanuel.com | |

Kathleen M. Sullivan (*pro hac vice*)    _____ Messenger
David Elihu (*pro hac vice*)    _____ US Mail
Quinn Emanuel Urquhart & Sullivan, LLP    _____ Facsimile
51 Madison Ave., 22nd Floor    __X__ ECF
New York, NY 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com

William Price (*pro hac vice*)    _____ Messenger
Quinn Emanuel Urquhart & Sullivan, LLP    _____ US Mail
865 S. Figuera St., 10th Floor    _____ Facsimile
Los Angeles, CA 90017    __X__ ECF
Telephone: (212) 443-3000
Email: williamprice@quinnemanuel.com
MicrosoftvMotoBreachofRANDCase@quinnemanuel.com

DATED this 24th day of July, 2014.


*/s/ Florine Fujita*
FLORINE FUJITA

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 5
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717