Case 2:10-cv-01823-JLR   Document 961   Filed 07/24/14   Page 1 of 5

THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

_____

MOTOROLA MOBILITY LLC, et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendant.

Case No. C10-1823-JLR

STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER TO STAY ENFORCEMENT OF TAXATION OF COSTS

**NOTE ON MOTION CALENDAR:
THURSDAY, JULY 24, 2014**

  Microsoft Corporation ("Microsoft") and Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola"), through undersigned counsel, hereby stipulate and request that the Court stay the enforcement of the Clerk's Taxation of Costs in the amount of $443,185.05 (Dkt. No. 960), while the appeal of the

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 1
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  underlying judgment in this matter is pending.  The parties also stipulate and agree that neither
2  party will appeal the Clerk's Taxation of Costs.
3        The case is currently on appeal, and enforcement of the judgment has been stayed
4  pending appeal. (Dkt. No. 946).  The parties agree that Microsoft will not seek to enforce the
5  cost award until the appeal process regarding the underlying judgment is complete.  The parties
6  reserve their rights to file new motions for costs depending upon the outcome of the appeal.
7        DATED this 24th day of July, 2014.

| CALFO HARRIGAN LEYH & EAKES LLP | SUMMIT LAW GROUP PLLC |
|---|---|
| By  /s/Arthur W. Harrigan, Jr. <br> By  /s/Shane P. Cramer <br>    Arthur W. Harrigan, Jr., WSBA #1751 <br>    Shane P. Cramer, WSBA #35099 <br>    999 Third Avenue, Suite 4400 <br>    Seattle, WA  98104 <br>    Phone:  206-623-1700 <br>    arthurh@calfoharrigan.com <br>    shanec@calfoharrigan.com <br><br> By  /s/T. Andrew Culbert <br>    T. Andrew Culbert <br><br> By  /s/David E. Killough <br>    David E. Killough <br><br> MICROSOFT CORPORATION <br> 1 Microsoft Way <br> Redmond, WA  98052 <br> Phone:  425-882-8080 <br> Fax:  425-869-1327 <br><br> David T. Pritikin <br> Richard A. Cederoth <br> Constantine L. Trela, Jr. <br> William H. Baumgartner, Jr. <br> Ellen S. Robbins <br> Douglas I. Lewis | By  /s/Ralph H. Palumbo <br> By  /s/Philip S. McCune <br>    Ralph H. Palumbo, WSBA #04751 <br>    Philip S. McCune, WSBA #21081 <br>    ralphp@summitlaw.com <br>    philm@summitlaw.com <br><br> By  /s/Thomas V. Miller <br>    Thomas V. Miller <br><br> MOTOROLA MOBILITY LLC <br> 600 North U.S. Highway 45 <br> Libertyville, IL 60048-1286 <br> (847) 523-2162 <br><br> QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP <br><br> By  /s/Kathleen M. Sullivan <br>    Kathleen M. Sullivan, NY #1804624 <br>    51 Madison Ave., 22nd Floor <br>    New York, NY 10010 <br>    (212) 849-7000 <br>    kathleensullivan@quinnemanuel.com |

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 2
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1  David C. Giardina | By  /s/Brian C. Cannon |
|    John W. McBride |     Brian C. Cannon, CA #193071 |
| 2  Nathaniel C. Love |     555 Twin Dolphin Drive, 5th Floor |
| 3 |     Redwood Shores, CA 94065 |
|    SIDLEY AUSTIN LLP |     (650) 801-5000 |
| 4  One South Dearborn |     briancannon@quinnemanuel.com |
|    Chicago, IL 60603 | |
| 5  Phone: 312-853-7000 | By  /s/William C. Price |
|    Fax: 312-853-7036 |     William C. Price, CA #108542 |
| 6 |     865 S. Figueroa Street, 10th Floor |
|    Carter G. Phillips |     Los Angeles, CA 90017 |
| 7  Brian R. Nester |     (213) 443-3000 |
|    SIDLEY AUSTIN LLP |     williamprice@quinnemanuel.com |
| 8  1501 K Street NW | |
|    Washington, DC 20005 | ***Attorneys for Motorola Solutions, Inc.,*** |
| 9  Telephone: 202-736-8000 | ***Motorola Mobility LLC and General*** |
| 10 Fax: 202-736-8711 | ***Instrument Corp.*** |

***Counsel for Microsoft Corp.***

## ORDER

**IT IS SO ORDERED**

DATED this **24th** day of **July**, 2014.

*[signature]*

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

---

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 3
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Florine Fujita, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 24th day of July, 2014, I caused the preceding document to be served on counsel of record in the following manner:

**Attorneys for Motorola Solutions, Inc., and Motorola Mobility, Inc.:**

Ralph Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
Summit Law Group
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104-2682
Telephone: 206-676-7000
Email: Summit1823@summitlaw.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Steven Pepe (*pro hac vice*)
Jesse J. Jenner (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9046
Email: steven.pepe@ropesgray.com
Email: jesse.jenner@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Norman H. Beamer (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4030
Email: norman.beamer@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

Paul M. Schoenhard (*pro hac vice*)
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4693
Email: Paul.schoenhard@ropesgray.com

_____ Messenger
_____ US Mail
_____ Facsimile
__X__ ECF

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 4
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

| | | |
|---|---|---|
| Andrea Pallios Roberts (*pro hac vice*) | \_\_\_\_\_ | Messenger |
| Brian C. Cannon (*pro hac vice*) | \_\_\_\_\_ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | \_\_\_\_\_ | Facsimile |
| 555 Twin Dolphin Drive, 5th Floor | X | ECF |
| Redwood Shores, CA 94065 | | |
| Telephone: (650) 801-5000 | | |
| Email: andreaproberts@quinnemanuel.com | | |
| Email: briancannon@quinnemanuel.com | | |

| | | |
|---|---|---|
| Kathleen M. Sullivan (*pro hac vice*) | \_\_\_\_\_ | Messenger |
| David Elihu (*pro hac vice*) | \_\_\_\_\_ | US Mail |
| Quinn Emanuel Urquhart & Sullivan, LLP | \_\_\_\_\_ | Facsimile |
| 51 Madison Ave., 22nd Floor | X | ECF |
| New York, NY 10010 | | |
| Telephone: (212) 849-7000 | | |
| Email: kathleensullivan@quinnemanuel.com | | |

| | | |
|---|---|---|
| William Price (*pro hac vice*) | \_\_\_\_\_ | Messenger |
| Quinn Emanuel Urquhart & Sullivan, LLP | \_\_\_\_\_ | US Mail |
| 865 S. Figuera St., 10th Floor | \_\_\_\_\_ | Facsimile |
| Los Angeles, CA 90017 | X | ECF |
| Telephone: (212) 443-3000 | | |
| Email: williamprice@quinnemanuel.com | | |
| MicrosoftvMotoBreachofRANDCase@quinnemanuel.com | | |

DATED this 24th day of July, 2014.

/s/ *Florine Fujita*
FLORINE FUJITA

STIPULATED MOTION AND (PROPOSED) ORDER TO
STAY ENFORCEMENT OF TAXATION OF COSTS - 5
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717