

FILED

JUN 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MOTOROLA, INC.; et al.,<br><br>　　　　Defendants - Appellants. | No. 14-35393<br><br>D.C. Nos.　2:10-cv-01823-JLR<br>　　　　　　2:11-cv-00343-JLR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge and WALLACE and BERZON, Circuit Judges.

The motion of Amicus Curiae Qualcomm Incorporated to withdraw counsel is GRANTED.