FILED

SEP 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>MOTOROLA, INC.; et al.,<br><br>    Defendants - Appellants. | No. 14-35393<br><br>D.C. Nos.   2:10-cv-01823-JLR<br>                2:11-cv-00343-JLR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge, and WALLACE and BERZON, Circuit Judges.

The panel has unanimously voted to deny the petition for rehearing.

Judge Thomas and Judge Berzon have voted to deny the petition for rehearing en banc, and Judge Wallace so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is denied, and the petition for rehearing en banc is rejected.