The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>        Defendants. | CASE NO. C10-1823-JLR<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY |
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>  Plaintiffs/Counterclaim Defendant,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff. | |

NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4849-8300-8808.v1

1    NOTICE IS HEREBY GIVEN that Norman H. Beamer is no longer affiliated with
2  Ripes & Gray LLP and, as such, his appearance is hereby withdrawn in the above-captioned
3  matter.  He may be removed from any applicable service list.  All remaining Ropes & Gray LLP
4  attorneys who have appeared herein remain counsel of record and should continue to receive
5  notices.
6    DATED this 18th day of September, 2015.

7  SUMMIT LAW GROUP PLLC

8  By /s/ Philip S. McCune
   By /s/ Ralph H. Palumbo
9      Philip S. McCune, WSBA #21081
       Ralph H. Palumbo, WSBA #04751
10     *philm@summitlaw.com*
       *ralphp@summitlaw.com*

12     Steven Pepe (*pro hac vice*)
       Jesse J. Jenner (*pro hac vice*)
13     Kevin J. Post (*pro hac vice*)
       Stuart W. Yothers (*pro hac vice*)
14     Ropes & Gray LLP
       1211 Avenue of the Americas
15     New York, NY  10036-8704
       (212) 596-9046
16     *steven.pepe@ropesgray.com*
       *jesse.jenner@ropesgray.com*
17     *kevin.post@ropesgray.com*
       *stuart.yothers@ropesgray.com*

18     Gabrielle E. Higgins (*pro hac vice*)
       Ropes & Gray LLP
19     1900 University Avenue, 6th Floor
       East Palo Alto, CA  94303-2284
20     (650) 617-4030
       *gabrielle.higgins@ropesgray.com*

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4849-8300-8808.v1

1
2
3
4

        Paul M. Schoenhard (*pro hac vice*)
        Ropes & Gray LLP
        One Metro Center
        700 12th Street NW, Suite 900
        Washington, DC  20005-3948
        (202) 508-4693
        *paul.schoenhard.@ropesgray.com*

5
6

***Attorneys for Defendants Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation***

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4849-8300-8808.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson, Harrigan, Leyh & Tollefson LLP
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*

>Brian R. Nester, Esq.
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*bnester@sidley.com*
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*kwheeler@sidley.com*
>*rcederoth@sidley.com*

>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 18th day of September, 2015.

>/s/ *Marcia A. Ripley*
>Marcia A. Ripley

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4849-8300-8808.v1