UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>MOTOROLA, INC.; et al.,<br><br>        Defendants - Appellants. | No. 14-35393<br><br>D.C. Nos. 2:10-cv-01823-JLR, 2:11-cv-00343-JLR<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered July 30, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Margoth Turcios
                                      Deputy Clerk