THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>_____<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. C10-1823-JLR<br><br>JOINT MOTION TO LIFT STAY IN ORDER TO FILE STIPULATION OF DISMISSAL<br><br>**NOTE ON MOTION CALENDAR: WEDNESDAY, SEPTEMBER 30, 2015** |

The Parties' patent-infringement related claims in this action are currently stayed pursuant to the Court's July 16, 2012 Order Granting Joint Motion to Stay All Pending Patent-Infringement Related Cases and Claims between the Parties.  (Dkt. No. 360).  Motorola appealed this Court's November 12, 2013 judgment adjudicating those claims, defenses, and counterclaims that were not stayed.  The Ninth Circuit affirmed this Court's November 12, 2013 judgment.  Motorola subsequently filed a petition for rehearing *en banc*, which was denied.

JOINT MOTION TO LIFT STAY IN ORDER TO
FILE STIPULATION OF DIMISSAL - 1
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   The Parties jointly move to lift the stay in this matter so that they may file a stipulation
2   of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  A copy of the Parties' stipulation of
3   dismissal is attached herewith for reference.  A proposed order granting the Parties' motion to
4   lift the stay has been submitted herewith.

5   DATED this 30th day of September, 2015.

**AGREED AND STIPULATED TO:**

| CALFO HARRIGAN LEYH & EAKES LLP | SUMMIT LAW GROUP PLLC |
|---|---|
| By   s/ Arthur W. Harrigan, Jr.  <br> By   s/ Shane P. Cramer  <br>   Arthur W. Harrigan, Jr., WSBA #1751 <br>   Shane P. Cramer, WSBA #35099 <br>   999 Third Avenue, Suite 4400 <br>   Seattle, WA  98104 <br>   Phone:  206-623-1700 <br>   arthurh@calfoharrigan.com <br>   shanec@calfoharrigan.com | By   s/ Ralph H. Palumbo  <br> By   s/ Philip S. McCune  <br>   Ralph H. Palumbo, WSBA #04751 <br>   Philip S. McCune, WSBA #21081 <br>   *ralphp@summitlaw.com* <br>   *philm@summitlaw.com* |
| By   s/ T. Andrew Culbert  <br>   T. Andrew Culbert <br><br> By   s/ David E. Killough  <br>   David E. Killough <br><br> MICROSOFT CORPORATION <br> 1 Microsoft Way <br> Redmond, WA  98052 <br> Phone:  425-882-8080 <br> Fax:  425-869-1327 <br><br> David T. Pritikin <br> Richard A. Cederoth <br> Constantine L. Trela, Jr. <br> William H. Baumgartner, Jr. <br> Ellen S. Robbins <br> Douglas I. Lewis <br> David C. Giardina <br> John W. McBride <br> Nathaniel C. Love | By   s/ Thomas V. Miller  <br>   Thomas V. Miller <br><br> MOTOROLA MOBILITY LLC <br> 600 North U.S. Highway 45 <br> Libertyville, IL 60048-1286 <br> (847) 523-2162 <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br><br> By   s/ Kathleen M. Sullivan  <br>   Kathleen M. Sullivan, NY #1804624 <br>   51 Madison Ave., 22nd Floor <br>   New York, NY 10010 <br>   (212) 849-7000 <br>   *kathleensullivan@quinnemanuel.com* <br><br> By   s/ Brian C. Cannon  <br>   Brian C. Cannon, CA #193071 <br>   555 Twin Dolphin Drive, 5th Floor <br>   Redwood Shores, CA 94065 <br>   (650) 801-5000 <br>   *briancannon@quinnemanuel.com* |

JOINT MOTION TO LIFT STAY IN ORDER TO
FILE STIPULATION OF DIMISSAL - 2
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Phone:  312-853-7000<br>Fax:  312-853-7036 | By     s/ William C. Price<br>         William C. Price, CA #108542<br>         865 S. Figueroa Street, 10th Floor<br>         Los Angeles, CA 90017<br>         (213) 443-3000<br>         *williamprice@quinnemanuel.com* |

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Phone:  312-853-7000
Fax:  312-853-7036

Carter G. Phillips
Brian R. Nester
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  202-736-8000
Fax:  202-736-8711

*Counsel for Microsoft Corp.*

By     s/ William C. Price
         William C. Price, CA #108542
         865 S. Figueroa Street, 10th Floor
         Los Angeles, CA 90017
         (213) 443-3000
         *williamprice@quinnemanuel.com*

*Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

JOINT MOTION TO LIFT STAY IN ORDER TO
FILE STIPULATION OF DIMISSAL - 3
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian C Cannon
briancannon@quinnemanuel.com

David Elihu
davidelihu@quinnemanuel.com

Elanor Mangin
elanormangin@quinnemanuel.com

Philip S McCune
philm@summitlaw.com

Ralph H Palumbo
ralphp@summitlaw.com

William C Price
williamprice@quinnemanuel.com

Andrea Pallios Roberts
andreaproberts@quinnemanuel.com

Kathleen M Sullivan
kathleensullivan@quinnemanuel.com

Ellyde Roko Thompson
ellydethompson@quinnemanuel.com

CALFO HARRIGAN LEYH & EAKES LLP

By: s/ Shane P. Cramer
   Shane P. Cramer, WSBA #35099
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Tel:  (206) 623-1700
   Fax:  (206) 623-8717
   Email:  shanec@calfoharrigan.com

*Attorneys for Microsoft Corporation*

JOINT MOTION TO LIFT STAY IN ORDER TO
FILE STIPULATION OF DIMISSAL - 4
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717