THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br>Plaintiff,<br>vs.<br>MOTOROLA, INC., et al.,<br>Defendants. | Case No. C10-1823-JLR |
| MOTOROLA MOBILITY LLC, et al.,<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | [PROPOSED] ORDER GRANTING JOINT MOTION TO LIFT STAY IN ORDER TO FILE STIPULATION OF DISMISSAL |

THIS MATTER came before the Court on Motorola Mobility and Microsoft's Joint Motion To Lift Stay In Order To File Stipulation Of Dismissal. The Court has considered the Joint Motion and all papers filed therewith.

The Court therefore deems itself fully advised. NOW, THEREFORE,

IT IS ORDERED that the Parties' Joint Motion to Motion To Lift Stay In Order To File Stipulation Of Dismissal is GRANTED.

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

DATED this _____ day of ________________, 2015.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By s/ Arthur W. Harrigan, Jr.
By s/ Shane P. Cramer
Arthur W. Harrigan, Jr., WSBA #1751
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA 98104
Phone: 206-623-1700
arthurh@calfoharrigan.com
shanec@calfoharrigan.com

By s/ T. Andrew Culbert
T. Andrew Culbert

By s/ David E. Killough
David E. Killough

MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Phone: 425-882-8080
Fax: 425-869-1327

David T. Pritikin
Richard A. Cederoth
Constantine L. Trela, Jr.
William H. Baumgartner, Jr.
Ellen S. Robbins
Douglas I. Lewis
David C. Giardina
John W. McBride
Nathaniel C. Love

SUMMIT LAW GROUP PLLC

By s/ Ralph H. Palumbo
By s/ Philip S. McCune
Ralph H. Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081
*ralphp@summitlaw.com*
*philm@summitlaw.com*

By s/ Thomas V. Miller
Thomas V. Miller

MOTOROLA MOBILITY LLC
600 North U.S. Highway 45
Libertyville, IL 60048-1286
(847) 523-2162

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By s/ Kathleen M. Sullivan
Kathleen M. Sullivan, NY #1804624
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
*kathleensullivan@quinnemanuel.com*

By s/ Brian C. Cannon
Brian C. Cannon, CA #193071
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
*briancannon@quinnemanuel.com*

By s/ William C. Price

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: 312-853-7000
Fax: 312-853-7036

Carter G. Phillips
Brian R. Nester
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

***Counsel for Microsoft Corp.***

William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*williamprice@quinnemanuel.com*

***Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.***

[PROPOSED] ORDER GRANTING JOINT MOTION TO LIFT STAY IN ORDER TO FILE STIPULATION OF DISMISSAL - 3
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian C Cannon
briancannon@quinnemanuel.com

David Elihu
davidelihu@quinnemanuel.com

Elanor Mangin
elanormangin@quinnemanuel.com

Philip S McCune
philm@summitlaw.com

Ralph H Palumbo
ralphp@summitlaw.com

William C Price
williamprice@quinnemanuel.com

Andrea Pallios Roberts
andreaproberts@quinnemanuel.com

Kathleen M Sullivan
kathleensullivan@quinnemanuel.com

Ellyde Roko Thompson
ellydethompson@quinnemanuel.com

CALFO HARRIGAN LEYH & EAKES LLP

By: s/ Shane P. Cramer
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: shanec@calfoharrigan.com

***Attorneys for Microsoft Corporation***

[PROPOSED] ORDER GRANTING JOINT MOTION TO LIFT STAY IN ORDER TO FILE STIPULATION OF DISMISSAL - 4
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717