THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

MOTOROLA, INC., et al.,

    Defendants.

MOTOROLA MOBILITY LLC, et al.,

    Plaintiffs,

vs.

MICROSOFT CORPORATION,

    Defendant.

Case No. C10-1823-JLR

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO LIFT STAY IN ORDER TO FILE STIPULATION OF DISMISSAL

THIS MATTER came before the Court on Motorola Mobility and Microsoft's Joint Motion To Lift Stay In Order To File Stipulation Of Dismissal (Dkt. # 968). The Court has considered the Joint Motion and all papers filed therewith.

The Court therefore deems itself fully advised. NOW, THEREFORE,

IT IS ORDERED that the Parties' Joint Motion to Motion To Lift Stay In Order To File Stipulation Of Dismissal is GRANTED.

[PROPOSED] ORDER GRANTING JOINT
MOTION TO LIFT STAY IN ORDER TO FILE
STIPULATION OF DISMISSAL - 1
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  DATED this 1st day of October, 2015.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

| CALFO HARRIGAN LEYH & EAKES LLP | SUMMIT LAW GROUP PLLC |
|---|---|
| By   s/ Arthur W. Harrigan, Jr.<br>By   s/ Shane P. Cramer<br>   Arthur W. Harrigan, Jr., WSBA #1751<br>   Shane P. Cramer, WSBA #35099<br>   999 Third Avenue, Suite 4400<br>   Seattle, WA 98104<br>   Phone: 206-623-1700<br>   arthurh@calfoharrigan.com<br>   shanec@calfoharrigan.com | By   s/ Ralph H. Palumbo<br>By   s/ Philip S. McCune<br>   Ralph H. Palumbo, WSBA #04751<br>   Philip S. McCune, WSBA #21081<br>   ralphp@summitlaw.com<br>   philm@summitlaw.com<br><br>By   s/ Thomas V. Miller<br>   Thomas V. Miller |
| By   s/ T. Andrew Culbert<br>   T. Andrew Culbert<br><br>By   s/ David E. Killough<br>   David E. Killough<br><br>MICROSOFT CORPORATION<br>1 Microsoft Way<br>Redmond, WA 98052<br>Phone: 425-882-8080<br>Fax: 425-869-1327<br><br>David T. Pritikin<br>Richard A. Cederoth<br>Constantine L. Trela, Jr.<br>William H. Baumgartner, Jr.<br>Ellen S. Robbins<br>Douglas I. Lewis<br>David C. Giardina<br>John W. McBride<br>Nathaniel C. Love | MOTOROLA MOBILITY LLC<br>600 North U.S. Highway 45<br>Libertyville, IL 60048-1286<br>(847) 523-2162<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By   s/ Kathleen M. Sullivan<br>   Kathleen M. Sullivan, NY #1804624<br>   51 Madison Ave., 22nd Floor<br>   New York, NY 10010<br>   (212) 849-7000<br>   kathleensullivan@quinnemanuel.com<br><br>By   s/ Brian C. Cannon<br>   Brian C. Cannon, CA #193071<br>   555 Twin Dolphin Drive, 5th Floor<br>   Redwood Shores, CA 94065<br>   (650) 801-5000<br>   briancannon@quinnemanuel.com<br><br>By   s/ William C. Price |

[PROPOSED] ORDER GRANTING JOINT
MOTION TO LIFT STAY IN ORDER TO FILE
STIPULATION OF DISMISSAL - 2
C10-1823-JLR

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| | |
|---|---|
| 1 SIDLEY AUSTIN LLP<br>One South Dearborn<br>2 Chicago, IL 60603<br>Phone: 312-853-7000<br>3 Fax: 312-853-7036 | William C. Price, CA #108542<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>williamprice@quinnemanuel.com |

1 SIDLEY AUSTIN LLP
One South Dearborn
2 Chicago, IL 60603
Phone: 312-853-7000
3 Fax: 312-853-7036

William C. Price, CA #108542
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
williamprice@quinnemanuel.com

4 Carter G. Phillips
Brian R. Nester
5 SIDLEY AUSTIN LLP
1501 K Street NW
6 Washington, DC 20005
Telephone: 202-736-8000
7 Fax: 202-736-8711

*Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.*

8 *Counsel for Microsoft Corp.*

[PROPOSED] ORDER GRANTING JOINT
MOTION TO LIFT STAY IN ORDER TO FILE
STIPULATION OF DISMISSAL - 3
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian C Cannon
briancannon@quinnemanuel.com

David Elihu
davidelihu@quinnemanuel.com

Elanor Mangin
elanormangin@quinnemanuel.com

Philip S McCune
philm@summitlaw.com

Ralph H Palumbo
ralphp@summitlaw.com

William C Price
williamprice@quinnemanuel.com

Andrea Pallios Roberts
andreaproberts@quinnemanuel.com

Kathleen M Sullivan
kathleensullivan@quinnemanuel.com

Ellyde Roko Thompson
ellydethompson@quinnemanuel.com

CALFO HARRIGAN LEYH & EAKES LLP

By: s/ Shane P. Cramer
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: shanec@calfoharrigan.com

*Attorneys for Microsoft Corporation*

[PROPOSED] ORDER GRANTING JOINT
MOTION TO LIFT STAY IN ORDER TO FILE
STIPULATION OF DISMISSAL - 4
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717