THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC., et al.,<br><br>                Defendants.<br>─────────────────────────<br>MOTOROLA MOBILITY LLC, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. C10-1823-JLR<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

All parties hereby stipulate, through their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the disposition of this action in its entirety as follows:  that the November 12, 2013 partial final judgment fully disposes of all of Microsoft Corporation's claims for relief (and all of Defendants' related claims and counterclaims other than for patent infringement) and has been satisfied; that all claims for patent infringement and invalidity claims and defenses originally filed in Case No. 11-cv-00343-JLR and consolidated with this

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE - 1
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

case pursuant to the Court's May 31, 2011 Order (Dkt. No. 66) are dismissed without prejudice; and that each party shall bear its own costs and attorney fees.

DATED this 1st day of October, 2015.

| CALFO HARRIGAN LEYH & EAKES LLP | SUMMIT LAW GROUP PLLC |
|---|---|
| By    s/ Arthur W. Harrigan, Jr. <br> By    s/ Shane P. Cramer <br>      Arthur W. Harrigan, Jr., WSBA #1751 <br>      Shane P. Cramer, WSBA #35099 <br>      999 Third Avenue, Suite 4400 <br>      Seattle, WA  98104 <br>      Phone:  206-623-1700 <br>      arthurh@calfoharrigan.com <br>      shanec@calfoharrigan.com | By    s/ Ralph H. Palumbo <br> By    s/ Philip S. McCune <br>      Ralph H. Palumbo, WSBA #04751 <br>      Philip S. McCune, WSBA #21081 <br>      *ralphp@summitlaw.com* <br>      *philm@summitlaw.com* <br><br> By    s/ Thomas V. Miller <br>      Thomas V. Miller |
| By    s/ T. Andrew Culbert <br>      T. Andrew Culbert <br><br> By    s/ David E. Killough <br>      David E. Killough <br><br> MICROSOFT CORPORATION <br> 1 Microsoft Way <br> Redmond, WA  98052 <br> Phone: 425-882-8080 <br> Fax:  425-869-1327 <br><br> David T. Pritikin <br> Richard A. Cederoth <br> Constantine L. Trela, Jr. <br> William H. Baumgartner, Jr. <br> Ellen S. Robbins <br> Douglas I. Lewis <br> David C. Giardina <br> John W. McBride <br> Nathaniel C. Love <br><br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL  60603 <br> Phone: 312-853-7000 <br> Fax:  312-853-7036 | MOTOROLA MOBILITY LLC <br> 600 North U.S. Highway 45 <br> Libertyville, IL 60048-1286 <br> (847) 523-2162 <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br><br> By    s/ Kathleen M. Sullivan <br>      Kathleen M. Sullivan, NY #1804624 <br>      51 Madison Ave., 22nd Floor <br>      New York, NY 10010 <br>      (212) 849-7000 <br>      *kathleensullivan@quinnemanuel.com* <br><br> By    s/ Brian C. Cannon <br>      Brian C. Cannon, CA #193071 <br>      555 Twin Dolphin Drive, 5th Floor <br>      Redwood Shores, CA 94065 <br>      (650) 801-5000 <br>      *briancannon@quinnemanuel.com* <br><br> By    s/ William C. Price <br>      William C. Price, CA #108542 <br>      865 S. Figueroa Street, 10th Floor <br>      Los Angeles, CA 90017 <br>      (213) 443-3000 <br>      *williamprice@quinnemanuel.com* |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 2 <br>
C10-1823-JLR

LAW OFFICES <br>
**CALFO HARRIGAN LEYH & EAKES LLP** <br>
999 THIRD AVENUE, SUITE 4400 <br>
SEATTLE, WASHINGTON 98104 <br>
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Carter G. Phillips                         *Attorneys for Motorola Solutions, Inc.,*
2  Brian R. Nester                            *Motorola Mobility LLC and General*
   SIDLEY AUSTIN LLP                          *Instrument Corp.*
3  1501 K Street NW
   Washington, DC  20005
4  Telephone:  202-736-8000
   Fax:  202-736-8711
5
   *Counsel for Microsoft Corp.*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION OF DISMISSAL WITHOUT                              LAW OFFICES
PREJUDICE - 3                                   **CALFO HARRIGAN LEYH & EAKES LLP**
C10-1823-JLR                                         999 THIRD AVENUE, SUITE 4400
                                                       SEATTLE, WASHINGTON 98104
                                                 TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian C Cannon
briancannon@quinnemanuel.com

David Elihu
davidelihu@quinnemanuel.com

Elanor Mangin
elanormangin@quinnemanuel.com

Philip S McCune
philm@summitlaw.com

Ralph H Palumbo
ralphp@summitlaw.com

William C Price
williamprice@quinnemanuel.com

Andrea Pallios Roberts
andreaproberts@quinnemanuel.com

Kathleen M Sullivan
kathleensullivan@quinnemanuel.com

Ellyde Roko Thompson
ellydethompson@quinnemanuel.com

CALFO HARRIGAN LEYH & EAKES LLP

By: s/ Shane P. Cramer
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA  98104
Tel:  (206) 623-1700
Fax:  (206) 623-8717
Email:  shanec@calfoharrigan.com

*Attorneys for Microsoft Corporation*

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE - 4
C10-1823-JLR

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717