The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Defendants. | CASE NO. C10-1823-JLR<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND |
| MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | |

STIPULATION AND [PROPOSED] ORDER REGARDING
EXONERATION, RELEASE, AND DISCHARGE OF
SUPERSEDEAS BOND
CASE NO. C10-1823-JLR

01980-62689/7923679.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Microsoft Corporation ("Microsoft") and Motorola Solutions, Inc., Motorola Mobility, Inc., and General Instrument Corporation (collectively "Motorola"), through their undersigned counsel, respectfully submit the following Stipulation Regarding Exoneration, Release, and Discharge of Supersedeas Bond:

1. On November 12, 2013, the Court entered judgment. (Dkt. 932.)

2. On November 25, 2013, the parties filed a Stipulation and Proposed Order Approving Form of Bond and Staying Execution of the Judgment. (Dkt. 937.)

3. On November 26, 2013, the Court entered the Stipulation and Order regarding Approving Form of Bond and Staying Execution of the Judgment. (Dkt. 946.)

4. On October 1, 2015, the parties filed a Stipulation of Dismissal Without Prejudice, which provided that the November 12, 2013 partial final judgment has been satisfied. (Dkt. 970.)

The parties hereby stipulate and jointly request that the Supersedeas Bond posted in this case by co-sureties Fidelity and Deposit Company of Maryland and Zurich American Insurance Company be hereby cancelled and discharged, and be of no further force and effect, and that Fidelity and Deposit Company of Maryland and Zurich American Insurance Company are hereby released from all liability under the terms of the bond.

DATED this 3rd day of May, 2016.

| SUMMIT LAW GROUP PLLC | CALFO HARRIGAN LEYH & EAKES LLP |
|---|---|
| By */s/ Ralph H. Palumbo* <br> By */s/ Philip S. McCune* <br>    Ralph H. Palumbo, WSBA #04751 <br>    Philip S. McCune, WSBA #21081 <br>    ralphp@summitlaw.com <br>    philm@summitlaw.com <br><br> By */s/ Thomas V. Miller* <br>    Thomas V. Miller <br>    MOTOROLA MOBILITY LLC <br>    600 North U.S. Highway 45 <br>    Libertyville, IL  60048-1286 <br>    (847) 523-2162 | By */s/ Arthur W. Harrigan, Jr.* <br> By */s/ Shane P. Cramer* <br>    Arthur W. Harrigan, Jr., WSBA #1751 <br>    Shane P. Cramer, WSBA #35099 <br><br> By */s/ T. Andrew Culbert* <br>    T. Andrew Culbert, WSBA #35925 <br>    David E. Killough, WSBA #21119 <br>    MICROSOFT CORPORATION <br>    1 Microsoft Way <br>    Redmond, WA  98052 <br>    Phone: 425-882-8080 |

STIPULATION AND [PROPOSED] ORDER REGARDING
EXONERATION, RELEASE, AND DISCHARGE OF
SUPERSEDEAS BOND - 1
CASE NO. C10-1823-JLR

01980-62689/7923679.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

*Attorney for Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.*

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | John W. McBride, *(pro hac vice)*<br>David T. Pritikin, *(pro hac vice)*<br>Richard A. Cederoth, *(pro hac vice)* |
| Kathleen M. Sullivan (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NW  10010<br>(212) 849-7000<br>*kathleensullivan@quinnemanuel.com* | Douglas I. Lewis, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Phone:  312-853-7000 |
| Brian C. Cannon (pro hac vice)<br>Andrea Pallios Roberts (pro hac vice)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>(640) 801-5000<br>*briancannon@quinnemanuel.com*<br>*andreaproberts@quinnemanuel.com* | Brian R. Nester, *(pro hac vice)*<br>Kevin C. Wheeler, *(pro hac vice)*<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC  20005<br>Telephone:  202-736-8000<br><br>*Attorneys for Microsoft Corp.* |
| William C. Price (pro hac vice)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>(213) 443-3000<br>*williamprice@quinnemanuel.com* | |

*Attorney for Attorneys for Motorola Solutions, Inc., Motorola Mobility LLC and General Instrument Corp.*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND - 2
CASE NO. C10-1823-JLR

01980-62689/7923679.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001